**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of   New Jersey
                                 (State)

Case number (*If known*): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | BlockFi Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | N/A |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8 2 – 2 3 9 0 0 1 5 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 201 Montgomery Street, Suite 263 <br> Number   Street | _____ <br> Number   Street |
| _____ | P.O. Box |
| Jersey City        NJ    07302 <br> City              State   ZIP Code | _____ <br> City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Hudson <br> County | _____ <br> Number   Street |
| | _____ |
| | _____ <br> City    State    ZIP Code |

5. **Debtor's website** (URL)   www.blockfi.com

Debtor  BlockFi Inc.
_____
Name

Case number (if known)_____

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| --- | --- | --- |
|  |  | ☐ Partnership (excluding LLP) |
|  |  | ☐ Other. Specify: _____ |

| 7. | Describe debtor's business | A. *Check one:* |
| --- | --- | --- |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_5_ _2_ _3_ _9_

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
| --- | --- | --- |

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  BlockFi Inc.
Name

Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes.  District _____  When __/__/____  Case number _____
              District _____  When __/__/____  Case number _____

   If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ☒ Yes.  Debtor  See attached Rider   Relationship  Affiliate
             District  New Jersey   When  11/28/2022
             Case number, if known  _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
       Number   Street
    _____
    _____
    City                                State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

**Statistical and administrative information**

Debtor  BlockFi Inc.                                    Case number (*if known*)_____
_____Name_____

| | | | |
|---|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
| **14. Estimated number of creditors** <br>consolidated | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☒ More than 100,000 |
| **15. Estimated assets** <br>consolidated | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☒ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** <br>consolidated | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☒ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11 / 28 / 2022
                MM / DD /YYYY

X ___/s/_____         Zachary Prince_____
Signature of authorized representative of debtor     Printed name

Title  Chief Executive Officer

Debtor  __BlockFi Inc._____    Case number (*if known*)_____
       Name

18. **Signature of attorney**

✗    /s/ Michael D. Sirota       /s/ Richard S. Kanowitz        Date    __11/28/2022__
Signature of attorney for debtor                                         MM  / DD  / YYYY

        __Michael D. Sirota_____    __Richard S. Kanowitz_____
        Printed name
        __Cole Schotz P.C._____    __Haynes and Boone, LLP_____
        Firm name
        __25 Main Street_____    __30 Rockefeller Plaza, 26th Floor, New York, NY 10112__
        Number    Street
        __Hackensack_____    __NJ____    __07601_____
        City                                State         ZIP Code
                                             msirota@coleschotz.com
        __(201) 489-3000_____    __richard.kanowitz@haynesboone.com__
        Contact phone                       Email address

        __014321986 (Sirota); 047911992 (Kanowitz)__    __New Jersey__
        Bar number                                       State

# RIDER 1

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the District of New Jersey for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of BlockFi Inc.

BlockFi Inc.

BlockFi Trading LLC

BlockFi Lending LLC

BlockFi Wallet LLC

BlockFi Ventures LLC

BlockFi International Ltd.

BlockFi Investment Products LLC

BlockFi Services, Inc.

BlockFi Lending II LLC

**Fill in this information to identify the case and this filing:**

Debtor Name __BlockFi Inc._____

United States Bankruptcy Court for the: _____  District of __New Jersey__
(State)

Case number (If known): __22-_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration __List of Equity Security Holders and Statement of Corporate Ownership__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/28/2022__    ✗ _/s/ Zachary Prince_____
MM / DD / YYYY    Signature of individual signing on behalf of debtor

__Zachary Prince_____
Printed name

__Chief Executive Officer_____
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**
Debtor name: BlockFi Inc., *et al.*
United States Bankruptcy Court for the: District of New Jersey
Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

**Chapter 11 or Chapter 9:  List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders**    12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed [1] | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | Ankura Trust Company, LLC, as Trustee for the Indenture dated as of February 28, 2022 James J. McGinley 140 Sherman Street, 4th Floor Fairfield, CT 06824 | Ankura Trust Company, LLC, as Trustee for the Indenture dated as of February 28, 2022 James J. McGinley PHONE: 203-319-6900 EMAIL: james.mcginley@ankura.com | Indenture | | | | $729,036,246.00 |
| 2 | West Realm Shires Inc. (FTX US) John J. Ray III 3500 South Dupont Highway Dover, DE 19901 | West Realm Shires Inc. (FTX US) John J. Ray III | Loan | | | | $275,000,000.00 |
| 3 | Name and Address on File | Information on File | Client | | | | $48,561,400.00 |
| 4 | Securities & Exchange Commission Hane Kim Brookfield Place 200 Vesey Street, Suite 400 New York, NY 10281-1022 | Securities & Exchange Commission Hane Kim PHONE: 212-336-1088 EMAIL: kimha@SEC.GOV | Settlement | | | | $30,000,000.00 |
| 5 | Name and Address on File | Information on File | Client | | | | $27,930,663.00 |
| 6 | Name and Address on File | Information on File | Client | | | | $25,531,937.00 |
| 7 | Name and Address on File | Information on File | Client | | | | $16,450,930.00 |
| 8 | Name and Address on File | Information on File | Client | | | | $10,092,477.00 |
| 9 | Name and Address on File | Information on File | Client | | | | $9,130,266.00 |
| 10 | Name and Address on File | Information on File | Client | | | | $6,500,000.00 |

[1] As of the Petition Date, an analysis of whether the foregoing claims are contingent, unliquidated or disputed has not been completed

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed [1] | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 11 Name and Address on File | Information on File | Client | | | | $6,416,732.00 |
| 12 Name and Address on File | Information on File | Client | | | | $6,264,675.00 |
| 13 Name and Address on File | Information on File | Client | | | | $6,042,827.00 |
| 14 Name and Address on File | Information on File | Client | | | | $5,713,322.00 |
| 15 Name and Address on File | Information on File | Client | | | | $5,500,232.00 |
| 16 Name and Address on File | Information on File | Client | | | | $5,482,181.00 |
| 17 Name and Address on File | Information on File | Client | | | | $5,000,000.00 |
| 18 Name and Address on File | Information on File | Client | | | | $4,670,469.00 |
| 19 Name and Address on File | Information on File | Client | | | | $3,995,213.00 |
| 20 Name and Address on File | Information on File | Client | | | | $3,290,438.00 |
| 21 Name and Address on File | Information on File | Client | | | | $3,290,186.00 |
| 22 Name and Address on File | Information on File | Client | | | | $3,092,832.00 |
| 23 Name and Address on File | Information on File | Client | | | | $3,084,390.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed [1] | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 24 Name and Address on File | Information on File | Client | | | | $2,733,625.00 |
| 25 Name and Address on File | Information on File | Client | | | | $2,618,909.00 |
| 26 Name and Address on File | Information on File | Client | | | | $2,600,000.00 |
| 27 Name and Address on File | Information on File | Client | | | | $2,527,023.00 |
| 28 Name and Address on File | Information on File | Client | | | | $2,385,343.00 |
| 29 Name and Address on File | Information on File | Institutional Loans | | $21,670,000.00 | $19,405,815.00 | $2,264,185.00 |
| 30 Name and Address on File | Information on File | Client | | | | $2,195,060.00 |
| 31 Name and Address on File | Information on File | Client | | | | $2,028,277.00 |
| 32 Name and Address on File | Information on File | Client | | | | $1,799,293.00 |
| 33 Name and Address on File | Information on File | Client | | | | $1,769,481.00 |
| 34 Name and Address on File | Information on File | Client | | | | $1,693,730.00 |
| 35 Name and Address on File | Information on File | Client | | | | $1,680,488.00 |
| 36 Name and Address on File | Information on File | Client | | | | $1,647,320.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed [1] | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 37 | Name and Address on File | Information on File | Client | | | | $1,646,355.00 |
| 38 | Name and Address on File | Information on File | Client | | | | $1,630,590.00 |
| 39 | Name and Address on File | Information on File | Client | | | | $1,535,700.00 |
| 40 | Name and Address on File | Information on File | Client | | | | $1,471,911.00 |
| 41 | Name and Address on File | Information on File | Client | | | | $1,454,081.00 |
| 42 | Name and Address on File | Information on File | Client | | | | $1,398,077.00 |
| 43 | Name and Address on File | Information on File | Client | | | | $1,354,519.00 |
| 44 | Name and Address on File | Information on File | Client | | | | $1,253,815.00 |
| 45 | Name and Address on File | Information on File | Client | | | | $1,201,448.00 |
| 46 | Name and Address on File | Information on File | Client | | | | $1,100,609.00 |
| 47 | Name and Address on File | Information on File | Client | | | | $1,046,888.00 |
| 48 | Name and Address on File | Information on File | Client | | | | $1,042,364.00 |
| 49 | Name and Address on File | Information on File | Client | | | | $1,000,189.00 |

Debtor: BlockFi Inc., *et al.*     Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed [1] | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 50  Name and Address on File | Information on File | Client | | | | $999,650.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of __New Jersey__

**In re**

    BlockFi Inc.

    Case No. 22-_____

**Debtor**

    Chapter __11__

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ __100,000 (retainer)__

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ __85,852.50*__

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ __0.00__

   \* In addition to the above-referenced $85,852.50 in compensation for services rendered prior to the Petition Date, Cole Schotz has received $1,738 in chapter 11 filing fees for this debtor, and $1,738 in chapter 11 filing fees for each of this debtor's affiliated debtors and debtors in possession.

2. The source of the compensation paid to me was:

   [X] Debtor      [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [X] Debtor      [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.    [Other provisions as needed]

        See retention papers.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    None.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 11/28/2022 | /s/ Michael D. Sirota |
|---|---|
| *Date* | *Signature of Attorney* |
| | Cole Schotz P.C. |
| | *Name of law firm* |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of  New Jersey_____

**In re**

**Debtor**  BlockFi Inc.

Case No. 22-_____

Chapter  11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 750,000 (retainer)

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ 1,904,529.03

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0

2. The source of the compensation paid to me was:

   ☒ Debtor    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

        see retention papers

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    none.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/28/2022
*Date*

*/s/ Richard Kanowitz*
*Signature of Attorney*

Haynes and Boone, LLP
*Name of law firm*

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of __New Jersey__

**In re**  BlockFi Inc.

Case No. 22 - _____

**Debtor**

Chapter __11__

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ __2,000,000.00__ (retainer)

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ __1,470,327.45__

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ __0.00__

2. The source of the compensation paid to me was:

   ☒ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor        ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

        See retention papers.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

November 28, 2022      /s/ *Christine A. Okike*
*Date*      *Signature of Attorney*

Kirkland & Ellis LLP and Kirkland & Ellis International LLP
*Name of law firm*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>BlockFi Inc.<br>                      Debtor. | Chapter 11<br><br>Case No. 22-_____ (___)<br><br>(Joint Administration Requested) |

**LIST OF EQUITY SECURITY HOLDERS**

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, BlockFi International Ltd. hereby provides the following list of holders of equity interests:

| Name and Address of Interest Holder | Kind of Interest | Percentage of Interests Held |
|---|---|---|
| Intentionally omitted for purposes of filing. | | |

DATED:     November 28, 2022

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>BlockFi Inc.<br><br>                       Debtors. | Chapter 11<br><br>Case No. 22-_____ (___)<br><br>(Joint Administration Requested) |

**STATEMENT OF CORPORATE OWNERSHIP**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of BlockFi Inc. certifies that the following corporate entities/individuals own more than 10% of the Debtor's equity interest.

| Shareholder | Percentage of Total Shares |
|---|---|
| Valar Fund V LP | 19% |

DATED:    November 28, 2022