| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>Andrew R. Vara, U.S. Trustee, Regions 3 & 9<br>Lauren E. Bielskie, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Phone: (973) 645-3014<br>Email: Lauren.Bielskie@usdoj.gov | |
| In Re:<br><br>    BlockFi Inc.,<br><br>Debtor. | Case No.: 22-19361<br><br>Chapter: 11<br><br>Judge: Kaplan |

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __the United States Trustee__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Lauren Bielskie, Esq.
                     United States Department of Justice
                     Office of the United States Trustee
                     One Newark Center, Suite 2100
                     Newark, NJ 07102

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: 11/28/22                                                     /s/ Lauren Bielskie
                                                                         Signature

*new.8/1/15*