Order Filed on November 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq. (NJ Bar No. 014321986)<br>Warren A. Usatine, Esq. (NJ Bar No. 025881995)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (*pro hac vice* pending)<br>Christine A. Okike, P.C. (*pro hac vice* pending)<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br>jsussberg@kirkland.com<br>christine.okike@kirkland.com<br><br>**HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Kenric D. Kattner, Esq. (*pro hac vice* pending)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>kenric.kattner@haynesboone.com<br><br>*Proposed Attorneys for Debtors and Debtors in Possession* |

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al*.,<br><br>      Debtors.[1] | Chapter 11<br>Case No. 22-19361  MBK<br>(Joint Administration Requested)<br>**Hearing Date and Time:** |

### ORDER REGARDING DEBTORS' APPLICATION FOR EXPEDITED
### <u>CONSIDERATION OF FIRST DAY MATTERS</u>

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

**ORDERED**.

**DATED: November 28, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

(Page | 2)
Debtors:          BLOCKFI, INC., *et al.*
Case No.          22-
Caption of Order: ORDER GRANTING EXPEDITED CONSIDERATION OF FIRST DAY MATTERS

---

The above captioned bankruptcy cases were filed on November 28, 2022. An Application for Expedited Consideration of First Day Matters was filed. After review of the initial pleadings filed in this case which have been designated by counsel as requiring expedited consideration, and for good cause shown;

**IT IS HEREBY ORDERED** that the following motions are set down for hearing before The Honorable Michael B. Kaplan in Courtroom #8 located at 402 East State Street, Trenton, NJ 08608 at the date and time as set forth below:

**Hearing Date and Time**

| | | | |
|---|---|---|---|
| i) | Debtors' Motion for Joint Administration | 11/29/2022 | at 11:30 AM. |
| ii) | Debtors' Motion to Establish Certain Notice, Case Management and Administrative Procedures | 11/29/2022 | at 11:30 AM. |
| iii) | Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of Top 50 Unsecured Creditors and Consolidated List of Creditors, (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information of Individual Creditors, Clients, Equity Holders, and Current and Former Employees, (III) Authorizing Client Name Redaction, (IV) Waiving the Requirement to File an Equity List and Provide Notices Directly to Equity Security Holders and (V) Granting Related Relief | 11/29/2022 | at 11:30 AM. |
| iv) | Debtors' Motion for Entry of an Order Extending the Time to File Schedules and Statements | 11/29/2022 | at 11:30 AM. |
| v) | Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Use of Existing Business Forms and Records, (B) Maintain Existing Corporate Bank Accounts and Cash Management System, (C) Pay Prepetition Bank Fees Associated with the Cash Management System, and (D) Continue Performance of Intercompany Transactions. | 11/29/2022 | at 11:30 AM. |

(Page | 3)
Debtors:        BLOCKFI, INC., *et al*.
Case No.        22-
Caption of Order:   ORDER GRANTING EXPEDITED CONSIDERATION OF FIRST DAY
                    MATTERS

---

|  |  |  |  |
|---|---|---|---|
|  | (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Waiving Certain U.S. Trustee Requirements |  |  |
| vi) | Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses, (B) Continue Employee Benefits Programs and (II) Granting Related Relief | 11/29/2022 | at 11:30 AM. |
| vii) | Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers Pursuant to §§ 105(a), 363(b), 507(a)(8), and 541(d) | 11/29/2022 | at 11:30 AM. |
| viii) | Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit Reserve as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment | 11/29/2022 | at 11:30 AM. |
| ix) | Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a) and 363(c) Authorizing the Debtors to (I) Continue, Renew, or Supplement Insurance Policies, (II) Pay Insurance Premiums Thereon, (III) Continue, Renew, or Supplement the Surety Bond Program, and (IV) Granting Related Relief | 11/29/2022 | at 11:30 AM. |
| x) | Debtors' Motion Seeking Entry of an Order (I) Restating and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and *Ipso Facto* Protections of the Bankruptcy Code, and (II) Granting Related Relief | 11/29/2022 | at 11:30 AM. |

(Page | 4)
Debtors:        BLOCKFI, INC., *et al.*
Case No.        22-
Caption of Order:    ORDER GRANTING EXPEDITED CONSIDERATION OF FIRST DAY MATTERS

---

| | | | |
|---|---|---|---|
| xi) | Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay or Honor Prepetition Obligations to Certain Claimants and (II) Granting Related Relief | 11/29/2022 | at 11:30 AM. |
| xii) | Debtors' Motion for Entry of Interim and Final Orders (A) Establishing Notification and Hearing Procedures for Certain Transfers of, and Claims of Worthlessness with Respect to, Stock and Preferred Stock and (B) Granting Related Relief | 11/29/2022 | at 11:30 A.M. |
| xiii) | Debtors' Application Pursuant to 28 U.S.C. § 156(c) and 11 U.S.C. § 105(a) for Entry of an Order Authorizing the Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent *Nunc Pro Tunc* to the Petition Date | 11/29/2022 | at 11:30 A.M. |

**IT IS FURTHER ORDERED** that a true copy of this Order shall be served on all required parties pursuant to D.N.J. LBR 9013-5(f).

**IT IS FURTHER ORDERED** that objections and/or responses to the Motions, if any, may be made at the hearing pursuant to D.N.J. LBR 9013-5(d).