**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Christine A. Okike, P.C. (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Proposed Attorneys for Debtors and
Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (*pro hac vice* pending)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Proposed Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Joint Administration Requested) |

**NOTICE OF HEARING ON
DEBTORS' MOTION FOR ENTRY OF
AN ORDER (I) APPROVING THE DEBTORS'
RETENTION PROGRAMS AND (II) GRANTING RELATED RELIEF**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**PLEASE TAKE NOTICE** that on November 28, 2022, the above-captioned debtors and

debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

*(I) Approving the Debtors' Retention Programs and (II) Granting Related Relief* (the "Retention Programs Motion").

**PLEASE TAKE FURTHER NOTICE** that the Retention Programs Motion will be scheduled for hearing on a date to be agreed to on the record at the hearing to be held on November 29, 2022 at 11:30 a.m. (prevailing Eastern Time) before the Honorable Chief Judge Michael B. Kaplan, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

**PLEASE TAKE FURTHER NOTICE** that copies of the foregoing pleadings may be obtained (i) at the website established by the Debtors' proposed noticing agent, Kroll Inc. at https://restructuring.ra.kroll.com/blockfi (ii) from the Court's website https://www.njb.uscourts.gov/ via ECF/PACER, or (iii) upon request to the undersigned.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: November 28, 2022 | /s/ *Michael D. Sirota* |

        **COLE SCHOTZ P.C.**
        Michael D. Sirota, Esq. (NJ Bar No. 014321986)
        Warren A. Usatine, Esq. (NJ Bar No. 025881995)
        Court Plaza North, 25 Main Street
        Hackensack, New Jersey 07601
        (201) 489-3000
        msirota@coleschotz.com
        wusatine@coleschotz.com

        **KIRKLAND & ELLIS LLP**
        **KIRKLAND & ELLIS INTERNATIONAL LLP**
        Joshua A. Sussberg, P.C. (*pro hac vice* pending)
        Christine A. Okike, P.C. (*pro hac vice* pending)
        601 Lexington Avenue
        New York, New York 10022
        (212) 446-4800
        jsussberg@kirkland.com
        christine.okike@kirkland.com

        **HAYNES AND BOONE, LLP**
        Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
        Kenric D. Kattner, Esq. (*pro hac vice* pending)
        30 Rockefeller Plaza, 26th Floor
        New York, New York 10112
        (212) 659-7300
        richard.kanowitz@haynesboone.com
        kenric.kattner@haynesboone.com

        *Proposed Attorneys for Debtors and*
        *Debtors in Possession*