**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
(201) 489-1536 Facsimile
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Christine A. Okike, P.C. (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Proposed Attorneys for Debtors and
Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (*pro hac vice* pending)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Proposed Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Joint Administration Requested) |

**NOTICE OF AGENDA OF FIRST DAY MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 29, 2022 AT 11:30 A.M. (EASTERN TIME)**

**MATTERS GOING FORWARD IN MAIN CASE**

1. Debtors' Motion for Joint Administration [Docket No. 2].

    Related Documents:

    A. Declaration of Mark A. Renzi in Support of Debtors' Chapter 11 Petitions and First-Day Motions [Docket No. 17]
    B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 18]

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

  C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 19]

**Status: This matter is going forward with permission of the Court.**

2. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Use of Existing Business Forms and Records, (B) Maintain Existing Corporate Bank Accounts and Cash Management System, (C) Pay Prepetition Bank Fees Associated with the Cash Management System, and (D) Continue Performance of Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Waiving Certain U.S. Trustee Requirements [Docket No. 7].

Related Documents:

  A. Declaration of Mark A. Renzi in Support of Debtors' Chapter 11 Petitions and First-Day Motions [Docket No. 17]
  B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 18]
  C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 19]

**Status: This matter is going forward with permission of the Court.**

3. Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 16].

Related Documents:

  A. Declaration of Mark A. Renzi in Support of Debtors' Chapter 11 Petitions and First-Day Motions [Docket No. 17]
  B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 18]
  C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 19]

**Status: This matter is going forward with permission of the Court.**

4. Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and Preferred Stock and (II) Granting Related Relief [Docket No. 14].

Related Documents:

    A. Declaration of Mark A. Renzi in Support of Debtors' Chapter 11 Petitions and First-Day Motions [Docket No. 17]
    B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 18]
    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 19]

**Status: This matter is going forward with permission of the Court.**

5. Debtors' Application Pursuant to 28 U.S.C. § 156(c) and 111 U.S.C. § 105(a) for Entry of an Order Authorizing the Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent *Nunc Pro Tunc* to the Petition Date [Docket No. 15].

    Related Documents:

    A. Declaration of Mark A. Renzi in Support of Debtors' Chapter 11 Petitions and First-Day Motions [Docket No. 17]
    B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 18]
    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 19]

    **Status: This matter is going forward with permission of the Court.**

6. Debtors' Motion to Establish Certain Notice, Case Management and Administrative Procedures [Docket No. 3].

    Related Documents:

    A. Declaration of Mark A. Renzi in Support of Debtors' Chapter 11 Petitions and First-Day Motions [Docket No. 17]
    B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 18]
    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 19]

    **Status: This matter is going forward with permission of the Court.**

7. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of Top 50 Unsecured Creditors and Consolidated List of Creditors, (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information of Individual Creditors, Clients, Equity Holders, and Current and Former Employees, (III) Authorizing Client Name Redaction, (IV) Waiving the Requirement to File an Equity List and Provide Notices Directly to Equity Security Holders, and (V) Granting Related Relief [Docket No. 4].

    Related Documents:

    A. Declaration of Mark A. Renzi in Support of Debtors' Chapter 11 Petitions and First-Day Motions [Docket No. 17]
    B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 18]
    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 19]

**Status: This matter is going forward with permission of the Court.**

8. Debtors' Motion for Entry of an Order Extending the Time to File Schedules and Statements [Docket No. 5].

Related Documents:

    A. Declaration of Mark A. Renzi in Support of Debtors' Chapter 11 Petitions and First-Day Motions [Docket No. 17]
    B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 18]
    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 19]

**Status: This matter is going forward with permission of the Court.**

9. Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit Account as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment [Docket No. 10].

Related Documents:

    A. Declaration of Mark A. Renzi in Support of Debtors' Chapter 11 Petitions and First-Day Motions [Docket No. 17]
    B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 18]
    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 19]

**Status: This matter is going forward with permission of the Court.**

10. Debtors' Motion Seeking Entry of an Order (I) Restating and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and *Ipso Facto* Protections of the Bankruptcy Code, and (II) Granting Related Relief [Docket No. 12].

Related Documents:

    A. Declaration of Mark A. Renzi in Support of Debtors' Chapter 11 Petitions and First-Day Motions [Docket No. 17]

    B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 18]

    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 19]

**Status: This matter is going forward with permission of the Court.**

11. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Taxes and Fees and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers Pursuant to Bankruptcy Code §§ 105(a), 363(b), 507(a)(8), and 541(d) [Docket No. 9].

    Related Documents:

    A. Declaration of Mark A. Renzi in Support of Debtors' Chapter 11 Petitions and First-Day Motions [Docket No. 17]
    B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 18]
    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 19]

    **Status: This matter is going forward with permission of the Court.**

12. Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a) and 363(c) Authorizing the Debtors to (I) Continue, Renew, or Supplement Insurance Policies, (II) Pay Insurance Premiums and Related Obligations Thereon, (III) Continue, Renew, or Supplement the Surety Bond Program, and (IV) Granting Related Relief [Docket No. 11].

    Related Documents:

    A. Declaration of Mark A. Renzi in Support of Debtors' Chapter 11 Petitions and First-Day Motions [Docket No. 17]
    B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 18]
    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 19]

    **Status: This matter is going forward with permission of the Court.**

13. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay or Honor Prepetition Obligations to Certain Claimants and (II) Granting Related Relief [Docket No. 13].

    Related Documents:

    A. Declaration of Mark A. Renzi in Support of Debtors' Chapter 11 Petitions and First-Day Motions [Docket No. 17]

    B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 18]

    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 19]

**Status: This matter is going forward with permission of the Court.**

Dated: November 28, 2022        /s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
(201) 489-1536 Facsimile
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Christine A. Okike, P.C. (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (*pro hac vice* pending)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Proposed Attorneys for Debtors and Debtors in Possession*