**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
(201) 489-1536 Facsimile
msirota@coleschotz.com
wusatine@coleschotz.com

*Proposed Attorneys for Debtors and*
*Debtors in Possession*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Joint Administration Requested) |

**CERTIFICATION OF CHRISTINE A. OKIKE IN SUPPORT OF APPLICATION FOR**
***PRO HAC VICE* ADMISSION OF CHRISTINE A. OKIKE, P.C.**

Christine A. Okike, of full age, hereby certifies as follows:

1.  I am an attorney-at-law duly admitted to practice before the courts of the State of New York and California. Through my professional corporation, Christine A. Okike, P.C. (the "Professional Corporation"), I am a partner in the firm of Kirkland and Ellis LLP, counsel for BlockFi, Inc. and its affiliated debtors and debtors in possession (the "Debtors"). I submit this

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A)); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

65365/0001-44203540v1

Certification in support of the accompanying Application for the Professional Corporation's admission *pro hac vice*.

2. I was admitted to practice in the State of New York in 2009, the State of California in 2014, the United States District Court for the Southern District of New York in 2021, and the United States Court of Appeals for the Second Circuit in 2020.

3. I am in good standing before the courts in which I am admitted, and I have not been disbarred, suspended or disciplined by any court or administrative body. The name and address of the office maintaining the roll of members in good standing for the state of New York bar is Appellate Division, 1st Department, 27 Madison Avenue, New York, NY 10010. The name and address of the office maintaining the roll of members in good standing for the United States District Court for the Southern District of New York is Southern District of New York, 500 Pearl Street, New York, New York 10007. The name and address of the office maintaining the roll of members in good standing for the United States Court of Appeals for the Second Circuit is Thurgood Marshall United States Court House, 40 Foley Square, New York, NY 10007.

4. The Debtors filed the within Application for the Professional Corporation's *pro hac vice* admission in these matters due to my familiarity with the facts and circumstances relevant to its interests. If the Application is granted, I agree to abide by this Court's local rules and to submit myself to the disciplinary jurisdiction of this Court.

5. I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases: Michael D. Sirota, Esq.

6. For the foregoing reasons, I respectfully request the Professional Corporation's application for admission *pro hac vice* be granted.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/ Christine Okike*
Christine A. Okike, P.C.
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: christine.okike@kirkland.com

DATED: November 28, 2022