**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
(201) 489-1536 Facsimile
msirota@coleschotz.com
wusatine@coleschotz.com

*Proposed Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Joint Administration Requested) |

**CERTIFICATION OF MICHAEL B. SLADE IN SUPPORT OF
<u>APPLICATION FOR *PRO HAC VICE* ADMISSION</u>**

Michael B. Slade, Esq. of full age, hereby certifies as follows:

1.  I am an attorney-at-law duly admitted to practice before the courts of the States of Illinois and Texas and a partner in the firm of Kirkland and Ellis LLP, counsel for BlockFi, Inc. and its affiliated debtors and debtors in possession (the "<u>Debtors</u>"). I submit this Certification in support of the accompanying Application for my admission *pro hac vice*.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A)); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

2. I was admitted to practice in the State of Illinois in 2001, the State of Texas in 1999, the United States District Court for the Northern District of Illinois in 2001, the United States District Court for the Eastern District of Wisconsin in 2016, the United States District Court for the District of Colorado in 2019, the United States Court of Appeals for the Third Circuit in 2008, the United States Court of Appeals for the Fifth Circuit in 2008, the United States Court of Appeals for the Seventh Circuit in 2004, the United States Court of Appeals for the Ninth Circuit in 2010, the United States Court of Appeals for the Tenth Circuit in 2017, and the United States Court of Appeals for the D.C. Circuit in 2022.

3. I am in good standing before the courts in which I am admitted, and I have not been disbarred, suspended or disciplined by any court or administrative body. The name and address of the office maintaining the roll of members in good standing for the State of Illinois is 3101 Old Jacksonville Road, Springfield, IL 62704 and for the State of Texas is P.O. Box 12428, Austin, TX 78711-2428. The name and address of the office maintaining the roll of members in good standing for the United States District Court for the Northern District of Illinois is 219 South Dearborn Street, Chicago, IL 60604, for the Eastern District of Wisconsin is 125 S. Jefferson Street, #102, Green Bay, WI 54301, for the United States District Court for the District of Colorado is Alfred A. Arraj U.S. Courthouse, Room A105, 901 19th Street, Denver, CO 80294-3589, for the United States Court of Appeals for the Third Circuit is 601 Market Street, Philadelphia, PA 19106, for the United States Court of Appeals for the Fifth Circuit is 600 S. Maestri Place, Suite 115, New Orleans, LA 70130, for the United States Court of Appeals for the Seventh Circuit is Everett McKinley Dirksen U.S. Courthouse, 219 S. Dearborn Street, Rm. 2722, Chicago, IL 60604, for the United States Court of Appeals for the Ninth Circuit is P.O. Box 193939, San Francisco, CA 94119-3939, for the United States Court of Appeals for the

2

Tenth Circuit is Byron White Court House, 1823 Stout Street, Denver, CO 80257, and for the United States Court of Appeals for the D.C. Circuit is 333 Constitution Ave., Washington, DC, 20001-2866.

4.  The Debtors filed the within Application for my *pro hac vice* admission in these matters due to my familiarity with the facts and circumstances relevant to its interests. If the Application is granted, I agree to abide by this Court's local rules and to submit myself to the disciplinary jurisdiction of this Court.

5.  I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases: Michael D. Sirota, Esq.

6.  For the foregoing reasons, I respectfully request my application for admission *pro hac vice* be granted.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_/s/ Michael B. Slade_
Michael B. Slade
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: michael.slade@kirkland.com

DATED: November 28, 2022