**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
(201) 489-1536 Facsimile
msirota@coleschotz.com
wusatine@coleschotz.com

*Proposed Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Joint Administration Requested) |

**CERTIFICATION OF FRANCIS PETRIE IN SUPPORT OF**
**APPLICATION FOR *PRO HAC VICE* ADMISSION**

Francis Petrie, Esq. of full age, hereby certifies as follows:

1. I am an attorney-at-law duly admitted to practice before the courts of the State of California and New York and an associate in the firm of Kirkland and Ellis LLP, counsel for BlockFi, Inc. and its affiliated debtors and debtors in possession (the "Debtors"). I submit this Certification in support of the accompanying Application for my admission *pro hac vice*.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A)); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

65365/0001-44204645v1

2.  I was admitted to practice in the State of New York in 2017, the State of California in 2022, the United States District Court for the Southern District of New York in 2018, and the United States District Court for the Eastern District of New York in 2021.

3.  I am in good standing before the courts in which I am admitted, and I have not been disbarred, suspended or disciplined by any court or administrative body. The name and address of the office maintaining the roll of members in good standing for the State of California is The State Bar of California, 180 Howard Street, San Francisco, CA 94105, and the State of New York is Appellate Division, 3rd Department, P.O. Box 7350, Capitol Station, Albany, NY. The name and address of the office maintaining the roll of members in good standing for the United States District Court for the Eastern District of New York is 225 Cadman Plaza East, Brooklyn, NY 11201 and the Southern District of New York is Southern District of New York, 500 Pearl Street, New York, New York 10007.

4.  The Debtors filed the within Application for my *pro hac vice* admission in these matters due to my familiarity with the facts and circumstances relevant to its interests. If the Application is granted, I agree to abide by this Court's local rules and to submit myself to the disciplinary jurisdiction of this Court.

5.  I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases: Michael D. Sirota, Esq.

6.  For the foregoing reasons, I respectfully request my application for admission *pro hac vice* be granted.

65365/0001-44204645v1

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Francis Petrie
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: francis.petrie@kirkland.com

DATED: November 28, 2022

3

65365/0001-44204645v1