| | |
|---|---|
| **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq. (NJ Bar No. 014321986)<br>Warren A. Usatine, Esq. (NJ Bar No. 025881995)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>msirota@coleschotz.com<br>wusatine@coleschotz.com | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Kenric D. Kattner, Esq. (pro hac vice pending)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>kenric.kattner@haynesboone.com |

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (pro hac vice pending)
Christine A. Okike, P.C. (pro hac vice pending)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Proposed Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Joint Administration Requested) |

**CERTIFICATION OF J. FRASHER MURPHY IN SUPPORT**
**OF APPLICATION FOR *PRO HAC VICE* ADMISSION**

J. FRASHER MURPHY, ESQ., of full age, hereby certifies as follows:

1. I am a partner in the law firm of Haynes and Boone, LLP ("Haynes and Boone"), which maintains an office at 2323 Victory Avenue, Suite 700, Dallas, Texas 75219

2. I am an attorney-at-law duly admitted to practice before the courts of the State of Texas and a partner in the firm of Haynes and Boone, counsel for BlockFi, Inc. and its affiliated

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A)); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

65365/0001-44219382v1

debtors and debtors-in-possession (the "Debtors").  I submit this Certification in support of the accompanying Application for my admission *pro hac vice*.

3. I am and have been a member in good standing of the bar of the State of Texas and have been admitted to the bar of the State of Texas since 1999. I am admitted to practice in the United States District Court for the Northern District of Texas since 2000, the United States District Court for the Southern District of Texas since 2003, the United States District Court for the Eastern District of Texas since 2003, the United States District Court for the Western District of Texas since 2003, the United States Court of Appeals for the Fifth Circuit since 2007, and the United States Supreme Court since 2007.

4. I am, and have remained, a member in good standing of the bar in each of the jurisdictions in which I am admitted to practice. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. The Debtors filed the within Application for my *pro hac vice* admission in these matters due to my familiarity with the facts and circumstances relevant to their interests.  If the Application is granted, I agree to abide by this Court's local rules and to submit myself to the disciplinary jurisdiction of this Court.

6. I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases: Michael Sirota, Esq.

7. For the foregoing reasons, I respectfully request my application for admission *pro hac vice* be granted.

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  November 28, 2022

<u>*/s/  J. Frasher Murphy*</u>
J. Frasher Murphy