**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
(201) 489-1536 Facsimile
msirota@coleschotz.com
wusatine@coleschotz.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (pro hac vice pending)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (pro hac vice pending)
Christine A. Okike, P.C. (pro hac vice pending)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Proposed Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[2] | (Joint Administration Requested) |

**CERTIFICATION OF KENRIC D. KATTNER IN SUPPORT**
**OF APPLICATION FOR *PRO HAC VICE* ADMISSION**

KENRIC D. KATTNER, ESQ., of full age, hereby certifies as follows:

1. I am a partner in the law firm of Haynes and Boone, LLP ("Haynes and Boone"), which maintains an office at 1221 McKinney Street, Suite 4000, Houston, TX 77010.

2. I am an attorney-at-law duly admitted to practice before the courts of the States of New York and Texas and a partner in the firm of Haynes and Boone, counsel for BlockFi, Inc. and

---

[2] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A)); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

its affiliated debtors and debtors-in-possession (the "Debtors"). I submit this Certification in support of the accompanying Application for my admission *pro hac vice*.

3. I am and have been a member in good standing of the bar of the State of Texas and have been admitted to the bar of the State of Texas since 1988. I also am and have been a member in good standing of the bar of the State of New York and have been admitted to the bar of the State of New York since 2009. I am admitted to practice in the United States District Court for the Northern District of Texas since 1988, the United States District Court for the Eastern District of Texas since 1990, the United States District Court for the Western District of Texas since 2000, and the United States District Court for the Eastern District of Arkansas since 1991.

4. I am, and have remained, a member in good standing of the bar in each of the jurisdictions in which I am admitted to practice. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction

5. The Debtors filed the within Application for my *pro hac vice* admission in these matters due to my familiarity with the facts and circumstances relevant to their interests. If the Application is granted, I agree to abide by this Court's local rules and to submit myself to the disciplinary jurisdiction of this Court.

6. I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases: Michael Sirota, Esq.

7. For the foregoing reasons, I respectfully request my application for admission *pro hac vice* be granted.

I certify that the foregoing statements made by me are true. I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

Dated:   November 28, 2022

                                        */s/  Kenric D. Kattner*
                                        Kenric D. Kattner