## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BlockFi Inc., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Joint Administration Requested) |

### AFFIDAVIT OF SERVICE

I, Moheen Ahmad, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 28, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Core/2002 Email Service List attached hereto as **Exhibit A**:

- Letter Regarding First Day Hearing (the "***First Day Hearing Letter***"), a copy of which is attached hereto as **Exhibit B**

- Debtors' Motion for Joint Administration [Docket No. 2]

- Debtors' Motion to Establish Certain Notice, Case Management and Administrative Procedures [Docket No. 3]

- Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of Top 50 Unsecured Creditors and Consolidated List of Creditors, (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information of Individual Creditors, Clients, Equity Holders, and Current and Former Employees, (III) Authorizing Client Name Redaction, (IV) Waiving the Requirement to File an Equity List and Provide Notices Directly to Equity Security Holders, and (V) Granting Related Relief [Docket No. 4]

- Debtors' Motion for Entry of an Order Extending the Time to File Schedules and Statements [Docket No. 5]

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Use of Existing Business Forms and Records, (B) Maintain Existing Corporate Bank Accounts and Cash Management System, (C) Pay Prepetition Bank Fees

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

Associated with the Cash Management System, and (D) Continue Performance of Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Waiving Certain U.S. Trustee Requirements [Docket No. 7] *("Debtors' Bank Motion")*

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Taxes and Fees and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers Pursuant to Bankruptcy Code Sections 105(a), 363(b), 507(a)(8) and 521(d) [Docket No. 9] *("Debtors' Motion to Pay Taxes and Fees")*

- Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. Sections 105(a) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit Account as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment [Docket No. 10] *("Debtors' Utilities Motion")*

- Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. Sections 105(A) and 363 (C) Authorizing the Debtors to (I) Continue, Renew, or Supplement Insurance Policies, (II) Pay Insurance Premiums and Related Obligations Thereon, (III) Continue, Renew, or Supplement the Surety Bond Program, and (IV) Granting Related Relief [Docket No. 11] *("Debtors' Insurance Motion")*

- Debtors' Motion Seeking Entry of an Order (I) Restating and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and *Ipso Facto* Protections of the Bankruptcy Code, (II) Granting Related Relief [Docket No. 12]

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay or Honor Prepetition Obligations to Certain Claimants and (II) Granting Related Relief [Docket No. 13]

- Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and Preferred Stock and (II) Granting Related Relief [Docket No. 14]

- Debtors' Application for Entry of an Order Authorizing the Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent *nunc pro tunc* to the Petition Date [Docket No. 15]

- Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 16]

- Declaration of Mark A. Renzi in Support of Debtors' Chapter 11 Petitions and First-Day Motions [Docket No. 17]

- Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 18]

- Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 19]

- Debtors' Motion For Entry of an Order (I) Approving the Debtors' Retention Programs and (II) Granting Related Relief [Docket No. 21]

- Notice of Agenda of First Day Matters Scheduled for Hearing on November 29, 2022 at 11:30 a.m. (Eastern Time) [Docket No. 23] *(**"Agenda of First Day Matters"**)*

On November 28, 2022, at my direction and under my supervision, employees of Kroll caused the First Day Hearing Letter, Debtors' Bank Motion and Agenda of First Day Matters to be served via email on the Bank Service List attached hereto as **Exhibit C**.

On November 28, 2022, at my direction and under my supervision, employees of Kroll caused the First Day Hearing Letter, Debtors' Motion to Pay Taxes and Fees and Agenda of First Day Matters to be served by method set forth on the Department of Labor Service List attached hereto as **Exhibit D**; and served by method set forth on the Tax Service List attached hereto as **Exhibit E**.

On November 28, 2022, at my direction and under my supervision, employees of Kroll caused the First Day Hearing Letter, Debtors' Utilities Motion and Agenda of First Day Matters to be served by the method set forth on the Utilities Service List attached hereto as **Exhibit F**.

On November 28, 2022, at my direction and under my supervision, employees of Kroll caused the First Day Hearing Letter, Debtors' Insurance Motion and Agenda of First Day Matters to be served by method set forth on the Insurance Service List attached hereto as **Exhibit G**.

On November 28, 2022, at my direction and under my supervision, employees of Kroll caused the First Day Hearing Letter and Agenda of First Day Matters to be served via facsimile on the Core/2002 Fax Service List attached hereto as **Exhibit H**; and via overnight mail on the Core/2002 Hardcopy Service List attached hereto as **Exhibit I**.

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: November 28, 2022

/s/ *Moheen Ahmad*
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 28, 2022, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 65624

## **Exhibit A**

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | ANKURA TRUST COMPANY, LLC, AS TRUSTEE FOR THE INDENTURE DATED AS OF FEBRUARY 28, 2022 | ATTN: JAMES J. MCGINLEY 140 SHERMAN STREET, 4TH FLOOR FAIRFIELD CT 06824 | james.mcginley@ankura.com |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| COUNSEL TO THE DEBTORS | COLE SCHOTZ P.C. | ATTN: FELICE R. YUDKIN, REBECCA W. HOLLANDER, MICHAEL D. SIROTA 25 MAIN STREET HACKENSACK NJ 7601 | FYudkin@coleschotz.com RHollander@coleschotz.com Msirota@coleschotz.com |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| CO-COUNSEL TO DEBTORS | HAYNES AND BOONE, LLP | ATTN: J. FRASHER MURPHY, JORDAN E. CHAVEZ 2323 VICTORY AVE SUITE 700 DALLAS TX 75219 | frasher.murphy@haynesboone.com jordan.chavez@haynesboone.com |
| CO-COUNSEL TO DEBTORS | HAYNES AND BOONE, LLP | ATTN: KENRIC D. KATTNER, KOURTNEY P. LYDA, RE'NECIA SHERALD 1221 MCKINNEY STREET SUITE 4000 HOUSTON TX 77010 | kenric.kattner@haynesboone.com kourtney.lyda@haynesboone.com renecia.sherald@haynesboone.com |
| CO-COUNSEL TO DEBTORS | HAYNES AND BOONE, LLP | ATTN: RICHARD S. KANOWITZ 30 ROCKEFELLER PLAZA 26TH FLOOR NEW YORK NY 10112 | richard.kanowitz@haynesboone.com |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| COUNSEL TO ANKURA TRUST COMPANY, LLC AS INDENTURE TRUSTEE | HOGAN LOVELLS US LLP | ATTN: ROBERT A. RIPIN 390 MADISON AVE NEW YORK NY 10017 | robert.ripin@hoganlovells.com |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| COUNSEL TO THE DEBTORS | KIRLAND & ELLIS LLP | ATTN: ALEXANDER D. MCCAMON<br>300 NORTH LASALLE<br>CHICAGO IL 60654 | alexander.mccammon@kirkland.com |
| COUNSEL TO THE DEBTORS | KIRLAND & ELLIS LLP | ATTN: CHRISTINE A. OKIKE, FRANCIS PETRIE, JOSHUA SUSSBERG<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | christine.okike@kirkland.com<br>francis.petrie@kirkland.com<br>jsussberg@kirkland.com |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | kcordry@naag.org |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| COUNSEL TO THE STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: JASON B. BINFORD AND ROMA N. DESAI<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P. O. BOX 12548<br>AUSTIN TX 78711-2548 | jason.binford@oag.texas.gov<br>roma.desai@oag.texas.gov<br>public.information@oag.state.tx.us |
| U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: LAUREN BIELSKIE, ESQ., JEFFREY M. SPONDER, ESQ<br>ONE NEWARK CENTER<br>1085 RAYMOND BOULEVARD, SUITE 2100<br>NEWARK NJ 07102 | Lauren.Bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov<br>USTPRegion03.NE.ECF@usdoj.gov |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | SECURITIES & EXCHANGE COMMISSION | ATTN: HANE KIM<br>BROOKFIELD PLACE<br>200 VESEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 | kimha@SEC.GOV |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT BROOKFIELD PLACE 200 VESEY STREET, STE 400 NEW YORK NY 10281-1022 | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT ONE PENN CENTER 1617 JFK BLVD, STE 520 PHILADELPHIA PA 19103 | secbankruptcy@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES AND EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F. STREET NE WASHINGTON DC 20549 | secbankruptcy@sec.gov |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| STATE ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT P.O. BOX 110300 JUNEAU AK 99811-0300 | attorney.general@alaska.gov |
| STATE ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 2005 N CENTRAL AVE PHOENIX AZ 85004-2926 | aginfo@azag.gov |
| STATE ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT P.O. BOX 944255 SACRAMENTO CA 94244-2550 | bankruptcy@coag.gov |
| STATE ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 165 CAPITOL AVENUE HARTFORD CT 06106 | attorney.general@ct.gov denise.mondell@ct.gov |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT CARVEL STATE OFFICE BLDG. 820 N. FRENCH ST. WILMINGTON DE 19801 | attorney.general@state.de.us |
| STATE ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 425 QUEEN ST. HONOLULU HI 96813 | hawaiiag@hawaii.gov |
| STATE ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 100 WEST RANDOLPH STREET CHICAGO IL 60601 | webmaster@atg.state.il.us |
| STATE ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 1305 E. WALNUT STREET DES MOINES IA 50319 | webteam@ag.iowa.gov |
| STATE ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT P.O. BOX 94095 BATON ROUGE LA 70804-4095 | consumerinfo@ag.state.la.us |
| STATE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 6 STATE HOUSE STATION AUGUSTA ME 04333 | consumer.mediation@maine.gov |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | oag@oag.state.md.us |
| STATE ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>ONE ASHBURTON PLACE<br>BOSTON MA 02108-1698 | ago@state.ma.us |
| STATE ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | miag@michigan.gov |
| STATE ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65102 | attorney.general@ago.mo.gov |
| STATE ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>215 N SANDERS, THIRD FLOOR<br>P.O. BOX 201401<br>HELENA MT 59620-1401 | contactdoj@mt.gov |
| STATE ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2115 STATE CAPITOL<br>2ND FL, RM 2115<br>LINCOLN NE 68509-8920 | ago.info.help@nebraska.gov |
| STATE ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | aginfo@ag.nv.gov |
| STATE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>33 CAPITOL ST.<br>CONCORD NH 03301 | attorneygeneral@doj.nh.gov |
| STATE ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET STREET P.O. BOX 080<br>TRENTON NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us |
| STATE ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL<br>600 E BOULEVARD AVE DEPT 125<br>BISMARCK ND 58505-0040 | ndag@nd.gov |
| STATE ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1162 COURT STREET NE<br>SALEM OR 97301 | consumer.hotline@doj.state.or.us<br>kelsiecrippen@markowitzherbold.com<br>david.hart@doj.state.or.us<br>anitjindal@markowitzherbold.com<br>harrywilson@markowitzherbold.com |

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 1302 EAST HIGHWAY 14 SUITE 1 PIERRE SD 57501-8501 | consumerhelp@state.sd.us |
| STATE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT P.O. BOX 20207 NASHVILLE TN 37202-0207 | consumer.affairs@tn.gov |
| STATE ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT P.O. BOX 142320 SALT LAKE CITY UT 84114-2320 | uag@utah.gov |
| STATE ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 109 STATE ST. MONTPELIER VT 05609-1001 | ago.bankruptcies@vermont.gov |
| STATE ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT STATE CAPITOL BLDG 1 ROOM E 26 CHARLESTON WV 25305 | consumer@wvago.gov |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| STATE ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT 441 4TH STREET, NW WASHINGTON DC 20001 | oag@dc.gov |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | WEST REALM SHIRES INC. (FTX US) | ATTN: JOHN J. RAY III 3500 SOUTH DUPONT HIGHWAY DOVER DE 19901 | jray@greylockpartnersllc.com |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |

**<u>Exhibit B</u>**



Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000    201-489-1536  fax

—
New York
—
Delaware
—
Maryland
—
Texas
—
Florida

Michael D. Sirota
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6262
Writer's Direct Fax: 201.678.6262
Writer's E-Mail: msirota@coleschotz.com

November 28, 2022

To:  All Parties-In-Interest

Re:    In re BlockFi, Inc.
       Case No. 22- (MBK)

Dear Sir/Madam:

Please be advised that on November 28, 2022, BlockFi Inc. and its affiliates (the "**Debtors**"), filed voluntary petitions for relief pursuant to Chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey.

A hearing (the "**Hearing**") on the following motions and applications (collectively, the "**First Day Motions**") has been scheduled to take place before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, on **November 29, 2022 at 11:30 a.m. (ET)** or as soon thereafter as counsel may be heard:

1.   *Debtors' Motion for Joint Administration*;

2.   *Debtors' Motion to Establish Certain Notice, Case Management and Administrative Procedures*;

3.   *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of Top 50 Unsecured Creditors and Consolidated List of Creditors, (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information of Individual Creditors, Clients, Equity Holders, and Current and Former Employees, (III) Authorizing Client Name Redaction, (IV) Waiving the Requirement to File an Equity List and Provide Notices Directly to Equity Security Holders and (V) Granting Related Relief Debtors' Motion for Entry of an Order Extending the Time to File Schedules and Statements*;

4.   *Debtors' Motion for Entry of an Order Extending the Time to File Schedules and Statements*;

5.   *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Use of Existing Business Forms and Records, (B) Maintain Existing Corporate Bank Accounts and Cash Management System, (C) Pay Prepetition Bank Fees Associated with the Cash Management System, and (D) Continue*

Cole Schotz P.C.

To:  All Parties-In-Interest
November 28, 2022
Page 2

> *Performance of Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Waiving Certain U.S. Trustee Requirements*;

6. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (B) Continue Employee Benefits Programs and (II) Granting Related Relief*;

7. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers Pursuant to Bankruptcy Code §§ 105(a), 363(b), 507(a)(8), and 541(d)*;

8. *Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit Account as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment*;

9. *Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a) and 363(c) Authorizing the Debtors to (I) Continue, Renew, or Supplement Insurance Policies, (II) Pay Insurance Premiums and Related Obligations Thereon, (III) Continue, Renew, or Supplement the Surety Bond Program, and (IV) Granting Related Relief*;

10. *Debtors' Motion Seeking Entry of an Order (I) Restating and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and Ipso Facto Protections of the Bankruptcy Code, and (II) Granting Related Relief*;

11. *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay or Honor Prepetition Obligations to Certain Claimants and (II) Granting Related Relief*;

12. *Debtors' Motion for Entry of Interim and Final Orders (A) Establishing Notification and Hearing Procedures for Certain Transfers of, and Claims of Worthlessness with Respect to, Stock and Preferred Stock and (B) Granting Related Relief*

Copies of the First Day Motions are available on the Debtor's claims and noticing agent website at https://restructuring.ra.kroll.com/blockfi. Objections, if any, to the First Day Motions may be made at the Hearing pursuant to Rule 9013-5(d) of the Local Rules of the United States Bankruptcy Court for the District of New Jersey.

Cole Schotz P.C.

To:  All Parties-In-Interest
November 28, 2022
Page 3


Parties wishing to participate in the Hearing via Zoom for Government must consult Judge
Kaplan's website, http://www.njb.uscourts.gov/BlockFi, for instructions on how to attend the
hearing.

     Please be guided accordingly.

               Very truly yours,

               */s/ Michael Sirota*

               Michael Sirota

Enclosures

**Exhibit C**

## Exhibit C

Banks Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| BCB BANK | ISABELLE HEATLEY | isabelle@bcbgroup.io |
| CAPITAL UNION BANK | LUDOVIC CHECHIN-LAURANS | lcl@capitalunionbank.com |
| FOMOpay | FOMOpay | huimin.loh@fomopay.com |
| SIGNATURE BANK | DAVID DÂ€™AMICO | ddamico@signatureny.com |
| SILICON VALLEY BANK | AMANDA STROBEL | fintecheast@svb.com |
| SILVERGATE | TED STEINGRABER | ted.steingraber@blockfi.com |

**Exhibit D**

Exhibit D
Department of Labor Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| ALABAMA DEPARTMENT OF LABOR | FITZGERALD WASHINGTON, COMMISSIONER | | | | | | tiphotline@labor.alabama.gov | Email |
| ALASKA DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT | HEIDI DRYGAS, COMMISSIONER | P.O. BOX 11149 | | JUNEAU | AK | 99811-1149 | | Overnight Mail |
| ARKANSAS DEPARTMENT OF LABOR | LEON JONES, JR, DIRECTOR OF LABOR | | | | | | asklabor@arkansas.gov | Email |
| COLORADO DEPARTMENT OF LABOR AND EMPLOYMENT | Attn President or General Counsel | ELLEN GOLOMBEK EXECUTIVE DIRECTOR | 633 17TH ST SUITE 201 | DENVER | CO | 80202-3660 | | Overnight Mail |
| CONNECTICUT DEPARTMENT OF LABOR | Attn President or General Counsel | SHARON PALMER COMMISSIONER | 200 FOLLY BROOK BLVD | WETHERSFIELD | CT | 06109-1114 | | Overnight Mail |
| DELAWARE DEPARTMENT OF LABOR | Attn President or General Counsel | JOHN MCMAHON JR SECRETARY OF LABOR | 4425 N MARKET ST 4TH FL | WILMINGTON | DE | 19802 | | Overnight Mail |
| DEPARTMENT OF EMPLOYMENT SERVICES | Attn President or General Counsel | DEBORAH A CARROLL DIRECTOR | 4058 MINNESOTA AVE NE | WASHINGTON | DC | 20019 | | Overnight Mail |
| DIVISION OF LABOR STANDARDS ENFORCEMENT AND THE OFFICE OF THE LABOR COMMISSIONER | Attn President or General Counsel | JULIE SU STATE LABOR COMMISSIONER | 455 GOLDEN GATE AVENUE 9TH FL | SAN FRANCISCO | CA | 94102-7004 | | Overnight Mail |
| FLORIDA DIVISION OF WORKFORCE SERVICES | Attn President or General Counsel | TOM CLENDENNING DIRECTOR | 107 EAST MADISON STREET | TALLAHASSEE | FL | 32399 | | Overnight Mail |
| GEORGIA DEPARTMENT OF LABOR | Attn President or General Counsel | SUSSEX PLACE ROOM 600 | 148 ANDREW YOUNG INTERNATIONAL BLVD NE | ATLANTA | GA | 30303 | | Overnight Mail |
| HAWAII DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS | Attn President or General Counsel | PRINCESS RUTH KEELIKOLANI BUILDING | 830 PUNCHBOWL STREET ROOM 321 | HONOLULU | HI | 96813 | | Overnight Mail |
| IDAHO DEPARTMENT OF LABOR | Attn President or General Counsel | KENNETH EDMUNDS DIRECTOR | 317 W MAIN ST | BOISE | ID | 83735-0001 | | Overnight Mail |
| ILLINOIS DEPARTMENT OF LABOR | Attn President or General Counsel | HUGO CHAVIANO DIRECTOR | 160 N LASALLE ST 13TH FL SUITE C1300 | CHICAGO | IL | 60601 | | Overnight Mail |
| INDIANA DEPARTMENT OF LABOR | Attn President or General Counsel | INDIANA GOVERNMENT CENTER SOUTH | 402 W WASHINGTON STREET ROOM W195 | INDIANAPOLIS | IN | 46204 | | Overnight Mail |
| INDUSTRIAL COMMISSION OF ARIZONA | Attn President or General Counsel | KAREN AXSOM DIRECTOR | 800 WEST WASHINGTON STREET | PHOENIX | AZ | 85007 | | Overnight Mail |
| IOWA LABOR SERVICES DIVISION | Attn President or General Counsel | MICHAEL MAURO LABOR COMMISSIONER | 1000 EAST GRAND AVENUE | DES MOINES | IA | 50319-0209 | | Overnight Mail |
| KANSAS DEPARTMENT OF LABOR | Attn President or General Counsel | LANA GORDON SECRETARY | 401 SW TOPEKA BLVD | TOPEKA | KS | 66603-3182 | | Overnight Mail |
| KENTUCKY LABOR CABINET | Attn President or General Counsel | LARRY L ROBERTS SECRETARY | 1047 US HWY 127 SOUTH SUITE 4 | FRANKFORT | KY | 40601-4381 | | Overnight Mail |
| LOUISIANA WORKFORCE COMMISSION | CURT EYSINK, EXECUTIVE DIRECTOR | P.O. BOX 94094 | | BATON ROUGE | LA | 70804-9094 | | Overnight Mail |
| MAINE DEPARTMENT OF LABOR | Attn President or General Counsel | JEANNE PAQUETTE COMMISSIONER | 54 STATE HOUSE STATION DRIVE | AUGUSTA | ME | 4333 | | Overnight Mail |
| MARYLAND DEPARTMENT OF LABOR  LICENSING AND REGULATION | Attn President or General Counsel | KELLY M SCHULZ SECRETARY | 500 N CALVERT STREET SUITE 401 | BALTIMORE | MD | 21202 | | Overnight Mail |
| MASSACHUSETTS EXECUTIVE OFFICE OF LABOR & WORKFORCE DEVELOPMENT | Attn President or General Counsel | RONALD WALKER II SECRETARY | ONE ASHBURTON PLACE RM 2112 | BOSTON | MA | 02108 | | Overnight Mail |
| MASSACHUSETTS FAIR LABOR DIVISION OFFICE OF THE ATTORNEY GENERAL | Attn President or General Counsel | CYNDI MARK CHIEF | ONE ASHBURTON PLACE | BOSTON | MA | 02108 | | Overnight Mail |
| MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS (LARA) | Attn President or General Counsel | MIKE ZIMMER DIRECTOR | 611 W OTTAWA | LANSING | MI | 48909 | | Overnight Mail |
| MINNESOTA DEPARTMENT OF LABOR AND INDUSTRY | Attn President or General Counsel | KEN PETERSON COMMISSIONER | 443 LAFAYETTE ROAD NORTH | ST PAUL | MN | 55155 | | Overnight Mail |
| MISSISSIPPI DEPARTMENT OF EMPLOYMENT SECURITY | MARK HENRY, EXECUTIVE DIRECTOR | 1235 ECHELON PARKWAY | | JACKSON | MS | 39215-1699 | | Overnight Mail |
| MISSOURI LABOR AND INDUSTRIAL RELATIONS COMMISSION | RYAN MCKENNA, DIRECTOR | 3315 W. TRUMAN BOULEVARD | | JEFFERSON CITY | MO | 65102-0504 | | Overnight Mail |
| MONTANA DEPARTMENT OF LABOR AND INDUSTRY | PAM BUCY, COMMISSIONER | P.O. BOX 1728 | | HELENA | MT | 59624-1728 | | Overnight Mail |
| NEBRASKA DEPARTMENT OF LABOR | JOHN ALBIN, COMMISSIONER | 550 SOUTH 16TH STREET | | LINCOLN | NE | 68508-4600 | | Overnight Mail |
| NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY | Attn President or General Counsel | SHANNON CHAMBERS COMMISSIONER | 555 E WASHINGTON AVE SUITE 4100 | LAS VEGAS | NV | 89101-1050 | | Overnight Mail |
| NEW HAMPSHIRE DEPARTMENT OF LABOR | Attn President or General Counsel | STATE OFFICE PARK SOUTH | 95 PLEASANT STREET | CONCORD | NH | 03301 | | Overnight Mail |
| NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT | HAROLD J. WIRTHS, COMMISSIONER | #1 JOHN FITCH PLAZA, 13TH FL, SUITE D | | TRENTON | NJ | 08625-0110 | | Overnight Mail |
| NEW MEXICO DEPARTMENT OF WORK FORCE SOLUTIONS | CELINA BUSSEY, SECRETARY | P.O. BOX 1928 | | ALBUQUERQUE | NM | 87102-1928 | | Overnight Mail |
| NEW YORK DEPARTMENT OF LABOR | Attn President or General Counsel | STATE OFFICE BLDG  12 | WA HARRIMAN CAMPUS | ALBANY | NY | 12240 | | Overnight Mail |
| NORTH CAROLINA DEPARTMENT OF LABOR | Attn President or General Counsel | CHERIE K BERRY COMMISSIONER | 4 WEST EDENTON STREET | RALEIGH | NC | 27699 | | Overnight Mail |
| NORTH DAKOTA DEPARTMENT OF LABOR | Attn President or General Counsel | STATE CAPITOL BUILDING | 600 EAST BOULEVARD AVE DEPT 406 | BISMARCK | ND | 58505-0340 | | Overnight Mail |
| OHIO DEPARTMENT OF COMMERCE | Attn President or General Counsel | JAQUELINE T WILLIAMS COMMISSIONER | 77 SOUTH HIGH STREET 22ND FLOOR | COLUMBUS | OH | 43215 | | Overnight Mail |
| OKLAHOMA DEPARTMENT OF LABOR | Attn President or General Counsel | MARK COSTELLO COMMISSIONER | 3017 N STILES AVENUE SUITE 100 | OKLAHOMA CITY | OK | 73105-5212 | | Overnight Mail |
| OREGON BUREAU OF LABOR AND INDUSTRIES | Attn President or General Counsel | BRAD AVAKIAN COMMISSIONER | 800 NE OREGON ST 1045 | PORTLAND | OR | 97232 | | Overnight Mail |
| PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY | Attn President or General Counsel | 1700 LABOR AND INDUSTRY BLDG | 7TH AND FORSTER STREETS | HARRISBURG | PA | 17120 | | Overnight Mail |
| RHODE ISLAND DEPARTMENT OF LABOR AND TRAINING | Attn President or General Counsel | SCOTT R JENSEN DIRECTOR | 1511 PONTIAC AVENUE | CRANSTON | RI | 02920 | | Overnight Mail |
| SOUTH CAROLINA DEPARTMENT OF LABOR, LICENSING & REGULATIONS | RICHELE TAYLOR, DIRECTOR | P.O. BOX 11329 | | COLUMBIA | SC | 29211-1329 | | Overnight Mail |
| SOUTH DAKOTA DEPARTMENT OF LABOR AND REGULATION | Attn President or General Counsel | MARCIA HULTMAN SECRETARY | 700 GOVERNORS DRIVE | PIERRE | SD | 57501-2291 | | Overnight Mail |
| TENNESSEE DEPT OF LABOR & WORKFORCE DEVELOPMENT | Attn President or General Counsel | BURNS PHILLIPS COMMISSIONER | 220 FRENCH LANDING DRIVE | NASHVILLE | TN | 37243 | | Overnight Mail |
| TEXAS WORKFORCE COMMISSION | Attn President or General Counsel | RONALD G CONGLETON COMMISSIONER REPRESENTING LABOR | 101 EAST 15TH ST | AUSTIN | TX | 78778 | | Overnight Mail |
| UTAH LABOR COMMISSION | Attn President or General Counsel | SHERRIE HAYASHI COMMISSIONER | 160 E 300 S SUITE 300 | SALT LAKE CITY | UT | 84111 | | Overnight Mail |
| VERMONT DEPARTMENT OF LABOR | ROSE LUCENTI, DIRECTOR OF WORKFORCE DEV | 5 GREEN MOUNTAIN DRIVE | | MONTPELIER | VT | 05601-0488 | | Overnight Mail |
| VIRGINIA DEPARTMENT OF LABOR AND INDUSTRY | Attn President or General Counsel | MAIN STREET CENTRE | 600 EAST MAIN STREET SUITE 207 | RICHMOND | VA | 23219 | | Overnight Mail |
| WASHINGTON DEPARTMENT OF LABOR AND INDUSTRIES | JOEL SACKS, DIRECTOR | P.O. BOX 44000 | | OLYMPIA | WA | 98504-4001 | | Overnight Mail |
| WEST VIRGINIA DIVISION OF LABOR | Attn President or General Counsel | STATE CAPITOL COMPLEX 749B | BUILDING 6 1900 KANAWHA BLVD | CHARLESTON | WV | 25305 | | Overnight Mail |
| WISCONSIN DEPARTMENT OF WORKFORCE DEVELOPMENT | REGGIE NEWSON, SECRETARY | 201 E. WASHINGTON AVE., #A400 | | MADISON | WI | 53707-7946 | | Overnight Mail |
| WYOMING DEPARTMENT OF WORKFORCE SERVICE | Attn President or General Counsel | JOAN K EVANS DIRECTOR | 1510 EAST PERSHING BLVD | CHEYENNE | WY | 82002 | | Overnight Mail |

**Exhibit E**

Exhibit E

Tax Service List

Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| ALABAMA DEPARTMENT OF REVENUE | Attn President or General Counsel | GORDON PERSONS BLDNG | 50 NORTH RIPLEY STREET | MONTGOMERY | AL | 36104 | | Overnight Mail |
| ALASKA DEPARTMENT OF REVENUE | STATE OFFICE BUILDING | 333 WILLOUGHBY AVENUE 11TH FLOOR | P.O. BOX 110410 | JUNEAU | AK | 99811-0410 | | Overnight Mail |
| ARIZONA DEPARTMENT OF REVENUE | Attn President or General Counsel | 1600 W MONROE ST | | PHOENIX | AZ | 85007-2650 | | Overnight Mail |
| ARKANSAS DEPT OF FINANCE AND ADMIN | Attn President or General Counsel | 1509 WEST 7TH STREET | | LITTLE ROCK | AR | 72201 | | Overnight Mail |
| CA STATE BOARD OF EQUALIZATION | Attn President or General Counsel | 15350 SHERMAN WAY 250 VAN NUYS | | VAN NUYS | CA | 91406 | | Overnight Mail |
| COLORADO DEPARTMENT OF REVENUE | Attn President or General Counsel | 1375 SHERMAN ST | | DENVER | CO | 80261 | | Overnight Mail |
| COMMONWEALTH OF PUERTO RICO | ATTN: BANKRUPTCY DEPARTMENT | APARTADO 9020192 | | SAN JUAN | PA | 00902-0192 | | Overnight Mail |
| CONNECTICUT DEPT OF REV SERVICES | Attn President or General Counsel | 25 SIGOURNEY STREET | | HARTFORD | CT | 6106 | | Overnight Mail |
| DELAWARE DIVISION OF REVENUE | Attn President or General Counsel | CARVEL STATE OFFICE BUILDING | 820 NORTH FRENCH STREET | WILMINGTON | DE | 19801 | | Overnight Mail |
| ENVT PROTECTION AGENCY REGION 1 | Attn President or General Counsel | 5 POST OFFICE SQUARE SUITE 100 | | BOSTON | MA | 02109-3912 | | Overnight Mail |
| ENVT PROTECTION AGENCY REGION 10 | Attn President or General Counsel | 1200 SIXTH AVENUE, SUITE 900 | | SEATTLE | WA | 98101 | | Overnight Mail |
| ENVT PROTECTION AGENCY REGION 2 | Attn President or General Counsel | 290 BROADWAY | | NEW YORK | NY | 10007-1866 | | Overnight Mail |
| ENVT PROTECTION AGENCY REGION 3 | Attn President or General Counsel | 1650 ARCH STREET | | PHILADELPHIA | PA | 19103-2029 | | Overnight Mail |
| ENVT PROTECTION AGENCY REGION 4 | Attn President or General Counsel | ATLANTA FEDERAL CENTER | 61 FORSYTH ST | ATLANTA | GA | 30303-3104 | | Overnight Mail |
| ENVT PROTECTION AGENCY REGION 5 | Attn President or General Counsel | 77 WEST JACKSON BOULEVARD | | CHICAGO | IL | 60604-3507 | | Overnight Mail |
| ENVT PROTECTION AGENCY REGION 6 | Attn President or General Counsel | 1445 ROSS AVENUE SUITE 1200 | | DALLAS | TX | 75202-2733 | | Overnight Mail |
| ENVT PROTECTION AGENCY REGION 7 | Attn President or General Counsel | 11201 RENNER BLVD. | | LENEXA | KS | 66219 | | Overnight Mail |
| ENVT PROTECTION AGENCY REGION 8 | Attn President or General Counsel | 1595 WYNKOOP ST. | | DENVER | CO | 80202-1129 | | Overnight Mail |
| ENVT PROTECTION AGENCY REGION 9 | Attn President or General Counsel | 75 HAWTHORNE STREET | | SAN FRANCISCO | CA | 94105 | | Overnight Mail |
| FLORIDA DEPARTMENT OF REVENUE | Attn President or General Counsel | 5050 WEST TENNESSEE STREET | | TALLAHASSEE | FL | 32399-0100 | | Overnight Mail |
| GEORGIA DEPARTMENT OF REVENUE | Attn President or General Counsel | 1800 CENTURY CENTER BLVD NE | | ATLANTA | GA | 30345 | | Overnight Mail |
| HAWAII DEPARTMENT OF TAXATION | | | | | | | taxpayer.services@hawaii.gov | Email |
| IDAHO STATE TAX COMMISSION | Attn President or General Counsel | 800 PARK BLVD PLAZA IV | | BOISE | ID | 83712-7742 | | Overnight Mail |
| ILLINOIS DEPARTMENT OF REVENUE | PO BOX 1040 | | | GALESBURG | IL | 61402-1040 | | Overnight Mail |
| INDIANA DEPARTMENT OF REVENUE | Attn President or General Counsel | 1025 WIDENER LN | | SOUTH BEND | IN | 46614 | | Overnight Mail |
| IOWA DEPARTMENT OF REVENUE AND FINANCE | PO BOX 10471 | | | DES MOINES | IA | 50306-0471 | | Overnight Mail |
| KANSAS DEPARTMENT OF REVENUE | Attn President or General Counsel | 915 SW HARRISON ST 300 | | TOPEKA | KS | 66612 | | Overnight Mail |
| KENTUCKY REVENUE CABINET | Attn President or General Counsel | 501 HIGH STREET | | FRANKFORT | KY | 40620 | | Overnight Mail |
| LOUISIANA DEPARTMENT OF REVENUE | Attn President or General Counsel | 617 NORTH THIRD STREET | | BATON ROUGE | LA | 70821-0201 | | Overnight Mail |
| MAINE REVENUE SERVICES | COMPLIANCE DIVISION | PO BOX 9107 | | AUGUSTA | ME | 04332-9107 | | Overnight Mail |
| MARYLAND STATE COMPTROLLER | | | | | | | mdcomptroller@comp.state.md.us | Email |
| MASSACHUSETTS DEPARTMENT OF REVENUE | Attn President or General Counsel | 436 DWIGHT STREET | | SPRINGFIELD | MA | 1103 | | Overnight Mail |
| MICHIGAN DEPARTMENT OF TREASURY | Attn President or General Counsel | 430 W ALLEGAN ST | | LANSING | MI | 48933 | | Overnight Mail |
| MINNESOTA DEPARTMENT OF REVENUE | Attn President or General Counsel | 600 NORTH ROBERT ST | | ST. PAUL | MN | 55101 | | Overnight Mail |
| MISSISSIPPI TAX COMMISSION | P.O. BOX 22808 | | | JACKSON | MS | 39225-2808 | | Overnight Mail |
| MISSOURI DEPARTMENT OF REVENUE | Attn President or General Counsel | HARRY S TRUMAN STATE OFFICE BUILDING | 301 WEST HIGH STREET | JEFFERSON CITY, | MO | 65101 | | Overnight Mail |
| MONTANA DEPARTMENT OF REVENUE | Attn President or General Counsel | MITCHELL BUILDING | 125 N ROBERTS | HELENA | MT | 59604-5805 | | Overnight Mail |
| MONTANA DEPARTMENT OF REVENUE | MITCHELL BUILDING, | 125 N. ROBERTS, | P.O. BOX 5805 | HELENA | MT | 59604-5805 | | Overnight Mail |
| NEBRASKA DEPARTMENT OF REVENUE | Attn President or General Counsel | NEBRASKA STATE OFFICE BUILDING | 301 CENTENNIAL MALL SOUTH | LINCOLN | NE | 68508 | | Overnight Mail |
| NEVADA DEPARTMENT OF TAXATION | Attn President or General Counsel | 1550 COLLEGE PARKWAY | SUITE 115 | CARSON CITY | NV | 89706 | | Overnight Mail |
| NEW HAMPSHIRE DEPARTMENT OF REVENUE - ADMINISTRATION UNIT | 109 PLEASANT STREET | P.O. BOX 457 | | CONCORD | NH | 03302-0457 | | Overnight Mail |
| NEW JERSEY DEPARTMENT OF TREASURY | P.O. BOX 002 | | | TRENTON | NJ | 08625-0002 | | Overnight Mail |
| NEW MEXICO DEPT OF TAXATION AND REV | Attn President or General Counsel | 1100 SOUTH ST FRANCIS DRIVE | | SANTA FE | NM | 87504 | | Overnight Mail |
| NEW YORK DEPT OF TAXATION & FINANCE | Attn President or General Counsel | BANKRUPTCY SECTION PO BOX 5300 | | ALBANY | NY | 12205-0300 | | Overnight Mail |
| NORTH CAROLINA DEPARTMENT OF REVENUE | PO BOX 25000 | | | RALEIGH | NC | 27640-0640 | | Overnight Mail |
| NORTH DAKOTA STATE TAX DEPARTMENT | Attn President or General Counsel | 600 E BOULEVARD AVE | | BRISMARCK | ND | 58505-0599 | | Overnight Mail |
| OHIO DEPARTMENT OF TAXATION | PO BOX 530 | | | COLUMBUS | OH | 43216-0530 | | Overnight Mail |
| OKLAHOMA TAX COMMISSION | Attn President or General Counsel | CONNORS BUILDING | 2501 NORTH LINCOLN BOULEVARD | OKLAHOMA CITY | OK | 73194 | | Overnight Mail |
| OREGON DEPARTMENT OF REVENUE | Attn President or General Counsel | 955 CENTER ST NE | | SALEM | OR | 97301-2555 | | Overnight Mail |
| PENNSYLVANIA DEPARTMENT OF REVENUE | OFFICE OF CHIEF COUNSEL | PO BOX 281061 | | HARRISBURG | PA | 17128 | | Overnight Mail |
| PUERTO RICO DEPARTMENT OF THE TREASURY | PO BOX 9024140 | | | SAN JUAN | PR | 00902-4140 | | Overnight Mail |
| RHODE ISLAND DEPARTMENT OF REVENUE | Attn President or General Counsel | ONE CAPITOL HILL | | PROVIDENCE | RI | 2908 | | Overnight Mail |
| SOUTH CAROLINA DEPARTMENT OF REVENUE | PO BOX 12265 | | | COLUMBIA | SC | 29211 | | Overnight Mail |
| SOUTH DAKOTA DEPARTMENT OF REVENUE | Attn President or General Counsel | 445 E CAPITOL AVENUE | | PIERRE | SD | 57501 | | Overnight Mail |
| TENNESSEE DEPARTMENT OF REVENUE | Attn President or General Counsel | 500 DEADERICK STREET ANDREW JACKSON BUILDING | | NASHVILLE | TN | 37242 | | Overnight Mail |
| TEXAS DEPARTMENT OF REVENUE | CAPITOL STATION | P.O. BOX 13528 | | AUSTIN | TX | 78711-3528 | | Overnight Mail |
| UTAH DEPARTMENT OF REVENUE | Attn President or General Counsel | 210 NORTH 1950 WEST | | SALT LAKE CITY | UT | 84134 | | Overnight Mail |
| VERMONT DEPARTMENT OF TAXES | Attn President or General Counsel | 133 STATE STREET | | MONTPELLER | VT | 5602 | | Overnight Mail |
| VIRGINIA DEPARTMENT OF REVENUE | VIRGINIA DEPARTMENT OF TAXATION OFFICE OF CUSTOMER SERVICE | P.O. BOX 1115 | | RICHMOND | VA | 23218-1115 | | Overnight Mail |
| WASHINGTON DC OFFICE OF TAX AND REVENUE | | | | | | | taxhelp@dc.gov | Email |
| WASHINGTON DEPARTMENT OF REVENUE | TAXPAYER ACCOUNT ADMINISTRATION | P.O. BOX 47476 | | OLYMPIA | WA | 98504-7476 | | Overnight Mail |
| WEST VIRGINIA DEPARTMENT OF REVENUE | Attn President or General Counsel | ATTN LEGAL DIVISION | 1001 LEE STREET EAST | CHARLESTON | WV | 25301 | | Overnight Mail |
| WISCONSIN DEPARTMENT OF REVENUE | CUSTOMER SERVICE BUREAU | P.O. BOX 8949 | | MADISON | WI | 53708-8949 | | Overnight Mail |
| WYOMING DEPARTMENT OF REVENUE | Attn President or General Counsel | 122 WEST 25TH STREET | 2ND FLOOR WEST | CHEYENNE | WY | 82002-0110 | | Overnight Mail |

**<u>Exhibit F</u>**

Exhibit F

Utilities Service List

Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE | EMAIL | Method of Service |
|------|-------------|-----------|------|-------|-------------|-------|-------------------|
| AT&T | ATTN: PETER SAVULICH | PO BOX 6463 | CAROL STREAM | IL | 60197 | ps9343@att.com | Overnight Mail and Email |
| AT&T | Attn President or General Counsel | 208 S Akard St | Dallas | TX | 75202 | | Overnight Mail |
| COGENT COMMUNICATIONS | ATTN: JARED ROSWADOWSKY | 2450 N STREET NW | WASHINGTON | DC | 20037 | jroswadowsky@cogentco.com | Overnight Mail and Email |
| CROWN CASTLE | ATTN: MATT YAVORSKI | 2000 CORPORATE DRIVE | CANONSBURG | PA | 15317 | matt.yavorski@crowncastle.com | Overnight Mail and Email |
| PAPERLESS INC. | ATTN: MEG HIRSCHFIELD | 115 BROADWAY SUITE 1203 | NEW YORK | NY | 10006 | meg@paperlesspost.com | Overnight Mail and Email |

**Exhibit G**

Exhibit G

Insurance Service List

Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE CO. (CHUBB) | ATTN: VIN MILANO | | | | | | | vin.milano@chubb.com | Email |
| Aon Risk Solutions | The Aon Centre | The Aon Centre | The LeadenhallBld 122 Leadenhall St | London | | EC3V 4AN | United Kingdom | | Overnight Mail |
| ATLANTIC SPECIALTY INSURANCE CO | 605 HIGHWAY 169 N | 605 HIGHWAY 169 N | | PLYMOUTH | MN | 55441 | | | Overnight Mail |
| AXIS INSURANCE | | | | | | | | notices@axiscapital.com | Email |
| AXIS INSURANCE COMPANY | ATTN: PAUL O'DONNELL | | | | | | | paul.odonnell@axiscapital.com | Email |
| AXIS INSURANCE COMPANY - A+ | | | | | | | | notices@axiscapital.com | Email |
| RELM INSURANCE | ATTN: JOSEPH ZIOLKOWSKI | | | | | | | jziolkowski@relminsurance.com | Email |
| Scott Bond Services | 1302 Old Graves Mill Road | 1302 Old Graves Mill Road | | Lynchburg | VA | 24502 | | | Overnight Mail |
| Scottsdale Insurance Co | Attn President or General Counsel | 18700 North Hayden Rd | | Scottsdale | AZ | 85255 | | | Overnight Mail |
| TRINET | ATTN: WHITNEY FERNANDEZ | | | | | | | whitney.fernandez@trinet.com | Email |
| WESTCHESTER SURPLUS LINES INS CO | ONE NORTH FRANKLIN | ONE NORTH FRANKLIN | SUITE 3500 | CHICAGO | IL | 60606 | | | Overnight Mail |

**<u>Exhibit H</u>**

# Exhibit H

Core/2002 Fax Service List
Served via facsimile

| NAME | NOTICE NAME | FAX |
|---|---|---|
| COLE SCHOTZ P.C. | ATTN: FELICE R. YUDKIN, REBECCA W. HOLLANDER, MICHAEL D. SIROTA | 201-489-1536 |
| COMMONWEALTH OF PUERTO RICO | ATTN: BANKRUPTCY DEPARTMENT | 787-729-2059 |
| ENVIRONMENTAL PROTECTION AGENCY | ATTN BANKRUPTCY DIVISION | 212-637-3526 |
| HAYNES AND BOONE, LLP | ATTN: KENRIC D. KATTNER, KOURTNEY P. LYDA, RE'NECIA SHERALD | 713-547-2600 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 855-235-6787 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 855-235-6787 |
| KIRLAND & ELLIS LLP | ATTN: CHRISTINE A. OKIKE, FRANCIS PETRIE, JOSHUA SUSSBERG | 212-446-4900 |
| KIRLAND & ELLIS LLP | ATTN: ALEXANDER D. MCCAMON | 312-862-2200 |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY | 202-331-1427 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: LAUREN BIELSKIE, ESQ., JEFFREY M. SPONDER, ESQ | 973-645-5993 |
| PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 717-787-8242 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 334-242-2433 |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 907-465-2075 |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 602 542-4085 |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 501-682-8084 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 916-323-5341 |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 720-508-6030 |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 860-808-5387 |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 302-577-6630 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 850-488-4872 |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 404-657-8733 |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 808-586-1239 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 208-854-8071 |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 515-281-4209 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 785 296-6296 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 502-564-2894 |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 225-326-6499 |

Exhibit H

Core/2002 Fax Service List
Served via facsimile

| NAME | NOTICE NAME | FAX |
|---|---|---|
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 517 373-3042 |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 573-751-0774 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 406 444-3549 |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 402 471-3297 |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 775 684-1108 |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 603-271-2110 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 609-292-3508 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 505 827-5826 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 866-413-1069 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 919 716-6750 |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 701-328-2226 |
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 405 521-6246 |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 503 378-4017 |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 605-773-4106 |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 615 741-3334 |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 801 538-1121 |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 802-304-1014 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 804-225-4378 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 304-558-0140 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 608-267-2223 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 307 777-6869 |
| WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 202 347-8922 |

**<u>Exhibit I</u>**

Exhibit I

Core/2002 Hardcopy Service List

Served via overnight mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|------|-------------|-----------|-----------|------|-------|-------------|
| ANKURA TRUST COMPANY LLC | ATTN GENERAL COUNSEL | 140 SHERMAN STREET | 4TH FLOOR | FAIRFIELD | CT | 06824 |
| ENVIRONMENTAL PROTECTION AGENCY | ATTN GENERAL COUNSEL | OFFICE OF GENERAL COUNSEL 2310A | 1200 PENNSYLVANIA AVE NW 2310A | WASHINGTON | DC | 20460 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 300152 | | MONTGOMERY | AL | 36130-0152 |
| STATE OF ARKANSAS AG | ATTN BANKRUPTCY DEPT | 323 CENTER ST | STE 200 | LITTLE ROCK | AR | 72201-2610 |
| STATE OF MAINE AG | ATTN BANKRUPTCY DEPT | 6 STATE HOUSE STATION | | AUGUSTA | ME | 04333- |
| STATE OF MINNESOTA AG | ATTN BANKRUPTCY DEPT | 1400 BREMER TOWER | 445 MINNESOTA ST | ST PAUL | MN | 55101-2131 |
| STATE OF MISSISSIPPI AG | ATTN BANKRUPTCY DEPT | WALTER SILLERS BUILDING | 550 HIGH ST STE 1200 PO BOX 220 | JACKSON | MS | 39201 |
| STATE OF OHIO AG | ATTN BANKRUPTCY DEPT | 30 E BROAD ST 14TH FL | | COLUMBUS | OH | 43215 |
| STATE OF RHODE ISLAND AG | ATTN BANKRUPTCY DEPT | 150 SOUTH MAIN ST | | PROVIDENCE | RI | 02903 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 11549 | | COLUMBIA | SC | 29211-1549 |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 20207 | | NASHVILLE | TN | 37202-0207 |
| STATE OF WASHINGTON AG | ATTN BANKRUPTCY DEPT | 1125 WASHINGTON ST SE | PO BOX 40100 | OLYMPIA | WA | 98504-0100 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WISCONSIN DEPARTMENT OF JUSTICE | STATE CAPITOL RM 114 E PO BOX 7857 | MADISON | WI | 53707-7857 |
| UNITED STATES OF AMERICA AG | ATTN BANKRUPTCY DEPT | US DEPT OF JUSTICE | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 |
| USA ATTORNEY GENERAL | ATTN BANKRUPTCY DEPT | US DEPT OF JUSTICE | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 |