## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| BlockFi Inc., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Joint Administration Requested) |

### AFFIDAVIT OF SERVICE

I, Moheen Ahmad, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 28, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Core/2002 Email Service List attached hereto as **Exhibit A**:

- Joint Plan of Reorganization of Blockfi Inc. and Its Debtor Affiliates [Docket No. 22]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: November 29, 2022

*/s/ Moheen Ahmad*
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 29, 2022, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

SRF 65624

**<u>Exhibit A</u>**

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | ANKURA TRUST COMPANY, LLC, AS TRUSTEE FOR THE INDENTURE DATED AS OF FEBRUARY 28, 2022 | ATTN: JAMES J. MCGINLEY 140 SHERMAN STREET, 4TH FLOOR FAIRFIELD CT 06824 | james.mcginley@ankura.com |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| COUNSEL TO THE DEBTORS | COLE SCHOTZ P.C. | ATTN: FELICE R. YUDKIN, REBECCA W. HOLLANDER, MICHAEL D. SIROTA 25 MAIN STREET HACKENSACK NJ 7601 | FYudkin@coleschotz.com RHollander@coleschotz.com Msirota@coleschotz.com |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| CO-COUNSEL TO DEBTORS | HAYNES AND BOONE, LLP | ATTN: J. FRASHER MURPHY, JORDAN E. CHAVEZ 2323 VICTORY AVE SUITE 700 DALLAS TX 75219 | frasher.murphy@haynesboone.com jordan.chavez@haynesboone.com |
| CO-COUNSEL TO DEBTORS | HAYNES AND BOONE, LLP | ATTN: KENRIC D. KATTNER, KOURTNEY P. LYDA, RE'NECIA SHERALD 1221 MCKINNEY STREET SUITE 4000 HOUSTON TX 77010 | kenric.kattner@haynesboone.com kourtney.lyda@haynesboone.com renecia.sherald@haynesboone.com |
| CO-COUNSEL TO DEBTORS | HAYNES AND BOONE, LLP | ATTN: RICHARD S. KANOWITZ 30 ROCKEFELLER PLAZA 26TH FLOOR NEW YORK NY 10112 | richard.kanowitz@haynesboone.com |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| COUNSEL TO ANKURA TRUST COMPANY, LLC AS INDENTURE TRUSTEE | HOGAN LOVELLS US LLP | ATTN: ROBERT A. RIPIN 390 MADISON AVE NEW YORK NY 10017 | robert.ripin@hoganlovells.com |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| COUNSEL TO THE DEBTORS | KIRLAND & ELLIS LLP | ATTN: ALEXANDER D. MCCAMON<br>300 NORTH LASALLE<br>CHICAGO IL 60654 | alexander.mccammon@kirkland.com |
| COUNSEL TO THE DEBTORS | KIRLAND & ELLIS LLP | ATTN: CHRISTINE A. OKIKE, FRANCIS PETRIE, JOSHUA SUSSBERG<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | christine.okike@kirkland.com<br>francis.petrie@kirkland.com<br>jsussberg@kirkland.com |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | kcordry@naag.org |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| COUNSEL TO THE STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: JASON B. BINFORD AND ROMA N. DESAI<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P. O. BOX 12548<br>AUSTIN TX 78711-2548 | jason.binford@oag.texas.gov<br>roma.desai@oag.texas.gov<br>public.information@oag.state.tx.us |
| U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: LAUREN BIELSKIE, ESQ., JEFFREY M. SPONDER, ESQ<br>ONE NEWARK CENTER<br>1085 RAYMOND BOULEVARD, SUITE 2100<br>NEWARK NJ 07102 | Lauren.Bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov<br>USTPRegion03.NE.ECF@usdoj.gov |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | SECURITIES & EXCHANGE COMMISSION | ATTN: HANE KIM<br>BROOKFIELD PLACE<br>200 VESEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 | kimha@SEC.GOV |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | secbankruptcy@sec.gov |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES AND EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549 | secbankruptcy@sec.gov |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| STATE ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 110300<br>JUNEAU AK 99811-0300 | attorney.general@alaska.gov |
| STATE ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-2926 | aginfo@azag.gov |
| STATE ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 944255<br>SACRAMENTO CA 94244-2550 | bankruptcy@coag.gov |
| STATE ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>165 CAPITOL AVENUE<br>HARTFORD CT 06106 | attorney.general@ct.gov<br>denise.mondell@ct.gov |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | attorney.general@state.de.us |
| STATE ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>425 QUEEN ST.<br>HONOLULU HI 96813 | hawaiiag@hawaii.gov |
| STATE ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | webmaster@atg.state.il.us |
| STATE ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | webteam@ag.iowa.gov |
| STATE ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | consumerinfo@ag.state.la.us |
| STATE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333 | consumer.mediation@maine.gov |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | oag@oag.state.md.us |
| STATE ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>ONE ASHBURTON PLACE<br>BOSTON MA 02108-1698 | ago@state.ma.us |
| STATE ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | miag@michigan.gov |
| STATE ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65102 | attorney.general@ago.mo.gov |
| STATE ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>215 N SANDERS, THIRD FLOOR<br>P.O. BOX 201401<br>HELENA MT 59620-1401 | contactdoj@mt.gov |
| STATE ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2115 STATE CAPITOL<br>2ND FL, RM 2115<br>LINCOLN NE 68509-8920 | ago.info.help@nebraska.gov |
| STATE ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | aginfo@ag.nv.gov |
| STATE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>33 CAPITOL ST.<br>CONCORD NH 03301 | attorneygeneral@doj.nh.gov |
| STATE ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET STREET P.O. BOX 080<br>TRENTON NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us |
| STATE ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL<br>600 E BOULEVARD AVE DEPT 125<br>BISMARCK ND 58505-0040 | ndag@nd.gov |
| STATE ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1162 COURT STREET NE<br>SALEM OR 97301 | consumer.hotline@doj.state.or.us<br>kelsiecrippen@markowitzherbold.com<br>david.hart@doj.state.or.us<br>anitjindal@markowitzherbold.com<br>harrywilson@markowitzherbold.com |

Exhibit A

Core/2002 Email Service List

Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1302 EAST HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | consumerhelp@state.sd.us |
| STATE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | consumer.affairs@tn.gov |
| STATE ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 142320<br>SALT LAKE CITY UT 84114-2320 | uag@utah.gov |
| STATE ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>109 STATE ST.<br>MONTPELIER VT 05609-1001 | ago.bankruptcies@vermont.gov |
| STATE ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL BLDG 1 ROOM E 26<br>CHARLESTON WV 25305 | consumer@wvago.gov |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| STATE ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>441 4TH STREET, NW<br>WASHINGTON DC 20001 | oag@dc.gov |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |
| TOP 50 CREDITORS | WEST REALM SHIRES INC. (FTX US) | ATTN: JOHN J. RAY III<br>3500 SOUTH DUPONT HIGHWAY<br>DOVER DE 19901 | jray@greylockpartnersllc.com |
| TOP 50 CREDITORS | Name on file | Address on file | Email on file |