**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
(201) 489-1536 Facsimile
msirota@coleschotz.com
wusatine@coleschotz.com

*Proposed Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Joint Administration Requested) |

**CERTIFICATION OF RICHARD U.S. HOWELL IN SUPPORT OF APPLICATION
FOR *PRO HAC VICE* ADMISSION OF RICHARD U.S. HOWELL, P.C.**

Richard U.S. Howell, of full age, hereby certifies as follows:

1.  I am an attorney-at-law duly admitted to practice before the courts of the State of Illinois. Through my professional corporation, Richard U.S. Howell, P.C. (the "Professional Corporation"), I am a partner in the firm of Kirkland and Ellis LLP, counsel for BlockFi, Inc. and its affiliated debtors and debtors in possession (the "Debtors"). I submit this Certification in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A)); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

support of the accompanying Application for the Professional Corporation's admission *pro hac vice*.

2. I was admitted to practice in the State of Illinois in 2006 and the United States District Court for the Northern District of Illinois in 2008.

3. I am in good standing before the courts in which I am admitted, and I have not been disbarred, suspended or disciplined by any court or administrative body. The name and address of the office maintaining the roll of members in good standing for the State of Illinois is 3101 Old Jacksonville Road, Springfield, IL 62704. The name and address of the office maintaining the roll of members in good standing for the United States District Court for the Northern District of Illinois is 219 South Dearborn Street, Chicago, IL 60604.

4. The Debtors filed the within Application for the Professional Corporation's *pro hac vice* admission in these matters due to my familiarity with the facts and circumstances relevant to its interests. If the Application is granted, I agree to abide by this Court's local rules and to submit myself to the disciplinary jurisdiction of this Court.

5. I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases: Michael D. Sirota, Esq.

6. For the foregoing reasons, I respectfully request the Professional Corporation's application for admission *pro hac vice* be granted.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                    *[signature]*
                                                                    _____
                                                                    Richard U.S. Howell, P.C.
                                                                    KIRKLAND & ELLIS LLP
                                                                    KIRKLAND & ELLIS INTERNATIONAL LLP
                                                                    300 North LaSalle Street
                                                                    Chicago, Illinois 60654
                                                                    Telephone: (312) 862-2000
                                                                    Facsimile: (312) 862-2200
                                                                    Email: richard.howell@kirkland.com

DATED: November 28, 2022