**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com

*Proposed Co-Counsel for Debtors and*
*Debtors in Possession*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Joint Administration Requested)<br><br>**NOTICE OF APPEARANCE FOR RICHARD KANOWITZ ON BEHALF OF DEBTORS AND DEBTORS IN POSSESSION** |

**TO:**   All Interested Parties

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance as proposed co-counsel for BlockFi Inc. and its debtor affiliates (collectively, the "Debtors") and requests that copies of all pleadings, other papers filed (however designated), and notices given be served upon the undersigned at the email address listed below:

> HAYNES AND BOONE, LLP
> Attn: Richard S. Kanowitz
> 30 Rockefeller Plaza, 26th Floor
> New York, New York 10112
> Telephone: (212) 659-7300
> Email:  richard.kanowitz@haynesboone.com

---

[1]   The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

**PLEASE TAKE FURTHER NOTICE**, if any limited service lists are used in the proceeding, the undersigned request inclusion thereon.

| | |
|---|---|
| Dated: November 29, 2022 | Respectfully Submitted, |

/s/ *Richard S. Kanowitz*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com

*Proposed Co-Counsel for Debtors and Debtors in Possession*