UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Barbra R. Parlin, Esq.
Holland & Knight LLP
31 West 52nd Street  New York, NY  10019
Phone: (212) 513-3200 Fax:  (212) 385-9010
Email: barbra.parlin@hklaw.com

*Attorneys for Silvergate Bank*
.
Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

BLOCKFI, INC., *et al.*,                                               Chapter 11

                                                                                Case No. 22-19361-MBK
                                         Debtors.

# NOTICE OF APPEARANCE AND REQUEST FOR
# SERVICE OF NOTICES AND OTHER DOCUMENTS

PLEASE TAKE NOTICE that **Silvergate Bank**, by and through its attorneys, Holland & Knight LLP, hereby enters its appearance in the above captioned case and requests under F.R.B.P 9010 (b) and F.R.B.P. 2002(g) that all notices be served upon the following at the addresses indicated below:

> Barbra R. Parlin, Esq.
> Holland & Knight LLP
> 31 West 52nd Street
> New York, NY  10019
> Phone: (212) 513-3200
> Fax:    (212) 385-9010
> Email: barbra.parlin@hklaw.com

PLEASE TAKE FURTHER NOTICE THAT Silvergate Bank, request under F.R.B.P. 2002(i) that it receive at the above address copies of everything filed in this case, including

without limitation motions, applications, petitions, orders, reports, disclosure statements, and all notices under F.R.B.P. 2002(a), F.R.B.P. 2002(b), and F.R.B.P. 2002(f).

Dated: November 29, 2022

        HOLLAND & KNIGHT LLP

By:   /s/ Barbra R. Parlin
      Barbra R. Parlin, Esq.
    31 West 52nd Street
    New York, New York 10019
    Telephone: (212) 513-3200
    Facsimile: (212) 385-9010

*Counsel for Silvergate Bank*