Order Filed on November 30, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Christine A. Okike, P.C. (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (*pro hac vice* pending)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Proposed Attorneys for Debtors and Debtors in Possession*

| In re: | Chapter 11 |
|---|---|
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Joint Administration Requested) |
| | **Hearing Date and Time:** |

**INTERIM ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING DEBTORS TO PAY CERTAIN TAXES AND FEES AND (II) AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS PURSUANT TO BANKRUPTCY CODE §§ 105(a), 363(b), 507(a)(8), AND 541(d)**

The relief set forth on the following pages, numbered two (2) through six (6), is hereby **ORDERED**.

**DATED: November 30, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1

(Page | 2)

| | |
|---|---|
| Debtors: | BLOCKFI, INC., *et al*. |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | INTERIM ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING DEBTORS TO PAY CERTAIN TAXES AND FEES AND (II) AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS PURSUANT TO BANKRUPTCY CODE §§ 105(a), 363(b), 507(a)(8), AND 541(d) |

Upon the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Taxes and Fees and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers Pursuant to Bankruptcy Code §§ 105(a), 363(b), 507(a)(8), and 541(d)* (the "Motion")[1]; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 157, and the Standing Order 12-1 (Simandle, C.J.), *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing (the "Hearing") on the Motion; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon the *Declaration of Mark Renzi in Support of the Debtors' Chapter 11 Petitions and First Day Motions* filed contemporaneously herewith, the record of the Hearing, and all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** on an interim basis as set forth herein.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

| | |
|---|---|
| Debtors: | BLOCKFI, INC., *et al*. |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | INTERIM ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING DEBTORS TO PAY CERTAIN TAXES AND FEES AND (II) AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS PURSUANT TO BANKRUPTCY CODE §§ 105(a), 363(b), 507(a)(8), AND 541(d) |

2. The Debtors are authorized, but not directed, to: (a) negotiate, pay, and remit (or use tax credits to offset), or otherwise satisfy the Taxes and Fees (including corresponding Assessments) that arose or accrued prior to the Petition Date and that will become due and owing in the ordinary course of business until the date a final order on the Motion is entered; and (b) negotiate, pay and remit (or use tax credits to offset) Taxes and Fees that arise or accrue in the ordinary course of business on a postpetition basis until the date a final order on the Motion is entered—including, for the avoidance of doubt, posting collateral or a letter of credit in connection with any dispute related to the Audits or Assessments or paying any Taxes and Fees arising as a result of the Audits or Assessments; *provided*, notwithstanding anything to the contrary herein or in the Motion, that in the event the Debtors make a payment with respect to any Taxes and Fees for the prepetition portion of any "straddle" amount, and this Court subsequently determines such amount was not entitled to priority or administrative treatment under section 507(a)(8) or 503(b)(1)(B) of the Bankruptcy Code, the Debtors may (but shall not be required to) seek an order from the Court requiring a return of such amounts.

3. The Banks are authorized, at the Debtors' request, to receive, process, honor and pay, to the extent of cleared and sufficient funds on deposit, any and all checks issued or to be issued, credit card payments, or electronic fund transfers requested or to be requested by the Debtors relating to this Interim Order. The Banks shall not be liable to any party on account of: (a) following the Debtors' representations, instructions, or presentations as to any order of the Court (without any duty of further inquiry); (b) honoring any prepetition checks, drafts, or wires

| | |
|---|---|
| (Page \| 4) | |
| Debtors: | BLOCKFI, INC., *et al*. |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | INTERIM ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING DEBTORS TO PAY CERTAIN TAXES AND FEES AND (II) AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS PURSUANT TO BANKRUPTCY CODE §§ 105(a), 363(b), 507(a)(8), AND 541(d) |

in a good faith belief or upon a representation by the Debtors that the Court has authorized such prepetition check, draft, or wire; or (c) an innocent mistake made despite implementation of reasonable handling procedures. The Banks may rely on the representations of the Debtors regarding checks that were drawn, credit card payments made, or instructions issued by the Debtors before the Petition Date, and the payments should be honored postpetition pursuant to an order of this Court.

4. The Debtors are authorized, but not directed, to issue new postpetition checks or effect new postpetition credit card payments or electronic funds transfers in replacement of any checks, credit card payments, or transfer requests on account of any payments of prepetition Taxes and Fees that are dishonored or rejected as a result of the commencement of the Debtors' Chapter 11 Cases.

5. Nothing contained in this Interim Order or any action taken by the Debtors in implementing this Interim Order shall be deemed (a) an admission as to the validity, amount, classification, or priority of any claim or lien against the Debtors, (b) a waiver of the Debtors' or any party in interest's rights to dispute the validity, amount, classification, or priority of any claim or lien of any Taxing Authority under applicable nonbankruptcy law, (c) a waiver of any claims or causes of action which may exist against any Taxing Authority, or (d) an assumption, adoption or rejection of any contract or lease between the Debtors and any third party under Bankruptcy Code section 365.

(Page | 5)

| | |
|---|---|
| Debtors: | BLOCKFI, INC., *et al*. |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | INTERIM ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING DEBTORS TO PAY CERTAIN TAXES AND FEES AND (II) AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS PURSUANT TO BANKRUPTCY CODE §§ 105(a), 363(b), 507(a)(8), AND 541(d) |

6. Notwithstanding anything to the contrary in the Motion, this Order, or any findings announced at the hearing, nothing in the Motion, this Order, or announced at the hearing constitutes a finding under the federal securities laws as to whether crypto tokens or transactions involving crypto tokens are securities, and the right of the United States Securities and Exchange Commission to challenge transactions involving crypto tokens on any basis are expressly reserved.

7. The Final Hearing on the Motion will be held on **January 9, 2023 at 10:00am (Eastern Time)**. Objections, if any, that relate to the Motion shall be filed and served so as to be actually received by the Debtors' proposed counsel on or before **January 2, 2023 at 4:00 p.m. (Eastern Time)**. If no objections are filed to the Motion, the Court may enter an order approving the relief requested in the Motion on a final basis without further notice or hearing.

8. This Interim Order is effective only from the date of entry through this Court's disposition of the Motion on a final basis; provided that the Court's ultimate disposition of the Motion on a final basis shall not impair or otherwise affect any action taken pursuant to this Interim Order.

9. The requirements set forth in Bankruptcy Rule 6003(b) are satisfied by the contents of the Motion or otherwise deemed waived.

10. The Debtors are authorized to take all actions necessary to effect the relief granted pursuant to this Interim Order in accordance with the Motion.

11. Notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, this Interim Order shall be effective and enforceable immediately upon entry hereof.

| | |
|---|---|
| (Page \| 6) | |
| Debtors: | BLOCKFI, INC., *et al*. |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | INTERIM ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING DEBTORS TO PAY CERTAIN TAXES AND FEES AND (II) AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS PURSUANT TO BANKRUPTCY CODE §§ 105(a), 363(b), 507(a)(8), AND 541(d) |

12. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

13. A true copy of this Interim Order shall be served on all required parties pursuant to D.N.J.LBR 9013-5(f).

14. Any party may move for modification of this Interim Order in accordance with D.N.J. LBR 9013-5(e).

15. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

# EXHIBIT 1

## TAXING AUTHORITIES LIST

| TAXING AUTHORITY | ADDRESS |
|---|---|
| ALABAMA DEPARTMENT OF LABOR FITZGERALD WASHINGTON, COMMISSIONER | 649 MONROE STREET MONTGOMERY AL 36131 334-242-8990 |
| ALABAMA DEPARTMENT OF REVENUE GORDON PERSONS BLDNG | 50 NORTH RIPLEY STREET MONTGOMERY AL 36104 334-242-1170 |
| ALASKA DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT HEIDI DRYGAS, COMMISSIONER | P.O. BOX 11149 JUNEAU AK 99811-1149 907-465-2700 |
| ALASKA DEPARTMENT OF REVENUE STATE OFFICE BUILDING | 333 WILLOUGHBY AVENUE 11TH FLOOR P.O. BOX 110410 JUNEAU AK 99811-0410 |
| ARIZONA DEPARTMENT OF REVENUE 1600 W MONROE ST. | PHOENIX AZ 85007-2650 602-255-2060 |
| ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION 1509 WEST 7TH STREET | LITTLE ROCK AR 72201 |
| ARKANSAS DEPARTMENT OF LABOR LEON JONES, JR, DIRECTOR OF LABOR | 10421 WEST MARKHAM LITTLE ROCK AR 72205 501-682-4541 |
| CALIFORNIA STATE BOARD OF EQUALIZATION 15350 SHERMAN WAY 250 VAN NUYS | VAN NUYS CA 91406 818-904-2335 |
| COLORADO DEPARTMENT OF LABOR AND EMPLOYMENT ELLEN GOLOMBEK, EXECUTIVE DIRECTOR | 633 17TH ST., SUITE 201 DENVER CO 80202-3660 303-318-8441 |
| COLORADO DEPARTMENT OF REVENUE 1375 SHERMAN ST. | DENVER CO 80261 |
| COMMONWEALTH OF PUERTO RICO ATTN: BANKRUPTCY DEPARTMENT | APARTADO 9020192 SAN JUAN PR 00902-0192 787-721-2900 |
| CONNECTICUT DEPARTMENT OF REVENUE SERVICES 25 SIGOURNEY STREET | HARTFORD CT 6106 860-297-5962 |
| CONNECTICUT DEPARTMENT OF LABOR SHARON PALMER, COMMISSIONER | 200 FOLLY BROOK BLVD. WETHERSFIELD CT 06109-1114 860-263-6000 |
| DELAWARE DEPARTMENT OF LABOR JOHN MCMAHON JR., SECRETARY OF LABOR | 4425 N. MARKET ST., 4TH FL WILMINGTON DE 19802 302-761-8200 |
| DELAWARE DIVISION OF REVENUE CARVEL STATE OFFICE BUILDING | 820 NORTH FRENCH STREET NEW CASTLE COUNTY WILMINGTON DE 19801 302-577-8200 |
| DEPARTMENT OF EMPLOYMENT SERVICES DEBORAH A. CARROLL, DIRECTOR | 4058 MINNESOTA AVE., NE WASHINGTON DC 20019 202-671-1900 |
| DIVISION OF LABOR STANDARDS ENFORCEMENT AND THE OFFICE OF THE LABOR COMMISSIONER JULIE SU, STATE LABOR COMMISSIONER | 455 GOLDEN GATE AVENUE, 9TH FL SAN FRANCISCO CA 94102-7004 510-285-2118 |
| ENVIRONMENTAL PROTECTION AGENCY REGION 1 (CT, MA, ME, NH, RI, VT) | 5 POST OFFICE SQUARE SUITE 100 BOSTON MA 02109-3912 617-918-1111 |
| ENVIRONMENTAL PROTECTION AGENCY REGION 10 (AK, ID, OR, WA) | 1200 SIXTH AVENUE, SUITE 900 SEATTLE WA 98101 206-553-1200 |
| ENVIRONMENTAL PROTECTION AGENCY REGION 2 (NJ, NY, PR, VI) | 290 BROADWAY NEW YORK NY 10007-1866 212-637-3000 |
| ENVIRONMENTAL PROTECTION AGENCY REGION 3 (DC, DE, MD, PA, VA, WV) | 1650 ARCH STREET PHILADELPHIA PA 19103-2029 215-814-5000 |
| ENVIRONMENTAL PROTECTION AGENCY REGION 4 (AL, FL, GA, KY, MS, NC, SC, TN) | ATLANTA FEDERAL CENTER 61 FORSYTH STREET ATLANTA GA 30303-3104 404-562-9900 |
| ENVIRONMENTAL PROTECTION AGENCY REGION 5 (IL, IN, MI, MN, OH, WI) | 77 WEST JACKSON BOULEVARD CHICAGO IL 60604-3507 312-353-2000 |
| ENVIRONMENTAL PROTECTION AGENCY REGION 6 (AR, LA, NM, OK, TX) | 1445 ROSS AVENUE SUITE 1200 DALLAS TX 75202-2733 214-665-2200 |
| ENVIRONMENTAL PROTECTION AGENCY REGION 7 (IA, KS, MO, NE) | 11201 RENNER BLVD. LENEXA KS 66219 913-551-7003 |
| ENVIRONMENTAL PROTECTION AGENCY REGION 8 (CO, MT, ND, SD, UT, WY) | 1595 WYNKOOP ST. DENVER CO 80202-1129 303-312-6312 |
| ENVIRONMENTAL PROTECTION AGENCY REGION 9 (AZ, CA, HI, NV) | 75 HAWTHORNE STREET SAN FRANCISCO CA 94105 415-947-8000 |
| FLORIDA DEPARTMENT OF REVENUE 5050 WEST TENNESSEE STREET | TALLAHASSEE FL 32399-0100 800-352-3671 |
| FLORIDA DIVISION OF WORKFORCE SERVICES TOM | 107 EAST MADISON STREET TALLAHASSEE FL |

| TAXING AUTHORITY | ADDRESS |
|---|---|
| CLENDENNING, DIRECTOR | 32399 850-245-7105 |
| GEORGIA DEPARTMENT OF LABOR MARK BUTLER, COMMISSIONER | SUSSEX PLACE, ROOM 600 148 ANDREW YOUNG INTERNATIONAL BLVD., NE ATLANTA GA 30303 404-232-7300 |
| GEORGIA DEPARTMENT OF REVENUE 1800 CENTURY CENTER BLVD., N.E. | ATLANTA GA 30345 877-423-6711 |
| HAWAII DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS LINDA CHU TAKAYAMA, DIRECTOR | PRINCESS RUTH KE'ELIKOLANI BUILDING 830 PUNCHBOWL STREET, ROOM 321 HONOLULU HI 96813 808-586-8844 |
| HAWAII DEPARTMENT OF TAXATION DIRECTOR OF TAXATION, ROOM 221, DEPT OF TAXATION | 830 PUNCHBOWL STREET HONOLULU HI 96813-5094 808-587-4242 |
| IDAHO DEPARTMENT OF LABOR KENNETH EDMUNDS, DIRECTOR | 317 W. MAIN ST. BOISE ID 83735-0001 208-332-3579 |
| IDAHO STATE TAX COMMISSION 800 PARK BLVD., PLAZA IV | BOISE ID 83712-7742 |
| ILLINOIS DEPARTMENT OF LABOR HUGO CHAVIANO, DIRECTOR | 160 N. LASALLE ST., 13TH FL, SUITE C-1300 CHICAGO IL 60601 312-793-2800 |
| ILLINOIS DEPARTMENT OF REVENUE PO BOX 1040 | GALESBURG IL 61402-1040 |
| INDIANA DEPARTMENT OF LABOR SEAN KEEFER, COMMISSIONER | INDIANA GOVERNMENT CENTER SOUTH 402 W. WASHINGTON STREET ROOM W195 INDIANAPOLIS IN 46204 317-232-2655 |
| INDIANA DEPARTMENT OF REVENUE 1025 WIDENER LN | SOUTH BEND IN 46614 574-291-8270 |
| INDUSTRIAL COMMISSION OF ARIZONA KAREN AXSOM, DIRECTOR | 800 WEST WASHINGTON STREET PHOENIX AZ 85007 602-542-4515 |
| IOWA DEPARTMENT OF REVENUE AND FINANCE PO BOX 10471 | DES MOINES IA 50306-0471 515-281-3114 |
| IOWA LABOR SERVICES DIVISION MICHAEL MAURO, LABOR COMMISSIONER | 1000 EAST GRAND AVENUE DES MOINES IA 50319-0209 515-242-5870 |
| KANSAS DEPARTMENT OF LABOR LANA GORDON, SECRETARY | 401 S.W. TOPEKA BLVD. TOPEKA KS 66603-3182 785-296-5000 |
| KANSAS DEPARTMENT OF REVENUE 915 SW HARRISON ST #300 | TOPEKA KS 66612 785-368-8323 |
| KENTUCKY LABOR CABINET LARRY L. ROBERTS, SECRETARY | 1047 U.S. HWY 127 SOUTH, SUITE 4 FRANKFORT KY 40601-4381 502-564-3070 |
| KENTUCKY REVENUE CABINET 501 HIGH STREET | FRANKFORT KY 40620 502-564-4581 |
| LOUISIANA DEPARTMENT OF REVENUE 617 NORTH THIRD STREET | BATON ROUGE LA 70821-0201 |
| LOUISIANA WORKFORCE COMMISSION CURT EYSINK, EXECUTIVE DIRECTOR | P.O. BOX 94094 BATON ROUGE LA 70804-9094 225-342-3111 |
| MAINE DEPARTMENT OF LABOR JEANNE PAQUETTE, COMMISSIONER | 54 STATE HOUSE STATION DRIVE AUGUSTA ME 04333 207-621-5095 |
| MAINE REVENUE SERVICES COMPLIANCE DIVISION | PO BOX 9107 AUGUSTA ME 04332-9107 207-624-9595 |
| MARYLAND DEPARTMENT OF LABOR , LICENSING AND REGULATION KELLY M. SCHULZ, SECRETARY | 500 N. CALVERT STREET, SUITE 401 BALTIMORE MD 21202 410-230-6020 |
| MARYLAND STATE COMPTROLLER 80 CALVERT STREET | PO BOX 466 ANNAPOLIS MD 21404-0466 |
| MASSACHUSETTS DEPARTMENT OF REVENUE 436 DWIGHT STREET | SPRINGFIELD MA 01103 617-887-6367 |
| MASSACHUSETTS EXECUTIVE OFFICE OF LABOR & WORKFORCE DEVELOPMENT RONALD WALKER, II, SECRETARY | ONE ASHBURTON PLACE, RM 2112 BOSTON MA 02108 617-626-7122 |
| MASSACHUSETTS FAIR LABOR DIVISION, OFFICE OF THE ATTORNEY GENERAL CYNDI MARK, CHIEF | ONE ASHBURTON PLACE BOSTON MA 02108 617-727-3465 |
| MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS (LARA) MIKE ZIMMER, DIRECTOR | 611 W. OTTAWA LANSING MI 48909 517-373-1820 |
| MICHIGAN DEPARTMENT OF TREASURY 430 W ALLEGAN ST | LANSING MI 48933 517-373-3223 |

2

| TAXING AUTHORITY | ADDRESS |
|---|---|
| MINNESOTA DEPARTMENT OF LABOR AND INDUSTRY KEN PETERSON, COMMISSIONER | 443 LAFAYETTE ROAD NORTH ST. PAUL MN 55155 651-284-5010 |
| MINNESOTA DEPARTMENT OF REVENUE 600 NORTH ROBERT ST | ST. PAUL MN 55101 651-556-3000 |
| MISSISSIPPI DEPARTMENT OF EMPLOYMENT SECURITY MARK HENRY, EXECUTIVE DIRECTOR | 1235 ECHELON PARKWAY P.O. BOX 1699 JACKSON MS 39215-1699 601-321-6000 |
| MISSISSIPPI TAX COMMISSION P.O. BOX 22808 | JACKSON MS 39225-2808 601-923-7393 |
| MISSOURI DEPARTMENT OF REVENUE HARRY S TRUMAN STATE OFFICE BUILDING | 301 WEST HIGH STREET JEFFERSON CITY, MO 65101 |
| MISSOURI LABOR AND INDUSTRIAL RELATIONS COMMISSION RYAN MCKENNA, DIRECTOR | 3315 W. TRUMAN BOULEVARD P.O. BOX 504 421 E. DUNKLIN JEFFERSON CITY MO 65102-0504 573-751-4091 |
| MONTANA DEPARTMENT OF LABOR AND INDUSTRY PAM BUCY, COMMISSIONER | P.O. BOX 1728 HELENA MT 59624-1728 406-444-9091 |
| MONTANA DEPARTMENT OF REVENUE MITCHELL BUILDING, | 125 N. ROBERTS, P.O. BOX 5805 HELENA MT 59604-5805 406-444-6900 |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL ATTN: KAREN CORDRY | 1850 M ST., NW 12TH FLOOR WASHINGTON DC 20036 202-326-6025 |
| NEBRASKA DEPARTMENT OF LABOR JOHN ALBIN, COMMISSIONER | 550 SOUTH 16TH STREET BOX 94600 LINCOLN NE 68508-4600 402-471-9000 |
| NEBRASKA DEPARTMENT OF REVENUE NEBRASKA STATE OFFICE BUILDING | 301 CENTENNIAL MALL SOUTH LINCOLN NE 68508 |
| NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY SHANNON CHAMBERS, COMMISSIONER | 555 E. WASHINGTON AVE., SUITE 4100 LAS VEGAS NV 89101-1050 702-486-2650 |
| NEVADA DEPARTMENT OF TAXATION 1550 COLLEGE PARKWAY | SUITE 115 CARSON CITY NV 89706 775-684-2000 |
| NEW HAMPSHIRE DEPARTMENT OF LABOR JAMES W.CRAIG, COMMISSIONER | STATE OFFICE PARK SOUTH 95 PLEASANT STREET CONCORD NH 03301 603-271-3176 |
| NEW HAMPSHIRE DEPARTMENT OF REVENUE - ADMINISTRATION UNIT 109 PLEASANT STREET | P.O. BOX 457 CONCORD NH 03302-0457 603-230-5005 |
| NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT HAROLD J. WIRTHS, COMMISSIONER | #1 JOHN FITCH PLAZA, 13TH FL, SUITE D P.O. BOX 110 TRENTON NJ 08625-0110 609-659-9045 |
| NEW JERSEY DEPARTMENT OF TREASURY P.O. BOX 002 | TRENTON NJ 08625-0002 609-292-6748 |
| NEW MEXICO DEPARTMENT OF TAXATION AND REVENUE 1100 SOUTH ST. FRANCIS DRIVE | SANTA FE NM 87504 |
| NEW MEXICO DEPARTMENT OF WORK FORCE SOLUTIONS CELINA BUSSEY, SECRETARY | P.O. BOX 1928 401 BROADWAY, N.E. ALBUQUERQUE NM 87102-1928 505-841-8405 |
| NEW YORK DEPARTMENT OF LABOR MARIO J. MUSOLINO, ACTING COMMISSIONER | STATE OFFICE BLDG., # 12 W.A. HARRIMAN CAMPUS ALBANY NY 12240 518-457-9000 |
| NEW YORK DEPARTMENT OF TAXATION & FINANCE BANKRUPTCY SECTION, P.O. BOX 5300 | ALBANY NY 12205-0300 |
| NORTH CAROLINA DEPARTMENT OF LABOR CHERIE K. BERRY, COMMISSIONER | 4 WEST EDENTON STREET RALEIGH NC 27699 919-807-2796 |
| NORTH CAROLINA DEPARTMENT OF REVENUE PO BOX 25000 | RALEIGH NC 27640-0640 |
| NORTH DAKOTA DEPARTMENT OF LABOR TROY SEIBEL, COMMISSIONER | STATE CAPITOL BUILDING 600 EAST BOULEVARD AVE., DEPT 406 BISMARCK ND 58505-0340 701-328-2660 |
| NORTH DAKOTA STATE TAX DEPARTMENT 600 E. BOULEVARD AVE. | BRISMARCK ND 58505-0599 701-328-7088 |
| OHIO DEPARTMENT OF COMMERCE JAQUELINE T. WILLIAMS, COMMISSIONER | 77 SOUTH HIGH STREET, 22ND FLOOR COLUMBUS OH 43215 614-644-2239 |
| OHIO DEPARTMENT OF TAXATION PO BOX 530 | COLUMBUS OH 43216-0530 888-405-4039 |
| OKLAHOMA DEPARTMENT OF LABOR MARK COSTELLO, COMMISSIONER | 3017 N. STILES AVENUE, SUITE 100 OKLAHOMA CITY OK 73105-5212 405-521-6100 |
| OKLAHOMA TAX COMMISSION CONNORS BUILDING | 2501 NORTH LINCOLN BOULEVARD OKLAHOMA CITY OK 73194 405-521-3160 |

3

| TAXING AUTHORITY | ADDRESS |
|---|---|
| OREGON BUREAU OF LABOR AND INDUSTRIES BRAD AVAKIAN, COMMISSIONER | 800 NE OREGON ST., #1045 PORTLAND OR 97232 971-673-0761 |
| OREGON DEPARTMENT OF REVENUE 955 CENTER ST NE | SALEM OR 97301-2555 503-378-4988 |
| PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY KATHY MANDERINO, SECRETARY | 1700 LABOR AND INDUSTRY BLDG. 7TH AND FORSTER STREETS HARRISBURG PA 17120 717-787-5279 |
| PENNSYLVANIA DEPARTMENT OF REVENUE OFFICE OF CHIEF COUNSEL | PO BOX 281061 HARRISBURG PA 17128 717-787-1382 |
| PUERTO RICO DEPARTMENT OF THE TREASURY PO BOX 9024140 | SAN JUAN PR 00902-4140 |
| RHODE ISLAND DEPARTMENT OF LABOR AND TRAINING SCOTT R. JENSEN, DIRECTOR | 1511 PONTIAC AVENUE CRANSTON RI 02920 401-462-8550 |
| RHODE ISLAND DEPARTMENT OF REVENUE ONE CAPITOL HILL | PROVIDENCE RI 02908 |
| SOUTH CAROLINA DEPARTMENT OF LABOR, LICENSING & REGULATIONS RICHELE TAYLOR, DIRECTOR | P.O. BOX 11329 COLUMBIA SC 29211-1329 803-896-4300 |
| SOUTH CAROLINA DEPARTMENT OF REVENUE PO BOX 12265 | COLUMBIA SC 29211 |
| SOUTH DAKOTA DEPARTMENT OF LABOR AND REGULATION MARCIA HULTMAN, SECRETARY | 700 GOVERNORS DRIVE PIERRE SD 57501-2291 605-773-3101 |
| SOUTH DAKOTA DEPARTMENT OF REVENUE 445 E CAPITOL AVENUE | PIERRE SD 57501 605-773-3311 |
| STATE OF ALABAMA ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 300152 MONTGOMERY AL 36130-0152 334-242-7300 |
| STATE OF ALASKA ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 110300 JUNEAU AK 99811-0300 907-465-2133 |
| STATE OF ARIZONA ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 2005 N CENTRAL AVE PHOENIX AZ 85004-2926 602-542-5025 |
| STATE OF ARKANSAS ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 323 CENTER ST. SUITE 200 LITTLE ROCK AR 72201-2610 501-682-2007 |
| STATE OF CALIFORNIA ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 944255 SACRAMENTO CA 94244-2550 916-445-9555 |
| STATE OF COLORADO ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | RALPH L. CARR COLORADO JUDICIAL CENTER 1300 BROADWAY, 10TH FLOOR DENVER CO 80203 720-508-6000 |
| STATE OF CONNECTICUT ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 165 CAPITOL AVENUE HARTFORD CT 06106 860-808-5318 |
| STATE OF DELAWARE ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | CARVEL STATE OFFICE BLDG. 820 N. FRENCH ST. WILMINGTON DE 19801 302-577-8338 |
| STATE OF FLORIDA ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 850-414-3300 |
| STATE OF GEORGIA ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 40 CAPITAL SQUARE, SW ATLANTA GA 30334-1300 404-656-3300 |
| STATE OF HAWAII ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 425 QUEEN ST. HONOLULU HI 96813 808-586-1500 |
| STATE OF IDAHO ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 700 W. JEFFERSON STREET P.O. BOX 83720 BOISE ID 83720-1000 208-334-2400 |
| STATE OF ILLINOIS ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 100 WEST RANDOLPH STREET CHICAGO IL 60601 312-814-3000 |
| STATE OF INDIANA ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | INDIANA GOVERNMENT CENTER SOUTH 302 W. WASHINGTON ST., 5TH FLOOR INDIANAPOLIS IN 46204 317-232-6201 |
| STATE OF IOWA ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 1305 E. WALNUT STREET DES MOINES IA 50319 515-281-5164 |
| STATE OF KANSAS ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 120 SW 10TH AVE., 2ND FLOOR TOPEKA KS 66612-1597 785-296-2215 |
| STATE OF KENTUCKY ATTORNEY GENERAL ATTN: | 700 CAPITOL AVENUE, SUITE 118 FRANKFORT KY |

| TAXING AUTHORITY | ADDRESS |
| --- | --- |
| BANKRUPTCY DEPARTMENT | 40601 502-696-5300 |
| STATE OF LOUISIANA ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 94095 BATON ROUGE LA 70804-4095 225-326-6000 |
| STATE OF MAINE ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 6 STATE HOUSE STATION AUGUSTA ME 04333-0000 207-626-8800 |
| STATE OF MARYLAND ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 200 ST. PAUL PLACE BALTIMORE MD 21202-2202 410-576-6300 |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | ONE ASHBURTON PLACE BOSTON MA 02108-1698 617-727-2200 |
| STATE OF MICHIGAN ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | G. MENNEN WILLIAMS BUILDING, 7TH FLOOR 525 W. OTTAWA ST. P.O. BOX 30212 LANSING MI 48909-0212 517-373-1110 |
| STATE OF MINNESOTA ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 1400 BREMER TOWER 445 MINNESOTA STREET ST. PAUL MN 55101-2131 651-296-3353 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | WALTER SILLERS BUILDING 550 HIGH STREET, SUITE 1200 P.O. BOX 220 JACKSON MS 39201 601-359-3680 |
| STATE OF MISSOURI ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | SUPREME COURT BUILDING 207 W. HIGH ST. JEFFERSON CITY MO 65102 573-751-3321 |
| STATE OF MONTANA ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 215 N SANDERS, THIRD FLOOR PO BOX 201401 HELENA MT 59620-1401 406-444-2026 |
| STATE OF NEBRASKA ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 2115 STATE CAPITOL 2ND FL, RM 2115 LINCOLN NE 68509-8920 402-471-2683 |
| STATE OF NEVADA ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 100 NORTH CARSON STREET CARSON CITY NV 89701 775-684-1100 |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 33 CAPITOL ST. CONCORD NH 03301-0000 603-271-3658 |
| STATE OF NEW JERSEY ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | RJ HUGHES JUSTICE COMPLEX 25 MARKET STREET P.O. BOX 080 TRENTON NJ 08625-0080 609-292-4925 |
| STATE OF NEW MEXICO ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | P.O. DRAWER 1508 SANTA FE NM 87504-1508 505-827-6000 |
| STATE OF NEW YORK ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | THE CAPITOL ALBANY NY 12224-0341 518-776-2000 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 9001 MAIL SERVICE CENTER RALEIGH NC 27699-9001 919-716-6400 |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | STATE CAPITOL 600 E BOULEVARD AVE DEPT 125 BISMARCK ND 58505-0040 701-328-2210 |
| STATE OF OHIO ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 30 E. BROAD ST., 14TH FLOOR COLUMBUS OH 43215 800-282-0515 |
| STATE OF OKLAHOMA ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 313 NE 21ST STREET OKLAHOMA CITY OK 73105 405-521-3921 |
| STATE OF OREGON ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 1162 COURT STREET NE SALEM OR 97301 503-378-4400 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | STRAWBERRY SQUARE 16TH FLOOR HARRISBURG PA 17120 717-787-3391 |
| STATE OF RHODE ISLAND ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 150 SOUTH MAIN STREET PROVIDENCE RI 02903-0000 401-274-4400 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 11549 COLUMBIA SC 29211-1549 803-734-3970 |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 1302 EAST HIGHWAY 14 SUITE 1 PIERRE SD 57501-8501 605-773-3215 |
| STATE OF TENNESSEE ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 20207 NASHVILLE TN 37202-0207 615-741-3491 |
| STATE OF TEXAS ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | CAPITOL STATION PO BOX 12548 AUSTIN TX 78711-2548 512-475-4868 |
| STATE OF UTAH ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | PO BOX 142320 SALT LAKE CITY UT 84114-2320 801-538-9600 |
| STATE OF VERMONT ATTORNEY GENERAL ATTN: | 109 STATE ST. MONTPELIER VT 05609-1001 802828- |

| TAXING AUTHORITY | ADDRESS |
|---|---|
| BANKRUPTCY DEPARTMENT | 3171 |
| STATE OF VIRGINIA ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 900 EAST MAIN STREET RICHMOND VA 23219 804-786-2071 |
| STATE OF WASHINGTON ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 1125 WASHINGTON ST. SE P.O. BOX 40100 OLYMPIA WA 98504-0100 360-753-6200 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | STATE CAPITOL BLDG 1 ROOM E 26 CHARLESTON WV 25305 304-558-2021 |
| STATE OF WISCONSIN ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | WISCONSIN DEPARTMENT OF JUSTICE STATE CAPITOL, ROOM 114 EAST P. O. BOX 7857 MADISON WI 53707-7857 608-266-1221 |
| STATE OF WYOMING ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 123 CAPITOL BUILDING 200 W. 24TH STREET CHEYENNE WY 82002 307-777-7841 |
| TENNESSEE DEPART. OF LABOR & WORKFORCE DEVELOPMENT BURNS PHILLIPS, COMMISSIONER | 220 FRENCH LANDING DRIVE NASHVILLE TN 37243 844-224-5818 |
| TENNESSEE DEPARTMENT OF REVENUE 500 DEADERICK STREET, ANDREW JACKSON BUILDING | NASHVILLE TN 37242 615-253-0600 |
| TEXAS WORKFORCE COMMISSION RONALD G. CONGLETON, COMMISSIONER REPRESENTING LABOR | 101 EAST 15TH ST. AUSTIN TX 78778 512-475-2670 |
| TEXAS DEPARTMENT OF REVENUE CAPITOL STATION | P.O. BOX 13528 AUSTIN TX 78711-3528 |
| UNITED STATES OF AMERICA ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | US DEPT OF JUSTICE 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UTAH LABOR COMMISSION SHERRIE HAYASHI, COMMISSIONER | 160 E. 300 S., SUITE 300 SALT LAKE CITY UT 84111 801-530-6800 |
| UTAH DEPARTMENT OF REVENUE 210 NORTH 1950 WEST | SALT LAKE CITY UT 84134 |
| VERMONT DEPARTMENT OF LABOR ROSE LUCENTI, DIRECTOR OF WORKFORCE DEVELOPMENT | 5 GREEN MOUNTAIN DRIVE P.O. BOX 488 MONTPELIER VT 05601-0488 |
| VERMONT DEPARTMENT OF TAXES 133 STATE STREET | MONTPELLER VT 05602 |
| VIRGINIA DEPARTMENT OF LABOR AND INDUSTRY C. RAY DAVENPORT, COMMISSIONER | MAIN STREET CENTRE 600 EAST MAIN STREET, SUITE 207 RICHMOND VA 23219 804-371-2327 |
| VIRGINIA DEPARTMENT OF REVENUE VIRGINIA DEPARTMENT OF TAXATION OFFICE OF CUSTOMER SERVICE | P.O. BOX 1115 RICHMOND VA 23218-1115 |
| WASHINGTON DC ATTORNEY GENERAL ATTN: BANKRUPTCY DEPARTMENT | 441 4TH STREET, NW WASHINGTON DC 20001 202-727-3400 |
| WASHINGTON DC OFFICE OF TAX AND REVENUE 1101 4TH ST SW | STE 270 WEST WASHINGTON DC 20024 202-727-4829 |
| WASHINGTON DEPARTMENT OF LABOR AND INDUSTRIES JOEL SACKS, DIRECTOR | P.O. BOX 44000 OLYMPIA WA 98504-4001 360-902-5800 |
| WASHINGTON DEPARTMENT OF REVENUE TAXPAYER ACCOUNT ADMINISTRATION | P.O. BOX 47476 OLYMPIA WA 98504-7476 |
| WEST VIRGINIA DIVISION OF LABOR JOHN R. JUNKINS, ACTING COMMISSIONER | STATE CAPITOL COMPLEX, #749-B BUILDING #6 1900 KANAWHA BLVD. CHARLESTON WV 25305 304-558-7890 |
| WEST VIRGINIA DEPARTMENT OF REVENUE ATTN: LEGAL DIVISION | 1001 LEE STREET, EAST CHARLESTON WV 25301 304-558-5330 |
| WISCONSIN DEPARTMENT OF WORKFORCE DEVELOPMENT REGGIE NEWSON, SECRETARY | 201 E. WASHINGTON AVE., #A400 P.O. BOX 7946 MADISON WI 53707-7946 608-266-3131 |
| WISCONSIN DEPARTMENT OF REVENUE CUSTOMER SERVICE BUREAU | P.O. BOX 8949 MADISON WI 53708-8949 608-266-2486 |
| WYOMING DEPARTMENT OF WORKFORCE SERVICE JOAN K. EVANS, DIRECTOR | 1510 EAST PERSHING BLVD. CHEYENNE WY 82002 307-777-8728 |
| WYOMING DEPARTMENT OF REVENUE 122 WEST 25TH STREET | 2ND FLOOR WEST CHEYENNE WY 82002-0110 307-777-5275 |