UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on November 29, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | | |
|---|---|---|
| In Re: | Case No.: | 22-19361-MBK |
| BlockFi Inc. | Chapter: | 11 |
| | Hearing Date: | 11/29/22 |
| | Judge: | Michael B. Kaplan |

## ORDER GRANTING JOINT ADMINISTRATION

The relief set forth on the following pages, is hereby **ORDERED**.

**DATED: November 29, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | |
| BlockFi Inc. | Case No. 22-19361 (MBK) |
|      Debtor. | |
| Tax I.D. No. 82-2390015 | |
| ---------------------------------------------------- | |
| In re: | Case No. 22-19363 (MBK) |
| BlockFi Trading LLC | |
|      Debtor. | |
| Tax I.D. No. 84-1942487 | |
| ---------------------------------------------------- | |
| In re: | |
| BlockFi Lending LLC | Case No. 22-19365 (MBK) |
|      Debtor. | |
| Tax I.D. No. 61-1865017 | |
| ---------------------------------------------------- | |
| In re: | |
| BlockFi Wallet LLC | Case No. 22-19366 (MBK) |
|      Debtor. | |
| Tax I.D. No. 87-2213231 | |
| ---------------------------------------------------- | |
| In re: | |
| BlockFi Ventures LLC | Case No. 22-19367 (MBK) |
|      Debtor. | |
| Tax I.D. No. 86-3099937 | |
| ---------------------------------------------------- | |
| In re: | |
| BlockFi International Ltd. | Case No. 22-19368 (MBK) |
|      Debtor. | |

1

Tax I.D. No. N/A

---------------------------------------------------

In re:

BlockFi Investment Products LLC

      Debtor.

Tax I.D. No. 86-1862422

Case No. 22-19370 (MBK)

---------------------------------------------------

In re:

BlockFi Services, Inc.

      Debtor.

Tax I.D. No. 87-2245965

Case No. 22-19371 (MBK)

---------------------------------------------------

In re:

BlockFi Lending II LLC

      Debtor.

Tax I.D. No. 87-3160154

Case No. 22-19374 (MBK)

Chapter 11

## <u>**ORDER GRANTING JOINT ADMINISTRATION**</u>

      The relief set forth on the following pages, numbered two (2) through four (4) and Exhibit

1 is hereby **ORDERED.**

(Page | 2)

Debtors:               BLOCKFI INC., *et al.*

Case No.               22-19361 (MBK)

Caption of Order:      ORDER GRANTING JOINT ADMINISTRATION

---

Upon the *Debtors' Motion for Joint Administration* (the "Motion")[1]; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Order of Reference of Bankruptcy Cases and Proceedings*; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing on the Motion; and all objections, if any, to the Motion have been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor;

**HEREBY ORDERED THAT**:

1.      The Motion is **GRANTED** as set forth herein.

2.      The above captioned cases hereby are jointly administered by this Court for procedural purposes only.

3.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

4.      The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of New Jersey shall keep, one consolidated docket, one file, and one consolidated

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2

(Page | 3)
Debtors:               BLOCKFI INC., *et al.*
Case No.               22-19361 (MBK)
Caption of Order:      ORDER GRANTING JOINT ADMINISTRATION

_____

service list for these Chapter 11 Cases.

5.     All orders, pleadings, papers and documents, except lists, schedules, statements, and monthly operating reports, shall be filed and docketed in *In re BlockFi Inc.* (the "**Lead Case**").

6.     All pleadings, papers, and documents filed in the Lead Case shall bear the caption as shown in **Exhibit 1** attached hereto.

7.     The caption shown in **Exhibit 1** attached hereto satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

8.     All lists, schedules, and statements shall be filed and docketed in the specific Debtor's case for which they are applicable.

9.     Any party in interest may request joint hearings on matters pending in any of these chapter 11 cases.

10.     If pleadings, papers, or documents have been filed in any of the above captioned cases other than the Lead Case prior to the entry of this Order, and those matters have not yet been heard and decided, the party who filed the pleading, paper, or document shall (i) refile the pleading, paper, or document in the Lead Case within 3 business days of the entry of this Order, (ii) set the pleading, paper, or document for hearing before the judge assigned to the Lead Case, and (iii) notice the hearing to all appropriate parties.

11.     The Clerk shall file a copy of this order in the Lead Case and each of the affiliated Debtor cases.

12.     Notwithstanding anything to the contrary in the Motion, this Order, or any findings announced at the hearing, nothing in the Motion, this Order, or announced at the hearing constitutes a finding under the federal securities laws as to whether crypto tokens or transactions involving crypto tokens are securities, and the right of the United States Securities and Exchange

3

(Page | 4)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al*. |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | ORDER GRANTING JOINT ADMINISTRATION |

Commission to challenge transactions involving crypto tokens on any basis are expressly reserved.

13.     Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

14.     Any party may move for modification of this Order in accordance with Local Rule 9013-5(e).

15.     A true copy of this Order shall be served on all required parties pursuant to Local Rule 9013-5(f).

16.      This Order shall be effective immediately upon entry.

17.     The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

## EXHIBIT 1

**Case Caption**

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL**
**LLP**
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Christine A. Okike, P.C. (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Proposed Attorneys for Debtors and*
*Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No.
047911992)
Kenric D. Kattner, Esq. (*pro hac vice* pending)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Proposed Attorneys for Debtors and*
*Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | Jointly Administered |

---

[1]   The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are:  BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet
LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC
(2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service
address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 22-19361-MBK

BlockFi Inc.                                                                  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                                Page 1 of 2
Date Rcvd: Nov 29, 2022                      Form ID: pdf903                         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + BlockFi Inc., 201 Montgomery Street, Suite 263, Jersey City, NJ 07302-5057 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2022                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Inc. msirota@coleschotz.com  fpisano@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Inc. msirota@coleschotz.com  fpisano@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Services  Inc. msirota@coleschotz.com, fpisano@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Trading LLC msirota@coleschotz.com  fpisano@coleschotz.com |

Michael D. Sirota
                    on behalf of Debtor BlockFi Lending II LLC msirota@coleschotz.com  fpisano@coleschotz.com

Michael D. Sirota
                    on behalf of Debtor BlockFi Ventures LLC msirota@coleschotz.com  fpisano@coleschotz.com

Michael D. Sirota
                    on behalf of Plaintiff BlockFi International Ltd. msirota@coleschotz.com  fpisano@coleschotz.com

Michael D. Sirota
                    on behalf of Debtor BlockFi Investment Products LLC msirota@coleschotz.com  fpisano@coleschotz.com

Michael D. Sirota
                    on behalf of Debtor BlockFi International Ltd. msirota@coleschotz.com  fpisano@coleschotz.com

Michael D. Sirota
                    on behalf of Debtor BlockFi Wallet LLC msirota@coleschotz.com  fpisano@coleschotz.com

Michael D. Sirota
                    on behalf of Debtor BlockFi Lending LLC msirota@coleschotz.com  fpisano@coleschotz.com

Michael D. Sirota
                    on behalf of Plaintiff BlockFi Lending LLC msirota@coleschotz.com  fpisano@coleschotz.com

Richard Kanowitz
                    on behalf of Plaintiff BlockFi International Ltd. richard.kanowitz@haynesboone.com
                    mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com

Richard Kanowitz
                    on behalf of Plaintiff BlockFi Lending LLC richard.kanowitz@haynesboone.com
                    mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com

Richard Kanowitz
                    on behalf of Debtor BlockFi Inc. richard.kanowitz@haynesboone.com
                    mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com

Richard Kanowitz
                    on behalf of Plaintiff BlockFi Inc. richard.kanowitz@haynesboone.com
                    mklein@cooley.com;jindyke@cooley.com;efiling-notice@ecf.pacerpro.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

Warren A. Usatine
                    on behalf of Debtor BlockFi Inc. wusatine@coleschotz.com  fpisano@coleschotz.com


TOTAL: 20