

**The New York Times Company**

620 8th Avenue
New York, NY 10018
nytimes.com

# PROOF OF PUBLICATION

December 5, 2022

Sworn to me this 5th day
of December 2022

_Ellen Herb_
_____
Notary Public

Ellen Herb
Notary Public, State of New York
No. 01HE6163785
Qualified in New York County
Commission Expires April 2, 2023

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

12/5/22 NYT B5

_Larnyce Tabron_

# Europeans Prepare for Rolling Power Outages Amid Energy Crisis

FROM FIRST BUSINESS PAGE

heat their plugged-in vehicles on freezing mornings to avoid straining the grid.

And in Germany, the country that has been most dependent on Russian gas, people are taking no chances: Sales of candles have soared.

A few hours without power in a French cafe or in a German supermarket would be nowhere as painful as the situation being faced by people in Ukraine, where Russia's systematic bombing of the energy grid has left millions facing a freezing winter without electricity, heat and water supplies day and night in subzero temperatures and snow.

Still, the prospect of homes, schools, businesses and even trains that rely on power and electric signals going dark, however briefly, is Europe's first major test of resilience as it turns away from Russian fuel.

European officials are insisting that the rationing plans are only a last resort, to prevent uncontrolled blackouts if domestic electricity production and imported power aren't enough to keep power systems from crashing.

"We're not in a catastrophe film," Olivier Véran, the French government spokesman, said on French television last week. "We are not announcing that cuts will happen, but if we have a particularly cold and energy-intensive winter, there could be situations of tension and we are preparing for all scenarios."

Any scheduled power cuts in France would be telegraphed days in advance and would hit small sections of the country at different times, the government said. The cuts, which would last for two hours in the mornings or in early evening, when power use is at a high, would not apply to so-called sensitive sites, including hospitals, nursing homes, fire and police stations and prisons.

Europe has made a concerted effort since Russia's invasion of Ukraine in February to avoid a worst-case situation by topping up natural gas reserves and even restarting coal-fired power plants to generate electricity. A near-total embargo on Russian oil begins Monday, one of many actions the bloc has taken to deny the Kremlin revenue from fossil fuel sales and limit its ability to wage war in Ukraine.

Unseasonably warm weather during October and November allowed households and businesses to keep their furnaces turned off, helping gas stocks last longer than expected and bringing down skyrocketing gas prices.

But Europe is now facing its first major cold snap, with an Arctic air blast from Greenland expected to send temperatures plunging in coming days. Governments have already been dipping into some of the emergency gas reserves, driving European natural gas prices back up to their highest levels in six weeks.

France, once Europe's biggest exporter of electricity thanks to its 56 nuclear power plants, is struggling to repair a series of problems that have left nearly half of its atomic fleet offline, depriving its neighbors of a vital power source. Électricité de France, or EDF, which runs France's nuclear power plants, announced the restart last week of a mammoth reactor in northern France, although further delays are expected at other nuclear sites.

A recent report by the European Network of Transmission System Operators showed that electricity supplies in France, Sweden and Finland, among others, were at risk of outages.

All of which has prompted the flurry of not-so-subtle signals for Europeans to start hunkering down for disruptions to their electricity-enabled lives.

Germany has issued advisories on what to expect in a blackout. "The telephone is dead, the heating doesn't come on, there is no warm water, the computer goes on strike, the coffee machine stays off, there is no light," the Office of Civil Protection and Disaster Assistance said on its website.

"You will soon notice how dependent you are on electric power," added the agency, which translated the site into English, Turkish and Ukrainian.

The office urges households to stock up on battery-powered flashlights and candles, and even suggests camp stoves to prepare small meals. "Warm clothing can be used as a substitute for heating for a while," the agency said, but advised households to think about installing alternative heating sources.

As in France, German officials have insisted that a power crisis is unlikely, but one "cannot be completely ruled out," the finance ministry acknowledged. The authorities have taken no chances, with Chancellor Olaf Scholz's government making the politically divisive decision to cancel plans to shut down the country's last three nuclear reactors this month, and to fire up coal power plants in hopes of making up for the loss of Russian gas.

In Switzerland, which has long depended on French nuclear power for its winters, citizens have been urged to prepare for outages lasting up to several hours. The Federal Electricity Commission urged people to have enough firewood, flashlights and batteries.

Even electric cars aren't immune. Finland's power grid operator, Fingrid, warned that electricity production has come under strain because of European sanctions on Russia, and the delayed opening of Finland's Olkiluoto 3 nuclear power reactor, built by EDF.

In a country where almost a third of all vehicles are electric, Fingrid is urging owners to forgo the luxury of turning on the plugged-in car's heater to melt ice off windows in the morning, when power demand is at a peak.

"That ice can be scraped off using elbow grease," the company said.

President Emmanuel Macron's government in France has set up a nationwide alert system to telegraph any rolling power cuts well in advance. Three days before electricity would be shut off anywhere, officials will make a public announcement and alert people on their cellphones via an app called EcoWatt that officials have urged everyone to download.

The government would confirm the power cuts at 5 p.m. the day before they are to take place. The outages would not last more than two hours, between 8 a.m. and 1 p.m., or 6-8 p.m.

While emergency sites would continue to receive power, plenty of other places won't. Schools would not be spared: students will be instructed to stay home on mornings when classes are canceled because of lack of heat and light, and return in the afternoon. (The internet won't work, either, making remote schooling difficult.)

Even trains could come to a standstill for a couple of hours in affected areas, because power needed to work signals would be shut off. The government said it would warn drivers to "limit their movements as much as possible" because traffic lights could be "inoperative."

Cellphone towers will also stop working in areas where power is paused. Christel Heydemann, the chief executive of Orange, France's top telecom operator, warned last week that emergency phone calls may not be possible if mobile networks lose electricity. The government said people could still dial 112, the Europe-wide number for emergencies.

Despite those assurances, Ms. Heydemann said, "It is illusory to imagine that we'll be able to maintain service to all French people in the event of power cuts."

*Melissa Eddy contributed reporting from Berlin.*



NATHALIE MOHADJER FOR THE NEW YORK TIMES

Power could be cut to restaurants and grocery stores, as well as schools, traffic lights and more. Above, the turbine room inside Finland's Olkiluoto 3 nuclear power reactor in October. The plant's opening has been delayed. Right, Les Deux Magots, a cafe in the St.-Germain-des-Prés area of Paris.

NATHALIE MOHADJER FOR THE NEW YORK TIMES

---

# Musk and an Independent Journalist Ignite Debate by Releasing the 'Twitter Files'

**By MICHAEL M. GRYNBAUM**

It was, on the surface, a typical example of reporting the news: a journalist obtains internal documents from a major corporation, shedding light on a political dispute that flared in the waning days of the 2020 presidential race.

But when it comes to Elon Musk and Twitter, nothing is typical.

The so-called Twitter Files, released Friday evening by the independent journalist Matt Taibbi, set off a firestorm among pundits, media ethicists and lawmakers in both parties. It also offered a window into the fractured media landscape of news, where a story's reception is often shaped by readers' assumptions about the motivations of both reporters and subjects.

The tempest began when Mr. Musk teased the release of internal documents that he said would reveal the story behind Twitter's 2020 decision to restrict posts linking to a report in the New York Post about Joseph R. Biden Jr.'s son, Hunter.

Mr. Musk, who has accused tech companies of censorship, then pointed readers to the account of Mr. Taibbi, an iconoclast journalist who shares some of Mr. Musk's disdain for the mainstream news media. Published in the form of a lengthy Twitter thread, Mr. Taibbi's report included images of email exchanges among Twitter officials deliberating how to handle dissemination of the Post story on their platform.

Mr. Musk and Mr. Taibbi framed the exchanges as evidence of rank censorship and pernicious influence by liberals. Many others — even some ardent Twitter critics — were less impressed, saying the exchanges merely showed a group of executives earnestly debating how to deal with an unconfirmed news report that was based on information from a stolen laptop.

And as with many modern news stories, the Twitter Files were quickly weaponized in service of a dizzying number of pre-existing arguments.

The Fox News host Tucker Carlson, who often accuses liberals of stifling speech, made the claim that the "documents show a systemic violation of the First Amendment, the largest example of that in modern history." House Republicans, who have called for an investigation into the business dealings of Hunter Biden, asserted with no evidence that the report showed systemic collusion between Twitter and aides to Joe Biden, who was then the Democratic nominee. (Jack Dorsey, Twitter's chief executive at the time, later reversed the decision to block the Post story and told Congress it had been a mistake.)

Former Twitter executives, who have lamented Mr. Musk's chaotic stewardship of the company, cited the documents' release as yet another sign of recklessness. Yoel Roth, Twitter's former head of trust and safety, said that publicizing unredacted documents — some of which included the names and email addresses of Twitter officials — was "a fundamentally unacceptable thing to do" and placed people "in harm's way." (Mr. Musk later said that, in hindsight, "I think we should have excluded some email addresses.")

The central role of Mr. Taibbi, a polarizing figure in journalism circles, set off its own uproar.



ROB KIM/GETTY IMAGES

Matt Taibbi, the journalist who published the files on Twitter.

Once a major voice of the political left, Mr. Taibbi rose to prominence by presenting himself as an unencumbered truth teller. He is perhaps best known for labeling Goldman Sachs a "vampire squid" in an article that galvanized public outrage toward Wall Street. But his commentary about former President Donald J. Trump diverged from the views of many Democrats — for instance, he was skeptical of claims of collusion between Russia and Mr. Trump's campaign — and his fan base shifted.

On Friday, Mr. Taibbi wrote that his thread about Twitter was "based upon thousands of internal documents obtained by sources at Twitter." Mr. Musk had previously hinted about revealing information on Twitter's handling of the Hunter Biden report. On Friday, shortly before Mr. Taibbi's report, Mr. Musk wrote, "This will be awesome" and added a popcorn emoji, the online symbol of fervent anticipation. Mr. Taibbi also said he agreed "to certain conditions" in exchange for the documents, but did not provide details.

Skeptics of Mr. Taibbi seized on what appeared to be an orchestrated disclosure. "Imagine volunteering to do online PR work for the world's richest man on a Friday night, in service of nakedly and cynically right-wing narratives, and then pretending you're speaking truth to power," the MSNBC host Mehdi Hasan wrote in a Twitter post.

Mr. Taibbi responded on Saturday, writing: "Looking forward to going through all the tweets complaining about 'PR for the richest man on earth,' and seeing how many of them have run stories for anonymous sources at the FBI, CIA, the Pentagon, White House, etc."

Mr. Musk and Mr. Taibbi did not respond to requests for comment.

That Mr. Musk is a fan of Mr. Taibbi, who left Rolling Stone to start a newsletter on Substack, is no big surprise; Mr. Musk often hails the virtues of citizen journalism. On Saturday, in a live audio session on Twitter, Mr. Musk said he was disappointed that more mainstream media outlets had not picked up Mr. Taibbi's reporting.

The New York Times requested copies of the documents from Mr. Musk, but did not receive a response.

Mr. Musk said on Saturday that he had also given documents to Bari Weiss, a former editor and columnist at The Times whose Substack newsletter, Common Sense, bills itself as an alternative to traditional news outlets. Ms. Weiss declined to comment on Sunday.

The commotion has also generated some odd bedfellows. Mr. Taibbi once compared former President George W. Bush to a "donkey." On Sunday, his reporting was defended by the House Republican leader, Representative Kevin McCarthy, during an interview on Fox News. "They're trying to discredit a person for telling the truth," Mr. McCarthy said of Mr. Musk.

Perhaps the only universally accepted takeaway from the release of the Twitter Files was a sentiment that Mr. Taibbi himself expressed, in a headline on his Substack page that offered a preview of his upcoming posts.

"Note to readers," Mr. Taibbi wrote. "It's about to get weird in here."

[Legal notices at bottom of page: IN THE UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION — In re: MARINER HEALTH CENTRAL, INC., et al., Debtors, Case No. 4:22-bk-41079-WJL, Chapter 11 (Jointly Administered); NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM. UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEW JERSEY — In re: BLOCKFI INC., et al., Debtors, Case No. 22-19361 (MBK), Chapter 11 (Jointly Administered); NOTICE OF (I) DISCLOSURE PROCEDURES APPLICABLE TO CERTAIN HOLDERS OF COMMON STOCK AND PREFERRED STOCK, (II) DISCLOSURE PROCEDURES FOR TRANSFERS OF AND DECLARATIONS OF WORTHLESSNESS WITH RESPECT TO ALL ENTITIES (AS DEFINED BY SECTION 101(15) OF THE BANKRUPTCY CODE) THAT MAY HOLD BENEFICIAL OWNERSHIP OF THE EXISTING CLASSES OF COMMON STOCK (THE "COMMON STOCK") OF AND PREFERRED STOCK (THE "PREFERRED STOCK") OF BLOCKFI INC. Also: Giro Senat, Defendant vs Doreen Senat, Plaintiff — Complaint for divorce, docket no. FM-09-799-22.]