# THE UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF NEW JERSEY
# TRENTON DIVISION

IN RE: BlockFi Inc., Debtor(s).  
    201 Montgomery Street  
    Suite 263  
    Jersey City, NJ 07302  
    XXX-XX-

Case No. 22-19361 MBK  
Chapter 11

## Notice of Appearance and Request for Notice

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Commerce and Insurance.

Notices should be addressed to:  
TN Dept of Commerce and Insurance  
c/o TN Attorney General's Office, Bankruptcy Division  
PO Box 20207  
Nashville, Tennessee 37202-0207

The TN Dept of Commerce and Insurance hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,  
Jonathan Skrmetti  
Attorney General and Reporter

*/s/ Gina Baker Hantel*  
Gina Baker Hantel  
Senior Assistant Attorney General  
BPR No. 018019  
OFFICE OF THE ATTORNEY GENERAL  
BANKRUPTCY DIVISION  
P O BOX 20207  
Nashville, TN 37202-0207  
Phone: (615) 532-8928     Fax: 615-741-3334  
Email: gina.hantel@ag.tn.gov

## CERTIFICATE OF SERVICE

I certify that on _____December 8, 2022_____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

*/s/ Gina Baker Hantel*  
Gina Baker Hantel  
Senior Assistant Attorney General

Office of the U.S. Trustee  
One Newark Center  
Suite 2100  
Newark, New Jersey 07102

Michael D. Sirota  
Attorney for the Debtor(s)  
Cole Schotz P.C  
25 Main Street  
Hackensack, NJ 07601