UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Carrie J. Boyle, Esq.
Boyle & Valenti Law, P.C.
1940 Route 70 East, Suite 4
Cherry Hill, NJ 08003
(856) 499-3335
cboyle@b-vlaw.com
*Attorneys for Ge Song*

In Re:

    BlockFi, Inc., *et al.*,

           Debtor.

Chapter: 11

Case No.: 22-19361-MBK
    Jointly Administered

Judge: Hon. Michael B Kaplan

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Boyle & Valenti Law, P.C. hereby enters its appearance as counsel for Ge Song pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned attorneys on its behalf, at the address set forth:

    Carrie J. Boyle, Esquire
    Boyle & Valenti Law, P.C.
    1940 Route 70 East, Suite 4
    Cherry Hill, NJ 08003
    Phone: 856-499-3335
    Fax: 856-499-3304

Dated: December 12, 2022           Boyle & Valenti Law, P.C.

                                                  By:*/s/Carrie J. Boyle*
                                                      Carrie J. Boyle