# EXHIBIT 4

Court of Appeal, Second Appellate District, Division One - No. B307156, B312647

S275530

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

SUPREME COURT
FILED

SEP 1 4 2022

Jorge Navarrete Clerk

_____
Deputy

GEORGE J. GERRO, Plaintiff and Appellant,

v.

BLOCKFI LENDING, LLC et al., Defendants and Respondents.

AND CONSOLIDATED CASE

    The application to appear as counsel pro hac vice is granted. (Cal. Rules of Court, rule 9.40(a).)
    The petition for review is granted. The issue to be briefed and argued is limited to the following: Did the Court of Appeal correctly hold that this action must remain in California despite the contractual forum selection clause?
    The request for an order directing publication of the opinion is denied.

                                  Cantil-Sakauye
                                  *Chief Justice*

                                  Corrigan
                                  *Associate Justice*

                                  *Associate Justice*

                                  Kruger
                                  *Associate Justice*

                                                            _____Groban_____
*Associate Justice*

                                                            _____Jenkins_____
*Associate Justice*

                                                            _____Guerrero_____
*Associate Justice*