# EXHIBIT 6

Court of Appeal, Second Appellate District, Division One - No. B307156, B312647

S275530

# IN THE SUPREME COURT OF CALIFORNIA

SUPREME COURT
FILED

NOV 3 0 2022

Jorge Navarrete Clerk

Deputy

GEORGE J. GERRO, Plaintiff and Appellant,

v.

BLOCKFI LENDING, LLC et al., Defendants and Respondents.

AND CONSOLIDATED CASE

The court is in receipt of a notice from respondent that a bankruptcy petition has been filed. Such notice operates as an automatic stay in this proceeding and the applicable time periods of rule 8.512(b) of the California Rules of Court are hereby suspended.

Counsel for the respondent is directed to file quarterly reports with the Clerk of this court regarding the status of this bankruptcy action. At such time as this court receives proper notice terminating or granting relief from the bankruptcy stay of proceedings, the court will enter an order terminating the suspension of the applicable time periods of rule 8.512(b) and said time periods shall begin running anew from the date of that order.

CANTIL-SAKAUYE
*Chief Justice*