# EXHIBIT 7

**S275530**

# IN THE SUPREME COURT OF CALIFORNIA

**GEORGE J. GERRO,** Plaintiff and Appellant,

v.

**BLOCKFI LENDING, LLC, et al.,** Defendants and Respondents.

AND CONSOLIDATED APPEAL

REVIEW OF A CONSOLIDATED DECISION BY THE COURT OF APPEAL, SECOND APPELLATE DISCRICT, DIVISION ONE, CASE NOS. B307156 & B312647, 20BBCV00308 & 20STCV31493, HON. WILLIAM STEWART, JUDGE

**WITHDRAWAL OF MOTION OF PLAINTIFF AND APPELLANT GEORGE J. GERRO TO DISMISS REVIEW**

**GERRO & GERRO**
George J. Gerro* (SBN 325168)
John M. Gerro (SBN 85900)
530 S. Glenoaks Blvd., Suite 200
Burbank, CA 91502
Tel: (818) 840-0000
George@GerroLaw.com

*Attorneys for Plaintiff-Appellant George J. Gerro*

Document received by the CA Supreme Court.

1

# WITHDRAWAL OF MOTION OF PLAINTIFF AND APPELLANT GEORGE J. GERRO TO DISMISS REVIEW

In comity and respect for the United States Bankruptcy Court in New Jersey, Plaintiff and Appellant George J. Gerro ("Gerro") hereby **withdraws** his November 29, 2022 Motion (Motion), which moved this Court to: 1) proceed with review as to non-debtor, Defendant and Respondent Scratch Services LLC ("Scratch"); or, (2) in the alternative, dismiss review in its entirety.

Although the Motion sets forth meritorious arguments, those arguments will be presented, in the first instance, to the appropriate federal tribunal.

                                        Respectfully Submitted.
                                        GERRO & GERRO

Date: December 4, 2022        By: /s/ George Gerro
                                        _____
                                        George J. Gerro
                                        Attorney, Plaintiff and Appellant

Document received by the CA Supreme Court.

# **PROOF OF SERVICE**

*GERRO V. BLOCKFI LENDING LLC, ET AL.*
California Supreme Court Case No.: S275530
Court of Appeal, Second Appellate District, Division One,
Case Nos. B307156/B312647
County of Los Angeles, Case Nos. 20BBCV00308/20STCV31493

I, Ethan Poytress, declare that I am not a party to the action, am over 18 years of age, and my business address is 530 S. Glenoaks Blvd., Suite 200, Burbank, CA 91502, Ethan@GerroLaw.com.

On December 4, 2022, I served a copy of the attached document:

**WITHDRAWAL OF MOTION OF PLAINTIFF AND APPELLANT GEORGE J. GERRO TO DISMISS REVIEW**

upon the recipients in the Attached Service List, in the designated manner, before electronically filing with the Office of the Clerk of the Supreme Court of California, 350 McAllister Street, Room 1295 San Francisco, California 94102-4797.

I declare under penalty of perjury of the laws of California that the foregoing is true and correct. Executed on December 4, 2022 in Burbank, California.

Signed: /s/    Ethan Poytress

Document received by the CA Supreme Court.

3

**Service List**

| | |
|---|---|
| HAYNES AND BOONE, LLP<br>David B. Clark (#275204)<br>Marco A. Pulido (#308074)<br>600 Anton Boulevard, Suite 700<br>Costa Mesa, CA 92626<br>Tel: (949) 202-3000<br>Fax: (949) 202-3001<br>david.clark@haynesboone.com<br>marco.pulido@haynesboone.com | *Attorneys for Defendants and Respondents BlockFi Lending LLC and BlockFi Inc.*<br><br>*Via TrueFiling* |
| BENJAMIN L. MESCHES (*pro hac vice*)<br> 2323 Victory Avenue, Suite 700<br>Dallas, TX 75219<br>Tel: (214) 651-5234<br>Fax: (214) 200-0913<br>benjamin.mesches@haynesboone.com | *Attorneys for Defendants and Respondents BlockFi Lending LLC and BlockFi Inc.*<br><br>*Via TrueFiling* |
| SEVERSON & WERSON<br>A Professional Corporation<br>Jan T. Chilton (#47582)<br>595 Market Street, Suite 2600<br>San Francisco, CA 94111<br>Tel: (415) 667-5603<br>Fax: (415) 956-0439<br>jtc@severson.com | *Attorneys for Defendant and Respondent Scratch Services, LLC*<br><br>*Via TrueFiling* |
| Scott J. Hyman (#148709)<br>19100 Von Karman Avenue, #700<br>Irvine, CA 92612<br>Tel: (949) 442-7110<br>Fax: (949) 442-7118<br>sjh@severson.com | *Attorneys for Defendant and Respondent Scratch Services, LLC*<br><br>*Via TrueFiling* |
| Seth Edward Mermin, Esq.<br>UC BERKELEY SCHOOL OF LAW<br>308 Law Building<br>Berkeley, California 94720-7200<br>TMermin@law.berkeley.edu | *Attorney for Publication Requestor, Center for Consumer Law and Economic Justice*<br><br>*Via TrueFiling* |

Document received by the CA Supreme Court.