UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.NJ. LBR 9004-1(b)**

Eleanor M. Roman (New Jersey Bar No. 325732021)
Donald H. Cram
SEVERSON & WERSON
A Professional Corporation
595 Market Street, Suite 2600
San Francisco, CA 94105
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
E-mail: emr@severson.com
E-mail: dhc@severson.com

*Attorneys for SCRATCH SERVICES LLC*

| In Re: | Chapter 11 |
|---|---|
| BLOCKFI INC., *et al*.,[1] | Case No. 22-19361-MBK |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE

      Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of SCRATCH SERVICES LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:
    Eleanor M. Roman (New Jersey Bar No. 325732021)
    Donald H. Cram
    SEVERSON & WERSON
    A Professional Corporation
    595 Market Street, Suite 2600

---

[1] The Debtors in these Chapter 11 cases are: BlockFi Inc.; BlockFi Trading LLC; BlockFi Lending LLC; BlockFi Wallet LLC; BlockFi Ventures LLC; BlockFi International Ltd.; BlockFi Investment Products LLC; BlockFi Services, Inc.; and BlockFi Lending II LLC.

San Francisco, CA 94105
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
E-mail: emr@severson.com
E-mail: dhc@severson.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints, disclosure statements, plans, or demands, whether formal or informal, written or oral or transmitted or conveyed by mail delivery, telephone, telegraph, or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit are not intended as, nor shall be deemed, a consent to or waiver of Scratch's: (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claim, actions, defenses, setoffs, or recoupments to which Scratch is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Date: <u>December 19, 2022</u>                              SEVERSON & WERSON, a P.C.

                                                             Signature: <u>/s/ Eleanor M. Roman, Esq.</u>

*new.8/1/15*

13066.0001/16334413.1                          2