UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

George S. Wynns
124 Brewsteer Street
San Francisco, CA 94110
(415) 279-7397
georgewynns@gmail.com

In Re:

BlockFi, Inc.

**FILED**
JEANNE A. NAUGHTON, CLERK

**DEC 19 2022**

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

Case No.: __22-19361-MBK__

Chapter: __11__

Judge: __Kaplan__

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ___George S. Wynns___. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  George S. Wynns, Creditor pro se
          124 Brewsteer Street
          San Francisco, CA 94110
          (415) 279-7397
          georgewynns@gmail.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 12/13/2022

/S/ *George Wynns*
Signature

*new.8/1/15*

George S. Wynns
Creditor Pro se
124 Brewster Street
San Francisco, CA 94110-5334

Clerk of the Court
United States Bankruptcy Court
District of New Jersey
402 E. State St.
Trenton, N.J. 08608

December 14, , 2022

Re:   Blockfi, Inc., Case No. 22-19361

Dear Court Clerk:

I am a creditor in this case and will appreciate it if you will file the enclosed Notice of Appearance and mail me back a copy in the enclosed return envelope. Thank you.

Sincerely,

George S Wynns
Creditor Pro Se

Mr. George S Wynns
124 Brewster St
San-Francisco, CA 94110-5304

SAN FRANCISCO CA 940
14 DEC 2022 PM 2 L



CLERK OF THE COURT
UNITED STATES BANKRUPTCY COURT
*** DISTRICT OF NEW JERSEY
402 E. STATE STREET
TRENTON, NJ 08608

08608-150705