UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Martha R. Hildebrandt, Esq.
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Jeffrey.m.sponder@usdoj.gov
         lauren.bielskie@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| **BLOCKFI INC.**, *et al.*, | : | Case No. 22-19361 (MBK) |
| Debtors.[1] | : | Jointly Administered |

## NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints, effective December 21, 2022, the below listed creditors to the Official Committee of Unsecured Creditors in the above-captioned cases:

1. **Nicholas Owen Gunden**, an individual creditor, c/o Carl Grumer, Esq., 2049 Century Park East, Suite 1700, Los Angeles, CA 90067. Telephone: (310)-312-4149. Email: cgrumer@manatt.com.

2. **Corey L. Grossman,** an individual creditor.

3. **John A. Javes,** an individual creditor.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlocFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

Page 2
**BLOCKFI INC.,** *et al.*
**Appointment of Official Committee of Unsecured Creditors**

4. **Robert Moleda,** an individual creditor.

5. **Curt Tudor,** an individual creditor.

6. **Elisabeth Carabas**, an individual creditor, c/o Eric Daucher, Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, NY 10019. Telephone: (212) 408-5405. Email: eric.daucher@nortonrosefulbbright.com.

7. **Michael Ilg,** an individual creditor.

8. **Greg Dingle**, an individual creditor.

9. **Brendon Ishikawa,** an individual creditor.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9

*/s/ Martha R. Hildebrandt*
Martha R. Hildebrandt
Assistant United States Trustee

Jeffrey M. Sponder
Trial Attorney

Lauren Bielskie
Trial Attorney

Date: December 21, 2022