UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Martha R. Hildebrandt, Esq.
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: jeffrey.m.sponder@usdoj.gov
       lauren.bielskie@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| **BLOCKFI INC.,** *et al.*, | Case No. 22-19361 (MBK) |
| | Jointly Administered |
| Debtors.[1] | |

# AMENDED[2] NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints, effective December 21, 2022, the below listed creditors to the Official Committee of Unsecured Creditors in the above-captioned cases:

1. **Nicholas Owen Gunden**, an individual creditor, c/o Carl Grumer, Esq., Manatt, Phelps & Phillips, LLP, 2049 Century Park East, Suite 1700, Los Angeles, CA 90067. Telephone: (310)-312-4149. Email: cgrumer@manatt.com.

2. **Corey L. Grossman,** an individual creditor.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlocFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

[2] The amendments in this Notice reflect correction of the e-mail address of Eric Daucher, Esq., and inclusion of the firm name for Carl Grumer, Esq.

Case 22-19361-MBK    Doc 131    Filed 12/22/22    Entered 12/22/22 14:15:38    Desc Main
Document    Page 2 of 2

Page 2
**BLOCKFI INC.,** *et al.*
**Appointment of Official Committee of Unsecured Creditors**

3. **John A. Javes,** an individual creditor.

4. **Robert Moleda,** an individual creditor.

5. **Curt Tudor,** an individual creditor.

6. **Elisabeth Carabas**, an individual creditor, c/o Eric Daucher, Esq., Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, NY 10019. Telephone: (212) 408-5405. Email: eric.daucher@nortonrosefulbright.com.

7. **Michael Ilg,** an individual creditor.

8. **Greg Dingle**, an individual creditor.

9. **Brendon Ishikawa,** an individual creditor.

        ANDREW R. VARA
        UNITED STATES TRUSTEE
        REGIONS 3 & 9

        */s/ Martha R. Hildebrandt*
        Martha R. Hildebrandt
        Assistant United States Trustee

        Jeffrey M. Sponder
        Trial Attorney

        Lauren Bielskie
        Trial Attorney

Date: December 22, 2022