## EXHIBIT A

**Kanowitz Declaration**

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Proposed Attorneys for Debtors and*
*Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Proposed Attorneys for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

## DECLARATION OF RICHARD KANOWITZ IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 327(a), 330 AND 1107(b) AUTHORIZING THE EMPLOYMENT AND RETENTION OF HAYNES AND BOONE, LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF THE PETITION DATE PURSUANT TO LOCAL BANKRUPTCY RULE 2014-1(B)(1)

I, Richard Kanowitz, being duly sworn, state the following under penalty of perjury:

1.      I am a partner in the law firm of Haynes and Boone LLP ("Haynes and Boone"),

30 Rockefeller Plaza, 26th Floor, New Y, Nork, New York 10112. I am a member in good standing

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A)); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

of the Bar of the State of New Jersey, and I am admitted to practice before the U.S. Court of

Appeals for the Fourth Circuit, U.S. Court of Appeals for the Second Circuit, U.S. Court of

Appeals for the Third Circuit, U.S. District Court for the District of New Jersey, U.S. District

Court for the Eastern District of New York, and the U.S. District Court for the Northern District

of New York. There are no disciplinary proceedings pending against me.

2.      I submit this declaration in support of the *Application of the Debtors for Entry of

an Order Authorizing the Employment and Retention of Haynes and Boone LLP as Attorneys for

the Debtors and Debtors in Possession Effective as of the Petition Date Pursuant to Local

Bankruptcy Rule 2014-1(B)(1)* (the "<u>Application</u>") of the above-captioned debtors and debtors in

possession (collectively, the "<u>Debtors</u>") for an order pursuant to sections 327(a), 330, and 1107(b)

of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rules 2014(a) and 2016 of the

Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rules 2014-1 and 2016-1

of the Local Bankruptcy Rules for the District of New Jersey (the "<u>Local Bankruptcy Rules</u>").

Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3.      Haynes and Boone is a Texas limited liability partnership comprised of duly

licensed attorneys qualified to practice before this Court. Haynes and Boone is a full-service law

firm with experience and expertise in all facets of legal practice, including bankruptcy, insolvency,

corporate reorganization, and debtor-creditor law. Haynes and Boone is well qualified to act as

counsel for the Debtors in these Chapter 11 Cases.

4.      In July 2018 shortly after founding BlockFi, the Debtors retained Haynes and

Boone to advise them in connection with non-bankruptcy matters in the ordinary course of

business. The subject matters on which Haynes and Boone advise the Debtors have expanded

greatly over the years and include industry-first product development[2], U.S. and international regulatory analysis, intellectual property filings and protection, litigation issues, and financing transactions.

5.      In November 2022, the Debtors retained Haynes and Boone to advise them regarding restructuring matters. Haynes and Boone has expended significant resources over the past several weeks working with the Debtors to prepare for their bankruptcy filing. In the process, Haynes and Boone has become familiar with the Debtors' business operations and financial affairs and many of the legal issues that will likely arise in the context of the Chapter 11 Cases. If the Debtors are forced to retain counsel other than Haynes and Boone and their current proposed co-counsel and local counsel, the Debtors' estates would incur additional expenses and delays associated with familiarizing new counsel with the intricacies of the Debtors' financial affairs and business operations.

## **Connections**

6.      To the best of my knowledge and belief, Haynes and Boone has not represented the Debtors' creditors, equity security holders, or any other parties-in-interest, or the U.S. Trustee in any matters relating to the Debtors or their estates. Therefore, to the best of my knowledge and belief, Haynes and Boone is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that Haynes and Boone, and except as disclosed herein, its partners, counsel and associates:

    a.    Are not creditors, equity security holders, or insiders of the Debtors;

    b.    Are not and were not, within two (2) years before the date of the filing of the Debtors' Chapter 11 petition, a director, officer, or employee of the Debtors; and

    c.    Do not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect

---

[2] https://www.haynesboone.com/news/press-releases/article-detail-page

relationship to, connection with, or interest in, the Debtors, or for any other reason.

7.      As reflected in the schedules referenced below and attached hereto, Haynes and Boone and certain of its partners, counsel, and associates may have in the past, may presently, and/or may in the future represent creditors and other parties-in-interest of the Debtors in matters unrelated to the Chapter 11 Cases.

## Search and Disclosure Procedures

8.      Haynes and Boone maintains a conflicts database management system (the "System"), which is designed to reveal the potential for conflicts of interest and other connections to existing and former clients.  In addition, Haynes and Boone employs a conflicts analysis staff under the supervision of our Director of Conflicts, attorney Richard Clark. We have utilized the System to search for potential conflicts of interest and other connections to existing and former clients and other potential parties-in-interest in the Chapter 11 Cases whom Haynes and Boone has represented going back twenty-four (24) months. In conducting such search, Haynes and Boone received information from the Debtors listing its secured creditors and parties in interest of the Debtors whether or not such party actually held a claim against the Debtors. The results of such search were reviewed by Richard Clark and his team, and by myself and other attorneys at my direction. I, or the Haynes and Boone attorneys at my direction, have contacted various Haynes and Boone attorneys shown on the System report as having previously submitted relevant connections information to the System. From such attorneys and these databases, we have obtained information and guidance with regard to the particular connections reflected.

9.      The list of potential parties-in-interest that we received from the Debtors and processed through the System for our representation in the Chapter 11 Cases is set forth on the

attached **Schedule 1**[3]. We searched for connections regarding, among other parties, the following: (a) the Debtors and non-Debtor affiliates; (b) the Debtors' current and certain former officers and directors; (c) equity holders; (d) bankruptcy professionals; (e) the Debtors' banks; (f) custodians; (g) exchanges and marketplaces; (h) taxing authorities and other government agencies; (i) the BIA indenture trustee; (j) insurers; (k) the joint provisional liquidators for BlockFi Internationals; (l) JV partners; (m) litigation counterparties; (n) loan counterparties; (o) non-debtor professionals; (p) notice of appearance parties; (q) ordinary course professionals; (r) potential M&A transaction counterparties; (s) the Debtors' individual and institutional clients; (t) significant vendors; (u) the top 50 unsecured creditors; (v) the U.S. Trustee personnel, judge, and relevant court staff; and (w) utility providers.

10.     The System holds no information that would suggest that Haynes and Boone is now, or has ever been, adverse to the Debtors, or that the Firm has ever represented any parties-in-interest in matters related to the Chapter 11 Cases or to the Debtors.

11.     Other than as set forth below, and to the best of my knowledge, information and belief: (i) Haynes and Boone has no other connection with the Debtors' creditors, potential parties-in-interest or affiliates; (ii) Haynes and Boone does not represent or hold any interest adverse to the Debtors, their estates, creditors, equity security holders, or affiliates in the matters upon which Haynes and Boone is to be engaged; and (iii) Haynes and Boone is a "disinterested person" within the meaning of Bankruptcy Code § 101(14), as modified by Bankruptcy Code § 1107(b), and as required by Bankruptcy Code § 327(a).

---

[3] Certain names have been redacted from <u>Schedule 1</u> and <u>Schedule 2</u> pursuant to this Court's Interim *Order (I) Authorizing the Debtors to File a Consolidated List of Top 50 Unsecured Creditors and Consolidated List of Creditors, (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information of Individual Creditors, Clients, Equity Holders, and Current and Former Employees, (III) Authorizing Client Name Redaction, (IV) Waiving the Requirement to File an Equity List and Provide Notices Directly to Equity Security Holders and (V) Granting Related Relief* [Docket No. 53].

**Current or Prior Representations of Potential Parties-in-Interest**

12.     As expected, while the results of these searches revealed no conflict of interest with regard to Haynes and Boone's proposed representation of the Debtors, a number of connections to potential parties-in-interest, in matters wholly unrelated to the Chapter 11 Cases, were revealed.[4] Those connections are disclosed in **Schedule 2**.

13.     As more fully disclosed in Schedule 2, each of the connections set forth on Schedule 2 does not constitute a disqualifying conflict of interest.[5] In circumstances in which the Debtors are adverse to another current Haynes and Boone client in the Chapter 11 Cases, Haynes and Boone will assist the Debtors in engaging conflicts counsel to handle the investigation and prosecution of those claims. At this time, no such adversity is anticipated. Therefore, Haynes and Boone does not believe that its concurrent representation of the above potential parties-in-interest on unrelated matters creates a disqualifying conflict of interest in the Chapter 11 Cases.

14.     Insofar as other connections with parties-in-interest are concerned, it is possible that one or more attorneys or staff members of Haynes and Boone may have personal or social connections with certain parties-in-interest. However, Haynes and Boone submits that individual affiliations with parties-in-interest will not in any way affect the services that Haynes and Boone proposes to provide to the Debtors.

15.     Haynes and Boone submits that the connections described above do not create a conflict in its representation of the Debtors.

---

[4]   Haynes and Boone will periodically update its conflicts review respecting Parties-in-Interest and will file supplements to this Declaration as necessary and appropriate.

[5] Section "327(a) is written in the present tense: it bars the retention of professionals who 'hold or represent' adverse interests. It only allows disqualifications for adverse interests that exist at the time of retention." *In re Boy Scouts of Am.*, 35 F.4th 149, 158, n. 5 (3d Cir. 2022).

16.     The disclosures identified above are based upon all information reasonably available to Haynes and Boone at the time of submission of the Application to the Bankruptcy Court for approval. Haynes and Boone will, to the extent necessary, supplement this Declaration as may be required by the Bankruptcy Code and Rules if and when any other relationships exist or are modified such that further disclosure is required. Haynes and Boone will implement appropriate internal procedures to protect the interests of the Debtors in connection with the representations and relationships set forth above.

## **Compensation**

17.     Haynes and Boone was paid $1,904,529.03 through the day prior to the Petition Date as compensation for services rendered and costs incurred for work performed in preparation for and in connection with the Chapter 11 Cases prior to the Petition Date. Prior to the Petition Date, Haynes and Boone received $750,000 as a retainer from the Debtors for work performed in connection with the Chapter 11 Cases (the "Retainer"). Haynes and Boone will hold the Retainer pending further order of the Court. Additionally, Haynes and Boone was paid $4,159,521.07 in 2022 through the day prior to the Petition Date as compensation for services rendered and costs incurred for work performed for the Debtors that was unrelated to these Chapter 11 Cases. Haynes and Boone did not receive any kind of retainer from the Debtors for the work performed that was unrelated to these Chapter 11 Cases. As of the Petition Date, Haynes and Boone was not owed any amounts for services performed for the Debtors or expenses incurred in connection therewith prior to the Petition Date.

18.     Haynes and Boone will follow the procedures of this Court and the Bankruptcy Code and apply, pursuant to Bankruptcy Code § 330, for compensation for professional services rendered on behalf of the Debtors in connection with the Chapter 11 Cases, subject to approval of

this Court, in compliance with any orders of the Court pertaining to the compensation of professionals, and in compliance with applicable provisions of the Bankruptcy Code, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges.

19. The primary attorneys and paralegals within Haynes and Boone who will represent the Debtors and their hourly rates for representing the Debtors are set forth below:

| Professional | Title | Hourly Rate |
|---|---|---|
| Richard Kanowitz | Partner | $1,400 |
| Kenric D. Kattner | Partner | $1,525 |
| J. Frasher Murphy | Partner | $1,100 |
| Eli Columbus | Partner | $1,050 |
| Kourtney Lyda | Counsel | $1,050 |
| Jordan E. Chavez | Associate | $775 |
| Entry Level Associates | Associate | $630 |
| Paralegals | Paralegal | $525 |

20. The hourly rates for the attorneys set forth above constitute the firm's standard rates and are set at a level designed to fairly compensate Haynes and Boone for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.

21. Consistent with historical firm practice, the hourly rates set forth above are subject to periodic adjustments each year, typically in October, to reflect economic and other conditions. From time to time, other attorneys and paralegals from Haynes and Boone may serve the Debtors in connection with the matters for which Haynes and Boone will be retained and the services of those attorneys and paralegals will be billed at Haynes and Boone's standard rates.

22. It is Haynes and Boone's policy, in all areas of practice, to charge its clients for certain expenses incurred in connection with the client's case. For purposes of the Chapter 11 Cases, expenses charged will include, among other things, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, expenses for "working meals," computerized research, and other reasonable expenses that may be necessary

subject to the Court's allowance of such expenses. Haynes and Boone will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to Haynes and Boone's other clients and consistent with applicable U.S. Trustee guidelines.

23.    No promises have been received by Haynes and Boone, nor any partner, counsel, or associate thereof, as to compensation in connection with the Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code. Haynes and Boone has no agreement with any other entity to share with such entity any compensation received by Haynes and Boone in connection with the Chapter 11 Cases.

**Statement Regarding U.S. Trustee Guideline**

24.    Haynes and Boone will also make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee Guidelines, both in connection with the Application and the interim and final fee applications to be filed by Haynes and Boone.

25.    In that regard, the following is provided in response to the request for additional information set forth in Paragraph D.1 of the U.S. Trustee Guidelines:

| | |
|---|---|
| Question: | Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? |
| Response: | None other than already disclosed in the Application.[6] |
| Question: | Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? |
| Answer: | No. |
| Question: | If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition |

---

[6] As noted in the Application, the Debtors' engagement letters with Haynes and Boone for both bankruptcy and non-bankruptcy related work provide the following discount language: "[o]n a calendar year basis, the BlockFi Group shall be provided a 10% discount on the Firm's hourly rates; provided, such discount shall increase to (i) 12.5% after the Firm has been paid $2.5 million in such calendar year and (ii) 15% after the first has been paid $3.5 million in such calendar year."

engagement, including any adjustment during the 12 months prepetition. If your billing rates and material financial terms have changed Postpetition, explain the difference and the reasons for the difference.

Answer:   As noted in paragraphs 4-5 of this Declaration, Haynes and Boone has represented BlockFi since 2018 in various non-bankruptcy matters. In the 12 months prepetition, the below chart reflects the primary attorneys that represented BlockFi and their hourly rates in 2021, which were subject to the applicable discounts pursuant to Haynes and Boone's engagement letter with BlockFi as disclosed in the Application and this Declaration. Haynes and Boone historically increases hourly billing rates for professionals and paraprofessionals each year in October. As such, the current rates are those reflected in paragraph 19 of this Declaration and in the chart below.

| Professional | Title | Hourly Rate in 2021 | Hourly Rate in 2022 |
|---|---|---|---|
| Richard Kanowitz | Partner | $1,250 | $1,400 |
| Matthew Frankle | Partner | $1,050 | $1,150 |
| Alexander Grishman | Partner | $975 | $1,075 |
| Marco Pulido | Associate | $695 | $795 |
| Jordan E. Chavez | Associate | $650 | $775 |
| Entry Level Associates | Associate | $550 | $630 |
| Paralegals | Paralegal | $450 | $525 |

Question:   Has your client approved your prospective budget and staffing plan, and if so for what budget period:

Answer:   Haynes and Boone is currently formulating a budget and staffing plan, which it will review with the Debtors. The professional fee budget is included in the Debtors' 13-week cash model.

**Benefit to the Estate**

26.     The employment of Haynes and Boone will be beneficial to the Debtors because of the Firm's knowledge and familiarity with the Debtors, the Debtors' business, and the Debtors' legal obligations to their creditors.[7]

27.     The Firm has not, and will not, represent the individual interests of the Debtors' Board of Directors or any equity owners of the Debtors, nor the individual interests of any of the Debtors' management in connection with matters involving the Debtors or the Chapter 11 Cases.

**Conclusion**

28.     In view of the foregoing, I believe that Haynes and Boone (i) does not hold or represent an interest adverse to the estate, and (ii) is a "disinterested person" as that term is defined in Bankruptcy Code § 101(14). The Firm recognizes its continuing responsibility to be aware of, and to further disclose, any relationship or connection between it and other parties-in-interest to the Debtors' bankruptcy estates and the Chapter 11 Cases as they appear or become recognized during the Chapter 11 Cases. Accordingly, the Firm reserves the right to supplement this disclosure if necessary as more information becomes available to the Firm. The foregoing constitutes my statement and that of Haynes and Boone pursuant to Bankruptcy Code § 327 and Bankruptcy Rules 2014(a) and 2016.

---

[7] While subject to court approval, a debtor in possession has broad discretion to select their choice of counsel. "[O]nly in the rarest of cases should a debtor in possession under chapter 11 be deprived of the privilege of selection of counsel" provided that such counsel is disinterested within the meaning of section 327(a). *In re Career Concepts, Inc.*, 76 B.R. 839, 834 (Bankr. D. Utah 1983); *see also Matter of Codesco, Inc.*, 18 B.R. 997, 999 (Bankr. S.D.N.Y. 1982) (explaining that the trustee/debtor in possession has "wide latititude in determining who shall be employed to perform legal services for the estate.").

I declare under penalty of perjury under the laws of the United States, that the foregoing statements are true and correct.

Dated: December 22, 2022          Respectfully submitted,

                              */s/ Richard Kanowitz*
                              Richard Kanowitz
                              Partner, Haynes and Boone LLP

# SCHEDULE 1

### List of Schedules

| Schedule | Category |
|----------|----------|
| 1(a) | Debtors & Affiliates |
| 1(b) | Current and Former Directors & Officers |
| 1(c) | Equity Holders |
| 1(d) | Bankruptcy Professionals |
| 1(e) | Banks |
| 1(f) | Custodians |
| 1(g) | Exchanges / Marketplaces |
| 1(h) | Government, Taxing Authorities, and Regulatory Agencies |
| 1(i) | Indenture Trustee |
| 1(j) | Insurance |
| 1(k) | Joint Provisional Liquidators |
| 1(l) | JV Partners |
| 1(m) | Litigation Counterparties |
| 1(n) | Loan Counterparties |
| 1(o) | Non-Debtor Professionals |
| 1(p) | Notice of Appearance Parties |
| 1(q) | Ordinary Course Professionals |
| 1(r) | Potential M&A Transaction Counterparties |
| 1(s) | Significant Clients[1] |
| 1(t) | Significant Vendors |
| 1(u) | Top 50 Unsecured Creditors |
| 1(v) | US Trustee Personnel, Judges, and Court Contacts for the District of New Jersey |
| 1(w) | Utilities |

---

[1] The Debtors have more than approximately 700,000 retail and institutional clients.  Due to the large number of the Debtors' Clients, Haynes and Boone ran all of the Debtors' clients, but the scheduled 1 list is both redacted and limited to only those Debtors' Clients who hold digital assets in an amount of at least $250,000 on an aggregate basis in their rehypothecated accounts as of the Petition Date.

# SCHEDULE 1(a)

## **Debtors & Affiliates**

BlockFi Asia Pte. Ltd. (Singapore)
BlockFi Cayman LLC
BlockFi Holding UK Ltd. (England & Wales)
BlockFi Inc.
BlockFi International Ltd
BlockFi Investment Products
BlockFi Lending II LLC
BlockFi Lending LLC
BlockFi Management LLC
BlockFi Services Inc.
BlockFi Trading LLC
BlockFi Ventures LLC
BlockFi Wallet
BlockFi Wallet LLC
BV Power Alpha LLC

# SCHEDULE 1(b)

## Current and Former Directors & Officers

Carr, Alan J.
Corrie, Pamela B.
Frizzley, Jill
Hill, Jennifer
Lauro, Tony
Marquez, Florencia
Prince, Zachary
Tepner, Harvey L.
Vogel, Scott D.
[Confidential]

# SCHEDULE 1(c)

## Equity Holders

2021 Fintech Industry Fund LLC
3 Arrows Capital
A210Z Capital LLC
aCrew Diversify Capital Executive Fund (A) LP
aCrew Diversify Capital Executive Fund LP
aCrew Diversify Capital Fund (A) LP
aCrew Diversify Capital Fund (G) LP
aCrew Diversify Capital Fund LP
Akuna Capital
Akuna Ventures LLC
Altive Master Fund SPC - Altive Pisces Fund SP
Arrington XRP Capital
Arrington XRP Capital Cayman SPV Ltd.
Atreides Foundation Master Fund LP
AVG - PAV BlockFi 2020 Trust
AVGF-PAV1-BlockFi 2018 LLC
Avon Venture Fund I LP
Avon Ventures
Bain Capital Venture Coinvestment Fund II LP
Bain Capital Venture Fund 2021 LP
Bain Capital Ventures
Base10 Advancement Initiative I LP
BC/BL Holdco LLC
BCIP Venture Associates II LP
BCIP Venture Associates II-B LP
BCIP Ventures Associates II LP
BCIP Ventures Associates II-B LP
BCV 2019-MD Coinvestment II LP
BCV 21 Innovators Fund LP
BF, a series of Factorial Funds I LLC
BL Fund I
BL Fund I, a series of AHP Investments LP
BL Fund II, a Series of AHP Investments LP
BLF 107, a series of SAX Capital Series Fund V LP
Blythe Ventures Pty. Ltd.
Bracket Capital
Cadenza Ventures Opportunities Fund LP (Series B)

Castle Island
Castle Island Ventures I LP
Castle Island Ventures I-A LP
CIV Opportunity Series Co-Invest I LP
CIV Opportunity Series Co-Invest I LP - (Series 2)
CMS
CMS Holdings LLC
CMT Digital
CMT Digital Investments I LLC – Series 3
CMT Digital Ventures Fund I LLC
Coinbase Global Inc.
Coinbase Ventures
ConsenSys
ConsenSys Fund I LP
Delly VC LLC
Disruptive Innovation Fund LP
Dolly VC LLC
EquityZen Growth Technology Fund LLC - Series 1054
EquityZen Growth Technology Fund LLC - Series 1070
EquityZen Growth Technology Fund LLC - Series 1189
EquityZen Growth Technology Fund LLC - Series 1274
Formic Ventures LLC
Fort Schuyler Ventures LLC
FTX
Gaingels
Gaingels BlockFi 2021 LLC
Gaingels BlockFi LLC
Gaingels Gill BlockFi LLC
Galaxy Digital
Gemini Investments LP
Goanna Capital 21Q LLC
Harvard Management Private Equity Corp.
HashKey
HashKey Fintech Investment Fund LP
HDR Cadenza Management Ltd.
HRT
HRT Research LLC

HS Investments IV Ltd.
Hyperion Capital LLC
Hyperion Capital Ltd.
IL2BF, a series of Investlink Holdings
JCDP-6 AI LLC
JCDP-6 QP LLC
Jump Capital
Kenetic
Kenetic Advisors Ltd.
Kenetic Holdings Ltd.
Kristal Advisors (SG) Pte. Ltd.
LBP Fi III LLP
LeadBlock Partners (GP) Sarl
LIEC Invest AG
Linqto Liquidshares LLC
Morgan Creek Blockchain Opportunities
    Fund II LP
Morgan Creek Blockchain Opportunities
    Fund LP
Morgan Creek Capital Management
Morgan Creek Consumer Opportunities
    Fund LP
Morgan Creek Digital Fund III LP
Morgan Creek Private Opportunites Fund
    LLC Series H - BlockFi
Morgan Creek Private Opportunities LLC
    Series K - BlockFI
MyAsiaVC BLF 157, a series of SAX
    Capital Series Fund III LP
NO Investments LLC
Ocean Capital GmbH
Ocean Fidelity GmbH
Olola Investments Pty Ltd.
OÜ Notorious
Paradigm
Paradigm Fund LP
ParaFi Capital
ParaFi Private Opportunities LLC – Series F
Park West Investors Master Fund Ltd.
Park West Partners International Ltd.
PJC
PJC Blockfi SPV LLC
Point Judith Venture Fund IV LP
Polka Dot Ventures Pty Ltd.
Pomp Bracket Digital Assets I LLC
Pomp Bracket Digital Assets II LLC

Pomp Bracket Digital Assets III LLC
Purple Arch Ventures
RCapital BlockFi I, a Series of Republic
    Capital Master Fund LP
Recruit Strategic Partners Inc.
RSP Fund VI LLC
Sand Dune Investments LLC
SCB 10X Co. Ltd.
SGP Governance
SLV BlockFi Holding LLC
Social Finance Inc.
SoFi
Susquehanna Government Products LLLP
Sustainable Governance Partners LLC
Tayenthal Ventures UG
TB Asset Management GmbH
The Midnight, a Third Prime Series LLC
    (Series: BlockFi)
Third Prime
Tiger Global
Tiger Global Management LLC
Tiger Global PIP 14-7 LLC
Tiny Orange LLC
TONA Investments LP
Trustees of Columbia University
Trustees of Columbia University in the City
    of New York, The
TVC
TVC X, a series of The Venture Collective
    Holdings LLC
TVC XVII, a series of The Venture
    Collective Holdings LLC
Valar Co-Invest 10 LP
Valar Co-Invest 11 LP
Valar Co-Invest 12 LP
Valar Fund V LP
Valar Fund VII LP
Valar Principals Fund V LP
Valar Velocity Fund 2 LP
Valar Ventures LP
Vanderbilt University, The
Winklevoss Capital
Winklevoss Capital Fund LLC
Winklevoss Capital Management LLC
[Confidential]

# SCHEDULE 1(d)

## **Bankruptcy Professionals**

Berkeley Research Group
Cole Schotz PC
Haynes and Boone LLP
Kroll Inc.
Kroll Legal
Kroll Restructuring Administration LLC
Moelis & Co.

# SCHEDULE 1(e)

## **Banks**

BCB Bancorp Inc.
Capital Union Bank Ltd.
Centre Consortium
FOMO Pay
Signature Bank
Silicon Valley Bank
Silvergate Bank

# SCHEDULE 1(f)

## **Custodians**

Anchorage Digital Bank NA
BitGo
Blockdaemon
Coinbase
Deribit
Elwood Technologies Services Ltd.
Fidelity Digital Assets Services LLC
Fireblocks
Fireblocks Inc.
Fireblocks International
Fireblocks Lending
Fireblocks Wallet
Gemini
Gemini Lending LLC
Gemini Trust Co. LLC
Kraken
Paxos

# SCHEDULE 1(g)

## **Exchanges / Marketplaces**

Binance
BitFinex
BitMex
ByBit
Celsius Network Ltd.
Coinbase
CoinLoan
Compound Treasury
Crypto.com
Fernhill Corp.
Fidelity Prime
FTX
FTX International
FTX Trading Ltd.
Huobi
Kraken
KuCoin
LMAX
LooksRare
Nexo
Nifty Gateway
OKX
OpenSea
Quadriga
Robinhood
Tagomi Systems Inc.
Terra
Voyager Digital
Wintermute Ltd.

# SCHEDULE 1(h)

## Government, Taxing Authorities, and Regulatory Agencies

Alabama, State of, Attorney General
Alabama, State of, Department of Labor
Alabama, State of, Department of Revenue
Alaska, State of, Attorney General
Alaska, State of, Department of Labor &
    Workforce Development
Alaska, State of, Department of Revenue
Arizona, State of, Attorney General
Arizona, State of, Department of Revenue
Arizona, State of, Industrial Commission
Arkansas, State of, Attorney General
Arkansas, State of, Department of Finance
    & Administration
Arkansas, State of, Department of Labor
Bermuda Monetary Authority
California, State of, Attorney General
California, State of, Division of Labor
    Standards Enforcement & the Office of
    the Labor Commissioner
California, State of, State Board of
    Equalization
Colorado, State of, Attorney General
Colorado, State of, Department of Labor &
    Employment
Colorado, State of, Department of Revenue
Connecticut, State of, Attorney General
Connecticut, State of, Department of Labor
Connecticut, State of, Department of
    Revenue Services
Delaware, State of, Attorney General
Delaware, State of, Department of Labor
Delaware, State of, Division of Revenue
Financial Action Task Force
Florida, State of, Attorney General
Florida, State of, Department of Revenue
Florida, State of, Division of Workforce
    Services
Georgia, State of, Attorney General
Georgia, State of, Department of Labor
Georgia, State of, Department of Revenue
Hawaii, State of, Attorney General

Hawaii, State of, Department of Labor &
    Industrial Relations
Hawaii, State of, Department of Taxation
Idaho, State of, Attorney General
Idaho, State of, Department of Labor
Idaho, State of, State Tax Commission
Illinois, State of, Attorney General
Illinois, State of, Department of Labor
Illinois, State of, Department of Revenue
Indiana, State of, Attorney General
Indiana, State of, Department of Labor
Indiana, State of, Department of Revenue
Iowa, State of, Attorney General
Iowa, State of, Department of Revenue &
    Finance
Iowa, State of, Labor Services Division
Kansas, State of, Attorney General
Kansas, State of, Department of Labor
Kansas, State of, Department of Revenue
Kentucky, Commonwealth of, Attorney
    General
Kentucky, Commonwealth of, Labor
    Cabinet
Kentucky, Commonwealth of, Revenue
    Cabinet
Louisiana, State of, Attorney General
Louisiana, State of, Department of Revenue
Louisiana, State of, Workforce Commission
Maine, State of, Attorney General
Maine, State of, Department of Labor
Maine, State of, Revenue Services,
    Compliance Division
Maryland, State of, Attorney General
Maryland, State of, Department of Labor,
    Licensing & Regulation
Massachusetts, Commonwealth of, Attorney
    General
Massachusetts, Commonwealth of,
    Department of Revenue
Massachusetts, Commonwealth of,
    Executive Office of Labor & Workforce
    Development

Massachusetts, Commonwealth of, Fair Labor Division, Office of The Attorney General

Michigan, State of, Attorney General

Michigan, State of, Department of Licensing & Regulatory Affairs

Michigan, State of, Department of Treasury

Minnesota, State of, Attorney General

Minnesota, State of, Department of Labor & Industry

Minnesota, State of, Department of Revenue

Mississippi, State of, Attorney General

Mississippi, State of, Department of Employment Security

Mississippi, State of, Tax Commission

Missouri, State of, Attorney General

Missouri, State of, Department of Revenue

Missouri, State of, Labor & Industrial Relations Commission

Montana, State of, Attorney General

Montana, State of, Department of Labor & Industry

Montana, State of, Department of Revenue

National Association of Attorneys General

Nebraska, State of, Attorney General

Nebraska, State of, Department of Labor

Nebraska, State of, Department of Revenue

Nevada, State of, Attorney General

Nevada, State of, Department of Business & Industry

Nevada, State of, Department of Taxation

New Hampshire, State of, Attorney General

New Hampshire, State of, Department of Labor

New Hampshire, State of, Department of Revenue - Administration Unit

New Jersey, State of, Attorney General

New Jersey, State of, Department of Labor & Workforce Development

New Jersey, State of, Department of Treasury

New Mexico, State of, Attorney General

New Mexico, State of, Department of Taxation & Revenue

New Mexico, State of, Department of Work Force Solutions

New York, State of, Attorney General

New York, State of, Department of Financial Services

New York, State of, Department of Labor

New York, State of, Department of Taxation & Finance Bankruptcy Section

North Carolina, State of, Attorney General

North Carolina, State of, Department of Labor

North Carolina, State of, Department of Revenue

North Dakota, State of, Attorney General

North Dakota, State of, Department of Labor

North Dakota, State of, Tax Department

Ohio, State of, Attorney General

Ohio, State of, Department of Commerce

Ohio, State of, Department of Taxation

Oklahoma, State of, Attorney General

Oklahoma, State of, Department of Labor

Oklahoma, State of, Tax Commission

Oregon, State of, Attorney General

Oregon, State of, Bureau of Labor & Industries

Oregon, State of, Department of Revenue

Pennsylvania, Commonwealth of, Attorney General

Pennsylvania, Commonwealth of, Department of Labor & Industry

Pennsylvania, Commonwealth of, Department of Revenue, Office of Chief Counsel

Puerto Rico, Commonwealth of, Attn: Bankruptcy Department

Puerto Rico, Commonwealth of, Department of The Treasury

Rhode Island, State of, Attorney General

Rhode Island, State of, Department of Labor & Training

Rhode Island, State of, Department of Revenue

South Carolina, State of, Attorney General

South Carolina, State of, Department of Labor, Licensing & Regulations

South Carolina, State of, Department of Revenue

South Dakota, State of, Attorney General

South Dakota, State of, Department of Labor & Regulation

South Dakota, State of, Department of Revenue

Tennessee, State of, Attorney General

Tennessee, State of, Department of Labor & Workforce Development

Tennessee, State of, Department of Revenue

Texas, State of, Attorney General

Texas, State of, Department of Revenue

Texas, State of, Workforce Commission

United States, Government of the, Attorney General

United States, Government of the, Commodities Futures Trading Commission

United States, Government of the, Department of Justice

United States, Government of the, Department of Labor, Division of Labor Standards Enforcement

United States, Government of the, Department of the Treasury, Internal Revenue Service

United States, Government of the, Department of Treasury

United States, Government of the, Department of Treasury, Office of Comptroller of Currency

United States, Government of the, Employment Services

United States, Government of the, Environmental Protection Agency Region 1 (CT, MA, ME, NH, RI, VT)

United States, Government of the, Environmental Protection Agency Region 10 (AK, ID, OR, WA)

United States, Government of the, Environmental Protection Agency Region 2 (NJ, NY, PR, VI)

United States, Government of the, Environmental Protection Agency Region 3 (DC, DE, MD, PA, VA, WV)

United States, Government of the, Environmental Protection Agency

Region 4 (AL, FL, GA, KY, MS, NC, SC, TN)

United States, Government of the, Environmental Protection Agency Region 5 (IL, IN, MI, MN, OH, WI)

United States, Government of the, Environmental Protection Agency Region 6 (AR, LA, NM, OK, TX)

United States, Government of the, Environmental Protection Agency Region 7 (IA, KS, MO, NE)

United States, Government of the, Environmental Protection Agency Region 8 (CO, MT, ND, SD, UT, WY)

United States, Government of the, Environmental Protection Agency Region 9 (AZ, CA, HI, NV)

United States, Government of the, Pension Benefit Guaranty Corp.

United States, Government of the, Securities and Exchange Commission

Utah, State of, Attorney General

Utah, State of, Labor Commission

Utah, State of, Department of Revenue

Vermont, State of, Attorney General

Vermont, State of, Department of Labor

Vermont, State of, Department of Taxes

Virginia, Commonwealth of, Attorney General

Virginia, Commonwealth of, Department of Labor & Industry

Virginia, Commonwealth of, Department of Revenue

Washington, D.C., Attorney General

Washington, D.C., Department of Employment Services

Washington, D.C., Office of Tax & Revenue

Washington, State of, Attorney General

Washington, State of, Department of Labor & Industries

Washington, State of, Department of Revenue, Taxpayer Account Administration

West Virginia, State of, Attorney General

West Virginia, State of, Division of Labor

West Virginia, State of, Department of
Revenue
Wisconsin, State of, Attorney General
Wisconsin, State of, Department of
Workforce Development
Wisconsin, State of, Department of
Revenue, Customer Service Bureau
Wyoming, State of, Attorney General
Wyoming, State of, Department of
Workforce Service
Wyoming, State of, Department of Revenue

# SCHEDULE 1(i)

## **Indenture Trustee**

Ankura Trust Co. LLC

# SCHEDULE 1(j)

## <u>Insurance</u>

ACE American Insurance Co.
Arch Insurance Co.
Atlantic Specialty Insurance Co.
AXA XL Specialty Insurance Co.
AXIS Insurance Co.
Beazley Group
Berkley Insurance Co.
Berkshire Hathaway Specialty Insurance
Berkshire
Endurance American Insurance Co.
Illinois National Insurance Co.
Princeton Excess & Surplus Lines Insurance Co., The
Relm Insurance Ltd.
Scottsdale Insurance Co.
Tokio Marine HCC
Westchester Surplus Lines Insurance Co.

# SCHEDULE 1(k)

## **Joint Provisional Liquidators**

EY Bermuda Ltd.
EY Cayman Ltd.
[Confidential]

# SCHEDULE 1(l)

## **JV Partners**

VCV Digital Infrastructure Alpha LLC

# SCHEDULE 1(m)

## Litigation Counterparties

Core Scientific
ED&F Man Capital Markets Inc.
Emergent Fidelity Technologies Ltd.
Lake Kentish & Bennett Inc.
Luna
Pulsar Global Ltd.
Quantuma Advisory Ltd.
[Confidential]

# SCHEDULE 1(n)

## **Loan Counterparties**

Akuna Digital Assets LLC
Alameda Research Ltd.
Altana Strategy 1
Auros Tech Ltd.
BK Offshore Fund Ltd.
Core Scientific
Cumberland DRW LLC
Druk Holding & Investments Ltd.
Elevated Returns LLC
Fasanara Investments SCSp
Flow Traders BV
Galaxy Digital LLC
GoldenCoin Cayman LLC
GoldenCoin LLC
HRTJ Ltd.
JSCT Cayman
Kenetic Holdings Ltd.
Lakeside Trading LLC
Mountain Cloud Global Ltd.
Noom Ltd.
Payward Inc.
POINT95 Global (Hong Kong) Ltd.
Portofino Technologies AG
PrimeBlock Operations LLC
QED Capital LLC
VCV Digital Infrastructure Alpha LLC
Virtu Financial Singapore Pte. Ltd.
[Confidential]

# SCHEDULE 1(o)

## **Non-Debtor Professionals**

Boyle & Valenti Law PC
Gibbons PC
Gorski & Knowlton PC
Hogan Lovells US LLP
McElroy Deutsch Mulvaney & Carpenter LLP
Morgan Lewis & Bockius LLP
Quinn Emanuel Urquhart & Sullivan LLP
Severson & Werson PC

# SCHEDULE 1(p)

## Notice of Appearance Parties

[Confidential]

## SCHEDULE 1(q)

### Ordinary Course Professionals

Advokatfirmae Schjodt AS
Allen & Overy LLP
Bradley Arant Boult Cummings LLP
Brody & Browne LLP
CFGI, LLC
CohnReznick LLP
Conyers Dill & Pearman LLP
Covington & Burling LLP
CrowdStrike Inc.
Davis Polk & Wardwell LLP
Deloitte & Touche LLP
Deloitte Tax LLP
Details Management Ltd.
Downs Rachlin Martin PLLC
Germano Law LLC
Gunderson Dettmer Stough Villeneuve
    Franklin & Hachigian LLP
Hodgson Russ LLP
Hogan Lovells International LLP
Holland & Knight LLP
Intralinks Inc.
Johnson Gardiner, Attorneys At Law
Katten Muchin Rosenman LLP
King & Spalding LLP
KPMG LLP
Linklaters LLP
Linklaters Singapore Pte. Ltd.
Littler Mendelson PC
Locke Lord LLP
Manatt Phelps & Phillips LLP
Maynard Cooper & Gale PC
McAfee & Taft, a Professional Corp.
McLeod Law LLP
Mintz Levin Cohn Ferris Glovsky & Popeo
    PC
Morris Nichols Arsht & Tunnell LLP
North River Global LLC
Osler Hoskin & Harcourt LLP
Pensionmark Financial Group LLP
Perkins Coie LLP
PKF O'Connor Davies LLP
Rath Young & Pignatelli PC

Richards & Co.
Rose Law Firm
Schjodt LLP
Simmons & Simmons LLP
Starn O'Toole Marcus & Fisher
Stikeman Elliott LLP
Stoll Keenon Ogden PLLC
Sullivan & Cromwell LLP
Taller Technologies
Walkers (Bermuda) Ltd.
Ward & Smith PA
White & Case LLP
Willis Towers Watson PLC
Y Partners

# SCHEDULE 1(r)

## **Potential M&A Transaction Counterparties**

[Confidential]

# SCHEDULE 1(s)

## **Significant Clients**

[Confidential]

# SCHEDULE 1(t)

## **Significant Vendors**

| | |
|---|---|
| Accertify Inc. | DHL |
| Accuity Inc. | DigiCert Inc. |
| Airbase Inc. | Docker Inc. |
| Airgas Inc. | Donnelley Financial Solutions Inc. |
| Alder | Dovetail Digital Ltd. |
| Alteryx Inc. | Duco Tech Inc. |
| Amazon Web Services Inc. | DVORA |
| Amazon.com Inc. | Eden Network |
| Andco Consulting | Embroker Inc. |
| Aniket Ltd. | Evolve Bank & Trust |
| Aon (Bermuda) Ltd. | FedEx Corp. |
| Aon plc | Financial Conduct Authority |
| AT&T Inc. | Fireblocks Inc. |
| Atlassian Corp. | First & 42nd |
| Auth0 Inc. | Fly Over the City |
| BambooHR LLC | FTX Trading Ltd. |
| Bandalier Inc. | Gemini Trust Co. |
| BitGo Holdings Inc. | GitHub |
| Blockdaemon Inc. | Global PPL Pte. Ltd. |
| Blockstream Corp. Inc. | Google |
| Bloomberg Finance LP | Google Cloud |
| Brex Inc. | Google G Suite |
| C Street Advisory | Google Voice Inc. |
| Canon Inc. | Google Workspace |
| Capital Properties Inc. | GoTo Technologies USA Inc. |
| Carta Inc. | Grant Thornton LLP |
| CF Benchmarks Ltd. | Great-West Trust Co. LLC |
| Chainalysis Inc. | Hummingbird Regtech Inc. |
| Cloudflare Inc. | iConnections LLC |
| Cogency Global Inc. | Impact Tech Inc. |
| Cogent Communications Holdings Inc. | Irish Life |
| Coinbase Global Inc. | Iron Mountain Inc. |
| Coralisle Pension Services Ltd. | Ironclad |
| CrowdStrike Inc. | JAMF Software |
| Crown Castle Inc. | KISI Inc. |
| CSC | Microsoft Corp. |
| Culture Amp Inc. | Modern Treasury Corp. |
| Datadog Inc. | Monday.com Ltd. |
| Deel | Nest Workplace Pension Scheme |
| Delaware, State of, Franchise Tax | NMLS |
| Deserve Inc. | Nomics Inc. |
| Details Management Ltd. | NordVPN SA |

Okta Inc.
Papaya Global Inc.
Paperless Inc.
Pensionmark Financial Group
Persona Inc.
Phinx Consultants
Phinx Consultants Group
Phinx/Fleet
Pulumi Corp.
Quench USA Inc.
Regus plc
Round Robin App
Sage Intacct Inc.
Scratch
Scratch Services LLC
Slack Technologies LLC
Splunk Inc.
Stripe Inc.
Taller Technologies
TaxBit Inc.
Thomson Reuters - West
Tiger Consulting Ltd.
TriNet
TriNet Group Inc.
United States Postal Service
Unqork Inc.
UPS Store Inc., The
Visa Inc.
Visa USA Inc.
West Realm Shires Inc.
WeWork Nashville
Y Partners
Zapier Inc.
Zendesk Inc.
ZVI Brener Enterprises

## SCHEDULE 1(u)

### Top 50 Unsecured Creditors

Ankura Trust Co. LLC, as Trustee for the
    Indenture dated as of February 28, 2022
United States, Government of the, Securities
    & Exchange Commission
Vrai Nom Investment Ltd.
West Realm Shires Inc.
[Confidential]

# SCHEDULE 1(v)

## US Trustee Personnel, Judges, and Court contacts for the District of New Jersey

Kaplan, Judge Michael B.
[Confidential]

# SCHEDULE 1(w)

## Utilities

AT&T
Cogent Communications
Crown Castle
Paperless Inc.

## Schedule 2

### Haynes and Boone Connections

## SCHEDULE 2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Current or Former HB Client | Status |
|---|---|---|
| Allen & Overy LLP | Allen & Overy, LLP | The Firm represents Allen & Overy, LLP on matters unrelated to the Debtors or the Chapter 11 cases. |
| Amazon | Amazon.com, Inc. | The Firm represents Amazon.com, Inc. on matters unrelated to the Debtors or the Chapter 11 cases. |
| Amazon Web Services | Amazon.com, Inc. | The Firm represents Amazon.com, Inc. on matters unrelated to the Debtors or the Chapter 11 cases. |
| Ankura | Ankura Consulting | The Firm represents Ankura Consulting on matters unrelated to the Debtors or the Chapter 11 cases. |
| AT&T | AT&T, Inc. | The Firm represents AT&T, Inc. on matters unrelated to the Debtors or the Chapter 11 cases. |
| Atlassian | Atlassian, Inc. | The Firm represents Atlassian, Inc. on matters unrelated to the Debtors or the Chapter 11 cases. |
| AXIS Insurance Company | Axis Pro Insurance | The Firm represents Axis Pro Insurance on matters unrelated to the Debtors or the Chapter 11 cases. |
| Bain Capital | Bain Capital Credit | The Firm represents Bain Capital Credit on matters unrelated to the Debtors or the Chapter 11 cases. |
| Bain Capital Venture Coinvestment Fund II, LP | Bain Capital Credit | The Firm represents Bain Capital Credit on matters unrelated to the Debtors or the Chapter 11 cases. |
| Bain Capital Venture Fund 2021, L.P. | Bain Capital Credit | The Firm represents Bain Capital Credit on matters unrelated to the Debtors or the Chapter 11 cases. |
| Bain Capital Ventures | Bain Capital Credit | The Firm represents Bain Capital Credit on matters unrelated to the Debtors or the Chapter 11 cases. |
| BitGo | BitGo Prime, LLC | The Firm represents BitGo Prime, LLC on matters unrelated to the Debtors or the Chapter 11 cases. |
| Brex Inc. | Brex, Inc. | The Firm represents Brex, Inc. on matters unrelated to the Debtors or the Chapter 11 cases. |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Current or Former HB Client | Status |
|---|---|---|
| Cogent Communications | Cogent Communications Group, Inc. | The Firm represents Cogent Communications Group, Inc. on matters unrelated to the Debtors or the Chapter 11 cases. |
| CSC | CSC Holdings | The Firm represents Altice USA, an affiliate of CSC Holdings, on matters unrelated to the Debtors or the Chapter 11 cases. |
| ██████████ | ██████████ | The Firm represents ██████ ██████████ on matters unrelated to the Debtors or the Chapter 11 cases. |
| ██████████ | ██████████ | The Firm represents ██████████ ██ an affiliate of Dragonfly Capital, on matters unrelated to the Debtors or the Chapter 11 cases. |
| ██████████ | ██████████ | The Firm formerly represented this employee in connection with certain threatened litigation wholly unrelated to the Chapter 11 Cases. This is the same litigation noted below with Ms. Marquez, Mr. Lauro II, and Mr. Prince. |
| Flori Marquez | Florencia Marquez | The Firm formerly represented Ms. Marquez in connection with certain threatened litigation wholly unrelated to the Chapter 11 Cases. This is the same litigation noted below with Mr. Lauro II and Mr. Prince. |
| ██████████ | ██████████ | The Firm represents ██████████ on matters unrelated to the Debtors or the Chapter 11 cases. |
| FTX Trading Ltd. | FTX Trading, Ltd | The Firm formerly represented FTX Ltd. in connection with preparing certain form agreements for matters wholly unrelated to the Debtors; the firm also formerly represented the Debtors and FTX with respect to the preparation of certain account control agreements. With respect to this representation, the Debtors and FTX were not considered adverse and both the Debtors and FTX executed a conflict waiver. For the avoidance of doubt, the Firm no longer |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Current or Former HB Client | Status |
|---|---|---|
| | | represents any FTX party or affiliates thereof. |
| Google | Google, Inc. | The Firm represents Google, Inc. on matters unrelated to the Debtors or the Chapter 11 cases. |
| Google Cloud | Google, Inc. | The Firm represents Google, Inc. on matters unrelated to the Debtors or the Chapter 11 cases. |
| Google G Suite | Google, Inc. | The Firm represents Google, Inc. on matters unrelated to the Debtors or the Chapter 11 cases. |
| Google Voice Inc. | Google, Inc. | The Firm represents Google, Inc. on matters unrelated to the Debtors or the Chapter 11 cases. |
| Google Workspace | Google, Inc. | The Firm represents Google, Inc. on matters unrelated to the Debtors or the Chapter 11 cases. |
| ███████████ ███████ | ███████████ | The Firm represents ███████ on matters unrelated to the Debtors or the Chapter 11 cases. |
| iConnections | iConnections LLC | The Firm represents iConnections LLC on matters unrelated to the Debtors or the Chapter 11 cases. |
| ███████ | ███████████ | The Firm represents ███████ on matters unrelated to the Debtors or the Chapter 11 cases. |
| ███ | ███████████ ███████ | The Firm represents ███████ ███████, affiliates of ███, on matters unrelated to the Debtors or the Chapter 11 cases. |
| ███████████ | ███████████ | The Firm represents ███████ ███ ███, an affiliate of ███████████, on matters unrelated to the Debtors or the Chapter 11 cases. |
| Manatt, Phelps & Phillips, LLP | Manatt, Phelps & Phillips, LLP | The Firm formerly represented Manatt, Phelps & Phillips, LLP on matters unrelated to the Debtors or the Chapter 11 cases. |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | The Firm formerly represented Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. on matters unrelated to the Debtors or the Chapter 11 cases. |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Current or Former HB Client | Status |
|---|---|---|
| Moelis | Moelis and Company Group, LP | The Firm represents Moelis and Company Group, LP on matters unrelated to the Debtors or the Chapter 11 cases. |
| ▆▆▆▆▆▆▆▆ ▆▆▆ | ▆▆▆▆▆▆▆ ▆▆▆ | The Firm represents ▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆ on matters unrelated to the Debtors or the Chapter 11 cases. |
| ▆▆▆▆▆▆▆ | ▆▆▆▆▆▆▆ | The Firm represents ▆▆▆▆▆▆▆▆ on matters unrelated to the Debtors or the Chapter 11 cases. |
| ▆▆▆▆▆▆ | ▆▆▆▆▆▆▆ | The Firm represents ▆▆▆▆▆▆. on matters unrelated to the Debtors or the Chapter 11 cases. |
| Paxos | Paxos Trust Company, LLC | The Firm represents Paxos Trust Company, LLC on matters unrelated to the Debtors or the Chapter 11 cases. |
| Robinhood | Robinhood Financial LLC | The Firm represents Robinhood Financial LLC on matters unrelated to the Debtors or the Chapter 11 cases. |
| ▆▆▆▆▆▆ | ▆▆▆▆▆▆▆ | The Firm represents ▆▆▆▆ ▆▆▆▆▆▆▆▆ on matters unrelated to the Debtors or the Chapter 11 cases. |
| Signature Bank | Signature Bank | The Firm represents Signature Bank on matters unrelated to the Debtors or the Chapter 11 cases. |
| ▆▆▆▆▆▆ | ▆▆▆▆▆▆▆ | The Firm represents ▆▆▆▆▆▆▆ on matters unrelated to the Debtors or the Chapter 11 cases. |
| ▆▆▆▆ | ▆▆▆▆▆▆▆ | The Firm represents ▆▆▆▆▆▆ ▆▆▆▆ on matters unrelated to the Debtors or the Chapter 11 cases. |
| Susquehanna Government Products | Susquehanna Private Capital | The Firm represents Susquehanna Private Capital on matters unrelated to the Debtors or the Chapter 11 cases. |
| Susquehanna Government Products, LLLP | Susquehanna Private Capital | The Firm represents Susquehanna Private Capital on matters unrelated to the Debtors or the Chapter 11 cases. |
| The Vanderbilt University | Vanderbilt University Medical Center | The Firm represents Vanderbilt University Medical Center on matters unrelated to the Debtors or the Chapter 11 cases. |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Current or Former HB Client | Status |
|---|---|---|
| Thomson Reuters – West | Thomson Reuters | The Firm represents Thomson Reuters on matters unrelated to the Debtors or the Chapter 11 cases. |
| Tony Lauro II | Tony Lauro II | The Firm formerly represented Mr. Lauro II in connection with certain threatened litigation wholly unrelated to the Chapter 11 Cases. This is the same litigation noted with Ms. Marquez and Mr. Prince. |
| Vanderbilt University | Vanderbilt University Medical Center | The Firm represents Vanderbilt University Medical Center on matters unrelated to the Debtors or the Chapter 11 cases. |
| West Realm Shires Inc. (FTX US) | FTX Trading, Ltd | The Firm formerly represented FTX Ltd. in connection with preparing certain form agreements for matters wholly unrelated to the Debtors; the firm also formerly represented the Debtors and FTX with respect to the preparation of certain account control agreements. With respect to this representation, the Debtors and FTX were not considered adverse and both the Debtors and FTX executed a conflict waiver. For the avoidance of doubt, the Firm no longer represents any FTX party or affiliates thereof. |
| Zac Prince | Zachary Prince | The Firm formerly represented Mr. Prince in connection with certain threatened litigation wholly unrelated to the Chapter 11 Cases. This is the same litigation noted above with Mr. Lauro II and Ms. Marquez. |