# EXHIBIT A

**Sirota Declaration**

65365/0001-44209253v4

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
(201) 489-1536 Facsimile
msirota@coleschotz.com
wusatine@coleschotz.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (pro hac vice pending)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (pro hac vice pending)
Christine A. Okike, P.C. (pro hac vice pending)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Proposed Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>　　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

**DECLARATION OF MICHAEL D. SIROTA, ESQ. IN SUPPORT OF DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE
EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS NEW JERSEY
COUNSEL TO THE DEBTORS _NUNC PRO TUNC_ TO THE PETITION DATE**

I, MICHAEL D. SIROTA, ESQ. pursuant to 28 U.S.C. § 1746, to the best of my knowledge

and belief, and after reasonable inquiry, declare:

1.　　　I am an attorney at law and shareholder of the law firm of Cole Schotz P.C. ("**Cole**

**Schotz**").  Cole Schotz is a law firm of over 170 attorneys, having its principal offices at Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

61893/0001-21899377v2
65365/0001-44209253v4

Plaza North, 25 Main Street, Hackensack, New Jersey 07601, with other offices in New York, Delaware, Maryland, Texas, and Florida.  This Declaration (the "**Declaration**") is submitted pursuant to sections 327, 329, and 504 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2014-1 of the Local Bankruptcy Rules for the District of New Jersey (the "**Local Rules**").

2.      This Declaration is made in support of the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Cole Schotz P.C. as New Jersey Counsel to the Debtors Nunc Pro Tunc to the Petition Date* (the "**Application**"),[2] filed concurrently herewith. This Declaration also is submitted as the statement required pursuant to Section D.1 of the Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective as of November 1, 2013 (the "**U.S. Trustee Guidelines**"), promulgated by the Office of the United States Trustee (the "**U.S. Trustee**").

3.      I am familiar with the matters set forth herein and make this Declaration in support of the Application.

## I.      COLE SCHOTZ'S QUALIFICATIONS

4.      Cole Schotz's complex Chapter 11 experience, as well as its extensive practice before this Court, and knowledge of the local rules and practices, make it substantively and geographically ideal to efficiently serve the needs of the Debtors.  Cole Schotz regularly represents Chapter 11 debtors throughout New Jersey and, thus, is well qualified to serve as New Jersey counsel to the Debtors in these Chapter 11 proceedings.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

5.      Cole Schotz has been actively involved in many major Chapter 11 cases in this District.  *See e.g. In re Nat'l Realty Investment Advisors, LLC*, Case No. 22-14539 (JKS); *In re Christopher & Banks Corp.*, Case No. 21-10269 (ABA); *In re RTW Retailwinds, Inc.*, Case No. 20-18445 (JKS); *In re Congoleum Corporation*, Case No. 20-18488 (MBK); *In re SLT Holdco, Inc.*, Case No. 20-18368 (MBK); *In re Modell's Sporting Goods, Inc.*, Case No. 20-14179 (VFP); *In re Cinram Group, Inc.*, Case No. 17-15258 (VFP); *In re Saint Michael's Medical Center, Inc.*, Case No. 15-24999 (VFP); *In re Crumbs Bake Shop, Inc.*, Case No. 14-24287 (MBK); *In re Revel AC, Inc.,* Case No. 14-22654 (GMB); *In re MEE Apparel LLC*, Case No. 14-16484 (CMG); *In re Dots, LLC*, Case No. 14-11016 (MBK); *710 Long Ridge Road Operating Company II, LLC*, Case No. 13-13653 (DHS); *In re Big M, Inc.*, Case No. 13-10233 (MBK); *In re Tarragon Corporation*, Case No. 09-10555 (DHS); *In re Marcal Paper Mills, Inc.*, Case No. 06-21886 (MS); *In re Best Manufacturing Group LLC*, Case No. 06-17415 (DHS).

6.      In preparing for its representation of the Debtors, Cole Schotz has become familiar with the Debtors' businesses and many of the potential legal issues that may arise in the context of these Chapter 11 cases.  The Debtors believe that Cole Schotz is both well-qualified and uniquely able to represent them in an efficient and timely manner and that the services of Cole Schotz are necessary and essential to the Debtors' performance of their duties as debtors in possession.

7.      By separate applications, the Debtors have also asked the Court to approve the retention of (i) Kirkland & Ellis LLP and Kirkland & Ellis International LLP ("**K&E**") and (ii) Haynes and Boone, LLP ("**H&B**") as joint lead counsel to the Debtors.  In order to avoid any duplication of effort and provide services to the Debtors in the most efficient and cost-effective

manner, Cole Schotz will coordinate K&E and H&B and any additional firms the Debtors retain

regarding their respective responsibilities in these chapter 11 cases.

## II.      SERVICES TO BE PROVIDED

8.      The Debtors seek to retain Cole Schotz as their New Jersey counsel to advise of

local rules, procedures, and customs in connection with the performance of the following legal

services:

(a)      advise the Debtors of their rights, powers, and duties as debtors in possession in continuing to operate and manage their assets and business;

(b)      provide legal advice and services regarding local rules, practices and procedures including Third Circuit law;

(c)      provide certain services in connection with the administration of the chapter 11 cases including, without limitation, preparing agendas, hearing notices, and hearing binders of documents and pleadings;

(d)      review and comment on proposed drafts of pleadings to be filed with the Court;

(e)      appear in Court and at any meeting with the United States Trustee and any meeting of creditors;

(f)      provide legal advice and services on any matter on which K&E and H&B may have a conflict or as needed based on specialization;

(g)      perform all other legal services for and on behalf of the Debtors which may be necessary or appropriate in the administration of their chapter 11 cases and fulfillment of their duties as debtors in possession.

## III.      PROFESSIONAL COMPENSATION

9.      Cole Schotz intends to apply to the Court for allowance of compensation and

reimbursement of out-of-pocket expenses incurred after the Petition Date in connection with the

chapter 11 cases on an hourly basis, subject to Court approval and in accordance with the

applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S.

Trustee Guidelines, and any orders entered in these cases governing the compensation and reimbursement of professionals for services rendered and charges and disbursements incurred.

10.    The attorneys and paralegals primarily responsible for representing the Debtors and their current standard hourly rates are:

| Name | Title | Hourly Rate |
|---|---|---|
| Michael D. Sirota | Member | $1,200.00 |
| Warren Usatine | Member | $950.00 |
| Felice Yudkin | Member | $705.00 |
| Rebecca Hollander | Member | $550.00 |
| Andreas D. Milliaressis | Associate | $475.00 |
| Frances Pisano | Paralegal | $355.00 |

11.    Other attorneys, paralegals, and case management clerks will be involved in representing the Debtors.  The range of hourly rates for such professionals are:

| Position | Rates |
|---|---|
| Members | $485 to $1,200 per hour |
| Special Counsel | $300 to $730 per hour |
| Associates | $325 to $685 per hour |
| Law Clerks | $325 per hour |
| Paralegals | $245 to $410 per hour |

12.    The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.  There are no alternative fee arrangements from customary billing. Further, no professional has varied his or her rate based on geographic location.

13.    Cole Schotz will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date such services are rendered.

14.     Prior to applying any increases in its hourly rates beyond the rates set forth in the Application, Cole Schotz shall provide ten (10) days' prior notice of any such increases to the Debtors, the United States Trustee, and any official committee appointed in these chapter 11 cases.

15.     It is Cole Schotz's policy to charge its clients in all areas of practice for out-of-pocket expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, telephone calls, mail and express mail, special or hand delivery, outgoing facsimiles, photocopying, scanning and/or printing, computer assisted research (which shall not be more than the actual cost incurred by Cole Schotz in performing such research), travel, "working meals," transcription, as well as non-ordinary overhead expenses such as secretarial and other overtime.  Cole Schotz will charge for these expenses in a manner and at rates consistent with charges made generally to its other clients, subject to Local Rule 2016-1.

16.     Cole Schotz will submit detailed statements to the Court setting forth the services rendered and seeking compensation and reimbursement of expenses (including, when appropriate, authority to apply the Retainer (defined below)).

### IV.     **COMPENSATION RECEIVED FROM THE DEBTORS**

17.     As set forth in the Sirota Declaration, during the ninety days prior to the Petition Date, the Debtors paid Cole Schotz $85,852.50 representing Cole Schotz's fees for services rendered and expenses incurred including the filing fees for the Chapter 11 petitions.  As of the Petition Date, Cole Schotz was holding, on behalf of the Debtors, a retainer in the amount of $100,000 (the "**Retainer**") in connection with these chapter 11 cases.

18.     As of the Petition Date, Cole Schotz was owed $25,564.80 by the Debtors or their estates, representing $25,560.00 in fees for pre-petition services rendered and $4.80 in pre-petition costs incurred, which amount was incurred in the days leading up to the chapter 11 filing and

6

relates exclusively to the preparation of these chapter 11 cases (indeed, Cole Schotz has never rendered any services for the Debtors apart from the preparation of these chapter 11 cases).  Cole Schotz intends to seek payment of this amount in its first monthly fee statement and first interim fee application filed before this Court and submits that the existence of this *de minimis* claim does not impact Cole Schotz's "disinterestedness" for the purposes of this retention application.  *See In re Premiere Enterprises of Whiteville, LLC*, No. 13-04639-8-RDD, 2013 WL 5907790, at *3 (Bankr. E.D.N.C. Nov. 4, 2013) (granting application for retention subject to the bankruptcy administrator's review of the first application for compensation "to determine if all of the fees requested and not paid pre-petition, are relatively modest, traceable temporally to a short period of time before filing, and confined to activities surrounding the preparation of the petition and accompanying papers—the bare-bones, routine and necessary services for filing," noting that a firm is "'disinterested' pursuant to § 327" if those criteria are satisfied, and stating that "if any of the pre-petition fees requested are not specifically relative to the preparation and the filing of the petition, then the Bankruptcy Administrator shall object or in the alternative, the Firm shall waive those objectionable fees requested or request a hearing"); *In re Icon Eyewear, Inc.,* Case No. 19-29733 (JKS), Docket No. 100) (Bankr. D.N.J., Dec. 30, 2019) (order granting application for compensation that included fees related to the preparation of the chapter 11 case).

## V.    DISINTERESTEDNESS OF PROFESSIONALS

19.    Insofar as I have been able to ascertain through diligent inquiry, except as set forth in this Declaration, neither I, Cole Schotz, nor any professional employee of Cole Schotz have any connection with the Debtors, their creditors, any other party-in-interest, their current respective attorneys or professionals, the U.S. Trustee or any person employed in the Office of the U.S. Trustee, nor do we hold or represent any entity having an adverse interest in the Debtors' chapter

11 cases.  Notwithstanding the foregoing, Cole Schotz has in the past worked with, continues to

work with, and has mutual clients with certain professionals who may represent parties-in-interest

in these cases.  Neither I, Cole Schotz, nor any professional employee of Cole Schotz is related

professionally to the Debtors, their creditors, or any other party-in-interest herein or their

respective attorneys or professionals.

20.     In preparing this Declaration, I used a set of procedures developed by Cole Schotz

to ensure full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules,

and the Local Rules regarding the retention of professionals by a debtor in possession (the

"**Retention Procedures**").  Pursuant to the Retention Procedures, and under my direction and

supervision, Cole Schotz performed a conflict of interest search to identify any actual or potential

conflicts of interest.  The Retention Procedures included:

(a)     Through conversations with the Debtors' other counsel and financial
advisors, a list of the following entities was developed: (i) Debtors and
Affiliates; (ii) the Debtors' Current and Former Directors and Officers;
(iii) Equity Holders; (iv) Bankruptcy Professionals; (v) Banks;
(vi) Custodians; (vii) Exchanges/Marketplaces; (viii) Government, Taxing
Authorities, and Regulatory Agencies; (ix) Indenture Trustee;
(x) Insurance; (xi) Joint Provisional Liquidators; (xii) JV Partners;
(xiii) Litigation Counterparties; (xiv) Loan Counterparties; (xv) Non-
Debtor Professionals; (xvi) Notice of Appearance Parties; (xvii) Ordinary
Course Professionals; (xviii) Potential M&A Transaction Counterparties;
(xix) Significant Clients;[3] (xx) Significant Vendors; (xxi) Top 50
Unsecured Creditors; (xii) US Trustee Personnel, Judges, and Court
Contacts for the District of New Jersey; and (xiii) Utilities.

---

[3] The Debtors have more than approximately 700,000 retail and institutional clients.  Due to the large number
of the Debtors' clients, Cole Schotz limited its search of its electronic database to only those Debtors' clients who
hold digital assets in an amount of at least $250,000 on an aggregate basis in their rehypothecated accounts as of the
Petition Date.

In the event that the Debtors need to act adversely to particular clients in the future, Cole Schotz will run
conflict checks prior to engaging in any such representation and, if any new relevant facts or relationships are
discovered, Cole Schotz will supplement its disclosure to the Court.  Moreover, in the event Cole Schotz discovers an
unwaivable conflict in the future, it will recuse itself from any such representation and K&E and/or H&B will handle
the representation.

Certain of these parties are listed on the attached **Exhibit 1** (collectively, the "**Redacted Entity List**").  The names of other parties are withheld from Exhibit 1 pursuant to this Court's *Interim Order Granting Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of Top 50 Unsecured Creditors and Consolidated List of Creditors, (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information of Individual Creditors, Clients, Equity Holders, and Current and Former Employees, (III) Authorizing Client Name Redaction, (IV) Waiving the Requirement to File an Equity List and Provide Notices Directly to Equity Security Holders, and (V) Granting Related Relief* [Docket No. 53] (the "**Unredacted Entity List**" which together with the Redacted Entity List shall collectively be referred to as the "**Entity List**").

(b)     Cole Schotz maintains a database of current and former clients and related information (the "**Database**").  Cole Schotz (i) searched the Database and compiled a list of those entities for which Cole Schotz attorney fees were billed during the past three years (the "**Client List**"); and (ii) circulated the Unredacted Entity List, via e-mail, to all of its employees in order to solicit potential conflicts or connections that might not be uncovered through the Database.

(c)     Cole Schotz compared the names on the Unredacted Entity List with the names on the Client List and the responses from the employee e-mail solicitation to identify potential matches, to determine whether these matches are with current clients, and, if so, to identify the Cole Schotz personnel responsible for such matters.

(d)     Based on the results of that search and by making general and, when applicable, specific inquiries of Cole Schotz personnel, insofar as I have been able to ascertain after diligent inquiry, neither I, nor Cole Schotz, nor any member, counsel or associate thereof have any connection with, or have an adverse interest to, the parties on the Unredacted Entity List except as set forth on **Exhibit 2** hereto (the "**Disclosure List**") or disclosed in this Declaration.

21.     Approximately twenty of the individuals on the Unredacted Entity List have the same names or names similar to the names of Cole Schotz clients or affiliates of Cole Schotz clients.  Although Cole Schotz is endeavoring to determine if the parties on the Unredacted Entity List are, in fact, the parties in the Database, we have not yet concluded our review of this matter.  Regardless, Cole Schotz notes that the representations in question are unrelated to the Debtors and these chapter 11 cases (and the majority of the clients in question are estate planning

clients), and Cole Schotz will not represent these individuals in connection with these chapter 11 cases.

22.     Separately, Cole Schotz has represented, currently represents, and may in the future represent certain of the Potential M&A Transaction Counterparties (or their affiliates) in matters unrelated to the Debtors' chapter 11 cases.  As set forth in more detail in the *Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Transaction Parties in Interest Related to the Debtors' Professional Retention Applications* [Docket No. 127], redacted disclosures related to the Confidential Transaction parties (or their affiliates) are included with this Application and unredacted copies of these disclosures have been or will be made available to the Court, the U.S. Trustee, and counsel to any statutorily formed committees.  Cole Schotz notes that all the representations in question are unrelated to the Debtors and these chapter 11 cases, and Cole Schotz will not represent these entities in connection with these chapter 11 cases.

23.     In addition, Cole Schotz has represented, currently represents, and may in the future represent entities on the Disclosure List (or their affiliates) in matters unrelated to the Debtors' chapter 11 cases.  The Disclosure List reflects that an entity is a "Current Client" if Cole Schotz has any open matters for such entity or a known affiliate of such entity and attorney time charges have been recorded on any such matters within the past three years.  The Disclosure List reflects that an entity is a "Former Client" if Cole Schotz represented such entity or a known affiliate of such entity within the past three years based on recorded attorney time charges on a matter and such matter has been formally closed.

24.     Except as set forth on the Disclosure List, Cole Schotz has not represented, does not represent, and will not represent any entities on the Disclosure List in matters directly related

to the Debtors or these chapter 11 cases.  Moreover, Cole Schotz will not commence a cause of

action in these chapter 11 cases against a "Current Client" unless it has an applicable waiver on

file or first receives a waiver from such entity allowing it to commence such an action.  To the

extent that a waiver does not exist or is not obtained from such entity and it is necessary for the

Debtors to commence an action against that entity, the Debtors will be represented in such

particular matter by one of its other law firms.  To the best of my knowledge, none of the entities

on the Disclosure List represented more than 1% of Cole Schotz's revenue for the 2021 calendar

year.

26.    As a part of Cole Schotz's bankruptcy and corporate restructuring practice, Cole

Schotz's clientele includes debtors, creditors' and other statutory committees, institutional

creditors, asset purchasers, venture capitalists, secured parties, lessors and contract parties, equity

holders, directors and officers, court-appointed fiduciaries, plan sponsors, indenture trustees, and

bond insurers.  The Debtors have numerous creditors and other parties-in-interest.  Cole Schotz

may have in the past represented, and may presently or in the future represent, creditors or parties-

in-interest in addition to those specifically disclosed herein in matters unrelated to these chapter

11 cases.  Cole Schotz believes that its representation of such creditors or other parties in such

other matters has not affected and will not affect its representation of the Debtors in these

proceedings.

26.    In addition to its bankruptcy and corporate restructuring practice, Cole Schotz is a

full-service law firm with active real estate, corporate, finance, construction, litigation,

environmental, employment, tax, trust and estates, and white-collar defense practices.  Cole Schotz

appears in cases, proceedings, and transactions involving many different attorneys, accountants,

financial consultants, and investment bankers, some of whom now or may in the future represent or be deemed adverse to claimants or parties-in-interest in these cases.

27.     Despite the efforts described above to identify and disclose Cole Schotz's connections with the Entity List, because the Debtors have numerous creditors and other relationships, Cole Schotz is unable to state with certainty that every client representation or other connection has been disclosed.  If Cole Schotz discovers additional information that requires disclosure, Cole Schotz will file supplemental disclosure(s) with the Court as promptly as possible.

28.     To the best of my knowledge, Cole Schotz has not been retained to assist any entity or person other than the Debtors on matters relating to, or in connection with, these cases.  If this Court approves the proposed employment of Cole Schotz as New Jersey counsel to the Debtors, Cole Schotz will not accept any engagement or perform any services in these cases for any entity or person other than the Debtors.  Cole Schotz may, however, continue to provide professional services to, and engage in commercial or professional relationships with, entities or persons that may be creditors of the Debtors or parties-in-interest in these cases; *provided*, *however*, that such services do not and will not relate to, or have any direct connection with, these cases.

29.     Thus, pursuant to section 327(a) of the Bankruptcy Code, Cole Schotz does not hold or represent any interests adverse to the Debtors, their creditors, or their estates.

30.     Cole Schotz also is a disinterested person within the meaning of section 101(14) of the Bankruptcy Code in that Cole Schotz, its members, counsel, and associates:

> (a)     are not creditors, equity security holders, or insiders of the Debtors (except with respect to the *de minimis* $25,564.80 Cole Schotz is owed for preparing the petition and accompanying papers in the days leading up to these chapter 11 filings which Cole Schotz submits does not impact its "disinterestedness");

(b)     are not and were not, within two years before the Petition Date, a director, officer, or employee of the Debtors; and

(c)     do not hold an interest materially adverse to the interest of the estates or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

31.     Accordingly, based upon information available to me, I submit that Cole Schotz is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and the requirements of section 327(a) of the Bankruptcy Code are satisfied in respect of the matters upon which Cole Schotz is to be engaged in these chapter 11 cases.

## VI.     STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

32.     Cole Schotz also will make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee Guidelines, both in connection with the Application and the interim and final fee applications to be filed by Cole Schotz.

33.     In that regard, the following is provided in response to the request for additional information set forth in Paragraph D.1. of the U.S. Trustee Guidelines:

**Question:**     Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Response:     No.

**Question:**     Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

Response:     No.

**Question:**     If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

13

Response:       Cole Schotz only represented the Debtors pre-petition for a week and a half prior to the Petition Date.  During that time, Cole Schotz did not raise its billing rates.  The material financial terms for the pre-petition engagement remain the same as those disclosed in the Application, as that engagement was undertaken on an hourly-fee basis.

**Question:**      Has your client approved your prospective budget and staffing plan, and, if so for what budget period?

Response:       Cole Schotz is currently formulating a budget and staffing plan, which it will review with the Debtors.

34.     No promises have been received by Cole Schotz nor any member or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

35.     Pursuant to section 504 of the Bankruptcy Code, no agreement or understanding exists between Cole Schotz and any other person to share any compensation or reimbursement of expenses to be paid to Cole Schotz in these proceedings.

36.     The proposed engagement of Cole Schotz is not prohibited by Bankruptcy Rule 5002.

37.     Cole Schotz will abide by the terms of any orders entered in these cases governing the compensation and reimbursement of professionals for services rendered and charges and disbursements incurred.

38.     By reason of the foregoing, I believe Cole Schotz is eligible for employment and retention by the Debtors pursuant to section 327(a) of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2022

*/s/ Michael D. Sirota*
MICHAEL D. SIROTA

14

## EXHIBIT 1

**Redacted Entity List**

**List of Schedules**

| Schedule | Category |
| --- | --- |
| 1(a) | Debtors & Affiliates |
| 1(b) | Current and Former Directors & Officers |
| 1(c) | Equity Holders |
| 1(d) | Bankruptcy Professionals |
| 1(e) | Banks |
| 1(f) | Custodians |
| 1(g) | Exchanges / Marketplaces |
| 1(h) | Government, Taxing Authorities, and Regulatory Agencies |
| 1(i) | Indenture Trustee |
| 1(j) | Insurance |
| 1(k) | Joint Provisional Liquidators |
| 1(l) | JV Partners |
| 1(m) | Litigation Counterparties |
| 1(n) | Loan Counterparties |
| 1(o) | Non-Debtor Professionals |
| 1(p) | Notice of Appearance Parties |
| 1(q) | Ordinary Course Professionals |
| 1(r) | Potential M&A Transaction Counterparties |
| 1(s) | Significant Clients[1] |
| 1(t) | Significant Vendors |
| 1(u) | Top 50 Unsecured Creditors |
| 1(v) | US Trustee Personnel, Judges, and Court Contacts for the District of New Jersey |
| 1(w) | Utilities |

---

[1] The Debtors have more than approximately 700,000 retail and institutional clients.  Due to the large number of the Debtors' clients, Cole Schotz limited its search of its electronic database to only those Debtors' clients who hold digital assets in an amount of at least $250,000 on an aggregate basis in their rehypothecated accounts as of the Petition Date.

# SCHEDULE 1(a)

## **Debtors & Affiliates**

BlockFi Asia Pte. Ltd. (Singapore)
BlockFi Cayman LLC
BlockFi Holding UK Ltd. (England & Wales)
BlockFi Inc.
BlockFi International Ltd
BlockFi Investment Products
BlockFi Lending II LLC
BlockFi Lending LLC
BlockFi Management LLC
BlockFi Services Inc.
BlockFi Trading LLC
BlockFi Ventures LLC
BlockFi Wallet
BlockFi Wallet LLC
BV Power Alpha LLC

## SCHEDULE 1(b)

### Current and Former Directors & Officers

Carr, Alan J.
Corrie, Pamela B.
Frizzley, Jill
Hill, Jennifer
Lauro, Tony
Marquez, Florencia
Prince, Zachary
Tepner, Harvey L.
Vogel, Scott D.
[Confidential]

# SCHEDULE 1(c)

## Equity Holders

2021 Fintech Industry Fund LLC
3 Arrows Capital
A210Z Capital LLC
aCrew Diversify Capital Executive Fund (A) LP
aCrew Diversify Capital Executive Fund LP
aCrew Diversify Capital Fund (A) LP
aCrew Diversify Capital Fund (G) LP
aCrew Diversify Capital Fund LP
Akuna Capital
Akuna Ventures LLC
Altive Master Fund SPC - Altive Pisces Fund SP
Arrington XRP Capital
Arrington XRP Capital Cayman SPV Ltd.
Atreides Foundation Master Fund LP
AVG - PAV BlockFi 2020 Trust
AVGF-PAV1-BlockFi 2018 LLC
Avon Venture Fund I LP
Avon Ventures
Bain Capital Venture Coinvestment Fund II LP
Bain Capital Venture Fund 2021 LP
Bain Capital Ventures
Base10 Advancement Initiative I LP
BC/BL Holdco LLC
BCIP Venture Associates II LP
BCIP Venture Associates II-B LP
BCIP Ventures Associates II LP
BCIP Ventures Associates II-B LP
BCV 2019-MD Coinvestment II LP
BCV 21 Innovators Fund LP
BF, a series of Factorial Funds I LLC
BL Fund I
BL Fund I, a series of AHP Investments LP
BL Fund II, a Series of AHP Investments LP
BLF 107, a series of SAX Capital Series Fund V LP
Blythe Ventures Pty. Ltd.
Bracket Capital
Cadenza Ventures Opportunities Fund LP (Series B)

Castle Island
Castle Island Ventures I LP
Castle Island Ventures I-A LP
CIV Opportunity Series Co-Invest I LP
CIV Opportunity Series Co-Invest I LP - (Series 2)
CMS
CMS Holdings LLC
CMT Digital
CMT Digital Investments I LLC – Series 3
CMT Digital Ventures Fund I LLC
Coinbase Global Inc.
Coinbase Ventures
ConsenSys
ConsenSys Fund I LP
Delly VC LLC
Disruptive Innovation Fund LP
Dolly VC LLC
EquityZen Growth Technology Fund LLC - Series 1054
EquityZen Growth Technology Fund LLC - Series 1070
EquityZen Growth Technology Fund LLC - Series 1189
EquityZen Growth Technology Fund LLC - Series 1274
Formic Ventures LLC
Fort Schuyler Ventures LLC
FTX
Gaingels
Gaingels BlockFi 2021 LLC
Gaingels BlockFi LLC
Gaingels Gill BlockFi LLC
Galaxy Digital
Gemini Investments LP
Goanna Capital 21Q LLC
Harvard Management Private Equity Corp.
HashKey
HashKey Fintech Investment Fund LP
HDR Cadenza Management Ltd.
HRT
HRT Research LLC

HS Investments IV Ltd.
Hyperion Capital LLC
Hyperion Capital Ltd.
IL2BF, a series of Investlink Holdings
JCDP-6 AI LLC
JCDP-6 QP LLC
Jump Capital
Kenetic
Kenetic Advisors Ltd.
Kenetic Holdings Ltd.
Kristal Advisors (SG) Pte. Ltd.
LBP Fi III LLP
LeadBlock Partners (GP) Sarl
LIEC Invest AG
Linqto Liquidshares LLC
Morgan Creek Blockchain Opportunities
    Fund II LP
Morgan Creek Blockchain Opportunities
    Fund LP
Morgan Creek Capital Management
Morgan Creek Consumer Opportunities
    Fund LP
Morgan Creek Digital Fund III LP
Morgan Creek Private Opportunites Fund
    LLC Series H - BlockFi
Morgan Creek Private Opportunities LLC
    Series K - BlockFI
MyAsiaVC BLF 157, a series of SAX
    Capital Series Fund III LP
NO Investments LLC
Ocean Capital GmbH
Ocean Fidelity GmbH
Olola Investments Pty Ltd.
OÜ Notorious
Paradigm
Paradigm Fund LP
ParaFi Capital
ParaFi Private Opportunities LLC – Series F
Park West Investors Master Fund Ltd.
Park West Partners International Ltd.
PJC
PJC Blockfi SPV LLC
Point Judith Venture Fund IV LP
Polka Dot Ventures Pty Ltd.
Pomp Bracket Digital Assets I LLC
Pomp Bracket Digital Assets II LLC

Pomp Bracket Digital Assets III LLC
Purple Arch Ventures
RCapital BlockFi I, a Series of Republic
    Capital Master Fund LP
Recruit Strategic Partners Inc.
RSP Fund VI LLC
Sand Dune Investments LLC
SCB 10X Co. Ltd.
SGP Governance
SLV BlockFi Holding LLC
Social Finance Inc.
SoFi
Susquehanna Government Products LLLP
Sustainable Governance Partners LLC
Tayenthal Ventures UG
TB Asset Management GmbH
The Midnight, a Third Prime Series LLC
    (Series: BlockFi)
Third Prime
Tiger Global
Tiger Global Management LLC
Tiger Global PIP 14-7 LLC
Tiny Orange LLC
TONA Investments LP
Trustees of Columbia University
Trustees of Columbia University in the City
    of New York, The
TVC
TVC X, a series of The Venture Collective
    Holdings LLC
TVC XVII, a series of The Venture
    Collective Holdings LLC
Valar Co-Invest 10 LP
Valar Co-Invest 11 LP
Valar Co-Invest 12 LP
Valar Fund V LP
Valar Fund VII LP
Valar Principals Fund V LP
Valar Velocity Fund 2 LP
Valar Ventures LP
Vanderbilt University, The
Winklevoss Capital
Winklevoss Capital Fund LLC
Winklevoss Capital Management LLC
[Confidential]

# SCHEDULE 1(d)

## **Bankruptcy Professionals**

Berkeley Research Group
Cole Schotz PC
Haynes and Boone LLP
Kroll Inc.
Kroll Legal
Kroll Restructuring Administration LLC
Moelis & Co.

## SCHEDULE 1(e)

### Banks

BCB Bancorp Inc.
Capital Union Bank Ltd.
Centre Consortium
FOMO Pay
Signature Bank
Silicon Valley Bank
Silvergate Bank

# SCHEDULE 1(f)

## Custodians

Anchorage Digital Bank NA
BitGo
Blockdaemon
Coinbase
Deribit
Elwood Technologies Services Ltd.
Fidelity Digital Assets Services LLC
Fireblocks
Fireblocks Inc.
Fireblocks International
Fireblocks Lending
Fireblocks Wallet
Gemini
Gemini Lending LLC
Gemini Trust Co. LLC
Kraken
Paxos

# SCHEDULE 1(g)

## Exchanges / Marketplaces

Binance
BitFinex
BitMex
ByBit
Celsius Network Ltd.
Coinbase
CoinLoan
Compound Treasury
Crypto.com
Fernhill Corp.
Fidelity Prime
FTX
FTX International
FTX Trading Ltd.
Huobi
Kraken
KuCoin
LMAX
LooksRare
Nexo
Nifty Gateway
OKX
OpenSea
Quadriga
Robinhood
Tagomi Systems Inc.
Terra
Voyager Digital
Wintermute Ltd.

# SCHEDULE 1(h)

## Government, Taxing Authorities, and Regulatory Agencies

Alabama, State of, Attorney General
Alabama, State of, Department of Labor
Alabama, State of, Department of Revenue
Alaska, State of, Attorney General
Alaska, State of, Department of Labor &
   Workforce Development
Alaska, State of, Department of Revenue
Arizona, State of, Attorney General
Arizona, State of, Department of Revenue
Arizona, State of, Industrial Commission
Arkansas, State of, Attorney General
Arkansas, State of, Department of Finance
   & Administration
Arkansas, State of, Department of Labor
Bermuda Monetary Authority
California, State of, Attorney General
California, State of, Division of Labor
   Standards Enforcement & the Office of
   the Labor Commissioner
California, State of, State Board of
   Equalization
Colorado, State of, Attorney General
Colorado, State of, Department of Labor &
   Employment
Colorado, State of, Department of Revenue
Connecticut, State of, Attorney General
Connecticut, State of, Department of Labor
Connecticut, State of, Department of
   Revenue Services
Delaware, State of, Attorney General
Delaware, State of, Department of Labor
Delaware, State of, Division of Revenue
Financial Action Task Force
Florida, State of, Attorney General
Florida, State of, Department of Revenue
Florida, State of, Division of Workforce
   Services
Georgia, State of, Attorney General
Georgia, State of, Department of Labor
Georgia, State of, Department of Revenue
Hawaii, State of, Attorney General

Hawaii, State of, Department of Labor &
   Industrial Relations
Hawaii, State of, Department of Taxation
Idaho, State of, Attorney General
Idaho, State of, Department of Labor
Idaho, State of, State Tax Commission
Illinois, State of, Attorney General
Illinois, State of, Department of Labor
Illinois, State of, Department of Revenue
Indiana, State of, Attorney General
Indiana, State of, Department of Labor
Indiana, State of, Department of Revenue
Iowa, State of, Attorney General
Iowa, State of, Department of Revenue &
   Finance
Iowa, State of, Labor Services Division
Kansas, State of, Attorney General
Kansas, State of, Department of Labor
Kansas, State of, Department of Revenue
Kentucky, Commonwealth of, Attorney
   General
Kentucky, Commonwealth of, Labor
   Cabinet
Kentucky, Commonwealth of, Revenue
   Cabinet
Louisiana, State of, Attorney General
Louisiana, State of, Department of Revenue
Louisiana, State of, Workforce Commission
Maine, State of, Attorney General
Maine, State of, Department of Labor
Maine, State of, Revenue Services,
   Compliance Division
Maryland, State of, Attorney General
Maryland, State of, Department of Labor,
   Licensing & Regulation
Massachusetts, Commonwealth of, Attorney
   General
Massachusetts, Commonwealth of,
   Department of Revenue
Massachusetts, Commonwealth of,
   Executive Office of Labor & Workforce
   Development

Massachusetts, Commonwealth of, Fair
Labor Division, Office of The Attorney
General

Michigan, State of, Attorney General

Michigan, State of, Department of Licensing
& Regulatory Affairs

Michigan, State of, Department of Treasury

Minnesota, State of, Attorney General

Minnesota, State of, Department of Labor &
Industry

Minnesota, State of, Department of Revenue

Mississippi, State of, Attorney General

Mississippi, State of, Department of
Employment Security

Mississippi, State of, Tax Commission

Missouri, State of, Attorney General

Missouri, State of, Department of Revenue

Missouri, State of, Labor & Industrial
Relations Commission

Montana, State of, Attorney General

Montana, State of, Department of Labor &
Industry

Montana, State of, Department of Revenue

National Association of Attorneys General

Nebraska, State of, Attorney General

Nebraska, State of, Department of Labor

Nebraska, State of, Department of Revenue

Nevada, State of, Attorney General

Nevada, State of, Department of Business &
Industry

Nevada, State of, Department of Taxation

New Hampshire, State of, Attorney General

New Hampshire, State of, Department of
Labor

New Hampshire, State of, Department of
Revenue - Administration Unit

New Jersey, State of, Attorney General

New Jersey, State of, Department of Labor
& Workforce Development

New Jersey, State of, Department of
Treasury

New Mexico, State of, Attorney General

New Mexico, State of, Department of
Taxation & Revenue

New Mexico, State of, Department of Work
Force Solutions

New York, State of, Attorney General

New York, State of, Department of
Financial Services

New York, State of, Department of Labor

New York, State of, Department of Taxation
& Finance Bankruptcy Section

North Carolina, State of, Attorney General

North Carolina, State of, Department of
Labor

North Carolina, State of, Department of
Revenue

North Dakota, State of, Attorney General

North Dakota, State of, Department of Labor

North Dakota, State of, Tax Department

Ohio, State of, Attorney General

Ohio, State of, Department of Commerce

Ohio, State of, Department of Taxation

Oklahoma, State of, Attorney General

Oklahoma, State of, Department of Labor

Oklahoma, State of, Tax Commission

Oregon, State of, Attorney General

Oregon, State of, Bureau of Labor &
Industries

Oregon, State of, Department of Revenue

Pennsylvania, Commonwealth of, Attorney
General

Pennsylvania, Commonwealth of,
Department of Labor & Industry

Pennsylvania, Commonwealth of,
Department of Revenue, Office of Chief
Counsel

Puerto Rico, Commonwealth of, Attn:
Bankruptcy Department

Puerto Rico, Commonwealth of, Department
of The Treasury

Rhode Island, State of, Attorney General

Rhode Island, State of, Department of Labor
& Training

Rhode Island, State of, Department of
Revenue

South Carolina, State of, Attorney General

South Carolina, State of, Department of
Labor, Licensing & Regulations

South Carolina, State of, Department of
Revenue

South Dakota, State of, Attorney General

South Dakota, State of, Department of Labor & Regulation

South Dakota, State of, Department of Revenue

Tennessee, State of, Attorney General

Tennessee, State of, Department of Labor & Workforce Development

Tennessee, State of, Department of Revenue

Texas, State of, Attorney General

Texas, State of, Department of Revenue

Texas, State of, Workforce Commission

United States, Government of the, Attorney General

United States, Government of the, Commodities Futures Trading Commission

United States, Government of the, Department of Justice

United States, Government of the, Department of Labor, Division of Labor Standards Enforcement

United States, Government of the, Department of the Treasury, Internal Revenue Service

United States, Government of the, Department of Treasury

United States, Government of the, Department of Treasury, Office of Comptroller of Currency

United States, Government of the, Employment Services

United States, Government of the, Environmental Protection Agency Region 1 (CT, MA, ME, NH, RI, VT)

United States, Government of the, Environmental Protection Agency Region 10 (AK, ID, OR, WA)

United States, Government of the, Environmental Protection Agency Region 2 (NJ, NY, PR, VI)

United States, Government of the, Environmental Protection Agency Region 3 (DC, DE, MD, PA, VA, WV)

United States, Government of the, Environmental Protection Agency

Region 4 (AL, FL, GA, KY, MS, NC, SC, TN)

United States, Government of the, Environmental Protection Agency Region 5 (IL, IN, MI, MN, OH, WI)

United States, Government of the, Environmental Protection Agency Region 6 (AR, LA, NM, OK, TX)

United States, Government of the, Environmental Protection Agency Region 7 (IA, KS, MO, NE)

United States, Government of the, Environmental Protection Agency Region 8 (CO, MT, ND, SD, UT, WY)

United States, Government of the, Environmental Protection Agency Region 9 (AZ, CA, HI, NV)

United States, Government of the, Pension Benefit Guaranty Corp.

United States, Government of the, Securities and Exchange Commission

Utah, State of, Attorney General

Utah, State of, Labor Commission

Utah, State of, Department of Revenue

Vermont, State of, Attorney General

Vermont, State of, Department of Labor

Vermont, State of, Department of Taxes

Virginia, Commonwealth of, Attorney General

Virginia, Commonwealth of, Department of Labor & Industry

Virginia, Commonwealth of, Department of Revenue

Washington, D.C., Attorney General

Washington, D.C., Department of Employment Services

Washington, D.C., Office of Tax & Revenue

Washington, State of, Attorney General

Washington, State of, Department of Labor & Industries

Washington, State of, Department of Revenue, Taxpayer Account Administration

West Virginia, State of, Attorney General

West Virginia, State of, Division of Labor

West Virginia, State of, Department of
    Revenue
Wisconsin, State of, Attorney General
Wisconsin, State of, Department of
    Workforce Development
Wisconsin, State of, Department of
    Revenue, Customer Service Bureau
Wyoming, State of, Attorney General
Wyoming, State of, Department of
    Workforce Service
Wyoming, State of, Department of Revenue

# SCHEDULE 1(i)

## __Indenture Trustee__

Ankura Trust Co. LLC

# SCHEDULE 1(j)

## <u>Insurance</u>

ACE American Insurance Co.
Arch Insurance Co.
Atlantic Specialty Insurance Co.
AXA XL Specialty Insurance Co.
AXIS Insurance Co.
Beazley Group
Berkley Insurance Co.
Berkshire Hathaway Specialty Insurance
Berkshire
Endurance American Insurance Co.
Illinois National Insurance Co.
Princeton Excess & Surplus Lines Insurance Co., The
Relm Insurance Ltd.
Scottsdale Insurance Co.
Tokio Marine HCC
Westchester Surplus Lines Insurance Co.

# SCHEDULE 1(k)

## **Joint Provisional Liquidators**

EY Bermuda Ltd.
EY Cayman Ltd.
[Confidential]

# SCHEDULE 1(l)

## **JV Partners**

VCV Digital Infrastructure Alpha LLC

## SCHEDULE 1(m)

### Litigation Counterparties

Core Scientific
ED&F Man Capital Markets Inc.
Emergent Fidelity Technologies Ltd.
Lake Kentish & Bennett Inc.
Luna
Pulsar Global Ltd.
Quantuma Advisory Ltd.
[Confidential]

# SCHEDULE 1(n)

## Loan Counterparties

Akuna Digital Assets LLC
Alameda Research Ltd.
Altana Strategy 1
Auros Tech Ltd.
BK Offshore Fund Ltd.
Core Scientific
Cumberland DRW LLC
Druk Holding & Investments Ltd.
Elevated Returns LLC
Fasanara Investments SCSp
Flow Traders BV
Galaxy Digital LLC
GoldenCoin Cayman LLC
GoldenCoin LLC
HRTJ Ltd.
JSCT Cayman
Kenetic Holdings Ltd.
Lakeside Trading LLC
Mountain Cloud Global Ltd.
Noom Ltd.
Payward Inc.
POINT95 Global (Hong Kong) Ltd.
Portofino Technologies AG
PrimeBlock Operations LLC
QED Capital LLC
VCV Digital Infrastructure Alpha LLC
Virtu Financial Singapore Pte. Ltd.
[Confidential]

# SCHEDULE 1(o)

## **Non-Debtor Professionals**

Boyle & Valenti Law PC
Gibbons PC
Gorski & Knowlton PC
Hogan Lovells US LLP
McElroy Deutsch Mulvaney & Carpenter LLP
Morgan Lewis & Bockius LLP
Quinn Emanuel Urquhart & Sullivan LLP
Severson & Werson PC

# SCHEDULE 1(p)

## Notice of Appearance Parties

[Confidential]

# SCHEDULE 1(q)

## Ordinary Course Professionals

Advokatfirmae Schjodt AS
Allen & Overy LLP
Bradley Arant Boult Cummings LLP
Brody & Browne LLP
CFGI, LLC
CohnReznick LLP
Conyers Dill & Pearman LLP
Covington & Burling LLP
CrowdStrike Inc.
Davis Polk & Wardwell LLP
Deloitte & Touche LLP
Deloitte Tax LLP
Details Management Ltd.
Downs Rachlin Martin PLLC
Germano Law LLC
Gunderson Dettmer Stough Villeneuve
    Franklin & Hachigian LLP
Hodgson Russ LLP
Hogan Lovells International LLP
Holland & Knight LLP
Intralinks Inc.
Johnson Gardiner, Attorneys At Law
Katten Muchin Rosenman LLP
King & Spalding LLP
KPMG LLP
Linklaters LLP
Linklaters Singapore Pte. Ltd.
Littler Mendelson PC
Locke Lord LLP
Manatt Phelps & Phillips LLP
Maynard Cooper & Gale PC
McAfee & Taft, a Professional Corp.
McLeod Law LLP
Mintz Levin Cohn Ferris Glovsky & Popeo
    PC
Morris Nichols Arsht & Tunnell LLP
North River Global LLC
Osler Hoskin & Harcourt LLP
Pensionmark Financial Group LLP
Perkins Coie LLP
PKF O'Connor Davies LLP
Rath Young & Pignatelli PC

Richards & Co.
Rose Law Firm
Schjodt LLP
Simmons & Simmons LLP
Starn O'Toole Marcus & Fisher
Stikeman Elliott LLP
Stoll Keenon Ogden PLLC
Sullivan & Cromwell LLP
Taller Technologies
Walkers (Bermuda) Ltd.
Ward & Smith PA
White & Case LLP
Willis Towers Watson PLC
Y Partners

# SCHEDULE 1(r)

## Potential M&A Transaction Counterparties

[Confidential]

# SCHEDULE 1(s)

## **Significant Clients**

[Confidential]

# SCHEDULE 1(t)

## **Significant Vendors**

| | |
|---|---|
| Accertify Inc. | DHL |
| Accuity Inc. | DigiCert Inc. |
| Airbase Inc. | Docker Inc. |
| Airgas Inc. | Donnelley Financial Solutions Inc. |
| Alder | Dovetail Digital Ltd. |
| Alteryx Inc. | Duco Tech Inc. |
| Amazon Web Services Inc. | DVORA |
| Amazon.com Inc. | Eden Network |
| Andco Consulting | Embroker Inc. |
| Aniket Ltd. | Evolve Bank & Trust |
| Aon (Bermuda) Ltd. | FedEx Corp. |
| Aon plc | Financial Conduct Authority |
| AT&T Inc. | Fireblocks Inc. |
| Atlassian Corp. | First & 42nd |
| Auth0 Inc. | Fly Over the City |
| BambooHR LLC | FTX Trading Ltd. |
| Bandalier Inc. | Gemini Trust Co. |
| BitGo Holdings Inc. | GitHub |
| Blockdaemon Inc. | Global PPL Pte. Ltd. |
| Blockstream Corp. Inc. | Google |
| Bloomberg Finance LP | Google Cloud |
| Brex Inc. | Google G Suite |
| C Street Advisory | Google Voice Inc. |
| Canon Inc. | Google Workspace |
| Capital Properties Inc. | GoTo Technologies USA Inc. |
| Carta Inc. | Grant Thornton LLP |
| CF Benchmarks Ltd. | Great-West Trust Co. LLC |
| Chainalysis Inc. | Hummingbird Regtech Inc. |
| Cloudflare Inc. | iConnections LLC |
| Cogency Global Inc. | Impact Tech Inc. |
| Cogent Communications Holdings Inc. | Irish Life |
| Coinbase Global Inc. | Iron Mountain Inc. |
| Coralisle Pension Services Ltd. | Ironclad |
| CrowdStrike Inc. | JAMF Software |
| Crown Castle Inc. | KISI Inc. |
| CSC | Microsoft Corp. |
| Culture Amp Inc. | Modern Treasury Corp. |
| Datadog Inc. | Monday.com Ltd. |
| Deel | Nest Workplace Pension Scheme |
| Delaware, State of, Franchise Tax | NMLS |
| Deserve Inc. | Nomics Inc. |
| Details Management Ltd. | NordVPN SA |

Okta Inc.
Papaya Global Inc.
Paperless Inc.
Pensionmark Financial Group
Persona Inc.
Phinx Consultants
Phinx Consultants Group
Phinx/Fleet
Pulumi Corp.
Quench USA Inc.
Regus plc
Round Robin App
Sage Intacct Inc.
Scratch
Scratch Services LLC
Slack Technologies LLC
Splunk Inc.
Stripe Inc.
Taller Technologies
TaxBit Inc.
Thomson Reuters - West
Tiger Consulting Ltd.
TriNet
TriNet Group Inc.
United States Postal Service
Unqork Inc.
UPS Store Inc., The
Visa Inc.
Visa USA Inc.
West Realm Shires Inc.
WeWork Nashville
Y Partners
Zapier Inc.
Zendesk Inc.
ZVI Brener Enterprises

## SCHEDULE 1(u)

### Top 50 Unsecured Creditors

Ankura Trust Co. LLC, as Trustee for the
    Indenture dated as of February 28, 2022
United States, Government of the, Securities
    & Exchange Commission
Vrai Nom Investment Ltd.
West Realm Shires Inc.
[Confidential]

# SCHEDULE 1(v)

## US Trustee Personnel, Judges, and Court contacts for the District of New Jersey

Kaplan, Judge Michael B.
[Confidential]

# SCHEDULE 1(w)

## **Utilities**

AT&T
Cogent Communications
Crown Castle
Paperless Inc.

## **EXHIBIT 2**

### **Redacted Disclosure List**

| **Name of Entity Searched** | **Name of Entity and/or Affiliate of Entity that is a Cole Schotz Client** | **Status of Representation** |
|---|---|---|
| ACE American Insurance Co. (Chubb) | Ace American Insurance Company | Former Client |
| Ankura | Ankura Consulting | Former Client |
| Ankura Trust Company LLC | Ankura Consulting | Former Client |
| Atlantic Specialty Insurance Company | Vector Building Corp. | Current Client |
| Bain Capital Venture Coinvestment Fund II, LP | Bain Capital Credit | Current Client |
| Bain Capital Venture Fund 2021, L.P. | Bain Capital Credit | Current Client |
| Bain Capital Ventures | Bain Capital Credit | Current Client |
| BCB | BCB Community Bank | Current Client |
| Berkshire | Northern Natural Gas Company | Former Client[*] |
| Bloomberg Finance LP | Bloomberg LP | Former Client |
| Cohn Reznick LLP | Cohn Reznick | Former Client |
| California Division of Labor Standards Enforcement and the Office of the Labor Commissioner | The People of the State of California | Former Client[*] |
| California State Board of Equalization | The People of the State of California | Former Client |
| State of California Attorney General | The People of the State of California | Former Client |
| Celsius Network Ltd | Celsius Network, Inc. | Former Client |
| Dvora | Dvora Life, LLC | Current Client[†] |
| Illinois National Insurance Co. (AIG) | Northern Natural Gas Company | Former Client[*] |
| The Princeton Excess and Surplus Lines Insurance Co. (Munich Re) | Northern Natural Gas Company | Former Client[*] |

---

[*] Cole Schotz has an advance waiver permitting it to appear adverse to those clients marked with one asterisk.

[†] Cole Schotz has not been able to determine whether the entity searched is related to the referenced Cole Schotz client and is disclosing this potential relationship out of an abundance of caution.

| Regus | Regus Management Group | Current Client[†] |
|---|---|---|
| Thomson Reuters - West | Tradeweb Markets | Former Client |
| █████ | ████████ | Current Client |
| | | Current Client*[†] |
| ███████ | █████ | Former Client |
| ████████ | ██████ | Former Client[†] |
| █████ | ███████ | Current Client[†] |
| ████ | ██████ | Current Client |
| ███ | ████████ | Former Client* |
| ███ | ██████ | Former Client[†] |
| ████ | ████ | Former Client[†] |
| ████████ | ████████ | Current Client[†] |
| ████████ | █████ | Current Client[†] |
| ██ | █████ | Current Client[†] |
| ███████ | █████ | Former Client[†] |
| ████ | ██████ | Former Client |

65365/0001-44209253v4