**PROPOSED ORDER**

65365/0001-44209253v4

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
(201) 489-1536 Facsimile
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (pro hac vice pending)
Christine A. Okike, P.C. (pro hac vice pending)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (pro hac vice pending)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Proposed Attorneys for Debtors and Debtors in Possession*

In re:

BLOCKFI INC., *et al*.,

Debtors.[1]

Chapter 11
Case No. 22-19361 (MBK)
(Jointly Administered)

### ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through four (4), is hereby **ORDERED**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

65365/0001-44209253v4

(Page 2)
Debtors:            BLOCKFI INC., *et al.*
Case No.            22- 19361(MBK)
Caption of Order:   ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE
                    SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC
                    PRO TUNC* TO THE PETITION DATE

---

Upon the application (the "**Application**")[2] of BlockFi Inc. and its debtor affiliates, as debtors

and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"),

pursuant to sections 327(a), 329, and 330 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local

Rule 2014-1, authorizing the Debtors to employ and retain Cole Schotz P.C. ("**Cole Schotz**") as their

New Jersey counsel in these proceedings *nunc pro tunc* to the Petition Date; and the Court having

jurisdiction to decide the Application and the relief requested therein in accordance with 28. U.S.C. §§

157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title* 11of the United

States District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.); and

consideration of the Application and the relief requested therein being a core proceeding pursuant to

28 U.S.C. § 157(b)(2), and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

1409; and notice of the Application having been given as provided in the Application, and such notice

having been adequate and appropriate under the circumstances; and it appearing that no other or further

notice of the Application need be provided; and upon the Declarations of Michael D. Sirota, Esq. and

Zachary Prince in support thereof; and the Court being satisfied that Cole Schotz does not hold or

represent any interest adverse to the Debtors, their estates, or their creditors, and is a disinterested

person within the meaning of sections 327 and 101(14) of the Bankruptcy Code, and that said

employment would be in the best interest of the Debtors, their respective estates and creditors, and all

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

(Page 3)
Debtors:              BLOCKFI INC., *et al*.
Case No.              22- 19361(MBK)
Caption of Order:     ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE
                      SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC
                      PRO TUNC* TO THE PETITION DATE

---

parties-in-interest, and that the legal and factual bases set forth in the Application establish just cause

for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is **GRANTED** to the extent set forth herein.

2.      In accordance with sections 327(a), 329, and 330 of the Bankruptcy Code, the Debtors

are hereby authorized and empowered to employ and retain Cole Schotz as their New Jersey counsel

in these chapter 11 cases effective as of the Petition Date.

3.      Any and all compensation to be paid to Cole Schotz for services rendered on the

Debtors' behalf, including compensation for services rendered in connection with the preparation of

the petition and accompanying papers, shall be fixed by application to this Court in accordance with

sections 330 and 331 of the Bankruptcy Code, such Federal Rules and Local Rules as may then be

applicable, and any orders entered in these cases governing the compensation and reimbursement of

professionals for services rendered and charges and disbursements incurred.  Cole Schotz also shall

make a reasonable effort to comply with the U.S. Trustee Guidelines, both in connection with the

Application and the interim and final fee applications to be filed by Cole Schotz in the chapter 11 cases.

4.      In order to avoid any duplication of effort and provide services to the Debtors in the

most efficient and cost-effective manner, Cole Schotz shall coordinate with Haynes and Boone, LLP,

Kirkland & Ellis LLP, Kirkland & Ellis International LLP and any additional firms the Debtors retain

regarding their respective responsibilities in these chapter 11 cases.

65365/0001-44209253v4

(Page 4)
Debtors:               BLOCKFI INC., *et al.*
Case No.               22- 19361(MBK)
Caption of Order:      ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE
                       SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC
                       PRO TUNC* TO THE PETITION DATE

---

5.      Prior to applying any increases in its hourly rates beyond the rates set forth in the

Application, Cole Schotz shall provide ten (10) days' prior notice of any such increases to the Debtors,

the United States Trustee, and any official committee appointed in the Debtors' chapter 11 cases.

6.      The Debtors are authorized to take all action necessary to carry out this Order.

7.      This Court shall retain jurisdiction to hear and determine all matters arising from or

related to the implementation, interpretation, and/or enforcement of this Order.