| Information to identify the case: | | |
|---|---|---|
| Debtor __BlockFi Inc., et al._____<br>         Name | | EIN: __82-2390015__ |
| United States Bankruptcy Court for the District of New Jersey<br>                                                                                   (State) | | Date cases filed for chapter 11: __11__ / __28__/ __2022__<br>                                                        MM / DD / YYYY |
| Case number:    __22-19361, Jointly Administered___ | | |

Official Form 309F (For Corporations or Partnerships)

# Amended Notice of Chapter 11 Bankruptcy Cases                          02/20

**For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered for each Debtor. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected on the website created by Claims and Noticing Agent Kroll Restructuring Administration LLC ("Kroll") for these chapter 11 cases at https://restructuring.ra.kroll.com/blockfi, the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Telephonic inquiries may be directed to Kroll at (888) 773-0375 (toll-free), (646) 440-4371 (international).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. | **Debtors' full names:**<br>BlockFi Inc                    EIN: 82-2390015      Case No. 22-19361 (MBK)<br>BlockFi Trading LLC            EIN: 84-1942487      Case No. 22-19363 (MBK)<br>BlockFi Lending LLC            EIN: 61-1865017      Case No. 22-19365 (MBK)<br>BlockFi Wallet LLC             EIN: 87-2213231      Case No. 22-19366 (MBK)<br>BlockFi Ventures LLC           EIN: 86-3099937      Case No. 22-19367 (MBK)<br>BlockFi International Ltd.     EIN: N/A              Case No. 22-19368 (MBK)<br>BlockFi Services Inc.          EIN: 87-2245965      Case No. 22-19370 (MBK)<br>BlockFi Lending II LLC         EIN: 87-3160154      Case No. 22-19374 (MBK) | |
| 2. | **All other names used in the last 8 years**     N/A | |
| 3. | **Address Applicable to all Debtors**     201 Montgomery Street, Suite 263<br>                                          Jersey City, NJ 07302 | |
| 4. | **Debtors' attorneys**<br><br>     MICHAEL SIROTA, ESQ. (NJ BAR NO. 014321986)<br>     COLE SCHOTZ PC<br>     25 MAIN STREET<br>     HACKENSACK, NEW JERSEY 07601<br>     MSIROTA@COLESCHOTZ.COM<br><br>     JOSHUA A. SUSSBERG, P.C.<br>     CHRISTINE A. OKIKE, P.C.<br>     KIRKLAND & ELLIS LLP<br>     601 LEXINGTON AVENUE<br>     NEW YORK, NEW YORK 10022<br>     JSUSSBERG@KIRKLAND.COM<br>     CHRISTINE.OKIKE@KIRKLAND.COM | **Debtors' notice and claims agent (for court documents and case information inquiries):**<br><br>**KROLL**<br><br>Website: **https://restructuring.ra.kroll.com/blockfi**<br><br>Email Inquiries: **blockfiinfo@ra.kroll.com**<br><br>Hotlines:<br>Toll Free - (888) 773-0375; International - (646) 440-4371 |

| Information to identify the case: | | |
|---|---|---|
| | RICHARD S. KANOWITZ (NJ BAR NO. 047911992)<br>KENRIC D. KATTNER<br>HAYNES AND BOONE, LLP<br>30 ROCKEFELLER PLAZA, 26TH FLOOR<br>NEW YORK, NEW YORK 10112<br>TELEPHONE:<br>RICHARD.KANOWITZ@HAYNESBOONE.COM<br>KENRIC.KATTNER@HAYNESBOONE.COM | |
| 5. **Bankruptcy clerk's office**<br>Documents in these cases may be filed at this address. You may also inspect all records filed in these cases at this office or online at www.pacer.gov, or free of charge on the website for these chapter 11 cases at https://www.njb.uscourts.gov | Clarkson S. Fisher Building & U.S. Courthouse<br>402 East State Street,<br>Trenton, NJ 08608 | **Hours:** Mon-Fri. 8:30 4:00 (ET)<br><br>**Contact phone:** Please contact Kroll, the court-appointed claims agent, by calling (888) 773-0375 (toll-free), (646) 440-4371 (international). |
| 6. **Meeting of creditors**<br>The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | Friday, January 20, 2023 at 10:00 a.m. (ET)<br><br>**BY TELEPHONE**: dial in - 888-946-3502; passcode - 5743575<br><br>The 341 meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | |
| 7. **Proof of claim deadline** | **Deadline for filing proof of claim**<br>**For all creditors (except a governmental unit):**<br>**For a governmental unit:** | Not yet set. If a deadline is set, the court or Kroll will send you another notice. |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov, any bankruptcy clerk's office or on the case website at https://restructuring.ra.kroll.com/blockfi. Completed proofs of claim may be submitted to Kroll, as the official claims agent for these cases.<br><br>**If by First-Class Mail:**<br><br>BlockFi Inc. Claims Processing Center<br><br>c/o Kroll Restructuring Administration LLC<br><br>Grand Central Station, PO Box 4850<br><br>New York, NY 10163-4850<br><br>**If by overnight courier or hand delivery:**<br><br>BlockFi Inc. Claims Processing Center<br><br>c/o Kroll Restructuring Administration LLC<br><br>850 3rd Avenue, Suite 412<br><br>Brooklyn, NY 11232<br><br>**Or you may file your claim electronically on the case website:**<br>**https://restructuring.ra.kroll.com/blockfi or with the bankruptcy court at the following website:**<br>**www.njb.uscourts.gov and clicking on "Proof of Claim Filing"**<br><br>Your claim will be allowed in the amount scheduled unless:<br>- your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>- you file a proof of claim in a different amount; or<br>- you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office, the case website at **https://restructuring.ra.kroll.com/blockfi** or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can | |

| Information to identify the case: | |
|---|---|
| | explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. **Exception to discharge deadline** <br><br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint:** N/A |
| 9. **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |