**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BlockFi Inc., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Moheen Ahmad, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 19, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor Withdrawals from Wallet Accounts, (B) Update the User Interface to Properly Reflect Transactions and Assets as of the Platform Pause, and (C) Conduct Ordinary Course Reconciliation of Accounts, and (II) Granting Related Relief [Docket No. 121]

- Debtors' Motion for Entry of an Order Authorizing and Approving Procedures for Rejection of Executory Contracts and Unexpired Leases [Docket No. 122]

- Debtors' Motion for Entry of an Administrative Fee Order Establishing Procedures for the Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court [Docket No. 123]

- Debtors' Motion for Entry of an Order Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business [Docket No. 124]

- Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Continue Servicing and Administration Activities in the Ordinary Course of Business with Respect to the Debtors' Institutional Loan Portfolio and Granting Related Relief and (II) Authorizing and Establishing Procedures Regarding the Restructuring, Settlement, or Other Modifications of Institutional Loans and Loan Obligations [Docket No. 125]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

- Declaration of Mark A. Renzi in Support of Debtors' Second Day Motions [Docket No. 126]

- Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Transaction Parties in Interest Related to the Debtors' Professional Retention Applications [Docket No. 127]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: December 22, 2022,

/s/ *Moheen Ahmad*
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 22, 2022, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**<u>Exhibit A</u>**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| INDENTURE TRUSTEE | ANKURA TRUST COMPANY, LLC | ATTN: GENERAL COUNSEL<br>140 SHERMAN STREET<br>4TH FLOOR<br>FAIRFIELD CT 06824 | | First Class Mail |
| TOP 50 CREDITORS | ANKURA TRUST COMPANY, LLC, AS TRUSTEE FOR THE INDENTURE DATED AS OF FEBRUARY 28, 2022 | | james.mcginley@ankura.com | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| COUNSEL TO GE SONG | BOYLE & VALENTI LAW, P.C. | ATTN: CARRIE J. BOYLE, ESQ.<br>1940 ROUTE 70 EAST<br>SUITE 4<br>CHERRY HILL NJ 08003 | cboyle@b-vlaw.com | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| COUNSEL TO THE DEBTORS | COLE SCHOTZ P.C. | ATTN: FELICE R. YUDKIN, REBECCA W. HOLLANDER, MICHAEL D. SIROTA<br>25 MAIN STREET<br>HACKENSACK NJ 7601 | FYudkin@coleschotz.com<br>RHollander@coleschotz.com<br>Msirota@coleschotz.com | Email |
| STATE ATTORNEY GENERAL | COMMONWEALTH OF PUERTO RICO | ATTN: BANKRUPTCY DEPARTMENT<br>APARTADO 9020192<br>SAN JUAN PR 00902-0192 | | First Class Mail |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 2 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DIVISION<br>290 BROADWAY<br>NEW YORK NY 10007-1866 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | ATTN: GENERAL COUNSEL<br>OFFICE OF GENERAL COUNSEL 2310A<br>1200 PENNSYLVANIA AVE NW, 2310A<br>WASHINGTON DC 20460 | | First Class Mail |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| GEORGE S. WYNNS, CREDITOR PRO SE | GEORGE S. WYNNS | ATTN: GEORGE S. WYNNS<br>124 BREWSTEER STREET<br>SAN FRANCISCO CA 94110 | georgewynns@gmail.com | Email |
| COUNSEL TO GEORGE J. GERRO | GORSKI & KNOWLTON PC | ATTN: CAROL L. KNOWLTON, ESQUIRE<br>311 WHITEHORSE AVENUE<br>SUITE A<br>HAMILTON NJ 08610 | cknowlton@gorskiknowlton.com | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | ADDRESS ON FILE | | First Class Mail |
| CO-COUNSEL TO DEBTORS | HAYNES AND BOONE, LLP | ATTN: J. FRASHER MURPHY, JORDAN E. CHAVEZ<br>2323 VICTORY AVE<br>SUITE 700<br>DALLAS TX 75219 | frasher.murphy@haynesboone.com<br>jordan.chavez@haynesboone.com | Email |
| CO-COUNSEL TO DEBTORS | HAYNES AND BOONE, LLP | ATTN: KENRIC D. KATTNER, KOURTNEY P. LYDA, RE'NECIA SHERALD<br>1221 MCKINNEY STREET<br>SUITE 4000 | kenric.kattner@haynesboone.com<br>kourtney.lyda@haynesboone.com<br>renecia.sherald@haynesboone.com | Email |
| CO-COUNSEL TO DEBTORS | HAYNES AND BOONE, LLP | ATTN: RICHARD S. KANOWITZ<br>30 ROCKEFELLER PLAZA<br>26TH FLOOR<br>NEW YORK NY 10112 | richard.kanowitz@haynesboone.com | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| COUNSEL TO ANKURA TRUST COMPANY, LLC AS INDENTURE TRUSTEE | HOGAN LOVELLS US LLP | ATTN: ROBERT A. RIPIN<br>390 MADISON AVE<br>NEW YORK NY 10017 | robert.ripin@hoganlovells.com | Email |
| COUNSEL TO SILVERGATE BANK | HOLLAND & KNIGHT LLP | ATTN: BARBRA R. PARLIN<br>31 WEST 52ND STREET<br>NEW YORK NY 10019 | barbra.parlin@hklaw.com | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET STREET<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE DEBTORS | KIRKLAND & ELLIS LLP | ATTN: ALEXANDER D. MCCAMON<br>300 NORTH LASALLE<br>CHICAGO IL 60654 | alexander.mccammon@kirkland.com | Email |
| COUNSEL TO THE DEBTORS | KIRKLAND & ELLIS LLP | ATTN: CHRISTINE A. OKIKE, FRANCIS PETRIE, JOSHUA SUSSBERG<br>601 LEXINGTON AVENUE | christine.okike@kirkland.com<br>francis.petrie@kirkland.com<br>jsussberg@kirkland.com | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GASTON P. LOOMIS<br>300 DELAWARE AVE<br>SUITE 1014<br>WILMINGTON DE 19801 | gloomis@mdmc-law.com | Email |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: JEFFREY BERNSTEIN<br>570 BROAD STREET<br>NEWARK NJ 07102 | jbernstein@mdmc-law.com | Email |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: NICOLE LEONARD<br>225 LIBERTY STREET<br>36TH FLOOR<br>NEW YORK NY 10281 | nleonard@mdmc-law.com | Email |
| COUNSEL TO NEW JERSEY BUREAU OF SECURITIES | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: VIRGINIA T. SHEA<br>1300 MT. KEMBLE AVENUE<br>PO BOX 2075<br>MORRISTOWN NJ 07962-2075 | vshea@mdmc-law.com | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| COUNSEL TO EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOHN C. GOODCHILD, III, MATTHEW C. ZIEGLER<br>1701 MARKET STREET<br>PHILADELPHIA PA 19103 | john.goodchild@morganlewis.com<br>matthew.ziegler@morganlewis.com | Email |
| COUNSEL TO EMERGENT FIDELITY TECHNOLOGIES LTD | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOSHUA DORCHAK, DAVID K. SHIM<br>101 PARK AVENUE<br>NEW YORK NY 10178 | joshua.dorchak@morganlewis.com<br>david.shim@morganlewis.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | kcordry@naag.org | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| COUNSEL TO THE STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: JASON B. BINFORD AND ROMA N. DESAI<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P. O. BOX 12548<br>AUSTIN TX 78711-2548 | jason.binford@oag.texas.gov<br>roma.desai@oag.texas.gov<br>public.information@oag.state.tx.us | Email |
| TN Dept of Commerce and Insurance | OFFICE OF THE TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DIVISION<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | consumer.affairs@tn.gov<br>gina.hantel@ag.tn.gov | First Class Mail |
| U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: LAUREN BIELSKIE, ESQ., JEFFREY M. SPONDER, ESQ<br>ONE NEWARK CENTER<br>1085 RAYMOND BOULEVARD, SUITE 2100<br>NEWARK NJ 07102 | Lauren.Bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov<br>USTPRegion03.NE.ECF@usdoj.gov | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| STATE ATTORNEY GENERAL | PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120 | | First Class Mail |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | SECURITIES & EXCHANGE COMMISSION | | kimha@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | secbankruptcy@sec.gov | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES AND EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549 | secbankruptcy@sec.gov | Email |

In re: BlockFi Inc., et al.
Case No. 22-19361 (MBK)

Page 4 of 9

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| SCRATCH SERVICES LLC | SEVERSON & WERSON | ATTN: ELEANOR M. ROMAN, DONALD H. CRAM<br>595 MARKET STREET<br>SUITE 2600<br>SAN FRANCISCO CA 94105 | emr@severson.com<br>dhc@severson.com | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| STATE ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 110300<br>JUNEAU AK 99811-0300 | attorney.general@alaska.gov | Email |
| STATE ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-2926 | aginfo@azag.gov | Email |
| STATE ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>323 CENTER ST.<br>SUITE 200<br>LITTLE ROCK AR 72201-2610 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 944255<br>SACRAMENTO CA 94244-2550 | bankruptcy@coag.gov | Email |
| STATE ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>165 CAPITOL AVENUE<br>HARTFORD CT 06106 | attorney.general@ct.gov<br>denise.mondell@ct.gov | Email |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | attorney.general@state.de.us | Email |
| STATE ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>40 CAPITAL SQUARE, SW<br>ATLANTA GA 30334-1300 | | First Class Mail |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>425 QUEEN ST.<br>HONOLULU HI 96813 | hawaiiag@hawaii.gov | Email |
| STATE ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>700 W. JEFFERSON STREET<br>P.O. BOX 83720<br>BOISE ID 83720-1000 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | webmaster@atg.state.il.us | Email |
| STATE ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | webteam@ag.iowa.gov | Email |
| STATE ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>120 SW 10TH AVE., 2ND FLOOR<br>TOPEKA KS 66612-1597 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>700 CAPITOL AVENUE, SUITE 118<br>FRANKFORT KY 40601 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | consumerinfo@ag.state.la.us | Email |
| STATE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333 | consumer.mediation@maine.gov | Email |
| STATE ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | oag@oag.state.md.us | Email |
| STATE ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>ONE ASHBURTON PLACE<br>BOSTON MA 02108-1698 | ago@state.ma.us | Email |
| STATE ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | miag@michigan.gov | Email |
| STATE ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1400 BREMER TOWER<br>445 MINNESOTA STREET<br>ST. PAUL MN 55101-2131 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, SUITE 1200 P.O. BOX 220<br>JACKSON MS 39201 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65102 | attorney.general@ago.mo.gov | Email |
| STATE ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>215 N SANDERS, THIRD FLOOR<br>P.O. BOX 201401<br>HELENA MT 59620-1401 | contactdoj@mt.gov | Email |
| STATE ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2115 STATE CAPITOL<br>2ND FL, RM 2115<br>LINCOLN NE 68509-8920 | ago.info.help@nebraska.gov | Email |
| STATE ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | aginfo@ag.nv.gov | Email |
| STATE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>33 CAPITOL ST.<br>CONCORD NH 03301 | attorneygeneral@doj.nh.gov | Email |
| STATE ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET STREET P.O. BOX 080<br>TRENTON NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us | Email |
| STATE ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. DRAWER 1508<br>SANTA FE NM 87504-1508 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>THE CAPITOL<br>ALBANY NY 12224-0341 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>9001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-9001 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL<br>600 E BOULEVARD AVE DEPT 125<br>BISMARCK ND 58505-0040 | ndag@nd.gov | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>30 E. BROAD ST., 14TH FLOOR<br>COLUMBUS OH 43215 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>313 NE 21ST STREET<br>OKLAHOMA CITY OK 73105 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1162 COURT STREET NE<br>SALEM OR 97301 | consumer.hotline@doj.state.or.us<br>kelsiecrippen@markowitzherbold.com<br>david.hart@doj.state.or.us<br>anitjindal@markowitzherbold.com<br>harrywilson@markowitzherbold.com | Email |
| STATE ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>150 SOUTH MAIN STREET<br>PROVIDENCE RI 02903 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 11549<br>COLUMBIA SC 29211-1549 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1302 EAST HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | consumerhelp@state.sd.us | Email |
| STATE ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 142320<br>SALT LAKE CITY UT 84114-2320 | uag@utah.gov | Email |
| STATE ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>109 STATE ST.<br>MONTPELIER VT 05609-1001 | ago.bankruptcies@vermont.gov | Email |
| STATE ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>900 EAST MAIN STREET<br>RICHMOND VA 23219 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA WA 98504-0100 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL BLDG 1 ROOM E 26<br>CHARLESTON WV 25305 | consumer@wvago.gov | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>WISCONSIN DEPARTMENT OF JUSTICE<br>STATE CAPITOL, ROOM 114 EAST P.O. BOX 7857<br>MADISON WI 53707-7857 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>123 CAPITOL BUILDING<br>200 W. 24TH STREET<br>CHEYENNE WY 82002 | | First Class Mail |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| TOP 50 CREDITORS | NAME ON FILE | | Email on File | Email |
| COUNSEL TO UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE – CIVIL DIVISION  COMMERCIAL LITIGATION BRANCH | ATTN: RUTH A. HARVEY MARGARET M. NEWELL SETH B. SHAPIRO<br>BEN FRANKLIN STATION<br>P.O. BOX 875 | seth.shapiro@usdoj.gov | Email |
| COUNSEL TO UNITED STATES OF AMERICA | U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: SETH B. SHAPIRO<br>1100 L STREET, NW<br>7TH FLOOR - ROOM 7114<br>WASHINGTON DC 20005 | seth.shapiro@usdoj.gov | Email |
| STATE ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |
| TOP 50 CREDITORS | NAME ON FILE | | matrixvrainom@gmail.com | Email |
| STATE ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>441 4TH STREET, NW<br>WASHINGTON DC 20001 | oag@dc.gov | Email |
| TOP 50 CREDITORS | NAME ON FILE | | wealthvisionint@aol.com | Email |
| TOP 50 CREDITORS | WEST REALM SHIRES INC. (FTX US) | | jray@greylockpartnersllc.com | Email |
| TOP 50 CREDITORS | NAME ON FILE | | zaifert@pm.me | Email |