| | |
|---|---|
| UNITED STATES BANKRTUPCY COURT<br>DISTRICT OF NEW JERSEY | |
| George J. Gerro<br>530 S. Glenoaks Blvd. Suite 200<br>Burbank, CA 91502<br>Telephone: (818) 840-0000<br>Email: George@GerroLaw.com<br><br>*Creditor and Party in Interest* | |
| In Re:<br><br>BLOCKFI INC., *et al.*,[1]<br><br>Debtors. | Case No.: 22-19361 (MBK)<br>(Jointly Administered)<br><br>Chapter 11<br><br>Judge: The Honorable Michael B. Kaplan |

**FILED**
JEANNE A. NAUGHTON, CLERK
DEC 27 2022
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of George J. Gerro. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    George J. Gerro, Esq., in his capacity as a creditor.
530 S. Glenoaks Blvd. Suite 200
Burbank, CA 91502
(818) 840-0000
George@GerroLaw.com

DOCUMENTS:

X Please include all notices entered pursuant to Fed. R. Bankr. P. 2002.

X Please include all documents and pleadings of any nature.

---

[1] The Debtors in these jointly administered Chapter 11 cases are BlockFi, Inc.; BlockFi Trading LLC; BlockFi Lending LLC; BlockFi Wallet LLC; BlockFi Ventures LLC; BlockFi International Ltd.; BlockFi Investment Products LLC; BlockFi Services, Inc.; and BlockFi Lending II LLC.

1

**PLEASE TAKE FUTHER NOTICE THAT** pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints, disclosure statements, plans, or demands, whether formal or informal, written or oral or transmitted or conveyed by mail delivery, telephone, telegraph, or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit are not intended as, nor shall be deemed, a consent to or waiver of George J. Gerro's: (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) right to request mandatory or permissive abstention in any adversary proceeding or contested matter; (v) right to exercise any right conferred by the Federal Rules of Bankruptcy Procedure, Title 11 of the United States Code, or Court Order; and (vi) other rights, claim, actions, defenses, setoffs, or recoupments to which George J. Gerro is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Date:   December 19, 2022                                    George J. Gerro

                                                Signature:   /s/ George Gerro




RDC 04

08606

U.S. POSTAGE PAID
PM
BURBANK, CA
91502
DEC 20, 22
AMOUNT
**$11.40**
R2305M144600-35



Clerk of the Court
tcy Court for the District of New Jersey
larkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

ECTED DELIVERY DAY: 12/23/22
USPS TRACKING® #



9505 5128 5800 2354 8251 86