**MINTZ, LEVIN, COHN, FERRIS,**
**GLOVSKY, & POPEO, P.C.**
Kaitlin R. Walsh, Esq. (NJ Bar No. 038402006)
Therese M. Doherty, Esq.
Douglas P. Baumstein, Esq.
919 Third Avenue
New York, New York 10022
Phone: (212) 935-3000
KRWalsh@mintz.com
TDoherty@mintz.com
DBaumstein@mintz.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK) |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b), the law firm of Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. ("Firm") hereby enters an appearance in the above-captioned case on behalf of Marex Capital Markets Inc. formerly known as E D & F Man Capital Markets, Inc. ("MCM").

**PLEASE TAKE FURTHER NOTICE** that the Firm hereby demands that all documents filed in this adversary proceeding be served on the undersigned at the following:

---

[1] The Debtors in these chapter 11 cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A)); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, & POPEO, P.C.**
Kaitlin R. Walsh, Esq. (NJ Bar No. 038402006)
Therese M. Doherty, Esq.
Douglas P. Baumstein, Esq.
919 Third Avenue
New York, New York 10022
Phone: (212) 935-3000
KRWalsh@mintz.com
TDoherty@mintz.com
DBaumstein@mintz.com

**PLEASE TAKE FURTHER NOTICE** that if any service lists, limited or otherwise, are used in this adversary proceeding, the undersigned hereby demands inclusion thereon.

**PLEASE TAKE FURTHER NOTICE** that, this appearance shall not be construed as submission to the jurisdiction of any U.S. court by MCM, and all rights to contest jurisdiction are reserved.

Dated: December 27, 2022         */s/ Kaitlin R. Walsh*

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, & POPEO, P.C.**
Kaitlin R. Walsh, Esq. (NJ Bar No. 038402006)
Therese M. Doherty, Esq.
Douglas P. Baumstein, Esq.
919 Third Avenue
New York, New York 10022
Phone: (212) 935-3000
KRWalsh@mintz.com
TDoherty@mintz.com
DBaumstein@mintz.com

501232007v.2