**MINTZ, LEVIN, COHN, FERRIS,**
**GLOVSKY, & POPEO, P.C.**
Kaitlin R. Walsh, Esq. (NJ Bar No. 038402006)
Therese M. Doherty, Esq.
Douglas P. Baumstein, Esq.
919 Third Avenue
New York, New York 10022
Phone: (212) 935-3000
KRWalsh@mintz.com
TDoherty@mintz.com
DBaumstein@mintz.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK) |

### APPLICATION FOR *PRO HAC VICE* ADMISSION OF THERESE M. DOHERTY

Marex Capital Markets Inc. formerly known as E D & F Man Capital Inc. ("MCM") by and through its undersigned counsel, respectfully submits this application ("Application") for the *pro hac vice* admission of Therese M. Doherty, Esq. and represents as follows:

1. On December 27, 2022, Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo P.C. ("Mintz") entered a notice of appearance in the above-captioned case on behalf of MCM.

---

[1] The Debtors in these chapter 11 cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A)); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1

2. Therese M. Doherty, Esq. is a member at Mintz and has been retained to serve as counsel to MCM in connection with these matters. Because of her familiarity with the facts and circumstances relevant to MCM in these matters, MCM requests that Therese M. Doherty, Esq. be allowed to appear *pro hac vice* in connection with these matters.

3. As set forth in the Certification of Therese M. Doherty, Esq., annexed hereto as Exhibit A, Ms. Doherty is a member in good standing of the bar of the State of New York. Ms. Doherty is not under suspension or disbarment by any court.

**WHEREFORE**, MCM respectfully requests that the Court grant MCM's Application pursuant to D.N.J. LBR 9010-1 and L. Civ. R. 101.1(c), to admit counsel *pro hac vice* in the above-captioned matter.

Dated: December 27, 2022

/s/ Kaitlin R. Walsh
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, & POPEO, P.C.**
Kaitlin R. Walsh, Esq. (NJ Bar No. 038402006)
Therese M. Doherty, Esq.
Douglas P. Baumstein, Esq.
919 Third Avenue
New York, New York 10022
Phone: (212) 935-3000
KRWalsh@mintz.com
TDoherty@mintz.com
DBaumstein@mintz.com