**MINTZ, LEVIN, COHN, FERRIS,**
**GLOVSKY, & POPEO, P.C.**
Kaitlin R. Walsh, Esq. (NJ Bar No. 038402006)
Therese M. Doherty, Esq.
Douglas P. Baumstein, Esq.
919 Third Avenue
New York, New York 10022
Phone: (212) 935-3000
KRWalsh@mintz.com
TDoherty@mintz.com
DBaumstein@mintz.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | |

### CERTIFICATION OF THERESE M. DOHERTY IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION

I, Therese M. Doherty, Esq., of full age, hereby certify as follows:

1. I am a member of the law firm of Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C., which maintains an office at 919 Third Avenue, New York, New York 10022.

2. I am an attorney-at-law duly admitted to practice before the courts of the State of New York and am counsel for Marex Capital Markets Inc. formerly known as E D & F Man Capital Markets, Inc. ("MCM"). I submit this Certification in support of the accompanying Application for my admission *pro hac vice*.

---

[1] The Debtors in these chapter 11 cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A)); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1

3. I am and have been a member in good standing of the bar of the State of New York and have been admitted to the bar of the State of New York since 1989. I am admitted to practice in the United States Court of Appeals for the Second and Fifth Circuits, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, and the United States District Court for the District of Colorado.

4. I am, and have remained, a member in good standing of the bar in each of the jurisdictions in which I am admitted to practice. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. MCM caused to be filed the within Application for my *pro hac vice* admission in these matters due to my familiarity with the facts and circumstances relevant to their interests. If the Application is granted, I agree to abide by this Court's local rules and to submit myself to the disciplinary jurisdiction of this Court.

6. I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases: Kaitlin R. Walsh, Esq.

7. For the foregoing reasons, I respectfully request my application for admission *pro hac vice* be granted.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 27, 2022            /s/ *Therese M. Doherty*
                                    Therese M. Doherty, Esq.

501231451v.1