| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>GEORGE J. GERRO<br>530 S. Glenoaks Blvd., Suite 200<br>Burbank, CA 91502<br>(818) 840-0000<br>George@GerroLaw.com<br><br>Creditor and Party in Interest | Case No.: 22-19361 (MBK)<br><br>Chapter: 11 |
| In Re:<br><br>BLOCKFI, INC., et al.<br><br>Debtors | Adv. No.:<br><br>Hearing Date: Jan. 9, 2023, 10:00am<br><br>Judge: Michael Kaplan |

FILED
JEANNE A. NAUGHTON, CLERK
DEC 28 2022
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

## CERTIFICATION OF SERVICE

1. I, __George J. Gerro__ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☒ am the ___Creditor___ in this case.

2. On __December 21, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   NOTICE OF APPEARANCE OF GEORGE J. GERRO

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __December 21, 2022__     /s/ George J. Gerro
                                 Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| BlockFi Inc.<br>201 Montgomery Street, Suite 263<br>Jersey City, NJ 07302 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kroll Restructuring Administration LLC<br>ATTN: BlockFi Inquiries<br>850 3rd Avenue, Suite 412<br>Brooklyn, NY 11232<br>blockfiinfo@ra.kroll.com | Debtors' Claims and Noticing Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael D. Sirota<br>Warren A. Usatine<br>Cole Schotz P.C.<br>25 Main Street<br>Hackensack, NJ 07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com | Attorneys for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email per 11/30/22 Or.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KIRKLAND & ELLIS LLP<br>Joshua A. Sussberg, P.C.<br>Christine A. Okike, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>jsussberg@kirkland.com<br>christine.okike@kirkland.com | Attorneys for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other email per 11/30/22 Or.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| HAYNES AND BOONE, LLP<br>Richard S. Kanowitz, Esq.<br>Kenric D. Kattner, Esq.<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>richard.kanowitz@haynesboone.com<br>kenric.kattner@haynesboone.com | Attorneys for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other email per 11/30/22 Or.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| BlockFi Trading LLC<br>201 Montgomery Street, Suite 263<br>Jersey City, NJ 07302 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| BlockFi Lending LLC<br>201 Montgomery Street, Suite 263<br>Jersey City, NJ 07302 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| BlockFi Wallet LLC<br>201 Montgomery Street, Suite 263<br>Jersey City, NJ 07302 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| BlockFi Ventures LLC<br>201 Montgomery Street, Suite 263<br>Jersey City, NJ 07302 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| BlockFi International Ltd.<br>201 Montgomery Street, Suite 263<br>Jersey City, NJ 07302 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| BlockFi Investment Products LLC<br>201 Montgomery Street, Suite 263<br>Jersey City, NJ 07302 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| BlockFi Services Inc.<br>201 Montgomery Street, Suite 263<br>Jersey City, NJ 07302 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| BlockFi Lending II LLC<br>201 Montgomery Street, Suite 263<br>Jersey City, NJ 07302 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

**Gerro & Gerro**
Attorneys at Law
530 S. Glenoaks Blvd.
Suite 200
Burbank, CA 91502

Clerk of the Court
Bankruptcy Court for the District of New Jersey
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608



RECEIVED
DEC 28 2022
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK