UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.NJ. LBR 9004-1(b)**

Eleanor M. Roman
(New Jersey Bar No. 325732021)
Donald H. Cram
(*pro hac vice* application pending)
SEVERSON & WERSON
A Professional Corporation
595 Market Street, Suite 2600
San Francisco, CA 94105
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
E-mail: emr@severson.com
E-mail: dhc@severson.com

*Attorneys for SCRATCH SERVICES LLC*

In Re:

BLOCKFI INC., *et al*.,[1]

Debtors.

Chapter 11

Case No. 22-19361-MBK

(Jointly Administered)

# CERTIFICATION OF DONALD H. CRAM, III IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Donald H. Cram, III ("Applicant") certifies pursuant to D.N.J. LBR 9010-1(b)(2)(A)-(C), and respectfully represents to the Court:

1. That Applicant is an attorney at law and a member of the law firm of Severson & Werson, a P.C. with offices at 595 Market Street, Suite 2600, San Francisco, CA 94105; telephone (415) 398-3344, e-mail dhc@severson.com.

---

[1] The Debtors in these Chapter 11 cases are: BlockFi Inc.; BlockFi Trading LLC; BlockFi Lending LLC; BlockFi Wallet LLC; BlockFi Ventures LLC; BlockFi International Ltd.; BlockFi Investment Products LLC; BlockFi Services, Inc.; and BlockFi Lending II LLC.

2. That since 1992, Applicant has been and presently is a member in good standing of the bar of the highest Court of the State of California where Applicant regularly practices law, California State Bar No. 160004. Applicant is also a member in good standing of the bar of the highest Court of the State of Texas since 1989, Texas State Bar No. 05000300.

3. That Applicant was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Applicant is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| U.S.D.C., Northern District of California | 1993 | 160004 |
| U.S.D.C., Eastern District of California | 1993 | 160004 |
| U.S.D.C., Southern District of California | 2001 | 160004 |
| U.S.D.C., Central District of California | 2001 | 160004 |
| U.S. Court of Appeals for the Ninth Circuit | 2004 | 160004 |
| U.S. District Court, Northern District of Texas | 1989 | 05000300 |
| U.S. Court of Appeals, 5th Circuit | 1991 | 05000300 |

4. That there are no disciplinary proceedings presently pending against me.

5. That no discipline has ever been imposed against me by any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

6. Applicant consents to the jurisdiction of the courts and disciplinary boards of the State of New Jersey with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of New Jersey.

7. Applicant agrees to comply with the standards of professional conduct required of the members of the bar of this court.

That Applicant respectfully prays that Applicant be admitted to practice before this Court for this purposes of this case only.

           */s/ Donald H. Cram, III*