| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**<br>David M. Banker, Esq.<br>Edward L. Schnitzer, Esq.<br>457 Haddonfield Road, Suite 600<br>Cherry Hill, NJ 08002-5074<br>　　　　- and -<br>437 Madison Avenue, 24th Floor<br>New York, NY 10022<br>Phone: (212) 867-9500<br>Email:　dbanker@mmwr.com<br>　　　　eschnitzer@mmwr.com<br>*Attorneys for Samuel Bankman-Fried* |

| | |
|---|---|
| In re<br><br>BLOCKFI INC., et al.,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case. No. 22-19361 (MBK)<br><br>Hon. Michael B. Kaplan |

## APPLICATION OF EDWARD L. SCHNITZER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey ("D.N.J. LBR"), Samuel Bankman-Fried, by and through the undersigned counsel, respectfully moves this Court for entry of an Order granting Edward L. Schnitzer, permission to appear *pro hac vice* as counsel on behalf of Samuel Bankman-Fried in the above-captioned bankruptcy case and all matters arising therein or related thereto including, but not limited to, any adversary proceedings (including Adv. Pro. No. 22-01382).

Annexed hereto as Exhibit A is a Declaration of Attorney Schnitzer, which conforms with D.N.J. LBR 9010-1(b).

Unless requested by other parties, no oral argument is requested.

A proposed form of order is submitted herewith.

-2-

**WHEREFORE,** Samuel Bankman-Fried respectfully requests that the Court grant this Application and enter the proposed Order submitted herewith.

Dated: December 29, 2022

Respectfully submitted,

**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

*/s/ David M. Banker*
David M. Banker, Esq.
Edward L. Schnitzer, Esq.
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002-5074

- and -

437 Madison Avenue, 24th Floor
New York, NY 100022
Phone: (212) 867-9500
Email: dbanker@mmwr.com
        eschnitzer@mmwr.com

*Counsel for Samuel Bankman-Fried*