# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**<br>David M. Banker, Esq.<br>Edward L. Schnitzer, Esq.<br>457 Haddonfield Road, Suite 600<br>Cherry Hill, NJ 08002-5074<br>     - and -<br>437 Madison Avenue, 24th Floor<br>New York, NY 10022<br>Phone: (212) 867-9500<br>Email: dbanker@mmwr.com<br>         eschnitzer@mmwr.com<br><br>*Attorneys for Samuel Bankman-Fried* | |
| In re<br><br>BLOCKFI, INC., et al.,<br><br>                    Debtor. | Chapter 11<br><br>Case. No. 20-21257 (JNP)<br><br>Hon. Michael B. Kaplan |

## CERTIFICATION OF EDWARD L. SCHNITZER
## IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Edward L. Schnitzer hereby certifies pursuant to 28 U.S.C. § 1746 as follows:

1. I respectfully submit this certification in support of the Application for an Order pursuant to D.N.J. LBR 9010-1(b) for admission *pro hac vice* to appear as counsel on behalf of Samuel Bankman-Fried, in the above-captioned case, and all matters arising therein or related thereto including, but not limited to, any adversary proceedings (including Adv. Pro. No. 22-01382).

2. I am a member of the law firm of Montgomery McCracken Walker & Rhoads LLP, 437 Madison Avenue, 24th Floor, New York, New York 10022.

3. I was admitted to the bar of the State of New York in 1998 (bar registration no. 2867638).

-2-

4. I have also been admitted to the following courts:

| Court | Year of Admission |
|---|---|
| District Court for the Southern District of New York | 1998 |
| Second Circuit Court of Appeals | 1999 |
| District Court for the Eastern District of New York | 2004 |
| District Court for the Northern District of New York | 2019 |

5. I am currently a member in good standing in all of the foregoing courts.

6. I have no pending disciplinary complaints or proceedings filed against me, nor have I ever been subject to any disciplinary proceedings by any court.

7. I have fully reviewed and familiarized myself with the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court.

8. I hereby submit to the disciplinary jurisdiction of this District and agree to be bound by the Rules of Professional Conduct of this District and agree to notify the Court immediately of any matter affecting my standing at the bars of any other court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 29, 2022

                                               */s/ Edward L. Schnitzer*
                                               Edward L. Schnitzer