IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

FILED
JEANNE A. NAUGHTON, CLERK
DEC 27 2022
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., et al. | Case No. 22-19361 (MBK) |
| Debtors. | (Jointly Administered) |
| | **HEARING DATE AND TIME:** |
| | **January 9, 2023, at 10:00 a.m. (EST)** |

## MOTION FOR VIRTUAL APPEARANCE

COMES NOW, Creditor, Mihir Shah, and hereby moves the Honorable Court for an opportunity to be heard and present himself through Zoom Teleconferencing, or any other telephonic or electronic means of communication as the Honorable Court may deem fit in the aforementioned case hearingherein.

Name of Presenter: Mihir Shah

Email Address: mihirdshah1@gmail.com

Presenter's Affiliation with the case: Creditor

Respectfully submitted,

Mihir Shah

Date: 23-Dec-2022



HIR SHAH & NEHA KOTHARI
22 Texas Trail
Sugar Land, TX 77479

HON. CHIEF JUDGE
MICHAEL B. KAPLAN (MBK)
CHAMBERS
CLARKSON S. FISHER U.S Courthouse,
COURTROOM #8
TRENTON, N.J. 08608

7019 1640 0002 0640 1287

CERTIFIED MAIL

$9.41
US POSTAGE
FIRST-CLASS
062S0108160051
77478
00000051153