IN THE UNITED STATES BANKRUPTCY COURT

**FILED**
JEANNE A. NAUGHTON, CLERK

DISTRICT OF NEW JERSEY

DEC 27 2022

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., et al.<br><br>                   Debtors. | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered)<br><br>**HEARING DATE AND TIME:**<br><br>**January 9, 2023, at 10:00 a.m. (EST)** |

### MOTION FOR VIRTUAL APPEARANCE

COMES NOW, Creditor, Christopher D'Amico, and hereby moves the Honorable Court for an

opportunity to be heard and present himself through Zoom Teleconferencing, or any other

telephonic or electronic means of communication as the Honorable Court may deem fit in the

aforementioned case hearing herein.

Name of Presenter: Christopher D'Amico

Email Address: chris.damico@gmail.com

Presenter's Affiliation with the case: Creditor

Respectfully submitted,

/s/ Chris D_____

Date: December 23, 2022

Christopher D'Amico

1/1

U.S. POSTAGE PAID
PM
SOUTH SALT LAKE, UT
84115
DEC 23 22
AMOUNT
**$3.65**
R2303S103699-07

*PRESS FIRMLY TO SEAL*

PRIORITY MAIL
FLAT RATE ENVELO
POSTAGE REQUIRE

# PRIORITY®
## MAIL

**FROM:**
Christopher D'Amico
1612 S. Jefferson St.
Salt Lake City, UT 84115

### Retail

**POSTAGE PAID**
**$9.90**
Origin: 84115
12/23/22
4978020019-07

**Y MAIL®**

0 Lb 6.50 Oz

**RDC 04**

e.

estrictions apply).*

d many international destinations.

form is required.

aims exclusions see the

bility and limitations of coverage.

Y: 12/27/22

C034

08-1507

**TO:**

Attn: Hon. Chief Judge
Michael B. Kaplan
Chambers

Clarkson S. Fisher U
Courtroom # 8
402 E. State St.
Trenton, NJ 0860'

ERY DAY: 12/27/22

RE® TRACKING #



3 2357 7524 78

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP