**IN THE UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY**

FILED

JEANNE A. NAUGHTON, CLERK

DEC 27 2022

U.S. BANKRUPTCY COURT
TRENTON, NJ

BY _____ DEPUTY

In re:

BLOCKFI INC., et al.

                  Debtors.

Chapter 11

Case No. 22-19361 (MBK)

(Jointly Administered)

**HEARING DATE AND TIME:**

**January 9, 2023, at 10:00 a.m. (EST)**

## <u>MOTION FOR VIRTUAL APPEARANCE</u>

COMES NOW, Creditor, Waqas Iqbal, and hereby moves the Honorable Court for an

opportunity to be heard and present himself through Zoom Teleconferencing, or any other

telephonic or electronic means of communication as the Honorable Court may deem fit in the

aforementioned case hearingherein.

Name of Presenter: Waqas Iqbal

Email Address: waqasi85@gmail.com

Presenter's Affiliation with the case: Creditor

Respectfully submitted,

Waqas Iqbal

1/1

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

**UNITED STATES POSTAL SERVICE ®**

**Click-N-Ship®**

U.S. POSTAGE PAID

usps.com
$9.90
US POSTAGE
Flat Rate Env

12/22/2022

9405 5036 9930 0440 7192 57 0099 0000 0040 8

Mailed from 27540   9867731662341

C03

**PRIORITY MAIL®**

Expected Delivery Date 12/27/22

WAQAS IQBAL
309 CAHORS TRL
HOLLY SPRINGS NC 27540-6474

CHIEF JUDGE MICHAEL B KAPLAN
CLARKSON S. FISHER U.S. COURTHOUSE
ATTN: HON CHIEF JUDGE MICHAEL B KAP
402 E STATE ST
TRENTON NJ 08608-1507

**USPS TRACKING #**

9405 5036 9930 0440 7192 57

Electronic Rate Approved #038555749

**UNITED STATES POSTAL SERVICE ®** | **PRIORITY® MAIL**

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PS00001000014