IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

FILED
JEANNE A. NAUGHTON, CLERK
DEC 27 2022
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered)<br><br>**HEARING DATE AND TIME:**<br><br>**January 9, 2023, at 10:00 a.m. (EST)** |

## MOTION FOR VIRTUAL APPEARANCE

COMES NOW, Creditor, Neha Kothari, and hereby moves the Honorable Court for an opportunity to be heard and present himself through Zoom Teleconferencing, or any other telephonic or electronic means of communication as the Honorable Court may deem fit in the aforementioned case hearingherein.

Name of Presenter: Neha Kothari

Email Address: neha.kothari8@gmail.com

Presenter's Affiliation with the case: Creditor

Respectfully submitted,

Neha Kothari    12/23/2022

Date: 23-Dec-2022



HIR SHAH & NEHA KOTHAKI
22 Texas Trail
Sugar Land, TX 77479

HON. CHIEF JUDGE
MICHAEL B. KAPLAN (MBK)
CHAMBERS
CLARKSON S. FISHER U.S. Courthouse,
COURTROOM #8
TRENTON, N.J. 08608