BROWN RUDNICK LLP
Robert J. Stark, Esq.
Kenneth J. Aulet, Esq.
Bennett S. Silverberg, Esq.
Seven Times Square
New York, NY  10036
Telephone: (212) 209-4800
Fax: (212) 209-4801
Email:  rstark@brownrudnick.com
        kaulet@brownrudnick.com
        bsilverberg@brownrudnick.com
*Proposed Counsel for the Official Committee*
 *of Unsecured Creditors*
    *-and-*
GENOVA BURNS LLC
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
Gregory S. Kinoian, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 230-2095
Fax: (973) 533-1112
Email: DStolz@genovaburns.com
        DClarke@genovaburns.com
        GKinoian@genovaburns.com
*Proposed Local Counsel for the Official*
 *Committee of Unsecured Creditors*

BROWN RUDNICK LLP
Stephen D. Palley, Esq.
601 Thirteenth Street, NW
Washington, DC 20005
Telephone:  (617)536-1766
Fax: (617)289-0466
Email:  spalley@brownrudnick.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | Jointly Administered |

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ  07302.

**<u>CERTIFICATION OF KENNETH J. AULET, ESQ.</u>**

I, Kenneth J. Aulet, Esq., hereby certify as follows:

1.  I am a partner with the law firm of Brown Rudnick LLP, counsel to the Official Committee of Unsecured Creditors.  My office is located at 7 Times Square, New York, New York 10036.  I make this Certification in support of my application to appear in this case *pro hac* vice pursuant to Local Bankruptcy Rule 9010-1.

2.  I was admitted to practice law in the State of New York in 2012.  I am admitted to Practice before the following courts:

    - *United States District Court for the Eastern District of New York*

    - *United States District Court for the Southern District of New York.*

3.  I am a member in good stating of the Bar in each of the jurisdictions in which I am admitted to practice.

4.  No disciplinary proceedings are pending against me in any jurisdiction.  I have never been suspended or disbarred from the practice of law.

5.  I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules.  I will comply with all court and ethical rules governing the practice of law before this Court.

6.  I further agree to pay all fees to the Clerk of the United Stated District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best

of my knowledge, information and belief.


Dated:  December 30, 2022                    /s/ Kenneth J. Aulet_____
                                             KENNETH J. AULET, ESQ.
                                             Brown Rudnick LLP
                                             7 Times Square
                                             New York, NY  10036
                                             Email:  kaulet@brownrudnick.com

                                             *Counsel for the Official Committee of*
                                             *Unsecured Creditors*

3