McCARTER & ENGLISH, LLP
Joseph R. Scholz
Worldwide Plaza
825 Eighth Avenue
31st Floor
New York, New York 10019
Telephone:  (973) 639-6999
Facsimile:  (212) 645-1025
jscholz@mccarter.com
*Proposed Efficiency Counsel to*
*Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:                        | Case No. 22-19361 (MBK)   |
|-------------------------------|---------------------------|
|                               | Judge Michael B. Kaplan   |
| BLOCKFI INC., et al.[1]       | Chapter 11                |
|                               | Jointly Administered      |
| Debtors.                      |                           |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that McCarter & English, LLP hereby appears in the above-referenced chapter 11 cases on behalf of the Official Committee of Unsecured Creditors and, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that copies of all notices and pleadings given or required to be given in this case, and all papers served or required to be served in this case, be delivered and served upon the undersigned attorneys at the following address, telephone and facsimile numbers and email addresses, and further requests to be added to the master service list

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

-1-

established in this case:

>Joseph R. Scholz
>McCARTER & ENGLISH, LLP
>Worldwide Plaza
>825 Eighth Avenue
>31st Floor
>New York, New York 10019
>Telephone:  (973) 639-6999
>Facsimile:  (212) 645-1025
>Email: jscholz@mccarter.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile, courier, telephone, telegraph, telex or otherwise.

Dated:  December 30, 2022
New York, New York

**McCARTER & ENGLISH, LLP**

/s/  *Joseph R. Scholz*
Joseph R. Scholz
Worldwide Plaza
825 Eighth Avenue
31st Floor
New York, New York 10019
Telephone:  (973) 639-6999
Facsimile:  (212) 645-1025
jscholz@mccarter.com
*Proposed Efficiency Counsel to*
*Official Committee of Unsecured Creditors*