McCARTER & ENGLISH, LLP
Lisa S. Bonsall, Esq.
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
973-639-2066
lbonsall@mccarter.com
*Proposed Efficiency Counsel to*
*Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: | Case No. 22-19361 (MBK) |
|---|---|
|  | Judge Michael B. Kaplan |
| BLOCKFI INC., et al.[1] | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that McCarter & English, LLP hereby appears in the above-referenced chapter 11 cases on behalf of the Official Committee of Unsecured Creditors and, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that copies of all notices and pleadings given or required to be given in this case, and all papers served or required to be served in this case, be delivered and served upon the undersigned attorneys at the following address, telephone and facsimile numbers and email addresses, and further requests to be added to the master service list

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

ME1 43846418v.1

established in this case:

> Lisa S. Bonsall
> McCARTER & ENGLISH, LLP
> Four Gateway Center
> 100 Mulberry Street
> Newark, New Jersey 07102
> 973-639-2066
> Email: lbonsall@mccarter.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile, courier, telephone, telegraph, telex or otherwise.

Dated:  December 30, 2022
        Newark, New Jersey                **McCARTER & ENGLISH, LLP**

                                          /s/ *Lisa S. Bonsall*
                                            McCARTER & ENGLISH, LLP
                                            Four Gateway Center
                                            100 Mulberry Street
                                            Newark, New Jersey 07102
                                            973-639-2066
                                            Email: lbonsall@mccarter.com
                                            Telephone:  (973) 639-2066
                                            Facsimile:    (973) 639-7070
                                            Email: lbonsall@mccarter.com
                                          *Proposed Efficiency Counsel to*
                                          *Official Committee of Unsecured Creditors*