IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., et al.<br><br>                        Debtors. | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered)<br><br>**HEARING DATE AND TIME:**<br><br>**January 9, 2023, at 10:00 a.m. (EST)** |

## MOTION FOR VIRTUAL APPEARANCE

COMES NOW, Creditor, Rob Clerx , and hereby moves the Honorable Court for an opportunity to be heard and present himself through Zoom Teleconferencing, or any other telephonic or electronic means of communication as the Honorable Court may deem fit in the aforementioned case hearing herein.

Name of Presenter: Rob Clerx

Email Address: rclerx@gmail.com

Presenter's Affiliation with the case: Creditor

Respectfully submitted,

*[signature]*

Date: 26 December 2022                                                              Rob Clerx