IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

FILED
JEANNE A. NAUGHTON, CLERK

DEC 29 2022

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

In re:

BLOCKFI INC., et al.

    Debtors.

Chapter 11

Case No. 22-19361 (MBK)

(Jointly Administered)

HEARING DATE AND TIME:

January 9, 2023, at 10:00 a.m. (EST)

## MOTION FOR VIRTUAL APPEARANCE

COMES NOW, Creditor, Daniel Hase, and hereby moves the Honorable Court for an opportunity to be heard and present himself through Zoom Teleconferencing, or any other telephonic or electronic means of communication as the Honorable Court may deem fit in the aforementioned case hearing herein.

Name of Presenter: Daniel Hase

Email Address: daniel.hase@gmail.com

Presenter's Affiliation with the case: Creditor

Respectfully submitted,

/s/ Daniel Hase

Date: 12/22/22                                    Daniel Hase