IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered)<br><br>**HEARING DATE AND TIME:**<br><br>**January 9, 2023, at 10:00 a.m. (EST)** |

## MOTION FOR VIRTUAL APPEARANCE

COMES NOW, Creditor, __Jeasung Jay Yoo__, and hereby moves the Honorable Court for an opportunity to be heard and present himself through Zoom Teleconferencing, or any other telephonic or electronic means of communication as the Honorable Court may deem fit in the aforementioned case hearing herein.

Name of Presenter: __Jeasung Jay Yoo__

Email Address: __j231f20@icloud.com__

Presenter's Affiliation with the case: Creditor

Respectfully submitted,

/s/ [signature]

Jeasung Jay Yoo

Date: __12/22/2022__