**WEBBER MCGILL LLC**
Douglas J. McGill, Esq.
100 E. Hanover Avenue, Suite 401
Cedar Knolls, New Jersey 07927
Tel: (973) 739-9559
Fax: (973) 739-9575
dmcgill@webbermcgill.com
*Attorneys for Gary Ford, Individually and
As Trustee of Equity Trust*

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

### CERTIFICATION OF GARY FORD PURSUANT TO 28 U.S.C. § 1746

I, Gary Ford do hereby certify:

1. I make this Certification based on my personal knowledge, and in opposition to the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor Withdrawals From Wallet Accounts, (B) Update the User Interface to Properly Reflect Transactions and Assets As Of the Platform Pause, (C) Conduct Ordinary Course Reconciliation of Accounts, and (II) Granting Related Relief (the "**Motion**").

2. I am the sole trustee and sole beneficiary of Equity Trust. I, both personally and as trustee of Equity Trust, am a customer of one or more of the above-captioned Debtors.

3. On November 11, 2022, I initiated a series of transfers (collectively, the "Transfers") from my BIA accounts to my wallet accounts, on behalf of myself and Equity Trust. From 10:59 a.m. EST to 11:41 a.m. EST on November 11, 2022, I received seven confirming

1884170.1

emails from BlockFi support stating that my assets had been successfully transferred from my BIAs to my wallet accounts. True and correct copies of those confirming emails are attached hereto as Exhibit A.

4. Attached hereto as Exhibit B are true and correct copies of screenshots of my personal wallet and Equity Trust wallet account, each as of January 1, 2023, indicating that the Transfers occurred, and indicating balances which include the respective Transfers.

5. Attached hereto as Exhibit C is a true and correct copy of a screenshot of my online BIA account statement as of January 2, 2023.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on: January 3, 2023

GARY FORD

# EXHIBIT A

# Douglas McGill

| | |
|---|---|
| **From:** | Gary . <garytrust@hotmail.com> |
| **Sent:** | Sunday, January 1, 2023 3:22 PM |
| **To:** | Douglas McGill |
| **Subject:** | Fw: Internal Transfer Completed from BlockFi Interest Account into BlockFi Wallet |

**From:** BlockFi Support <support@blockfi.com>
**Sent:** Friday, November 11, 2022 11:13 AM
**To:** garytrust@hotmail.com <garytrust@hotmail.com>
**Subject:** Internal Transfer Completed from BlockFi Interest Account into BlockFi Wallet

**Gary,**

Your assets have been successfully transferred from your BlockFi Interest Account into your BlockFi Wallet. Please see the transaction details below.

If you did not initiate this request, please contact us or call us at 646-779-9688 during business hours (Monday - Friday 9:30am - 5pm ET). To learn more about BlockFi Wallet click here.

**INTERNAL TRANSFER**
Date: 2022-11-11
Currency: GUSD
Amount: 43478.28406652
Origin: BlockFi Interest Account
Destination: BlockFi Wallet

Thanks,
**The BlockFi Team**

**Douglas McGill**

| | |
|---|---|
| **From:** | Gary . <garytrust@hotmail.com> |
| **Sent:** | Sunday, January 1, 2023 3:21 PM |
| **To:** | Douglas McGill |
| **Subject:** | Fw: Internal Transfer Completed from BlockFi Interest Account into BlockFi Wallet |

**From:** BlockFi Support <support@blockfi.com>
**Sent:** Friday, November 11, 2022 11:12 AM
**To:** garytrust@hotmail.com <garytrust@hotmail.com>
**Subject:** Internal Transfer Completed from BlockFi Interest Account into BlockFi Wallet

**Gary,**

Your assets have been successfully transferred from your BlockFi Interest Account into your BlockFi Wallet. Please see the transaction details below.

If you did not initiate this request, please contact us or call us at 646-779-9688 during business hours (Monday - Friday 9:30am - 5pm ET). To learn more about BlockFi Wallet click here.

**INTERNAL TRANSFER**
Date: 2022-11-11
Currency: LTC
Amount: 250.77816148
Origin: BlockFi Interest Account
Destination: BlockFi Wallet

Thanks,
**The BlockFi Team**

1

## Douglas McGill

| | |
|---|---|
| From: | Gary . <garytrust@hotmail.com> |
| Sent: | Sunday, January 1, 2023 3:21 PM |
| To: | Douglas McGill |
| Subject: | Fw: Internal Transfer Completed from BlockFi Interest Account into BlockFi Wallet |

From: BlockFi Support <support@blockfi.com>
Sent: Friday, November 11, 2022 11:10 AM
To: garytrust@hotmail.com <garytrust@hotmail.com>
Subject: Internal Transfer Completed from BlockFi Interest Account into BlockFi Wallet



**Gary,**

Your assets have been successfully transferred from your BlockFi Interest Account into your BlockFi Wallet. Please see the transaction details below.

If you did not initiate this request, please contact us or call us at 646-779-9688 during business hours (Monday - Friday 9:30am - 5pm ET). To learn more about BlockFi Wallet click here.

**INTERNAL TRANSFER**

Date: 2022-11-11
Currency: ETH
Amount: 37.0878891
Origin: BlockFi Interest Account
Destination: BlockFi Wallet

Thanks,
**The BlockFi Team**

1

## Douglas McGill

**From:** Gary . <garytrust@hotmail.com>
**Sent:** Sunday, January 1, 2023 3:20 PM
**To:** Douglas McGill
**Subject:** Fw: Internal Transfer Completed from BlockFi Interest Account into BlockFi Wallet

---

**From:** BlockFi Support <support@blockfi.com>
**Sent:** Friday, November 11, 2022 10:59 AM
**To:** garytrust@hotmail.com <garytrust@hotmail.com>
**Subject:** Internal Transfer Completed from BlockFi Interest Account into BlockFi Wallet

**Gary,**

Your assets have been successfully transferred from your BlockFi Interest Account into your BlockFi Wallet. Please see the transaction details below.

If you did not initiate this request, please contact us or call us at 646-779-9688 during business hours (Monday - Friday 9:30am - 5pm ET). To learn more about BlockFi Wallet click here.

**INTERNAL TRANSFER**
Date: 2022-11-11
Currency: BTC
Amount: 8.8
Origin: BlockFi Interest Account
Destination: BlockFi Wallet

Thanks,
**The BlockFi Team**

1

**Douglas McGill**

| | |
|---|---|
| From: | Gary <778gary@gmail.com> |
| Sent: | Tuesday, January 3, 2023 7:31 PM |
| To: | dmcgill@webbermcgill.com |
| Subject: | Fwd: Internal Transfer Completed from BlockFi Interest Account into BlockFi Wallet |

---------- Forwarded message ---------
From: **BlockFi Support** <support@blockfi.com>
Date: Fri, Nov 11, 2022 at 11:40 AM
Subject: Internal Transfer Completed from BlockFi Interest Account into BlockFi Wallet
To: <778gary@gmail.com>



**Equity Trust,**

Your assets have been successfully transferred from your BlockFi Interest Account into your BlockFi Wallet. Please see the transaction details below.

If you did not initiate this request, please contact us or call us at 646-779-9688 during business hours (Monday - Friday 9:30am - 5pm ET). To learn more about BlockFi Wallet click here.

**INTERNAL TRANSFER**
Date: 2022-11-11
Currency: GUSD
Amount: 26937.52471267
Origin: BlockFi Interest Account
Destination: BlockFi Wallet

Thanks,
**The BlockFi Team**

1

**Douglas McGill**

| | |
|---|---|
| **From:** | Gary <778gary@gmail.com> |
| **Sent:** | Tuesday, January 3, 2023 7:29 PM |
| **To:** | dmcgill@webbermcgill.com |
| **Subject:** | Fwd: Internal Transfer Completed from BlockFi Interest Account into BlockFi Wallet |

---------- Forwarded message ---------
From: **BlockFi Support** <support@blockfi.com>
Date: Fri, Nov 11, 2022 at 11:41 AM
Subject: Internal Transfer Completed from BlockFi Interest Account into BlockFi Wallet
To: <778gary@gmail.com>

**Equity Trust,**

Your assets have been successfully transferred from your BlockFi Interest Account into your BlockFi Wallet. Please see the transaction details below.

If you did not initiate this request, please contact us or call us at 646-779-9688 during business hours (Monday - Friday 9:30am - 5pm ET). To learn more about BlockFi Wallet click here.

**INTERNAL TRANSFER**

Date: 2022-11-11

Currency: ETH

Amount: 21.27547684

Origin: BlockFi Interest Account

Destination: BlockFi Wallet

Thanks,
**The BlockFi Team**

1

## Douglas McGill

| | |
|---|---|
| **From:** | Gary <778gary@gmail.com> |
| **Sent:** | Tuesday, January 3, 2023 7:35 PM |
| **To:** | dmcgill@webbermcgill.com |
| **Subject:** | Fwd: Internal Transfer Completed from BlockFi Interest Account into BlockFi Wallet |

---------- Forwarded message ---------
From: **BlockFi Support** <support@blockfi.com>
Date: Fri, Nov 11, 2022 at 11:41 AM
Subject: Internal Transfer Completed from BlockFi Interest Account into BlockFi Wallet
To: <778gary@gmail.com>

**Equity Trust,**

Your assets have been successfully transferred from your BlockFi Interest Account into your BlockFi Wallet. Please see the transaction details below.

If you did not initiate this request, please contact us or call us at 646-779-9688 during business hours (Monday - Friday 9:30am - 5pm ET). To learn more about BlockFi Wallet click here.

**INTERNAL TRANSFER**

Date: 2022-11-11

Currency: ETH

Amount: 21.27547684

Origin: BlockFi Interest Account

Destination: BlockFi Wallet

Thanks,
**The BlockFi Team**

1

# EXHIBIT B




## Accounts

**Total Assets Value**
$142,278.12
-$4,576.02 (-3.12%) 1 Month Change

1M  3M  6M  12M

**Wallet**
Balance
$142,278.12

3 Active Crypto Balances

**Interest Account**
| Balance | Total Interest Paid | Accrued Interest |
|---|---|---|
| $0.00 | $2,994.35 | $0.00 |

**Loans**
Borrow cash while you hold crypto. Mind-blowing rates. Same-day USD loans. No credit check or prepayment penalties.

Borrow now

## Markets

| Assets | Price | 24h Change |
|---|---|---|

| Assets | Price | 24h Change |
|---|---|---|
| Bitcoin  BTC | $16,610.99 | 0.31% |
| Ethereum  ETH | $1,202.61 | 0.06% |
| Dogecoin  DOGE · No external transfers | $0.06 | 0.07% |
| Litecoin  LTC | $71.21 | 1.41% |
| Chainlink  LINK | $5.63 | 0.77% |
| Algorand  ALGO · No external transfers | $0.18 | 3.37% |
| Bitcoin Cash  BCH · No external transfers | $97.49 | 0.38% |
| Uniswap  UNI | $5.24 | 1.04% |
| Basic Attention Token  BAT | $0.15 | 0.64% |
| Dai  DAI | $1.00 | -0.01% |
| PAX Gold  PAXG | $1,819.22 | 0.01% |

## Transactions

Date ∨    Type ∨

| Date | Description | Type |
|---|---|---|
| Nov 11 | 21.27547684 ETH | Internal Transfer - Wallet ∧ |

| Type | Amount | Completed At |
|---|---|---|
| Interest Account → Wallet | 21.27547684 ETH | Nov 11, 16:41:11 UTC |

| Nov 11 | 5.39430357 BTC | Internal Transfer - Wallet ∧ |

| Date | Description | Type |
|---|---|---|
| Oct 20 | 156.70000000 GUSD | Bonus Payment ⌄ |
| Sep 30 | 0.00888150 BTC | Interest Payment ⌄ |
| Sep 30 | 152.64651870 GUSD | Interest Payment ⌄ |
| Sep 30 | 0.03639780 ETH | Interest Payment ⌄ |

Showing 10 of 49    Show More



| Asset | Balance/Qty |
|---|---|
| Litecoin LTC | $17,895.52  250.77816148 LTC |

| Recurring Trade | Buy Amt Frequency |
|---|---|

You have not set up any recurring trades.

# EXHIBIT C

 

Dashboard / Interest Account

# Interest Account

 Overview ⌄

### Updates to your BlockFi Interest Account   ✕

Assets in your Interest Account will earn interest. To trade and borrow with these assets, transfer them to your BlockFi Wallet. If assets are transferred out of your Interest Account they cannot be transferred back.



Learn more

 Overview

Balance

## $2,112.17

Transfer

## Interest

| Total Interest Paid | Accrued Interest | Your interest will be paid in: |
|---|---|---|
| $5,800.55 | $0.00 | Same as asset(s) held |
| | | Edit interest preferences |

## Your Assets

| Asset | Balance/Qty |
|---|---|
| Dai — DAI | $1,076.65 — 1,076.85741667 DAI |
| Bitcoin — BTC | $1,035.52 — 0.06214586 BTC |

## Recurring Trades

Set up Recurring Buy

| Recurring Trade | Buy Amt Frequency |
|---|---|

You have not set up any recurring trades.

## Transactions

Your transaction history has moved. Visit the Dashboard to view Interest Account transactions.

**Go to Dashboard**