BROWN RUDNICK LLP
Robert J. Stark, Esq.
Kenneth J. Aulet, Esq.
Bennett S. Silverberg, Esq.
Jeffrey L. Jonas, Esq.
Seven Times Square
New York, NY  10036
Telephone: (212) 209-4800
Fax: (212) 209-4801
Email:  rstark@brownrudnick.com
        kaulet@brownrudnick.com
        bsilverberg@brownrudnick.com
        jjonas@brownrudnick.com
*Proposed Counsel for the Official Committee
 of Unsecured Creditors*
    *-and-*
GENOVA BURNS LLC
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
Gregory S. Kinoian, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 230-2095
Fax: (973) 533-1112
Email: DStolz@genovaburns.com
        DClarke@genovaburns.com
        GKinoian@genovaburns.com
*Proposed Local Counsel for the Official
 Committee of Unsecured Creditors*

BROWN RUDNICK LLP
Stephen D. Palley, Esq.
601 Thirteenth Street, NW
Washington, DC 20005
Telephone:  (617)536-1766
Fax: (617)289-0466
Email:  spalley@brownrudnick.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | Jointly Administered |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC

### CERTIFICATION OF JEFFREY L. JONAS, ESQ.

I, Jeffrey L. Jonas, Esq., hereby certify as follows:

1.     I am an attorney with the law firm of Brown Rudnick LLP, proposed counsel to the Official Committee of Unsecured Creditors.  My office is located at Seven Times Square, New York, NY  10036.  I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2.     I was admitted to practice law in the State of Massachusetts in 1988, the State of Florida in 1989, and the State of New York in 2021.  I am admitted to Practice before the following courts:

   - *United States Supreme Court*

   - *United States Court of Appeals for the First Circuit*

   - *United States Court of Appeals for the Second Circuit*

   - *United States District Court for the District of Massachusetts*

3.     I am a member in good standing of the Bar in each of the jurisdiction in which I am admitted to practice.

4.     No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5.     I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

---

(0154).  The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ  07302.

6.      I further agree to pay all fees to the Clerk of the United States District Court for the

District of New Jersey and the Lawyer's Fund for Client Protection as provided in

Rule 101.1 of the Local Rules of the United States District Court for the District of

New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.

Dated:

_____
JEFFREY L. JONAS, ESQ.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036
Email: jjonas@brownrudnick.com

*Proposed Co-Counsel for the Official*
*Committee of Unsecured Creditors*