| | |
|---|---|
| **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq. (NJ Bar No. 014321986)<br>Warren A. Usatine, Esq. (NJ Bar No. 025881995)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Kenric D. Kattner, Esq. (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>kenric.kattner@haynesboone.com<br><br>*Proposed Attorneys for Debtors and Debtors in Possession* |
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Christine A. Okike, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br>jsussberg@kirkland.com<br>christine.okike@kirkland.com | |

*Proposed Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 9, 2023 AT 10:00 A.M. (EASTERN TIME)

**MATTERS GOING FORWARD IN MAIN CASE**

1. Notice of Chapter 11 Status Conference Hearing [Docket No. 47].

    Related Documents:

    N/A

    **Status:  This matter is going forward as a status conference.**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

2. Motion of George J. Gerro for Entry of an Order (I) Granting Partial Relief From the Automatic Stay (11 U.S.C. § 362(d)(1)) and Discharge Injunction (11 U.S.C. §524(a)) With Respect to Certain Non-Core Proceedings; and (II) Extending Time to File a Proof of Claim (F.R.B.P. 3003(c)(3)) [Docket No. 117].

    Related Documents:

    A. Debtors' Response and Objection to Motion of George J. Gerro for Entry of an Order (I) Granting Partial Relief From the Automatic Stay (11 U.S.C. § 362(d)(1)) and Discharge Injunction (11 U.S.C. §524(a)) With Respect to Certain Non-Core Proceedings; and (II) Extending Time to File a Proof of Claim (F.R.B.P. 3003(c)(3)) [Docket No. 173]

    **Status: This matter is going forward.**

3. Debtors' Motion for Entry of an Order Pursuant to Sections 105(a), 542, and 543 of the Bankruptcy Code (I) Directing the Collateral be Transferred to a Neutral Broker or Escrow Under the Court's Supervision of (II) Enjoining the Defendants from Transferring or Using the Collateral Pending Final Resolution of the Turnover Claims [Adv. No. 22-01382, Docket No. 2].

    Related Documents:

    A. Exhibit D in Support of Debtors' Motion for Entry of an Order Pursuant to Sections 105(a), 542, and 543 of the Bankruptcy Code (I) Directing the Collateral be Transferred to a Neutral Broker or Escrow Under the Court's Supervision of (II) Enjoining the Defendants from Transferring or Using the Collateral Pending Final Resolution of the Turnover Claims [Docket No. 14];

    B. Exhibit E in Support of Debtors' Motion for Entry of an Order Pursuant to Sections 105(a), 542, and 543 of the Bankruptcy Code (I) Directing the Collateral be Transferred to a Neutral Broker or Escrow Under the Court's Supervision of (II) Enjoining the Defendants from Transferring or Using the Collateral Pending Final Resolution of the Turnover Claims [Docket No. 15];

    C. Joint Scheduling Order [Docket No. 31].

    **Status: This matter is going forward.**

Dated: January 4, 2023                    /s/ *Michael D. Sirota*

                                          **COLE SCHOTZ P.C.**
                                          Michael D. Sirota, Esq. (NJ Bar No. 014321986)
                                          Warren A. Usatine, Esq. (NJ Bar No. 025881995)
                                          Court Plaza North, 25 Main Street
                                          Hackensack, New Jersey 07601
                                          (201) 489-3000

msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Proposed Attorneys for Debtors and
Debtors in Possession*