**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Deborah Kovsky-Apap (NJ Bar No. 030942003)
875 Third Avenue
New York, NY 10022
(212) 808-2726
deborah.kovsky@troutman.com

*Counsel for the Ad Hoc Committee of*
*Wallet Account Holders*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*[1]<br><br><div align="right">Debtors.</div> | Chapter 11 Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

## VERIFIED STATEMENT
## PURSUANT TO BANKRUPTCY RULE 2019

In connection with the above-captioned chapter 11 cases (the "Chapter 11 Cases"),

Troutman Pepper Hamilton Sanders LLP ("Troutman Pepper") hereby submits this verified

statement (the "Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure

("Bankruptcy Rule 2019") with respect to Troutman Pepper's representation of a group of account

holders (the "Ad Hoc Committee of Wallet Account Holders") in connection with such account

holders' property that was transferred from BlockFi Interest Accounts ("BIAs") into BlockFi

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

Wallet accounts ("Wallet") and is held by BlockFi Inc. and/or certain of its affiliated debtors and debtors in possession (the "Debtors").[2]

1.      Attached hereto as Exhibit A is a list of the names and addresses[3] of each member of the Ad Hoc Committee of Wallet Account Holders, and each member's disclosable economic interests in accordance with Bankruptcy Rule 2019. The information contained in Exhibit A is based upon information provided by the members of the Ad Hoc Committee of Wallet Account Holders and is subject to change.

2.      On or about January 2, 2023, the initial members of the Ad Hoc Committee of Wallet Account Holders retained Troutman Pepper to represent it in connection with the above-captioned Chapter 11 Cases. Additional members may join the Ad Hoc Committee of Wallet Account Holders on an ongoing basis, and Troutman Pepper will file additional Statements as necessary to comply with Bankruptcy Rule 2019.

3.      Each member of the Ad Hoc Committee of Wallet Account Holders has consented to Troutman Pepper's representation of the group. Troutman Pepper does not represent any member of the Ad Hoc Committee of Wallet Account Holders in his or her individual capacity or with respect to any property interests (or related claims) other than in connection with the property transferred from BIAs to Wallet.

4.      The information contained in this Statement and/or Exhibit A attached hereto is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other use or purpose, including, without limitation, any restriction or limitation on the rights, abilities, or arguments of the Ad Hoc Committee of Wallet Account Holders to recover their property held by

---

[2] Each member of the Ad Hoc Committee of Wallet Account Holders files this Statement exclusively on its own behalf and does not assume any fiduciary or other duties to any other member or to any other entity or individual.

[3] To protect the personal information of each member, the address listed for each member is Troutman Pepper's business address. In addition, each member may be reached via email through counsel.

2

the Debtors (or any third parties). Nothing in this Statement or Exhibit A hereto, should be construed as (i) a limitation upon, or waiver of, any member's right to assert, file, and/or amend claims, if any, in accordance with applicable law and any orders entered in these Chapter 11 Cases, or (ii) an admission with respect to any fact or legal theory. Troutman Pepper reserves the right to amend or supplement this Statement on behalf of the Ad Hoc Committee of Wallet Account Holders.

5.      The undersigned verifies that the foregoing is true and correct to the best of her knowledge.

DATED:          January 4, 2023
                New York, New York

                                        AD HOC COMMITTEE OF WALLET
                                        ACCOUNT HOLDERS

                                        By its Counsel,

                                        **TROUTMAN PEPPER HAMILTON
                                        SANDERS LLP**


                                        By:

                                        */s/ Deborah Kovsky-Apap*
                                        875 Third Avenue
                                        New York, New York 10022
                                        (212) 704-6000
                                        *deborah.kovsky@troutman.com*