## <u>Exhibit A</u>

This Statement reflects the nature and amount of disclosable economic interests in relation to the Debtors held by members of the Ad Hoc Committee of Wallet Account Holders, as disclosed to Troutman Pepper, based on information reflected in the BlockFi app.

This Statement is intended solely to satisfy Bankruptcy Rule 2019, to the extent such rule is applicable to the various holdings of the Ad Hoc Committee of Wallet Account Holders, and nothing set forth herein is intended to be or shall be an admission that any of the Ad Hoc Committee of Wallet Account Holders' interests in property held by the Debtors constitute disclosable economic interests for purposes of Bankruptcy Rule 2019. The values set forth herein are not intended to be a limitation on the form of recovery of the Ad Hoc Committee of Wallet Account Holders, including, without limitation, their right to recover any property in kind. Nothing herein is or is intended to be a waiver of any arguments that any property held by the Debtors is not property of the estate under section 541 of the Bankruptcy Code.

**Names of the Members of the Ad Hoc Committee of Wallet Account Holders:**

1. Benjamin Andrews
2. Peter Emms
3. Matthew Fox
4. Ashish Jain
5. Jeremy Kent
6. Ryan Mills
7. Daniel Morais
8. David Olsen
9. Jose Rosario
10. Shinji Tabuchi

**Contact Information for the Ad Hoc Committee of Wallet Account Holders:**

The addresses and contact information for all members of the Ad Hoc Committee of Wallet

Account Holders is provided as c/o Troutman Pepper Hamilton Sanders LLP, 875 Third Avenue, New York, New York 10022, deborah.kovsky@troutman.com.

**Ad Hoc Committee of Wallet Account Holders' Disclosable Economic Interests:**

Between November 10 and November 18, 2022, the members of the Ad Hoc Committee of Wallet Account Holders collectively transferred cryptocurrency worth approximately $1.63 million as of November 28, 2022 from BIAs to Wallet.