**GIBBONS P.C.**
Robert K. Malone, Esq.
Brett S. Theisen, Esq.
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
*Co-Counsel for Ankura Trust Company, LLC,*
*Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In re:** | (Hon. Michael B. Kaplan) |
| | Chapter 11 |
| **BLOCKFI INC.,** *et al.*,[1] | Case No. 22-19361 (MBK) |
| **Debtors.** | (Jointly Administered) |

**CERTIFICATION OF DAVID P. SIMONDS, ESQ. IN SUPPORT OF APPLICATION**
**FOR ADMISSION *PRO HAC VICE***

**DAVID P. SIMONDS**, of full age, under penalty of perjury, hereby certifies, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at law and a member of the law firm Hogan Lovells US LLP ("**Hogan Lovells**"), which maintains offices at 390 Madison Avenue, New York, New York 10017 and 1999 Avenue of the Stars, Suite 1400, Los Angeles, California 90067.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

2. I make this Certification in support of my application (the "**Application**") pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "**Local Rules**"), for admission to the Bankruptcy Court *pro hac vice*. Hogan Lovells has been retained to serve as co-counsel, along with Gibbons P.C., for Ankura Trust Company, LLC ("**Indenture Trustee**"), as indenture trustee under an indenture (the "**Indenture**"), dated as of April 14, 2022, as supplemented, between BlockFi Inc. and the Indenture Trustee relating to the BlockFi Interest Accounts that are registered on the books and records of the Company as owned by Holders (as defined in the Indenture) residing in the United States in connection with the above-captioned cases.

3. I am, and have been, a member of good standing of the bar of the State of New York since 1993; the United States District Court for the Southern and Eastern Districts of New York since 1993; the State of California since 2001; the United States District Court for the Central, Eastern, and Southern Districts of California since 2001; the United States District Court for the Northern District of California since 2002; and the United States Court of Appeals for the Ninth Circuit since 2022.

4. I am, and have remained, a member of good standing of said bars at all times. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5. I am familiar with the circumstances surrounding the above-captioned proceedings and applicable law, and my presence will serve the best interest of the Indenture Trustee as co-counsel.

6. I am not admitted to practice law in the State of New Jersey and therefore believe it is necessary for me to seek *pro hac vice* admission in this proceeding.

7. If admitted *pro hac vice*, I agree to abide by the Local Rules, and to make the payments to the Clerk of the United States Court for the District of New Jersey and the New Jersey Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on: January 4, 2023            */s/ David P. Simonds*
                                        David P. Simonds