**GIBBONS P.C.**
Robert K. Malone, Esq.
Brett S. Theisen, Esq.
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
*Co-Counsel for Ankura Trust Company, LLC,*
*Indenture Trustee*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re:** | (Hon. Michael B. Kaplan) |
| | Chapter 11 |
| **BLOCKFI INC.,** *et al.*,[1] | Case No. 22-19361 (MBK) |
| **Debtors.** | (Jointly Administered) |

### ORDER GRANTING ADMISSION *PRO HAC VICE* OF DAVID P. SIMONDS, ESQ.

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

This matter having been brought before the Court on application for the entry of an Order for Admission *Pro Hac Vice* of David P. Simonds, Esq.; and the Court having reviewed the moving papers and considered this matter pursuant to Fed. R. Civ. Pro 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1; and good cause having been shown; it is hereby

**ORDERED** that David P. Simonds, Esq. of Hogan Lovells US LLP be permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt.  Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders; and it is further

**ORDERED** that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order; and it is further

**ORDERED** that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the United States District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order.  Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further **ORDERED** that the applicant shall be bound by the Local Rules of the United

States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure

for the District of New Jersey; and it is further

      **ORDERED** that the Clerk of the Bankruptcy Court shall forward a copy of this Order

to the Treasurer of New Jersey Lawyers' Fund for Client Protection within five (5) days of its

date of entry hereof.