**GIBBONS P.C.**
Robert K. Malone, Esq.
Brett S. Theisen, Esq.
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
*Co-Counsel for Ankura Trust Company, LLC,*
*Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In re:** | (Hon. Michael B. Kaplan) |
| | Chapter 11 |
| **BLOCKFI INC.,** *et al.*,[1] | Case No. 22-19361 (MBK) |
| **Debtors.** | (Jointly Administered) |

**APPLICATION FOR ADMISSION OF EDWARD J. MCNEILLY, ESQ. *PRO HAC VICE***

TO:   HONORABLE MICHAEL B. KAPLAN
      CHIEF UNITED STATES BANKRUPTCY JUDGE

Robert K. Malone, Esq., a member of the bar of this Court, hereby moves for the entry of an Order granting the admission *pro hac vice* of Edward J. McNeilly, Esq. of Hogan Lovells US LLP ("**Hogan Lovells**") to practice before this Court in connection with the above-captioned cases. This application (the "**Application**") is submitted pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "**Local Rules**"). Unless requested by other parties, no oral argument is requested. A proposed form of Order is attached. In support of the Application, the undersigned represents as follows:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1. I am an attorney at law of the State of New Jersey, admitted to practice in the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Courts for the Southern and Eastern Districts of New York, and a director of the law firm Gibbons P.C., which maintains an address of One Gateway Center, Newark, New Jersey 07102-5310.  Gibbons P.C. has been retained to serve as co-counsel, with Hogan Lovells, for Ankura Trust Company, LLC ("**Indenture Trustee**"), as indenture trustee under an indenture (the "**Indenture**"), dated as of April 14, 2022, as supplemented, between BlockFi Inc. and the Indenture Trustee relating to the BlockFi Interest Accounts that are registered on the books and records of the Company as owned by Holders (as defined in the Indenture) residing in the United States in connection with the above-captioned cases.

2. I submit this Application, pursuant to Civil Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Local Rule 9010-1, in support of the entry of an Order granting the admission *pro hac vice* of Edward J. McNeilly, Esq. to this Court.

3. Mr. McNeilly is an attorney at law and a senior associate with the law firm Hogan Lovells, which maintains offices at 390 Madison Avenue, New York, New York 10017 and 1999 Avenue of the Stars, Suite 1400, Los Angeles, California 90067.

4. Attached hereto is the Certification of Mr. McNeilly in which he certifies that he is, and has been, a member in good standing of the bars of England and Wales (Solicitor of the Senior Courts) since 2014; the State of California since 2017; the United States District Court for the Central, Northern, and Southern Districts of California since 2017; the State of Washington since 2018; the United States District Court for the Western District of Washington since 2019; and the United States Court of Appeals for the Ninth Circuit since 2022. Additionally, Mr. McNeilly certifies that he is, and has remained, a member of good standing of said bars at all times,

that no disciplinary proceedings are pending against him in any jurisdiction and no discipline has previously been imposed on him in any jurisdiction.

5. Mr. McNeilly is familiar with the circumstances surrounding the above-captioned proceedings and applicable law, and his presence will serve the best interest of the Indenture Trustee.

**WHEREFORE**, Applicant respectfully requests entry of the Order submitted herewith approving the admission, *pro hac vice*, of Edward J. McNeilly, Esq. to represent the Indenture Trustee as co-counsel in the above-captioned cases.

Dated:  January 4, 2023
Newark, New Jersey

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Telephone:    (973) 596-4500
Facsimile:    (973) 639-6357
Email:        rmalone@gibbonslaw.com
*Co-Counsel for Ankura Trust Company, LLC,
Indenture Trustee*

By: */s/ Robert K. Malone*
       Robert K. Malone