**SULLIVAN & CROMWELL LLP**
James L. Bromley (NJ Bar No. 1551996)
Andrew G. Dietderich
Brian D. Glueckstein
Matthew J. Porpora
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
E-mail:  bromleyj@sullcrom.com
           dietdericha@sullcrom.com
           gluecksteinb@sullcrom.com
           porporam@sullcrom.com

*Proposed Counsel for the FTX Debtors*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Sullivan & Cromwell LLP hereby appears in the above-referenced chapter 11 cases to represent FTX Trading Ltd. and certain of its affiliates as debtors and debtors-in-possession (collectively, the "FTX Debtors") and, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that copies of all notices and pleadings given or required to be given in this case, and all papers served or required to be served in this case, be delivered and served upon the undersigned attorneys at the following address, telephone and facsimile numbers and email addresses, and further requests to be added to the master service list established in this case:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the BlockFi Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

        Andrew G. Dietderich
        James L. Bromley
        Brian D. Glueckstein
        Matthew J. Porpora
        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, New York  10004
        Telephone:   (212) 558-4000
        Facsimile:   (212) 558-3588
        E-mail:       dietdericha@sullcrom.com
                        bromleyj@sullcrom.com
                        gluecksteinb@sullcrom.com
                        porporam@sullcrom.com

      PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile, courier, telephone, telegraph, telex or otherwise.

      PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of any or all of the FTX Debtors including, without limitation (i) the right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) the FTX Debtors' right to enforce any contractual provision with respect to arbitration; (v) the right to argue that the court lacks jurisdiction or that another court should exercise jurisdiction; or (vi) any other rights, claims,

actions, or defenses to which the FTX Debtors are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions and defenses expressly are reserved.

Dated: January 5, 2023
       New York, New York

Respectfully submitted,

/s/ James L. Bromley
James L. Bromley (NJ Bar No. 1551996)
Andrew G. Dietderich (*pro hac vice* forthcoming)
Brian D. Glueckstein (*pro hac vice* forthcoming)
Matthew J. Porpora (*pro hac vice* forthcoming)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588
E-mail:       bromleyj@sullcrom.com
              dietdericha@sullcrom.com
              gluecksteinb@sullcrom.com
              porporam@sullcrom.com

*Proposed Counsel for the FTX Debtors*