**SULLIVAN & CROMWELL LLP**
James L. Bromley (Bar No. 1551996)
Andrew G. Dietderich
Brian D. Glueckstein
Matthew J. Porpora
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail:  bromleyj@sullcrom.com
            dietdericha@sullcrom.com
            gluecksteinb@sullcrom.com
            porporam@sullcrom.com

*Proposed Counsel for the FTX Debtors*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | Jointly Administered |
| | Adv. Pro. No. 22-01382 (MBK) |

### APPLICATION FOR *PRO HAC VICE* ADMISSION OF ANDREW G. DIETERICH

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission *pro hac vice* of Andrew G. Dietderich, of the law firm of Sullivan & Cromwell LLP, to

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the BlockFi Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/blockfi/.

represent FTX Trading Ltd. ("FTX"), Alameda Research, Ltd. ("Alameda"), and their affiliated debtors and debtors-in-possession (collectively, "FTX Debtors")[2] in the above-captioned chapter 11 case and adversary proceeding. In support of this application, counsel submits the attached Certification of Andrew G. Dietderich, and requests that the proposed form of order submitted herewith be entered. Undersigned counsel certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

Dated: January 5, 2023
      New York, New York

Respectfully submitted,

  /s/ James L. Bromley_____
James L. Bromley (Bar No. 1551996)
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: bromleyj@sullcrom.com

*Proposed Counsel for the FTX Debtors*

---

[2] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the FTX Debtors' Chapter 11 cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**SULLIVAN & CROMWELL LLP**
James L. Bromley (Bar No. 1551996)
Andrew G. Dietderich
Brian D. Glueckstein
Matthew J. Porpora
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail:  bromleyj@sullcrom.com
              dietdericha@sullcrom.com
              gluecksteinb@sullcrom.com
              porporam@sullcrom.com

*Proposed Counsel for the FTX Debtors*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered |
| | Adv. Pro. No. 22-01382 (MBK) |

## CERTIFICATION OF ANDREW G. DIETDERICH

I, Andrew G. Dietderich, hereby certify as follows:

1. I am a partner with the law firm of Sullivan & Cromwell, LLP, which maintains an office at 125 Broad Street, New York, NY 10004.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the BlockFi Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/blockfi/.

2. I am an attorney-at-law duly admitted to practice before the courts of the State of New York and a partner with the firm of Sullivan & Cromwell, counsel for FTX Trading Ltd. ("FTX"), Alameda Research, Ltd. ("Alameda"), and their affiliated debtors and debtors-in-possession (collectively, "FTX Debtors").[2] I submit this Certification in support of the accompanying Application for my admission *pro hac vice*.

3. I am and have been a member in good standing of the bar of the State of New York and have been admitted to the bar of the State of New York since 1997. I am also admitted to practice before the *United States District Court for the Southern District of New York*.

4. I am, and have remained, a member in good standing of the bar in each of the jurisdictions in which I am admitted to practice. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. If the Application is granted, I agree to abide by this Court's local rules and to submit myself to the disciplinary jurisdiction of this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

---

[2] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the FTX Debtors' Chapter 11 cases, a complete list of the FTX Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the FTX Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

7. I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases: James Bromley.

8. For the foregoing reasons, I respectfully request my application for admission *pro hac vice* be granted.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 5, 2023
New York, New York

/s/ Andrew G. Dietderich
Andrew G. Dietderich
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: dietdericha@sullcrom.com

*Proposed Counsel for the FTX Debtors*

**UNITED STATES BANKRTUPCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption In Compliance with D.N.J. LBR 9004-1(b)**

**SULLIVAN & CROMWELL LLP**
James L. Bromley (Bar No. 1551996)
Andrew G. Dietderich
Brian D. Glueckstein
Matthew J. Porpora
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail:  bromleyj@sullcrom.com
          dietdericha@sullcrom.com
          gluecksteinb@sullcrom.com
          porporam@sullcrom.com

*Proposed Counsel for the FTX Debtors*

In re:

BLOCKFI INC., *et al.*,

               Debtors.[1]

Chapter 11

Case No. 22-19361 (MBK)

Jointly Administered

Adv. Pro. No. 22-01382 (MBK)

The relief set forth on the following pages is hereby **ORDERED**.

This matter having been brought before the Court on application for an Order For Admission *Pro Hac Vice*; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc.78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the BlockFi Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

ORDERED that Andrew G. Dietderich be permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L.Civ.R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders; and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L.Civ.R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order; and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
*Attention: Pro Hac Vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United State District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.