**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Proposed Attorneys for Debtors and
Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Proposed Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

**DECLARATION OF RICHARD KANOWITZ IN SUPPORT OF DEBTORS' RESPONSE AND OBJECTION TO MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION OF GEORGE J. GERRO FOR ENTRY OF AN ORDER (I) GRANTING PARTIAL RELIEF FROM THE AUTOMATIC STAY (11 U.S.C. §§ 362(d)(1)) AND DISCHARGE INJUNCTION (11 U.S.C. § 524(a)) WITH RESPECT TO CERTAIN NON-CORE PROCEEDINGS; AND (II) EXTENDING TIME TO FILE A PROOF OF CLAIM (F.R.B.P. 3002(c)(3))**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

I, Richard Kanowitz, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare:

1. I am over eighteen and have never been convicted of a felony or other crime involving moral turpitude, and do not suffer from any mental or physical disability that would render me incompetent to make this declaration. I am able to swear, and I hereby do swear, that all of the statements in this declaration are true and correct and within my personal knowledge or are known to me by reason of my position and involvement in this proceeding and/or through counsel for BlockFi who has appeared in the actions described below in California.

2. I am an attorney licensed to practice in the State of New Jersey since 1992 and the State of New York since 1993. I have at all times thereafter been a member in good standing with the State Bar of New Jersey and the State Bar of New York.

3. I am a partner in the law firm of Haynes and Boone, LLP and have been a member of the law firm's financial transactions department since 2020.

4. Attached hereto are true and correct copies of the following pleadings and orders entered in connection with litigation between George Gerro ("Gerro") and BlockFi Lending, LLC ("BF Lending") in the proceedings defined in the *Debtors' Response and Objection to Motion and Memorandum of Law in Support of Motion of George J. Gerro for Entry of an Order (I) Granting Partial Relief from the Automatic Stay (11 U.S.C. §§ 362(d)(1)) and Discharge Injunction (11 U.S.C. § 524(a)) With Respect to Certain Non-core Proceedings; and (II) Extending Time to File a Proof of Claim (F.R.B.P. 3002(c)(3))* (the "BlockFi Objection") as "*Gerro I*", "*Gerro II*", and "*Gerro III*":

   a. **Exhibit A**: the first amended complaint in *Gerro I*;

   b. **Exhibit B**: the California Stay Order (as defined in ¶ 14 of the BlockFi Objection);

    c. **Exhibit C**: the first amended complaint in *Gerro II*;

    d. **Exhibit D**: the order staying *Gerro II*;

    e. **Exhibit E**: a true and correct copy of the petition for writ of mandate commencing *Gerro III*;

    f. **Exhibit F**: first amended petition in *Gerro III*;

    g. **Exhibit G**: the second amended complaint for declaratory relief filed by Gerro;

    h. **Exhibit H**: judgment dismissing *Gerro III*;

    i. **Exhibit I**: second judgment dismissing *Gerro III*;

    j. **Exhibit J**: *Gerro III* Nov. 16, 2021 Notice of Ruling;

    k. **Exhibit K**: *Gerro III* Apr. 21, 2022 Notice of Ruling.

[*Remainder of page intentionally left blank*]

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 5, 2023

By: /s/ *Richard Kanowitz*<br>
Richard Kanowitz<br>
Partner, Haynes and Boone, LLP

[Signature Page to Kanowitz Declaration]