# *Exhibit D*

```
FILED
Superior Court of California
County of Los Angeles
04/27/2021
Sherri R. Carter, Executive Officer / Clerk of Court
By: _____R. Hernandez_____ Deputy
```

John M. Gerro (SBN 85900)
George J. Gerro (SBN 325168)
GERRO & GERRO
530 South Glenoaks Boulevard, Suite 200
Burbank, California 91502
Telephone: (818) 840-0000

Attorney for Plaintiff
George J. Gerro

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES, NORTH CENTRAL DISTRICT

| | |
|---|---|
| GEORGE J. GERRO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>BLOCKFI LENDING LLC, a Delaware Limited Liability Company; BLOCKFI INC., a Delaware Corporation; SCRATCH SERVICES, LLC, a Delaware Limited Liability Company; and DOES 1-100<br><br>Defendants. | Case No. 20STCV31493<br><br>[Assigned for all purposes to the Honorable Judge William D. Stewart, Dept. A]<br><br>*Related to case no. 20BBCV00308*<br><br>[PROPOSED] **INTERLOCUTORY JUDGMENT (CAL. CIV. PROC. § 597)** |

The Demurrer of Defendants BlockFi Lending LLC, BlockFi Inc., and Scratch Services LLC on the basis of Code of Civil Procedure section 430.10(c), that another action is pending between the same parties, came on regularly for hearing before the undersigned on April 8, 2021 at 9:30am in Department A of the Burbank Courthouse, located at 300 East Olive Avenue, Burbank, California 91502, upon notice duly and regularly served;

Defendants BlockFi Lending LLC and BlockFi Inc., appearing by Mark D. Erickson and David B. Clark of Haynes and Boone, LLP, their counsel;

1  Defendant Scratch Services LLC appearing by Scott J. Hyman of Severson & Werson APC, its
2  counsel;
3
4  Plaintiff George J. Gerro appearing by George J. Gerro and John M. Gerro of Gerro & Gerro,
5  his counsel;
6
7  The documentary evidence having been judicially noticed, the matter having been argued, and
8  pursuant to its Minute Order dated April 8, 2021, the Court Sustained the Defendants' Demurrer
9  on the basis of California Code of Civil Procedure Section 410.30(c) without leave to amend;
10
11  The Court held that the same cause of action is already pending between the same parties
12  (*Gerro vs. BlockFi Lending LLC, et al.*, Los Angeles Superior Court, Case No. 20BBCV00308
13  (pending appeal, California Court of Appeal, Second District, Div. 1, Case no. B307156
14  ("*Gerro I*")), and no other special defense was sustained; therefore:
15
16  The Court hereby enters this Interlocutory Judgment in accordance with California Code of
17  Civil Procedure Section 597, in favor of Defendants BlockFi Lending LLC, a Delaware Limited
18  Liability Company, BlockFi Inc., a Delaware Corporation, and Scratch Services LLC, a
19  Delaware Limited Liability Company; and
20
21  It is, therefore, hereby ordered that no trial of other issues shall be had until the final
22  determination of *Gerro I*.
23
24  The court has reviewed the proposed alternative judgment proposed by defendants and finds no differences or distinctions germane in light of the extensive ruling published in the minutes of the court.
25  Dated: 04/27/2021                                   *William D. Stewart*
26                                                     The Honorable William D. Stewart
27                                                     William D. Stewart / Judge
                                                       Judge of the Los Angeles Superior Court
28

---

2
INTERLOCUTORY JUDGMENT (CAL. CIV. PROC. § 597)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 530 South Glenoaks Blvd., Suite 200, Burbank, CA 91502

3. I served copies of the following documents (specify the exact title of each document served):

**[PROPOSED] INTERLOCUTORY JUDGMENT (CAL. CIV. PROC. § 597)**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| David Clark | Scott J. Hyman |
| Haynes and Boone, LLP | Severson & Werson, APC |
| 600 Anton Blvd., Suite 700 | 19100 Von Karman Ave., 7TH Floor |
| Costa Mesa, CA 92626 | Irvine, CA 92612 |
| Attorney for Defendants BlockFi Inc. and BlockFi Lending LLC | Attorney for Defendant Scratch Services LLC |

5. __X__ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

6. I served the documents by the means described in item 5 on *(date):* SEE BELOW

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 4/13/21 | Ethan Poytress | /s/ Ethan Poytress |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |