# *Exhibit H*

Electronically Received 05/11/2022 04:13 PM

1  HAYNES AND BOONE, LLP
   David Clark/Bar No. 275204
2     david.clark@haynesboone.com
   Marco A. Pulido/Bar No. 308074
3     marco.pulido@haynesboone.com
   600 Anton Boulevard, Suite 700
4  Costa Mesa, CA  92626
   Telephone:    (949) 202-3000
5  Facsimile:    (949) 202-3001

6  Attorneys for Real Parties in Interest
   BLOCKFI LENDING LLC; BLOCKFI
7  TRADING LLC and BLOCKFI INC.

FILED
Superior Court of California
County of Los Angeles

MAY 13 2022

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
   N. DiGiambattista

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES, STANLEY MOSK COURTHOUSE

| | |
|---|---|
| GEORGE GERRO,<br><br>Petitioner,<br><br>vs.<br><br>Cristopher S. Shultz, as Commissioner of Financial Protection and Innovation of the State of California,<br><br>Respondent.<br><br>―――――――――――――――――<br>BLOCKFI LENDING LLC, a Delaware limited liability company; BLOCKFI TRADING LLC, a Delaware Limited Liability Company; and BLOCKFI, INC., a Delaware Corporation<br><br>Real Parties in Interest. | CASE NO.: 21STCP02023<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>    Honorable Mary H. Strobel<br>    Department 82<br><br>[PROPOSED] JUDGMENT OF DISMISSAL AS TO REAL PARTIES IN INTEREST BLOCKFI LENDING LLC; BLOCKFI TRADING LLC; AND BLOCKFI INC.<br><br>Department:    82<br><br>*Second Amended Complaint Filed December 3, 2021* |

1

**[PROPOSED] JUDGMENT OF DISMISSAL AS TO REAL PARTIES IN INTEREST BLOCKFI LENDING LLC; BLOCKFI TRADING LLC; AND BLOCKFI INC.**

## [PROPOSED] JUDGMENT OF DISMISSAL

On April 21, 2022, the hearing on the demurrers to Plaintiff/Petitioner George Gerro's ("Gerro") Second Amended Complaint of Respondent Christopher S. Shultz ("Shultz") and Real Parties in Interest BlockFi Lending LLC, BlockFi trading LLC, and BlockFi Inc. (collectively, the "BlockFi Entities") came on regularly for hearing before the Honorable Mary H. Strobel in Department 82 of the above-entitled Court. Mark D. Erickson appeared via LA Connect for BlockFi, Leanna C. Costantini appeared via LA Connect for Shultz, and John Gerro and George Gerro appeared via LA Connect for Gerro.

The Court having sustained without leave to amend the demurrers of Respondent Shultz and Real Parties in Interest the BlockFi Entities as to the Second Cause of Action—which is the only cause of action asserted in the Second Amended Complaint against the BlockFi Entities, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. The Second Amended Complaint of Plaintiff George Gerro is dismissed with prejudice as to Real Parties in Interest BlockFi Lending LLC, BlockFi Trading LLC, and BlockFi Inc.

2. Plaintiff George Gerro shall take nothing from Real Parties in Interest BlockFi Lending LLC, BlockFi Trading LLC, and BlockFi Inc.; ~~the petition for writ of mandate asserted in the Second Cause of Action in the Second Amended Complaint is denied~~; and judgment shall be entered in favor of BlockFi Lending LLC, BlockFi Trading LLC, and BlockFi Inc.

3. Real Parties in Interest BlockFi Lending LLC, BlockFi Trading LLC, and BlockFi Inc. shall have and recover costs from Plaintiff George Gerro in the amount of $ _____.

DATED: May _13_, 2022

_____
Hon. Mary H. Strobel
Judge of the Superior Court

4860-1803-4451 v.1

*Objections considered.*

2

**[PROPOSED] JUDGMENT OF DISMISSAL AS TO REAL PARTIES IN INTEREST BLOCKFI LENDING LLC; BLOCKFI TRADING LLC; AND BLOCKFI INC.**

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action; my business address is 600 Anton Boulevard, Suite 700, Costa Mesa, California 92626.

On **May 11, 2022**, I served a true and correct copy of the document entitled: **[PROPOSED] JUDGMENT OF DISMISSAL AS TO REAL PARTIES IN INTEREST BLOCKFI LENDING LLC; BLOCKFI TRADING LLC; AND BLOCKFI INC.** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, as indicated below and addressed as follows:

| | |
|---|---|
| John M. Gerro, Esq.<br>George J. Gerro, Esq.<br>Law Offices of Gerro & Gerro<br>530 S. Glenoaks Boulevard, Suite 200<br>Burbank, CA  91502<br>Telephone:     (818) 840-0000<br>E-Mail:          john@gerrolaw.com<br>                     george@gerrolaw.com<br><br>*[Attorneys for Petitioner GEORGE GERRO]* | Rob Bonta, Esq., Attorney General of California<br>Leanna C. Costantini, Esq., Dep. Atty. General<br>California Department of Justice<br>300 South Spring Street<br>Suite 1702<br>Los Angeles, CA 90013<br>Telephone:     (213) 269-6231<br>Facsimile:      (619) 738-9000<br>E-Mail:          rob.bonta@doj.ca.gov<br>                     leanna.costantini@doj.ca.gov<br><br>*[Attorneys for Respondent CHRISTOPHER S. SHULTZ, as Commissioner of Financial Protection and Innovation of the State of California]* |

☐ **(By Personal Delivery)** I served true and correct copies of the foregoing document by personal delivery through First Legal Network to the offices of the interested parties as indicated above.

☐ **(By U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I caused such envelope, with postage thereon fully prepaid, to be placed in the United States Mail at Costa Mesa, California as indicated above.

☒ **(By Electronic Delivery)** Pursuant to C.C.P. § 1010.6, I served true and correct copies of the foregoing document by electronic delivery to the interested parties in this action as indicated above.

☐ **(By Overnight Delivery)** I served true and correct copies of the foregoing document by placing such document in a sealed Fedex envelope addressed to the interested parties as indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **May 11, 2022**, at Costa Mesa, California.

*/s/ Carrie L. Gagne*
Carrie L. Gagne