# *Exhibit I*

1 | ROB BONTA
Attorney General of California
2 | BRIAN D. WESLEY
Supervising Deputy Attorney General
3 | LEANNA C. COSTANTINI
Deputy Attorney General
4 | State Bar No. 294028
  300 South Spring Street, Suite 1702
5 | Los Angeles, CA 90013
  Telephone: (213) 269-6231
6 | Fax: (916) 731-2144
  E-mail: Leanna.Costantini@doj.ca.gov
7 | *Attorneys for Respondent Christopher S. Shultz, as Commissioner of Financial Protection and Innovation of the State of California*

**FILED**
Superior Court of California
County of Los Angeles

AUG 05 2022

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy
Patricia Salcido

*Fee Exempt Pursuant to Government Code § 6103*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, STANLEY MOSK COURTHOUSE

| | |
|---|---|
| **GEORGE GERRO, an individual,**<br><br>Petitioner,<br><br>vs.<br><br>**CHRISTOPHER S. SHULTZ, as Commissioner of Financial Protection and Innovation of the State of California,**<br><br>Respondent.<br><br>**BLOCKFI LENDING LLC, a Delaware Limited Liability Company, BLOCKFI TRADING LLC, a Delaware Limited Liability Company; and BLOCKFI, INC.,**<br><br>Real Parties in Interest. | Case No. 21STCP02023<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL AS TO DEFENDANT/RESPONDENT CHRISTOPHER S. SHULTZ, AS COMMISSIONER OF FINANCIAL PROTECTION AND INNOVATION OF THE STATE OF CALIFORNIA<br><br>Dept: 78<br>Judge: Honorable Robert S. Draper<br>Action Filed: June 25, 2021 |

# [PROPOSED] JUDGMENT OF DISMISSAL

On April 21, 2022, the Honorable Mary H. Strobel in Department 82 of the above-entitled Court sustained the demurrer of defendant/respondent Christopher S. Shultz, as Commissioner of Financial Protection and Innovation of the State of California, to the Second Cause of Action in the Second Amended Complaint filed by plaintiff/petitioner George Gerro, without leave to amend. On June 16, 2022, the Honorable Robert S. Draper in Department 78 of the above-entitled Court sustained the demurrer of defendant/respondent Christopher S. Shultz, as Commissioner of Financial Protection and Innovation of the State of California, to the remaining First Cause of Action in the Second Amended Complaint filed by plaintiff/petitioner George Gerro, without leave to amend. Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. The Second Amended Complaint of plaintiff/petitioner George Gerro is dismissed with prejudice as to defendant/respondent Christopher S. Shultz, as Commissioner of Financial Protection and Innovation of the State of California;

2. Judgment shall be, and hereby is, entered in favor of defendant/respondent Christopher S. Shultz, as Commissioner of Financial Protection and Innovation of the State of California, and against plaintiff/petitioner George Gerro;

3. Plaintiff/petitioner George Gerro shall take nothing from defendant/respondent Christopher S. Shultz, as Commissioner of Financial Protection and Innovation of the State of California;

4. Defendant/respondent Christopher S. Shultz, as Commissioner of Financial Protection and Innovation of the State of California, shall have and recover costs from recover costs from plaintiff/petitioner George Gerro in the amount of $_____. Costs in the amount of $_____ (total amount of fees that would have been paid but for Government Code section 6103) are payable to the Clerk under Government Code section 6103.5.

Dated: _____AUG 05 2022_____    _____
                                    Honorable Robert S. Draper
                                    Judge of the Superior Court

2

[Proposed] Judgment of Dismissal as to Defendant/Respondent Shultz (21STCP02023)