**BlockFi Inc.** 22-19361
Debtor Reporting Period: November 28-30, 2022

# MONTHLY OPERATING REPORT
# TABLE OF CONTENTS

| Supporting Documentation | Page # |
|---|---|
| MOR Global Notes | 1-4 |
| Cash Receipts & Disbursements | 5 |
| Consolidated Balance Sheet | 6 |
| Consolidated Statement of Operations | 7 |
| Standalone Balance Sheet | 8 |
| Standalone Statement of Operations | 9 |
| Bank Accounts | 10 |
| Schedule of Capital Assets | 11 |

| BlockFi Inc. | 22-19361 |
|---|---:|
| Debtor | Reporting Period: November 28-30, 2022 |

## MONTHLY OPERATING REPORT

**Notes to the Monthly Operating Report**

This report includes activity from the following Debtors and their related Case Numbers:

| Debtor | Case Number |
|---|---:|
| BlockFi Inc. | 22-19361 |

Notes to MOR:

On November 28th, 2022 (the "Petition Date"), BlockFi Inc. and eight of its affiliates (collectively, the "Debtors" or the "Company") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On November 28, 2022, the court entered an order [Docket No. 18] authorizing joint administration and procedural consolidation of these Chapter 11 cases pursuant to Bankruptcy Rule 1015(b) under the lead case *In re BlockFi Inc.*, *et al.*, Case No. 22-19361. On December 21, 2022, the United States Trustee for the District of New Jersey (the "U.S. Trustee") appointed an Official Committee of Unsecured Creditors (the "Creditors Committee") [Docket No. 131]. No request for the appointment of a trustee or examiner has been made in these Chapter 11 cases.

The Debtors are filing their Monthly Operating Report solely for the purposes of complying with the monthly operating report requirements applicable in the Debtors' Chapter 11 cases. The financial and supplemental information contained herein is presented on a preliminary and unaudited basis, remains subject to future adjustments, and may not comply in all material respects with generally accepted accounting principles in the United States of America ("U.S. GAAP") or International Financial Reporting Standards ("IFRS"). The consolidated balance sheet and income statement included herein include non-debtor entities, each of which are dormant entities with less than USD 10,000 in cash or cash equivalent assets. This Monthly Operating Report should not be relied on by any persons for information relating to future financial conditions, events, or performance of any of the Debtors or their affiliates.

The financial information has been derived from the books and records of the Debtors. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with U.S. GAAP or IFRS, and upon application of such procedures, the Debtors believe that the financial information could be subject to changes, which could be material. The information furnished in this report includes primarily normal recurring adjustments but does not include all adjustments that would typically be made for financial statements prepared in accordance with U.S. GAAP or IFRS. The preparation of the Financial Statements and MOR required the Debtors to make commercially reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities at month end, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

All information presented has been translated using prevailing prices as of UTC 23:59:59 as of the applicable period end. When determining the prices for digital assets and liabilities, the Company assesses the principal market in which to sell the digital assets or in the absence of a principal market, the most advantageous market. Market prices for such assets and liabilities may be volatile and not be readily ascertainable. In addition, the Company's ultimate realized value will be based on outcomes that are difficult to predict and outside of the control of the Company. As a result, amounts ultimately realized by the Company may differ from the fair values presented.

| BlockFi Inc. | 22-19361 |
|---|---|
| Debtor | Reporting Period: November 28-30, 2022 |

## MONTHLY OPERATING REPORT

**Notes to the Monthly Operating Report**

This report includes activity from the following Debtors and their related Case Numbers:

| Debtor | Case Number |
|---|---|
| BlockFi Inc. | 22-19361 |

Client balances reflected in the financial statements and this Monthly Operating report are as of UTC 1:15:00 on November 11, 2022 (20:15:00 prevailing Eastern Time on November 10, 2022).

The Debtors reserve all rights to amend or supplement this Monthly Operating Report in all respects, as may be necessary or appropriate. Nothing contained in this Monthly Operating Report shall constitute a waiver of any of the Debtors' rights or an admission with respect to their Chapter 11 cases.

**Debtor Full-Time Employees:**

This MOR includes the number of full-time employees as of the Petition Date and November 30. As described in the Wages Motion [Docket No. 16], the Debtors also employ Independent Contractors located outside of the United States, whose salaries and benefits are included in the payroll amounts included in the MOR for the employing debtor entity.

**Notes to MOR Part 1**

For the avoidance of doubt, the bank accounts, cash balances and associated cash receipts and disbursements set forth do not include cash held in the "for the benefit of" accounts ("FBO Accounts") as described in the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor Withdrawals from Wallet Accounts, (B) Update the User Interface to Properly Reflect Transactions and Assets as of the Platform Pause, and (C) Conduct Ordinary Course Reconciliation of Accounts, and (II) Granting Related Relief* (the " Wallet Withdrawal Motion") [Docket No. 121]. As discussed in the Wallet Withdrawal Motion, the Debtors do not have a legal or equitable interest in the cash held in the Wallet Accounts; such held funds are owned by the Debtors' clients. Note that digital assets attributable to Wallet Accounts are separately captured in Part 2 under Inventory (2c).

There are certain reconciling items between the BlockFi Inc. November 30, 2022, cash balance in the balance sheet and the amounts reflected in the Bank Account schedules.

- A Silicon Valley Bank account statement (ending in #7263) does not properly reflect a month-end transfer to Acct 0719 in an amount of $1,070,619.61. Silicon Valley Bank had a technical issue with its account during the stub period of 11/28/22 - 11/30/22 in which the bank statements did not appropriately reflect the ending balance of the accounts. The individual transaction detail within the bank accounts shows that $1,070,619.62 was auto swept to the Silicon Valley Bank account ending in 0719 on 11/30, despite the Money Market Fund account ending in #7263 not reflecting this change until 12/1/22. Given the account ending in 0719 disburses actual payments to external parties, BlockFi has reflected the time stamp of the 0719 account for the purposes of the cash balances and disbursements.

| BlockFi Inc. | 22-19361 |
|---|---|
| Debtor | Reporting Period: November 28-30, 2022 |

**MONTHLY OPERATING REPORT**

**Notes to the Monthly Operating Report**

This report includes activity from the following Debtors and their related Case Numbers:

| **Debtor** | **Case Number** |
|---|---|
| BlockFi Inc. | 22-19361 |

- In addition, the Company includes $3,478,570.10 posted as margin in "Other Current Assets" on the 11/30 Balance Sheet. This USD maintains a margin position for a put spread hedging strategy in support of BlockFi's active and ongoing mining loan portfolio management.
- The Airbase Inc. Clearing Account balance of $75,267.82 has been included in BlockFi Inc. "Cash" account on the Balance Sheet as of 11/30/22. This cash balance has not historically been shown on the Company's cash account disclosures since Airbase Inc. is not a bank account. Airbase Inc. holds a prefunded amount of cash for the Company's corporate credit card expenditures and Airbase pays external parties on BlockFi's behalf from this pre-funded amount. The cash disbursement is reflected as a movement of cash from BlockFi's cash balances to Airbase Inc. as described in the Cash Management Motion.

**Notes to MOR Part 2 & MOR Part 4**

The information contained in MOR Part 2 and MOR Part 4 is provided to fulfill the requirements of the U.S. Trustee. All information contained in MOR Part 2 and MOR Part 4 is unaudited and subject to future adjustment.

Accounts receivable (2a) represents the fair market value of digital asset loans ("Digital Asset Loans"), principal value of USD-denominated fiat and stablecoin loans without reserves ("USD Denominated Loans"), accrued and unpaid interest owed to BlockFi denominated in digital assets ("Digital Assets Receivable"), accrued and unpaid interest owed to BlockFi denominated in USD ("Interest Receivable"), default or penalty interest where applicable ("Default Interest"), and intercompany receivables between BlockFi entities ("Intercompany Receivables").

Inventory (2c) includes digital assets held in custody at entities which are not undergoing their own bankruptcy proceeds, and thus excludes digital assets BlockFi holds with FTX.com.

Post-petition payables (2f) include general accounts payable and other accrued expenses and liabilities, inclusive of post-petition interest accrued for the BlockFi Interest Account and BlockFi Private Client open term and fixed term accounts as well as collateral posted to BlockFi by borrowers. Post-petition payable accounts reflect a contra liability for payroll that has been funded to the payroll service provider (e.g., TriNet) but not yet invoiced; for November, payroll was funded on 11/30/22 but any invoices, as standard for our providers, were not in hand until December. Therefore, as of 11/30/22, BlockFi reflects the amount pre-paid and will net the account against any invoices when received.

Prepetition priority debt (2l) reflects 401k and other employee benefits related liabilities for November which are withheld by the Company's payroll service provider (Trinet) and returned to the Company for the benefit of

**BlockFi Inc.**                                                           **22-19361**
**Debtor**                        **Reporting Period: November 28-30, 2022**

### MONTHLY OPERATING REPORT

**Notes to the Monthly Operating Report**

This report includes activity from the following Debtors and their related Case Numbers:

| Debtor | Case Number |
|---|---|
| BlockFi Inc. | 22-19361 |

the contributing employee. These payments are typically cleared by Great-West Trust Payments. Due to a timing mismatch, Great-West Trust had not yet cleared the November charge as of 11/30/22, but TriNet had already invoiced BlockFi for this pre-petition amount, reflective of the pay period ending 11/18/22.

Selling expenses (4d) and General and Administrative expenses (4e) reflect the utilization of discounts and pre-payments thus creating contra expenditures in certain instances.

Other expenses (4f) reflect the impact of price changes during the stub period for digital asset translation adjustments.

**Notes to MOR Part 7**

Pursuant to certain orders of the Court in the chapter 11 cases entered shortly after the Petition Date [Docket Nos. 43-44, 49, 50-52, and 55] (collectively, the "First Day Orders"), the Debtors were granted authority to pay certain outstanding prepetition payables, including payments outlined in the Cash Management, Tax, Utility, Insurance, Critical Vendor, and Wage Motions [Docket Nos. 7, 9-11, 13, and 16, respectively].

**BlockFi Inc.**            **22-19361**
**Debtor**            **Reporting Period: November 28-30, 2022**

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | |
|---|---:|
| **Debtor name:** | **BlockFi Inc.** |
| **Case number:** | **22-19361** |
| **CASH BEGINNING OF PERIOD** | $ 261,554,673 |
| **RECEIPTS** | |
| Lending Receipts | 30,429 |
| **TOTAL RECEIPTS** | **30,429** |
| **DISBURSEMENTS** | |
| Salaries & Benefits | (2,318,000) |
| Taxes | (1,458) |
| Checks Paid | (4) |
| **TOTAL DISBURSEMENTS** | **(2,319,463)** |
| **TRANSFERS** | |
| Transfer To #8628 | (1,157) |
| Transfer To #0719 | (1,070,620) |
| Transfer from #4091 | 1,218,387 |
| Cash Redemption | 1,072,078 |
| **TOTAL TRANSFERS** | **1,218,688** |
| | |
| **NET CASH FLOW** | - |
| (RECEIPTS LESS DISBURSEMENTS) | (1,070,346) |
| | |
| **CASH END OF MONTH** | **$ 260,484,327** |

| BlockFi Inc | 22-19361 |
|---|---|
| Debtor | Reporting Period: November 28-30, 2022 |

**PART 2**
**CONSOLIDATED BALANCE SHEET (UNAUDITED)**

| Debtor name: | BlockFi Inc |
|---|---|
| Case number: | 22-19361 |
| **Line item** | **Current Period** |
| **ASSETS** | |
| **CURRENT ASSETS** | |
|   Cash | $ 285,575,237 |
|   Restricted Cash | 11,080,019 |
|   Stablecoin Held | 28,284,466 |
|   Digital Assets Held | 229,021,794 |
|   Indemnification Asset | 315,080,470 |
|   Digital Assets Loaned | 69,390,968 |
|   Loans, Net | 366,415,510 |
|   Collateral Receivable | 55,069,696 |
|   Other Current Assets | 29,114,134 |
|   Claims on Debtors in Bankruptcy (Estimate) | 1,165,692,019 |
| **TOTAL CURRENT ASSETS** | **2,554,724,313** |
| **NON-CURRENT ASSETS** | |
|   Deferred Tax Assets | 150,700,000 |
|   Deferred Tax Assets, Valuation Allowance | (150,700,000) |
|   Other Non-current Assets | 19,199,187 |
| **TOTAL NON-CURRENT ASSETS** | **19,199,187** |
| **TOTAL ASSETS** | **2,573,923,499** |
| **LIABILITIES AND STOCKHOLDERS' DEFICIT** | |
| **LIABILITIES** | |
| Other Liabilities | |
|   Safeguarding Liability | 315,080,470 |
|   Regulatory Fines Payable | 59,433,962 |
| **TOTAL OTHER LIABILITIES** | **374,514,432** |
| Liabilities Subject to Compromise | |
|   Customer Liabilties | 1,542,114,091 |
|   USD Collateral Due to Clients | 5,339,981 |
|   Digital Asset Collateral Due to Clients | 479,166,841 |
|   Institutional Borrowings | 34,775,544 |
|   FTX Borrowings and Accrued Interest Payable | 279,729,452 |
|   Accrued Expenses and Other Liabilities | 7,724,726 |
| **TOTAL LIABILITIES SUBJECT TO COMPROMISE** | **2,348,850,635** |
| **TOTAL LIABILITIES** | **2,723,365,067** |
| **TOTAL STOCKHOLDERS' DEFICIT** | **(149,441,568)** |
| **TOTAL LIABILITIES AND STOCKHOLDERS' DEFICIT** | **$ 2,573,923,499** |

**BlockFi Inc**   22-19361
**Debtor**   **Reporting Period: November 28-30, 2022**

## PART 4
### CONSOLIDATED STATEMENT OF OPERATIONS (UNAUDITED)

| Debtor name: | BlockFi Inc |
|---|---|
| Case number: | 22-19361 |
| **Line Item** | **Current period** |
| **REVENUE AND INTEREST INCOME** | |
| Interest and Fee Revenue | $ 1,104,456 |
| Other Revenue | 3,143 |
| **TOTAL REVENUE AND INTEREST INCOME** | 1,107,599 |
| **INTEREST AND TRADING EXPENSES** | |
| Interest and Fee Expense | 428,450 |
| **TOTAL INTEREST AND TRADING EXPENSES** | 428,450 |
| **OPERATING EXPENSES** | |
| Personnel Expenses | 72,552 |
| Sales and Marketing | (19,000) |
| General and Administrative | 87,183 |
| Software and Technology | 324,178 |
| **TOTAL OPERATING EXPENSES** | 464,913 |
| **OTHER OPERATING INCOME / (LOSS)** | 83,081,390 |
| **NET PROFIT / (LOSS)** | $ 83,295,626 |

| BlockFi Inc | 22-19361 |
|---|---|
| Debtor | Reporting Period: November 28-30, 2022 |

## PART 2
## UNCONSOLIDATED BALANCE SHEET (UNAUDITED)

| Debtor name: | BlockFi Inc |
|---|---|
| Case number: | 22-19361 |

| Line item | Current Period |
|---|---:|
| **ASSETS** | |
| Cash | $ 259,404,308 |
| Restricted Cash | 1,080,019 |
| Digital Assets Held | 23,274 |
| Collateral Receivable | 3,478,551 |
| Intercompany Receivable from Affiliate Entities | 951,789,109 |
| Other Current Assets | 12,332,942 |
| **TOTAL CURRENT ASSETS** | **1,228,108,202** |
| | |
| **NON-CURRENT ASSETS** | |
| Deferred Tax Assets | 150,700,000 |
| Deferred Tax Assets, Valuation Allowance | (150,700,000) |
| Investment in Subsidiaries | 541,275,341 |
| Other Non-current Assets | 13,947,124 |
| **TOTAL NON-CURRENT ASSETS** | **555,222,465** |
| | |
| **TOTAL ASSETS** | **1,783,330,667** |
| **LIABILITIES AND STOCKHOLDERS' DEFICIT** | |
| **LIABILITIES** | |
| Other Liabilities | |
| Liabilities Subject to Compromise | |
| Customer Liabilties | 984,933,898 |
| Intercompany Payable to Affiliate Entities | 663,419,141 |
| FTX Borrowings | 275,000,000 |
| FTX Borrow Interest Payable | 4,729,452 |
| Accrued Expenses and Other Liabilities | 5,189,745 |
| **TOTAL LIABILITIES SUBJECT TO COMPROMISE** | **1,933,272,236** |
| | |
| **TOTAL LIABILITIES** | **1,933,272,236** |
| | |
| **TOTAL STOCKHOLDERS' DEFICIT** | **(149,941,568)** |
| | |
| **TOTAL LIABILITIES AND STOCKHOLDERS' DEFICIT** | **$ 1,783,330,667** |

**BlockFi Inc**   22-19361
**Debtor**   Reporting Period: November 28-30, 2022

# PART 4
## UNCONSOLIDATED STATEMENT OPERATIONS
### (UNAUDITED)

| Debtor name: | BlockFi Inc |
|---|---|
| Case number: | 22-19361 |
| **Line Item** | **Current period** |
| **REVENUE AND INTEREST INCOME** | |
| Interest and Fee Revenue | $ 42 |
| **TOTAL REVENUE AND INTEREST INCOME** | **42** |
| | |
| **INTEREST AND TRADING EXPENSES** | |
| Interest and Fee Expense | 266,113 |
| **TOTAL INTEREST AND TRADING EXPENSES** | **266,113** |
| | |
| **OPERATING EXPENSES** | |
| Sales and Marketing | (19,000) |
| General and Administrative | (131,548) |
| Software and Technology | 324,178 |
| **TOTAL OPERATING EXPENSES** | **173,630** |
| | |
| **OTHER OPERATING INCOME / (LOSS)** | **269,527** |
| | |
| **NET PROFIT / (LOSS)** | **$ (170,174)** |

**BlockFi Inc** | **22-19361**
**Debtor** | **Reporting Period: November 28-30, 2022**

**11/30 BANK ACCOUNTS**

| Entity name: | Bank name | Account type | Account number (last four digits) | Period-end bank balance | Currency |
|---|---|---|---|---|---|
| BlockFi Inc | Silvergate | Operational account | -4183 | $ - | USD |
| BlockFi Inc | Silvergate | SEN Account to 4183 | -4191 | 0 | USD |
| BlockFi Inc | SVB | BlockFi Inc Checking | -0719 | 1,000,039 | USD |
| BlockFi Inc | SVB | COLLATERAL MMA - Office Lease | -2610 | 330,025 | USD |
| BlockFi Inc | SVB | COLLATERAL MMA - Ankura Trust | -3354 | 749,994 | USD |
| BlockFi Inc | SVB | COLLATERAL MMA - Spartanburg | -7779 | 3,999,969 | USD |
| BlockFi Inc | SVB | SVB Cash Sweep Account | -7263 | 254,328,354 | USD |
| BlockFi Inc | Exchange | Paxos | N/A | 677 | USD |
| **Total Debtor Amount** | | | | **$ 260,409,059** | **USD** |

**BlockFi Inc.**                                                   **22-19361**
**Debtor**                                 **Reporting Period: November 28-30, 2022**

### Schedule of Capital Assets

| Asset Type | 11/28/22 BV | Amortization | 11/30/22 BV |
|---|---:|:---:|---:|
| Fixed Assets | $ 7,535.51 | - | $ 7,535.51 |
| Internally Developed Software | 2,726,996.50 | - | 2,726,996.50 |
| Leasehold Improvements | 59,440.47 | - | 59,440.47 |
| Software | 58,333.30 | - | 58,333.30 |
| **Total** | **$ 2,852,305.78** | **-** | **$ 2,852,305.78** |