**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BlockFi Inc., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

# SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 3, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of Hearing. [Docket No. 58]

- Notice of (I) Disclosure Procedures Applicable to Certain Holders of Common Stock and Preferred Stock, (II) Disclosure Procedures for Transfers of and Declarations of Worthlessness with Respect to Common Stock and Preferred Stock, and (III) Final Hearing on the Application Thereof

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document(s) via electronic service.

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

Dated: January 5, 2023

/s/ *Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 5, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

# Exhibit A

Supplemental Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 10294418 | Name on File | Address on File | | | | |
| 10294106 | Name on File | Address on File | | | | |
| 10294202 | Name on File | Address on File | | | | |
| 10294649 | BL FUND II, A SERIES OF AHP INVESTMENTS, LP | 119 S MAIN ST | STE 220 | SEATTLE | WA | 98104-2555 |
| 10292949 | BL FUND II, A SERIES OF AHP INVESTMENTS, LP [ALEXANDER H. PACK] | 119 S MAIN ST | STE 220 | SEATTLE | WA | 98104-2555 |
| 10294650 | BL FUND II, A SERIES OF AHP INVESTMENTS, LP [ALEXANDER H. PACK] | 119 S MAIN ST | STE 220 | SEATTLE | WA | 98104-2555 |
| 10293019 | Name on File | Address on File | | | | |
| 10292406 | Name on File | Address on File | | | | |
| 10293171 | Name on File | Address on File | | | | |
| 10293131 | Name on File | Address on File | | | | |
| 10292765 | Name on File | Address on File | | | | |