# UNITED STATES BANKRUPTCY COURT

**DISTRICT OF** New Jersey (Trenton)

| | |
|---|---|
| In Re. BlockFi Inc. § § § Debtor(s) § | Case No. 22-19361 <br> Lead Case No. 22-19361 <br> ☒ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2022    Petition Date: 11/28/2022

Months Pending: 0    Industry Classification: 5 2 3 9

Reporting Method:    Accrual Basis ○    Cash Basis ⦿

Debtor's Full-Time Employees (current): 284

Debtor's Full-Time Employees (as of date of order for relief): 284

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☒ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael D. Sirota    Michael D. Sirota
Signature of Responsible Party    Printed Name of Responsible Party

01/07/2023
Date

25 Main Street, Hackensack, NJ 07601
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  New Jersey (Trenton)

In Re. BlockFi Trading LLC

Debtor(s)

Case No.  22-19363

Lead Case No.  22-19361

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2022           Petition Date: 11/28/2022

Months Pending: 0                             Industry Classification: 5 2 3 9

Reporting Method:        Accrual Basis ○       Cash Basis ◉

Debtor's Full-Time Employees (current):                           0

Debtor's Full-Time Employees (as of date of order for relief):    0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael D. Sirota                         Michael D. Sirota
Signature of Responsible Party                Printed Name of Responsible Party

01/07/2023
Date
                                              25 Main Street, Hackensack, NJ 07601
                                              Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                  1

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  New Jersey (Trenton)

| | | |
|---|---|---|
| In Re. BlockFi Lending LLC | § | Case No.  22-19365 |
| | § | |
| Debtor(s) | § | Lead Case No.  22-19361 |
| | § | ☒ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2022                    Petition Date: 11/28/2022

Months Pending: 0                                                    Industry Classification: 5 2 3 9

Reporting Method:            Accrual Basis ○        Cash Basis ⦿

Debtor's Full-Time Employees (current):                                          0

Debtor's Full-Time Employees (as of date of order for relief):    0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☒ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael D. Sirota                                                    Michael D. Sirota
Signature of Responsible Party                                Printed Name of Responsible Party

01/07/2023
Date

25 Main Street, Hackensack, NJ 07601
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF New Jersey (Trenton)

In Re. BlockFi Wallet LLC § § § §  Case No. 22-19366

Lead Case No. 22-19361

Debtor(s)

☒ Jointly Administered

## Monthly Operating Report
Chapter 11

Reporting Period Ended: 11/30/2022                        Petition Date: 11/28/2022

Months Pending: 0                                         Industry Classification: 5 2 3 9

Reporting Method:        Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):    0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael D. Sirota                                      Michael D. Sirota
Signature of Responsible Party                             Printed Name of Responsible Party

01/07/2023
Date
                                                           25 Main Street, Hackensack, NJ 07601
                                                           Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF New Jersey (Trenton)

In Re. BlockFi Ventures LLC §  Case No. 22-19367
§
Debtor(s) §  Lead Case No. 22-19361
§
☒ Jointly Administered

# Monthly Operating Report
Chapter 11

Reporting Period Ended: 11/30/2022   Petition Date: 11/28/2022

Months Pending: 0   Industry Classification: 5 2 3 9

Reporting Method:   Accrual Basis ○   Cash Basis ⦿

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael D. Sirota                           Michael D. Sirota
Signature of Responsible Party                  Printed Name of Responsible Party

01/07/2023
Date
                                                25 Main Street, Hackensack, NJ 07601
                                                Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  New Jersey (Trenton)

| | | |
|---|---|---|
| In Re. BlockFi International Ltd | § | Case No.  22-19368 |
| | § | |
| | § | Lead Case No.  22-19361 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2022            Petition Date: 11/28/2022

Months Pending: 0                              Industry Classification: 5 2 3 9

Reporting Method:            Accrual Basis ◯            Cash Basis ⦿

Debtor's Full-Time Employees (current):                                   2

Debtor's Full-Time Employees (as of date of order for relief):            2


**Supporting Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer


/s/ Michael D. Sirota                                    Michael D. Sirota
Signature of Responsible Party                           Printed Name of Responsible Party

01/07/2023
Date

                                                         25 Main Street, Hackensack, NJ 07601
                                                         Address


STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

UNITED STATES BANKRUPTCY COURT

DISTRICT OF  New Jersey (Trenton)

| | | |
|---|---|---|
| In Re. BlockFi Investment Products LLC | § § § § | Case No. 22-19370 |
| Debtor(s) | | Lead Case No. 22-19361 |
| | | ☒ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2022                    Petition Date: 11/28/2022

Months Pending: 0                                     Industry Classification: 5 2 3 9

Reporting Method:         Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):                              0

Debtor's Full-Time Employees (as of date of order for relief):       0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael D. Sirota                                    Michael D. Sirota
Signature of Responsible Party                           Printed Name of Responsible Party

01/07/2023
Date

                                                         25 Main Street, Hackensack, NJ 07601
                                                         Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF  New Jersey (Trenton)

| | |
|---|---|
| In Re. BlockFi Services Inc. | Case No. 22-19371 |
| Debtor(s) | Lead Case No. 22-19361 |
| | ☒ Jointly Administered |

## Monthly Operating Report                                           Chapter 11

Reporting Period Ended: 11/30/2022           Petition Date: 11/28/2022

Months Pending: 0                            Industry Classification: 5 2 3 9

Reporting Method:       Accrual Basis ○       Cash Basis ⦿

Debtor's Full-Time Employees (current):                          83

Debtor's Full-Time Employees (as of date of order for relief):   83

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael D. Sirota                         Michael D. Sirota
Signature of Responsible Party                Printed Name of Responsible Party

01/07/2023
Date
                                              25 Main Street, Hackensack, NJ 07601
                                              Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  New Jersey (Trenton)

In Re. BlockFi Lending II LLC

Debtor(s)

Case No.  22-19361

Lead Case No.  22-19374

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2022            Petition Date: 11/28/2022

Months Pending: 0                              Industry Classification: 5 2 3 9

Reporting Method:        Accrual Basis ◯      Cash Basis ⦿

Debtor's Full-Time Employees (current):                                0

Debtor's Full-Time Employees (as of date of order for relief):         0

**Supporting Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael D. Sirota                          Michael D. Sirota
Signature of Responsible Party                 Printed Name of Responsible Party

01/07/2023
Date

25 Main Street, Hackensack, NJ 07601
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                  1