UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LOEB & LOEB LLP
Lindsay S. Feuer
345 Park Avenue
New York, NY 10154-1895
Telephone:    212.407.4000
Facsimile:    212.407.4990
Email: lfeuer@loeb.com
*Counsel to Creditors Deferred 1031 LLC and Deferred 1031 Series 4 LLC*

In re:

BLOCKFI INC., *et al.*,

Debtors.[1]

Case No.: 22-19361 (MBK)

(Jointly Administered)

Chapter: 11

Chief Judge: Michael B. Kaplan

## APPLICATION OF DANIEL B. BESIKOF
## FOR ADMISSION *PRO HAC VICE*

Lindsay S. Feuer, a member in good standing of the bar of the states of New Jersey, New York, and Connecticut ("Movant"), pursuant to Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey, respectfully seeks entry of an order granting the admission *pro hac vice* of Daniel B. Besikof on behalf of Deferred 1031 LLC and Deferred 1031 Series 4 LLC (collectively, the "Creditors") in the above-captioned Chapter 11 case

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

and in any related adversary proceeding(s) filed or to be filed in this or any related Chapter 11 cases. In support of this request, Movant represents as follows:

1. I am an attorney and associate with the law firm of Loeb & Loeb LLP which maintains an office at 345 Park Avenue, New York, NY 10154, among other locations.

2. I was admitted to the bars of the state of New Jersey in 2012, New York in 2013, and Connecticut in 2022.

3. No disciplinary proceeding is pending against me and no discipline has been imposed against me during the five-year period preceding this application in any jurisdiction.

4. Mr. Besikof is a partner and my colleague in the New York Office of Loeb & Loeb LLP. Upon information and belief, Mr. Besikof was admitted to the bar in the state of New York in 2005, has no disciplinary proceeding pending against him and no discipline has been imposed against him during the five-year period preceding this application in any jurisdiction. Mr. Besikof was also admitted to the bar in the state of Minnesota in 2007 and is currently voluntarily inactive.

5. I have appeared as counsel in this case and shall be local counsel upon whom all notices, orders, and pleadings shall be served.

**WHEREFORE**, Movant respectfully requests entry of the Order, submitted herewith, granting admission *pro hac vice* of Daniel B. Besikof to represent the Creditors in connection with this case and any related adversary proceeding.

23425546

Dated: New York, New York
       January 11, 2023       LOEB & LOEB LLP

By: /s/ *Lindsay S. Feuer*
    Lindsay S. Feuer
    345 Park Avenue
    New York, New York 10154
    Telephone: 212.407.4000
    lfeuer@loeb.com

*Counsel to Creditors Deferred 1031 LLC and Deferred 1031 Series 4 LLC*

23425546