# CERTIFICATION OF DANIEL B. BESIKOF
# IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Daniel B. Besikof, certify:

1. I am an attorney and partner with the law firm of Loeb & Loeb LLP which maintains an office at 345 Park Avenue, New York, NY 10154, among other locations.

2. I was admitted to the bar of the state of New York in 2005.

3. No disciplinary proceeding is pending against me and no discipline has been imposed against me during the five-year period preceding this application in any jurisdiction.

4. Lindsay S. Feuer, my colleague in the New York office of Loeb & Loeb LLP, has appeared as proposed counsel of record for the Creditors and shall be local counsel upon whom all notices, orders, and pleadings shall be served.

5. I am in possession of a copy of the District of New Jersey's Local Civil Rules and the Local Bankruptcy Rules and have generally reviewed the same.

6. I understand and agree that, upon my admission *pro hac vice*, I will be bound by the Rules of this Court, including all applicable disciplinary rules, and that I will notify this Court immediately of any matter affecting my good standing before the bar of any jurisdiction.

7. I have made no prior oral or written application to be admitted to this Court in connection with these Chapter 11 cases; further, this is my first application for admission *pro hac vice* in this District during the year 2023.

**WHEREFORE**, it is respectfully requested that this Court grant my request to appear *pro hac vice* as counsel for the Creditors in connection with this Chapter 11 case and any related proceedings.

Dated: January 11, 2023                    By: /s/ *Daniel B. Besikof*
                                                Daniel B. Besikof

23425546