| Debtor | **BlockFi International Ltd.** | | Case number (if known) | **22-19368** |
|---|---|---|---|---|
| | Name | | | |

| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Loan Term Sheet | | |
|---|---|---|---|---|
| | State the term remaining | 307 days | Name on file | |
| | List the contract number of any government contract | 700bba94-5f26-4e17-805e-02ca7cd10e86 | Address on file | |

| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | | |
|---|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | Name on file | |
| | List the contract number of any government contract | 700bba94-5f26-4e17-805e-02ca7cd10e86 | Address on file | |

| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | | |
|---|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | Name on file | |
| | List the contract number of any government contract | dde28f21-f27c-4231-bcea-df59fb4d0718 | Address on file | |

| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | | |
|---|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | Name on file | |
| | List the contract number of any government contract | c456257a-c50d-4be1-a005-d6fac0a98410 | Address on file | |

| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | | |
|---|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | Name on file | |
| | List the contract number of any government contract | a84d0baa-3613-449f-9b1e-50cff9c0e45b | Address on file | |

| Debtor | **BlockFi International Ltd.** | | Case number (if known) | **22-19368** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Loan Term Sheet | |
| | State the term remaining | 337 days | Name on file Address on file |
| | List the contract number of any government contract | 31c03bf7-1546-44ac-819e-12b43b766e24 | |
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | 31c03bf7-1546-44ac-819e-12b43b766e24 | |
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | f2b185fc-d257-4dc3-a4eb-8f0b3c882d35 | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | eac67693-83e9-4ee8-80cf-87bf9b0583bb | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | eda016b3-698e-443b-8022-49b62f07c2e7 | |

| Debtor | **BlockFi International Ltd.** | | Case number (if known) | **22-19368** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | 7557b97a-ff58-42a7-ab32-9c82222b3409 | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | e5dca494-baa0-427f-b9fd-d025f2543410 | |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | ec8649a9-eaf7-424c-a8f0-deb992e1a16c | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | 81e06dcc-6c8e-4ad1-b233-0efedb3f88d0 | |
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Loan Term Sheet | |
| | State the term remaining | 3 days | Name on file Address on file |
| | List the contract number of any government contract | 5b833dde-7121-4a7d-b301-7c03b5d747ed | |

| Debtor | **BlockFi International Ltd.** | Case number (if known) | **22-19368** |
|---|---|---|---|
| | Name | | |

| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Loan Term Sheet | |
|---|---|---|---|
| | State the term remaining | 38 days | |
| | List the contract number of any government contract | 5b833dde-7121-4a7d-b301-7c03b5d747ed | Name on file<br>Address on file |

| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | |
| | List the contract number of any government contract | 5b833dde-7121-4a7d-b301-7c03b5d747ed | Name on file<br>Address on file |

| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | |
| | List the contract number of any government contract | | Name on file<br>Address on file |

| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | |
| | List the contract number of any government contract | 58c43525-9a70-4ab9-97bb-86c3efae5888 | Name on file<br>Address on file |

| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Loan Term Sheet | |
|---|---|---|---|
| | State the term remaining | Open Term | |
| | List the contract number of any government contract | | Name on file<br>Address on file |

| Debtor | **BlockFi International Ltd.** | | Case number (if known) | **22-19368** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Loan Term Sheet | | |
| | State the term remaining | 7 days | | |
| | | | Name on file Address on file | |
| | List the contract number of any government contract | 29a2b117-496a-4bdf-8b67-0b6e2d37fb9c | | |
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | | |
| | State the term remaining | Indefinite until terminated in writing | | |
| | | | Name on file Address on file | |
| | List the contract number of any government contract | 29a2b117-496a-4bdf-8b67-0b6e2d37fb9c | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | | |
| | State the term remaining | Indefinite until terminated in writing | | |
| | | | Name on file Address on file | |
| | List the contract number of any government contract | 595accd6-7663-487f-912e-3ef7441b764d | | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | | |
| | State the term remaining | Indefinite until terminated in writing | | |
| | | | Name on file Address on file | |
| | List the contract number of any government contract | | | |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | | |
| | State the term remaining | Indefinite until terminated in writing | | |
| | | | Name on file Address on file | |
| | List the contract number of any government contract | 8051b18a-71ae-4279-a89e-405ab5c8f6e5 | | |

| Debtor | **BlockFi International Ltd.** | | Case number (if known) | **22-19368** |
|---|---|---|---|---|
| | Name | | | |

| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Loan Term Sheet | |
|---|---|---|---|
| | State the term remaining | 46 days | Name on file Address on file |
| | List the contract number of any government contract | 1c610316-17ec-4e43-94ef-22b90650392d | |

| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Loan Term Sheet | |
|---|---|---|---|
| | State the term remaining | 68 days | Name on file Address on file |
| | List the contract number of any government contract | 1c610316-17ec-4e43-94ef-22b90650392d | |

| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | 1c610316-17ec-4e43-94ef-22b90650392d | |

| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | f9304364-7c9c-44d4-84bc-bb96d8a555b1 | |

| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | | |

| Debtor | **BlockFi International Ltd.** | | Case number (if known) | **22-19368** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file |
| | List the contract number of any government contract | cc037d89-4dcb-475e-80e8-09a72cf6e1b7 | Address on file |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Loan Term Sheet | |
| | State the term remaining | 278 days | Name on file |
| | List the contract number of any government contract | 91dc9006-38b0-4110-9745-f379c56c6c90 | Address on file |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file |
| | List the contract number of any government contract | 91dc9006-38b0-4110-9745-f379c56c6c90 | Address on file |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file |
| | List the contract number of any government contract | | Address on file |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file |
| | List the contract number of any government contract | | Address on file |

| Debtor | **BlockFi International Ltd.** | | Case number (if known) | **22-19368** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file |
| | List the contract number of any government contract | | Address on file |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file |
| | List the contract number of any government contract | | Address on file |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file |
| | List the contract number of any government contract | | Address on file |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file |
| | List the contract number of any government contract | | Address on file |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file |
| | List the contract number of any government contract | | Address on file |

| Debtor | **BlockFi International Ltd.** | | Case number (if known) | **22-19368** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | |
| | List the contract number of any government contract | | Name on file<br>Address on file |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | |
| | List the contract number of any government contract | ed842720-4243-4569-8bd8 -e3774f86822c | Name on file<br>Address on file |
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | |
| | List the contract number of any government contract | 21751fc4-4ed3-45cc-961a- 1bc083eef51e | Name on file<br>Address on file |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | |
| | List the contract number of any government contract | 21751fc4-4ed3-45cc-961a- 1bc083eef51e | Name on file<br>Address on file |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | |
| | List the contract number of any government contract | b752f2e9-d68f-4876-a167- 0e080fe1935e | Name on file<br>Address on file |

| Debtor | **BlockFi International Ltd.** | | Case number (if known) | **22-19368** |
|---|---|---|---|---|
| | Name | | | |

| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | |
| | List the contract number of any government contract | | Name on file<br>Address on file |

| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | |
| | List the contract number of any government contract | 069eb9e1-7df7-4099-92e6-1dc0352d8128 | Name on file<br>Address on file |

| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | |
| | List the contract number of any government contract | | Name on file<br>Address on file |

| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | |
| | List the contract number of any government contract | eb56982b-8d43-4bc1-980b-af36a532d19e | Name on file<br>Address on file |

| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | |
| | List the contract number of any government contract | b2f83dba-a1a2-4317-b632-48d7d997af2f | Name on file<br>Address on file |

| Debtor | **BlockFi International Ltd.** | | Case number (if known) | **22-19368** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file |
| | List the contract number of any government contract | 38a66034-10a8-46bd-b18e-7f49a1b875e3 | Address on file |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file |
| | List the contract number of any government contract | | Address on file |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Loan Term Sheet | |
| | State the term remaining | Open Term | Name on file |
| | List the contract number of any government contract | | Address on file |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file |
| | List the contract number of any government contract | 110dbca0-0c6d-41c8-948d-8fb2afd5f33e | Address on file |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Loan Term Sheet | |
| | State the term remaining | 154 days | Name on file |
| | List the contract number of any government contract | 97d4b42a-64ae-41fe-8663-02f969899042 | Address on file |

| Debtor | **BlockFi International Ltd.** | | Case number (if known) | **22-19368** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | 97d4b42a-64ae-41fe-8663-02f969899042 | |
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Loan Term Sheet | |
| | State the term remaining | 316 days | Name on file Address on file |
| | List the contract number of any government contract | a02edc4d-b1a2-4a40-ad1d-0c6b8f3ab924 | |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | a02edc4d-b1a2-4a40-ad1d-0c6b8f3ab924 | |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | b707772a-bcc7-4f02-b4fc-3b9ce34d68c5 | |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | bb34619b-739a-4a3f-8c91-7d3160f997e1 | |

| Debtor | **BlockFi International Ltd.** | | Case number (if known) | **22-19368** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file |
| | List the contract number of any government contract | 8f1c722c-7fc5-44de-9703-6c8d640dceb1 | Address on file |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file |
| | List the contract number of any government contract | b771f3ac-a2f6-475f-8ec2-e9a2524271f3 | Address on file |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file |
| | List the contract number of any government contract | 06efac82-76a0-4427-b9e6-01303f51d6e7 | Address on file |
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file |
| | List the contract number of any government contract | 8364dacd-7f0e-4882-a3c4-b2e955cc3ed0 | Address on file |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file |
| | List the contract number of any government contract | | Address on file |

| Debtor | **BlockFi International Ltd.** | | Case number (if known) | **22-19368** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Loan Term Sheet | |
| | State the term remaining | 332 days | |
| | | | Name on file |
| | | | Address on file |
| | List the contract number of any government contract | 2820b437-b376-45cd-8c35-1be847b12363 | |
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Loan Term Sheet | |
| | State the term remaining | 338 days | |
| | | | Name on file |
| | | | Address on file |
| | List the contract number of any government contract | 2820b437-b376-45cd-8c35-1be847b12363 | |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | |
| | | | Name on file |
| | | | Address on file |
| | List the contract number of any government contract | 2820b437-b376-45cd-8c35-1be847b12363 | |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | |
| | | | Name on file |
| | | | Address on file |
| | List the contract number of any government contract | 11c3d064-c75c-4e4e-826e-a1d90c3e1ae2 | |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | |
| | | | Name on file |
| | | | Address on file |
| | List the contract number of any government contract | 16ee17ff-ac77-45ee-9e9e-e687a23eeeb2 | |

| Debtor | **BlockFi International Ltd.** | | Case number (if known) | **22-19368** |
|---|---|---|---|---|
| | Name | | | |

| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | | |
|---|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file | |
| | List the contract number of any government contract | 34d15207-1bbb-4a21-b6c4 -2c437158d74b | | |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file | |
| | List the contract number of any government contract | 4e51d07d-1b76-4f13-8f5a- e40663d0bc01 | | |
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Loan Term Sheet | | |
| | State the term remaining | 13 days | Name on file Address on file | |
| | List the contract number of any government contract | d5d24b3e-6429-4898-b398 -442c8b9eef99 | | |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file | |
| | List the contract number of any government contract | d5d24b3e-6429-4898-b398 -442c8b9eef99 | | |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file | |
| | List the contract number of any government contract | | | |

| Debtor | **BlockFi International Ltd.** | | Case number (if known) | **22-19368** |
|---|---|---|---|---|
| | Name | | | |

| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Loan Term Sheet | |
|---|---|---|---|
| | State the term remaining | 12 days | |
| | | | Name on file Address on file |
| | List the contract number of any government contract | b54ba9f1-934a-42ea-80c0-a9115b657635 | |

| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | |
| | | | Name on file Address on file |
| | List the contract number of any government contract | b54ba9f1-934a-42ea-80c0-a9115b657635 | |

| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | |
| | | | Name on file Address on file |
| | List the contract number of any government contract | | |

| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | |
| | | | Name on file Address on file |
| | List the contract number of any government contract | | |

| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | |
| | | | Name on file Address on file |
| | List the contract number of any government contract | e1a6233e-3369-41a5-916d-66fbc451670a | |

| Debtor | **BlockFi International Ltd.** | | Case number (if known) | **22-19368** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | | |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | 955c12a7-7379-472e-951b-93e0c8e31897 | |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | | |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | | |
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | | |

| Debtor | **BlockFi International Ltd.** | | Case number (if known) | **22-19368** |
|---|---|---|---|---|
| | Name | | | |

| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Loan Term Sheet | | |
|---|---|---|---|---|
| | State the term remaining | 64 days | | |
| | | | Name on file Address on file | |
| | List the contract number of any government contract | 170cce42-10e3-4e51-ae74-46d916abb7f0 | | |

| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | | |
|---|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | | |
| | | | Name on file Address on file | |
| | List the contract number of any government contract | 170cce42-10e3-4e51-ae74-46d916abb7f0 | | |

| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | | |
|---|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | | |
| | | | Name on file Address on file | |
| | List the contract number of any government contract | 017fb440-ecde-4f73-ac45-766f8704d0fd | | |

| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | | |
|---|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | | |
| | | | Name on file Address on file | |
| | List the contract number of any government contract | | | |

| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Borrowing Term Sheet | | |
|---|---|---|---|---|
| | State the term remaining | Open Term | | |
| | | | Name on file Address on file | |
| | List the contract number of any government contract | | | |

| Debtor | **BlockFi International Ltd.** | | Case number (if known) | **22-19368** |
|--------|-------------------------------|--|------------------------|--------------|
| | Name | | | |

| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | | |
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | f263bfe4-6348-49f3-8d4c-a600dce69ee9 | |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | BlockFi Private Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | 8534892e-fe44-4fe7-bf0c-f189ba98087d | |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | | |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | Institutional Client - Master Digital Currency Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | Name on file Address on file |
| | List the contract number of any government contract | | |

| Debtor | **BlockFi International Ltd.** | | Case number (if known) | **22-19368** |
|---|---|---|---|---|
| | Name | | | |

| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | Master Loan Agreement | |
|---|---|---|---|
| | State the term remaining | Indefinite until terminated in writing | |
| | List the contract number of any government contract | | Nickel Digital Asset Fund SPC 9 Forum Lane Camana Bay Grand Cayman  KY1-1600 Cayman Islands |
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | Margin Account Terms | |
| | State the term remaining | Indefinite until terminated in writing | |
| | List the contract number of any government contract | | Pkey Research Limited 519# Amiata Industrial Building 58 Lei Muk Road 15/F Kwai Tsing District Hong Kong |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | Master Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | |
| | List the contract number of any government contract | | Rhopus Limited 1104 Crawford House 70 Queen's Road Central Hong Kong Hong Kong |
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | Margin Account Terms | |
| | State the term remaining | Indefinite until terminated in writing | |
| | List the contract number of any government contract | | TECNOLOGIAS LC 42 SAPI de CV Not available |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | Margin Account Terms | |
| | State the term remaining | Indefinite until terminated in writing | |
| | List the contract number of any government contract | | Tennet Technologies Inc. Unit A7 Level 11(C) Block 4 Financial Park Complex Labuan, Jalan Merdeka Labuan F.T.  87000 Malaysia |

| Debtor | **BlockFi International Ltd.** | | Case number (if known) | **22-19368** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | Master Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | |
| | List the contract number of any government contract | | Tesseract Group Oy (BlockFi as Lender) Lapinlahdenkatu 16 Helsinki  180 Finland |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | Master Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | |
| | List the contract number of any government contract | | Wintermute Trading Limited 2 Eastbourne Terrace London  W2 6LG United Kingdom |
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | Master Loan Agreement | |
| | State the term remaining | Indefinite until terminated in writing | |
| | List the contract number of any government contract | | XBTO Strategies Ltd. Ideation House 94 Pitts Bay Road Pembroke  HM 08 Bermuda |

**Fill in this information to identify the case:**

Debtor name    **BlockFi International Ltd.**

United States Bankruptcy Court for the:    **District of New Jersey (Trenton)**

Case number (if known)    **22-19368**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |

| Fill in this information to identify the case: |
| --- |

Debtor name  **BlockFi International Ltd.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY (TRENTON)

Case number (if known)  **22-19368**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 11, 2023**          X **/s/ Mark Renzi**
                                            Signature of individual signing on behalf of the debtor

                                            **Mark Renzi**
                                            Printed name

                                            **Chief Restructuring Officer**
                                            Position or relationship to debtor