**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br> BlockFi Inc., *et al.,* <br> Debtors.[1] | Chapter 11 <br> Case No. 22-19361 (MBK) <br> (Jointly Administered) |

# MASTER SERVICE LIST AS OF JANUARY 12, 2023

Pursuant to the ORDER GRANTING DEBTORS' MOTION TO ESTABLISH CERTAIN NOTICE, CASE MANAGEMENT AND ADMINISTRATIVE PROCEDURES [Docket No. 54], attached hereto is the consolidated Master Service List, which is comprised of the Core Service List and the parties that have filed a notice of appearance and request for notices in the Debtors' cases as of January 12, 2023.

The underlying spreadsheet is available for download on the Debtors' restructuring website at https://restructuring.ra.kroll.com/blockfi.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

**In re: BlockFi Inc., *et al.***
Master Service List
Case No. 22-19361 (MBK)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Indenture Trustee | Ankura Trust Company, LLC, as Trustee for the Indenture Dated as of February 28, 2022 | Attn: James J. McGinley | 140 Sherman Street, 4th Floor | | Fairfield | CT | 06824 | | 203-319-6900 | | james.mcginley@ankura.com |
| Debtors | BlockFi Inc. | Attn: President or General Counsel | 201 Montgomery Street, Suite 263 | | Jersey City | NJ | 07302 | | | | |
| Counsel to Ge Song | Boyle & Valenti Law, P.C. | Attn: Carrie J. Boyle, Esq. | 1940 Route 70 East | Suite 4 | Cherry Hill | NJ | 08003 | | 856-499-3335 | 856-499-3304 | cboyle@b-vlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq. | 7 Times Square | | New York | NY | 10036 | | 212-209-4862; 212-209-4950; 212-209-4924 | | rstark@brownrudnick.com kaulet@brownrudnick.com bsilverberg@brownrudnick.com |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | Attn: Stephen D. Palley, Esq. | 601 Thirteenth Street NW | | Washington | DC | 20005 | | 617-536-1766 | | spalley@brownrudnick.com |
| Counsel to the Debtors | Cole Schotz P.C. | Attn: Felice R. Yudkin, Rebecca W. Hollander, Michael D. Sirota | 25 Main Street | | Hackensack | NJ | 07601 | | 201-489-3000 | 201-489-1536 | FYudkin@coleschotz.com RHollander@coleschotz.com Msirota@coleschotz.com |
| State Attorney General | Commonwealth of Puerto Rico | Attn: Bankruptcy Department | Apartado 9020192 | | San Juan | PR | 00902-0192 | | 787-721-2900 | 787-729-2059 | |
| Environmental Protection Agency - Region 2 | Environmental Protection Agency | Attn: Bankruptcy Division | 290 Broadway | | New York | NY | 10007-1866 | | 212-637-3000 | 212-637-3526 | |
| Environmental Protection Agency | Environmental Protection Agency | Attn: General Counsel | Office Of General Counsel 2310A | 1200 Pennsylvania Ave NW, 2310A | Washington | DC | 20460 | | | | |
| Counsel to the Official Committee of Unsecured Creditors | Genova Burns LLC | Attn: Daniel M. Stolz, Esq., Donald W. Clarke, Esq., Gregory S. Kinoian, Esq. | 110 Allen Road, Suite 304 | | Basking Ridge | NJ | 07920 | | 973-467-2700 | 973-467-8126 | dstolz@genovaburns.com dclarke@genovaburns.com |
| Interested Party | George J. Gerro, Esq. | Attn: George J. Gerro | 530 S. Glenoaks Blvd. | Suite 200 | Burbank | CA | 91502 | | 818-840-0000 | | george@gerrolaw.com |
| Interested Party | George S. Wynns | Attn: George S. Wynns | 124 Brewster Street | | San Francisco | CA | 94110 | | 415-279-7397 | | georgewynns@gmail.com |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Gibbons P.C. | Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly | One Gateway Center | | Newark | NJ | 07102 | | 973-596-4500 | 973-639-6357 | rmalone@gibbonslaw.com btheisen@gibbonslaw.com kmcevilly@gibbonslaw.com |
| Counsel to George J. Gerro | Gorski & Knowlton Pc | Attn: Carol L. Knowlton, Esquire | 311 Whitehorse Avenue | Suite A | Hamilton | NJ | 08610 | | 609-964-4000 | | cknowlton@gorskiknowlton.com |
| Co-Counsel to Debtors | Haynes and Boone, LLP | Attn: J. Frasher Murphy, Jordan E. Chavez | 2323 Victory Ave | Suite 700 | Dallas | TX | 75219 | | 214-651-5000 | | frasher.murphy@haynesboone.com jordan.chavez@haynesboone.com |
| Co-Counsel to Debtors | Haynes and Boone, LLP | Attn: Kenric D. Kattner, Kourtney P. Lyda, Re'Necia Sherald | 1221 Mckinney Street | Suite 4000 | Houston | TX | 77010 | | 713-547-2000 | 713-547-2600 | kenric.kattner@haynesboone.com kourtney.lyda@haynesboone.com renecia.sherald@haynesboone.com |
| Co-Counsel to Debtors | Haynes and Boone, LLP | Attn: Richard S. Kanowitz | 30 Rockefeller Plaza | 26th Floor | New York | NY | 10112 | | 212-659-7300 | | richard.kanowitz@haynesboone.com |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | Attn: Christopher R. Donoho III, Christopher R. Bryant, Robert A. Ripin | 390 Madison Ave | | New York | NY | 10017 | | 212-918-3000 | 212-918-3100 | robert.ripin@hoganlovells.com chris.donoho@hoganlovells.com chris.bryant@hoganlovells.com |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | Attn: David P. Simonds, Esq., Edward J. McNeilly, Esq. | 1999 Avenue of the Stars, Suite 1400 | | Los Angeles | CA | 90067 | | 310-785-4600 | 310-785-4601 | david.simonds@hoganlovells.com edward.mcneilly@hoganlovells.com |
| Counsel to Silvergate Bank | Holland & Knight LLP | Attn: Barbra R. Parlin | 31 West 52Nd Street | | New York | NY | 10019 | | 212-513-3200 | 212-385-9010 | barbra.parlin@hklaw.com |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market Street | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| Counsel to the Debtors | Kirkland & Ellis LLP | Attn: Alexander D. Mccamon | 300 North Lasalle | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | alexander.mccammon@kirkland.com |
| Counsel to the Debtors | Kirkland & Ellis LLP | Attn: Christine A. Okike, Francis Petrie, Joshua Sussberg | 601 Lexington Avenue | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | christine.okike@kirkland.com francis.petrie@kirkland.com jsussberg@kirkland.com |
| Claims and Noticing Agent | Kroll Restructuring Administration LLC | Attn: Jessica Berman | 55 East 52nd Street | 17th Floor | New York | NY | 10055 | | 212-257-5450 | 646-328-2851 | BlockFiTeam@ra.kroll.com Serviceqa@ra.kroll.com |
| Counsel to the Official Committee of Unsecured Creditors | McCARTER & ENGLISH, LLP | Attn: David J. Adler, joseph R. Scholz | Worldwide Plaza | 825 Eighth Avenue, 31st Floor | New York | NY | 10019 | | 212-609-6847 | 212-645-1025 | dadler@mccarter.com jscholz@mccarter.com |
| Counsel to the Official Committee of Unsecured Creditors | McCARTER & ENGLISH, LLP | Attn: Lisa S. Bonsall | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102 | | 973-639-2066 | 973-639-7070 | lbonsall@mccarter.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gaston P. Loomis | 300 Delaware Ave | Suite 1014 | Wilmington | DE | 19801 | | 302-300-4510 | 302-654-4031 | gloomis@mdmc-law.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein | 570 Broad Street | | Newark | NJ | 07102 | | 973-565-2183 | 973-622-5314 | jbernstein@mdmc-law.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard | 225 Liberty Street | 36th Floor | New York | NY | 10281 | | 973-565-2048 | 212-483-9129 | nleonard@mdmc-law.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea | 1300 Mt. Kemble Avenue | PO Box 2075 | Morristown | NJ | 07962-2075 | | 201-493-3709 | 973-425-0161 | vshea@mdmc-law.com |
| Counsel to Marex Capital Markets Inc. formerly known as E D & F Man Capital Markets, Inc. | Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein | 919 Third Avenue | | New York | NY | 10022 | | 212-935-3000 | | KRWalsh@mintz.com TDoherty@mintz.com DBaumstein@mintz.com |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild, III, Matthew C. Ziegler | 1701 Market Street | | Philadelphia | PA | 19103 | | 215-963-5020 | | john.goodchild@morganlewis.com matthew.ziegler@morganlewis.com |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | Attn: Joshua Dorchak, David K. Shim | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6700 | | joshua.dorchak@morganlewis.com david.shim@morganlewis.com |

**In re: BlockFi Inc.,** *et al.*
Master Service List
Case No. 22-19361 (MBK)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry | 1850 M St., NW 12th Floor | | Washington | DC | 20036 | | 202-326-6025 | 202-331-1427 | kcordry@naag.org |
| Counsel to the State of Texas | Office of The Attorney General of Texas | Attn: Jason B. Binford and Roma N. Desai | Bankruptcy & Collections Division | P. O. Box 12548 | Austin | TX | 78711-2548 | | 512-463-2173; 512-475-4868 | 512-936-1409 | roma.desai@oag.texas.gov public.information@oag.state.tx.us |
| TN Dept of Commerce and Insurance | Office of The Tennessee Attorney General | Attn: Bankruptcy Division | P.O. Box 20207 | | Nashville | TN | 37202-0207 | | 615-741-3491; 615-532-8928 | 615-741-3334 | consumer.affairs@tn.gov gina.hantel@ag.tn.gov |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee | Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq | One Newark Center | 1085 Raymond Boulevard, Suite 2100 | Newark | NJ | 07102 | | 973-645-3014 | 973-645-5993 | Lauren.Bielskie@usdoj.gov jeffrey.m.sponder@usdoj.gov USTPRegion03.NE.ECF@usdoj.gov |
| State Attorney General | Pennsylvania Office of The Attorney General | Attn: Bankruptcy Department | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 | | 717-787-3391 | 717-787-8242 | |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept | Brookfield Place | 200 Vesey Street, Ste 400 | New York | NY | 10281-1022 | | 212-336-1100 | | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept | One Penn Center | 1617 JFK Blvd, Ste 520 | Philadelphia | PA | 19103 | | 215-597-3100 | | secbankruptcy@sec.gov |
| Securities and Exchange Commission - Headquarters | Securities and Exchange Commission | Secretary of the Treasury | 100 F. Street NE | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov |
| Counsel to Scratch Services LLC | Severson & Werson, A Professional Corporation | Attn: Eleanor M. Roman, Donald H. Cram | 595 Market Street | Suite 2600 | San Francisco | CA | 94105 | | 415-398-3344 | 415-956-0439 | emr@severson.com dhc@severson.com |
| State Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department | P.O. Box 300152 | | Montgomery | AL | 36130-0152 | | 334-242-7300 | 334-242-2433 | |
| State Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department | P.O. Box 110300 | | Juneau | AK | 99811-0300 | | 907-465-2133 | 907-465-2075 | attorney.general@alaska.gov |
| State Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 | | 602-542-5025 | 602 542-4085 | aginfo@azag.gov |
| State Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department | 323 Center St. | Suite 200 | Little Rock | AR | 72201-2610 | | 501-682-2007 | 501-682-8084 | |
| State Attorney General | State of California Attorney General | Attn: Bankruptcy Department | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | | 916-445-9555 | 916-323-5341 | bankruptcy@coag.gov |
| State Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 | | 720-508-6000 | 720-508-6030 | |
| State Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department | 165 Capitol Avenue | | Hartford | CT | 06106 | | 860-808-5318 | 860-808-5387 | attorney.general@ct.gov denise.mondell@ct.gov |
| State Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | Wilmington | DE | 19801 | | 302-577-8338 | 302-577-6630 | attorney.general@state.de.us |
| State Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department | The Capitol, Pl 01 | | Tallahassee | FL | 32399-1050 | | 850-414-3300 | 850-488-4872 | |
| State Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department | 40 Capital Square, SW | | Atlanta | GA | 30334-1300 | | 404-656-3300 | 404-657-8733 | |
| State Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department | 425 Queen St. | | Honolulu | HI | 96813 | | 808-586-1500 | 808-586-1239 | hawaiiag@hawaii.gov |
| State Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department | 700 W. Jefferson Street | P.O. Box 83720 | Boise | ID | 83720-1000 | | 208-334-2400 | 208-854-8071 | |
| State Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department | 100 West Randolph Street | | Chicago | IL | 60601 | | 312-814-3000 | | webmaster@atg.state.il.us |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department | 1305 E. Walnut Street | | Des Moines | IA | 50319 | | 515-281-5164 | 515-281-4209 | webteam@ag.iowa.gov |
| State Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department | 120 SW 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 | | 785-296-2215 | 785 296-6296 | |
| State Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department | 700 Capitol Avenue, Suite 118 | | Frankfort | KY | 40601 | | 502-696-5300 | 502-564-2894 | |
| State Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 | | 225-326-6000 | 225-326-6499 | consumerinfo@ag.state.la.us |
| State Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department | 6 State House Station | | Augusta | ME | 04333 | | 207-626-8800 | | |
| State Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department | 200 St. Paul Place | | Baltimore | MD | 21202-2202 | | 410-576-6300 | | oag@oag.state.md.us |
| State Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department | One Ashburton Place | | Boston | MA | 02108-1698 | | 617-727-2200 | | ago@state.ma.us |
| State Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department | G. Mennen Williams Building, 7th Floor | 525 W. Ottawa St., P.O. Box 30212 | Lansing | MI | 48909-0212 | | 517-373-1110 | 517 373-3042 | miag@michigan.gov |
| State Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 | | 651-296-3353 | | |
| State Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department | Walter Sillers Building | 550 High Street, Suite 1200 P.O. Box 220 | Jackson | MS | 39201 | | 601-359-3680 | | |
| State Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department | Supreme Court Building | 207 W. High St. | Jefferson City | MO | 65102 | | 573-751-3321 | 573-751-0774 | attorney.general@ago.mo.gov |
| State Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department | 215 N Sanders, Third Floor | P.O. Box 201401 | Helena | MT | 59620-1401 | | 406-444-2026 | 406 444-3549 | contactdoj@mt.gov |
| State Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department | 2115 State Capitol | 2nd Fl, Rm 2115 | Lincoln | NE | 68509-8920 | | 402 471-2683 | 402 471-3297 | ago.info.help@nebraska.gov |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department | 100 North Carson Street | | Carson City | NV | 89701 | | 775 684-1100 | 775 684-1108 | aginfo@ag.nv.gov |
| State Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department | 33 Capitol St. | | Concord | NH | 03301 | | 603-271-3658 | 603-271-2110 | attorneygeneral@doj.nh.gov |
| State Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department | Rj Hughes Justice Complex | 25 Market Street P.O. Box 080 | Trenton | NJ | 08625-0080 | | 609-292-4925 | 609-292-3508 | askconsumeraffairs@lps.state.nj.us |
| State Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 | | 505 827-6000 | 505 827-5826 | |
| State Attorney General | State of New York Attorney General | Attn: Bankruptcy Department | The Capitol | | Albany | NY | 12224-0341 | | 518-776-2000 | 866-413-1069 | |
| State Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 | | 919 716-6400 | 919 716-6750 | |
| State Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505-0040 | | 701-328-2210 | 701-328-2226 | ndag@nd.gov |
| State Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department | 30 E. Broad St., 14th Floor | | Columbus | OH | 43215 | | 800-282-0515 | | |
| State Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department | 313 NE 21st Street | | Oklahoma City | OK | 73105 | | 405-521-3921 | 405 521-6246 | |
| State Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department | 1162 Court Street NE | | Salem | OR | 97301 | | 503-378-4400 | 503 378-4017 | consumer.hotline@doj.state.or.us david.hart@doj.state.or.us anitjindal@markowitzherbold.com harrywilson@markowitzherbold.com |
| State Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department | 150 South Main Street | | Providence | RI | 02903 | | 401-274-4400 | | |
| State Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department | P.O. Box 11549 | | Columbia | SC | 29211-1549 | | 803-734-3970 | | |
| State Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501-8501 | | 605-773-3215 | 605-773-4106 | consumerhelp@state.sd.us |
| State Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department | P.O. Box 142320 | | Salt Lake City | UT | 84114-2320 | | 801 538-9600 | 801 538-1121 | uag@utah.gov |
| State Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department | 109 State St. | | Montpelier | VT | 05609-1001 | | 802 828-3171 | 802-304-1014 | ago.bankruptcies@vermont.gov |
| State Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department | 900 East Main Street | | Richmond | VA | 23219 | | 804-786-2071 | 804-225-4378 | |
| State Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 | | 360-753-6200 | | |
| State Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department | State Capitol Bldg 1 Room E 26 | | Charleston | WV | 25305 | | 304 558-2021 | 304-558-0140 | consumer@wvago.gov |
| State Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department | Wisconsin Department Of Justice | State Capitol, Room 114 East P.O. Box 7857 | Madison | WI | 53707-7857 | | 608-266-1221 | 608-267-2223 | |
| State Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department | 123 Capitol Building | 200 W. 24th Street | Cheyenne | WY | 82002 | | 307-777-7841 | 307 777-6869 | |

**In re: BlockFi Inc., *et al.***
Master Service List
Case No. 22-19361 (MBK)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora | 125 Broad Street | | New York | NY | 10004 | | 212-558-4000 | 212-558-3588 | dietdericha@sullcrom.com bromleyj@sullcrom.com gluecksteinb@sullcrom.com porporam@sullcrom.com |
| Counsel to the Ad Hoc Committee of Wallet Account Holders | TROUTMAN PEPPER HAMILTON SANDERS LLP | Attn: Deborah Kovsky-Apap | 875 Third Avenue | | New York | NY | 10022 | | 212-808-2726 | | deborah.kovsky@troutman.com |
| Counsel to United States of America | U.S. Department of Justice – Civil Division Commercial Litigation Branch | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro | Ben Franklin Station | P.O. Box 875 | Washington | DC | 20044-0875 | | 202-514-7164 | | seth.shapiro@usdoj.gov |
| Counsel to United States of America | U.S. Department of Justice Civil Division | Attn: Seth B. Shapiro | 1100 L Street, NW | 7th Floor - Room 7114 | Washington | DC | 20005 | | 202-514-7164 | | seth.shapiro@usdoj.gov |
| State Attorney General | United States of America Attorney General | Attn: Bankruptcy Department | Us Dept Of Justice | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 | | | | |
| State Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department | 441 4th Street, NW | | Washington | DC | 20001 | | 202-727-3400 | 202 347-8922 | oag@dc.gov |