**Exhibit A-1**

**M3 Report**

**PRIVILEGED AND CONFIDENTIAL**
**PREPARED AT THE DIRECTION OF COUNSEL**
**DRAFT SUBJECT TO CHANGE**



Analysis of Debtor Proposed KERP and TRP

*January 2023*

**PRIVILEGED AND CONFIDENTIAL**
**PREPARED AT THE DIRECTION OF COUNSEL**
**DRAFT SUBJECT TO CHANGE**

# Executive Summary

On November 28, 2022, BlockFi (the "Debtor") filed the Motion regarding its Retention Programs, seeking authority to provide a retention program to 127 of its remaining employees for a total of $12.3MM

113 employees would receive retention bonuses of 50% of base salary and 14 employees would receive retention bonuses of 10% of base salary

**General Background**

- In July 2022, the company awarded a retention program to key employees ▮▮▮▮ related to the FTX transactions to secure the workforce through February 2023, subject to achievement of certain company-wide goals[1] for a total of approximately ▮▮▮▮ - - no payments were made as they were due in February 2023
- BlockFi has proposed a $12.3MM retention plan covering ▮▮▮ of the present workforce (post-RIF completed at filing)
  – KERP – represents payments to 95 employees that were previously part of the legacy bonus programs
  – TRP – represents payments to 32 people not previously included in the legacy bonus programs
- The remaining employees not included in the program represent executive management (as defined by the Debtors, see Appendix)

**Review of Comparable Plans**

- As part of the review of the Debtors plans, M3 analyzed the comparable set used by the Debtors advisors Willis Towers Watson (WTW), as well as recent crypto related cases. The proposed plans are materially more expansive and expensive than comparable cases[2]:
  – It should be noted that the retention plan presently contemplated represents approximately ▮▮▮ *of the July 2022 retention program population, but* ▮▮▮ *of its cost*
  – BlockFi proposes bonuses for ▮▮▮ of remaining workers, versus 7-34% in the comparable set (25th-75th percentile)
  – Average payout of ~$97k per person, versus $24-44k in the comparable set (25th-75th percentile)
  – Total plan cost of ▮▮▮ of assets[3] versus ▮▮▮ in the comparable set (25th-75th percentile)
- Approximately ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, while ▮▮▮ of retention payments are being made available to senior personnel

---

(1) Source: January 9, 2023 Status Conference Presentation
(2) Comparable cases based upon benchmark conducted by WTW for the Debtors
(3) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**PRIVILEGED AND CONFIDENTIAL**
**PREPARED AT THE DIRECTION OF COUNSEL**
**DRAFT SUBJECT TO CHANGE**

## Summary of Workforce and BlockFi Proposed Retention Population

The Company has materially decreased headcount as most operations have largely ceased, though the remaining ███ employees still represent an annualized salary of █████

There is clear need to retain individuals in areas such as security, technology, finance, and risk to complete the chapter 11 process, but the $12.3MM contemplated by the retention plan is too broad-based across the employee population

**Summary of Requested Retention Bonuses by Division**

| Division | Workforce At 1/1/22 | Current Workforce | Total Salary | Average Salary | Total - Retention Plans # | $ | % of HC | % of Base |
|---|---|---|---|---|---|---|---|---|
| Executive[1] | | 13 | $5,968,300 | $459,100 | – | – | – | – |
| Client Success | | | | | | | | |
| Engineering | | | | | | | | |
| Finance | | | | | | | | |
| Growth | | | | | | | | |
| Institutions | | | | | | | | |
| Legal & Compliance | | | | | | | | |
| Operations | | | | | | | | |
| People | | | | | | | | |
| Private Client | | | | | | | | |
| Product | | | | | | | | |
| Risk | | | | | | | | |
| Security | | | | | | | | |
| **Total** | | | | | | | | |

*(1) Executive salaries per Schedule of Assets and Liabilities for BlockFi Inc. pages 22 and 23*

Source: BlockFi Retention Programs Motion filed November 28, 2022, Company information, ███████████

3

**PRIVILEGED AND CONFIDENTIAL**
**PREPARED AT THE DIRECTION OF COUNSEL**
**DRAFT SUBJECT TO CHANGE**

# BlockFi Retention Plan Requests by Seniority and Level



**Summary by Salary Range**

| Salary Range | Headcount | Average Salary | Retention Target |
|---|---|---|---|
| >$400K | | | |
| $300-400K | | | |
| $200-300K | | | |
| $100-200K | | | |
| <$100K | | | |
| Total | | | |

**Summary by Level**
*(Higher Number is More Senior)*

| Salary Range | Headcount | Salary | Average Salary | Retention Target |
|---|---|---|---|---|
| L11 | | | | |
| L10 | | | | |
| L9 | | | | |
| L8 | | | | |
| L7 | | | | |
| L6 | | | | |
| L5 | | | | |
| L4 | | | | |
| L3 | | | | |
| L2 | | | | |
| Total | | | | |

The tables exclude 13 insiders with base salaries averaging $459k

*Source: Company information, Schedule of Assets and Liabilities for BlockFi Inc. pages 22 and 23*

4

**PRIVILEGED AND CONFIDENTIAL**
**PREPARED AT THE DIRECTION OF COUNSEL**
**DRAFT SUBJECT TO CHANGE**

# Retention Plan Benchmarking

As part of the benchmarking exercise, the WTW and recent crypto comparable plans were reviewed in terms of key metrics including plan costs to assets, plan cost per person, and percentage of workforce included in the plan



Applying comparable metrics at the 50th and 75th market percentile to the BlockFi situation, results in estimated plan costs ranging from ▮ at the high end of the range

## Summary of Retention Plan Benchmarking Sample[1]



Plan Cost per Person: 25th Percentile $23,810; Median $35,575; 75th Percentile $44,000

% of Workforce Included[2]: 25th Percentile 7.4%; Median 15.0%; 75th Percentile 34.2%

% of Plan Costs to Assets

### Pro Forma BlockFi Revised Retention Cost

| Benchmarking Metric | BlockFi | Market Percentile | | Value Multiple | | Potential Plan Cost (Rounded) | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 50th | 75th | Measure | Unit | 50th | 75th |
| Plan as % of Current Workforce(A) | ▮ | 15.0% | 34.2% | ▮ | Total workforce | | |
| Plan Cost per Participant(B) | ▮ | $35,575 | $44,000 | ▮ | Plan participants | | |
| Plan as % of Assets (Excl. Cash & Wallet)(C) | | | | | | | |
| Plan as % of Assets (Incl. Cash & Wallet)(D) | | | | | | | |
| **Minimum** | | | | | | | |
| **Average** | | | | | | | |
| **Maximum** | | | | | | | |

*Calculation Math:*
(A) Market percentile plan as % of current workforce * total workforce * ▮ per participant
(B) Market cost per participant * actual plan participants
(C) Market plan as % of assets * adjusted assets
(D) Market plan as % of assets * unadjusted assets

*Footnotes:*
(1) Retention plan benchmarking based on WTW report
(2) % of workforce included accounts for RIFs after filing, where applicable
Source: Company information, WTW Report, court dockets

5

**PRIVILEGED AND CONFIDENTIAL**
**PREPARED AT THE DIRECTION OF COUNSEL**
**DRAFT SUBJECT TO CHANGE**

# Appendix

**PRIVILEGED AND CONFIDENTIAL**
**PREPARED AT THE DIRECTION OF COUNSEL**
**DRAFT SUBJECT TO CHANGE**

# People Excluded from Retention Plans

Employees excluded from the Retention Plans include executives, department heads, and BlockFi's in-house counsel



BlockFi's executives received monthly salaries totaling $347k in early 2022 and received raises following the failed FTX transaction

Executive salaries increased 43% following the failed FTX transaction, an increase to BlockFi's burn rate of ~$151k per month

| Name | Role | Function | Pre-FTX Salary | Current Salary[1] | % Inc. | Monthly Salary Pre-FTX | Monthly Salary Current | Inc. to Burn Rate ($) | Inc. to Burn Rate (%) |
|---|---|---|---|---|---|---|---|---|---|
| Zac Prince | CEO and Board Member | Executive | $250,000 | $400,000 | 60.0% | $20,833 | $33,333 | $12,500 | 60.0% |
| Flori Marquez | Chief Operating Officer | Executive | 225,000 | 500,000 | 122.2% | 18,750 | 41,667 | 22,917 | 122.2% |
| Amit Cheela | Chief Financial Officer | Executive | 282,000 | 562,000 | 99.3% | 23,500 | 46,833 | 23,333 | 99.3% |
| Jonathan Mayers | General Counsel | In-House Counsel | 350,000 | 562,500 | 60.7% | 29,167 | 46,875 | 17,708 | 60.7% |
| Yuri Mushkin | Chief Risk Officer | Executive | 440,000 | 550,000 | 25.0% | 36,667 | 45,833 | 9,167 | 25.0% |
| Adam Healy | Chief Security Officer | Executive | 420,000 | 525,000 | 25.0% | 35,000 | 43,750 | 8,750 | 25.0% |
| Alexander Grigoryan | Chief Technology Officer | Executive | 350,000 | 500,000 | 42.9% | 29,167 | 41,667 | 12,500 | 42.9% |
| Brian Oliver | General Manager of Institutions | Department Head | 400,000 | 500,000 | 25.0% | 33,333 | 41,667 | 8,333 | 25.0% |
| Robert Loban | Chief Accounting Officer | Executive | 300,000 | 400,000 | 33.3% | 25,000 | 33,333 | 8,333 | 33.3% |
| Andrew Tam | Chief Marketing Officer | Executive | 300,000 | 375,000 | 25.0% | 25,000 | 31,250 | 6,250 | 25.0% |
| Megan Crowell | Chief People Officer | Executive | 270,000 | 375,000 | 38.9% | 22,500 | 31,250 | 8,750 | 38.9% |
| Shannon Allmon | General Manager of Retail | Department Head | 300,000 | 375,000 | 25.0% | 25,000 | 31,250 | 6,250 | 25.0% |
| David Spack | Chief Compliance Officer | Executive | 275,000 | 343,800 | 25.0% | 22,917 | 28,650 | 5,733 | 25.0% |
| **Total** | | | **$4,162,000** | **$5,968,300** | **43.4%** | **$346,833** | **$497,358** | **$150,525** | **43.4%** |

*Footnote:*
(1) Current salaries reflect salary increases following the failed FTX transaction as well as any salary increases related to promotions

*Source: Company information, BlockFi statements & schedules*

**PRIVILEGED AND CONFIDENTIAL**
**PREPARED AT THE DIRECTION OF COUNSEL**
**DRAFT SUBJECT TO CHANGE**

## BlockFi Adjusted Assets for Plan Benchmarking



**PRIVILEGED AND CONFIDENTIAL**
**PREPARED AT THE DIRECTION OF COUNSEL**
**DRAFT SUBJECT TO CHANGE**

# Retention Plans Benchmarking

Relative to the benchmark cases, BlockFi's proposed Retention Plans command a substantial premium across a number of metrics including plan cost per person, participants as a percentage of current workforce, as well as plan as a percentage of assets

Companies in the benchmark include peers from the WTW KERP benchmark plus recent crypto cases (Celsius and Voyager Digital)

| Company | Total Employees At Filing | At KERP Plan | Total Assets ($MM) | KERP Participants | Plan Cost ($MM) | Plan as % of Workforce At Filing | At KERP Plan | Plan Cost Per Person ($) | Plan Cost as % of Assets |
|---|---|---|---|---|---|---|---|---|---|
|  | 1,350 | 1,350 |  | 42 | 1.0 | 3.1% | 3.1% | $23,810 |  |
|  | 558 | 558 |  | 183 | 10.3 | 32.8% | 32.8% | 56,284 |  |
|  | 490 | 490 |  | 155 | 4.9 | 31.6% | 31.6% | 31,613 |  |
|  | 630 | 140 |  | 54 | 1.9 | 8.6% | 38.6% | 34,630 |  |
|  | 2,505 | NA |  |  |  |  |  |  |  |
|  | 5,282 | NA |  |  |  |  |  |  |  |
|  | 2,300 | 2,300 |  | 76 | 7.0 | 3.3% | 3.3% | 92,105 |  |
|  | 800 | 800 |  | 51 | 1.9 | 6.4% | 6.4% | 38,047 |  |
|  | 170 | 170 |  | 144 | 3.3 | 84.7% | 84.7% | 22,917 |  |
|  | 1,606 | 673 |  | 125 | 5.5 | 7.8% | 18.6% | 44,000 |  |
|  | 1,800 | 1,800 |  | 288 | 1.3 | 16.0% | 16.0% | 4,522 |  |
|  | 3,100 | 3,100 |  | 125 | 5.5 | 4.0% | 4.0% | 44,000 |  |
|  | 966 | 966 |  | 88 | 4.0 | 9.1% | 9.1% | 45,455 |  |
|  | 328 | 56 |  | 56 |  |  |  |  |  |
|  | 1,732 | 1,732 |  | 243 | 5.9 | 14.0% | 14.0% | 24,395 |  |
|  | 754 | 500 |  | 483 | 6.0 | 64.1% | 96.6% | 12,422 |  |
| **25th Percentile** |  |  |  |  |  | 7.4% | 7.4% | $23,810 |  |
| **Median** |  |  |  |  |  | 10.0% | 15.0% | 35,575 |  |
| **75th Percentile** |  |  |  |  |  | 20.7% | 34.2% | 44,000 |  |
| **Comparable Crypto Cases** |  |  |  |  |  |  |  |  |  |
| Celsius | 670 | 167 | $2,840.0 | 59 | $2.8 | 8.8% | 35.3% | $48,136 | 0.1% |
| Voyager Digital | 328 | 328 | 1,900.0 | 34 | 1.6 | 10.4% | 10.4% | 47,059 | 0.1% |
| **Average - Crypto** |  |  |  |  |  | 9.6% | 22.8% | $47,597 | 0.1% |
| **BlockFi** | 374 |  |  |  | $12.3 |  |  |  |  |



*Note:*
*Celsius and Voyager Digital were added to the sample given their relevance. Total assets based on WTW Report.*
*Source: Company information, court dockets, WTW Report*
*(1) Information sourced from WTW KERP data set for plan cost and plan cost per participant*

9

**PRIVILEGED AND CONFIDENTIAL**
**PREPARED AT THE DIRECTION OF COUNSEL**
**DRAFT SUBJECT TO CHANGE**

# Comparison of Headcount and Assets In Recent Crypto Bankruptcies

Crypto lending platforms saw material losses during the crypto price crash in 2022, and as a result have experienced significant layoffs

Headcount in cases similar to BlockFi were reduced up to 26% at the time of filing (from pre-filing highs) and an additional 75% during the case before retention plans were put in place

Retention plans targeted 10-35% of workforces at the time, or 9-10% of workforces at time of filing, compared to BlockFi's request of ▮▮▮▮▮

**Headcount and Asset Comparison Across Recent Crypto Bankruptcies**

| | | Celsius[1][2] | Voyager[3] | BlockFi[4] |
|---|---|---|---|---|
| **Headcount** | Pre-Filing | 900 | NA | ▮ |
| | On Petition Date | 670 | 328 | 374 |
| | At KERP Filing | 167 | 328 | ▮ |
| | Plan Participants | 59 | 34 | ▮ |
| **Assets** | Pre-Filing | $22,100 | $5,999 | ▮ |
| | On Petition Date | 4,300 | 1,900 | ▮ |
| | Crypto Assets at Petition Date | 1,746 | 1,310 | ▮ |
| | % of Assets in Crypto | 40.6% | 68.9% | ▮ |
| **Plan Participants** | % of Headcount at KERP Filing | 35.3% | 10.4% | ▮ |
| | % of Headcount at Petition | 8.8% | 10.4% | ▮ |
| **Plan Structure** | Tier 1 Payout (% of Salary) | 35.0% | 22.5% | 50.0% |
| | Tier 2 Payout (% of Salary) | 25.0% | NA | 10.0% |
| | Tier 3 Payout (% of Salary) | 15.0% | NA | NA |
| **% of Participants** | Tier 1 | 35.6% | 100.0% | 88.0% |
| | Tier 2 | 44.1% | NA | 12.0% |
| | Tier 3 | 20.3% | NA | NA |

*Footnotes:*
(1) Celsius sources include: Celsius docket #1426, ▮▮▮▮▮, Celsius First Day Presentation
(2) Celsius percentage of participants included in each tier was estimated based on awards as a percentage of base salary as outlined in Exhibit B of Celsius Docket #1426
(3) Voyager sources include: Voyager docket #330, ▮▮▮▮▮, Voyager quarterly financials
(4) BlockFi sources include: BlockFi docket #21, ▮▮▮▮▮

10

**PRIVILEGED AND CONFIDENTIAL**
**PREPARED AT THE DIRECTION OF COUNSEL**
**DRAFT SUBJECT TO CHANGE**

# WTW Benchmarking (KERP)



Source: WTW Report

**PRIVILEGED AND CONFIDENTIAL**
**PREPARED AT THE DIRECTION OF COUNSEL**
**DRAFT SUBJECT TO CHANGE**

## WTW Benchmarking (TRP)



**PRIVILEGED AND CONFIDENTIAL**
**PREPARED AT THE DIRECTION OF COUNSEL**
**DRAFT SUBJECT TO CHANGE**

# Disclaimer

This document and the information contained herein ("Document") has been prepared for the informational purposes of authorized Recipients only, and is not intended to provide, and should not be relied on for, investment, lending, tax, legal or accounting advice. Nothing in the Document shall constitute an offer or a solicitation of an offer to buy or sell any products or services or enter into any transaction, including, but not limited with respect to, any securities, financial instruments or other investments or investment advice. Recipients should seek the advice of their own independent professionals prior to making any investment or other decision.

This Document may contain forward-looking statements subject to many variable factors and uncertainties that could cause actual results to differ materially from what is set forth or projected herein. The Document (unless otherwise explicitly stated) is a preliminary draft and subject to change. Notwithstanding the foregoing, M3, Elementus and Brown Rudnick prepared this Document as of the date hereof, and assumes no obligation to update or revise it for any reason whatsoever thereafter.

M-III Partners LP ("M3"), Elementus, and Brown Rudnick LLP ("Brown Rudnick") (collectively, "The Advisors") make no representation whatsoever regarding the adequacy of the Document for any purpose. In conducting analysis reflected in this Document, the Advisors assumed, without verification, the accuracy of information provided to it or obtained from third parties. No one from or any representative of the Advisors shall have any liability to any party for any error or omission with respect to any of the information contained herein. The Advisors may have prepared or in the future may prepare other documents that are inconsistent with, and reach different conclusions from, the information presented in this Document. The Advisors assume no obligation to bring such other documents to a Recipient's attention.

The analysis reflected in the Document would not necessarily reveal any material misstatement, omission or error and does not constitute an audit, review, compilation or other attestation service in accordance with Generally Accepted Accounting Principles or other standards established by the American Institute of Certified Public Accountants. The Advisors do not express an opinion or any other form of assurance on any financial or other information. Had the Advisors or another party performed additional work, including more in-depth verification or analysis, other matters might have come to its attention.

Pursuant to Internal Revenue Service Circular 230 (if applicable), be advised that any discussion of U.S. federal tax issues contained or referred to herein is not intended or written to be used, for the purpose of: (A) avoiding penalties that may be imposed under the internal Revenue code; nor (B) promoting, marketing or recommending to another party any transaction or matter addressed.

The Advisors reserve all rights. Nothing in the Document shall be construed as granting any license or right to use any image, trademark or other intellectual property of the Advisors. Unless otherwise indicated, all capitalized terms used herein have the same meaning as in the Agreement.

