UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on January 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BlockFi Inc.

Case No.: 22-19361

Judge: Michael B. Kaplan

Chapter: 11

Recommended Local Form:   ☒ Followed    ☐ Modified

# ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 13, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**UNITED STATES BANKRTUPCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption In Compliance with D.N.J. LBR 9004-1(b)**

**SULLIVAN & CROMWELL LLP**
James L. Bromley (Bar No. 1551996)
Andrew G. Dietderich
Brian D. Glueckstein
Matthew J. Porpora
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail:  bromleyj@sullcrom.com
         dietdericha@sullcrom.com
         gluecksteinb@sullcrom.com
         porporam@sullcrom.com

*Proposed Counsel for the FTX Debtors*

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | Jointly Administered |
| | Adv. Pro. No. 22-01382 (MBK) |

The relief set forth on the following pages is hereby **ORDERED**.

This matter having been brought before the Court on application for an Order For Admission *Pro Hac Vice*; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc.78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the BlockFi Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

ORDERED that Andrew G. Dietderich be permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L.Civ.R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders; and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L.Civ.R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order; and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

> United States District Court District of New Jersey
> Martin Luther King, Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102
> *Attention: Pro Hac Vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United State District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.