|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>BROWN RUDNICK LLP<br>Robert J. Stark, Esq.<br>Kenneth J. Aulet, Esq.<br>Bennett S. Silverberg, Esq.<br>Seven Times Square<br>New York, NY  10036<br>Telephone: (212) 209-4800<br>Fax: (212) 209-4801<br>Email:  rstark@brownrudnick.com<br>          kaulet@brownrudnick.com<br>          bsilverberg@brownrudnick.com<br><br>BROWN RUDNICK LLP<br>Stephen D. Palley, Esq.<br>601 Thirteenth Street, NW<br>Washington, DC  20005<br>Telephone:  (617)536-1766<br>Fax: (617)289-0466<br>Email:  spalley@brownrudnick.com<br>*Proposed Counsel for the Official Committee of Unsecured Creditors*<br>   -and-<br>GENOVA BURNS LLC.<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>Telephone: (973) 230-2095<br>Fax: (973) 533-1112<br>Email: DStolz@genovaburns.com<br>         DClarke@genovaburns.com<br>         GKinoian@genovaburns.com<br>*Proposed Local Counsel for the Official*<br>*Committee of Unsecured Creditors* | Case No.:          22-19361(MBK)<br><br>Chapter:             11 |

| | |
|---|---|
| In Re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Adv. No.:     Click or tap here to enter text.<br>Hearing Date:     January 24, 2023<br>Judge:     Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, Lorrie Denson:

    ☐ represent Click or tap here to enter text. in this matter.

    ☒ am the secretary/paralegal for Daniel M. Stolz, who represents Official Committee of Unsecured Creditors in this matter.

    ☐ am the Click or tap here to enter text. in this case and am representing myself.

2. On January 18, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Dkt #314-Entered Order Shortening Time
    Dkt #312-Application and Order Shortening Time
    Dkt #311-Motion to Seal
    Dkt #310-Supplemental Objection to Debtors' Motion re Retention Programs.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

    Date:  January 18, 2023            /s/ Lorrie Denson_____
                                                                                Signature

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Richard Kanowitz**<br>Haynes and Boone, LLP<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112<br>212-918-8971<br>Email: richard.kanowitz@haynesboone.com | Debtors' Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Michael D. Sirota**<br>Cole Schotz P.C.<br>25 Main St.<br>Hackensack, NJ 07601<br>(201) 489-3000<br>Email: msirota@coleschotz.com | Debtors' Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Warren A. Usatine**<br>Cole Schotz P.C.<br>25 Main Street<br>PO Box 800<br>Hackensack, NJ 07602-0800<br>(201) 489-3000<br>Email: wusatine@coleschotz.com | Debtors' Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Lauren Bielskie**<br>DOJ-Ust<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102<br>973-645-2939<br>Email: lauren.bielskie@usdoj.gov | US Trustee's Office | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **Jeffrey M. Sponder**<br>Office of U.S. Trustee<br>One Newark Center<br>Newark, NJ 07102<br>973-645-2379<br>Email: jeffrey.m.sponder@usdoj.gov | US Trustee's office | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |