## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BlockFi Inc., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Nataly Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 15, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Master Email Service List attached hereto as **Exhibit A**:

- Notice of Revised Proposed Final Order on the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Use of Existing Business Forms and Records, (B) Maintain Existing Corporate Bank Accounts and Cash Management System, (C) Pay Prepetition Bank Fees Associated with the Case Management System, and (D) Continue Performance of Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Balances, and (III) Waiving Certain U.S. Trustee Requirements [Docket No. 283] (the "***Banks and Cash Management Motion***")

- Notice of Revised Proposed Final Order on NOL Motion [Docket No. 284] (the "***Revised NOL Motion***")

- Notice of Revised Proposed Final Order on Wages Motion [Docket No. 285] (the "***Revised Wages Motion***")

On January 15, 2023, at my direction and under my supervision, employees of Kroll caused the Banks and Cash Management Motion and the Revised Wages Motion to be served via email on the Banks Email Service List attached hereto as **Exhibit B**.

On January 15, 2023, at my direction and under my supervision, employees of Kroll caused the Revised NOL Motion to be served via email on the Equity Holders Email Service List attached hereto as **Exhibit C**.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

On January 16, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Master Email Service List attached hereto as **Exhibit A**:

- Notice of Revised Proposed Final Order on Ordinary Course Professionals Motion [Docket No. 289]

- Notice of Revised Proposed Final Order on Rejection Procedures Motion [Docket No. 290]

- Notice of Revised Proposed Final Order on Loan Procedures Motion [Docket No. 291]

- Notice of Revised Proposed Final Order on Prepetition Customer Obligations Motion [Docket No. 292]

- Notice of Revised Proposed Final Order on Utilities Motion [Docket No. 293] (the "***Revised Utilities Motion***")

- Notice of Agenda of Matters Scheduled for Hearing on January 17, 2023 at 10:00 A.M. (Eastern Time) [Docket No. 294] (the "***January 17th Hearing Agenda***")

On January 16, 2023, at my direction and under my supervision, employees of Kroll caused the Revised Utilities Motion and the January 17th Hearing Agenda to be served via email on the Utilities Email Service List attached hereto as **Exhibit D**.

Dated: January 19, 2023

*/s/ Nataly Diaz*
Nataly Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 19, 2023, by Nataly Diaz, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 66655 & 66656

## Exhibit A

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Indenture Trustee | Ankura Trust Company, LLC, as Trustee for the Indenture Dated as of February 28, 2022 | Attn: James J. McGinley | james.mcginley@ankura.com |
| Counsel to Ge Song | Boyle & Valenti Law, P.C. | Attn: Carrie J. Boyle, Esq. | cboyle@b-vlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq. | rstark@brownrudnick.com kaulet@brownrudnick.com bsilverberg@brownrudnick.com |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | Attn: Stephen D. Palley, Esq. | spalley@brownrudnick.com |
| Counsel to the Debtors | Cole Schotz P.C. | Attn: Felice R. Yudkin, Rebecca W. Hollander, Michael D. Sirota | FYudkin@coleschotz.com RHollander@coleschotz.com Msirota@coleschotz.com |
| Counsel to the Official Committee of Unsecured Creditors | Genova Burns LLC | Attn: Daniel M. Stolz, Esq., Donald W. Clarke, Esq., Gregory S. Kinoian, Esq. | dstolz@genovaburns.com dclarke@genovaburns.com |
| Interested Party | George J. Gerro, Esq. | Attn: George J. Gerro | george@gerrolaw.com |
| Interested Party | George S. Wynns | Attn: George S. Wynns | georgewynns@gmail.com |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Gibbons P.C. | Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly | rmalone@gibbonslaw.com btheisen@gibbonslaw.com kmcevilly@gibbonslaw.com |
| Counsel to George J. Gerro | Gorski & Knowlton Pc | Attn: Carol L. Knowlton, Esquire | cknowlton@gorskiknowlton.com |
| Co-Counsel to Debtors | Haynes and Boone, LLP | Attn: J. Frasher Murphy, Jordan E. Chavez | frasher.murphy@haynesboone.com jordan.chavez@haynesboone.com |
| Co-Counsel to Debtors | Haynes and Boone, LLP | Attn: Kenric D. Kattner, Kourtney P. Lyda, Re'Necia Sherald | kenric.kattner@haynesboone.com kourtney.lyda@haynesboone.com renecia.sherald@haynesboone.com |
| Co-Counsel to Debtors | Haynes and Boone, LLP | Attn: Richard S. Kanowitz | richard.kanowitz@haynesboone.com |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | Attn: Christopher R. Donoho III, Christopher R. Bryant, | robert.ripin@hoganlovells.com chris.donoho@hoganlovells.com chris.bryant@hoganlovells.com |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | Attn: David P. Simonds, Esq., Edward J. McNeilly, Esq. | david.simonds@hoganlovells.com edward.mcneilly@hoganlovells.com |
| Counsel to Silvergate Bank | Holland & Knight LLP | Attn: Barbra R. Parlin | barbra.parlin@hklaw.com |
| Counsel to the Debtors | Kirkland & Ellis LLP | Attn: Alexander D. Mccamon | alexander.mccammon@kirkland.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Debtors | Kirkland & Ellis LLP | Attn: Christine A. Okike, Francis Petrie, Joshua Sussberg | christine.okike@kirkland.com francis.petrie@kirkland.com jsussberg@kirkland.com |
| Counsel to the Official Committee of Unsecured Creditors | McCARTER & ENGLISH, LLP | Attn: David J. Adler, joseph R. Scholz | dadler@mccarter.com jscholz@mccarter.com |
| Counsel to the Official Committee of Unsecured Creditors | McCARTER & ENGLISH, LLP | Attn: Lisa S. Bonsall | lbonsall@mccarter.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gaston P. Loomis | gloomis@mdmc-law.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein | jbernstein@mdmc-law.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard | nleonard@mdmc-law.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea | vshea@mdmc-law.com |
| Counsel to Marex Capital Markets Inc. formerly known as E D & F Man Capital Markets, Inc. | Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein | KRWalsh@mintz.com TDoherty@mintz.com DBaumstein@mintz.com |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild, III, Matthew C. Ziegler | john.goodchild@morganlewis.com matthew.ziegler@morganlewis.com |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | Attn: Joshua Dorchak, David K. Shim | joshua.dorchak@morganlewis.com david.shim@morganlewis.com |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| Counsel to the State of Texas | Office of The Attorney General of Texas | Attn: Jason B. Binford and Roma N. Desai | roma.desai@oag.texas.gov public.information@oag.state.tx.us |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee | Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq | Lauren.Bielskie@usdoj.gov jeffrey.m.sponder@usdoj.gov USTPRegion03.NE.ECF@usdoj.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept | secbankruptcy@sec.gov |
| Securities and Exchange Commission - Headquarters | Securities and Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Scratch Services LLC | Severson & Werson, A Professional Corporation | Attn: Eleanor M. Roman, Donald H. Cram | emr@severson.com<br>dhc@severson.com |
| State Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department | attorney.general@alaska.gov |
| State Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department | aginfo@azag.gov |
| State Attorney General | State of California Attorney General | Attn: Bankruptcy Department | bankruptcy@coag.gov |
| State Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department | attorney.general@ct.gov<br>denise.mondell@ct.gov |
| State Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department | attorney.general@state.de.us |
| State Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department | hawaiiag@hawaii.gov |
| State Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department | webmaster@atg.state.il.us |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department | webteam@ag.iowa.gov |
| State Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department | consumerinfo@ag.state.la.us |
| State Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department | oag@oag.state.md.us |
| State Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department | ago@state.ma.us |
| State Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department | miag@michigan.gov |
| State Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department | attorney.general@ago.mo.gov |
| State Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department | contactdoj@mt.gov |
| State Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department | ago.info.help@nebraska.gov |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department | aginfo@ag.nv.gov |
| State Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department | attorneygeneral@doj.nh.gov |
| State Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department | askconsumeraffairs@lps.state.nj.us |
| State Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department | ndag@nd.gov |
| State Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department | consumer.hotline@doj.state.or.us<br>david.hart@doj.state.or.us<br>anitjindal@markowitzherbold.com<br>harrywilson@markowitzherbold.com |
| State Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department | consumerhelp@state.sd.us |
| State Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department | uag@utah.gov |
| State Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department | ago.bankruptcies@vermont.gov |
| State Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department | consumer@wvago.gov |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora | dietdericha@sullcrom.com bromleyj@sullcrom.com gluecksteinb@sullcrom.com porporam@sullcrom.com |
| Counsel to the Ad Hoc Committee of Wallet Account Holders | TROUTMAN PEPPER HAMILTON SANDERS LLP | Attn: Deborah Kovsky-Apap | deborah.kovsky@troutman.com |
| Counsel to United States of America | U.S. Department of Justice – Civil Division Commercial Litigation Branch | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro | seth.shapiro@usdoj.gov |
| Counsel to United States of America | U.S. Department of Justice Civil Division | Attn: Seth B. Shapiro | seth.shapiro@usdoj.gov |
| State Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department | oag@dc.gov |

**<u>Exhibit B</u>**

Exhibit B

Banks Email Service List
Served as set forth below

| DESCRIPTION | NOTICE NAME | EMAIL |
|---|---|---|
| BCB BANK | ISABELLE HEATLEY | isabelle@bcbgroup.io |
| CAPITAL UNION BANK | LUDOVIC CHECHIN-LAURANS | lcl@capitalunionbank.com |
| SIGNATURE BANK | DAVID Dâ€™AMICO | ddamico@signatureny.com |
| SILICON VALLEY BANK | AMANDA STROBEL | fintecheast@svb.com |
| SILVERGATE | TED STEINGRABER | ted.steingraber@blockfi.com |

**Exhibit C**

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| CM02973 | 2021 FINTECH INDUSTRY FUND LLC | agardini@acpweb.com |
| CM03163 | Name on file | Email on file |
| CM03048 | ABLE PARTNERS NYC, LLC | amanda@ablepartners.nyc |
| CM03145 | ACREW DIVERSIFY CAPITAL EXECUTIVE FUND (A), L.P. | theresia@acrewcapital.com |
| CM05043 | Name on file | Email on file |
| CM02307 | Name on file | Email on file |
| CM02259 | Name on file | Email on file |
| CM04911 | Name on file | Email on file |
| CM04972 | Name on file | Email on file |
| CM03539 | Name on file | Email on file |
| CM03216 | Name on file | Email on file |
| CM04919 | Name on file | Email on file |
| CM03691 | Name on file | Email on file |
| CM02236 | AKUNA HOLDINGS LLC | john.harris@akunacapital.com |
| CM04918 | Name on file | Email on file |
| CM05197 | Name on file | Email on file |
| CM03095 | ALTIVE MASTER FUND SPC - ALTIVE PISCES FUND SP | cheney.cheng@altivecapital.com |
| CM05032 | Name on file | Email on file |
| CM04872 | Name on file | Email on file |
| CM03543 | Name on file | Email on file |
| CM05212 | Name on file | Email on file |
| CM02954 | Name on file | Email on file |
| CM02238 | Name on file | Email on file |
| CM03552 | Name on file | Email on file |
| CM03672 | Name on file | Email on file |
| CM03550 | Name on file | Email on file |
| CM04026 | Name on file | Email on file |
| CM03692 | Name on file | Email on file |
| CM03983 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| CM02908 | Name on file | Email on file |
| CM03980 | Name on file | Email on file |
| CM02702 | Name on file | Email on file |
| CM04018 | Name on file | Email on file |
| CM03693 | Name on file | Email on file |
| CM04970 | Name on file | Email on file |
| CM03029 | ARRINGTON XRP CAPITAL CAYMAN SPV, LTD. | heather@arringtonxrpcapital.com |
| CM03997 | Name on file | Email on file |
| CM04006 | Name on file | Email on file |
| CM05209 | Name on file | Email on file |
| CM04019 | Name on file | Email on file |
| CM04004 | Name on file | Email on file |
| CM03136 | ATREIDES FOUNDATION MASTER FUND LP | custodyservices@mtrustcompany.com |
| CM05172 | Name on file | Email on file |
| CM03030 | AVG - PAV BLOCKFI 2020 TRUST | asimunovic@avgfunds.com |
| CM02961 | AVGF-PAV1-BLOCKFI 2018, LLC | david@purplearchventures.com |
| CM02228 | AVON VENTURE FUND I LP | sachin.patodia@fmr.com |
| CM03078 | BAIN CAPITAL VENTURE FUND 2021, L.P. | safekeeping@mtrustcompany.com |
| CM02315 | Name on file | Email on file |
| CM04981 | Name on file | Email on file |
| CM03306 | Name on file | Email on file |
| CM04961 | Name on file | Email on file |
| CM03133 | BASE10 ADVANCEMENT INITIATIVE I, L.P. | andrew@base10.vc |
| CM03141 | BF, A SERIES OF FACTORIAL FUNDS I LLC | sol@factorialfunds.com |
| CM03970 | Name on file | Email on file |
| CM03147 | BL FUND II, A SERIES OF AHP INVESTMENTS, LP [ALEXANDER H. PACK] | portfolio@angel.co |
| CM03134 | BLF 107, A SERIES OF SAX CAPITAL SERIES FUND V, LP | funds@saxcapital.co |
| CM02242 | BLYTHE VENTURES PTY LTD | toby.joy@akunacapital.com |
| CM03451 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| CM05064 | Name on file | Email on file |
| CM05201 | Name on file | Email on file |
| CM02995 | CADENZA CAPITAL MANAGEMENT LIMITED | krd@cadenza.vc |
| CM03164 | Name on file | Email on file |
| CM02646 | Name on file | Email on file |
| CM03153 | CASTLE ISLAND VENTURES I, L.P. | matt@casteisland.vc |
| CM03028 | CASTLE ISLAND VENTURES I, L.P. | matt@castleisland.vc |
| CM04007 | Name on file | Email on file |
| CM03159 | Name on file | Email on file |
| CM04956 | Name on file | Email on file |
| CM05046 | Name on file | Email on file |
| CM03455 | Name on file | Email on file |
| CM02247 | Name on file | Email on file |
| CM03538 | Name on file | Email on file |
| CM05214 | Name on file | Email on file |
| CM04955 | Name on file | Email on file |
| CM04950 | Name on file | Email on file |
| CM03172 | Name on file | Email on file |
| CM05208 | Name on file | Email on file |
| CM03104 | CMS HOLDINGS, LLC | bobby@cmsholdings.io |
| CM02226 | CMT DIGITAL VENTURES FUND I LLC | csullivan@cmt.digital |
| CM03049 | COINBASE GLOBAL, INC. | corporate@coinbase.com |
| CM05230 | Name on file | Email on file |
| CM02233 | CONSENSYS FUND I, L.P. | min.teo@mesh.xyz |
| CM03668 | Name on file | Email on file |
| CM05219 | Name on file | Email on file |
| CM05217 | Name on file | Email on file |
| CM03998 | Name on file | Email on file |
| CM04915 | Name on file | Email on file |

Exhibit C
Equity Holders Email Service List
Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| CM05158 | Name on file | Email on file |
| CM05198 | Name on file | Email on file |
| CM03312 | Name on file | Email on file |
| CM04039 | Name on file | Email on file |
| CM03442 | Name on file | Email on file |
| CM04973 | Name on file | Email on file |
| CM03694 | Name on file | Email on file |
| CM03547 | Name on file | Email on file |
| CM04009 | Name on file | Email on file |
| CM04011 | Name on file | Email on file |
| CM03695 | Name on file | Email on file |
| CM03985 | Name on file | Email on file |
| CM04008 | Name on file | Email on file |
| CM03151 | DISRUPTIVE INNOVATION FUND, L.P. | sr@roseparkadvisors.com |
| CM04037 | Name on file | Email on file |
| CM04914 | Name on file | Email on file |
| CM03313 | Name on file | Email on file |
| CM05211 | Name on file | Email on file |
| CM04015 | Name on file | Email on file |
| CM03466 | Name on file | Email on file |
| CM05068 | Name on file | Email on file |
| CM03696 | Name on file | Email on file |
| CM04986 | Name on file | Email on file |
| CM05202 | Name on file | Email on file |
| CM05224 | Name on file | Email on file |
| CM03008 | EQUITYZEN GROWTH TECHNOLOGY FUND LLC - SERIES 1274 | portfolio@equityzen.com |
| CM02957 | Name on file | Email on file |
| CM05174 | Name on file | Email on file |
| CM02537 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| CM03979 | Name on file | Email on file |
| CM05189 | Name on file | Email on file |
| CM02328 | Name on file | Email on file |
| CM02569 | Name on file | Email on file |
| CM03220 | Name on file | Email on file |
| CM03066 | FORMIC VENTURES LLC | reports@tubus.co |
| CM02956 | FORT SCHUYLER VENTURES LLC | pmangione@ftschuyler.com |
| CM04873 | Name on file | Email on file |
| CM04024 | Name on file | Email on file |
| CM03128 | GAINGELS BLOCKFI 2021 LLC | dvb@gaingels.com |
| CM02223 | GALAXY DIGITAL VENTURES LLC | chris@galaxyip.com |
| CM02630 | Name on file | Email on file |
| CM03135 | GOANNA CAPITAL 21Q LLC | rob@goannacapital.com |
| CM03444 | Name on file | Email on file |
| CM03108 | Name on file | Email on file |
| CM03697 | Name on file | Email on file |
| CM03469 | Name on file | Email on file |
| CM04974 | Name on file | Email on file |
| CM05167 | Name on file | Email on file |
| CM03139 | HARVARD MANAGEMENT PRIVATE EQUITY CORPORATION | privatecapital@hmc.harvard.edu |
| CM03037 | HASHKEY BLOCKCHAIN INVESTMENT FUND | dc@hashkey.capital |
| CM03040 | HASHKEY FINTECH INVESTMENT FUND LP | zyu@hashkey.capital |
| CM03540 | Name on file | Email on file |
| CM02993 | HDR CADENZA MANAGEMENT LIMITED | max.shapiro@bitmex.com |
| CM03470 | Name on file | Email on file |
| CM04948 | Name on file | Email on file |
| CM02953 | HYPERION CAPITAL, LLC | nelson@lumenary.co |
| CM03460 | Name on file | Email on file |
| CM03443 | Name on file | Email on file |

## Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| CM02975 | IL2BF A SERIES OF INVESTLINK HOLDINGS | dn@investlink.io |
| CM04001 | Name on file | Email on file |
| CM05195 | Name on file | Email on file |
| CM03698 | Name on file | Email on file |
| CM02541 | Name on file | Email on file |
| CM04920 | Name on file | Email on file |
| CM05200 | Name on file | Email on file |
| CM02926 | Name on file | Email on file |
| CM03999 | Name on file | Email on file |
| CM04943 | Name on file | Email on file |
| CM05233 | Name on file | Email on file |
| CM05058 | Name on file | Email on file |
| CM03464 | Name on file | Email on file |
| CM03094 | JCDP-6 AI LLC | peter@jumpcap.com |
| CM04029 | Name on file | Email on file |
| CM04978 | Name on file | Email on file |
| CM04985 | Name on file | Email on file |
| CM02952 | Name on file | Email on file |
| CM05168 | Name on file | Email on file |
| CM05204 | Name on file | Email on file |
| CM04963 | Name on file | Email on file |
| CM02746 | Name on file | Email on file |
| CM04851 | Name on file | Email on file |
| CM05221 | Name on file | Email on file |
| CM05215 | Name on file | Email on file |
| CM03463 | Name on file | Email on file |
| CM05069 | Name on file | Email on file |
| CM03456 | Name on file | Email on file |
| CM05169 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| CM04599 | Name on file | Email on file |
| CM02342 | Name on file | Email on file |
| CM05097 | Name on file | Email on file |
| CM02343 | Name on file | Email on file |
| CM05078 | Name on file | Email on file |
| CM03986 | Name on file | Email on file |
| CM03297 | Name on file | Email on file |
| CM04793 | Name on file | Email on file |
| CM04912 | Name on file | Email on file |
| CM03989 | Name on file | Email on file |
| CM03452 | Name on file | Email on file |
| CM05231 | Name on file | Email on file |
| CM02234 | KENETIC HOLDINGS LIMITED | tony@kenetic.capital |
| CM02960 | KENETIC STRATEGIC HOLDINGS LIMITED | lawrence.chu@bppe.com |
| CM04917 | Name on file | Email on file |
| CM02248 | Name on file | Email on file |
| CM03438 | Name on file | Email on file |
| CM04921 | Name on file | Email on file |
| CM03269 | Name on file | Email on file |
| CM04971 | Name on file | Email on file |
| CM02345 | Name on file | Email on file |
| CM03542 | Name on file | Email on file |
| CM03544 | Name on file | Email on file |
| CM05166 | Name on file | Email on file |
| CM03156 | LBP FI III LLP | david.chreng@leadblockpartners.com |
| CM04033 | Name on file | Email on file |
| CM05077 | Name on file | Email on file |
| CM05034 | Name on file | Email on file |
| CM03155 | LIEC INVEST AG | dleone@cp-dl.com |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| CM05207 | Name on file | Email on file |
| CM04012 | Name on file | Email on file |
| CM02925 | Name on file | Email on file |
| CM02629 | Name on file | Email on file |
| CM04010 | Name on file | Email on file |
| CM02255 | Name on file | Email on file |
| CM03674 | Name on file | Email on file |
| CM04025 | Name on file | Email on file |
| CM02347 | Name on file | Email on file |
| CM02948 | Name on file | Email on file |
| CM02348 | Name on file | Email on file |
| CM03546 | Name on file | Email on file |
| CM02349 | Name on file | Email on file |
| CM03675 | Name on file | Email on file |
| CM03461 | Name on file | Email on file |
| CM03984 | Name on file | Email on file |
| CM03701 | Name on file | Email on file |
| CM03180 | Name on file | Email on file |
| CM04862 | Name on file | Email on file |
| CM02355 | Name on file | Email on file |
| CM04046 | Name on file | Email on file |
| CM02667 | Name on file | Email on file |
| CM03702 | Name on file | Email on file |
| CM03987 | Name on file | Email on file |
| CM04045 | Name on file | Email on file |
| CM03462 | Name on file | Email on file |
| CM03219 | Name on file | Email on file |
| CM03996 | Name on file | Email on file |
| CM04952 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| CM02566 | Name on file | Email on file |
| CM05232 | Name on file | Email on file |
| CM05099 | Name on file | Email on file |
| CM05205 | Name on file | Email on file |
| CM05220 | Name on file | Email on file |
| CM02568 | Name on file | Email on file |
| CM02642 | Name on file | Email on file |
| CM05155 | Name on file | Email on file |
| CM05171 | Name on file | Email on file |
| CM05154 | Name on file | Email on file |
| CM04042 | Name on file | Email on file |
| CM03446 | Name on file | Email on file |
| CM03990 | Name on file | Email on file |
| CM04949 | Name on file | Email on file |
| CM04021 | Name on file | Email on file |
| CM03022 | MORGAN CREEK BLOCKCHAIN OPPORTUNITIES FUND II, LP | mvannoy@morgancreekcap.com |
| CM02225 | MORGAN CREEK BLOCKCHAIN OPPORTUNITIES FUND, LP | fundsprivate@morgancreekcap.com |
| CM03125 | MORGAN CREEK DIGITAL FUND III, LP | myusko@morgancreekcap.com |
| CM05229 | Name on file | Email on file |
| CM04027 | Name on file | Email on file |
| CM03988 | Name on file | Email on file |
| CM03551 | Name on file | Email on file |
| CM04967 | Name on file | Email on file |
| CM05164 | Name on file | Email on file |
| CM04944 | Name on file | Email on file |
| CM03669 | Name on file | Email on file |
| CM03676 | Name on file | Email on file |
| CM03991 | Name on file | Email on file |
| CM02955 | NO INVESTMENTS, LLC | ryan@electric.ai |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| CM04020 | Name on file | Email on file |
| CM04781 | Name on file | Email on file |
| CM04032 | Name on file | Email on file |
| CM02574 | Name on file | Email on file |
| CM03704 | Name on file | Email on file |
| CM03087 | PARADIGM FUND L.P. | matt@paradigm.xyz |
| CM03092 | PARAFI PRIVATE OPPORTUNITIES LLC – SERIES F | ben.forman@parafi.capital |
| CM03129 | PARK WEST INVESTORS MASTER FUND, LIMITED | operations@parkwestllc.com |
| CM04838 | Name on file | Email on file |
| CM04877 | Name on file | Email on file |
| CM04034 | Name on file | Email on file |
| CM04916 | Name on file | Email on file |
| CM04931 | Name on file | Email on file |
| CM02654 | Name on file | Email on file |
| CM04044 | Name on file | Email on file |
| CM03439 | Name on file | Email on file |
| CM04868 | Name on file | Email on file |
| CM04893 | Name on file | Email on file |
| CM03677 | Name on file | Email on file |
| CM03457 | Name on file | Email on file |
| CM03705 | Name on file | Email on file |
| CM04017 | Name on file | Email on file |
| CM03090 | PJC BLOCKFI SPV, LLC | matt@pjc.bv |
| CM02232 | POINT JUDITH VENTURE FUND IV, L.P. | david@pjc.vc |
| CM03084 | POMP BRACKET DIGITAL ASSETS I, LLC | operations@bracketcapital.com |
| CM03977 | Name on file | Email on file |
| CM05096 | Name on file | Email on file |
| CM02639 | Name on file | Email on file |
| CM03706 | Name on file | Email on file |

## Exhibit C

### Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| CM02634 | Name on file | Email on file |
| CM04975 | Name on file | Email on file |
| CM04023 | Name on file | Email on file |
| CM02367 | Name on file | Email on file |
| CM04035 | Name on file | Email on file |
| CM03329 | Name on file | Email on file |
| CM05161 | Name on file | Email on file |
| CM02538 | Name on file | Email on file |
| CM03982 | Name on file | Email on file |
| CM04005 | Name on file | Email on file |
| CM02989 | RSP FUND VI. LLC | cvc-esc-group@recruit-holdings.com |
| CM04000 | Name on file | Email on file |
| CM04968 | Name on file | Email on file |
| CM03330 | Name on file | Email on file |
| CM04038 | Name on file | Email on file |
| CM04036 | Name on file | Email on file |
| CM03150 | SAND DUNE INVESTMENTS LLC | sandduneinvestments@transmarketgroup.com |
| CM04013 | Name on file | Email on file |
| CM03059 | SCB 10X CO.,LTD. | mukaya@scb10x.com |
| CM03440 | Name on file | Email on file |
| CM03450 | Name on file | Email on file |
| CM03467 | Name on file | Email on file |
| CM04910 | Name on file | Email on file |
| CM05140 | Name on file | Email on file |
| CM04976 | Name on file | Email on file |
| CM03548 | Name on file | Email on file |
| CM04022 | Name on file | Email on file |
| CM03152 | SLV BLOCKFI HOLDING, LLC | gino@cdaentertainment.net |
| CM02257 | SML CONSULTING SERVICES, INC. | brian.kane@gmail.com |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| CM02959 | SOCIAL FINANCE, INC. | corpdev@sofi.org |
| CM04031 | Name on file | Email on file |
| CM05226 | Name on file | Email on file |
| CM04922 | Name on file | Email on file |
| CM03992 | Name on file | Email on file |
| CM04982 | Name on file | Email on file |
| CM05223 | Name on file | Email on file |
| CM03670 | Name on file | Email on file |
| CM03993 | Name on file | Email on file |
| CM04043 | Name on file | Email on file |
| CM02374 | Name on file | Email on file |
| CM03994 | Name on file | Email on file |
| CM02555 | Name on file | Email on file |
| CM02227 | SUSQUEHANNA GOVERNMENT PRODUCTS, LLLP | dean.carlson@sig.com |
| CM04969 | Name on file | Email on file |
| CM04947 | Name on file | Email on file |
| CM03296 | Name on file | Email on file |
| CM05227 | Name on file | Email on file |
| CM04028 | Name on file | Email on file |
| CM02647 | TECHNOLOGY STOCK HOLDING MASTER TRUST/HEALY 2021 TRUST | rcoppock@bmtc.com |
| CM02906 | TECHNOLOGY STOCK HOLDING MASTER TRUST/SERIES PRINCE 2022 TRUST | zac@blockfi.com |
| CM03545 | Name on file | Email on file |
| CM03062 | THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK | peinvestments@columbia-imc.org |
| CM03063 | THE VANDERBILT UNIVERSITY | travis.shore@vanderbilt.edu |
| CM04980 | Name on file | Email on file |
| CM05156 | Name on file | Email on file |
| CM02258 | THREE ARROWS CAPITAL LTD | operations@threearrowscap.com |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| CM04040 | Name on file | Email on file |
| CM03086 | TIGER GLOBAL PIP 14-7 LLC | blowy@tigerglobal.com |
| CM02674 | Name on file | Email on file |
| CM03138 | Name on file | Email on file |
| CM04954 | Name on file | Email on file |
| CM03140 | TINY ORANGE, LLC | ric.edelman@tinyorgangecapital.com |
| CM04014 | Name on file | Email on file |
| CM03549 | Name on file | Email on file |
| CM03995 | Name on file | Email on file |
| CM03445 | Name on file | Email on file |
| CM05031 | Name on file | Email on file |
| CM03453 | Name on file | Email on file |
| CM03132 | TVC XVII, A SERIES OF THE VENTURE COLLECTIVE HOLDINGS LLC | nick@theventurecollective.com |
| CM05159 | Name on file | Email on file |
| CM05210 | Name on file | Email on file |
| CM03122 | VALAR CO-INVEST 11 LP | reuben@valar.com |
| CM02230 | VALAR FUND V LP | alison@valar.com |
| CM04030 | Name on file | Email on file |
| CM03707 | Name on file | Email on file |
| CM02942 | Name on file | Email on file |
| CM03679 | Name on file | Email on file |
| CM05041 | Name on file | Email on file |
| CM03680 | Name on file | Email on file |
| CM03441 | Name on file | Email on file |
| CM04953 | Name on file | Email on file |
| CM03535 | Name on file | Email on file |
| CM04977 | Name on file | Email on file |
| CM05196 | Name on file | Email on file |
| CM04979 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| CM02944 | WEST REALM SHIRES INC. | ryne@ftx.us |
| CM03447 | Name on file | Email on file |
| CM02229 | WINKLEVOSS CAPITAL FUND, LLC | updates@winklevosscapital.com |
| CM04913 | Name on file | Email on file |
| CM05218 | Name on file | Email on file |
| CM02575 | Name on file | Email on file |
| CM05079 | Name on file | Email on file |
| CM02382 | Name on file | Email on file |
| CM04002 | Name on file | Email on file |
| CM04003 | Name on file | Email on file |
| 10294000 | Name on file | Email on file |
| 10294290 | Name on file | Email on file |
| 10293570 | Name on file | Email on file |
| 10294347 | Name on file | Email on file |
| 10293613 | Name on file | Email on file |
| 10294317 | Name on file | Email on file |
| 10293090 | Name on file | Email on file |
| 10293235 | Name on file | Email on file |
| 10293414 | Name on file | Email on file |
| 10293465 | Name on file | Email on file |
| 10293093 | Name on file | Email on file |
| 10293258 | Name on file | Email on file |
| 10293507 | Name on file | Email on file |
| 10294494 | Name on file | Email on file |
| 10293317 | Name on file | Email on file |
| 10293415 | Name on file | Email on file |
| 10294472 | Name on file | Email on file |
| 10293259 | Name on file | Email on file |
| 10293536 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10293497 | Name on file | Email on file |
| 10293208 | Name on file | Email on file |
| 10294049 | Name on file | Email on file |
| 10293209 | Name on file | Email on file |
| 10293134 | Name on file | Email on file |
| 10294371 | Name on file | Email on file |
| 10293593 | Name on file | Email on file |
| 10294168 | Name on file | Email on file |
| 10293236 | Name on file | Email on file |
| 10294047 | Name on file | Email on file |
| 10294392 | Name on file | Email on file |
| 10293223 | Name on file | Email on file |
| 10293353 | Name on file | Email on file |
| 10294383 | Name on file | Email on file |
| 10293049 | Name on file | Email on file |
| 10294072 | Name on file | Email on file |
| 10293384 | Name on file | Email on file |
| 10293483 | Name on file | Email on file |
| 10294446 | Name on file | Email on file |
| 10294399 | Name on file | Email on file |
| 10294388 | Name on file | Email on file |
| 10293401 | Name on file | Email on file |
| 10294296 | Name on file | Email on file |
| 10293354 | Name on file | Email on file |
| 10294268 | Name on file | Email on file |
| 10294039 | Name on file | Email on file |
| 10294291 | Name on file | Email on file |
| 10294099 | Name on file | Email on file |
| 10294445 | Name on file | Email on file |

## Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10293608 | Name on file | Email on file |
| 10293237 | Name on file | Email on file |
| 10294201 | Name on file | Email on file |
| 10293623 | Name on file | Email on file |
| 10294294 | Name on file | Email on file |
| 10293580 | Name on file | Email on file |
| 10294293 | Name on file | Email on file |
| 10293218 | Name on file | Email on file |
| 10293628 | Name on file | Email on file |
| 10293319 | Name on file | Email on file |
| 10294175 | Name on file | Email on file |
| 10293262 | Name on file | Email on file |
| 10293385 | Name on file | Email on file |
| 10294301 | Name on file | Email on file |
| 10293320 | Name on file | Email on file |
| 10294106 | Name on file | Email on file |
| 10294396 | Name on file | Email on file |
| 10293043 | Name on file | Email on file |
| 10293489 | Name on file | Email on file |
| 10294104 | Name on file | Email on file |
| 10294344 | Name on file | Email on file |
| 10294202 | Name on file | Email on file |
| 10294119 | Name on file | Email on file |
| 10294475 | Name on file | Email on file |
| 10294091 | Name on file | Email on file |
| 10294197 | Name on file | Email on file |
| 10294325 | Name on file | Email on file |
| 10293994 | Name on file | Email on file |
| 10294435 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10294220 | Name on file | Email on file |
| 10293998 | Name on file | Email on file |
| 10294397 | Name on file | Email on file |
| 10294221 | Name on file | Email on file |
| 10294269 | Name on file | Email on file |
| 10294199 | Name on file | Email on file |
| 10294311 | Name on file | Email on file |
| 10294030 | Name on file | Email on file |
| 10294337 | Name on file | Email on file |
| 10292954 | Name on file | Email on file |
| 10293513 | Name on file | Email on file |
| 10293962 | Name on file | Email on file |
| 10293466 | Name on file | Email on file |
| 10293211 | Name on file | Email on file |
| 10294149 | Name on file | Email on file |
| 10293978 | Name on file | Email on file |
| 10294102 | Name on file | Email on file |
| 10294187 | Name on file | Email on file |
| 10294001 | Name on file | Email on file |
| 10294354 | Name on file | Email on file |
| 10294107 | Name on file | Email on file |
| 10294302 | Name on file | Email on file |
| 10294005 | Name on file | Email on file |
| 10294204 | Name on file | Email on file |
| 10294069 | Name on file | Email on file |
| 10293995 | Name on file | Email on file |
| 10294191 | Name on file | Email on file |
| 10293051 | Name on file | Email on file |
| 10293124 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10293413 | Name on file | Email on file |
| 10294084 | Name on file | Email on file |
| 10293983 | Name on file | Email on file |
| 10294431 | Name on file | Email on file |
| 10294361 | Name on file | Email on file |
| 10294081 | Name on file | Email on file |
| 10293965 | Name on file | Email on file |
| 10294133 | Name on file | Email on file |
| 10294239 | Name on file | Email on file |
| 10294021 | Name on file | Email on file |
| 10294172 | Name on file | Email on file |
| 10294449 | Name on file | Email on file |
| 10294058 | Name on file | Email on file |
| 10293633 | Name on file | Email on file |
| 10294303 | Name on file | Email on file |
| 10294349 | Name on file | Email on file |
| 10294289 | Name on file | Email on file |
| 10294267 | Name on file | Email on file |
| 10294450 | Name on file | Email on file |
| 10294474 | Name on file | Email on file |
| 10293264 | Name on file | Email on file |
| 10294162 | Name on file | Email on file |
| 10294066 | Name on file | Email on file |
| 10294373 | Name on file | Email on file |
| 10293544 | Name on file | Email on file |
| 10294110 | Name on file | Email on file |
| 10292982 | Name on file | Email on file |
| 10294358 | Name on file | Email on file |
| 10293598 | Name on file | Email on file |

In re: BlockFi Inc., *et al.*

Case No. 22-19361 (MBK)

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10294374 | Name on file | Email on file |
| 10294079 | Name on file | Email on file |
| 10292962 | Name on file | Email on file |
| 10294151 | Name on file | Email on file |
| 10294181 | Name on file | Email on file |
| 10294122 | Name on file | Email on file |
| 10294164 | Name on file | Email on file |
| 10293416 | Name on file | Email on file |
| 10293267 | Name on file | Email on file |
| 10293558 | Name on file | Email on file |
| 10293417 | Name on file | Email on file |
| 10294089 | Name on file | Email on file |
| 10294094 | Name on file | Email on file |
| 10294467 | Name on file | Email on file |
| 10293357 | Name on file | Email on file |
| 10294312 | Name on file | Email on file |
| 10294360 | Name on file | Email on file |
| 10294439 | Name on file | Email on file |
| 10294497 | Name on file | Email on file |
| 10293643 | Name on file | Email on file |
| 10293098 | Name on file | Email on file |
| 10293095 | Name on file | Email on file |
| 10293648 | Name on file | Email on file |
| 10294403 | Name on file | Email on file |
| 10294083 | Name on file | Email on file |
| 10294356 | Name on file | Email on file |
| 10293238 | Name on file | Email on file |
| 10294222 | Name on file | Email on file |
| 10293546 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---:|---|---|
| 10294063 | Name on file | Email on file |
| 10294180 | Name on file | Email on file |
| 10294032 | Name on file | Email on file |
| 10293019 | Name on file | Email on file |
| 10293410 | Name on file | Email on file |
| 10293568 | Name on file | Email on file |
| 10293569 | Name on file | Email on file |
| 10294205 | Name on file | Email on file |
| 10294318 | Name on file | Email on file |
| 10294492 | Name on file | Email on file |
| 10294406 | Name on file | Email on file |
| 10293053 | Name on file | Email on file |
| 10294363 | Name on file | Email on file |
| 10293111 | Name on file | Email on file |
| 10293222 | Name on file | Email on file |
| 10294386 | Name on file | Email on file |
| 10293136 | Name on file | Email on file |
| 10294177 | Name on file | Email on file |
| 10293443 | Name on file | Email on file |
| 10293094 | Name on file | Email on file |
| 10293272 | Name on file | Email on file |
| 10294476 | Name on file | Email on file |
| 10292406 | Name on file | Email on file |
| 10293031 | Name on file | Email on file |
| 10294387 | Name on file | Email on file |
| 10294097 | Name on file | Email on file |
| 10294330 | Name on file | Email on file |
| 10294170 | Name on file | Email on file |
| 10293563 | Name on file | Email on file |

In re: BlockFi Inc., *et al.*
Case No. 22-19361 (MBK)

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10293468 | Name on file | Email on file |
| 10294412 | Name on file | Email on file |
| 10294206 | Name on file | Email on file |
| 10294407 | Name on file | Email on file |
| 10294207 | Name on file | Email on file |
| 10294451 | Name on file | Email on file |
| 10294150 | Name on file | Email on file |
| 10293225 | Name on file | Email on file |
| 10294076 | Name on file | Email on file |
| 10294486 | Name on file | Email on file |
| 10294393 | Name on file | Email on file |
| 10293951 | Name on file | Email on file |
| 10294332 | Name on file | Email on file |
| 10293470 | Name on file | Email on file |
| 10294321 | Name on file | Email on file |
| 10293554 | Name on file | Email on file |
| 10294274 | Name on file | Email on file |
| 10294126 | Name on file | Email on file |
| 10294223 | Name on file | Email on file |
| 10293323 | Name on file | Email on file |
| 10294064 | Name on file | Email on file |
| 10294292 | Name on file | Email on file |
| 10293668 | Name on file | Email on file |
| 10294101 | Name on file | Email on file |
| 10293673 | Name on file | Email on file |
| 10294262 | Name on file | Email on file |
| 10293678 | Name on file | Email on file |
| 10293683 | Name on file | Email on file |
| 10293967 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10294263 | Name on file | Email on file |
| 10294192 | Name on file | Email on file |
| 10293210 | Name on file | Email on file |
| 10293973 | Name on file | Email on file |
| 10294208 | Name on file | Email on file |
| 10294283 | Name on file | Email on file |
| 10293566 | Name on file | Email on file |
| 10293130 | Name on file | Email on file |
| 10294462 | Name on file | Email on file |
| 10293594 | Name on file | Email on file |
| 10293071 | Name on file | Email on file |
| 10293578 | Name on file | Email on file |
| 10293693 | Name on file | Email on file |
| 10293079 | Name on file | Email on file |
| 10294448 | Name on file | Email on file |
| 10293498 | Name on file | Email on file |
| 10294062 | Name on file | Email on file |
| 10293514 | Name on file | Email on file |
| 10293530 | Name on file | Email on file |
| 10292979 | Name on file | Email on file |
| 10294124 | Name on file | Email on file |
| 10294456 | Name on file | Email on file |
| 10293276 | Name on file | Email on file |
| 10293581 | Name on file | Email on file |
| 10293444 | Name on file | Email on file |
| 10294390 | Name on file | Email on file |
| 10294080 | Name on file | Email on file |
| 10293020 | Name on file | Email on file |
| 10294019 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10293445 | Name on file | Email on file |
| 10293056 | Name on file | Email on file |
| 10293698 | Name on file | Email on file |
| 10294359 | Name on file | Email on file |
| 10294256 | Name on file | Email on file |
| 10293363 | Name on file | Email on file |
| 10294461 | Name on file | Email on file |
| 10293502 | Name on file | Email on file |
| 10293510 | Name on file | Email on file |
| 10294364 | Name on file | Email on file |
| 10294471 | Name on file | Email on file |
| 10294226 | Name on file | Email on file |
| 10293518 | Name on file | Email on file |
| 10293240 | Name on file | Email on file |
| 10293485 | Name on file | Email on file |
| 10292956 | Name on file | Email on file |
| 10294679 | HS INVESTMENTS IV LIMITED | ptm@hedosophia.com |
| 10294061 | Name on file | Email on file |
| 10293460 | Name on file | Email on file |
| 10294278 | Name on file | Email on file |
| 10293196 | Name on file | Email on file |
| 10293099 | Name on file | Email on file |
| 10294209 | Name on file | Email on file |
| 10294048 | Name on file | Email on file |
| 10293708 | Name on file | Email on file |
| 10293387 | Name on file | Email on file |
| 10293058 | Name on file | Email on file |
| 10294257 | Name on file | Email on file |
| 10293197 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10294466 | Name on file | Email on file |
| 10294118 | Name on file | Email on file |
| 10294428 | Name on file | Email on file |
| 10294460 | Name on file | Email on file |
| 10294333 | Name on file | Email on file |
| 10294143 | Name on file | Email on file |
| 10294488 | Name on file | Email on file |
| 10294054 | Name on file | Email on file |
| 10293241 | Name on file | Email on file |
| 10293713 | Name on file | Email on file |
| 10294438 | Name on file | Email on file |
| 10294280 | Name on file | Email on file |
| 10294086 | Name on file | Email on file |
| 10293206 | Name on file | Email on file |
| 10293158 | Name on file | Email on file |
| 10294057 | Name on file | Email on file |
| 10294060 | Name on file | Email on file |
| 10294050 | Name on file | Email on file |
| 10294401 | Name on file | Email on file |
| 10294457 | Name on file | Email on file |
| 10293718 | Name on file | Email on file |
| 10294004 | Name on file | Email on file |
| 10293421 | Name on file | Email on file |
| 10293981 | Name on file | Email on file |
| 10293281 | Name on file | Email on file |
| 10294414 | Name on file | Email on file |
| 10294493 | Name on file | Email on file |
| 10293199 | Name on file | Email on file |
| 10294270 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10293963 | Name on file | Email on file |
| 10294491 | Name on file | Email on file |
| 10293159 | Name on file | Email on file |
| 10293325 | Name on file | Email on file |
| 10294002 | Name on file | Email on file |
| 10294426 | Name on file | Email on file |
| 10293082 | Name on file | Email on file |
| 10293181 | Name on file | Email on file |
| 10294421 | Name on file | Email on file |
| 10294276 | Name on file | Email on file |
| 10294255 | Name on file | Email on file |
| 10294324 | Name on file | Email on file |
| 10293367 | Name on file | Email on file |
| 10294427 | Name on file | Email on file |
| 10293980 | Name on file | Email on file |
| 10294253 | Name on file | Email on file |
| 10293505 | Name on file | Email on file |
| 10294377 | Name on file | Email on file |
| 10294152 | Name on file | Email on file |
| 10293104 | Name on file | Email on file |
| 10293009 | Name on file | Email on file |
| 10294153 | Name on file | Email on file |
| 10294125 | Name on file | Email on file |
| 10293464 | Name on file | Email on file |
| 10294266 | Name on file | Email on file |
| 10293990 | Name on file | Email on file |
| 10294240 | Name on file | Email on file |
| 10293743 | Name on file | Email on file |
| 10294116 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10294419 | Name on file | Email on file |
| 10294088 | Name on file | Email on file |
| 10293400 | Name on file | Email on file |
| 10293564 | Name on file | Email on file |
| 10294109 | Name on file | Email on file |
| 10294036 | Name on file | Email on file |
| 10294105 | Name on file | Email on file |
| 10294271 | Name on file | Email on file |
| 10292950 | Name on file | Email on file |
| 10293993 | Name on file | Email on file |
| 10293979 | Name on file | Email on file |
| 10293109 | Name on file | Email on file |
| 10293404 | Name on file | Email on file |
| 10293316 | Name on file | Email on file |
| 10294485 | Name on file | Email on file |
| 10293753 | Name on file | Email on file |
| 10293024 | Name on file | Email on file |
| 10294018 | Name on file | Email on file |
| 10294434 | Name on file | Email on file |
| 10293758 | Name on file | Email on file |
| 10293326 | Name on file | Email on file |
| 10294186 | Name on file | Email on file |
| 10294463 | Name on file | Email on file |
| 10294458 | Name on file | Email on file |
| 10294241 | Name on file | Email on file |
| 10293763 | Name on file | Email on file |
| 10293327 | Name on file | Email on file |
| 10294389 | Name on file | Email on file |
| 10294229 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10293575 | Name on file | Email on file |
| 10293328 | Name on file | Email on file |
| 10294258 | Name on file | Email on file |
| 10294148 | Name on file | Email on file |
| 10293220 | Name on file | Email on file |
| 10293388 | Name on file | Email on file |
| 10293232 | Name on file | Email on file |
| 10294230 | Name on file | Email on file |
| 10294478 | Name on file | Email on file |
| 10294498 | Name on file | Email on file |
| 10294297 | Name on file | Email on file |
| 10294242 | Name on file | Email on file |
| 10294441 | Name on file | Email on file |
| 10293605 | Name on file | Email on file |
| 10293371 | Name on file | Email on file |
| 10294424 | Name on file | Email on file |
| 10293448 | Name on file | Email on file |
| 10294178 | Name on file | Email on file |
| 10293768 | Name on file | Email on file |
| 10293773 | Name on file | Email on file |
| 10294189 | Name on file | Email on file |
| 10293097 | Name on file | Email on file |
| 10294304 | Name on file | Email on file |
| 10293968 | Name on file | Email on file |
| 10294306 | Name on file | Email on file |
| 10294252 | Name on file | Email on file |
| 10293486 | Name on file | Email on file |
| 10294108 | Name on file | Email on file |
| 10293217 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10294171 | Name on file | Email on file |
| 10292960 | Name on file | Email on file |
| 10294146 | Name on file | Email on file |
| 10294040 | Name on file | Email on file |
| 10294259 | Name on file | Email on file |
| 10294473 | Name on file | Email on file |
| 10294174 | Name on file | Email on file |
| 10293586 | Name on file | Email on file |
| 10294096 | Name on file | Email on file |
| 10294482 | Name on file | Email on file |
| 10294490 | Name on file | Email on file |
| 10294210 | Name on file | Email on file |
| 10293471 | Name on file | Email on file |
| 10293597 | Name on file | Email on file |
| 10294404 | Name on file | Email on file |
| 10293515 | Name on file | Email on file |
| 10294243 | Name on file | Email on file |
| 10293783 | Name on file | Email on file |
| 10293788 | Name on file | Email on file |
| 10294231 | Name on file | Email on file |
| 10293793 | Name on file | Email on file |
| 10293587 | Name on file | Email on file |
| 10294455 | Name on file | Email on file |
| 10294339 | Name on file | Email on file |
| 10294341 | Name on file | Email on file |
| 10294338 | Name on file | Email on file |
| 10294335 | Name on file | Email on file |
| 10294340 | Name on file | Email on file |
| 10294402 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10294447 | Name on file | Email on file |
| 10294139 | Name on file | Email on file |
| 10294183 | Name on file | Email on file |
| 10294314 | Name on file | Email on file |
| 10293577 | Name on file | Email on file |
| 10294038 | Name on file | Email on file |
| 10293085 | Name on file | Email on file |
| 10294381 | Name on file | Email on file |
| 10293557 | Name on file | Email on file |
| 10293011 | Name on file | Email on file |
| 10294305 | Name on file | Email on file |
| 10294140 | Name on file | Email on file |
| 10292976 | Name on file | Email on file |
| 10294111 | Name on file | Email on file |
| 10293798 | Name on file | Email on file |
| 10294212 | Name on file | Email on file |
| 10293373 | Name on file | Email on file |
| 10293803 | Name on file | Email on file |
| 10293163 | Name on file | Email on file |
| 10294489 | Name on file | Email on file |
| 10293171 | Name on file | Email on file |
| 10294115 | Name on file | Email on file |
| 10294190 | Name on file | Email on file |
| 10293330 | Name on file | Email on file |
| 10292980 | Name on file | Email on file |
| 10293516 | Name on file | Email on file |
| 10294313 | Name on file | Email on file |
| 10294437 | Name on file | Email on file |
| 10294465 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10293412 | Name on file | Email on file |
| 10294452 | Name on file | Email on file |
| 10293045 | Name on file | Email on file |
| 10294342 | Name on file | Email on file |
| 10293976 | Name on file | Email on file |
| 10293490 | Name on file | Email on file |
| 10293808 | Name on file | Email on file |
| 10294429 | Name on file | Email on file |
| 10293531 | Name on file | Email on file |
| 10293244 | Name on file | Email on file |
| 10294244 | Name on file | Email on file |
| 10293398 | Name on file | Email on file |
| 10293813 | Name on file | Email on file |
| 10293999 | Name on file | Email on file |
| 10294154 | Name on file | Email on file |
| 10294120 | Name on file | Email on file |
| 10293503 | Name on file | Email on file |
| 10293562 | Name on file | Email on file |
| 10294326 | Name on file | Email on file |
| 10294233 | Name on file | Email on file |
| 10293332 | Name on file | Email on file |
| 10294343 | Name on file | Email on file |
| 10294408 | Name on file | Email on file |
| 10294008 | Name on file | Email on file |
| 10294440 | Name on file | Email on file |
| 10293392 | Name on file | Email on file |
| 10293975 | Name on file | Email on file |
| 10294213 | Name on file | Email on file |
| 10294159 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10294395 | Name on file | Email on file |
| 10293389 | Name on file | Email on file |
| 10293213 | Name on file | Email on file |
| 10294348 | Name on file | Email on file |
| 10293982 | Name on file | Email on file |
| 10293555 | Name on file | Email on file |
| 10293442 | Name on file | Email on file |
| 10293828 | Name on file | Email on file |
| 10293229 | Name on file | Email on file |
| 10294469 | Name on file | Email on file |
| 10294320 | Name on file | Email on file |
| 10294423 | Name on file | Email on file |
| 10293227 | Name on file | Email on file |
| 10294078 | Name on file | Email on file |
| 10293833 | Name on file | Email on file |
| 10293524 | Name on file | Email on file |
| 10294245 | Name on file | Email on file |
| 10293348 | Name on file | Email on file |
| 10294299 | Name on file | Email on file |
| 10293334 | Name on file | Email on file |
| 10293528 | Name on file | Email on file |
| 10294051 | Name on file | Email on file |
| 10293521 | Name on file | Email on file |
| 10294275 | Name on file | Email on file |
| 10294009 | Name on file | Email on file |
| 10294147 | Name on file | Email on file |
| 10294495 | Name on file | Email on file |
| 10293527 | Name on file | Email on file |
| 10294196 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10294454 | Name on file | Email on file |
| 10294281 | Name on file | Email on file |
| 10294477 | Name on file | Email on file |
| 10294272 | Name on file | Email on file |
| 10294198 | Name on file | Email on file |
| 10294323 | Name on file | Email on file |
| 10294391 | Name on file | Email on file |
| 10294144 | Name on file | Email on file |
| 10294286 | Name on file | Email on file |
| 10293125 | Name on file | Email on file |
| 10292999 | Name on file | Email on file |
| 10294185 | Name on file | Email on file |
| 10293576 | Name on file | Email on file |
| 10293843 | Name on file | Email on file |
| 10293543 | Name on file | Email on file |
| 10294261 | Name on file | Email on file |
| 10293591 | Name on file | Email on file |
| 10294193 | Name on file | Email on file |
| 10294065 | Name on file | Email on file |
| 10294405 | Name on file | Email on file |
| 10293535 | Name on file | Email on file |
| 10293298 | Name on file | Email on file |
| 10294085 | Name on file | Email on file |
| 10294436 | Name on file | Email on file |
| 10293456 | Name on file | Email on file |
| 10294287 | Name on file | Email on file |
| 10293224 | Name on file | Email on file |
| 10293423 | Name on file | Email on file |
| 10294260 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10293146 | Name on file | Email on file |
| 10294369 | Name on file | Email on file |
| 10294043 | Name on file | Email on file |
| 10294157 | Name on file | Email on file |
| 10293157 | Name on file | Email on file |
| 10293336 | Name on file | Email on file |
| 10294234 | Name on file | Email on file |
| 10293039 | Name on file | Email on file |
| 10294215 | Name on file | Email on file |
| 10294273 | Name on file | Email on file |
| 10293457 | Name on file | Email on file |
| 10294443 | Name on file | Email on file |
| 10294254 | Name on file | Email on file |
| 10294375 | Name on file | Email on file |
| 10293472 | Name on file | Email on file |
| 10294400 | Name on file | Email on file |
| 10293337 | Name on file | Email on file |
| 10293107 | Name on file | Email on file |
| 10294247 | Name on file | Email on file |
| 10294248 | Name on file | Email on file |
| 10293449 | Name on file | Email on file |
| 10293246 | Name on file | Email on file |
| 10294310 | Name on file | Email on file |
| 10293117 | Name on file | Email on file |
| 10294235 | Name on file | Email on file |
| 10292984 | Name on file | Email on file |
| 10294433 | Name on file | Email on file |
| 10294003 | Name on file | Email on file |
| 10294015 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10294416 | Name on file | Email on file |
| 10294249 | Name on file | Email on file |
| 10293522 | Name on file | Email on file |
| 10293096 | Name on file | Email on file |
| 10294033 | Name on file | Email on file |
| 10293120 | Name on file | Email on file |
| 10294042 | Name on file | Email on file |
| 10294216 | Name on file | Email on file |
| 10293540 | Name on file | Email on file |
| 10294145 | Name on file | Email on file |
| 10294022 | Name on file | Email on file |
| 10293592 | Name on file | Email on file |
| 10294444 | Name on file | Email on file |
| 10294295 | Name on file | Email on file |
| 10293986 | Name on file | Email on file |
| 10294100 | Name on file | Email on file |
| 10293491 | Name on file | Email on file |
| 10293474 | Name on file | Email on file |
| 10294169 | Name on file | Email on file |
| 10293450 | Name on file | Email on file |
| 10294432 | Name on file | Email on file |
| 10294082 | Name on file | Email on file |
| 10293475 | Name on file | Email on file |
| 10294070 | Name on file | Email on file |
| 10294484 | Name on file | Email on file |
| 10293863 | Name on file | Email on file |
| 10294045 | Name on file | Email on file |
| 10294351 | Name on file | Email on file |
| 10293565 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10294420 | Name on file | Email on file |
| 10293556 | Name on file | Email on file |
| 10294415 | Name on file | Email on file |
| 10293974 | Name on file | Email on file |
| 10294362 | Name on file | Email on file |
| 10293966 | Name on file | Email on file |
| 10293380 | Name on file | Email on file |
| 10294372 | Name on file | Email on file |
| 10293458 | Name on file | Email on file |
| 10294346 | Name on file | Email on file |
| 10294368 | Name on file | Email on file |
| 10293131 | Name on file | Email on file |
| 10293451 | Name on file | Email on file |
| 10294074 | Name on file | Email on file |
| 10294327 | Name on file | Email on file |
| 10294479 | Name on file | Email on file |
| 10294284 | Name on file | Email on file |
| 10294095 | Name on file | Email on file |
| 10293248 | Name on file | Email on file |
| 10294464 | Name on file | Email on file |
| 10294236 | Name on file | Email on file |
| 10294496 | Name on file | Email on file |
| 10293547 | Name on file | Email on file |
| 10294117 | Name on file | Email on file |
| 10293492 | Name on file | Email on file |
| 10294250 | Name on file | Email on file |
| 10294114 | Name on file | Email on file |
| 10294053 | Name on file | Email on file |
| 10294017 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10294113 | Name on file | Email on file |
| 10294382 | Name on file | Email on file |
| 10293030 | Name on file | Email on file |
| 10293501 | Name on file | Email on file |
| 10293411 | Name on file | Email on file |
| 10293390 | Name on file | Email on file |
| 10294470 | Name on file | Email on file |
| 10294217 | Name on file | Email on file |
| 10294112 | Name on file | Email on file |
| 10294315 | Name on file | Email on file |
| 10293338 | Name on file | Email on file |
| 10294410 | Name on file | Email on file |
| 10293972 | Name on file | Email on file |
| 10293970 | Name on file | Email on file |
| 10294160 | Name on file | Email on file |
| 10294135 | Name on file | Email on file |
| 10293971 | Name on file | Email on file |
| 10294251 | Name on file | Email on file |
| 10294453 | Name on file | Email on file |
| 10293249 | Name on file | Email on file |
| 10293459 | Name on file | Email on file |
| 10293452 | Name on file | Email on file |
| 10294379 | Name on file | Email on file |
| 10294481 | Name on file | Email on file |
| 10293534 | Name on file | Email on file |
| 10293429 | Name on file | Email on file |
| 10293589 | Name on file | Email on file |
| 10293893 | Name on file | Email on file |
| 10293509 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10294166 | Name on file | Email on file |
| 10294024 | Name on file | Email on file |
| 10293425 | Name on file | Email on file |
| 10293479 | Name on file | Email on file |
| 10293551 | Name on file | Email on file |
| 10293898 | Name on file | Email on file |
| 10294376 | Name on file | Email on file |
| 10293590 | Name on file | Email on file |
| 10293549 | Name on file | Email on file |
| 10294279 | Name on file | Email on file |
| 10293533 | Name on file | Email on file |
| 10293308 | Name on file | Email on file |
| 10293143 | Name on file | Email on file |
| 10294442 | Name on file | Email on file |
| 10294237 | Name on file | Email on file |
| 10294430 | Name on file | Email on file |
| 10294035 | Name on file | Email on file |
| 10293484 | Name on file | Email on file |
| 10294195 | Name on file | Email on file |
| 10294138 | Name on file | Email on file |
| 10294155 | Name on file | Email on file |
| 10293493 | Name on file | Email on file |
| 10294413 | Name on file | Email on file |
| 10294200 | Name on file | Email on file |
| 10293511 | Name on file | Email on file |
| 10294367 | Name on file | Email on file |
| 10294156 | Name on file | Email on file |
| 10294137 | Name on file | Email on file |
| 10293426 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---:|---|---|
| 10294370 | Name on file | Email on file |
| 10294366 | Name on file | Email on file |
| 10294483 | Name on file | Email on file |
| 10294307 | Name on file | Email on file |
| 10293349 | Name on file | Email on file |
| 10293984 | Name on file | Email on file |
| 10294067 | Name on file | Email on file |
| 10293908 | Name on file | Email on file |
| 10294025 | Name on file | Email on file |
| 10293588 | Name on file | Email on file |
| 10294282 | Name on file | Email on file |
| 10294425 | Name on file | Email on file |
| 10294422 | Name on file | Email on file |
| 10293393 | Name on file | Email on file |
| 10294468 | Name on file | Email on file |
| 10294123 | Name on file | Email on file |
| 10294328 | Name on file | Email on file |
| 10294288 | Name on file | Email on file |
| 10293406 | Name on file | Email on file |
| 10293127 | Name on file | Email on file |
| 10294357 | Name on file | Email on file |
| 10293121 | Name on file | Email on file |
| 10294411 | Name on file | Email on file |
| 10293482 | Name on file | Email on file |
| 10294394 | Name on file | Email on file |
| 10294016 | Name on file | Email on file |
| 10293147 | Name on file | Email on file |
| 10293512 | Name on file | Email on file |
| 10294238 | Name on file | Email on file |

Exhibit C

Equity Holders Email Service List

Served via Email

| Address ID/CMID | Name | EMAIL |
|---|---|---|
| 10293462 | Name on file | Email on file |
| 10293046 | Name on file | Email on file |
| 10293918 | Name on file | Email on file |
| 10293923 | Name on file | Email on file |
| 10293312 | Name on file | Email on file |
| 10293928 | Name on file | Email on file |
| 10293933 | Name on file | Email on file |
| 10294409 | Name on file | Email on file |
| 10294179 | Name on file | Email on file |
| 10294098 | Name on file | Email on file |
| 10293007 | Name on file | Email on file |
| 10294378 | Name on file | Email on file |
| 10294487 | Name on file | Email on file |
| 10293938 | Name on file | Email on file |
| 10294380 | Name on file | Email on file |
| 10294417 | Name on file | Email on file |
| 10294298 | Name on file | Email on file |
| 10293084 | Name on file | Email on file |
| 10292970 | Name on file | Email on file |
| 10294219 | Name on file | Email on file |
| 10294056 | Name on file | Email on file |
| 10294459 | Name on file | Email on file |
| 10294331 | Name on file | Email on file |
| 10294007 | Name on file | Email on file |
| 10293342 | Name on file | Email on file |
| 10294384 | Name on file | Email on file |
| 10294350 | Name on file | Email on file |
| 10293103 | Name on file | Email on file |

**Exhibit D**

# Exhibit D

Utilities Email Service List
Served via Email

| DESCRIPTION | NOTICE NAME | EMAIL |
|---|---|---|
| COGENT COMMUNICATIONS | ATTN: JARED ROSWADOWSKY | jroswadowsky@cogentco.com |
| CROWN CASTLE | ATTN: MATT YAVORSKI | matt.yavorski@crowncastle.com |
| AT&T | ATTN: PETER SAVULICH | ps9343@att.com |
| PAPERLESS INC. | ATTN: MEG HIRSCHFIELD | meg@paperlesspost.com |