**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BlockFi Inc., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Nataly Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 12, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Master Service Email List attached hereto as **Exhibit A**:

- Schedule of Assets and Liabilities for BlockFi Inc. (Case No. 22-19361) [Docket No. 242]

- Statement of Financial Affairs for BlockFi Inc. (Case No. 22-19361) [Docket No. 243]

- Schedule of Assets and Liabilities for BlockFi International Ltd. (Case No. 22-19368) [Docket No. 247]

- Statement of Financial Affairs for BlockFi International Ltd. (Case No. 22-19368) [Docket No. 248]

- Schedule of Assets and Liabilities for BlockFi Investment Products LLC (Case No. 22-19370) [Docket No. 249]

- Statement of Financial Affairs for BlockFi Investment Products LLC (Case No. 22-19370) [Docket No. 250]

- Schedule of Assets and Liabilities for BlockFi Lending LLC (Case No. 22-19365) [Docket No. 251]

- Statement of Financial Affairs for BlockFi Lending LLC (Case No. 22-19365) [Docket No. 252]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1

SRF 66588

- Schedule of Assets and Liabilities for BlockFi Lending II LLC (Case No. 22-19374) [Docket No. 253]

- Statement of Financial Affairs for BlockFi Lending II LLC (Case No. 22-19374) [Docket No. 254]

- Schedule of Assets and Liabilities for BlockFi Services Inc. (Case No. 22-19371) [Docket No. 255]

- Statement of Financial Affairs for BlockFi Services Inc. (Case No. 22-19371) [Docket No. 256]

- Schedule of Assets and Liabilities for BlockFi Trading LLC (Case No. 22-19363) [Docket No. 257]

- Statement of Financial Affairs for BlockFi Trading LLC (Case No. 22-19363) [Docket No. 258]

- Schedule of Assets and Liabilities for BlockFi Ventures LLC (Case No. 22-19367) [Docket No. 259]

- Statement of Financial Affairs for BlockFi Ventures LLC (Case No. 22-19367) [Docket No. 260]

- Schedule of Assets and Liabilities for BlockFi Wallet LLC (Case No. 22-19366) [Docket No. 261]

- Statement of Financial Affairs for BlockFi Wallet LLC (Case No. 22-19366) [Docket No. 262]

- Notice of Revised Proposed Final Order on Tax Motion [Docket No. 267]

- Notice of Revised Proposed Final Order on Insurance Motion [Docket No. 268]

- Notice of Revised Proposed Final Order on Administrative Fee Procedures Motion [Docket No. 269]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: January 20, 2023

/s/ *Nataly Diaz*
Nataly Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 20p, 2023, by Nataly Diaz, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

3

SRF 66588

**<u>Exhibit A</u>**

## Exhibit A

Master Service Email List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Indenture Trustee | Ankura Trust Company, LLC, as Trustee for the Indenture Dated as of February 28, 2022 | james.mcginley@ankura.com |
| Counsel to Ge Song | Boyle & Valenti Law, P.C. | cboyle@b-vlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | rstark@brownrudnick.com<br>kaulet@brownrudnick.com<br>bsilverberg@brownrudnick.com |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | spalley@brownrudnick.com |
| Counsel to the Debtors | Cole Schotz P.C. | FYudkin@coleschotz.com<br>RHollander@coleschotz.com<br>Msirota@coleschotz.com |
| Counsel to the Official Committee of Unsecured Creditors | Genova Burns LLC | dstolz@genovaburns.com<br>dclarke@genovaburns.com |
| Interested Party | George J. Gerro, Esq. | george@gerrolaw.com |
| Interested Party | George S. Wynns | georgewynns@gmail.com |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Gibbons P.C. | rmalone@gibbonslaw.com<br>btheisen@gibbonslaw.com<br>kmcevilly@gibbonslaw.com |
| Counsel to George J. Gerro | Gorski & Knowlton Pc | cknowlton@gorskiknowlton.com |
| Co-Counsel to Debtors | Haynes and Boone, LLP | frasher.murphy@haynesboone.com<br>jordan.chavez@haynesboone.com |
| Co-Counsel to Debtors | Haynes and Boone, LLP | kenric.kattner@haynesboone.com<br>kourtney.lyda@haynesboone.com<br>renecia.sherald@haynesboone.com |
| Co-Counsel to Debtors | Haynes and Boone, LLP | richard.kanowitz@haynesboone.com |

In re: BlockFi Inc., *et al.*

Case No. 22-19361 (MBK)

Page 1 of 5

# Exhibit A
## Master Service Email List
### Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | robert.ripin@hoganlovells.com<br>chris.donoho@hoganlovells.com<br>chris.bryant@hoganlovells.com |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com |
| Counsel to Silvergate Bank | Holland & Knight LLP | barbra.parlin@hklaw.com |
| Counsel to the Debtors | Kirkland & Ellis LLP | alexander.mccammon@kirkland.com |
| Counsel to the Debtors | Kirkland & Ellis LLP | christine.okike@kirkland.com<br>francis.petrie@kirkland.com<br>jsussberg@kirkland.com |
| Counsel to the Official Committee of Unsecured Creditors | McCARTER & ENGLISH, LLP | dadler@mccarter.com<br>jscholz@mccarter.com |
| Counsel to the Official Committee of Unsecured Creditors | McCARTER & ENGLISH, LLP | lbonsall@mccarter.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | gloomis@mdmc-law.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | jbernstein@mdmc-law.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | nleonard@mdmc-law.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | vshea@mdmc-law.com |
| Counsel to Marex Capital Markets Inc. formerly known as E D & F Man Capital Markets, Inc. | Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | KRWalsh@mintz.com<br>TDoherty@mintz.com<br>DBaumstein@mintz.com |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | john.goodchild@morganlewis.com<br>matthew.ziegler@morganlewis.com |

## Exhibit A
Master Service Email List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | joshua.dorchak@morganlewis.com<br>david.shim@morganlewis.com |
| National Association of Attorneys General | National Association of Attorneys General | kcordry@naag.org |
| Counsel to the State of Texas | Office of The Attorney General of Texas | roma.desai@oag.texas.gov<br>public.information@oag.state.tx.us |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee | Lauren.Bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov<br>USTPRegion03.NE.ECF@usdoj.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | secbankruptcy@sec.gov |
| Securities and Exchange Commission - Headquarters | Securities and Exchange Commission | secbankruptcy@sec.gov |
| Counsel to Scratch Services LLC | Severson & Werson, A Professional Corporation | emr@severson.com<br>dhc@severson.com |
| State Attorney General | State of Alaska Attorney General | attorney.general@alaska.gov |
| State Attorney General | State of Arizona Attorney General | aginfo@azag.gov |
| State Attorney General | State of California Attorney General | bankruptcy@coag.gov |
| State Attorney General | State of Connecticut Attorney General | attorney.general@ct.gov<br>denise.mondell@ct.gov |
| State Attorney General | State of Delaware Attorney General | attorney.general@state.de.us |
| State Attorney General | State of Hawaii Attorney General | hawaiiag@hawaii.gov |
| State Attorney General | State of Illinois Attorney General | webmaster@atg.state.il.us |
| State Attorney General | State of Iowa Attorney General | webteam@ag.iowa.gov |
| State Attorney General | State of Louisiana Attorney General | consumerinfo@ag.state.la.us |

## Exhibit A
### Master Service Email List
Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| State Attorney General | State of Maryland Attorney General | oag@oag.state.md.us |
| State Attorney General | State of Massachusetts Attorney General | ago@state.ma.us |
| State Attorney General | State of Michigan Attorney General | miag@michigan.gov |
| State Attorney General | State of Missouri Attorney General | attorney.general@ago.mo.gov |
| State Attorney General | State of Montana Attorney General | contactdoj@mt.gov |
| State Attorney General | State of Nebraska Attorney General | ago.info.help@nebraska.gov |
| State Attorney General | State of Nevada Attorney General | aginfo@ag.nv.gov |
| State Attorney General | State of New Hampshire Attorney General | attorneygeneral@doj.nh.gov |
| State Attorney General | State of New Jersey Attorney General | askconsumeraffairs@lps.state.nj.us |
| State Attorney General | State of North Dakota Attorney General | ndag@nd.gov |
| State Attorney General | State of Oregon Attorney General | consumer.hotline@doj.state.or.us<br>david.hart@doj.state.or.us<br>anitjindal@markowitzherbold.com<br>harrywilson@markowitzherbold.com |
| State Attorney General | State of South Dakota Attorney General | consumerhelp@state.sd.us |
| State Attorney General | State of Utah Attorney General | uag@utah.gov |
| State Attorney General | State of Vermont Attorney General | ago.bankruptcies@vermont.gov |
| State Attorney General | State of West Virginia Attorney General | consumer@wvago.gov |
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>porporam@sullcrom.com |
| Counsel to the Ad Hoc Committee of Wallet Account Holders | TROUTMAN PEPPER HAMILTON SANDERS LLP | deborah.kovsky@troutman.com |

# Exhibit A

Master Service Email List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to United States of America | U.S. Department of Justice – Civil Division Commercial Litigation Branch | seth.shapiro@usdoj.gov |
| Counsel to United States of America | U.S. Department of Justice Civil Division | seth.shapiro@usdoj.gov |
| State Attorney General | Washington DC Attorney General | oag@dc.gov |