UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Deborah Kovsky-Apap (NJ Bar No. 030942003)
875 Third Avenue
New York, NY 10022
(212) 808-2726
deborah.kovsky@troutman.com
*Counsel for the Ad Hoc Committee of Wallet Account Holders*

In re:

BLOCKFI Inc.[1], *et al.*,

Debtors.

Chapter 11

Case No. 22-19361 (MBK)

(Jointly Administered)

Honorable Michael B. Kaplan

# CERTIFICATE OF SERVICE

1. I, Deborah Kovsky-Apap, Esq.:

    ☑ represent the *Ad Hoc Committee of Wallet Account Holders* in this matter.
    ☐ am the secretary/paralegal for _____ who represents in the above-captioned matter.
    ☐ am the _____ in the above case and am representing myself.

2. On January 23, 2023, I sent a copy of the following pleading(s) and/or document(s) to the parties listed in the chart below listed below:

- Statement of The Ad Hoc Committee of Wallet Account Holders in Response to The Debtors' Statement Regarding Their Wallet Withdrawal Motion [Docket No. 339] (filed as Docket No. 360)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

142018184v1

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: January 23, 2023

s/ Deborah Kovsky-Apap
Deborah Kovsky-Apap (NJ Bar No. 030942003)
875 Third Avenue
New York, New York 10022
(212) 704-6000
deborah.kovsky@troutman.com

*Counsel for the Ad Hoc Committee of Wallet Account Holders*

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Ankura Trust Company, LLC, as Trustee for the Indenture Dated as of February 28, 2022<br>Attn: James J. McGinley<br>140 Sherman Street, 4th Floor Fairfield, CT 06824<br>james.mcginley@ankura.com | Indenture Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Boyle & Valenti Law, P.C.<br>Attn: Carrie J. Boyle, Esq.<br>1940 Route 70 East Suite 4<br>Cherry Hill NJ 08003<br>cboyle@b-vlaw.com | Counsel to Ge Song | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Brown Rudnick LLP<br>Attn: Robert J. Stark, Esq.,<br>Kenneth Aulet, Esq.,<br>Bennett S. Silverberg, Esq.<br>7 Times Square<br>New York NY 10036<br>rstark@brownrudnick.com<br>kaulet@brownrudnick.com<br>bsilverberg@brownrudnick.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Brown Rudnick LLP<br>Attn: Stephen D. Palley, Esq.<br>601 Thirteenth Street NW<br>Washington DC 20005<br>spalley@brownrudnick.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Cole Schotz P.C.<br>Attn: Felice R. Yudkin,<br>Rebecca W. Hollander,<br>Michael D. Sirota; Warren A. Usatine<br>25 Main Street<br>Hackensack NJ 07601<br>FYudkin@coleschotz.com<br>RHollander@coleschotz.com<br>Msirota@coleschotz.com<br>wusatine@coleschotz.com | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

142018184v1

| Name/Address | Role | Method |
|---|---|---|
| Fox Rothschild, LLP<br>Attn: Mark Edward Hall<br>49 Market Street<br>Morristown, NJ 07960<br>mhall@foxrothschild.com | Counsel to John Lymn | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Genova Burns LLC<br>Attn: Gregory S. Kinoian<br>494 Broad Street<br>Newark, NJ 07102<br>gkinoian@genovaburns.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Genova Burns LLC<br>Attn: Daniel M. Stolz, Esq.,<br>Donald W. Clarke, Esq.,<br>Gregory S. Kinoian, Esq.<br>110 Allen Road, Suite 304<br>Basking Ridge NJ 07920<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| George J. Gerro<br>530 S. Glenoaks Blvd. Suite 200<br>Burbank CA 91502<br>george@gerrolaw.com | George J. Gerro Esq., in his capacity as a creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| George S. Wynns<br>124 Brewsteer Street<br>San Francisco CA 94110<br>georgewynns@gmail.com | George S. Wynns, Creditor Pro Se | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Gibbons P.C.<br>Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly<br>One Gateway Center<br>Newark NJ 07102<br>rmalone@gibbonslaw.com<br>btheisen@gibbonslaw.com<br>kmcevilly@gibbonslaw.com | Counsel to Ankura Trust Company, LLC as Indenture Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Gorski & Knowlton PC<br>Attn: Carol L. Knowlton, Esquire<br>311 Whitehorse Avenue Suite A<br>Hamilton NJ 08610<br>cknowlton@gorskiknowlton.com | Counsel to George J. Gerro | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

142018184v1

| | | |
|---|---|---|
| Gorski and Knowlton, P.C.<br>Attn: Allen I Gorski<br>311 White Horse Avenue<br>Suite A<br>Hamilton, NJ 08610<br>agorski@gorskiknowlton.com | Counsel to Nancy Fout | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Haynes and Boone, LLP<br>Attn: J. Frasher Murphy,<br>Jordan E. Chavez<br>2323 Victory Ave Suite 700<br>Dallas TX 75219<br>frasher.murphy@haynesboone.com<br>jordan.chavez@haynesboone.com | Co-Counsel to Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Haynes and Boone, LLP<br>Attn: Kenric D. Kattner,<br>Kourtney P. Lyda,<br>Re'Necia Sherald<br>1221 McKinney Street Suite 4000<br>Houston TX 77010<br>kenric.kattner@haynesboone.com<br>kourtney.lyda@haynesboone.com<br>renecia.sherald@haynesboone.com | Co-Counsel to Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Haynes and Boone, LLP<br>Attn: Richard S. Kanowitz<br>30 Rockefeller Plaza   26th Floor<br>New York NY 10112<br>richard.kanowitz@haynesboone.com | Co-Counsel to Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Hogan Lovells US LLP<br>Attn: Christopher R. Donoho III,<br>Christopher R. Bryant, Robert A. Ripin<br>390 Madison Ave<br>New York NY 10017<br>chris.donoho@hoganlovells.com<br>chris.bryant@hoganlovells.com<br>robert.ripin@hoganlovells.com | Counsel to Ankura Trust Company, LLC as Indenture Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Hogan Lovells US LLP<br>Attn: David P. Simonds, Esq.,<br>Edward J. McNeilly, Esq.<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles CA 90067<br>david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com | Counsel to Ankura Trust Company, LLC as Indenture Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

142018184v1

| | | |
|---|---|---|
| Holland & Knight LLP<br>Attn: Barbra R. Parlin<br>31 West 52Nd Street<br>New York NY 10019<br>barbra.parlin@hklaw.com | Counsel to Silvergate Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Kirkland & Ellis LLP<br>Attn: Alexander D. McCamon<br>300 North Lasalle<br>Chicago IL 60654<br>alexander.mccammon@kirkland.com | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Kirkland & Ellis LLP<br>Attn: Christine A. Okike,<br>Francis Petrie,<br>Joshua Sussberg<br>601 Lexington Avenue<br>New York NY 10022<br>christine.okike@kirkland.com<br>francis.petrie@kirkland.com<br>jsussberg@kirkland.com | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Kroll Restructuring Administration LLC<br>Attn: Jessica Berman<br>55 East 52nd Street 17th Floor<br>New York NY 10055<br>BlockFiTeam@ra.kroll.com<br>Serviceqa@ra.kroll.com | Claims and Noticing Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Loeb & Loeb LLP<br>Attn: Lindsay Feuer<br>345 Park Avenue<br>New York, NY 10154<br>lfeuer@loeb.com | Counsel for Deferred 1031 LLC and Deferred 1031 Series 4 LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| McCarter & English, LLP<br>Attn: David J. Adler, Joseph R. Scholz<br>Worldwide Plaza<br>825 Eighth Avenue, 31st Floor<br>New York NY 10019<br>dadler@mccarter.com<br>jscholz@mccarter.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| McCarter & ENGLISH, LLP<br>Attn: Lisa S. Bonsall<br>Four Gateway Center<br>100 Mulberry Street<br>Newark NJ 07102<br>lbonsall@mccarter.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

142018184v1

| | | |
|---|---|---|
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Gaston P. Loomis<br>300 Delaware Ave Suite 1014<br>Wilmington DE 19801<br>gloomis@mdmc-law.com | Counsel to New Jersey Bureau of Securities | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Jeffrey Bernstein<br>570 Broad Street<br>Newark NJ 07102<br>jbernstein@mdmc-law.com | Counsel to New Jersey Bureau of Securities | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Nicole Leonard<br>225 Liberty Street 36th Floor<br>New York NY 10281<br>nleonard@mdmc-law.com | Counsel to New Jersey Bureau of Securities | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Virginia T. Shea<br>1300 Mt. Kemble Avenue<br>PO Box 2075<br>Morristown NJ 07962-2075<br>vshea@mdmc-law.com | Counsel to New Jersey Bureau of Securities | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C.<br>Attn: Kaitlin R. Walsh,<br>Therese M. Doherty,<br>Douglas P. Baumstein<br>919 Third Avenue<br>New York NY 10022<br>KRWalsh@mintz.com<br>TDoherty@mintz.com<br>DBaumstein@mintz.com | Marex Capital Markets Inc. formerly known as E D & F Man Capital Markets, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Montgomery McCracken Walker & Rhoads LLP<br>Attn: David M. Banker<br>437 Madison Avenue<br>24th Floor<br>New York, NY 10022<br>dbanker@mmwr.com | Counsel for Samuel L. Bankman-Fried | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

142018184v1

| | | |
|---|---|---|
| Morgan, Lewis & Bockius LLP<br>Attn: John C. Goodchild, III,<br>Matthew C. Ziegler<br>1701 Market Street<br>Philadelphia PA 19103<br>john.goodchild@morganlewis.com<br>matthew.ziegler@morganlewis.com | Counsel to Emergent Fidelity Technologies Ltd | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Morgan, Lewis & Bockius LLP<br>Attn: Joshua Dorchak,<br>David K. Shim<br>101 Park Avenue<br>New York NY 10178<br>joshua.dorchak@morganlewis.com<br>david.shim@morganlewis.com | Counsel to Emergent Fidelity Technologies Ltd | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| National Association of Attorneys General<br>Attn: Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington DC 20036<br>kcordry@naag.org | National Association of Attorneys General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Office of The Attorney General of Texas<br>Attn: Roma N. Desai<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin TX 78711-2548<br>roma.desai@oag.texas.gov<br>public.information@oag.state.tx.us | Counsel to the State of Texas | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Office of The Tennessee Attorney General<br>Attn: Bankruptcy Division<br>P.O. Box 20207<br>Nashville TN 37202-0207<br>consumer.affairs@tn.gov<br>gina.hantel@ag.tn.gov | TN Dept of Commerce and Insurance | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Office of the United States Trustee<br>Attn: Lauren Bielskie, Esq.,<br>Jeffrey M. Sponder, Esq<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark NJ 07102<br>Lauren.Bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov<br>USTPRegion03.NE.ECF@usdoj.gov | U.S. Trustee for the District of New Jersey | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

142018184v1

| | | |
|---|---|---|
| Securities & Exchange Commission - NY Office<br>Attn: Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street, Ste 400<br>New York NY 10281-1022<br>bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Securities and Exchange Commission - Regional Office | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Securities & Exchange Commission - Philadelphia Office<br>Attn: Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia PA 19103<br>secbankruptcy@sec.gov | Securities and Exchange Commission - Regional Office | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Securities and Exchange Commission<br>Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549<br>secbankruptcy@sec.gov | Securities and Exchange Commission – Headquarters | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Severson & Werson<br>Attn: Eleanor M. Roman, Donald H. Cram<br>595 Market Street Suite 2600<br>San Francisco CA 94105<br>emr@severson.com<br>dhc@severson.com | Counsel to Scratch Services LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Alaska Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 110300<br>Juneau AK 99811-0300<br>attorney.general@alaska.gov | State of Alaska Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Arizona Attorney General<br>Attn: Bankruptcy Department<br>2005 N Central Ave<br>Phoenix AZ 85004-2926<br>aginfo@azag.gov | State of Arizona Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of California Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento CA 94244-2550<br>bankruptcy@coag.gov | State of California Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

142018184v1

| | | |
|---|---|---|
| State of Connecticut Attorney General<br>Attn: Bankruptcy Department<br>165 Capitol Avenue<br>Hartford CT 06106<br>attorney.general@ct.gov<br>denise.mondell@ct.gov | State of Connecticut Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Delaware Attorney General<br>Attn: Bankruptcy Department<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington DE 19801<br>attorney.general@state.de.us | State of Delaware Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Hawaii Attorney General<br>Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu HI 96813<br>hawaiiag@hawaii.gov | State of Hawaii Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Illinois Attorney General<br>Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601<br>webmaster@atg.state.il.us | State of Illinois Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Iowa Attorney General<br>Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines IA 50319<br>webteam@ag.iowa.gov | State of Iowa Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Louisiana Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095<br>consumerinfo@ag.state.la.us | State of Louisiana Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Maryland Attorney General<br>Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore  MD 21202-2202<br>oag@oag.state.md.us | State of Maryland Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

142018184v1

| | | |
|---|---|---|
| State of Massachusetts Attorney General<br>Attn: Bankruptcy Department<br>One Ashburton Place<br>Boston MA 02108-1698<br>ago@state.ma.us | State of Massachusetts Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Michigan Attorney General<br>Attn: Bankruptcy Department<br>G. Mennen Williams Building 7th Fl<br>525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing MI 48909-0212<br>miag@michigan.gov | State of Michigan Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Missouri Attorney General<br>Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102<br>attorney.general@ago.mo.gov | State of Missouri Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Montana Attorney General<br>Attn: Bankruptcy Department<br>215 N Sanders, Third Floor<br>P.O. Box 201401<br>Helena MT 59620-1401<br>contactdoj@mt.gov | State of Montana Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Nebraska Attorney General<br>Attn: Bankruptcy Department<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920<br>ago.info.help@nebraska.gov | State of Nebraska Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Nevada Attorney General<br>Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701<br>aginfo@ag.nv.gov | State of Nevada Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of New Hampshire Attorney General<br>Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord NH 03301<br>attorneygeneral@doj.nh.gov | State of New Hampshire Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

142018184v1

| | | |
|---|---|---|
| State of New Jersey Attorney General<br>Attn: Bankruptcy Department<br>RJ Hughes Justice Complex<br>25 Market Street<br>P.O. Box 080<br>Trenton NJ 08625-0080<br>askconsumeraffairs@lps.state.nj.us | State of New Jersey Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of North Dakota Attorney General<br>Attn: Bankruptcy Department<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040<br>ndag@nd.gov | State of North Dakota Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Oregon Attorney General<br>Attn: Bankruptcy Department<br>1162 Court Street NE<br>Salem OR 97301<br>consumer.hotline@doj.state.or.us<br>david.hart@doj.state.or.us<br>anitjindal@markowitzherbold.com<br>harrywilson@markowitzherbold.com | State of Oregon Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of South Dakota Attorney General<br>Attn: Bankruptcy Department<br>1302 East Highway 14 Suite 1<br>Pierre SD 57501-8501<br>consumerhelp@state.sd.us | State of South Dakota Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Utah Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 142320<br>Salt Lake City UT 84114-2320<br>uag@utah.gov | State of Utah Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Vermont Attorney General<br>Attn: Bankruptcy Department<br>109 State St.<br>Montpelier VT 05609-1001<br>ago.bankruptcies@vermont.gov | State of Vermont Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

142018184v1

| | | |
|---|---|---|
| State of West Virginia Attorney General<br>Attn: Bankruptcy Department<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305<br>consumer@wvago.gov | State of West Virginia Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Sullivan & Cromwell LLP<br>Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora<br>125 Broad Street<br>New York NY 10004<br>dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>porporam@sullcrom.com | Counsel to FTX Trading Ltd. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| U.S. Department of Justice – Civil Division<br>Commercial Litigation Branch<br>Attn: Ruth A. Harvey,<br>Margaret M. Newell,<br>Seth B. Shapiro<br>Ben Franklin Station<br>P.O. Box 875<br>Washington DC 20044-0875<br>seth.shapiro@usdoj.gov | Counsel to United States of America | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| U.S. Department of Justice Civil Division<br>Attn: Seth B. Shapiro<br>1100 L Street, NW<br>7th Floor - Room 7114<br>Washington DC 20005<br>seth.shapiro@usdoj.gov | Counsel to United States of America | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Washington DC Attorney General<br>Attn: Bankruptcy Department<br>441 4th Street, NW<br>Washington DC 20001<br>oag@dc.gov | Washington DC Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Webber McGill LLC<br>Attn: Douglas J. McGill<br>100 E. Hanover Avenue<br>Suite 401<br>Cedar Knolls, NJ 07927<br>dmcgill@webbermcgill.com | Counsel for Gary Ford | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

142018184v1