**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**REED SMITH LLP**
Kurt F. Gwynne, Esq. (NJ Bar No. 02351992)
Jason D. Angelo, Esq. (NJ Bar No. 076922013)
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540
Telephone: (609) 987-0050
Facsimile: (609) 951-0824
E-mail: jangelo@reedsmith.com

*Counsel to Bryant F. Foulger*

---

In re:

BLOCKFI INC., et al.,

Debtors.[1]

Chapter 11

Case No. 22-19361-MBK

(Jointly Administered)

**ENTRY OF APPEARANCE AND REQUEST
FOR NOTICES OF BRYANT F. FOULGER PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 9010**

Pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel enters an appearance for Bryant F. Foulger ("Mr. Foulger") and requests that copies of all pleadings, motions, notices, and other papers, filed or served, in these proceedings be served upon the undersigned counsel for Mr. Foulger as follows:

Kurt F. Gwynne, Esq.
Jason D. Angelo, Esq.
REED SMITH LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

E-mail: kgwynne@reedsmith.com
E-mail: jangelo@reedsmith.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all Orders, notices, applications, motions, petitions, requests, objections and replies, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Mr. Foulger's (i) right to have final Orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy, or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Mr. Foulger is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  January 24, 2023

Respectfully submitted,

REED SMITH LLP

*/s/ Jason D. Angelo*
Kurt F. Gwynne, Esq. (NJ Bar No. 02351992)
Jason D. Angelo, Esq. (NJ Bar No. 076922013)
506 Carnegie Center, Suite 300
Princeton, NJ 08543
Telephone:  (609) 987-0050
Facsimile:  (609) 951-0824
E-mail:  kgwynne@reedsmith.com
       jangelo@reedsmith.com

*Counsel to Bryant F. Foulger*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of January 2023, the foregoing ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF BRYANT F. FOULGER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9010 was filed and served electronically through the Court's CM/ECF system.

          REED SMITH LLP

By:    */s/ Jason D. Angelo*
      Jason D. Angelo, Esq.