**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

*Proposed Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**APPLICATION FOR *PRO HAC VICE* ADMISSION OF CADE C. BOLAND**

BlockFi, Inc. and its affiliated debtors in possession (the "Debtors"), by and through their counsel, Cole Schotz P.C., respectfully submit this application (the "Application"), for the *pro hac vice* admission of Cade C. Boland, Esq. and represents as follows:

1. On November 28, 2022, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above captioned chapter 11 cases in the United States Bankruptcy Court for the District of New Jersey.

2. Mr. Boland, an associate in the firm of Kirkland & Ellis LLP has represented the Debtors in connection with these matters. Because of his familiarity with the facts and

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

circumstances relevant to the Debtors in these matters, the Debtors request that Mr. Boland be allowed to appear *pro hac vice* in the within matters.

3.  As set forth in the Certification of Mr. Boland annexed hereto as **Exhibit A**, Mr. Boland is a member in good standing of the bar of the States of Illinois. Mr. Boland is not under suspension or disbarment by any court.

4.  If admitted *pro hac vice*, Mr. Boland has represented that he will adhere to the disciplinary jurisdiction of this Court.

WHEREFORE, it is respectfully requested that the Court grant the Debtors' Application, pursuant to D.N.J. LBR 9010-1 and L. Civ. R. 101.1(c), to admit counsel *pro hac vice* in the above captioned matters.

> Respectfully submitted,
>
> COLE SCHOTZ P.C.
> Attorneys for BlockFi, Inc.
>
> By: */s/ Michael D. Sirota*
>     Michael D. Sirota

Date: January 24, 2023