**SCHEDULE 2**
**(Connections List)**

| Name | Schedule | Relation to Genova/Client |
|------|----------|---------------------------|
| Jennifer Hill | 1(b) Current and Former Directors & Officers | Related Party |
| SoFi | 1(c) Equity Holders | N/A |
| Cole Schotz PC | 1(d) Bankrupcty Professionals | Adverse |
| Signature Bank | 1(e) Banks | N/A |
| NJ Department of Treasury | Regulatory Agencies | Related Party |
| NJ Attorney General | Regulatory Agencies | N/A |
| NY Department of Labor | Regulatory Agencies | N/A |
| PA Office of Attorney General | Regulatory Agencies | Related Party |
| Development | Regulatory Agencies | N/A |
| NJ Department of Treasury | Regulatory Agencies | N/A |
| NJ Department of Treasury | Regulatory Agencies | N/A |
| NJ Department of Treasury | Regulatory Agencies | N/A |
| Internal Revenue Service | Regulatory Agencies | N/A |
| MA Department of Revenue | Regulatory Agencies | N/A |
| Administration | Regulatory Agencies | N/A |
| DE Franchise Tax Board | Regulatory Agencies | N/A |
| DE Department of Labor | Regulatory Agencies | N/A |
| NJ Attorney General | Regulatory Agencies | N/A |
| NY Department of Labor | Regulatory Agencies | Vendor |
| Berkshire Bank | 1(j) Insurance | N/A |
| Luna | 1(m) Litigation Counterparties | N/A |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | 1(o) Non-Debtor Professionals | Adverse |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | 1(o) Non-Debtor Professionals | Adverse |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | 1(o) Non-Debtor Professionals | Adverse |
| Hogan Lovells US LLP | 1(o) Non-Debtor Professionals | Vendor |
| Willlis Towers Watson PLC | 1(q) Ordinary Course Professionals | Client |
| Deloitte & Touche LLP | 1(q) Ordinary Course Professionals | Related Party |
| Holland & Knight LLP | 1(q) Ordinary Course Professionals | Related Party |
| Hodgson Russ LLP | 1(q) Ordinary Course Professionals | Adverse |

| Littler Mendelson PC | 1(q) Ordinary Course Professionals | N/A |
|---|---|---|
| Littler Mendelson PC | 1(q) Ordinary Course Professionals | Vendor |
| Manatt, Phelps & Phillips, LLP | 1(q) Ordinary Course Professionals | Vendor |
| Stoll Keenon Ogden, PLLC | 1(q) Ordinary Course Professionals | Vendor |
| PKF O'Connor Davies, LLP | 1(q) Ordinary Course Professionals | Vendor |
| ███ | ██████████ | █ |
| ███ | ██████████ | █ |
| ██████ | ██████████ | █ |
| ███ | ██████████ | █ |
| ███ | ██████████ | █ |
| ███ | ██████████ | █ |
| ███ | ██████████ | █ |
| █████ | ██████████ | █ |
| █████ | ██████████ | █ |
| ████ | ██████████ | █ |
| ███ | █████ | ███████ |
| ███ | █████ | ███ |
| ███ | █████ | ███ |
| ███ | █████ | ███ |
| ██ | █████ | █ |
| ██ | █████ | █ |
| ███ | █████ | █ |
| ██ | █████ | █ |
| ███ | █████ | ██████ |
| ███ | █████ | ███ |
| ███ | █████ | █ |
| ████ | █████ | █ |
| ███ | █████ | █ |
| United States Postal Service | 1(t) Significant Vendors | N/A |
| Amazon.com, Inc. | 1(t) Significant Vendors | Adverse |

| | | |
|---|---|---|
| United States Postal Service | 1(t) Significant Vendors | N/A |
| Aon PLC | 1(t) Significant Vendors | N/A |
| Aon PLC | 1(t) Significant Vendors | N/A |
| Amazon Web Services, Inc. | 1(t) Significant Vendors | N/A |
| Google | 1(t) Significant Vendors | N/A |
| Quench USA Inc. | 1(t) Significant Vendors | N/A |
| DHL | 1(t) Significant Vendors | Related Party |
| Thomson Reuters - West | 1(t) Significant Vendors | Vendor |
| DHL | 1(t) Significant Vendors | Vendor |
| Cogent Communications, Inc. | 1(t) Significant Vendors | Vendor |
| CSC Holdings, LLC | 1(t) Significant Vendors | Vendor |
| Paperless, Inc. | 1(t) Significant Vendors | Vendor |
| Amazon.com, Inc. | 1(t) Significant Vendors | Vendor |
| AT&T | 1(w) Utilities | Adverse |
| AT&T | 1(w) Utilities | Client |
| AT&T | 1(w) Utilities | N/A |
| AT&T | 1(w) Utilities | Client |
| AT&T | 1(w) Utilities | Client |
| AT&T | 1(w) Utilities | Client |
| AT&T | 1(w) Utilities | Client |
| AT&T | 1(w) Utilities | N/A |
| AT&T | 1(w) Utilities | Vendor |