UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GENOVA BURNS LLC

110 Allen Road, Suite 304

Basking Ridge, NJ  07920

(973) 467-2700

*Proposed Local Counsel to Official Committee of Unsecured Creditors*

 DANIEL M.  STOLZ, ESQ.

| | |
|---|---|
| In Re: | Case No.:    22-19361 |
| | Chapter:    11 |
| BLOCKFI INC., *et al.,*[1] | Judge:     Michael B. Kaplan |
| Debtor. | |

## ORDER AUTHORIZING RETENTION OF

## GENOVA BURNS LLC EFFECTIVE DECEMBER 29, 2022

The relief set forth on the following page is **ORDERED**.

---

[1] The Debtors in these Chapter 11 cases are:  BlockFi Inc.; BlockFi  Trading LLC; BlockFi Lending LLC; BlockFiWallet LLC; BlockFi Ventures LLC; BlockFi International Ltd.; BlockFi Investment Products LLC; BlockFi Services, Inc.; and BlockFi Lending II LLC.

Upon the applicant's request for authorization to retain Genova Burns LLC as Local Counsel to the Official Committee of Unsecured Creditors, it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.
        The professional's address is:     GENOVA BURNS LLC

                                           110 Allen Road, Suite 304

                                           Basking Ridge, NJ  07920

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

        ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

        ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.      The effective date of retention is December 29, 2022.

*rev.8/1/15*