**SCHEDULE 1**
**(<u>Case Parties List</u>)**

## **Debtors & Affiliates**

BlockFi Asia Pte. Ltd. (Singapore)
BlockFi Cayman LLC
BlockFi Holding UK Ltd. (England & Wales)
BlockFi Inc.
BlockFi International Ltd
BlockFi Investment Products
BlockFi Lending II LLC
BlockFi Lending LLC
BlockFi Management LLC
BlockFi Services Inc.
BlockFi Trading LLC
BlockFi Ventures LLC
BlockFi Wallet
BlockFi Wallet LLC
BV Power Alpha LLC

## Current and Former Directors & Officers

Carr, Alan J.
Corrie, Pamela B.
Frizzley, Jill
Hill, Jennifer
Lauro, Tony
Marquez, Florencia
Prince, Zachary
Tepner, Harvey L.
Vogel, Scott D.
[Confidential]

**Equity Holders**

2021 Fintech Industry Fund LLC
3 Arrows Capital
A210Z Capital LLC
aCrew Diversify Capital Executive Fund (A) LP
aCrew Diversify Capital Executive Fund LP
aCrew Diversify Capital Fund (A) LP
aCrew Diversify Capital Fund (G) LP
aCrew Diversify Capital Fund LP
Akuna Capital
Akuna Ventures LLC
Altive Master Fund SPC - Altive Pisces Fund SP
Arrington XRP Capital
Arrington XRP Capital Cayman SPV Ltd.
Atreides Foundation Master Fund LP
AVG - PAV BlockFi 2020 Trust
AVGF-PAV1-BlockFi 2018 LLC
Avon Venture Fund I LP
Avon Ventures
Bain Capital Venture Coinvestment Fund II LP
Bain Capital Venture Fund 2021 LP
Bain Capital Ventures
Base10 Advancement Initiative I LP
BC/BL Holdco LLC
BCIP Venture Associates II LP
BCIP Venture Associates II-B LP
BCIP Ventures Associates II LP
BCIP Ventures Associates II-B LP
BCV 2019-MD Coinvestment II LP
BCV 21 Innovators Fund LP
BF, a series of Factorial Funds I LLC
BL Fund I
BL Fund I, a series of AHP Investments LP
BL Fund II, a Series of AHP Investments LP
BLF 107, a series of SAX Capital Series Fund V LP
Blythe Ventures Pty. Ltd.
Bracket Capital
Cadenza Ventures Opportunities Fund LP (Series B)

Castle Island
Castle Island Ventures I LP
Castle Island Ventures I-A LP
CIV Opportunity Series Co-Invest I LP
CIV Opportunity Series Co-Invest I LP - (Series 2)
CMS
CMS Holdings LLC
CMT Digital
CMT Digital Investments I LLC – Series 3
CMT Digital Ventures Fund I LLC
Coinbase Global Inc.
Coinbase Ventures
ConsenSys
ConsenSys Fund I LP
Delly VC LLC
Disruptive Innovation Fund LP
Dolly VC LLC
EquityZen Growth Technology Fund LLC - Series 1054
EquityZen Growth Technology Fund LLC - Series 1070
EquityZen Growth Technology Fund LLC - Series 1189
EquityZen Growth Technology Fund LLC - Series 1274
Formic Ventures LLC
Fort Schuyler Ventures LLC
FTX
Gaingels
Gaingels BlockFi 2021 LLC
Gaingels BlockFi LLC
Gaingels Gill BlockFi LLC
Galaxy Digital
Gemini Investments LP
Goanna Capital 21Q LLC
Harvard Management Private Equity Corp.
HashKey
HashKey Fintech Investment Fund LP
HDR Cadenza Management Ltd.
HRT
HRT Research LLC

HS Investments IV Ltd.
Hyperion Capital LLC
Hyperion Capital Ltd.
IL2BF, a series of Investlink Holdings
JCDP-6 AI LLC
JCDP-6 QP LLC
Jump Capital
Kenetic
Kenetic Advisors Ltd.
Kenetic Holdings Ltd.
Kristal Advisors (SG) Pte. Ltd.
LBP Fi III LLP
LeadBlock Partners (GP) Sarl
LIEC Invest AG
Linqto Liquidshares LLC
Morgan Creek Blockchain Opportunities
    Fund II LP
Morgan Creek Blockchain Opportunities
    Fund LP
Morgan Creek Capital Management
Morgan Creek Consumer Opportunities
    Fund LP
Morgan Creek Digital Fund III LP
Morgan Creek Private Opportunites Fund
    LLC Series H - BlockFi
Morgan Creek Private Opportunities LLC
    Series K - BlockFI
MyAsiaVC BLF 157, a series of SAX
    Capital Series Fund III LP
NO Investments LLC
Ocean Capital GmbH
Ocean Fidelity GmbH
Olola Investments Pty Ltd.
OÜ Notorious
Paradigm
Paradigm Fund LP
ParaFi Capital
ParaFi Private Opportunities LLC – Series F
Park West Investors Master Fund Ltd.
Park West Partners International Ltd.
PJC
PJC Blockfi SPV LLC
Point Judith Venture Fund IV LP
Polka Dot Ventures Pty Ltd.
Pomp Bracket Digital Assets I LLC
Pomp Bracket Digital Assets II LLC

Pomp Bracket Digital Assets III LLC
Purple Arch Ventures
RCapital BlockFi I, a Series of Republic
    Capital Master Fund LP
Recruit Strategic Partners Inc.
RSP Fund VI LLC
Sand Dune Investments LLC
SCB 10X Co. Ltd.
SGP Governance
SLV BlockFi Holding LLC
Social Finance Inc.
SoFi
Susquehanna Government Products LLLP
Sustainable Governance Partners LLC
Tayenthal Ventures UG
TB Asset Management GmbH
The Midnight, a Third Prime Series LLC
    (Series: BlockFi)
Third Prime
Tiger Global
Tiger Global Management LLC
Tiger Global PIP 14-7 LLC
Tiny Orange LLC
TONA Investments LP
Trustees of Columbia University
Trustees of Columbia University in the City
    of New York, The
TVC
TVC X, a series of The Venture Collective
    Holdings LLC
TVC XVII, a series of The Venture
    Collective Holdings LLC
Valar Co-Invest 10 LP
Valar Co-Invest 11 LP
Valar Co-Invest 12 LP
Valar Fund V LP
Valar Fund VII LP
Valar Principals Fund V LP
Valar Velocity Fund 2 LP
Valar Ventures LP
Vanderbilt University, The
Winklevoss Capital
Winklevoss Capital Fund LLC
Winklevoss Capital Management LLC
[Confidential]

**Bankruptcy Professionals**

Berkeley Research Group
Cole Schotz PC
Haynes and Boone LLP
Kroll Inc.
Kroll Legal
Kroll Restructuring Administration LLC
Moelis & Co.

## **Banks**

BCB Bancorp Inc.
Capital Union Bank Ltd.
Centre Consortium
FOMO Pay
Signature Bank
Silicon Valley Bank
Silvergate Bank

**<u>Custodians</u>**

Anchorage Digital Bank NA
BitGo
Blockdaemon
Coinbase
Deribit
Elwood Technologies Services Ltd.
Fidelity Digital Assets Services LLC
Fireblocks
Fireblocks Inc.
Fireblocks International
Fireblocks Lending
Fireblocks Wallet
Gemini
Gemini Lending LLC
Gemini Trust Co. LLC
Kraken
Paxos

**Exchanges / Marketplaces**

Binance
BitFinex
BitMex
ByBit
Celsius Network Ltd.
Coinbase
CoinLoan
Compound Treasury
Crypto.com
Fernhill Corp.
Fidelity Prime
FTX
FTX International
FTX Trading Ltd.
Huobi
Kraken
KuCoin
LMAX
LooksRare
Nexo
Nifty Gateway
OKX
OpenSea
Quadriga
Robinhood
Tagomi Systems Inc.
Terra
Voyager Digital
Wintermute Ltd.

## **Government, Taxing Authorities, and Regulatory Agencies**

Alabama, State of, Attorney General
Alabama, State of, Department of Labor
Alabama, State of, Department of Revenue
Alaska, State of, Attorney General
Alaska, State of, Department of Labor & Workforce Development
Alaska, State of, Department of Revenue
Arizona, State of, Attorney General
Arizona, State of, Department of Revenue
Arizona, State of, Industrial Commission
Arkansas, State of, Attorney General
Arkansas, State of, Department of Finance & Administration
Arkansas, State of, Department of Labor
Bermuda Monetary Authority
California, State of, Attorney General
California, State of, Division of Labor Standards Enforcement & the Office of the Labor Commissioner
California, State of, State Board of Equalization
Colorado, State of, Attorney General
Colorado, State of, Department of Labor & Employment
Colorado, State of, Department of Revenue
Connecticut, State of, Attorney General
Connecticut, State of, Department of Labor
Connecticut, State of, Department of Revenue Services
Delaware, State of, Attorney General
Delaware, State of, Department of Labor
Delaware, State of, Division of Revenue
Financial Action Task Force
Florida, State of, Attorney General
Florida, State of, Department of Revenue
Florida, State of, Division of Workforce Services
Georgia, State of, Attorney General
Georgia, State of, Department of Labor
Georgia, State of, Department of Revenue
Hawaii, State of, Attorney General

Hawaii, State of, Department of Labor & Industrial Relations
Hawaii, State of, Department of Taxation
Idaho, State of, Attorney General
Idaho, State of, Department of Labor
Idaho, State of, State Tax Commission
Illinois, State of, Attorney General
Illinois, State of, Department of Labor
Illinois, State of, Department of Revenue
Indiana, State of, Attorney General
Indiana, State of, Department of Labor
Indiana, State of, Department of Revenue
Iowa, State of, Attorney General
Iowa, State of, Department of Revenue & Finance
Iowa, State of, Labor Services Division
Kansas, State of, Attorney General
Kansas, State of, Department of Labor
Kansas, State of, Department of Revenue
Kentucky, Commonwealth of, Attorney General
Kentucky, Commonwealth of, Labor Cabinet
Kentucky, Commonwealth of, Revenue Cabinet
Louisiana, State of, Attorney General
Louisiana, State of, Department of Revenue
Louisiana, State of, Workforce Commission
Maine, State of, Attorney General
Maine, State of, Department of Labor
Maine, State of, Revenue Services, Compliance Division
Maryland, State of, Attorney General
Maryland, State of, Department of Labor, Licensing & Regulation
Massachusetts, Commonwealth of, Attorney General
Massachusetts, Commonwealth of, Department of Revenue
Massachusetts, Commonwealth of, Executive Office of Labor & Workforce Development

Massachusetts, Commonwealth of, Fair
Labor Division, Office of The Attorney
General
Michigan, State of, Attorney General
Michigan, State of, Department of Licensing
& Regulatory Affairs
Michigan, State of, Department of Treasury
Minnesota, State of, Attorney General
Minnesota, State of, Department of Labor &
Industry
Minnesota, State of, Department of Revenue
Mississippi, State of, Attorney General
Mississippi, State of, Department of
Employment Security
Mississippi, State of, Tax Commission
Missouri, State of, Attorney General
Missouri, State of, Department of Revenue
Missouri, State of, Labor & Industrial
Relations Commission
Montana, State of, Attorney General
Montana, State of, Department of Labor &
Industry
Montana, State of, Department of Revenue
National Association of Attorneys General
Nebraska, State of, Attorney General
Nebraska, State of, Department of Labor
Nebraska, State of, Department of Revenue
Nevada, State of, Attorney General
Nevada, State of, Department of Business &
Industry
Nevada, State of, Department of Taxation
New Hampshire, State of, Attorney General
New Hampshire, State of, Department of
Labor
New Hampshire, State of, Department of
Revenue - Administration Unit
New Jersey, State of, Attorney General
New Jersey, State of, Department of Labor
& Workforce Development
New Jersey, State of, Department of
Treasury
New Mexico, State of, Attorney General
New Mexico, State of, Department of
Taxation & Revenue
New Mexico, State of, Department of Work
Force Solutions

New York, State of, Attorney General
New York, State of, Department of
Financial Services
New York, State of, Department of Labor
New York, State of, Department of Taxation
& Finance Bankruptcy Section
North Carolina, State of, Attorney General
North Carolina, State of, Department of
Labor
North Carolina, State of, Department of
Revenue
North Dakota, State of, Attorney General
North Dakota, State of, Department of Labor
North Dakota, State of, Tax Department
Ohio, State of, Attorney General
Ohio, State of, Department of Commerce
Ohio, State of, Department of Taxation
Oklahoma, State of, Attorney General
Oklahoma, State of, Department of Labor
Oklahoma, State of, Tax Commission
Oregon, State of, Attorney General
Oregon, State of, Bureau of Labor &
Industries
Oregon, State of, Department of Revenue
Pennsylvania, Commonwealth of, Attorney
General
Pennsylvania, Commonwealth of,
Department of Labor & Industry
Pennsylvania, Commonwealth of,
Department of Revenue, Office of Chief
Counsel
Puerto Rico, Commonwealth of, Attn:
Bankruptcy Department
Puerto Rico, Commonwealth of, Department
of The Treasury
Rhode Island, State of, Attorney General
Rhode Island, State of, Department of Labor
& Training
Rhode Island, State of, Department of
Revenue
South Carolina, State of, Attorney General
South Carolina, State of, Department of
Labor, Licensing & Regulations
South Carolina, State of, Department of
Revenue
South Dakota, State of, Attorney General

South Dakota, State of, Department of Labor
& Regulation
South Dakota, State of, Department of
Revenue
Tennessee, State of, Attorney General
Tennessee, State of, Department of Labor &
Workforce Development
Tennessee, State of, Department of Revenue
Texas, State of, Attorney General
Texas, State of, Department of Revenue
Texas, State of, Workforce Commission
United States, Government of the, Attorney
General
United States, Government of the,
Commodities Futures Trading
Commission
United States, Government of the,
Department of Justice
United States, Government of the,
Department of Labor, Division of Labor
Standards Enforcement
United States, Government of the,
Department of the Treasury, Internal
Revenue Service
United States, Government of the,
Department of Treasury
United States, Government of the,
Department of Treasury, Office of
Comptroller of Currency
United States, Government of the,
Employment Services
United States, Government of the,
Environmental Protection Agency
Region 1 (CT, MA, ME, NH, RI, VT)
United States, Government of the,
Environmental Protection Agency
Region 10 (AK, ID, OR, WA)
United States, Government of the,
Environmental Protection Agency
Region 2 (NJ, NY, PR, VI)
United States, Government of the,
Environmental Protection Agency
Region 3 (DC, DE, MD, PA, VA, WV)
United States, Government of the,
Environmental Protection Agency

Region 4 (AL, FL, GA, KY, MS, NC,
SC, TN)
United States, Government of the,
Environmental Protection Agency
Region 5 (IL, IN, MI, MN, OH, WI)
United States, Government of the,
Environmental Protection Agency
Region 6 (AR, LA, NM, OK, TX)
United States, Government of the,
Environmental Protection Agency
Region 7 (IA, KS, MO, NE)
United States, Government of the,
Environmental Protection Agency
Region 8 (CO, MT, ND, SD, UT, WY)
United States, Government of the,
Environmental Protection Agency
Region 9 (AZ, CA, HI, NV)
United States, Government of the, Pension
Benefit Guaranty Corp.
United States, Government of the, Securities
and Exchange Commission
Utah, State of, Attorney General
Utah, State of, Labor Commission
Utah, State of, Department of Revenue
Vermont, State of, Attorney General
Vermont, State of, Department of Labor
Vermont, State of, Department of Taxes
Virginia, Commonwealth of, Attorney
General
Virginia, Commonwealth of, Department of
Labor & Industry
Virginia, Commonwealth of, Department of
Revenue
Washington, D.C., Attorney General
Washington, D.C., Department of
Employment Services
Washington, D.C., Office of Tax & Revenue
Washington, State of, Attorney General
Washington, State of, Department of Labor
& Industries
Washington, State of, Department of
Revenue, Taxpayer Account
Administration
West Virginia, State of, Attorney General
West Virginia, State of, Division of Labor

West Virginia, State of, Department of
  Revenue
Wisconsin, State of, Attorney General
Wisconsin, State of, Department of
                    Workforce Development
          Wisconsin, State of, Department of
  Revenue, Customer Service Bureau
Wyoming, State of, Attorney General
Wyoming, State of, Department of
  Workforce Service
Wyoming, State of, Department of Revenue

**<u>Indenture Trustee</u>**

Ankura Trust Co. LLC

## **Insurance**

ACE American Insurance Co.
Arch Insurance Co.
Atlantic Specialty Insurance Co.
AXA XL Specialty Insurance Co.
AXIS Insurance Co.
Beazley Group
Berkley Insurance Co.
Berkshire Hathaway Specialty Insurance
Berkshire
Endurance American Insurance Co.
Illinois National Insurance Co.
Princeton Excess & Surplus Lines Insurance Co., The
Relm Insurance Ltd.
Scottsdale Insurance Co.
Tokio Marine HCC
Westchester Surplus Lines Insurance Co.

**Joint Provisional Liquidators**

EY Bermuda Ltd.
EY Cayman Ltd.
[Confidential]

**<u>JV Partners</u>**

VCV Digital Infrastructure Alpha LLC

**<u>Litigation Counterparties</u>**

Core Scientific
ED&F Man Capital Markets Inc.
Emergent Fidelity Technologies Ltd.
Lake Kentish & Bennett Inc.
Luna
Pulsar Global Ltd.
Quantuma Advisory Ltd.
[Confidential]

**Loan Counterparties**

Akuna Digital Assets LLC
Alameda Research Ltd.
Altana Strategy 1
Auros Tech Ltd.
BK Offshore Fund Ltd.
Core Scientific
Cumberland DRW LLC
Druk Holding & Investments Ltd.
Elevated Returns LLC
Fasanara Investments SCSp
Flow Traders BV
Galaxy Digital LLC
GoldenCoin Cayman LLC
GoldenCoin LLC
HRTJ Ltd.
JSCT Cayman
Kenetic Holdings Ltd.
Lakeside Trading LLC
Mountain Cloud Global Ltd.
Noom Ltd.
Payward Inc.
POINT95 Global (Hong Kong) Ltd.
Portofino Technologies AG
PrimeBlock Operations LLC
QED Capital LLC
VCV Digital Infrastructure Alpha LLC
Virtu Financial Singapore Pte. Ltd.
[Confidential]

## **Non-Debtor Professionals**

Boyle & Valenti Law PC
Gibbons PC
Gorski & Knowlton PC
Hogan Lovells US LLP
McElroy Deutsch Mulvaney & Carpenter LLP
Morgan Lewis & Bockius LLP
Quinn Emanuel Urquhart & Sullivan LLP
Severson & Werson PC

## Notice of Appearance Parties

[Confidential]

## Ordinary Course Professionals

Advokatfirmae Schjodt AS
Allen & Overy LLP
Bradley Arant Boult Cummings LLP
Brody & Browne LLP
CFGI, LLC
CohnReznick LLP
Conyers Dill & Pearman LLP
Covington & Burling LLP
CrowdStrike Inc.
Davis Polk & Wardwell LLP
Deloitte & Touche LLP
Deloitte Tax LLP
Details Management Ltd.
Downs Rachlin Martin PLLC
Germano Law LLC
Gunderson Dettmer Stough Villeneuve
    Franklin & Hachigian LLP
Hodgson Russ LLP
Hogan Lovells International LLP
Holland & Knight LLP
Intralinks Inc.
Johnson Gardiner, Attorneys At Law
Katten Muchin Rosenman LLP
King & Spalding LLP
KPMG LLP
Linklaters LLP
Linklaters Singapore Pte. Ltd.
Littler Mendelson PC
Locke Lord LLP
Manatt Phelps & Phillips LLP
Maynard Cooper & Gale PC
McAfee & Taft, a Professional Corp.
McLeod Law LLP
Mintz Levin Cohn Ferris Glovsky & Popeo
    PC
Morris Nichols Arsht & Tunnell LLP
North River Global LLC
Osler Hoskin & Harcourt LLP
Pensionmark Financial Group LLP
Perkins Coie LLP
PKF O'Connor Davies LLP
Rath Young & Pignatelli PC

Richards & Co.
Rose Law Firm
Schjodt LLP
Simmons & Simmons LLP
Starn O'Toole Marcus & Fisher
Stikeman Elliott LLP
Stoll Keenon Ogden PLLC
Sullivan & Cromwell LLP
Taller Technologies
Walkers (Bermuda) Ltd.
Ward & Smith PA
White & Case LLP
Willis Towers Watson PLC
Y Partners

## **Potential M&A Transaction Counterparties**

[Confidential]

## **Significant Clients**

[Confidential]

**<u>Significant Vendors</u>**

Accertify Inc.
Accuity Inc.
Airbase Inc.
Airgas Inc.
Alder
Alteryx Inc.
Amazon Web Services Inc.
Amazon.com Inc.
Andco Consulting
Aniket Ltd.
Aon (Bermuda) Ltd.
Aon plc
AT&T Inc.
Atlassian Corp.
Auth0 Inc.
BambooHR LLC
Bandalier Inc.
BitGo Holdings Inc.
Blockdaemon Inc.
Blockstream Corp. Inc.
Bloomberg Finance LP
Brex Inc.
C Street Advisory
Canon Inc.
Capital Properties Inc.
Carta Inc.
CF Benchmarks Ltd.
Chainalysis Inc.
Cloudflare Inc.
Cogency Global Inc.
Cogent Communications Holdings Inc.
Coinbase Global Inc.
Coralisle Pension Services Ltd.
CrowdStrike Inc.
Crown Castle Inc.
CSC
Culture Amp Inc.
Datadog Inc.
Deel
Delaware, State of, Franchise Tax
Deserve Inc.
Details Management Ltd.

DHL
DigiCert Inc.
Docker Inc.
Donnelley Financial Solutions Inc.
Dovetail Digital Ltd.
Duco Tech Inc.
DVORA
Eden Network
Embroker Inc.
Evolve Bank & Trust
FedEx Corp.
Financial Conduct Authority
Fireblocks Inc.
First & 42nd
Fly Over the City
FTX Trading Ltd.
Gemini Trust Co.
GitHub
Global PPL Pte. Ltd.
Google
Google Cloud
Google G Suite
Google Voice Inc.
Google Workspace
GoTo Technologies USA Inc.
Grant Thornton LLP
Great-West Trust Co. LLC
Hummingbird Regtech Inc.
iConnections LLC
Impact Tech Inc.
Irish Life
Iron Mountain Inc.
Ironclad
JAMF Software
KISI Inc.
Microsoft Corp.
Modern Treasury Corp.
Monday.com Ltd.
Nest Workplace Pension Scheme
NMLS
Nomics Inc.
NordVPN SA

Okta Inc.
Papaya Global Inc.
Paperless Inc.
Pensionmark Financial Group
Persona Inc.
Phinx Consultants
Phinx Consultants Group
Phinx/Fleet
Pulumi Corp.
Quench USA Inc.
Regus plc
Round Robin App
Sage Intacct Inc.
Scratch
Scratch Services LLC
Slack Technologies LLC
Splunk Inc.
Stripe Inc.
Taller Technologies
TaxBit Inc.
Thomson Reuters - West
Tiger Consulting Ltd.
TriNet
TriNet Group Inc.
United States Postal Service
Unqork Inc.
UPS Store Inc., The
Visa Inc.
Visa USA Inc.
West Realm Shires Inc.
WeWork Nashville
Y Partners
Zapier Inc.
Zendesk Inc.
ZVI Brener Enterprises

## Top 50 Unsecured Creditors

Ankura Trust Co. LLC, as Trustee for the
    Indenture dated as of February 28, 2022
United States, Government of the, Securities
    & Exchange Commission
Vrai Nom Investment Ltd.
West Realm Shires Inc.
[Confidential]

### US Trustee Personnel, Judges, and Court contacts for the District of New Jersey

Kaplan, Judge Michael B.
[Confidential]

## **Utilities**

AT&T
Cogent Communications
Crown Castle
Paperless Inc.