**SCHEDULE 2**
**(Connections List)**

BlockFi Inc.
Schedule 2 - Results of Connections Check

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client [X=Yes] | Former Client [X=Yes] | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (Applicable to Searched Entity or Affiliate of Searched Entity) [X=Yes] |
|---|---|---|---|---|---|
| ███ | ███ | Potential M&A Transaction Counterparties | | | x |
| ███ | ███ | Potential M&A Transaction Counterparties | | | x |
| | ACE American Insurance Co. | Insurance | | | x |
| | Airgas Inc. | Significant Vendors | | | x |
| | Alabama, State of, Attorney General | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Alabama, State of, Department of Labor | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Alabama, State of, Department of Revenue | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Alameda Research Ltd. | Loan Counterparties | | x (applicable to affiliate of searched entity) | x |
| ███ | ███ | Creditors | | x (applicable to affiliate of searched entity) | x |
| | Alaska, State of, Department of Revenue | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Alder | Significant Vendors | | | x |
| | Allen & Overy LLP | Ordinary Course Professionals | | | x |
| ███ | ███ | Potential M&A Transaction Counterparties | x (applicable to affiliate of searched entity) | | x |
| ███ | ███ | Potential M&A Transaction Counterparties | | x | x |
| | Aon (Bermuda) Ltd. | Significant Vendors | | | x |
| | Aon plc | Significant Vendors | | | x |
| ███ | ███ | Potential M&A Transaction Counterparties | | | x |
| | Arch Insurance Co. | Insurance | | | x |
| ███ | ███ | Potential M&A Transaction Counterparties | x (applicable to affiliate of searched entity) | | x |
| | Arizona, State of, Attorney General | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Arizona, State of, Department of Revenue | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Arizona, State of, Industrial Commission | Government, Taxing Authorities and Regulatory Agencies | | | x |
| ███ | ███ | Potential M&A Transaction Counterparties | | | x |
| | Arkansas, State of, Attorney General | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Arkansas, State of, Department of Finance & Administration | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | AT&T | Utilities | X | | x |
| | AT&T Inc. | Significant Vendors | X | | x |
| ███ | ███ | Potential M&A Transaction Counterparties | | x | x |
| | Atlantic Specialty Insurance Co. | Insurance | | | x |
| | AXA XL Specialty Insurance Co. | Insurance | | x (applicable to affiliate of searched entity) | x |
| | AXIS Insurance Co. | Insurance | | | x |
| ███ | ███ | Potential M&A Transaction Counterparties | | | x |
| | Bain Capital Venture Coinvestment Fund II LP | Equity Holders | | | x |
| | Bain Capital Venture Fund 2021 LP | Equity Holders | | | x |
| | Bain Capital Ventures | Equity Holders | | | x |
| ███ | ███ | Potential M&A Transaction Counterparties | | | x |
| ███ | ███ | Potential M&A Transaction Counterparties | | | x |
| | Beazley Group | Insurance | | | x |

Redacted Using Redact-It

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client [X=Yes] | Former Client [X=Yes] | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (Applicable to Searched Entity or Affiliate of Searched Entity) [X=Yes] |
|---|---|---|---|---|---|
| | Berkley Insurance Co. | Insurance | | x (applicable to affiliate of searched entity) | x |
| | Berkshire Hathaway Specialty Insurance | Insurance | | | x |
| | Binance | Exchanges/Marketplaces | x (applicable to affiliate of searched entity) | x (applicable to affiliates of searched entity) | x |
| | [REDACTED] | Potential M&A Transaction Counterparties | x | x (applicable to affiliates of searched entity) | x |
| | [REDACTED] | Potential M&A Transaction Counterparties | x | x (applicable to affiliates of searched entity) | x |
| | BitFinex | Exchanges/Marketplaces | | | x |
| | [REDACTED] | Potential M&A Transaction Counterparties | | | x |
| | [REDACTED] | Potential M&A Transaction Counterparties | x (applicable to affiliate of searched entity) | x (applicable to affiliate of searched entity) | x |
| | Bloomberg Finance LP | Significant Vendors | | x (applicable to affiliate of searched entity) | x |
| | [REDACTED] | Potential M&A Transaction Counterparties | | | x |
| | Bradley Arant Boult Cummings LLP | Ordinary Course Professionals | | | x |
| | [REDACTED] | Potential M&A Transaction Counterparties | x | | x |
| | California, State of, Attorney General | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | California, State of, State Board of Equalization | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | [REDACTED] | Potential M&A Transaction Counterparties | | | x |
| | [REDACTED] | Potential M&A Transaction Counterparties | | x | x |
| | Celsius Network Ltd. | Exchanges/Marketplaces | | | x |
| | [REDACTED] | Potential M&A Transaction Counterparties | x | | x |
| | [REDACTED] | Potential M&A Transaction Counterparties | | x | x |
| | CFGI, LLC | Ordinary Course Professionals | x (applicable to affiliate of searched entity) | | x |
| | CMS | Equity Holders | | | x |
| | Cogent Communications | Utilities | | | x |
| | Coinbase | Custodians | | | x |
| | Coinbase | Exchanges/Marketplaces | | | x |
| | Coinbase Global Inc. | Equity Holders | | | x |
| | Coinbase Global Inc. | Significant Vendors | | | x |
| | Coinbase Ventures | Equity Holders | | | x |
| | Colorado, State of, Attorney General | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Colorado, State of, Department of Revenue | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Connecticut, State of, Department of Revenue Services | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | ConsenSys | Equity Holders | | | x |
| | Conyers Dill & Pearman LLP | Ordinary Course Professionals | | | x |
| | Core Scientific | Litigation Counterparties | | | x |
| | Core Scientific | Loan Counterparties | | | x |
| Pamela B. | Corrie | Current and Former Directors & Officers | | | x |
| | Covington & Burling LLP | Ordinary Course Professionals | | | x |
| | CrowdStrike Inc. | Ordinary Course Professionals | | | x |
| | CrowdStrike Inc. | Significant Vendors | | | x |
| | Crown Castle | Utilities | | | x |
| | Crown Castle Inc. | Significant Vendors | | | x |
| | CSC | Significant Vendors | | | x |

Redacted Using Redact-It

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client [X=Yes] | Former Client [X=Yes] | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (Applicable to Searched Entity or Affiliate of Searched Entity) [X=Yes] |
|---|---|---|---|---|---|
| [redacted] | [redacted] | Potential M&A Transaction Counterparties | x |  | x (applicable to affilite of searched entity) |
| [redacted] | [redacted] | Potential M&A Transaction Counterparties | x | x (applicable to affiliate of searched entity) | x (applicable to searched entity and affiliates of searched entity) |
|  | Davis Polk & Wardwell LLP | Ordinary Course Professionals |  |  | x |
|  | Delaware, State of, Attorney General | Government, Taxing Authorities and Regulatory Agencies |  |  | x |
|  | Delaware, State of, Department of Labor | Government, Taxing Authorities and Regulatory Agencies |  |  | x |
|  | Delaware, State of, Division of Revenue | Government, Taxing Authorities and Regulatory Agencies |  |  | x |
|  | Delaware, State of, Franchise Tax | Significant Vendors |  |  | x |
|  | Deloitte & Touche LLP | Ordinary Course Professionals |  | x (applicable to affiliate of searched entity) | x |
|  | Deloitte Tax LLP | Ordinary Course Professionals |  | x (applicable to affiliate of searched entity) | x |
|  | Deribit | Custodians | x (applicable to affiliate of searched entity) |  |  |
|  | DHL | Significant Vendors |  |  | x |
| [redacted] | [redacted] | Potential M&A Transaction Counterparties |  |  | x |
|  | Emergent Fidelity Technologies Ltd. | Litigation Counterparties |  | x (applicable to affiliate of searched entity) | x |
|  | Endurance American Insurance Co. | Insurance |  |  | x |
| [redacted] | [redacted] | Potential M&A Transaction Counterparties |  | x (applicable to affiliate of searched entity) | x |
|  | EY Bermuda Ltd. | Joint Provisional Liquidators |  |  | x |
|  | EY Cayman Ltd. | Joint Provisional Liquidators |  |  | x |
|  | FedEx Corp. | Significant Vendors |  |  | x |
|  | Fernhill Corp. | Exchanges/Marketplaces |  |  | x |
|  | Financial Conduct Authority | Significant Vendors |  |  | x |
| [redacted] | [redacted] | Potential M&A Transaction Counterparties |  | x | x |
|  | Florida, State of, Attorney General | Government, Taxing Authorities and Regulatory Agencies |  |  | x |
|  | Florida, State of, Department of Revenue | Government, Taxing Authorities and Regulatory Agencies |  |  | x |
|  | Fly Over the City | Significant Vendors |  |  | x |
| [redacted] | [redacted] | Potential M&A Transaction Counterparties | x (applicable to searched entity and affiliates of searched entity) |  | x |
| [redacted] | [redacted] | Potential M&A Transaction Counterparties |  |  | x |
|  | FTX | Equity Holders |  |  | x |
|  | FTX | Exchanges/Marketplaces |  |  | x |
|  | FTX International | Exchanges/Marketplaces |  |  | x |
|  | FTX Trading Ltd. | Exchanges/Marketplaces |  |  | x |
|  | FTX Trading Ltd. | Significant Vendors |  |  | x |
| [redacted] | [redacted] | Potential M&A Transaction Counterparties |  |  | x |
|  | Gemini Trust Co. | Significant Vendors |  |  | x |
|  | Gemini Trust Co. LLC | Custodians |  |  | x |
| [redacted] | [redacted] | Potential M&A Transaction Counterparties |  |  | x |
|  | Georgia, State of, Department of Revenue | Government, Taxing Authorities and Regulatory Agencies |  |  | x |

Redacted Using Redact-It

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client [X=Yes] | Former Client [X=Yes] | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (Applicable to Searched Entity or Affiliate of Searched Entity) [X=Yes] |
|---|---|---|---|---|---|
| | [REDACTED] | Potential M&A Transaction Counterparties | | | x |
| | GitHub | Significant Vendors | | | x |
| | GoldenCoin Cayman LLC | Loan Counterparties | x (applicable to affiliate of searched entity) | | x |
| | GoldenCoin LLC | Loan Counterparties | x (applicable to affiliate of searched entity) | | x |
| | [REDACTED] | Potential M&A Transaction Counterparties | x | | x |
| | Google | Significant Vendors | | | x |
| | Google Cloud | Significant Vendors | | | x |
| | Google G Suite | Significant Vendors | | | x |
| | Google Voice Inc. | Significant Vendors | | | x |
| | Google Workspace | Significant Vendors | | | x |
| | GoTo Technologies USA Inc. | Significant Vendors | | | x |
| | Grant Thornton LLP | Significant Vendors | | | x |
| | Great-West Trust Co. LLC | Significant Vendors | | | x |
| | Gunderson Dettmer Stough Villeneuve Franklin & Hachigian LLP | Ordinary Course Professionals | | | x |
| | Harvard Management Private Equity Corp. | Equity Holders | | | x |
| | Hawaii, State of, Attorney General | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Hawaii, State of, Department of Taxation | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Hogan Lovells International LLP | Ordinary Course Professionals | | | x |
| | Hogan Lovells US LLP | Non-Debtor Professionals | | | x |
| | Holland & Knight LLP | Ordinary Course Professionals | | | x |
| | [REDACTED] | Potential M&A Transaction Counterparties | | | x |
| | [REDACTED] | Potential M&A Transaction Counterparties | x | | |
| | [REDACTED] | Potential M&A Transaction Counterparties | | | x |
| | Idaho, State of, State Tax Commission | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Illinois National Insurance Co. | Insurance | | | x |
| | Illinois, State of, Department of Revenue | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Indiana, State of, Department of Revenue | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Intralinks Inc. | Ordinary Course Professionals | | | x |
| | Irish Life | Significant Vendors | | | x |
| | Iron Mountain Inc. | Significant Vendors | x | | x |
| | Ironclad | Significant Vendors | | | x (Firm previously represented the creditors' committee appointed in searched entity's chapter 11 cases) |
| | Jump Capital | Equity Holders | | | x |
| | Kansas, State of, Department of Revenue | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | King & Spalding LLP | Ordinary Course Professionals | | | x |
| | [REDACTED] | Potential M&A Transaction Counterparties | | x | x |
| | [REDACTED] | Potential M&A Transaction Counterparties | | | x |
| | KPMG LLP | Ordinary Course Professionals | | | x |
| | Kraken | Custodians | x | | |

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client [X=Yes] | Former Client [X=Yes] | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (Applicable to Searched Entity or Affiliate of Searched Entity) [X=Yes] |
|---|---|---|---|---|---|
| | Kraken | Exchanges/Marketplaces | x | | |
| | Kroll Inc. | Bankruptcy Professionals | | | x |
| | Kroll Restructuring Administration LLC | Bankruptcy Professionals | | | x |
| | | | | | |
| | Louisiana, State of, Department of Revenue | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Luna | Litigation Counterparties | | | x |
| | ██████████ | Potential M&A Transaction Counterparties | x (applicable to affiliates of searched entity) | x (applicable to affiliate of searched entity) | x |
| | | Potential M&A Transaction Counterparties | | | x |
| | Maine, State of, Revenue Services, Compliance Division | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | ██████████ | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Massachusetts, Commonwealth of, Attorney General | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Massachusetts, Commonwealth of, Department of Revenue | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Massachusetts, Commonwealth of, Fair Labor Division, Office of The Attorney General | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | | | | | |
| | Michigan, State of, Department of Licensing & Regulatory Affairs | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Microsoft Corp. | Significant Vendors | | | x |
| | Minnesota, State of, Department of Revenue | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Mississippi, State of, Attorney General | Government, Taxing Authorities and Regulatory Agencies | x | | |
| | Mississippi, State of, Tax Commission | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Missouri, State of, Department of Revenue | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Moelis & Co. | Bankruptcy Professionals | | x | x |
| | ██████████ | Potential M&A Transaction Counterparties | | x | x |
| | Monday.com Ltd. | Significant Vendors | | | x |
| | Montana, State of, Department of Revenue | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | | | | | |
| | Morgan Creek Blockchain Opportunities Fund II LP | Equity Holders | x (applicable to affiliates of searched entity) | | |
| | Morgan Creek Blockchain Opportunities Fund LP | Equity Holders | x (applicable to affiliates of searched entity) | | |
| | Morgan Creek Capital Management | Equity Holders | x (applicable to affiliates of searched entity) | | |
| | Morgan Creek Consumer Opportunities Fund LP | Equity Holders | x (applicable to affiliates of searched entity) | | |
| | Morgan Creek Digital Fund III LP | Equity Holders | x | | |
| | Morgan Creek Private Opportunities Fund LLC Series H - BlockFi | Equity Holders | x (applicable to affiliates of searched entity) | | |
| | Morgan Creek Private Opportunities LLC Series K - BlockFi | Equity Holders | x (applicable to affiliates of searched entity) | | |
| | Morgan Lewis & Bockius LLP | Non-Debtor Professionals | | | x |

Redacted Using Redact-It

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client [X=Yes] | Former Client [X=Yes] | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (Applicable to Searched Entity or Affiliate of Searched Entity) [X=Yes] |
|---|---|---|---|---|---|
| ■ | ■ | Potential M&A Transaction Counterparties | | | x |
| | Nebraska, State of, Department of Revenue | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Nevada, State of, Department of Taxation | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | New Hampshire, State of, Department of Revenue - Administration Unit | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | New Mexico, State of, Department of Taxation & Revenue | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | New York, State of, Department of Financial Services | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | New York, State of, Department of Labor | Government, Taxing Authorities and Regulatory Agencies | | | x |
| ■ | ■ | Potential M&A Transaction Counterparties | | | x |
| ■ | ■ | Potential M&A Transaction Counterparties | | | x |
| | North Carolina, State of, Attorney General | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | North Carolina, State of, Department of Revenue | Government, Taxing Authorities and Regulatory Agencies | | | x |
| ■ | ■ | Potential M&A Transaction Counterparties | | | x |
| ■ | ■ | Potential M&A Transaction Counterparties | | x (applicable to affiliate of searched entity) | x |
| ■ | ■ | Potential M&A Transaction Counterparties | x (applicable to affiliate of searched entity) | x | x |
| | Ohio, State of, Attorney General | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Ohio, State of, Department of Taxation | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Oklahoma, State of, Tax Commission | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Oregon, State of, Attorney General | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Oregon, State of, Department of Revenue | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Osler Hoskin & Harcourt LLP | Ordinary Course Professionals | | | x |
| ■ | ■ | Potential M&A Transaction Counterparties | | | x |
| | | Potential M&A Transaction Counterparties | | | x |
| | Paxos | Custodians | | | x |
| | Payward Inc. | Loan Counterparties | x | | |
| | Pennsylvania, Commonwealth of, Department of Revenue, Office of Chief Counsel | Government, Taxing Authorities and Regulatory Agencies | | | x |
| ■ | ■ | Potential M&A Transaction Counterparties | | | x |
| | Perkins Coie LLP | Ordinary Course Professionals | | x | x |
| | PKF O'Connor Davies LLP | Ordinary Course Professionals | | | x |
| | Princeton Excess & Surplus Lines Insurance Co., The | Insurance | | | x |
| | Puerto Rico, Commonwealth of, Attn: Bankruptcy Department | Government, Taxing Authorities and Regulatory Agencies | x (applicable to Puerto Rico Financial Oversight and Management Board) | | x |

Redacted Using Redact-It

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client [X=Yes] | Former Client [X=Yes] | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (Applicable to Searched Entity or Affiliate of Searched Entity) [X=Yes] |
|---|---|---|---|---|---|
| | Quantuma Advisory Ltd. | Litigation Counterparties | | x (applicable to affiliate of searched entity) | x |
| | | Potential M&A Transaction Counterparties | | | x |
| | Regus plc | Significant Vendors | | | x |
| | | Potential M&A Transaction Counterparties | | | x |
| | | Potential M&A Transaction Counterparties | | | x |
| | Scottsdale Insurance Co. | Insurance | | x (applicable to affiliates of searched entity) | x |
| | | Potential M&A Transaction Counterparties | x | | x |
| | | Potential M&A Transaction Counterparties | | | x |
| | Silicon Valley Bank | Banks | | x | x |
| | | Potential M&A Transaction Counterparties | | | x |
| | Simmons & Simmons LLP | Ordinary Course Professionals | | | x |
| | | Potential M&A Transaction Counterparties | | | x |
| | Slack Technologies LLC | Significant Vendors | | | x |
| | South Carolina, State of, Department of Revenue | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | South Dakota, State of, Department of Revenue | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Stikeman Elliott LLP | Ordinary Course Professionals | | | x |
| | Stripe Inc. | Significant Vendors | | | x |
| | Sullivan & Cromwell LLP | Ordinary Course Professionals | | | x |
| | | Potential M&A Transaction Counterparties | | | x |
| | | Potential M&A Transaction Counterparties | | | x |
| | Tennessee, State of, Department of Revenue | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Terra | Exchanges/Marketplaces | | | x |
| | Texas, State of, Attorney General | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Texas, State of, Workforce Commission | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Thomson Reuters - West | Significant Vendors | | | x |
| | Tiger Global | Equity Holders | | | x |
| | Tokio Marine HCC | Insurance | | | x |
| | Trustees of Columbia University | Equity Holders | x | | x |
| | Trustees of Columbia University in the City of New York, The | Equity Holders | x | | x |
| | United States Postal Service | Significant Vendors | | | x |
| | United States, Government of the, Attorney General | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | United States, Government of the, Commodities Futures Trading Commission | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | United States, Government of the, Department of Justice | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | United States, Government of the, Department of the Treasury, Internal Revenue Service | Government, Taxing Authorities and Regulatory Agencies | | | x |

Redacted Using Redact-It

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client [X=Yes] | Former Client [X=Yes] | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (Applicable to Searched Entity or Affiliate of Searched Entity) [X=Yes] |
|---|---|---|---|---|---|
| | United States, Government of the, Environmental Protection Agency Region 1 (CT, MA, ME, NH, RI, VT) | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | United States, Government of the, Securities & Exchange Commission | Creditors | | | x |
| | United States, Government of the, Securities and Exchange Commission | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | UPS Store Inc., The | Significant Vendors | | | x |
| | Utah, State of, Attorney General | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Valar Ventures LP | Equity Holders | | | x |
| | | | | | |
| | Vermont, State of, Department of Labor | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Vermont, State of, Department of Taxes | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | Visa Inc. | Significant Vendors | | | x |
| | Visa USA Inc. | Significant Vendors | | | x |
| [REDACTED] | | Potential M&A Transaction Counterparties | x (applicable to affiliate of searched entity) | | |
| | Voyager Digital | Exchanges/Marketplaces | | | x |
| | Walkers (Bermuda) Ltd. | Ordinary Course Professionals | | | x |
| | | | | | |
| | Washington, D.C., Department of Employment Services | Government, Taxing Authorities and Regulatory Agencies | | | x |
| | West Realm Shires Inc. | Creditors | | x | x |
| | West Realm Shires Inc. | Significant Vendors | | x | x |
| | Westchester Surplus Lines Insurance Co. (Chubb) | Insurance | | | x |
| | WeWork Nashville | Significant Vendors | | | x |
| | White & Case LLP | Ordinary Course Professionals | | | x |
| | Willis Towers Watson PLC | Ordinary Course Professionals | | x | x |
| | Wyoming, State of, Department of Revenue | Government, Taxing Authorities and Regulatory Agencies | | | x |
| [REDACTED] | | Equity Holders | x (applicable to affiliate of searched entity) | | |

Redacted Using Redact-It