| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| BROWN RUDNICK LLP<br>Robert J. Stark, Esq.<br>Kenneth J. Aulet, Esq.<br>Bennett S. Silverberg, Esq.<br>Seven Times Square<br>New York, NY  10036<br>Telephone: (212) 209-4800<br>Fax: (212) 209-4801<br>Email:  rstark@brownrudnick.com<br>           kaulet@brownrudnick.com<br>           bsilverberg@brownrudnick.com<br>*Proposed Counsel for the Official Committee of Unsecured Creditors*<br>  -and-<br>GENOVA BURNS LLC.<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>Telephone: (973) 230-2095<br>Fax: (973) 533-1112<br>Email: DStolz@genovaburns.com<br>           DClarke@genovaburns.com<br>           GKinoian@genovaburns.com<br>*Proposed Local Counsel for the Official Committee of Unsecured Creditors* | BROWN RUDNICK LLP<br>Stephen D. Palley, Esq.<br>601 Thirteenth Street, NW<br>Washington, DC  20005<br>Telephone:  (617)536-1766<br>Fax: (617)289-0466<br>Email:  spalley@brownrudnick.com |
| In re:<br><br>BLOCKFI INC., *et al.,*<br><br>                                    Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |

**CERTIFICATION OF PROFESSIONAL IN SUPPORT OF**
**APPLICATION FOR RETENTION OF PROFESSIONAL**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ  07302.

I, __Max Galka_____, being of full age, certify as follows:

1. I am seeking authorization to be retained as Blockchain Intelligence and Forensics Expert.

2. My professional credentials include:

I hold degrees in finance and computer science engineering from the University of Pennsylvania. I have also served as an adjunct lecturer in data science at the University of Pennsylvania. I have over 15 years of data science, finance, and quantitative analysis experience, including experience trading complex derivatives at global investment banks. I specialize in blockchain intelligence and forensics analysis, including investigating complex transactions and flow of funds activities that occur on blockchains. I also specialize in analyses that monitor and trace illicit activity and ransomware attacks that are often designed to be hidden on blockchains. My analyses are often performed to help protect individuals and businesses from risks associated with blockchains and cryptocurrencies.

3. I am a member of or associated with the firm of: Elementus Inc.

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows:

| Professional | Hourly Rate |
|---|---|
| Chief Data Scientist, CEO | $1000 |
| Senior Data Scientist | $800 - $900 |
| Junior Data Scientist | $600 - $800 |
| Vice President | $700 - $800 |
| Senior Software Engineer | $800 - $900 |
| Junior Software Engineer | $600 - $800 |
| Project Manager | $500 - $600 |

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

☒ Describe connection: After the professional was engaged, a substantial list of potentially interested parties was circulated. **SCHEDULE 1.** The professional has completed the investigation of any connections requiring disclosure under the applicable rules. Attached as **SCHEDULE 2** is a list of connections. Based on the conflicts search conducted to date and described therein, to the best of the professional's knowledge and insofar as the professional has been able to ascertain, (a) the professional is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) the professional has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in **SCHEDULE 2**.

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

☒ Describe Connection: See paragraph 5.

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C. § 101(14).

☐ does not represent or hold any interest adverse to the debtor or the estate with

3

respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

☒ Other. Explain: See paragraph 5.

8. If the professional is an auctioneer,

The following are my qualifications and experience with the liquidation or sale of similar property: _____

_____

_____

b. The proposed method of calculation of my compensation, including rates and formulas, is: _____

_____

Pursuant to D.N.J. 2014-2, I ☐ do  or  ☐ do not request a waiver of the requirements of D. N. J. LBR 2016-1.

c. The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: _____

_____

_____

d. Have you, or a principal of your firm, been convicted of a criminal offense?

☐ No        ☐ Yes (explain below)

_____

_____

_____

e. I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: _____

4

_____

_____

I certify under penalty of perjury that the above information is true.

Date: _January 25, 2023                         /s/ Max Galka .
                                                      Signature of Professional

16865954v1 (25400.001)