# SCHEDULE 2
## (Connections List)



Schedule 2

## Potential Connections or Related Parties

- Elementus recently has received equity investments from entities and individuals who are listed on SCHEDULE 1(a) Debtors & Affiliates, SCHEDULE 1(c) Equity Holders, and SCHEDULE 1(u) Top 50 Unsecured Creditors, as parties-in-interest to these proceedings. Additionally, entities who are listed on SCHEDULE 1(a) Debtors & Affiliates, SCHEDULE 1(c) Equity Holders, SCHEDULE 1(f) Custodians, SCHEDULE 1(g) Exchanges / Marketplaces, SCHEDULE 1(n) Loan Counterparties, and SCHEDULE 1(r) Potential M&A Transaction Counterparties, as parties-in-interest to these proceedings may be affiliates or related parties to entities who have recently made equity investments in Elementus. To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.

- Elementus, Inc. ("Elementus") currently purchases or recently has purchased goods and services in the ordinary course of business and in the open market from vendors who are listed on SCHEDULE 1(e) Banks, SCHEDULE 1(q) Ordinary Course professionals, and SCHEDULE 1(t) Significant Vendors, as parties-in-interest to these proceedings.  Similarly, customers of Elementus, and debtors and parties-in-interest with respect to matters in which Elementus is currently involved or recently has been involved in various capacities, also purchase or recently have purchased, or sell or recently have sold, goods and services in the ordinary course of business and in the open market from or to certain of the persons and entities listed on Schedule 1(e) Banks and Schedule, SCHEDULE 1(q) Ordinary Course professionals, and 1(t) Significant Vendors, as parties-in-interest to these proceedings.  To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings

- Elementus currently serves or recently has served as a technology provider to various entities which have purchased, or currently purchase, software services and/or other professional services from entities listed on Schedule 1(q) Ordinary Course Professionals as parties-in-interest to these proceedings. Additionally, Elementus may in the future provide software services and/or professional services to entities listed on SCHEDULE 1(f) Custodians and SCHEDULE 1(r) Potential M&A

Transaction Counterparties, as parties-in-interest to these proceedings. To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.

- Elementus currently serves as the Forensics Advisor to the Unsecured Creditors of Celsius Network. To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.

- 

**Exhibit one: Equity holders and potential affiliates or related parties**

| Party in Interest | Parties in Interest List Classification(s) | Disclosure |
|---|---|---|
| BlockFi Ventures LLC | SCHEDULE 1(a) Debtors & Affiliates | • Elementus equity holder with aggregate ownership less than 10% of total fully diluted shares issued and outstanding<br>• To the best knowledge of the professionals at Elementus on the date hereof, such relationships do not create interests adverse to the Debtors and are not in connection with these proceedings. |
| Avon Venture Fund I LP | SCHEDULE 1(c) Equity Holders | • Elementus equity holder with aggregate ownership less than 10% of total fully diluted shares issued and outstanding<br>• To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings. |

| | | |
|---|---|---|
| Morgan Creek Blockchain Opportunities Fund LP | SCHEDULE 1(c) Equity Holders | - Elementus equity holder with aggregate ownership less than 10% of total fully diluted shares issued and outstanding<br>- To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings. |
| ParaFi Capital | SCHEDULE 1(c) Equity Holders | - Elementus equity holder with aggregate ownership less than 10% of total fully diluted shares issued and outstanding<br>- To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings. |
| Avon Ventures | SCHEDULE 1(c) Equity Holders | - Potential affiliate or related party of Elementus equity holder<br>- To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the |

|  |  |  |
|---|---|---|
|  |  | Debtors and are not in connection with these proceedings. |
| FTX | SCHEDULE 1(c) Equity Holders | • Potential affiliate or related party of Elementus equity holder<br>• To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings. |
| Gemini Investments LP | SCHEDULE 1(c) Equity Holders | • Potential affiliate or related party of Elementus equity holder<br>• To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings. |
| Morgan Creek Blockchain Opportunities Fund II LP | SCHEDULE 1(c) Equity Holders | • Potential affiliate or related party of Elementus equity holder<br>• To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been |

| | | |
|---|---|---|
| | | unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings. |
| Pomp Bracket Digital Assets I LLC | SCHEDULE 1(c) Equity Holders | • Potential affiliate or related party of Elementus equity holder<br>• To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings. |
| Pomp Bracket Digital Assets II LLC | SCHEDULE 1(c) Equity Holders | • Potential affiliate or related party of Elementus equity holder<br>• To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings. |
| Pomp Bracket Digital Assets III LLC | SCHEDULE 1(c) Equity Holders | • Potential affiliate or related party of Elementus equity holder<br>• To the best knowledge of the professionals at Elementus on |

|  |  |  |
|---|---|---|
|  |  | the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings. |
| Winklevoss Capital | SCHEDULE 1(c) Equity Holders | • Potential affiliate or related party of Elementus equity holder<br>• To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings. |
| Winklevoss Capital Fund LLC | SCHEDULE 1(c) Equity Holders | • Potential affiliate or related party of Elementus equity holder<br>• To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings. |
| Winklevoss Capital Management LLC | SCHEDULE 1(c) Equity Holders | • Potential affiliate or related party of Elementus equity holder |

|  |  |  |
|---|---|---|
|  |  | - To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings. |
| ███ | ███████ ██ | - ████████████████ ████████████ █<br>  - ██████████<br>    ███████████<br>    ████████<br>    ████████<br>    █████████████<br>    ██████████████<br>    ███████████<br>    ██████████<br>    █████ |
| Fidelity Digital Assets Services LLC | SCHEDULE 1(f) Custodians | - Potential affiliate or related party of Elementus equity holder<br>- Additionally, Elementus may in the future provide software services and/or professional services to this entity and/or affiliates and related parties<br>- To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the |

| | | |
|---|---|---|
| | | Debtors and are not in connection with these proceedings. |
| Gemini Lending LLC | SCHEDULE 1(f) Custodians | • Potential affiliate or related party of Elementus equity holder<br>• Additionally, Elementus may in the future provide software services and/or professional services to this entity and/or affiliates and related parties<br>• To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings. |
| Gemini Trust Co. LLC | SCHEDULE 1(f) Custodians | • Potential affiliate or related party of Elementus equity holder<br>• Additionally, Elementus may in the future provide software services and/or professional services to this entity and/or affiliates and related parties<br>• To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in |

|  |  | connection with these proceedings. |
|---|---|---|
| FTX | SCHEDULE 1(g) Exchanges / Marketplaces | • Potential affiliate or related party of Elementus equity holder<br>• To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings. |
| FTX International | SCHEDULE 1(g) Exchanges / Marketplaces | • Potential affiliate or related party of Elementus equity holder<br>• To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings. |
| FTX Trading Ltd. | SCHEDULE 1(g) Exchanges / Marketplaces | • Potential affiliate or related party of Elementus equity holder<br>• To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not |

|  |  | create interests adverse to the Debtors and are not in connection with these proceedings. |
|---|---|---|
| Alameda Research Ltd. | SCHEDULE 1(n) Loan Counterparties | - Potential affiliate or related party of Elementus equity holder<br>- To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings. |
| Gemini Trust Co. | SCHEDULE 1(r) Potential M&A Transaction Counterparties | - Potential affiliate or related party of Elementus equity holder<br>- Additionally, Elementus may in the future provide software services and/or professional services to this entity and/or affiliates and related parties<br>- To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings. |
| ███████████ | ███████████ | - ███████████████████████ |



**Exhibit two: entities Elementus currently provides software services and/or professional services**

| Party in Interest | Parties in Interest List Classification | Disclosure |
| --- | --- | --- |
| Deloitte & Touche LLP | SCHEDULE 1(q) Ordinary Course Professionals | • Elementus currently serves or recently has served as a technology provider to the entity which has purchased software services and/or other professional services<br>• To the best knowledge of the professionals at Elementus on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings. |