UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esquire
Lauren Bielskie, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: jeffrey.m.sponder@usdoj.gov
         lauren.bielskie@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BlockFi Inc., *et al.*,[1] | Case No. 22-19361 (MBK) |
| | jointly administered |
| Debtors. | Hearing Date: January 24, 2023 at 10:00 a.m. |

**CERTIFICATION OF SERVICE**

1. I, Tina Oppelt:

   ☐ represent _____, in this matter.

   ☒ am the paralegal for <u>Jeffrey M. Sponder, Esquire,</u> who represents the United States Trustee in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On January 25, 2023, I caused to be served a copy of the following pleadings and/or documents to the parties listed in Exhibit A, via the mode(s) of service indicated thereon:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154).

**Docket No. 358.** U.S. Trustee's Objection to the *Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certain Confidential Information Related to the Crowell Declaration in Support of the Debtors' Motion For Entry of an Order (i) Approving the Debtors' Retention Programs and (ii) Granting Related Relief* (DKT. 351)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   January 25, 2023                                    */s/ Tina Oppelt*
                                                            Tina Oppelt
                                                            Paralegal

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **See attached Exhibit A.** | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ (As authorized by the court or by rule. Cite the rule if applicable) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ (As authorized by the court or by rule. Cite the rule if applicable) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ (As authorized by the court or by rule. Cite the rule if applicable) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ (As authorized by the court or by rule. Cite the rule if applicable) |

*Rev.8/1/16*