UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esquire
Lauren Bielskie, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: jeffrey.m.sponder@usdoj.gov
       lauren.bielskie@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BlockFi Inc., *et al.*,[1] | Case No. 22-19361 (MBK) <br> jointly administered |
| Debtors. | Hearing Date: January 24, 2023 at 10:00 a.m. |

**CERTIFICATION OF SERVICE**

1. I, Tina Oppelt:

    ☐ represent _____, in this matter.

    ☒ am the paralegal for <u>Jeffrey M. Sponder, Esquire,</u> who represents the United States Trustee in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On January 24, 2023 (*email service*) and January 25, 2023 (*regular mail*), The Office of the United States Trustee caused to be served a copy of the following pleadings and/or documents to the parties listed in Exhibit A, via the mode(s) of service indicated thereon:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154).

**Docket No. 389:**
*The U.S. Trustee's Objection to the Motion of the Official Committee of Unsecured Creditors to Seal the Redacted Portions of the Declaration of Moshin Meghi of M3 Partners Docket 363] and (ii) Granting Related Relief*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   January 25, 2023                                      */s/ Tina Oppelt*
                                                              Tina Oppelt
                                                              Paralegal

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **See attached Exhibit A.** | | ☐ Hand-delivered<br>☐Regular mail<br>☐ Certified mail/RR<br>☐ (As authorized by the court or by rule. Cite the rule if applicable) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ (As authorized by the court or by rule. Cite the rule if applicable) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ (As authorized by the court or by rule. Cite the rule if applicable) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ (As authorized by the court or by rule. Cite the rule if applicable) |

*Rev.8/1/16*