UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**VENABLE LLP**
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone:  (212) 307-5500
Facsimile:   (212) 307-5598
Attn:    Jeffrey S. Sabin (*pro hac vice* admission
            application forthcoming)
            (JSSabin@Venable.com)
            Carol A. Weiner (*pro hac vice* admission
            application forthcoming)
            (CWeinerlevy@Venable.com)
            Michael A. Guerra
            (MAGuerra@Venable.com)


   - and -

600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone:  (202) 344-4000
Facsimile:   (202) 344-8300
Attn:    Andrew J. Currie (*pro hac vice* admission
            application forthcoming)
            (AJCurrie@Venable.com)

*Counsel to Interested Parties Cipher Mining Inc. and*
*Cipher Mining Technologies Inc.*

|  |  |
| --- | --- |
| In Re:<br><br>BLOCKFI INC., et al.,<br><br>                    Debtors. | Case No.: 22-19361-MBK<br><br>Chapter: 11<br><br>(Jointly Administered)<br><br>Judge: Hon. Michael B. Kaplan |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Venable LLP hereby enters its appearance in the above-

captioned cases (the "Cases") as counsel to Interested Parties Cipher Mining Inc. and Cipher

Mining Technologies Inc. (together, "Cipher") pursuant to sections 102(1), 342 and 1109(b) of

title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and rules

2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010, that

copies of all notices and pleadings given or filed in the Cases be given to and served upon the

following:

| | | |
|---|---|---|
| Michael A. Guerra<br>VENABLE LLP<br>1270 Avenue of the Americas<br>24th Floor<br>New York, NY 10020<br>Tel: (212) 307-5500<br>Fax: (212) 307-5598<br>MAGuerra@Venable.com | Jeffrey S. Sabin*<br>Carol A. Weiner*<br>VENABLE LLP<br>1270 Avenue of the Americas<br>24th Floor<br>New York, NY 10020<br>Tel: (212) 307-5500<br>Fax: (212) 307-5598<br>JSsabin@venable.com<br>CWeinerlevy@venable.com | Andrew J. Currie*<br>VENABLE LLP<br>600 Massachusetts Avenue<br>NW<br>Washington, DC 20001<br>Tel: (202) 344-4000<br>Fax: (202) 344-8300<br>AJCurrie@Venable.com |

*Not yet admitted to practice in this court; *pro hac vice* admission application forthcoming.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the

Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Bankruptcy Rules specified above, but also includes, without limitation, any notice,

application, complaint, demand, motion, petition, pleading, or request, whether formal or

informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone,

electronic filing, facsimile, or otherwise filed or made with regard to the Cases and proceedings

therein.

**PLEASE TAKE FURTHER NOTICE** that filing of this Notice of Appearance and

Demand for Service of Papers shall not be deemed or construed to constitute a waiver of any

substantive or procedural rights of Cipher, without limitation: (i) the right to have final orders in

non-core matters entered only after de novo review by the United States District Court for the

District of New Jersey (the "District Court"), (ii) the right to trial by jury in any proceeding

related to this case or any case, controversy, or proceeding related to this case, (iii) the right to

have the District Court withdraw the reference in any matter subject to mandatory or

discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or

recoupments to which Cipher is or may be entitled, in law or in equity, all of which rights,

claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys further

request that they be added to the official service list for notice of all contested matters, adversary

proceedings, and other proceedings in the Cases.

Dated: January 26, 2023                    **VENABLE LLP**

By:  _/s/ Michael A. Guerra_
        Michael A. Guerra
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone:    (212) 307-5500
Facsimile:    (212) 307-5598
Attn:   Jeffrey S. Sabin*
        (JSSabin@Venable.com)
        Carol A. Weiner*
        (CWeinerlevy@Venable.com)
        Michael A. Guerra
        (MAGuerra@Venable.com)

        - and -

Andrew J. Currie*
600 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 344-4000
Fax: (202) 344-8300
(AJCurrie@venable.com)

*Counsel to Interested Parties Cipher Mining Inc. and
Cipher Mining Technologies Inc.*

*Not admitted to practice in this court; application for *pro hac vice* admission forthcoming.