| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**VENABLE LLP**<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020<br>Telephone: (212) 307-5500<br>Facsimile: (212) 307-5598<br>Attn: Jeffrey S. Sabin (*pro hac vice* admission application forthcoming)<br>(JSSabin@Venable.com)<br>Carol A. Weiner (*pro hac vice* admission application forthcoming)<br>(CWeinerlevy@Venable.com)<br>Michael A. Guerra<br>(MAGuerra@Venable.com)<br><br>- and -<br><br>750 East Pratt Street, Suite 900<br>Baltimore, MD 21202<br>Telephone: (410) 244-7400<br>Facsimile  (410) 244-7742<br>Attn: Andrew J. Currie (*pro hac vice* admission application forthcoming)<br>(AJCurrie@Venable.com)<br><br>*Counsel to Interested Parties Cipher Mining Inc. and Cipher Mining Technologies Inc.* |
| In Re:<br><br>BLOCKFI INC., et al.,<br><br>        Debtors. |

Case No.: 22-19361-MBK

Chapter: 11

(Jointly Administered)

Judge: Hon. Michael B. Kaplan

**CERTIFICATION OF JEFFREY S. SABIN<br>IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

I, Jeffrey S. Sabin, do hereby certify that:

1. I am a Partner of the law firm Venable LLP, counsel to Interested Parties Cipher Mining Inc. and Cipher Mining Technologies Inc. (together, "Cipher"). My office is located at 1270 Avenue of the Americas, 24th Floor, New York, New York 10020.

2. I submit this Certification in support of the accompanying Application for Admission *Pro Hac Vice* of Jeffrey S. Sabin pursuant to Rule 101.1(c) of the Local Civil and Criminal Rules of the United States District Court for the District of New Jersey (the "Local Civil Rules") and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey.

3. Cipher has requested that I be allowed to appear *pro hac vice* for the purposes of representing the company in these proceedings due to my unique familiarity with the facts and circumstances relevant to the company in these proceedings.

4. I was admitted to the bar of the State of New York in 1978, the United States District Court for the Southern District of New York in 1978, the United States District Court for the Eastern District of New York in 1978, the United States Court of Appeals for the Sixth Circuit in 1985, and the United States Court of Appeals for the Third Circuit in 2009.

5. I am a member in good standing of all the courts and bars before which I am and have ever been admitted to practice.

6. I am not under suspension or disbarment in any jurisdiction or court. No disciplinary proceedings are pending against me in any jurisdiction, no discipline has previously been imposed against me in any jurisdiction, and nor have I ever been denied admission to any court or jurisdiction.

7. I agree and understand that Michael A. Guerra, a Counsel in our firm, Venable LLP, has already appeared as and shall remain counsel of record for Cipher and shall be local counsel upon whom all notices, orders, and pleadings shall be served.

8. I am in possession of and have generally reviewed the Local Civil and Criminal Rules of the United States District Court for the District of New Jersey and Local Rules of the United States Bankruptcy Court for the District of New Jersey.

9. I understand and agree that, upon my admission *pro hac vice*, I am subject to and bound by the orders and rules, and within the civil jurisdiction, of the United States District Court for the District of New Jersey and the New Jersey State Bar in all respects, including with respect to the Rules of Professional Conduct and all applicable disciplinary rules, as if I were a regularly admitted and licensed member of the Bar of the State of New Jersey in good standing.

10. I further understand that I have an obligation to, and agree that I will, during the period of my admission to this Court promptly advise the Court of the institution of new disciplinary proceedings, or any other matters that may affect my good standing before the bar or court of any jurisdiction.

11. In accordance with New Jersey Court Rule 1:28-2(a) and Local Civil Rule 101.1(c)(2), I will arrange for the proper payment to the New Jersey Lawyers' Fund for Client Protection of the annual fee for this year. I also understand that I am obligated to pay the annual fee in any subsequent year in which I continue to appear in this case.

12. In accordance with Local Civil Rule 101.1(c)(3), I will arrange for the proper payment of the applicable fee to the Clerk of the United States District Court for the District of New Jersey.

13. I have made no prior oral or written application to be admitted to this Court in connection with the above-captioned Chapter 11 proceeding.

**WHEREFORE**, I respectfully request that this Court grant the accompanying Application for Admission *Pro Hac Vice* of Jeffrey S. Sabin and enter an order allowing me to appear *pro hac vice* and participate as counsel to Cipher in connection with these Chapter 11 cases.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: January 25, 2023

By: _____
Jeffrey S. Sabin