UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**VENABLE LLP**
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone:   (212) 307-5500
Facsimile:   (212) 307-5598
Attn:    Jeffrey S. Sabin (*pro hac vice* admission
         application forthcoming)
         (JSSabin@Venable.com)
         Carol A. Weiner (*pro hac vice* admission
         application forthcoming)
         (CWeinerlevy@Venable.com)
         Michael A. Guerra
         (MAGuerra@Venable.com)

   - and -

600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone:   (202) 344-4000
Facsimile:   (202) 344-8300
Attn:    Andrew J. Currie (*pro hac vice* admission
         application forthcoming)
         (AJCurrie@Venable.com)

*Counsel to Interested Parties Cipher Mining Inc. and
Cipher Mining Technologies Inc.*

In Re:

 BLOCKFI INC., et al.,

                        Debtors.

Case No.: 22-19361-MBK

Chapter: 11

(Jointly Administered)

Judge: Hon. Michael B. Kaplan

## APPLICATION FOR ADMISSION *PRO HAC VICE* OF CAROL A. WEINER

Michael A. Guerra ("Applicant") hereby respectfully moves this Court, pursuant to

Civil Rule 101.1(c) of the Local Civil and Criminal Rules of the United States District Court for

the District of New Jersey (the "Local Civil Rules") and Rule 9010-1 of the Local Rules of the

United States Bankruptcy Court for the District of New Jersey, for an order granting attorney

Carol A. Weiner permission to appear and participate, *pro hac vice*, before this United States

Bankruptcy Court for the District of New Jersey as counsel for Interested Parties Cipher Mining

Inc. and Cipher Mining Technologies Inc. (together, "Cipher") in the Chapter 11 cases captioned

above.

In support of this Application, Applicant represents as follows:

1.      I am a Counsel with the law firm of Venable LLP, which maintains an office at

1270 Avenue of the Americas, 24th Floor, New York, New York 10020, among other locations.

2.      I am a member in good standing of the bars of the States of New Jersey and

New York, the United States Court of Appeals for the Second Circuit, and the United States

District Courts for the District of New Jersey and the Northern, Southern, and Eastern Districts

of New York.

3.      No disciplinary proceedings are pending against me in any jurisdiction, and no

discipline has previously been imposed against me in any jurisdiction.

4.      As described in the enclosed Certification of Carol A. Weiner in Support of

Application for Admission *Pro Hac Vice*, dated January 25, 2023 (the "Certification"),

Ms. Weiner is a Counsel with the law firm of Venable LLP.  Ms. Weiner was admitted to the bar

of the State of New York in 1987, the United States District Court for the Southern District of

New York in 1987, and the United States District Court for the Eastern District of New York in

1987.

5.      Ms. Weiner is a member in good standing with these bars and courts.  Ms. Weiner

has no disciplinary proceedings pending against her and no discipline has been imposed against

her in any jurisdiction.  Ms. Weiner is not under suspension or disbarment by any court or bar.

6.       Ms. Weiner's office is located at 1270 Avenue of the Americas, 24th Floor,

New York, New York 10020.

7.       I have appeared as counsel of record for Cipher in these Chapter 11 cases, and

shall be local counsel upon whom all notices, orders, briefs, stipulations, pleadings, and other

papers shall be served.

8.       Pursuant to Local Civil Rule 101.1(4), Applicant and Ms. Weiner understand that

all notices, orders, briefs, stipulations, pleadings, and other papers filed with this Court shall be

filed by local counsel.

9.       Ms. Weiner certifies that she understands and agrees that, upon her admission

*pro hac vice*, she will be subject to and bound by the orders and rules, and within the civil

jurisdiction, of the United States District Court for the District of New Jersey and the New Jersey

State Bar in all respects, including with respect to the Rules of Professional Conduct and all

applicable disciplinary rules.

10.       Ms. Weiner further certifies that she understands that she has an obligation to, and

will, during the period of her admission promptly advise the Court of the institution of new

disciplinary proceedings or any other matters that may affect her good standing before the bar or

court of any jurisdiction.

11.       No previous motion has been made for the relief sought herein.

12.       The statements made herein regarding Ms. Weiner are made upon information,

knowledge, belief, and in reliance on Ms. Weiner's Certification filed herewith.

3

**WHEREFORE**, Applicant respectfully requests entry of an order in the form submitted herewith granting the admission, *pro hac vice*, of Carol A. Weiner, to represent and participate in the Chapter 11 proceeding before this Court as counsel for Cipher Mining Inc. and Cipher Mining Technologies Inc.

Dated: January 26, 2023                              **VENABLE LLP**

By: _/s/ Michael A. Guerra_
      Michael A. Guerra
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone:    (212) 307-5500
Facsimile:    (212) 307-5598
Attn:   Jeffrey S. Sabin*
           (JSSabin@Venable.com)
           Carol A. Weiner*
           (CWeinerlevy@Venable.com)
           Michael A. Guerra
           (MAGuerra@Venable.com)

            - and -

Andrew J. Currie*
600 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 344-4000
Fax: (202) 344-8300
(AJCurrie@venable.com)

*Counsel to Interested Parties Cipher Mining Inc. and Cipher Mining Technologies Inc.*

*Not admitted to practice in this court; application for *pro hac vice* admission forthcoming.

4