| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**VENABLE LLP**<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020<br>Telephone: (212) 307-5500<br>Facsimile: (212) 307-5598<br>Attn: Jeffrey S. Sabin (*pro hac vice* admission application forthcoming)<br>(JSSabin@Venable.com)<br>Carol A. Weiner (*pro hac vice* admission application forthcoming)<br>(CWeinerlevy@Venable.com)<br>Michael A. Guerra<br>(MAGuerra@Venable.com)<br><br>- and -<br><br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>Telephone: (202) 344-4000<br>Facsimile: (202) 344-8300<br>Attn: Andrew J. Currie (*pro hac vice* admission application forthcoming)<br>(AJCurrie@Venable.com)<br><br>*Counsel to Interested Parties Cipher Mining Inc. and Cipher Mining Technologies Inc.* |
| In Re:<br><br>BLOCKFI INC., et al.,<br><br>                    Debtors. |

Case No.: 22-19361-MBK

Chapter: 11

(Jointly Administered)

Judge: Hon. Michael B. Kaplan

## APPLICATION FOR ADMISSION *PRO HAC VICE* OF ANDREW J. CURRIE

Michael A. Guerra ("Applicant") hereby respectfully moves this Court, pursuant to Civil Rule 101.1(c) of the Local Civil and Criminal Rules of the United States District Court for the District of New Jersey (the "Local Civil Rules") and Rule 9010-1 of the Local Rules of the

United States Bankruptcy Court for the District of New Jersey, for an order granting attorney Andrew J. Currie permission to appear and participate, *pro hac vice*, before this United States Bankruptcy Court for the District of New Jersey as counsel to Interested Parties Cipher Mining Inc. and Cipher Mining Technologies Inc. (together, "Cipher") in these Chapter 11 cases captioned above.

In support of this Application, Applicant represents as follows:

1. I am a Counsel with the law firm of Venable LLP, which maintains an office at 1270 Avenue of the Americas, 24th Floor, New York, New York 10020, among other locations.

2. I am a member in good standing of the bars of the States of New Jersey and New York, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the District of New Jersey and the Northern, Southern, and Eastern Districts of New York.

3. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed against me in any jurisdiction.

4. As described in the enclosed Certification of Andrew J. Currie in Support of Application for Admission *Pro Hac Vice*, dated January 26, 2023 (the "Certification"), Mr. Currie is a Partner with the law firm of Venable LLP. Andrew J. Currie was admitted to the bar of the State of Michigan in 1996, the District of Columbia in 2000, the State of Maryland in 2009, the United States District Court for the Eastern District of Michigan in 1996, the United States District Court for the District of Maryland in 2012, the United States District Court for the District of Columbia in 2012, the United States Court of Appeals for the 7th Circuit in 2016, and the United States Court of Appeals for the 4th Circuit in 2016.

2

5. Mr. Currie is a member in good standing with these bars and courts. Mr. Currie has no disciplinary proceedings pending against him and no discipline has been imposed against him in any jurisdiction. Mr. Currie is not under suspension or disbarment by any court or bar.

6. Mr. Currie's office is located at 600 Massachusetts Avenue, NW, Washington, DC 20001.

7. I have appeared as counsel of record for Cipher in these Chapter 11 cases, and shall be local counsel upon whom all notices, orders, briefs, stipulations, pleadings, and other papers shall be served.

8. Pursuant to Local Civil Rule 101.1(4), Applicant and Mr. Currie understand that all notices, orders, briefs, stipulations, pleadings, and other papers filed with this Court shall be filed by local counsel.

9. Mr. Currie certifies that he understands and agrees that, upon his admission *pro hac vice*, he will be subject to and bound by the orders and rules, and within the civil jurisdiction, of the United States District Court for the District of New Jersey and the New Jersey State Bar in all respects, including with respect to the Rules of Professional Conduct and all applicable disciplinary rules.

10. Mr. Currie further certifies that he understands that he has an obligation to, and will, during the period of his admission promptly advise the Court of the institution of new disciplinary proceedings or any other matters that may affect his good standing before the bar or court of any jurisdiction.

11. No previous motion has been made for the relief sought herein.

12. The statements made herein regarding Mr. Currie are made upon information, knowledge, belief, and in reliance on Mr. Currie's Certification filed herewith.

**WHEREFORE**, Applicant respectfully requests entry of an order in the form submitted herewith granting the admission, *pro hac vice*, of Andrew J. Currie, to represent and participate in these Chapter 11 proceedings before this Court as counsel for Interested Parties Cipher Mining Inc. and Cipher Mining Technologies Inc.

Dated: January 26, 2023            **VENABLE LLP**

By: /s/ *Michael A. Guerra*
    Michael A. Guerra
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone:    (212) 307-5500
Facsimile:    (212) 307-5598
Attn:    Jeffrey S. Sabin*
    (JSSabin@Venable.com)
    Carol A. Weiner*
    (CWeinerlevy@Venable.com)
    Michael A. Guerra
    (MAGuerra@Venable.com)

- and -

Andrew J. Currie*
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
(AJCurrie@venable.com)

*Counsel to Interested Parties Cipher Mining Inc. and Cipher Mining Technologies Inc.*

*Not admitted to practice in this court; application for *pro hac vice* admission forthcoming.