Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536 fax

## COLE SCHOTZ P.C.

New York
—
Delaware
—
Maryland
—
Texas
—
Florida

Michael D. Sirota
Member
Admitted In NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6262
Writer's Direct Fax: 201.678.6262
Writer's E-Mail: msirota@coleschotz.com

January 26, 2023

**Via Email: chambers_mbk@njb.uscourts.gov**

Honorable Michael B. Kaplan
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Clarkson S. Fisher U.S. Courthouse
402 E. State Street, 2nd Floor
Trenton, NJ 08608

**FILED**
JEANNE A. NAUGHTON, CLERK

JAN 2 6 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

Re:   In re BlockFi, Inc., et al.
Case No. 22-19361 MBK

Dear Judge Kaplan:

The firm represents BlockFi, Inc. and its affiliates as debtors and debtors in possession in the above-referenced chapter 11 cases (the "**Debtors**"). We write in connection with the Debtors' *Motion Seeking Entry of an Order (I) Approving the Bidding Procedures and Related Dates and Deadlines, (II) Scheduling Hearings and Objection Deadlines With Respect to the Debtors' Sale, Disclosure Statement, and Plan Confirmation, and (III) Granting Related Relief* [Docket No. 226] (the "**Bidding Procedures Motion**"). The Bidding Procedures Motion is scheduled for a hearing on Monday, January 30, 2023 at 10:00 a.m. EST.

By way of this letter, the Debtors respectfully request an extension of their deadline to file a reply in support of the Bidding Procedures Motion from Friday, January 26, 2023 to **Sunday, January 29, 2023 at 10:00 a.m. EST**. Please let us know if this extension is acceptable to Your Honor.

As always, we thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ *Michael D. Sirota*

Michael D. Sirota

cc: All Parties in Interest

coleschotz.com

65365/0001-44546920v1