| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>Facsimile: (201) 489-1536<br>Email: msirota@coleschotz.com<br>           wusatine@coleschotz.com<br>*Attorneys for Debtors*<br>*and Debtors in Possession* |
| In Re:<br><br>BLOCKFI INC., *et al.*,<br><br>                    Debtors.[1] |

Case No.:        22-19361

Judge:           Hon. Michael B. Kaplan

Chapter:         11

Hearing Date:    January 27, 2023

## ADJOURNMENT REQUEST

1.   I, <u>Michael D. Sirota, Esq.</u>

     ☒   am the attorney for:  <u>the Debtors/Debtors-in-Possession                    </u>,

     ☐   am self-represented,

     and request an adjournment of the following hearing for the reason set forth below.

**Matter**:  Docket No. 121 – Hearing on Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor Withdrawals from Wallet Accounts, (B) Update the User Interface to Properly Reflect Transactions and Assets as of the Platform Pause, and (C) Conduct Ordinary Course Reconciliation of Accounts, and (II) Granting Related Relief ("Motion");

---

[1]. The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

65365/0001-44547266v1

Docket No. 339 – Debtors' Statement with Respect to the Wallet Withdrawal Motion;

**Objections Filed**:

Docket No. 137 – Objection filed on behalf of Creditor, Andrew Paim Carollo dos Santos;

Docket No. 143 – Objection filed on behalf of Creditor Momin Siddique;

Docket No. 144 – Objection filed on behalf of Creditor Christopher Pollock;

Docket No. 145 – Objection filed on behalf of Creditor Waqas Iqbal;

Docket No. 146 – Objection filed on behalf of Creditor Christopher D'Amico;

Docket No. 147 – Objection filed on behalf of Creditor Neha Kothari;

Docket No. 148 – Objection filed on behalf of Creditor Steven Kyle Dooley;

Docket No. 149 – Objection filed on behalf of Creditor Mihir Shah;

Docket No. 179 – Deferred 1031 LLC's Initial Objection to Debtors' Motion for Entry of an Order;

Docket No. 182 – Objection of Gary Ford (Individually and as trustee of Equity Trustee) to Debtors Motion for Entry of an Order

Docket No. 184 – Preliminary Objection of the Ad Hoc Committee of Wallet Account Holders to Debtors' Motion;

Docket No. 188 – Pro Se Objections collectively docketed at Docket No. 188;

Docket No. 201 – Deferred 1031 LLC's Initial Objection to Debtors' Motion for Entry of an Order;

Docket No. 380 – Limited Objection and Response of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Order;

**Current hearing date and time**: January 27, 2023 at 10:00 a.m.

**New date requested**: February 21, 2023 at 10:00 a.m.

**Reason for adjournment request**: The Debtors wish to continue discussions with various parties in interest.

2. Consent to adjournment:

☐ I have the consent of all parties.   ☒ I do not have the consent of all parties (explain below):

65365/0001-44547266v1

The Official Committee of Unsecured Creditors has consented to this adjournment request. In light of the number of parties contesting the referenced Motion, many of whom are pro se, the Debtors have not sought the consent of the other objectors.

I certify under penalty of perjury that the foregoing is true.

Date: January 26, 2023            /s/ Michael D. Sirota
                                  Signature

**COURT USE ONLY:**

The request for adjournment is:        2/21/2023 @ 10:00 a.m.

☒  Granted            New hearing date: ↑        ☐  Peremptory

☐  Granted over objection(s)  New hearing date: _____    ☐  Peremptory

☐  Denied


**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

3

65365/0001-44547266v1