**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Proposed Attorneys for Debtors and*
*Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JANUARY 27, 2023 AT 10:00 A.M. (EASTERN TIME)**

## I.    MATTERS GOING FORWARD

1. Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certain Confidential Information Related to the Crowell Declaration in Support of Debtors' Motion for Entry of an Order (I) Approving the Debtors' Retention Programs and (II) Granting Related Relief [Docket No. 351] (the "Debtors' Motion to Seal")

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

Responses Received:

    A.  Objection of the United States Trustee to the Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certain Confidential Information Related to the Crowell Declaration in Support of Debtors' Motion for Entry of an Order (I) Approving the Debtors' Retention Programs and (II) Granting Related Relief [Docket No. 358]

All responses received have been resolved or withdrawn, as applicable.

Related Documents

    A.  Application in Support of the Motion of the Official Committee of Unsecured Creditors to Seal the Redacted Portions of the Committee's Supplemental Objection to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Retention Programs and (II) Granting Related Relief [Docket No. 311] (the "Committee's Motion to Seal, and, together with the Debtors' Motion to Seal, the "Motions to Seal")

    B.  Application for Order Shortening Time and Certain Other Relief [Docket No. 312]

    C.  Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 314]

    D.  Objection of the United States Trustee to the Motion of the Official Committee of Unsecured Creditors to Seal the Redacted Portions of the Committee's Supplemental Objection to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Retention Programs and (II) Granting Related Relief [Docket No. 335]

    E.  Declaration of Chief People Officer, Megan Crowell, in Support of the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Retention Programs and (II) Granting Related Relief [Docket No. 350]

    F.  Status Change Form/Withdrawal of Docket No. 335, 358, and 389 [Docket No. 415]

**Status:  The Motions to Seal will be going forward on an uncontested basis.**

2.  Debtors' Motion for Entry of an Order (I) Approving the Debtors' Retention Programs and (II) Granting Related Relief [Docket No. 21]

Responses Received:

    A.  Objection of the United States Trustee to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Retention Programs and (II) Granting Related Relief [Docket No. 231] (the "UST's Objection")

B.  The Official Committee of Unsecured Creditors' Objection Regarding Debtors' Motion for Entry of an Order (I) Approving the Debtors' Retention Programs and (II) Granting Related Relief [Docket No. 280] (the "Committee's Initial Objection")

C.  The Official Committee of Unsecured Creditors' Supplemental Objection to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Retention Programs and (II) Granting Related Relief [Docket No. 310] (the "Committee's Supplemental Objection," and, together with the UST's Objection and the Committee's Initial Objection, the "Retention Programs Objections")

Related Documents:

A.  Omnibus Reply in Support of Debtors' Motion for Entry of an Order (I) Approving the Debtors' Retention Programs and (II) Granting Related Relief [Docket No. 348]

B.  Declaration of Josephine Gartrell in Support of Debtors' Motion for Entry of an Order (I) Approving the Debtors' Retention Programs and (II) Granting Related Relief [Docket No. 349]

C.  Declaration of Chief People Officer, Megan Crowell, in Support of the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Retention Programs and (II) Granting Related Relief [Docket No. 350]

D.  Application for Order Shortening Time [Docket No. 352]

E.  Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 353]

F.  Declaration of Mohsin Meghji, M3 Partners [Docket No. 388]

G.  Application in Support of the Motion of the Official Committee of Unsecured Creditors to Seal the Redacted Portions of the Declaration of Moshin Meghji of M3 Partners [Docket No. 363] and Granting Related Relief [Docket No. 382][2]

H.  Application for Order Shortening Time and Certain Other Relief [Docket No. 383]

I.  Order Shortening time Period for Notice, Setting Hearing and Limiting Notice [Docket No. 384]

---

[2]   The Declaration of Moshin Meghji, 3M Partners was filed in error on January 23, 2023, originally at [Docket No. 363].  That document was withdrawn and re-filed on January 24, 2023 at [Docket No. 388].

J.   Objection of the United States Trustee to the Motion of the Official Committee of Unsecured Creditors to Seal the Redacted Portions of the Declaration of Moshin Meghji of M3 Partners [Docket No. 363] and Granting Related Relief [Docket No. 389]

K.   Status Change Form/Withdrawal of Docket No. 231 [Docket No. 414]

L.   Status Change Form/Withdrawal of Docket No. 335, 358, and 389 [Docket No. 415]

**Status:  The Retention Programs Objections have been resolved and/or withdrawn.  This matter will go forward on an uncontested basis.**


*[Remainder of page intentionally left blank]*

Dated: January 26, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Proposed Attorneys for Debtors and*
*Debtors in Possession*