UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**VENABLE LLP**
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
Attn: Jeffrey S. Sabin (*pro hac vice* admission application pending)
(JSSabin@Venable.com)
Carol A. Weiner (*pro hac vice* admission application pending)
(CWeinerlevy@Venable.com)
Michael A. Guerra
(MAGuerra@Venable.com)

- and -

600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
Attn: Andrew J. Currie (*pro hac vice* admission application pending)
(AJCurrie@Venable.com)

*Counsel to Interested Parties Cipher Mining Inc. and Cipher Mining Technologies Inc.*

In Re:

BLOCKFI INC., et al.,

        Debtors.

Case No.: 22-19361-MBK

Chapter: 11

(Jointly Administered)

Judge: Hon. Michael B. Kaplan

**CERTIFICATION OF SERVICE**

1. I, Daniel Smith:

   ☐ represent _____ in this matter.

☒ am the secretary/paralegal for <u>Michael A. Guerra</u>, who represents <u>Cipher Mining Inc. and Cipher Mining Technologies Inc.</u> in this matter.

☐ am the _____ in this case and am representing myself.

2. On January 26, 2023, I caused copies of the following pleadings and/or documents to be served upon the parties listed in the chart below:

- Notice of Appearance for Michael A. Guerra, date January 26, 2023 (ECF No. 409)
- Application to Admit Jeffrey S. Sabin, dated January 26, 2023 (ECF No. 410)
- Application to Admit Carol A. Weiner, dated January 26, 2023 (ECF No. 411)
- Application to Admit Andrew J. Currie, dated January 26, 2023 (ECF No. 413)
- Certification of Jeffrey S. Sabin in Support of Application for Admission, dated January 25, 2023 (ECF No. 410-1)
- Certification of Carol A. Weiner in Support of Application for Admission, dated January 25, 2023 (ECF No. 411-1)
- Certification of Andrew J. Currie in Support of Application for Admission, dated January 26, 2023 (ECF No. 413-1)
- Propose Order for Admission of Jeffrey S. Sabin dated January 26, 2023 (ECF No. 410-2)
- Propose Order for Admission of Carol A. Weiner dated January 26, 2023 (ECF No. 411-2)
- Propose Order for Admission of Andrew J. Currie dated January 26, 2023 (ECF No. 413-2)

3. I certify under penalty of perjury that, to the best of my knowledge, information, and belief, the above documents were sent using the mode of service indicated.

Date: January 27, 2023

By: *Daniel Smith* (signature)
Daniel Smith

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service[1] |
|---|---|---|
| Ankura Trust Company, LLC, as Trustee for the Indenture Dated as of February 28, 2022<br>Attn: James J. McGinley<br>140 Sherman Street, 4th Floor<br>Fairfield, CT 06824<br>james.mcginley@ankura.com | Indenture Trustee | By email |
| BlockFi Inc.<br>Attn: President or General Counsel<br>201 Montgomery Street, Suite 263<br>Jersey City, NJ 7302 | Debtors | By First Class Mail |
| Boyle & Valenti Law, P.C.<br>Attn: Carrie J. Boyle, Esq.<br>1940 Route 70 East<br>Suite 4<br>Cherry Hill, NJ 08003<br>cboyle@b-vlaw.com | Counsel to Ge Song | By email |
| Brown Rudnick LLP<br>Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq.<br>7 Times Square<br>New York, NY 10036<br>rstark@brownrudnick.com<br>kaulet@brownrudnick.com<br>bsilverberg@brownrudnick.com | Counsel to the Official Committee of Unsecured Creditors | By email |
| Brown Rudnick LLP<br>Attn: Stephen D. Palley, Esq.<br>601 Thirteenth Street NW<br>Washington, DC 20005<br>spalley@brownrudnick.com | Counsel to the Official Committee of Unsecured Creditors | By email |

---

[1] Sent by email where available pursuant to the Order Granting Debtors' Motion to Establish Certain Notice, Case Management and Administrative Procedures (Docket No. 54)

| | | |
|---|---|---|
| Cole Schotz P.C.<br>Attn: Felice R. Yudkin, Rebecca W. Hollander, Michael D. Sirota<br>25 Main Street<br>Hackensack, NJ 7601<br>FYudkin@coleschotz.com<br>RHollander@coleschotz.com<br>Msirota@coleschotz.com | Counsel to the Debtors | By email |
| Commonwealth of Puerto Rico<br>Attn: Bankruptcy Department<br>Apartado 9020192<br>San Juan, PR 00902-0192 | State Attorney General | By First Class Mail |
| Environmental Protection Agency<br>Attn: Bankruptcy Division<br>290 Broadway<br>New York, NY 10007-1866 | Environmental Protection Agency - Region 2 | By First Class Mail |
| Environmental Protection Agency<br>Attn: General Counsel<br>Office Of General Counsel 2310A<br>1200 Pennsylvania Ave NW, 2310A<br>Washington, DC 20460 | Environmental Protection Agency | By First Class Mail |
| Genova Burns LLC<br>Attn: Daniel M. Stolz, Esq., Donald W. Clarke, Esq., Gregory S. Kinoian, Esq.<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com | Counsel to the Official Committee of Unsecured Creditors | By email |
| George J. Gerro, Esq.<br>Attn: George J. Gerro<br>530 S. Glenoaks Blvd.<br>Suite 200<br>Burbank, CA 91502<br>george@gerrolaw.com | Interested Party | By email |
| George S. Wynns<br>Attn: George S. Wynns<br>124 Brewster Street<br>San Francisco, CA 94110<br>georgewynns@gmail.com | Interested Party | By email |

5

| | | |
|---|---|---|
| Gibbons P.C.<br>Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly<br>One Gateway Center<br>Newark, NJ 07102<br>rmalone@gibbonslaw.com<br>btheisen@gibbonslaw.com<br>kmcevilly@gibbonslaw.com | Counsel to Ankura Trust Company, LLC as Indenture Trustee | By email |
| Gorski & Knowlton Pc<br>Attn: Carol L. Knowlton, Esquire<br>311 Whitehorse Avenue<br>Suite A<br>Hamilton, NJ 08610<br>cknowlton@gorskiknowlton.com | Counsel to George J. Gerro | By email |
| Haynes and Boone, LLP<br>Attn: J. Frasher Murphy, Jordan E. Chavez<br>2323 Victory Ave<br>Suite 700<br>Dallas, TX 75219<br>frasher.murphy@haynesboone.com<br>jordan.chavez@haynesboone.com | Co-Counsel to Debtors | By email |
| Haynes and Boone, LLP<br>Attn: Kenric D. Kattner, Kourtney P. Lyda, Re'Necia Sherald<br>1221 Mckinney Street<br>Suite 4000<br>Houston, TX 77010<br>kenric.kattner@haynesboone.com<br>kourtney.lyda@haynesboone.com<br>renecia.sherald@haynesboone.com | Co-Counsel to Debtors | By email |
| Haynes and Boone, LLP<br>Attn: Richard S. Kanowitz<br>30 Rockefeller Plaza<br>26th Floor<br>New York, NY 10112<br>richard.kanowitz@haynesboone.com | Co-Counsel to Debtors | By email |

6

| | | |
|---|---|---|
| Hogan Lovells US LLP<br>Attn: Christopher R. Donoho III,<br>Christopher R. Bryant,<br>Robert A. Ripin<br>390 Madison Ave<br>New York, NY 10017<br>robert.ripin@hoganlovells.com<br>chris.donoho@hoganlovells.com<br>chris.bryant@hoganlovells.com | Counsel to Ankura Trust Company, LLC as Indenture Trustee | By email |
| Hogan Lovells US LLP<br>Attn: David P. Simonds, Esq.,<br>Edward J. McNeilly, Esq.<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com | Counsel to Ankura Trust Company, LLC as Indenture Trustee | By email |
| Holland & Knight LLP<br>Attn: Barbra R. Parlin<br>31 West 52Nd Street<br>New York, NY 10019<br>barbra.parlin@hklaw.com | Counsel to Silvergate Bank | By email |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia, PA 19104-5016 | Internal Revenue Service | By First Class Mail |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service | By First Class Mail |
| Kirkland & Ellis LLP<br>Attn: Alexander D. Mccamon<br>300 North Lasalle<br>Chicago, IL 60654<br>alexander.mccammon@kirkland.com | Counsel to the Debtors | By email |

| | | |
|---|---|---|
| Kirkland & Ellis LLP<br>Attn: Christine A. Okike, Francis Petrie, Joshua Sussberg<br>601 Lexington Avenue<br>New York, NY 10022<br>christine.okike@kirkland.com<br>francis.petrie@kirkland.com<br>jsussberg@kirkland.com | Counsel to the Debtors | By email |
| Kroll Restructuring Administration LLC<br>Attn: Jessica Berman<br>55 East 52nd Street<br>17th Floor<br>New York, NY 10055<br>BlockFiTeam@ra.kroll.com<br>Serviceqa@ra.kroll.com | Claims and Noticing Agent | By email |
| McCARTER & ENGLISH, LLP<br>Attn: David J. Adler, joseph R. Scholz<br>Worldwide Plaza<br>825 Eighth Avenue, 31st Floor<br>New York, NY 10019<br>dadler@mccarter.com<br>jscholz@mccarter.com | Counsel to the Official Committee of Unsecured Creditors | By email |
| McCARTER & ENGLISH, LLP<br>Attn: Lisa S. Bonsall<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>lbonsall@mccarter.com | Counsel to the Official Committee of Unsecured Creditors | By email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Gaston P. Loomis<br>300 Delaware Ave<br>Suite 1014<br>Wilmington, DE 19801<br>gloomis@mdmc-law.com | Counsel to New Jersey Bureau of Securities | By email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Jeffrey Bernstein<br>570 Broad Street<br>Newark, NJ 07102<br>jbernstein@mdmc-law.com | Counsel to New Jersey Bureau of Securities | By email |

| | | |
|---|---|---|
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Nicole Leonard<br>225 Liberty Street<br>36th Floor<br>New York, NY 10281<br>nleonard@mdmc-law.com | Counsel to New Jersey Bureau of Securities | By email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Virginia T. Shea<br>1300 Mt. Kemble Avenue<br>PO Box 2075<br>Morristown, NJ 07962-2075<br>vshea@mdmc-law.com | Counsel to New Jersey Bureau of Securities | By email |
| Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C.<br>Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein<br>919 Third Avenue<br>New York, NY 10022<br>KRWalsh@mintz.com<br>TDoherty@mintz.com<br>DBaumstein@mintz.com | Counsel to Marex Capital Markets Inc. formerly known as E D & F Man Capital Markets, Inc. | By email |
| Morgan, Lewis & Bockius LLP<br>Attn: John C. Goodchild, III, Matthew C. Ziegler<br>1701 Market Street<br>Philadelphia, PA 19103<br>john.goodchild@morganlewis.com<br>matthew.ziegler@morganlewis.com | Counsel to Emergent Fidelity Technologies Ltd | By email |
| Morgan, Lewis & Bockius LLP<br>Attn: Joshua Dorchak, David K. Shim<br>101 Park Avenue<br>New York, NY 10178<br>joshua.dorchak@morganlewis.com<br>david.shim@morganlewis.com | Counsel to Emergent Fidelity Technologies Ltd | By email |
| National Association of Attorneys General<br>Attn: Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington, DC 20036<br>kcordry@naag.org | National Association of Attorneys General | By email |

| | | |
|---|---|---|
| Office of The Attorney General of Texas<br>Attn: Jason B. Binford and Roma N. Desai<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548<br>roma.desai@oag.texas.gov<br>public.information@oag.state.tx.us | Counsel to the State of Texas | By email |
| Office of The Tennessee Attorney General<br>Attn: Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>consumer.affairs@ag.tn.gov<br>gina.hantel@ag.tn.gov | TN Dept of Commerce and Insurance | By email |
| Office of the United States Trustee<br>Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102<br>Lauren.Bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov<br>USTPRegion03.NE.ECF@usdoj.gov | U.S. Trustee for the District of New Jersey | By email |
| Pennsylvania Office of The Attorney General<br>Attn: Bankruptcy Department<br>Strawberry Square<br>16th Floor<br>Harrisburg, PA 17120 | State Attorney General | By First Class Mail |
| Securities & Exchange Commission - NY Office<br>Attn: Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street, Ste 400<br>New York, NY 10281-1022<br>bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Securities and Exchange Commission - Regional Office | By email |

| | | |
|---|---|---|
| Securities & Exchange Commission - Philadelphia Office<br>Attn: Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia, PA 19103<br>secbankruptcy@sec.gov | Securities and Exchange Commission - Regional Office | By email |
| Securities and Exchange Commission<br>Secretary of the Treasury<br>100 F. Street NE<br>Washington, DC 20549<br>secbankruptcy@sec.gov | Securities and Exchange Commission - Headquarters | By email |
| Severson & Werson, A Professional Corporation<br>Attn: Eleanor M. Roman, Donald H. Cram<br>595 Market Street<br>Suite 2600<br>San Francisco, CA 94105<br>emr@severson.com<br>dhc@severson.com | Counsel to Scratch Services LLC | By email |
| State of Alabama Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | State Attorney General | By First Class Mail |
| State of Alaska Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 110300<br>Juneau, AK 99811-0300<br>attorney.general@alaska.gov | State Attorney General | By email |
| State of Arizona Attorney General<br>Attn: Bankruptcy Department<br>2005 N Central Ave<br>Phoenix, AZ 85004-2926<br>aginfo@azag.gov | State Attorney General | By email |
| State of Arkansas Attorney General<br>Attn: Bankruptcy Department<br>323 Center St.<br>Suite 200<br>Little Rock, AR 72201-2610 | State Attorney General | By First Class Mail |

| | | |
|---|---|---|
| State of California Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>bankruptcy@coag.gov | State Attorney General | By email |
| State of Colorado Attorney General<br>Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | State Attorney General | By First Class Mail |
| State of Connecticut Attorney General<br>Attn: Bankruptcy Department<br>165 Capitol Avenue<br>Hartford, CT 06106<br>attorney.general@ct.gov<br>denise.mondell@ct.gov | State Attorney General | By email |
| State of Delaware Attorney General<br>Attn: Bankruptcy Department<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington, DE 19801<br>attorney.general@state.de.us | State Attorney General | By email |
| State of Florida Attorney General<br>Attn: Bankruptcy Department<br>The Capitol, Pl 01<br>Tallahassee, FL 32399-1050 | State Attorney General | By First Class Mail |
| State of Georgia Attorney General<br>Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta, GA 30334-1300 | State Attorney General | By First Class Mail |
| State of Hawaii Attorney General<br>Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu, HI 96813<br>hawaiiag@hawaii.gov | State Attorney General | By email |
| State of Idaho Attorney General<br>Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise, ID 83720-1000 | State Attorney General | By First Class Mail |

| | | |
|---|---|---|
| State of Illinois Attorney General<br>Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago, IL 60601<br>webmaster@atg.state.il.us | State Attorney General | By email |
| State of Iowa Attorney General<br>Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines, IA 50319<br>webteam@ag.iowa.gov | State Attorney General | By email |
| State of Kansas Attorney General<br>Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor<br>Topeka, KS 66612-1597 | State Attorney General | By First Class Mail |
| State of Kentucky Attorney General<br>Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY 40601 | State Attorney General | By First Class Mail |
| State of Louisiana Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095<br>consumerinfo@ag.state.la.us | State Attorney General | By email |
| State of Maine Attorney General<br>Attn: Bankruptcy Department<br>6 State House Station<br>Augusta, ME 04333 | State Attorney General | By First Class Mail |
| State of Maryland Attorney General<br>Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore, MD 21202-2202<br>oag@oag.state.md.us | State Attorney General | By email |
| State of Massachusetts Attorney General<br>Attn: Bankruptcy Department<br>One Ashburton Place<br>Boston, MA 02108-1698<br>ago@state.ma.us | State Attorney General | By email |

| | | |
|---|---|---|
| State of Michigan Attorney General<br>Attn: Bankruptcy Department<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing, MI 48909-0212<br>miag@michigan.gov | State Attorney General | By email |
| State of Minnesota Attorney General<br>Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN 55101-2131 | State Attorney General | By First Class Mail |
| State of Mississippi Attorney General<br>Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200 P.O. Box 220<br>Jackson, MS 39201 | State Attorney General | By First Class Mail |
| State of Missouri Attorney General<br>Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City, MO 65102<br>attorney.general@ago.mo.gov | State Attorney General | By email |
| State of Montana Attorney General<br>Attn: Bankruptcy Department<br>215 N Sanders, Third Floor<br>P.O. Box 201401<br>Helena, MT 59620-1401<br>contactdoj@mt.gov | State Attorney General | By email |
| State of Nebraska Attorney General<br>Attn: Bankruptcy Department<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln, NE 68509-8920<br>ago.info.help@nebraska.gov | State Attorney General | By email |
| State of Nevada Attorney General<br>Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City, NV 89701<br>aginfo@ag.nv.gov | State Attorney General | By email |

| | | |
|---|---|---|
| State of New Hampshire Attorney General<br>Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord, NH 03301<br>attorneygeneral@doj.nh.gov | State Attorney General | By email |
| State of New Jersey Attorney General<br>Attn: Bankruptcy Department<br>Rj Hughes Justice Complex<br>25 Market Street P.O. Box 080<br>Trenton, NJ 08625-0080<br>askconsumeraffairs@lps.state.nj.us | State Attorney General | By email |
| State of New Mexico Attorney General<br>Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | State Attorney General | By First Class Mail |
| State of New York Attorney General<br>Attn: Bankruptcy Department<br>The Capitol<br>Albany, NY 12224-0341 | State Attorney General | By First Class Mail |
| State of North Carolina Attorney General<br>Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 | State Attorney General | By First Class Mail |
| State of North Dakota Attorney General<br>Attn: Bankruptcy Department<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck, ND 58505-0040<br>ndag@nd.gov | State Attorney General | By email |
| State of Ohio Attorney General<br>Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43215 | State Attorney General | By First Class Mail |
| State of Oklahoma Attorney General<br>Attn: Bankruptcy Department<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | State Attorney General | By First Class Mail |

| | | |
|---|---|---|
| State of Oregon Attorney General<br>Attn: Bankruptcy Department<br>1162 Court Street NE<br>Salem, OR 97301<br>consumer.hotline@doj.state.or.us<br>david.hart@doj.state.or.us<br>anitjindal@markowitzherbold.com<br>harrywilson@markowitzherbold.com | State Attorney General | By email |
| State of Rhode Island Attorney General<br>Attn: Bankruptcy Department<br>150 South Main Street<br>Providence, RI 02903 | State Attorney General | By First Class Mail |
| State of South Carolina Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | State Attorney General | By First Class Mail |
| State of South Dakota Attorney General<br>Attn: Bankruptcy Department<br>1302 East Highway 14<br>Suite 1<br>Pierre, SD 57501-8501<br>consumerhelp@state.sd.us | State Attorney General | By email |
| State of Utah Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 142320<br>Salt Lake City, UT 84114-2320<br>uag@utah.gov | State Attorney General | By email |
| State of Vermont Attorney General<br>Attn: Bankruptcy Department<br>109 State St.<br>Montpelier, VT 05609-1001<br>ago.bankruptcies@vermont.gov | State Attorney General | By email |
| State of Virginia Attorney General<br>Attn: Bankruptcy Department<br>900 East Main Street<br>Richmond, VA 23219 | State Attorney General | By First Class Mail |

| | | |
|---|---|---|
| State of Washington Attorney General<br>Attn: Bankruptcy Department<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | State Attorney General | By First Class Mail |
| State of West Virginia Attorney General<br>Attn: Bankruptcy Department<br>State Capitol Bldg 1 Room E 26<br>Charleston, WV 25305<br>consumer@wvago.gov | State Attorney General | By email |
| State of Wisconsin Attorney General<br>Attn: Bankruptcy Department<br>Wisconsin Department Of Justice<br>State Capitol, Room 114 East P.O. Box 7857<br>Madison, WI 53707-7857 | State Attorney General | By First Class Mail |
| State of Wyoming Attorney General<br>Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne, WY 82002 | State Attorney General | By First Class Mail |
| Sullivan & Cromwell LLP<br>Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora<br>125 Broad Street<br>New York, NY 10004<br>dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>porporam@sullcrom.com | Counsel to FTX Trading Ltd. | By email |
| TROUTMAN PEPPER HAMILTON SANDERS LLP<br>Attn: Deborah Kovsky-Apap<br>875 Third Avenue<br>New York, NY 10022<br>deborah.kovsky@troutman.com | Counsel to the Ad Hoc Committee of Wallet Account Holders | By email |

17

| | | |
|---|---|---|
| U.S. Department of Justice – Civil Division  Commercial Litigation Branch<br>Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro<br>Ben Franklin Station<br>P.O. Box 875<br>Washington, DC 20044-0875<br>seth.shapiro@usdoj.gov | Counsel to United States of America | By email |
| U.S. Department of Justice Civil Division<br>Attn: Seth B. Shapiro<br>1100 L Street, NW<br>7th Floor - Room 7114<br>Washington, DC 20005<br>seth.shapiro@usdoj.gov | Counsel to United States of America | By email |
| United States of America Attorney General<br>Attn: Bankruptcy Department<br>Us Dept Of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | State Attorney General | By First Class Mail |
| Washington DC Attorney General<br>Attn: Bankruptcy Department<br>441 4th Street, NW<br>Washington, DC 20001<br>oag@dc.gov | State Attorney General | By email |

18