**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BlockFi Inc., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Nataly Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 17, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Final Order Granting Debtors' Emergency Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a) and 363(c) Authorizing the Debtors to (I) Continue, Renew, or Supplement Insurance Policies, (II) Pay Insurance Premiums Thereon, (III) Continue, Renew, or Supplement the Surety Bond Program, and (IV) Granting Related Relief [Docket No. 298] (the "***Final Insurance Order***")

- Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Continue Servicing and Administration Activities in the Ordinary Course of Business with respect to the Debtors' Institutional Loan Portfolio and Granting Related Relief and (II) Authorizing and Establishing Procedures regarding the Restructuring, Settlement, or Other Modifications of Institutional Loans and Loan Obligations [Docket No. 299]

- Final Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with respect to Common Stock and Preferred Stock and (II) Granting Related Relief [Docket No. 300]

- Order Granting Debtors' Motion for Entry of an Order Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business [Docket No. 301] (the "***Ordinary Course Professionals Order***")

- Order Authorizing and Approving Procedures for Rejection of Executory Contracts and Unexpired Leases [Docket No. 302]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

- Final Order Granting Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Pay Certain Taxes and Fees and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers Pursuant to Bankruptcy Code §§ 105(a), 363(b), 507(a)(8), and 541(d) [Docket No. 303] (the "*Final Tax Order*")

- Final Order Pursuant to 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies From Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit Account as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment [Docket No. 304] (the "*Final Utilities Order*")

- Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 305] (the "*Final Wages Order*")

- Final Order (I) Authorizing the Debtors to (A) Continue Use of Existing Business Forms and Records, (B) Maintain Existing Corporate Bank Accounts and Cash Management System, (C) Pay Prepetition Bank Fees Associated with the Cash Management System, and (D) Continue Performance of Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Balances, and (III) Waiving Certain U.S. Trustee Requirements [Docket No. 306] (the "*Final Cash Management Order*")

- Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court [Docket No. 307]

- Final Order Granting Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay or Honor Prepetition Obligations to Certain Claimants and (II) Granting Related Relief [Docket No. 308]

On January 17, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Master Email Service List attached hereto as **Exhibit B**:

- Notice of Debtors' Proposed Entry into a Loan Settlement Agreement with Auros Tech Limited and Auros Global Limited Pursuant to the Order Granting Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Continue Servicing and Administration Activities in the Ordinary Course of Business with Respect to the Debtors' Institutional Loan Portfolio and Granting Related Relief and (II) Authorizing and Establishing Procedures Regarding the Restructuring, Settlement, or Other Modifications of Institutional Loans and Loan Obligations [Docket No. 313]

On January 17, 2023, at my direction and under my supervision, employees of Kroll caused the Final Insurance Order to be served by the method set forth on the Insurance Service List attached hereto as **Exhibit C**.

2

On January 17, 2023, at my direction and under my supervision, employees of Kroll caused the Ordinary Course Professionals Order to be served by the method set forth on the Ordinary Course Professionals Service List attached hereto as **Exhibit D**.

On January 17, 2023, at my direction and under my supervision, employees of Kroll caused the Final Tax Order to be served by the method set forth on the Taxing Authorities Service List attached hereto as **Exhibit E**.

On January 17, 2023, at my direction and under my supervision, employees of Kroll caused the Final Utilities Order to be served by the method set forth on the Utilities Service List attached hereto as **Exhibit F**.

On January 17, 2023, at my direction and under my supervision, employees of Kroll caused the Final Wages Order and the Final Cash Management Order be served by the method set forth on the Banks Service List attached hereto as **Exhibit G**.

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document(s) via electronic service.

Dated: January 26, 2023

                                        */s/ Nataly Diaz*
                                        Nataly Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 26, 2023, by Nataly Diaz, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

3

SRF 66683

**<u>Exhibit A</u>**

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Indenture Trustee | Ankura Trust Company, LLC, as Trustee for the Indenture Dated as of February 28, 2022 | Attn: James J. McGinley<br>140 Sherman Street, 4th Floor<br>Fairfield CT 06824 | james.mcginley@ankura.com | Email |
| Counsel to Ge Song | Boyle & Valenti Law, P.C. | Attn: Carrie J. Boyle, Esq.<br>1940 Route 70 East<br>Suite 4<br>Cherry Hill NJ 08003 | cboyle@b-vlaw.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq.<br>7 Times Square<br>New York NY 10036 | rstark@brownrudnick.com<br>kaulet@brownrudnick.com<br>bsilverberg@brownrudnick.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | Attn: Stephen D. Palley, Esq.<br>601 Thirteenth Street NW<br>Washington DC 20005 | spalley@brownrudnick.com | Email |
| Counsel to the Debtors | Cole Schotz P.C. | Attn: Felice R. Yudkin, Rebecca W. Hollander, Michael D. Sirota<br>25 Main Street<br>Hackensack NJ 7601 | FYudkin@coleschotz.com<br>RHollander@coleschotz.com<br>Msirota@coleschotz.com | Email |
| State Attorney General | Commonwealth of Puerto Rico | Attn: Bankruptcy Department<br>Apartado 9020192<br>San Juan PR 00902-0192 | | First Class Mail |
| Environmental Protection Agency - Region 2 | Environmental Protection Agency | Attn: Bankruptcy Division<br>290 Broadway<br>New York NY 10007-1866 | | First Class Mail |
| Environmental Protection Agency | Environmental Protection Agency | Attn: General Counsel<br>Office Of General Counsel 2310A<br>1200 Pennsylvania Ave NW, 2310A<br>Washington DC 20460 | | First Class Mail |
| Counsel to the Official Committee of Unsecured Creditors | Genova Burns LLC | Attn: Daniel M. Stolz, Esq., Donald W. Clarke, Esq., Gregory S. Kinoian, Esq.<br>110 Allen Road, Suite 304<br>Basking Ridge NJ 07920 | dstolz@genovaburns.com<br>dclarke@genovaburns.com | Email |
| Interested Party | George J. Gerro, Esq. | Attn: George J. Gerro<br>530 S. Glenoaks Blvd.<br>Suite 200<br>Burbank CA 91502 | george@gerrolaw.com | Email |
| Interested Party | George S. Wynns | Attn: George S. Wynns<br>124 Brewster Street<br>San Francisco CA 94110 | georgewynns@gmail.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Gibbons P.C. | Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly<br>One Gateway Center<br>Newark NJ 07102 | rmalone@gibbonslaw.com<br>btheisen@gibbonslaw.com<br>kmcevilly@gibbonslaw.com | Email |
| Counsel to George J. Gerro | Gorski & Knowlton Pc | Attn: Carol L. Knowlton, Esquire<br>311 Whitehorse Avenue<br>Suite A<br>Hamilton NJ 08610 | cknowlton@gorskiknowlton.com | Email |
| Co-Counsel to Debtors | Haynes and Boone, LLP | Attn: J. Frasher Murphy, Jordan E. Chavez<br>2323 Victory Ave<br>Suite 700<br>Dallas TX 75219 | frasher.murphy@haynesboone.com<br>jordan.chavez@haynesboone.com | Email |
| Co-Counsel to Debtors | Haynes and Boone, LLP | Attn: Kenric D. Kattner, Kourtney P. Lyda, Re'Necia Sherald<br>1221 Mckinney Street<br>Suite 4000<br>Houston TX 77010 | kenric.kattner@haynesboone.com<br>kourtney.lyda@haynesboone.com<br>renecia.sherald@haynesboone.com | Email |
| Co-Counsel to Debtors | Haynes and Boone, LLP | Attn: Richard S. Kanowitz<br>30 Rockefeller Plaza<br>26th Floor<br>New York NY 10112 | richard.kanowitz@haynesboone.com | Email |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | Attn: Christopher R. Donoho III, Christopher R. Bryant,<br>Robert A. Ripin<br>390 Madison Ave<br>New York NY 10017 | robert.ripin@hoganlovells.com<br>chris.donoho@hoganlovells.com<br>chris.bryant@hoganlovells.com | Email |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | Attn: David P. Simonds, Esq., Edward J. McNeilly, Esq.<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles CA 90067 | david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com | Email |
| Counsel to Silvergate Bank | Holland & Knight LLP | Attn: Barbra R. Parlin<br>31 West 52Nd Street<br>New York NY 10019 | barbra.parlin@hklaw.com | Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to the Debtors | Kirkland & Ellis LLP | Attn: Alexander D. Mccamon<br>300 North Lasalle<br>Chicago IL 60654 | alexander.mccammon@kirkland.com | Email |
| Counsel to the Debtors | Kirkland & Ellis LLP | Attn: Christine A. Okike, Francis Petrie, Joshua Sussberg<br>601 Lexington Avenue<br>New York NY 10022 | christine.okike@kirkland.com<br>francis.petrie@kirkland.com<br>jsussberg@kirkland.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | McCARTER & ENGLISH, LLP | Attn: David J. Adler, joseph R. Scholz<br>Worldwide Plaza<br>825 Eighth Avenue, 31st Floor<br>New York NY 10019 | dadler@mccarter.com<br>jscholz@mccarter.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | McCARTER & ENGLISH, LLP | Attn: Lisa S. Bonsall<br>Four Gateway Center<br>100 Mulberry Street<br>Newark NJ 07102 | lbonsall@mccarter.com | Email |
| Counsel to New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gaston P. Loomis<br>300 Delaware Ave<br>Suite 1014<br>Wilmington DE 19801 | gloomis@mdmc-law.com | Email |
| Counsel to New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein<br>570 Broad Street<br>Newark NJ 07102 | jbernstein@mdmc-law.com | Email |
| Counsel to New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard<br>225 Liberty Street<br>36th Floor<br>New York NY 10281 | nleonard@mdmc-law.com | Email |
| Counsel to New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea<br>1300 Mt. Kemble Avenue<br>PO Box 2075<br>Morristown NJ 07962-2075 | vshea@mdmc-law.com | Email |
| Counsel to Marex Capital Markets Inc. formerly known as E D & F Man Capital Markets, Inc. | Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein<br>919 Third Avenue<br>New York NY 10022 | KRWalsh@mintz.com<br>TDoherty@mintz.com<br>DBaumstein@mintz.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild, III, Matthew C. Ziegler<br>1701 Market Street<br>Philadelphia PA 19103 | john.goodchild@morganlewis.com<br>matthew.ziegler@morganlewis.com | Email |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | Attn: Joshua Dorchak, David K. Shim<br>101 Park Avenue<br>New York NY 10178 | joshua.dorchak@morganlewis.com<br>david.shim@morganlewis.com | Email |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington DC 20036 | kcordry@naag.org | Email |
| Counsel to the State of Texas | Office of The Attorney General of Texas | Attn: Jason B. Binford and Roma N. Desai<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin TX 78711-2548 | roma.desai@oag.texas.gov<br>public.information@oag.state.tx.us | Email |
| TN Dept of Commerce and Insurance | Office of The Tennessee Attorney General | Attn: Bankruptcy Division<br>P.O. Box 20207<br>Nashville TN 37202-0207 | consumer.affairs@tn.gov<br>gina.hantel@ag.tn.gov | First Class Mail |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee | Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark NJ 07102 | Lauren.Bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov<br>USTPRegion03.NE.ECF@usdoj.gov | Email |
| State Attorney General | Pennsylvania Office of The Attorney General | Attn: Bankruptcy Department<br>Strawberry Square<br>16th Floor<br>Harrisburg PA 17120 | | First Class Mail |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street, Ste 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Headquarters | Securities and Exchange Commission | Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Scratch Services LLC | Severson & Werson, A Professional Corporation | Attn: Eleanor M. Roman, Donald H. Cram 595 Market Street Suite 2600 San Francisco CA 94105 | emr@severson.com dhc@severson.com | Email |
| State Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department P.O. Box 300152 Montgomery AL 36130-0152 | | First Class Mail |
| State Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department P.O. Box 110300 Juneau AK 99811-0300 | attorney.general@alaska.gov | Email |
| State Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department 2005 N Central Ave Phoenix AZ 85004-2926 | aginfo@azag.gov | Email |
| State Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department 323 Center St. Suite 200 Little Rock AR 72201-2610 | | First Class Mail |
| State Attorney General | State of California Attorney General | Attn: Bankruptcy Department P.O. Box 944255 Sacramento CA 94244-2550 | bankruptcy@coag.gov | Email |
| State Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department Ralph L. Carr Colorado Judicial Center 1300 Broadway, 10th Floor Denver CO 80203 | | First Class Mail |
| State Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department 165 Capitol Avenue Hartford CT 06106 | attorney.general@ct.gov denise.mondell@ct.gov | Email |
| State Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department Carvel State Office Bldg. 820 N. French St. Wilmington DE 19801 | attorney.general@state.de.us | Email |
| State Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department The Capitol, Pl 01 Tallahassee FL 32399-1050 | | First Class Mail |
| State Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department 40 Capital Square, SW Atlanta GA 30334-1300 | | First Class Mail |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department 425 Queen St. Honolulu HI 96813 | hawaiiag@hawaii.gov | Email |
| State Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department 700 W. Jefferson Street P.O. Box 83720 Boise ID 83720-1000 | | First Class Mail |
| State Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department 100 West Randolph Street Chicago IL 60601 | webmaster@atg.state.il.us | Email |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department 1305 E. Walnut Street Des Moines IA 50319 | webteam@ag.iowa.gov | Email |
| State Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department 120 SW 10th Ave., 2nd Floor Topeka KS 66612-1597 | | First Class Mail |
| State Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department 700 Capitol Avenue, Suite 118 Frankfort KY 40601 | | First Class Mail |
| State Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department P.O. Box 94095 Baton Rouge LA 70804-4095 | consumerinfo@ag.state.la.us | Email |
| State Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department 6 State House Station Augusta ME 04333 | | First Class Mail |
| State Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department 200 St. Paul Place Baltimore MD 21202-2202 | oag@oag.state.md.us | Email |
| State Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department One Ashburton Place Boston MA 02108-1698 | ago@state.ma.us | Email |
| State Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department G. Mennen Williams Building, 7th Floor 525 W. Ottawa St., P.O. Box 30212 Lansing MI 48909-0212 | miag@michigan.gov | Email |
| State Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department 1400 Bremer Tower 445 Minnesota Street St. Paul MN 55101-2131 | | First Class Mail |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200 P.O. Box 220<br>Jackson MS 39201 | | First Class Mail |
| State Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | attorney.general@ago.mo.gov | Email |
| State Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department<br>215 N Sanders, Third Floor<br>P.O. Box 201401<br>Helena MT 59620-1401 | contactdoj@mt.gov | Email |
| State Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | ago.info.help@nebraska.gov | Email |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701 | aginfo@ag.nv.gov | Email |
| State Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord NH 03301 | attorneygeneral@doj.nh.gov | Email |
| State Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department<br>Rj Hughes Justice Complex<br>25 Market Street P.O. Box 080<br>Trenton NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us | Email |
| State Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | | First Class Mail |
| State Attorney General | State of New York Attorney General | Attn: Bankruptcy Department<br>The Capitol<br>Albany NY 12224-0341 | | First Class Mail |
| State Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 | | First Class Mail |
| State Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | ndag@nd.gov | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | | First Class Mail |
| State Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department<br>313 NE 21st Street<br>Oklahoma City OK 73105 | | First Class Mail |
| State Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department<br>1162 Court Street NE<br>Salem OR 97301 | consumer.hotline@doj.state.or.us<br>david.hart@doj.state.or.us<br>anitjindal@markowitzherbold.com<br>harrywilson@markowitzherbold.com | Email |
| State Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department<br>150 South Main Street<br>Providence RI 02903 | | First Class Mail |
| State Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department<br>P.O. Box 11549<br>Columbia SC 29211-1549 | | First Class Mail |
| State Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department<br>1302 East Highway 14<br>Suite 1<br>Pierre SD 57501-8501 | consumerhelp@state.sd.us | Email |
| State Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department<br>P.O. Box 142320<br>Salt Lake City UT 84114-2320 | uag@utah.gov | Email |
| State Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department<br>109 State St.<br>Montpelier VT 05609-1001 | ago.bankruptcies@vermont.gov | Email |
| State Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department<br>900 East Main Street<br>Richmond VA 23219 | | First Class Mail |
| State Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia WA 98504-0100 | | First Class Mail |
| State Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | consumer@wvago.gov | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department<br>Wisconsin Department Of Justice<br>State Capitol, Room 114 East P.O. Box 7857<br>Madison WI 53707-7857 | | First Class Mail |
| State Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne WY 82002 | | First Class Mail |
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley,<br>Brian D. Glueckstein, Matthew J. Porpora<br>125 Broad Street<br>New York NY 10004 | dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>porporam@sullcrom.com | Email |
| Counsel to the Ad Hoc Committee of Wallet Account Holders | TROUTMAN PEPPER HAMILTON SANDERS LLP | Attn: Deborah Kovsky-Apap<br>875 Third Avenue<br>New York NY 10022 | deborah.kovsky@troutman.com | Email |
| Counsel to United States of America | U.S. Department of Justice – Civil Division Commercial Litigation Branch | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro<br>Ben Franklin Station<br>P.O. Box 875<br>Washington DC 20044-0875 | seth.shapiro@usdoj.gov | Email |
| Counsel to United States of America | U.S. Department of Justice Civil Division | Attn: Seth B. Shapiro<br>1100 L Street, NW<br>7th Floor - Room 7114<br>Washington DC 20005 | seth.shapiro@usdoj.gov | Email |
| State Attorney General | United States of America Attorney General | Attn: Bankruptcy Department<br>Us Dept Of Justice<br>950 Pennsylvania Ave NW<br>Washington DC 20530-0001 | | First Class Mail |
| State Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department<br>441 4th Street, NW<br>Washington DC 20001 | oag@dc.gov | Email |

## Exhibit B

## Exhibit B

Master Email Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Indenture Trustee | Ankura Trust Company, LLC, as Trustee for the Indenture Dated as of February 28, 2022 | james.mcginley@ankura.com |
| Counsel to Ge Song | Boyle & Valenti Law, P.C. | cboyle@b-vlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | rstark@brownrudnick.com kaulet@brownrudnick.com bsilverberg@brownrudnick.com |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | spalley@brownrudnick.com |
| Counsel to the Debtors | Cole Schotz P.C. | FYudkin@coleschotz.com RHollander@coleschotz.com Msirota@coleschotz.com |
| Counsel to the Official Committee of Unsecured Creditors | Genova Burns LLC | dstolz@genovaburns.com dclarke@genovaburns.com |
| Interested Party | George J. Gerro, Esq. | george@gerrolaw.com |
| Interested Party | George S. Wynns | georgewynns@gmail.com |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Gibbons P.C. | rmalone@gibbonslaw.com btheisen@gibbonslaw.com kmcevilly@gibbonslaw.com |
| Counsel to George J. Gerro | Gorski & Knowlton Pc | cknowlton@gorskiknowlton.com |
| Co-Counsel to Debtors | Haynes and Boone, LLP | frasher.murphy@haynesboone.com jordan.chavez@haynesboone.com |
| Co-Counsel to Debtors | Haynes and Boone, LLP | kenric.kattner@haynesboone.com kourtney.lyda@haynesboone.com renecia.sherald@haynesboone.com |
| Co-Counsel to Debtors | Haynes and Boone, LLP | richard.kanowitz@haynesboone.com |

Exhibit B

Master Email Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | robert.ripin@hoganlovells.com<br>chris.donoho@hoganlovells.com<br>chris.bryant@hoganlovells.com |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com |
| Counsel to Silvergate Bank | Holland & Knight LLP | barbra.parlin@hklaw.com |
| Counsel to the Debtors | Kirkland & Ellis LLP | alexander.mccammon@kirkland.com |
| Counsel to the Debtors | Kirkland & Ellis LLP | christine.okike@kirkland.com<br>francis.petrie@kirkland.com<br>jsussberg@kirkland.com |
| Counsel to the Official Committee of Unsecured Creditors | McCARTER & ENGLISH, LLP | dadler@mccarter.com<br>jscholz@mccarter.com |
| Counsel to the Official Committee of Unsecured Creditors | McCARTER & ENGLISH, LLP | lbonsall@mccarter.com |
| Counsel to New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | gloomis@mdmc-law.com |
| Counsel to New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | jbernstein@mdmc-law.com |
| Counsel to New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | nleonard@mdmc-law.com |
| Counsel to New Jersey Bureau of Securities | McElroy, Deutsch, Mulvaney & Carpenter, LLP | vshea@mdmc-law.com |
| Counsel to Marex Capital Markets Inc. formerly known as E D & F Man Capital Markets, Inc. | Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | KRWalsh@mintz.com<br>TDoherty@mintz.com<br>DBaumstein@mintz.com |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | john.goodchild@morganlewis.com<br>matthew.ziegler@morganlewis.com |

Exhibit B

Master Email Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | joshua.dorchak@morganlewis.com david.shim@morganlewis.com |
| National Association of Attorneys General | National Association of Attorneys General | kcordry@naag.org |
| Counsel to the State of Texas | Office of The Attorney General of Texas | roma.desai@oag.texas.gov public.information@oag.state.tx.us |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee | Lauren.Bielskie@usdoj.gov jeffrey.m.sponder@usdoj.gov USTPRegion03.NE.ECF@usdoj.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | secbankruptcy@sec.gov |
| Securities and Exchange Commission - Headquarters | Securities and Exchange Commission | secbankruptcy@sec.gov |
| Counsel to Scratch Services LLC | Severson & Werson, A Professional Corporation | emr@severson.com dhc@severson.com |
| State Attorney General | State of Alaska Attorney General | attorney.general@alaska.gov |
| State Attorney General | State of Arizona Attorney General | aginfo@azag.gov |
| State Attorney General | State of California Attorney General | bankruptcy@coag.gov |
| State Attorney General | State of Connecticut Attorney General | attorney.general@ct.gov denise.mondell@ct.gov |
| State Attorney General | State of Delaware Attorney General | attorney.general@state.de.us |
| State Attorney General | State of Hawaii Attorney General | hawaiiag@hawaii.gov |
| State Attorney General | State of Illinois Attorney General | webmaster@atg.state.il.us |
| State Attorney General | State of Iowa Attorney General | webteam@ag.iowa.gov |
| State Attorney General | State of Louisiana Attorney General | consumerinfo@ag.state.la.us |

Exhibit B

Master Email Service List

Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| State Attorney General | State of Maryland Attorney General | oag@oag.state.md.us |
| State Attorney General | State of Massachusetts Attorney General | ago@state.ma.us |
| State Attorney General | State of Michigan Attorney General | miag@michigan.gov |
| State Attorney General | State of Missouri Attorney General | attorney.general@ago.mo.gov |
| State Attorney General | State of Montana Attorney General | contactdoj@mt.gov |
| State Attorney General | State of Nebraska Attorney General | ago.info.help@nebraska.gov |
| State Attorney General | State of Nevada Attorney General | aginfo@ag.nv.gov |
| State Attorney General | State of New Hampshire Attorney General | attorneygeneral@doj.nh.gov |
| State Attorney General | State of New Jersey Attorney General | askconsumeraffairs@lps.state.nj.us |
| State Attorney General | State of North Dakota Attorney General | ndag@nd.gov |
| State Attorney General | State of Oregon Attorney General | consumer.hotline@doj.state.or.us<br>david.hart@doj.state.or.us<br>anitjindal@markowitzherbold.com<br>harrywilson@markowitzherbold.com |
| State Attorney General | State of South Dakota Attorney General | consumerhelp@state.sd.us |
| State Attorney General | State of Utah Attorney General | uag@utah.gov |
| State Attorney General | State of Vermont Attorney General | ago.bankruptcies@vermont.gov |
| State Attorney General | State of West Virginia Attorney General | consumer@wvago.gov |
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>porporam@sullcrom.com |
| Counsel to the Ad Hoc Committee of Wallet Account Holders | TROUTMAN PEPPER HAMILTON SANDERS LLP | deborah.kovsky@troutman.com |
| Counsel to United States of America | U.S. Department of Justice – Civil Division Commercial Litigation Branch | seth.shapiro@usdoj.gov |
| Counsel to United States of America | U.S. Department of Justice Civil Division | seth.shapiro@usdoj.gov |

## Exhibit B

Master Email Service List
Served via email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| State Attorney General | Washington DC Attorney General | oag@dc.gov |

## Exhibit C

Exhibit C
Insurance Service List
Served as set forth below

| ADDRESS ID | DESCRIPTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10292208 | ACE AMERICAN INSURANCE CO. (CHUBB) | ATTN: VIN MILANO | 5505 N. CUMBERLAND AVE | SUITE 307 / ATTN: BOX 10678 | CHICAGO | IL | 60656-1471 | | vin.milano@chubb.com | First Class Mail and Email |
| 10583733 | Aon Risk Solutions | Attn: President or General Counsel | The Aon Centre | The Leadenhall Building, 122 Leadenhall Street | London | | EC3V 4AN | England | | First Class Mail |
| 10292100 | ATLANTIC SPECIALTY INSURANCE COMPANY | Attn: President or General Counsel | 605 HIGHWAY 169 N | | PLYMOUTH | MN | 55441 | | | First Class Mail |
| 10292302 | AXIS INSURANCE | 111 SOUTH WACKER DRIVE | SUITE 3500 | | CHICAGO | IL | 60606 | | notices@axiscapital.com | First Class Mail and Email |
| 10292317 | AXIS INSURANCE COMPANY | ATTN: PAUL O'DONNELL | 111 SOUTH WACKER DRIVE | SUITE 3500 | CHICAGO | IL | 60606 | | paul.odonnell@axiscapital.com | First Class Mail and Email |
| 10292194 | AXIS INSURANCE COMPANY - A+ | 2345 GRAND BLVD | SUITE 900 | | KANSAS CITY | MO | 64108 | | notices@axiscapital.com | First Class Mail and Email |
| 10292197 | RELM INSURANCE LTD | ATTN: JOSEPH ZIOLKOWSKI | 20 CHURCH ST | SUITE 202 | HAMILTON | | HM 11 | BERMUDA | jziolkowski@relminsurance.com | First Class Mail and Email |
| 10583732 | Scott Bond Services, the Surety Broker | Attn: President or General Counsel | 1302 Old Graves Mill Road | | Lynchburg | VA | 24502 | | | First Class Mail |
| 10292203 | Scottsdale Insurance Company | Attn: President or General Counsel | 18700 North Hayden Rd | | Scottsdale | AZ | 85255 | | | First Class Mail |
| 10292195 | TRINET | ATTN: WHITNEY FERNANDEZ | ONE PARK PLACE | SUITE 600 | DUBLIN | CA | 94568 | | whitney.fernandez@trinet.com | First Class Mail and Email |
| 10292204 | WESTCHESTER SURPLUS LINES INSURANCE COMPANY | ONE NORTH FRANKLIN | SUITE 3500 | | CHICAGO | IL | 60606 | | | First Class Mail |

## Exhibit D

Exhibit D
Ordinary Course Professionals Service List
Served as set forth below

| ADDRESS ID | DESCRIPTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10583688 | Advokatfirmae Schjodt AS | Attn: Hanne Worsoee Garnes | Kongsgardbakken 3 PB 444 | | Savanger | | | Norway | | First Class Mail |
| 10583689 | Allen & Overy LLP | Attn: Lorna Dougan | 1 Bishops Sq | | London | | E1 6AD | United Kingdom | | First Class Mail |
| 10583690 | Bradley Arant Boult Cummings LLP | Attn: Michael Burke | One Federal Place, 1819 5th Avenue North | | Birmingham | AL | 35203 | | | First Class Mail |
| 10583691 | Brody and Browne LLP | Attn: Anna Browne | One Penn Plaza | | New York | NY | 10119 | | | First Class Mail |
| 10583692 | CFGI | 1 Lincoln Street, Suite 1301 | | | Boston | MA | 02111 | | | First Class Mail |
| 10583693 | CohnReznick LLP | 14 Sylvan Way, 3rd Floor | | | Parsippany | NJ | 07054 | | | First Class Mail |
| 10583694 | Conyers Dill and Pearman Limited | Attn: Jannika Smith | Clarendon House, 2 Church Street | | Hamilton | | HM 11 | Bermuda | | First Class Mail |
| 10583728 | Covington & Burling LLP | Attn: Ebill Admin | 2301 Tower C, Yintai Ctr No. 2 Jianguomenwai Dajie | | Beijing | | 22000 | China | | First Class Mail |
| 10583695 | Davis Polk & Wardwell LLP | Attn: Stanley Bazin | Av. Brigadeiro Faria Lima, 3900 | 11 andare - cj 1102 | Sao Paulo | | 04538-132 | Brazil | | First Class Mail |
| 10583696 | Downs Rachlin Martin PLLC | Attn: Joni Gingue | Courthouse Plaza, 199 Main Street, 6th Floor | | Burlington | VT | 5402 | | | First Class Mail |
| 10583697 | GermanolawLLC | Attn: Judith Germano | 460 Bloomfield Avenue | Suite 200 | Montclair | NJ | 07042 | | | First Class Mail |
| 10583698 | Grant Thornton | 757 3rd Avenue #9 | | | New York | NY | 10017-2013 | | | First Class Mail |
| 10583699 | Gunderson Dettmer Stough Villeneuve Franklin & Hachigian, LLP | Attn: Bryan Rosenberg | 201 S. Main Street, Suite 700 | | Ann Arbor | MI | 48104 | | | First Class Mail |
| 10583700 | Hodgson Russ LLP | Attn: Michele Torba | 140 Pearl St, Suite 100 | | Buffalo | NY | 14202 | | | First Class Mail |
| 10583701 | Hogan Lovells International LLP | Attn: Electronic Billing | Avenida Maisonnauve 22 | | Alicante | | 3003 | Spain | | First Class Mail |
| 10583702 | Holland & Knight LLP | Attn: Billing Team | Al Masaood Tower, Nissan Show Room, 7th Floor | Al Najda Street | | | 112738 | United Arab Emirates | | First Class Mail |
| 10583703 | Johnson Gardiner, Attorneys At Law | 51A St. Mary's Street | | | St. John's | | | Antigua | | First Class Mail |
| 10583704 | Katten Muchin Rosenman, LLP | Attn: Katten E-Billing | 111 Congress Avenue | | Austin | TX | 78701-4143 | | | First Class Mail |
| 10583729 | King & Spalding LLP | Attn: Amber Wills | Level 15 Al Sila Tower Abu Dhabi Global Market Sq | PO Box 130522 | Abu Dhabi | | | United Arab Emirates | | First Class Mail |
| 10583705 | KPMG | Dept 0511 | PO Box 120511 | | Dallas | TX | 75312-0511 | | | First Class Mail |
| 10583730 | Linklaters LLP | Attn: Adam Knight | Lvl 27 Al Sila Tower 1, Abu Dhabi Global Market Sq | PO Box 144970 | Abu Dhabi | | | United Arab Emirates | | First Class Mail |
| 10583706 | Linklaters Singapore Pte. Ltd. | Attn: Evelyn Hui | One George Street #17-01 | | Singapore | | 49145 | Singapore | | First Class Mail |
| 10583707 | Littler Mendelson, P.C. | Attn: Electronic Billing, Administrator | 6565 Americas Parkway NE, Suite 200 | | Albuquerque | NM | 87110 | | | First Class Mail |
| 10583708 | Luxor Data Services | Attn: Ethan Vera | 6965 El Camino Real 105 | | Carlsbad | CA | 92009 | | ethan@luxor.tech | First Class Mail and Email |
| 10583709 | Maynard, Cooper & Gale | Attn: Ragan Barker | 1901 6th Ave. North, Suite 1700 | | Birmingham | AL | 35203 | | | First Class Mail |
| 10583710 | McAfee & Taft A Professional Corporation | Attn: Sharon Selby | 211 North Robinson Ave | | Oklahoma City | OK | 73102 | | | First Class Mail |
| 10583711 | McLeod Law LLP | Attn: Karan Jones | 14505 Bannister Road SE | | Calgary | AB | T2X 3J3 | Canada | | First Class Mail |
| 10583712 | Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | Attn: Mintz Billing Support | One Financial Center | | Boston | MA | 02111 | | | First Class Mail |

Exhibit D
Ordinary Course Professionals Service List
Served as set forth below

| ADDRESS ID | DESCRIPTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10583713 | Morris Nichols Arsht & Tunnell | Attn: Derek Abbott | 1201 North Market Street, P.O. Box 1347 | | Wilmington | DE | 19899-1347 | | | First Class Mail |
| 10583714 | North River Global, LLC | 251 East 51st Street, Suite 8A | | | New York | NY | 10022 | | | First Class Mail |
| 10583715 | Osler Hoskin & Harcourt LLP | | P.O. Box 50, 1 First Canadian Place | | Toronto | ON | M5X 1B8 | Canada | | First Class Mail |
| 10583716 | Perkins Coie LLP | Attn: Electronic Billing Administrator Team | 1029 West Third Ave., Suite 300 | | Anchorage | AK | 99501 | | | First Class Mail |
| 10583717 | PKF O'Connor Davies LLP | 245 Park Avenue | | | New York | NY | 10167 | | | First Class Mail |
| 10583718 | Rath, Young and Pignatelli | Attn: Jeannine Bohi | One Capital Plaza | PO BOX 1500 | Concord | NH | 03302-1500 | | | First Class Mail |
| 10583719 | Richards and Company | Attn: Victoria Chambers | The Colony House, 41 Nevins Street | | St. John's | | | Antigua | | First Class Mail |
| 10583720 | Rose Law Firm (Little Rock) | Attn: Cathy Robinson | 120 East Fourth Street | | Little Rock | AR | 77201-2893 | | | First Class Mail |
| 10583721 | Simmons & Simmons | Attn: Ediz Ali | PO Box 79023 | | Amsterdam | | 1070 NB | Netherlands | | First Class Mail |
| 10583731 | Starn O'Toole Marcus & Fisher | Attn: Chantal Lactaoen | 733 Bishop Street, 19th Floor Pacific Guardian Ctr | Makal Tower | Honolulu | HI | 96813 | | | First Class Mail |
| 10583722 | Stoll Keenon Ogden, PLLC | Attn: Michelle Bryant | One Main Street, Suite 201 | | Evansville | IN | 47708 | | | First Class Mail |
| 10583723 | Sullivan & Cromwell LLP | Attn: Adela Ceron | 20th Floor, Alexander House, 18 Chater Road | | Hong Kong | | | Hong Kong | | First Class Mail |
| 10583724 | Walkers | Attn: Michael Rivers | 5th Floor, The Exchange Building | PO Box 506513, DIFC | Dubai | | | United Arab Emirates | | First Class Mail |
| 10583725 | Ward and Smith, P.A. | Attn: Sara Jones | 82 Patton Avenue | Suite 300 | Asheville | NC | 28802 | | | First Class Mail |
| 10583726 | White & Case LLP | Attn: Lisa Bottone | 16 Al Sila Tower | Abu Dhabi Global Market Square | Abu Dhabi | | | United Arab Emirates | | First Class Mail |

**<u>Exhibit E</u>**

Exhibit E

Taxing Authorities Service List

Served as set forth below

| ADDRESS ID | DESCRIPTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 10291720 | ALABAMA DEPARTMENT OF REVENUE | GORDON PERSONS BLDNG | 50 NORTH RIPLEY STREET | | MONTGOMERY | AL | 36104 | | First Class Mail |
| 10291721 | ALASKA DEPARTMENT OF REVENUE | STATE OFFICE BUILDING | 333 WILLOUGHBY AVENUE | 11TH FLOOR, P.O. BOX 110410 | JUNEAU | AK | 99811-0410 | | First Class Mail |
| 10291722 | ARIZONA DEPARTMENT OF REVENUE | 1600 W MONROE ST. | | | PHOENIX | AZ | 85007-2650 | | First Class Mail |
| 10291723 | ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION | 1509 WEST 7TH STREET | | | LITTLE ROCK | AR | 72201 | | First Class Mail |
| 10291724 | CALIFORNIA STATE BOARD OF EQUALIZATION | 15350 SHERMAN WAY 250 VAN NUYS | | | VAN NUYS | CA | 91406 | | First Class Mail |
| 10291725 | COLORADO DEPARTMENT OF REVENUE | 1375 SHERMAN ST. | | | DENVER | CO | 80261 | | First Class Mail |
| 10291726 | CONNECTICUT CONNECTICUT DEPARTMENT OF REVENUE SERVICES | 25 SIGOURNEY STREET | | | HARTFORD | CT | 06106 | | First Class Mail |
| 10291727 | DELAWARE DIVISION OF REVENUE | CARVEL STATE OFFICE BUILDING | 820 NORTH FRENCH STREET | NEW CASTLE COUNTY | WILMINGTON | DE | 19801 | | First Class Mail |
| 10291728 | FLORIDA DEPARTMENT OF REVENUE | 5050 WEST TENNESSEE STREET | | | TALLAHASSEE | FL | 32399-0100 | | First Class Mail |
| 10291729 | GEORGIA DEPARTMENT OF REVENUE | 1800 CENTURY CENTER BLVD., N.E. | | | ATLANTA | GA | 30345 | | First Class Mail |
| 10291730 | HAWAII DEPARTMENT OF TAXATION | DIRECTOR OF TAXATION, ROOM 221, DEPT OF TAXATION | 830 PUNCHBOWL STREET | | HONOLULU | HI | 96813-5094 | taxpayer.services@hawaii.gov | First Class Mail and Email |
| 10291731 | IDAHO STATE TAX COMMISSION | 800 PARK BLVD., PLAZA IV | | | BOISE | ID | 83712-7742 | | First Class Mail |
| 10291732 | ILLINOIS DEPARTMENT OF REVENUE | SUITE 1100 | 555 WEST MONROE | | CHICAGO | IL | 60661 | | First Class Mail |
| 10291733 | INDIANA DEPARTMENT OF REVENUE | 105 E. JEFFERSON BLVD. | STE. 350 | | SOUTH BEND | IN | 46601 | | First Class Mail |
| 10291734 | IOWA DEPARTMENT OF REVENUE AND FINANCE | PO BOX 10471 | | | DES MOINES | IA | 50306-0471 | | First Class Mail |
| 10291735 | KANSAS DEPARTMENT OF REVENUE | 915 SW HARRISON ST #300 | | | TOPEKA | KS | 66612 | | First Class Mail |
| 10291736 | KENTUCKY REVENUE CABINET | 501 HIGH STREET | | | FRANKFORT | KY | 40620 | | First Class Mail |
| 10291737 | LOUISIANA DEPARTMENT OF REVENUE | 617 NORTH THIRD STREET | | | BATON ROUGE | LA | 70821-0201 | | First Class Mail |
| 10291738 | MAINE REVENUE SERVICES | COMPLIANCE DIVISION | PO BOX 9107 | | AUGUSTA | ME | 04332-9107 | | First Class Mail |
| 10291739 | MARYLAND STATE COMPTROLLER | 80 CALVERT STREET | PO BOX 466 | | ANNAPOLIS | MD | 21404-0466 | mdcomptroller@comp.state.md.us | First Class Mail and Email |
| 10291740 | MASSACHUSETTS DEPARTMENT OF REVENUE | 436 DWIGHT STREET | | | SPRINGFIELD | MA | 01103 | | First Class Mail |
| 10291741 | MICHIGAN DEPARTMENT OF TREASURY | 430 W ALLEGAN ST | | | LANSING | MI | 48933 | | First Class Mail |
| 10291742 | MINNESOTA DEPARTMENT OF REVENUE | 600 NORTH ROBERT ST | | | ST. PAUL | MN | 55101 | | First Class Mail |
| 10291743 | MISSISSIPPI TAX COMMISSION | P.O. BOX 22808 | | | JACKSON | MS | 39225-2808 | | First Class Mail |
| 10291744 | MISSOURI DEPARTMENT OF REVENUE | HARRY S TRUMAN STATE OFFICE BUILDING | 301 WEST HIGH STREET | | JEFFERSON CITY, | MO | 65101 | | First Class Mail |
| 10291745 | MONTANA DEPARTMENT OF REVENUE | MITCHELL BUILDING, | 125 N. ROBERTS, | P.O. BOX 5805 | HELENA | MT | 59604-5805 | | First Class Mail |
| 10291746 | NEBRASKA DEPARTMENT OF REVENUE | NEBRASKA STATE OFFICE BUILDING | 301 CENTENNIAL MALL SOUTH | | LINCOLN | NE | 68508 | | First Class Mail |

Exhibit E

Taxing Authorities Service List

Served as set forth below

| ADDRESS ID | DESCRIPTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 10291747 | NEVADA DEPARTMENT OF TAXATION | 1550 COLLEGE PARKWAY | SUITE 115 | | CARSON CITY | NV | 89706 | | First Class Mail |
| 10291748 | NEW HAMPSHIRE DEPARTMENT OF REVENUE - ADMINISTRATION UNIT | 109 PLEASANT STREET | P.O. BOX 457 | | CONCORD | NH | 03302-0457 | | First Class Mail |
| 10291749 | NEW JERSEY DEPARTMENT OF TREASURY | P.O. BOX 002 | | | TRENTON | NJ | 08625-0002 | | First Class Mail |
| 10291750 | NEW MEXICO DEPARTMENT OF TAXATION AND REVENUE | 1100 SOUTH ST. FRANCIS DRIVE | | | SANTA FE | NM | 87504 | | First Class Mail |
| 10291751 | NEW YORK DEPARTMENT OF TAXATION & FINANCE | BANKRUPTCY SECTION, P.O. BOX 5300 | | | ALBANY | NY | 12205-0300 | | First Class Mail |
| 10291752 | NORTH CAROLINA DEPARTMENT OF REVENUE | PO BOX 25000 | | | RALEIGH | NC | 27640-0640 | | First Class Mail |
| 10291753 | NORTH DAKOTA STATE TAX DEPARTMENT | 600 E. BOULEVARD AVE. | | | BRISMARCK | ND | 58505-0599 | | First Class Mail |
| 10291754 | OHIO DEPARTMENT OF TAXATION | PO BOX 530 | | | COLUMBUS | OH | 43216-0530 | | First Class Mail |
| 10291755 | OKLAHOMA TAX COMMISSION | CONNORS BUILDING | 2501 NORTH LINCOLN BOULEVARD | | OKLAHOMA CITY | OK | 73194 | | First Class Mail |
| 10291756 | OREGON DEPARTMENT OF REVENUE | 955 CENTER ST NE | | | SALEM | OR | 97301-2555 | | First Class Mail |
| 10291757 | PENNSYLVANIA DEPARTMENT OF REVENUE | OFFICE OF CHIEF COUNSEL | PO BOX 281061 | | HARRISBURG | PA | 17128 | | First Class Mail |
| 10291758 | PUERTO RICO DEPARTMENT OF THE TREASURY | PO BOX 9024140 | | | SAN JUAN | PR | 00902-4140 | | First Class Mail |
| 10291759 | RHODE ISLAND DEPARTMENT OF REVENUE | ONE CAPITOL HILL | | | PROVIDENCE | RI | 02908 | | First Class Mail |
| 10291760 | SOUTH CAROLINA DEPARTMENT OF REVENUE | 300 OUTLET POINTE BLVD | STE A | | COLUMBIA | SC | 29210-5666 | | First Class Mail |
| 10291761 | SOUTH DAKOTA DEPARTMENT OF REVENUE | 445 E CAPITOL AVENUE | | | PIERRE | SD | 57501 | | First Class Mail |
| 10291762 | TENNESSEE DEPARTMENT OF REVENUE | 500 DEADERICK STREET, ANDREW JACKSON BUILDING | | | NASHVILLE | TN | 37242 | | First Class Mail |
| 10291763 | TEXAS DEPARTMENT OF REVENUE | CAPITOL STATION | P.O. BOX 13528 | | AUSTIN | TX | 78711-3528 | | First Class Mail |
| 10291764 | UTAH DEPARTMENT OF REVENUE | 210 NORTH 1950 WEST | | | SALT LAKE CITY | UT | 84134 | | First Class Mail |
| 10291765 | VERMONT DEPARTMENT OF TAXES | 133 STATE STREET | | | MONTPELLER | VT | 05602 | | First Class Mail |
| 10291766 | VIRGINIA DEPARTMENT OF REVENUE | VIRGINIA DEPARTMENT OF TAXATION OFFICE OF CUSTOMER SERVICE | P.O. BOX 1115 | | RICHMOND | VA | 23218-1115 | | First Class Mail |
| 10291767 | WASHINGTON DC OFFICE OF TAX AND REVENUE | 1101 4TH ST SW | STE 270 WEST | | WASHINGTON | DC | 20024 | taxhelp@dc.gov | First Class Mail and Email |
| 10291768 | WASHINGTON DEPARTMENT OF REVENUE | TAXPAYER ACCOUNT ADMINISTRATION | P.O. BOX 47476 | | OLYMPIA | WA | 98504-7476 | | First Class Mail |
| 10291769 | WEST VIRGINIA DEPARTMENT OF REVENUE | ATTN: LEGAL DIVISION | 1001 LEE STREET, EAST | | CHARLESTON | WV | 25301 | | First Class Mail |
| 10291770 | WISCONSIN DEPARTMENT OF REVENUE | CUSTOMER SERVICE BUREAU | P.O. BOX 8949 | | MADISON | WI | 53708-8949 | | First Class Mail |
| 10291771 | WYOMING DEPARTMENT OF REVENUE | 122 WEST 25TH STREET | 2ND FLOOR WEST | | CHEYENNE | WY | 82002-0110 | | First Class Mail |

**Exhibit F**

Exhibit F

Utilities Service List

Served as set forth below

| ADDRESS ID | DESCRIPTION | ADDRESS1 | ADDRESS2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 10292392 | AT&T | ATTN: PETER SAVULICH | PO BOX 6463 | CAROL STREAM | IL | 60197-6463 | ps9343@att.com | First Class Mail and Email |
| 10583734 | AT&T | Attn: President or General Counsel | 208 S Akard St | Dallas | TX | 75202 | | First Class Mail |
| 10292390 | COGENT COMMUNICATIONS | ATTN: JARED ROSWADOWSKY | 2450 N STREET, NW | WASHINGTON | DC | 20037 | jroswadowsky@cogentco.com | First Class Mail and Email |
| 10292391 | CROWN CASTLE | ATTN: MATT YAVORSKI | 2000 CORPORATE DRIVE | CANONSBURG | PA | 15317 | matt.yavorski@crowncastle.com | First Class Mail and Email |
| 10292393 | PAPERLESS INC. | ATTN: MEG HIRSCHFIELD | 115 BROADWAY, SUITE 120 | NEW YORK | NY | 10006 | meg@paperlesspost.com | First Class Mail and Email |

## Exhibit G

Exhibit G

Banks Service List

Served as set forth below

| ADDRESS ID | DESCRIPTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10292364 | BCB BANK | ISABELLE HEATLEY | 5 MERCHANT SQ | | LONDON | | W2 1AS | UNITED KINGDOM | isabelle@bcbgroup.io | First Class Mail and Email |
| 10292363 | CAPITAL UNION BANK | LUDOVIC CHECHIN-LAURANS | CUB FINANCIAL CENTER, LYFORD CAY | P.O. BOX AP 59223 | NASSAU | | | BAHAMAS | lcl@capitalunionbank.com | First Class Mail and Email |
| 10292365 | FOMOPAY | HUI MIN LOH | 138 ROBINSON RD | #18-02 | SINGAPORE | | 68906 | SINGAPORE | huimin.loh@fomopay.com | First Class Mail and Email |
| 10292362 | SIGNATURE BANK | DAVID DÂ€™AMICO | 565 FIFTH AVENUE | | NEW YORK | NY | 10017 | | ddamico@signatureny.com | First Class Mail and Email |
| 10292361 | SILICON VALLEY BANK | AMANDA STROBEL | 3003 TASMAN DR. | | SANTA CLARA | CA | 95054 | | fintecheast@svb.com | First Class Mail and Email |
| 10292360 | SILVERGATE | TED STEINGRABER | 4250 EXECUTIVE SQUARE | SUITE 300 | LA JOLLA | CA | 92037 | | ted.steingraber@blockfi.com | First Class Mail and Email |