**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BlockFi Inc., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 23, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on Illinois Department Of Revenue (ADRID: 10291732) Suite 1100, 555 West Monroe, Chicago IL 60661:

- Debtors' Motion For Entry Of Interim And Final Orders (I)Authorizing Debtors To Pay Certain Taxes And Fees And (II)Authorizing Financial Institutions To Honor And Processrelated Checks And Transfers Pursuant To Bankruptcy Code§§105(A), 363(B), 507(A)(8), And 541(D) [Docket No. 9]

- Interim Order Granting Debtors' Motion For Entry Of An Order (I) Authorizing Debtors To Pay Certain Taxes And Fees And (Ii) Authorizing Financial Institutions To Honor And Process Related Checks And Transfers Pursuant To Bankruptcy Code §§ 105(A), 363(B), 507(A)(8), And 541(D) [Docket No. 55]

- Notice Of Hearing [Docket No. 58]

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

Dated: January 31, 2023

/s/ *Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 31, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 66795