**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and
Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

## APPLICATION IN LIEU OF MOTION IN SUPPORT OF ENTRY OF CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER

TO:  HONORABLE MICHAEL B. KAPLAN
     Chief United States Bankruptcy Judge

The above-captioned debtors and debtors-in-possession (the "Debtors"), by and through their undersigned counsel, hereby submit this application in lieu of motion (the "Application"), pursuant to D.N.J. LBR 9021-1(b), seeking the approval and entry of the proposed *Confidentiality*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

65365/0001-44567256v2

*Stipulation and Protective Order* (the "Proposed Stipulation"),[2] a copy of which is attached hereto as **Exhibit 1**, and respectfully state as follows:

1. On November 28, 2022 (the "Petition Date"), the Debtors filed with the Court voluntary petitions for relief under the Bankruptcy Code (the "Chapter 11 Cases"). The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Joint administration of the Debtors' cases was authorized by the Court by entry of an order on November 29, 2022 [D.I. 42].

2. On December 21, 2022, the Office of the United States Trustee for the District of New Jersey appointed an Official Committee of Unsecured Creditors (the "Committee") pursuant to section 1102 of the Bankruptcy Code [D.I. 130, as amended at D.I. 131].

3. Since the Committee was appointed, and in furtherance of its duties to the Debtors' unsecured creditors, the Committee has requested that the Debtors provide diligence on a variety of matters. The Debtors are working to provide diligence materials to the Committee as promptly as possible, subject to the negotiation and execution of a confidentiality agreement to protect certain Confidential and Highly Confidential Discovery Material from public disclosure. Accordingly, the Debtors and the Committee negotiated the terms of the Proposed Stipulation to govern the exchange of Discovery Material in these Chapter 11 cases and related adversary proceedings. Both the Debtors and the Committee have executed the Proposed Stipulation and agreed to abide by its terms subject to Court approval.

4. This Application is submitted pursuant to D.N.J. LBR 9021-1(b) in lieu of a motion in support of the Debtors' request that the Court enter the Proposed Stipulation as presented. The

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Proposed Stipulation.

Debtors submit that the Proposed Stipulation is in the best interests of the Debtors and their estates as it will facilitate the prompt exchange and review of documents in all matters related to these chapter 11 cases, while maintaining the confidential nature of such documents and protecting these chapter 11 estates.

      5.      No previous application for the relief sought herein has been made to this or any other Court.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Stipulation and grant such other relief as the Court deems just and appropriate under the circumstances.

Dated: February 2, 2023

                Respectfully submitted,

                */s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and Debtors in Possession*