## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY (TRENTON)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
           :

**In re**                      :        **Chapter 11**

**BLOCKFI INC., *et al.,***     :        **Case No. 22-19361 (MBK)**

      **Debtors.[1]**        :        **(Jointly Administered)**
           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AMENDED[2] STATEMENT OF FINANCIAL AFFAIRS FOR BLOCKFI INC. (CASE NO. 22-19361)

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

[2]    This amended filing is only intended to supplement the original *Schedule of Assets and Liabilities* and *Statements of Financial Affairs*.

**Fill in this information to identify the case:**

Debtor name    **BlockFi Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY (TRENTON)

Case number (if known)    **22-19361**

■ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | Cole Schotz P.C.<br>25 Main Street<br>P.O. Box 800<br>Hackensack NJ 07602-0800 | | | |
| | | n/a | 11/21/2022 | $100,000.00 |
| | **Email or website address** | | | |
| | Email or website address<br>https://www.coleschotz.com/ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | n/a | | | |
| 11.2 | Cole Schotz P.C.<br>25 Main Street<br>P.O. Box 800<br>Hackensack NJ 07602-0800 | | | |
| | | n/a | 11/25/2022 | $101,494.50 |
| | **Email or website address** | | | |
| | Email or website address<br>https://www.coleschotz.com/ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | n/a | | | |

Debtor   **BlockFi Inc.**                                                     Case number (*if known*)   **22-19361**

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.3   Kroll Restructuring Administration LLC<br>55 East 52nd Street Floor 17<br>New York NY 10055 | n/a | 11/17/2022 | $150,000.00 |

**Email or website address**

Email or website address
www.kroll.com

**Who made the payment, if not debtor?**

n/a

| 11.4   Willis Towers Watson US LLC<br>525 Market Street<br>Suite 3400<br>San Francisco CA 94105 | n/a | 11/17/2022 | $75,000.00 |

**Email or website address**

Email or website address
www.wtwdataservices.com

**Who made the payment, if not debtor?**

n/a

| 11.5   Willis Towers Watson US LLC<br>525 Market Street<br>Suite 3400<br>San Francisco CA 94105 | n/a | 11/22/2022 | $100,000.00 |

**Email or website address**

Email or website address
www.wtwdataservices.com

**Who made the payment, if not debtor?**

n/a

| Debtor | **BlockFi Inc.** | Case number (*if known*) | **22-19361** |
| --- | --- | --- | --- |

---

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct

Executed on   **February 2, 2023**

**/s/ Mark Renzi**                                   **Mark Renzi**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Chief Restructuring Officer**

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

■ No
☐ Yes