## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

### AFFIDAVIT OF ADAM B. LEVIN REGARDING
### PUBLICATION OF SALE NOTICE

I, Adam B. Levin, being duly sworn, hereby certify that (a) I am Senior Account Executive at Miller Advertising Agency, Inc. and (b) I caused the Debtors' Notice titled *"NOTICE OF BIDDING PROCEDURES, POTENTIAL AUCTION, AND SALE HEARING"* to be published in the Legal Notices Section of *The Royal Gazette,* an English-language daily broadsheet newspaper based in Bermuda, in the issue dated Friday, February 3rd, 2023.

A copy of the newspaper tearsheet is attached.

X _____
(Signature)

_____
Sr. Acct. Exec.
(Title)

Sworn to before me this: 3rd day of February, 2023

_____
Notary Public

PETER EGLOFF
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 02, 2026

Friday, February 3, 2023     **The Royal Gazette**     Classified     Page 31

# EMPLOYMENT



**Full-Time Barista's**

Our client Artisan Boulangerie Ltd. is seeking a Full-Time Barista:

**Responsibilities include, but not limited to:**
- Greet guests in a warm and professional manner.
- Process orders in person on the register.
- Make sure beverages and baked goods are always stocked in the Front Of House.
- Work as one with the rest of the FOH team and help each other proactively as needed to accomplish tasks.
- Make sure the bakery is kept to the highest of standards in terms of cleanliness both in the sales area and the bathroom area.
- Work autonomously with minimal supervision.
- Ability to make a wide variety of specialty coffee a must.

**The successful candidates should possess the following:**
- Minimum 3 years of experience as a barista in coffee shops/bakeries.
- Experience having worked in French establishments preferred.

**Master Baker**

Our client Artisan Boulangerie Ltd. is seeking a Master Baker:

**Responsibilities include, but not limited to:**
- Baking a variety of French baked goods on premises daily (breads, viennoiseries, pastries) as well as other savory goods such as quiches/bagels/sandwiches.
- Organize baking schedule efficiently as to minimize waste and maximize output.
- Manage stocks efficiently and restock regularly.
- Making sure the bakery is kept to the highest of standards in terms of cleanliness in the production area.

**The successful candidates should possess the following:**
- Possess Minimum 10 years of baking experience focused on making French type breads, viennoiseries, pastries.
- Baking qualifications (French artisan baking preferred) or similar with a proven track record of ability to handle high volume of baking and a wide variety of products.
- Proven team leadership and strong interpersonal skills.
- Able to adhere to strict deadlines, must be a self-starter, confident, personable and prepared to work long hours as and when required.

Please send your CV & references to: info@acumengroup.com or Suite 340, 11 Bermudiana Road, Pembroke, HM08  Phone 400-6000

**Closing date:** February 10, 2023

---

## SALTUS

**Are you an educator who wants to make a real difference?**
Saltus has the following opportunity commencing September 2023

Saltus Grammar School (Saltus) is a high achieving, co-educational day school educating students between the ages of 4 and 18. The school (Saltus) is a leading independent school in Bermuda and enjoys an excellent reputation in the local and international community. The school has a Primary Department, which embraces the Foundation Year, the Lower Primary and the Upper Primary years, and a Secondary Department which includes Middle School (Years 7-9) and Senior School (Years 10 &11) and Saltus Graduate Years (SGY1, SGY2). The school's international curriculum blends the best of both UK and North American traditions, including its highly regarded Advanced Placement Programme. In addition to academic excellence, particular emphasis is placed on the all-round development of students.

**Classroom Assistant**

The successful candidate for this position will be responsible for assisting teachers both in the classroom and beyond, including assisting with the supervision of children on the playground before school, at recess, lunch time and after school.

**Candidates for this position:**
- Minimum of an Associate's Degree in Child Care or a similar field.
- Minimum of three years' experience in a Classroom Assistant role or similar, working with children at the Primary level.
- Must be licensed by or qualified to be licensed by the Bermuda Educators Council.
- A valid SCARS certification would be preferred.
- A valid First Aid/CPR/AED certification would be preferred.
- Must have proven ability/success in assisting students with learning in a differentiated classroom across the curriculum, by working with individuals, pairs and groups.
- Must be a strong team player, flexible and willing to assist with a variety of tasks related to student safety, achievement and progress.
- Must be a reliable, enthusiastic and caring team player with good communication and organizational skills.
- Must have a commitment to the principles of independent education and be willing to contribute to extracurricular activities and the broader life of the School.
- Must be committed to academic excellence and strive for positive relations with all students, parents and colleagues alike.
- Must demonstrate flexibility and adaptability to change.
- Must be able to thrive in a busy environment.
- Action Researcher.
- Sense of humor.
- Clean criminal record.

Candidates are requested to e-mail a cover letter and resume to the People and Culture Department at:

Email: Human.Resources@saltus.bm
Saltus Grammar School
P.O. Box HM 2224, Hamilton HM JX, Bermuda
Telephone: 441-292-6177

**CLOSING DATE: February 14, 2023**

For further information on Saltus Grammar School, please visit the school's website at www.saltus.bm

Saltus. Prepare to meet the world. www.saltus.bm

CAIS



---

# LEGALS

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:                                                                 Chapter 11
BLOCKFI INC., *et al.*,                                    Case No. 22-19361 (MBK)
                                                                        (Jointly Administered)
Debtors.[1]

**NOTICE OF BIDDING PROCEDURES, POTENTIAL AUCTION,**
**AND SALE HEARING**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") on November 28, 2022 (the "Petition Date").

**PLEASE TAKE FURTHER NOTICE** that on January 9, 2023, the Debtors filed a motion [Docket No. 226] (the "Motion") asking, among other things, the entry of an order approving (a) bidding procedures (the "Bidding Procedures") in connection with the proposed auction (the "Auction") and sale (the "Sale") of certain of the Debtors' Assets to one or more Successful Bidders, (b) the selection of a Stalking Horse Bidder and the payment of Bid Protections, in certain instances as set forth in the Bidding Procedures, and (c) scheduling dates and deadlines in connection with approval of the Sale (the "Sale Schedule") and the Debtors' Plan process (the "Confirmation Schedule").

**PLEASE TAKE FURTHER NOTICE** that on January 30, 2023, the Bankruptcy Court entered an order [Docket No. 441] (the "Bidding Procedures Order") granting certain of the relief sought in the Motion, including, among other things, approving the Bidding Procedures, the Sale Schedule, and the Confirmation Schedule.

**Contact Persons for Parties Interested in Submitting a Bid.** The Bidding Procedures set forth in detail the requirements for submitting Qualified Bids, and any person interested in making an offer to purchase the Debtors' equity and/or Assets **must** comply strictly with the Bidding Procedures. **Only Qualified Bids that are submitted in accordance with the Bidding Procedures will be considered by the Debtors.** Any persons interested in making an offer to purchase the Debtors' equity and/or Assets should contact: **(i) Investment Banker to the Debtors:** Moelis & Company LLC, 399 Park Avenue, 4th Floor, New York, New York 10022, Attn: Jared Dermont (jared.dermont@moelis.com), Mike DiYanni (michael.diyanni@moelis.com), Barak Klein (barak.klein@moelis.com), Brian Tichenor (brian.tichenor@moelis.com); **(ii) Counsel to the Debtors:** Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C. (jsussberg@kirkland.com), Christine A. Okike, P.C. (christine.okike@kirkland.com), Francis Petrie (francis.petrie@kirkland.com); and **(iii) Counsel to the Committee:** Brown Rudnick LLP, 7 Times Square, New York, New York 10036, Attn: Robert J. Stark (rstark@brownrudnick.com), Bennett S. Silverberg (bsilverberg@brownrudnick.com), Kenneth J. Aulet (kaulet@brownrudnick.com), Stephen D. Palley (spalley@brownrudnick.com).

**Obtaining Information.** Copies of the Bidding Procedures Order, the Bidding Procedures, and any other related documents are available upon request to Kroll Restructuring Administration LLC, by calling (888) 773-0375 (Toll-Free) or (646) 440-4371 (International) or by visiting https://restructuring.ra.kroll.com/blockfi.

**The Sale Schedule and Confirmation Schedule**

1. The deadline to submit a Qualified Bid (the "Bid Deadline") is **February 20, 2023, at 12:00 p.m., prevailing Eastern Time.**

2. The Auction for the Debtors' equity and/or Assets, if one is necessary, will commence on **February 28, 2023, at 10:00 a.m., prevailing Eastern Time**, at the offices of Moelis & Company LLC, 399 Park Avenue, 4th Floor, New York, New York 10022, or at such later time or other place as the Debtors will timely notify Qualified Bidders and the Stalking Horse Bidder, if any, the Committee, and the U.S. Trustee.

3. The deadline to file an objection with the Bankruptcy Court for the Sale is **March 16, 2023, at 4:00 p.m., prevailing Eastern Time** (the "Sale Objection Deadline").

4. A hearing to consider a Sale pursuant to section 363 of the Bankruptcy Code will be held before the Honorable Michael B. Kaplan of the Bankruptcy Court on **March 23, 2023, at 10:00 a.m., prevailing Eastern Time**, or such other date as determined by the Bankruptcy Court.

5. The Debtors will seek to file a Disclosure Statement on or by **April 3, 2023.**

6. The Debtors will seek to establish **May 1, 2023, at 4:00 p.m., prevailing Eastern Time** as the deadline to file an objection with the

Bankruptcy Court to the Disclosure Statement (the "Disclosure Statement Objection Deadline"). The notice of a hearing seeking approval of the Disclosure Statement will include the Disclosure Statement Objection Deadline.

7. The Debtors will seek to schedule a hearing to consider the adequacy of the Disclosure Statement, solicitation materials, and scheduling of dates related to confirmation of a Plan before the Honorable Michael B. Kaplan of the Bankruptcy Court on **May 8, 2023, at 10:00 a.m., prevailing Eastern Time**, or such other date as determined by the Bankruptcy Court. The order approving the Disclosure Statement will include the objection and voting deadlines with respect to confirmation of the Plan.

8. The Debtors will seek to establish **June 12, 2023, at 4:00 p.m., prevailing Eastern Time** as the deadline to vote to accept or reject the Plan (the "Voting Deadline") and file an objection with the Bankruptcy Court to confirmation of the Plan (the "Plan Objection Deadline"). The order approving the Disclosure Statement will include the Voting Deadline and the Plan Objection Deadline.

9. The Debtors will seek to schedule a hearing to consider confirmation of the Plan before the Honorable Michael B. Kaplan of the Bankruptcy Court on **June 19, 2023, at 10:00 a.m., prevailing Eastern Time**, or such other date as determined by the Bankruptcy Court.

**Filing Objections to the Sale, the Disclosure Statement, or the Plan.** Any objection to the Sale must (a) be in writing, (b) state with specificity the nature of such objection, (c) comply with the applicable provisions of the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the District of New Jersey, and any case management order entered by the Bankruptcy Court, and (d) be filed with the Clerk of the Bankruptcy Court by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts. gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and served upon, so as to be **actually received** on or prior to the Sale Objection Deadline, Disclosure Statement Objection Deadline, or Plan Objection Deadline, as applicable, by the following parties (i) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C. (jsussberg@kirkland.com), Christine A. Okike, P.C. (christine.okike@kirkland.com), and Francis Petrie (francis.petrie@kirkland.com); (ii) proposed co-counsel to the Debtors, Haynes and Boone LLP, 30 Rockefeller Plaza, 26th Floor, New York, New York 10112, Attn: Richard S. Kanowitz (richard.kanowitz@haynesboone.com); (iii) counsel to the Committee, Brown Rudnick LLP, 7 Times Square, New York, New York 10036, Attn: Robert J. Stark (rstark@brownrudnick.com), Bennett S. Silverberg (bsilverberg@brownrudnick.com), Kenneth J. Aulet (kaulet@brownrudnick.com), and Stephen D. Palley (spalley@brownrudnick.com); and (iv) the Office of the United States Trustee for Region 3, District of New Jersey, 1085 Raymond Boulevard, Suite 2100, Newark, NJ 07102, Attn: Lauren Bielskie and Jeffrey M. Sponder.

**Consequences of Failing to Timely File an Objection.** Any party or entity who fails to timely file an objection to the Sale, Disclosure Statement, or Plan on or before the Sale Objection Deadline, Disclosure Statement Objection Deadline or Plan Objection Deadline, as applicable, in accordance with the Bidding Procedures, shall be forever barred from asserting any objection to the Sale, Disclosure Statement, or Plan.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (8937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

[2] Capitalized terms used in this notice and not immediately defined have the meanings given to such terms in the Bidding Procedures (as defined herein).

[3] For the avoidance of doubt, nothing in this Notice shall be deemed to limit any approval or objection rights of the Bermuda Monetary Authority to the extent the Sale implicates any Assets of BlockFi International Ltd, which such Sale may also be subject to approval by the Bermuda Supreme Court.

# We've spotted...



# the best bargains here!



**Great deals are even easier to spot in The Royal Gazette!**

Contact our Sales Department at 295-5881

**The Royal Gazette**