UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

BLOCKFI INC., *et al.*,

Debtors.

Chapter 11

Case No. 22-19361 (MBK)

(Jointly Administered)

### AFFIDAVIT OF ADAM B. LEVIN REGARDING PUBLICATION OF BAR DATE NOTICE

I, Adam B. Levin, being duly sworn, hereby certify that (a) I am Senior Account Executive at Miller Advertising Agency, Inc. and (b) I caused the Debtors' Notice titled "*NOTICE OF BAR DATES FOR SUBMITTING PROOFS OF CLAIM AND CLAIMS UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE AGAINST THE DEBTORS*" to be published in the Legal Notices Section of *The Royal Gazette,* an English-language daily broadsheet newspaper based in Bermuda, in the issue dated Friday, February 3rd, 2023.

A copy of the newspaper tearsheet is attached.

X _____
(Signature)

Sr. Acct. Exec.
(Title)

Sworn to before me this: 3rd day of February, 2023

_____
Notary Public

PETER EGLOFF
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 02, 2026

# EMPLOYMENT

**I.A.C.S.** Immigration Advisory Consultancy Services, on behalf of our client, **D.T. Construction and Maintenance**, require **Top Grade Mason.** Must have a minimum of 5 years experience in all aspects of masonry, from laying out to detailed finish. Must also have experience in reading blueprints and drawings to determine specifications for commercial and residential projects, be self supervised and finish all jobs in a timely manner. All applicants must be reliable, honest, have own transportation and be able to work overtime as required. The company maintains a drug free workplace.

**JMS General Contractor** require **Top Grade Mason**. Must have a minimum of 5 years experience in all aspects of masonry, from laying out to detailed finish. Must also have experience in reading blueprints and drawings to determine specifications for commercial and residential projects, be self supervised and finish all jobs in a timely manner. All applicants must be reliable, honest, have own transportation and be able to work overtime as required. The company maintains a drug free workplace.

Applicants may apply with up-dated resume, employment references and current police clearance to: Immigration Advisory Consultancy Services, P.O. Box HM 1852, Hamilton HMHX. Email: **iacsbda@gmail.com**. Phone: 400-4452.

Closing Date: February 10, 2023



## JUNIOR FASHION BUYER

**Job Summary**
Gibbons Company Limited is seeking a Junior Fashion Buyer reporting directly to the Senior Fashion Buyer. The successful candidate will have working experience working in the fast paced and demanding Women's ready to wear international market or similar educational experience.

**Job Responsibilities**
- Range planning and trend forecasting with direction from Senior Buyer. Ensuring that the company is always in stock of basic replenishment items, whilst staying in line with the budget.
- Ensure right mix of product and maintain awareness of competitors positioning both locally and internationally
- Interpret and react to customer and business trends by utilizing analytical tools through the inventory management system, marketing, and the web
- Create accurate and detailed purchase orders in Excel preventing any delay in item availability for PO entry, with the intent of them being utilized cross-functionally
- Track order shipments ensuring all documents and invoices are available to prevent shipping/ delivery delays
- Update Open to Buy spreadsheets on a weekly basis to ensure adequate inventory levels that can achieve sales goals
- Upload monthly markdowns of older inventory and any store promotions
- Communicate buys/strategies internally to all relevant teams, including marketing and web
- Maintain and develop best position with vendors
- Schedule and attend Buying Appointments, both virtual and in-person, and assist Buyer with selections
- Be enthusiastic and able to work extended hours were needed to complete time sensitive administrative tasks
- Work on the sales floor from time to time performing a variety of tasks, including but not limited to customer service, replenishment, recovery, merchandising, general floor maintenance

**Educational Requirements:**
- Minimum Education: Bachelor's Degree in Fashion, Business, or Marketing, or similar work experience in related field.
- Proficiency in MS Excel and MS Word
- Proficiency in Email, Social Media, and Website data extraction
- Proficient in keyboarding, with proven capabilities for large volumes of data entry.
- Proven ability to work in Industry centric software programs

Interested applicants should apply to:
**Human Resources Department**
Email: careers@gibbons.bm    **Closing date:** Friday, February 17th 2023



requires a
### Criminal, Civil and Regulatory Law Practitioner

**Trott & Duncan Limited is seeking qualified persons to fill the above position.** Duties of the position will include:

- Providing general advice to local and international clients with respect to criminal, corporate crime, fraud, money laundering, civil and regulatory legal matters;
- Advising on whether or not regulatory prosecutions should be undertaken;
- Advising on whether or not civil actions of a regulatory nature should be commenced;
- Preparing and presenting complicated cases for trial in the Supreme Court and the Court of Appeal of Bermuda;
- Liaising with client, counsel and other legal practitioners;
- Providing a high caliber of oral and written submissions in all courts

**Applicants must possess the following qualifications:-**

- A recognized Commonwealth qualification and admission to practice law;
- A minimum of seven (7) years' post qualification experience in the areas of law referenced above;
- Experience working in multiple international common law jurisdictions is preferred;
- Proven record of productivity and ability to meet targets;
- Be well organized and have excellent communication skills, both verbal and written;
- Able to deal and communicate effectively with clients and across the Firm;
- Strong Microsoft Office skills.

**Written applications should be addressed in confidence to:-**

Trott & Duncan Limited
PO Box HM 2094, Hamilton HM
HX, Bermuda, Attn: Human
Resource Fax: (441) 296 5086
E-mail: hr@td.bm

**Closing Date: February 10, 2023**

# LEGALS

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

In re:    Chapter 11
BLOCKFI INC., et al.,    Case No. 22-19361 (MBK)
Debtors.[1]    (Jointly Administered)

**NOTICE OF BAR DATES FOR SUBMITTING PROOFS OF CLAIM AND CLAIMS UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE AGAINST THE DEBTORS**

**PLEASE TAKE NOTICE THAT** the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") has entered an order [Docket No. 440] (the "Bar Date Order") establishing **5:00 p.m. prevailing Eastern Time on March 31, 2023** (the "General Claims Bar Date"), as the last date for each person or entity (including individuals, partnerships, corporations, joint ventures and trusts) to submit a Proof of Claim against any of the Debtors listed below (collectively, the "Debtors"). A copy of the Bar Date Order, and any exhibits thereto are available (i) at the Debtors' expense upon request to Kroll Restructuring Administration LLC (the noticing and claims agent retained in these Chapter 11 Cases), by calling (888) 773-0375 for callers in the United States or by calling (646) 440-4371 for callers outside the United States, (ii) for no charge by visiting the Debtors' restructuring website at https://restructuring.ra.kroll.com/blockfi, or (iii) for a fee via PACER by visiting http://ecf.njb.uscourts.gov.

The Bar Date Order requires that all entities (collectively, the "Claimants") holding or wishing to assert a Claim that arose or is deemed to have arisen prior to November 28, 2022 (the "Petition Date"), against the Debtors ("Claims") to submit a Proof of Claim so as to be **actually received** by the Notice and Claims Agent (the "Notice and Claims Agent") on or before the applicable bar date (collectively, the "Bar Dates") as set forth below. None of the Bar Dates described herein apply to any governmental unit. Pursuant to section 502(b)(9) of the Bankruptcy Code, all governmental units shall have at least one-hundred and eighty days from the commencement of these Chapter 11 Cases to submit Claims against the Debtors.

**Debtor Name, Last Four Digits of Tax Identification Number, Case Number:** BlockFi Inc., 0015, 22-19361; BlockFi Trading LLC, 2487, 22-19363; BlockFi Lending LLC, 5017, 22-19365; BlockFi Wallet LLC, 3231, 22-19366; BlockFi Ventures LLC, 9937, 22-19367; BlockFi International Ltd., 2233, 22-19368; BlockFi Investment Products LLC, 2422, 22-19370; BlockFi Services, Inc., 5965, 22-19371; BlockFi Lending II LLC, 0154, 22-19374.

**General Claims Bar Date** (Applicable to 503(b)(9) Claims). All Claimants holding or wishing to assert a Claim must submit a Proof of Claim with respect to such Claim so as to be **actually received** by the Notice and Claims Agent by **March 31, 2023, at 5:00 p.m. prevailing Eastern Time** (the "General Claims Bar Date"), including parties asserting Claims pursuant to section 503(b)(9) of the Bankruptcy Code.

**Governmental Bar Date.** All governmental units holding or wishing to assert a Claim against the Debtors arising (or deemed to arise) before the Petition Date (whether secured, unsecured priority or unsecured non-priority) must submit a Proof of Claim so as to be **actually received** by the Notice and Claims Agent by **May 30, 2023, at 5:00 p.m. prevailing Eastern Time** (the "Governmental Bar Date").

**Supplemental Bar Date.** In the event the Debtors amend or supplement their Schedules, the Debtors shall give notice of any such amendment to the holders of any Claim affected thereby, and such holders shall submit their Claims by the later of (a) the applicable Bar Date and (b) **5:00 p.m. prevailing Eastern Time on the date that is thirty calendar days** after such person or entity is served with notice that the Debtor has amended its Schedules in a manner that affects such person or entity (any such date, a "Supplemental Bar Date").

**Rejection Bar Date.** If you have a Claim arising from the rejection of an executory contract or unexpired lease, you must submit a Proof of Claim based on such rejection on or before the later of (a) the General Claims Bar Date and (b) any date the Court may fix in the applicable order authorizing such rejection and, if no such date is provided, thirty calendar days from the date of entry of such order (the "Rejection Bar Date"). The Debtors will provide notice of the Rejection Bar Date to the contract or lease counterparty whose contract or lease is being rejected at the time the Debtors reject any executory contract or unexpired lease.

**When and Where To Submit.** Each Proof of Claim, including supporting documentation, must be submitted so that the Notice and Claims Agent *actually receives* the Proof of Claim on or before the applicable Bar Date by: (i) electronically using the interface available on the Notice and Claims Agent's website at https://restructuring.ra.kroll.com/blockfi, (ii) first-class U.S. Mail, which Proof of Claim must include an original signature, at the following address: BlockFi Claims Processing Center, c/o Kroll Restructuring Administration LLC, Grand Central Station, PO Box 4850, New York, NY 10163-4850, or (iii) overnight mail, or other hand-delivery system, which Proof of Claim must include an original signature, at the following address: BlockFi Claims Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

**PROOFS OF CLAIM MUST BE SUBMITTED BY MAIL, BY HAND, OR THROUGH THE NOTICE AND CLAIMS AGENT'S WEBSITE. PROOFS OF CLAIM SUBMITTED BY FACSIMILE OR ELECTRONIC MAIL WILL NOT BE ACCEPTED AND WILL NOT BE DEEMED TIMELY SUBMITTED.**

**Contents of Proofs of Claim.** Each Proof of Claim must: (i) be written in English; (ii) set forth (A) for any Claim based on cryptocurrency(ies) held in an account on the Debtors' platform, the number of units of each cryptocurrency held in such account and the type of account[2] and (B) in the case of any other Claim, the amount of such Claim denominated in United States dollars; (iii) conform substantially with the Proof of Claim Form provided by the Debtors or Official Form 410; (iv) be signed or electronically transmitted through the interface available on the Notice and Claims Agent's website at https://restructuring.ra.kroll.com/blockfi by the Claimant or by an authorized agent or legal representative of the Claimant; and (v) unless otherwise consented to by the Debtors in writing, include supporting documentation unless voluminous, in which case a summary must be attached or an explanation provided as to why documentation is not available.[3] **Please note** that each Proof of Claim must specify by name and case number the Debtor against which the Claim is submitted by selecting the applicable Debtor at the top of the proposed Proof of Claim Form. A Proof of Claim submitted under Case No. 22 19361 or that does not identify a Debtor will be deemed as submitted only against BlockFi Inc. A Proof of Claim that names a subsidiary Debtor but is submitted under Case No. 22 19361 will be treated as having been submitted against the subsidiary Debtor with a notation that a discrepancy in the submission exists. The failure to select the correct Debtor on the Proof of Claim Form alone is not a basis to object to the allowability of the Claim; *provided* that the asserted Claim is otherwise acceptable in all respects and complies with the terms of this Bar Date Order such that the Claim would have been allowed if not for the failure to select the correct Debtor on the Proof of Claim Form.

**Section 503(b)(9) Claims.** Vendors and suppliers of goods may be entitled to request an administrative priority Claim under section 503(b)(9) of the Bankruptcy Code to the extent they delivered, and the Debtor received, goods within the twenty-day period prior to the Petition Date. The Court has deemed the submission of a Proof of Claim as satisfying the procedural requirements for asserting such a Claim under section 503(b)(9) of the Bankruptcy Code. In addition to the other requirements listed above, any Proof of Claim asserting a 503(b)(9) Claim must (i) include the value of the goods delivered to and received by the Debtors in the twenty days prior to the Petition Date; (ii) attach any documentation identifying the particular invoices for which the 503(b)(9) Claim is being asserted; (iii) attach documentation of any reclamation demand made against the Debtors under section 546(c) of the Bankruptcy Code (if applicable); and (iv) set forth whether any portion of the 503(b)(9) Claim was satisfied by payments made by the Debtors.

**Consequences of Failing to Timely Submit Your Proof of Claim.** Any Claimant who is required, but fails, to submit a Proof of Claim in accordance with the Bar Date Order on or before the applicable Bar Date shall be forever barred, estopped, and enjoined from asserting such Claim against the Debtors (or submitting a Proof of Claim with respect thereto). In such event, the Debtors' property shall be forever discharged from any and all indebtedness or liability with respect to such Claim, and such holder shall not be permitted to vote to accept or reject any plan of reorganization filed in these chapter 11 cases or participate in any distribution on account of such Claim or receive further notices regarding such Claim.[4]

**Reservation of Rights.** Nothing contained in this notice is intended to or should be construed as a waiver of the Debtors' right to: (a) dispute, or assert offsets or defenses against, any submitted Proof of Claim or any Claim listed or reflected in the Schedules as to the nature, amount, liability, or classification of such Claims; (b) subsequently designate any scheduled Claim as disputed, contingent, or unliquidated; and (c) otherwise amend or supplement the Schedules.

**Additional Information.** If you have any questions regarding the Claims process and/or if you wish to obtain a copy of the Bar Date Order (which contains a more detailed description of the requirements for submitting Proofs of Claim), a Proof of Claim form, or related documents, you may do so by visiting the Debtors' restructuring website at https://restructuring.ra.kroll.com/blockfi or contacting the Notice and Claims Agent by calling (888) 773-0375 for callers in the United States or by writing to the following address: BlockFi Claims Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232. Please note that the Notice and Claims Agent cannot advise you regarding how to submit, or whether you should submit, a Proof of Claim.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

[2] For the avoidance of doubt, all Claims for cryptocurrency held by any holder must clearly indicate: (a) each type of cryptocurrency held, (b) the number of units of each cryptocurrency held, and (c) the type of account (Wallet, Interest Bearing Account, and/or Loan Account).

[3] Supporting documentation may include, but is not limited to, a .csv report of the claimant's account with the Debtors.

[4] For the avoidance of doubt, in the event that BlockFi International Ltd. enters into a full liquidation proceeding in Bermuda such that a separate adjudication process becomes necessary, notwithstanding anything contained herein, holders of Claims against BlockFi International Ltd. shall not be automatically barred from asserting such Claims against BlockFi International Ltd. in such liquidation proceedings without further order of the Supreme Court of Bermuda.



"I'm looking for commitment!"

Need a *tenant?*

List it on eMoo!

emoo.bm  @emoo.bermuda