**EXHIBIT B**
**(<u>Adler Declaration</u>)**

McCARTER & ENGLISH, LLP
David J. Adler
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
dadler@mccarter.com
*Proposed Efficiency Counsel to*
*Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Case No. 22-19361 (MBK) |
| BLOCKFI INC., et al.[1] | Judge Michael B. Kaplan |
| | Chapter 11 |
| Debtors. | Jointly Administered |

**DECLARATION OF DAVID J. ADLER IN SUPPORT OF APPLICATION
FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
McCARTER & ENGLISH, LLP AS EFFICIENCY COUNSEL FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
BLOCKFI INC., ET AL., EFFECTIVE AS OF DECEMBER 29, 2022**

I, David J. Adler, declare under the penalty of perjury:

1.          I am an attorney admitted to practice in the State of New York and am a member of the law firm of M&E LLP ("**M&E**"), resident in M&E's New York office at 825 8th Avenue, Worldwide Plaza, New York, New York 10019.

2.          I submit this Declaration (the "**Declaration**") in support of the Application[2] of the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the above-captioned cases (the "**Cases**") for entry of an order, pursuant to sections 328 and 1103(a) of

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Rule 2014-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), authorizing and approving the retention and employment of M&E as counsel to the Committee in connection with these Cases, effective as of December 29, 2022.

3.        Except as otherwise indicated herein, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

## M&E'S QUALIFICATIONS AND EXPERIENCE

4.        M&E is well-qualified to represent the Committee in these Cases. Among other reasons for selection, M&E has a deep bankruptcy bench as well as meaningful experience with and expertise in cryptocurrency and digital assets.  engagements in large Chapter 11 cases, and we are known for passionate and zealous advocacy on behalf of Official Committees.  In addition to its attorneys with decades of experience in restructuring, M&E has a large and well-respected litigation group at the Committee's disposal.

5.        To address the scope of the work involved in representing the interests of the Committee and to manage professional fees and expenses in these Cases, the Committee has determined to retain Brown Rudnick LLP as lead counsel, M&E as efficiency counsel and Genova Burns LLC, as local counsel.  M&E and the other law firms retained as counsel to the Committee will work in an integrated and coordinated manner to avoid any unnecessary duplication of effort and to ensure the Committee obtains the benefit of each Committee advisor's collective experience both generally and specifically as to each firm's specialized focus.

### <u>**M&E'S CONNECTIONS IN THESE CASES**</u>

6. In connection with the Committee's proposed retention of M&E, I directed M&E staff to conduct a review (the "**<u>Connections Check</u>**") of M&E's connections (as such term is used in Bankruptcy Rule 2014(a)) to identify the parties relevant to this Declaration and to ascertain M&E's connections to certain parties. The Conflicts Department performed an examination and comparison of the following categories of entities who may be parties-in-interest in these Cases:

 (a) Debtors & Affiliates;
 (b) Current and Former Directors & Officers;
 (c) Equity Holders;
 (d) Bankruptcy Professionals;
 (e) Banks;
 (f) Custodians;
 (g) Exchanges / Marketplaces;
 (h) Government, Taxing Authorities, and Regulatory Agencies;
 (i) Indenture Trustee;
 (j) Insurance;
 (k) Joint Provisional Liquidators;
 (l) JV Partners;
 (m) Litigation Counterparties;
 (n) Loan Counterparties;
 (o) Non-Debtor Professionals;
 (p) Notice of Appearance Parties;
 (q) Ordinary Course Professionals;
 (r) Potential M&A Transaction Counterparties;
 (s) Significant Vendors;
 (t) Top 50 Unsecured Creditors;
 (u) US Trustee Personnel, Judges, and Court Contacts for the District of New Jersey; and
 (v) Utilities.

7. The list of parties checked in accordance with the foregoing categories (collectively, the "**<u>Case Parties</u>**") is attached hereto as <u>Schedule 1</u>.[2] For the

---

[2] BlockFi has a significant number of individual clients. Because of the number of individual Case Parties and the relative difficulty identifying whether the searched Case Party is the same person as the individual flagged by M&E's conflict database, our disclosures are limited to individual Case Parties identified on <u>Schedule 1</u> that are the Debtors' current or former directors and officers.

purposes of these Cases, only potential connections that existed as of January 24, 2023, shortly before the submission of this Declaration, were checked. These connections were then reviewed to identify any relationship that would need to be disclosed in accordance with Bankruptcy Rule 2014.

8.      The Connections Check performed by M&E included an email circulated to all M&E attorneys alerting all professionals at M&E to identify any connections with the Case Parties. As part of this circulation, the recipients were also requested to identify: (a) any connections to the U.S. Trustee or any person employed in that office, and (b) their direct holding of any claims against or interests in the Debtors (including whether any recipient was ever a customer, client, or loan counterparty to the Debtors).

9.      A summary of the results of the Connections Check is annexed hereto as Schedule 2 (the "**Connections List**"). To the best of my knowledge after diligent inquiry, neither M&E, any member of M&E, nor any attorney associated with or employed by M&E, has any "connection," as such term is used in Bankruptcy Rule 2014(a), with the Debtors herein, their creditors, any other party-in-interest herein, their respective attorneys or accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except to the extent set forth in Schedule 2 or as follows:

- In August 2022, M&E was engaged to provide legal services to an ad hoc Group of Borrowers in the Bankruptcy of *In re Celsius*, Bankruptcy Court for the Southern District of New York, Case No. 22-10964 (MG).

- From December 18, 2022 to December 27, 2022, M&E represented an individual who was a member of the Official Committee of Unsecured Creditors of FTX. After the FTX Committee was formed and, prior to its engagement by the BlockFi Committee, M&E terminated its representation of that individual.

10.     Notwithstanding any "connection" set forth in Schedule 2 and except as set

forth herein, to the best of my knowledge, any "connection" of M&E to the identified entities are

limited to matters unrelated to the Debtors.

11.    In addition to the aforementioned connections, M&E has the additional

potential connections to the entities (or their affiliates) identified in <u>Schedule 1</u> and the Court:

      a.    M&E appears in cases, proceedings, and transactions involving numerous attorneys, accountants, and financial advisors, some of which may represent the Debtors, creditors, or parties-in-interest, or themselves be creditors or parties-in-interest in these Cases. M&E has not and will not represent any of these creditors, investors, potential acquirers, parties-in- interest, attorneys, financial advisors, accountants, or any other entity in connection with these Cases.

      b.    M&E represents many investors, financial institutions, and other persons or entities that may become creditors or parties-in-interest in these Cases. M&E has not and will not represent any of these investors, financial institutions, or other creditors or parties-in-interest in connection with these Cases.

      c.    M&E regularly appears in cases before the United States Bankruptcy Court for the District of New Jersey.

12.    None of the M&E existing clients noted in <u>Schedule 2</u> accounted for more

than 1% of M&E's gross revenues for the past twelve (12) months.

13.    M&E will file appropriate supplemental disclosure(s) with the Court to the

extent that additional information concerning any connections is developed.

14.    Notwithstanding the above, I believe that M&E is a disinterested person and

does not hold or represent an interest adverse to the Debtors' estates with respect to the matters for

which M&E is to be employed, as required by Bankruptcy Code section 328(c).

## **PROFESSIONAL COMPENSATION**

15.    Subject to this Court's approval, and in accordance with section 330(a) of

the Bankruptcy Code and any orders of the Court, M&E will charge for its legal services as

counsel to the Committee on an hourly basis in accordance with its ordinary and customary hourly

rates in effect on the date such services are rendered, and for its actual, reasonable and necessary out-of-pocket disbursements incurred in connection therewith.

16.      My hourly rate is currently $900.00.  Other attorneys and paraprofessionals will assist with these Cases as needed.  As of the date hereof, the hourly rates of other M&E professionals are in the following ranges:

| **Professional** | **Rate Per Hour** |
| --- | --- |
| Partners | $500-$1,100 |
| Counsel/Of Counsel | $520-$950 |
| Associates | $340-$550 |
| Paralegals | $150-$360 |

17.      The hourly rates set forth above are M&E's general hourly rates for work of this nature and are consistent with the customary compensation charged by comparably skilled attorneys at M&E in similar matters, including non-bankruptcy matters.

18.      M&E periodically reviews and, if appropriate, increases its hourly rates. M&E will provide at least 10 business days' notice to the Committee, the Debtors, and the U.S. Trustee prior to any increases in the rates set forth in this Declaration and will file such notice with this Court.

19.      M&E has advised the Committee that it intends to seek compensation for all time and expenses associated with the preparation of this application to retain M&E and related documents, and the preparation of monthly, interim or final fee applications for M&E.  It will not bill for the defense of any fee applications.  M&E will bill any non- working travel time at 50% of the actual time incurred.

20.      In addition, M&E requests that it be reimbursed for any actual and

necessary expenses incurred in representing the Committee, including, but not limited to, business meals, photocopies, courier service, computer assisted research, docket and court filing fees, mail and express mail charges, messenger charges, document processing, telecommunications, travel, court reporting charges, and any other non-ordinary overhead expense such as overtime for secretarial personnel and other staff and any other incidental costs advanced by M&E specifically for the representation of the Committee, in a manner and at rates consistent with charges made generally to M&E's other clients. Photocopies and similar copies will be billed at a reduced rate of $0.10 per page.

21.     M&E has not agreed to share: (a) any compensation it may receive with another party or person, other than with the Partners, Counsel and Associates of M&E; or (b) any compensation another person or party has received or may receive in connection with these Cases.

22.     M&E has not received a retainer in connection with these Cases.

23.     M&E intends to work closely with the Committee's representatives and the other professionals to ensure that there is no unnecessary duplication of services performed or charged to the Debtors' estates.

## AFFIRMATIVE STATEMENT OF DISINTERESTEDNESS

24.     Based upon the information available to me, and except as otherwise described herein, M&E holds no interest adverse to the Debtors, its estates, or any class of creditors or equity holders as to the matters in which it is to be employed. I know of no reason why M&E cannot act as counsel to the Committee.

## STATEMENT REGARDING U.S. TRUSTEE GUIDELINES

25.     The following information is provided pursuant to paragraph D.1 of the U.S.

Trustee Guidelines:

| | |
|---|---|
| **QUESTION:** | Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? |
| Response: | M&E will comply with the United States Trustee's Fee Guidelines in connection with this engagement. |
| **QUESTION:** | Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? |
| Response: | No. |
| **QUESTION:** | If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference. |
| Response: | No. |
| **QUESTION:** | Has your client approved your prospective budget and staffing plan, and, if so, for what budget period? |
| Response: | The Committee has approved M&E's general staffing plan, which is described in the Application. |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: February 5, 2023

/s/ *David J. Adler*
David J. Adler

**SCHEDULE 1**
**(<u>Case Parties List</u>)**

## Debtors & Affiliates

BlockFi Asia Pte. Ltd. (Singapore)
BlockFi Cayman LLC
BlockFi Holding UK Ltd. (England & Wales)
BlockFi Inc.
BlockFi International Ltd
BlockFi Investment Products
BlockFi Lending II LLC
BlockFi Lending LLC
BlockFi Management LLC
BlockFi Services Inc.
BlockFi Trading LLC
BlockFi Ventures LLC
BlockFi Wallet
BlockFi Wallet LLC
BV Power Alpha LLC

## Current and Former Directors & Officers

Carr, Alan J.
Corrie, Pamela B.
Frizzley, Jill
Hill, Jennifer
Lauro, Tony
Marquez, Florencia
Prince, Zachary
Tepner, Harvey L.
Vogel, Scott D.
[Confidential]

Equity Holders

2021 Fintech Industry Fund LLC
3 Arrows Capital
A210Z Capital LLC
aCrew Diversify Capital Executive Fund (A) LP
aCrew Diversify Capital Executive Fund LP
aCrew Diversify Capital Fund (A) LP
aCrew Diversify Capital Fund (G) LP
aCrew Diversify Capital Fund LP
Akuna Capital
Akuna Ventures LLC
Altive Master Fund SPC - Altive Pisces Fund SP
Arrington XRP Capital
Arrington XRP Capital Cayman SPV Ltd.
Atreides Foundation Master Fund LP
AVG - PAV BlockFi 2020 Trust
AVGF-PAV1-BlockFi 2018 LLC
Avon Venture Fund I LP
Avon Ventures
Bain Capital Venture Coinvestment Fund II LP
Bain Capital Venture Fund 2021 LP
Bain Capital Ventures
Base10 Advancement Initiative I LP
BC/BL Holdco LLC
BCIP Venture Associates II LP
BCIP Venture Associates II-B LP
BCIP Ventures Associates II LP
BCIP Ventures Associates II-B LP
BCV 2019-MD Coinvestment II LP
BCV 21 Innovators Fund LP
BF, a series of Factorial Funds I LLC
BL Fund I
BL Fund I, a series of AHP Investments LP
BL Fund II, a Series of AHP Investments LP
BLF 107, a series of SAX Capital Series Fund V LP
Blythe Ventures Pty. Ltd.
Bracket Capital
Cadenza Ventures Opportunities Fund LP (Series B)

Castle Island
Castle Island Ventures I LP
Castle Island Ventures I-A LP
CIV Opportunity Series Co-Invest I LP
CIV Opportunity Series Co-Invest I LP - (Series 2)
CMS
CMS Holdings LLC
CMT Digital
CMT Digital Investments I LLC – Series 3
CMT Digital Ventures Fund I LLC
Coinbase Global Inc.
Coinbase Ventures
ConsenSys
ConsenSys Fund I LP
Delly VC LLC
Disruptive Innovation Fund LP
Dolly VC LLC
EquityZen Growth Technology Fund LLC - Series 1054
EquityZen Growth Technology Fund LLC - Series 1070
EquityZen Growth Technology Fund LLC - Series 1189
EquityZen Growth Technology Fund LLC - Series 1274
Formic Ventures LLC
Fort Schuyler Ventures LLC
FTX
Gaingels
Gaingels BlockFi 2021 LLC
Gaingels BlockFi LLC
Gaingels Gill BlockFi LLC
Galaxy Digital
Gemini Investments LP
Goanna Capital 21Q LLC
Harvard Management Private Equity Corp.
HashKey
HashKey Fintech Investment Fund LP
HDR Cadenza Management Ltd.
HRT
HRT Research LLC

HS Investments IV Ltd.
Hyperion Capital LLC
Hyperion Capital Ltd.
IL2BF, a series of Investlink Holdings
JCDP-6 AI LLC
JCDP-6 QP LLC
Jump Capital
Kenetic
Kenetic Advisors Ltd.
Kenetic Holdings Ltd.
Kristal Advisors (SG) Pte. Ltd.
LBP Fi III LLP
LeadBlock Partners (GP) Sarl
LIEC Invest AG
Linqto Liquidshares LLC
Morgan Creek Blockchain Opportunities
    Fund II LP
Morgan Creek Blockchain Opportunities
    Fund LP
Morgan Creek Capital Management
Morgan Creek Consumer Opportunities
    Fund LP
Morgan Creek Digital Fund III LP
Morgan Creek Private Opportunites Fund
    LLC Series H - BlockFi
Morgan Creek Private Opportunities LLC
    Series K - BlockFI
MyAsiaVC BLF 157, a series of SAX
    Capital Series Fund III LP
NO Investments LLC
Ocean Capital GmbH
Ocean Fidelity GmbH
Olola Investments Pty Ltd.
OÜ Notorious
Paradigm
Paradigm Fund LP
ParaFi Capital
ParaFi Private Opportunities LLC – Series F
Park West Investors Master Fund Ltd.
Park West Partners International Ltd.
PJC
PJC Blockfi SPV LLC
Point Judith Venture Fund IV LP
Polka Dot Ventures Pty Ltd.
Pomp Bracket Digital Assets I LLC
Pomp Bracket Digital Assets II LLC

Pomp Bracket Digital Assets III LLC
Purple Arch Ventures
RCapital BlockFi I, a Series of Republic
    Capital Master Fund LP
Recruit Strategic Partners Inc.
RSP Fund VI LLC
Sand Dune Investments LLC
SCB 10X Co. Ltd.
SGP Governance
SLV BlockFi Holding LLC
Social Finance Inc.
SoFi
Susquehanna Government Products LLLP
Sustainable Governance Partners LLC
Tayenthal Ventures UG
TB Asset Management GmbH
The Midnight, a Third Prime Series LLC
    (Series: BlockFi)
Third Prime
Tiger Global
Tiger Global Management LLC
Tiger Global PIP 14-7 LLC
Tiny Orange LLC
TONA Investments LP
Trustees of Columbia University
Trustees of Columbia University in the City
    of New York, The
TVC
TVC X, a series of The Venture Collective
    Holdings LLC
TVC XVII, a series of The Venture
    Collective Holdings LLC
Valar Co-Invest 10 LP
Valar Co-Invest 11 LP
Valar Co-Invest 12 LP
Valar Fund V LP
Valar Fund VII LP
Valar Principals Fund V LP
Valar Velocity Fund 2 LP
Valar Ventures LP
Vanderbilt University, The
Winklevoss Capital
Winklevoss Capital Fund LLC
Winklevoss Capital Management LLC
[Confidential]

<u>Bankruptcy Professionals</u>

Berkeley Research Group
Cole Schotz PC
Haynes and Boone LLP
Kroll Inc.
Kroll Legal
Kroll Restructuring Administration LLC
Moelis & Co.

<u>Banks</u>

BCB Bancorp Inc.
Capital Union Bank Ltd.
Centre Consortium
FOMO Pay
Signature Bank
Silicon Valley Bank
Silvergate Bank

<u>Custodians</u>

Anchorage Digital Bank NA
BitGo
Blockdaemon
Coinbase
Deribit
Elwood Technologies Services Ltd.
Fidelity Digital Assets Services LLC
Fireblocks
Fireblocks Inc.
Fireblocks International
Fireblocks Lending
Fireblocks Wallet
Gemini
Gemini Lending LLC
Gemini Trust Co. LLC
Kraken
Paxos

<u>Exchanges / Marketplaces</u>

Binance
BitFinex
BitMex
ByBit
Celsius Network Ltd.
Coinbase
CoinLoan
Compound Treasury
Crypto.com
Fernhill Corp.
Fidelity Prime
FTX
FTX International
FTX Trading Ltd.
Huobi
Kraken
KuCoin
LMAX
LooksRare
Nexo
Nifty Gateway
OKX
OpenSea
Quadriga
Robinhood
Tagomi Systems Inc.
Terra
Voyager Digital
Wintermute Ltd.

## Government, Taxing Authorities, and Regulatory Agencies

Alabama, State of, Attorney General
Alabama, State of, Department of Labor
Alabama, State of, Department of Revenue
Alaska, State of, Attorney General
Alaska, State of, Department of Labor &
     Workforce Development
Alaska, State of, Department of Revenue
Arizona, State of, Attorney General
Arizona, State of, Department of Revenue
Arizona, State of, Industrial Commission
Arkansas, State of, Attorney General
Arkansas, State of, Department of Finance
     & Administration
Arkansas, State of, Department of Labor
Bermuda Monetary Authority
California, State of, Attorney General
California, State of, Division of Labor
     Standards Enforcement & the Office of
     the Labor Commissioner
California, State of, State Board of
     Equalization
Colorado, State of, Attorney General
Colorado, State of, Department of Labor &
     Employment
Colorado, State of, Department of Revenue
Connecticut, State of, Attorney General
Connecticut, State of, Department of Labor
Connecticut, State of, Department of
     Revenue Services
Delaware, State of, Attorney General
Delaware, State of, Department of Labor
Delaware, State of, Division of Revenue
Financial Action Task Force
Florida, State of, Attorney General
Florida, State of, Department of Revenue
Florida, State of, Division of Workforce
     Services
Georgia, State of, Attorney General
Georgia, State of, Department of Labor
Georgia, State of, Department of Revenue
Hawaii, State of, Attorney General

Hawaii, State of, Department of Labor &
     Industrial Relations
Hawaii, State of, Department of Taxation
Idaho, State of, Attorney General
Idaho, State of, Department of Labor
Idaho, State of, State Tax Commission
Illinois, State of, Attorney General
Illinois, State of, Department of Labor
Illinois, State of, Department of Revenue
Indiana, State of, Attorney General
Indiana, State of, Department of Labor
Indiana, State of, Department of Revenue
Iowa, State of, Attorney General
Iowa, State of, Department of Revenue &
     Finance
Iowa, State of, Labor Services Division
Kansas, State of, Attorney General
Kansas, State of, Department of Labor
Kansas, State of, Department of Revenue
Kentucky, Commonwealth of, Attorney
     General
Kentucky, Commonwealth of, Labor
     Cabinet
Kentucky, Commonwealth of, Revenue
     Cabinet
Louisiana, State of, Attorney General
Louisiana, State of, Department of Revenue
Louisiana, State of, Workforce Commission
Maine, State of, Attorney General
Maine, State of, Department of Labor
Maine, State of, Revenue Services,
     Compliance Division
Maryland, State of, Attorney General
Maryland, State of, Department of Labor,
     Licensing & Regulation
Massachusetts, Commonwealth of, Attorney
     General
Massachusetts, Commonwealth of,
     Department of Revenue
Massachusetts, Commonwealth of,
     Executive Office of Labor & Workforce
     Development

Massachusetts, Commonwealth of, Fair
   Labor Division, Office of The Attorney
   General
Michigan, State of, Attorney General
Michigan, State of, Department of Licensing
   & Regulatory Affairs
Michigan, State of, Department of Treasury
Minnesota, State of, Attorney General
Minnesota, State of, Department of Labor &
   Industry
Minnesota, State of, Department of Revenue
Mississippi, State of, Attorney General
Mississippi, State of, Department of
   Employment Security
Mississippi, State of, Tax Commission
Missouri, State of, Attorney General
Missouri, State of, Department of Revenue
Missouri, State of, Labor & Industrial
   Relations Commission
Montana, State of, Attorney General
Montana, State of, Department of Labor &
   Industry
Montana, State of, Department of Revenue
National Association of Attorneys General
Nebraska, State of, Attorney General
Nebraska, State of, Department of Labor
Nebraska, State of, Department of Revenue
Nevada, State of, Attorney General
Nevada, State of, Department of Business &
   Industry
Nevada, State of, Department of Taxation
New Hampshire, State of, Attorney General
New Hampshire, State of, Department of
   Labor
New Hampshire, State of, Department of
   Revenue - Administration Unit
New Jersey, State of, Attorney General
New Jersey, State of, Department of Labor
   & Workforce Development
New Jersey, State of, Department of
   Treasury
New Mexico, State of, Attorney General
New Mexico, State of, Department of
   Taxation & Revenue
New Mexico, State of, Department of Work
   Force Solutions

New York, State of, Attorney General
New York, State of, Department of
   Financial Services
New York, State of, Department of Labor
New York, State of, Department of Taxation
   & Finance Bankruptcy Section
North Carolina, State of, Attorney General
North Carolina, State of, Department of
   Labor
North Carolina, State of, Department of
   Revenue
North Dakota, State of, Attorney General
North Dakota, State of, Department of Labor
North Dakota, State of, Tax Department
Ohio, State of, Attorney General
Ohio, State of, Department of Commerce
Ohio, State of, Department of Taxation
Oklahoma, State of, Attorney General
Oklahoma, State of, Department of Labor
Oklahoma, State of, Tax Commission
Oregon, State of, Attorney General
Oregon, State of, Bureau of Labor &
   Industries
Oregon, State of, Department of Revenue
Pennsylvania, Commonwealth of, Attorney
   General
Pennsylvania, Commonwealth of,
   Department of Labor & Industry
Pennsylvania, Commonwealth of,
   Department of Revenue, Office of Chief
   Counsel
Puerto Rico, Commonwealth of, Attn:
   Bankruptcy Department
Puerto Rico, Commonwealth of, Department
   of The Treasury
Rhode Island, State of, Attorney General
Rhode Island, State of, Department of Labor
   & Training
Rhode Island, State of, Department of
   Revenue
South Carolina, State of, Attorney General
South Carolina, State of, Department of
   Labor, Licensing & Regulations
South Carolina, State of, Department of
   Revenue
South Dakota, State of, Attorney General

South Dakota, State of, Department of Labor & Regulation

South Dakota, State of, Department of Revenue

Tennessee, State of, Attorney General

Tennessee, State of, Department of Labor & Workforce Development

Tennessee, State of, Department of Revenue

Texas, State of, Attorney General

Texas, State of, Department of Revenue

Texas, State of, Workforce Commission

United States, Government of the, Attorney General

United States, Government of the, Commodities Futures Trading Commission

United States, Government of the, Department of Justice

United States, Government of the, Department of Labor, Division of Labor Standards Enforcement

United States, Government of the, Department of the Treasury, Internal Revenue Service

United States, Government of the, Department of Treasury

United States, Government of the, Department of Treasury, Office of Comptroller of Currency

United States, Government of the, Employment Services

United States, Government of the, Environmental Protection Agency Region 1 (CT, MA, ME, NH, RI, VT)

United States, Government of the, Environmental Protection Agency Region 10 (AK, ID, OR, WA)

United States, Government of the, Environmental Protection Agency Region 2 (NJ, NY, PR, VI)

United States, Government of the, Environmental Protection Agency Region 3 (DC, DE, MD, PA, VA, WV)

United States, Government of the, Environmental Protection Agency

Region 4 (AL, FL, GA, KY, MS, NC, SC, TN)

United States, Government of the, Environmental Protection Agency Region 5 (IL, IN, MI, MN, OH, WI)

United States, Government of the, Environmental Protection Agency Region 6 (AR, LA, NM, OK, TX)

United States, Government of the, Environmental Protection Agency Region 7 (IA, KS, MO, NE)

United States, Government of the, Environmental Protection Agency Region 8 (CO, MT, ND, SD, UT, WY)

United States, Government of the, Environmental Protection Agency Region 9 (AZ, CA, HI, NV)

United States, Government of the, Pension Benefit Guaranty Corp.

United States, Government of the, Securities and Exchange Commission

Utah, State of, Attorney General

Utah, State of, Labor Commission

Utah, State of, Department of Revenue

Vermont, State of, Attorney General

Vermont, State of, Department of Labor

Vermont, State of, Department of Taxes

Virginia, Commonwealth of, Attorney General

Virginia, Commonwealth of, Department of Labor & Industry

Virginia, Commonwealth of, Department of Revenue

Washington, D.C., Attorney General

Washington, D.C., Department of Employment Services

Washington, D.C., Office of Tax & Revenue

Washington, State of, Attorney General

Washington, State of, Department of Labor & Industries

Washington, State of, Department of Revenue, Taxpayer Account Administration

West Virginia, State of, Attorney General

West Virginia, State of, Division of Labor

West Virginia, State of, Department of
    Revenue
Wisconsin, State of, Attorney General
Wisconsin, State of, Department of
    Workforce Development
Wisconsin, State of, Department of
    Revenue, Customer Service Bureau
Wyoming, State of, Attorney General
Wyoming, State of, Department of
    Workforce Service
Wyoming, State of, Department of Revenue

<u>Indenture Trustee</u>

Ankura Trust Co. LLC

<u>Insurance</u>

ACE American Insurance Co.
Arch Insurance Co.
Atlantic Specialty Insurance Co.
AXA XL Specialty Insurance Co.
AXIS Insurance Co.
Beazley Group
Berkley Insurance Co.
Berkshire Hathaway Specialty Insurance
Berkshire
Endurance American Insurance Co.
Illinois National Insurance Co.
Princeton Excess & Surplus Lines Insurance Co., The
Relm Insurance Ltd.
Scottsdale Insurance Co.
Tokio Marine HCC
Westchester Surplus Lines Insurance Co.

<u>Joint  Provisional  Liquidators</u>

EY Bermuda Ltd.
EY Cayman Ltd.
[Confidential]

## JV Partners

VCV Digital Infrastructure Alpha LLC

<u>Litigation Counterparties</u>

Core Scientific
ED&F Man Capital Markets Inc.
Emergent Fidelity Technologies Ltd.
Lake Kentish & Bennett Inc.
Luna
Pulsar Global Ltd.
Quantuma Advisory Ltd.
[Confidential]

## Loan Counterparties

Akuna Digital Assets LLC
Alameda Research Ltd.
Altana Strategy 1
Auros Tech Ltd.
BK Offshore Fund Ltd.
Core Scientific
Cumberland DRW LLC
Druk Holding & Investments Ltd.
Elevated Returns LLC
Fasanara Investments SCSp
Flow Traders BV
Galaxy Digital LLC
GoldenCoin Cayman LLC
GoldenCoin LLC
HRTJ Ltd.
JSCT Cayman
Kenetic Holdings Ltd.
Lakeside Trading LLC
Mountain Cloud Global Ltd.
Noom Ltd.
Payward Inc.
POINT95 Global (Hong Kong) Ltd.
Portofino Technologies AG
PrimeBlock Operations LLC
QED Capital LLC
VCV Digital Infrastructure Alpha LLC
Virtu Financial Singapore Pte. Ltd.
[Confidential]

<u>Non-Debtor Professionals</u>

Boyle & Valenti Law PC
Gibbons PC
Gorski & Knowlton PC
Hogan Lovells US LLP
McElroy Deutsch Mulvaney & Carpenter LLP
Morgan Lewis & Bockius LLP
Quinn Emanuel Urquhart & Sullivan LLP
Severson & Werson PC

Notice of Appearance Parties

[Confidential]

## Ordinary Course Professionals

Advokatfirmae Schjodt AS
Allen & Overy LLP
Bradley Arant Boult Cummings LLP
Brody & Browne LLP
CFGI, LLC
CohnReznick LLP
Conyers Dill & Pearman LLP
Covington & Burling LLP
CrowdStrike Inc.
Davis Polk & Wardwell LLP
Deloitte & Touche LLP
Deloitte Tax LLP
Details Management Ltd.
Downs Rachlin Martin PLLC
Germano Law LLC
Gunderson Dettmer Stough Villeneuve
　　Franklin & Hachigian LLP
Hodgson Russ LLP
Hogan Lovells International LLP
Holland & Knight LLP
Intralinks Inc.
Johnson Gardiner, Attorneys At Law
Katten Muchin Rosenman LLP
King & Spalding LLP
KPMG LLP
Linklaters LLP
Linklaters Singapore Pte. Ltd.
Littler Mendelson PC
Locke Lord LLP
Manatt Phelps & Phillips LLP
Maynard Cooper & Gale PC
McAfee & Taft, a Professional Corp.
McLeod Law LLP
Mintz Levin Cohn Ferris Glovsky & Popeo
　　PC
Morris Nichols Arsht & Tunnell LLP
North River Global LLC
Osler Hoskin & Harcourt LLP
Pensionmark Financial Group LLP
Perkins Coie LLP
PKF O'Connor Davies LLP
Rath Young & Pignatelli PC

Richards & Co.
Rose Law Firm
Schjodt LLP
Simmons & Simmons LLP
Starn O'Toole Marcus & Fisher
Stikeman Elliott LLP
Stoll Keenon Ogden PLLC
Sullivan & Cromwell LLP
Taller Technologies
Walkers (Bermuda) Ltd.
Ward & Smith PA
White & Case LLP
Willis Towers Watson PLC
Y Partners

<u>Potential  M&A  Transaction  Counterparties</u>

[Confidential]

<u>Significant Clients</u>

[Confidential]

<u>Significant Vendors</u>

| | |
|---|---|
| Accertify Inc. | DHL |
| Accuity Inc. | DigiCert Inc. |
| Airbase Inc. | Docker Inc. |
| Airgas Inc. | Donnelley Financial Solutions Inc. |
| Alder | Dovetail Digital Ltd. |
| Alteryx Inc. | Duco Tech Inc. |
| Amazon Web Services Inc. | DVORA |
| Amazon.com Inc. | Eden Network |
| Andco Consulting | Embroker Inc. |
| Aniket Ltd. | Evolve Bank & Trust |
| Aon (Bermuda) Ltd. | FedEx Corp. |
| Aon plc | Financial Conduct Authority |
| AT&T Inc. | Fireblocks Inc. |
| Atlassian Corp. | First & 42nd |
| Auth0 Inc. | Fly Over the City |
| BambooHR LLC | FTX Trading Ltd. |
| Bandalier Inc. | Gemini Trust Co. |
| BitGo Holdings Inc. | GitHub |
| Blockdaemon Inc. | Global PPL Pte. Ltd. |
| Blockstream Corp. Inc. | Google |
| Bloomberg Finance LP | Google Cloud |
| Brex Inc. | Google G Suite |
| C Street Advisory | Google Voice Inc. |
| Canon Inc. | Google Workspace |
| Capital Properties Inc. | GoTo Technologies USA Inc. |
| Carta Inc. | Grant Thornton LLP |
| CF Benchmarks Ltd. | Great-West Trust Co. LLC |
| Chainalysis Inc. | Hummingbird Regtech Inc. |
| Cloudflare Inc. | iConnections LLC |
| Cogency Global Inc. | Impact Tech Inc. |
| Cogent Communications Holdings Inc. | Irish Life |
| Coinbase Global Inc. | Iron Mountain Inc. |
| Coralisle Pension Services Ltd. | Ironclad |
| CrowdStrike Inc. | JAMF Software |
| Crown Castle Inc. | KISI Inc. |
| CSC | Microsoft Corp. |
| Culture Amp Inc. | Modern Treasury Corp. |
| Datadog Inc. | Monday.com Ltd. |
| Deel | Nest Workplace Pension Scheme |
| Delaware, State of, Franchise Tax | NMLS |
| Deserve Inc. | Nomics Inc. |
| Details Management Ltd. | NordVPN SA |

Okta Inc.
Papaya Global Inc.
Paperless Inc.
Pensionmark Financial Group
Persona Inc.
Phinx Consultants
Phinx Consultants Group
Phinx/Fleet
Pulumi Corp.
Quench USA Inc.
Regus plc
Round Robin App
Sage Intacct Inc.
Scratch
Scratch Services LLC
Slack Technologies LLC
Splunk Inc.
Stripe Inc.
Taller Technologies
TaxBit Inc.
Thomson Reuters - West
Tiger Consulting Ltd.
TriNet
TriNet Group Inc.
United States Postal Service
Unqork Inc.
UPS Store Inc., The
Visa Inc.
Visa USA Inc.
West Realm Shires Inc.
WeWork Nashville
Y Partners
Zapier Inc.
Zendesk Inc.
ZVI Brener Enterprises

## Top 50 Unsecured Creditors

Ankura Trust Co. LLC, as Trustee for the
   Indenture dated as of February 28, 2022
United States, Government of the, Securities
   & Exchange Commission
Vrai Nom Investment Ltd.
West Realm Shires Inc.
[Confidential]

<u>US Trustee Personnel, Judges, and Court contacts for the District of New Jersey</u>

Kaplan, Judge Michael B.
[Confidential]

<u>Utilities</u>

AT&T
Cogent
Communications
Crown Castle
Paperless Inc.

**SCHEDULE 2**
**(<u>Connections List</u>)**

**In re BlockFi Inc, Case No. 22-19361 (MBK)**

**List Of Connections Of McCarter & English, LLP**

| Individual's First Name | Individual's Last Name | Bankruptcy Role | Current Client | Former Client | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (Applicable To Searched Entity Or Affiliate Of Searched Entity) |
|---|---|---|---|---|---|
| Scott | Vogel | Current and Former Directors & Officers | | | x |
| | CMS | Equity Holders | x | | |
| | Harvard Management Private Equity Group | Equity Holders | x | | |
| | Hyperion Capital | Equity Holders | | x | |
| | Morgan Creek Capital Management | Equity Holders | x | | |
| | Morgan Creek Digital Fund III LP | Equity Holders | x | | |
| | Paradigm Fund LP | Equity Holders | | x | |
| | SOFI | Equity Holders | x | | |
| | Trustees of Columbia University | Equity Holders | x | | |
| | Trustees of Columbia University in the City of New York | Equity Holders | x | | |
| | Cole Schotz | Bankruptcy Professionals | x | | |
| | Haynes & Boone | Bankruptcy Professionals | | x | |
| | BCB Bancorp | Banks | | | x |
| | Signature Bank | Banks | | | x |
| | Silicon Valley Bank | Banks | | | x |
| | Celsius Network Ltd. | Exchanges/Marketplaces | | | x |
| | Terra | Exchanges/Marketplaces | | x | |
| | Voyager Digital | Exchanges/Marketplaces | | x | |
| | Alabama Department of Labor | Exchanges/Marketplaces | | x | |
| | New Jersey Department of Labor & Workforce Development | Government/Taxing Authorities and Regulatory Agencies | | x | |
| | Connecticut State of, Attorney General | Government/Taxing Authorities and Regulatory Agencies | x | | |
| | Missouri State of, Attorney General | Government/Taxing Authorities and Regulatory Agencies | | x | |
| | United States, Department of Treasury | Government/Taxing Authorities and Regulatory Agencies | | x | |
| | Ankura Trust Company | Indenture Trustee | | | x |
| | AXA XL Specialty Insurance Group | Insurance | | | x |
| | Berkshire | Insurance | x | | |
| | Gibbons | Non-Debtor Professionals | | x | x |
| | Hogan Lovells US LLP | Non-Debtor Professionals | | x | x |
| | McElroy Deutsch Mulvaney & Carpenter LLP | Non-Debtor Professionals | | x | x |
| | Quinn Emanuel Urquhart & Sullivan LLP | Non-Debtor Professionals | x | | |

| | | | | |
|---|---|---|---|---|
| Deloitte & Touche LLP | Ordinary Course Professionals | | x | |
| Holland & Knight | Ordinary Course Professionals | | x | |
| Katten Muchin Rosenman LLP | Ordinary Course Professionals | | x | |
| King & Spaulding | Ordinary Course Professionals | | | x |
| KPMG | Ordinary Course Professionals | | x | |
| Mintz Levin | Ordinary Course Professionals | | | x |
| Osler Hoskin | Ordinary Course Professionals | | x | |
| Perkins Coie | Ordinary Course Professionals | | x | |
| Sullivan & Cromwell LLP | Ordinary Course Professionals | | x | |
| White & Case LLP | Ordinary Course Professionals | x | | |
| Willis Towers Watson PLC | Ordinary Course Professionals | x | | |
| | Potential M&A Transaction Counterparties | | | x |
| | Potential M&A Transaction Counterparties | x | | |
| | Potential M&A Transaction Counterparties | x | | |
| | Potential M&A Transaction Counterparties | x | | |
| | Potential M&A Transaction Counterparties | | x | |
| | Potential M&A Transaction Counterparties | | x | |
| | Potential M&A Transaction Counterparties | | x | |
| | Potential M&A Transaction Counterparties | | x | |
| | Potential M&A Transaction Counterparties | x | | |
| | Potential M&A Transaction Counterparties | | x | |
| | Potential M&A Transaction Counterparties | x | | |
| | Potential M&A Transaction Counterparties | | x | |
| | Potential M&A Transaction Counterparties | | x | |
| | Potential M&A Transaction Counterparties | x | | |
| | Potential M&A Transaction Counterparties | | | x |
| | Significant Clients | x | | |
| | Significant Clients | | | x |
| American Express | Significant Vendors | x | | |
| AON | Significant Vendors | | | x |
| Bloomberg LLP | Significant Vendors | x | | |
| Canon | Significant Vendors | | | x |
| Magna Carta | Significant Vendors | | | x |
| Great West | Significant Vendors | | | x |
| Iron Mountain | Significant Vendors | | | x |
| | US Trustee Personnel | | | x |
| AT&T | Utilities | x | | |
| Crown Castle | Utilities | | | x |