Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22–19361–MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  BlockFi Inc.
  201 Montgomery Street
  Suite 263
  Jersey City, NJ 07302

Social Security No.:

Employer's Tax I.D. No.:
  82–2390015

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on February 9, 2023, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 494 – 174
Order Granting Application to Employ Berkeley Research Group, LLC as Financial Advisors to the Debtors (Related Doc # 174). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/9/2023. (wiq)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 9, 2023
JAN: wiq

Jeanne Naughton
Clerk