**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and
Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered)<br>**Hearing Date: March 13, 2023 @ 10:00 a.m. ET**<br>**Obj. Deadline: March 6, 2023**<br>**Oral Argument Waived Unless Objections Timely Filed** |

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER
EXTENDING THE TIME WITHIN WHICH THE DEBTORS
MAY FILE NOTICES OF REMOVAL PURSUANT TO
28 U.S.C. § 1452 AND FED. R. BANKR. P. 9027**

**PLEASE TAKE NOTICE** that on March 13, 2023 at 10:00 a.m. (ET), or as soon thereafter as counsel may be heard, the above-captioned debtors and debtors in possession

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1

(collectively, the "Debtors"), by and through their undersigned counsel, shall move (the "Motion") before the Honorable Michael B. Kaplan, Chief United States Bankruptcy Judge, in Courtroom #8 of the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), 402 East State Street, Trenton, New Jersey 08608, or such other physical or virtual location as may be determined by the Court, for entry of an order, substantially in the form submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection; (iii) conform with the Bankruptcy Court's *Order Granting Debtors' Motion to Establish Certain Notice, Case Management, and Administrative Procedures* [Docket No. 54], and (iv) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received no later than seven (7) days before the hearing date set forth above.

**PLEASE TAKE FURTHER NOTICE** that unless responses are timely filed and served, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

| | |
|---|---|
| Dated: February 10, 2023 | /s/ *Michael D. Sirota* |

       **COLE SCHOTZ P.C.**
       Michael D. Sirota, Esq. (NJ Bar No. 014321986)
       Warren A. Usatine, Esq. (NJ Bar No. 025881995)
       Court Plaza North, 25 Main Street
       Hackensack, New Jersey 07601
       (201) 489-3000
       msirota@coleschotz.com
       wusatine@coleschotz.com

       **KIRKLAND & ELLIS LLP**
       **KIRKLAND & ELLIS INTERNATIONAL LLP**
       Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
       Christine A. Okike, P.C. (admitted *pro hac vice*)
       601 Lexington Avenue
       New York, New York 10022
       (212) 446-4800
       jsussberg@kirkland.com
       christine.okike@kirkland.com

       **HAYNES AND BOONE, LLP**
       Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
       Kenric D. Kattner, Esq. (admitted *pro hac vice*)
       30 Rockefeller Plaza, 26th Floor
       New York, New York 10112
       (212) 659-7300
       richard.kanowitz@haynesboone.com
       kenric.kattner@haynesboone.com

       *Attorneys for Debtors and Debtors in Possession*