## EXHIBIT B

**Proposed Bridge Order**

3

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>COLE SCHOTZ P.C.<br>Michael D. Sirota, Esq. (NJ Bar No. 014321986)<br>Warren A. Usatine, Esq. (NJ Bar No. 025881995)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Christine A. Okike, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br>jsussberg@kirkland.com<br>christine.okike@kirkland.com<br><br>**HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Kenric D. Kattner, Esq. (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>kenric.kattner@haynesboone.com<br><br>*Attorneys for Debtors and Debtors in Possession* |

| | |
|---|---|
| In re:<br>BLOCKFI INC., *et al.*,<br>     Debtors.[1] | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered)<br>**Hearing Date and Time:**<br>**March 13, 2023 at 10:00 a.m. (ET)** |

# BRIDGE ORDER PURSUANT TO 28 U.S.C. § 1452 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 9006 AND 9027 EXTENDING THE PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1

(Page 2)
Debtors: BlockFi Inc.
Case No. 22-19361(MBK)
Caption of Order: BRIDGE ORDER PURSUANT TO 28 U.S.C. § 1452 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 9006 AND 9027 EXTENDING THE PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS

The relief set forth on the following pages, numbered three (3) through four (4), is hereby **ORDERED**.

(Page 3)

Debtors: BlockFi Inc.
Case No. 22-19361(MBK)
Caption of Order: BRIDGE ORDER PURSUANT TO 28 U.S.C. § 1452 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 9006 AND 9027 EXTENDING THE PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS

**THIS MATTER** having been opened to the Court by Cole Schotz P.C., Kirkland & Ellis LLP, Kirkland & Ellis International LLP, and Haynes and Boone, LLP, attorneys for BlockFi, Inc., *et al.*, on behalf of the Chapter 11 debtors and debtors-in-possession (collectively, the "Debtors"), upon a motion for entry of an Order extending the time within which the Debtors may file notices of removal pursuant to 28 U.S.C. § 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 (the "Motion");[2] and the current time within which the Debtors may file notices of removal pursuant to 28 U.S.C. § 1452 and the Federal Rules of Bankruptcy Procedure 9006 and 9027 expires on February 26, 2023; and good cause appearing for the entry of this Bridge Order;

It is **ORDERED** as follows:

1. The Motion be, and hereby is, **GRANTED** on a temporary basis pending final approval of the Motion by this Court.

2. The removal period set forth in Federal Rules of Bankruptcy Procedure 9006 and 9027 is hereby extended through and including the date by which the Court enters a final order with respect to the Motion.

3. This Bridge Order is effective immediately upon entry.

4. The Debtors' counsel shall serve a true copy of this Bridge Order on all interested parties within seven (7) days of the date hereof.

5. All parties in interest reserve any and all of their rights with respect to the final determination on the Motion.

---

[2] All capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

(Page 4)
Debtors: BlockFi Inc.
Case No.        22-19361(MBK)
Caption of Order:   BRIDGE ORDER PURSUANT TO 28 U.S.C. § 1452 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 9006 AND 9027 EXTENDING THE PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS

6. This Bridge Order is without prejudice to the Debtors' right to seek further extensions of time within which to remove the Actions.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Bridge Order.

8. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Bridge Order.