| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**DUANE MORRIS LLP**<br>Wendy M. Simkulak (wmsimkulak@duanemorris.com)<br>Catherine B. Heitzenrater (cheitzenrater@duanemorris.com)<br>Roxanne J. Indelicato (rindelicato@duanemorris.com)<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>Telephone: (215) 979-1000<br>Facsimile: (215) 979-1020<br><br>*Attorneys for the Chubb Companies* |

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br><br><br>Debtor | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Honorable Michael B. Kaplan |

**CERTIFICATION OF SERVICE**

1.  I, Catherine B. Heitzenrater :

    ☒ represent <u>the Chubb Companies</u> in this matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

    ☐ am the _____ in the case and am representing myself.

2.  On <u>February 16, 2023</u>, I sent a copy of the following pleading and/or documents to the parties listed in the chart below:

    a. *Reservation Of Rights Of The Chubb Companies With Respect To Any Sale Transaction Contemplated By The Debtors' Motion Seeking Entry of An Order (I) Approving The Bidding Procedures And Related Dates and Deadlines, (II) Scheduling Hearings And Objection Deadlines With Respect To The Debtors' Sale, Disclosure Statement, and Plan Confirmation, And (III) Granting Related Relief.*

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 16, 2023 /s/ *Catherine B. Heitzenrater*
Catherine B. Heitzenrater, Esq.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn: Joshua A. Sussberg, P.C.<br>(jsussberg@kirkland.com)<br>Christine A. Okike, P.C.<br>(christine.okike@kirkland.com)<br>Francis Petrie<br>(francis.petrie@kirkland.com) | Co-Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |
| Haynes and Boone LLP<br>30 Rockefeller Plaza<br>26th Floor<br>New York, NY 10112<br>Attn: Richard S. Kanowitz<br>(richard.kanowitz@haynesboone.com) | Co-Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Filing, Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |
| Brown Rudnick LLP<br>7 Times Square<br>New York, NY 10036<br>Attn: Robert J. Stark<br>(rstark@brownrudnick.com)<br>Bennett S. Silverberg<br>(bsilverberg@brownrudnick.com)<br>Kenneth J. Aulet<br>kaulet@brownrudnick.com<br>Stephen D. Palley<br>(spalley@brownrudnick.com) | Proposed Co-Counsel to the Committee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |
| U.S. Trustee for Region 3, District of New Jersey<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102<br>Attn: Lauren Bielskie<br>(Lauren.Bielskie@usdoj.gov)<br>Jeffrey M. Sponder<br>(jeffrey.m.sponder@usdoj.gov)<br>(USTPRegion03.NE.ECF@usdoj.gov) | Office of the U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable |

DM3\9428027.1