| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>Facsimile:  (201) 489-1536<br>Email: msirota@coleschotz.com<br>            wusatine@coleschotz.com<br><br>*Attorneys for Debtors*<br>*and Debtors in Possession* | |
| In Re:<br><br>BLOCKFI INC., *et al.,*<br><br>                    Debtors.[1] | Case No.:          22-19361<br><br>Judge:              Hon. Michael B. Kaplan<br><br>Chapter:           11<br><br>Hearing Date:  February 21, 2023 |

## ADJOURNMENT REQUEST

1.  I, <u>Michael D. Sirota, Esq.</u>

    ☒    am the attorney for:  <u>the Debtors/Debtors-in-Possession                    </u>,

    ☐    am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    **Matter**:   Docket No. 443 – Hearing on Debtors' Motion to File Under Seal the Supplemental Declaration of Benjamin J. Steele in Support of Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date ("Motion");

    **<u>Objections Filed</u>**:

---

[1]. The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

None;

**Current hearing date and time**: February 21, 2023 at 10:00 a.m.

**New date requested**: March 13, 2023 at 10:00 a.m.

**Reason for adjournment request**: The Debtors and Kroll wish to continue discussions with various parties in interest.

2.  Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

The Office of the U.S. Trustee has consented to the adjournment.

I certify under penalty of perjury that the foregoing is true.

Date: February 14, 2023             /s/ Michael D. Sirota
                                    Signature

**COURT USE ONLY:**

The request for adjournment is:

☐ XX   Granted   New hearing date: 3/13/23 at 10am    ☐ Peremptory

☐ Granted over objection(s)   New hearingdate: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

65365/0001-44665592v1