## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| BlockFi Inc., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Tariful Huq, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 10, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Debtors' Motion for Entry of an Order Extending the Time Within Which the Debtors May File Notices of Removal [Docket No. 500]

- Debtors' First Supplement Providing Notice of Additional Professionals Utilized in the Ordinary Course of Business [Docket No. 501]

On February 10, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served the method set forth on the Litigation Party Service List attached hereto as **Exhibit B:**

- Debtors' Motion for Entry of an Order Extending the Time Within Which the Debtors May File Notices of Removal [Docket No. 500]

On February 10, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served the method set forth on the Notice Party Service List attached hereto as **Exhibit C**:

- Declaration of Siv Sandvik, on Behalf of Ordinary Course Professional Advokatfirmaet Schjødt As [Docket No. 502]

- Retention Questionnaire

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

- Retention Questionnaire

Dated: February 20, 2023

/s/ *Tariful Huq*
Tariful Huq

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 20, 2023, by Tariful Huq, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 67280

**Exhibit A**

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Indenture Trustee | Ankura Trust Company, LLC, as Trustee for the Indenture Dated as of February 28, 2022 | Attn: James J. McGinley<br>140 Sherman Street, 4th Floor<br>Fairfield CT 06824 | james.mcginley@ankura.com | Email |
| Counsel to Ge Song | Boyle & Valenti Law, P.C. | Attn: Carrie J. Boyle, Esq.<br>1940 Route 70 East<br>Suite 4<br>Cherry Hill NJ 08003 | cboyle@b-vlaw.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq.<br>7 Times Square<br>New York NY 10036 | rstark@brownrudnick.com<br>kaulet@brownrudnick.com<br>bsilverberg@brownrudnick.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | Attn: Stephen D. Palley, Esq.<br>601 Thirteenth Street NW<br>Washington DC 20005 | spalley@brownrudnick.com | Email |
| Counsel to the Debtors | Cole Schotz P.C. | Attn: Felice R. Yudkin, Rebecca W. Hollander, Michael D. Sirota<br>25 Main Street<br>Hackensack NJ 7601 | FYudkin@coleschotz.com<br>RHollander@coleschotz.com<br>Msirota@coleschotz.com | Email |
| State Attorney General | Commonwealth of Puerto Rico | Attn: Bankruptcy Department<br>Apartado 9020192<br>San Juan PR 00902-0192 | | First Class Mail |
| Environmental Protection Agency - Region 2 | Environmental Protection Agency | Attn: Bankruptcy Division<br>290 Broadway<br>New York NY 10007-1866 | | First Class Mail |
| Environmental Protection Agency | Environmental Protection Agency | Attn: General Counsel<br>Office Of General Counsel 2310A<br>1200 Pennsylvania Ave NW, 2310A<br>Washington DC 20460 | | First Class Mail |
| Counsel to John Lymn | Fox Rothschild, LLP | Attn: Mark E. Hall<br>49 Market Street<br>Morristown NJ 07960 | mhall@foxrothschild.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Genova Burns LLC | Attn: Daniel M. Stolz, Esq., Donald W. Clarke, Esq., Gregory S. Kinoian, Esq.<br>110 Allen Road, Suite 304<br>Basking Ridge NJ 07920 | dstolz@genovaburns.com<br>dclarke@genovaburns.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Interested Party | George J. Gerro, Esq. | Attn: George J. Gerro<br>530 S. Glenoaks Blvd.<br>Suite 200<br>Burbank CA 91502 | george@gerrolaw.com | Email |
| Interested Party | George S. Wynns | Attn: George S. Wynns<br>124 Brewster Street<br>San Francisco CA 94110 | georgewynns@gmail.com | Email |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Gibbons P.C. | Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly<br>One Gateway Center<br>Newark NJ 07102 | rmalone@gibbonslaw.com<br>btheisen@gibbonslaw.com<br>kmcevilly@gibbonslaw.com | Email |
| Counsel to George J. Gerro and Nancy Fout | Gorski & Knowlton Pc | Attn: Carol L. Knowlton, Allen I. Gorski<br>311 Whitehorse Avenue<br>Suite A<br>Hamilton NJ 08610 | cknowlton@gorskiknowlton.com<br>agorski@gorskiknowlton.com | Email |
| Co-Counsel to Debtors | Haynes and Boone, LLP | Attn: J. Frasher Murphy, Jordan E. Chavez<br>2323 Victory Ave<br>Suite 700<br>Dallas TX 75219 | frasher.murphy@haynesboone.com<br>jordan.chavez@haynesboone.com | Email |
| Co-Counsel to Debtors | Haynes and Boone, LLP | Attn: Kenric D. Kattner, Kourtney P. Lyda, Re'Necia Sherald<br>1221 Mckinney Street<br>Suite 4000 | kenric.kattner@haynesboone.com<br>kourtney.lyda@haynesboone.com<br>renecia.sherald@haynesboone.com | Email |
| Co-Counsel to Debtors | Haynes and Boone, LLP | Attn: Richard S. Kanowitz<br>30 Rockefeller Plaza<br>26th Floor<br>New York NY 10112 | richard.kanowitz@haynesboone.com | Email |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | Attn: Christopher R. Donoho III, Christopher R. Bryant,<br>Robert A. Ripin<br>390 Madison Ave<br>New York NY 10017 | robert.ripin@hoganlovells.com<br>chris.donoho@hoganlovells.com<br>chris.bryant@hoganlovells.com | Email |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | Attn: David P. Simonds, Esq., Edward J. McNeilly, Esq.<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles CA 90067 | david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Silvergate Bank | Holland & Knight LLP | Attn: Barbra R. Parlin<br>31 West 52Nd Street<br>New York NY 10019 | barbra.parlin@hklaw.com | Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to the Debtors | Kirkland & Ellis LLP | Attn: Christine A. Okike, Francis Petrie, Joshua Sussberg<br>601 Lexington Avenue<br>New York NY 10022 | christine.okike@kirkland.com<br>francis.petrie@kirkland.com<br>jsussberg@kirkland.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | McCarter & English, LLP | Attn: David J. Adler, joseph R. Scholz<br>Worldwide Plaza<br>825 Eighth Avenue, 31st Floor<br>New York NY 10019 | dadler@mccarter.com<br>jscholz@mccarter.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | McCarter & English, LLP | Attn: Lisa S. Bonsall<br>Four Gateway Center<br>100 Mulberry Street<br>Newark NJ 07102 | lbonsall@mccarter.com | Email |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gaston P. Loomis<br>300 Delaware Ave<br>Suite 1014<br>Wilmington DE 19801 | gloomis@mdmc-law.com | Email |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein<br>570 Broad Street<br>Newark NJ 07102 | jbernstein@mdmc-law.com | Email |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard<br>225 Liberty Street<br>36th Floor<br>New York NY 10281 | nleonard@mdmc-law.com | Email |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea<br>1300 Mt. Kemble Avenue<br>PO Box 2075<br>Morristown NJ 07962-2075 | vshea@mdmc-law.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Marex Capital Markets Inc. formerly known as E D & F Man Capital Markets, Inc. | Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein<br>919 Third Avenue<br>New York NY 10022 | KRWalsh@mintz.com<br>TDoherty@mintz.com<br>DBaumstein@mintz.com | Email |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild, III, Matthew C. Ziegler<br>1701 Market Street<br>Philadelphia PA 19103 | john.goodchild@morganlewis.com<br>matthew.ziegler@morganlewis.com | Email |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | Attn: Joshua Dorchak, David K. Shim<br>101 Park Avenue<br>New York NY 10178 | joshua.dorchak@morganlewis.com<br>david.shim@morganlewis.com | Email |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington DC 20036 | kcordry@naag.org | Email |
| Counsel to the State of Texas | Office of The Attorney General of Texas | Attn: Jason B. Binford and Roma N. Desai<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin TX 78711-2548 | roma.desai@oag.texas.gov<br>public.information@oag.state.tx.us | Email |
| TN Dept of Commerce and Insurance | Office of The Tennessee Attorney General | Attn: Bankruptcy Division<br>P.O. Box 20207<br>Nashville TN 37202-0207 | consumer.affairs@tn.gov<br>gina.hantel@ag.tn.gov | First Class Mail |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee | Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100 | Lauren.Bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov<br>USTPRegion03.NE.ECF@usdoj.gov | Email |
| State Attorney General | Pennsylvania Office of The Attorney General | Attn: Bankruptcy Department<br>Strawberry Square<br>16th Floor<br>Harrisburg PA 17120 | | First Class Mail |
| Counsel to Bryant F. Foulger | Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo<br>1201 North Market Street<br>Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com<br>jangelo@reedsmith.com | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street, Ste 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept One Penn Center 1617 JFK Blvd, Ste 520 Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Headquarters | Securities and Exchange Commission | Secretary of the Treasury 100 F. Street NE Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Counsel to Scratch Services LLC | Severson & Werson, A Professional Corporation | Attn: Eleanor M. Roman, Donald H. Cram 595 Market Street Suite 2600 San Francisco CA 94105 | emr@severson.com dhc@severson.com | Email |
| State Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department P.O. Box 300152 Montgomery AL 36130-0152 | | First Class Mail |
| State Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department P.O. Box 110300 Juneau AK 99811-0300 | attorney.general@alaska.gov | Email |
| State Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department 2005 N Central Ave Phoenix AZ 85004-2926 | aginfo@azag.gov | Email |
| State Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department 323 Center St. Suite 200 Little Rock AR 72201-2610 | | First Class Mail |
| State Attorney General | State of California Attorney General | Attn: Bankruptcy Department P.O. Box 944255 Sacramento CA 94244-2550 | bankruptcy@coag.gov | Email |
| State Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department Ralph L. Carr Colorado Judicial Center 1300 Broadway, 10th Floor Denver CO 80203 | | First Class Mail |
| State Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department 165 Capitol Avenue Hartford CT 06106 | attorney.general@ct.gov denise.mondell@ct.gov | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington DE 19801 | attorney.general@state.de.us | Email |
| State Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department<br>The Capitol, PI 01<br>Tallahassee FL 32399-1050 | | First Class Mail |
| State Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | | First Class Mail |
| State Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu HI 96813 | hawaiiag@hawaii.gov | Email |
| State Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 | | First Class Mail |
| State Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us | Email |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines IA 50319 | webteam@ag.iowa.gov | Email |
| State Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor<br>Topeka KS 66612-1597 | | First Class Mail |
| State Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort KY 40601 | | First Class Mail |
| State Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | consumerinfo@ag.state.la.us | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department<br>6 State House Station<br>Augusta ME 04333 | | First Class Mail |
| State Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | oag@oag.state.md.us | Email |
| State Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department<br>One Ashburton Place<br>Boston MA 02108-1698 | ago@state.ma.us | Email |
| State Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | miag@michigan.gov | Email |
| State Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | | First Class Mail |
| State Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200 P.O. Box 220<br>Jackson MS 39201 | | First Class Mail |
| State Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | attorney.general@ago.mo.gov | Email |
| State Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department<br>215 N Sanders, Third Floor<br>P.O. Box 201401<br>Helena MT 59620-1401 | contactdoj@mt.gov | Email |
| State Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | ago.info.help@nebraska.gov | Email |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701 | aginfo@ag.nv.gov | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord NH 03301 | attorneygeneral@doj.nh.gov | Email |
| State Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department<br>Rj Hughes Justice Complex<br>25 Market Street P.O. Box 080<br>Trenton NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us | Email |
| State Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | | First Class Mail |
| State Attorney General | State of New York Attorney General | Attn: Bankruptcy Department<br>The Capitol<br>Albany NY 12224-0341 | | First Class Mail |
| State Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 | | First Class Mail |
| State Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | ndag@nd.gov | Email |
| State Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | | First Class Mail |
| State Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department<br>313 NE 21st Street<br>Oklahoma City OK 73105 | | First Class Mail |
| State Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department<br>1162 Court Street NE<br>Salem OR 97301 | consumer.hotline@doj.state.or.us<br>david.hart@doj.state.or.us | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department<br>150 South Main Street<br>Providence RI 02903 | | First Class Mail |
| State Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department<br>P.O. Box 11549<br>Columbia SC 29211-1549 | | First Class Mail |
| State Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department<br>1302 East Highway 14<br>Suite 1<br>Pierre SD 57501-8501 | consumerhelp@state.sd.us | Email |
| State Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department<br>P.O. Box 142320<br>Salt Lake City UT 84114-2320 | uag@utah.gov | Email |
| State Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department<br>109 State St.<br>Montpelier VT 05609-1001 | ago.bankruptcies@vermont.gov | Email |
| State Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department<br>900 East Main Street<br>Richmond VA 23219 | | First Class Mail |
| State Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia WA 98504-0100 | | First Class Mail |
| State Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | consumer@wvago.gov | Email |
| State Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department<br>Wisconsin Department Of Justice<br>State Capitol, Room 114 East P.O. Box 7857<br>Madison WI 53707-7857 | | First Class Mail |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne WY 82002 | | First Class Mail |
| Counsel to Bruce Gilling and Martin Mikolajczyk, Counsel for Creditor, Mitchell Eglar | Straffi & Straffi, LLC | Attn: Daniel E. Straffi<br>670 Commons Way<br>Toms River NJ 08755 | bkclient@straffilaw.com | Email |
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora<br>125 Broad Street<br>New York NY 10004 | dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>porporam@sullcrom.com | Email |
| Counsel to the Ad Hoc Committee of Wallet Account Holders | Troutman Pepper Hamilton Sanders LLP | Attn: Deborah Kovsky-Apap<br>875 Third Avenue<br>New York NY 10022 | deborah.kovsky@troutman.com | Email |
| Counsel to United States of America | U.S. Department of Justice – Civil Division Commercial Litigation Branch | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro<br>Ben Franklin Station<br>P.O. Box 875<br>Washington DC 20044-0875 | seth.shapiro@usdoj.gov | Email |
| Counsel to United States of America | U.S. Department of Justice Civil Division | Attn: Seth B. Shapiro<br>1100 L Street, NW<br>7th Floor - Room 7114<br>Washington DC 20005 | seth.shapiro@usdoj.gov | Email |
| State Attorney General | United States of America Attorney General | Attn: Bankruptcy Department<br>Us Dept Of Justice<br>950 Pennsylvania Ave NW<br>Washington DC 20530-0001 | | First Class Mail |
| Counsel to Cipher Mining Inc. and Cipher Mining Technologies Inc. | Venable LLP | Attn: Andrew J. Currie<br>600 Massachusetts Avenue NW<br>Washington DC 20001 | AJCurrie@Venable.com | Email |
| Counsel to Cipher Mining Inc. and Cipher Mining Technologies Inc. | Venable LLP | Attn: Michael A. Guerra, Jeffrey S. Sabin and Carol A. Weiner<br>1270 Avenue of the Americas<br>24th Floor | MAGuerra@Venable.com<br>JSsabin@venable.com<br>CWeinerlevy@venable.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department<br>441 4th Street, NW<br>Washington DC 20001 | oag@dc.gov | Email |

**<u>Exhibit B</u>**

Exhibit B
Litigation Party Service List
Served as set forth below

| ADDRESS ID | NAME | ADDRESS | ADDRESS1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10292221 | ALABAMA SECURITIES COMMISSION | ATTN: MICHAEL GANTT | P.O. BOX 304700 | | MONTGOMERY | AL | 36130-4700 | | michael.gantt@asc.alabama.gov | Email and First Class Mail |
| 10596409 | Alabama Securities Commission | P.O. Box 304700 | | | Montgomery | AL | 36130-4700 | | | First Class Mail |
| 10596441 | Alaska Division of Banking and Securities | P.O. Box 110807 | | | Juneau | AK | 99811-0807 | | | First Class Mail |
| 10596450 | Arizona Corporation Commission | 1300 W. Washington St. | 3rd Floor | | Phoenix | AZ | 85007 | | | First Class Mail |
| 10596430 | Arkansas Department of Commerce | #1 Commerce Way | Suite 402 | | Little Rock | AR | 72202 | | | First Class Mail |
| 10292224 | ARKANSAS SECURITIES DEPARTMENT | ATTN: CAMPBELL MCLAURIN | 1 COMMERCE WAY | SUITE 402 | LITTLE ROCK | AR | 72202 | | campbell.mclaurin@arkansas.gov, ASDInfo@arkansas.go, orkaryn.tierney@arkansas.gov | Email and First Class Mail |
| 10292225 | ARKANSAS SECURITIES DEPARTMENT | ATTN: CYNTHIA BEARDEN | 1 COMMERCE WAY | SUITE 402 | LITTLE ROCK | AR | 72202 | | cynthia.c.bearden@arkansas.gov, ASDInfo@arkansas.go, orkaryn.tierney@arkansas.gov | Email and First Class Mail |
| 10292226 | CALIFORNIA DEPARTMENT OF FINANCIAL PROTECTION AND INNOVATION | ATTN: DANIELLE STOUMBOS | 2101 ARENA BOULEVARD | | SACRAMENTO | CA | 95834 | | danielle.stoumbos@dfpi.ca.gov | Email and First Class Mail |
| 10596410 | California Department Of Financial Protection and Innovation | 2101 Arena Blvd. | | | Sacramento | CA | 95834 | | | First Class Mail |
| 10292229 | COLORADO DIVISION OF SECURITIES | ATTN: JANNA FISCHER | 1560 BROADWAY | SUITE 900 | DENVER | CO | 80202 | | janna.fischer@coag.gov | Email and First Class Mail |
| 10596419 | Colorado Division of Securities | 1560 Broadway | Suite 900 | | Denver | CO | 80202 | | | First Class Mail |
| 10596427 | Connecticut Department of Banking | 260 Constitution Plaza | | | Hartford | CT | 06103 | | | First Class Mail |
| 10292231 | DELAWARE DEPARTMENT OF JUSTICE | ATTN: JILLIAN LAZAR | 820 N. FRENCH ST. | | WILMINGTON | DE | 19801 | | jillian.lazar@delaware.gov | Email and First Class Mail |
| 10596439 | Department of Finance - State of Delaware | 820 N. French St. | | | Wilington | DE | 19801 | | | First Class Mail |
| 10292228 | DISTRICT OF COLOMBIA DEPARTMENT OF INSURANCE, SECURITIES AND BANKING | ATTN: DEREJE BELAY | 1015 HALF ST SE | FL 9 | WASHINGTON | DC | 20003 | | dereje.belay@dc.gov | Email and First Class Mail |
| 10292227 | DISTRICT OF COLOMBIA DEPARTMENT OF INSURANCE, SECURITIES AND BANKING | ATTN: LILAH BLACKSTONE | 1015 HALF ST SE | FL 9 | WASHINGTON | DC | 20003 | | lilah.blackstone@dc.gov | Email and First Class Mail |
| 10596437 | District of Columbia Department of Insurance, Securities and Banking | 1050 First Street | NE, 801 | | Washington | DC | 20002 | | | First Class Mail |
| 10583412 | ED&F Man Capital Markets, Inc. | Attention: General Counsel | 140 East 45th Street, 10th Floor | | New York | NY | 10017 | | | First Class Mail |
| 10583413 | ED&F Man Capital Markets, Inc. | Brooks Dudley | 425 S Financial Place, Suite 1850 | | Chicago | IL | 60605 | | bdudley@edfmancapital.com | Email and First Class Mail |
| 10583409 | Emergent Fidelity Technologies Ltd. | Unit 3B, Bryson's Commercial Complex | Friars Hill Road | | St. Johns | | | Antigua | | First Class Mail |
| 10583410 | Emergent Fidelity Technologies Ltd. | 167 North Green Street, Floor 11 Suite 2 | | | Chicago | IL | 60607 | | | First Class Mail |
| 10596420 | Georgia Division of Securities & Charities, Secretary of State | 2 Martin Luther King Jr. Drive SE | Suite 317 West Tower | | Atlanta | GA | 30334 | | | First Class Mail |
| 10292232 | GEORGIA SECRETARY OF STATE, SECURITIES DIVISION | ATTN: NOULA ZAHARIS | 2 MARTIN LUTHER KING JR. DRIVE SE | SUITE 317 WEST TOWER | ATLANTA | GA | 30334 | | nzaharis@sos.ga.gov | Email and First Class Mail |
| 10291598 | Name on File | Address on File | | | | | | | Address on File | Email and First Class Mail |
| 10291599 | Name on File | Address on File | | | | | | | Address on File | Email and First Class Mail |
| 10596452 | Government of the US Virgin Islands | 5049 Kongens Gade | | | St. Thomas | VI | 00802 | | | First Class Mail |
| 10596424 | Hawaii Department of Commerce and Consumer Affairs Business Registration Division | P.O. Box 40 | | | Honolulu | HI | 96810 | | | First Class Mail |
| 10292230 | HAWAII DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS, SECURITIES ENFORCEMENT BRANCH | ATTN: KEOLA FONG | P.O. BOX 40 | | HONOLULU | HI | 96810 | | kfong@dcca.hawaii.gov | Email and First Class Mail |
| 10292234 | IDAHO DEPARTMENT OF FINANCE | ATTN: KURT MERRITT | 11351 W. CHINDEN BLVD | BLDG. 6 | BOISE | ID | 83714 | | kurt.merritt@finance.idaho.gov | Email and First Class Mail |
| 10596431 | Idaho Office of Attorney General | P.O. Box 83720 | | | Boise | ID | 83720-0031 | | | First Class Mail |
| 10292235 | ILLINOIS OFFICE OF THE SECRETARY OF STATE | ATTN: PAULA BOULDON | 69 WEST WASHINGTON STREET | SUITE 1220 | CHICAGO | IL | 60602 | | pbouldon@ilsos.gov | Email and First Class Mail |
| 10596443 | Illinois Secretary of State | 69 West Washington Street | Suite 1220 | | Chicago | IL | 60602 | | | First Class Mail |
| 10292236 | INDIANA SECURITIES DIVISION | ATTN: WILLIAM BRAINARD | 302 W. WASHINGTON STREET | ROOM E-111 | INDIANAPOLIS | IN | 46204 | | wbrainard@sos.in.gov | Email and First Class Mail |
| 10596422 | Indiana Securities Division | 302 W Washing St., Room e-111 | | | Indianapolis | IN | 46204 | | | First Class Mail |
| 10596447 | Iowa Insurance Division | 1963 Bell AVenue | Suite 100 | | Des Moines | IA | 50315 | | | First Class Mail |
| 10292238 | IOWA INSURANCE DIVISION, SECURITIES AND REGULATED INDUSTRIES BUREAU | ATTN: AMANDA ROBINSON | 1963 BELL AVENUE | SUITE 100 | DES MOINES | IA | 50315 | | amanda.robinson@iid.iowa.gov | Email and First Class Mail |
| 10292237 | IOWA INSURANCE DIVISION, SECURITIES AND REGULATED INDUSTRIES BUREAU | ATTN: ANDREW HARTNETT | 1963 BELL AVENUE | SUITE 100 | DES MOINES | IA | 50315 | | andrew.hartnett@iid.iowa.gov | Email and First Class Mail |
| 10292239 | IOWA INSURANCE DIVISION, SECURITIES AND REGULATED INDUSTRIES BUREAU | ATTN: HEATHER SCHAFFER | 1963 BELL AVENUE | SUITE 100 | DES MOINES | IA | 50315 | | heather.schaffer@iid.iowa.gov | Email and First Class Mail |
| 10291600 | Name on File | Address on File | | | | | | | Address on File | Email and First Class Mail |
| 10291601 | Name on File | Address on File | | | | | | | Address on File | Email and First Class Mail |

Exhibit B
Litigation Party Service List
Served as set forth below

| ADDRESS ID | NAME | ADDRESS | ADDRESS1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10291603 | Name on File | Address on File | | | | | | | Address on File | Email and First Class Mail |
| 10291604 | Name on File | Address on File | | | | | | | Address on File | Email and First Class Mail |
| 10291602 | Name on File | Address on File | | | | | | | Address on File | Email and First Class Mail |
| 10596445 | Kansas Insurance Department | 1300 SW Arrowhead Road | | | Topeka | KS | 66604 | | | First Class Mail |
| 10292241 | KENTUCKY DEPARTMENT OF FINANCIAL INSTITUTIONS | ATTN: MARNI GIBSON | 500 MERO STREET 2 SW 19 | | FRANKFORT | KY | 40601 | | marni.gibson@ky.gov | Email and First Class Mail |
| 10596418 | Kentucky Department of Financial Institutions | 500 Mero St., 2SW19 | | | Frankfort | KY | 40601 | | | First Class Mail |
| 10291607 | Name on File | Address on File | | | | | | | Address on File | Email and First Class Mail |
| 10291605 | Name on File | Address on File | | | | | | | Address on File | Email and First Class Mail |
| 10291606 | Name on File | Address on File | | | | | | | Address on File | Email and First Class Mail |
| 10292242 | LOUISIANA OFFICE OF FINANCIAL INSTITUTIONS | ATTN: P. SCOTT JOLLY | 8660 UNITED PLAZA BOULEVARD | 2ND FLOOR | BATON ROUGE | LA | 70809 | | pjolly@ofi.la.gov | Email and First Class Mail |
| 10596412 | Louisiana Office of Financial Institutions Securities Division | 8660 United Plaza Blvd | 2nd Floor | | Baton Rouge | LA | 70809 | | | First Class Mail |
| 10596449 | Maine Department of Professional & Financial Regulation Office of Securities | 121 State House Station | | | Augusta | ME | 04333-0121 | | | First Class Mail |
| 10292243 | MAINE OFFICE OF SECURITIES | ATTN: J. CHRISTOPHER PARR | 121 STATE HOUSE STATION | | AUGUSTA | ME | 04333-0121 | | j.christopher.parr@maine.gov | Email and First Class Mail |
| 10596455 | Maryland Insurance Administration | 200 Saint Paul Place | | | Baltimore | MD | 21202 | | | First Class Mail |
| 10292244 | MARYLAND OFFICE OF THE ATTORNEY GENERAL | ATTN: MAX BRAUER | 200 SAINT PAUL PLACE | | BALTIMORE | MD | 21202 | | mbrauer@oag.state.md.us | Email and First Class Mail |
| 10596428 | Massachusetts Department of Higher Education | 1 Ashburton Pl. | #17 | | Boston | MA | 02108 | | | First Class Mail |
| 10292246 | MASSACHUSETTS SECURITIES DIVISION | ATTN: LUCINDA RIVERA | ONE ASHBURTON PLACE | ROOM 1701 | BOSTON | MA | 02108 | | lucinda.rivera@state.ma.us | Email and First Class Mail |
| 10292245 | MASSACHUSETTS SECURITIES DIVISION | ATTN: PATRICK COSTELLO | ONE ASHBURTON PLACE | ROOM 1701 | BOSTON | MA | 02108 | | patrick.costello@state.ma.us | Email and First Class Mail |
| 10291608 | Name on File | Address on File | | | | | | | Address on File | Email and First Class Mail |
| 10292247 | MICHIGAN DEP'T OF LICENSING & REGULATORY AFFAIRSCORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU | ATTN: STEPHEN BREY | 2407 N. GRAND RIVER AVE | | LANSING | MI | 48906 | | breys@michigan.gov | Email and First Class Mail |
| 10596417 | Michigan Department of Licensing and Regulatory Affairs Bureau of Corporations, Securities & Commerc | P.O. Box 30018 | | | Lansing | MI | 48909 | | | First Class Mail |
| 10292248 | MINNESOTA DEPARTMENT OF COMMERCE | ATTN: DEB KNOOIHUIZEN | 85 75TH PLACE EAST | SUITE 280 | ST. PAUL | MN | 55101 | | deb.knooihuizen@state.mn.us | Email and First Class Mail |
| 10596423 | Minnesota Department of Commerce | 85 75th Place East | Suite 280 | | St. Paul | MN | 55101 | | | First Class Mail |
| 10596407 | Mississippi Secretary of State | 125 S. Congress St. | | | Jackson | MS | 39201 | | | First Class Mail |
| 10292249 | MISSISSIPPI SECRETARY OF STATE, SECURITIES DIVISION | ATTN: DREW COMPTON | 125 S. CONGRESS STREET | | JACKSON | MS | 39201 | | drew.compton@sos.ms.gov | Email and First Class Mail |
| 10596426 | Missouri Secretary of State | 600 W Main Street | | | Jefferson City | MO | 65101 | | | First Class Mail |
| 10292250 | MISSOURI SECURITIES DIVISION | ATTN: DOUGLAS M. JACOBY | 600 W. MAIN STREET | | JEFFERSON CITY | MO | 65101 | | douglas.jacoby@sos.mo.gov | Email and First Class Mail |
| 10596411 | Montana Commissioner of Securities and Insurance | 840 Helena Ave. | | | Helena | MT | 59601 | | | First Class Mail |
| 10292252 | MONTANA COMMISSIONER OF SECURITIES AND INSURANCE, OFFICE OF THE MONTANA STATE AUDITOR | ATTN: CHRIS MCCONNELL | 840 HELENA AVE. | | HELENA | MT | 59601 | | christopher.mcconnell@mt.gov | Email and First Class Mail |
| 10292251 | MONTANA COMMISSIONER OF SECURITIES AND INSURANCE, OFFICE OF THE MONTANA STATE AUDITOR | ATTN: LYNNE EGAN | 840 HELENA AVE. | | HELENA | MT | 59601 | | legan@mt.gov | Email and First Class Mail |
| 10292253 | NEBRASKA DEPARTMENT OF BANKING & FINANCE | ATTN: MIKE CAMERON | 1526 K STREET | SUITE 300 | LINCOLN | NE | 68508 | | mike.cameron@nebraska.gov | Email and First Class Mail |
| 10292255 | NEVADA SECRETARY OF STATE | ATTN: BRETT OLIN | 2250 LAS VEGAS BOULEVARD NORTH | SUITE 400 | NORTH LAS VEGAS | NV | 89030 | | bolin@sos.nv.gov | Email and First Class Mail |
| 10292254 | NEVADA SECRETARY OF STATE | ATTN: ERIN HOUSTON | 2250 LAS VEGAS BOULEVARD NORTH | SUITE 400 | NORTH LAS VEGAS | NV | 89030 | | ehouston@sos.nv.gov | Email and First Class Mail |
| 10596421 | Nevada Secretary of State | 2250 Las Vegas Boulevard North | Suite 400 | | Las Vegas | NV | 89030 | | | First Class Mail |
| 10292256 | NEW HAMPSHIRE DEPARTMENT OF STATE | ATTN: ERIC FORCIER | STATE HOUSE | ROOM 204 | CONCORD | NH | 03301 | | eric.forcier@sos.nh.gov | Email and First Class Mail |
| 10596435 | New Hampshire Secretary of State | State House Room 204 | | | Concord | NH | 03301 | | | First Class Mail |
| 10292257 | NEW JERSEY BUREAU OF SECURITIES | ATTN: AMY KOPLETON | 153 HALSEY STREET | 6TH FLOOR | NEWARK | NJ | 07102 | | kopletona@dca.njoag.gov | Email and First Class Mail |
| 10292258 | NEW JERSEY BUREAU OF SECURITIES | ATTN: JOHN SEUBERTH | 153 HALSEY STREET | 6TH FLOOR | NEWARK | NJ | 07102 | | seuberthj@dca.njoag.gov | Email and First Class Mail |

Exhibit B
Litigation Party Service List
Served as set forth below

| ADDRESS ID | NAME | ADDRESS | ADDRESS1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10596406 | New Jersey Bureau of Securities Office | 153 Halsey Street | 6th Floor | | Newark | NJ | 07102 | | | First Class Mail |
| 10596434 | New Mexico Regulation & Licensing Department | 2550 Cerrillos Road | 3rd Floor | | Sante Fe | NM | 87505 | | | First Class Mail |
| 10292259 | NEW MEXICO REGULATION AND LICENSING DEPARTMENT | ATTN: BENJAMIN R. SCHROPE | 2550 CERRILLOS ROAD | | SANTA FE | NM | 87505 | | benjamin.schrope@state.nm.us | Email and First Class Mail |
| 10596446 | New York Equitable Building | 120 Broadway | | | New York | NY | 10271 | | | First Class Mail |
| 10292260 | NEW YORK OFFICE OF THE ATTORNEY GENERAL | ATTN: JESSE DEVINE | 28 LIBERTY ST | | NEW YORK | NY | 10005 | | jesse.devine@ag.ny.gov | Email and First Class Mail |
| 10596454 | North Carolina Department of the Secretary of State | 2 South Salisbury St | | | Raleigh | NC | 27601 | | | First Class Mail |
| 10292261 | NORTH CAROLINA SECRETARY OF STATE | ATTN: GENERAL EMAIL | P.O. BOX 29622 | | RALEIGH | NC | 27626 | | secdiv@sosnc.gov | Email and First Class Mail |
| 10292262 | NORTH CAROLINA SECRETARY OF STATE | ATTN: SHERRELL FORBES | P.O. BOX 29622 | | RALEIGH | NC | 27626 | | sforbes@sosnc.gov | Email and First Class Mail |
| 10596436 | North Dakota Insurance Department | 600 East Boulevard Ave | 5th Floor | State Capitol | Bismarck | ND | 58505 | | | First Class Mail |
| 10292264 | NORTH DAKOTA SECURITIES DEPARTMENT | ATTN: BAILEY DOLL | 600 EAST BOULEVARD AVE. | STATE CAPITOL, 5TH FLOOR | BISMARCK | ND | 58505-0510 | | badoll@nd.gov | Email and First Class Mail |
| 10292263 | NORTH DAKOTA SECURITIES DEPARTMENT | ATTN: MICHAEL F. DALEY | 600 EAST BOULEVARD AVE. | STATE CAPITOL, 5TH FLOOR | BISMARCK | ND | 58505-0510 | | mfdaley@nd.gov | Email and First Class Mail |
| 10292240 | OFFICE OF THE KANSAS SECURITIES COMMISSIONER | ATTN: CLAY JOHNSON | 1300 SW ARROWHEAD ROAD | | TOPEKA | KS | 66604 | | clay.johnson@ks.gov | Email and First Class Mail |
| 10596432 | Ohio - Division of Securities | 77 South High Street | 22nd Floor | | Columbus | OH | 43215 | | | First Class Mail |
| 10292265 | OHIO DIVISION OF SECURITIES | ATTN: JANICE HITZEMAN | 77 S. HIGH STREET | 22ND FLOOR | COLUMBUS | OH | 43215 | | janice.hitzeman@com.ohio.gov | Email and First Class Mail |
| 10292266 | OKLAHOMA DEPARTMENT OF SECURITIES | ATTN: LAURA J. SWINGLE | 204 NORTH ROBINSON AVENUE | SUITE 400 | OKLAHOMA CITY | OK | 73102 | | lswingle@securities.ok.gov | Email and First Class Mail |
| 10292267 | OKLAHOMA DEPARTMENT OF SECURITIES | ATTN: ROB FAGNANT | 204 NORTH ROBINSON AVENUE | SUITE 400 | OKLAHOMA CITY | OK | 73102 | | rfagnant@securities.ok.gov | Email and First Class Mail |
| 10596413 | Oklahoma Securities Commission | 204 North Robinson Avenue | Suite 400 | | Oklahoma City | OK | 73102 | | | First Class Mail |
| 10292268 | OREGON DEPARTMENT OF CONSUMER AND BUSINESS SERVICES | ATTN: CAROLINE SMITH | 350 WINTER STREET NE | | SALEM | OR | 97301 | | caroline.l.smith@dcbs.oregon.gov | Email and First Class Mail |
| 10596448 | Oregon Department of Consumer and Business Services | 350 Winter Street NE | | | Salem | OR | 97301 | | | First Class Mail |
| 10292269 | PENNSYLVANIA DEPARTMENT OF BANKING AND SECURITIES | ATTN: SEAMUS DUBBS | 17 N. SECOND STREET | SUITE 1300 | HARRISBURG | PA | 17101 | | sedubbs@pa.gov | Email and First Class Mail |
| 10596440 | Pennsylvania Department of Banking and Securities | 17 N. Second Street | Suite 1300 | | Harrisburg | PA | 17101 | | | First Class Mail |
| 10291611 | Name on File | Address on File | | | | | | | Address on File | Email and First Class Mail |
| 10291610 | Name on File | Address on File | | | | | | | Address on File | Email and First Class Mail |
| 10292270 | PUERTO RICO OFFICE OF THE COMMISSIONER OF FINANCIAL INSTITUTIONS | ATTN: DAMARIS MENDOZA-ROMÁN | CENTRO EUROPA BUILDING SUITE 600 | 1492 PONCE DE LEON AVE. | SAN JUAN | PR | 00907-4024 | | damarism@ocif.pr.gov | Email and First Class Mail |
| 10292271 | RHODE ISLAND DEPARTMENT OF BUSINESS REGULATION | ATTN: PATRICK SMOCK | 1511 PONTIAC AVENUE | BUILDING 69-2 | CRANSTON | RI | 02920 | | patrick.smock@dbr.ri.gov | Email and First Class Mail |
| 10596429 | Rhode Island Department of Business Regulation | 1511 Pontiac Avenue | Building 69-2 | | Cranston | RI | 02920 | | | First Class Mail |
| 10291609 | Name on File | Address on File | | | | | | | Address on File | Email and First Class Mail |
| 10596403 | SEC | 6500 South MacArthur Blvd | HQ Bldg., Room 181, AMZ 341 | Accounts Receivable Branch | Oklahoma City | OK | 73169 | | | First Class Mail |
| 10292272 | SECURITIES AND EXCHANGE COMMISSION | ATTN: HANE KIM | 200 VESEY STREET | BROOKFIELD PLACE, SUITE 400 | NEW YORK | NY | 10281-1022 | | kimha@sec.gov | Email and First Class Mail |
| 10596416 | South Carolina Attorney General | 1000 Assembly Street | 5th Floor | | Columbia | SC | 29201 | | | First Class Mail |
| 10292273 | SOUTH CAROLINA ATTORNEY GENERAL'S OFFICE | ATTN: BLAKE KENNEDY | 1000 ASSEMBLY STREET | 5TH FLOOR | COLUMBIA | SC | 29201 | | blakekennedy@scag.gov | Email and First Class Mail |
| 10292274 | SOUTH CAROLINA ATTORNEY GENERAL'S OFFICE | ATTN: JONATHAN WILLIAMS | 1000 ASSEMBLY STREET | 5TH FLOOR | COLUMBIA | SC | 29201 | | jwilliams@scag.gov | Email and First Class Mail |
| 10596423 | South Dakota Department of Labor & Regulation Division of Insurance | 124 S. Euclid Ave | 2nd Fl | | Pierre | SD | 57501 | | | First Class Mail |
| 10292275 | SOUTH DAKOTA DIVISION OF INSURANCE | ATTN: TRAVIS JORDAN | 124 S. EUCLID AVE. | 2ND FLOOR | PIERRE | SD | 57501 | | travis.jordan@state.sd.us | Email and First Class Mail |
| 10292222 | STATE OF ALASKA DIVISION OF BANKING AND SECURITIES | ATTN: GEORGE HUMM | P.O. BOX 110807 | | JUNEAU | AK | 99811-0807 | | george.humm@alaska.gov | Email and First Class Mail |
| 10292223 | STATE OF ALASKA DIVISION OF BANKING AND SECURITIES | ATTN: LEIF HAUGEN | P.O. BOX 110807 | | JUNEAU | AK | 99811-0807 | | leif.haugen@alaska.gov | Email and First Class Mail |
| 10292230 | STATE OF CONNECTICUT DEPARTMENT OF BANKING | ATTN: CYNTHIA ANTANAITIS | 260 CONSTITUTION PLAZA | | HARTFORD | CT | 06103 | | cynthia.antanaitis@ct.gov | Email and First Class Mail |
| 10596433 | State of Nebraska Department of Banking and Finance | 1526 K Street | Suite 300 | | Lincoln | NE | 68508 | | | First Class Mail |
| 10292276 | STATE OF TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | ATTN: ANTHONY GLANDORF | 500 JAMES ROBERTSON PARKWAY | DAVY CROCKETT TOWER | NASHVILLE | TN | 37243 | | anthony.glandorf@tn.gov | Email and First Class Mail |

Exhibit B
Litigation Party Service List
Served as set forth below

| ADDRESS ID | NAME | ADDRESS | ADDRESS1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10292277 | STATE OF TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | ATTN: MALIAKA BASS | 500 JAMES ROBERTSON PARKWAY | DAVY CROCKETT TOWER | NASHVILLE | TN | 37243 | | maliaka.bass@tn.gov | Email and First Class Mail |
| 10596444 | Tennessee Department of Commerce & Insurance | 500 James Robertson Parkway | Davy Crockett Tower | | Nashville | TN | 37243 | | | First Class Mail |
| 10292278 | TEXAS STATE SECURITIES BOARD | ATTN: JOE ROTUNDA | 208 E. 10TH STREET | ROOM 610 | AUSTIN | TX | 78701 | | jrotunda@ssb.texas.gov | Email and First Class Mail |
| 10292279 | TEXAS STATE SECURITIES BOARD | ATTN: RACHEL ANDERSON RYNDERS | 208 E. 10TH STREET | ROOM 610 | AUSTIN | TX | 78701 | | rrynders@ssb.texas.gov | Email and First Class Mail |
| 10596404 | Texas State Securities Board | 208 E. 10th Street | Room 610 | | Austin | TX | 78705 | | | First Class Mail |
| 10596415 | The Commissioner of Financial Institutions or Puerto Rico Office | 1492 Ponce de Leon Ave | | | San Juan | PR | 00907-4024 | | | First Class Mail |
| 10292282 | U.S. VIRGIN ISLANDS DIVISION OF BANKING INSURANCE FINANCIAL REGULATION | ATTN: CHERRY CHARLESWELL | 5049 KONGENS GADE | | ST. THOMAS | VI | 00802 | | cheryl.charleswell@lgo.vi.gov | Email and First Class Mail |
| 10292283 | U.S. VIRGIN ISLANDS DIVISION OF BANKING INSURANCE FINANCIAL REGULATION | ATTN: DOLACE MCLEAN | 5049 KONGENS GADE | | ST. THOMAS | VI | 00802 | | dolace.mclean@lgo.vi.gov | Email and First Class Mail |
| 10292281 | U.S. VIRGIN ISLANDS DIVISION OF BANKING INSURANCE FINANCIAL REGULATION | ATTN: GLENDINA MATTHEW | 5049 KONGENS GADE | | ST. THOMAS | VI | 00802 | | glendina.matthew@lgo.vi.gov | Email and First Class Mail |
| 10596438 | Utah Corporations & Commercial Code | 160 E 300 South | Second Floor | | Salt Lake City | UT | 84111 | | | First Class Mail |
| 10292280 | UTAH SECURITIES DIVISION | ATTN: JASON E. STERZER | 160 E. 300 SOUTH | SECOND FLOOR | SALT LAKE CITY | UT | 84111 | | jsterzer@utah.gov | Email and First Class Mail |
| 10292284 | VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: ETHAN MCLAUGHLIN | 89 MAIN STREET | | MONTPELIER | VT | 05620 | | ethan.mclaughlin@vermont.gov | Email and First Class Mail |
| 10596405 | Vermont Department of Financial Regulation | 89 Main St. | | | Montpelier | VT | 05620-3101 | | | First Class Mail |
| 10292285 | VIRGINIA STATE CORPORATION COMMISSION | ATTN: ALEX PAGE | 1300 E. MAIN STREET | | RICHMOND | VA | 23219 | | alex.page@scc.virginia.gov | Email and First Class Mail |
| 10292286 | VIRGINIA STATE CORPORATION COMMISSION | ATTN: KEITH COOK | 1300 E. MAIN STREET | | RICHMOND | VA | 23219 | | keith.cook@scc.virginia.gov | Email and First Class Mail |
| 10596453 | Virginia State Corporation Commission | 1300 E. Main Street | | | Richmond | VA | 23219 | | | First Class Mail |
| 10292287 | WASHINGTON DEPARTMENT OF FINANCIAL INSTITUTIONS, SECURITIES DIVISION | ATTN: HUONG LAM | 150 ISRAEL ROAD SW | | TUMWATER | WA | 98501 | | huong.lam@dfi.wa.gov | Email and First Class Mail |
| 10596408 | Washington State Department of Financial Institutions | 150 Israel Road SW | | | Tumwater | WA | 98501 | | | First Class Mail |
| 10596442 | West Virginia Secretary of State's Office | 1800 Kanawha Blvd | Bldg 1, Room W-100 | | Charleston | WV | 20305 | | | First Class Mail |
| 10292288 | WEST VIRGINIA STATE AUDITOR'S OFFICE | ATTN: LISA HOPKINS | 1900 KANAWHA BOULEVARD EAST | STATE CAPITOL COMPLEX, BLDG. 1, ROOM W-100 | CHARLESTON | WV | 25305 | | lisa.hopkins@wvsao.gov | Email and First Class Mail |
| 10292289 | WEST VIRGINIA STATE AUDITOR'S OFFICE | ATTN: MICHAEL NUSBAUM | 1900 KANAWHA BOULEVARD EAST | STATE CAPITOL COMPLEX, BLDG. 1, ROOM W-100 | CHARLESTON | WV | 25305 | | michael.nusbaum@wvsao.gov | Email and First Class Mail |
| 10292290 | WISCONSIN DEPARTMENT OF FINANCIAL INSTITUTIONS, DIVISION OF SECURITIES | ATTN: KORTNEY L. ANDERSON | PO BOX 1768 | | MADISON | WI | 53701-1768 | | kortneyl.anderson@dfi.wisconsin.gov | Email and First Class Mail |
| 10292291 | WISCONSIN DEPARTMENT OF FINANCIAL INSTITUTIONS, DIVISION OF SECURITIES | ATTN: ROBIN S. JACOBS | PO BOX 1768 | 4th Floor | MADISON | WI | 53701-1768 | | robin.jacobs@dfi.wisconsin.gov | Email and First Class Mail |
| 10596414 | Wisconsin Division of Securities | 4822 Madison Yards Way | North Tower | | Madison | WI | 53701-1768 | | | First Class Mail |
| 10292293 | WYOMING SECRETARY OF STATE | ATTN: KELLY JANES | 122 WEST 25TH STREET | HERSCHLER BUILDING EAST, STE. 100 | CHEYENNE | WY | 82002-0020 | | kelly.janes@wyo.gov | Email and First Class Mail |
| 10292292 | WYOMING SECRETARY OF STATE | ATTN: RYAN ANDERSON | 122 WEST 25TH STREET | HERSCHLER BUILDING EAST, STE. 100 | CHEYENNE | WY | 82002-0020 | | ryan.anderson@wyo.gov | Email and First Class Mail |
| 10596451 | Wyoming Secretary of State | 122 West 25th Street | Suite 100 | Herschler Building East | Cheyenne | WY | 82002 | | | First Class Mail |

**<u>Exhibit C</u>**

Exhibit C

Notice Party Service List

Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | EMAIL | METHOD OF SERVICE |
|------|-------------|-----------|-------|-------------------|
| Boyle & Valenti Law, P.C. | Attn: Carrie J. Boyle, Esq. | | cboyle@b-vlaw.com | Email |
| Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq. | | rstark@brownrudnick.com; kaulet@brownrudnick.com; bsilverberg@brownrudnick.com | Email |
| Brown Rudnick LLP | Attn: Stephen D. Palley, Esq. | | spalley@brownrudnick.com | Email |
| Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq. | | rstark@brownrudnick.com; kaulet@brownrudnick.com; bsilverberg@brownrudnick.com | Email |
| Brown Rudnick LLP | Attn: Stephen D. Palley, Esq. | | spalley@brownrudnick.com | Email |
| Fox Rothschild, LLP | Attn: Mark E. Hall | | mhall@foxrothschild.com | Email |
| Genova Burns LLC | Attn: Daniel M. Stolz, Esq., Donald W. Clarke, Esq., Gregory S. Kinoian, Esq. | | dstolz@genovaburns.com; dclarke@genovaburns.com | Email |
| Genova Burns LLC | Attn: Daniel M. Stolz, Esq., Donald W. Clarke, Esq., Gregory S. Kinoian, Esq. | | dstolz@genovaburns.com; dclarke@genovaburns.com | Email |
| George J. Gerro, Esq. | Attn: George J. Gerro | | george@gerrolaw.com | Email |
| George S. Wynns | Attn: George S. Wynns | | georgewynns@gmail.com | Email |
| Gibbons P.C. | Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly | | rmalone@gibbonslaw.com; btheisen@gibbonslaw.com; kmcevilly@gibbonslaw.com | Email |
| Gorski & Knowlton Pc | Attn: Carol L. Knowlton, Allen I. Gorski | | cknowlton@gorskiknowlton.com; agorski@gorskiknowlton.com | Email |
| Hogan Lovells US LLP | Attn: Christopher R. Donoho III, Christopher R. Bryant, | | robert.ripin@hoganlovells.com; chris.donoho@hoganlovells.com; chris.bryant@hoganlovells.com | Email |

Exhibit C

Notice Party Service List

Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Hogan Lovells US LLP | Attn: David P. Simonds, Esq., Edward J. McNeilly, Esq. | | david.simonds@hoganlovells.com; edward.mcneilly@hoganlovells.com | Email |
| Holland & Knight LLP | Attn: Barbra R. Parlin | | barbra.parlin@hklaw.com | Email |
| McCarter & English, LLP | Attn: David J. Adler, joseph R. Scholz | | dadler@mccarter.com; jscholz@mccarter.com | Email |
| McCarter & English, LLP | Attn: Lisa S. Bonsall | | lbonsall@mccarter.com | Email |
| McCarter & English, LLP | Attn: David J. Adler, joseph R. Scholz | | dadler@mccarter.com; jscholz@mccarter.com | Email |
| McCarter & English, LLP | Attn: Lisa S. Bonsall | | lbonsall@mccarter.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard | | nleonard@mdmc-law.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gaston P. Loomis | | gloomis@mdmc-law.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein | | jbernstein@mdmc-law.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea | | vshea@mdmc-law.com | Email |
| Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein | | KRWalsh@mintz.com; TDoherty@mintz.com; DBaumstein@mintz.com | Email |
| Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild, III, Matthew C. Ziegler | | john.goodchild@morganlewis.com; matthew.ziegler@morganlewis.com | Email |
| Morgan, Lewis & Bockius LLP | Attn: Joshua Dorchak, David K. Shim | | joshua.dorchak@morganlewis.com; david.shim@morganlewis.com | Email |
| Office of The Tennessee Attorney General | Attn: Bankruptcy Division | P.O. Box  20207 Nashville TN 37202-0207 | | First Class mail |

Exhibit C

Notice Party Service List

Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Office of the United States Trustee | Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq | | Lauren.Bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov; USTPRegion03.NE.ECF@usdoj.gov | Email |
| Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo | | kgwynne@reedsmith.com; jangelo@reedsmith.com | Email |
| Severson & Werson, A Professional Corporation | Attn: Eleanor M. Roman, Donald H. Cram | | emr@severson.com; dhc@severson.com | Email |
| Straffi & Straffi, LLC | Attn: Daniel E. Straffi | | bkclient@straffilaw.com | Email |
| Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora | | dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; porporam@sullcrom.com | Email |
| Troutman Pepper Hamilton Sanders LLP | Attn: Deborah Kovsky-Apap | | deborah.kovsky@troutman.com | Email |
| U.S. Department of Justice – Civil Division Commercial Litigation Branch | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro | | seth.shapiro@usdoj.gov | Email |
| U.S. Department of Justice Civil Division | Attn: Seth B. Shapiro | | seth.shapiro@usdoj.gov | Email |
| Venable LLP | Attn: Michael A. Guerra, Jeffrey S. Sabin and Carol A. Weiner | | MAGuerra@Venable.com; JSsabin@venable.com; CWeinerlevy@venable.com | Email |
| Venable LLP | Attn: Andrew J. Currie | | AJCurrie@Venable.com | Email |