| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>BROWN RUDNICK LLP<br>Robert J. Stark, Esq.<br>Kenneth J. Aulet, Esq.<br>Bennett S. Silverberg, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Fax: (212) 209-4801<br>Email:  rstark@brownrudnick.com<br>         kaulet@brownrudnick.com<br>         bsilverberg@brownrudnick.com<br>*Proposed Counsel for the Official Committee of Unsecured Creditors*<br>  -and-<br>GENOVA BURNS LLC.<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>Telephone: (973) 230-2095<br>Fax: (973) 533-1112<br>Email: DStolz@genovaburns.com<br>         DClarke@genovaburns.com<br>         GKinoian@genovaburns.com<br>*Proposed Local Counsel for the Official Committee of Unsecured Creditors* | BROWN RUDNICK LLP<br>Stephen D. Palley, Esq.<br>601 Thirteenth Street, NW<br>Washington, DC 20005<br>Telephone: (617)536-1766<br>Fax: (617)289-0466<br>Email: spalley@brownrudnick.com |
| In re:<br><br>BLOCKFI INC., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |

**SUPPLEMENTAL CERTIFICATION OF DONALD W. CLARKE IN SUPPORT OF APPLICATION FOR RETENTION OF GENOVA BURNS, LLC**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

I, DONALD W. CLARKE, being of full age, certify as follows:

1. This is a supplement to the original Certification of Professional in support of the Application For Retention of Professional Genova Burns, LLC ("Genova") [Docket No. 399] (the "Original Certification"), filed on January 25, 2023.

2. Genova reviewed the "Case Parties List." [Doc 399-1] In its "Connections List" [Doc 399-2], Genova identified ▉▉▉▉▉▉▉▉▉▉▉▉▉, AT&T, ▉▉▉▉, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉, ▉▉▉▉▉▉▉▉▉▉▉▉▉, ▉▉▉▉▉, ▉▉▉▉▉▉, and ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. In fact, ▉▉▉▉ and ▉▉▉▉▉ were merely related parties to matters handled for other clients and were not clients of Genova. Notwithstanding, the annual fees for each of the last two years paid to Genova by the clients or former clients listed above <u>did not exceed 0.01%</u> of Genova's annual gross revenue.

3. Attorneys and paraprofessionals at Genova who are expected to perform services related to this retention include:
   Daniel M. Stolz, Esq., attorney, at an hourly rate of $800/hour;
   Donald W. Clarke, Esq., attorney, at an hourly rate of $600/hour;
   Gregory S. Kinoian, Esq., attorney, at an hourly rate of $550/hour;
   Celia S. Bosco, Esq., attorney, at an hourly rate of $550/hour;
   Sydney M. Schubert, Esq., attorney, at an hourly rate of $275/hour; and
   Lorrie Denson, paraprofessional, at an hourly rate of $250/hour.

   Any other attorneys or paraprofessionals staffed on this engagement will bill at an hourly rate commensurate with their seniority and role, and similar to those rates listed above.

4. The following information is provided pursuant to paragraph D.1 of the U.S. Trustee Guidelines.
   a) Genova will comply with the United States Trustee's Fee Guidelines in connection with this engagement and has not agreed to variations from standard customary billing arrangements.
   b) None of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case.
   c) The Committee has approved Genova's general staffing plan, which is described in the Original Certification, and as detailed in this supplemental certification. The Committee has approved Genova Burn's budget through March 2023.

5. Genova has requested all counsel and staff, regardless of their involvement in this retention, to disclose the existence of any personal accounts with the Debtors or its affiliates. No such disclosures have been made.

I certify under penalty of perjury that the above information is true.

Date: February 23, 2023

*/s/Donald W. Clarke*

Signature of Professional