**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Creditor, Brian Graddon

| | |
|---|---|
| In re:  | UNITED STATES BANKRUPTCY COURT |
|   | FOR THE DISTRICT OF NEW JERSEY |
| BlockFi, Inc. | Chapter 11 Proceeding |
|   | Case No. 22-19361/MBK |
| Debtor(s). |  |
|   | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES** |

TO:   Clerk
United States Bankruptcy Court
402 East State Street
Trenton, NJ 08708

SIR:

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance in the above stated action on behalf of Creditor, Brian Graddon.

**PLEASE TAKE FURTHER NOTICE** that I hereby request service of all notices mailed by the Clerk in this matter.

Dated:  March 1, 2023                              /s/ Daniel E. Straffi, Esq.
                                                   _____
                                                   Daniel E. Straffi, Jr., Esq.