**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BlockFi Inc., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

# AFFIDAVIT OF SERVICE

I, Moheen Ahmad, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 14, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Notice Party Service List attached hereto as **Exhibit A**:

- Declaration of David J. Wilks, Esq., on Behalf of Proposed Ordinary Course Professional, Hodgson Russ LLP [Docket No. 515]

- Hodgson Russ Questionnaire, a copy of which is attached hereto as **Exhibit B**.

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document(s) via electronic service.

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

Dated: February 23, 2023

/s/ Moheen Ahmad
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 23, 2023, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 67329

**<u>Exhibit A</u>**

Exhibit A
Notice Party Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Boyle & Valenti Law, P.C. | Attn: Carrie J. Boyle, Esq. | | cboyle@b-vlaw.com | Email |
| Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq. | | rstark@brownrudnick.com; kaulet@brownrudnick.com; bsilverberg@brownrudnick.com | Email |
| Brown Rudnick LLP | Attn: Stephen D. Palley, Esq. | | spalley@brownrudnick.com | Email |
| Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq. | | rstark@brownrudnick.com; kaulet@brownrudnick.com; bsilverberg@brownrudnick.com | Email |
| Brown Rudnick LLP | Attn: Stephen D. Palley, Esq. | | spalley@brownrudnick.com | Email |
| Fox Rothschild, LLP | Attn: Mark E. Hall | | mhall@foxrothschild.com | Email |
| Genova Burns LLC | Attn: Daniel M. Stolz, Esq., Donald W. Clarke, Esq., Gregory S. Kinoian, Esq. | | dstolz@genovaburns.com; dclarke@genovaburns.com | Email |
| Genova Burns LLC | Attn: Daniel M. Stolz, Esq., Donald W. Clarke, Esq., Gregory S. Kinoian, Esq. | | dstolz@genovaburns.com; dclarke@genovaburns.com | Email |
| George J. Gerro, Esq. | Attn: George J. Gerro | | george@gerrolaw.com | Email |
| George S. Wynns | Attn: George S. Wynns | | georgewynns@gmail.com | Email |
| Gibbons P.C. | Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly | | rmalone@gibbonslaw.com; btheisen@gibbonslaw.com; kmcevilly@gibbonslaw.com | Email |
| Gorski & Knowlton Pc | Attn: Carol L. Knowlton, Allen I. Gorski | | cknowlton@gorskiknowlton.com; agorski@gorskiknowlton.com | Email |
| Hogan Lovells US LLP | Attn: Christopher R. Donoho III, Christopher R. Bryant, | | robert.ripin@hoganlovells.com; chris.donoho@hoganlovells.com; chris.bryant@hoganlovells.com | Email |
| Hogan Lovells US LLP | Attn: David P. Simonds, Esq., Edward J. McNeilly, Esq. | | david.simonds@hoganlovells.com; edward.mcneilly@hoganlovells.com | Email |
| Holland & Knight LLP | Attn: Barbra R. Parlin | | barbra.parlin@hklaw.com | Email |
| McCarter & English, LLP | Attn: David J. Adler, joseph R. Scholz | | dadler@mccarter.com; jscholz@mccarter.com | Email |
| McCarter & English, LLP | Attn: Lisa S. Bonsall | | lbonsall@mccarter.com | Email |
| McCarter & English, LLP | Attn: David J. Adler, joseph R. Scholz | | dadler@mccarter.com; jscholz@mccarter.com | Email |
| McCarter & English, LLP | Attn: Lisa S. Bonsall | | lbonsall@mccarter.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard | | nleonard@mdmc-law.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gaston P. Loomis | | gloomis@mdmc-law.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein | | jbernstein@mdmc-law.com | Email |

Exhibit A
Notice Party Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea | | vshea@mdmc-law.com | Email |
| Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein | | KRWalsh@mintz.com; TDoherty@mintz.com; DBaumstein@mintz.com | Email |
| Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild, III, Matthew C. Ziegler | | john.goodchild@morganlewis.com; matthew.ziegler@morganlewis.com | Email |
| Morgan, Lewis & Bockius LLP | Attn: Joshua Dorchak, David K. Shim | | joshua.dorchak@morganlewis.com; david.shim@morganlewis.com | Email |
| Office of The Tennessee Attorney General | Attn: Bankruptcy Division | P.O. Box 20207 Nashville TN 37202-0207 | | First Class mail |
| Office of the United States Trustee | Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq | | Lauren.Bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov; USTPRegion03.NE.ECF@usdoj.gov | Email |
| Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo | | kgwynne@reedsmith.com; jangelo@reedsmith.com | Email |
| Severson & Werson, A Professional Corporation | Attn: Eleanor M. Roman, Donald H. Cram | | emr@severson.com; dhc@severson.com | Email |
| Straffi & Straffi, LLC | Attn: Daniel E. Straffi | | bkclient@straffilaw.com | Email |
| Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora | | dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; porporam@sullcrom.com | Email |
| Troutman Pepper Hamilton Sanders LLP | Attn: Deborah Kovsky-Apap | | deborah.kovsky@troutman.com | Email |
| U.S. Department of Justice – Civil Division Commercial Litigation Branch | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro | | seth.shapiro@usdoj.gov | Email |
| U.S. Department of Justice Civil Division | Attn: Seth B. Shapiro | | seth.shapiro@usdoj.gov | Email |
| Venable LLP | Attn: Michael A. Guerra, Jeffrey S. Sabin and Carol A. Weiner | | MAGuerra@Venable.com; JSsabin@venable.com; CWeinerlevy@venable.com | Email |
| Venable LLP | Attn: Andrew J. Currie | | AJCurrie@Venable.com | Email |

In re: BlockFi Inc., et al.
Case No. 22-19361 (MBK)

Page 2 of 2