**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BlockFi Inc., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Tariful Huq, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 24, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Notice of Auction [Docket No. 554]

- Second Supplemental Declaration of Richard Kanowitz in Support of the Debtors' Application for Entry of an Order Under 11 U.S.C. §§ 327(a), 330 and 1107(b) Authorizing the Employment and Retention of Haynes and Boone, LLP as Attorneys for the Debtors and Debtors in Possession Effective as of the Petition Date Pursuant to Local Bankruptcy Rule 2014-1(B)(1) [Docket No. 555]

- Second Supplemental Declaration of Joshua A. Sussberg in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of November 28, 2022 [Docket No. 556]

- Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Direct Scratch to Return Post-Pause Payments of Retail Client Loans and (B) Granting Related Relief [Docket No. 559]

On February 24, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Fee Application Service List attached hereto as **Exhibit B** and on the Notice Parties Service List attached hereto as **Exhibit C**:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

- Monthly Fee Statement of Haynes and Boone, LLP for the Period January 1, 2023 Through January 31, 2023 [Docket No. 557]

- Combined Monthly Fee Statement of Kroll Restructuring Administration LLC for the Period from December 1, 2022 Through January 31, 2023 [Docket No. 558]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: March 6, 2023

/s/ Tariful Huq
Tariful Huq

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 6, 2023, by Tariful Huq, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ Cindy C. Hosein-Mohan
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Indenture Trustee | Ankura Trust Company, LLC, as Trustee for the Indenture Dated as of February 28, 2022 | Attn: James J. McGinley<br>140 Sherman Street, 4th Floor<br>Fairfield CT 06824 | james.mcginley@ankura.com | Email |
| Counsel to Ge Song | Boyle & Valenti Law, P.C. | Attn: Carrie J. Boyle, Esq.<br>1940 Route 70 East<br>Suite 4<br>Cherry Hill NJ 08003 | cboyle@b-vlaw.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq.<br>7 Times Square<br>New York NY 10036 | rstark@brownrudnick.com<br>kaulet@brownrudnick.com<br>bsilverberg@brownrudnick.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | Attn: Stephen D. Palley, Esq.<br>601 Thirteenth Street NW<br>Washington DC 20005 | spalley@brownrudnick.com | Email |
| Counsel to the Debtors | Cole Schotz P.C. | Attn: Felice R. Yudkin, Rebecca W. Hollander, Michael D. Sirota<br>25 Main Street<br>Hackensack NJ 7601 | FYudkin@coleschotz.com<br>RHollander@coleschotz.com<br>Msirota@coleschotz.com | Email |
| State Attorney General | Commonwealth of Puerto Rico | Attn: Bankruptcy Department<br>Apartado 9020192<br>San Juan PR 00902-0192 | | First Class Mail |
| Environmental Protection Agency - Region 2 | Environmental Protection Agency | Attn: Bankruptcy Division<br>290 Broadway<br>New York NY 10007-1866 | | First Class Mail |
| Environmental Protection Agency | Environmental Protection Agency | Attn: General Counsel<br>Office Of General Counsel 2310A<br>1200 Pennsylvania Ave NW, 2310A<br>Washington DC 20460 | | First Class Mail |
| Counsel to John Lymn | Fox Rothschild, LLP | Attn: Mark E. Hall<br>49 Market Street<br>Morristown NJ 07960 | mhall@foxrothschild.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Genova Burns LLC | Attn: Daniel M. Stolz, Esq., Donald W. Clarke, Esq., Gregory S. Kinoian, Esq.<br>110 Allen Road, Suite 304<br>Basking Ridge NJ 07920 | dstolz@genovaburns.com<br>dclarke@genovaburns.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Interested Party | George J. Gerro, Esq. | Attn: George J. Gerro<br>530 S. Glenoaks Blvd.<br>Suite 200<br>Burbank CA 91502 | george@gerrolaw.com | Email |
| Interested Party | George S. Wynns | Attn: George S. Wynns<br>124 Brewster Street<br>San Francisco CA 94110 | georgewynns@gmail.com | Email |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Gibbons P.C. | Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly<br>One Gateway Center<br>Newark NJ 07102 | rmalone@gibbonslaw.com<br>btheisen@gibbonslaw.com<br>kmcevilly@gibbonslaw.com | Email |
| Counsel to George J. Gerro and Nancy Fout | Gorski & Knowlton Pc | Attn: Carol L. Knowlton, Allen I. Gorski<br>311 Whitehorse Avenue<br>Suite A<br>Hamilton NJ 08610 | cknowlton@gorskiknowlton.com<br>agorski@gorskiknowlton.com | Email |
| Co-Counsel to Debtors | Haynes and Boone, LLP | Attn: J. Frasher Murphy, Jordan E. Chavez<br>2323 Victory Ave<br>Suite 700<br>Dallas TX 75219 | frasher.murphy@haynesboone.com<br>jordan.chavez@haynesboone.com | Email |
| Co-Counsel to Debtors | Haynes and Boone, LLP | Attn: Kenric D. Kattner, Kourtney P. Lyda, Re'Necia Sherald<br>1221 Mckinney Street<br>Suite 4000<br>Houston TX 77010 | kenric.kattner@haynesboone.com<br>kourtney.lyda@haynesboone.com<br>renecia.sherald@haynesboone.com | Email |
| Co-Counsel to Debtors | Haynes and Boone, LLP | Attn: Richard S. Kanowitz<br>30 Rockefeller Plaza<br>26th Floor<br>New York NY 10112 | richard.kanowitz@haynesboone.com | Email |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | Attn: Christopher R. Donoho III, Christopher R. Bryant,<br>Robert A. Ripin<br>390 Madison Ave<br>New York NY 10017 | robert.ripin@hoganlovells.com<br>chris.donoho@hoganlovells.com<br>chris.bryant@hoganlovells.com | Email |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | Attn: David P. Simonds, Esq., Edward J. McNeilly, Esq.<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles CA 90067 | david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Silvergate Bank | Holland & Knight LLP | Attn: Barbra R. Parlin<br>31 West 52Nd Street<br>New York NY 10019 | barbra.parlin@hklaw.com | Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to the Debtors | Kirkland & Ellis LLP | Attn: Christine A. Okike, Francis Petrie, Joshua Sussberg<br>601 Lexington Avenue<br>New York NY 10022 | christine.okike@kirkland.com<br>francis.petrie@kirkland.com<br>jsussberg@kirkland.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | McCarter & English, LLP | Attn: David J. Adler, joseph R. Scholz<br>Worldwide Plaza<br>825 Eighth Avenue, 31st Floor<br>New York NY 10019 | dadler@mccarter.com<br>jscholz@mccarter.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | McCarter & English, LLP | Attn: Lisa S. Bonsall<br>Four Gateway Center<br>100 Mulberry Street<br>Newark NJ 07102 | lbonsall@mccarter.com | Email |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gaston P. Loomis<br>300 Delaware Ave<br>Suite 1014<br>Wilmington DE 19801 | gloomis@mdmc-law.com | Email |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein<br>570 Broad Street<br>Newark NJ 07102 | jbernstein@mdmc-law.com | Email |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard<br>225 Liberty Street<br>36th Floor<br>New York NY 10281 | nleonard@mdmc-law.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea<br>1300 Mt. Kemble Avenue<br>PO Box 2075<br>Morristown NJ 07962-2075 | vshea@mdmc-law.com | Email |
| Counsel to Marex Capital Markets Inc. formerly known as E D & F Man Capital Markets, Inc. | Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein<br>919 Third Avenue<br>New York NY 10022 | KRWalsh@mintz.com<br>TDoherty@mintz.com<br>DBaumstein@mintz.com | Email |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild, III, Matthew C. Ziegler<br>1701 Market Street<br>Philadelphia PA 19103 | john.goodchild@morganlewis.com<br>matthew.ziegler@morganlewis.com | Email |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | Attn: Joshua Dorchak, David K. Shim<br>101 Park Avenue<br>New York NY 10178 | joshua.dorchak@morganlewis.com<br>david.shim@morganlewis.com | Email |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington DC 20036 | kcordry@naag.org | Email |
| Counsel to the State of Texas | Office of The Attorney General of Texas | Attn: Jason B. Binford and Roma N. Desai<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin TX 78711-2548 | roma.desai@oag.texas.gov<br>public.information@oag.state.tx.us | Email |
| TN Dept of Commerce and Insurance | Office of The Tennessee Attorney General | Attn: Bankruptcy Division<br>P.O. Box 20207<br>Nashville TN 37202-0207 | consumer.affairs@tn.gov<br>gina.hantel@ag.tn.gov | Email |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee | Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark NJ 07102 | Lauren.Bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov<br>USTPRegion03.NE.ECF@usdoj.gov | Email |
| State Attorney General | Pennsylvania Office of The Attorney General | Attn: Bankruptcy Department<br>Strawberry Square<br>16th Floor<br>Harrisburg PA 17120 | | First Class Mail |

In re: BlockFi Inc., et al.
Case No. 22-19361 (MBK)

Page 4 of 10

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Bryant F. Foulger | Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo<br>1201 North Market Street<br>Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com<br>jangelo@reedsmith.com | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street, Ste 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Headquarters | Securities and Exchange Commission | Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Counsel to Scratch Services LLC | Severson & Werson, A Professional Corporation | Attn: Eleanor M. Roman, Donald H. Cram<br>595 Market Street<br>Suite 2600<br>San Francisco CA 94105 | emr@severson.com<br>dhc@severson.com | Email |
| State Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery AL 36130-0152 | | First Class Mail |
| State Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department<br>P.O. Box 110300<br>Juneau AK 99811-0300 | attorney.general@alaska.gov | Email |
| State Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department<br>2005 N Central Ave<br>Phoenix AZ 85004-2926 | aginfo@azag.gov | Email |
| State Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department<br>323 Center St.<br>Suite 200<br>Little Rock AR 72201-2610 | | First Class Mail |
| State Attorney General | State of California Attorney General | Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | bankruptcy@coag.gov | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver CO 80203 | | First Class Mail |
| State Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department<br>165 Capitol Avenue<br>Hartford CT 06106 | attorney.general@ct.gov<br>denise.mondell@ct.gov | Email |
| State Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington DE 19801 | attorney.general@state.de.us | Email |
| State Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department<br>The Capitol, Pl 01<br>Tallahassee FL 32399-1050 | | First Class Mail |
| State Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | | First Class Mail |
| State Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu HI 96813 | hawaiiag@hawaii.gov | Email |
| State Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 | | First Class Mail |
| State Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us | Email |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines IA 50319 | webteam@ag.iowa.gov | Email |
| State Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor<br>Topeka KS 66612-1597 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort KY 40601 | | First Class Mail |
| State Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | consumerinfo@ag.state.la.us | Email |
| State Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department<br>6 State House Station<br>Augusta ME 04333 | | First Class Mail |
| State Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | oag@oag.state.md.us | Email |
| State Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department<br>One Ashburton Place<br>Boston MA 02108-1698 | ago@state.ma.us | Email |
| State Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | miag@michigan.gov | Email |
| State Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | | First Class Mail |
| State Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200 P.O. Box 220<br>Jackson MS 39201 | | First Class Mail |
| State Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | attorney.general@ago.mo.gov | Email |
| State Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department<br>215 N Sanders, Third Floor<br>P.O. Box 201401<br>Helena MT 59620-1401 | contactdoj@mt.gov | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | ago.info.help@nebraska.gov | Email |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701 | aginfo@ag.nv.gov | Email |
| State Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord NH 03301 | attorneygeneral@doj.nh.gov | Email |
| State Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department<br>Rj Hughes Justice Complex<br>25 Market Street P.O. Box 080<br>Trenton NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us | Email |
| State Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | | First Class Mail |
| State Attorney General | State of New York Attorney General | Attn: Bankruptcy Department<br>The Capitol<br>Albany NY 12224-0341 | | First Class Mail |
| State Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 | | First Class Mail |
| State Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | ndag@nd.gov | Email |
| State Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | | First Class Mail |
| State Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department<br>313 NE 21st Street<br>Oklahoma City OK 73105 | | First Class Mail |
| State Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department<br>1162 Court Street NE<br>Salem OR 97301 | consumer.hotline@doj.state.or.us<br>david.hart@doj.state.or.us | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department<br>150 South Main Street<br>Providence RI 02903 | | First Class Mail |
| State Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department<br>P.O. Box 11549<br>Columbia SC 29211-1549 | | First Class Mail |
| State Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department<br>1302 East Highway 14<br>Suite 1<br>Pierre SD 57501-8501 | consumerhelp@state.sd.us | Email |
| State Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department<br>P.O. Box 142320<br>Salt Lake City UT 84114-2320 | uag@utah.gov | Email |
| State Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department<br>109 State St.<br>Montpelier VT 05609-1001 | ago.bankruptcies@vermont.gov | Email |
| State Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department<br>900 East Main Street<br>Richmond VA 23219 | | First Class Mail |
| State Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia WA 98504-0100 | | First Class Mail |
| State Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | consumer@wvago.gov | Email |
| State Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department<br>Wisconsin Department Of Justice<br>State Capitol, Room 114 East P.O. Box 7857<br>Madison WI 53707-7857 | | First Class Mail |
| State Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne WY 82002 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Bruce Gilling and Martin Mikolajczyk, Counsel for Creditor, Mitchell Eglar | Straffi & Straffi, LLC | Attn: Daniel E. Straffi<br>670 Commons Way<br>Toms River NJ 08755 | bkclient@straffilaw.com | Email |
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora<br>125 Broad Street<br>New York NY 10004 | dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>porporam@sullcrom.com | Email |
| Counsel to the Ad Hoc Committee of Wallet Account Holders | Troutman Pepper Hamilton Sanders LLP | Attn: Deborah Kovsky-Apap<br>875 Third Avenue<br>New York NY 10022 | deborah.kovsky@troutman.com | Email |
| Counsel to United States of America | U.S. Department of Justice – Civil Division Commercial Litigation Branch | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro<br>Ben Franklin Station<br>P.O. Box 875<br>Washington DC 20044-0875 | seth.shapiro@usdoj.gov | Email |
| Counsel to United States of America | U.S. Department of Justice Civil Division | Attn: Seth B. Shapiro<br>1100 L Street, NW<br>7th Floor - Room 7114<br>Washington DC 20005 | seth.shapiro@usdoj.gov | Email |
| State Attorney General | United States of America Attorney General | Attn: Bankruptcy Department<br>Us Dept Of Justice<br>950 Pennsylvania Ave NW<br>Washington DC 20530-0001 | | First Class Mail |
| Counsel to Cipher Mining Inc. and Cipher Mining Technologies Inc. | Venable LLP | Attn: Andrew J. Currie<br>600 Massachusetts Avenue NW<br>Washington DC 20001 | AJCurrie@Venable.com | Email |
| Counsel to Cipher Mining Inc. and Cipher Mining Technologies Inc. | Venable LLP | Attn: Michael A. Guerra, Jeffrey S. Sabin and Carol A. Weiner<br>1270 Avenue of the Americas<br>24th Floor<br>New York NY 10020 | MAGuerra@Venable.com<br>JSsabin@venable.com<br>CWeinerlevy@venable.com | Email |
| State Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department<br>441 4th Street, NW<br>Washington DC 20001 | oag@dc.gov | Email |

**Exhibit B**

# Exhibit B

Fee Application Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
| --- | --- | --- |
| Berkeley Research Group | Attn: Mark Renzi | mrenzi@thinkbrg.com |
| Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq. | rstark@brownrudnick.com; kaulet@brownrudnick.com; bsilverberg@brownrudnick.com |
| Brown Rudnick LLP | Attn: Stephen D. Palley, Esq. | spalley@brownrudnick.com |
| Cole Schotz P.C. | Attn: Michael D. Sirota, Warren A. Usatine | Msirota@coleschotz.com; wusatine@coleschotz.com |
| Haynes and Boone, LLP | Attn: Richard S. Kanowitz | richard.kanowitz@haynesboone.com |
| Haynes and Boone, LLP | Attn: J. Frasher Murphy, Jordan E. Chavez | frasher.murphy@haynesboone.com; jordan.chavez@haynesboone.com |
| Kirkland & Ellis LLP | Attn: Christine A. Okike, Francis Petrie, Joshua Sussberg | christine.okike@kirkland.com; francis.petrie@kirkland.com; jsussberg@kirkland.com |
| Moelis & Company | Attn: Barak Klein, Jared Dermont | barak.klein@moelis.com; jared.dermont@moelis.com |
| Office of the United States Trustee | Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq | Lauren.Bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov |

**Exhibit C**

Exhibit C
Notice Parties Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Boyle & Valenti Law, P.C. | Attn: Carrie J. Boyle, Esq. | cboyle@b-vlaw.com |
| Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq. | rstark@brownrudnick.com; kaulet@brownrudnick.com; bsilverberg@brownrudnick.com |
| Brown Rudnick LLP | Attn: Stephen D. Palley, Esq. | spalley@brownrudnick.com |
| Fox Rothschild, LLP | Attn: Mark E. Hall | mhall@foxrothschild.com |
| Genova Burns LLC | Attn: Daniel M. Stolz, Esq., Donald W. Clarke, Esq., Gregory S. Kinoian, Esq. | dstolz@genovaburns.com; dclarke@genovaburns.com |
| George J. Gerro, Esq. | Attn: George J. Gerro | george@gerrolaw.com |
| George S. Wynns | Attn: George S. Wynns | georgewynns@gmail.com |
| Gibbons P.C. | Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly | rmalone@gibbonslaw.com; btheisen@gibbonslaw.com; kmcevilly@gibbonslaw.com |
| Gorski & Knowlton Pc | Attn: Carol L. Knowlton, Allen I. Gorski | cknowlton@gorskiknowlton.com; agorski@gorskiknowlton.com |
| Hogan Lovells US LLP | Attn: Christopher R. Donoho III, Christopher R. Bryant, | robert.ripin@hoganlovells.com; chris.donoho@hoganlovells.com; chris.bryant@hoganlovells.com |
| Hogan Lovells US LLP | Attn: David P. Simonds, Esq., Edward J. McNeilly, Esq. | david.simonds@hoganlovells.com; edward.mcneilly@hoganlovells.com |
| Holland & Knight LLP | Attn: Barbra R. Parlin | barbra.parlin@hklaw.com |
| McCarter & English, LLP | Attn: David J. Adler, joseph R. Scholz | dadler@mccarter.com; jscholz@mccarter.com |

Exhibit C

Notice Parties Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| McCarter & English, LLP | Attn: Lisa S. Bonsall | lbonsall@mccarter.com |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard | nleonard@mdmc-law.com |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gaston P. Loomis | gloomis@mdmc-law.com |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein | jbernstein@mdmc-law.com |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea | vshea@mdmc-law.com |
| Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein | KRWalsh@mintz.com; TDoherty@mintz.com; DBaumstein@mintz.com |
| Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild, III, Matthew C. Ziegler | john.goodchild@morganlewis.com; matthew.ziegler@morganlewis.com |
| Morgan, Lewis & Bockius LLP | Attn: Joshua Dorchak, David K. Shim | joshua.dorchak@morganlewis.com; david.shim@morganlewis.com |
| Office of The Tennessee Attorney General | Attn: Bankruptcy Division | consumer.affairs@tn.gov; gina.hantel@ag.tn.gov |
| Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo | kgwynne@reedsmith.com; jangelo@reedsmith.com |
| Severson & Werson, A Professional Corporation | Attn: Eleanor M. Roman, Donald H. Cram | emr@severson.com; dhc@severson.com |
| Straffi & Straffi, LLC | Attn: Daniel E. Straffi | bkclient@straffilaw.com |
| Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora | dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; porporam@sullcrom.com |

Exhibit C
Notice Parties Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Troutman Pepper Hamilton Sanders LLP | Attn: Deborah Kovsky-Apap | deborah.kovsky@troutman.com |
| U.S. Department of Justice – Civil Division Commercial Litigation Branch | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro | seth.shapiro@usdoj.gov |
| U.S. Department of Justice Civil Division | Attn: Seth B. Shapiro | seth.shapiro@usdoj.gov |
| Venable LLP | Attn: Michael A. Guerra, Jeffrey S. Sabin and Carol A. Weiner | MAGuerra@Venable.com; JSsabin@venable.com; CWeinerlevy@venable.com |
| Venable LLP | Attn: Andrew J. Currie | AJCurrie@Venable.com |