UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: jeffrey.m.sponder@usdoj.gov
          lauren.bielskie@usdoj.gov

In Re:

BlockFi. Inc., et als.,

Debtors.[1]

Case No.: 22-19361 (MBK)

Chapter 11

Chief Judge: Michael B. Kaplan

Hearing Date:

**ORDER COMPELLING THE DEBTORS TO COMPLY WITH: (i) SECTION 345(b) OF THE BANKRUPTCY CODE; AND (ii) THE FINAL CASH MANAGEMENT ORDER**

The relief set forth on the following page(s), numbered two (2) and three (3) is hereby **ORDERED**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154).

**(Page 2)**

BlockFi. Inc., et als.

Case No. 22-19361/MBK

**Order Compelling the Debtors to Comply With: (i) Section 345(b) of the Bankruptcy Code; and (ii) the Final Cash Management Order**

---

Upon consideration of the Motion of the United States Trustee by and through counsel, for an Order to Compel the Debtors to Comply With: (i) Section 345(b) of the Bankruptcy Code; and (ii) the Final Cash Management Order, and notice of the Motion having been given to the Debtors, Debtors' counsel and certain parties-in-interest, and the Court having found that the Debtors' account at Silicon Valley Bank, account number x7263, is a money market mutual fund that is not FDIC insured and as such, does not comply with Section 345(b) of the Bankruptcy Code, and the Court having found cause for the entry of the within order, and good cause shown, and for the reasons set forth on the record, it is hereby:

**ORDERED** that the Debtors shall immediately comply with Section 345(b) of the Bankruptcy Code and ensure that all of its deposits and investments held in account number x7263 located at Silicon Valley Bank are insured or guaranteed by the United States or by a department, agency, or instrumentality of the United States or backed by the full faith and credit of the United States, and it is further

**ORDERED** that to the extent the Debtors are unable to ensure that all of its deposits and investments held in account number x7263 located at Silicon Valley Bank are insured or guaranteed by the United States or by a department, agency, or instrumentality of the United States or backed by the full faith and credit of the United States, the Debtors shall immediately transfer said funds to a depository approved by the United States Trustee for Region 3 that will

**(Page 3)**

BlockFi. Inc., et als.

Case No. 22-19361/MBK

**Order Compelling the Debtors to Comply With: (i) Section 345(b) of the Bankruptcy Code; and (ii) the Final Cash Management Order**

___

insure or guarantee the deposits and investments previously held in account number x7263 and previously located at Silicon Valley Bank, and it is further

**ORDERED** that the Debtors shall comply with Section 345(b) in all other respects.