| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>Facsimile:  (201) 489-1536<br>Email: msirota@coleschotz.com<br>        wusatine@coleschotz.com<br>*Attorneys for Debtors*<br>*and Debtors in Possession* | |
| In re:<br><br>BLOCKFI INC., *et al.,*<br><br>                Debtors.1 | Case No.:        22-19361<br><br>Judge:           Hon. Michael B. Kaplan<br><br>Chapter:         11<br><br>Hearing Date:    April 11, 2023 |

### ADJOURNMENT REQUEST

1.    I, <u>Michael D. Sirota, Esq.</u>

     ☒    am the attorney for:  <u>the Debtors/Debtors-in-Possession</u>                    ,

     ☐    am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

**First Matter:**

Docket No. 559 – Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Direct Scratch to Return Post-Pause Payments on Retail Client Loans and (B) Granting Related Relief

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

65365/0001-44824631v3

**Second Matter:**

Docket No. 573 – Debtors' First Omnibus Objection to Claims 1363, 1649 and 3217

**Current hearing date and time**: April 11, 2023 at 10:00 a.m.

**New date requested**: April 19, 2023 at 10:00 a.m.

**Reason for adjournment request**: The current omnibus hearing date, April 11, 2023, is during Passover. We respectfully request the hearing be rescheduled for after the holiday.

2.      Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: March 9, 2023                      /s/ Michael D. Sirota
                                         Signature

**COURT USE ONLY:**

The request for adjournment is:                    4|19|2023 @ 10:00 a.m.

☒      Granted          New hearing date: _X_      ☐      Peremptory

☐      Granted over objection(s)  New hearing date: _____      ☐      Peremptory

☐      Denied


**IMPORTANT: If your request is granted, you must notify interested
parties who are not electronic filers of the new hearing date.**

65365/0001-44824631v3