**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and Debtors in Possession*

In re:

BLOCKFI INC., *et al*.,

    Debtors.[1]

**Order Filed on March 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Chapter 11
Case No. 22-19361 (MBK)
(Jointly Administered)
**Hearing Date and Time:**
**March 13, 2023 at 10:00 a.m. (ET)**

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER
EXTENDING THE TIME WITHIN WHICH THE DEBTORS
MAY FILE NOTICES OF REMOVAL PURSUANT TO
28 U.S.C. § 1452 AND FED. R. BANKR. P. 9027**

**DATED: March 13, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

(Page 2)

Debtors: BlockFi Inc.

Case No.            22-19361(MBK)

Caption of Order:    ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER
                     EXTENDING THE TIME WITHIN WHICH THE DEBTORS
                     MAY FILE NOTICES OF REMOVAL PURSUANT TO
                     28 U.S.C. § 1452 AND FED. R. BANKR. P. 9027

The relief set forth on the following pages, numbered three (3) through four (4) is

**ORDERED**.

(Page 3)
Debtors: BlockFi Inc.
Case No.            22-19361(MBK)
Caption of Order:    ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER
EXTENDING THE TIME WITHIN WHICH THE DEBTORS
MAY FILE NOTICES OF REMOVAL PURSUANT TO
28 U.S.C. § 1452 AND FED. R. BANKR. P. 9027

Upon consideration of the *Debtors' Motion for Entry of an Order Extending the Time Within Which the Debtors May File Notices of Removal Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027* (the "Motion")[1]; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 157 and Standing Order 12-1 (Simandle, C.J.), *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and it appearing that no other or further notice of the Motion need be provided; and the Court having held a hearing to consider the relief requested in the Motion (the "Hearing"); and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their respective estates and creditors, and all parties-in-interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon the First Day Declaration, the record of the Hearing, and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.        The Motion is GRANTED as set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(Page 4)
Debtors: BlockFi Inc.
Case No.                22-19361(MBK)
Caption of Order:       ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER
                        EXTENDING THE TIME WITHIN WHICH THE DEBTORS
                        MAY FILE NOTICES OF REMOVAL PURSUANT TO
                        28 U.S.C. § 1452 AND FED. R. BANKR. P. 9027

2.      The period during which the Debtors may file a notice of removal with respect to any proceeding related to these bankruptcy cases is extended through and including May 27, 2023.

3.      The extension granted by this Order is without prejudice to the Debtors' right to seek further extensions of time to remove the Actions upon application to this Court.

4.      Nothing in this Order shall be construed as modifying or terminating any stay applicable to any act, action or proceeding pursuant to section 362 of the Bankruptcy Code, or any order entered by this Court pursuant to section 105 of the Bankruptcy Code.

5.      Under the circumstances of these Chapter 11 Cases, notice of the Motion is adequate under Bankruptcy Rule 6004(a).

6.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.