# Exhibit "B"

64963974 v2

**brownrudnick**

| | | | | |
|---|---|---|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice | | 6955737 |
| | | Date | | Feb 3, 2023 |
| NEW YORK, NY 10036 | | Client | | 039246 |

RE: COSTS

## INVOICE

For professional services rendered in connection with the above captioned matter through January 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0001 | COSTS | 0.00 | 10,129.53 | 10,129.53 |
| | **Total** | **0.00** | **10,129.53** | **10,129.53** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $10,129.53 |
| **Total Invoice** | **$10,129.53** |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6955737
RE: COSTS  Page 2
February 3, 2023

## COST DETAIL

| Date | Description | Value |
|---|---|---|
| 12/30/22 | COPIES | 5.55 |
| 12/30/22 | COPIES | 0.15 |
| 12/30/22 | COPIES | 0.15 |
| 01/04/23 | COPIES | 0.60 |
| 01/04/23 | COPIES | 0.75 |
| 01/04/23 | COPIES | 0.45 |
| 01/04/23 | COPIES | 0.75 |
| 01/05/23 | POSTAGE-IN HOUSE | 21.00 |
| 01/05/23 | COPIES | 1.35 |
| 01/05/23 | COPIES | 0.90 |
| 01/05/23 | COPIES | 41.85 |
| 01/05/23 | COPIES | 8.55 |
| 01/05/23 | COPIES | 41.40 |
| 01/05/23 | COPIES | 61.65 |
| 01/05/23 | COPIES | 33.30 |
| 01/05/23 | COPIES | 1.35 |
| 01/05/23 | COPIES | 18.45 |
| 01/05/23 | COPIES | 0.60 |
| 01/05/23 | COPIES | 0.60 |
| 01/05/23 | COPIES | 0.45 |
| 01/05/23 | COPIES | 4.20 |
| 01/05/23 | COPIES | 0.75 |
| 01/05/23 | COPIES | 1.50 |
| 01/05/23 | COPIES | 0.30 |
| 01/05/23 | COPIES | 0.45 |
| 01/05/23 | COPIES | 24.15 |
| 01/05/23 | COPIES | 55.80 |
| 01/05/23 | OVERNIGHT DELIVERY | 30.00 |
| 01/05/23 | OVERNIGHT DELIVERY | 30.00 |
| 01/05/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 6.00 |
| 01/05/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 01/05/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 198.00 |
| 01/06/23 | COPIES | 0.60 |
| 01/06/23 | COPIES | 0.30 |
| 01/06/23 | COPIES | 5.55 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6955737
RE: COSTS  Page 3
February 3, 2023

| Date | Description | Value |
|---|---|---|
| 01/06/23 | COPIES | 0.90 |
| 01/06/23 | COPIES | 0.75 |
| 01/06/23 | COPIES | 2.85 |
| 01/06/23 | COPIES | 7.35 |
| 01/06/23 | COPIES | 2.85 |
| 01/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 01/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 65.00 |
| 01/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 30.00 |
| 01/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 198.00 |
| 01/08/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 01/08/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 35.00 |
| 01/09/23 | COPIES | 0.60 |
| 01/09/23 | COPIES | 0.75 |
| 01/09/23 | COPIES | 0.75 |
| 01/09/23 | COPIES | 1.20 |
| 01/09/23 | COPIES | 2.70 |
| 01/09/23 | COPIES | 1.20 |
| 01/09/23 | COPIES | 2.70 |
| 01/09/23 | COPIES | 10.65 |
| 01/09/23 | COPIES | 1.20 |
| 01/09/23 | COPIES | 88.80 |
| 01/09/23 | COPIES | 1.50 |
| 01/09/23 | COPIES | 0.75 |
| 01/09/23 | COPIES | 1.65 |
| 01/09/23 | COPIES | 0.75 |
| 01/09/23 | COPIES | 1.65 |
| 01/09/23 | FILING FEE - NJ LAWYER FUND CLIENT PROTECTION; VENDOR: KEN AULET; INVOICE#: 011123; DATE: 1/11/2023 | 61.54 |
| 01/09/23 | FILING FEE - NJ LAWYER FUND CLIENT PROTECTION; VENDOR: KEN AULET; INVOICE#: 011123; DATE: 1/11/2023 | 61.54 |
| 01/10/23 | FILING FEE - VENDOR: UNITED STATES DISTRICT COURT; INVOICE#: 011023-2; DATE: 1/10/2023 | 150.00 |
| 01/10/23 | COPIES | 2.25 |
| 01/10/23 | COPIES | 9.00 |
| 01/10/23 | COPIES | 0.75 |
| 01/10/23 | COPIES | 8.40 |
| 01/10/23 | COPIES | 0.30 |
| 01/10/23 | COPIES | 2.40 |

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6955737
RE: COSTS  Page 4
February 3, 2023

| Date | Description | Value |
| --- | --- | --- |
| 01/10/23 | COPIES | 2.25 |
| 01/10/23 | COPIES | 2.70 |
| 01/10/23 | COPIES | 0.75 |
| 01/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 01/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 01/10/23 | FILING FEE - VENDOR: UNITED STATES DISTRICT COURT; INVOICE#: 011022; DATE: 1/10/2023 | 150.00 |
| 01/10/23 | FILING FEE - VENDOR: UNITED STATES DISTRICT COURT; INVOICE#: 011022-1; DATE: 1/10/2023 | 150.00 |
| 01/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 01/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 124.00 |
| 01/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 296.14 |
| 01/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 297.00 |
| 01/11/23 | COPIES | 1.65 |
| 01/11/23 | COPIES | 4.05 |
| 01/11/23 | COPIES | 5.10 |
| 01/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 01/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 40.00 |
| 01/11/23 | COPIES | 0.15 |
| 01/11/23 | COPIES | 1.95 |
| 01/11/23 | COPIES | 4.05 |
| 01/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 01/13/23 | FILING FEE - VENDOR: UNITED STATES DISTRICT COURT; INVOICE#: 011323; DATE: 1/13/2023 | 150.00 |
| 01/13/23 | COPIES | 1.95 |
| 01/13/23 | COPIES | 12.30 |
| 01/13/23 | COPIES | 4.65 |
| 01/13/23 | COPIES | 0.30 |
| 01/13/23 | COPIES | 0.30 |
| 01/13/23 | COPIES | 1.05 |
| 01/13/23 | COPIES | 0.15 |
| 01/13/23 | COPIES | 2.40 |
| 01/13/23 | COPIES | 7.95 |
| 01/13/23 | COPIES | 0.90 |
| 01/13/23 | COPIES | 0.60 |
| 01/13/23 | COPIES | 0.60 |
| 01/13/23 | COPIES | 1.80 |
| 01/13/23 | COPIES | 0.15 |

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6955737
RE: COSTS  Page 5
February 3, 2023

| Date | Description | Value |
| --- | --- | --- |
| 01/14/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 196.00 |
| 01/15/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 01/15/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 35.00 |
| 01/15/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 01/15/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 198.00 |
| 01/15/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 56.62 |
| 01/15/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 01/15/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 211.00 |
| 01/16/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 01/16/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 01/16/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 01/16/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 430.00 |
| 01/16/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 01/17/23 | COPIES | 0.30 |
| 01/17/23 | COPIES | 0.15 |
| 01/17/23 | COPIES | 4.35 |
| 01/17/23 | COPIES | 0.45 |
| 01/17/23 | COPIES | 0.45 |
| 01/17/23 | COPIES | 0.45 |
| 01/18/23 | FILING FEE - VENDOR: UNITED STATES DISTRICT COURT; INVOICE#: 011823; DATE: 1/18/2023 | 150.00 |
| 01/18/23 | COPIES | 0.15 |
| 01/18/23 | COPIES | 0.30 |
| 01/18/23 | COPIES | 0.60 |
| 01/18/23 | COPIES | 2.70 |
| 01/18/23 | COPIES | 0.60 |
| 01/18/23 | COPIES | 1.95 |
| 01/18/23 | COPIES | 0.30 |
| 01/18/23 | COPIES | 0.30 |
| 01/18/23 | COPIES | 0.15 |
| 01/18/23 | COPIES | 0.15 |
| 01/18/23 | COPIES | 0.15 |
| 01/18/23 | COPIES | 0.15 |
| 01/18/23 | COPIES | 0.15 |
| 01/18/23 | COPIES | 0.45 |
| 01/18/23 | COPIES | 0.15 |
| 01/18/23 | COPIES | 0.75 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6955737
RE: COSTS  Page 6
February 3, 2023

| Date | Description | Value |
|---|---|---|
| 01/18/23 | COPIES | 0.60 |
| 01/19/23 | COPIES | 0.45 |
| 01/19/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 01/19/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 990.00 |
| 01/20/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 6.00 |
| 01/20/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 40.00 |
| 01/20/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 297.00 |
| 01/20/23 | COPIES | 3.00 |
| 01/20/23 | COPIES | 2.10 |
| 01/20/23 | COPIES | 0.45 |
| 01/20/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 119.00 |
| 01/21/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 01/23/23 | COPIES | 1.50 |
| 01/23/23 | COPIES | 2.55 |
| 01/23/23 | COPIES | 2.10 |
| 01/23/23 | COPIES | 3.45 |
| 01/23/23 | COPIES | 2.70 |
| 01/23/23 | COPIES | 0.75 |
| 01/23/23 | COPIES | 4.35 |
| 01/23/23 | COPIES | 2.85 |
| 01/23/23 | COPIES | 0.15 |
| 01/23/23 | COPIES | 0.45 |
| 01/23/23 | COPIES | 1.20 |
| 01/23/23 | COPIES | 0.60 |
| 01/23/23 | COPIES | 0.30 |
| 01/23/23 | COPIES | 0.30 |
| 01/23/23 | COPIES | 0.15 |
| 01/23/23 | COPIES | 2.10 |
| 01/23/23 | COPIES | 0.30 |
| 01/23/23 | COPIES | 0.15 |
| 01/23/23 | COPIES | 0.30 |
| 01/23/23 | COPIES | 0.45 |
| 01/23/23 | COPIES | 0.30 |
| 01/23/23 | COPIES | 0.15 |
| 01/23/23 | COPIES | 3.90 |
| 01/23/23 | COPIES | 0.90 |
| 01/23/23 | COPIES | 0.15 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6955737
RE: COSTS  Page 7
February 3, 2023

| Date | Description | Value |
|---|---|---|
| 01/23/23 | COPIES | 1.80 |
| 01/23/23 | COPIES | 0.15 |
| 01/23/23 | COPIES | 0.60 |
| 01/23/23 | COPIES | 1.80 |
| 01/23/23 | COPIES | 0.45 |
| 01/23/23 | COPIES | 1.05 |
| 01/23/23 | COPIES | 1.95 |
| 01/23/23 | COPIES | 1.80 |
| 01/23/23 | COPIES | 0.75 |
| 01/23/23 | COPIES | 0.75 |
| 01/23/23 | COPIES | 0.45 |
| 01/23/23 | COPIES | 0.30 |
| 01/23/23 | COPIES | 0.15 |
| 01/23/23 | COPIES | 1.95 |
| 01/23/23 | COPIES | 1.35 |
| 01/23/23 | COPIES | 4.35 |
| 01/24/23 | COPIES | 108.00 |
| 01/24/23 | COPIES | 4.80 |
| 01/24/23 | COPIES | 7.20 |
| 01/24/23 | COPIES | 135.60 |
| 01/24/23 | COPIES | 105.60 |
| 01/24/23 | COPIES | 140.40 |
| 01/24/23 | COPIES | 15.60 |
| 01/24/23 | COPIES | 129.60 |
| 01/24/23 | COPIES | 43.20 |
| 01/24/23 | COPIES | 34.80 |
| 01/24/23 | COPIES | 285.60 |
| 01/24/23 | COPIES | 51.60 |
| 01/24/23 | COPIES | 4.80 |
| 01/24/23 | COPIES | 27.60 |
| 01/24/23 | COPIES | 3.45 |
| 01/24/23 | COPIES | 0.60 |
| 01/24/23 | COPIES | 6.45 |
| 01/24/23 | COPIES | 1.50 |
| 01/24/23 | COPIES | 2.55 |
| 01/24/23 | COPIES | 1.35 |
| 01/24/23 | COPIES | 0.60 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS    Invoice 6955737
RE: COSTS    Page 8
February 3, 2023

| Date | Description | Value |
| --- | --- | --- |
| 01/24/23 | COPIES | 1.80 |
| 01/24/23 | COPIES | 3.30 |
| 01/24/23 | COPIES | 3.30 |
| 01/24/23 | COPIES | 0.90 |
| 01/24/23 | COPIES | 1.95 |
| 01/24/23 | COPIES | 5.40 |
| 01/24/23 | COPIES | 0.60 |
| 01/24/23 | COPIES | 1.05 |
| 01/24/23 | COPIES | 0.90 |
| 01/24/23 | COPIES | 5.40 |
| 01/24/23 | COPIES | 1.50 |
| 01/24/23 | COPIES | 0.30 |
| 01/24/23 | COPIES | 2.10 |
| 01/24/23 | COPIES | 0.15 |
| 01/24/23 | COPIES | 2.10 |
| 01/24/23 | COPIES | 0.15 |
| 01/24/23 | COPIES | 0.45 |
| 01/24/23 | COPIES | 0.15 |
| 01/24/23 | COPIES | 0.60 |
| 01/24/23 | COPIES | 0.45 |
| 01/24/23 | COPIES | 1.35 |
| 01/24/23 | COPIES | 0.60 |
| 01/24/23 | COPIES | 0.30 |
| 01/24/23 | COPIES | 0.15 |
| 01/24/23 | COPIES | 3.00 |
| 01/24/23 | COPIES | 0.45 |
| 01/24/23 | COPIES | 0.60 |
| 01/24/23 | COPIES | 11.40 |
| 01/24/23 | COPIES | 0.75 |
| 01/24/23 | COPIES | 1.80 |
| 01/24/23 | COPIES | 2.55 |
| 01/24/23 | COPIES | 2.10 |
| 01/24/23 | COPIES | 1.35 |
| 01/24/23 | COPIES | 0.15 |
| 01/24/23 | COPIES | 0.15 |
| 01/24/23 | COPIES | 0.90 |
| 01/24/23 | COPIES | 1.05 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6955737
RE: COSTS  Page 9
February 3, 2023

| Date | Description | Value |
| --- | --- | --- |
| 01/24/23 | COPIES | 49.20 |
| 01/24/23 | COPIES | 34.80 |
| 01/24/23 | COPIES | 67.20 |
| 01/24/23 | COPIES | 117.60 |
| 01/24/23 | COPIES | 1.20 |
| 01/24/23 | COPIES | 42.00 |
| 01/24/23 | COPIES | 32.40 |
| 01/24/23 | COPIES | 14.40 |
| 01/24/23 | COPIES | 1.20 |
| 01/24/23 | COPIES | 15.60 |
| 01/24/23 | COPIES | 32.40 |
| 01/24/23 | COPIES | 4.80 |
| 01/24/23 | COPIES | 36.00 |
| 01/24/23 | COPIES | 20.40 |
| 01/24/23 | COPIES | 20.40 |
| 01/24/23 | COPIES | 129.60 |
| 01/24/23 | COPIES | 27.60 |
| 01/24/23 | COPIES | 16.80 |
| 01/24/23 | COPIES | 2.85 |
| 01/24/23 | COPIES | 31.20 |
| 01/24/23 | COPIES | 38.40 |
| 01/24/23 | COPIES | 26.40 |
| 01/25/23 | COPIES | 0.15 |
| 01/25/23 | COPIES | 0.15 |
| 01/25/23 | COPIES | 0.30 |
| 01/25/23 | COPIES | 8.40 |
| 01/25/23 | COPIES | 25.20 |
| 01/25/23 | COPIES | 1.80 |
| 01/25/23 | COPIES | 0.30 |
| 01/25/23 | COPIES | 0.30 |
| 01/25/23 | COPIES | 12.45 |
| 01/25/23 | COPIES | 2.25 |
| 01/25/23 | COPIES | 44.10 |
| 01/25/23 | COPIES | 5.85 |
| 01/25/23 | COPIES | 1.80 |
| 01/25/23 | COPIES | 0.15 |
| 01/25/23 | COPIES | 3.30 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6955737
RE: COSTS  Page 10
February 3, 2023

| Date | Description | Value |
|---|---|---|
| 01/25/23 | COPIES | 3.30 |
| 01/25/23 | COPIES | 3.30 |
| 01/25/23 | COPIES | 2.85 |
| 01/25/23 | COPIES | 3.45 |
| 01/25/23 | COPIES | 1.20 |
| 01/25/23 | COPIES | 9.75 |
| 01/25/23 | COPIES | 9.90 |
| 01/25/23 | COPIES | 9.90 |
| 01/25/23 | COPIES | 9.90 |
| 01/25/23 | COPIES | 8.55 |
| 01/25/23 | COPIES | 10.35 |
| 01/25/23 | COPIES | 3.60 |
| 01/25/23 | COPIES | 29.25 |
| 01/25/23 | COPIES | 6.30 |
| 01/25/23 | COPIES | 3.45 |
| 01/25/23 | COPIES | 6.30 |
| 01/25/23 | COPIES | 6.75 |
| 01/25/23 | COPIES | 2.70 |
| 01/25/23 | COPIES | 0.15 |
| 01/25/23 | COPIES | 2.85 |
| 01/25/23 | COPIES | 0.60 |
| 01/25/23 | COPIES | 0.60 |
| 01/25/23 | COPIES | 8.55 |
| 01/25/23 | COPIES | 10.35 |
| 01/25/23 | COPIES | 3.45 |
| 01/25/23 | COPIES | 8.10 |
| 01/25/23 | COPIES | 0.45 |
| 01/25/23 | COPIES | 8.55 |
| 01/25/23 | COPIES | 1.80 |
| 01/25/23 | COPIES | 1.80 |
| 01/25/23 | COPIES | 10.35 |
| 01/25/23 | COPIES | 3.30 |
| 01/25/23 | COPIES | 0.15 |
| 01/25/23 | COPIES | 0.15 |
| 01/25/23 | COPIES | 0.15 |
| 01/25/23 | COPIES | 0.15 |
| 01/25/23 | COPIES | 0.15 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6955737
RE: COSTS  Page 11
February 3, 2023

| Date | Description | Value |
|---|---|---|
| 01/25/23 | COPIES | 0.30 |
| 01/25/23 | COPIES | 0.30 |
| 01/25/23 | COPIES | 25.80 |
| 01/25/23 | COPIES | 2.40 |
| 01/25/23 | COPIES | 13.80 |
| 01/25/23 | COPIES | 67.80 |
| 01/25/23 | COPIES | 52.80 |
| 01/25/23 | COPIES | 70.20 |
| 01/25/23 | COPIES | 54.00 |
| 01/25/23 | COPIES | 3.60 |
| 01/25/23 | COPIES | 11.40 |
| 01/25/23 | COPIES | 13.80 |
| 01/25/23 | COPIES | 0.15 |
| 01/25/23 | COPIES | 0.15 |
| 01/25/23 | COPIES | 2.40 |
| 01/25/23 | COPIES | 13.20 |
| 01/25/23 | COPIES | 0.60 |
| 01/25/23 | COPIES | 66.60 |
| 01/25/23 | COPIES | 1.20 |
| 01/25/23 | COPIES | 7.80 |
| 01/25/23 | COPIES | 64.80 |
| 01/25/23 | COPIES | 24.60 |
| 01/25/23 | COPIES | 21.60 |
| 01/25/23 | COPIES | 17.40 |
| 01/25/23 | COPIES | 136.20 |
| 01/25/23 | COPIES | 6.60 |
| 01/25/23 | COPIES | 19.80 |
| 01/25/23 | COPIES | 6.00 |
| 01/25/23 | COPIES | 16.20 |
| 01/25/23 | COPIES | 2.40 |
| 01/25/23 | COPIES | 18.00 |
| 01/25/23 | COPIES | 10.20 |
| 01/25/23 | COPIES | 10.20 |
| 01/25/23 | COPIES | 13.80 |
| 01/25/23 | COPIES | 13.80 |
| 01/25/23 | COPIES | 8.40 |
| 01/25/23 | COPIES | 15.60 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS    Invoice 6955737
RE: COSTS    Page 12
February 3, 2023

| Date | Description | Value |
| --- | --- | --- |
| 01/25/23 | COPIES | 19.20 |
| 01/25/23 | COPIES | 13.20 |
| 01/25/23 | COPIES | 17.40 |
| 01/25/23 | COPIES | 33.60 |
| 01/25/23 | COPIES | 2.40 |
| 01/25/23 | COPIES | 58.80 |
| 01/25/23 | COPIES | 3.60 |
| 01/25/23 | COPIES | 2.40 |
| 01/25/23 | COPIES | 4.50 |
| 01/25/23 | COPIES | 2.10 |
| 01/25/23 | COPIES | 3.60 |
| 01/25/23 | COPIES | 19.35 |
| 01/25/23 | COPIES | 2.10 |
| 01/25/23 | COPIES | 8.55 |
| 01/25/23 | COPIES | 2.25 |
| 01/25/23 | COPIES | 7.65 |
| 01/25/23 | COPIES | 5.85 |
| 01/25/23 | COPIES | 7.20 |
| 01/25/23 | COPIES | 2.85 |
| 01/25/23 | COPIES | 7.20 |
| 01/25/23 | COPIES | 8.10 |
| 01/25/23 | COPIES | 2.55 |
| 01/25/23 | COPIES | 4.05 |
| 01/25/23 | COPIES | 1.95 |
| 01/25/23 | COPIES | 9.90 |
| 01/25/23 | COPIES | 9.90 |
| 01/25/23 | COPIES | 2.40 |
| 01/25/23 | COPIES | 4.95 |
| 01/25/23 | COPIES | 4.05 |
| 01/25/23 | COPIES | 2.55 |
| 01/25/23 | COPIES | 0.60 |
| 01/25/23 | COPIES | 4.35 |
| 01/25/23 | COPIES | 3.30 |
| 01/25/23 | COPIES | 2.55 |
| 01/25/23 | COPIES | 2.10 |
| 01/25/23 | COPIES | 1.35 |
| 01/25/23 | COPIES | 0.90 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS    Invoice 6955737
RE: COSTS    Page 13
February 3, 2023

| Date | Description | Value |
|---|---|---|
| 01/25/23 | COPIES | 3.45 |
| 01/25/23 | COPIES | 2.70 |
| 01/25/23 | COPIES | 0.90 |
| 01/25/23 | COPIES | 1.35 |
| 01/25/23 | COPIES | 12.15 |
| 01/25/23 | COPIES | 3.30 |
| 01/25/23 | COPIES | 7.65 |
| 01/25/23 | COPIES | 1.80 |
| 01/25/23 | COPIES | 3.30 |
| 01/25/23 | COPIES | 13.05 |
| 01/25/23 | COPIES | 1.65 |
| 01/25/23 | COPIES | 1.20 |
| 01/25/23 | COPIES | 1.50 |
| 01/25/23 | COPIES | 1.20 |
| 01/25/23 | COPIES | 9.90 |
| 01/25/23 | COPIES | 6.45 |
| 01/25/23 | COPIES | 7.65 |
| 01/25/23 | COPIES | 6.30 |
| 01/25/23 | COPIES | 2.85 |
| 01/25/23 | COPIES | 10.35 |
| 01/26/23 | COPIES | 0.30 |
| 01/26/23 | COPIES | 0.60 |
| 01/26/23 | COPIES | 17.40 |
| 01/26/23 | COPIES | 1.05 |
| 01/26/23 | COPIES | 0.15 |
| 01/27/23 | COPIES | 0.15 |
| 01/27/23 | COPIES | 0.15 |
| 01/31/23 | OUTSIDE COPIES - VENDOR: ON PRESS GRAPHICS; INVOICE#: 5001410; DATE: 1/18/2023 | 835.09 |
| | **Total Costs** | **10,129.53** |


BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6955737
RE: COSTS  Page 14
February 3, 2023

## COST SUMMARY

| Description | Value |
|---|---:|
| COPIES | 4,053.60 |
| FILING FEE | 873.08 |
| OUTSIDE COPIES | 835.09 |
| OVERNIGHT DELIVERY | 60.00 |
| POSTAGE-IN HOUSE | 21.00 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4,286.76 |
| **Total Costs** | **10,129.53** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brownrudnick**

| | |
|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>NEW YORK, NY 10036 | Invoice  6955737<br>Date  Feb 3, 2023<br>Client  039246 |

RE: COSTS



Remittance

**Balance Due: $10,129.53**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code: C

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200