**|UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD
DECEMBER 29, 2022 THROUGH JANUARY 31, 2023**

| | | | |
|---|---|---|---|
| Debtor: | BlockFi Inc. | Applicant: | Genova Burns LLC |
| Case No.: | 22-19361(MBK) | Client: | Unsecured Creditors Committee |
| Chapter: | 11 | Case Filed: | November 28, 2022 |

**SECTION 1
FEE SUMMARY**

X  Monthly Fee Statement No.  1  or  ☐ Final Fee Application

Summary of Amounts Requested for the Period from December 29, 2022 through January 31, 2023 (the "First Statement Period")

| | |
|---|---|
| Total Fees: | $ 235,222.50 |
| Total Disbursements: | $ 1,790.96 |
| Minus 20% holdback of Fees: | $ 47,044.50 |
| Amount Sought at this Time: | $ 189,968.96 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Daniel M. Stolz, Partner | 1980 | 106.40 | 800.00 | 85,120.00 |
| 2.  Daniel M. Stolz, Partner | 1980 | 2.60 | 400.00 | 1,040.00 |
| 3.  Donald W. Clarke, Counsel | 2008 | 134.80 | 600.00 | 80,880.00 |
| 4.  Donald W. Clarke, Counsel | 2008 | 4.30 | 300.00 | 1,290.00 |
| 5.  Gregory S. Kinoian, Counsel | 1992 | 70.40 | 600.00 | 42,240.00 |
| 6.  Scott S. Rever, Counsel | 1994 | 9.70 | 600.00 | 5,820.00 |
| 7.  Celia S. Bosco, Counsel | 1992 | 14.20 | 600.00 | 8,520.00 |
| 8.  Sydney S. Schubert, Junior Associate | 2022 | 8.90 | 275.00 | 2,447.50 |
| 9.  Lorrie Denson | Paralegal | 25.50 | 250.00 | 6,375.00 |
| 10. Amelia Castro | Paralegal | 1.00 | 250.00 | 250.00 |
| 11. Maria A. Sousa | Paraprofessional | 6.20 | 200.00 | 1,240.00 |

63188919.1

|                        |              |
|------------------------|--------------|
| Fee Totals:            | $ 235,222.50 |
| Disbursements Totals:  | $   1,790.96 |
| Total Fee Application  | $237,013.46  |

## SECTION II SUMMARY
## OF SERVICES

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | 2.70 | 1,620.00 |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 308.00 | 194,182.50 |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | 2.40 | 1,440.00 |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 19.70 | 9,070.00 |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | | |
| j) | **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 31.20 | 18,720.00 |
| l) | **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 12.00 | 7,200.00 |
| m) | **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 1.00 | 600.00 |

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | .10 | 60.00 |
| o) | **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) | **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | 6.90 | 2,330.00 |
| **SERVICE TOTALS:** | | 384.00 | 235,222.50 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | 368.73 |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax**<br>Include per page fee charged. | |

3

| | | |
|---|---|---|
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | 1,319.45 |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | 37.59 |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify) Meals, Litigation Support Vendors** | 65.19 |
| | **DISBURSEMENTS TOTAL:** | $1,790.96 |

I certify under penalty of perjury that the above is true.

Dated: March 14, 2023

/s/ *Daniel M. Stolz*
DANIEL M. STOLZ