**EXHIBIT "B"**

GENOVA BURNS LLC

March 14, 2023
Invoice No.:    490074

## DISBURSEMENTS

| | Description | Amount |
|---|---|---:|
| 12/30/22 | PACER SERVICE, U.S. Courts: PACER, 2552798-Q42022 | 6.20 |
| 1/05/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-00017 - fee for 1 Copy of 84 Pages Federal Court Expedited on 11/29/22, and 1 Copy of 26 Pages Federal Court Expedited on 12/28/22, U.S. Bankruptcy Court, Trenton, NJ (22-19361) | 99.00 |
| 1/06/23 | Train Ticket Meeting with Debtors | 5.50 |
| 1/06/23 | NJ Transit Train Ticket for Meeting with Debtors. | 13.50 |
| 1/09/23 | Parking BlockFi Meeting Parking | 12.00 |
| 1/09/23 | BlockFi Meeting Breakfast | 58.99 |
| 1/09/23 | BlockFi meeting Water | 6.59 |
| 1/10/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-00039 - fee for 1 Copy of 96 Pages Federal Court Daily on 1/9/23, U.S. Bankruptcy Court, Trenton, NJ (22-19361). | 115.20 |
| 1/17/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 847821211 | 108.52 |
| 1/18/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-00077 - Fee for 1 copy of 30 pages Federal Court Daily on 1/17/23, File No. 22-19361 - Court: U.S. Bankruptcy Court , Trenton NJ | 36.00 |
| 1/22/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 847821211 | 260.21 |
| 1/25/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-00125 - Fee for 1 Copy of 21 pages, Federal Court Daily on 1/23/23, Court: U.S. Bankruptcy Court , Trenton NJ, Dkt. 22-19361. | 25.20 |
| 1/30/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-00155 - Court Reporter Fee for 1 copy of 18 pages Federal Court daily on 1/27/23, Court: U.S. Bankruptcy Court , Trenton NJ, (22-19361). | 21.60 |
| 1/31/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-00162 - Fee for 1 Original Copy of 169 Pages, Federal Court Daily on 1/20/23, Court: U.S. Bankruptcy Court , Trenton NJ, 22-19361 (MBK). | 1,022.45 |

**TOTAL DISBURSEMENTS**          **$ 1,790.96**