**EXHIBIT "A"**

| Name | Amount of Equity (%) | Type | Details |
|---|---|---|---|
| Avon Ventures | N/A | N/A | Related party to Avon Venture Fund I LP (see below) |
| FTX | N/A | N/A | Related party to ▆▆▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆ (see below) |
| ▆▆▆▆▆▆▆▆▆▆▆▆ | ▆ | ▆ | ▆▆▆▆▆▆▆▆▆▆▆▆ ▆ ▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆ ▆▆▆▆▆ ▆ ▆▆▆▆▆▆▆ ▆▆▆▆▆ ▆ ▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆ ▆▆▆▆▆▆▆▆ ▆▆▆▆ |
| Morgan Creek Blockchain Opportunities Fund II LP | N/A | N/A | Related party to Morgan Creek Blockchain Opportunities Fund LP (see below) |
| Pomp Bracket Digital Assets I LLC, | N/A | N/A | Potential related party to ▆▆▆▆▆ ▆▆▆▆▆▆ (see below) |
| Pomp Bracket Digital Assets II LLC | N/A | N/A | Potential related party to ▆▆▆▆▆ ▆▆▆▆▆▆ (see below) |
| Pomp Bracket Digital Assets III LLC | N/A | N/A | Potential related party to ▆▆▆▆▆ ▆▆▆▆▆▆ (see below) |

| Winklevoss Capital | N/A | N/A | • Potential related party<br>• Related party, ▮▮▮▮ owns 0.130% in a passive, non controlling interest<br>• Not a customer of Elementus<br>• Related party purchased Series A and Series A-3 Preferred Stock |
|---|---|---|---|
| Winklevoss Capital Fund LLC | N/A | N/A | • Potential related party<br>• Related party ▮▮▮▮, owns 0.130% in a passive, non controlling interest<br>• Not a customer of Elementus<br>• Related party purchased Series A and Series A-2 Preferred stock |
| Winklevoss Capital Management LLC | N/A | N/A | • Potential related party<br>• Related party ▮▮▮▮, owns 0.130% in a passive, non controlling interest<br>• Not a customer of Elementus<br>• Related party purchased Series A and Series A-2 Preferred stock |

| ■ | ■ | ■ | ■ |
|---|---|---|---|
| Fidelity Digital Assets Services, LLC | N/A | N/A | Related party to Avon Ventures and Avon Ventures Fund I (see below) |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |

| | | | |
|---|---|---|---|
| FTX International | N/A | N/A | Related party to ███████ (see below) |
| FTX Trading Ltd | N/A | N/A | Related party to ███████ (see below) |
| ███████ | █ | █ | ███████ |
| ███████ | ███ | ███████ | ███████ |
| ███████ | | | ███████ |



| Name | Equity & Type | Details |
|---|---|---|
| ● ParaFi Capital | ● Under 5%<br>● Preferred Stock | ● Series A-2 investor<br>● Also an equity holder in BlockFi<br>● Investment is active<br>● No controlling interest<br>● Classified as a major investor<br>● Has information rights |

| | | |
|---|---|---|
| | | - Receives financial statements<br>- No board representation<br>- Has the right to request or inspect company documents<br>- No officers in common with Elementus |
| Morgan Creek Blockchain Opportunities Fund LP | - Under 10%<br>- Preferred Stock | - Seed and Series A investor<br>- Also equity holder in BlockFi<br>- Investment is active<br>- No controlling interest<br>- Classified as a major investor<br>- Has information rights<br>- Receives financial statements<br>- No board representation<br>- Has the right to request or inspect company documents<br>- No officers in common with Elementus |
| Avon Venture Fund I LP | - Under 5%<br>- Preferred Stock | - Seed and Series A investor<br>- Also an equity holder in BlockFi<br>- Investment is active<br>- No controlling interest<br>- Classified as a major investor<br>- Has information rights<br>- Receives financial statements<br>- Is a Board Observer<br>- Has the right to request or inspect company documents<br>- No officers in common with Elementus |
| BlockFi Ventures LLC | - Under 1%<br>- Preferred Stock | - Series A investor<br>- Investment is passive<br>- No controlling interest<br>- Not classified as a major investor<br>- No information rights<br>- Does not receive financial statements<br>- No board representation<br>- No right to request or |

| | | |
|---|---|---|
| | | inspect company documents<br>• No officers in common with Elementus |
| ███████████████████ █ | ██████ ████████████ | ███████████<br>████████████████<br>███████████████<br>█████████████████<br>████<br>███████████████<br>██████████████████<br>███████<br>█████████████████<br>████████████████<br>████████████<br>██████████<br>████████████████████<br>███████ |