| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.NJ. LBR 9004-1(b)**<br><br>Simon Aron (CA State Bar No. 108183)<br>  saron@wrslawyers.com<br>WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP<br>11400 West Olympic Boulevard, 9th Floor<br>Los Angeles, California 90064-1582<br>Telephone:   (310) 478-4100<br>Facsimile:    (310) 479-1422<br><br>Attorneys for Creditor Timothy Price |

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361-MBK<br><br>(Jointly Administered)<br><br>Hon. Michael B. Kaplan |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE THAT creditor Timothy Price (the "Creditor"), by and through the undersigned attorney, hereby files this notice of appearance under Rule 9010(b) of the Federal Rules of Bankruptcy Procedure and requests that all notices, papers, and pleadings filed in the above-entitled case be provided to the undersigned attorney at the address given below.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's Federal Tax Identification Number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFI Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, New Jersey, NJ 07302.

-1-

NOTICE IS HEREBY GIVEN to all parties in interest that Simon Aron of the law firm of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP represents Creditor in the above-entitled matter and that his address and phone number are:

> Timothy Price
> c/o Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
> Attn: Simon Aron, Esq.
> 11400 West Olympic Boulevard, 9th Floor
> Los Angeles, California 90064-1582
>
> Telephone Number: (310) 478-4100
> Facsimile Number: (310) 478-6363
>
> Email: saron@wrslawyers.com

REQUEST IS HEREBY MADE that all parties in interest and all counsel of record provide copies of all notices, papers, and pleadings filed in the above-entitled case to the undersigned attorney at the foregoing address and direct all telephonic communications regarding the above-entitled matter to Simon Aron of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, at the foregoing number. This request encompasses all notices and papers referred to in the Federal Rules of Bankruptcy Procedure and in the Rules of the Bankruptcy Court for the District of New Jersey and notice of all applications, complaints, demands, hearing, motions, pleadings, and requests.

REQUEST IS ALSO MADE that the debtors and the Clerk of the above-entitled Court place the undersigned counsel and their address as set forth above on any mailing lists or matrix of creditors prepared in the above-entitled case.

DATED: March 15, 2023                     WOLF, RIFKIN, SHAPIRO,
                                          SCHULMAN & RABKIN, LLP


                                          By:      */s/ Simon Aron*
                                               SIMON ARON
                                          Attorneys for Creditor
                                          TIMOTHY PRICE

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March 2023, the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE was filed and served electronically through the Court's CM/ECF system.

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP


By:  */s/ Simon Aron*
     SIMON ARON