DocuSign Envelope ID: 3D32F12E-F841-4DD9-9719-D8E806F7CD2F



## United States Bankruptcy Court
## District of New Jersey

In re BlockFi Inc., *et al.*                                  Case No. 22-19361

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Siddarth Reddy** | **Bradford Capital Holdings, LP** |
| Address on File | P.O. Box 4353<br>Clifton NJ 07012<br>bbrager@bradfordcapitalmgmt.com |

**Schedule F Claim #:** 4374144

**Transferred Claim Amount** $101,576.30

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

*Brian Brager* — 858F5F65980341E...        03/15/2023

Transferee                                  Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: 3D32F12E-F841-4DD9-9719-D8E806F7CD2F



# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of New Jersey

**Siddarth Reddy**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, has unconditionally and irrevocably sold, transferred and assigned to **Bradford Capital Holdings, LP**, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against **BlockFi Inc., *et al.***

| | |
|---|---|
| **Schedule F Claim #** | 4374144 |
| **Claim Amount:** | $101,576.30 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: 03/15/2023

Buyer:

**Bradford Capital Holdings, LP**

DocuSigned by:
*Brian Brager*
858F5F65980341E...

Name: Brian Brager

Seller:

**Siddarth Reddy**

DocuSigned by:
SIDDARTH C REDDY
CA2A203EB8B94FF...

Name: Siddarth Reddy

DocuSign Envelope ID: 3D32F12E-F841-4DD9-9719-D8E806F7CD2F





## Creditor Information - Schedule # 4374144

**Creditor**
Name on file
Address on file

**Debtor Name**
BlockFi Inc.
**Date Filed**
n/a

**Claim Number**
n/a
**Schedule Number**
4374144

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | $101,576.30 | | | | $101,576.30 | Scheduled |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $101,576.30 | | | | $101,576.30 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is