**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

# AFFIDAVIT OF SERVICE

I, Nataly Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 11, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Master Notice Parties Service List attached hereto as **Exhibit A**; and via email on the Fee Application Service List attached hereto as **Exhibit B**:

- Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker, Capital Markets Advisor, and Financial Advisor to the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 602]

Dated: March 17, 2023

/s/ *Nataly Diaz*
Nataly Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 17, 2023, by Nataly Diaz, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

SRF 67932

**Exhibit A**

Exhibit A
Master Notice Parties Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Ge Song | Boyle & Valenti Law, P.C. | Attn: Carrie J. Boyle, Esq. | cboyle@b-vlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq. | rstark@brownrudnick.com kaulet@brownrudnick.com bsilverberg@brownrudnick.com |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | Attn: Stephen D. Palley, Esq. | spalley@brownrudnick.com |
| Counsel to John Lymn | Fox Rothschild, LLP | Attn: Mark E. Hall | mhall@foxrothschild.com |
| Counsel to the Official Committee of Unsecured Creditors | Genova Burns LLC | Attn: Daniel M. Stolz, Esq., Donald W. Clarke, Esq., Gregory S. Kinoian, Esq. | dstolz@genovaburns.com dclarke@genovaburns.com |
| Interested Party | George J. Gerro, Esq. | Attn: George J. Gerro | george@gerrolaw.com |
| Interested Party | George S. Wynns | Attn: George S. Wynns | georgewynns@gmail.com |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Gibbons P.C. | Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly | rmalone@gibbonslaw.com btheisen@gibbonslaw.com kmcevilly@gibbonslaw.com |
| Counsel to George J. Gerro and Nancy Fout | Gorski & Knowlton Pc | Attn: Carol L. Knowlton, Allen I. Gorski | cknowlton@gorskiknowlton.com agorski@gorskiknowlton.com |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | Attn: Christopher R. Donoho III, Christopher R. Bryant, | robert.ripin@hoganlovells.com chris.donoho@hoganlovells.com chris.bryant@hoganlovells.com |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | Attn: David P. Simonds, Esq., Edward J. McNeilly, Esq. | david.simonds@hoganlovells.com edward.mcneilly@hoganlovells.com |
| Counsel to Silvergate Bank | Holland & Knight LLP | Attn: Barbra R. Parlin | barbra.parlin@hklaw.com |
| Counsel to the Official Committee of Unsecured Creditors | McCarter & English, LLP | Attn: David J. Adler, joseph R. Scholz | dadler@mccarter.com jscholz@mccarter.com |
| Counsel to the Official Committee of Unsecured Creditors | McCarter & English, LLP | Attn: Lisa S. Bonsall | lbonsall@mccarter.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gaston P. Loomis | gloomis@mdmc-law.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein | jbernstein@mdmc-law.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard | nleonard@mdmc-law.com |

Exhibit A
Master Notice Parties Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea | vshea@mdmc-law.com |
| Counsel to Marex Capital Markets Inc. formerly known as E D & F Man Capital Markets, Inc. | Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein | KRWalsh@mintz.com TDoherty@mintz.com DBaumstein@mintz.com |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild, III, Matthew C. Ziegler | john.goodchild@morganlewis.com matthew.ziegler@morganlewis.com |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | Attn: Joshua Dorchak, David K. Shim | joshua.dorchak@morganlewis.com david.shim@morganlewis.com |
| TN Dept of Commerce and Insurance | Office of The Tennessee Attorney General | Attn: Bankruptcy Division | consumer.affairs@tn.gov gina.hantel@ag.tn.gov |
| Counsel to Bryant F. Foulger | Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo | kgwynne@reedsmith.com jangelo@reedsmith.com |
| Counsel to Scratch Services LLC | Severson & Werson, A Professional Corporation | Attn: Eleanor M. Roman, Donald H. Cram | emr@severson.com dhc@severson.com |
| Counsel to Bruce Gilling, Martin Mikolajczyk, Mitchell Eglar, Brian Graddon and Matthew Hoselton | Straffi & Straffi, LLC | Attn: Daniel E. Straffi | bkclient@straffilaw.com |
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora | dietdericha@sullcrom.com bromleyj@sullcrom.com gluecksteinb@sullcrom.com porporam@sullcrom.com |
| Counsel to the Ad Hoc Committee of Wallet Account Holders | Troutman Pepper Hamilton Sanders LLP | Attn: Deborah Kovsky-Apap | deborah.kovsky@troutman.com |
| Counsel to United States of America | U.S. Department of Justice – Civil Division Commercial Litigation Branch | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro | seth.shapiro@usdoj.gov |
| Counsel to United States of America | U.S. Department of Justice Civil Division | Attn: Seth B. Shapiro | seth.shapiro@usdoj.gov |
| Counsel to Cipher Mining Inc. and Cipher Mining Technologies Inc. | Venable LLP | Attn: Andrew J. Currie | AJCurrie@Venable.com |
| Counsel to Cipher Mining Inc. and Cipher Mining Technologies Inc. | Venable LLP | Attn: Michael A. Guerra, Jeffrey S. Sabin and Carol A. Weiner | MAGuerra@Venable.com JSsabin@venable.com CWeinerlevy@venable.com |

**<u>Exhibit B</u>**

## Exhibit B

Fee Application Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Berkeley Research Group | Attn: Mark Renzi | mrenzi@thinkbrg.com |
| Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq. | rstark@brownrudnick.com; kaulet@brownrudnick.com; bsilverberg@brownrudnick.com |
| Brown Rudnick LLP | Attn: Stephen D. Palley, Esq. | spalley@brownrudnick.com |
| Cole Schotz P.C. | Attn: Michael D. Sirota, Warren A. Usatine | Msirota@coleschotz.com; wusatine@coleschotz.com |
| Haynes and Boone, LLP | Attn: Richard S. Kanowitz | richard.kanowitz@haynesboone.com |
| Haynes and Boone, LLP | Attn: J. Frasher Murphy, Jordan E. Chavez | frasher.murphy@haynesboone.com; jordan.chavez@haynesboone.com |
| Kirkland & Ellis LLP | Attn: Christine A. Okike, Francis Petrie, Joshua Sussberg | christine.okike@kirkland.com; francis.petrie@kirkland.com; jsussberg@kirkland.com |
| Moelis & Company | Attn: Barak Klein, Jared Dermont | barak.klein@moelis.com; jared.dermont@moelis.com |
| Office of the United States Trustee | Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq | Lauren.Bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov |