|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY Caption in compliance with D.N.J. LBR 9004-2(c)** | |
| STEVENS & LEE, P.C. <br> A PA Professional Corporation <br> John C. Kilgannon, Esquire <br> Princeton Pike Corporate Center <br> 100 Lenox Drive <br> Suite 200 <br> Lawrenceville, NJ  08648 <br> Telephone:  (609) 243-9111 <br> Fax:  (609) 243-9333 <br> Email:  john.kilgannon@stevenslee.com <br><br> *Counsel for Towards Equilibrium, LLC d/b/a Equi* | |
| In re: <br><br><br> BLOCKFI INC., *et al.* <br><br><br><br> Debtors. | Case No. 22-19361(MBK) <br><br> Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the Towards Equilibrium, LLC d/b/a Equi ("Towards Equilibrium") hereby enters its appearance in this case, by and through its counsel, Stevens & Lee, P.C., pursuant to 11 U.S.C. §§ 342(a) and 1109(b), and Federal Rules of Bankruptcy Procedure 2002 and 9010; and requests that all notices given or required to be given, and all papers served or required to be served, in this case, be given to and served on:

> STEVENS & LEE, P.C.
> John C. Kilgannon, Esquire
> Princeton Pike Corporate Center
> 100 Lenox Drive
> Suite 200
> Lawrenceville, NJ  08648
> Telephone:  (609) 243-9111
> Fax:  (609) 243-9333
> Email:  john.kilgannon@stevenslee.com

03/13/2023 SL1 1833359v1 116577.00001

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, all orders and notices of any applications, motions, petitions, pleadings, requests, complaints, or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that: (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, including Towards Equilibrium, with respect to (a) Debtors or any successor to the Debtors, (b) property of the Debtors' estate, or proceeds thereof, in which Debtors or any successor to the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors or any successor to the Debtors may seek to use; or (2) requires or seeks to require any act, delivery or any property, payment or other conduct by Towards Equilibrium.

03/13/2023 SL1 1833359v1 116577.00001

**PLEASE TAKE FURTHER NOTICE** that Towards Equilibrium, LLC intends that neither this Notice nor any later appearance, pleading, claim or suit shall waive: (1) any right to trial by jury in any proceeding; or (2) any other rights, claims, actions, defenses, setoffs, or recoupment under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupment are expressly reserved.

                                              Respectfully submitted,

Dated:  March 20, 2023                        STEVENS & LEE, P.C.

                                            By:  */s/ John C. Kilgannon*
                                                  John C. Kilgannon, Esquire
                                                  Princeton Pike Corporate Center
                                                  100 Lenox Drive
                                                  Suite 200
                                                  Lawrenceville, NJ  08648
                                                  Telephone:  (609) 243-9111
                                                  Fax:  (609) 243-9333
                                                  Email:  john.kilgannon@stevenslee.com

                                            *Attorneys for Towards Equilibrium, LLC*

03/13/2023 SL1 1833359v1 116577.00001