# CERTIFICATE OF SERVICE

I, JOHN C. KILGANNON, ESQUIRE, hereby certify that on this 20th day of March, 2023, the foregoing *Notice of Appearance and Request for Service* was served via first-class mail, postage prepaid to the following and to all parties who receive notice through the Court's ECF system:

> U.S. Department of Justice
> Office of U.S. Trustee
> One Newark Center
> Suite 1401
> Newark, NJ 07102
>
> Cole Schotz, P.C.
> Michael D. Sirota, Esquire
> Warren A. Usatine, Esquire
> Court Plaza North, 25 Main Street
> Hackensack, NJ 07601
>
> Kirkland & Ellis LLP
> Kirkland & Ellis International LLP
> Joshua A. Sussberg, P.C.
> Christine A. Okike, P.C.
> 601 Lexington Avenue
> New York, NY 10022
>
> Haynes And Boone, LLP
> Richard S. Kanowitz, Esquire
> Kenric D. Kattner, Esquire
> 30 Rockefeller Plaza, 26th Floor
> New York, NY 10112
> (212) 659-7300

        */s/ John C. Kilgannon*
        John C. Kilgannon