| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>BROWN RUDNICK LLP<br>Robert J. Stark, Esq.<br>Kenneth J. Aulet, Esq.<br>Bennett S. Silverberg, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Fax: (212) 209-4801<br>Email: rstark@brownrudnick.com<br>      kaulet@brownrudnick.com<br>      bsilverberg@brownrudnick.com<br>*Counsel for the Official Committee of Unsecured Creditors*<br>  -and-<br>GENOVA BURNS LLC.<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>Telephone: (973) 230-2095<br>Fax: (973) 533-1112<br>Email: DStolz@genovaburns.com<br>      DClarke@genovaburns.com<br>      GKinoian@genovaburns.com<br>*Local Counsel for the Official*<br>*Committee of Unsecured Creditors* | BROWN RUDNICK LLP<br>Stephen D. Palley, Esq.<br>601 Thirteenth Street, NW<br>Washington, DC 20005<br>Telephone: (617)536-1766<br>Fax: (617)289-0466<br>Email: spalley@brownrudnick.com |
| In re:<br><br>BLOCKFI INC., *et al.,*<br><br>               Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |

**SUPPLEMENTAL CERTIFICATION OF MOHSIN Y. MEGHJI IN SUPPORT OF APPLICATION FOR RETENTION OF M3 ADVISORY PARTNERS, LP**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

I, MOHSIN Y. MEGHJI, being of full age, certify as follows:

1. This is a supplement to the original Certification of Professional in support of the Application For Retention of Professional M3 Advisory Partners, LP ("M3") [Docket No. 402] (the "Original Certification"), filed on January 25, 2023.

2. M3 reviewed the "Case Parties List." **Exhibit "A."** M3 makes relevant disclosures in its "Connections List." **Exhibit "B."**

3. Professionals at M3 who are initially expected to perform services related to this retention include:

| Professional | Hourly Rate |
|---|---|
| Mo Meghji | $1,350 |
| Javier Schiffrin | $1,150 |
| Matt Manning | $1,150 |
| Ken Ehrler | $1,150 |
| Seth Herman | $945 |
| Will Foster | $750 |
| Brian Bostwick | $750 |
| Dan O'Connell | $650 |
| Brennan Lytle | $550 |
| Cole Thieme | $550 |

Any other professionals staffed on this engagement (subject to change upon client needs) will bill at an hourly rate commensurate with their title.

| Professional | Hourly Rate |
|---|---|
| Managing Partner | $1,350 |
| Senior Managing Director | $1,245 |
| Managing Director | $1,025 - $1,150 |
| Director | $840 - $945 |
| Vice President | $750 |
| Senior Associate | $650 |
| Associate | $550 |
| Analyst | $450 |

4. M3 has requested all professionals and staff, regardless of their involvement in this retention, to disclose the existence of any personal accounts with the Debtors or its affiliates. No such disclosures have been made.

I certify under penalty of perjury that the above information is true.

Date: March 20, 2023

/s/ Mohsin Y. Meghji
MOHSIN Y. MEGHJI