**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and
Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AMENDED SALE AND CONFIRMATION SCHEDULE
WITH RESPECT TO THE DEBTORS' CUSTOMER PLATFORM ASSETS**

**PLEASE TAKE NOTICE** that on January 9, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion Seeking Entry of an Order (I) Approving the Bidding Procedures and Related Dates and Deadlines, (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Sale, Disclosure Statement, and*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

*Plan Confirmation, and (III) Granting Related Relief* [Docket No. 226] (the "Bidding Procedures Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that on January 30, 2023, the Court entered the *Order (I) Approving the Bidding Procedures and Related Dates and Deadlines, (II) Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Sale, Disclosure Statement, and Plan Confirmation, and (III) Granting Related Relief* [Docket No. 441] (the "Bidding Procedures Order"). The approved bidding procedures (the "Bidding Procedures") were attached as Exhibit 1 to the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section M of the Bidding Procedures, the Debtors reserve their right to modify the Bidding Procedures in good faith, to further the goal of attaining the highest or otherwise best offer, or impose, at or prior to the Auction, additional terms and conditions on the Sale.

**PLEASE TAKE FURTHER NOTICE** that, since the entry of the Bidding Procedures Order, the Debtors launched the marketing process for the sale of certain assets related to their customer platform (the "Customer Platform Assets"). The Debtors believe additional time is necessary to complete their comprehensive sale process, to receive and evaluate bids, and if necessary, hold an Auction to determine the best bid for the Customer Platform Assets.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures and the Bidding Procedures Order, the Debtors have provided requisite notice of the amended Sale Schedule and Confirmation Schedule to the appropriate notice parties, including the Committee and the U.S. Trustee.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Motion.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors have amended the Sale Schedule and Confirmation Schedule, as set forth in the Bidding Procedures Motion and the Bidding Procedures Order as follows:

| Action | Original Timing | New Timing |
| --- | --- | --- |
| Proposed Customer Platform Assets Bid Deadline | March 21, 2023 at 12:00 p.m., prevailing Eastern Time | **April 4, 2023 at 12:00 p.m., prevailing Eastern Time** |
| Proposed Customer Platform Assets Auction | March 27, 2023 at 10:00 a.m., prevailing Eastern Time | **April 10, 2023 at 10:00 a.m., prevailing Eastern Time** |
| Proposed filing of Disclosure Statement | April 3, 2023 at 4:00 p.m., prevailing Eastern Time | **April 17, 2023** |
| Proposed Disclosure Statement Objection Deadline | May 1, 2023, at 4:00 p.m. prevailing Eastern Time | **May 18, 2023 at 4:00 p.m., prevailing Eastern Time** |
| Proposed Disclosure Statement Hearing | May 8, 2023 | **May 25, 2023 at 11:30 a.m., prevailing Eastern Time** |
| Proposed Confirmation Objection Deadline | June 12, 2023 at 4:00 p.m., prevailing Eastern Time | **July 6, 2023 at 4:00 p.m., prevailing Eastern Time** |
| Proposed Confirmation Hearing | June 19, 2023 at 10:00 a.m., prevailing Eastern Time | **July 20, 2023 at 11:30 a.m., prevailing Eastern Time** |

The Debtors believe these limited extensions are appropriate and necessary to keep these cases progressing efficiently, while not precluding adequate evaluation of new indications of interest.

**PLEASE TAKE FURTHER NOTICE** that, the Bidding Procedures shall govern the submission, receipt, and analysis of all Bids relating to any proposed Sale of the Customer Platform Assets, except as expressly modified herein.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Chapter 11 Cases may be obtained free of charge by visiting the website of Kroll Restructuring Administration, LLC at https://restructuring.ra.kroll.com/blockfi.  You may also obtain copies of any pleadings by visiting the Court's website at https://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: March 20, 2023  /s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and Debtors in Possession*