**EXHIBIT "A"**

GENOVA BURNS LLC

March 21, 2023
Invoice No.:    490428

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 2/01/23 | CSB | B110 | Review miscellaneous orders and filings from day's court docket. | .10 | 600.00 | 60.00 |
| 2/01/23 | DMS | B110 | Review story on Almaeda claim against Voyager and send to Creditors Committee. | .40 | 800.00 | 320.00 |
| 2/01/23 | DWC | B110 | Emails re pro se response forwarded by Kaplan chambers | .40 | 600.00 | 240.00 |
| 2/01/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 2/01/23 | GSK | B150 | Review corresp from BlockFi individual creditor; review docket, etc.; draft response to creditor; various corresp with DMS, DWC and SMS re same; review various corresp with K. Aulet and R. Stark re same; make revises to draft response to creditor; review follow-up corresp from creditor. | 2.50 | 600.00 | 1,500.00 |
| 2/01/23 | GSK | B150 | Tel with individual creditor re status of various matters and issues. | .80 | 600.00 | 480.00 |
| 2/01/23 | GSK | B110 | Review various articles re FTX and Celsius bankruptcies and crypto issues. | .20 | 600.00 | 120.00 |
| 2/01/23 | GSK | B320 | Review signed order re sale procedures, etc. | .50 | 600.00 | 300.00 |
| 2/01/23 | GSK | B310 | Review signed claims bar date order, etc. | .50 | 600.00 | 300.00 |
| 2/02/23 | DMS | B110 | Email with co-counsel regarding responding to US Trustee. | .30 | 800.00 | 240.00 |
| 2/02/23 | DMS | B110 | Review confidential Stipulation and Order and authorize s/ my signature. | .40 | 800.00 | 320.00 |
| 2/02/23 | DMS | B110 | Emails with co-counsel regarding responding to US Trustee requests. | .40 | 800.00 | 320.00 |
| 2/02/23 | DMS | B110 | Call with Palley regarding creditor committee website. | .20 | 800.00 | 160.00 |
| 2/02/23 | DWC | B110 | Email from and to elementus re protocol for fee apps, fee statements, retention | .40 | 600.00 | 240.00 |

**GENOVA BURNS LLC**

March 21, 2023
Invoice No.:    490428

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/02/23 | DWC | B110 | Email from creditor, referred by UST; email co counsel re protocol to handle claim confirmation | .40 | 600.00 | 240.00 |
| 2/02/23 | DWC | B110 | Rvw email chain re UST concerns; email co counsel UST concerns with GB | .30 | 600.00 | 180.00 |
| 2/02/23 | DWC | B110 | Rvw UST email with concerns and issues on Genova retention application | .60 | 600.00 | 360.00 |
| 2/02/23 | DWC | B110 | Email firm admin and staff re information to resolve UST concerns | .60 | 600.00 | 360.00 |
| 2/02/23 | DWC | B110 | Emails with BSilverberg re prior disclosures to the UST for retention | .30 | 600.00 | 180.00 |
| 2/02/23 | DWC | B110 | Email BlockFi staff and attys re UST billing guidelines | .30 | 600.00 | 180.00 |
| 2/02/23 | DWC | B110 | Email from and to Kroll re invoices | .30 | 600.00 | 180.00 |
| 2/02/23 | DWC | B110 | Email from debtor with confidential information; forward to DMS | .30 | 600.00 | 180.00 |
| 2/02/23 | DWC | B110 | Email re fee protocol | .20 | 600.00 | 120.00 |
| 2/02/23 | GSK | B310 | Tel with M. Manning of M3 re proofs of claim processes. | .30 | 600.00 | 180.00 |
| 2/02/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 2/02/23 | GSK | B110 | Review various articles re FTX bankruptcy and crypto issues. | .20 | 600.00 | 120.00 |
| 2/02/23 | GSK | B110 | Review amended schedules and statement of financial affairs. | .50 | 600.00 | 300.00 |
| 2/02/23 | GSK | B160 | Review corresp re retention disclosures. | .10 | 600.00 | 60.00 |
| 2/02/23 | GSK | B160 | Review corresp re retention issues. | .10 | 600.00 | 60.00 |
| 2/03/23 | CSB | B110 | Review miscellaneous orders and filings from prior two days' court docket. | .30 | 600.00 | 180.00 |
| 2/03/23 | DMS | B110 | Email with Stark regarding intercompany claims. | .40 | 800.00 | 320.00 |

GENOVA BURNS LLC

March 21, 2023
Invoice No.:    490428

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 2/03/23 | DWC | B110 | Follow up with KA re creditor trying to confirm claim with Kroll | .20 | 600.00 | 120.00 |
| 2/03/23 | DWC | B110 | Calls with admin re client revenues | .80 | 600.00 | 480.00 |
| 2/03/23 | DWC | B110 | Draft supplemental certification for retention to address UST email with concerns | 2.40 | 600.00 | 1,440.00 |
| 2/03/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 2/03/23 | GSK | B110 | Review various articles re FTX bankruptcy and crypto issues. | .20 | 600.00 | 120.00 |
| 2/03/23 | GSK | B310 | Review proof of publication re claims bar date notice. | .10 | 600.00 | 60.00 |
| 2/04/23 | DMS | B110 | Review Emergent Chapter 11 filing and email with co-counsel regarding same. | .60 | 800.00 | 480.00 |
| 2/04/23 | DMS | B110 | Review Amended Schedules. | .40 | 800.00 | 320.00 |
| 2/04/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 2/05/23 | DMS | B110 | Emails with co-counsel and Unsecured Creditors Committee regarding communications with creditors. | .60 | 800.00 | 480.00 |
| 2/05/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 2/06/23 | CSB | B110 | Review emails from co-counsel regarding upcoming meetings, timetables, agendas, and tasks. | .10 | 600.00 | 60.00 |
| 2/06/23 | CSB | B110 | Review court emails/filings regarding deadline re-sets for two pending professional retention applications. | .10 | 600.00 | 60.00 |
| 2/06/23 | DMS | B110 | Reviewed posts by Aulet and CC members. | .30 | 800.00 | 240.00 |
| 2/06/23 | DMS | B110 | Email with cc members regarding creditor inquiries. | .20 | 800.00 | 160.00 |
| 2/06/23 | DMS | B110 | Emails regarding claims against other crypto debtors. | .30 | 800.00 | 240.00 |
| 2/06/23 | DMS | B110 | Call with large creditor with questions. | .30 | 800.00 | 240.00 |
| 2/06/23 | DMS | B110 | Messaging with cc members and co-counsel. | .40 | 800.00 | 320.00 |
| 2/06/23 | DMS | B110 | Emails regarding potential Backbone objection. | .20 | 800.00 | 160.00 |

GENOVA BURNS LLC

March 21, 2023
Invoice No.:    490428

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 2/06/23 | DWC | B110 | Call from creditor (looking for Kroll confirmation); email debtor re follow up | .30 | 600.00 | 180.00 |
| 2/06/23 | DWC | B110 | Review UST issues on Genova retention; revise supplemental certification; email BR re fee disclosure and staffing approval protocol and supplemental disclosures | 1.10 | 600.00 | 660.00 |
| 2/06/23 | DWC | B110 | Revise supplement cert; draft d2 declaration for committee; revise proposed retention order | 1.30 | 600.00 | 780.00 |
| 2/06/23 | DWC | B110 | Rvw and forward POC confirmation to SHIKAR PARTAB | .30 | 600.00 | 180.00 |
| 2/06/23 | DWC | B110 | Rvw Moxo communications with committee re backbone settlement | .60 | 600.00 | 360.00 |
| 2/06/23 | DWC | B110 | Rvw and prep objection to backbone settlement notice | .60 | 600.00 | 360.00 |
| 2/06/23 | LD | B160 | Revise GB retention order. | .50 | 250.00 | 125.00 |
| 2/06/23 | SS | B110 | Sending calendar invites for upcoming deadlines. | .40 | 275.00 | 110.00 |
| 2/06/23 | GSK | B110 | Review various Court notices; review and update calendar/deadlines. | .10 | 600.00 | 60.00 |
| 2/06/23 | GSK | B110 | Review various articles re FTX bankruptcy and crypto issues. | .20 | 600.00 | 120.00 |
| 2/06/23 | GSK | B110 | Review various corresp re Backbone loan settlement; review notice re Backbone loan settlement. | .20 | 600.00 | 120.00 |
| 2/07/23 | CSB | B110 | Review order authorizing retention of Kroll; review emails re-setting deadlines for 4 pending UCC retention applications. | .10 | 600.00 | 60.00 |
| 2/07/23 | DMS | B110 | Email with Aulet regarding preparation for UCC meeting. | .20 | 800.00 | 160.00 |
| 2/07/23 | DMS | B110 | Email with US Trustee regarding January monthly bills. | .20 | 800.00 | 160.00 |
| 2/07/23 | DMS | B110 | CC meeting. | 2.10 | 800.00 | 1,680.00 |
| 2/07/23 | DWC | B150 | Committee meeting | 1.60 | 600.00 | 960.00 |

GENOVA BURNS LLC

March 21, 2023
Invoice No.:    490428

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 2/07/23 | DWC | B110 | Rvw emails from cocounsel re status and action items; rvw Moxo messages | .60 | 600.00 | 360.00 |
| 2/07/23 | DWC | B110 | Emails with DAdler at M&E re retention; rvw and forward docs | .40 | 600.00 | 240.00 |
| 2/07/23 | DWC | B110 | Rvw agenda for committee meeting | .30 | 600.00 | 180.00 |
| 2/07/23 | DWC | B110 | Collect and rvw comments, edits and questions to draft retention docs. revise drafts and circulate to professionals for rvw and approval | 2.70 | 600.00 | 1,620.00 |
| 2/07/23 | DWC | B110 | Emails with UST re adjournment of objection deadlines | .30 | 600.00 | 180.00 |
| 2/07/23 | GSK | B110 | Review various articles re FTX and Genesis bankruptcies and other crypto issues. | .20 | 600.00 | 120.00 |
| 2/07/23 | GSK | B110 | Review various Court notices; update calendar/deadlines. | .10 | 600.00 | 60.00 |
| 2/07/23 | GSK | B190 | Review Debtors' supplemental notice re motion re Backbone settlement. | .10 | 600.00 | 60.00 |
| 2/07/23 | GSK | B110 | Review various corresp re Committee meeting. | .10 | 600.00 | 60.00 |
| 2/08/23 | CSB | B110 | Review order regarding Backbone settlement; review deadline re-set for debtor's retention application. | .10 | 600.00 | 60.00 |
| 2/08/23 | DMS | B110 | Review various news stories on related crypto bankruptcies and email to co-counsel. | .30 | 800.00 | 240.00 |
| 2/08/23 | DMS | B110 | Emails with co-counsel regarding resolving US Trustee retention. | .30 | 800.00 | 240.00 |
| 2/08/23 | DWC | B110 | Collect input from professionals; edit proposed retention docs; application, certification, disclosures; D2 by committee | 1.90 | 600.00 | 1,140.00 |
| 2/08/23 | DWC | B110 | Email m3 with draft docs and request for input and authorization | .60 | 600.00 | 360.00 |
| 2/08/23 | DWC | B110 | Email ELEMENTUS with draft docs and request for disclosure information, input and authorization | .60 | 600.00 | 360.00 |

**GENOVA BURNS LLC**

March 21, 2023
Invoice No.:    490428

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/08/23 | DWC | B110 | Email draft D2 to BS at BR | .30 | 600.00 | 180.00 |
| 2/08/23 | DWC | B110 | Rvw creditor communications to court; forward to Committee for response; discuss internally with GK, SS and DMS | .70 | 600.00 | 420.00 |
| 2/08/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 2/08/23 | GSK | B190 | Review signed order re Backbone settlement. | .10 | 600.00 | 60.00 |
| 2/08/23 | GSK | B110 | Review various articles re FTX bankruptcy and other crypto-related issues. | .20 | 600.00 | 120.00 |
| 2/09/23 | DMS | B110 | Emails with US Trustee regarding retention of Creditor Committee professional. | .30 | 800.00 | 240.00 |
| 2/09/23 | DMS | B110 | Review entered retention orders and Rienzi supplemental disclosure. | .40 | 800.00 | 320.00 |
| 2/09/23 | DWC | B110 | Rvw and revise draft disclosure and docs and forward to US TRUSTEE for review and authorization | .70 | 600.00 | 420.00 |
| 2/09/23 | DWC | B110 | Rvw elementus input and request input; incorporate into draft | 1.30 | 600.00 | 780.00 |
| 2/09/23 | DWC | B110 | Rvw draft D2 from Brown R.; edit to include Genova bona fides | .80 | 600.00 | 480.00 |
| 2/09/23 | DWC | B110 | Rvw emails from co cousnel and moxo chain | .70 | 600.00 | 420.00 |
| 2/09/23 | GSK | B110 | Review various articles re FTX, Celsius, Genesis, BlockFi and Voyager bankruptcies, and other crypto-related issues. | .30 | 600.00 | 180.00 |
| 2/09/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 2/10/23 | CSB | B110 | Review confidentiality and protective order; review debtors' motion to extend time regarding removal; review misc. PHV orders. | .20 | 600.00 | 120.00 |
| 2/10/23 | DMS | B110 | Email with Sponder and co-counsel regarding retentions. | .40 | 800.00 | 320.00 |

**GENOVA BURNS LLC**

March 21, 2023
Invoice No.:    490428

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/10/23 | DMS | B110 | Review GB supplemental disclosure requested by U.S. Trustee. | .20 | 800.00 | 160.00 |
| 2/10/23 | DWC | B110 | Emails with UST re adjourning objection deadline | .30 | 600.00 | 180.00 |
| 2/10/23 | DWC | B110 | Email all professionals re seal issues and retention; follow up re ust calls | .60 | 600.00 | 360.00 |
| 2/10/23 | DWC | B110 | Respond to inquiries and provide updates to Elementus and M3 retention docs; circulate | 1.80 | 600.00 | 1,080.00 |
| 2/10/23 | GSK | B110 | Review various Court notices; update calendar/deadlines. | .10 | 600.00 | 60.00 |
| 2/10/23 | GSK | B310 | Review Kroll site re proofs of claim, etc. | .10 | 600.00 | 60.00 |
| 2/10/23 | GSK | B110 | Review various articles re FTX bankruptcy and crypto issues. | .20 | 600.00 | 120.00 |
| 2/10/23 | GSK | B110 | Review signed confidentiality stipulation and protective order. | .20 | 600.00 | 120.00 |
| 2/10/23 | GSK | B190 | Review Debtors' motion for extension of deadline to file notice of removal of actions. | .20 | 600.00 | 120.00 |
| 2/10/23 | GSK | B110 | Review Debtors' notice re ordinary course professionals. | .10 | 600.00 | 60.00 |
| 2/10/23 | GSK | B160 | Review various corresp re extension of UST's deadline re Committee's retention applications. | .10 | 600.00 | 60.00 |
| 2/11/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 2/12/23 | DWC | B110 | Rvw website; email SPalley re proposed changes | .40 | 600.00 | 240.00 |
| 2/12/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 2/13/23 | CSB | B110 | Review email from Trustee to counsel regarding Ch. 11 large case billing guidelines and required submissions for attorney fee applications. | .10 | 600.00 | 60.00 |
| 2/13/23 | DMS | B110 | Review website and weekly update. | .30 | 800.00 | 240.00 |
| 2/13/23 | DMS | B110 | Review article on SEC view on crypto and send to co-counsel. | .30 | 800.00 | 240.00 |

**GENOVA BURNS LLC**

March 21, 2023
Invoice No.:    490428

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|-------------------------------|-------|------|--------|
| 2/13/23 | DMS | B110 | Emails with UST regarding Elementus retention. | .30 | 800.00 | 240.00 |
| 2/13/23 | DMS | B110 | Review US Trustee comments to UCC professional retentions. | .30 | 800.00 | 240.00 |
| 2/13/23 | DMS | B110 | Emails with DWC regarding preparation for February 21st omnibus. | .30 | 800.00 | 240.00 |
| 2/13/23 | DWC | B110 | Emails from and to Brown and Professionals re proposed resolution of seal language in retention order | .70 | 600.00 | 420.00 |
| 2/13/23 | DWC | B110 | Emails with M3 re draft retention docs; input to address UST concerns | .90 | 600.00 | 540.00 |
| 2/13/23 | DWC | B110 | Final changes to Elementus draft docs; forward to UST with explanation | .70 | 600.00 | 420.00 |
| 2/13/23 | DWC | B110 | Call with elementus re retention docs and UST inquiries | .40 | 600.00 | 240.00 |
| 2/13/23 | DWC | B150 | Rvw emails from Professionals and client; rvw moxo chain with client and professionals | .70 | 600.00 | 420.00 |
| 2/13/23 | SS | B110 | Sending calendar invitations for upcoming deadlines. | .20 | 275.00 | 55.00 |
| 2/13/23 | GSK | B110 | Review various articles re cryto issues. | .20 | 600.00 | 120.00 |
| 2/13/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 2/13/23 | GSK | B160 | Review UST's objection to motion to seal re redactions from retention apps of Committee's professionals. | .20 | 600.00 | 120.00 |
| 2/13/23 | GSK | B110 | Review various corresp re agenda for Committee meeting. | .10 | 600.00 | 60.00 |
| 2/14/23 | DMS | B110 | Review agenda for Creditor Committee meeting. | .20 | 800.00 | 160.00 |
| 2/14/23 | DMS | B110 | Emails with US Trustee, DWC et al regarding Creditor Committee professional retentions. | .80 | 800.00 | 640.00 |
| 2/14/23 | DMS | B110 | Review articles on regulators action against Binance Stablevoin. | .40 | 800.00 | 320.00 |
| 2/14/23 | DMS | B110 | Email with BR and US Trustee regarding adjournment of sealing motion. | .30 | 800.00 | 240.00 |

**GENOVA BURNS LLC**

March 21, 2023
Invoice No.:    490428

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 2/14/23 | DMS | B110 | Review removal Order. | .20 | 800.00 | 160.00 |
| 2/14/23 | DWC | B150 | Committee meeting | 1.50 | 600.00 | 900.00 |
| 2/14/23 | DWC | B110 | Rvw emails from client and co counsel and professionals; rvw moxo communications | .50 | 600.00 | 300.00 |
| 2/14/23 | DWC | B110 | Proposed payment and fee app protocol to professionals and committee | 1.70 | 600.00 | 1,020.00 |
| 2/14/23 | DWC | B110 | Email from chambers with creditor inquiry; circulate to professionals with proposed response | .60 | 600.00 | 360.00 |
| 2/14/23 | DWC | B110 | Revise docs for M3 retention; rvw questions and input | .60 | 600.00 | 360.00 |
| 2/14/23 | DWC | B110 | Gather info for budget and staffing plan; email framework to GK for finalization | 1.30 | 600.00 | 780.00 |
| 2/14/23 | SS | B150 | Adding new creditor questions to creditor question spreadsheet. | .30 | 275.00 | 82.50 |
| 2/14/23 | GSK | B110 | Review various articles re cryto issues. | .20 | 600.00 | 120.00 |
| 2/14/23 | GSK | B110 | Review various Court notices; update calendar/deadlines. | .10 | 600.00 | 60.00 |
| 2/14/23 | GSK | B110 | Review signed bridge order extending Debtors' deadline to file notices of removal of actions. | .10 | 600.00 | 60.00 |
| 2/14/23 | GSK | B150 | Various corresp re emails from creditors and response to inquiries. | .20 | 600.00 | 120.00 |
| 2/14/23 | GSK | B110 | Various corresp with DWC re GB's retention; review issues re same. | .50 | 600.00 | 300.00 |
| 2/14/23 | GSK | B160 | Review various corresp re fee statements/applications of Committee's professionals, etc. | .20 | 600.00 | 120.00 |
| 2/14/23 | GSK | B310 | Review issues re proofs of claim bar date, etc.; corresp with DMS re claims issues. | .20 | 600.00 | 120.00 |
| 2/15/23 | DMS | B110 | Review Court notices regarding adjournments. | .20 | 800.00 | 160.00 |
| 2/15/23 | DMS | B110 | Emails with GSK regarding responses to creditors. | .40 | 800.00 | 320.00 |

**GENOVA BURNS LLC**

March 21, 2023
Invoice No.:    490428

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 2/15/23 | DMS | B110 | Email with Aulet regarding sealing. | .20 | 800.00 | 160.00 |
| 2/15/23 | DMS | B110 | Email with GSK regarding budget and staffing. | .20 | 800.00 | 160.00 |
| 2/15/23 | SS | B110 | Updating chart of creditor questions. | .30 | 275.00 | 82.50 |
| 2/15/23 | GSK | B150 | Review various emails from individual creditors; corresp with DMS, DWC and SMS re same; prepare email responses to creditors; corresp with K. Aulet, et al. re same; corresp with Judge Kaplan's Chambers re same. | 1.50 | 600.00 | 900.00 |
| 2/15/23 | GSK | B110 | Review various Court notices; review and update calendar. | .10 | 600.00 | 60.00 |
| 2/15/23 | GSK | B110 | Review fees issues, etc.; draft, revise and finalize memo re same; various corresp with DMS re same. | 2.00 | 600.00 | 1,200.00 |
| 2/15/23 | GSK | B110 | Review various articles re crypto issues and crypto bankruptcies. | .20 | 600.00 | 120.00 |
| 2/15/23 | GSK | B160 | Review supplemental declaration re Moelis retention application. | .10 | 600.00 | 60.00 |
| 2/15/23 | GSK | B110 | Review Debtors' notice of loan settlement agreement with Global X Digital. | .10 | 600.00 | 60.00 |
| 2/16/23 | DMS | B110 | Email with US Trustee regarding fee procedures. | .40 | 800.00 | 320.00 |
| 2/16/23 | DMS | B110 | Emails with US Trustee and Court regarding objection deadlines. | .30 | 800.00 | 240.00 |
| 2/16/23 | DMS | B110 | Emails with Aulet and Sponder regarding Wallet motion. | .30 | 800.00 | 240.00 |
| 2/16/23 | DMS | B110 | Finalize budget and staffing and send to Creditor Committee for review and approval. | .40 | 800.00 | 320.00 |
| 2/16/23 | DMS | B110 | Numerous emails with GSK, BR and M3 regarding creditor concerns and replies. | .90 | 800.00 | 720.00 |
| 2/16/23 | DMS | B110 | Court notice regarding adjournments. | .20 | 800.00 | 160.00 |

**GENOVA BURNS LLC**

March 21, 2023
Invoice No.:    490428

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 2/16/23 | DMS | B110 | Emails with BR and chambers regarding February 21st hearing. | .30 | 800.00 | 240.00 |
| 2/16/23 | DMS | B110 | Submit budget to Creditors Committee and review approvals. | .30 | 800.00 | 240.00 |
| 2/16/23 | DMS | B110 | Emails with US Trustee (Oppelt) regarding fee procedures. | .30 | 800.00 | 240.00 |
| 2/16/23 | DMS | B110 | Email with Sponder regarding wallet status. | .20 | 800.00 | 160.00 |
| 2/16/23 | DMS | B110 | Email with BR regarding creditor replies. | .30 | 800.00 | 240.00 |
| 2/16/23 | GSK | B110 | Review various Court notices; update calendar/deadlines. | .10 | 600.00 | 60.00 |
| 2/16/23 | GSK | B160 | Review signed order granting Moelis retention. | .20 | 600.00 | 120.00 |
| 2/16/23 | GSK | B190 | Review stipulation and scheduling order entered in Emergent adversary proceeding. | .10 | 600.00 | 60.00 |
| 2/16/23 | GSK | B110 | Review various articles re crypto issues and crypto bankruptcies. | .20 | 600.00 | 120.00 |
| 2/16/23 | GSK | B130 | Review Chubb's reservation of rights re Debtors' sale motion, etc. | .10 | 600.00 | 60.00 |
| 2/17/23 | DMS | B110 | Email with Sponder regarding call on Creditor Committee retentions. | .20 | 800.00 | 160.00 |
| 2/17/23 | DMS | B110 | Emails with Stark and Aulet regarding preparation for February 21st. | .40 | 800.00 | 320.00 |
| 2/17/23 | DMS | B110 | Review story regarding Branance transfers and send to BR team. | .30 | 800.00 | 240.00 |
| 2/17/23 | DMS | B110 | Review text Order regarding February 21st and send to team. | .20 | 800.00 | 160.00 |
| 2/17/23 | DMS | B110 | Emails with Stark et al regarding hearing preparation. | .30 | 800.00 | 240.00 |
| 2/17/23 | DMS | B110 | Email with Court regarding Zoom appearances. | .20 | 800.00 | 160.00 |
| 2/17/23 | DMS | B110 | Emails with US Trustee regarding conference call. | .30 | 800.00 | 240.00 |

**GENOVA BURNS LLC**

March 21, 2023
Invoice No.:    490428

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 2/17/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 2/17/23 | GSK | B110 | Review notice of agenda for 2/21 hearing. | .10 | 600.00 | 60.00 |
| 2/17/23 | GSK | B110 | Review Debtors' notice of loan settlement agreement with Atlas Technology Group. | .10 | 600.00 | 60.00 |
| 2/17/23 | GSK | B110 | Review various articles re crypto issues and crypto bankruptcies. | .20 | 600.00 | 120.00 |
| 2/17/23 | GSK | B160 | Review corresp between DMS and J. Sponder (UST) re employment applications. | .10 | 600.00 | 60.00 |
| 2/18/23 | DMS | B110 | Email with Aulet and Stark regarding plan issues. | .30 | 800.00 | 240.00 |
| 2/18/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 2/20/23 | DMS | B110 | Review agenda for Unsecured Creditor Committee meeting and comment. | .30 | 800.00 | 240.00 |
| 2/20/23 | DMS | B110 | Email with DWC regarding retention status. | .20 | 800.00 | 160.00 |
| 2/20/23 | DWC | B110 | Emails with M3 coordinating revisions for retention | .40 | 600.00 | 240.00 |
| 2/20/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 2/20/23 | GSK | B310 | Review Debtors' motion re claims objection procedures. | .30 | 600.00 | 180.00 |
| 2/21/23 | DMS | B110 | Review update and agenda. | .20 | 800.00 | 160.00 |
| 2/21/23 | DMS | B110 | Court Hearing. | .70 | 800.00 | 560.00 |
| 2/21/23 | DMS | B110 | Review M3 and Elementus Report. | .50 | 800.00 | 400.00 |
| 2/21/23 | DMS | B110 | Review Creditor Committee discussion on Moxo. | .20 | 800.00 | 160.00 |
| 2/21/23 | DMS | B110 | Unsecured Creditor Committee call and follow up. | 1.30 | 800.00 | 1,040.00 |
| 2/21/23 | DMS | B110 | Call with US Trustee regarding retentions and sealing. | .40 | 800.00 | 320.00 |
| 2/21/23 | DMS | B110 | Emails with DWC et al and finalize BR and GB retention documents. | .80 | 800.00 | 640.00 |
| 2/21/23 | DWC | B110 | Hearing on wallet motion and status | .50 | 600.00 | 300.00 |

**GENOVA BURNS LLC**

March 21, 2023
Invoice No.:     490428

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 2/21/23 | DWC | B110 | Meeting to discuss outstanding seal motion and professional retention issues outstanding | .60 | 600.00 | 360.00 |
| 2/21/23 | DWC | B110 | Call with UST re professional retention issues | .40 | 600.00 | 240.00 |
| 2/21/23 | DWC | B110 | Rvw emails and memos in moxo | .80 | 600.00 | 480.00 |
| 2/21/23 | GSK | B110 | Review various Court notices; update calendar. | .10 | 600.00 | 60.00 |
| 2/21/23 | GSK | B110 | Review various articles re BlockFi bankruptcy case; review various articles re FTX bankruptcy case and crypto issues. | .20 | 600.00 | 120.00 |
| 2/21/23 | GSK | B160 | Review various corresp re BR's and GB's retention applications; review related issues. | .20 | 600.00 | 120.00 |
| 2/21/23 | GSK | B110 | Review corresp re agenda and weekly update for Committee call; review agenda and update. | .10 | 600.00 | 60.00 |
| 2/22/23 | DMS | B110 | Review Transcript and send to Unsecured Creditors Committee. | .40 | 800.00 | 320.00 |
| 2/22/23 | DMS | B110 | Review bids received and call with Moelis and Debtor regarding same. | .90 | 800.00 | 720.00 |
| 2/22/23 | DMS | B110 | Follow up emails with Stark and Aulet regarding bids and next steps. | .30 | 800.00 | 240.00 |
| 2/22/23 | DMS | B110 | Emails with Aulet regarding LBR 2004 issues. | .40 | 800.00 | 320.00 |
| 2/22/23 | DMS | B110 | Financial call with Unsecured Creditors Committee, M3 and Elementus regarding sale and loan settlements. | 1.30 | 800.00 | 1,040.00 |
| 2/22/23 | DMS | B110 | Review Court email with creditor inquiries and coordinate response. | .30 | 800.00 | 240.00 |
| 2/22/23 | DMS | B160 | Emails with J. Sponder regarding Brown Rudnick and Genova Burns retentions. | .30 | 800.00 | 240.00 |
| 2/22/23 | DMS | B110 | Review 1/30 transcript and send to group. | .30 | 800.00 | 240.00 |
| 2/22/23 | DMS | B110 | Call with K. Aulet and review documents regarding bidding. | .30 | 800.00 | 240.00 |

GENOVA BURNS LLC

March 21, 2023
Invoice No.:    490428

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 2/22/23 | DMS | B110 | Finance meeting with UCC. | 1.20 | 800.00 | 960.00 |
| 2/22/23 | DMS | B110 | Emails regarding resolving UST M3 issues. | .20 | 800.00 | 160.00 |
| 2/22/23 | DMS | B110 | Emails with K. Aulet regarding subpoenas for deps. | .30 | 800.00 | 240.00 |
| 2/22/23 | DMS | B160 | Email with Silverberg regarding Brown Rudnick and Genova Burns retention. | .20 | 800.00 | 160.00 |
| 2/22/23 | DMS | B110 | Emails with GSK regarding 502(d). | .30 | 800.00 | 240.00 |
| 2/22/23 | DMS | B110 | Email with K. Aulet regarding claim advice. | .20 | 800.00 | 160.00 |
| 2/22/23 | DMS | B110 | Emails regarding SEC objections in Voyager. | .30 | 800.00 | 240.00 |
| 2/22/23 | DMS | B110 | More emails regarding response to creditor emails. | .30 | 800.00 | 240.00 |
| 2/22/23 | DWC | B110 | Rvw email memos and moxo chat | .90 | 600.00 | 540.00 |
| 2/22/23 | DWC | B110 | Multiple emails from chambers re direct creditor contacts | .30 | 600.00 | 180.00 |
| 2/22/23 | DWC | B110 | Multiple emails with UST and professionals re disclosures and status of UST requests; input for UST requests from professionals; draft revisions to materials | 2.30 | 600.00 | 1,380.00 |
| 2/22/23 | DWC | B110 | Finalize, redact, and file Genova and Brown final retention docs | .70 | 600.00 | 420.00 |
| 2/22/23 | LD | B110 | Email 2-21-2023 transcript to committee counsel. | .20 | 250.00 | 50.00 |
| 2/22/23 | LD | B160 | Revise supplemental certification and Order for Genova Burns retention. | .40 | 250.00 | 100.00 |
| 2/22/23 | LD | B160 | Finalize and file supplemental certifications and revised proposed orders for the retention of GB and BR. | .60 | 250.00 | 150.00 |
| 2/22/23 | LD | B160 | Compare and redact names on M3 supplemental certification. | 1.00 | 250.00 | 250.00 |
| 2/22/23 | SS | B110 | Updating creditor's questions chart. | .20 | 275.00 | 55.00 |
| 2/22/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |

**GENOVA BURNS LLC**

March 21, 2023
Invoice No.:    490428

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/22/23 | GSK | B160 | Review supplemental certifications and proposed orders re GB and BR retention applications. | .30 | 600.00 | 180.00 |
| 2/22/23 | GSK | B110 | Review various articles re crypto issues and crypto bankruptcies. | .20 | 600.00 | 120.00 |
| 2/22/23 | GSK | B150 | Review corresp re emails from creditors; review creditor inquiries; prepare responses; various corresp with co-counsel re responses; finalize and send responses. | 1.00 | 600.00 | 600.00 |
| 2/22/23 | GSK | B110 | Review transcript of 2/21 hearing. | .40 | 600.00 | 240.00 |
| 2/22/23 | GSK | B110 | Review SEC objection in Voyager; review corresp re same. | .20 | 600.00 | 120.00 |
| 2/23/23 | DMS | B110 | Emails with Stark regarding next steps. | .30 | 800.00 | 240.00 |
| 2/23/23 | DMS | B110 | Review revised creditor FAQs on claims etc. and provide comments. | .30 | 800.00 | 240.00 |
| 2/23/23 | DMS | B110 | Email with R. Stark regarding wallet issues. | .20 | 800.00 | 160.00 |
| 2/23/23 | DMS | B110 | Email with R. Stark and K. Aulet regarding updating Court. | .20 | 800.00 | 160.00 |
| 2/23/23 | DMS | B110 | Review Brown Rudnick and Genova Burns supplemental filings. | .20 | 800.00 | 160.00 |
| 2/23/23 | DMS | B110 | Review draft FAQs and respond. | .40 | 800.00 | 320.00 |
| 2/23/23 | DMS | B110 | Review revised FAQs. | .20 | 800.00 | 160.00 |
| 2/23/23 | DMS | B110 | Review signed retention orders and send to Brown Rudnick. | .20 | 800.00 | 160.00 |
| 2/23/23 | DMS | B110 | Review email from Court with customer inquiry and coordinate response. | .30 | 800.00 | 240.00 |
| 2/23/23 | DMS | B110 | Review January interim operating reports. | .60 | 800.00 | 480.00 |
| 2/23/23 | DMS | B110 | Emails with Brown Rudnick regarding wallet memo. | .20 | 800.00 | 160.00 |
| 2/23/23 | DWC | B110 | Call from atty creditor re questions on status, wallet, POC filing | .40 | 600.00 | 240.00 |

**GENOVA BURNS LLC**

March 21, 2023
Invoice No.:    490428

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 2/23/23 | DWC | B110 | Prepare and coordinate motion to seal for potential objection; rush notice | .40 | 600.00 | 240.00 |
| 2/23/23 | DWC | B110 | Emails from chambers re direct creditor contact | .30 | 600.00 | 180.00 |
| 2/23/23 | DWC | B110 | Email with chambers and UST re final GB and BR retention docs | .80 | 600.00 | 480.00 |
| 2/23/23 | DWC | B110 | Rvw emails and moxo | .60 | 600.00 | 360.00 |
| 2/23/23 | LD | B110 | Review conflict list of M3 and redact for supplemental certification. | 1.30 | 250.00 | 325.00 |
| 2/23/23 | SS | B110 | Updating creditor question chart with new questions. | .20 | 275.00 | 55.00 |
| 2/23/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 2/23/23 | GSK | B160 | Review signed order re GB retention. | .10 | 600.00 | 60.00 |
| 2/23/23 | GSK | B110 | Review various articles re crypto issues. | .20 | 600.00 | 120.00 |
| 2/23/23 | GSK | B150 | Review emails re creditor inquiries; various corresp re same. | .10 | 600.00 | 60.00 |
| 2/23/23 | GSK | B110 | Review various corresp re Global X loan settlement; review notice re settlement; review related issues. | 1.00 | 600.00 | 600.00 |
| 2/23/23 | GSK | B160 | Review corresp re procedures for fee statements and fee apps of Committee's professionals. | .10 | 600.00 | 60.00 |
| 2/24/23 | DMS | B110 | Emails with DWC regarding coordination of monthly fee procedures. | .30 | 800.00 | 240.00 |
| 2/24/23 | DMS | B110 | Emails regarding deadline for filing objection. | .30 | 800.00 | 240.00 |
| 2/24/23 | DMS | B120 | Creditor Committee meeting regarding sale of assets. | 1.20 | 800.00 | 960.00 |
| 2/24/23 | DMS | B110 | Review interim reports. | .70 | 800.00 | 560.00 |
| 2/24/23 | DMS | B110 | Review supplemental disclosures by debtor professionals. | .30 | 800.00 | 240.00 |
| 2/24/23 | DMS | B110 | Email with UST regarding M3. | .20 | 800.00 | 160.00 |

**GENOVA BURNS LLC**

March 21, 2023
Invoice No.:    490428

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 2/24/23 | DMS | B110 | Emails with Brown Rudnick and staff regarding objection deadlines. | .30 | 800.00 | 240.00 |
| 2/24/23 | DMS | B160 | Email with BRG regarding fee projections. | .20 | 800.00 | 160.00 |
| 2/24/23 | DMS | B110 | Review edits regarding Elementus retention. | .20 | 800.00 | 160.00 |
| 2/24/23 | DMS | B110 | Emails with Genova Burns team regarding responses to custom emails. | .30 | 800.00 | 240.00 |
| 2/24/23 | DMS | B110 | Review email from Chambers regarding objection deadlines. | .20 | 800.00 | 160.00 |
| 2/24/23 | DMS | B110 | Review filed notice of auction. | .10 | 800.00 | 80.00 |
| 2/24/23 | DMS | B160 | Review H&B fee statement. | .20 | 800.00 | 160.00 |
| 2/24/23 | DMS | B160 | Review Kroll fee statement. | .20 | 800.00 | 160.00 |
| 2/24/23 | DMS | B110 | Review Axelrod memo regarding wallet issues. | .40 | 800.00 | 320.00 |
| 2/24/23 | DWC | B110 | Emails from and to M3 re UST response to latest draft | .20 | 600.00 | 120.00 |
| 2/24/23 | DWC | B110 | Supplemental retention materials to UST for elementus and M3 | .60 | 600.00 | 360.00 |
| 2/24/23 | DWC | B110 | Emails to/from professionals and to/from UST re retention issues and seal | .70 | 600.00 | 420.00 |
| 2/24/23 | DWC | B110 | Emails with chambers re communications from creditors | .40 | 600.00 | 240.00 |
| 2/24/23 | DWC | B110 | Time calc memo to co counsel | .60 | 600.00 | 360.00 |
| 2/24/23 | DWC | B110 | Rvw comms on moxo | .30 | 600.00 | 180.00 |
| 2/24/23 | GSK | B110 | Review various Court notices; update calendar. | .10 | 600.00 | 60.00 |
| 2/24/23 | GSK | B130 | Review notice of auction re mining assets, etc. | .10 | 600.00 | 60.00 |
| 2/24/23 | GSK | B160 | Review supplemental certification re K&E retention. | .10 | 600.00 | 60.00 |
| 2/24/23 | GSK | B110 | Review Debtors' motion re Scratch Services post-pause loan payments, etc. | .20 | 600.00 | 120.00 |
| 2/24/23 | GSK | B110 | Review various articles re crypto issues. | .20 | 600.00 | 120.00 |

**GENOVA BURNS LLC**

March 21, 2023
Invoice No.:    490428

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 2/24/23 | GSK | B110 | Review various corresp re Global X loan settlement; review draft objection. | .20 | 600.00 | 120.00 |
| 2/24/23 | GSK | B150 | Review emails re creditor inquiries; prepare responses to creditors; various corresp re draft responses; finalize and send responses. | 1.00 | 600.00 | 600.00 |
| 2/24/23 | GSK | B190 | Review memo re Wallet Motion; review corresp re same. | 1.00 | 600.00 | 600.00 |
| 2/25/23 | GSK | B110 | Review various Court notices; update calendar. | .10 | 600.00 | 60.00 |
| 2/27/23 | DMS | B110 | Review weekly update with timeline from Axelrod. | .20 | 800.00 | 160.00 |
| 2/27/23 | DMS | B110 | Email with BR team regarding government seizure. | .30 | 800.00 | 240.00 |
| 2/27/23 | DMS | B110 | Review revised GT subpoena and emails regarding same. | .60 | 800.00 | 480.00 |
| 2/27/23 | DMS | B110 | Email with Creditor Committee chair. | .20 | 800.00 | 160.00 |
| 2/27/23 | DMS | B110 | Review Motion to compel Scratch. | .20 | 800.00 | 160.00 |
| 2/27/23 | DMS | B110 | Review chambers email regarding creditor contacts and coordinate response. | .40 | 800.00 | 320.00 |
| 2/27/23 | DMS | B110 | Emails with Aulet regarding Creditor Committee standing. | .30 | 800.00 | 240.00 |
| 2/27/23 | DMS | B110 | Review unredacted Kanowitz declaration. | .20 | 800.00 | 160.00 |
| 2/27/23 | DMS | B110 | Respond to BRG regarding fee estimates. | .20 | 800.00 | 160.00 |
| 2/27/23 | DMS | B110 | Review CS monthly fee statement. | .20 | 800.00 | 160.00 |
| 2/27/23 | DMS | B110 | Email with BR and GB staff regarding fee statement procedure. | .30 | 800.00 | 240.00 |
| 2/27/23 | DMS | B110 | Emails with Palley and DWC regarding subpoenas. | .40 | 800.00 | 320.00 |
| 2/27/23 | DMS | B110 | Review Court email regarding communication with creditors and emails regarding same. | .40 | 800.00 | 320.00 |
| 2/27/23 | DWC | B110 | Revise elementus submission to UST; rvw notes and emails and correct schedule | 1.40 | 600.00 | 840.00 |

**GENOVA BURNS LLC**

March 21, 2023
Invoice No.:    490428

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 2/27/23 | DWC | B110 | Rvw 2004 to grant thornton per BR request; revise and conform with local rules | .80 | 600.00 | 480.00 |
| 2/27/23 | DWC | B110 | Email memo with fee protocol to co counsel | .90 | 600.00 | 540.00 |
| 2/27/23 | SS | B110 | Updating creditor question spreadsheet and calendars. | .30 | 275.00 | 82.50 |
| 2/27/23 | GSK | B110 | Review various Court notices; update calendar. | .10 | 600.00 | 60.00 |
| 2/27/23 | GSK | B110 | Review creditor inquiries; review various corresp from Judge Kaplan's Chambers re same; various corresp with DMS and DWC re same; review issues re same. | .30 | 600.00 | 180.00 |
| 2/27/23 | GSK | B110 | Review various corresp re Committee's 2004 subpoena to Grant Thornton and related issues; review subpoena, etc. | .50 | 600.00 | 300.00 |
| 2/27/23 | GSK | B110 | Review corresp to Committee re weekly update and case timeline, etc.; review update summary. | .20 | 600.00 | 120.00 |
| 2/27/23 | GSK | B110 | Review corresp to Committee re Debtors' motion re Scratch Services. | .10 | 600.00 | 60.00 |
| 2/28/23 | A_C | B110 | Process subpoena to Grant Thornton via regular mail, certified mail, Overnight Mail and Guaranteed Subpoena. | 1.50 | 250.00 | 375.00 |
| 2/28/23 | DMS | B110 | Conference call with Committee. | 2.10 | 800.00 | 1,680.00 |
| 2/28/23 | DMS | B110 | Review more creditor emails and coordinate reply. | .30 | 800.00 | 240.00 |
| 2/28/23 | DMS | B110 | Review draft January GB bill and edit. | .30 | 800.00 | 240.00 |
| 2/28/23 | DWC | B110 | Elementus and m3 revisions to UST; draft and incorporate revisions | .70 | 600.00 | 420.00 |
| 2/28/23 | LD | B160 | Prepare draft January fee statement for Genova Burns and circulate for review. | 1.20 | 250.00 | 300.00 |
| 2/28/23 | SS | B110 | Listening to creditor voicemails and adding to creditor spreadsheet. | .50 | 275.00 | 137.50 |
| 2/28/23 | GSK | B110 | Review various Court notices; update calendar. | .10 | 600.00 | 60.00 |

**GENOVA BURNS LLC**

March 21, 2023
Invoice No.:    490428

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 2/28/23 | GSK | B110 | Review signed orders re Global X and Atlas settlement agreements. | .10 | 600.00 | 60.00 |
| 2/28/23 | GSK | B110 | Review article re SEC subpoena to Robinhood. | .10 | 600.00 | 60.00 |
| 2/28/23 | GSK | B110 | Corresp with DMS re various responses to creditor inquiries; review and collate responses; corresp to DMS re same. | 1.50 | 600.00 | 900.00 |
| 2/28/23 | GSK | B110 | Corresp with DWC re messages from creditors; review creditor inquiries; corresp to SMS re same. | .20 | 600.00 | 120.00 |
| 2/28/23 | GSK | B150 | Review agenda for 2/28 conf call with Committee; review various corresp re same. | .10 | 600.00 | 60.00 |

**TOTAL PROFESSIONAL SERVICES**          **$ 89,955.00**

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| Celia S. Bosco | Counsel | 1.10 | 600.00 | 660.00 |
| Amelia Castro | Paralegal | 1.50 | 250.00 | 375.00 |
| Daniel M Stolz | Partner | 47.20 | 800.00 | 37,760.00 |
| Donald W. Clarke | Partner | 53.90 | 600.00 | 32,340.00 |
| Lorrie Denson | Paralegal | 5.20 | 250.00 | 1,300.00 |
| Sydney Schubert | Junior Associate | 2.40 | 275.00 | 660.00 |
| Gregory S. Kinoian | Counsel | 28.10 | 600.00 | 16,860.00 |
| **TOTALS** | | **139.40** | | **$ 89,955.00** |