**EXHIBIT "B"**

GENOVA BURNS LLC

March 21, 2023
Invoice No.:    490428

**DISBURSEMENTS**

| | Description | Amount |
|---|---|---|
| 1/17/23 | Mileage (H) Mileage from Glen Ridge, NJ to Trenton, NJ (round trip). | 77.22 |
| 1/17/23 | Parking Parking at USBC in Trenton, NJ and lunch. | 12.00 |
| 1/17/23 | Travel Expense Parking at USBC in Trenton, NJ and lunch. | 25.05 |
| 2/22/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-00322 - Fee for 1 Copy 20 Pages Federal Court Daily on 2/21/23, Court: U.S. Bankruptcy Court , Trenton NJ (22-19361). | 24.00 |
| 2/22/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-00328 - Fee for Original & 1 Copy, 24 Pages, Federal Courty Daily on 1/30/23, Court: U.S. Bankruptcy Court , Trenton NJ, (22-19361) | 28.80 |
| 2/28/23 | UPS Delivery - UPS Delivery, Unishippers NJN, 1020437349 (Grant Thornton, LLP) | 28.91 |
| | **TOTAL DISBURSEMENTS** | **$ 195.98** |