**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and*
*Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING**
**ON MARCH 23, 2023 AT 11:30 A.M. (EASTERN TIME)**

### I.    MATTERS GOING FORWARD

1. Debtors' Motion for Entry of an Order (I) Approving the Sale of Certain of the Debtors' Self-Mining Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (II) Authorizing the Debtors to Enter Into and Perform Their Obligations Under the Asset Purchase Agreement, and (III) Granting Related Relief [Docket No. 571].

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

**Related Documents**

A. Declaration of Michael DiYanni in Support of the Debtors' Motion for Entry of an Order (I) Approving the Sale of Certain of the Debtors' Self-Mining Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (II) Authorizing the Debtors to Enter Into and Perform Their Obligations Under the Asset Purchase Agreement, and (III) Granting Related Relief [Docket No. 632].

**Status**: This matter is going forward.

2. Debtors' Motion for Entry of an Order (I) Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending Debtors' Time to Assume or Reject Unexpired Leases of Non-Residential Real Property and (II) Granting Related Relief [Docket No. 572].

**Status**: This matter is going forward.

II. **MATTERS TO BE HEARD AS A STATUS CONFERENCE**

1. Motion of the United States Trustee to Compel the Debtors to Comply With: (i) Section 345(b) of the Bankruptcy Code; and (ii) the Final Cash Management Order [Docket No. 599].

**Status**: The Debtors request to provide a status update to the Court regarding their Cash Management System.

*[Remainder of page intentionally left blank]*

Dated: March 21, 2023                          /s/ Michael D. Sirota
                                               **COLE SCHOTZ P.C.**
                                               Michael D. Sirota, Esq. (NJ Bar No. 014321986)
                                               Warren A. Usatine, Esq. (NJ Bar No. 025881995)
                                               Court Plaza North, 25 Main Street
                                               Hackensack, New Jersey 07601
                                               (201) 489-3000
                                               msirota@coleschotz.com
                                               wusatine@coleschotz.com

                                               **KIRKLAND & ELLIS LLP**
                                               **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                               Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
                                               Christine A. Okike, P.C. (admitted *pro hac vice*)
                                               601 Lexington Avenue
                                               New York, New York 10022
                                               (212) 446-4800
                                               jsussberg@kirkland.com
                                               christine.okike@kirkland.com

                                               **HAYNES AND BOONE, LLP**
                                               Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
                                               Kenric D. Kattner, Esq. (admitted *pro hac vice*)
                                               30 Rockefeller Plaza, 26th Floor
                                               New York, New York 10112
                                               (212) 659-7300
                                               richard.kanowitz@haynesboone.com
                                               kenric.kattner@haynesboone.com

                                               *Attorneys for Debtors and*
                                               *Debtors in Possession*