UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## ATTORNEY MONTHLY FEE STATEMENT COVER SHEET FOR FEBRUARY 1, 2023 THROUGH FEBRUARY 28, 2023

In re BlockFi Inc., *et al.*               Applicant: Cole Schotz P.C.

Case No. 22-19361 (MBK)                    Client:  Debtors and Debtors in Possession

Chapter 11                                 Case Filed: November 28, 2022

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

RETENTION ORDER ATTACHED.

_/s/ Michael D. Sirota_          03/22/2023
MICHAEL D. SIROTA                Date

**SECTION I**
**FEE SUMMARY**

<u>Summary of Amounts Requested for the Period</u>
<u>February 1, 2023 through February 28, 2023 (the "**Compensation Period**")</u>

| | |
|---|---|
| Fee Total | $51,212.00 |
| Disbursement Total | $426.20 |
| Total Fees Plus Disbursements | $51,638.20 |

<u>Summary of Amounts Requested for Previous Periods</u>

| | |
|---|---|
| Total Previous Fees and Expenses Requested: | $390,132.95 |
| Total Fees and Expenses Allowed to Date: | $0.00 |
| Total Retainer Remaining: | $100,000.00 |
| Total Holdback: | $37,762.00 |
| Total Received by Applicant: | $153,606.48 |

65365/0001-44875051v1

| Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|
| Michael D. Sirota Member | 1986 | 9.60 | $1,200.00 | $11,520.00 |
| Felice R. Yudkin Member | 2005 | 19.30 | $705.00 | $13,606.50 |
| Rebecca W. Hollander Member | 2014 | 24.80 | $550.00 | $13,640.00 |
| Andreas D. Milliaressis Associate | 2016 | 5.20 | $475.00 | $2,470.00 |
| Frances Pisano Paralegal | n/a | 28.10 | $355.00 | $9,975.50 |
| **TOTALS** | **n/a** | **87.00** | **n/a** | **$51,212.00** |

65365/0001-44875051v1

**SECTION II**
**SUMMARY OF SERVICES**

| Services Rendered | Hours | Fee |
|---|---|---|
| Asset Analysis | 0.00 | $0.00 |
| Asset/Business Disposition | 1.60 | $1,027.00 |
| Assumption and Rejection of Leases and Contracts | 0.00 | $0.00 |
| Preference Actions/Response | 0.00 | $0.00 |
| Budgeting (Case) | 0.00 | $0.00 |
| Business Operations | 5.60 | $3,455.00 |
| Case Administration | 12.30 | $7,062.50 |
| Claims Administration and Objections | 3.60 | $2,650.50 |
| Corporate Governance and Board Matters | 0.00 | $0.00 |
| Data Analysis | 0.00 | $0.00 |
| Employee Benefits/Pensions | 0.00 | $0.00 |
| Fee Application Preparation | 24.40 | $11,670.50 |
| Fee Employment | 23.90 | $13,148.00 |
| Fee Objections | 0.00 | $0.00 |
| Financing | 0.00 | $0.00 |
| Litigation | 8.00 | $7,354.00 |
| Meetings of Creditors | 0.00 | $0.00 |
| Disclosure Statement | .30 | $165.00 |
| Plan of Reorganization | .30 | $165.00 |
| Real Estate | 0.00 | $0.00 |
| Regulatory Compliance | 0.00 | $0.00 |
| Relief from Stay | 0.00 | $0.00 |
| Reporting | 7.00 | $4,514.50 |
| Tax Issues | 0.00 | $0.00 |
| Valuation | 0.00 | $0.00 |
| Non-Working Travel | 0.00 | $0.00 |
| **SERVICES TOTALS** | **87.00** | **$51,212.00** |

65365/0001-44875051v1

**SECTION III
SUMMARY OF DISBURSEMENTS**

| Disbursements | Amount |
|---|---|
| Computer Assisted Legal Research | $4.10 |
| Facsimile | $0.00 |
| Long Distance Telephone/Conference Calls | $0.00 |
| In-House Reproduction | $4.80 |
| Outside Reproduction | $0.00 |
| Outside Research | $0.00 |
| Filing Fees | $96.00 |
| Court Fees | $0.00 |
| Court Reporting | $0.00 |
| Travel | $0.00 |
| Delivery Services / Federal Express | $0.00 |
| Postage | $0.00 |
| Other (Explain) | $0.00 |
| Transcripts | $321.30 |
| Service of Process | $0.00 |
| **DISBURSEMENTS TOTAL** | **$426.20** |

65365/0001-44875051v1

---

**SECTION IV
CASE HISTORY**

---

(1)    Date cases filed:  November 28, 2022

(2)    Chapter under which case commenced:  Chapter 11

(3)    Date of retention: January 25, 2023, *nunc pro tunc* to November 28, 2022. *See* **Exhibit A**.

    If limit on number of hours or other limitations to retention, set forth: n/a

(4)    Summarize in brief the benefits to the estate and attach supplements as needed:[1]

    (a)    The Applicant provided legal advice to the Debtors and co-counsel regarding local rules, practice and procedure.

    (b)    The Applicant reviewed, revised, and coordinated the filing and service of motions and supporting documents, monthly operating reports, and agendas, along with amendments to the Debtors' schedules of assets and liabilities and statements of financial affairs.

    (c)    The Applicant negotiated with various constituents, including the Office of the United States Trustee, in connection with various pending motions and applications, and assisted in achieving consensual resolutions of the majority of those disputes.

    (d)    The Applicant attended a remote hearing and coordinated various matters with the Court.

    (e)    The Applicant tended to others matters concerning administration of the chapter 11 cases as requested by co-counsel.

    (f)    The Applicant rendered all other services set forth on the invoices attached hereto as **Exhibit B**.[2]

(5)    Anticipated distribution to creditors:

    (a)    Administration expense: Unknown at this time.

    (b)    Secured creditors: Unknown at this time.

---

[1]  The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of the Debtors and for the benefit of the estates; it is not intended to itemize each and every professional service which the Applicant performed.

[2]  The invoice attached hereto as Exhibit B contains detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.

6

(c)     Priority creditors: Unknown at this time.

(d)     General unsecured creditors: Unknown at this time.

(6)     Final disposition of case and percentage of dividend paid to creditors:  This is the third monthly fee statement.

65365/0001-44875051v1

**<u>Exhibit A</u>**

**Retention Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
(201) 489-1536 Facsimile
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted pro hac vice)
Christine A. Okike, P.C. (admitted pro hac vice)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted pro hac vice)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Proposed Attorneys for Debtors and Debtors in Possession*

**Order Filed on January 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

BLOCKFI INC., *et al.*,

    Debtors.[1]

Chapter 11
Case No. 22-19361 (MBK)
(Jointly Administered)

**ORDER APPROVING THE EMPLOYMENT AND RETENTION
OF COLE SCHOTZ P.C. AS NEW JERSEY COUNSEL TO
THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

    The relief set forth on the following pages, numbered two (2) through seven (7), is hereby
**ORDERED**.

**DATED: January 24, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al.* |
| Case No. | 22-19361(MBK) |
| Caption of Order: | ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE |

Upon the application (the "**Application**")[2] of BlockFi Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to sections 327(a), 329, and 330 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, authorizing the Debtors to employ and retain Cole Schotz P.C. ("**Cole Schotz**") as their New Jersey counsel in these proceedings *nunc pro tunc* to the Petition Date; and the Court having jurisdiction to decide the Application and the relief requested therein in accordance with 28. U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title* 11of the United States District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application having been given as provided in the Application, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice of the Application need be provided; and upon the Declarations of Michael D. Sirota, Esq. and Zachary Prince in support thereof; and the Court being satisfied that Cole Schotz does not hold or represent any interest adverse to the Debtors, their estates, or their creditors, and is a disinterested person within the meaning of sections 327 and 101(14) of the Bankruptcy Code, and that said employment would be in the best interest of the Debtors and their respective estates, and that the legal

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

65365/0001-44445137v2

(Page 3)
Debtors:            BLOCKFI INC., *et al*.
Case No.            22-19361(MBK)
Caption of Order:   ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE
                    SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC*
                    *PRO TUNC* TO THE PETITION DATE

---

and factual bases set forth in the Application establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is **GRANTED** to the extent set forth herein.

2.      In accordance with sections 327(a), 329, and 330 of the Bankruptcy Code, the Debtors

are hereby authorized and empowered to employ and retain Cole Schotz as their New Jersey counsel

in these chapter 11 cases effective as of the Petition Date.

3.      Any and all compensation to be paid to Cole Schotz for services rendered on the

Debtors' behalf, including compensation for services rendered in connection with the preparation of

the petition and accompanying papers, shall be fixed by application to this Court in accordance with

sections 330 and 331 of the Bankruptcy Code, such Federal Rules and Local Rules as may then be

applicable, and any orders entered in these cases governing the compensation and reimbursement of

professionals for services rendered and charges and disbursements incurred.  Cole Schotz also shall

make a reasonable effort to comply with the U.S. Trustee's requests for information and additional

disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases

Effective as of November 1, 2013 (the "U.S. Trustee Guidelines"), both in connection with the

Application and the interim and final fee applications to be filed by Cole Schotz in the chapter 11 cases.

(Page 4)
Debtors:            BLOCKFI INC., *et al*.
Case No.            22-19361(MBK)
Caption of Order:   ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE
                    SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC
                    PRO TUNC* TO THE PETITION DATE

4.      In order to avoid any duplication of effort and provide services to the Debtors in the most efficient and cost-effective manner, Cole Schotz shall coordinate with Haynes and Boone, LLP, Kirkland & Ellis LLP, Kirkland & Ellis International LLP and any additional firms the Debtors retain regarding their respective responsibilities in these chapter 11 cases.  As such, Cole Schotz shall use its best efforts to avoid duplication of services provided by any of the Debtors' other retained professionals in these Chapter 11 Cases.

5.      Prior to applying any increases in its hourly rates beyond the rates set forth in the Application, Cole Schotz shall provide ten (10) business days' prior notice of any such increases to the Debtors, the United States Trustee, and any official committee appointed in the Debtors' chapter 11 cases and shall file such notice with the Court.  All parties in interest retain all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

6.      Cole Schotz (i) shall only bill 50% for non-working travel; (ii) shall not seek the reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any objections to any of Cole Schotz's fee applications in this case; (iii) shall use the billing and expense categories set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested by Project Category); and (iv) shall provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the United States Trustee.

(Page 5)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al*. |
| Case No. | 22-19361(MBK) |
| Caption of Order: | ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE |

7.      Upon entry of a Final Order on the Motion to Redact all Personally Identifiable Information [Docket No. 4], Cole Schotz will disclose the information that the Court orders to be unredacted, if any, through a supplemental declaration.  Further, if the Court denies the Motion to Seal Confidential Transaction Parties on the Retention Applications [Docket No. 127], Cole Schotz will, through a supplemental declaration, disclose the identities of all counterparties that were filed under seal, and the connections of Cole Schotz to such potential counterparties.

8.      Notwithstanding anything in the Application or the Sirota Declaration to the contrary, Cole Schotz shall seek reimbursement from the Debtors' estates for its engagement-related expenses at the firm's actual cost paid.

9.      Notwithstanding anything in the Application and the Sirota Declaration to the contrary, Cole Schotz shall (i) to the extent that Cole Schotz uses the services of independent contractors or subcontractors (collectively, the "Contractors") in these cases, pass through the cost of such Contractors at the same rate that Cole Schotz pays the Contractors; (ii) seek reimbursement for actual costs only; (iii) ensure that the Contractors are subject to the same conflicts checks as required for Cole Schotz; (iv) file with this Court such disclosures required by Bankruptcy Rule 2014; and (v) attach any such Contractor invoices to its monthly fee statements, interim fee applications and/or final fee applications filed in these cases.

10.      Notwithstanding anything in the Application and Sirota Declaration to the contrary, the parties in interest reserve the right to object to any application for the payment of pre-petition fees to

(Page 6)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al*. |
| Case No. | 22-19361(MBK) |
| Caption of Order: | ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE |

---

the extent those fees are not specifically related to the preparation and the filing of the Debtors' Chapter 11 Cases.

11.     No agreement or understanding exists between Cole Schotz and any other person, other than as permitted by Bankruptcy Code section 504, to share compensation received for services rendered in connection with these cases, nor shall Cole Schotz share or agree to share compensation received for services rendered in connection with these cases with any other person other than as permitted by Bankruptcy Code section 504.

12.     Notwithstanding Cole Schotz's Standard Terms of Engagement for Legal Services, the provision that "Our bills are due and payable upon receipt" shall be null and void during the pendency of these bankruptcy cases.

13.     Notwithstanding Cole Schotz's Standard Terms of Engagement for Legal Services, during the pendency of the Chapter 11 Cases, Cole Schotz's retainer shall be treated like a security retainer and shall not be drawn down absent Court order.

14.     As set forth in Cole Schotz's Standard Terms of Engagement for Legal Services, Cole Schotz's fees and expenses will be considered "earned" at the time they are incurred, notwithstanding the fact that any such amounts shall only be payable as set forth in that certain *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* [Docket No. 307] and shall only be allowed upon entry of a Court order allowing them.

(Page 7)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al.* |
| Case No. | 22-19361(MBK) |
| Caption of Order: | ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE |

15.     Notwithstanding Cole Schotz's Standard Terms of Engagement for Legal Services, the provision concerning fee disputes is null and void during the pendency of these bankruptcy cases.

16.     The Debtors are authorized to take all actions necessary to carry out this Order.

17.     To the extent the Application, the Sirota Declaration, or any engagement agreement pertaining to this retention is inconsistent with this Order, the terms of this Order shall govern.

18.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

## Exhibit B

**Invoice**

# COLE SCHOTZ P.C.

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ  07601

**FEDERAL ID# 22-2113414**

New York — Delaware — Maryland — Texas  — Florida

BLOCKFI INC.
601 LEXINGTON AVENUE
KIRKLAND & ELLIS
NEW YORK, NY 10112

|  |  |
|---|---|
| Invoice Date: | March 22, 2023 |
| Invoice Number: | 943246 |
| Matter Number: | 65365-0001 |

**Re:**  CHAPTER 11 DEBTOR

FOR PROFESSIONAL SERVICES THROUGH FEBRUARY 28, 2023

| **ASSET/ BUSINESS DISPOSITION** | | | **1.60** | **1,027.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 02/01/23 | FRY | EMAIL TO K&E RE CONSUMER OMBUDSMAN | 0.10 | 70.50 |
| 02/09/23 | FRY | CALL RE CONSUMER PRIVACY OMBUDSMAN WITH UST (.1); FOLLOW UP RE SAME (.3) | 0.40 | 282.00 |
| 02/09/23 | RWH | CALL WITH UST RE: CONSUMER PRIVACY OMBUDSMAN | 0.10 | 55.00 |
| 02/21/23 | FRY | EMAILS WITH CO-COUNSEL RE STALKING HORSE BIDDER (.2); CALL WITH COURT RE SAME (.2) | 0.40 | 282.00 |
| 02/24/23 | FP | PREPARE AND EFILE NOTICE OF AUCTION | 0.20 | 71.00 |
| 02/24/23 | FRY | REVIEW NOTICE OF AUCTION (.2); COORDINATE FILING OF SAME (.1) | 0.30 | 211.50 |
| 02/24/23 | RWH | CALL WITH CO-COUNSEL RE: AUCTION | 0.10 | 55.00 |

| **BUSINESS OPERATIONS** | | | **5.60** | **3,455.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 02/07/23 | FRY | REVIEW LOAN SETTLEMENT (.2); COORDINATE FILING RE SAME (.1) | 0.30 | 211.50 |
| 02/07/23 | RWH | REVIEW AND REVISE SUPPLEMENTAL LOAN SETTLEMENT NOTICE (.1) AND ORDER (.1); COORDINATE FILING AND SERVICE OF NOTICE (.1); SUBMIT ORDER TO CHAMBERS (.1) | 0.40 | 220.00 |
| 02/07/23 | FP | PREPARE AND EFILE SUPPLEMENTAL NOTICE OF PROPOSED ENTRY INTO LOAN SETTLEMENT AGREEMENT WITH BACKBONE (.30); PREPARE AND SEND VIA EMAIL TO KROLL FOR SERVICE (.20) | 0.50 | 177.50 |
| 02/08/23 | RWH | COORDINATE SERVICE OF LOAN SETTLEMENT ORDER | 0.10 | 55.00 |
| 02/09/23 | FRY | EMAILS RE TAX FORMS | 0.20 | 141.00 |
| 02/15/23 | RWH | FINALIZE LOAN SETTLEMENT NOTICE | 0.10 | 55.00 |
| 02/17/23 | FRY | REVIEW LOAN NOTICE SETTLEMENT | 0.20 | 141.00 |
| 02/17/23 | RWH | COORDINATE FILING (.1) AND SERVICE (.1) OF LOAN SETTLEMENT NOTICE | 0.20 | 110.00 |

**COLE SCHOTZ P.C.**

Re:  CHAPTER 11 DEBTOR                              Invoice Number  943246
     Client/Matter No. 65365-0001                          March 22, 2023
                                                                  Page 2

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 02/21/23 | RWH | PREPARE FOR (.2) AND ATTEND (.4) STATUS HEARING RE: WALLET MOTION AND ADVERSARY PROCEEDING | 0.60 | 330.00 |
| 02/21/23 | FRY | PREPARE FOR (.2) AND ATTEND STATUS HEARING RE WALLET MOTION (.4) | 0.60 | 423.00 |
| 02/22/23 | MDS | REVIEW WALLET RELATED EMAILS/DOCUMENTS | 0.40 | 480.00 |
| 02/24/23 | FP | PREPARE FOR FILING NOM, MOTION AND PROPOSED ORDER RE: ENTRY OF ORDER AUTHORIZING/DIRECTING SCRATCH RETURN PAYMENTS | 0.30 | 106.50 |
| 02/24/23 | FRY | REVIEW MOTION RE SCRATCH (.3); COORDINATE FILING OF SAME (.2) | 0.50 | 352.50 |
| 02/24/23 | FRY | TELEPHONE FROM CREDITOR RE WALLET MOTION | 0.20 | 141.00 |
| 02/24/23 | FP | PREPARE AND EFILE NOM, MOTION AND PROPOSED ORDER RE: SCRATCH MOTION | 0.20 | 71.00 |
| 02/27/23 | RWH | DRAFT EMAILS (MULTIPLE) SUBMITTING LOAN SETTLEMENT ORDERS TO CHAMBERS (.4); CALLS (MULTIPLE) TO CHAMBERS AND F. YUDKIN RE: SAME (.2) | 0.60 | 330.00 |
| 02/28/23 | RWH | CORRESPONDENCES WITH CO-COUNSEL AND CHAMBERS RE: LOAN SETTLEMENT AGREEMENTS/ORDERS | 0.20 | 110.00 |

| **CASE ADMINISTRATION** | | | **12.30** | **7,062.50** |
|------|----------|-------------|-------|--------|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 02/01/23 | FP | REVIEW TRANSCRIPT RECEIVED OF 1/20/23 341 MEETING AND FILESITE (.20); PREPARE AND EMAIL TRANSCRIPT TO K&E (.10) | 0.30 | 106.50 |
| 02/01/23 | FP | RESEARCH RE: TRANSCRIPT OF 1/20/23 341 MEETING (.10); TELEPHONE TO J&J TRANSCRIPT REQUESTING A COPY (.10); PREPARE AND SEND EMAIL TO J&J REQUESTING COPY (.10) | 0.30 | 106.50 |
| 02/01/23 | RWH | CORRESPONDENCE TO CO-COUNSEL RE: UPCOMING FILINGS (.1); CALL WITH CO-COUNSEL RE: SAME INCLUDING OSTS (.2) | 0.30 | 165.00 |
| 02/01/23 | RWH | CORRESPONDENCES WITH KROLL RE: SERVICE OF BIDDING PROCEDURES, BAR DATE, AND LOAN SETTLEMENT ORDERS | 0.20 | 110.00 |
| 02/01/23 | FP | DOWNLOAD AND FILESITE PLEADINGS, INCLUDING KROLL AOS'S FILED | 0.30 | 106.50 |
| 02/03/23 | FP | PREPARE AND EFILE WITHDRAWAL OF APPEARANCE (MCCAMMON/ K&E) (.20); DOWNLOAD FILED COPY, FILESITE AND CIRCULATE (.10) | 0.30 | 106.50 |
| 02/03/23 | FP | PREPARE AND EFILE AFFIDAVITS OF PUBLICATION (1) SALE - NY TIMES (2) SALE - ROYAL GAZETTE (3) BAR DATE - NY TIMES (4) BAR DATE - ROYAL GAZETTE (.50); PREPARE AND SEND EMAIL TO KROLL RE: SERVICE (.10) | 0.60 | 213.00 |
| 02/03/23 | RWH | COORDINATE SERVICE OF PUBLICATION NOTICES | 0.10 | 55.00 |
| 02/08/23 | RWH | CORRESPONDENCES WITH CO-COUNSEL RE: UPCOMING FILINGS | 0.20 | 110.00 |

**COLE SCHOTZ P.C.**

Re:    CHAPTER 11 DEBTOR                                    Invoice Number  943246
        Client/Matter No. 65365-0001                              March 22, 2023
                                                                            Page 3

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 02/09/23 | MDS | REVIEW EMAILS AND PENDING SCHEDULE (.4) AND CONFERENCE WITH TEAM (.2) | 0.60 | 720.00 |
| 02/13/23 | FP | REVIEW BIDDING PROCEDURE ORDER - DN 441 FOR DATES AND DEADLINES (.20); CALENDAR DATES AND DEADLINES (.20); EMAILS WITH R. HOLLANDER RE: QUESTIONS (.10) | 0.50 | 177.50 |
| 02/13/23 | RWH | CALL WITH F. YUDKIN RE: UPCOMING HEARINGS | 0.30 | 165.00 |
| 02/13/23 | RWH | CALL (UNANSWERED) TO COURT RE: ADJOURNMENT REQUESTS AND DRAFT CORRESPONDENCE (UNSENT) RE: SAME | 0.10 | 55.00 |
| 02/13/23 | FP | DRAFT ADJOURNMENT REQUEST RE: KROLL MOTION TO SEAL (DN 443) | 0.20 | 71.00 |
| 02/13/23 | MDS | CONFERENCE WITH CO-COUNSEL RE: PENDING MATTERS | 0.90 | 1,080.00 |
| 02/14/23 | FP | CIRCULATE ADJOURNMENT REQUEST FOR REVIEW (.10); FINALIZE (.10); PREPARE AND SEND VIA EMAIL TO CHAMBERS (.20) | 0.40 | 142.00 |
| 02/15/23 | FP | PREPARE AND EFILE NOTICE OF PROPOSED ENTRY INTO LOAN SETTLEMENT AGREEMENT WITH GLOBAL X DIGITAL (.20); DOWNLOAD FILED COPY, CIRCULATE AND FILESITE (.20) | 0.40 | 142.00 |
| 02/16/23 | RWH | CORRESPONDENCE WITH CO-COUNSEL RE: 2/21 HEARING | 0.10 | 55.00 |
| 02/16/23 | FRY | CALL WITH CO-COUNSEL RE STATUS OF PENDING MATTERS | 0.40 | 282.00 |
| 02/16/23 | FRY | REVIEW AND COMMENT ON DRAFT AGENDA | 0.10 | 70.50 |
| 02/16/23 | RWH | CALL WITH CHAMBERS RE: 2/21 HEARING | 0.10 | 55.00 |
| 02/16/23 | RWH | REVIEW AND COMMENT ON DRAFT 2/21 AGENDA | 0.10 | 55.00 |
| 02/16/23 | RWH | COORDINATE WITH CO-COUNSEL (.1) AND SEND EMAIL TO COURT RE: PANELISTS FOR 2/21 (.1) | 0.20 | 110.00 |
| 02/16/23 | RWH | CORRESPONDENCES WITH CO-COUNSEL RE: DEADLINE TO FILE MOTIONS FOR 3/13 HEARING | 0.10 | 55.00 |
| 02/16/23 | RWH | STATUS CALL WITH CO-COUNSEL | 0.40 | 220.00 |
| 02/17/23 | FRY | REVIEW REVISED AGENDA (.1); COORDINATE FILING OF SAME (.1) | 0.20 | 141.00 |
| 02/17/23 | FP | DOWNLOAD AND FILESITE FILED PLEADINGS AND ORDERS (1) DN 532 - ADJOURNMENT REQUEST RE: KROLL FROM 2/21 TO 3/31 (.10); (2) DN 526 - MOELIS SIGNED RETENTION ORDER (.10); (3) DN 518 - ORDER RE: COMMITTEE MOTION TO SEAL (DN403) (.10); (4) DN 514 - BRIDGE ORDER TO REMOVE ACTIONS (.10); (5) DN 494 - SIGNED BERKELEY RETENTION ORDER (.10) | 0.50 | 177.50 |
| 02/17/23 | FP | REVIEW AND REVISE AGENDA (.20); PREPARE AND EFILE AGENDA (.20); | 0.40 | 142.00 |
| 02/17/23 | FP | PREPARE AND EFILE NOTICE OF PROPOSED ENTRY OF LOAN SETTLEMENT AGREEMENT WITH ATLAS TECH. | 0.30 | 106.50 |
| 02/17/23 | RWH | REVIEW REVISED AGENDA | 0.10 | 55.00 |

**COLE SCHOTZ P.C.**

Re:  CHAPTER 11 DEBTOR                                          Invoice Number  943246
     Client/Matter No. 65365-0001                                        March 22, 2023
                                                                              Page 4

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 02/21/23 | FP | RESEARCH 1/30/2023 HEARING TRANSCRIPT (.10); EMAILS WITH J&J TRANSCRIPT REQUESTING (.10) AND ADVISE K&E (.10) | 0.30 | 106.50 |
| 02/21/23 | FRY | CALL WITH R. HOLLANDER RE UPCOMING MATTERS | 0.40 | 282.00 |
| 02/21/23 | FP | REVIEW EMAIL FROM TRANSCRIBER RE: COSTS FOR OBTAINING 1/30/23 TRANSCRIPT (.10) AND DISCUSS WITH R. HOLLANDER WHICH OPTION (.10); EMAIL INFORMATION TO TRANSCRIBER (.10); SECOND EMAIL TO TRANSCRIBER REQUESTING TRANSCRIPT FROM 2/21/23 HEARING ALSO (.10) | 0.40 | 142.00 |
| 02/21/23 | RWH | COORDINATE TRANSCRIPTS AND CORRESPONDENCES WITH F. PISANO AND CO-COUNSEL RE: SAME | 0.10 | 55.00 |
| 02/21/23 | RWH | CALL WITH F. YUDKIN POST-HEARING RE: STATUS AND UPCOMING MATTERS | 0.40 | 220.00 |
| 02/22/23 | FP | REVIEW AND FILESITE TRANSCRIPTS RECEIVED (1) 1/30/23 HEARING AND (2) 2/21/23 HEARING (.20); PREPARE AND FORWARD COPIES TO K&E (.10); PROCESS RECEIPTS AND PAYMENT (.10) | 0.40 | 142.00 |
| 02/24/23 | FRY | EMAILS WITH CO-COUNSEL RE ADMINISTRATIVE ISSUES | 0.20 | 141.00 |
| 02/24/23 | FRY | TELEPHONE TO COURT RE SCHEDULING | 0.20 | 141.00 |
| 02/24/23 | RWH | CORRESPONDENCE WITH CO-COUNSEL RE: PACER/CMECF DOWNTIME | 0.10 | 55.00 |
| 02/27/23 | MDS | REVIEW COURT EMAIL (.2) AND CONFERENCE INTERNALLY (.2) | 0.40 | 480.00 |
| 02/28/23 | FP | CALENDAR DATES AND DEADLINES | 0.10 | 35.50 |
| 02/28/23 | FP | REVIEW COURT NOTICE RE: RETURNED MAIL | 0.10 | 35.50 |
| 02/28/23 | FP | DOWNLOAD AND FILESITE SIGNED ORDERS (1) DN-566 - GLOBAL X (2) DN-DN 567 - ATLAS | 0.20 | 71.00 |

| **CLAIMS ADMINISTRATION AND OBJECTIONS** | | | **3.60** | **2,650.50** |
|------|----------|-------------|-------|--------|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 02/01/23 | RWH | CALL WITH CREDITOR | 0.10 | 55.00 |
| 02/06/23 | FRY | EMAILS WITH COMMITTEE AND KROLL RE NOTICE OF RECEIPT OF CLAIMS | 0.30 | 211.50 |
| 02/13/23 | RWH | CALLS (X2) WITH CREDITORS RE: BAR DATE/POCS | 0.20 | 110.00 |
| 02/13/23 | RWH | INTERNAL CORRESPONDENCE RE: CREDITOR CALLS AND SUBSEQUENT CORRESPONDENCES RE: SAME | 0.20 | 110.00 |
| 02/15/23 | RWH | CORRESPONDENCE WITH CO-COUNSEL RE: OMNIBUS CLAIMS OBJECTION PROCEDURES | 0.30 | 165.00 |
| 02/17/23 | MDS | TELEPHONE FROM ACCOUNTANT HENNES RE: QUESTION ABOUT CASE | 0.20 | 240.00 |
| 02/17/23 | MDS | CORRESP. TO JORDAN CHAVEZ RE: CREDITOR INQUIRY | 0.20 | 240.00 |
| 02/17/23 | MDS | CORRESP. TO ADVERSARY BERKOFF RE: CREDITOR INQUIRY | 0.20 | 240.00 |

## COLE SCHOTZ P.C.

Re:      CHAPTER 11 DEBTOR                                           Invoice Number  943246
         Client/Matter No. 65365-0001                                         March 22, 2023
                                                                                  Page 5

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 02/20/23 | FP | PREPARE FOR FILING NOTICE OF MOTION FOR ENTRY OF AN ORDER APPROVING OMNIBUS CLAIMS OBJECTIONS, WITH MOTION, EXHIBITS AND PROPOSED ORDER (.30); EFILE AND DOWNLOAD FILED COPIES (.30); PREPARE AND CIRCULATE TO KROLL FOR SERVICE (.20) | 0.80 | 284.00 |
| 02/20/23 | RWH | CORRESPONDENCES RE: CLAIMS PROCEDURES MOTION (.3); COORDINATE FILING (.1) AND SERVICE (.1) OF SAME | 0.50 | 275.00 |
| 02/22/23 | MDS | TELEPHONE FROM CREDITOR | 0.60 | 720.00 |

| **DISCLOSURE STATEMENT** | | | **0.30** | **165.00** |
|------|----------|-------------|-------|--------|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 02/22/23 | RWH | RESEARCH RE: DNJ DS/DS MOTIONS (.2) AND CALL WITH CO-COUNSEL RE: SAME (.1) | 0.30 | 165.00 |

| **FEE APPLICATION PREPARATION** | | | **24.40** | **11,670.50** |
|------|----------|-------------|-------|--------|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 02/02/23 | FRY | WORK ON SECOND MONTHLY FEE STATEMENT | 2.10 | 1,480.50 |
| 02/06/23 | FRY | CONTINUE TO WORK ON MONTHLY FEE STATEMENT | 0.40 | 282.00 |
| 02/07/23 | FP | CONTINUED REVIEW OF MONTHLY FEE STATEMENT | 0.80 | 284.00 |
| 02/07/23 | FP | CONTINUE TO DRAFT MONTHLY FEE STATEMENT | 1.40 | 497.00 |
| 02/08/23 | FP | WORK ON ADDITIONAL REVISIONS TO FEE STATEMENT | 0.80 | 284.00 |
| 02/13/23 | FRY | WORK ON MONTHLY FEE STATEMENT | 1.20 | 846.00 |
| 02/13/23 | FP | REVIEW F. YUDKIN COMMENTS AND WORK ON REVISIONS TO FEE STATEMENT | 1.20 | 426.00 |
| 02/14/23 | FP | WORK ON MONTHLY FEE STATEMENT | 0.80 | 284.00 |
| 02/14/23 | FP | DRAFT CERTIF. OF NO OBJECTION TO CS NOV. - DEC. 2022 MFS | 0.20 | 71.00 |
| 02/14/23 | RWH | CORRESPONDENCES WITH CO-COUNSEL RE: MONTHLY FEE STATEMENTS | 0.20 | 110.00 |
| 02/14/23 | FP | WORK ON MONTHLY FEE STATEMENT | 0.70 | 248.50 |
| 02/15/23 | FP | DRAFT CNO RE: CS NOV/DEC MFS (.20); CIRCULATE TO R. HOLLANDER FOR REVIEW (.10) | 0.30 | 106.50 |
| 02/15/23 | FP | WORK ON CS MONTHLY FEE STATEMENT | 1.00 | 355.00 |
| 02/15/23 | FP | PREPARE AND EFILE CNO RE: CS NOV/DEC MFS (.20); DOWNLOAD FILED COPY, FILESITE AND CIRCULATE (.20) | 0.40 | 142.00 |
| 02/15/23 | RWH | REVIEW AND REVISE CNO (.1) AND COORDINATE FILING OF SAME (.1); COORDINATE PAYMENT OF CS FEES IN CONNECTION WITH SAME (.1) | 0.30 | 165.00 |
| 02/16/23 | FP | WORK ON COLE SCHOTZ MFS | 0.40 | 142.00 |
| 02/17/23 | FP | WORK ON MONTHLY FEE STATEMENT | 0.30 | 106.50 |
| 02/21/23 | FRY | REVIEW AND REVISE MONTHLY FEE STATEMENT | 0.60 | 423.00 |
| 02/21/23 | FP | REVISE AND UPDATE MFS INFORMATION (.20); PREPARE AND SEND UPDATED DRAFT TO R. HOLLANDER (.10) | 0.30 | 106.50 |

**COLE SCHOTZ P.C.**

Re:   CHAPTER 11 DEBTOR                                            Invoice Number  943246
      Client/Matter No. 65365-0001                                        March 22, 2023
                                                                                Page 6

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 02/21/23 | FP | WORK ON CS MONTHLY FEE STATEMENT UPDATES AND REVISIONS | 0.70 | 248.50 |
| 02/21/23 | RWH | REVIEW AND REVISE CS JANUARY MFS | 0.60 | 330.00 |
| 02/22/23 | RWH | CORRESPONDENCES WITH K&E RE: TRAVEL/MFS | 0.10 | 55.00 |
| 02/22/23 | FP | WORK ON MFS STATEMENT INCLUDING REVIEW OF UPDATED SUMMARY AND REVISED COSTS (.30); PREPARE AND FORWARD UPDATE TO R. HOLLANDER (.10) | 0.40 | 142.00 |
| 02/22/23 | FRY | MULTIPLE EMAILS WITH CO-COUNSEL RE MONTHLY FEE STATEMENT | 0.30 | 211.50 |
| 02/22/23 | FP | REVIEW AND WORK ON REVISIONS AND UPDATES TO MFS | 0.50 | 177.50 |
| 02/22/23 | FRY | EMAIL WITH CO-COUNSEL RE MONTHLY FEE STATEMENT | 0.20 | 141.00 |
| 02/22/23 | RWH | REVIEW AND REVISE MONTHLY FEE STATEMENT | 2.20 | 1,210.00 |
| 02/23/23 | FP | WORK ON MONTHLY FEE STATEMENT REVISIONS AND UPDATES | 1.40 | 497.00 |
| 02/23/23 | FP | REVIEW UPDATED DRAFT SUMMARY (.10); UPDATE INFORMATION IN MFS (.40) | 0.50 | 177.50 |
| 02/24/23 | FP | PREPARE AND EFILE JANUARY 2023 MFS ON BEHALF OF H&B | 0.20 | 71.00 |
| 02/24/23 | FP | PREPARE AND EFILE DECEMBER 2022 - JANUARY 2023 MFS ON BEHALF OF KROLL | 0.20 | 71.00 |
| 02/24/23 | FP | WORK ON CS MFS (.20); CIRCULATE FOR REVIEW (.10); WORK ON ADDITIONAL UPDATES (.20) | 0.50 | 177.50 |
| 02/24/23 | RWH | REVIEW AND REVISE MONTHLY FEE STATEMENT | 0.20 | 110.00 |
| 02/27/23 | FRY | REVIEW AND FINALIZE MONTHLY FEE STATEMENT | 0.50 | 352.50 |
| 02/27/23 | FP | WORK ON CS JANUARY 2023 MFS (.10) AND SEND FOR REVIEW WITH INVOICE EXHIBITS (.10) | 0.20 | 71.00 |
| 02/27/23 | FP | PREPARE AND EFILE K&E FIRST MFS WITH EXHIBITS (NOV. 28, 2022 - DEC. 31, 2022) | 0.30 | 106.50 |
| 02/27/23 | FRY | REVIEW KE FEE STATEMENT FOR FILING | 0.20 | 141.00 |
| 02/27/23 | FP | PREPARE AND EFILE CS JANUARY 2023 MFS (.20); DOWNLOAD FILED COPY AND FILESITE (.20) | 0.40 | 142.00 |
| 02/27/23 | RWH | REVISE AND FINALIZE MFS (.3) AND COORDINATE FILING (.1) AND SERVICE (.1) OF SAME | 0.50 | 275.00 |
| 02/28/23 | RWH | CALL TO F. PISANO RE: FILING CO-COUNSEL MFS'S | 0.20 | 110.00 |
| 02/28/23 | FRY | EMAIL FROM UST RE FEE EXAMINER (.1); EMAILS WITH CO-COUNSEL RE SAME (.2); RESEARCH RE APPOINTMENT OF FEE EXAMINER (.4) | 0.70 | 493.50 |

| **FEE EMPLOYMENT** | | | **23.90** | **13,148.00** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 02/01/23 | FP | RESEARCH 2023 PRO HAC VICE FORM ONLINE (.10) DOWNLOAD AND CIRCULATE TO JULIA/K&E (.10) | 0.20 | 71.00 |
| 02/02/23 | RWH | CORRESPONDENCE TO UST RE: MOELIS RESPONSES | 0.10 | 55.00 |
| 02/02/23 | FRY | REVIEW MOELIS RESPONSES TO UST COMMENTS | 0.20 | 141.00 |

**COLE SCHOTZ P.C.**

Re:   CHAPTER 11 DEBTOR                                    Invoice Number  943246
      Client/Matter No. 65365-0001                                March 22, 2023
                                                                        Page 7

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 02/03/23 | RWH | RESEARCH RE: DNJ WITHDRAWAL OF COUNSEL | 0.30 | 165.00 |
| 02/06/23 | FRY | PREPARE FOR (.1) AND ATTEND CALL RE BRG RETENTION (.6); FOLLOW UP WITH R. HOLLANDER RE SAME (.1) | 0.80 | 564.00 |
| 02/06/23 | MDS | CONFERENCE WITH CO-COUNSEL RE: BRG RETENTION | 0.60 | 720.00 |
| 02/06/23 | RWH | SUBMIT KROLL 327 RETENTION ORDER TO CHAMBERS | 0.10 | 55.00 |
| 02/06/23 | RWH | PREPARE FOR (.1) AND ATTEND (.6) CALL WITH BRG RE: RETENTION MATTERS; FOLLOW-UP CALL WITH F. YUDKIN RE: SAME (.1) | 0.80 | 440.00 |
| 02/07/23 | FRY | EMAIL WITH UST RE EXTENSION OF OBJECTION DEADLINE FOR RETENTION | 0.10 | 70.50 |
| 02/07/23 | FRY | FOLLOW UP CALLS RE BRG RETENTION | 0.20 | 141.00 |
| 02/07/23 | FRY | PREPARE FOR (.2) AND ATTEND CALL (.4) WITH UST RE BRG RETENTION | 0.60 | 423.00 |
| 02/07/23 | RWH | CORRESPONDENCE WITH CHAMBERS RE: EXTENDED BRG DEADLINE AND STATUS OF MOELIS PROPOSED ORDER | 0.10 | 55.00 |
| 02/07/23 | RWH | PREPARE FOR (.1) AND ATTEND (.4) CALL WITH UST RE: BRG RETENTION; FOLLOW UP CALLS (X2) WITH F. YUDKIN RE: SAME (.1); FOLLOW UP CALLS (X2) WITH B. NAKHIMOUSA RE: SAME (.2); SEND EMAIL TO UST RE: SAME (.1) | 0.90 | 495.00 |
| 02/08/23 | RWH | CORRESPONDENCES TO/FROM CO-COUNSEL AND BRG (.2) AND UST (.2) RE: BRG RETENTION | 0.40 | 220.00 |
| 02/09/23 | FP | PREPARE AND EFILE FIRST SUPPLEMENTAL DECLARATION ISO BRG RETENTION | 0.30 | 106.50 |
| 02/09/23 | RWH | CORRESPONDENCES TO/FROM HB RE: CNO (.2); COORDINATE SERVICE OF SAME (.1) | 0.30 | 165.00 |
| 02/09/23 | RWH | COORDINATE FILING OF SUPPLEMENTAL BRG DECLARATION (.1); SUBMIT ORDER TO CHAMBERS (.1); COORDINATE SERVICE OF SAME (.1) | 0.30 | 165.00 |
| 02/10/23 | FRY | REVIEW EMAILS RE UST COMMENTS TO MOELIS RETENTION | 0.20 | 141.00 |
| 02/10/23 | RWH | CORRESPONDENCES TO/FROM CO-COUNSEL RE: SUPPLEMENTAL PII LIST | 0.10 | 55.00 |
| 02/10/23 | FP | PREPARE AND EFILE FIRST SUPPLEMENT PROVIDING ADDITIONAL OCP PROFESSIONALS | 0.30 | 106.50 |
| 02/10/23 | RWH | CALL WITH CO-COUNSEL RE: MOELIS RETENTION | 0.10 | 55.00 |
| 02/10/23 | FP | PREPARE AND EFILE OCP DECLARATION OF SIV SANDVIK | 0.20 | 71.00 |
| 02/10/23 | RWH | COORDINATE FILING (.1) AND SERVICE (.2) OF OCP SUPPLEMENT WITH DECLARATION, SEPARATE OCP DECLARATION, AND TWO OCP QUESTIONNAIRES | 0.30 | 165.00 |
| 02/12/23 | RWH | CORRESPONDENCES TO/FROM J. SPONDER RE: ECOVIS QUESTIONNAIRE | 0.10 | 55.00 |
| 02/13/23 | RWH | COORDINATE FILING (.1) AND SERVICE (.1) OF OCP DECLARATION AND QUESTIONNAIRE | 0.20 | 110.00 |
| 02/13/23 | FP | PREPARE AND EFILE OCP DECLARATION OF DEREK ABBOTT | 0.20 | 71.00 |
| 02/13/23 | RWH | CALLS/CORRESPONDENCES RE: KROLL MOTION TO SEAL | 0.20 | 110.00 |

**COLE SCHOTZ P.C.**

| | |
|---|---|
| Re: CHAPTER 11 DEBTOR | Invoice Number  943246 |
| Client/Matter No. 65365-0001 | March 22, 2023 |
| | Page 8 |

| <u>DATE</u> | <u>INITIALS</u> | <u>Description</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 02/14/23 | RWH | COORDINATE FILING (.1) AND SERVICE (.1) OF OCP DECLARATION AND QUESTIONNAIRE | 0.20 | 110.00 |
| 02/14/23 | RWH | CORRESPONDENCES WITH UST (.2) AND COURT (.1) RE: ADJOURNMENT OF KROLL SEALING MOTION; REVIEW AND REVISE ADJOURNMENT REQUEST (.1) AND COORDINATE SUBMISSION OF SAME (.1) | 0.50 | 275.00 |
| 02/14/23 | ADM | ATTEND TO ADDITIONAL CONFLICT CHECK AND PREPARE CONFLICT TRACKER [1.2]; FOLLOW UP INTERNALLY [0.6]; REVIEW DOCKET RE: SAME [0.4] | 2.20 | 1,045.00 |
| 02/14/23 | RWH | REVIEW SUPPLEMENTAL PII LIST (.1); SEND CONFLICT CHECK RE: SAME (.1); CLEAR CONFLICTS (.1) | 0.30 | 165.00 |
| 02/14/23 | FP | PREPARE AND EFILE OCP DECL. OF DAVID WICKS, ESQ. (.20); DOWNLOAD FILED COPY AND CIRCULATE (.20) | 0.40 | 142.00 |
| 02/15/23 | FRY | EMAILS WITH CO-COUNSEL RE OCP | 0.20 | 141.00 |
| 02/15/23 | FP | PREPARE AND EFILE OCP DECLARATION RE: JUDITH GERMANO OBO GERMANOLAW (.20); DOWNLOAD AND FILESITE (.10) | 0.30 | 106.50 |
| 02/15/23 | ADM | CONFER WITH R. HOLLANDER REGARDING OUTSTANDING CONFLICTS.  [0.2] UPDATE CONFLICT CHECK RESPONSES TO DETERMINE IF DISCLOSURES ARE NECESSARY.  [0.3] | 0.50 | 237.50 |
| 02/15/23 | RWH | COORDINATE FILING (.1) AND SERVICE (.1) OF TWO OCP DECLARATIONS AND QUESTIONNAIRES | 0.20 | 110.00 |
| 02/15/23 | RWH | CORRESPONDENCES WITH CO-COUNSEL AND COUNSEL TO MOELIS RE: MOELIS/UST RESOLUTION | 0.10 | 55.00 |
| 02/15/23 | FP | PREPARE AND EFILE FIRST SUPPLEMENTAL DECLARATION OF BARAK KLEIN ISO MOELIS RETENTION (.20); DOWNLOAD FILED COPY, FILESITE AND CIRCULATE (.20) | 0.40 | 142.00 |
| 02/15/23 | RWH | COORDINATE FILING OF MOELIS DECLARATION (.1); SEND PROPOSED ORDER TO COURT (.1) | 0.20 | 110.00 |
| 02/15/23 | FP | PREPARE AND FILE OCP DECLARATION RE: M. NONANKO OBO COVINGTON & BURLING (.20); DOWNLOAD AND FILESITE (.10) | 0.30 | 106.50 |
| 02/16/23 | FRY | REVIEW OCP ORDER AND COMMENTS FROM UST | 0.20 | 141.00 |
| 02/16/23 | FRY | CALL WITH UST RE OCP (.3); FOLLOW UP WITH R. HOLLANDER RE SAME (.1); TELEPHONE WITH CO-COUNSEL RE SAME (.2) | 0.60 | 423.00 |
| 02/16/23 | ADM | CONTINUED WORK ON SUPPLEMENTAL CONFLICTS.  REVIEW CONFLICT HITS, COMPARE TO CONFLICTS RUN AND REVIEW DOCKET TO DETERMINE IF CONFLICT CAN BE RULED OUT. SEND INTERNAL CORRESPONDENCE REGARDING CONFLICT. | 0.80 | 380.00 |
| 02/16/23 | RWH | REVIEW OCP ORDER IN CONNECTION WITH UST INQUIRY | 0.20 | 110.00 |
| 02/16/23 | RWH | CORRESPONDENCES WITH UST AND CO-COUNSEL RE: OCP | 0.10 | 55.00 |
| 02/16/23 | RWH | CALL WITH UST RE: OCPS (.3) AND FOLLOW-UP CALL WITH F. YUDKIN RE: SAME (.1) | 0.40 | 220.00 |
| 02/17/23 | FRY | REVIEW RESULTS OF SUPPLEMENTAL CONFLICT CHECK | 0.40 | 282.00 |

**COLE SCHOTZ P.C.**

| | | |
|---|---|---|
| Re: | CHAPTER 11 DEBTOR | Invoice Number  943246 |
| | Client/Matter No. 65365-0001 | March 22, 2023 |
| | | Page 9 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 02/17/23 | RWH | REVIEW A. MILLIARESSIS SUMMARY OF ADDITIONAL CONFLICT CHECKS (.2), RESEARCH RE: SAME (.1), AND CONFIRM NO ADDITIONAL DISCLOSURES ARE NECESSARY (.1) | 0.40 | 220.00 |
| 02/17/23 | ADM | FOLLOW UP REGARDING OUTSTANDING CONFLICTS; EMAIL CONFER WITH R. HOLLANDER REGARDING SAME [0.8]; FINALIZE CONFLICT CHECK CHART TO ENSURE NO DISCLOSURES ARE NECESSARY; CIRCULATE TO F. YUDKIN AND R. HOLLANDER WITH SUMMARY FOR REVIEW [0.9] | 1.70 | 807.50 |
| 02/21/23 | FRY | EMAIL FROM CO-COUNSEL RE OCPS (.2); EMAIL TO UST RE SAME (.2) | 0.40 | 282.00 |
| 02/22/23 | FRY | REVIEW RETENTION AGREEMENTS (.3); CORRESPOND TO CO-COUNSEL RE SAME (.1) | 0.40 | 282.00 |
| 02/22/23 | RWH | REVIEW RETENTION AGREEMENTS IN CONNECTION WITH UST OCP INQUIRIES (.1); SEND SAME TO UST (.1) | 0.20 | 110.00 |
| 02/23/23 | RWH | CORRESPONDENCES WITH CO-COUNSEL RE: SUPPLEMENTAL DISCLOSURES | 0.10 | 55.00 |
| 02/24/23 | RWH | REVIEW AND COORDINATE FILING OF KE SUPPLEMENTAL DECLARATION (SEALED AND UNSEALED), HB SUPPLEMENTAL DECLARATION (SEALED AND UNSEALED), SCRATCH MOTION, HB SECOND MFS, KROLL FIRST MFS, AND NOTICE OF AUCTION (.4); COORDINATE SERVICE OF SAME (.2); SEND COURTESY COPIES OF UNSEALED DOCUMENTS TO UST AND UCC (.3) | 0.90 | 495.00 |
| 02/24/23 | FP | PREPARE FOR FILING (1) H&B 2ND MFS FOR JAN. 2023 (.10); (2) KROLL FIRST MFS FOR 12/1/22 - 1/32/23 (.10); (3) KANTOWITZ REDACTED DECLARATION IFSO H&B RETENTION (.10); UNDER SEAL DOCUMENT IFSO H&B RETENTION (.10) | 0.40 | 142.00 |
| 02/24/23 | RWH | CALLS (X2) WITH BRG (.2) AND F. YUDKIN (.1) RE: BRG FEE STATEMENTS AND STAFFING REPORT; RESEARCH RE: SAME (.2); EMAIL TO UST RE: SAME (.1) | 0.60 | 330.00 |
| 02/24/23 | FP | PREPARE FOR FILING DECLARATION IN FURTHER SUPPORT OF K&E RETENTION (.20) AND UNDER SEAL SUPPORTING DOCUMENTS (.10) | 0.30 | 106.50 |
| 02/24/23 | FRY | REVIEW SUPPLEMENTAL DECLARATIONS FOR FILING | 0.30 | 211.50 |
| 02/24/23 | FRY | EMAILS RE BRG STAFFING REPORT | 0.20 | 141.00 |
| 02/24/23 | FP | PREPARE AND EFILE SECOND SUPPLEMENTAL DECLARATION IFSO K&E RETENTION (.10) AND UNDER SEAL SUPPORTING DOCUMENT (.10) | 0.20 | 71.00 |
| 02/24/23 | FP | PREPARE AND EFILE SECOND SUPPLEMENTAL DECLARATION IFSO H&B RETENTION (.10) AND UNDER SEAL SUPPORTING DOCUMENT (.10) | 0.20 | 71.00 |
| 02/27/23 | RWH | CORRESPONDENCES TO/FROM J. SPONDER RE: SEALED KANTOWITZ DECLARATION | 0.20 | 110.00 |
| 02/27/23 | RWH | CORRESPONDENCES WITH KE RE: (.3) AND COORDINATE FILING (.1) AND SERVICE (.1) OF KE FIRST MFS | 0.50 | 275.00 |

**COLE SCHOTZ P.C.**

Re:     CHAPTER 11 DEBTOR                                                    Invoice Number  943246
        Client/Matter No. 65365-0001                                                      March 22, 2023
                                                                                                Page 10

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 02/28/23 | RWH | CORRESPONDENCE WITH CO-COUNSEL RE: PHV/NJ ATTORNEY REGISTRATION | 0.10 | 55.00 |
| 02/28/23 | FP | DISCUSS PHV ISSUES WITH R. HOLLANDER | 0.10 | 35.50 |

| **LITIGATION** | | | **8.00** | **7,354.00** |
|------|----------|-------------|-------|--------|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 02/01/23 | RWH | LEGAL RESEARCH RE: MOTIONS TO EXTEND TIME TO REMOVE ACTIONS | 0.40 | 220.00 |
| 02/02/23 | RWH | COORDINATE FILING (.1) AND SERVICE (.1) OF CONFIDENTIALITY STIPULATION | 0.20 | 110.00 |
| 02/02/23 | MDS | TELEPHONE FROM ATTORNEY/CO-COUNSEL R. ANIGIAN/R. KANOWITZ/F. YUDKIN RE: ADVERSARY PROCEEDING (.4); FOLLOW UP RE SAME (.3) | 0.70 | 840.00 |
| 02/02/23 | MDS | REVIEW STIPULATION IN ADVERSARY | 0.50 | 600.00 |
| 02/02/23 | FP | PREPARE AND FILE (1) APPLICATION IN LIEU RE: CONFIDENTIALITY STIP. AND PROTECTIVE ORDER AND (2) PROPOSED STIPULATION (.20); DOWNLOAD FILED COPIES AND FILESITE (.20) | 0.40 | 142.00 |
| 02/02/23 | FRY | CALL WITH CO-COUNSEL RE ADVERSARY PROCEEDING | 0.40 | 282.00 |
| 02/02/23 | FRY | CALL WITH CO-COUNSEL RE MOTION TO STAY ADVERSARY PROCEEDING | 0.20 | 141.00 |
| 02/08/23 | RWH | RESEARCH RE: DEADLINE TO REMOVE ACTIONS | 0.30 | 165.00 |
| 02/09/23 | RWH | CALL TO CHAMBERS RE: REMOVAL MOTION (.1) AND CORRESPOND WITH CO-COUNSEL RE: SAME (.2) | 0.30 | 165.00 |
| 02/10/23 | FRY | REVIEW REMOVAL EXTENSION MOTION | 0.30 | 211.50 |
| 02/10/23 | RWH | REVIEW AND REVISE REMOVAL MOTION (.2); COORDINATE FILING AND SERVICE OF SAME (.1); SUBMIT BRIDGE ORDER TO CHAMBERS (.1) | 0.40 | 220.00 |
| 02/10/23 | MDS | STRATEGIZE WITH CO-COUNSEL RE PLEADINGS TO BE FILED (2.1); REVIEW PLEADINGS TO BE FILED (.7) | 2.80 | 3,360.00 |
| 02/10/23 | FP | PREPARE TO FILE MOTION EXTENDING TIME TO FILE NOTICES OF REMOVAL, WITH NOTICE, EXHIBITS, PROPOSED ORDER AND BRIDGE ORDER | 0.50 | 177.50 |
| 02/13/23 | MDS | REVIEW RECENT FILINGS | 0.60 | 720.00 |

| **PLAN OF REORGANIZATION** | | | **0.30** | **165.00** |
|------|----------|-------------|-------|--------|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 02/08/23 | RWH | CORRESPONDENCES WITH CO-COUNSEL RE: EXCLUSIVITY | 0.10 | 55.00 |
| 02/21/23 | RWH | REVIEW CORRESPONDENCES (.1) AND RESEARCH (.1) RE: EXCLUSIVE PERIODS | 0.20 | 110.00 |

| **REPORTING** | | | **7.00** | **4,514.50** |
|------|----------|-------------|-------|--------|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|

**COLE SCHOTZ P.C.**

Re:  CHAPTER 11 DEBTOR                                    Invoice Number  943246
     Client/Matter No. 65365-0001                                   March 22, 2023
                                                                        Page 11

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/01/23 | FRY | TELEPHONE TO UST RE QUARTERLY FEES (.2); EMAIL TO CLIENT RE SAME (.1) | 0.30 | 211.50 |
| 02/01/23 | RWH | CALLS (.1) AND CORRESPONDENCES (.1) TO/FROM CLIENT AND BRG RE: UST FEES | 0.20 | 110.00 |
| 02/02/23 | RWH | CALL WITH BRG RE: AMENDED SCHEDULES | 0.10 | 55.00 |
| 02/02/23 | RWH | SERVE UNREDACTED COPIES OF AMENDED SCHEDULES ON COURT, UCC, AND UST | 0.30 | 165.00 |
| 02/02/23 | FRY | REVIEW AMENDED SCHEDULES FOR FILING | 0.40 | 282.00 |
| 02/02/23 | FP | PREPARE AND EFILE AMENDMENTS TO SCHEDULES AND SOFAS (1) INTERNATIONAL (2) LENDING (3) INC. | 0.50 | 177.50 |
| 02/02/23 | FRY | CALL FROM BRG RE AMENDMENTS TO SCHEDULES | 0.20 | 141.00 |
| 02/13/23 | MDS | REVIEW TINA OPPELT/UST OFFICE EMAIL / GUIDELINES | 0.40 | 480.00 |
| 02/21/23 | RWH | CALL WITH M. SHANKWEILER RE: MORS | 0.20 | 110.00 |
| 02/21/23 | FRY | EMAILS WITH BRG RE MONTHLY OPERATING REPORTS | 0.20 | 141.00 |
| 02/21/23 | RWH | CORRESPONDENCES WITH CO-COUNSEL AND BRG RE: MORS | 0.10 | 55.00 |
| 02/21/23 | RWH | CORRESPONDENCES WITH CO-COUNSEL RE: BRG RESPONSE TO UST RE: MORS | 0.10 | 55.00 |
| 02/23/23 | FP | EFILE JANUARY 2023 MORS WITH SUPPORTING DOCUMENTS FOR 9 CASES | 0.50 | 177.50 |
| 02/23/23 | MDS | REVIEW MONTHLY OPERATING REPORTS - PRE-FILING | 0.50 | 600.00 |
| 02/23/23 | FRY | MULTIPLE EMAILS RE MONTHLY OPERATING REPORTS (.2); REVIEW FINAL REPORTS FOR FILING (.2); COORDINATE FILING OF SAME (.2) | 0.60 | 423.00 |
| 02/23/23 | RWH | CORRESPONDENCES RE: (.1) AND COORDINATE FILING OF (.1) MORS | 0.20 | 110.00 |
| 02/23/23 | FP | REVIEW AND PREPARE FINAL JANUARY 2023 MORS WITH SUPPORTING DOCUMENTS FOR FILING (FOR 9 CASES) | 0.50 | 177.50 |
| 02/24/23 | RWH | COORDINATE SERVICE OF MORS | 0.10 | 55.00 |
| 02/24/23 | RWH | CORRESPONDENCE WITH UST RE: MORS | 0.20 | 110.00 |
| 02/27/23 | RWH | REVIEW DRAFT BRG CORRESPONDENCE RE: MORS | 0.10 | 55.00 |
| 02/27/23 | FRY | CONFERENCE WITH BRG RE MOR AMENDMENT (.4); FOLLOW UP WITH R. HOLLANDER RE SAME (.1) | 0.50 | 352.50 |
| 02/27/23 | FRY | REVIEW DRAFT RESPONSE PREPARED BY BRG FOR AMENDED MOR | 0.20 | 141.00 |
| 02/27/23 | RWH | CALL WITH M. SHANKWEILER RE: MORS | 0.10 | 55.00 |
| 02/27/23 | RWH | CALL WITH BRG AND F. YUDKIN RE: MORS (.4) AND FOLLOW-UP CALL WITH F. YUDKIN RE: SAME (.1) | 0.50 | 275.00 |

TOTAL HOURS     87.00

PROFESSIONAL SERVICES:                                              $51,212.00

**COLE SCHOTZ P.C.**

Re:    CHAPTER 11 DEBTOR                                    Invoice Number  943246
       Client/Matter No. 65365-0001                              March 22, 2023
                                                                       Page 12

## TIMEKEEPER SUMMARY

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|------|------------------|-------|------|--------|
| Andreas D. Milliaressis | Associate | 5.20 | 475.00 | 2,470.00 |
| Felice R. Yudkin | Member | 19.30 | 705.00 | 13,606.50 |
| Frances Pisano | Paralegal | 28.10 | 355.00 | 9,975.50 |
| Michael D. Sirota | Member | 9.60 | 1,200.00 | 11,520.00 |
| Rebecca W. Hollander | Member | 24.80 | 550.00 | 13,640.00 |
| | **Total** | **87.00** | | **$51,212.00** |

## COST DETAIL

| DATE | Description | QUANTITY | AMOUNT |
|------|-------------|----------|--------|
| 11/28/22 | PHOTOCOPY/PRINTING /SCANNING | 22.00 | 4.40 |
| 01/30/23 | PHOTOCOPY/PRINTING/ SCANNING | 2.00 | 0.40 |
| 02/01/23 | TRANSCRIPT | 1.00 | 152.10 |
| 02/02/23 | FILING FEES | 1.00 | 96.00 |
| 02/17/23 | ONLINE RESEARCH | 1.00 | 0.10 |
| 02/17/23 | ONLINE RESEARCH | 30.00 | 3.00 |
| 02/17/23 | ONLINE RESEARCH | 1.00 | 0.10 |
| 02/17/23 | ONLINE RESEARCH | 3.00 | 0.30 |
| 02/17/23 | ONLINE RESEARCH | 2.00 | 0.20 |
| 02/17/23 | ONLINE RESEARCH | 3.00 | 0.30 |
| 02/17/23 | ONLINE RESEARCH | 1.00 | 0.10 |
| 02/22/23 | TRANSCRIPT | 1.00 | 24.00 |
| 02/22/23 | TRANSCRIPT | 1.00 | 145.20 |
| | **Total** | | **$426.20** |

TOTAL SERVICES AND COSTS:                          $      51,638.20