**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Creditor, William Warburton

| | |
|---|---|
| In re: | ) UNITED STATES BANKRUPTCY COURT |
| | ) FOR THE DISTRICT OF NEW JERSEY |
| | ) |
| BlockFi, Inc. | ) Chapter 11 Proceeding |
| | ) Case No. 22-19361/MBK |
| Debtor(s). | ) |
| | ) |
| | ) **NOTICE OF APPEARANCE AND** |
| | ) **REQUEST FOR SERVICE OF NOTICES** |

TO:   Clerk
United States Bankruptcy Court
402 East State Street
Trenton, NJ 08708

SIR:

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance in the above stated action on behalf of Creditor, William Warburton.

**PLEASE TAKE FURTHER NOTICE** that I hereby request service of all notices mailed by the Clerk in this matter.

Dated: March 23, 2023                    /s/ Daniel E. Straffi, Esq.
                                         _____
                                         Daniel E. Straffi, Jr., Esq.