| | |
|---|---|
| **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq. (NJ Bar No. 014321986)<br>Warren A. Usatine, Esq. (NJ Bar No. 025881995)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>msirota@coleschotz.com<br>wusatine@coleschotz.com | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Kenric D. Kattner, Esq. (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>kenric.kattner@haynesboone.com<br><br>*Attorneys for Debtors and Debtors in Possession* |
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Christine A. Okike, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br>jsussberg@kirkland.com<br>christine.okike@kirkland.com | |

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

**CERTIFICATION OF LESLIE C. THORNE IN SUPPORT**
**OF APPLICATION FOR *PRO HAC VICE* ADMISSION**

LESLIE C. THORNE, of full age, hereby certifies as follows:

1. I am a partner with the law firm of Haynes and Boone, LLP, which maintains an office at 30 Rockefeller Plaza, 26th Floor, New York, New York 10112.

2. I am an attorney-at-law duly admitted to practice before the courts of the State of New York and the courts of the State of Texas and a partner with the firm of Haynes and Boone,

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A)); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

counsel for BlockFi, Inc. and its affiliated debtors and debtors-in-possession (the "Debtors"). I submit this Certification in support of the accompanying Application for my admission *pro hac vice*.

3. I am and have been a member in good standing of the bar of the State of Texas and have been admitted to the bar of the State of Texas since 2004. I also am and have been a member in good standing of the bar of the State of New York and have been admitted to the bar of the State of New York since 2015. I am admitted to practice in the United States Supreme Court since 2017, the United States Court of Appeals for the Second Circuit since 2020, the United States Court of Appeals for the Fifth Circuit since 2006, the United States Court of Appeals for the Eighth Circuit since 2021, the United States District Court for the Eastern District of New York since 2021, the United States District Court for the Southern District of New York Texas since 2020, the United States District Court for the District of North Dakota since 2016, the United States District Court for the Northern District of Texas since 2005, the United States District Court for the Southern District of Texas since 2006, the United States District Court for the Western District of Texas since 2008, and the Eastern District of Texas since 2021.

4. I am, and have remained, a member in good standing of the bar in each of the jurisdictions in which I am admitted to practice. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. The Debtors filed the within Application for my *pro hac vice* admission in these matters due to my familiarity with the facts and circumstances relevant to their interests. If the Application is granted, I agree to abide by this Court's local rules and to submit myself to the disciplinary jurisdiction of this Court.

6. I hereby designate the following member of the bar of this Court with whom the

2

Court and opposing counsel may communicate regarding these cases: Michael Sirota, Esq.

7. For the foregoing reasons, I respectfully request my application for admission *pro hac vice* be granted.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 23, 2023

*/s/ Leslie C. Thorne*
Leslie C. Thorne