

**MINNESOTA DEPARTMENT OF REVENUE**

March 22, 2023

#BWBBMRR
#0000 0049 3236 8964#
UNITED STATES BANKRUPTCY COURT
DIST OF NJ - TRENTON
CLARKSON S. FISHER U.S. COURTHOUSE
402 EAST STATE STREET
TRENTON, NJ 08608

ID:          XX-XXX0015
Letter ID:   L0493236896

**FILED**
JEANNE A. NAUGHTON, CLERK

MAR 2 7 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

## The Minnesota Department of Revenue is withdrawing a claim

We are withdrawing claim 475 filed on December 16, 2022 for **$49.37**, without prejudice.

Debtor name:  BLOCKFI INC
Debtor ID:    XX-XXX0015
Case:         22-19361
Chapter:      Chapter 11

### Contact information

Collection Division
Phone: 651-556-6378 or 1-800-657-3909 (toll-free)
Email: mdor.bkysec@state.mn.us
Fax: 651-282-2817

### Mailing address

Minnesota Revenue
PO Box 64447 - BKY
St. Paul, MN 55164-0447

STATE OF MINNESOTA
Commissioner of Revenue

by: _____

600 N. Robert St., St. Paul, MN 55101
www.revenue.state.mn.us

An equal opportunity employer
This material is available in alternate formats.



**DEPARTMENT OF REVENUE**

600 NORTH ROBERT STREET
MAIL STATION 4115
ST. PAUL, MN 55146-4115



016  BTAUA5B 08608

ADDRESS S