UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 22-19361 |
| BLOCKFI, INC., *et al.* ) | |
| ) | Chapter 11 |
| ) | (Jointly Administered) |
| Debtors. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby gives notice of his appearance on behalf of Kristen Vorhees and further requests that all notices, pleadings and other documents filed and/or served in this case, including all such notices described in Rule 2002 of the Bankruptcy Rules or given pursuant to the Local Bankruptcy Rule 9013-1, be served upon the following:

Aaron A. Garber, Esq.
Wadsworth, Garber, Warner and Conrardy, P.C.
2580 W. Main St.
Littleton, CO 80120
(303)- 296-1999 / Fax: (303) 296-7600
agarber@wgwc-law.com

    Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

DATED March 27, 2023                            Respectfully submitted,

                                                                   By:/s/ Aaron A. Garber
                                                                   Aaron A. Garber, #36099
                                                                   WADSWORTH, GARBER,
                                                                   WARNER CONRARDY, P.C.
                                                                   2580 W Main St, Littleton, CO 80120
                                                                   Telephone: 303-296-1999
                                                                   Fax: 303-296-7600
                                                                   Email: agarber@wgwclaw.com