|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| Anthony J. D'Artiglio, Esq.<br>Joshua S. Bauchner, Esq.<br>Ansell Grimm & Aaron, P,C.<br>365 Rifle Camp Road<br>Woodland Park, New Jersey<br>973.247.9000<br>ajd@ansellgrimm.com<br>jb@ansellgrimm.com<br>*Attorneys for Creditor, Kyle Klaus* | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** |
| In re:<br><br>BLOCKFI INC., et al.<br><br>    Debtors[1]. | CASE NO. 22-19361-(MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |

　　　　PLEASE TAKE NOTICE that pursuant to the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. §§ 102(1), 342, and 1109(b), the undersigned attorneys for creditor, Kyle Klaus, request that all notices given or required to be given in this action and all related actions, be given and served upon the following:

　　　　　　　　Anthony J. D'Artiglio, Esq.
　　　　　　　　Ansell Grimm & Aaron, P.C.
　　　　　　　　365 Rifle Camp Road
　　　　　　　　Woodland Park, New Jersey 07424

---

[1] The Debtors in these chapter 11 cases, along with the last four digits each Debtor's federal tax identification number, are: BlockFi Inc. (0015) BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

Tel. (973) 925-7357  
Email: ajd@ansellgrimm.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, but is not limited to, Orders and Notices of any Application, Motion, Petition, Adversary Complaints, Objections, Requests, any amendments to the Schedules or Statement of Financial Affairs, all pleadings, all creditors committee notices, demands, and all other notices as required by the United States Bankruptcy Code and Rules and/or the Local Rules of the above-referenced court, whether such papers be formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes that the above attorneys request to be added to the master mailing list and the ECF/Pacer electronic notice list for the above-referenced case.

Dated:  March 28, 2023

*s/Anthony J. D'Artiglio*
Anthony J. D'Artiglio, Esq.