**WEBBER MCGILL LLC**
Douglas J. McGill (NJ Bar No. 002751992)
100 E Hanover Avenue, Suite 401
Cedar Knolls, NJ 07927
Telephone: 973.739.9559
Facsimile: 973.739.9575
Email: dmcgill@webbermcgill.com

*Counsel for the Ad Hoc Committee of
Collateralized Loan Account Holders*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 22-19361 (MBK)<br><br>Jointly Administered<br><br>Judge: Hon. Michael B. Kaplan |

**APPLICATION FOR ADMISSION OF DANNY NEWMAN
*PRO HAC VICE***

TO:   **HONORABLE MICHAEL B. KAPLAN
CHIEF UNITED STATES BANKRUPTCY JUDGE**

Douglas J. McGill, a member of the bar of this Court, hereby moves for the entry of an Order granting the admission *pro hac vice* of Danny Newman of Tonkon Torp LLP ("Tonkon Torp") to practice before this Court in connection with the above-captioned cases. This application (the "Application") is submitted pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"). Unless requested by other parties, no oral argument is requested. A proposed form of Order is attached.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154).

In support of the Application, the undersigned represents as follows:

1. I am an attorney at law of the State of New Jersey, admitted to practice in the United States District Court for the District of New Jersey, among other jurisdictions, and a partner of the law firm Webber McGill, LLC which maintains an address of 100 E. Hanover Avenue, Suite 401, Cedar Knolls, New Jersey, 07927. Webber McGill LLC has been retained to serve as co-counsel, with Tonkon Torp, for the Ad Hoc Committee of Loan Account Holders ("Loan Account Holder Creditors"), as creditors in this matter.

2. I submit this Application, pursuant to Civil Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Local Rule 9010-1, in support of the entry of an Order granting the admission *pro hac vice* of Danny Newman to this Court.

3. Mr. Newman is an attorney at law and a partner with the law firm Tonkon Torp, which maintains offices at 888 SW Fifth Avenue, Suite 1600, Portland, Oregon 97204.

4. Attached hereto is the Certification of Mr. Newman in which he certifies that he is, and has been, a member in good standing of the bars of the State of Texas since 2014 and the State of Oregon since 2020. Additionally, Mr. Newman certifies that he is, and has remained, a member of good standing of said bars at all times, that no disciplinary proceedings are pending against him in any jurisdiction and no discipline has previously been imposed on him in any jurisdiction.

5. Mr. Newman is familiar with the circumstances surrounding the above-captioned proceedings and applicable law, and his presence will serve the best interest of the Loan Account Holder Creditors.

WHEREFORE, Applicant respectfully requests entry of the Order submitted herewith approving the admission, *pro hac vice*, of Danny Newman to represent the Loan Account Holder Creditors as co-counsel in the above-captioned cases.

|  |  |
|---|---|
| Dated: March 28, 2023 | */s/ Douglas J. McGill*<br>**WEBBER MCGILL LLC**<br>Douglas J. McGill (NJ Bar No. 002751992)<br>100 E Hanover Avenue, Suite 401<br>Cedar Knolls, NJ 07927<br>Telephone: 973.739.9559<br>Facsimile: 973.739.9575<br>Email: dmcgill@webbermcgill.com<br><br>*Attorneys for Ad Hoc Committee of Collateralized Loan Account Holders* |