**WEBBER MCGILL LLC**
Douglas J. McGill (NJ Bar No. 002751992)
100 E Hanover Avenue, Suite 401
Cedar Knolls, NJ 07927
Telephone: 973.739.9559
Facsimile: 973.739.9575
Email: dmcgill@webbermcgill.com

*Counsel for the Ad Hoc Committee of
Collateralized Loan Account Holders*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 22-19361 (MBK)<br><br>Jointly Administered<br><br>Judge: Hon. Michael B. Kaplan |

**CERTIFICATION OF DANNY NEWMAN IN SUPPORT OF APPLICATION
FOR ADMISSION *PRO HAC VICE***

**DANNY NEWMAN**, of full age, under penalty of perjury, hereby certifies, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at law and a partner with the law firm Tonkon Torp LLP ("Tonkon Torp"), which maintains offices at 888 SW Fifth Avenue, Suite 1600, Portland, Oregon 97204.

2. I make this Certification in support of my application (the "Application") pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154).

District of New Jersey (the "Local Rules"), for admission to the Bankruptcy Court *pro hac vice*. Tonkon Torp has been retained to serve as co-counsel, along with Webber McGill, LLC, for the Ad Hoc Committee of Loan Account Holders ("Loan Account Holder Creditors"), as creditors in this matter.

3. I am, and have been, a member in good standing of the bars of the State of Texas since 2014 and the State of Oregon since 2020.

4. I am, and have remained, a member of good standing of said bars at all times. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5. I am familiar with the circumstances surrounding the above-captioned proceedings and applicable law, and my presence will serve the best interest of the Loan Account Holder Creditors as counsel.

6. I am not admitted to practice law in the State of New Jersey and therefore believe it is necessary for me to seek *pro hac vice* admission in this proceeding.

7. If admitted *pro hac vice*, I agree to abide by the Local Rules, and to make the payments to the Clerk of the United States Court for the District of New Jersey and the New Jersey Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I certify under the penalty of perjury that the foregoing is true and correct.

Executed: March 28, 2023   /s/ Danny Newman
                            **Danny Newman**