# Exhibit "B"

**brownrudnick**

| | | Invoice | 6956507 |
|---|---|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Date | Mar 28, 2023 |
| NEW YORK, NY 10036 | | Client | 039246 |

RE: COSTS

## INVOICE

For professional services rendered in connection with the above captioned matter through February 28, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0001 | COSTS | 0.00 | 32,544.62 | 32,544.62 |
| | **Total** | **0.00** | **32,544.62** | **32,544.62** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $32,544.62 |
| **Total Invoice** | **$32,544.62** |

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6956507
RE: COSTS  Page 2
March 28, 2023

## COST DETAIL

| Date | Description | Value |
|---|---|---|
| 01/16/23 | TRANSCRIPTS - 01/08/23; VENDOR: AMERICAN EXPRESS; INVOICE#: 011623HCRC; DATE: 1/16/2023 | 154.80 |
| 01/16/23 | TRANSCRIPTS - 01/08/23; VENDOR: AMERICAN EXPRESS; INVOICE#: 011623HCRC; DATE: 1/16/2023 | 351.60 |
| 01/31/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 297.00 |
| 02/01/23 | PACER | 5.20 |
| 02/01/23 | PACER | 28.90 |
| 02/01/23 | COPIES | 0.70 |
| 02/01/23 | PACER | 3.10 |
| 02/01/23 | PACER | 91.20 |
| 02/03/23 | COPIES | 1.00 |
| 02/05/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 02/05/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 45.00 |
| 02/05/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 396.00 |
| 02/05/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 02/05/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 222.00 |
| 02/05/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 02/06/23 | COPIES | 6.90 |
| 02/06/23 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2002083; DATE: 1/13/2023 | 242.09 |
| 02/06/23 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2002083; DATE: 1/13/2023 | 242.09 |
| 02/06/23 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2002083; DATE: 1/13/2023 | 242.09 |
| 02/06/23 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2002083; DATE: 1/13/2023 | 242.09 |
| 02/06/23 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2002083; DATE: 1/13/2023 | 242.09 |
| 02/06/23 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2002083; DATE: 1/13/2023 | 242.09 |
| 02/06/23 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2002083; DATE: 1/13/2023 | 242.09 |
| 02/06/23 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2002083; DATE: 1/13/2023 | 242.09 |
| 02/06/23 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2002083; DATE: 1/13/2023 | 242.09 |
| 02/06/23 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2002083; DATE: 1/13/2023 | 906.12 |
| 02/06/23 | COPIES | 4.80 |

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6956507
RE: COSTS  Page 3
March 28, 2023

| Date | Description | Value |
| --- | --- | --- |
| 02/06/23 | COPIES | 17.00 |
| 02/07/23 | COPIES | 0.20 |
| 02/07/23 | COPIES | 0.20 |
| 02/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 02/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 54.00 |
| 02/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 396.00 |
| 02/08/23 | COPIES | 1.70 |
| 02/08/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 114.00 |
| 02/08/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 1,188.00 |
| 02/08/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 02/08/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 294.00 |
| 02/08/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 30.00 |
| 02/09/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 02/10/23 | COPIES | 14.10 |
| 02/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 74.00 |
| 02/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 693.00 |
| 02/12/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 02/12/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 02/12/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 226.00 |
| 02/13/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 6.00 |
| 02/13/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 120.00 |
| 02/13/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 594.00 |
| 02/13/23 | PROFESSIONAL SERVICES - VENDOR: BR INVESTIGATIONS LLC; INVOICE#: 6954170; DATE: 2/6/2023 | 12,363.50 |
| 02/13/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 8.00 |
| 02/13/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 125.00 |
| 02/14/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 301.00 |
| 02/14/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 1,881.00 |
| 02/14/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 02/14/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2,318.00 |
| 02/14/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 02/14/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 02/14/23 | HOTEL - 01/25-26/23; VENDOR: STEPHEN D. PALLEY; INVOICE#: 021423; STAY IN NYC | 390.96 |
| 02/14/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 02/15/23 | TAXI - 01/31/23 VENDOR: ANTHONY BUSCARINO; INVOICE#: 021523; DATE: 2/15/2023 | 15.08 |
| 02/15/23 | HOTEL - 01/31-02/03/23 VENDOR: ANTHONY BUSCARINO; INVOICE#: 021523; | 827.57 |

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS    Invoice 6956507
RE: COSTS    Page 4
March 28, 2023

| Date | Description | Value |
|---|---|---|
| | STAY IN DC | |
| 02/15/23 | TAXI - 02/03/23 VENDOR: ANTHONY BUSCARINO; INVOICE#: 021523; DATE: 2/15/2023 | 14.90 |
| 02/15/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 02/15/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 02/15/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 02/15/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 35.00 |
| 02/15/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 495.00 |
| 02/15/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 02/15/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 25.00 |
| 02/16/23 | COPIES | 2.30 |
| 02/16/23 | TRANSCRIPTS - 01/27/23; VENDOR: AMERICAN EXPRESS; INVOICE#: 021623HC; DATE: 2/16/2023 | 272.40 |
| 02/17/23 | COPIES | 1.80 |
| 02/17/23 | COPIES | 0.20 |
| 02/17/23 | COPIES | 2.20 |
| 02/17/23 | COPIES | 1.60 |
| 02/17/23 | COPIES | 0.80 |
| 02/17/23 | COPIES | 0.80 |
| 02/17/23 | COPIES | 4.40 |
| 02/17/23 | COPIES | 0.20 |
| 02/17/23 | COPIES | 0.60 |
| 02/17/23 | COPIES | 0.30 |
| 02/17/23 | COPIES | 2.60 |
| 02/17/23 | COPIES | 1.60 |
| 02/17/23 | COPIES | 1.60 |
| 02/17/23 | COPIES | 1.40 |
| 02/17/23 | COPIES | 1.40 |
| 02/17/23 | COPIES | 1.50 |
| 02/17/23 | COPIES | 1.90 |
| 02/17/23 | COPIES | 2.30 |
| 02/17/23 | COPIES | 1.80 |
| 02/17/23 | COPIES | 0.10 |
| 02/17/23 | COPIES | 0.40 |
| 02/17/23 | COPIES | 0.40 |
| 02/17/23 | COPIES | 0.40 |
| 02/17/23 | COPIES | 0.40 |
| 02/17/23 | COPIES | 4.30 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6956507
RE: COSTS  Page 5
March 28, 2023

| Date | Description | Value |
|---|---|---|
| 02/17/23 | COPIES | 1.90 |
| 02/17/23 | COPIES | 3.40 |
| 02/17/23 | COPIES | 0.10 |
| 02/17/23 | COPIES | 0.10 |
| 02/17/23 | COPIES | 1.90 |
| 02/17/23 | COPIES | 0.40 |
| 02/17/23 | COPIES | 0.40 |
| 02/17/23 | COPIES | 2.30 |
| 02/17/23 | COPIES | 0.30 |
| 02/17/23 | COPIES | 0.20 |
| 02/17/23 | COPIES | 0.80 |
| 02/17/23 | COPIES | 6.60 |
| 02/17/23 | COPIES | 2.00 |
| 02/17/23 | COPIES | 3.80 |
| 02/17/23 | COPIES | 3.40 |
| 02/17/23 | COPIES | 2.60 |
| 02/17/23 | COPIES | 3.20 |
| 02/17/23 | COPIES | 3.20 |
| 02/17/23 | COPIES | 2.80 |
| 02/17/23 | COPIES | 2.80 |
| 02/17/23 | COPIES | 2.80 |
| 02/17/23 | COPIES | 3.00 |
| 02/17/23 | COPIES | 2.20 |
| 02/17/23 | COPIES | 1.60 |
| 02/17/23 | COPIES | 4.60 |
| 02/17/23 | COPIES | 1.80 |
| 02/21/23 | COPIES | 2.00 |
| 02/21/23 | COPIES | 2.30 |
| 02/21/23 | COPIES | 0.30 |
| 02/21/23 | COPIES | 4.70 |
| 02/22/23 | COPIES | 0.45 |
| 02/22/23 | COPIES | 0.45 |
| 02/22/23 | COPIES | 0.15 |
| 02/22/23 | COPIES | 0.75 |
| 02/22/23 | COPIES | 0.45 |
| 02/22/23 | COPIES | 0.15 |
| 02/22/23 | COPIES | 0.45 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6956507
RE: COSTS  Page 6
March 28, 2023

| Date | Description | Value |
| --- | --- | --- |
| 02/22/23 | COPIES | 0.15 |
| 02/22/23 | COPIES | 1.65 |
| 02/22/23 | COPIES | 0.15 |
| 02/22/23 | COPIES | 2.10 |
| 02/22/23 | COPIES | 2.10 |
| 02/22/23 | COPIES | 0.45 |
| 02/22/23 | COPIES | 0.30 |
| 02/22/23 | COPIES | 0.15 |
| 02/22/23 | COPIES | 0.15 |
| 02/22/23 | COPIES | 1.65 |
| 02/22/23 | COPIES | 1.05 |
| 02/22/23 | COPIES | 0.15 |
| 02/22/23 | COPIES | 0.15 |
| 02/22/23 | COPIES | 0.15 |
| 02/22/23 | COPIES | 0.15 |
| 02/22/23 | COPIES | 0.30 |
| 02/22/23 | COPIES | 0.15 |
| 02/22/23 | COPIES | 0.30 |
| 02/22/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 6.00 |
| 02/22/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 193.00 |
| 02/22/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 1,881.00 |
| 02/23/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 25.00 |
| 02/23/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 02/23/23 | COPIES | 2.55 |
| 02/23/23 | COPIES | 2.85 |
| 02/24/23 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2002111; DATE: 1/20/2023 | 548.73 |
| 02/24/23 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2002135; DATE: 1/27/2023 | 119.38 |
| 02/24/23 | COPIES | 0.50 |
| 02/24/23 | COPIES | 0.50 |
| 02/24/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 02/24/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 02/24/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 14.00 |
| 02/24/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 175.00 |
| 02/24/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 65.72 |
| 02/24/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.60 |
| 02/25/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |

| | BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice 6956507 |
|---|---|---|
| | RE: COSTS | Page 7 |
| | March 28, 2023 | |

| Date | Description | Value |
|---|---|---|
| 02/25/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 40.00 |
| 02/25/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 02/25/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 02/26/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 49.00 |
| 02/27/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 50.00 |
| 02/27/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 198.00 |
| 02/27/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 6.00 |
| 02/27/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 180.00 |
| 02/27/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 54.00 |
| 02/27/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 02/28/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 02/28/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 358.00 |
| 02/28/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 297.00 |
| 02/28/23 | COPIES | 30.15 |
| | **Total Costs** | **32,544.62** |

## COST SUMMARY

| Description | Value |
|---|---|
| COPIES | 202.05 |
| HOTEL | 1,218.53 |
| PACER | 128.40 |
| PROFESSIONAL SERVICES | 12,363.50 |
| TAXI | 3,783.02 |
| TRANSCRIPTS | 778.80 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 14,070.32 |
| **Total Costs** | **32,544.62** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*



| | | | |
|---|---|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>NEW YORK, NY 10036 | | Invoice<br>Date<br>Client | 6956507<br>Mar 28, 2023<br>039246 |

RE: COSTS

# Remittance

**Balance Due: $32,544.62**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200