**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BlockFi Inc., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 2, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit A**; and on clients of the Debtors, whose names and addresses are undisclosed due to privacy concerns:

- Amended Notice of Chapter 11 Bankruptcy Cases [Docket No. 138]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

Dated: March 28, 2023

                                                                    */s/ Paul Pullo*
                                                                    Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 28, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**<u>Exhibit A</u>**

**Exhibit A**
Supplemental Service List
Served via First Class Mail

| ADRID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 10295373 | A CRYPTOCURRENCY BLOG | ATTN: ANTHONY BACA | 811 E 11TH ST APT 249 | | AUSTIN | TX | 78702-1976 |
| 10294418 | Name on File | Address on File | | | | | |
| 10295507 | ALTCOINPODCAST | ATTN: CHRISTOPHER HUSE | 16950 ELM PLZ APT 210 | | OMAHA | NE | 68130-1909 |
| 10297115 | AML RIGHTSOURCE | 1300 E 9TH ST FL 2 | | | CLEVELAND | OH | 44114-1505 |
| 10296169 | Name on File | Address on File | | | | | |
| 10294106 | Name on File | Address on File | | | | | |
| 10294202 | Name on File | Address on File | | | | | |
| 10290270 | Employee EMP-903 | Address on File | | | | | |
| 10289014 | Name on File | Address on File | | | | | |
| 10294650 | BL FUND II, A SERIES OF AHP INVESTMENTS, LP [ALEXANDER H. PACK] | 119 S MAIN ST | STE 220 | | SEATTLE | WA | 98104-2555 |
| 10295722 | COACHING CRYPTO | 3825 W ANTHEM WAY UNIT 3070 | | | ANTHEM | AZ | 85086-3120 |
| 10291451 | Employee EMP-899 | Address on File | | | | | |
| 10295695 | CRYPTOTOTHEMASSES | FEYEREISEN | 5425 WHITE SANDS CV | | LAKE WORTH | FL | 33467-1740 |
| 10293360 | Name on File | Address on File | | | | | |
| 10290539 | Employee EMP-744 | Address on File | | | | | |
| 10296461 | GBMEDIA | ATTN: VARUN JAIN | 9782 RUSSIAN HILL ST | | LAS VEGAS | NV | 89141-8738 |
| 10295866 | Name on File | Address on File | | | | | |
| 10295316 | GRIDWISE | 322 N SHORE DR STE 200 | | | PITTSBURGH | PA | 15212-5875 |
| 10296070 | Name on File | Address on File | | | | | |
| 10295877 | Name on File | Address on File | | | | | |
| 10294241 | Name on File | Address on File | | | | | |
| 10293605 | Name on File | Address on File | | | | | |
| 10296458 | KRANTHI218 | ATTN: KRANTHI LAMMATHA | 956 Kiely Blvd | Unit C | Santa Clara | CA | 95051-5038 |
| 10295747 | LIMITLESSONE | ATTN: ANAND SUKHADIA | 33 PARK VIEW AVE | APT 1506 | JERSEY CITY | NJ | 07302-8307 |
| 10296351 | MARKETDISRUPTORS | MOSS | 217 CALLE ROCA VIS | | SAN CLEMENTE | CA | 92672-4319 |
| 10294272 | Name on File | Address on File | | | | | |
| 10295123 | MONEY MEDIA, LLC | KOVAR WEALTH MANAGEMENT | 205 SAWGRASS CIR | | LUFKIN | TX | 75901-7472 |
| 10295844 | NEXTLEVELSLAYER | CORNELLN 'CRYSTAL L | 1900 S CAMPUS AVE APT 17C | | ONTARIO | CA | 91761-5457 |
| 10295676 | NFTYCLIP | ATTN: NAM NGUYEN | 245 BRYCE RUN | | LAKE FOREST | CA | 92630-8732 |
| 10295948 | Name on File | Address on File | | | | | |
| 10295829 | OILERS5 | ATTN: FLOYD HINNANT | 306 N RIVER ST | | AURORA | IL | 60506-4112 |
| 10290989 | Employee EMP-1002 | Address on File | | | | | |
| 10291004 | Employee EMP-333 | Address on File | | | | | |
| 10294216 | Name on File | Address on File | | | | | |
| 10291041 | Employee EMP-909 | Address on File | | | | | |
| 10296470 | RBG | ATTN: RODNEY GRESSLEY | PO BOX 329 | | LOCK HAVEN | PA | 17745-0329 |
| 10291088 | Employee EMP-1359 | Address on File | | | | | |
| 10291093 | Employee EMP-243 | Address on File | | | | | |
| 10291139 | Employee EMP-1333 | Address on File | | | | | |
| 10295718 | RYANSHAWTECH | 823 E LAUREL AVE | | | GLENDORA | CA | 91741-2806 |
| 10297058 | SENTILINK | ATTN: VIVEK AHUJA | 33 NEW MONTGOMERY ST FL 5 | | SAN FRANCISCO | CA | 94105-4536 |
| 10296396 | SHOPMYERS | MYERS' MATTHEW E | 1142 E FLYNN LN | | PHOENIX | AZ | 85014-1038 |
| 10295262 | T3WMARKETING BLOCKFI | DORSEY | PO BOX 85 | | RED BUD | IL | 62278-0085 |
| 10296026 | TACTICAL INVESTING | ATTN: ALEXANDER BANNISTER | 2616 N RIDGEWOOD CT | | WICHITA | KS | 67220-4211 |
| 10291574 | Employee EMP-838 | Address on File | | | | | |
| 10295737 | TMITCHEL | ETIENNE-MITCHEL | 13304 SUMMER GARDEN WALK | | CENTERVILLE | VA | 20120-5018 |
| 10296181 | TOUCHDOWN TRADES | ATTN: KEVIN KISSEL | 595 COWAN RD | | COVINGHTON | GA | 30016-7558 |
| 10291298 | Employee EMP-582 | Address on File | | | | | |
| 10291308 | Employee EMP-579 | Address on File | | | | | |
| 10295136 | USEPURPOSE | KASSMAN | 112 HAMPTON VISTA DR | | MANORVILLE | NY | 11949-2854 |

In re: BlockFi Inc., et al.
Case No. 22-19361 (MBK)

Page 1 of 2

**Exhibit A**
Supplemental Service List
Served via First Class Mail

| ADRID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 10291328 | Employee EMP-1171 | Address on File | | | | | |
| 10283917 | Name on File | Address on File | | | | | |
| 10296640 | Name on File | Address on File | | | | | |
| 10296647 | WINDFALLHQ | ROGENMOSER | 13125 MERIDAN PARK BLVD | | AUSTIN | TX | 78739-1492 |
| 10295814 | Name on File | Address on File | | | | | |
| 10293084 | Name on File | Address on File | | | | | |