**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Creditor, Ellison Bak

| | | |
|---|---|---|
| In re: | ) | UNITED STATES BANKRUPTCY COURT |
| | ) | FOR THE DISTRICT OF NEW JERSEY |
| | ) | |
| BlockFi, Inc. | ) | Chapter 11 Proceeding |
| | ) | Case No. 22-19361/MBK |
| Debtor(s). | ) | |
| | ) | |
| | ) | **NOTICE OF APPEARANCE AND** |
| | ) | **REQUEST FOR SERVICE OF NOTICES** |

TO:  Clerk
United States Bankruptcy Court
402 East State Street
Trenton, NJ 08708

SIR:

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance in the above stated action on behalf of Creditor, Ellison Bak.

**PLEASE TAKE FURTHER NOTICE** that I hereby request service of all notices mailed by the Clerk in this matter.

Dated:  March 31, 2023                    /s/ Daniel E. Straffi, Esq.
_____
Daniel E. Straffi, Jr., Esq.