| | |
|---|---|
| Larry A. Levick<br>TX State Bar No. 12252600<br>**SINGER & LEVICK, P.C.**<br>16200 Addison Road, Suite 140<br>Addison, Texas  75001<br>Telephone: 972.380.5533<br>Fax: 972.380.5748<br>Email:  levick@singerlevick.com<br><br>**Counsel for Rui Pedro Vaz dos Santos Teixeira** | Scott L. Fleischer<br>NJ State Bar No. 089802014<br>**BARCLAY DAMON LLP**<br>1270 Avenue of the Americas, Suite 501<br>New York, New York 10020<br>Phone: (212) 784-5810<br>Fax: (212) 784-5799<br>Email: sfleischer@barclaydamon.com<br><br>**Counsel for Rui Pedro Vaz dos Santos Teixeira** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In re:**<br><br>**BLOCKFI INC.,** *et al.*,<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No.  22-19361 (MBK)**<br><br>**Jointly Administered** |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF RUI TEIXEIRA TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO (A) HONOR WITHDRAWALS FROM WALLET ACCOUNTS, (B) UPDATE THE USER INTERFACE TO PROPERLY REFLECT TRANSACTIONS AND ASSETS AS OF THE PLATFORM PAUSE, AND (C) CONDUCT ORDINARY COURSE RECONCILIATION OF ACCOUNTS, AND (II) GRANTING RELATED RELIEF**

**COMES NOW** Rui Pedro Vaz dos Santos Teixeira ("**Teixeira**"), by and through his counsel Singer & Levick, P.C. and Barclay Damon LLP, and files this, his *Limited Objection and Reservation of Rights to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor Withdrawals from Wallet Accounts, (B) Update the User Interface to Properly Reflect Transactions and Assets as of the Platform Pause, and (C) Conduct Ordinary Course*

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

*Reconciliation of Accounts, and (II) Granting Related Relief* ("**Objection**") and, in support of same, respectfully submits as follows:

1. Rui Teixeira ("**Teixeira**") is an individual who lives out of the United States, and is the non-U.S. owner of accounts with BlockFi International Ltd.

2. On November 11, 2022, Teixeira asserts he transferred funds from his BIA Account to his Wallet Account using the BlockFi User Interface. Teixeira received a written confirmation from BlockFi evidencing the completion of such transfer. Although Teixeira asserts that the transfer had been completed, he was unable to withdraw his money from his Wallet Account.

3. On or about November 28, 2022 ("**Petition Date**"), BlockFi Inc., and its associated entities, which includes BlockFi International Ltd (together, "**Debtors**") filed voluntary Petitions for Chapter 11 protection under Title 11 of the UNITED STATES BANKRUPTCY CODE ("**BANKRUPTCY CODE**").

4. On December 19, 2022, Debtors filed their *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor Withdrawals from Wallet Accounts, (B) Update the User Interface to Properly Reflect Transactions and Assets as of the Platform Pause, and (C) Conduct Ordinary Course Reconciliation of Accounts, and (II) Granting Related Relief* ("**Wallet Withdrawal Motion**") (**Dkt.121**).

## LIMITED OBJECTION

5. Teixeira is similarly situated to the parties referenced in the *Preliminary Objection of the Ad Hoc Committee of Wallet Account Holders* ("**Ad Hoc Committee**") filed in response to the Wallet Withdrawal Motion ("**Ad Hoc Committee Objection**") (**Dkt. 184**), as well as the various *pro se* parties and other parties that have also filed objections to the Wallet Withdrawal Motion.

6. Teixeira acknowledges that he is filing this Objection after the deadline imposed by the Wallet Withdrawal Motion,[2] but counsel for Teixeira has obtained the agreement from Debtors' counsel that he may file this Objection at this time.

7. Teixeira adopts the arguments set forth in Paragraphs 36 through 48 of the Ad Hoc Committee Objection as if set forth herein, and such Paragraphs are incorporated herein by reference. Teixeira also adopts the arguments set forth in Paragraph 3 of the Ad Hoc Committee Objection and would further state that pursuant to Bankruptcy Rule 7001, such Wallet Withdrawal Motion is only procedurally proper if filed as an adversary proceeding.

## JOINDER AND RESERVATION OF RIGHTS

8. To the extent not inconsistent with the Objections expressed herein, Teixeira joins in and adopts the arguments contained in the objections and responses to the Wallet Withdrawal Motion asserted by the Ad Hoc Committee, as well as the other various *pro se* parties and other parties that have also filed objections to the Wallet Withdrawal Motion.

9. Teixeira reserves all rights to object to any other relief sought by the Debtors in connection with the Wallet Withdrawal Motion.

10. Teixeira's Objection is not intended to be, nor should be construed as, a waiver by Teixeira of any of his rights under any of his accounts held with Debtor BlockFi International Ltd, the BANKRUPTCY CODE, or applicable law. Teixeira files this Objection to reserve and preserve any and all rights he may have in connection with such accounts.

11. Teixeira reserves the right to amend or supplement this Objection if need be at any time and for any reason, including, without limitation, to revise any of the statements and

---

[2] Teixeira asserts he never received notice of the filing of the Wallet Withdrawal Motion.

information contained herein or to assert additional or different arguments based on new information that he may learn through discovery.

## CONCLUSION

For the reasons set forth herein, Rui Pedro Vaz dos Santos Teixeira respectfully requests that the Court deny the Debtors' Wallet Withdrawal Motion, and for such additional and further relief as the Court may deem to be just and proper.

DATED:    April 5, 2023
          New York, New York

                                             Respectfully submitted,

                                             */s/ Scott L. Fleischer*
                                             Scott L. Fleischer
                                             NJ Bar No. 089802014
                                             **Barclay Damon LLP**
                                             1270 Avenue of the Americas, Suite 501
                                             New York, New York 10020
                                             Phone: (212) 784-5810
                                             Fax: (212) 784-5799
                                             Email: sfleischer@barclaydamon.com

                                             - and -

                                             Larry A. Levick
                                             Texas Bar No. 12252600
                                             **Singer & Levick, P.C.**
                                             16200 Addison Road, Suite 140
                                             Addison, Texas 75001
                                             Phone: (972) 380-5533
                                             Fax: (972) 380-5748
                                             Email: levick@singerlevick.com

                                             **ATTORNEYS FOR:**
                                             **RUI PEDRO VAZ DOS SANTOS TEIXEIRA**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties as shown below, on this 5th day of April, 2023.

| | |
|---|---|
| **DEBTOR:**<br>BlockFi Inc.<br>201 Montgomery Street, Suite 263<br>Jersey City, NJ 07302<br>**VIA ECF Noticing through its attorney**<br><br>**COUNSEL FOR DEBTOR:**<br>Michael D. Sirota<br>Warren A. Usatine<br>**COLE SCHOTZ P.C.**<br>25 Main Street<br>Hackensack, NJ 07601<br>**VIA ECF Noticing**<br><br>Joshua A. Sussberg, P.C.<br>Christine A. Okike, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INT'L LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>**VIA ECF Noticing**<br><br>Richard Kanowitz<br>Kenric D. Kattner<br>**HAYNES AND BOONE LLP**<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10012<br>**VIA ECF Noticing** | **ATTORNEYS FOR COMMITTEE OF UNSECURED CREDITORS:**<br>David J. Adler<br>Lisa Bonsall<br>**MCCARTER & ENGLISH, LLP**<br>100 Mulberry Street<br>Newark, NJ 07102<br>**VIA ECF Noticing**<br><br>Joseph R. Scholz<br>**MCCARTER ENGLISH, LLP**<br>825 Eighth Avenue, 31st Floor<br>New York, NY 10019<br>**VIA ECF Noticing**<br><br>Kenneth Aulet<br>Stephen D. Palley<br>Bennett S. Silverberg<br>Robert J. Stark<br>**BROWN RUDNICK LLP**<br>7 Times Square<br>New York, NY 10036<br>**VIA ECF Noticing**<br><br>Donald W. Clarke<br>Gregory S. Kinoian<br>Daniel Stolz<br>**GENOVA BURNS LLC**<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>**VIA ECF Noticing** |
| **US TRUSTEE:**<br>Lauren Bielskie<br>Jeffrey M. Sponder<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>**VIA ECF Noticing** | **ATTORNEYS FOR AD HOC COMMITTEE OF WALLET ACCOUNT HOLDERS:**<br>Deborah Kovsky-Apap<br>**TROUTMAN PEPPER HAMILTON SANDERS LLP**<br>875 Third Avenue<br>New York, NY 10022<br>**VIA ECF Noticing** |

    /s/ *Scott L. Fleischer*
    Scott L. Fleischer