**EXHIBIT "A"**

**GENOVA BURNS LLC**

April 12, 2023
Invoice No.:   491929

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 3/01/23 | DMS | B110 | Review M3 Note regarding Core. | .20 | 800.00 | 160.00 |
| 3/01/23 | DMS | B110 | Review FTX , Voyager and Gemini articles and Moxo with Unsecured Creditors Committee. | .50 | 800.00 | 400.00 |
| 3/01/23 | DMS | B110 | Review chart of creditor emails and replies and post on Moxo. | .40 | 800.00 | 320.00 |
| 3/01/23 | DMS | B110 | Send customer chart to Greg and John. | .20 | 800.00 | 160.00 |
| 3/01/23 | DWC | B110 | Revise retention docs for M3 and Elementus per UST email comments | 1.40 | 600.00 | 840.00 |
| 3/01/23 | GSK | B110 | Review articles re crypto issues and other crypto bankruptcies. | .20 | 600.00 | 120.00 |
| 3/01/23 | GSK | B150 | Review corresp re summary of creditor inquiries and responses. | .10 | 600.00 | 60.00 |
| 3/01/23 | GSK | B110 | Review various Court notices; review affidavits of publication of notices re sale motion, etc. | .10 | 600.00 | 60.00 |
| 3/02/23 | DMS | B110 | Review ad hoc letter to US Trustee and numerous texts with creditor committee members and co-counsel regarding same. | .70 | 800.00 | 560.00 |
| 3/02/23 | DMS | B110 | Email with Aulet regarding preparation of response to Ad Hoc request. | .20 | 800.00 | 160.00 |
| 3/02/23 | DMS | B110 | Review mining sale motion and order and provide comment. | .30 | 800.00 | 240.00 |
| 3/02/23 | DMS | B110 | Review class action Complaint and long call with Stark to discuss. | 1.10 | 800.00 | 880.00 |
| 3/02/23 | DMS | B110 | Emails regarding Silvergate with Aulet et al. | .30 | 800.00 | 240.00 |
| 3/02/23 | DMS | B110 | Emails regarding government seizure issues and send BR Birdsall ruling. | .80 | 800.00 | 640.00 |

**GENOVA BURNS LLC**

April 12, 2023
Invoice No.:    491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 3/02/23 | DMS | B110 | Review story on Voyager and SEC and texts with Creditors' Committee regarding same. | .40 | 800.00 | 320.00 |
| 3/02/23 | DMS | B110 | Review Emergent pleadings. | .30 | 800.00 | 240.00 |
| 3/02/23 | DWC | B110 | Rvw and revise Elementus and M3 retention docs per UST input; email professional for response to UST | 1.70 | 600.00 | 1,020.00 |
| 3/02/23 | DWC | B110 | Emails with UST re motion to seal | .40 | 600.00 | 240.00 |
| 3/02/23 | DWC | B110 | Emails from creditors | .40 | 600.00 | 240.00 |
| 3/02/23 | LD | B160 | Revise and update January fee statement. | .30 | 250.00 | 75.00 |
| 3/02/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/02/23 | GSK | B130 | Review Debtors' motion to sell self-mining assets, etc. | .70 | 600.00 | 420.00 |
| 3/02/23 | GSK | B185 | Review Debtors' motion to extend deadline to assume or reject leases, etc. | .20 | 600.00 | 120.00 |
| 3/02/23 | GSK | B310 | Review Debtors' omnibus objection to claims, etc. | .20 | 600.00 | 120.00 |
| 3/02/23 | GSK | B110 | Review Court notices re calendar; update calendar. | .10 | 600.00 | 60.00 |
| 3/02/23 | GSK | B110 | Review articles re crypto issues and other crypto bankruptcies. | .20 | 600.00 | 120.00 |
| 3/03/23 | DMS | B110 | Email with Aulet regarding AHG request. | .20 | 800.00 | 160.00 |
| 3/03/23 | DMS | B110 | Email with Siha (customer). | .20 | 800.00 | 160.00 |
| 3/03/23 | DMS | B110 | Emails regarding Silvergate and government seizures. | .40 | 800.00 | 320.00 |
| 3/03/23 | DMS | B110 | Review several Orders entered by the Court. | .30 | 800.00 | 240.00 |
| 3/03/23 | DMS | B110 | Review email regarding Proof of Claim process. | .30 | 800.00 | 240.00 |
| 3/03/23 | DWC | B110 | Rvw emails from Creditors forwarded from chambers | .40 | 600.00 | 240.00 |
| 3/03/23 | DWC | B110 | Email and docs to BR re proposed relief vs DOJ to protect estate assets | .80 | 600.00 | 480.00 |
| 3/03/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |

**GENOVA BURNS LLC**

April 12, 2023
Invoice No.:    491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 3/03/23 | GSK | B110 | Review Debtors' application papers re settlement with Silvergate Bank, etc. | .20 | 600.00 | 120.00 |
| 3/03/23 | GSK | B110 | Review Debtors' application papers re extension of deadline for U.S. gov't to file dischargeability complaint, etc. | .20 | 600.00 | 120.00 |
| 3/03/23 | GSK | B110 | Review Court notices re calendar; update calendar. | .10 | 600.00 | 60.00 |
| 3/03/23 | GSK | B110 | Review corresp from Chambers re communications from individual BlockFi customers. | .10 | 600.00 | 60.00 |
| 3/04/23 | DMS | B110 | Emails with Dworkin regarding seizures. | .30 | 800.00 | 240.00 |
| 3/04/23 | DMS | B110 | Review pleadings from Kroll. | .30 | 800.00 | 240.00 |
| 3/04/23 | DMS | B110 | Emails with DWC and GSK regarding hearings. | .30 | 800.00 | 240.00 |
| 3/04/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/05/23 | DMS | B110 | Emails with BR regarding emergent stipulation. | .30 | 800.00 | 240.00 |
| 3/05/23 | DMS | B110 | Emails with customers. | .30 | 800.00 | 240.00 |
| 3/05/23 | DWC | B110 | Emails with UST jeff sponder re professional retentions | .60 | 600.00 | 360.00 |
| 3/05/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/06/23 | DMS | B110 | Review article on core equity committee and send to creditors committee. | .30 | 800.00 | 240.00 |
| 3/06/23 | DMS | B110 | Review Deloitte subpoena and coordinate service. | .40 | 800.00 | 320.00 |
| 3/06/23 | DMS | B110 | Review creditor inquiries and post to Moxo for creditors committee. | .50 | 800.00 | 400.00 |
| 3/06/23 | DMS | B110 | Review Court email with customer inquiries. | .20 | 800.00 | 160.00 |
| 3/06/23 | DMS | B110 | Emails with GB team regarding responding to calls and emails. | .30 | 800.00 | 240.00 |
| 3/06/23 | DWC | B110 | Creditor emails and referrals | .30 | 600.00 | 180.00 |
| 3/06/23 | DWC | B110 | Prep deloitte subpoena for service and serve | .60 | 600.00 | 360.00 |

**GENOVA BURNS LLC**

April 12, 2023
Invoice No.:    491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 3/06/23 | LD | B110 | Email to Guaranteed Subpoena serving Subpoena for Rule 2004 Examination on Deloitte LLP. | .20 | 250.00 | 50.00 |
| 3/06/23 | SS | B110 | Updating calendars and creditor question spreadsheet. | .70 | 275.00 | 192.50 |
| 3/06/23 | GSK | B110 | Review articles re crypto issues and other crypto bankruptcies. | .20 | 600.00 | 120.00 |
| 3/06/23 | GSK | B110 | Review corresp from Chambers re communications from individual BlockFi customers. | .10 | 600.00 | 60.00 |
| 3/07/23 | DMS | B110 | Emails with co-counsel and US Trustee regarding sealing issues. | .30 | 800.00 | 240.00 |
| 3/07/23 | DMS | B110 | Review Transcript and emails to co-counsel regarding wallet issues. | .40 | 800.00 | 320.00 |
| 3/07/23 | DMS | B110 | More emails with co-counsel regarding next steps. | .50 | 800.00 | 400.00 |
| 3/07/23 | DMS | B110 | Review Aulet report on Voyager conf. hearing and creditor committee comments. | .30 | 800.00 | 240.00 |
| 3/07/23 | DMS | B110 | Email to US Trustee regarding sealing. | .20 | 800.00 | 160.00 |
| 3/07/23 | DMS | B110 | Review Debtor's submissions regarding claims motion and discuss with Aulet. | .40 | 800.00 | 320.00 |
| 3/07/23 | DMS | B110 | Review and comment on agenda for creditor committee call. | .30 | 800.00 | 240.00 |
| 3/07/23 | DMS | B110 | Emails with co-counsel regarding class action and stay. | .30 | 800.00 | 240.00 |
| 3/07/23 | DMS | B110 | Creditor Committee meeting by Zoom. | 1.50 | 800.00 | 1,200.00 |
| 3/07/23 | DMS | B310 | Emails with Aulet regarding claim filing. | .30 | 800.00 | 240.00 |
| 3/07/23 | DMS | B310 | Email with Aulet regarding preference claims. | .30 | 800.00 | 240.00 |
| 3/07/23 | DMS | B110 | Emails with Stark and Aulet regarding creditor communication. | .30 | 800.00 | 240.00 |
| 3/07/23 | DMS | B110 | Emails with Aulet regarding preparation for March 13th hearings. | .40 | 800.00 | 320.00 |
| 3/07/23 | DMS | B110 | Email with Palley et al regarding class actions. | .30 | 800.00 | 240.00 |

**GENOVA BURNS LLC**

April 12, 2023
Invoice No.:   491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|------:|-----:|-------:|
| 3/07/23 | SS | B110 | Updating calendars with hearings and deadlines. | .20 | 275.00 | 55.00 |
| 3/07/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/07/23 | GSK | B310 | Review revised proposed order re Debtors' claims procedure motion, etc. | .50 | 600.00 | 300.00 |
| 3/07/23 | GSK | B110 | Review articles re crypto issues and other crypto bankruptcies. | .20 | 600.00 | 120.00 |
| 3/08/23 | DMS | B110 | Emails regarding remaining creditor committee retentions. | .30 | 800.00 | 240.00 |
| 3/08/23 | DMS | B110 | Review article on Silvergate and send to creditor committee. | .30 | 800.00 | 240.00 |
| 3/08/23 | DMS | B110 | Emails with Aulet regarding Silvergate etc. | .30 | 800.00 | 240.00 |
| 3/08/23 | DWC | B110 | Rvw moxo chat | 1.40 | 600.00 | 840.00 |
| 3/08/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/08/23 | GSK | B190 | Review Debtors' letter re Wallet Motion. | .10 | 600.00 | 60.00 |
| 3/08/23 | GSK | B110 | Review articles re crypto issues and other crypto bankruptcies. | .20 | 600.00 | 120.00 |
| 3/09/23 | DMS | B110 | Review US Trustee email regarding sealing, call with Aulet and reply to US Trustee. | .60 | 800.00 | 480.00 |
| 3/09/23 | DMS | B110 | Review agenda and email with Aulet regarding same. | .30 | 800.00 | 240.00 |
| 3/09/23 | DMS | B110 | Emails regarding adjournment of seal motions. | .30 | 800.00 | 240.00 |
| 3/09/23 | DMS | B110 | Review agenda from Sirota. | .20 | 800.00 | 160.00 |
| 3/09/23 | DMS | B110 | Email with Aulet regarding March 13 hearings. | .20 | 800.00 | 160.00 |
| 3/09/23 | DMS | B110 | Review emergent amended statements, etc. | .20 | 800.00 | 160.00 |
| 3/09/23 | DMS | B110 | Emails regarding banking issues and authorized depositories. | .40 | 800.00 | 320.00 |
| 3/09/23 | DWC | B110 | Rvw record for authorized depositories | .40 | 600.00 | 240.00 |

GENOVA BURNS LLC

April 12, 2023
Invoice No.:    491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 3/09/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/09/23 | GSK | B190 | Review signed stipulation and order extending deadline for answer, etc. in Emergent adversary proceeding. | .10 | 600.00 | 60.00 |
| 3/09/23 | GSK | B110 | Review articles re crypto issues and other crypto bankruptcies. | .20 | 600.00 | 120.00 |
| 3/10/23 | DMS | B110 | Emails with Stark, M3, et al regarding mapping debtors. | .40 | 800.00 | 320.00 |
| 3/10/23 | DMS | B110 | Emails with Aulet regarding March 13 preparation. | .30 | 800.00 | 240.00 |
| 3/10/23 | DMS | B110 | Email with Stark regarding Kanowitz call. | .20 | 800.00 | 160.00 |
| 3/10/23 | DMS | B110 | Emails regarding SUB and emergency call. | .50 | 800.00 | 400.00 |
| 3/10/23 | DMS | B110 | Review US Trustee motion and order regarding bank accounts and emails regarding same. | .50 | 800.00 | 400.00 |
| 3/10/23 | DMS | B110 | Review Sponder email regarding Elementus and M3. | .10 | 800.00 | 80.00 |
| 3/10/23 | DMS | B110 | Review stories and send to UCC. | .30 | 800.00 | 240.00 |
| 3/10/23 | DWC | B110 | SVB banking issues | .60 | 600.00 | 360.00 |
| 3/10/23 | DWC | B110 | Additional revisions and question from UST re retention of m3 and elementus | 1.80 | 600.00 | 1,080.00 |
| 3/10/23 | SS | B110 | Phone call with creditor; Updating creditor spreadsheet and calendars. | .50 | 275.00 | 137.50 |
| 3/10/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/10/23 | GSK | B110 | Review UST's motion re Debtors' accounts review application for shortened notice; review signed order scheduling hearing; review various corresp re same. | .60 | 600.00 | 360.00 |
| 3/10/23 | GSK | B110 | Review various articles re Silicon Valley Bank; review various corresp re same. | .50 | 600.00 | 300.00 |
| 3/10/23 | GSK | B110 | Review Court notices re calendar; update calendar. | .10 | 600.00 | 60.00 |
| 3/10/23 | GSK | B110 | Review articles re crypto issues and other crypto bankruptcies. | .20 | 600.00 | 120.00 |

**GENOVA BURNS LLC**

April 12, 2023
Invoice No.:    491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 3/11/23 | DMS | B110 | Review Celsius decision and emails with co-counsel regarding same. | .50 | 800.00 | 400.00 |
| 3/11/23 | DMS | B110 | Emails with Aulet and M3 and call with DWC and GSK regarding mapping issues. | 1.00 | 800.00 | 800.00 |
| 3/11/23 | DMS | B110 | Emails with BR and M3 regarding SUB issues. | .60 | 800.00 | 480.00 |
| 3/11/23 | DMS | B110 | Review Moelis fee statements. | .30 | 800.00 | 240.00 |
| 3/11/23 | DMS | B110 | Emails with Silverberg regarding approved banks. | .40 | 800.00 | 320.00 |
| 3/11/23 | DWC | B110 | Email all professionals re zoom link for court | .40 | 600.00 | 240.00 |
| 3/11/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/12/23 | DMS | B110 | Review emails from Kirkland and US Trustee regarding banking. | .20 | 800.00 | 160.00 |
| 3/12/23 | DMS | B110 | Emails with BR regarding preparation for March 13th hearings. | .50 | 800.00 | 400.00 |
| 3/12/23 | DMS | B110 | Emails with BR and Grant counsel regarding subpoena. | .40 | 800.00 | 320.00 |
| 3/12/23 | DMS | B110 | More emails regarding SUB and options. | .40 | 800.00 | 320.00 |
| 3/12/23 | DMS | B110 | More emails with US Trustee and debtor regarding bank accounts. | .30 | 800.00 | 240.00 |
| 3/12/23 | DMS | B110 | Emails with Adler and Silverberg regarding SUB and Signature. | .40 | 800.00 | 320.00 |
| 3/12/23 | DMS | B110 | Emails with Stark and Aulet and Court regarding chambers conference. | .50 | 800.00 | 400.00 |
| 3/12/23 | DMS | B110 | Emails with BR and counsel for GT regarding subpoena. | .60 | 800.00 | 480.00 |
| 3/12/23 | DMS | B110 | Review Bielskie email to Okike regarding bank accounts. | .20 | 800.00 | 160.00 |
| 3/12/23 | DMS | B110 | Email with GSK regarding preparation for hearings. | .30 | 800.00 | 240.00 |
| 3/12/23 | DWC | B110 | Forward debtor agenda for monday hearing | .30 | 600.00 | 180.00 |
| 3/12/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

April 12, 2023
Invoice No.:    491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 3/12/23 | GSK | B110 | Prepare for 3/13 hearing/status conference before Judge Kaplan; review notice of agenda; various corresp with DMS re same. | 1.20 | 600.00 | 720.00 |
| 3/13/23 | DMS | B110 | Review emails from US Trustee and debtor on bank accounts and post to creditor committee. | .50 | 800.00 | 400.00 |
| 3/13/23 | DMS | B110 | Prepare for hearing including emails with Court and counsel. | .60 | 800.00 | 480.00 |
| 3/13/23 | DMS | B110 | Email with Debtor's counsel regarding conference. | .30 | 800.00 | 240.00 |
| 3/13/23 | DMS | B110 | Court hearing by Zoom. | .70 | 800.00 | 560.00 |
| 3/13/23 | DMS | B110 | Review claim transfer and send to creditor committee. | .30 | 800.00 | 240.00 |
| 3/13/23 | DMS | B110 | Emails to M3 regarding interdebtor claims. | .30 | 800.00 | 240.00 |
| 3/13/23 | DMS | B110 | Emails with SSR regarding research on inter debtor claims. | .30 | 800.00 | 240.00 |
| 3/13/23 | DMS | B110 | More emails regarding claim trading. | .30 | 800.00 | 240.00 |
| 3/13/23 | DMS | B110 | Review cases on subordination of insider claims. | .70 | 800.00 | 560.00 |
| 3/13/23 | DMS | B110 | Review various Orders and notices of adjournment. | .40 | 800.00 | 320.00 |
| 3/13/23 | DMS | B110 | Communications with creditor committee regarding claim trading and monthly fees. | .50 | 800.00 | 400.00 |
| 3/13/23 | DMS | B110 | Emails with BR and DWC regarding hearing summaries and calendar invites for creditor committee. | .40 | 800.00 | 320.00 |
| 3/13/23 | DMS | B110 | Review claim transfers. | .20 | 800.00 | 160.00 |
| 3/13/23 | SSR | B110 | Email from and to DMS regarding research - subordination of intercompany claims. | .30 | 600.00 | 180.00 |
| 3/13/23 | SSR | B110 | Research regarding subordination of intercompany claims. | 3.70 | 600.00 | 2,220.00 |
| 3/13/23 | DWC | B110 | Circulate new pleadings | .30 | 600.00 | 180.00 |
| 3/13/23 | DWC | B110 | Organize and coordinate getting calendar invites to members | .40 | 600.00 | 240.00 |

**GENOVA BURNS LLC**

April 12, 2023
Invoice No.:   491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|---------------------------------|-------|------|--------|
| 3/13/23 | DWC | B110 | Creditor emails referred from UST | .40 | 600.00 | 240.00 |
| 3/13/23 | SS | B110 | Updating calendars. | .60 | 275.00 | 165.00 |
| 3/13/23 | SS | B110 | Phone call with creditor and updating creditor spreadsheet. | .20 | 275.00 | 55.00 |
| 3/13/23 | GSK | B110 | Various corresp from/to counsel re Chambers conference and hearing/status conference before Judge Kaplan | .20 | 600.00 | 120.00 |
| 3/13/23 | GSK | B195 | Travel to/from US Bankr Ct, Trenton for hearing/status conference. | 3.20 | 300.00 | 960.00 |
| 3/13/23 | GSK | B110 | Attend pre-hearing Chambers conference with Judge Kaplan, et al.; appear at hearing/status conference before Judge Kaplan; discussions with counsel after hearing. | 1.20 | 600.00 | 720.00 |
| 3/13/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/13/23 | GSK | B190 | Review Debtors' complaint to enjoin class-action suits against Ds and Os, etc. | .50 | 600.00 | 300.00 |
| 3/13/23 | GSK | B110 | Review Court notices re calendar; update calendar. | .10 | 600.00 | 60.00 |
| 3/13/23 | GSK | B110 | Review articles re crypto issues and other crypto bankruptcies. | .20 | 600.00 | 120.00 |
| 3/13/23 | GSK | B110 | Review corresp re updated timeline, etc. | .10 | 600.00 | 60.00 |
| 3/13/23 | GSK | B120 | Review various corresp re intercompany loans, etc. | .10 | 600.00 | 60.00 |
| 3/14/23 | DMS | B110 | Email to creditor committee regarding invites for hearings. | .20 | 800.00 | 160.00 |
| 3/14/23 | DMS | B110 | Review article on BlockFi and SUB and send to creditor committee. | .30 | 800.00 | 240.00 |
| 3/14/23 | DMS | B110 | Review Submicron and write to M3 et al regrding review of Intercompany accounts. | .40 | 800.00 | 320.00 |
| 3/14/23 | DMS | B110 | Review draft deck for creditors, agenda for creditor committee meeting and summaries. | .40 | 800.00 | 320.00 |

**GENOVA BURNS LLC**

April 12, 2023
Invoice No.:    491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 3/14/23 | DMS | B110 | Email to BR regarding comments to deck. | .30 | 800.00 | 240.00 |
| 3/14/23 | DMS | B110 | Creditor Committee meeting by Zoom. | 2.00 | 800.00 | 1,600.00 |
| 3/14/23 | DMS | B110 | Review for filing BR and GB January fees. | .30 | 800.00 | 240.00 |
| 3/14/23 | DMS | B110 | Email with LLD regarding BR and GB. | .20 | 800.00 | 160.00 |
| 3/14/23 | DMS | B110 | Review March 13th Transcript and send to unsecured creditors committee. | .40 | 800.00 | 320.00 |
| 3/14/23 | DMS | B110 | Emails regarding call with GT counsel. | .20 | 800.00 | 160.00 |
| 3/14/23 | DMS | B110 | Review and reply to customer claims. | .30 | 800.00 | 240.00 |
| 3/14/23 | DWC | B110 | Ucc member zoom re status of all issues | 2.00 | 600.00 | 1,200.00 |
| 3/14/23 | DWC | B110 | Emails from co counsel | .70 | 600.00 | 420.00 |
| 3/14/23 | DWC | B110 | Emails with Jeff Sponder re retention issues open | .30 | 600.00 | 180.00 |
| 3/14/23 | DWC | B110 | Rvw billing detail | 1.10 | 600.00 | 660.00 |
| 3/14/23 | DWC | B110 | Coordinate redaction of retention docs | .70 | 600.00 | 420.00 |
| 3/14/23 | LD | B160 | Review final revised Elementus certification and disclosures and redact. | 1.00 | 250.00 | 250.00 |
| 3/14/23 | LD | B160 | Redact and file Brown Rudnick monthly fee statement for period 12/29/22 thru 1/31/23. | .50 | 250.00 | 125.00 |
| 3/14/23 | LD | B160 | Update and finalize Genova Burns monthly fee statement. | .20 | 250.00 | 50.00 |
| 3/14/23 | LD | B160 | Redact, finalize and file Genova Burns monthly fee statement for period 12/29/22 thru 1/31/23. | .50 | 250.00 | 125.00 |
| 3/14/23 | LD | B110 | Email transcript of 3/13/23 hearing to Brown Rudnick team. | .20 | 250.00 | 50.00 |
| 3/14/23 | SS | B110 | Updating contact list for calendar circulation. | .20 | 275.00 | 55.00 |
| 3/14/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

April 12, 2023
Invoice No.:   491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 3/14/23 | GSK | B110 | Review articles re crypto issues and other crypto bankruptcies. | .20 | 600.00 | 120.00 |
| 3/14/23 | GSK | B120 | Review corresp re intercompany loans; review research re same. | .50 | 600.00 | 300.00 |
| 3/15/23 | DMS | B110 | Review deck for creditors and emails with Stark regarding same. | .50 | 800.00 | 400.00 |
| 3/15/23 | DMS | B110 | Numerous emails with BR regarding creditor committee presentation deck. | .50 | 800.00 | 400.00 |
| 3/15/23 | DMS | B110 | Emails regarding pause in dispute with FTX over Robinhood shares. | .30 | 800.00 | 240.00 |
| 3/15/23 | DMS | B110 | Review Bielskie and debtor emails regarding banks. | .20 | 800.00 | 160.00 |
| 3/15/23 | DMS | B110 | Numerous emails with BR regarding unsecured creditor committee presentation. | .60 | 800.00 | 480.00 |
| 3/15/23 | DMS | B110 | Review and reply to customer email. | .30 | 800.00 | 240.00 |
| 3/15/23 | DMS | B110 | Review updated spreadsheet on creditor inquiries. | .20 | 800.00 | 160.00 |
| 3/15/23 | DMS | B110 | Emails regarding Interco transfers. | .20 | 800.00 | 160.00 |
| 3/15/23 | DMS | B110 | Review article on Robinhood shares and email with Stark. | .30 | 800.00 | 240.00 |
| 3/15/23 | DWC | B110 | Zoom on financial issues; sale questions | 1.00 | 600.00 | 600.00 |
| 3/15/23 | DWC | B110 | Emails from creditors; forward for handling | .70 | 600.00 | 420.00 |
| 3/15/23 | DWC | B110 | Rvw moxo chat | .80 | 600.00 | 480.00 |
| 3/15/23 | DWC | B110 | Final elementus docs to chambers and on file | .40 | 600.00 | 240.00 |
| 3/15/23 | DWC | B110 | Emails from co counsel re stay pleadings | .40 | 600.00 | 240.00 |
| 3/15/23 | LD | B110 | Emails with DWC regarding redaction of Elementus documents. | .20 | 250.00 | 50.00 |
| 3/15/23 | LD | B110 | Additional redactions to Elementus documents. | .30 | 250.00 | 75.00 |
| 3/15/23 | LD | B160 | Email LEDES file regarding dkt #618 to USTO . | .20 | 250.00 | 50.00 |

**GENOVA BURNS LLC**

April 12, 2023
Invoice No.:   491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 3/15/23 | LD | B160 | Finalize and file Supplemental Certification and exhibit regarding Elementus. | .30 | 250.00 | 75.00 |
| 3/15/23 | LD | B110 | Email proposed Elementus order and certification to Chambers. | .20 | 250.00 | 50.00 |
| 3/15/23 | SS | B110 | Phone calls with creditors and updating creditor spreadsheet. | 1.00 | 275.00 | 275.00 |
| 3/15/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/15/23 | GSK | B110 | Review articles re crypto issues and other crypto bankruptcies. | .20 | 600.00 | 120.00 |
| 3/16/23 | CSB | B110 | Review emails with co-counsel regarding further dissemination of billing protocol. | .10 | 600.00 | 60.00 |
| 3/16/23 | DMS | B110 | Emails with Aulet regarding insurance coverage issues. | .40 | 800.00 | 320.00 |
| 3/16/23 | DMS | B110 | Emails regarding Moelis Fee Application and creditor committee review. | .30 | 800.00 | 240.00 |
| 3/16/23 | DMS | B110 | Review schedules regarding claims review and emails with BR regarding same. | 1.10 | 800.00 | 880.00 |
| 3/16/23 | DMS | B110 | Call with M3 regarding intercompany issues. | .50 | 800.00 | 400.00 |
| 3/16/23 | DMS | B110 | Review debtor's Plan and emails to co-counsel regarding same. | .80 | 800.00 | 640.00 |
| 3/16/23 | DMS | B110 | Emails regarding creditor claim guidance. | .30 | 800.00 | 240.00 |
| 3/16/23 | DMS | B110 | Emails with Gillman regarding Deloitte and GT. | .30 | 800.00 | 240.00 |
| 3/16/23 | DMS | B110 | Emails with Silverberg regarding sharing debtor fee applications. | .30 | 800.00 | 240.00 |
| 3/16/23 | DMS | B110 | Review unredacted schedules. | .60 | 800.00 | 480.00 |
| 3/16/23 | DWC | B110 | Emails to and from court re retention docs for upload | .30 | 600.00 | 180.00 |
| 3/16/23 | DWC | B110 | Emails with creditors re status | .30 | 600.00 | 180.00 |
| 3/16/23 | DWC | B150 | Meeting with clients re status and issues | .50 | 600.00 | 300.00 |

**GENOVA BURNS LLC**

April 12, 2023
Invoice No.:    491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|---------------------------------|-------|------|--------|
| 3/16/23 | LD | B160 | Prepare draft Genova Burns February fee statement and circulate for review. | 1.00 | 250.00 | 250.00 |
| 3/16/23 | SS | B110 | Updating creditor spreadsheet. | .20 | 275.00 | 55.00 |
| 3/16/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/16/23 | GSK | B160 | Review signed order approving Elementus retention. | .20 | 600.00 | 120.00 |
| 3/16/23 | GSK | B110 | Review Debtors' application papers re extension of deadline for NJ Bureau of Securities to file dischargeability complaint, etc. | .20 | 600.00 | 120.00 |
| 3/16/23 | GSK | B110 | Review articles re crypto issues and other crypto bankruptcies. | .20 | 600.00 | 120.00 |
| 3/17/23 | DMS | B110 | Review SUB Chapter 11 filing. | .30 | 800.00 | 240.00 |
| 3/17/23 | DMS | B110 | Begin review of Investigative report. | .80 | 800.00 | 640.00 |
| 3/17/23 | DMS | B110 | Emails with Aulet regarding claim guidance. | .30 | 800.00 | 240.00 |
| 3/17/23 | DMS | B110 | Review February monthly bill. | .20 | 800.00 | 160.00 |
| 3/17/23 | DMS | B110 | Review Stark revisions to report. | .30 | 800.00 | 240.00 |
| 3/17/23 | DMS | B110 | Review Petrie email to US Trustee and documents regarding accounts and post to unsecured creditors committee. | .40 | 800.00 | 320.00 |
| 3/17/23 | DMS | B110 | Review creditor email from Court and reply. | .30 | 800.00 | 240.00 |
| 3/17/23 | DMS | B110 | Review new claim transfers and send to unsecured creditors committee. | .30 | 800.00 | 240.00 |
| 3/17/23 | DMS | B110 | Review McCarter revisions to report. | .20 | 800.00 | 160.00 |
| 3/17/23 | DMS | B110 | Emails regarding zoom for hearings. | .30 | 800.00 | 240.00 |
| 3/17/23 | DMS | B110 | Email regarding extension for US Trustee on M3. | .20 | 800.00 | 160.00 |
| 3/17/23 | DMS | B110 | Emails with BR regarding debtor request for fee examiner. | .40 | 800.00 | 320.00 |

**GENOVA BURNS LLC**

April 12, 2023
Invoice No.:    491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|---------------------------------|-------|------|--------|
| 3/17/23 | DMS | B110 | Review update spreadsheet of creditor contacts and replies. | .20 | 800.00 | 160.00 |
| 3/17/23 | DWC | B110 | Emails to UST; redact final M3 retention filing; emails to chambers | 1.20 | 600.00 | 720.00 |
| 3/17/23 | LD | B110 | Review M3 case party list and redact according to schedule. | 2.00 | 250.00 | 500.00 |
| 3/17/23 | SS | B110 | Updating creditor spreadsheet. | .20 | 275.00 | 55.00 |
| 3/17/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/17/23 | GSK | B130 | Review declaration in further support of Debtors' motion to sell self-mining assets, etc. | .20 | 600.00 | 120.00 |
| 3/17/23 | GSK | B110 | Review articles re crypto issues and other crypto bankruptcies. | .20 | 600.00 | 120.00 |
| 3/17/23 | GSK | B110 | Review corresp from Chambers re communications from individual BlockFi customers. | .10 | 600.00 | 60.00 |
| 3/18/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 3/20/23 | DMS | B110 | Review Axelrod weekly update. | .20 | 800.00 | 160.00 |
| 3/20/23 | DMS | B110 | Continue review of investigative report and emails with Stark regarding same. | 1.10 | 800.00 | 880.00 |
| 3/20/23 | DMS | B110 | Review Deloitte Subpoena response and emails with Palley et al regarding same. | .20 | 800.00 | 160.00 |
| 3/20/23 | DMS | B110 | Review Debtor's filing regarding sale and Plan timetable and email with Stark regarding same. | .30 | 800.00 | 240.00 |
| 3/20/23 | DMS | B110 | Emails with BR regarding Plan issues. | .30 | 800.00 | 240.00 |
| 3/20/23 | DMS | B110 | Review M3 Order and send to M3. | .20 | 800.00 | 160.00 |
| 3/20/23 | DMS | B110 | Emails with BR and call with Sponder regarding fee examiner. | .40 | 800.00 | 320.00 |
| 3/20/23 | DWC | B110 | Email co counsel and prep M3 retention application for filing | .60 | 600.00 | 360.00 |

GENOVA BURNS LLC

April 12, 2023
Invoice No.:    491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|---------------------------------|-------|------|--------|
| 3/20/23 | DWC | B110 | Emails with chambers re scheduling and creditor communications | .40 | 600.00 | 240.00 |
| 3/20/23 | LD | B110 | Finalize and file supplemental certification of Mohsin Meghji regarding M3. | .30 | 250.00 | 75.00 |
| 3/20/23 | LD | B110 | Email filed certification and proposed Order to Chambers and cc's. | .20 | 250.00 | 50.00 |
| 3/20/23 | SS | B110 | Updating calendars with hearings and deadlines. | .30 | 275.00 | 82.50 |
| 3/20/23 | SS | B110 | Updating creditor spreadsheet. | .20 | 275.00 | 55.00 |
| 3/20/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/20/23 | GSK | B160 | Review signed order re M3 retention. | .10 | 600.00 | 60.00 |
| 3/20/23 | GSK | B110 | Review and update calendar/deadlines. | .10 | 600.00 | 60.00 |
| 3/20/23 | GSK | B110 | Review corresp re updated timeline, etc. | .10 | 600.00 | 60.00 |
| 3/21/23 | DMS | B110 | Review CL posts and replies. | .30 | 800.00 | 240.00 |
| 3/21/23 | DMS | B110 | Review February bill and send to UCC. | .30 | 800.00 | 240.00 |
| 3/21/23 | DMS | B110 | Review Vara et al emails regarding banks. | .20 | 800.00 | 160.00 |
| 3/21/23 | DMS | B110 | Review agenda for UCC call and comments to same. | .30 | 800.00 | 240.00 |
| 3/21/23 | DMS | B110 | Review notice of March 23rd hearing agenda. | .10 | 800.00 | 80.00 |
| 3/21/23 | DMS | B110 | UCC meeting by Zoom. | 2.30 | 800.00 | 1,840.00 |
| 3/21/23 | DMS | B110 | Review Okike and Bielskie emails regarding banks. | .20 | 800.00 | 160.00 |
| 3/21/23 | DMS | B110 | Review emergent pleadings. | .20 | 800.00 | 160.00 |
| 3/21/23 | DMS | B110 | Emails with M3 and BR regarding Coinbase. | .20 | 800.00 | 160.00 |
| 3/21/23 | DMS | B110 | Emails with Palley regarding discovery disputes. | .30 | 800.00 | 240.00 |
| 3/21/23 | DMS | B110 | Review emergent monthly report. | .10 | 800.00 | 80.00 |
| 3/21/23 | DMS | B110 | Review information from M3 on Interro issues. | .40 | 800.00 | 320.00 |

GENOVA BURNS LLC

April 12, 2023
Invoice No.:    491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 3/21/23 | DMS | B110 | Email with Aulet regarding Interro information for UCC. | .20 | 800.00 | 160.00 |
| 3/21/23 | DMS | B110 | Review November Interim report. | .20 | 800.00 | 160.00 |
| 3/21/23 | DWC | B110 | Rvw emails and proposed work order from debtor and proposed buyers to elementus for diligence related to auction of estate assets | .80 | 600.00 | 480.00 |
| 3/21/23 | DWC | B150 | Weekly meeting with committee on issues | 1.60 | 600.00 | 960.00 |
| 3/21/23 | DWC | B150 | Coordinate outreach to non committee creditors | .70 | 600.00 | 420.00 |
| 3/21/23 | DWC | B110 | Review and forward proof of service on subpoena to deloitte and grant thornton | .20 | 600.00 | 120.00 |
| 3/21/23 | LD | B160 | Update, finalize and file Genova Burns February fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 3/21/23 | SS | B110 | Drafting and sending email to creditors. | .40 | 275.00 | 110.00 |
| 3/21/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/21/23 | GSK | B110 | Review agenda for 3/23 hearing. | .10 | 600.00 | 60.00 |
| 3/21/23 | GSK | B110 | Review statements to amended MORs. | .20 | 600.00 | 120.00 |
| 3/21/23 | GSK | B320 | Review debtors' motion to extend exclusivity, etc. | .20 | 600.00 | 120.00 |
| 3/22/23 | DMS | B110 | Review Interro loan agreements. | .30 | 800.00 | 240.00 |
| 3/22/23 | DMS | B110 | Emails regarding exclusivity bridge order. | .20 | 800.00 | 160.00 |
| 3/22/23 | DMS | B110 | Review Okike and Bielski email regarding mutual fund. | .20 | 800.00 | 160.00 |
| 3/22/23 | DMS | B110 | Review Straffi notices of appearance. | .10 | 800.00 | 80.00 |
| 3/22/23 | DMS | B110 | Review CS February statement. | .20 | 800.00 | 160.00 |
| 3/22/23 | DMS | B110 | Email with Sponder regarding fee examiner. | .20 | 800.00 | 160.00 |
| 3/22/23 | DMS | B110 | Review Druk complaint. | .20 | 800.00 | 160.00 |
| 3/22/23 | DMS | B110 | Review preliminary report on Interco debts and calls with DWC and Aulet regarding same. | 1.20 | 800.00 | 960.00 |

**GENOVA BURNS LLC**

April 12, 2023
Invoice No.:   491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 3/22/23 | DMS | B110 | Review Motion to extend exclusivity and emails regarding same. | .70 | 800.00 | 560.00 |
| 3/22/23 | DMS | B110 | Send BR NJ cases on fiduciary duty. | .40 | 800.00 | 320.00 |
| 3/22/23 | DMS | B110 | Emails with Aulet and M3 regarding call to discuss Interco. | .30 | 800.00 | 240.00 |
| 3/22/23 | DMS | B110 | Review cash management Order and emails to BR and M3 regarding non-compliance. | .40 | 800.00 | 320.00 |
| 3/22/23 | DMS | B110 | Call with Aulet and M3 regarding Interco issues. | .90 | 800.00 | 720.00 |
| 3/22/23 | DMS | B110 | Review bridge Order and email with BR regarding same. | .30 | 800.00 | 240.00 |
| 3/22/23 | DMS | B110 | Call with M3 and UCC regarding financial issues and intercompany. | 1.00 | 800.00 | 800.00 |
| 3/22/23 | DMS | B110 | Email with Elizabeth regarding Interco. | .20 | 800.00 | 160.00 |
| 3/22/23 | DWC | B110 | Call with Ken A re creditor communications | .30 | 600.00 | 180.00 |
| 3/22/23 | DWC | B150 | Conf call with M3 regarding intercompany transfers | .70 | 600.00 | 420.00 |
| 3/22/23 | DWC | B110 | Rvw M3 and BRG work product re intercompany transfers | 2.10 | 600.00 | 1,260.00 |
| 3/22/23 | DWC | B150 | Rvw and respond multiple creditor communications | .30 | 600.00 | 180.00 |
| 3/22/23 | DWC | B110 | Emails with UST re hearings | .20 | 600.00 | 120.00 |
| 3/22/23 | SS | B110 | Updating creditor spreadsheet. | .20 | 275.00 | 55.00 |
| 3/22/23 | SS | B110 | Reviewing Committee website; Creating creditor response guidelines; Responding to all creditors. | 3.30 | 275.00 | 907.50 |
| 3/22/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/22/23 | GSK | B320 | Review signed bridge order extending exclusivity, etc. | .10 | 600.00 | 60.00 |
| 3/22/23 | GSK | B190 | Review BlockFi International's complaint against Druk Holding. | .50 | 600.00 | 300.00 |

**GENOVA BURNS LLC**

April 12, 2023
Invoice No.:    491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 3/22/23 | GSK | B120 | Review issues re intercompany loans, etc.; review various corresp re same; various corresp with DMS and DWC re same. | 1.00 | 600.00 | 600.00 |
| 3/22/23 | GSK | B110 | Review responses to various inquiries from individual BlockFi customers. | .20 | 600.00 | 120.00 |
| 3/23/23 | DMS | B110 | Emails regarding mining sale hearing. | .30 | 800.00 | 240.00 |
| 3/23/23 | DMS | B110 | Emails with Stark and Aulet regarding April 19th hearings. | .30 | 800.00 | 240.00 |
| 3/23/23 | DMS | B110 | Court hearings by Zoom. | 1.50 | 800.00 | 1,200.00 |
| 3/23/23 | DMS | B110 | Call with Stark regarding mapping project. | .30 | 800.00 | 240.00 |
| 3/23/23 | DMS | B110 | Call with Creditor Committee co-chair regarding mapping project. | .70 | 800.00 | 560.00 |
| 3/23/23 | DMS | B110 | Call with DWC regarding mapping project. | .30 | 800.00 | 240.00 |
| 3/23/23 | DMS | B110 | Calls with M3 and Aulet regarding mapping. | .70 | 800.00 | 560.00 |
| 3/23/23 | DMS | B110 | Email with M3 and Aulet regarding guidance and mapping project. | .40 | 800.00 | 320.00 |
| 3/23/23 | DWC | B110 | Review prior memos to clients; rvw declaration from debtor in support of first day; review and begin prep for intercompany memo to clients | 5.20 | 600.00 | 3,120.00 |
| 3/23/23 | DWC | B110 | Emails re creditor communications, emails with co counsel re haring, emails with co counsel re deloitte subpoena production | 1.10 | 600.00 | 660.00 |
| 3/23/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/23/23 | GSK | B110 | Review amended agenda for 3/23 hearing. | .10 | 600.00 | 60.00 |
| 3/23/23 | GSK | B185 | Review signed order extending debtors' deadline to assume/reject agreements and leases. | .10 | 600.00 | 60.00 |
| 3/23/23 | GSK | B130 | Review signed order approving sale of self-mining assets, etc. | .20 | 600.00 | 120.00 |

**GENOVA BURNS LLC**

April 12, 2023
Invoice No.:    491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|---------------------------------|-------|------|--------|
| 3/23/23 | GSK | B150 | Review various corresp from individual creditors; corresp with DWC re same. | .20 | 600.00 | 120.00 |
| 3/23/23 | GSK | B110 | Review articles re crypto issues and other crypto bankruptcies. | .20 | 600.00 | 120.00 |
| 3/24/23 | DMS | B110 | Review Axelrod memo on loan borrower rights and claims. | .50 | 800.00 | 400.00 |
| 3/24/23 | DMS | B110 | Emails with DWC and GSK regarding mapping memo. | .40 | 800.00 | 320.00 |
| 3/24/23 | DMS | B110 | Emails with Aulet regarding JPL's for Intl. | .30 | 800.00 | 240.00 |
| 3/24/23 | DMS | B110 | Emails with unsecured creditors committee regarding expenses. | .30 | 800.00 | 240.00 |
| 3/24/23 | DMS | B110 | Research regarding Bermuda JPLS. | .80 | 800.00 | 640.00 |
| 3/24/23 | DMS | B110 | Review M3 information requests to debtor. | .20 | 800.00 | 160.00 |
| 3/24/23 | DMS | B110 | Emails with Gillman regarding Van Kestern deposition. | .30 | 800.00 | 240.00 |
| 3/24/23 | DMS | B110 | Emails with DWC regarding creditor emails and replies. | .30 | 800.00 | 240.00 |
| 3/24/23 | SSR | B110 | Research regarding Olinla Star case. | .50 | 600.00 | 300.00 |
| 3/24/23 | SSR | B110 | Email from and to DMS regarding research. | .20 | 600.00 | 120.00 |
| 3/24/23 | DWC | B110 | Rvw memos from co counsel on Wallet, accounts, collateral, debtor first day declaration; rvw owens, submicron | 4.40 | 600.00 | 2,640.00 |
| 3/24/23 | DWC | B110 | Rvw service history for Deloitte; email deloitte GC and coordinate production | .30 | 600.00 | 180.00 |
| 3/24/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/24/23 | GSK | B110 | Review signed consent order further extending NJ Bureau of Securities deadline to file dischargeability complaint. | .10 | 600.00 | 60.00 |
| 3/24/23 | GSK | B110 | Review articles re crypto issues and other crypto bankruptcies. | .20 | 600.00 | 120.00 |
| 3/25/23 | DMS | B110 | Email with DWC regarding creditor replies. | .20 | 800.00 | 160.00 |

GENOVA BURNS LLC

April 12, 2023
Invoice No.:   491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 3/25/23 | DMS | B110 | Emails with DWC regarding continuing research on mapping. | .30 | 800.00 | 240.00 |
| 3/25/23 | DWC | B110 | Rvw in detail submicron and owens; related cases re sub con, equi sub, reclassification | 2.90 | 600.00 | 1,740.00 |
| 3/25/23 | GSK | B120 | Review corresp from DWC re preliminary analysis re intercompany loans, etc.; corresp with DWC and DMS re same. | .10 | 600.00 | 60.00 |
| 3/26/23 | DMS | B110 | Numerous emails regarding debtor failure to provide mapping information and options. | .60 | 800.00 | 480.00 |
| 3/26/23 | DWC | B110 | Review several assumption and assignment agreements between multiple debtors; internal debtor memos and policy documents | 3.80 | 600.00 | 2,280.00 |
| 3/26/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/26/23 | GSK | B120 | Review intercompany loans and related issues. | .50 | 600.00 | 300.00 |
| 3/26/23 | GSK | B320 | Review and preliminary research re substantive consolidation issues. | 2.00 | 600.00 | 1,200.00 |
| 3/27/23 | DMS | B110 | Emails with Cohen regarding unsecured creditor committee expenses. | .30 | 800.00 | 240.00 |
| 3/27/23 | DMS | B110 | Emails with Gillman and accounting firms regarding discovery. | .30 | 800.00 | 240.00 |
| 3/27/23 | DMS | B110 | Email with DWC and GSK regarding mapping. | .20 | 800.00 | 160.00 |
| 3/27/23 | DMS | B110 | Review emails regarding Webster Bank. | .20 | 800.00 | 160.00 |
| 3/27/23 | DMS | B110 | Review retain borrower email and email with DWC regarding same. | .30 | 800.00 | 240.00 |
| 3/27/23 | DMS | B110 | Memo to Stark et al regarding mapping project. | .30 | 800.00 | 240.00 |
| 3/27/23 | DMS | B110 | Email with Cohen regarding unsecured creditor committee member expenses. | .30 | 800.00 | 240.00 |
| 3/27/23 | DMS | B110 | Emails with retain borrower claims. | .50 | 800.00 | 400.00 |

**GENOVA BURNS LLC**

April 12, 2023
Invoice No.:    491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 3/27/23 | DMS | B110 | Review Axelrod memo on loan claims and respond. | .70 | 800.00 | 560.00 |
| 3/27/23 | DMS | B110 | Call with Javes regarding expenses. | .20 | 800.00 | 160.00 |
| 3/27/23 | DMS | B110 | Call with GSK and DWC regarding mapping project. | .50 | 800.00 | 400.00 |
| 3/27/23 | DMS | B110 | Emails with Gillman regarding discovery. | .60 | 800.00 | 480.00 |
| 3/27/23 | DMS | B110 | Emails with BR and LD regarding Vankesteren subpoena. | .40 | 800.00 | 320.00 |
| 3/27/23 | DWC | B110 | Call with GK and DMS re mapping issue info deficiencies | .70 | 600.00 | 420.00 |
| 3/27/23 | DWC | B110 | Multiple emails with M3 re coordinating information flow from debtor | .40 | 600.00 | 240.00 |
| 3/27/23 | DWC | B110 | Revise and finalize draft subpoenas for KESTEREN | .70 | 600.00 | 420.00 |
| 3/27/23 | DWC | B110 | Email from and to M3 re debtor link to information on mapping | .20 | 600.00 | 120.00 |
| 3/27/23 | DWC | B110 | Rvw moxo messages | .70 | 600.00 | 420.00 |
| 3/27/23 | DWC | B110 | Rvw and confirm communications from creditor | .40 | 600.00 | 240.00 |
| 3/27/23 | DWC | B110 | Emails with M&E re outside creditor communications | .40 | 600.00 | 240.00 |
| 3/27/23 | LD | B160 | Email with Brown Rudnick and DMS regarding payment of monthly fee statements. | .20 | 250.00 | 50.00 |
| 3/27/23 | SS | B110 | Updating calendars with upcoming deadlines. | .10 | 275.00 | 27.50 |
| 3/27/23 | SS | B110 | Updating creditor spreadsheet | .20 | 275.00 | 55.00 |
| 3/27/23 | GSK | B120 | Review various corresp re intercompany loans, etc.; various corresp with DMS and DWC re same. | .20 | 600.00 | 120.00 |
| 3/27/23 | GSK | B120 | Conf call with DMS and DWC re intercompany loans and related issues. | .70 | 600.00 | 420.00 |
| 3/27/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/27/23 | GSK | B320 | Research re substantive consolidation issues. | 3.50 | 600.00 | 2,100.00 |

**GENOVA BURNS LLC**

April 12, 2023
Invoice No.:    491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 3/27/23 | GSK | B110 | Review articles re crypto issues and other crypto bankruptcies. | .20 | 600.00 | 120.00 |
| 3/28/23 | DMS | B110 | Emails with BR and M3 regarding mapping project. | .50 | 800.00 | 400.00 |
| 3/28/23 | DMS | B110 | Review M3 and BRG information on Interco transactions. | 1.10 | 800.00 | 880.00 |
| 3/28/23 | DMS | B110 | Conference call with BR and M3 regarding Interco and other issues. | 1.00 | 800.00 | 800.00 |
| 3/28/23 | DMS | B110 | Review US Trustee and debtor emails regarding banks. | .30 | 800.00 | 240.00 |
| 3/28/23 | DMS | B110 | Committee Meeting. | 1.80 | 800.00 | 1,440.00 |
| 3/28/23 | DMS | B110 | Email with BR regarding advice to creditors on claims. | .50 | 800.00 | 400.00 |
| 3/28/23 | DMS | B110 | Emails with DWC and GSK regarding research on subordination and consolidation. | .30 | 800.00 | 240.00 |
| 3/28/23 | DMS | B110 | Email with Vankestren discovery. | .20 | 800.00 | 160.00 |
| 3/28/23 | DMS | B110 | Review ad hoc letter to Court and emails regarding same. | .30 | 800.00 | 240.00 |
| 3/28/23 | DMS | B110 | Review GT document production. | .50 | 800.00 | 400.00 |
| 3/28/23 | DMS | B110 | Emails with BR regarding setoff. | .30 | 800.00 | 240.00 |
| 3/28/23 | DWC | B110 | Zoom with deloitte and co counsel on subpoena | .50 | 600.00 | 300.00 |
| 3/28/23 | DWC | B110 | Weekly committee meeting | 1.50 | 600.00 | 900.00 |
| 3/28/23 | DWC | B110 | Coordinate research issues for mapping project | .70 | 600.00 | 420.00 |
| 3/28/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/28/23 | GSK | B110 | Review letter from ad hoc committee of collateralized loan holders to Judge Kaplan. | .20 | 600.00 | 120.00 |
| 3/28/23 | GSK | B120 | Corresp with DWC re research issues. | .10 | 600.00 | 60.00 |
| 3/28/23 | GSK | B120 | Research recharacterization and equitable subordination issues. | 6.50 | 600.00 | 3,900.00 |

GENOVA BURNS LLC

April 12, 2023
Invoice No.:    491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 3/28/23 | GSK | B110 | Review various articles re FTX and other crypto cases. | .20 | 600.00 | 120.00 |
| 3/28/23 | GSK | B110 | Review articles re crypto issues and other crypto bankruptcies. | .20 | 600.00 | 120.00 |
| 3/29/23 | DMS | B110 | Call with Javes (UCC) regarding loan claims. | .30 | 800.00 | 240.00 |
| 3/29/23 | DMS | B110 | Emails with SEC counsel regarding call. | .20 | 800.00 | 160.00 |
| 3/29/23 | DMS | B110 | Review schedules and other financial information regarding assets and liabilities of lending. | 1.20 | 800.00 | 960.00 |
| 3/29/23 | DMS | B110 | Emails with M3 and Brown Rudnick regarding lending financials. | .70 | 800.00 | 560.00 |
| 3/29/23 | DMS | B110 | Email with SEC regarding call. | .20 | 800.00 | 160.00 |
| 3/29/23 | DMS | B110 | Emails regarding UCC expenses. | .20 | 800.00 | 160.00 |
| 3/29/23 | DMS | B110 | Review transcript of 3/23 and send to UCC. | .30 | 800.00 | 240.00 |
| 3/29/23 | DMS | B160 | Review and file Brown Rudnick February bill. | .30 | 800.00 | 240.00 |
| 3/29/23 | DMS | B110 | Emails with K. Aulet and M3 regarding mapping. | .30 | 800.00 | 240.00 |
| 3/29/23 | DWC | B110 | Begin drafting mapping memo | 3.40 | 600.00 | 2,040.00 |
| 3/29/23 | DWC | B110 | Emails with BR, GB, and M3 re types of client product offerings and associated debtor entity | .40 | 600.00 | 240.00 |
| 3/29/23 | LD | B160 | Prepare and file certification of no objection regarding Genova Burns' January fee statement. | .50 | 250.00 | 125.00 |
| 3/29/23 | LD | B160 | Prepare and file certification of no objection regarding Brown Rudnick January fee statement. | .50 | 250.00 | 125.00 |
| 3/29/23 | LD | B110 | Review and add receipts for member expenses CG. | .40 | 250.00 | 100.00 |
| 3/29/23 | LD | B160 | File and arrange for service of Brown Rudnick February fee statement. | .50 | 250.00 | 125.00 |
| 3/29/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/29/23 | GSK | B130 | Review debtors' motion to sell institutional loans, etc. | .50 | 600.00 | 300.00 |

GENOVA BURNS LLC

April 12, 2023
Invoice No.:    491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 3/29/23 | GSK | B120 | Review research re recharacterization and equitable subordination issues; further research re same; corresp with DMS and DWC re same. | 5.00 | 600.00 | 3,000.00 |
| 3/29/23 | GSK | B110 | Review articles re crypto issues and other crypto bankruptcies. | .20 | 600.00 | 120.00 |
| 3/29/23 | GSK | B120 | Corresp with DWC re research issues. | .10 | 600.00 | 60.00 |
| 3/30/23 | DMS | B110 | Review Binance article and send to UCC. | .40 | 800.00 | 320.00 |
| 3/30/23 | DMS | B110 | Review sale motion and request unredacted version from Yudkin. | .30 | 800.00 | 240.00 |
| 3/30/23 | DMS | B110 | Research on substantive consolidation and subordination. | 1.00 | 800.00 | 800.00 |
| 3/30/23 | DMS | B110 | Emails with Court and US Trustee regarding dismissal order. | .40 | 800.00 | 320.00 |
| 3/30/23 | DMS | B110 | Email with UCC member regarding stay. | .20 | 800.00 | 160.00 |
| 3/30/23 | DMS | B110 | Calls and emails with Brown Rudnick, M3 and DWC regarding mapping project. | 1.10 | 800.00 | 880.00 |
| 3/30/23 | DMS | B110 | Call with R. Starke regarding mapping. | .20 | 800.00 | 160.00 |
| 3/30/23 | DMS | B110 | Calls and emails with DWC and GSK regarding mapping project. | .40 | 800.00 | 320.00 |
| 3/30/23 | LD | B110 | Review and total members' receipts for submission for reimbursement. | 1.00 | 250.00 | 250.00 |
| 3/30/23 | SS | B110 | Updating calendars. | .10 | 275.00 | 27.50 |
| 3/30/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/30/23 | GSK | B130 | Review certification in support of debtors' motion to sell institutional loans, etc. | .10 | 600.00 | 60.00 |
| 3/30/23 | GSK | B120 | Further research re recharacterization and equitable subordination issues; corresp with DMS and DWC re same. | 4.00 | 600.00 | 2,400.00 |

**GENOVA BURNS LLC**

April 12, 2023
Invoice No.:   491929

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 3/30/23 | GSK | B110 | Review articles re crypto issues and other crypto bankruptcies. | .20 | 600.00 | 120.00 |
| 3/30/23 | GSK | B120 | Corresp with DWC re research issues. | .10 | 600.00 | 60.00 |
| 3/31/23 | DMS | B110 | Review emails forwarded by Court and route replies. | .50 | 800.00 | 400.00 |
| 3/31/23 | DMS | B110 | Call with DWC regarding replies to Intl and Lending creditors. | .30 | 800.00 | 240.00 |
| 3/31/23 | DMS | B110 | Call with SEC counsel and BR. | .50 | 800.00 | 400.00 |
| 3/31/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 3/31/23 | GSK | B110 | Review Debtors' response to letter from ad hoc committee of collateralized loan holders to Judge Kaplan. | .20 | 600.00 | 120.00 |
| 3/31/23 | GSK | B120 | Corresp with DWC re research issues. | .10 | 600.00 | 60.00 |
| 3/31/23 | GSK | B110 | Review articles re crypto issues and other crypto bankruptcies. | .20 | 600.00 | 120.00 |
| 3/31/23 | GSK | B110 | Review corresp from Chambers re communications from individual BlockFi customers. | .10 | 600.00 | 60.00 |

### TOTAL PROFESSIONAL SERVICES $ 145,165.00

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| Celia S. Bosco | Counsel | .10 | 600.00 | 60.00 |
| Daniel M Stolz | Partner | 94.30 | 800.00 | 75,440.00 |
| Scott S Rever | Counsel | 4.70 | 600.00 | 2,820.00 |
| Donald W. Clarke | Partner | 58.60 | 600.00 | 35,160.00 |
| Lorrie Denson | Paralegal | 11.20 | 250.00 | 2,800.00 |
| Sydney Schubert | Junior Associate | 8.60 | 275.00 | 2,365.00 |
| Gregory S. Kinoian | Counsel | 3.20 | 300.00 | 960.00 |
| Gregory S. Kinoian | Counsel | 42.60 | 600.00 | 25,560.00 |
| **TOTALS** | | **223.30** | | **$ 145,165.00** |