**EXHIBIT "B"**

GENOVA BURNS LLC

April 12, 2023
Invoice No.:    491929

**DISBURSEMENTS**

| | Description | Amount |
|---|---|---:|
| 2/01/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 847980490 | 3.04 |
| 2/22/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 847980490 | 80.40 |
| 3/07/23 | Photocopies .30 cents x 39  copies = $ 11.70. | 11.70 |
| 3/07/23 | Postage Expense 1 @ $1.74; 1 @ $9.24 | 10.98 |
| 3/07/23 | UPS Delivery - UPS Delivery, Unishippers NJN, 1020461128 (Deloitte LLP,) | 28.59 |
| 3/13/23 | Mileage (H) Attend hearing at USBC, Trenton, NJ. Round Trip Fair Lawn, NJ to Trenton, NJ | 102.18 |
| 3/13/23 | Parking Attend hearing at USBC, Trenton, NJ Parking | 12.00 |
| 3/13/23 | Travel Expense Attend hearing at USBC, Trenton, NJ Tolls | 17.84 |
| 3/14/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-00456 - Fee for 1 Copy of 29 pages Federal Court Daily on 3/13/23, Court: U.S. Bankruptch Court, Trenton, NJ (22-19361). | 34.80 |
| 3/14/23 | Subpoena Service, Guaranteed Subpoena Service, Inc., 20230228154216 - Dkt. 22 19361 MBK, fee for subpoena service, Entity Served: Grant Thornton, LLP, Served With: Letter, Subpoena for Rule 2004 Examination, Schedule A. Request for Product. | 205.00 |
| 3/20/23 | Subpoena Service, Guaranteed Subpoena Service, Inc., 20230306165651 - Dkt. 22 19361 MBK, fee for subpoena service, Entity Served: Deloitte, LLP. Served With: Subpoena for Rule 2004 Examination, Schedule A, Request for Production. | 200.00 |
| 3/29/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-00580 - Fee for 1 Copy of 52 Pages Federal Court Daily on 3/23/23, Court: U.S. Bankruptcy Court, Trenton NJ  (22-19361) | 62.40 |
| | **TOTAL DISBURSEMENTS** | **$ 768.93** |