# Exhibit "B"

**Case No: 22-19361**
**Case Name: BlockFi Inc.**
**M3 Advisory Partners, LP**
**Fee Application Period: January 1 2023 - January 31 2023**

### Summary of Expenses by Category

| Description | Total |
|---|---|
| Taxi/Car Service | $344.05 |
| Train | $150.00 |
| Parking | $12.00 |
| Mileage | $45.71 |
| Hotels | $148.09 |
| Business Meals | $430.32 |
| Miscellaneous | $400.00 |
| Conference calls | $131.90 |
| **Total (a)** | **$1,662.07** |

**Note:** (a) Total amounts are based on M3's expense reporting system as of the date of this Monthly Report and may not be reflective of all expenses incurred during the Reporting Period. As such, future monthly reports may include expenses incurred during the Reporting Period.

| Date | Amount | Category | Payer | Notes |
|---|---|---|---|---|
| 1/4/2023 | $ 24.72 | Taxi/Car Service | Seth Herman | Late night car home from office |
| 1/5/2023 | $ 32.13 | Taxi/Car Service | Matthew Manning | Car to train station to attend meeting |
| 1/5/2023 | $ 44.35 | Taxi/Car Service | William Foster | Late night car home from office |
| 1/6/2023 | $ 150.00 | Train | Matthew Manning | Roundtrip train to attend meeting |
| 1/6/2023 | $ 148.09 | Hotels | Matthew Manning | One night hotel to attend meeting |
| 1/6/2023 | $ 31.90 | Taxi/Car Service | Matthew Manning | Taxi from meeting to train station |
| 1/6/2023 | $ 34.52 | Taxi/Car Service | Matthew Manning | Car from train station following meeting |
| 1/6/2023 | $ 30.00 | Business Meals | William Foster | Business Meals: Local Working Dinner |
| 1/7/2023 | $ 400.00 | Miscellaneous | William Foster | Dataroom services |
| 1/7/2023 | $ 29.83 | Business Meals | William Foster | Business Meals: Local Working Dinner |
| 1/9/2023 | $ 30.00 | Business Meals | William Foster | Business Meals: Local Working Dinner |
| 1/10/2023 | $ 30.00 | Business Meals | William Foster | Business Meals: Local Working Dinner |
| 1/10/2023 | $ 41.58 | Taxi/Car Service | William Foster | Late night car home from office |
| 1/10/2023 | $ 20.58 | Business Meals | Brennan Lytle | Business Meals: Local Working Dinner |
| 1/10/2023 | $ 14.14 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |

| Date | Amount | Category | Payer | Notes |
|---|---|---|---|---|
| 1/11/2023 | $ 30.00 | Business Meals | William Foster | Business Meals: Local Working Dinner |
| 1/11/2023 | $ 41.66 | Taxi/Car Service | William Foster | Late night car home from office |
| 1/11/2023 | $ 19.03 | Taxi/Car Service | Brennan Lytle | Late night car home from office |
| 1/11/2023 | $ 15.34 | Taxi/Car Service | Brennan Lytle | Late night car home from office |
| 1/11/2023 | $ 29.21 | Business Meals | Brennan Lytle | Business Meals: Local Working Dinner |
| 1/11/2023 | $ 19.56 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 1/12/2023 | $ 30.00 | Business Meals | William Foster | Business Meals: Local Working Dinner |
| 1/12/2023 | $ 41.85 | Taxi/Car Service | William Foster | Late night car home from office |
| 1/12/2023 | $ 16.97 | Taxi/Car Service | Brennan Lytle | Late night car home from office |
| 1/17/2023 | $ 45.71 | Mileage | Seth Herman | Travel to court hearing |
| 1/17/2023 | $ 12.00 | Parking | Seth Herman | Parking at court hearing |
| 1/19/2023 | $ 28.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 1/20/2023 | $ 33.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 1/22/2023 | $ 28.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 1/24/2023 | $ 26.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 1/29/2023 | $ 25.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 1/30/2023 | $ 27.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 1/31/2023 | $ 131.90 | Conference calls | M3 Team | Conference call system |

**Total**    **$1,662.07**