| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Scott L. Fleischer<br>NJ State Bar No. 089802014<br>BARCLAY DAMON LLP<br>1270 Avenue of the Americas, Suite 501<br>New York, New York 10020<br>Telephone: (212) 784-5810<br>Facsimile: (212) 784-5799<br>Email: sfleischer@barclaydamon.com<br><br>Larry A. Levick<br>TX State Bar No. 12252600<br>SINGER & LEVICK, P.C.<br>16200 Addison Road, Suite 140<br>Addison, Texas 75001<br>Telephone: (972) 380-5533<br>Facsimile: (972) 380-5748<br>Email: levick@singerlevick.com<br><br>*Counsel for Rui Pedro Vaz dos Santos Teixeira* | |
| In Re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Case No.: 22-19361 (MBK)<br><br>Chapter: 11<br><br>Jointly Administered<br><br>Judge: Michael B. Kaplan |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE**, that the undersigned appears as counsel for Rui Pedro Vaz dos Santos Teixeira (the "Creditor") in the above captioned case.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (99370; BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

Pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. Rules 2002 and 9010, the undersigned hereby demands that notice of all matters herein be served upon:

| | |
|---|---|
| Larry A. Levick | Scott L. Fleischer |
| SINGER & LEVICK, P.C. | BARCLAY DAMON LLP |
| 16200 Addison Road, Suite 140 | 1270 Avenue of the Americas, Suite 501 |
| Addison, Texas 75001 | New York, New York 10020 |
| Telephone: (972) 380-5533 | Telephone: (212) 784-5810 |
| Facsimile: (972) 380-5748 | Facsimile: (212) 784-5799 |
| Email: levick@singerlevick.com | Email: sfleischer@barclaydamon.com |

**PLEASE TAKE FURTHER NOTICE** that demand is also hereby made for service of copies of all papers, notices, reports, pleadings, motions, applications, disclosure statements, plans, and answering or reply papers in this case and in all contested matters.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby demands that the name and addresses set forth above be added to any service list in this case.

This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of rights of Creditor to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court withdraw the reference in any matters subject to such withdrawal, or (iv) any other rights, claims, setoffs, or recoupments to which it may be entitled, which it expressly reserves.

Dated: April 19, 2023
New York, New York

**BARCLAY DAMON LLP**

By: */s/Scott L. Fleischer*
Scott L. Fleischer, Esq.
1270 Avenue of the Americas, Suite 501
New York, New York 10020
Telephone: (212) 784-5810
Facsimile: (212) 784-5799
Email: sfleischer@barclaydamon.com

and

Larry A. Levick
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001
Telephone:  (972) 380-5533
Facsimile:  (972) 380-5748
Email:  levick@singerlevick.com

*Counsel for Rui Pedro Vaz dos Santos Teixeira*

**CERTIFICATE OF SERVICE**

      I certify that on April 19, 2023 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the District of New Jersey.

                                              */s/Scott L. Fleischer*
                                              Scott L. Fleischer