| |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Scott L. Fleischer<br>NJ State Bar No. 089802014<br>BARCLAY DAMON LLP<br>1270 Avenue of the Americas, Suite 501<br>New York, New York 10020<br>Telephone:  (212) 784-5810<br>Facsimile:  (212) 784-5799<br>Email:  sfleischer@barclaydamon.com<br><br>Larry A. Levick<br>TX State Bar No. 12252600<br>SINGER & LEVICK, P.C.<br>16200 Addison Road, Suite 140<br>Addison, Texas 75001<br>Telephone:  (972) 380-5533<br>Facsimile:  (972) 380-5748<br>Email: levick@singerlevick.com<br><br>*Counsel for Rui Pedro Vaz dos Santos Teixeira* | |
| In Re:<br><br>BLOCKFI INC., *et al.*,<br><br>       Debtors.[1] | Case No.:  22-19361 (MBK)<br><br>Chapter:   11<br><br>Jointly Administered<br><br>Judge:    Michael B. Kaplan |

**APPLICATION FOR AN ORDER FOR**
**<u>ADMISSION *PRO HAC VICE* OF LARRY A. LEVICK</u>**

  Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey, the undersigned counsel hereby seeks entry of an order

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (99370; BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1

granting the admission *pro hac vice* of Larry A. Levick of the law firm of Singer & Levick, P.C. to represent Rui Pedro Vaz dos Santos Teixeira in the above captioned Chapter 11 case. In support of this application, counsel submits the attached Certification of Larry A. Levick and requests that the proposed form or order submitted herewith be entered. Counsel certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

Dated: April 19, 2023          /s/Scott L. Fleischer
                               Scott L. Fleischer
                               BARCLAY DAMON LLP
                               1270 Avenue of the Americas, Suite 501
                               New York, New York 10020
                               Telephone: (212) 784-5810
                               Facsimile: (212) 784-5799
                               Email: sfleischer@barclaydamon.com

                               *Counsel to Rui Pedro Vaz dos Santos Teixeira*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Scott L. Fleischer<br>NJ State Bar No. 089802014<br>BARCLAY DAMON LLP<br>1270 Avenue of the Americas, Suite 501<br>New York, New York 10020<br>Telephone: (212) 784-5810<br>Facsimile: (212) 784-5799<br>Email: sfleischer@barclaydamon.com<br><br>Larry A. Levick<br>TX State Bar No. 12252600<br>SINGER & LEVICK, P.C.<br>16200 Addison Road, Suite 140<br>Addison, Texas 75001<br>Telephone: (972) 380-5533<br>Facsimile: (972) 380-5748<br>Email: levick@singerlevick.com<br><br>*Counsel for Rui Pedro Vaz dos Santos Teixeira* | |
| In Re:<br><br>BLOCKFI INC., *et al.*,<br><br>        Debtors.[1] | Case No.:  22-19361 (MBK)<br><br>Chapter:   11<br><br>Jointly Administered<br><br>Judge:    Michael B. Kaplan |

**CERTIFICATION OF LARRY A. LEVICK IN SUPPORT OF
<u>APPLICATION FOR ADMISSION *PRO HAC VICE*</u>**

  I, Larry A. Levick, hereby certify pursuant to 28 U.S.C. § 1746 as follows:

  1.  I am an attorney with the law firm of Singer & Levick, P.C., counsel to Rui Pedro

Vaz dos Santos Teixeira. My office is located at 16200 Addison Road, Suite 140, Addison,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (99370; BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

3

Texas 75001.  I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Rule 9010-1.

2. I was admitted to practice law in the State of Texas in 1986.  I am admitted to practice before the following courts:

- U.S. District Courts for the Eastern, Northern, and Southern Districts of Texas
- U.S. Bankruptcy Courts for the Eastern, Northern, Southern, and Western Districts of Texas
- U.S. Court of Appeals, Fifth Circuit

3. I am a member in good standing of all of the Bars in the jurisdictions in which I am admitted.

4. No disciplinary proceedings are pending against me in any jurisdiction.  No discipline has previously been imposed on me in any jurisdiction.  I have never been suspended or disbarred from practice.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules.  I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

7. Scott L. Fleischer is duly licensed to practice law in the United States District Court, District of New Jersey.  Mr. Fleischer filed with the Court in the captioned case a Notice of Appearance pursuant to D.N.J. LBR 9010-1(b)(3) on April 18, 2023 [Docket No. 749].

8. All notices, orders, and pleadings may be served on Mr. Fleischer, who will promptly notify me of their receipt.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge, information, and belief.

Dated:   April 19, 2023

      _/s/Larry A. Levick_
Larry A. Levick (TX State Bar No. 12252600)
SINGER & LEVICK, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001
Telephone:  (972) 380-5533
Facsimile:  (972) 380-5748
Email:  levick@singerlevick.com

*Counsel for Rui Pedro Vaz dos Santos Teixeira*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Scott L. Fleischer<br>NJ State Bar No. 089802014<br>BARCLAY DAMON LLP<br>1270 Avenue of the Americas, Suite 501<br>New York, New York 10020<br>Telephone: (212) 784-5810<br>Facsimile: (212) 784-5799<br>Email: sfleischer@barclaydamon.com<br><br>Larry A. Levick<br>TX State Bar No. 12252600<br>SINGER & LEVICK, P.C.<br>16200 Addison Road, Suite 140<br>Addison, Texas 75001<br>Telephone: (972) 380-5533<br>Facsimile: (972) 380-5748<br>Email: levick@singerlevick.com<br><br>*Counsel for Rui Pedro Vaz dos Santos Teixeira* | |
| In Re:<br><br>BLOCKFI INC., *et al.*,<br><br>                              Debtors.[1] | Case No.:      22-19361 (MBK)<br><br>Chapter:       11<br><br>Jointly Administered<br><br>Judge:         Michael B. Kaplan |

**ORDER FOR ADMISSION PRO HAC VICE**

The relief set forth on the following page is **ORDERED**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (99370; BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L. Civ. R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that _____LARRY A. LEVICK_____ be permitted to appear pro hac vice; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further  ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

*rev. 8/1/15*