**EXHIBIT "A"**



## Professional Hours Tracker - January 2023

**Prepared for**: Chapter 11 Cases of BlockFi
**Date Prepared**: 31 January 2023

### Hours Summary

| Name | Role | Rate | Data Analysis | Meeting of Creditors | Case Administration | Total (hrs) | Cost |
|---|---|---|---|---|---|---|---|
| Max Galka | Chief Data Scientist, CEO | $1,000 | 0.00 | 20.50 | 16.05 | 36.55 | $ 36,550 |
| Matt Lam | Senior Data Scientist | $900 | 0.00 | 0.00 | 2.50 | 2.50 | $ 2,250 |
| Alexander Mologoko | Senior Blockchain Expert | $900 | 91.50 | 14.45 | 15.90 | 121.85 | $ 109,665 |
| Matt Austin | Vice President | $800 | 0.00 | 0.00 | 15.25 | 15.25 | $ 12,200 |
| Bryan Young | Vice President | $800 | 2.00 | 19.85 | 29.75 | 51.60 | $ 41,280 |
| Nicholas Shaker | Project Manager | $600 | 0.00 | 7.20 | 6.80 | 14.00 | $ 8,400 |
| Robert MacKinnon | Project Manager | $600 | 7.20 | 17.35 | 32.25 | 56.80 | $ 34,080 |
| **Labor Totals** | | | **100.70** | **79.35** | **118.50** | **298.55** | **$ 244,425** |

### Other Expenses

| Description | Date | Cost |
|---|---|---|
| Pulse Investigative Annual License x5 | | $ 75,000.00 |
| Amazon Web Services Costs | | $ 24,350.24 |
| Google Cloud Platform | | $ 6,747.09 |
| Google Voice | | $ 54.88 |
| Asana - Project Management | | $ 414.95 |
| Cambridge Intelligence - Software License | | $ 26,293.32 |
| Miro flowchart licenses | | $ 898.73 |
| Atlassian - Project Management | | $ 173.80 |
| Microsoft 365 Subscriptions | | $ 34.02 |
| **Other Expenses Totals** | | **$ 133,967.03** |
| **January 2022 Grand Total** | | **$ 378,392.03** |

| Employee Name | Role |
|---|---|
| Max Galka | Chief Data Scientist, CEO |

### Summary

| Categories | Hours |
|---|---|
| Data Analysis | 0.00 |
| Meeting of Creditors | 20.50 |
| Case Administration | 16.05 |
| **Total** | **36.55** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 1/5/2023 | Thursday | 1.5 | UCC Committee Meeting / Kick-Off Call w/ UCC + All Professionals | Meeting of Creditors |
| 1/6/2023 | Friday | 0.5 | Internal Call with B. Young re Consolidation and Redaction Motion | Case Administration |
| 1/6/2023 | Friday | 6 | Kick-Off Meeting with UCC, UCC Professionals and Kirkland & Ellis | Meeting of Creditors |
| 1/6/2023 | Friday | 1.7 | UCC and UCC Professionals Onboarding Meeting at Brown Rudnick Offices | Meeting of Creditors |
| 1/7/2023 | Saturday | 4 | Preparation of Galka Declaration Consolidation and Redaction Motion for Brown Rudnick | Case Administration |
| 1/9/2023 | Monday | 0.6 | Meeting with BlockFi personnel for Q+A on company asset structures w/ R. MacKinnon, A. Mologoko, and N. Shaker | Case Administration |
| 1/11/2023 | Wednesday | 0.5 | Internal meeting w/ R. MacKinnon, A. Mologoko, N. Shaker for BlockFi Coin + Wallet Management and intial investigation development | Case Administration |
| 1/11/2023 | Wednesday | 1 | Meeting wih UCC Professionals and Company + Debtor Professionals to Discuss Outstanding Initial Dilligence Items | Meeting of Creditors |
| 1/13/2023 | Friday | 1 | Internal Team Meeting w/ R. MacKinnon, M. Lam, A. Mologoko for Investigation Updates | Case Administration |
| 1/13/2023 | Friday | 3 | Meeting with UCC Professionals for Testimony Preparation | Meeting of Creditors |
| 1/13/2023 | Friday | 0.5 | Weekly investigation sync with Brown Rudnick Investigative Team and M3 | Case Administration |
| 1/17/2023 | Tuesday | 1.2 | Weekly UCC Update Dilligence and Key Items sync with Professionals + Committee | Meeting of Creditors |
| 1/18/2023 | Wednesday | 0.6 | Call with S. Herman at M3 and M/ Canale, M.. Renzi at BRG re dilligence requests | Case Administration |
| 1/18/2023 | Wednesday | 0.5 | Daily M3 Diligence Call w/ M. Manning to discuss ongoing workstreams | Case Administration |
| 1/18/2023 | Wednesday | 0.5 | Internal meeting w/ R. MacKinnon, A. Mologoko, N. Shaker, and B. Young to discuss investigation development | Case Administration |
| 1/18/2023 | Wednesday | 0.5 | Internal Team Meeting w/ R. MacKinnon, M. Lam, A. Mologoko, N. Shaker, M. Austin, and B. Young to align on Investigation Updates | Case Administration |
| 1/19/2023 | Thursday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 1/19/2023 | Thursday | 0.5 | Internal meeting w/ M. Galka and R. MacKinnon to discuss investigation updates | Case Administration |
| 1/21/2023 | Saturday | 0.6 | Meeting with M. Megshi, M. Manning, K. Ehrler at M3 re Wallet Balance and Transaction Data | Case Administration |
| 1/21/2023 | Saturday | 1 | UCC All Professionals Call to discuss Key Dilligence Items + Prioritize Request list for M3 + Brown Rudnick | Meeting of Creditors |
| 1/23/2023 | Monday | 0.5 | Internal Meeting w/ R. MacKinnon to discuss Investigation Priorities | Case Administration |
| 1/23/2023 | Monday | 0.5 | Internal Team Meeting w/ R. MacKinnon, M. Lam, A. Mologoko, N. Shaker, and M. Austin to discuss investigation updates | Case Administration |
| 1/24/2023 | Tuesday | 1.25 | BlockFi - UCC Committee/Debtor Meeting to discuss investigation progress | Meeting of Creditors |
| 1/24/2023 | Tuesday | 0.5 | Daily M3 Dilligence Call with M. Manning et al re workstreams | Case Administration |
| 1/24/2023 | Tuesday | 1.75 | Weekly UCC Update Meeting with Professionals + Committee to review and update workstreams | Meeting of Creditors |
| 1/25/2023 | Wednesday | 0.5 | Internal meeting w/ M. Lam and A. Mologoko to align on investigation developments | Case Administration |
| 1/25/2023 | Wednesday | 0.5 | Internal meeting w/ R. MacKinnon, A. Mologoko, M. Austin, and B. Young to discuss investigation updates | Case Administration |
| 1/25/2023 | Wednesday | 1 | Meeting w/ UCC Professionals to discuss investigation updates | Case Administration |
| 1/27/2023 | Friday | 0.5 | Meeting with P. Gillman et al at Brown Rudnick re Investigative workstreams | Case Administration |
| 1/30/2023 | Monday | 0.25 | Daily M3 Dilligence Call with M. Manning et al re workstreams | Case Administration |
| 1/31/2023 | Tuesday | 0.5 | Coin Secutiry Dilligence Call w/ Fireblocks, BlockFi, BRG | Case Administration |
| 1/31/2023 | Tuesday | 0.5 | Meeting w/ M3 and Brown Rudnick to discuss Investigation | Case Administration |
| 1/31/2023 | Tuesday | 2.1 | Weekly UCC Update Meeting with Professionals + Committee to review and update workstreams | Meeting of Creditors |

| Employee Name | Role |
|---|---|
| Matt Lam | Senior Data Scientist |

### Summary

| Categories | Hours |
|---|---|
| Data Analysis | 0.0 |
| Meeting of Creditors | 0.0 |
| Case Administration | 2.5 |
| **Total** | **2.5** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 1/13/2023 | Friday | 1 | Internal Team Meeting w/ M. Galka, R. MacKinnon, A. Mologoko for Investigation Updates | Case Administration |
| 1/18/2023 | Wednesday | 0.5 | Internal Team Meeting w/ M. Galka, R. MacKinnon A. Mologoko, N. Shaker, M. Austin, and B. Young to align on Investigation Updates | Case Administration |
| 1/23/2023 | Monday | 0.5 | Internal Team Meeting w/ M. Galka, R. MacKinnon, A. Mologoko, N. Shaker, and M. Austin to discuss investigation updates | Case Administration |
| 1/25/2023 | Wednesday | 0.5 | Internal meeting w/ M. Galka and A. Mologoko to align on investigation developments | Case Administration |

| Employee Name | Role |
|---|---|
| Robert MacKinnon | Project Manager |

### Summary

| Categories | Hours |
|---|---|
| Data Analysis | 7.20 |
| Meeting of Creditors | 17.35 |
| Case Administration | 32.25 |
| **Total** | **56.80** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 1/6/2023 | Friday | 0.5 | Internal call with B. Young re Workstreams | Case Administration |
| 1/6/2023 | Friday | 3 | Kick-Off Meeting with UCC, UCC Professionals and Kirkland & Ellis | Meeting of Creditors |
| 1/6/2023 | Friday | 1.7 | UCC and UCC Professionals Onboarding Meeting at Brown Rudnick Offices | Meeting of Creditors |
| 1/9/2023 | Monday | 0.4 | Debrief with M. Manning, K. Ehrler at M3 on BlockFi, Fireblocks and other asset holdings | Case Administration |
| 1/9/2023 | Monday | 0.6 | Meeting with BlockFi personnel for Q+A on company asset structures w/ M. Galka, A. Mologoko, and N. Shaker | Case Administration |
| 1/11/2023 | Wednesday | 0.5 | Internal meeting w/ M. Galka, A Mologoko, N. Shaker for BlockFi Coin + Wallet Management and intial investigation development | Case Administration |
| 1/11/2023 | Wednesday | 1 | Meeting wih UCC Professionals and Company + Debtor Professionals to Discuss Outstanding Initial Dilligence Items | Meeting of Creditors |
| 1/12/2023 | Thursday | 0.5 | Internal Investigation Planning | Case Administration |
| 1/13/2023 | Friday | 1 | Internal Team Meeting w/ M. Galka, M. Lam, A. Mologoko for Investigation Updates | Case Administration |
| 1/13/2023 | Friday | 3 | Meeting with UCC Professionals for Testimony Preparation | Meeting of Creditors |
| 1/13/2023 | Friday | 2 | Prepare and Distribute Investigative Update to UCC | Case Administration |
| 1/13/2023 | Friday | 0.5 | Weekly investigation sync with Brown Rudnick Investigative Team and M3 | Case Administration |
| 1/14/2023 | Saturday | 0.2 | Internal Huddle to discuss KERP and Elementus Recommendation | Case Administration |
| 1/14/2023 | Saturday | 0.5 | Meeting with M. Manning, K. Ehrler at M3 on KERP Motion + Committee Response | Case Administration |
| 1/17/2023 | Tuesday | 0.8 | Diligence Prioritization and Prep Items | Case Administration |
| 1/17/2023 | Tuesday | 0.35 | Meeting with M. Manning at M3 to discuss diligence prioritization | Case Administration |
| 1/17/2023 | Tuesday | 1.2 | Weekly UCC Update Dilligence and Key Items sync with Professionals + Committee | Meeting of Creditors |
| 1/18/2023 | Wednesday | 0.6 | Call with S. Herman at M3 and M/ Canale, M.. Renzi at BRG re dilligence requests | Case Administration |
| 1/18/2023 | Wednesday | 0.5 | Daily M3 Diligence Call w/ M. Manning to discuss ongoing workstreams | Case Administration |
| 1/18/2023 | Wednesday | 0.5 | Internal meeting w/ M. Galka, A. Mologoko, N. Shaker, and B. Young to discuss investigation development | Case Administration |
| 1/18/2023 | Wednesday | 0.5 | Internal Team Meeting w/ M. Galka, M. Lam, A. Mologoko, N. Shaker, M. Austin, and B. Young to align on Investigation Updates | Case Administration |
| 1/19/2023 | Thursday | 1 | BlockFi Wallet holdings validation and analysis | Data Analysis |
| 1/19/2023 | Thursday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 1/19/2023 | Thursday | 0.5 | Internal meeting w/ M. Galka and B. Young to discuss investigation updates | Case Administration |
| 1/19/2023 | Thursday | 1 | Internal working session w/ A. Mologoko B. Young on investigation development | Data Analysis |
| 1/19/2023 | Thursday | 1 | Weekly UCC Commitee + Professional Advisors call to Discuss Dilligence items and Key concerns of the committe | Meeting of Creditors |
| 1/20/2023 | Friday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 1/20/2023 | Friday | 0.6 | Meeting with Brown Rudnick to discuss investigation updates | Case Administration |
| 1/20/2023 | Friday | 1.1 | Prepare and Distribute Weekly Investigative Update to UCC | Case Administration |
| 1/20/2023 | Friday | 0.5 | Review of Updated Balance Sheet Mapping + Report Generation | Data Analysis |
| 1/21/2023 | Saturday | 0.6 | Meeting with M. Megshi, M. Manning, K. Ehrler at M3 re Wallet Balance and Transaction Data | Case Administration |
| 1/21/2023 | Saturday | 1 | UCC All Professionals Call to discuss Key Dilligence Items + Prioritize Request list for M3 + BR | Meeting of Creditors |
| 1/23/2023 | Monday | 1.7 | BlockFi - Wallet Motion Q&A Session | Case Administration |
| 1/23/2023 | Monday | 1.9 | BlockFi Dilligence Administrative Tasks | Case Administration |
| 1/23/2023 | Monday | 0.4 | Daily M3 Dilligence Call with M. Manning et al re workstreams | Case Administration |
| 1/23/2023 | Monday | 0.5 | Internal Meeting w/ M. Galka to discuss Investigation Priorities | Case Administration |
| 1/23/2023 | Monday | 0.5 | Internal Team Meeting w/ M. Galka, M. Lam, A. Mologoko, N. Shaker, and M. Austin to discuss investigation updates | Case Administration |
| 1/23/2023 | Monday | 3.1 | Prepare remarks + Content for Weekly UCC Update | Case Administration |
| 1/24/2023 | Tuesday | 1.25 | BlockFi - UCC Committee/Debtor Meeting to discuss investigation progress | Meeting of Creditors |
| 1/24/2023 | Tuesday | 0.4 | Call to Discuss Wallet Prefrence Claim issues with M3 + Brown Rudnick | Case Administration |
| 1/24/2023 | Tuesday | 0.5 | Daily M3 Dilligence Call with M. Manning et al re workstreams | Case Administration |
| 1/24/2023 | Tuesday | 1.75 | Weekly UCC Update Meeting with Professionals + Committee to review and update workstreams | Meeting of Creditors |
| 1/25/2023 | Wednesday | 0.5 | Daily M3 Dilligence Call with M. Manning et al re workstreams | Case Administration |
| 1/25/2023 | Wednesday | 0.5 | Internal meeting w/ M. Galka, A. Mologoko, M. Austin, and B. Young to discuss investigation updates | Case Administration |
| 1/25/2023 | Wednesday | 1 | Meeting w/ UCC Professionals to discuss investigation updates | Case Administration |
| 1/26/2023 | Thursday | 0.35 | Call w/ UCC + Debtor Financial Professionals to discuss investigation | Meeting of Creditors |
| 1/26/2023 | Thursday | 0.3 | Daily M3 Dilligence Call with M. Manning et al re workstreams | Case Administration |
| 1/26/2023 | Thursday | 0.5 | Due DIlligence Request Updates + Prioritization | Case Administration |

| Date | Day | Hours | Description | Category |
|---|---|---|---|---|
| 1/27/2023 | Friday | 0.5 | Meeting with P. Gillman et al at Brown Rudnick re Investigative workstreams | Case Administration |
| 1/27/2023 | Friday | 2.9 | Review of Flow of Funds Analysis provided by A. Mologoko | Data Analysis |
| 1/28/2023 | Saturday | 2.2 | UCC Presentation Development | Case Administration |
| 1/30/2023 | Monday | 1.8 | Cost Analysis + Forecast | Data Analysis |
| 1/30/2023 | Monday | 0.25 | Daily M3 Dilligence Call with M. Manning et al re workstreams | Case Administration |
| 1/31/2023 | Tuesday | 0.75 | Call with B. Young re billing practices | Case Administration |
| 1/31/2023 | Tuesday | 0.5 | Coin Security Dilligence Call w/ Fireblocks, BlockFi, BRG | Case Administration |
| 1/31/2023 | Tuesday | 0.5 | Due Dilligence Sync w/ BRG | Case Administration |
| 1/31/2023 | Tuesday | 0.5 | Due Dilligence Tracker Updates | Case Administration |
| 1/31/2023 | Tuesday | 0.5 | Meeting w/ M3 and Brown Rudnick to discuss Investigation | Case Administration |
| 1/31/2023 | Tuesday | 1 | UCC Call Prep Meeting w/ Professionals | Case Administration |
| 1/31/2023 | Tuesday | 2.1 | Weekly UCC Update Meeting with Professionals + Committee to review and update workstreams | Meeting of Creditors |

| Employee Name | Role |
|---|---|
| Alexander Mologoko | Senior Data Scientist |

### Summary

| Categories | Hours |
|---|---|
| Data Analysis | 91.50 |
| Meeting of Creditors | 14.45 |
| Case Administration | 15.90 |
| **Total** | **121.85** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 1/5/2023 | Thursday | 1.5 | UCC Committee Meeting / Kick-Off Call w/ UCC + All Professionals | Meeting of Creditors |
| 1/6/2023 | Friday | 3 | Kick-Off Meeting with UCC, UCC Professionals and Kirkland & Ellis | Meeting of Creditors |
| 1/6/2023 | Friday | 1.7 | UCC and UCC Professionals Onboarding Meeting at Brown Rudnick Offices | Meeting of Creditors |
| 1/9/2023 | Monday | 7 | BlockFi Attribution Coverage Analysis against BlockFi Fireblocks Wallets | Data Analysis |
| 1/9/2023 | Monday | 0.4 | Debrief with M. Manning, K. Ehrler at M3 on BlockFi, Fireblocks and other asset holdings | Case Administration |
| 1/9/2023 | Monday | 0.6 | Meeting with BlockFi personnel for Q+A on company asset structures w/ M. Galka, R. MacKinnon, and N. Shaker | Case Administration |
| 1/10/2023 | Tuesday | 0.5 | Catch-Up Call w/ M. Manning at M3 to discuss attributions | Case Administration |
| 1/10/2023 | Tuesday | 7.5 | Identifying Top BlockFi Counterparties of Interest to the Commitee + Professionals | Data Analysis |
| 1/11/2023 | Wednesday | 0.5 | Call with M. Manning et al at M3 re of BlockFi Coin + Wallet Management and intial investigation development | Case Administration |
| 1/11/2023 | Wednesday | 0.5 | Internal meeting w/ M. Galka, R. MacKinnon, N. Shaker for BlockFi Coin + Wallet Management and initial investigation development | Case Administration |
| 1/11/2023 | Wednesday | 1 | Meeting wih UCC Professionals and Company + Debtor Professionals to Discuss Outstanding Initial Dilligence Items | Meeting of Creditors |
| 1/11/2023 | Wednesday | 6 | Studying BlockFi Coin + Wallet Management Historical Practices for Dilligence | Data Analysis |
| 1/12/2023 | Thursday | 0.5 | Call with M. Manning at M3 et al, M. Renzi at BRG et al - BlockFi Weekly Status Meeting | Case Administration |
| 1/12/2023 | Thursday | 7.5 | Expanding Fireblocks Attribution based on Company Provided Data, Integrating into Product, and Pushing Update | Data Analysis |
| 1/13/2023 | Friday | 6 | Analyzing several Dilligence items requested by Brown Rudnick such as Insider Crypto Holdings | Data Analysis |
| 1/13/2023 | Friday | 1 | Internal Team Meeting w/ M. Galka, R. MacKinnon, M. Lam for Investigation Updates | Case Administration |
| 1/13/2023 | Friday | 3 | Meeting with UCC Professionals for Testimony Preparation | Meeting of Creditors |
| 1/13/2023 | Friday | 0.5 | Weekly investigation sync with Brown Rudnick Investigative Team and M3 | Case Administration |
| 1/14/2023 | Saturday | 0.2 | Internal Huddle to discuss KERP and Elementus Recommendation | Case Administration |
| 1/14/2023 | Saturday | 0.5 | Meeting with M. Manning, K. Ehrler at M3 on KERP Motion + Committee Response | Case Administration |
| 1/17/2023 | Tuesday | 6.3 | Balance Sheet Mapping (Bitcoin) of On-Chain Assets Holding to Company Reported Holdings (Dollarized) and Reconciliation, Reporting findings to M3 | Data Analysis |
| 1/17/2023 | Tuesday | 1.2 | Weekly UCC Update Dilligence and Key Items sync with Professionals + Committee | Meeting of Creditors |
| 1/18/2023 | Wednesday | 5.9 | Balance Sheet Mapping (Ethereuem) of On-Chain Assets Holding to Company Reported Holdings (Dollarized) and Reconciliation, Reporting findings to M3 | Data Analysis |
| 1/18/2023 | Wednesday | 0.6 | Call with S. Herman at M3 and M/ Canale, M.. Renzi at BRG re dilligence requests | Case Administration |
| 1/18/2023 | Wednesday | 0.5 | Daily M3 Diligence Call w/ M. Manning to discuss ongoing workstreams | Case Administration |
| 1/18/2023 | Wednesday | 0.5 | Internal meeting w/ M. Galka, R. MacKinnon, N. Shaker, and B. Young to discuss investigation development | Case Administration |
| 1/18/2023 | Wednesday | 0.5 | Internal Team Meeting w/ M. Galka, R. MacKinnon M. Lam, N. Shaker, M. Austin, and B. Young to align on Investigation Updates | Case Administration |
| 1/19/2023 | Thursday | 7 | Balance Sheet Mapping (All Coins other than ETH, BTC) of On-Chain Assets Holding to Company Reported Holdings (Dollarized) and Reconciliation, Reporting findings to M3 | Data Analysis |
| 1/19/2023 | Thursday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 1/19/2023 | Thursday | 1 | Internal working session w/ R. MacKinnon and B. Young on investigation development | Data Analysis |
| 1/20/2023 | Friday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 1/20/2023 | Friday | 0.6 | Meeting with Brown Rudnick to discuss investigation updates | Case Administration |
| 1/20/2023 | Friday | 6.4 | Regenerating Balance Sheet Mapping w/ Updated Fireblocks Wallet List based on discovery that company provided incomplete Fireblocks Wallet list after initial mapping exercise | Data Analysis |
| 1/23/2023 | Monday | 0.5 | BlockFi - Wallet Motion Q&A Session | Case Administration |
| 1/23/2023 | Monday | 0.4 | Daily M3 Dilligence Call with M. Manning et al re workstreams | Case Administration |
| 1/23/2023 | Monday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 1/23/2023 | Monday | 0.5 | Internal Team Meeting w/ M. Galka, R. MacKinnon, M. Lam, N. Shaker, and M. Austin to discuss investigation updates | Case Administration |
| 1/23/2023 | Monday | 6.1 | Reconciling Reported Coin Holdings with Fireblocks Balances After New Coin report from Company showed Coin movement | Data Analysis |
| 1/24/2023 | Tuesday | 1.25 | BlockFi - UCC Committee/Debtor Meeting to discuss investigation progress | Meeting of Creditors |
| 1/24/2023 | Tuesday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 1/24/2023 | Tuesday | 3.9 | Reconciling Reported Alt-coin Holdings with Fireblocks Balances After New Coin report from Company showed Coin movement, and Balances didn't add up | Data Analysis |
| 1/24/2023 | Tuesday | 1.8 | Weekly UCC Update Meeting with Professionals + Committee to review and update workstreams | Meeting of Creditors |
| 1/25/2023 | Wednesday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 1/25/2023 | Wednesday | 0.5 | Internal meeting w/ M. Galka and M. Lam to align on investigation developments | Case Administration |
| 1/25/2023 | Wednesday | 0.5 | Internal meeting w/ M. Galka, R. MacKinnon, M. Austin, and B. Young to discuss investigation updates | Case Administration |
| 1/25/2023 | Wednesday | 1 | Meeting w/ UCC Professionals to discuss investigation updates | Case Administration |
| 1/25/2023 | Wednesday | 5.5 | Regenerating Balance Sheet Mapping w/ Updated Custodian Wallet List after Company provided additional Custodian Wallet Addresses, Pushed back into Product and Tested | Data Analysis |
| 1/26/2023 | Thursday | 0.3 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 1/26/2023 | Thursday | 0.5 | Preparation of materials for UCC Weekly Finance Update | Case Administration |
| 1/26/2023 | Thursday | 7.7 | Tracing and Reconciling Flow of Funds between BlockFi and External Counterparties w/ on-chain and company provided data | Data Analysis |
| 1/25/2023 | Wednesday | 0.5 | Daily M3 Dilligence Call | Case Administration |
| 1/26/2023 | Thursday | 0.3 | Daily M3 Dilligence Call | Case Administration |
| 1/26/2023 | Thursday | 0.5 | UCC Weekly Finance Update | Case Administration |
| 1/26/2023 | Thursday | 7.7 | Tracing and Reconciling Flow of Funds | Data Analysis |

| Employee Name | Role |
|---|---|
| Nicholas Shaker | Project Manager |

### Summary

| Categories | Hours |
|---|---|
| Data Analysis | 0.00 |
| Meeting of Creditors | 7.20 |
| Case Administration | 6.80 |
| **Total** | **14.00** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 1/5/2023 | Thursday | 1.5 | UCC Committee Meeting / Kick-Off Call w/ UCC + All Professionals | Meeting of Creditors |
| 1/6/2023 | Friday | 3 | Kick-Off Meeting with UCC, UCC Professionals and Kirkland & Ellis | Meeting of Creditors |
| 1/6/2023 | Friday | 1.7 | UCC and UCC Professionals Onboarding Meeting at Brown Rudnick Offices | Meeting of Creditors |
| 1/9/2023 | Monday | 0.4 | Debrief with M. Manning, K. Ehrler at M3 on BlockFi, Fireblocks and other asset holdings | Case Administration |
| 1/9/2023 | Monday | 0.6 | Meeting with BlockFi personnel for Q+A on company asset structures w/ M. Galka, R. MacKinnon, and A. Mologoko | Case Administration |
| 1/11/2023 | Wednesday | 0.5 | Internal meeting w/ M. Galka, R. MacKinnon, A Mologoko, for BlockFi Coin + Wallet Management and intial investigation development | Case Administration |
| 1/13/2023 | Friday | 0.6 | Weekly investigation sync with Brown Rudnick Investigative Team and M3 | Case Administration |
| 1/18/2023 | Wednesday | 0.6 | Call with S. Herman at M3 and M/ Canale, M.. Renzi at BRG re dilligence requests | Case Administration |
| 1/18/2023 | Wednesday | 0.5 | Daily M3 Diligence Call w/ M. Manning to discuss ongoing workstreams | Case Administration |
| 1/18/2023 | Wednesday | 0.5 | Internal meeting w/ M. Galka, R. MacKinnon, A. Mologoko, and B. Young to discuss investigation development | Case Administration |
| 1/18/2023 | Wednesday | 0.5 | Internal Team Meeting w/ M. Galka, R. MacKinnon M. Lam, A. Mologoko, M. Austin, and B. Young to align on Investigation Updates | Case Administration |
| 1/19/2023 | Thursday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 1/19/2023 | Thursday | 1 | Weekly UCC Commitee + Professional Advisors call to Discuss Dilligence items and Key concerns of the committe | Meeting of Creditors |
| 1/20/2023 | Friday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 1/21/2023 | Saturday | 0.6 | Meeting with M. Megshi, M. Manning, K. Ehrler at M3 re Wallet Balance and Transaction Data | Case Administration |
| 1/23/2023 | Monday | 0.5 | Internal Team Meeting w/ M. Galka, R. MacKinnon, M. Lam, A. Mologoko, and M. Austin to discuss investigation updates | Case Administration |
| 1/27/2023 | Friday | 0.5 | Meeting with P. Gillman et al at Brown Rudnick re Investigative workstreams | Case Administration |

| Employee Name | Role |
|---|---|
| Bryan Young | Vice President |

### Summary

| Categories | Hours |
|---|---|
| Data Analysis | 2.00 |
| Meeting of Creditors | 19.85 |
| Case Administration | 29.75 |
| **Total** | **51.60** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 1/5/2023 | Thursday | 1.5 | UCC Committee Meeting / Kick-Off Call w/ UCC + All Professionals | Meeting of Creditors |
| 1/6/2023 | Friday | 0.5 | Internal Call with M. Galka re Consolidation and Redaction Motion | Case Administration |
| 1/6/2023 | Friday | 0.5 | Internal call with R. MacKinnon re Worksreams | Case Administration |
| 1/6/2023 | Friday | 6 | Kick-Off Meeting with UCC, UCC Professionals and Kirkland & Ellis | Meeting of Creditors |
| 1/6/2023 | Friday | 1.7 | UCC and UCC Professionals Onboarding Meeting at Brown Rudnick Offices | Meeting of Creditors |
| 1/7/2023 | Saturday | 0.5 | Call with M. Manning at M3 re Galka Declaration Consolidation and Redaction Motion | Case Administration |
| 1/7/2023 | Saturday | 4 | Preparation of Galka Declaration Consolidation and Redaction Motion for Brown Rudnick | Case Administration |
| 1/9/2023 | Monday | 0.4 | Debrief with M. Manning, K. Ehrler at M3 on BlockFi, Fireblocks and other asset holdings | Case Administration |
| 1/9/2023 | Monday | 1 | Meeeting with M. Canale. M. Renzi et al at BRG, A. Cheela et Al at BlockFi re Coin Security | Case Administration |
| 1/10/2023 | Tuesday | 0.5 | Call with D. Clarke at Genova re Fee Applications | Case Administration |
| 1/11/2023 | Wednesday | 0.75 | Call with D. Clarke at Genova Burns to discuss retention application | Case Administration |
| 1/11/2023 | Wednesday | 0.5 | Call with M. Manning et al at M3 re of BlockFi Coin + Wallet Management and intial investigation development | Case Administration |
| 1/11/2023 | Wednesday | 2 | Fee Applicaion Preparation | Case Administraion |
| 1/11/2023 | Wednesday | 1 | Meeting wih UCC Professionals and Company + Debtor Professionals to Discuss Outstanding Initial Dilligence Items | Meeting of Creditors |
| 1/12/2023 | Thursday | 0.8 | Call with M. Manning at M3 et al, M. Renzi at BRG et al - BlockFi Weekly Status Meeting | Case Administration |
| 1/12/2023 | Thursday | 2.75 | Draft retention application and engagement letter | Case Administration |
| 1/12/2023 | Thursday | 0.5 | Internal Investigation Planning | Case Administration |
| 1/13/2023 | Friday | 0.5 | Call with P. Gilman et al at BR re Investigation Kick Off, Investigative Updates | Case Administration |
| 1/13/2023 | Friday | 1 | Call with UCC re Moelis retention application | Meeting of Creditors |
| 1/13/2023 | Friday | 2.2 | Fee Application Preparation | Case Administration |
| 1/14/2023 | Saturday | 0.2 | Internal Huddle to discuss KERP and Elementus Recommendation | Case Administration |
| 1/14/2023 | Saturday | 0.5 | Meeting with M. Manning, K. Ehrler at M3 on KERP Motion + Committee Response | Case Administration |
| 1/17/2023 | Tuesday | 1.2 | Weekly UCC Update Dilligence and Key Items sync with Professionals + Committee | Meeting of Creditors |
| 1/18/2023 | Wednesday | 0.6 | Call with S. Herman at M3 and M/ Canale, M.. Renzi at BRG re dilligence requests | Case Administration |
| 1/18/2023 | Wednesday | 0.5 | Daily M3 Dilligence Call w/ M Manning to discuss UCC workstreams | Case Administration |
| 1/18/2023 | Wednesday | 0.5 | Internal meeting w/ M. Galka, R. MacKinnon, A. Mologoko, and N. Shaker to discuss investigation development | Case Administration |
| 1/18/2023 | Wednesday | 0.5 | Internal Team Meeting w/ M. Galka, R. MacKinnon M. Lam, A. Mologoko, N. Shaker, and M. Austin to align on Investigation Updates | Case Administration |
| 1/19/2023 | Thursday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 1/19/2023 | Thursday | 0.5 | Internal meeting w/ R. MacKinnon and B. Young to discuss investigation updates | Case Administration |
| 1/19/2023 | Thursday | 1 | Internal working session w/ R. MacKinnon and A. Mologoko on investigation development | Data Analysis |
| 1/19/2023 | Thursday | 1 | Weekly UCC Commitee + Professional Advisors call to Discuss Dilligence items and Key concerns of the committe | Meeting of Creditors |
| 1/20/2023 | Friday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 1/20/2023 | Friday | 1.25 | Review interested parties (schedules 1(a)-1(w) for potential conflicts and related disclosures | Case Administration |
| 1/21/2023 | Saturday | 0.6 | Meeting with M. Megshi, M. Manning, K. Ehrler at M3 re Wallet Balance and Transaction Data | Case Administration |
| 1/21/2023 | Saturday | 1 | UCC All Professionals Call to discuss Key Dilligence Items + Prioritize Request list for M3 + BR | Meeting of Creditors |
| 1/23/2023 | Monday | 0.4 | Daily M3 Dilligence Call with M. Manning et al re workstreams | Case Administration |
| 1/24/2023 | Tuesday | 1.25 | BlockFi - UCC Committee/Debtor Meeting to discuss investigation progress | Meeting of Creditors |
| 1/24/2023 | Tuesday | 1.75 | Weekly UCC Update Meeting with Professionals + Committee to review and update workstreams | Meeting of Creditors |
| 1/25/2023 | Wednesday | 0.5 | Daily M3 Dilligence Call with M. Manning et al re workstreams | Case Administration |
| 1/25/2023 | Wednesday | 0.5 | Internal meeting w/ M. Galka, R. MacKinnon, A. Mologoko, and M. Austin to discuss investigation updates | Case Administration |
| 1/25/2023 | Wednesday | 1 | Meeting w/ UCC Professionals to discuss investigation updates | Case Administration |
| 1/26/2023 | Thursday | 0.35 | Call w/ UCC + Debtor Financial Professionals to discuss investigation | Meeting of Creditors |
| 1/26/2023 | Thursday | 0.3 | Daily M3 Dilligence Call with M. Manning et al re workstreams | Case Administration |
| 1/27/2023 | Friday | 0.5 | Meeting with P. Gillman et al at Brown Rudnick re Investigative workstreams | Case Administration |
| 1/30/2023 | Monday | 1 | Call with Bryan Cave (external counsel) to discuss fee applications, billing procedures | Case Administration |
| 1/30/2023 | Monday | 1 | Cost Analysis + Forecast | Data Analysis |
| 1/30/2023 | Monday | 0.25 | Daily M3 Dilligence Call with M. Manning et al re workstreams | Case Administration |
| 1/31/2023 | Tuesday | 0.75 | Call with B. MacKinnon re billing practices | Case Administration |
| 1/31/2023 | Tuesday | 0.5 | Call with M. Manning et al at M3 and P. Gillman et al at BR re Investigation | Case Administration |

| Date | Day | Hours | Description | Category |
|---|---|---|---|---|
| 1/31/2023 | Tuesday | 0.5 | Coin Security Dilligence Call w/ Fireblocks, BlockFi, BRG | Case Administration |
| 1/31/2023 | Tuesday | 2.1 | Weekly UCC Update Meeting with Professionals + Committee to review and update workstreams | Meeting of Creditors |

| Employee Name | Role |
|---|---|
| Matt Austin | Vice President |

### Summary

| Categories | Hours |
|---|---|
| Data Analysis | 0.00 |
| Meeting of Creditors | 0.00 |
| Case Administration | 15.25 |
| **Total** | **15.25** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 1/11/2023 | Wednesday | 0.75 | Call with D. Clarke at Genova Burns to discuss retention application | Case Administration |
| 1/12/2023 | Thursday | 1.25 | Review retention application and engagement letter | Case Administration |
| 1/13/2023 | Friday | 2 | Review interested parties (schedules 1(a)-1(w) with team to ensure no conflicts | Case Administration |
| 1/18/2023 | Wednesday | 0.5 | Internal Team Meeting w/ M. Galka, R. MacKinnon M. Lam, A. Mologoko, N. Shaker, and B. Young to align on Investigation Updates | Case Administration |
| 1/20/2023 | Friday | 4.25 | Review interested parties (schedules 1(a)-1(w) for potential conflicts and draft necessary disclosures | Case Administration |
| 1/23/2023 | Monday | 0.5 | Internal Team Meeting w/ M. Galka, R. MacKinnon, M. Lam, A. Mologoko, and N. Shaker to discuss investigation updates | Case Administration |
| 1/23/2023 | Monday | 1.75 | Review disclosures to answer Genova Burns follow-up questions | Case Administration |
| 1/25/2023 | Wednesday | 0.5 | Internal meeting w/ M. Galka, R. MacKinnon, A. Mologoko, and B. Young to discuss investigation updates | Case Administration |
| 1/30/2023 | Monday | 1 | Call with external counsel to discuss fee applications, billing procedures | Case Administration |
| 1/30/2023 | Monday | 1.25 | Review cost analysis and forecast | Case Administration |
| 1/31/2023 | Tuesday | 1.5 | Monthly billing procedures | Case Administration |