**|UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD**
**FEBRUARY 1 , 2023 THROUGH FEBRUARY 28, 2023**

| | | | |
|---|---|---|---|
| Debtor: | BlockFi Inc. | Applicant: | Elementus, Inc. |
| Case No.: | 22-19361(MBK) | Client: | Unsecured Creditors Committee |
| Chapter: | 11 | Case Filed: | November 28, 2022 |

## SECTION 1
## FEE SUMMARY

X   Monthly Fee Statement No.  2       or   ☐  Final Fee Application

Summary of Amounts Requested for the Period from February 1, 2023 through February 28, 2023 (the "Second Statement Period")

| | |
|---|---|
| Total Fees: | $ 225,245.00 |
| Total Disbursements: | $  26,430.53 |
| Minus 20% holdback of Fees: | $  45,049.00 |
| Amount Sought at this Time: | $ 206,626.53 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Max Galka | 18 | 62.55 | $1,000 | $62,550.00 |
| 2.  Alexander Mologoko | 22 | 110.85 | $900 | $99,765.00 |
| 3.  Matt Austin | 14 | 9.10 | $800 | $7,280.00 |
| 4.  Bryan Young | 18 | 21.00 | $800 | $16,800.00 |
| 5.  Nicholas Shaker | 10 | 4.40 | $600 | $2,640.00 |
| 6.  Robert MacKinnon | 8 | 60.35 | $600 | $36,210.00 |

| | |
|---|---|
| Fee Totals: | $ 225,24.00 |
| Disbursements Totals: | $   26,430.53 |
| Total Fee Application | $ 251,675.53 |

63188919.1

## SECTION II SUMMARY
## OF SERVICES

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 102.50 | $80,845 |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | | |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | | |
| j) | **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) | **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 25.15 | $19,790.00 |
| m) | **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |

2

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | 140.60 | $124,610.00 |
| s) | **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | | |
| **SERVICE TOTALS:** | | 268.25 | $225,245.00 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax**<br>Include per page fee charged. | |

| | | |
|---|---|---:|
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify)** | $26,430.53 |
| | **DISBURSEMENTS TOTAL:** | $26,430.53 |

I certify under penalty of perjury that the above is true.

Date:  April 14, 2023

   /s/  *Matthew Austin*

Matthew Austin
Chief Operating Officer