**EXHIBIT "A"**



## Professional Hours Tracker - February 2023

**Prepared for**: Chapter 11 Cases of BlockFi
**Date Prepared**: 31 March 2023

### Hours Summary

| Name | Role | Rate | Data Analysis | Meeting of Creditors | Case Administration | Total (hrs) | Cost |
|---|---|---|---|---|---|---|---|
| Max Galka | Chief Data Scientist, CEO | $1,000 | 39.30 | 8.85 | 14.40 | 62.55 | $62,550 |
| Alexander Mologoko | Senior Blockchain Expert | $900 | 80.10 | 1.70 | 29.05 | 110.85 | $99,765 |
| Matt Austin | Vice President | $800 | 0.00 | 0.00 | 9.10 | 9.10 | $7,280 |
| Bryan Young | Vice President | $800 | 2.50 | 3.25 | 15.25 | 21.00 | $16,800 |
| Nicholas Shaker | Project Manager | $600 | 1.50 | 0.00 | 2.90 | 4.40 | $2,640 |
| Robert MacKinnon | Project Manager | $600 | 17.20 | 11.35 | 31.80 | 60.35 | $36,210 |
| **Labor Totals** | | | **140.60** | **25.15** | **102.50** | **268.25** | **$225,245** |

### Other Expenses

| Description | Date | Cost |
|---|---|---|
| Amazon Web Services Costs | | $20,511.11 |
| Google Cloud Platform | | 5,251.12 |
| Google Voice | | 54.38 |
| Asana - Project Management | | 414.95 |
| Atlassian - Project Management | | 164.95 |
| Microsoft 365 Subscriptions | | 34.02 |
| **Other Expenses Totals** | | **$ 26,430.53** |

| | | |
|---|---|---|
| **February 2023 Grand Total** | | **$ 251,675.53** |

| Employee Name | Role |
|---|---|
| Max Galka | Chief Data Scientist, CEO |

### Summary

| Categories | Hours |
|---|---|
| Data Analysis | 39.30 |
| Meeting of Creditors | 8.85 |
| Case Administration | 14.40 |
| **Total** | **62.55** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 2/1/2023 | Wednesday | 0.5 | Internal working group w/ R. MacKinnon and B. Young for wallet reconciliation | Data Analysis |
| 2/1/2023 | Wednesday | 1 | Wallet Withdrawal Dilligence Call w/ UCC + Company Professionals | Meeting of Creditors |
| 2/2/2023 | Thursday | 0.75 | Weekly UCC + Debtor Professionals Alll Advisors Meeting to Discuss Dilligence and Pressing Legal Motions | Meeting of Creditors |
| 2/6/2023 | Monday | 1 | Internal working group w/ R. MacKinnon, N. Shaker, and B. Young to analyze BlockFi flow of funds | Data Analysis |
| 2/6/2023 | Monday | 0.5 | Internal sync on project deliverables w/ A. Mologoko | Case Administration |
| 2/6/2023 | Monday | 4 | Internal meeting w/ A. Mologoko on flow of funds analysis for investigation w/ BR/M3 | Case Administration |
| 2/7/2023 | Tuesday | 3.5 | Flow of funds analysis for investigation for BR/M3 | Data Analysis |
| 2/7/2023 | Tuesday | 2 | Weekly UCC Update Meeting with Professionals + Committee to review and update workstreams | Meeting of Creditors |
| 2/8/2023 | Wednesday | 1.5 | Weekly UCC + Debtor Professionals Alll Advisors Meeting to Discuss Dilligence and Pressing Legal Motions | Meeting of Creditors |
| 2/8/2023 | Wednesday | 4.5 | Analysis of flow of funds for investigation for Brown Rudnick / M3 | Data Analysis |
| 2/9/2023 | Thursday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/9/2023 | Thursday | 2.5 | Analysis into flow of funds for investigation for Brown Rudnick / M3 | Data Analysis |
| 2/9/2023 | Thursday | 1 | M3/Elementus working group session | Case Administration |
| 2/10/2023 | Friday | 2 | Analysis into flow of funds for investigation for Brown Rudnick / M3 | Data Analysis |
| 2/13/2023 | Monday | 0.5 | Call w/ B. Young re efficient document requests, topics for discusss at on site meeting with Blockfi | Case Administration |
| 2/13/2023 | Monday | 6 | Analysis into flow of funds for investigation for Brown Rudnick / M3 | Data Analysis |
| 2/14/2023 | Tuesday | 1.5 | Weekly UCC Update Meeting with Professionals + Committee to review and update workstreams | Meeting of Creditors |
| 2/14/2023 | Tuesday | 3 | Analysis into flow of funds for investigation for Brown Rudnick / M3 | Data Analysis |
| 2/15/2023 | Wednesday | 2.5 | BlockFi On Site Legal Discovery with F. Marquez et al at KE Offices w/ A. Mologoko | Case Administration |
| 2/15/2023 | Wednesday | 0.5 | Sync on next steps after BlockFi visit | Case Administration |
| 2/15/2023 | Wednesday | 0.5 | Elementus - White & Case - Balance Sheet Mapping | Case Administration |
| 2/16/2023 | Thursday | 3 | Analysis into flow of funds for investigation for Brown Rudnick / M3 | Data Analysis |
| 2/17/2023 | Friday | 3.3 | Analysis into flow of funds for investigation for Brown Rudnick / M3 | Data Analysis |
| 2/21/2023 | Tuesday | 3.7 | Analysis into flow of funds for investigation for BR/M3 | Data Analysis |
| 2/24/2023 | Friday | 4.5 | Analysis into flow of funds for investigation for Brown Rudnick / M3 | Data Analysis |
| 2/25/2023 | Saturday | 4 | Integration of Fireblocks Attributions | Case Administration |
| 2/27/2023 | Monday | 0.4 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/28/2023 | Tuesday | 2.1 | Weekly UCC Update Meeting with Professionals + Committee to review and update workstreams | Meeting of Creditors |
| 2/28/2023 | Tuesday | 1.8 | Analysis of flow of funds for investigation for BR/M3 | Data Analysis |

| Employee Name | Role |
|---|---|
| Robert MacKinnon | Project Manager |

### Summary

| Categories | Hours |
|---|---|
| Data Analysis | 17.20 |
| Meeting of Creditors | 11.35 |
| Case Administration | 31.80 |
| **Total** | **60.35** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 2/1/2023 | Wednesday | 0.2 | Call w/ Mark Renzi + Mo Meghji to discuss Fireblocks Freeze | Case Administration |
| 2/1/2023 | Wednesday | 0.3 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/1/2023 | Wednesday | 0.5 | Prepare and Distribute Summary of Coin Security Protocols | Case Administration |
| 2/1/2023 | Wednesday | 0.5 | Internal working group w/ M. Galka and B. Young for wallet reconciliation | Data Analysis |
| 2/1/2023 | Wednesday | 1 | Wallet Withdrawal Dilligence Call w/ UCC + Company Professionals | Meeting of Creditors |
| 2/2/2023 | Thursday | 0.5 | Due dilligence call prep with BRG + M3/Elementus | Case Administration |
| 2/2/2023 | Thursday | 0.4 | Call w/ Ken Ehrler + Matt Manning to Discuss Preference Issues | Case Administration |
| 2/2/2023 | Thursday | 0.6 | Call w/ Ken Ehrler to discuss Billing Projections + Investigation Updates | Case Administration |
| 2/2/2023 | Thursday | 0.5 | Call w/ Patrick Gillman to discuss Dilligence items | Case Administration |
| 2/2/2023 | Thursday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/2/2023 | Thursday | 0.75 | Weekly UCC + Debtor Professionals Alll Advisors Meeting to Discuss Dilligence and Pressing Legal Motions | Meeting of Creditors |
| 2/2/2023 | Thursday | 2 | Writing MFR for court filing | Case Administration |
| 2/3/2023 | Friday | 1 | BlockFi Fireblocks Diligence Analysis | Data Analysis |
| 2/3/2023 | Friday | 0.6 | Call w/ BRG, M3 + BlockFi on US Wallet Product Data Questions | Case Administration |
| 2/3/2023 | Friday | 0.75 | Call w/ M. Galka and B. Young to work through US Wallet Analysis | Case Administration |
| 2/3/2023 | Friday | 0.75 | US Wallet Preference Claim Call w/ Debtor, Professionals to discuss possible preference claims | Case Administration |
| 2/5/2023 | Sunday | 1 | Weekly UCC Slide deck build | Case Administration |
| 2/6/2023 | Monday | 1 | Internal working group w/ M. Galka, N. Shaker, and B. Young to analyze BlockFi flow of funds | Data Analysis |
| 2/6/2023 | Monday | 0.5 | BlockFi US Wallet Product Analysis Review | Data Analysis |
| 2/6/2023 | Monday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/7/2023 | Tuesday | 0.5 | Flow of Funds Analysis Additional Diligence Request Meeting w/ B. Young and M3 | Data Analysis |
| 2/7/2023 | Tuesday | 2 | Weekly UCC Update Meeting with Professionals + Committee to review and update workstreams | Meeting of Creditors |
| 2/8/2023 | Wednesday | 1.5 | Weekly UCC + Debtor Professionals Alll Advisors Meeting to Discuss Dilligence and Pressing Legal Motions | Meeting of Creditors |
| 2/8/2023 | Wednesday | 0.75 | BlockFi Debtor and Comittee Financial Advisors Weekly Sync to discuss investigation progress | Case Administration |
| 2/8/2023 | Wednesday | 3 | Litecoin Balance + Flow of Funds analysis | Data Analysis |
| 2/8/2023 | Wednesday | 1 | M3-Elementus Dilligence Working Group | Case Administration |
| 2/9/2023 | Thursday | 0.5 | UCC Committee Bi-Weekly Financial Advisors Update meeting | Meeting of Creditors |
| 2/9/2023 | Thursday | 0.5 | Call w/ BRG to Review Litecoin Findings | Case Administration |
| 2/9/2023 | Thursday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/10/2023 | Friday | 1 | Weekly Investigations Update w/ Brown Rudnick | Case Administration |
| 2/12/2023 | Sunday | 1 | Litecoin Balance + Flow of Funds analysis | Data Analysis |
| 2/13/2023 | Monday | 0.5 | Custom Attributions per Brown Rudnick Request | Data Analysis |
| 2/13/2023 | Monday | 0.5 | Litecoin Balance + Flow of Funds Internal Working Sessions | Data Analysis |
| 2/13/2023 | Monday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/14/2023 | Tuesday | 1.5 | Weekly UCC Update Meeting with Professionals + Committee to review and update workstreams | Meeting of Creditors |
| 2/14/2023 | Tuesday | 1.5 | Weekly UCC Update Meeting with Professionals + Committee to review and update workstreams | Meeting of Creditors |
| 2/14/2023 | Tuesday | 4.1 | BlockFi Platform 2/13 Withdrawals Analysis | Data Analysis |
| 2/14/2023 | Tuesday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/15/2023 | Wednesday | 0.3 | BlockFi in Person Debrief | Case Administration |
| 2/15/2023 | Wednesday | 1.5 | Call w/ M3 + Brown Rudnick to Walk Through Flow of Funds for Retail | Case Administration |
| 2/16/2023 | Thursday | 0.25 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/16/2023 | Thursday | 0.5 | Elementus + BRG working group focused on Litecoin, Ethereum | Case Administration |

| Date | Day | Hours | Description | Category |
|---|---|---|---|---|
| 2/16/2023 | Thursday | 1 | Ethereum Staking Confirmation On-Chain Dilligence | Data Analysis |
| 2/16/2023 | Thursday | 0.5 | UCC+ Debtor Professionals Weekly Call to discuss high priority dilligence items and legal motions | Meeting of Creditors |
| 2/16/2023 | Thursday | 2 | Wallet Recommendation Memo Review + Comments | Data Analysis |
| 2/16/2023 | Thursday | 0.5 | Weekly Debtor and Commitee Financial Professionals Call to sync on High priority Financial Items | Case Administration |
| 2/17/2023 | Friday | 1 | Call w/ M3 + Brown Rudnick on Wallet Motion Response Memo | Case Administration |
| 2/17/2023 | Friday | 0.4 | Daily M3 Dilligence Review Call | Case Administration |
| 2/17/2023 | Friday | 0.2 | Final Review of Wallet Motion Response Memo | Case Administration |
| 2/17/2023 | Friday | 0.2 | Internal training w/ entire Elementus team on billable hours best practices | Case Administration |
| 2/17/2023 | Friday | 0.9 | Weekly UCC Slide Update | Case Administration |
| 2/21/2023 | Tuesday | 0.2 | Call w/ Alex M., Ken A., Michael S., and Michelle H.(BlockFi) for troubleshooting tech access issues | Case Administration |
| 2/21/2023 | Tuesday | 0.3 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/21/2023 | Tuesday | 0.7 | Gemini Account Setup + Permissions Review | Case Administration |
| 2/21/2023 | Tuesday | 1.1 | Weekly UCC Update Meeting with Professionals + Committee to review and update workstreams | Case Administration |
| 2/22/2023 | Wednesday | 0.8 | Wallet Info Response Letter Review | Case Administration |
| 2/22/2023 | Wednesday | 1.3 | Weekly UCC Financial Advisors Update meeting to discuss investigation | Case Administration |
| 2/23/2023 | Thursday | 0.3 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/24/2023 | Friday | 0.4 | Call w/ Alex M., F. Marquez + BlockFi Team to walkthrough data dump | Case Administration |
| 2/24/2023 | Friday | 0.9 | Call with Committee Members to discuss potential Sale Proposals and options | Case Administration |
| 2/24/2023 | Friday | 0.1 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/24/2023 | Friday | 3.4 | Gemini Document Review | Case Administration |
| 2/24/2023 | Friday | 0.4 | Weekly investigation sync meeting w/ Brown Rudnick | Case Administration |
| 2/27/2023 | Monday | 0.4 | BlockFi Insider SOFA 2 blockchain trace sync w/ A. Mologoko | Data Analysis |
| 2/27/2023 | Monday | 1.1 | BlockFi Insiders Crypto txn Investigation working group w/ P. Gilman, A. Mologoko, and Brown Rudnick | Case Administration |
| 2/27/2023 | Monday | 0.4 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/27/2023 | Monday | 0.3 | UCC Workstreams alignment w/ A. Mologoko | Case Administration |
| 2/27/2023 | Monday | 0.3 | Weekly UCC Slide Update | Case Administration |
| 2/28/2023 | Tuesday | 1.2 | Brown Rudnick Attribution Request work w/ A. Mologoko | Data Analysis |
| 2/28/2023 | Tuesday | 0.2 | Call w/ P. Gilman to go over the attribution request results | Case Administration |
| 2/28/2023 | Tuesday | 2.1 | Weekly UCC Update Meeting with Professionals + Committee to review and update workstreams | Meeting of Creditors |

| Employee Name | Role |
|---|---|
| Alexander Mologoko | Senior Data Scientist |

### Summary

| Categories | Hours |
|---|---|
| Data Analysis | 80.10 |
| Meeting of Creditors | 1.70 |
| Case Administration | 29.05 |
| **Total** | **110.85** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 2/6/2023 | Monday | 0.5 | Internal sync on project deliverables w/ M. Galka | Case Administration |
| 2/6/2023 | Monday | 5 | Internal meeting w/ M. Galka on flow of funds analysis for investigation w/ BR/M3 | Case Administration |
| 2/7/2023 | Tuesday | 0.5 | Domino In-Office Request List | Case Administration |
| 2/7/2023 | Tuesday | 3.5 | Flow of funds analysis for investigation for BR/M3 | Data Analysis |
| 2/7/2023 | Tuesday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/8/2023 | Wednesday | 1.5 | Weekly UCC + Debtor Professionals Alll Advisors Meeting to Discuss Dilligence and Pressing Legal Motions | Meeting of Creditors |
| 2/8/2023 | Wednesday | 6.5 | Analysis of flow of funds for investigation for Brown Rudnick / M3 | Data Analysis |
| 2/8/2023 | Wednesday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/9/2023 | Thursday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/9/2023 | Thursday | 4.5 | Analysis into flow of funds for investigation for Brown Rudnick / M3 | Data Analysis |
| 2/9/2023 | Thursday | 1 | M3/Elementus working group session | Case Administration |
| 2/10/2023 | Friday | 1 | Weekly Investigations Update w/ Brown Rudnick | Case Administration |
| 2/10/2023 | Friday | 5 | Analysis into flow of funds for investigation for Brown Rudnick / M3 | Data Analysis |
| 2/10/2023 | Friday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/13/2023 | Monday | 6 | Analysis into flow of funds for investigation for Brown Rudnick / M3 | Data Analysis |
| 2/13/2023 | Monday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/14/2023 | Tuesday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/14/2023 | Tuesday | 6 | Analysis into flow of funds for investigation for Brown Rudnick / M3 | Data Analysis |
| 2/15/2023 | Wednesday | 2.5 | BlockFi On Site Legal Discovery with F. Marquez et al at KE Offices w/ M. Galka | Case Administration |
| 2/15/2023 | Wednesday | 0.5 | Sync on next steps after BlockFi visit | Case Administration |
| 2/16/2023 | Thursday | 0.25 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/16/2023 | Thursday | 1 | Elementus + BRG working group focused on Litecoin, Ethereum | Case Administration |
| 2/16/2023 | Thursday | 6 | Analysis into flow of funds for investigation for Brown Rudnick / M3 | Data Analysis |
| 2/16/2023 | Thursday | 0.5 | Retail Customer Ledger Demo from BlockFi to Elementus | Case Administration |
| 2/17/2023 | Friday | 0.5 | Call w/ M3 + Brown Rudnick on Wallet Motion Response Memo | Case Administration |
| 2/17/2023 | Friday | 4.6 | Analysis into flow of funds for investigation for Brown Rudnick / M3 | Data Analysis |
| 2/17/2023 | Friday | 2.2 | Insider CID extraction from Storm | Data Analysis |
| 2/17/2023 | Friday | 0.2 | Internal training w/ entire Elementus team on billable hours best practices | Case Administration |
| 2/17/2023 | Friday | 0.4 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/21/2023 | Tuesday | 0.2 | Call w/ R. MacKinnon, Ken A., Michael S., and Michelle H.(BlockFi) for troubleshooting tech access issues | Case Administration |
| 2/21/2023 | Tuesday | 3.7 | Analysis into flow of funds for investigation for BR/M3 | Data Analysis |
| 2/23/2023 | Thursday | 0.2 | UCC Weekly Finance Update | Meeting of Creditors |
| 2/24/2023 | Friday | 0.1 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/24/2023 | Friday | 0.4 | Elementus x BlockFi: Data Pull Walkthrough | Case Administration |
| 2/24/2023 | Friday | 4.8 | Analysis into flow of funds for investigation for Brown Rudnick / M3 | Data Analysis |
| 2/24/2023 | Friday | 2.5 | Insider wallet ID analysis | Data Analysis |
| 2/24/2023 | Friday | 0.4 | Weekly investigation sync meeting w/ Brown Rudnick | Case Administration |
| 2/27/2023 | Monday | 1.1 | BlockFi Insiders Crypto txn Investigation working group w/ P. Gilman and Brown Rudnick | Case Administration |
| 2/27/2023 | Monday | 5.2 | Brown Rudnick wallet attribution request (flagged as urgent by R. MacKinnon) | Data Analysis |
| 2/27/2023 | Monday | 3.2 | Data dump load | Data Analysis |
| 2/27/2023 | Monday | 0.4 | Insider Payments Prep w/ R. MacKinnon | Case Administration |
| 2/27/2023 | Monday | 0.4 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |

| Date | Day | Hours | Description | Category |
|---|---|---|---|---|
| 2/27/2023 | Monday | 0.3 | UCC Workstreams alignment w/ R. MacKinnon | Case Administration |
| 2/28/2023 | Tuesday | 6.2 | Brown Rudnick Attribution Request work w/ R. MacKinnon | Data Analysis |
| 2/28/2023 | Tuesday | 1.8 | Analysis of flow of funds for investigation for BR/M3 | Data Analysis |
| 2/28/2023 | Tuesday | 0.3 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/27/2023 | Monday | 0.3 | UCC Workstreams Standup | Case Administration |
| 2/27/2023 | Monday | 3.2 | Data dump load | Data Analysis |
| 2/27/2023 | Monday | 5.2 | BrownRudnick wallet attribution request - flagged as urgent by Bobby | Data Analysis |
| 2/28/2023 | Tuesday | 0.3 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/28/2023 | Tuesday | 6.2 | Brown Rudnick Attribution Request work w/ Bobby | Case Administration |
| 2/28/2023 | Tuesday | 1.8 | Flow of funds for investigation for BR/M3 | Case Administration |

| Employee Name | Role |
|---|---|
| Nicholas Shaker | Project Manager |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Data Analysis | 1.50 |
| Meeting of Creditors | 0.00 |
| Case Administration | 2.90 |
| **Total** | **4.40** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 2/6/2023 | Monday | 1 | Internal working group w/ M. Galka, R. MacKinnon, and B. Young to analyze BlockFi flow of funds | Data Analysis |
| 2/6/2023 | Monday | 0.5 | BlockFi US Wallet Product Analysis Review | Data Analysis |
| 2/6/2023 | Monday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/8/2023 | Wednesday | 1 | M3-Elementus Dilligence Working Group | Case Administration |
| 2/15/2023 | Wednesday | 0.3 | BlockFi in Person Debrief | Case Administration |
| 2/17/2023 | Friday | 0.2 | Internal training w/ entire Elementus team on billable hours best practices | Case Administration |
| 2/24/2023 | Friday | 0.9 | Call with Committee Members to discuss potential Sale Proposals and options | Case Administration |

| Employee Name | Role |
|---|---|
| Bryan Young | Vice President |

### Summary

| Categories | Hours |
|---|---|
| Data Analysis | 2.50 |
| Meeting of Creditors | 3.25 |
| Case Administration | 15.25 |
| **Total** | **21.00** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 2/1/2023 | Wednesday | 1 | Call with UCC, BR, M3 and Company Professionals Re UCC/BlockFi Wallet Tech Call | Meeting of Creditors |
| 2/1/2023 | Wednesday | 0.5 | Internal working group w/ M. Galka and R. MacKinnon for wallet reconciliation | Data Analysis |
| 2/2/2023 | Thursday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/2/2023 | Thursday | 1 | Internal call w/ M. Austin to discuss bankruptcy staffing and streamlined billing procedures | Case Administration |
| 2/2/2023 | Thursday | 0.75 | Weekly UCC + Debtor Professionals Alll Advisors Meeting to Discuss Dilligence and Pressing Legal Motions | Meeting of Creditors |
| 2/3/2023 | Friday | 1 | Call with M. Manning et al at M3, K. Aulet et al at BR, M. Renzi et al at BRG, J. Dermont et al at Moelis re Wallet Analysis | Case Administration |
| 2/6/2023 | Monday | 1 | Internal working group w/ M. Galka, R. MacKinnon, and N. Shaker to analyze BlockFi flow of funds | Data Analysis |
| 2/6/2023 | Monday | 0.5 | BlockFi US Wallet Product Analysis Review | Data Analysis |
| 2/6/2023 | Monday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 2/7/2023 | Tuesday | 0.5 | Flow of Funds Analysis Additional Diligence Request Meeting w/ R. MacKinnon and M3 | Data Analysis |
| 2/8/2023 | Wednesday | 1.75 | Review schedule 2 of retention application regarding related parties of Elementus equity holders and draft disclosures | Case Administration |
| 2/9/2023 | Thursday | 0.7 | Drafting of retention applications | Case Administration |
| 2/10/2023 | Friday | 0.4 | Emails with D. Clarke at Genova Burns re disclosures in retention application | Case Administration |
| 2/13/2023 | Monday | 0.5 | Call w/ M. Galka re efficient document requests, topics for discusss at on site meeting with Blockfi | Case Administration |
| 2/13/2023 | Monday | 0.5 | Emails with D. Clarke at GB re disclosures in retention application | Case Administration |
| 2/14/2023 | Tuesday | 1.5 | Weekly UCC Update Meeting with Professionals + Committee to review and update workstreams | Meeting of Creditors |
| 2/17/2023 | Friday | 1 | Internal Call w/ M. Austin re time sheet tracking | Case Administration |
| 2/17/2023 | Friday | 0.2 | Internal training w/ entire Elementus team on billable hours best practices | Case Administration |
| 2/21/2023 | Tuesday | 0.3 | Emails with D. Clarke at GB re discosures in retention application | Case Administration |
| 2/22/2023 | Wednesday | 0.5 | Call with D. Clarke at Genova Burns re Retention Application | Case Administration |
| 2/22/2023 | Wednesday | 2.2 | Retention Application Preparation | Case Administration |
| 2/23/2023 | Thursday | 1.2 | Retention Application Preparation | Case Administration |
| 2/24/2023 | Friday | 0.3 | Call with D. Clarke at Genova Burns re Retention Application | Case Administration |
| 2/28/2023 | Tuesday | 2.2 | Administrative tasks re drafting disclosures for retention application | Case Administration |
| 2/28/2023 | Tuesday | 0.5 | Emails with D. Clarke at Genova Burns re discosures in retention application | Case Administration |

| Employee Name | Role |
|---|---|
| Matt Austin | Vice President |

### Summary

| Categories | Hours |
|---|---|
| Data Analysis | 0.00 |
| Meeting of Creditors | 0.00 |
| Case Administration | 9.10 |
| **Total** | **9.10** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 2/1/2023 | Wednesday | 0.5 | Call with external counsel to review billing procedures and monthly fee apps | Case Administration |
| 2/2/2023 | Thursday | 1 | Internal call w/ B. Young to discuss bankruptcy staffing and streamlined billing procedures | Case Administration |
| 2/8/2023 | Wednesday | 4.25 | Review schedule 2 of retention application regarding related parties of Elementus equity holders and draft disclosures | Case Administration |
| 2/17/2023 | Friday | 1 | Internal Call w/ B. Young re time sheet tracking | Case Administration |
| 2/22/2023 | Wednesday | 1.1 | Fee Application Preparation | Case Administration |
| 2/28/2023 | Tuesday | 1.25 | Monthly billing procedures | Case Administration |