**|UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

## MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD
## MARCH 1, 2023 THROUGH MARCH 31, 2023

| | | | |
|---|---|---|---|
| Debtor: | BlockFi Inc. | Applicant: | Elementus, Inc. |
| Case No.: | 22-19361(MBK) | Client: | Unsecured Creditors Committee |
| Chapter: | 11 | Case Filed: | November 28, 2022 |

### SECTION 1
### FEE SUMMARY

X    Monthly Fee Statement No. __3__    or    ☐ Final Fee Application

Summary of Amounts Requested for the Period from March 1, 2023 through March 31, 2023
(the "Third Statement Period")

| | |
|---|---|
| Total Fees: | $ 292,040.00 |
| Total Disbursements: | $ 27,957.87 |
| Minus 20% holdback of Fees: | $ 58,408.00 |
| Amount Sought at this Time: | $ 261,589.87 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Max Galka | 18 | 17.1 | $1,000 | $17,100.00 |
| 2.  Alexander Mologoko | 22 | 177.4 | $900 | $159,660.00 |
| 3.  Matt Austin | 14 | 14.8 | $800 | $11,840.00 |
| 4.  Bryan Young | 18 | 33.8 | $800 | $27,000.00 |
| 5.  Nicholas Shaker | 10 | 0.60 | $600 | $360.00 |
| 6.  Robert MacKinnon | 8 | 126.8 | $600 | $76,080.00 |

| | |
|---|---|
| Fee Totals: | $ 292,040.00 |
| Disbursements Totals: | $ 27,957.87 |
| Total Fee Application | $ 319,997.87 |

63188919.1

**SECTION II SUMMARY
OF SERVICES**

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 153.40 | $109,950.00 |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | | |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | | |
| j) | **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) | **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 15.80 | $12,360.00 |
| m) | **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |

2

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings** Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | **Accounting/Auditing** Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis** Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance** Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis** Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | 201.30 | $169,730.00 |
| s) | **Litigation Consulting** Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting** Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues** Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation** Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | | |
| **SERVICE TOTALS:** | | 370.50 | $292,040.00 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees** Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research** Westlaw, Lexis and a description of manner calculated. | |
| c) | **Pacer Fees** Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax** Include per page fee charged. | |

| | | |
|---|---|---|
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify)** | $27,957.87 |
| | **DISBURSEMENTS TOTAL:** | $27,957.87 |

I certify under penalty of perjury that the above is true.

Date:  April 14, 2023

*/s/  Matthew Austin*

Matthew Austin
Chief Operating Officer