**EXHIBIT "A"**



## Professional Hours Tracker - March 2023

**Prepared for**: Chapter 11 Cases of BlockFi
**Date Prepared**: 31 March 2023

### Hours Summary

| Name | Role | Rate | Data Analysis | Meeting of Creditors | Case Administration | Total (hrs) | Cost |
|---|---|---|---|---|---|---|---|
| Max Galka | Chief Data Scientist, CEO | $1,000 | 0.2 | 7.2 | 9.7 | 17.1 | $17,100 |
| Alexander Mologoko | Senior Blockchain Expert | $900 | 162.9 | 0.0 | 14.5 | 177.4 | $159,660 |
| Matt Austin | Vice President | $800 | 0.0 | 0.0 | 14.8 | 14.8 | $11,840 |
| Bryan Young | Vice President | $800 | 0.0 | 0.0 | 33.8 | 33.8 | $27,000 |
| Nicholas Shaker | Project Manager | $600 | 0.0 | 0.0 | 0.6 | 0.6 | $360 |
| Robert MacKinnon | Project Manager | $600 | 38.2 | 8.6 | 80.0 | 126.8 | $76,080 |
| **Labor Totals** | | | **201.3** | **15.8** | **153.4** | **370.5** | **$292,040** |

### Other Expenses

| Description | Date | Cost |
|---|---|---|
| Amazon Web Services Costs | | $21,840.08 |
| Google Cloud Platform | | $5,404.37 |
| Google Voice | | $55.21 |
| Asana - Project Management | | $414.95 |
| Atlassian - Project Management | | $165.99 |
| Microsoft 365 Subscriptions | | $47.20 |
| Miro | | $30.07 |
| **Other Expenses Totals** | | **$ 27,957.87** |

| | | |
|---|---|---|
| **March 2023 Grand Total** | | **$ 319,997.87** |

| Employee Name | Role |
|---|---|
| Max Galka | Chief Data Scientist, CEO |

### Summary

| Categories | Hours |
|---|---|
| Data Analysis | 0.20 |
| Meeting of Creditors | 7.20 |
| Case Administration | 9.70 |
| **Total** | **17.10** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 3/6/2023 | Monday | 1 | BR/M3/Elementus meeting on investigation | Case Administration |
| 3/7/2023 | Tuesday | 1.5 | Weekly meeting w/ UCC Committee + Professionals to discuss status and updates of investigation | Meeting of Creditors |
| 3/8/2023 | Wednesday | 1 | BlockFi financial discussion with UCC | Meeting of Creditors |
| 3/8/2023 | Wednesday | 1 | Daily Investigation Sync w/ BR + M3 | Case Administration |
| 3/8/2023 | Wednesday | 0.5 | Internal status check w/ R. MacKinnon, A. Mologoko for investigation workstreams | Case Administration |
| 3/9/2023 | Wednesday | 1.4 | Bi-Weekly UCC Financial Advisors Update Call | Meeting of Creditors |
| 3/9/2023 | Thursday | 0.8 | Calls w/ R. McKinnon to prep materials and talking points for UCC deck | Case Administration |
| 3/9/2023 | Thursday | 1 | Internal status check w/ R. MacKinnon, A. Mologoko for investigation workstreams | Case Administration |
| 3/13/2023 | Monday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/13/2023 | Monday | 0.5 | UCC Meeting Prep Call w/ R. MacKinnon, B. Young, and A. Mologoko | Case Administration |
| 3/14/2023 | Tuesday | 1.8 | Weekly meeting w/ UCC Committee + Professionals to discuss status and updates of investigation | Meeting of Creditors |
| 3/14/2023 | Tuesday | 0.5 | Investigation Working Group w/ M3, BR | Case Administration |
| 3/14/2023 | Tuesday | 0.2 | Coin Security Questions Follow Up w/ R. MacKinnon + Owen (UCC) | Data Analysis |
| 3/14/2023 | Tuesday | 0.4 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/15/2023 | Wednesday | 0.5 | Internal standup on UCC Workstreams w/ A. Mologoko | Case Administration |
| 3/17/2023 | Friday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/20/2023 | Monday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/20/2023 | Monday | 0.5 | Internal standup on UCC Workstreams w/ A. Mologoko | Case Administration |
| 3/21/2023 | Tuesday | 1.5 | Weekly meeting w/ UCC Committee + Professionals to discuss status and updates of investigation | Meeting of Creditors |
| 3/22/2023 | Wednesday | 0.5 | Internal standup on UCC Workstreams w/ A. Mologoko | Case Administration |
| 3/24/2023 | Friday | 0.5 | Internal standup on UCC Workstreams w/ A. Mologoko | Case Administration |
| 3/27/2023 | Monday | 0.5 | Internal standup on UCC Workstreams w/ A. Mologoko | Case Administration |

| Employee Name | Role |
|---|---|
| Robert MacKinnon | Project Manager |

### Summary

| Categories | Hours |
|---|---|
| Data Analysis | 38.20 |
| Meeting of Creditors | 8.60 |
| Case Administration | 80.00 |
| **Total** | **126.80** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 3/1/2023 | Wednesday | 0.6 | Call w/ M. Manning and K. Ehrler to Discuss Workstreams and Planning | Case Administration |
| 3/1/2023 | Wednesday | 0.2 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/2/2023 | Thursday | 1 | Developing Workflow Update Materials for UCC Professionals | Case Administration |
| 3/2/2023 | Thursday | 0.4 | Weekly UCC-Debtor's Professionals call for Finance Update | Case Administration |
| 3/3/2023 | Friday | 0.3 | BR Deliverable Workplan Discussion w/ B. Young + N. Shaker | Case Administration |
| 3/3/2023 | Friday | 0.5 | BR sync call prep w/ A. Mologoko | Case Administration |
| 3/3/2023 | Friday | 0.2 | Call w/ M. Manning at M3 to discuss Egnyte data | Case Administration |
| 3/3/2023 | Friday | 1 | Coin Custody Doc Review + Reconciliation | Case Administration |
| 3/3/2023 | Friday | 1.1 | Coordination of Egnyte Issues with M3, BRG, Elementus, and BlockFi | Case Administration |
| 3/3/2023 | Friday | 0.4 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/3/2023 | Friday | 0.5 | Investigation Prioritization Schedule w/ B. Young | Case Administration |
| 3/3/2023 | Friday | 0.5 | Weekly meeting w/ Brown Rudnick to discuss investigation process | Case Administration |
| 3/5/2023 | Sunday | 0.9 | Call w/ M3, B. Young, A. Mologoko to Discuss Investigation Deliverables | Case Administration |
| 3/5/2023 | Sunday | 0.4 | Call with B. Young, A. Mologoko re investigation workplan | Case Administration |
| 3/5/2023 | Sunday | 0.9 | Call with P. Gilman, H. Lennon at BR, M. Manning, K. Ehrler at M3 re investigations | Case Administration |
| 3/5/2023 | Sunday | 4.8 | UCC Investigations Update Materials + Key Worsktreams Update for Professionals | Case Administration |
| 3/6/2023 | Monday | 0.4 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/6/2023 | Monday | 0.5 | Internal meeting w/ A. Mologoko, B. Young to discuss investigation update | Case Administration |
| 3/6/2023 | Monday | 7.2 | Flow of Funds Anlaysis + Report Preparation | Data Analysis |
| 3/6/2023 | Monday | 0.1 | Call w/ Matt Manning at M3 to Discuss Investigation Reporting | Case Administration |
| 3/6/2023 | Monday | 0.1 | Call w/ Pat Gilman to Discuss Investigation Workplan | Case Administration |
| 3/6/2023 | Monday | 0.9 | BR/M3/Elementus meeting on investigation | Case Administration |
| 3/7/2023 | Tuesday | 0.4 | Internal call w/ B. Young to Review UCC Update Report | Case Administration |
| 3/7/2023 | Tuesday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/7/2023 | Tuesday | 0.9 | Internal sync w/ A. Mologoko on investigation findings | Case Administration |
| 3/7/2023 | Tuesday | 1.5 | Weekly meeting w/ UCC Committee + Professionals to discuss status and updates of investigation | Meeting of Creditors |
| 3/7/2023 | Tuesday | 0.8 | Loan Book Analysis Working Group w/ A. Mologoko + M3 team | Data Analysis |
| 3/7/2023 | Tuesday | 1.2 | FTT Liquidity Anlaysis | Data Analysis |
| 3/7/2023 | Tuesday | 3.1 | Loan Book Analysis + Deck Prep | Data Analysis |
| 3/7/2023 | Tuesday | 1 | Daily Investigation Sync w/ BR + M3 | Case Administration |
| 3/8/2023 | Wednesday | 0.5 | Internal status check w/ A. Mologoko, M. Galka for investigation workstreams | Case Administration |
| 3/8/2023 | Wednesday | 0.3 | Call w/ N. Shaker to go over institutional loans timelines | Case Administration |
| 3/8/2023 | Wednesday | 0.3 | Answer Brown Rudnick RFI on DOJ Seizure Warrant | Case Administration |
| 3/8/2023 | Wednesday | 1.4 | Bi-Weekly UCC Financial Advisors Update Call | Meeting of Creditors |
| 3/8/2023 | Wednesday | 0.8 | Calls w/ M. Galka to prep materials and talking points for UCC deck | Case Administration |
| 3/8/2023 | Wednesday | 0.9 | Daily BR + M3 investigation sync | Case Administration |
| 3/8/2023 | Wednesday | 6.9 | Elementus Dilligence Findings Analysis + UCC Materials Prep | Case Administration |
| 3/8/2023 | Wednesday | 1 | Multiple Calls w/ Matt + Ken from M3 to go over fidnings + materials prep | Case Administration |
| 3/9/2023 | Thursday | 0.5 | Retail Transaction Table Walkthrough w/ Alex + Ken | Case Administration |
| 3/9/2023 | Thursday | 1.5 | Analysis of DOJ Seizure order account data + Report compiling | Data Analysis |
| 3/9/2023 | Thursday | 0.2 | Call w/ H. Lee to discuss insider txns | Case Administration |
| 3/9/2023 | Thursday | 0.3 | Call w/ Shari from Brown Rudnick to go over DOJ Seizure analysis details | Case Administration |
| 3/9/2023 | Thursday | 0.1 | Call with P. Gilman to discuss dilligence requests | Case Administration |
| 3/9/2023 | Thursday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/9/2023 | Thursday | 1 | Internal status check w/ A. Mologoko, M. Galka for investigation workstreams | Case Administration |

| Date | Day | Hours | Description | Category |
|---|---|---|---|---|
| 3/9/2023 | Thursday | 1.5 | Loan Book Analysis + Deck Prep | Data Analysis |
| 3/10/2023 | Thursday | 1 | Analysis of DOJ Seizure order account data + Report compiling | Data Analysis |
| 3/9/2023 | Thursday | 1.1 | UCC Update Supplemental Research + Slide deck prep | Case Administration |
| 3/10/2023 | Friday | 0.3 | Daily M3 Workstreams Update Call | Case Administration |
| 3/10/2023 | Friday | 0.5 | Workstreams update and priorization w/ B. Young | Case Administration |
| 3/10/2023 | Friday | 0.5 | UCC call to discuss cash deposit postions | Meeting of Creditors |
| 3/11/2023 | Saturday | 2.5 | Analysis of Company Public Statements and Blockchain Reconciliation | Case Administration |
| 3/11/2023 | Saturday | 0.5 | M3 + BR + Elementus UCC Presentation Deck Prep Conference Call | Case Administration |
| 3/11/2023 | Saturday | 0.5 | Call w/ H. Lennon to discuss Deck Materials | Case Administration |
| 3/11/2023 | Saturday | 5 | UCC Presenentation Deck Prep + Relevant Analysis | Case Administration |
| 3/12/2023 | Sunday | 2.6 | Analysis of Deposits and Withdrawals Data | Data Analysis |
| 3/12/2023 | Sunday | 0.2 | Call w/ Matt Manning to Discuss Deposits + Withdrawals Data | Case Administration |
| 3/13/2023 | Monday | 1.5 | Analysis of Retail Deposits and Withdrawals Data | Case Administration |
| 3/13/2023 | Monday | 0.5 | Call w/ Matt Manning, Ken Ehrler, and Pat Gilman to Discuss Deposits/Withdrawals Analysis | Case Administration |
| 3/13/2023 | Monday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/13/2023 | Monday | 0.5 | UCC Meeting Prep Call w/ M. Galka, B. Young, and A. Mologoko | Case Administration |
| 3/13/2023 | Monday | 5.1 | By Coin Wallet Analysis by request of BR + M3 | Case Administration |
| 3/14/2023 | Tuesday | 1.8 | Weekly meeting w/ UCC Committee + Professionals to discuss status and updates of investigation | Meeting of Creditors |
| 3/14/2023 | Tuesday | 0.5 | Investigation Working Group w/ M3, BR | Case Administration |
| 3/14/2023 | Tuesday | 0.2 | Coin Security Questions Follow Up w/ M. Galka + Owen (UCC) | Case Administration |
| 3/14/2023 | Tuesday | 0.4 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/14/2023 | Tuesday | 0.5 | Tracing and Reconciling Transfers from 3rd Parties to BlockFi | Data Analysis |
| 3/14/2023 | Tuesday | 1 | Multi-Sig Research + Fireblocks Materials gathering per Owen's (UCC) Request | Data Analysis |
| 3/14/2023 | Tuesday | 1.5 | UCC Deck Materials Update + Summary write-up | Case Administration |
| 3/14/2023 | Tuesday | 0.5 | Call w/ M3 to cover UCC Update Deck Changes + Confirm Figures | Case Administration |
| 3/15/2023 | Wednesday | 2 | Bitgo Account Reset (Includes Call w/ Bitgo, BlockFi, emails w/ CS, account info gathering) | Data Analysis |
| 3/15/2023 | Wednesday | 0.5 | Call w/ A. Mologoko to discuss MPC and Multi-Sig risks | Case Administration |
| 3/15/2023 | Wednesday | 0.2 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/15/2023 | Wednesday | 1.5 | Ethereum Staking Unlock Research, Email write up to M3 | Data Analysis |
| 3/15/2023 | Wednesday | 3.6 | MPC + Multi-Sig Research to Include Call w/ BRG to discuss options | Data Analysis |
| 3/16/2023 | Thursday | 0.5 | Call w/ Ken A., Ken E. to discuss excess balances in Wallet Product | Case Administration |
| 3/16/2023 | Thursday | 3 | Ethereum Staking Research of Options and Risks | Data Analysis |
| 3/16/2023 | Thursday | 1 | Ethereum Staking Write Up Email to BR + M3 and responses | Case Administration |
| 3/16/2023 | Thursday | 0.7 | Litecoin balance analysis w/ A. Mologoko | Data Analysis |
| 3/16/2023 | Thursday | 2.5 | QAQC of all wallet balances in Wallet product, report back to M3 + BR | Case Administration |
| 3/16/2023 | Thursday | 1 | Review of UCC Update Deck | Case Administration |
| 3/17/2023 | Friday | 0.3 | Internal call w/ A. Mologoko to go over the new Flow of Funds Request from M3 | Case Administration |
| 3/17/2023 | Friday | 0.2 | Call w/ K. Ehrler at M3 to Discuss Wallet Balances + Discrepencies vs. Debtor Reporting | Case Administration |
| 3/17/2023 | Friday | 0.3 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/17/2023 | Friday | 2 | Ethereum Staking Options Research and Write-Up | Data Analysis |
| 3/17/2023 | Friday | 0.5 | New Task Staffing Plan + Ticket Creation | Case Administration |
| 3/17/2023 | Friday | 0.5 | Weekly UCC Materials Updates, Send to BR | Case Administration |
| 3/18/2023 | Saturday | 0.5 | Answering P. Gilman's questions related to investigation w/ A. Mologoko | Case Administration |
| 3/19/2023 | Sunday | 1 | Staked ETH UCC Deck Editing | Case Administration |
| 3/20/2023 | Monday | 1.1 | Answering FTX related RFIs from P. Gilman | Case Administration |
| 3/20/2023 | Monday | 0.7 | Answering RFIs over email for BRG re: MPC Security + Wallet Balances | Case Administration |
| 3/20/2023 | Monday | 0.3 | Call w/ B. Lytle to discuss Questions for debtor + debtor professionals | Case Administration |
| 3/20/2023 | Monday | 1 | Coin Security (MPC) Research | Data Analysis |
| 3/20/2023 | Monday | 0.3 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/21/2023 | Tuesday | 0.2 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/21/2023 | Tuesday | 0.7 | M3, BRG, and Elementus Wallet Motion + MPC Security Call | Case Administration |
| 3/21/2023 | Tuesday | 5 | Review MSA, Communicate With Moelis, Prep MSA Edits + Scope of Work + Communicaet with counsel | Case Administration |
| 3/21/2023 | Tuesday | 2.3 | Weekly meeting w/ UCC Committee + Professionals to discuss status and updates of investigation | Meeting of Creditors |
| 3/22/2023 | Wednesday | 1.1 | Bi-Weekly UCC Financial Advisors Update Call to discuss investigation | Meeting of Creditors |
| 3/22/2023 | Wednesday | 0.1 | Call w/ Matt Manning to discuss Staked ETH Options | Case Administration |
| 3/22/2023 | Wednesday | 0.1 | Call w/ Moelis to talk NDA process + timeline | Case Administration |
| 3/22/2023 | Wednesday | 0.4 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |

| Date | Day | Hours | Description | Category |
|---|---|---|---|---|
| 3/22/2023 | Wednesday | 1 | ETH Staking Options Analysis + Relevant Comms w/ UCC Commitee Member | Data Analysis |
| 3/22/2023 | Wednesday | 2.5 | FTT Margin Position Analysis + Communication back and forth w/ M3 + BR | Data Analysis |
| 3/23/2023 | Thursday | 0.3 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/27/2023 | Monday | 0.4 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/27/2023 | Monday | 0.3 | Disaster Response Plan Review and Reply to M. Canale | Case Administration |
| 3/28/2023 | Tuesday | 0.4 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/28/2023 | Tuesday | 1.9 | Weekly meeting w/ UCC Committee + Professionals to discuss status and updates of investigation | Case Administration |
| 3/29/2023 | Wednesday | 0.6 | Call to discuss Zac Prince Interest Account Analysis w/ A. Mologoko | Case Administration |
| 3/29/2023 | Wednesday | 0.4 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/29/2023 | Wednesday | 1.2 | Call to discuss Zac Prince Institutional Loan Claim Against Lending LLC Data Collection + Reporting w/ A. Mologoko | Case Administration |
| 3/29/2023 | Wednesday | 1.2 | Call to discuss Zac Prince Institutional Loan Claim Against Lending LLC Data Collection + Reporting w/ R. McKinnon | Case Administration |
| 3/30/2023 | Thursday | 0.6 | BR, M3, and Elementus Investigation Status Update Call | Case Administration |
| 3/30/2023 | Thursday | 0.3 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/30/2023 | Thursday | 0.4 | Internal Sync and Task Assignment Meeting w/ A. Mologoko + S. Cox | Case Administration |
| 3/30/2023 | Thursday | 0.5 | M3 + Elementus Intercompany Transfers Working Group | Data Analysis |
| 3/31/2023 | Friday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |

| Employee Name | Role |
|---|---|
| Alexander Mologoko | Senior Data Scientist |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Data Analysis | 162.90 |
| Meeting of Creditors | 0.00 |
| Case Administration | 14.50 |
| **Total** | **177.40** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 3/1/2023 | Wednesday | 0.2 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/1/2023 | Wednesday | 6.9 | Identifying Insider Wallets | Data Analysis |
| 3/2/2023 | Thursday | 6.5 | Identifying Insider Wallets | Data Analysis |
| 3/2/2023 | Thursday | 0.1 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/3/2023 | Friday | 7.2 | Processing BlockFi Internal Systems Data Dumps | Data Analysis |
| 3/3/2023 | Friday | 0.5 | BR sync call prep w/ R. MacKinnon | Case Administration |
| 3/3/2023 | Friday | 0.5 | Elementus/Brown Rudnick Investigation Weekly Sync | Case Administration |
| 3/3/2023 | Friday | 0.4 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/5/2023 | Sunday | 0.9 | Call w/ M3, B. Young, A. Mologoko to Discuss Investigation Deliverables | Case Administration |
| 3/5/2023 | Sunday | 0.4 | Call with B. Mackinnon, B. Young re investigation workplan | Case Administration |
| 3/5/2023 | Sunday | 0.9 | Call with P. Gilman, H. Lennon at BR, M. Manning, K. Ehrler at M3 re investigations | Case Administration |
| 3/5/2023 | Sunday | 4.1 | Identifying Institutional Wallets | Data Analysis |
| 3/5/2023 | Sunday | 4.1 | Institutional wallet ID and Alameda loans analysis | Data Analysis |
| 3/6/2023 | Monday | 1 | Meeting w/ Brown Rudnick / M3 / Elementus | Case Administration |
| 3/6/2023 | Monday | 9.1 | Identifying Institutional Wallets | Data Analysis |
| 3/6/2023 | Monday | 0.5 | Internal meeting w/ R. MacKinnon, B. Young to discuss investigation update | Case Administration |
| 3/6/2023 | Monday | 0.4 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/7/2023 | Tuesday | 8.8 | Analyzing FTX/Alameda Transactions | Data Analysis |
| 3/7/2023 | Tuesday | 0.9 | Internal sync w/ R. MacKinnon on investigation findings | Case Administration |
| 3/7/2023 | Tuesday | 0.8 | Loan Book Analysis Working Group w/ R. MacKinnon + M3 team | Data Analysis |
| 3/8/2023 | Wednesday | 6.7 | Analyzing Alameda Loans | Data Analysis |
| 3/8/2023 | Wednesday | 0.5 | Internal status check w/ R. MacKinnon, M. Galka for investigation workstreams | Case Administration |
| 3/9/2023 | Thursday | 7.8 | Creating Investigative Report w/ GBTC Internal Ledger Transactions | Data Analysis |
| 3/9/2023 | Thursday | 1 | Internal status check w/ R. MacKinnon, M. Galka for investigation workstreams | Case Administration |
| 3/9/2023 | Thursday | 0.5 | FTT Liquidity Anlaysis | Data Analysis |
| 3/10/2023 | Friday | 7.6 | Preparing Consolidated Insider Transactions Report for M3 | Data Analysis |
| 3/11/2023 | Saturday | 3.7 | Analyzing BlockFi Stablecoin Holdings | Data Analysis |
| 3/12/2023 | Sunday | 4.2 | Analyzing Retail Crypto Flows by Month | Data Analysis |
| 3/13/2023 | Monday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/13/2023 | Monday | 9.2 | Analyzing Collateral Positions and Loans | Data Analysis |
| 3/13/2023 | Monday | 0.5 | UCC Meeting Prep Call w/ M. Galka, R. MacKinnon, and A. Mologoko | Case Administration |
| 3/15/2023 | Wednesday | 0.5 | Call w/ R. MacKinnon to discuss MPC and Multi-Sig risks | Case Administration |
| 3/15/2023 | Wednesday | 6.8 | Analyzing Retail Banking Flows by Month | Data Analysis |
| 3/15/2023 | Wednesday | 0.5 | Internal standup on UCC Workstreams w/ M. Galka | Case Administration |
| 3/16/2023 | Thursday | 7.3 | Analyzing Retail BIA Flows by Month | Data Analysis |

| Date | Day | Hours | Description | Category |
|---|---|---|---|---|
| 3/16/2023 | Thursday | 0.7 | Litecoin balance analysis w/ R. MacKinnon | Data Analysis |
| 3/17/2023 | Friday | 0.3 | Internal call w/ R. MacKinnon to go over the new Flow of Funds Request from M3 | Case Administration |
| 3/17/2023 | Friday | 7.2 | Analyzing Institutional Crypto Flows by Month | Data Analysis |
| 3/18/2023 | Saturday | 0.5 | Answering P. Gilman's questions related to investigation w/ R. MacKinnon | Case Administration |
| 3/20/2023 | Monday | 6.5 | Analyzing Institutional Banking Flows by Month | Data Analysis |
| 3/20/2023 | Monday | 0.5 | Internal standup on UCC Workstreams w/ M. Galka | Case Administration |
| 3/21/2023 | Tuesday | 6 | Analyzing Institutional Loans | Data Analysis |
| 3/21/2023 | Tuesday | 0.5 | Potential Excess Wallet Assets Catch-Up | Case Administration |
| 3/22/2023 | Wednesday | 6.5 | Analyzing FTT Collateral Transfers | Data Analysis |
| 3/22/2023 | Wednesday | 0.5 | Internal standup on UCC Workstreams w/ M. Galka | Case Administration |
| 3/23/2023 | Thursday | 7.5 | Analyzing Internal Ledger Transactions w/ Alameda | Data Analysis |
| 3/24/2023 | Friday | 6.1 | Analyzing Internal Ledger Transactions w/ FTX | Data Analysis |
| 3/24/2023 | Friday | 0.5 | Internal standup on UCC Workstreams w/ M. Galka | Case Administration |
| 3/27/2023 | Monday | 6.5 | Analyzing Insider Loans | Data Analysis |
| 3/27/2023 | Monday | 0.5 | Internal standup on UCC Workstreams w/ M. Galka | Case Administration |
| 3/29/2023 | Wednesday | 0.6 | Call to discuss Zac Prince Interest Account Analysis w/ R. MacKinnon | Case Administration |
| 3/29/2023 | Wednesday | 0.4 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 3/29/2023 | Wednesday | 6.4 | Analyzing Insider BIA | Data Analysis |
| 3/30/2023 | Thursday | 7.7 | Analyzing GBTC Margin Activity | Data Analysis |
| 3/30/2023 | Thursday | 0.5 | Inter-company Loans Working Session w/ M3 | Data Analysis |

| Employee Name | Role |
|---|---|
| Nicholas Shaker | Project Manager |

### Summary

| Categories | Hours |
|---|---|
| Data Analysis | 0.00 |
| Meeting of Creditors | 0.00 |
| Case Administration | 0.60 |
| **Total** | **0.60** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 3/3/2023 | Friday | 0.3 | BR Deliverable Workplan Discussion w/ R. MacKinnon + B. Young | Case Administration |
| 3/9/2023 | Wednesday | 0.3 | Call w/ R. MacKinnon to go over institutional loans timelines | Case Administration |

| Employee Name | Role |
|---|---|
| Bryan Young | Vice President |

### Summary

| Categories | Hours |
|---|---|
| Data Analysis | 0.00 |
| Meeting of Creditors | 0.00 |
| Case Administration | 33.75 |
| **Total** | **33.75** |

### Details

| Date | Day | Hours | Activity | Category | |
|---|---|---|---|---|---|
| 3/1/2023 | Wednesday | 0.6 | Call w/ M. Manning and K. Ehrler to Discuss Workstreams and Planning | Case Administration | B. Young |
| 3/3/2023 | Friday | 0.3 | BR Deliverable Workplan Discussion w/ R. MacKinnon + N. Shaker | Case Administration | B. Young |
| 3/3/2023 | Friday | 2.5 | Review and updates to timeline of events for investigation | Case Administration | B. Young |
| 3/3/2023 | Friday | 0.5 | Call with M. Manning and K. Ehrler at M3 to discuss status of investigation | Case Administration | B. Young |
| 3/3/2023 | Friday | 0.5 | Call with P. Gillman at Brown Rudnick to discuss status of investigation | Case Administration | B. Young |
| 3/3/2023 | Friday | 0.5 | Investigation Prioritization Schedule w/ R. MacKinnon | Case Administration | B. Young |
| 3/3/2023 | Friday | 2 | Review and updates to workstreams for Investigation | Case Administration | B. Young |
| 3/4/2023 | Saturday | 4 | Review and updates to workstreams for investigation | Case Administration | B. Young |
| 3/4/2023 | Saturday | 0.5 | Call with M. Manning and K. Ehrler at M3 re investigation workstreams | Case Administration | B. Young |
| 3/4/2023 | Saturday | 0.5 | Call with M. Meghji, M.Manning at M3 re investigative workstreams | Case Administration | B. Young |
| 3/4/2023 | Saturday | 0.5 | Call with P. Gillman, S. Palley at BR, M. Manning, K. Ehrler at M3 re investigative workstreams. | Case Administration | B. Young |
| 3/5/2023 | Sunday | 0.9 | Call w/ M3, B. MacKinnon, A. Mologoko to Discuss Investigation Deliverables | Case Administration | B. Young |
| 3/5/2023 | Sunday | 0.4 | Call with R. MacKinnon, A. Mologoko re investigation workplan | Case Administration | B. Young |
| 3/5/2023 | Sunday | 2.5 | Review and updates to workstreams for investigation workplan | Case Administration | B. Young |
| 3/5/2023 | Sunday | 0.9 | Call with P. Gilman, H. Lennon at BR, M. Manning, K. Ehrler at M3 re investigations | Case Administration | B. Young |
| 3/6/2023 | Monday | 0.4 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration | B. Young |
| 3/6/2023 | Monday | 0.5 | Internal meeting w/ R. MacKinnon, A. Mologoko to discuss investigation update | Case Administration | B. Young |
| 3/7/2023 | Tuesday | 0.4 | Internal call with R. MacKinnon re review of UCC update report | Case Administration | B. Young |
| 3/8/2023 | Wednesday | 0.5 | Call with C. Morris at Moelis re analysis for account platform bids | Case Administration | B. Young |
| 3/8/2023 | Wednesday | 0.4 | Emails and summary of SOW re account comparison for account platform bids | Case Administration | B. Young |
| 3/11/2023 | Saturday | 3.2 | Review and Analysis of Company Public Statements for Investigation | Case Administration | B. Young |
| 3/11/2023 | Saturday | 0.5 | M3 + BR + Elementus UCC Presentation Deck Prep Conference Call | Case Administration | B. Young |
| 3/11/2023 | Saturday | 0.5 | Call w/ H. Lennon et al at BR to discuss Deck Materials for Investigation | Case Administration | B. Young |
| 3/11/2023 | Saturday | 2 | Review and updates to workstreams for Investigation | Case Administration | B. Young |
| 3/13/2023 | Monday | 0.5 | UCC Meeting Prep Call w/ M. Galka, R. MacKinnon and A. Mologoko | Case Administration | B. Young |
| 3/15/2023 | Wednesday | 2.5 | Review and Preparation of Fee Applications | Case Administration | B. Young |
| 3/16/2023 | Thursday | 2 | Review proposed billing protocols provided by Genova Burns with M. Austin | Case Administration | B. Young |
| 3/17/2023 | Friday | 0.75 | Review of Deposition transcripts of M. Henry and R. Loban for Investigation | Case Administration | B. Young |
| 3/20/2023 | Monday | 0.3 | Review of Agreement/NDA for Customer Overlap Analysis for Sale | Case Administration | B. Young |
| 3/21/2023 | Tuesday | 0.2 | Review of Emails/Agreements re Customer overlap analaysis for sale | Case Administration | B. Young |
| 3/22/2023 | Wednesday | 0.3 | Review of Emails/Agreements re Customer overlap analaysis for sale | Case Administration | B. Young |
| 3/27/2023 | Monday | 0.3 | Review and analysis of documents and emails for investigation | Case Administration | B. Young |
| 3/28/2023 | Tuesday | 0.5 | Review and analysis of documents and emails for investigation | case Administration | B. Young |
| 3/29/2023 | Wednesday | 0.3 | Review and analysis of documents and emails for investigation | Case Administration | B. Young |
| 3/30/2023 | Thursday | 0.3 | Review and analysis of documents and emails for investigation | Case Administration | B. Young |
| 3/31/2023 | Friday | 0.3 | Review and analysis of documents and emails for investigation | Case Administration | B. Young |

| Employee Name | Role |
|---|---|
| Matt Austin | Vice President |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Data Analysis | 0.00 |
| Meeting of Creditors | 0.00 |
| Case Administration | 14.80 |
| **Total** | **14.80** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 3/16/2023 | Thursday | 2 | Review proposed billing protocols provided by Genova Burns with B. Young | Case Administration |
| 3/22/2023 | Wednesday | 0.5 | Call w/ R. MacKinnon to discuss NDA process + timeline | Case Administration |
| 3/21/2023 | Tuesday | 3.5 | Diligence MSA and SOW preparation for Project Sage | Case Administration |
| 3/23/2023 | Thursday | 4.3 | NDA and SOW preparation for Project Sage | Case Administration |
| 3/24/2023 | Friday | 0.5 | Slide Review for Project Sage work | Case Administration |
| 3/31/2023 | Tuesday | 4 | Preparing documentation related Monthly billable hours and expense reporting | Case Administration |