**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BlockFi Inc., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE** that Kroll Restructuring Administration LLC ("***Kroll***"), hereby withdraws the following:

- Affidavit of Service filed by Kroll Restructuring Administration LLC [Docket No. 683]

Dated: April 27, 2023

>  */s/ Laura Campbell*
>  Laura Campbell
>  Kroll Restructuring Administration LLC
>  55 East 52nd Street
>  17th Floor
>  New York, NY 10055

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.