**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Deborah Kovsky-Apap (NJ Bar No. 030942003)
875 Third Avenue
New York, NY 10022
(212) 808-2726
deborah.kovsky@troutman.com

*Counsel for the Ad Hoc Committee of
Wallet Account Holders*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*[1]<br><br>Debtors. | Chapter 11 Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL
OF NOTICE OF RULE 30(b)(6) DEPOSITION [DOCKET NO. 799]**

PLEASE TAKE NOTICE that the Ad Hoc Committee of Wallet Account Holders' *Notice Of Rule 30(B)(6) Deposition of the Debtors in Connection with the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor Withdrawals from Wallet Accounts, (B) Update the User Interface to Properly Reflect Transactions and Assets as of the Platform Pause, and (C) Conduct Ordinary Course Reconciliation of Accounts, and (II) Granting Related Relief [Docket No. 121]*, filed at Docket No. 799, is hereby withdrawn without prejudice.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1

Dated: April 28, 2023

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

*/s/ Deborah Kovsky-Apap*
875 Third Avenue
New York, New York 10022
(212) 704-6000
deborah.kovsky@troutman.com

*Counsel to the Ad Hoc Committee of Wallet Account Holders*

2