# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BROWN RUDNICK LLP
Robert J. Stark, Esq.
Kenneth J. Aulet, Esq.
Bennett S. Silverberg, Esq.
Seven Times Square
New York, NY  10036
Telephone: (212) 209-4800
Fax: (212) 209-4801
Email:  rstark@brownrudnick.com
         kaulet@brownrudnick.com
         bsilverberg@brownrudnick.com
*Counsel for the Official Committee of Unsecured Creditors*
  -and-
GENOVA BURNS LLC.
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
Gregory S. Kinoian, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 230-2095
Fax: (973) 533-1112
Email: DStolz@genovaburns.com
         DClarke@genovaburns.com
         GKinoian@genovaburns.com
*Local Counsel for the Official*
 *Committee of Unsecured Creditors*

BROWN RUDNICK LLP
Stephen D. Palley, Esq.
601 Thirteenth Street, NW
Washington, DC  20005
Telephone:  (617)536-1766
Fax: (617)289-0466
Email:  spalley@brownrudnick.com

|  |  |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.,*<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1

**MODIFIED LOCAL FORM CERTIFICATION OF NO OBJECTION REGARDING
MONTHLY FEE STATEMENT OF M3 PARTNERS, FINANCIAL ADVISOR TO
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
JANUARY 2023 [DOCUMENT NO. 741]**

The Court authorized, under D.N.J. LBR 2016-3(a), the Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court [Dkt. No. 307].  Under said Order, objections to the Monthly Fee Statement filed on April 14, 2023 were to be filed and served not later than April 28, 2023.

I, Donald W. Clarke, Esq. certify that, as of May 1, 2023, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Date:  May 1, 2023                          */s/  Donald W. Clarke*
                                            DONALD W. CLARKE