UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Deborah Kovsky-Apap (NJ Bar No. 030942003)
875 Third Avenue
New York, NY 10022
(212) 808-2726
deborah.kovsky@troutman.com
*Counsel for the Ad Hoc Committee of Wallet Account Holders*

In re:

BLOCKFI Inc.[1], *et al.*,

Debtors.

Chapter 11

Case No. 22-19361 (MBK)

(Jointly Administered)

Honorable Michael B. Kaplan

# CERTIFICATE OF SERVICE

1. I, Deborah Kovsky-Apap, Esq.:

    ☑ represent the *Ad Hoc Committee of Wallet Account Holders* in this matter.
    ☐ am the secretary/paralegal for _____ who represents in the above-captioned matter.
    ☐ am the _____ in the above case and am representing myself.

2. On April 27, 2023, I sent a copy of the following pleading(s) and/or document(s) to the parties listed in the chart below listed below:

   - Notice of Rule 30(b)(6) Deposition of The Debtors in Connection With The Debtors' Motion for Entry of An Order (I) Authorizing The Debtors to (A) Honor Withdrawals from Wallet Accounts, (B) Update The User Interface to Properly Reflect Transactions

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

153170634v1

and Assets as of The Platform Pause, and (C) Conduct Ordinary Course Reconciliation of Accounts, and (II) Granting Related Relief [Docket No. 121] (Docket No. 799)

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  May 1, 2023

        s/ Deborah Kovsky-Apap
        Deborah Kovsky-Apap (NJ Bar No. 030942003)
        875 Third Avenue
        New York, New York 10022
        (212) 704-6000
        deborah.kovsky@troutman.com

        *Counsel for the Ad Hoc Committee of*
        *Wallet Account Holders*

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Ankura Trust Company, LLC, as Trustee for the Indenture Dated as of February 28, 2022<br>Attn: James J. McGinley<br>140 Sherman Street, 4th Floor Fairfield, CT 06824<br>james.mcginley@ankura.com | Indenture Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Ansell Grimm & Aaron, P.C.<br>Attn: Anthony J. D'Artiglio, Joshua S. Bauchner<br>365 Rifle Camp Road<br>Woodland Park, NJ      07424<br>ajd@ansellgrimm.com<br>jb@ansellgrimm.com | Counsel to Kyle Klaus | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Barclay Damon LLP<br>Attn: Scott L. Fleischer<br>1270 Avenue of the Americas<br>Suite 501<br>New York, NY 10020<br>sfleischer@barclaydamon.com | Counsel to Rui Pedro Vaz dos Santos Teixeira | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Boyle & Valenti Law, P.C.<br>Attn: Carrie J. Boyle, Esq.<br>1940 Route 70 East Suite 4<br>Cherry Hill NJ 08003<br>cboyle@b-vlaw.com | Counsel to Ge Song | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Brown Rudnick LLP<br>Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq.<br>7 Times Square<br>New York NY 10036<br>rstark@brownrudnick.com<br>kaulet@brownrudnick.com<br>bsilverberg@brownrudnick.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Brown Rudnick LLP<br>Attn: Stephen D. Palley, Esq.<br>601 Thirteenth Street NW<br>Washington DC 20005<br>spalley@brownrudnick.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

153170634v1

| | | |
|---|---|---|
| Cole Schotz P.C.<br>Attn: Felice R. Yudkin,<br>Rebecca W. Hollander,<br>Michael D. Sirota; Warren A. Usatine<br>25 Main Street<br>Hackensack NJ 07601<br>FYudkin@coleschotz.com<br>RHollander@coleschotz.com<br>Msirota@coleschotz.com<br>wusatine@coleschotz.com | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Fox Rothschild, LLP<br>Attn: Mark Edward Hall<br>49 Market Street<br>Morristown, NJ 07960<br>mhall@foxrothschild.com | Counsel to John Lymn | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Genova Burns LLC<br>Attn: Gregory S. Kinoian<br>494 Broad Street<br>Newark, NJ 07102<br>gkinoian@genovaburns.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Genova Burns LLC<br>Attn: Daniel M. Stolz, Esq.,<br>Donald W. Clarke, Esq.,<br>Gregory S. Kinoian, Esq.<br>110 Allen Road, Suite 304<br>Basking Ridge  NJ 07920<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| George J. Gerro<br>530 S. Glenoaks Blvd. Suite 200<br>Burbank CA 91502<br>george@gerrolaw.com | George J. Gerro Esq., in his capacity as a creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| George S. Wynns<br>124 Brewsteer Street<br>San Francisco CA 94110<br>georgewynns@gmail.com | George S. Wynns, Creditor Pro Se | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

4

153170634v1

| | | |
|---|---|---|
| Gibbons P.C.<br>Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly<br>One Gateway Center<br>Newark NJ 07102<br>rmalone@gibbonslaw.com<br>btheisen@gibbonslaw.com<br>kmcevilly@gibbonslaw.com | Counsel to Ankura Trust Company, LLC as Indenture Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Gorski & Knowlton PC<br>Attn: Carol L. Knowlton, Esquire<br>311 Whitehorse Avenue Suite A<br>Hamilton NJ 08610<br>cknowlton@gorskiknowlton.com | Counsel to George J. Gerro | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Gorski and Knowlton, P.C.<br>Attn: Allen I Gorski<br>311 White Horse Avenue<br>Suite A<br>Hamilton, NJ 08610<br>agorski@gorskiknowlton.com | Counsel to Nancy Fout | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Haynes and Boone, LLP<br>Attn: J. Frasher Murphy,<br>Jordan E. Chavez<br>2323 Victory Ave Suite 700<br>Dallas TX 75219<br>frasher.murphy@haynesboone.com<br>jordan.chavez@haynesboone.com | Co-Counsel to Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Haynes and Boone, LLP<br>Attn: Kenric D. Kattner,<br>Kourtney P. Lyda,<br>Re'Necia Sherald<br>1221 McKinney Street Suite 4000<br>Houston TX 77010<br>kenric.kattner@haynesboone.com<br>kourtney.lyda@haynesboone.com<br>renecia.sherald@haynesboone.com | Co-Counsel to Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Haynes and Boone, LLP<br>Attn: Richard S. Kanowitz<br>30 Rockefeller Plaza    26th Floor<br>New York NY 10112<br>richard.kanowitz@haynesboone.com | Co-Counsel to Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

5

| | | |
|---|---|---|
| Hogan Lovells US LLP<br>Attn: Christopher R. Donoho III,<br>Christopher R. Bryant, Robert A. Ripin<br>390 Madison Ave<br>New York NY 10017<br>chris.donoho@hoganlovells.com<br>chris.bryant@hoganlovells.com<br>robert.ripin@hoganlovells.com | Counsel to Ankura Trust Company, LLC as Indenture Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Hogan Lovells US LLP<br>Attn: David P. Simonds, Esq.,<br>Edward J. McNeilly, Esq.<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles CA 90067<br>david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com | Counsel to Ankura Trust Company, LLC as Indenture Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Holland & Knight LLP<br>Attn: Barbra R. Parlin<br>31 West 52Nd Street<br>New York NY 10019<br>barbra.parlin@hklaw.com | Counsel to Silvergate Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Kirkland & Ellis LLP<br>Attn: Rob Jacobson,<br>Alexander D. McCamon and<br>Michael Slade<br>300 North Lasalle Street<br>Chicago IL 60654<br>rob.jacobson@kirkland.com<br>alexander.mccammon@kirkland.com<br>mslade@kirkland.com | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Kirkland & Ellis LLP<br>Attn: Christine A. Okike,<br>Francis Petrie,<br>Joshua Sussberg<br>601 Lexington Avenue<br>New York NY 10022<br>christine.okike@kirkland.com<br>francis.petrie@kirkland.com<br>jsussberg@kirkland.com | Counsel to the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Kroll Restructuring Administration LLC<br>Attn: Jessica Berman<br>55 East 52nd Street 17th Floor<br>New York NY 10055<br>BlockFiTeam@ra.kroll.com<br>Serviceqa@ra.kroll.com | Claims and Noticing Agent | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

153170634v1

| | | |
|---|---|---|
| Loeb & Loeb LLP<br>Attn: Daniel B. Besikof and Lindsay Feuer and<br>345 Park Avenue<br>New York, NY 10154<br>dbesikof@loeb.com<br>lfeuer@loeb.com | Counsel for Deferred 1031 LLC and Deferred 1031 Series 4 LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| McCarter & English, LLP<br>Attn: David J. Adler, Joseph R. Scholz<br>Worldwide Plaza<br>825 Eighth Avenue, 31st Floor<br>New York NY 10019<br>dadler@mccarter.com<br>jscholz@mccarter.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| McCarter & English, LLP<br>Attn: Lisa S. Bonsall<br>Four Gateway Center<br>100 Mulberry Street<br>Newark NJ 07102<br>lbonsall@mccarter.com | Counsel to the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Gaston P. Loomis<br>300 Delaware Ave Suite 1014<br>Wilmington DE 19801<br>gloomis@mdmc-law.com | Counsel to New Jersey Bureau of Securities | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Jeffrey Bernstein<br>570 Broad Street<br>Newark NJ 07102<br>jbernstein@mdmc-law.com | Counsel to New Jersey Bureau of Securities | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Nicole Leonard<br>225 Liberty Street 36th Floor<br>New York NY 10281<br>nleonard@mdmc-law.com | Counsel to New Jersey Bureau of Securities | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Virginia T. Shea<br>1300 Mt. Kemble Avenue<br>PO Box 2075<br>Morristown NJ 07962-2075<br>vshea@mdmc-law.com | Counsel to New Jersey Bureau of Securities | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

153170634v1

| | | |
|---|---|---|
| Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C.<br>Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein<br>919 Third Avenue<br>New York NY 10022<br>KRWalsh@mintz.com<br>TDoherty@mintz.com<br>DBaumstein@mintz.com | Marex Capital Markets Inc. formerly known as E D & F Man Capital Markets, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Montgomery McCracken Walker & Rhoads LLP<br>Attn: David M. Banker<br>437 Madison Avenue<br>24th Floor<br>New York, NY 10022<br>dbanker@mmwr.com | Counsel for Samuel L. Bankman-Fried | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Morgan, Lewis & Bockius LLP<br>Attn: John C. Goodchild, III, Matthew C. Ziegler<br>1701 Market Street<br>Philadelphia PA 19103<br>john.goodchild@morganlewis.com<br>matthew.ziegler@morganlewis.com | Counsel to Emergent Fidelity Technologies Ltd | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Morgan, Lewis & Bockius LLP<br>Attn: Joshua Dorchak, David K. Shim<br>101 Park Avenue<br>New York NY 10178<br>joshua.dorchak@morganlewis.com<br>david.shim@morganlewis.com | Counsel to Emergent Fidelity Technologies Ltd | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| National Association of Attorneys General<br>Attn: Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington DC 20036<br>kcordry@naag.org | National Association of Attorneys General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Office of The Attorney General of Texas<br>Attn: Roma N. Desai<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin TX 78711-2548<br>roma.desai@oag.texas.gov<br>public.information@oag.state.tx.us | Counsel to the State of Texas | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

153170634v1

| | | |
|---|---|---|
| Office of The Tennessee Attorney General<br>Attn: Bankruptcy Division<br>P.O. Box 20207<br>Nashville TN 37202-0207<br>consumer.affairs@tn.gov<br>gina.hantel@ag.tn.gov | TN Dept of Commerce and Insurance | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Office of the United States Trustee<br>Attn: Lauren Bielskie, Esq.,<br>Jeffrey M. Sponder, Esq<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark NJ 07102<br>Lauren.Bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov<br>USTPRegion03.NE.ECF@usdoj.gov | U.S. Trustee for the District of New Jersey | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Reed Smith LLP<br>Attn: Kurt F. Gwynne, Jason D. Angelo<br>1201 North Market Street, Suite 1500<br>Wilmington DE 19801<br>kgwynne@reedsmith.com<br>jangelo@reedsmith.com | Counsel to Bryant F. Foulger | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Securities & Exchange Commission - NY Office<br>Attn: Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street, Ste 400<br>New York NY 10281-1022<br>bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Securities and Exchange Commission - Regional Office | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Securities & Exchange Commission - Philadelphia Office<br>Attn: Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia PA 19103<br>secbankruptcy@sec.gov | Securities and Exchange Commission - Regional Office | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Securities and Exchange Commission<br>Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549<br>secbankruptcy@sec.gov | Securities and Exchange Commission – Headquarters | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

153170634v1

| | | |
|---|---|---|
| Severson & Werson<br>Attn: Eleanor M. Roman,<br>Donald H. Cram<br>595 Market Street Suite 2600<br>San Francisco CA 94105<br>emr@severson.com<br>dhc@severson.com | Counsel to Scratch Services LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Singer & Levick, P.C.<br>Attn: Larry A. Levick<br>16200 Addison Road    Suite 140<br>Addison TX 75001<br>Levick@singerlevick.com | Counsel to Rui Pedro Vaz dos Santos Teixeira | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Alaska Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 110300<br>Juneau AK 99811-0300<br>attorney.general@alaska.gov | State of Alaska Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Arizona Attorney General<br>Attn: Bankruptcy Department<br>2005 N Central Ave<br>Phoenix AZ 85004-2926<br>aginfo@azag.gov | State of Arizona Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of California Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento CA 94244-2550<br>bankruptcy@coag.gov | State of California Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Connecticut Attorney General<br>Attn: Bankruptcy Department<br>165 Capitol Avenue<br>Hartford CT 06106<br>attorney.general@ct.gov<br>denise.mondell@ct.gov | State of Connecticut Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Delaware Attorney General<br>Attn: Bankruptcy Department<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington DE 19801<br>attorney.general@state.de.us | State of Delaware Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

153170634v1

| | | |
|---|---|---|
| State of Hawaii Attorney General<br>Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu HI 96813<br>hawaiiag@hawaii.gov | State of Hawaii Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Illinois Attorney General<br>Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601<br>webmaster@atg.state.il.us | State of Illinois Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Iowa Attorney General<br>Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines IA 50319<br>webteam@ag.iowa.gov | State of Iowa Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Louisiana Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095<br>consumerinfo@ag.state.la.us | State of Louisiana Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Maryland Attorney General<br>Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore  MD 21202-2202<br>oag@oag.state.md.us | State of Maryland Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Massachusetts Attorney General<br>Attn: Bankruptcy Department<br>One Ashburton Place<br>Boston MA 02108-1698<br>ago@state.ma.us | State of Massachusetts Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Michigan Attorney General<br>Attn: Bankruptcy Department<br>G. Mennen Williams Building 7th Fl<br>525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing MI 48909-0212<br>miag@michigan.gov | State of Michigan Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

153170634v1

| | | |
|---|---|---|
| State of Missouri Attorney General<br>Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102<br>attorney.general@ago.mo.gov | State of Missouri Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Montana Attorney General<br>Attn: Bankruptcy Department<br>215 N Sanders, Third Floor<br>P.O. Box 201401<br>Helena MT 59620-1401<br>contactdoj@mt.gov | State of Montana Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Nebraska Attorney General<br>Attn: Bankruptcy Department<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920<br>ago.info.help@nebraska.gov | State of Nebraska Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Nevada Attorney General<br>Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701<br>aginfo@ag.nv.gov | State of Nevada Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of New Hampshire Attorney General<br>Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord NH 03301<br>attorneygeneral@doj.nh.gov | State of New Hampshire Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of New Jersey Attorney General<br>Attn: Bankruptcy Department<br>RJ Hughes Justice Complex<br>25 Market Street<br>P.O. Box 080<br>Trenton NJ 08625-0080<br>askconsumeraffairs@lps.state.nj.us | State of New Jersey Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of North Dakota Attorney General<br>Attn: Bankruptcy Department<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040<br>ndag@nd.gov | State of North Dakota Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

153170634v1

| | | |
|---|---|---|
| State of Oregon Attorney General<br>Attn: Bankruptcy Department<br>1162 Court Street NE<br>Salem OR 97301<br>consumer.hotline@doj.state.or.us<br>david.hart@doj.state.or.us | State of Oregon Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of South Dakota Attorney General<br>Attn: Bankruptcy Department<br>1302 East Highway 14 Suite 1<br>Pierre SD 57501-8501<br>consumerhelp@state.sd.us | State of South Dakota Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Utah Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 142320<br>Salt Lake City UT 84114-2320<br>uag@utah.gov | State of Utah Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of Vermont Attorney General<br>Attn: Bankruptcy Department<br>109 State St.<br>Montpelier VT 05609-1001<br>ago.bankruptcies@vermont.gov | State of Vermont Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| State of West Virginia Attorney General<br>Attn: Bankruptcy Department<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305<br>consumer@wvago.gov | State of West Virginia Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Stevens & Lee, P.C.<br>Attn: John C. Kilgannon<br>Princeton Pike Corporate Center<br>100 Lenox Drive, Suite 200<br>Lawrenceville   NJ 08648<br>john.kilgannon@stevenslee.com | Counsel to Towards Equilibrium, LLC d/b/a Equi ("Towards Equilibrium") | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Straffi & Straffi, LLC<br>Attn: Daniel E. Straffi<br>670 Commons Way<br>Toms River NJ 08755<br>bkclient@straffilaw.com | Counsel to Bruce Gilling, Martin Mikolajczyk, Mitchell Eglar, Brian Graddon, Matthew Hoselton, Michiel Hemminga, Kole Kottmeter, Ashton Rincon, William Warburton, Daniel Gusovsky, Clayton | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

153170634v1

| | | |
|---|---|---|
| | Bargsten, Joseph Borremans, Brendan Pena, Alberto Olivo, Steven Lee, Ellison Bak and Scott Aufenanger | |
| Sullivan & Cromwell LLP<br>Attn: Andrew G. Dietderich,<br>James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora<br>125 Broad Street<br>New York NY 10004<br>dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>porporam@sullcrom.com | Counsel to FTX Trading Ltd. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| U.S. Department of Justice – Civil Division<br>Commercial Litigation Branch<br>Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro<br>Ben Franklin Station<br>P.O. Box 875<br>Washington DC 20044-0875<br>seth.shapiro@usdoj.gov | Counsel to United States of America | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| U.S. Department of Justice Civil Division<br>Attn: Seth B. Shapiro<br>1100 L Street, NW<br>7th Floor - Room 7114<br>Washington DC 20005<br>seth.shapiro@usdoj.gov | Counsel to United States of America | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Venable LLP<br>Attn: Andrew J. Currie<br>600 Massachusetts Avenue NW<br>Washington DC 20001<br>AJCurrie@Venable.com | Counsel to Cipher Mining Inc. and Cipher Mining Technologies Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Venable LLP<br>Attn: Michael A. Guerra, Jeffrey S. Sabin and Carol A. Weiner<br>1270 Avenue of the Americas<br>24th Floor<br>New York NY  10020<br>MAGuerra@Venable.com<br>JSsabin@venable.com<br>CWeinerlevy@venable.com | Counsel to Cipher Mining Inc. and Cipher Mining Technologies Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

15

| | | |
|---|---|---|
| Wadsworth, Garber, Warner and Conrardy, P.C.<br>Attn: Aaron A. Garber<br>2580 W. Main St.<br>Littleton CO 80120<br>agarber@wgwc-law.com | Counsel to Kristen Vorhees | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Washington DC Attorney General<br>Attn: Bankruptcy Department<br>441 4th Street, NW<br>Washington DC 20001<br>oag@dc.gov | Washington DC Attorney General | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Webber McGill LLC<br>Attn: Douglas J. McGill<br>100 E. Hanover Avenue<br>Suite 401<br>Cedar Knolls, NJ 07927<br>dmcgill@webbermcgill.com | Counsel for Gary Ford | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP<br>Attn: Simon Aron<br>11400 West Olympic Blvd, 9th Floor<br>Los Angeles CA 90064-1582<br>saron@wrslawyers.com | Counsel to Timothy Price | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E-mail (as authorized by the Court or by rule) |

153170634v1