| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>Facsimile:  (201) 489-1536<br>Email: msirota@coleschotz.com<br>           wusatine@coleschotz.com<br>*Attorneys for Debtors*<br>*and Debtors in Possession* | |
| In re:<br><br>BLOCKFI INC., *et al.,*<br><br>            Debtors.[1] | Case No.:    22-19361<br><br>Judge:         Hon. Michael B. Kaplan<br><br>Chapter:      11<br><br>Hearing Date:    March 13, 2023 |

## ADJOURNMENT REQUEST

1.  I, <u>Michael D. Sirota, Esq.</u>

    ☒    am the attorney for:  <u>the Debtors/Debtors-in-Possession                             </u>,

    ☐    am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    **First Matter**:

    Docket No. 4 – Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of Top 50 Unsecured Creditors and Consolidated List of Creditors, (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information of Individual Creditors, Clients, Equity Holders, and Current and Former Employees, (III) Authorizing Client

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

65365/0001-45272553v1

Name Redaction, (IV) Waiving the Requirement to File an Equity List and Provide Notices Directly to Equity Security Holders and (V) Granting Related Relief

**Related Documents**:

Docket No. 232 – U.S. Trustee's Objection to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of Top 50 Unsecured Creditors and Consolidated List of Creditors, (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information of Individual Creditors, Clients, Equity Holders, and Current and Former Employees, (III) Authorizing Client Name Redaction, (IV) Waiving the Requirement to File an Equity List and Provide Notices Directly to Equity Security Holders and (V) Granting Related Relief

Docket No. 275 – Debtors' Response to U.S. Trustee's Objection to Debtors' Consolidation and Redaction Motion

Docket No. 282 – Statement of the Ad Hoc Committee of Wallet Account Holders in Support of the Debtors' Redaction Motion

Docket No. 337 – Debtors' Amended Response to U.S. Trustee's Objection to Debtors' Consolidation and Redaction Motion

**Second Matter**:

Docket No. 127 – Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Transaction Parties in Interest Related to the Debtors' Professional Retention Applications

**Related Documents**:

Docket No. 233 – United States Trustee's Objection to the Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Transaction Parties in Interest Related to the Debtors' Professional Retention Applications

Docket No. 277 – Declaration of Brian Tichenor of Moelis & Company, LLC in Support of Debtors' Consolidation and Redaction Motion and Declaration in Support of Debtors' Sealing Motion

**Third Matter**:

Docket No. 443 – Debtors' Motion to File Under Seal the Supplemental Declaration of Benjamin J. Steele in Support of Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date

**Current hearing date and time**:  May 8, 2023 at 10:00 a.m.

**New date requested**: June 5, 2023 at 10:00 a.m.

**Reason for adjournment request**: The Debtors, Kroll, Official Committee of Unsecured Creditors, Ad Hoc Committee and the U.S. Trustee are working towards a resolution of these motions.

2.  Consent to adjournment:

☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: May 2, 2023          /s/ Michael D. Sirota
                                            Signature

**COURT USE ONLY:**

The request for adjournment is:

6/5/2023 at 10:00 a.m.

☒  Granted           New hearing date: _____      ☐  Peremptory

☐  Granted over objection(s)   New hearing date: _____   ☐  Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

s

3