**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>22-19361 (MBK)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, an attorney at Reed Smith LLP, do hereby certify that, on this 3rd day of May, 2023, a true and correct copy of the **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF THE AD HOC GROUP OF ACTUAL WALLET HOLDERS, PURSUANT TO FED. R. BANKR. P. 2002 AND 9010 AND N.J. BANKR. L.R. 9010-1(3)** was electronically filed via the Court's CM/ECF system and thereby served on those parties having consented to electronic service.

Dated: May 3, 2023                    By:     */s/ Kurt F. Gwynne*
      Wilmington, DE                                Kurt F. Gwynne (NJ Bar No. 02351992)
                                                                    REED SMITH LLP
                                                                    1201 North Market Street, Suite 1500
                                                                    Wilmington, DE  19801
                                                                    Telephone:  (302) 778-7500
                                                                    Facsimile:  (302) 778-7575
                                                                    E-mail:  kgwynne@reedsmith.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.