## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>22-19361 (MBK)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, an attorney at Reed Smith LLP, do hereby certify that, on this 3rd day of May, 2023, a true and correct copy of the AD HOC GROUP OF ACTUAL WALLET HOLDERS' STATEMENT IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO (A) HONOR WITHDRAWALS FROM WALLET ACCOUNTS, (B) UPDATE THE USER INTERFACE TO PROPERLY REFLECT TRANSACTIONS AND ASSETS AS OF THE PLATFORM PAUSE, AND (C) CONDUCT ORDINARY COURSE RECONCILIATION OF ACCOUNTS, AND (II) GRANTING RELATED RELIEF was electronically filed via the Court's CM/ECF system and thereby served on those parties having consented to electronic service.

Dated: May 3, 2023                      By:    */s/ Kurt F. Gwynne*
                                                                 Kurt F. Gwynne (NJ Bar No. 02351992)
                                                                 REED SMITH LLP
                                                                 506 Carnegie Center, Suite 300
                                                                 Princeton, NJ  08540
                                                                 Telephone:  (302) 778-7500
                                                                 Facsimile:  (302) 778-7575
                                                                 E-mail:  kgwynne@reedsmith.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.