UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## ATTORNEY MONTHLY FEE STATEMENT COVER SHEET
## FOR APRIL 1, 2023 THROUGH APRIL 30, 2023

In re BlockFi Inc., *et al.*                    Applicant: Cole Schotz P.C.

Case No. 22-19361 (MBK)                    Client:  Debtors and Debtors in Possession

Chapter 11                                        Case Filed: November 28, 2022

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

RETENTION ORDER ATTACHED.

_/s/ Michael D. Sirota_          05/5/2023
MICHAEL D. SIROTA                    Date

| **SECTION I** |
| **FEE SUMMARY** |

Summary of Amounts Requested for the Period
April 1, 2023 through April 30, 2023 (the "**Compensation Period**")

| | |
|---|---:|
| Fee Total | $49,257.00 |
| Disbursement Total | $0.00 |
| Total Fees Plus Disbursements | $49,257.00 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---:|
| Total Previous Fees and Expenses Requested: | $504,017.10 |
| Total Fees and Expenses Allowed to Date: | $0.00 |
| Total Retainer Remaining: | $100,000.00 |
| Total Holdback: | $87,403.30 |
| Total Received by Applicant: | $354,367.85 |

65365/0001-45295788v1

| Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|
| Michael D. Sirota Member | 1986 | 12.40 | $1,200.00 | $14,880.00 |
| Warren A. Usatine Member | 1995 | 2.70 | $950.00 | $2,565.00 |
| Felice R. Yudkin Member | 2005 | 18.80 | $705.00 | $13,254.00 |
| Rebecca W. Hollander Member | 2014 | 13.70 | $550.00 | $7,535.00 |
| Matteo Percontino Associate | 2010 | 3.20 | $570.00 | $1,824.00 |
| Bryant P. Churbuck Associate | 2018 | 4.10 | $460.00 | $1,886.00 |
| Frances Pisano Paralegal | n/a | 20.60 | $355.00 | $7,313.00 |
| **TOTALS** | **n/a** | **75.50** | **n/a** | **$49,257.00** |

65365/0001-45295788v1

**SECTION II**
**SUMMARY OF SERVICES**

| Services Rendered | Hours | Fee |
|---|---|---|
| Asset Analysis | 0.00 | $0.00 |
| Asset/Business Disposition | 0.10 | $55.00 |
| Assumption and Rejection of Leases and Contracts | 0.00 | $0.00 |
| Preference Actions/Response | 0.00 | $0.00 |
| Budgeting (Case) | 0.00 | $0.00 |
| Business Operations | 9.60 | $5,827.00 |
| Case Administration | 6.10 | $3,306.50 |
| Claims Administration and Objections | 4.30 | $3,339.00 |
| Corporate Governance and Board Matters | 0.00 | $0.00 |
| Data Analysis | 0.00 | $0.00 |
| Employee Benefits/Pensions | 0.00 | $0.00 |
| Fee Application Preparation | 15.10 | $6,459.50 |
| Fee Employment | 1.60 | $941.50 |
| Fee Objections | 0.00 | $0.00 |
| Financing | 0.00 | $0.00 |
| Litigation | 8.20 | $5,746.00 |
| Meetings of Creditors | 0.20 | $110.00 |
| Disclosure Statement | 0.00 | $0.00 |
| Plan of Reorganization | 28.50 | $22,650.50 |
| Real Estate | 0.00 | $0.00 |
| Regulatory Compliance | 0.00 | $0.00 |
| Relief from Stay | 0.00 | $0.00 |
| Reporting | 1.80 | $822.00 |
| Tax Issues | 0.00 | $0.00 |
| Valuation | 0.00 | $0.00 |
| Non-Working Travel | 0.00 | $0.00 |
| **SERVICES TOTALS** | **75.5** | **$49,257.00** |

65365/0001-45295788v1

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| Disbursements | Amount |
|---|---|
| Computer Assisted Legal Research | $0.00 |
| Facsimile | $0.00 |
| Long Distance Telephone/Conference Calls | $0.00 |
| In-House Reproduction | $0.00 |
| Outside Reproduction | $0.00 |
| Outside Research | $0.00 |
| Filing Fees | $0.00 |
| Court Fees | $0.00 |
| Court Reporting | $0.00 |
| Travel | $0.00 |
| Delivery Services / Federal Express | $0.00 |
| Postage | $0.00 |
| Other (Explain) | $0.00 |
| Transcripts | $0.00 |
| Service of Process | $0.00 |
| **DISBURSEMENTS TOTAL** | **$0.00** |
|  |  |

65365/0001-45295788v1

```
┌─────────────────────────────────────────────────┐
│                  SECTION IV                        │
│                 CASE HISTORY                       │
└─────────────────────────────────────────────────┘
```

(1)    Date cases filed:  November 28, 2022

(2)    Chapter under which case commenced:  Chapter 11

(3)    Date of retention: January 25, 2023, *nunc pro tunc* to November 28, 2022. *See* **Exhibit A**.

       If limit on number of hours or other limitations to retention, set forth: n/a

(4)    Summarize in brief the benefits to the estate and attach supplements as needed:[1]

       (a)    The Applicant provided legal advice to the Debtors and co-counsel regarding local rules, practice, and procedure.

       (b)    The Applicant reviewed, revised, and coordinated the filing and service of complaints, motions and supporting documents, and monthly operating reports.

       (c)    The Applicant provided advice and strategized with the Debtors and their advisors with respect to certain adversary proceedings and related relief, the plan confirmation process, and various operational matters such as the Debtors' emergency motion for relief from section 345 of the Bankruptcy Code.

       (d)    The Applicant tended to others matters concerning administration of the chapter 11 cases as requested by co-counsel.

       (e)    The Applicant rendered all other services set forth on the invoices attached hereto as **Exhibit B**.[2]

(5)    Anticipated distribution to creditors:

       (a)    Administration expense: Unknown at this time.

       (b)    Secured creditors: Unknown at this time.

       (c)    Priority creditors: Unknown at this time.

       (d)    General unsecured creditors: Unknown at this time.

---

[1]   The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of the Debtors and for the benefit of the estates; it is not intended to itemize each and every professional service which the Applicant performed.

[2]   The invoice attached hereto as Exhibit B contains detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.

65365/0001-45295788v1

(6)    Final disposition of case and percentage of dividend paid to creditors:  This is the fourth
monthly fee statement.

65365/0001-45295788v1

## Exhibit A

**Retention Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
(201) 489-1536 Facsimile
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted pro hac vice)
Christine A. Okike, P.C. (admitted pro hac vice)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted pro hac vice)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Proposed Attorneys for Debtors and Debtors in Possession*

Order Filed on January 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

BLOCKFI INC., *et al.*,

Debtors.[1]

Chapter 11
Case No. 22-19361 (MBK)
(Jointly Administered)

## ORDER APPROVING THE EMPLOYMENT AND RETENTION
## OF COLE SCHOTZ P.C. AS NEW JERSEY COUNSEL TO
## THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through seven (7), is hereby
**ORDERED**.

**DATED: January 24, 2023**

*[signature]*

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtors:           BLOCKFI INC., *et al.*

Case No.           22-19361(MBK)

Caption of Order:  ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE
                   SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC
                   PRO TUNC* TO THE PETITION DATE

---

Upon the application (the "**Application**")[2] of BlockFi Inc. and its debtor affiliates, as debtors

and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"),

pursuant to sections 327(a), 329, and 330 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local

Rule 2014-1, authorizing the Debtors to employ and retain Cole Schotz P.C. ("**Cole Schotz**") as their

New Jersey counsel in these proceedings *nunc pro tunc* to the Petition Date; and the Court having

jurisdiction to decide the Application and the relief requested therein in accordance with 28. U.S.C. §§

157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title* 11 of the United

States District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.); and

consideration of the Application and the relief requested therein being a core proceeding pursuant to

28 U.S.C. § 157(b)(2), and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

1409; and notice of the Application having been given as provided in the Application, and such notice

having been adequate and appropriate under the circumstances; and it appearing that no other or further

notice of the Application need be provided; and upon the Declarations of Michael D. Sirota, Esq. and

Zachary Prince in support thereof; and the Court being satisfied that Cole Schotz does not hold or

represent any interest adverse to the Debtors, their estates, or their creditors, and is a disinterested

person within the meaning of sections 327 and 101(14) of the Bankruptcy Code, and that said

employment would be in the best interest of the Debtors and their respective estates, and that the legal

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

65365/0001-44445137v2

(Page 3)
Debtors:            BLOCKFI INC., *et al.*
Case No.            22-19361(MBK)
Caption of Order:   ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE
                    SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC
                    PRO TUNC* TO THE PETITION DATE

---

and factual bases set forth in the Application establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is **GRANTED** to the extent set forth herein.

2.      In accordance with sections 327(a), 329, and 330 of the Bankruptcy Code, the Debtors

are hereby authorized and empowered to employ and retain Cole Schotz as their New Jersey counsel

in these chapter 11 cases effective as of the Petition Date.

3.      Any and all compensation to be paid to Cole Schotz for services rendered on the

Debtors' behalf, including compensation for services rendered in connection with the preparation of

the petition and accompanying papers, shall be fixed by application to this Court in accordance with

sections 330 and 331 of the Bankruptcy Code, such Federal Rules and Local Rules as may then be

applicable, and any orders entered in these cases governing the compensation and reimbursement of

professionals for services rendered and charges and disbursements incurred.  Cole Schotz also shall

make a reasonable effort to comply with the U.S. Trustee's requests for information and additional

disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases

Effective as of November 1, 2013 (the "U.S. Trustee Guidelines"), both in connection with the

Application and the interim and final fee applications to be filed by Cole Schotz in the chapter 11 cases.

(Page 4)
Debtors:              BLOCKFI INC., *et al*.
Case No.              22-19361(MBK)
Caption of Order:     ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE
                      SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC
                      PRO TUNC* TO THE PETITION DATE

---

4.      In order to avoid any duplication of effort and provide services to the Debtors in the

most efficient and cost-effective manner, Cole Schotz shall coordinate with Haynes and Boone, LLP,

Kirkland & Ellis LLP, Kirkland & Ellis International LLP and any additional firms the Debtors retain

regarding their respective responsibilities in these chapter 11 cases.  As such, Cole Schotz shall use its

best efforts to avoid duplication of services provided by any of the Debtors' other retained professionals

in these Chapter 11 Cases.

5.      Prior to applying any increases in its hourly rates beyond the rates set forth in the

Application, Cole Schotz shall provide ten (10) business days' prior notice of any such increases to the

Debtors, the United States Trustee, and any official committee appointed in the Debtors' chapter 11

cases and shall file such notice with the Court.  All parties in interest retain all rights to object to any

rate increase on all grounds, including the reasonableness standard set forth in section 330 of the

Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of

the Bankruptcy Code.

6.      Cole Schotz (i) shall only bill 50% for non-working travel; (ii) shall not seek the

reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any

objections to any of Cole Schotz's fee applications in this case; (iii) shall use the billing and expense

categories set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested

by Project Category); and (iv) shall provide any and all monthly fee statements, interim fee

applications, and final fee applications in "LEDES" format to the United States Trustee.

(Page 5)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al*. |
| Case No. | 22-19361(MBK) |
| Caption of Order: | ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE |

7.    Upon entry of a Final Order on the Motion to Redact all Personally Identifiable Information [Docket No. 4], Cole Schotz will disclose the information that the Court orders to be unredacted, if any, through a supplemental declaration.  Further, if the Court denies the Motion to Seal Confidential Transaction Parties on the Retention Applications [Docket No. 127], Cole Schotz will, through a supplemental declaration, disclose the identities of all counterparties that were filed under seal, and the connections of Cole Schotz to such potential counterparties.

8.    Notwithstanding anything in the Application or the Sirota Declaration to the contrary, Cole Schotz shall seek reimbursement from the Debtors' estates for its engagement-related expenses at the firm's actual cost paid.

9.    Notwithstanding anything in the Application and the Sirota Declaration to the contrary, Cole Schotz shall (i) to the extent that Cole Schotz uses the services of independent contractors or subcontractors (collectively, the "Contractors") in these cases, pass through the cost of such Contractors at the same rate that Cole Schotz pays the Contractors; (ii) seek reimbursement for actual costs only; (iii) ensure that the Contractors are subject to the same conflicts checks as required for Cole Schotz; (iv) file with this Court such disclosures required by Bankruptcy Rule 2014; and (v) attach any such Contractor invoices to its monthly fee statements, interim fee applications and/or final fee applications filed in these cases.

10.    Notwithstanding anything in the Application and Sirota Declaration to the contrary, the parties in interest reserve the right to object to any application for the payment of pre-petition fees to

(Page 6)
Debtors:          BLOCKFI INC., *et al*.
Case No.          22-19361(MBK)
Caption of Order:  ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE
                  SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC
                  PRO TUNC* TO THE PETITION DATE

---

the extent those fees are not specifically related to the preparation and the filing of the Debtors' Chapter

11 Cases.

11.    No agreement or understanding exists between Cole Schotz and any other person, other

than as permitted by Bankruptcy Code section 504, to share compensation received for services

rendered in connection with these cases, nor shall Cole Schotz share or agree to share compensation

received for services rendered in connection with these cases with any other person other than as

permitted by Bankruptcy Code section 504.

12.    Notwithstanding Cole Schotz's Standard Terms of Engagement for Legal Services, the

provision that "Our bills are due and payable upon receipt" shall be null and void during the pendency

of these bankruptcy cases.

13.    Notwithstanding Cole Schotz's Standard Terms of Engagement for Legal Services,

during the pendency of the Chapter 11 Cases, Cole Schotz's retainer shall be treated like a security

retainer and shall not be drawn down absent Court order.

14.    As set forth in Cole Schotz's Standard Terms of Engagement for Legal Services, Cole

Schotz's fees and expenses will be considered "earned" at the time they are incurred, notwithstanding

the fact that any such amounts shall only be payable as set forth in that certain *Administrative Fee

Order Establishing Procedures for the Allowance and Payment of Interim Compensation and

Reimbursement of Expenses of Professionals Retained by Order of this Court* [Docket No. 307] and

shall only be allowed upon entry of a Court order allowing them.

(Page 7)

Debtors:             BLOCKFI INC., *et al*.
Case No.             22-19361(MBK)
Caption of Order:    ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE
                     SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC
                     PRO TUNC* TO THE PETITION DATE

---

15.     Notwithstanding Cole Schotz's Standard Terms of Engagement for Legal Services, the

provision concerning fee disputes is null and void during the pendency of these bankruptcy cases.

16.     The Debtors are authorized to take all actions necessary to carry out this Order.

17.     To the extent the Application, the Sirota Declaration, or any engagement agreement

pertaining to this retention is inconsistent with this Order, the terms of this Order shall govern.

18.     This Court shall retain jurisdiction to hear and determine all matters arising from or

related to the implementation, interpretation, and/or enforcement of this Order.

## Exhibit B

**Invoice**

# COLE SCHOTZ P.C.

Cole Schotz P.C.
25 Main Street
Court Plaza North
Hackensack, NJ  07601

**FEDERAL ID# 22-2113414**

New York — Delaware — Maryland — Texas  — Florida

BLOCKFI INC.
601 LEXINGTON AVENUE
KIRKLAND & ELLIS
NEW YORK, NY 10112

| | |
|---|---|
| Invoice Date: | May 5, 2023 |
| Invoice Number: | 947372 |
| Matter Number: | 65365-0001 |

**Re:**  CHAPTER 11 DEBTOR

FOR PROFESSIONAL SERVICES THROUGH APRIL 30, 2023

| ASSET/ BUSINESS DISPOSITION | | | 0.10 | 55.00 |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 04/09/23 | RWH | FILE AND COORDINATE SERVICE OF NOTICE OF ADJOURNMENT OF AUCTION | 0.10 | 55.00 |

| BUSINESS OPERATIONS | | | 9.60 | 5,827.00 |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 04/02/23 | FRY | EMAIL FROM AD HOC WALLET COMMITTEE RE DISCOVERY UPDATE | 0.10 | 70.50 |
| 04/03/23 | FRY | EMAIL TO CO-COUNSEL RE LOGIN RESET INQUIRY FROM CREDITORS | 0.10 | 70.50 |
| 04/11/23 | RWH | REVIEW WALLET DISCOVERY SENT TO AD HOC COUNSEL AND RELATED CORRESPONDENCES | 0.10 | 55.00 |
| 04/14/23 | RWH | REVIEW PROPOSED STIPULATIONS AND CORRESPONDENCES WITH CO-COUNSEL RE: SAME | 0.10 | 55.00 |
| 04/18/23 | FRY | REVIEW EMAILS RE INVESTING CASH AND COMPLIANCE WITH 345 | 0.20 | 141.00 |
| 04/18/23 | FRY | PARTICIPATE IN CALL RE WALLET MOTION | 0.20 | 141.00 |
| 04/18/23 | FP | PREPARE AND FILE NOTICE OF REVISED PROPOSED ORDER RE: SCRATCH POST PAUSE PAYMENTS (.20); DOWNLOAD AND FILESITE (.10) | 0.30 | 106.50 |
| 04/18/23 | FRY | REVIEW REVISED NOTICE RE SCRATCH MOTION | 0.20 | 141.00 |
| 04/18/23 | RWH | REVIEW REVISED PROPOSED SCRATCH ORDER | 0.10 | 55.00 |
| 04/19/23 | FRY | REVIEW EMAIL FROM UST RE 345 ISSUES | 0.10 | 70.50 |
| 04/21/23 | FP | PREPARE FOR FILING NOTICE, AND MOTION FOR EMERGENCY HEARING (345B WAIVER MOTION) (.20) AND APPLICATION/PROPOSED ORDER TO SHORTEN (.10); EFILE MOTION AND SHORTEN APPLICATION (.20); EFILE NOTICE (.10); PREPARE AND SEND EMAIL TO CHAMBERS RE: SIGNING OF ORDER TO SHORTEN (.20) | 0.80 | 284.00 |
| 04/21/23 | FRY | TELEPHONE TO CHAMBERS RE 345(B) MOTION FILING | 0.10 | 70.50 |

**COLE SCHOTZ P.C.**

Re:     CHAPTER 11 DEBTOR
        Client/Matter No. 65365-0001

Invoice Number  947372
May 5, 2023
Page 2

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 04/21/23 | RWH | REVIEW AND REVISE 345 MOTION (.1); CALLS WITH CO-COUNSEL AND PARALEGAL RE: SAME (.1); COORDINATE FILING (.1) AND SERVICE (.1) OF SAME | 0.40 | 220.00 |
| 04/21/23 | FRY | EMAILS RE 345(B) MOTION | 0.20 | 141.00 |
| 04/21/23 | FRY | REVIEW AND COMMENT ON 345 MOTION | 0.40 | 282.00 |
| 04/24/23 | FRY | EMAILS WITH CO-COUNSEL RE HEARING ON 345 ISSUES | 0.20 | 141.00 |
| 04/24/23 | FRY | TELEPHONE TO COURT RE HEARING ON 345 MOTION | 0.20 | 141.00 |
| 04/25/23 | FP | PREPARE AND EFILE DECLARATION OF RENZI (WITHOUT ORDER) | 0.20 | 71.00 |
| 04/25/23 | RWH | COORDINATE PRESENTER STATUS FOR 345 HEARING | 0.10 | 55.00 |
| 04/25/23 | FP | PREPARE AND FILE NOTICE OF FILING OF PROPOSED ORDER GRANTING LIMITED WAIVER | 0.20 | 71.00 |
| 04/25/23 | FP | PREPARE AND FILE DECLARATION OF RENZI WITH ATTACHED PROPOSED ORDER ISO 345 MOTION | 0.20 | 71.00 |
| 04/25/23 | RWH | COORDINATE FILING (.1) AND SERVICE (.1) OF 345 DECLARATION, REVISED PROPOSED ORDER, AND AGENDA; CALLS WITH CO-COUNSEL RE: SAME (.2) | 0.40 | 220.00 |
| 04/25/23 | FRY | REVIEW AMENDED 345(B) DECLARATION AND ORDER | 0.40 | 282.00 |
| 04/27/23 | RWH | COORDINATE PRESENTER LINES FOR 345 HEARING | 0.20 | 110.00 |
| 04/27/23 | FRY | REVIEW UST OBJECTION TO 345 MOTION | 0.40 | 282.00 |
| 04/27/23 | MDS | ATTEND BLOCKFI 345 HEARING | 0.50 | 600.00 |
| 04/27/23 | FRY | ATTEND HEARING ON 345(B) OF THE BANKRUPTCY CODE3 | 0.50 | 352.50 |
| 04/28/23 | FRY | REVIEW EMAIL FROM UST ON 345 ORDER | 0.20 | 141.00 |
| 04/28/23 | RWH | DRAFT EMAIL TO CHAMBERS RE: DISPUTE OVER RELIEF GRANTED AT 4/27 HEARING | 0.30 | 165.00 |
| 04/28/23 | RWH | CALLS AND CORRESPONDENCES RE: WALLET FILING | 0.10 | 55.00 |
| 04/28/23 | FRY | REVIEW EMAILS RE DISPUTE WITH UST RE 345 ISSUES | 0.20 | 141.00 |
| 04/28/23 | RWH | CALLS AND CORRESPONDENCES WITH CHAMBERS, TRANSCRIBER, F. PISANO, AND CO-COUNSEL RE: TRANSCRIPT OF 4/27 HEARING | 0.30 | 165.00 |
| 04/29/23 | FP | PREPARE AND EFILE (1) DECLARATION OF AMIT CHEELA, ISO WALLET MOTION (.20) AND (2) OMNIBUS RESPONSE ISO WALLET MOTION (.20); EMAIL KROLL RE: SERVICE (.10) | 0.50 | 177.50 |
| 04/29/23 | RWH | CALLS AND CORRESPONDENCES RE: WALLET FILING (.3); REVIEW SAME (.1); COORDINATE FILING (.1) AND SERVICE (.1) RE: SAME | 0.60 | 330.00 |
| 04/30/23 | FRY | REVIEW DEBTOR PLEADINGS RE WALLET MOTION | 0.50 | 352.50 |

| **CASE ADMINISTRATION** | | | **6.10** | **3,306.50** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 04/03/23 | MDS | ATTEND COURT CONFERENCE | 0.70 | 840.00 |
| 04/10/23 | FRY | REVIEW NOTICE OF AGENDA | 0.20 | 141.00 |
| 04/11/23 | FP | DRAFT ADJOURNMENT REQUEST FOR 4/19/22 HEARINGS | 0.20 | 71.00 |

**COLE SCHOTZ P.C.**

Re:   CHAPTER 11 DEBTOR
      Client/Matter No. 65365-0001

Invoice Number  947372
May 5, 2023
Page 3

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 04/11/23 | RWH | CORRESPOND WITH F. PISANO RE: ADJOURNMENT REQUEST | 0.10 | 55.00 |
| 04/12/23 | FP | PREPARE (.1) AND SUBMIT ADJOURNMENT REQUEST TO CHAMBERS VIA EMAIL (.1) | 0.20 | 71.00 |
| 04/12/23 | RWH | REVIEW, REVISE, AND COORDINATE FILING OF ADJOURNMENT REQUEST | 0.10 | 55.00 |
| 04/12/23 | RWH | CALLS TO/FROM CHAMBERS RE: 4/19 HEARING (.1); CORRESPONDENCES WITH CO-COUNSEL RE: SAME (.1); COORDINATE ZOOM APPEARANCES FOR SAME (.1) | 0.30 | 165.00 |
| 04/12/23 | MDS | REVIEW R. KANOWITZ PROPOSED STIPULATION | 0.30 | 360.00 |
| 04/12/23 | FP | DRAFT ADJOURNMENT REQUEST RE: DN 701 AND DN 702 (.1) AND CIRCULATE FOR REVIEW (.1) | 0.20 | 71.00 |
| 04/14/23 | FP | REVIEW ADJOURNMENT NOTICE (.1); UPDATE CALENDAR (.1) | 0.20 | 71.00 |
| 04/17/23 | FP | CALL TO CHAMBERS (.1) AND EMAIL (.1) RE: W. USATINE AS PRESENTER | 0.20 | 71.00 |
| 04/17/23 | FRY | REVIEW NOTICE OF AGENDA FOR FILING | 0.20 | 141.00 |
| 04/17/23 | FP | REVIEW NOTICES AND UPDATE CALENDAR | 0.20 | 71.00 |
| 04/18/23 | FP | TELEPHONE CALL TO CHAMBERS RE: PRESENTERS (.10); PREPARE AND SEND EMAIL TO CHAMBERS RE: PRESENTERS WITH EMAIL ADDRESSES (.20) | 0.30 | 106.50 |
| 04/19/23 | RWH | COORDINATE PRESENTER LINES FOR HEARING | 0.20 | 110.00 |
| 04/19/23 | FP | EMAILS WITH J&J RE: TRANSCRIPT FROM 4/19/23 HEARING | 0.20 | 71.00 |
| 04/19/23 | FP | PREPARE AND EFILE AMENDED AGENDA (.10); DOWNLOAD AND CIRCULATE (.10) | 0.20 | 71.00 |
| 04/20/23 | FP | REVIEW AND FILESITE TRANSCRIPT OF 4/19/23 HEARING RECEIVED (.20); CIRCULATE COPY OF TRANSCRIPT TO K&E (.1) | 0.30 | 106.50 |
| 04/24/23 | FP | PREPARE LIST OF PRESENTERS RE: 4/27/23 EMERGENCY MOTION (.10) AND EMAIL TO CHAMBERS (.10) | 0.20 | 71.00 |
| 04/25/23 | FP | REVIEW EMAIL FROM CHAMBERS ADVISING PRESENTERS FOR 4/27/23 HEARING ARE APPROVED (.10) AND FORWARD TO ATTORNEY (.10) | 0.20 | 71.00 |
| 04/25/23 | FP | PREPARE AND EFILE AGENDA FOR 4/27/23 HEARING | 0.20 | 71.00 |
| 04/25/23 | FP | REVIEW COURT NOTICE CHANGING TIME OF 4/27/23 HEARING TO 1 P.M. (.10) AND UPDATE CALENDARS FOR ATTORNEYS (.10) | 0.20 | 71.00 |
| 04/27/23 | FP | PREPARE AND EFILE NOTICE OF AMENDED AGENDA FOR 4/27/23 HEARING (.20); DOWNLOAD FILED COPY AND CIRCULATE (.20) | 0.40 | 142.00 |
| 04/27/23 | RWH | COORDINATE ENTRY OF 4007 STIPULATION | 0.10 | 55.00 |
| 04/28/23 | FP | CALLS AND EMAILS WITH J&J RE: TRANSCRIPT OF 4/27/23 HEARING (.20); CALL WITH COURT (.10) | 0.30 | 106.50 |
| 04/29/23 | FP | REVIEW TRANSCRIPT OF 4/27/23 RECEIVED FROM J&J (.10) AND FILESITE (.10) | 0.20 | 71.00 |

**COLE SCHOTZ P.C.**

| Re: | CHAPTER 11 DEBTOR | Invoice Number 947372 |
| | Client/Matter No. 65365-0001 | May 5, 2023 |
| | | Page 4 |

| | | | **4.30** | **3,339.00** |

**CLAIMS ADMINISTRATION AND OBJECTIONS**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 04/11/23 | MDS | CORRESP. TO ATTORNEY/CO-COUNSEL R. KANOWITZ/J. CHAVEZ RE: LATE FILED CLAIMS | 0.20 | 240.00 |
| 04/12/23 | MDS | CORRESP. TO ATTORNEY/CO-COUNSEL R. KANOWITZ RE: LATE CLAIMS | 0.20 | 240.00 |
| 04/12/23 | MDS | REVIEW INQUIRIES - LATE FILED CLAIMS | 0.50 | 600.00 |
| 04/13/23 | BPC | REVIEW SELECT CASE LAW RE: LATE-FILED CLAIMS | 1.40 | 644.00 |
| 04/13/23 | MDS | TELEPHONE FROM ATTORNEY/CO-COUNSEL R. KANOWTIZ RE: CLAIMS | 0.30 | 360.00 |
| 04/13/23 | FRY | CONFERENCE WITH CO-COUNSEL RE LATE FILED CLAIMS | 0.20 | 141.00 |
| 04/13/23 | MDS | CONFERENCE WITH ATTORNEY/CO-COUNSEL F. YUDKIN/R. HOLLANDER RE: LATE CLAIMS | 0.50 | 600.00 |
| 04/13/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO R. HOLLANDER RE: LATE-FILED CLAIMS | 0.40 | 184.00 |
| 04/13/23 | RWH | REVIEW RESEARCH RE: LATE FILED CLAIMS (.1) AND ATTEND CALL WITH CO-COUNSEL RE: SAME (.2) | 0.30 | 165.00 |
| 04/24/23 | RWH | CALLS AND CORRESPONDENCES WITH CHAMBERS AND CO-COUNSEL RE: OMNIBUS CLAIM OBJECTION ORDER (.1); SUBMIT SAME TO CHAMBERS (.1); COORDINATE SERVICE OF AS ENTERED ORDER (.1) | 0.30 | 165.00 |

| **FEE APPLICATION PREPARATION** | | | **15.10** | **6,459.50** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 04/03/23 | FP | PREPARE AND EFILE 2ND K&E MFS FOR JANUARY (.20); DOWNLOAD AND FILESITE FILED COPY (.10) | 0.30 | 106.50 |
| 04/03/23 | RWH | COORDINATE FILING AND SERVICE OF KE JANUARY MFS | 0.10 | 55.00 |
| 04/04/23 | FP | WORK ON MONTHLY FEE STATEMENT | 0.40 | 142.00 |
| 04/05/23 | FP | WORK ON MONTHLY FEE STATEMENT | 0.50 | 177.50 |
| 04/05/23 | FP | WORK ON MONTHLY FEE STATEMENT | 0.50 | 177.50 |
| 04/06/23 | FP | WORK ON MONTHLY FEE STATEMENT | 0.50 | 177.50 |
| 04/06/23 | FP | FINALIZE AND PREPARE CNO FOR FILING (.20); EFILE, DOWNLOAD AND FILESITE (.20) | 0.40 | 142.00 |
| 04/06/23 | FP | DRAFT CNO RE: CS FEBRUARY MFS (.10) AND SEND FOR REVIEW (.10) | 0.20 | 71.00 |
| 04/06/23 | RWH | REVIEW AND COORDINATE FILING OF CNO | 0.10 | 55.00 |
| 04/07/23 | RWH | COORDINATE PAYMENT OF FEBRUARY INVOICE | 0.20 | 110.00 |
| 04/10/23 | FP | WORK ON MONTHLY FEE STATEMENT | 1.00 | 355.00 |
| 04/12/23 | FRY | DRAFT MONTHLY FEE STATEMENT | 0.40 | 282.00 |
| 04/12/23 | FP | WORK ON MONTHLY FEE STATEMENT | 0.30 | 106.50 |
| 04/13/23 | FP | WORK ON MONTHLY FEE STATEMENT | 1.00 | 355.00 |
| 04/14/23 | FP | WORK ON MONTHLY FEE STATEMENT | 0.30 | 106.50 |

**COLE SCHOTZ P.C.**

| Re: | CHAPTER 11 DEBTOR | Invoice Number  947372 |
|---|---|---|
| | Client/Matter No. 65365-0001 | May 5, 2023 |
| | | Page 5 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/17/23 | FP | WORK ON MONTHLY FEE STATEMENT | 0.20 | 71.00 |
| 04/18/23 | RWH | COORDINATE FILING OF CNO | 0.10 | 55.00 |
| 04/18/23 | FP | PREPARE AND EFILE K&E CNO RE: 2ND MFS | 0.20 | 71.00 |
| 04/19/23 | FRY | EMAIL TO CS TEAM RE MONTHLY FEE STATEMENT | 0.20 | 141.00 |
| 04/19/23 | FP | WORK ON MONTHLY FEE STATEMENT | 0.50 | 177.50 |
| 04/19/23 | RWH | REVIEW AND REVISE CS MFS | 1.80 | 990.00 |
| 04/20/23 | FP | WORK ON MONTHLY FEE STATEMENT | 0.40 | 142.00 |
| 04/20/23 | RWH | REVIEW AND REVISE BRG INTERIM FEE APPLICATION (.3); COORDINATE FILING (.1) AND SERVICE (.1) OF SAME | 0.50 | 275.00 |
| 04/20/23 | FP | REVIEW (.10), PREPARE (.20) AND EFILE (.20) BRG FIRST INTERIM FEE APPLICATION; INSERT DOCKET NO. OF FILED FIRST INTERIM INTO NOTICE (.10) AND EFILE (.10); DOWNLOAD FILED COPIES (.10) AND CIRCULATE EMAIL TO KROLL RE: SERVICE (.10) | 0.90 | 319.50 |
| 04/20/23 | FRY | REVIEW BRG FEE APPLICATION | 0.20 | 141.00 |
| 04/21/23 | FP | EFILE MONTHLY FEE STATEMENT (.10); DOWNLOAD FILED COPY (.10) AND COORDINATE SERVICE (.10) | 0.30 | 106.50 |
| 04/21/23 | FP | CIRCULATE MONTHLY FEE STATEMENT FOR FINAL REVIEW (.10); FINALIZE MFS WITH INVOICE AND ORDER (.20) | 0.30 | 106.50 |
| 04/21/23 | RWH | REVIEW AND REVISE MFS (.2); AND COORDINATE FILING (.1) AND SERVICE (.1) OF SAME | 0.40 | 220.00 |
| 04/21/23 | FP | WORK ON MONTHLY FEE STATEMENT | 0.70 | 248.50 |
| 04/25/23 | RWH | COORDINATE REVISIONS TO, AND FILING AND SERVICE OF, KROLL MFS | 0.10 | 55.00 |
| 04/25/23 | FP | PREPARE AND EFILE KROLL MFS FOR FEB. 1 - MARCH 31, 2023 (.20); DOWNLOAD FILED COPY AND COORDINATE SERVICE (.20) | 0.40 | 142.00 |
| 04/26/23 | RWH | CALLS WITH KE AND BRG RE: INTERIM FEE APPLICATION | 0.40 | 220.00 |
| 04/26/23 | FP | PREPARE AND EFILE H&B MARCH 2023 MONTHLY FEE STATEMENT (.20); DOWNLOAD FILED COPY (.10) AND COORDINATE SERVICE (.10) | 0.40 | 142.00 |
| 04/27/23 | FP | REVIEW EMAILS FROM K&E RE: FILING OF FIRST INTERIM FEE APPLICATION | 0.10 | 35.50 |
| 04/28/23 | FP | PREPARE AND EFILE MOELIS MARCH 2023 MONTHLY FEE STATEMENT (.20); DOWNLOAD AND FILESITE (.10) | 0.30 | 106.50 |
| 04/28/23 | RWH | CORRESPONDENCES RE: BRG MFS | 0.20 | 110.00 |
| 04/28/23 | RWH | REVIEW/CORRESPOND WITH CO-COUNSEL RE: (.1) MOELIS MFS; COORDINATE FILING AND SERVICE OF SAME (.1) | 0.20 | 110.00 |
| 04/28/23 | RWH | CALL WITH KE RE: INTERIM COMPENSATION APPLICATIONS/TIMING | 0.10 | 55.00 |

| **FEE EMPLOYMENT** | | | **1.60** | **941.50** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|

**COLE SCHOTZ P.C.**

| | | |
|---|---|---|
| Re: | CHAPTER 11 DEBTOR | Invoice Number 947372 |
| | Client/Matter No. 65365-0001 | May 5, 2023 |
| | | Page 6 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 04/24/23 | FP | PREPARE AND EFILE OCP DECLARATION OF P. PATRONE/COHNREZNICK (.20); FILE, DOWNLOAD AND FILESITE (.20) | 0.40 | 142.00 |
| 04/24/23 | RWH | COORDINATE FILING (.1) OF OCP DECLARATION AND SERVICE (.1) OF SAME AND QUESTIONNAIRE | 0.20 | 110.00 |
| 04/25/23 | RWH | CORRESPONDENCES TO/FROM UST RE: COHNREZNICK OCP DECLARATION | 0.10 | 55.00 |
| 04/25/23 | FRY | REVIEW EMAIL FROM UST RE OCP (.1); EMAIL TO CO-COUNSEL RE SAME (.1) | 0.20 | 141.00 |
| 04/30/23 | FRY | REVIEW AND COMMENT ON DRAFT RETENTION APP FOR DELOITTE TAX (.5); EMAILS WITH CO-COUNSEL RE SAME (.2) | 0.70 | 493.50 |

| **LITIGATION** | | | **8.20** | **5,746.00** |
|---|---|---|---|---|

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 04/03/23 | RWH | ATTEND COURT CONFERENCE RE: DISCOVERY DISPUTE (STAY ADVERSARY) | 0.50 | 275.00 |
| 04/04/23 | FRY | EMAIL WITH CO-COUNSEL RE PRELIMINARY INJUNCTION | 0.20 | 141.00 |
| 04/04/23 | RWH | CALLS AND CORRESPONDENCES WITH CO-COUNSEL AND COURT RE: DEADLINES AND POTENTIAL RESOLUTION | 0.40 | 220.00 |
| 04/05/23 | FRY | REVIEW CONSENT ORDER RE RESOLUTION OF PRELIMINARY INJUNCTION | 0.20 | 141.00 |
| 04/05/23 | MDS | REVIEW PROPOSED ORDER ON PI | 0.30 | 360.00 |
| 04/05/23 | RWH | FINALIZE (.1) PRELIMINARY INJUNCTION CONSENT ORDER AND CORRESPONDENCE WITH CHAMBERS (.1) RE: SAME | 0.20 | 110.00 |
| 04/10/23 | FRY | REVIEW EMAILS RE STATUS OF PRELIMINARY INJUNCTION AND ADVERSARY PROCEEDING | 0.20 | 141.00 |
| 04/10/23 | RWH | CALLS AND CORRESPONDENCES WITH CO-COUNSEL AND CHAMBERS RE: AGENDA AND LETTER RE: 4-18 ADVERSARY HEARING | 0.20 | 110.00 |
| 04/11/23 | FRY | EMAILS WITH CO-COUNSEL RE STIPULATION IN EMERGENT ADVERSARY PROCEEDING | 0.30 | 211.50 |
| 04/11/23 | RWH | FINALIZE AND SEND LETTER TO CHAMBERS RE: ADVERSARY HEARING SCHEDULE | 0.20 | 110.00 |
| 04/11/23 | RWH | CORRESPONDENCES WITH CO-COUNSEL RE: APPLICATION IN LIEU OF MOTION RE: EMERGENT STIPULATION | 0.20 | 110.00 |
| 04/13/23 | FP | REVISE, PREPARE AND EFILE NOTICE OF VOLUNTARY DISMISSAL IN DRUK ADVERSARY (.20); DOWNLOAD FILED COPY, FILESITE AND CIRCULATE (.20) | 0.40 | 142.00 |
| 04/13/23 | FRY | REVIEW NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING | 0.20 | 141.00 |
| 04/14/23 | FRY | REVIEW APPLICATION AND STIPULATION RE EMERGENT ADVERSARY PROCEEDING | 0.30 | 211.50 |
| 04/14/23 | FP | PREPARE AND EFILE APPLICATION IN LIEU OF MOTION ISO STIPULATION STAYING LITIGATION IN ROBINHOOD ASSETS (.30); DOWNLOAD FILED COPIES, FILESITE AND CIRCULATE (.20) | 0.50 | 177.50 |

**COLE SCHOTZ P.C.**

Re:   CHAPTER 11 DEBTOR                                     Invoice Number  947372
      Client/Matter No. 65365-0001                                  May 5, 2023
                                                                        Page 7

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 04/18/23 | FRY | REVIEW AND COMMENT ON MAREX STIPULATION | 0.30 | 211.50 |
| 04/24/23 | FRY | EMAILS FROM CO-COUNSEL RE FILING OF ADVERSARY PROCEEDING | 0.20 | 141.00 |
| 04/24/23 | RWH | CORRESPONDENCES RE: POTENTIAL ADVERSARY PROCEEDING AND INJUNCTIVE RELIEF (.2); CALL WITH HB RE: SAME (.3) | 0.50 | 275.00 |
| 04/25/23 | FP | PREPARE APPLICATION IN LIEU (.10) WITH PROPOSED ORDER (.10) APPROVING STIPULATION STAYING LITIGATION IN EMERGENT ADVERSARY; EFILE APPLICATION WITH PROPOSED ORDER (.10); DOWNLOAD AND CIRCULATE FILED COPIES (.10) | 0.40 | 142.00 |
| 04/25/23 | FRY | REVIEW MAREX STIPULATION | 0.20 | 141.00 |
| 04/26/23 | MDS | CONFERENCE WITH ATTORNEY/CO-COUNSEL W. USATINE RE: HEARING AND ORDER TO SHOW CAUSE | 0.20 | 240.00 |
| 04/26/23 | RWH | REVIEW DRAFT ADVERSARY COMPLAINT AND CORRESPOND WITH CO-COUNSEL RE: SAME | 0.20 | 110.00 |
| 04/26/23 | MDS | CONFERENCE WITH PARALEGAL F. PISANO RE: HEARING | 0.40 | 480.00 |
| 04/27/23 | FRY | REVIEW ADVERSARY COMPLAINT AGAINST PRIMEBLOCK | 0.40 | 282.00 |
| 04/27/23 | MDS | CONFERENCE WITH ATTORNEY/CO-COUNSEL W. USATINE/F. YUDKIN RE: INVESTIGATION | 0.70 | 840.00 |
| 04/28/23 | FRY | REVIEW MOTION TO SEAL RE PRIMEBLOCK ADVERSARY PROCEEDING | 0.40 | 282.00 |

| **MEETING OF CREDITORS** | | | **0.20** | **110.00** |
|---|---|---|---|---|

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 04/03/23 | RWH | RESPOND TO CREDITOR INQUIRY | 0.10 | 55.00 |
| 04/26/23 | RWH | CALL WITH CREDITOR | 0.10 | 55.00 |

| **PLAN OF REORGANIZATION** | | | **28.50** | **22,650.50** |
|---|---|---|---|---|

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 04/02/23 | RWH | CORRESPONDENCES WITH CO-COUNSEL RE: POTENTIAL ADJOURNMENTS | 0.10 | 55.00 |
| 04/02/23 | FRY | EMAILS WITH CO-COUNSEL RE SCHEDULING OF SALE AND DS HEARING | 0.20 | 141.00 |
| 04/12/23 | FRY | REVIEW COMMITTEE OBJECTION TO EXCLUSIVITY | 0.40 | 282.00 |
| 04/12/23 | RWH | CORRESPONDENCES TO/FROM CO-COUNSEL RE: NOTICE OF SOLICITATION PROCEDURES HEARING | 0.30 | 165.00 |
| 04/13/23 | FRY | CONFERENCE WITH R. HOLLANDER RE CONFIRMATION REQUIREMENTS | 0.20 | 141.00 |
| 04/13/23 | RWH | CALL AND CORRESPONDENCES WITH C. OKIKE RE: PLAN CONFIRMATION MATTERS | 0.40 | 220.00 |
| 04/13/23 | MDS | CORRESP. TO ATTORNEY/CO-COUNSEL J. SUSSBERG RE: EXCLUSIVITY RESPONSE | 0.20 | 240.00 |

**COLE SCHOTZ P.C.**

Re:     CHAPTER 11 DEBTOR                                            Invoice Number  947372
        Client/Matter No. 65365-0001                                           May 5, 2023
                                                                                  Page 8

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 04/13/23 | MDS | CONFERENCE WITH ATTORNEY/CO-COUNSEL F. YUDKIN RE: CLAIMS ANALYSIS; EXCLUSIVITY | 0.50 | 600.00 |
| 04/13/23 | MDS | REVIEW EXCLUSIVITY OBJECTION | 0.50 | 600.00 |
| 04/14/23 | BPC | REVIEW EMAILS FROM AND PREPARE EMAILS TO F. YUDKIN AND M. SIROTA RE: EXTENSIONS OF EXCLUSIVITY UNDER SECTION 1121(D) OF THE BANKRUPTCY CODE | 0.30 | 138.00 |
| 04/14/23 | RWH | REVIEW CORRESPONDENCES (MULTIPLE) BETWEEN CLIENT AND CO-COUNSEL RE: EXCLUSIVITY REPLY | 0.30 | 165.00 |
| 04/14/23 | MDS | REVIEW DRAFT REPLY TO EXCLUSIVITY | 0.50 | 600.00 |
| 04/14/23 | FRY | REVIEW REVISED RESPONSE AND COORDINATE FILING OF SAME | 0.30 | 211.50 |
| 04/14/23 | BPC | REVIEW SELECT CASE LAW RE: EXTENSIONS OF EXCLUSIVITY UNDER SECTION 1121(D) OF THE BANKRUPTCY CODE | 2.00 | 920.00 |
| 04/14/23 | FRY | REVIEW RESPONSE TO OBJECTION EXCLUSIVITY | 0.40 | 282.00 |
| 04/14/23 | FRY | EMAILS WITH CO-COUNSEL RE OBJECTION TO EXCLUSIVITY | 0.20 | 141.00 |
| 04/14/23 | FP | PREPARE AND EFILE REPLY ISO MOTION TO EXTEND EXCLUSIVITY (.20); DOWNLOAD, FILESITE AND CIRCULATE (.20) | 0.40 | 142.00 |
| 04/17/23 | WAU | REVIEW AGENDA AND PLEADINGS RELATING TO 4/19 MOTIONS | 0.70 | 665.00 |
| 04/17/23 | FP | PREPARE AND EFILE (1) DECLARATION OF C. PULLO (.10); (2) DECLARATION OF RENZI (.10); (3) NOTICE WITH PROPOSED ORDER (.10); AGENDA (.10); DOWNLOAD AND CIRCULATE FILED AGENDA (.10) | 0.50 | 177.50 |
| 04/17/23 | FRY | REVIEW DECLARATIONS FOR FILING RE EXCLUSIVITY | 0.40 | 282.00 |
| 04/17/23 | MDS | REVIEW RENZI DECLARATION AND SUPPORTING EXHIBITS | 0.60 | 720.00 |
| 04/18/23 | MDS | REVIEW UCC EMAIL TO COURT AND RESPOND | 0.40 | 480.00 |
| 04/18/23 | MDS | TELEPHONE FROM ATTORNEY/CO-COUNSEL M. SLADE RE: EXCLUSIVITY HEARING | 0.40 | 480.00 |
| 04/18/23 | WAU | CALL WITH KE TEAM RE: 4/19 HEARING | 0.20 | 190.00 |
| 04/18/23 | MDS | EMAILS; CALLS WITH J. SUSSBERG RE: EXCLUSIVITY | 1.70 | 2,040.00 |
| 04/18/23 | WAU | REVIEW EMAILS AND LETTER FROM UCC RE: EXCLUSIVITY HEARING | 0.20 | 190.00 |
| 04/18/23 | FRY | EMAILS WITH CO-COUNSEL RE EXCLUSIVITY HEARING | 0.20 | 141.00 |
| 04/18/23 | FRY | REVIEW EMAILS RE EXCLUSIVITY (.2); REVIEW COMMITTEE LETTER TO THE COURT (.1) | 0.30 | 211.50 |
| 04/18/23 | MDS | CORRESP. TO ATTORNEY/CO-COUNSEL M. SLADE RE: EXCLUSIVITY | 0.20 | 240.00 |
| 04/18/23 | FRY | REVIEW DOCUMENTS IN PREPARATION FOR EXCLUSIVITY HEARING | 0.40 | 282.00 |
| 04/18/23 | MDS | CORRESP. TO ATTORNEY/CO-COUNSEL J. SUSSBERG RE: UCC LETTER TO COURT | 0.40 | 480.00 |
| 04/18/23 | FP | PREPARE EXCLUSIVITY DOCUMENTS FOR W. USATINE FOR 4/19/23 HEARING AS PRESENTER | 0.50 | 177.50 |

**COLE SCHOTZ P.C.**

Re:    CHAPTER 11 DEBTOR
       Client/Matter No. 65365-0001

Invoice Number  947372
May 5, 2023
Page 9

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 04/19/23 | RWH | SUBMIT SCRATCH AND EXCLUSIVITY ORDERS TO CHAMBERS | 0.20 | 110.00 |
| 04/19/23 | FRY | ATTEND HEARING RE EXCLUSIVITY, SCRATCH, CLAIM OBJECTION AND STATUS CONFERENCE | 1.10 | 775.50 |
| 04/19/23 | WAU | ATTEND 4/19 HEARING | 1.10 | 1,045.00 |
| 04/19/23 | WAU | REVIEW REVISED AGENDA AND PLEADINGS RELATING TO 4/19 MOTIONS | 0.50 | 475.00 |
| 04/19/23 | FP | REVIEW ORDER EXTENDING EXCLUSIVITY (DN 755) (.10); REVIEW FOR DATES AND CALENDAR (.10) | 0.20 | 71.00 |
| 04/19/23 | MDS | TELEPHONE FROM ATTORNEY/CO-COUNSEL J. SUSSBERG RE: EXCLUSIVITY MOTION PREPARATION; CONFERENCE WITH TEAM | 1.40 | 1,680.00 |
| 04/20/23 | RWH | CORRESPONDENCE WITH KE RE: PLAN/RELEASES/EXCULPATION | 0.40 | 220.00 |
| 04/21/23 | FRY | RESEARCH RE CONFIRMATION REQUIREMENTS FOR MULTIPLE DEBTORS | 0.90 | 634.50 |
| 04/21/23 | RWH | CALLS AND CORRESPONDENCES WITH CO-COUNSEL RE: PLAN STRUCTURE | 0.10 | 55.00 |
| 04/24/23 | FRY | REVIEW AND COMMENT ON DISCLOSURE STATEMENT | 2.40 | 1,692.00 |
| 04/27/23 | MDS | TELEPHONE FROM ATTORNEY/CO-COUNSEL J. SUSSBERG RE: PLAN ISSUES | 0.80 | 960.00 |
| 04/28/23 | FRY | REVIEW AND COMMENT ON SOLICITATION PROCEDURES AND BALLOTS | 1.70 | 1,198.50 |
| 04/28/23 | RWH | LOCATE CONFIRMATION HEARING TRANSCRIPTS IN CONNECTION WITH PLAN RESEARCH | 0.20 | 110.00 |
| 04/28/23 | MP | LEGAL RESEARCH RE: PLAN SETTLEMENT | 3.20 | 1,824.00 |

**REPORTING**

|  |  |  | **1.80** | **822.00** |
|------|----------|-------------|-------|--------|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 04/20/23 | RWH | CORRESPONDENCES RE: MORS | 0.10 | 55.00 |
| 04/21/23 | FP | PREPARE MARCH MOR'S WITH SUPPORTING DOCUMENTS IN 9 CASES AND FILE (.80); DOWNLOAD FILED COPIES AND CIRCULATE (.30 | 1.10 | 390.50 |
| 04/21/23 | RWH | CORRESPONDENCES RE: MORS (.1) AND COORDINATE FILING (.1) AND SERVICE ON UST OF (.1) OF SAME | 0.30 | 165.00 |
| 04/21/23 | FRY | REVIEW MONTHLY OPERATING REPORTS | 0.30 | 211.50 |

TOTAL HOURS   75.50

PROFESSIONAL SERVICES:                      $49,257.00

**COLE SCHOTZ P.C.**

Re:      CHAPTER 11 DEBTOR                                       Invoice Number  947372
         Client/Matter No. 65365-0001                                     May 5, 2023
                                                                              Page 10

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|------|------------------|-------|------|--------|
| Bryant P. Churbuck | Associate | 4.10 | 460.00 | 1,886.00 |
| Felice R. Yudkin | Member | 18.80 | 705.00 | 13,254.00 |
| Frances Pisano | Paralegal | 20.60 | 355.00 | 7,313.00 |
| Matteo Percontino | Associate | 3.20 | 570.00 | 1,824.00 |
| Michael D. Sirota | Member | 12.40 | 1,200.00 | 14,880.00 |
| Rebecca W. Hollander | Member | 13.70 | 550.00 | 7,535.00 |
| Warren A. Usatine | Member | 2.70 | 950.00 | 2,565.00 |
| | | **Total** **75.50** | | **$49,257.00** |

TOTAL SERVICES:                                                       $        49,257.00