**From:** nayana abrol <nayabr7676@gmail.com>
**Sent:** Thursday, March 2, 2023 7:28 PM
**To:** sschubert@genovaburns.com; Chambers_of MBK <Chambers_of_MBK@njb.uscourts.gov>
**Subject:** please hold Zac Prince and Flori Marquez accountable

**CAUTION - EXTERNAL:**

They are no different from Sam Bankman Freed

With full respect and trust in the judicial system , put these guys in Jail and release wallets to investors

This cannot be done any other way

Freeze Zac and Flori's bank accounts, assets , return our money

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.