**From:** Juan carlos Santos ferreiros <jcarlossantosferreiros77@gmail.com>
**Sent:** Wednesday, May 3, 2023 7:59 AM
**To:** Chambers_of MBK <Chambers_of_MBK@njb.uscourts.gov>
**Subject:**

**CAUTION - EXTERNAL:**

Good morning, I am writing to you by case 22 •19361 MBX 02 12 2022 14 57:27 DOC 58 Regarding my Blockfi assets, today I received a phone call from a colleague of hers from Germany who, due to a misunderstanding, felt insulted and threatened that she would go Block everything, I see myself in my obligations, so file a lawsuit since I don't understand why I was treated in this way, having bad manners, being that you contacted me only to lose respect for me, I even cut off the call, not even letting me explain to you for that reason, since I don't I was able to contact you again. I am writing to you waiting for an answer. Sorry for the inconvenience and thank you for your time.
Enviado desde Outlook para Android

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.