**From:** Tina Jasmin <t.jasmin111@gmail.com>
**Sent:** Friday, January 27, 2023 6:36 PM
**To:** Chambers_of MBK <Chambers_of_MBK@njb.uscourts.gov>
**Subject:** Emergency life matter request on BlockFi bankruptcy

**CAUTION - EXTERNAL:**

Dear chambers of Judge Kaplan:

I am a creditor of BlockFi Inc. Unfortunately due to the company's negligence and fraudulent advertisement only a few days before the pause, they asked for more than $50,000 from me which is stuck on the platform. Unfortunately, **I got laid off last week** and I am in EMERGENCY need of my funds back for survival.

Given my emergency situation, is there any way the judge can honor my withdrawal? This is a life-matter situation.

- frustrated.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.