**From:** Tina <t.jasmin111@gmail.com>
**Sent:** Wednesday, May 3, 2023 10:53 AM
**To:** Chambers_of MBK <Chambers_of_MBK@njb.uscourts.gov>
**Subject:** Blockfi case request

**CAUTION - EXTERNAL:**

Dear chambers of Judge Kaplan,

Had a kind request the Blockfi bankruptcy. This case is taking forever and this firm will not by any means revive to recover our funds. Please order Liquidation. Prolonging it only drains my life savings more and more to its employee and executive salaries and is causing significant financial hardships for me.

I lost my job and am in emergency need of my funds. This is the voice of all creditors.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.