**From:** Tristan <onlydoingthisformyphone@gmail.com>
**Sent:** Tuesday, February 14, 2023 5:22 AM
**To:** Chambers_of MBK <Chambers_of_MBK@njb.uscourts.gov>; Bruce Jackson <Bruce_Jackson@njb.uscourts.gov>
**Subject:** BlockFi Inc., 22-19361 (MBK)

**CAUTION - EXTERNAL:**


Apologies if these aren't the right channels,

I was wondering how to File a Motion for Relief From The Automatic Stay in regards to case: BlockFi Inc., 22-19361(MBK)? As the value of the property is likely to increase, but we are only being offered the option to be paid a fixed dollar amount, significantly less than the current crypto value.

Kind regards,
Tristan Joseph

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.