**From:** terry kaiser <rpmbaja@gmail.com>
**Sent:** Wednesday, April 19, 2023 11:11 AM
**To:** Chambers_of MBK <Chambers_of_MBK@njb.uscourts.gov>
**Subject:** Re: Kroll did not withdraw my claim 1209

**CAUTION - EXTERNAL:**

I just watched the hearing. Please rule that pure wallet holders should get 100% of our money now!
As I said I had much more money in my BIA that I transferred however I still believe that the wallet holders funds were NEVER a part of the estate and must be returned before there is litagtaion regarding BIA transfers.
If you were to rule in favor of Ad Hoc Committee we Wallets holders will receive pennies on the dollars. We wallet holds held our funds in wallet so that there was NO Risk.
Please release pure wallet funds on May 8th hearing.
Sincerely,
Terry Kaiser

On Sun, Apr 16, 2023 at 9:31 PM terry kaiser <rpmbaja@gmail.com> wrote:
Honorable Judge,

With regards to Blockfi wallets. I had nearly $70,000 gusd in my pure account for over 6 months I also transferred $95,000 on November 11th at 10:00 a.m. and was able to wire funds to my already established Bank of America account. Blockfi sent me not only an email stating that my transfer went through but that my wire was also being processed. I was in the process of purchasing a home with those funds. I obviously lost the home. I'm begging you to at least release my pure wallet funds as I am now in financial ruin.

Secondly, there really has been no help for those of us who aren't a part of the ad hoc committee. I submitted a claim with snapshots of all the pertinent information claim 638. And then due to confusion

submitted another claim 1209. When I realized that it was done improperly I emailed Kroll and told them to withdraw 1209, they emailed me back and said they would, it's been weeks and it's still on the books. We are all so nervous waiting anxiously for your response. Please release my BIA it DOES NOT BELONG TO Kroll.
Thank you,
Terry Kaiser

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.