**From:** Zak Nordyke <zak@evergreenmentorship.org>
**Sent:** Monday, February 13, 2023 1:43 PM
**To:** Chambers_of MBK <Chambers_of_MBK@njb.uscourts.gov>
**Subject:** BlockFi Case No. 22-19361

**CAUTION - EXTERNAL:**

Hello,

My name is Zachary Nordyke, a creditor in BlockFi Case No. 22-19361, Claim #523. I received an email from BlockFi earlier today stating that they intend to evaluate our claims using the in-kind US Dollar value of our coins at the time of BlockFi's bankruptcy filing. This method of valuation significantly suppresses the true worth of my holdings. How can I file a dispute and have my assets properly valued and returned?

Thank you for your time in advance.

Warm regards,

Zak

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.