-----Original Message-----
From: DAN PATE <pategroup@comcast.net>
Sent: Thursday, February 23, 2023 12:54 PM
To: Chambers_of MBK <Chambers_of_MBK@njb.uscourts.gov>
Subject: Pate(8c3792d2) - BlockFi Wallet LLC EIN: 87-2213231 Case No. 22-19366 (MBK)

CAUTION - EXTERNAL:


To the Honorable Michael B. Kaplan, Chief Judge,

BLUF: This is different from than existing claimants, debtors, committees, etc. I am lost) I have documentation that I submitted a BlockFi wallet withdrawal(Nov 8) to a private wallet. This request occurred prior to the pause, announcements, bankruptcy filings, etc. First I ask your kind consideration in asking BlockFi why they cancelled my request on Nov 8th. Secondly Upon receipt of a response you request BlockFi to execute the transfer since this is outside the scope and timestamps of the proceedings. BlockFi has not included my wallet in the wallet collection of accounts they wish to allow withdrawal from. I am excluded from that for some unknown reason.

On Nov 8th I requested the balance of my BTC wallet be moved to my private wallet. (This is all before announcements regarding the halt of withdrawals and subsequent bankruptcy filings, etc.) As required my identity was verified through the submission of my driver license and visual recognition was confirmed.
After performing the above, I was instructed the wallet transfer from the BlockFi wallet to my wallet would proceed. However on Nov 11th BlockFi notified me the wallet withdrawal request was cancelled?? Under what legal standing did BlockFi have a right to cancel my withdrawal submission on Nov 8th prior to any and all court filings or announcements???(rhetorical I guess)

My wife and I are on a fixed income and the funds that are withheld from me are part of our retirement savings. I believe I am eligible now for full transfer of the remaining Bitcoin (1.34937293 BTC) that was in my wallet on Nov 8th, 2022 the date the request was initiated.

Sincerely and with hope,
Daniel W Pate
Account ID: 8c3792d2
Phone number 540-847-2772
Email pategroup@comcast.net
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.