**From:** Not People <notpeople007@gmail.com>
**Sent:** Friday, March 17, 2023 8:50 AM
**To:** Chambers_of MBK <Chambers_of_MBK@njb.uscourts.gov>
**Subject:** Crystal Rodgers

**CAUTION - EXTERNAL:**

I want to know the status and payment information for my claim

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

RS, CRYSTAL

4TH ST

33

KASHA OK 73018

In re: BlockFi Inc., et. al.
Case No. 22-19361 (MBK)
United States Bankruptcy Court for the District of New Jersey (Trenton)

KROLL RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in con
BlockFi Inc. jointly administered chapter 11 bankruptcy cases has been recei
Restructuring Administration LLC ("*Kroll*") on Saturday, January 28, 2023.

Your claim has been assigned claim number ___3083___.

Please **do not** discard this letter as you may need to refer to it in the future

The processing of your claim by Kroll and your receipt of this letter is no
the validity, nature or amount of your claim.