**FILED**
JEANNE A. NAUGHTON, CLERK

MAR 06 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

Luis Rodriguez
6909 SW 147 Place
Miami Florida 33193

To : Honorable Michael B. Kaplan

This is regarding the Blockfi bankruptcy case # 22-19361 ( MBK ) .
I have a Blockfi interest account # e9a0427e .

Mr. Kaplan I deposeted Bitcoin into Blockfi interest account to open it.  As you can see in the statement I'm  inclosing it was kept in that account as Bitcoins. The statement also indicate that the US dollar amount if for information Purposes only I highlighted in yellow. It also states that actual balance are denominated in cryptocurrency not USD. The interest earned is in Bitcoin not USD and if I wanted to withdraw it had to be in Bitcoins.

As the day that Blockfi went bankrupt I had 0.11523459 in Bitcoin in that interest bearing account. From this Bankruptcy I will like to receive 0.11523459 in Bitcoins not US dollars.

If I borrow money and agree to pay it back in USD I can't tell the lender that I will give them Bitcoin ingested. The same goes for Blockfi they
agree I will be paid in Bitcoin and that is what I want to be paid in Bitcoin.

Yours Truly

*Luis Rodriguez*

3/2/2023

 **BlockFi**

# October 2022 BlockFi Wallet Statement

**Name** Luis Rodriguez
**Email** ltigerwolf2141@yahoo.com
**Address** 6909 SW 147 Place
Miami, FL 33193 US

**Account ID** e9a0427e
**Month Ending** October 31, 2022

You earned approximately
**$43.11 \*** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| 1 BTC $20,492.00 | 0.00129604 $26.56 | | 0.00843022 $172.75 |
| 1 ETH $1,572.90 | | | 2.23886666 $3,521.51 |
| 1 GUSD $1.00 | | 16.55000000 $16.55 | 16.55000000 $16.55 |
| Total* in USD | $26.56 | $16.55 | $3,710.81 |

# October 2022 BlockFi Interest Account Statement

**Flex Selection**  ---
**Month Ending**  October 31, 2022

You earned approximately
**$6.59 *** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| 1 BTC | 0.00032147 | 0.11523459 |
| $20,492.00 | $6.59 | $2,361.39 |
| Total* in USD | **$6.59** | **$2,361.39** |

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary based on activity, rates, and compliance with BlockFi's **terms & conditions.**

◯ **BlockFi**  Help Center  ≡

Back to Help Center Home · BlockFi Interest Account · BlockFi Interest Account

Search

Articles in this section  ⌄

[ FOLLOW ]

# What is the BlockFi Interest Account (BIA)?

**Last Updated March 21, 2022**

The BlockFi Interest Account (BIA) is a crypto interest-bearing account, which provides market-leading yields to clients who store their crypto with BlockFi.

Assets held in a client's BIA will earn monthly compounding crypto interest! Crypto interest begins accruing the day after the account is funded, and crypto interest payments go out by the last business day of each month.

Our current Rates and Supported Currencies can be found here.

Note: With the launch of BlockFi Wallet, all trading activity, credit card rewards accumulation and collateral transfers for loan products are conducted within Wallet.

Not all products and services are available in all geographic areas and are subject to applicable terms and conditions. Eligibility for particular products and services is subject to final determination by BlockFi.

*The BIAs have not been registered under the Securities Act and may not be offered or sold in the United States, to U.S. persons, for the account or benefit of a U.S. person or in any jurisdiction in which such offer would be prohibited.*

Was this article helpful?  [ YES ]  [ NO ]   548 out of 654 found this helpful

Return to top ^

## Related articles