**From:** Justin Ryan <vizioh31@gmail.com>
**Sent:** Monday, April 17, 2023 3:11 PM
**To:** Chambers_of MBK <Chambers_of_MBK@njb.uscourts.gov>
**Subject:** Assets in BlockFi Wallet - Justin Ryan

**CAUTION - EXTERNAL:**

Good afternoon Judge Kaplan,
My name is Justin Ryan. As a Blockfi customer, I would like to express my extreme disappointment in Blockfi and request that they return my funds immediately (2.65760067 BTC held in BLOCKFI WALLET) transferred on 11/10/22 at 9:21PM (please see transfer confirmation below). In a recent claim they valued my assets in USD as of 11/28/22. This is NOT FAIR, my assets are worth much more now than they were in November 2022. Per Blockfi terms, "any cryptocurrency that you transferred into your Blockfi Wallet is owned by you at the time of transfer". My assets should be returned to me in BTC, not USD. These assets are worth nearly $80,000 as of today and mean the world to me. I would very much appreciate your help in getting them back.
Thank you,
Justin Ryan
781-361-2894

---------- Forwarded message ---------
From: **BlockFi Support** <support@blockfi.com>
Date: Thu, Nov 10, 2022 at 9:21 PM
Subject: Internal Transfer Completed from BlockFi Interest Account into BlockFi Wallet
To: <vizioh31@gmail.com>



**Justin,**

Your assets have been successfully transferred from your BlockFi Interest Account into your BlockFi Wallet. Please see the transaction

details below.

If you did not initiate this request, please contact us or call us at 646-779-9688 during business hours (Monday - Friday 9:30am - 5pm ET). To learn more about BlockFi Wallet click here.

**INTERNAL TRANSFER**

Date: 2022-11-11

Currency: BTC

Amount: 2.65760067

Origin: BlockFi Interest Account

Destination: BlockFi Wallet

Thanks,

**The BlockFi Team**

    





Please do not respond to this email as the inbox is not actively monitored. If you'd like to get in touch, please contact us via our Help Center

2022-11-11 © BlockFi. All rights reserved.

[201 Montgomery Street, Suite 263](#)
[Jersey City, NJ 07302](#)

Disclaimer:

Digital currency is not legal tender, is not backed by the government, and crypto accounts held with BlockFi are not subject to FDIC or SIPC protections. Digital currency values are not static and fluctuate due to market changes. Not all products and services are available in all geographic areas and are subject to applicable terms and conditions. Eligibility for particular products and services is subject to final determination by BlockFi. Rates for BlockFi products are subject to change.

For more information, please see BlockFi's [Terms of Service](#)

[Privacy Policy](#)  |  [Licenses & Disclosures](#)   |  [Help Center](#)  |  [Our Blog](#)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.