**From:** Charmi Shah <charmi0502@gmail.com>
**Sent:** Monday, January 16, 2023 6:07 AM
**To:** Chambers_of MBK <Chambers_of_MBK@njb.uscourts.gov>
**Subject:** Regarding international withdrawal

**CAUTION - EXTERNAL:**

To,
Honorable B.Kaplan
The chief judge
Honorable chief judge,

I am writing this email as a humble request to please give permission for blockfi wallet customer to start withdrawal of their money as soon as possible. We belong to a middle class family in India and having trusted the most prestigious USDT coins. We have USDT in our blockfi wallet, we have used all our savings of our entire lives in it and now because of the bankruptcy we are not able to withdraw it.

It is a humble request to please start international withdrawal as soon as possible.

I have reached you out as a matter of trust in US judiciary system

Please do the needful.
Thanking you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.