**From:** toby smith <tobyasmith1@hotmail.com>
**Sent:** Friday, February 24, 2023 4:40 PM
**To:** blockfiinfo@ra.kroll.com
**Cc:** Chambers_of MBK <Chambers_of_MBK@njb.uscourts.gov>
**Subject:** Information request

**CAUTION - EXTERNAL:**

Dear Blockfi

I seek urgent assistance with this ongoing bankruptcy case

I am based in the UK which is making this more difficult for me as the time zones and regulations are unfamiliar to me.

I hold approximately 0.90 of a bitcoin, around $21,000 currently which is frozen in my Blockfi interest account. I am not a rich investor and cannot afford to lose this amount of money due to negligence from Blockfi

Please could someone respond to this email to answer the following questions

1. What is being done by Blockfi to ensure my Bitcoin is returned?
2. Is there anything I should be doing in the meantime to ensure I recover my Bitcoin?
3. Are Blockfi trying to rectify this and return everyone's money, or are you simply going bankrupt and running from the issue?
4. Do I need to submit a claim to be in with a chance of recovering my Bitcoin?

Simply setting up a website and having your so-called valued customers figure this out for themselves is not good enough

Please could someone contact me urgently with answers and much needed advice

I look forward to hearing from you

Kind Regards

Toby Smith

07488462196

Sent from [Outlook](Outlook)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.