**From:** toby smith <tobyasmith1@hotmail.com>
**Sent:** Friday, February 24, 2023 4:58 PM
**To:** Chambers_of MBK <Chambers_of_MBK@njb.uscourts.gov>
**Cc:** blockfiinfo@ra.kroll.com; zac@blockfi.com; flori@blockfi.com
**Subject:** Urgent advise required

**CAUTION - EXTERNAL:**

Dear your honor and Mr Kaplans team

Please could someone provide some information regarding the Blockfi chapter 11 bankruptcy case. I hold thousands of pounds worth of Bitcoin in the Blockfi interest account and I am terrified I am going to lose it all

I have no idea what chapter 11 bankruptcy means, or if I need to be doing anything personally to ensure that I recover my Bitcoin, or if it is even possible to recover the Bitcoin.

The basic information provided by Blockfi is simply not good enough. They refuse or dodge basic questions and I don't know where else I should look to seek answers. I don't know what Blockfi are saying to the courts but they are not supporting their customers. I have reached out to the CEO (Zac Prince) and SVP of Operations and Co-Founder (Flori Marquez) who also refused to comment

I am based in the UK so my lack of understanding with American regulations along with awkward time zones is making this incredibly difficult.

Any information or advice you could provide would be very much appreciated.

Thank you for your cooperation and I look forward to hearing from you soon

Kind Regards
Toby Smith

+44 7488 462 196


Sent from Outlook

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.