**From:** peter vagianos <myvagianos@yahoo.com>
**Sent:** Tuesday, January 31, 2023 1:07 PM
**To:** Chambers_of MBK <Chambers_of_MBK@njb.uscourts.gov>
**Subject:** Objections From Block Fi customer

CAUTION - EXTERNAL:

Hello my name is Peter Vagianos. I been in contact with you via phone. I can be reached at (727) 712-6339

Below are my objections kindly.

I submitted my transfer from my BIA account to my Block Fi Wallet account on November 9, 2022. Oddly it processed 2 days after showing a November 11, 2022 date. I have not a clue as to what happen but only can speculate they moved my date to the 11th in hopes Honorable Judge Kaplan approved them only paying on withdrawal from November 10, 2022 and earlier.

Furthermore Block Fi "never" halted or suspended conversions from Block Fi interest account to the Block Fi wallet. At no point respectfully did Block Fi say they would suspend transfers from interest accounts to wallet accounts.

Suspending withdrawals is one thing suspending conversions is a whole new game. By these words Alone Honorable Judge Kaplan should honor all conversions up until November 18, 2022.

Furthermore below is proof my asset was successfully transferred and though it shows 11/11/22 and not 11/09/22 it still was respectfully successfully transferred.
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.





Lastly Block Fi support sent me on 11/11/22 the below email. Helping me to send usd wire transfer from my financial institution to my Block Fi account. There's no signs here of a company suspending interest to wallet account conversions whats so ever kindly and respectfully. Please allow Honorable Judge Kaplan to review this email.





Thanks so much,
Peter Vagianos
727-712-6339


Sent from my iPhone