On Apr 25, 2023, at 4:03 PM, Peter Waller <pwalleruk@gmail.com> wrote:

Dear Mr Sussberg / Judge Kaplan

BLOCKFI INTERNATIONAL LTD

I would like to ask who is representing the pre-pause wallet holders ?

I sincerely hope that we will not be forgotten about during all these new motions and plans.

Surely our wallet assets held at the time of the pause on 10th November remain our assets, and can be returned to us 100% ?

It is obvious that hundreds of interest account holders transferred funds to their wallet accounts post pause, in the full knowledge that the platform was paused. I do hope that our assets are not diluted by these "balances".

I have also heard talk that wallet holders will have to have held for 90 days in the account and it may be capped at $7,500 (surely absurd?).

I am 65 and retired, and personally hold my pension funds in ETH in excess of $1 million in my wallet account, pre-pause, and I hope that The New Plan being presented to Judge Kaplan will protect 100% of pre-pause wallet balances.

Many thanks for your time,

Sincerely

Jane Waller

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.