**From:** Peter Waller <pwalleruk@gmail.com>
**Sent:** Thursday, April 6, 2023 1:19 PM
**To:** Chambers_of MBK <Chambers_of_MBK@njb.uscourts.gov>
**Cc:** Lucy <lucywaller2@gmail.com>; Peter Waller <peterwallerpersonal@gmail.com>
**Subject:** BlockFi International Ltd - Wallet Holder $1.3m

**CAUTION - EXTERNAL:**

Dear Judge Kaplan

Jane Waller - BlockFi International Ltd Bermuda - Account 5914b8a6

I am a 65 year old retired Blockfi International Ltd (Bermuda) client, resident in UK, and my wallet account is holding 680 ETH, currently about $1.3m, the bulk of my retirement savings.

Before the platform pause I carried out a withdrawal of 680 ETH to an external address, and the transaction was approved and verified by Blockfi and their external ID verifier before the platform pause, and the amount is currently shown on my Blockfi account as a "pending" transaction out.

I understood quite clearly that my agreement with Blockfi was that all assets remain in my property, and that they were prohibited to do anything at all with the assets other than custody them.

I understand that there is a hearing on 19th April where Blockfi have requested opening the platform for wallet account holders - may I please request that the court lifts the platform pause for wallet holders, and allow the withdrawal of balances ?

Sincerely

Jane Waller

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast**

**Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more [Click Here](#).

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.