-----Original Message-----
From: Greg Webb <greglwebb@icloud.com>
Sent: Wednesday, May 3, 2023 7:02 AM
To: Chambers_of MBK <Chambers_of_MBK@njb.uscourts.gov>
Subject: Blockfi Bankruptcy

CAUTION - EXTERNAL:


I own 5.4 Bitcoin in a wallet account.  In my agreement with Blockfi it clearly stated this is my property.  Not allowed to be loaned out, used, or controlled by blockfi in anyway of than a custodial agreement.  I also own Bitcoin in an interest account.  I realize this has been allowed by Blockfi to be used to create an interest situation and has been forfeited.  So my question is what is the problem and holdup with allowing me to withdraw my Bitcoin from my wallet account with Blockfi?  Why doesn't the judge make a ruling?  This is absurd.  Do what the agreement clearly states.

I apologize.  My previous email didn't include my contact information.

Greg Webb
704.622.2332

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.