| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>Facsimile:  (201) 489-1536<br>Email: msirota@coleschotz.com<br>           wusatine@coleschotz.com<br>*Attorneys for Debtors*<br>*and Debtors in Possession* | |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Case No.:    22-19361<br><br>Judge:    Hon. Michael B. Kaplan<br><br>Chapter:    11<br><br>Hearing Date:    May 11, 2023 |

## ADJOURNMENT REQUEST

1. I, <u>Michael D. Sirota, Esq.</u>

    ☒    am the attorney for:  <u>the Debtors/Debtors-in-Possession                              </u>,

    ☐    am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

1. First Interim Fee Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Debtors During the Period November 28, 2022 Through December 26, 2022 [Docket No. 757].

    a. <u>Related Documents</u>: Notice of Hearing on Berkeley Research Group, LLC First Interim Fee Application [Docket No. 758].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

65365/0001-45296136v1

**Current hearing date and time**: May 11, 2023 at 10:00 a.m.

**New date requested**: A new date and time will be requested in consultation with the fee examiner to-be-appointed in these chapter 11 cases.

**Reason for adjournment request**: The proposed fee examiner has requested this adjournment so that all first interim compensation applications can be evaluated and heard at the same time.

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: May 5, 2023                                 /s/ Michael D. Sirota
                                                  Signature

**COURT USE ONLY:**

The request for adjournment is:                6/5/2023 @ 10:00 a.m.

☒   Granted                 New hearing date: _____      ☐   Peremptory

☐   Granted over objection(s)   New hearing date: _____  ☐   Peremptory

☐   Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2

65365/0001-45296136v1