|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>GENOVA BURNS LLC.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>Telephone: (973) 230-2095<br>Fax: (973) 533-1112<br>DClarke@genovaburns.com<br><br>Local Counsel for the Official<br>Committee of Unsecured Creditors |
| In Re:<br><br>BLOCKFI INC., et al.,<br><br>Debtors |

Case No.: 22-19361

Adv. Pro. No.: _____

Chapter: 11

Subchapter V: ☒ Yes  ☒ No

Hearing Date: 05/08/2023

Judge: MBK

## ADJOURNMENT REQUEST

1. I, _____Don Clarke_____,

   ☒ am the attorney for: _____the Official Committee of Unsecured Creditors_____,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Authority to seal portions of those certain Applications for Retention [Doc 403]

   Current hearing date and time: 05/08/2023

   New date requested: 06/05/2023 at 10:00 a.m.

   Reason for adjournment request: This matter is being moved in the interest of convenience to the Court's calendar to be heard with other motions seeking similar relief.

2. Consent to adjournment:

   ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: __05/05/2023_____                    _____
                                                                                    Signature

**COURT USE ONLY:** _____

The request for adjournment is:

☒  Granted                          New hearing date: _6/5/2023 a.m. 10:00 a.m.___        ❏ Peremptory

❏  Granted over objection(s)   New hearing date: _____        ❏ Peremptory

❏  Denied

    **IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2