| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>Facsimile:  (201) 489-1536<br>Email: msirota@coleschotz.com<br>            wusatine@coleschotz.com<br>*Attorneys for Debtors*<br>*and Debtors in Possession* | |
| In re:<br><br>BLOCKFI INC., *et al.,*<br><br>Debtors.[1] | Case No.:    22-19361<br><br>Judge:         Hon. Michael B. Kaplan<br><br>Chapter:     11<br><br>Hearing Date:    May 8, 2023 |

## ADJOURNMENT REQUEST

1.  I, <u>Michael D. Sirota, Esq.</u>

    ☒    am the attorney for:  <u>the Debtors/Debtors-in-Possession                                    </u>,

    ☐    am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    1. Debtors' Motion for Entry of an Order (I) Approving the Sale and Assignment of Certain of the Debtors' Institutional Loans Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (II) Authorizing the Debtors to Enter into the Assignment Agreements, and (III) Granting Related Relief [Docket No. 701].

    2. Debtors' Motion to File Under Seal Exhibit A to the Debtors' Motion for Entry of an Order (I) Approving the Sale and Assignment of Certain of the Debtors' Institutional

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

65365/0001-45296029v1

Loans Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (II) Authorizing the Debtors to Enter into the Assignment Agreements, and (III) Granting Related Relief [Docket No. 702].

**Current hearing date and time**: May 8, 2023 at 10:00 a.m.

**New date requested**: June 5, 2023 at 10:00 a.m.

**Reason for adjournment request**: The Debtors and the official committee of unsecured creditors are working towards a resolution of these motions.

2. Consent to adjournment:

☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: May 5, 2023                     /s/ Michael D. Sirota
                                      Signature

**COURT USE ONLY:**

The request for adjournment is:            6/5/2023 at 10:00 a.m.

☒   Granted              New hearing date: _____      ☐   Peremptory

☐   Granted over objection(s)   New hearing date: _____   ☐   Peremptory

☐   Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**