**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and
Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BlockFi Inc., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |

**CERTIFICATION OF NO OBJECTION TO MONTHLY
FEE STATEMENT OF COLE SCHOTZ P.C.**

MICHAEL D. SIROTA, of full age, hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a member of the firm of Cole Schotz P.C. ("**Cole Schotz**"), counsel for the within debtors and debtors-in-possession (the "**Debtors**").

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

2. I submit this Certification pursuant to the January 17, 2023 Administrative Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court [Docket No. 307] (the "**Administrative Order**").

3. The Administrative Order provides that each professional retained in this case pursuant to 11 U.S.C. § 327, and to the extent applicable, §§ 328(a) and 1103, may file monthly fee statements on or before the twenty-fifth (25th) day of each calendar month seeking compensation for services rendered and reimbursement of expenses incurred during the immediately preceding month (each a "**Monthly Fee Statement**").

4. Pursuant to the Administrative Order, an objection to a Monthly Fee Statement must be filed and served on the Professional applying for fees, as well as on certain other parties designated therein, not later than fourteen (14) days after service of said Monthly Fee Statement (the "**Objection Deadline**"). Upon the expiration of the Objection Deadline, a Professional applying for fees may file and serve a certification of no objection or a certification of partial objection with the Court, whichever is applicable, after which the Debtors are authorized to pay such Professional an amount equal to the lesser of: (i) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement; or (ii) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to an objection.

5. On April 21, 2023, Cole Schotz filed its Monthly Fee Statement for the period covering March 1 through March 31, 2023 [Docket No. 759] (the "**March 2023 Monthly Fee Statement**"). Pursuant to the Administrative Order, objections to the March 2023 Monthly Fee Statement were due by **May 5, 2023**.

65365/0001-45306122v1

6. To the best of my knowledge, information and belief, no objections have been filed to the March 2023 Monthly Fee Statement.

7. Accordingly, the Debtors should be instructed to pay Cole Schotz eighty (80%) percent of the fees and one hundred (100%) percent of the expenses requested in the March 2023 Monthly Fee Statement.

/s/ Michael D. Sirota
MICHAEL D. SIROTA

DATED: May 8, 2023

65365/0001-45306122v1