Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−19361−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  BlockFi Inc.
  201 Montgomery Street
  Suite 263
  Jersey City, NJ 07302

Social Security No.:

Employer's Tax I.D. No.:
  82−2390015

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/11/23 at 10:30 AM

to consider and act upon the following:

Minute of 5/8/23; OUTCOME: RESERVED – Judge to read decision into the record on Thursday, May 11, 2023 at 10:30am (related document(s): [121] Motion (Generic) filed by BlockFi Inc.) (km)

Dated: 5/8/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court