# Exhibit "B"

**Case No: 22-19361**
**Case Name: BlockFi Inc.**
**M3 Advisory Partners, LP**
**Fee Application Period: February 1 2023 – February 28 2023**

## Summary of Expenses by Category

| Description | Total |
|---|---:|
| Taxi/Car Service | $123.52 |
| Business Meals | $358.59 |
| Conference calls | $145.12 |
| **Total (a)** | **$627.23** |

**Note:** (a)    Total amounts are based on M3's expense reporting system as of the date of this Monthly Report and may not be reflective of all expenses incurred during the Reporting Period. As such, future monthly reports may include expenses incurred during the Reporting Period.

| Date | Amount | Category | Payer | Notes |
|---|---|---|---|---|
| 1/31/2023 | $ 29.92 | Business Meals | Brennan Lytle | Business Meals: Local Working Dinner |
| 2/1/2023 | $ 18.34 | Business Meals | Seth Herman | Business Meals: Local Working Dinner |
| 2/1/2023 | $ 18.00 | Taxi/Car Service | Seth Herman | Late night car home from office |
| 2/2/2023 | $ 29.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 2/2/2023 | $ 21.15 | Taxi/Car Service | Brennan Lytle | Late night car home from office |
| 2/2/2023 | $ 19.90 | Taxi/Car Service | Matthew Manning | Taxi while on a BlockFi call from office to train station |
| 2/7/2023 | $ 28.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 2/7/2023 | $ 26.11 | Business Meals | Brennan Lytle | Business Meals: Local Working Dinner |
| 2/8/2023 | $ 29.24 | Business Meals | Brennan Lytle | Business Meals: Local Working Dinner |
| 2/9/2023 | $ 29.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |

| Date | Amount | Category | Payer | Notes |
|---|---|---|---|---|
| 2/14/2023 | $ 26.49 | Taxi/Car Service | Brennan Lytle | Late night car home from office |
| 2/14/2023 | $ 28.17 | Business Meals | Brennan Lytle | Business Meals: Local Working Dinner |
| 2/20/2023 | $ 27.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 2/21/2023 | $ 29.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 2/21/2023 | $ 21.68 | Taxi/Car Service | Brennan Lytle | Late night car home from office |
| 2/21/2023 | $ 27.81 | Business Meals | Brennan Lytle | Business Meals: Local Working Dinner |
| 2/22/2023 | $ 28.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 2/23/2023 | $ 29.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 2/28/2023 | $ 16.30 | Taxi/Car Service | Seth Herman | Late night car home from office |
| 2/28/2023 | $ 145.12 | Conference calls | M3 Team | Conference call system |
| **Total** | **$ 627.23** | | | |