**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY (TRENTON)**

```
---------------------------------------x
                                       :
                                       :     Chapter 11
In re                                  :
                                       :
BLOCKFI INC., et al.,                  :     Case No. 22-19361 (MBK)
                                       :
         Debtors.[1]                   :     (Jointly Administered)
                                       :
                                       :
---------------------------------------x
```

**SECOND AMENDED[2] SCHEDULE OF ASSETS AND LIABILITIES FOR**
**BLOCKFI LENDING LLC (CASE NO. 22-19365)**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

[2] This amended filing is intended to amend the original and amended *Schedule of Assets and Liabilities and Statements of Financial Affairs.*

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BlockFi Lending LLC** |
| United States Bankruptcy Court for the: | **District of New Jersey (Trenton)** |
| Case number (if known) | **22-19365** |

☒ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.
☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claim** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br><br>See attached Schedule E/F Part 2 | **As of the petition filing date, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $272,534.42 |
| | **Date(s) debt was incurred** | **Basis for the claim:** Various | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed ? | Last 4 digits of account number, if any |
|---|---|---|

Debtor  **BlockFi Lending LLC**　　　　　　　　　　　　　　　　　　　Case number (if known) **22-19365**
　　　　　Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claim**　　　　　　**Total of claim amounts**

**5a. Total claims from Part 1**　　　　　　　　　　　　　　　　　　5a.　$　　　　　　　0.00

**5b. Total claims from Part 2**　　　　　　　　　　　　　　　　　　5b. + $　　　　$272,534.42

**5c. Total of Parts 1 and 2**　　　　　　　　　　　　　　　　　　　5c.　　　　　　$272,534.42
Lines 5a + 5b = 5c.

BlockFi Lending LLC
Case No. 22-19365
Amended Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address | Last 4 Digits of Account Number | Date Debt was Incurred | Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $16.92 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $243.58 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $122.41 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $6,816.43 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $174.78 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $1.92 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $0.45 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $1,333.24 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $958.90 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $32.73 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $137.73 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $109.77 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $0.56 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $262.35 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $0.89 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $1,051.79 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $155.56 |
| Name on File | Address on File | on File | 2/4/2021 | Retail Crypto-Backed Loan | | | | Y | $24,399.83 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $596.60 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $33.64 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $2,119.04 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $65.52 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $105.09 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $480.03 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $3,031.44 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $94.15 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $4.63 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $93.01 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $2.12 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $352.33 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $1,230.68 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $1.55 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $19.81 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $337.64 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $25,318.22 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $5.21 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $514.44 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $1,358.91 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $119.48 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $3,987.56 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $155.60 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $0.82 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $208.44 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $20.63 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $57.03 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $279.38 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $0.74 |
| Name on File | Address on File | on File | 12/1/2020 | Retail Crypto-Backed Loan | | | | Y | $24,633.58 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $1,664.88 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $56.49 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $13.43 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $2.74 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $16.68 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $118.85 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $8,988.54 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $90.82 |
| Name on File | Address on File | on File | 12/28/2020 | BIA | | | | | $46.22 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $13.97 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $11.26 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $70.54 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $2.28 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $6,820.81 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $15,832.36 |

BlockFi Lending LLC
Case No. 22-19365

Amended Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address | Last 4 Digits of Account Number | Date Debt was Incurred | Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $5,405.06 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $0.63 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $14.90 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $0.75 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $88.51 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $28.95 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $267.56 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $7.85 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $68.27 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $180.67 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $66.12 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $446.20 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $976.21 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $80.45 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $28.49 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $0.59 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $0.29 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $1.82 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $2.12 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $1.04 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $2.05 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $150.85 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $222.97 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $89.26 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $9.09 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $38.79 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $40.17 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $65.84 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $78.89 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $178.66 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $194.74 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $272.23 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $343.32 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $656.01 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $805.29 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $2,495.59 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $55.90 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $657.70 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $8,171.53 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $3,224.38 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $4.92 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $1.66 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $119.36 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $522.31 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $1,889.71 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $1,360.96 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $0.37 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $1,849.10 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $3,650.86 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $0.34 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $0.22 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $0.53 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $4,535.92 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $5,141.15 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $553.60 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $280.28 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $1.44 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $2,378.58 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $254.57 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $1,388.89 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $488.94 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $33.34 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $2.73 |

BlockFi Lending LLC
Case No. 22-19369
Amended Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address | Last 4 Digits of Account Number | Date Debt was Incurred | Basis for Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $2,830.06 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $1.72 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $6,394.51 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $189.04 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $268.06 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $244.92 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $0.70 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $5.35 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $14.99 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $8,005.05 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $8.80 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $956.06 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $55.27 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $42.91 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $1,260.70 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $19.11 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $7,021.58 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $0.14 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $206.37 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $195.63 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $425.35 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $5.17 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $931.87 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $1.12 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $321.19 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $31,766.02 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $1.71 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $205.82 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $102.44 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $2,743.56 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $56.06 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $562.59 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $0.45 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $4,279.75 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $307.43 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $1,027.73 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $158.08 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $4.49 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $58.01 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $29.70 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $17.01 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $3,091.31 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $3,418.36 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $38.22 |
| Name on File | Address on File | on File | 2/12/2021 | BIA | | | | | $5,589.28 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $1.02 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $147.92 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $43.76 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $1,667.91 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $3.15 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $606.42 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $2,322.83 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Interest | | | | | $201.17 |
| | | | | | | | | TOTAL: | $272,534.42 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BlockFi Lending LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY (TRENTON) |
| Case number (if known) | **22-19365** |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*  **Schedule E/F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 10, 2023**        X **/s/ Mark Renzi**
                                     Signature of individual signing on behalf of debtor

                                     **Mark Renzi**
                                     Printed name

                                     **Chief Restructuring Officer**
                                     Position or relationship to debtor