**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BlockFi Inc., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

## <u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>

I, Moheen Ahmad, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 26, 2023, pursuant to the *Order (I) Setting Bar Dates For Submitting Proofs Of Claim, (II) Approving Procedures For Submitting Proofs Of Claim, (III) Approving Notice Thereof, And (IV) Granting Related Relief* (Docket No. 440; the "***Bar Date Order***")[2], at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Supplement Master Mailing Service List attached hereto as **<u>Exhibit A</u>**:

- Notice of Deadline Requiring Submission of Proofs of Claim on or before March 31, 2023, and Related Procedures for Submitting Proofs of Claim in the above-captioned Chapter 11 Cases, a copy attached hereto as **<u>Exhibit B</u>** (the "***Bar Date Notice***")

- Non-Customer Proof of Claim Form (Exhibit 4 to the Bar Date Order)

On April 26, 2023, at my direction and under my supervision, employees of Kroll caused the Bar Date Notice, the applicable proof of claim form(s)[3], with an indiciaton of the debtor, amount, nature and classification of the scheduled claim(s), and the *BlockFi Inc. - Guide To Filling Out Proof Of Claim Form(s)*, a copy of which is attached hereto as **<u>Exhibit C</u>**, to be served via first class mail on the following clients of the Debtors, whose names, addresses and email addresses are undisclosed due to privacy concerns:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

[2] Unless otherwise specified, defined terms carry the meaning ascribed to them in the Bar Date Order.

[3] The Wallet Account Holder Proof of Claim Form (Exhibit 1 to the Bar Date Order; the "***Wallet Form***"), the Interest Bearing Account Holder Proof of Claim Form (Exhibit 2 to the Bar Date Order; the "***Interest Account Form***") and the Loan Account Holder Proof of Claim Form (Exhibit 3 to the Bar Date Order; the "***Loan Account Form***").

| Description of Clients Served | Proof of Claim Forms Included | Number of Client(s) Served |
|---|---|---|
| Scheduled (BIA, BIA Interest, BPC Interest, BPC Open and/or Term Loan) | Interest Account Form Wallet Form | 367 |

On April 26, 2023, at my direction and under my supervision, employees of Kroll caused the Bar Date Notice to be served via first class mail on the following clients of the Debtors, whose names, addresses and email addresses are undisclosed due to privacy concerns:

| Description of Clients Served | Number of Client(s) Served |
|---|---|
| Unscheduled - SOFA 21 | 22 |

Dated: May 4, 2023

/s/ Moheen Ahmad
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 4, 2023, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 69160

## Exhibit A

Exhibit A

Supplement Master Mailing Service List

Served via first class mail

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 10299354 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 12044590 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 10342941 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 10295356 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 10347558 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 10295328 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 10290802 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 12168387 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 10295353 | MITCHELL ORGANIZATION LLC | ATTN: DAVID MITCHELL JR | 425 WILLIAMS DR | APT 527 | MARIETTA | GA | 30066-8105 |
| 10297320 | MOSS MEDIA GROUP LLC | 217 CALLE ROCA VISTA | | | SAN CLEMENTE | CA | 92672-4319 |
| 10297671 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 12094204 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 10296204 | SOLE PROPRIETOR | 2392 STATE ST | | | SALEM | OR | 97301-4542 |
| 10292050 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 10342929 | NAME ON FILE | ADDRESS ON FILE | | | | | |
| 10344834 | NAME ON FILE | ADDRESS ON FILE | | | | | |

## **Exhibit B**

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Proposed Attorneys for Debtors and*
*Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF DEADLINE
## REQUIRING SUBMISSION OF PROOFS
## OF CLAIM ON OR BEFORE MARCH 31, 2023,
## AND RELATED PROCEDURES FOR SUBMITTING PROOFS
## OF CLAIM IN THE ABOVE-CAPTIONED CHAPTER 11 CASES

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

**TO:    ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY DEBTOR LISTED ON PAGE 2 OF THIS NOTICE IN THE ABOVE-CAPTIONED CHAPTER 11 CASES.**

The United States Bankruptcy Court for the District of New Jersey (the "Court") has entered an order [Docket No. 440] (the "Bar Date Order") establishing **5:00 p.m. prevailing Eastern Time on March 31, 2023** (the "General Claims Bar Date"), as the last date for each person or entity[2] (including individuals, partnerships, corporations, joint ventures, and trusts) to submit a Proof of Claim against any of the Debtors listed on page 2 of this notice (collectively, the "Debtors").

Except for those holders of the Claims listed below that are specifically excluded from the General Claims Bar Date submission requirement, the Bar Dates[3] and the procedures set forth below for submitting proofs of Claim (each, a "Proof of Claim") apply to all Claims (defined below) against the Debtors that arose prior to **November 28, 2022** (the "Petition Date"), the date on which the Debtors commenced cases under chapter 11 of the United States Bankruptcy Code, **including parties asserting Claims pursuant to section 503(b)(9) of the Bankruptcy Code (each, a "503(b)(9) Claim").**[4]  In addition, governmental units have until **5:00 p.m. prevailing Eastern Time on May 30, 2023** (the date that is the one-hundred and eighty-three days after the Petition Date) (the "Governmental Bar Date"), to submit Proofs of Claim.

| A holder of a possible Claim against the Debtors should consult an attorney regarding any matters not covered by this notice, such as whether the holder should submit a Proof of Claim. |
| --- |

### Debtors in these chapter 11 cases

| Debtor Name | Last Four Digits of Tax Identification Number | Case Number |
| --- | --- | --- |
| BlockFi Inc. | 0015 | 22-19361 |
| BlockFi Trading LLC | 2487 | 22-19363 |
| BlockFi Lending LLC | 5017 | 22-19365 |
| BlockFi Wallet LLC | 3231 | 22-19366 |
| BlockFi Ventures LLC | 9937 | 22-19367 |
| BlockFi International Ltd. | 2233 | 22-19368 |
| BlockFi Investment Products LLC | 2422 | 22-19370 |
| BlockFi Services, Inc. | 5965 | 22-19371 |
| BlockFi Lending II LLC | 0154 | 22-19374 |

---

[2]    As used herein, the term "entity" has the meaning given to it in section 101(15) of title 11 of the United States Code (the "Bankruptcy Code"), and includes all persons, estates, trusts and the United States Trustee. Furthermore, the terms "person" and "governmental unit" have the meanings given to them in sections 101(41) and 101(27) of the Bankruptcy Code, respectively.

[3]    Defined collectively as the Rejection Bar Date (further defined herein), the General Claims Bar Date, the Supplemental Bar Date (further defined herein), and the Governmental Bar Date.

[4]    "503(b)(9) Claims" are Claims on account of goods received by a Debtor within 20 days before the Petition Date, where such goods were sold to the Debtor in the ordinary course of such Debtor's business.  *See* 11 U.S.C. § 503(b)(9).

## **Who Must Submit a Proof of Claim**

You <u>MUST</u> submit a Proof of Claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' estates if you have a Claim that arose before the Petition Date and it is ***not*** one of the types of Claims described under the heading "Claims for Which Proofs of Claim Need Not Be Filed" below.  Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be submitted on or prior to the applicable Bar Date, even if such Claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before the Petition Date.

Under section 101(5) of the Bankruptcy Code and as used in this notice, "<u>Claim</u>" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

## **What To Submit**

The Debtors are enclosing a Proof of Claim form for use in the cases; if your Claim is scheduled by the Debtors, the form indicates the amount of your Claim as scheduled by the Debtors, the specific Debtor against which the Claim is scheduled, and whether the Claim is scheduled as disputed, contingent, or unliquidated.  You will receive a different Proof of Claim Form for each Claim scheduled in your name by the Debtors.  You may utilize the Proof of Claim form(s) provided by the Debtors to submit your Claim.

Your Proof of Claim Form must not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials) or a financial account number (only the last four digits of such financial account).

Additional Proof of Claim Forms may be obtained by contacting the Debtors' notice and claims agent, Kroll Restructuring Administration LLC (the "<u>Notice and Claims Agent</u>"), by calling (888) 773-0375 for callers in the United States or by calling (646) 440-4371 for callers outside the United States and/or visiting the Debtors' restructuring website at: <u>https://restructuring.ra.kroll.com/blockfi</u>.

The following procedures for the submission of Proofs of Claim against the Debtors in these chapter 11 cases shall apply:

        a.   ***Contents***.  Each Proof of Claim must:  (i) be written in English; (ii) set forth (A) for any Claim based on cryptocurrency(ies) held in an account on the Debtors' platform, the number of units of each cryptocurrency

held in such account and the type of account[5] and (B) in the case of any other Claim, the amount of such Claim denominated in United States dollars; (iii) conform substantially with a Proof of Claim Form provided by the Debtors or the Official Form 410; (iv) be signed or electronically transmitted through the interface available on the Notice and Claims Agent's website at https://restructuring.ra.kroll.com/blockfi by the claimant or by an authorized agent or legal representative of the claimant; and (v) unless otherwise consented to by the Debtors in writing, include supporting documentation unless voluminous, in which case a summary must be attached or an explanation provided as to why documentation is not available;[6]

b. ***Section 503(b)(9) Claim***. In addition to the requirements set forth in (a) above, any Proof of Claim asserting a 503(b)(9) Claim must also: (i) include the value of the goods delivered to and received by the Debtors in the twenty days prior to the Petition Date; (ii) attach any documentation identifying the particular invoices for which the 503(b)(9) Claim is being asserted; (iii) attach documentation of any reclamation demand made to any Debtor under section 546(c) of the Bankruptcy Code (if applicable); and (iv) set forth whether any portion of the 503(b)(9) Claim was satisfied by payments made by the Debtors pursuant to any order of the Court authorizing the Debtors to pay prepetition Claims;

c. ***Receipt of Service***. Claimants submitting a Proof of Claim through non-electronic means who wish to receive a proof of receipt of their Proofs of Claim from the Notice and Claims Agent must also include with their Proof of Claim a copy of their Proof of Claim and a self-addressed, stamped envelope;

d. ***Identification of the Debtor Entity***. Each Proof of Claim must specify by name and case number the Debtor against which the Claim is submitted by selecting the applicable Debtor at the top of a proposed Proof of Claim Form. A Proof of Claim submitted under Case No. 22-19361 or that does not identify a Debtor will be deemed as submitted only against BlockFi Inc. A Proof of Claim that names a subsidiary Debtor but is submitted under Case No. 22-19361 will be treated as having been submitted against the subsidiary Debtor with a notation that a discrepancy in the submission exists. The failure to select the correct Debtor on the Proof of Claim Form alone is not a basis to

---

[5]  For the avoidance of doubt, all Claims for cryptocurrency held by any holder must clearly indicate: (a) each type of cryptocurrency held, (b) the number of units of each cryptocurrency held, and (c) the type of account (Wallet, Interest Bearing Account, and/or Loan Account).

[6]  Supporting documentation may include, but is not limited to, a .csv report of the claimant's account with the Debtors.

object to the allowability of the Claim; *provided* that the asserted Claim is otherwise acceptable in all respects and complies with the terms of the Bar Date Order such that the Claim would have been allowed if not for the failure to select the correct Debtor on the Proof of Claim Form;

e.   ***Claim Against Multiple Debtor Entities***.  If the holder asserts separate Claims against different Debtors, a separate Proof of Claim Form must be submitted with respect to each Claim; *provided* that a Claim that indicates it is filed against each Debtor by selecting the applicable Debtors at the top of the Proof of Claim Form shall be deemed to have been filed against each Debtor without the need to file additional Claims; and

f.   ***Supporting Documentation***.   Each Proof of Claim, including supporting documentation, must be submitted so that the Notice and Claims Agent actually receives the Proof of Claim on or before the applicable Bar Date by:  (i) electronically using the interface available on the Notice and Claims Agent's website at https://restructuring.ra.kroll.com/blockfi,  (ii) first-class U.S. Mail, which Proof of Claim must include an original signature, at the following address:  BlockFi Claims Processing Center, c/o Kroll Restructuring Administration LLC, Grand Central Station, PO Box 4850, New York, NY 10163-4850, (ii) first-class U.S. Mail, which Proof of Claim must include an original signature, at the following address:  BlockFi Claims Processing Center, c/o Kroll Restructuring Administration LLC, Grand Central Station, PO Box 4850, New York, NY 10163-4850, or (iii) overnight mail, or other hand-delivery system, which Proof of Claim must include an original signature, at the following address:  BlockFi Claims Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

### When and Where To Submit

Each Proof of Claim, including supporting documentation, must be submitted so that the Notice and Claims Agent ***actually receives*** the Proof of Claim on or before the applicable Bar Date by:  (i) electronically using the interface available on the Notice and Claims Agent's website at https://restructuring.ra.kroll.com/blockfi, or (ii) first-class U.S. Mail, which Proof of Claim must include an ***original*** signature, at the following address:  BlockFi Claims Processing Center, c/o Kroll Restructuring Administration LLC, Grand Central Station, PO Box 4850, New York, NY 10163-4850, or (iii) overnight mail, or other hand-delivery system, which Proof of Claim must include an ***original*** signature, at the following address:  BlockFi Claims Processing Center, c/o Kroll Restructuring Administration LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

**PROOFS OF CLAIM MUST BE SUBMITTED BY MAIL, BY HAND, OR THROUGH THE NOTICE AND CLAIMS AGENT'S WEBSITE.  PROOFS OF CLAIM**

**SUBMITTED BY FACSIMILE OR ELECTRONIC MAIL WILL <u>NOT</u> BE ACCEPTED AND WILL <u>NOT</u> BE DEEMED TIMELY SUBMITTED.**

## <u>Claims for Which Proofs of Claim Need Not Be Filed</u>

Persons or entities need ***not*** submit a Proof of Claim on behalf of a Claim in these chapter 11 cases on or prior to the applicable Bar Date if the Claim falls into one of the following categories:

a. any Claim that has already been asserted in a Proof of Claim against the Debtors with the Notice and Claims Agent in a form substantially similar to Official Bankruptcy Form No. 410 (unless such person or entity wishes to assert a Claim against a Debtor not identified in the prior Proof of Claim, in which case an additional Proof of Claim must be filed);

b. any Claim that is listed on the Schedules filed by the Debtors, provided that (i) the Claim is ***not*** scheduled as "disputed," "contingent," or "unliquidated"; (ii) the claimant does not disagree with the amount, nature, and priority of the Claim as set forth in the Schedules; and (iii) the claimant does not dispute that the Claim is an obligation only of the specific Debtor against which the Claim is listed in the Schedules;

c. any Claim that has previously been allowed by order of this Court;

d. any Claim that has already been paid in full by any of the Debtors;

e. any Claim for which a different deadline has previously been fixed by this Court;

f. any Claim held by a Debtor against another Debtor or any of the non-Debtor subsidiaries (whether direct or indirect) of BlockFi Inc.;

g. any Claim allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an expense of administration incurred in the ordinary course, provided that any person or entity asserting a Claim entitled to administrative expense status under section 503(b)(9) of the Bankruptcy Code must assert such Claim by filing a request for payment or a Proof of Claim on or prior to the General Claims Bar Date;

h. any Claim based on an equity interest in the Debtors;

i. any Claim held by a current employee of the Debtors if an order of the Court authorizes the Debtors to honor such Claim in the ordinary course of business as a wage, commission, or benefit; any current or former employee must submit a Proof of Claim by the General Claims Bar Date for all other Claims arising before the Petition Date, including Claims for wrongful termination, discrimination, harassment, hostile work environment, and retaliation;

6

j.   claims for fees and expenses of professionals retained in these proceedings;

k.   any Claim held by a current officer or director for indemnification, contribution, or reimbursement;

l.   any person or entity that is exempt from filing a Proof of Claim pursuant to an order of the Court in these chapter 11 cases; and

m.   any Claim held by any person or entity solely against a non-Debtor entity.

> THIS NOTICE IS BEING SENT TO MANY PERSONS AND ENTITIES THAT HAVE HAD SOME RELATIONSHIP WITH OR HAVE DONE BUSINESS WITH THE DEBTORS BUT MAY NOT HAVE AN UNPAID CLAIM AGAINST THE DEBTORS.  THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES <u>NOT</u> MEAN THAT YOU HAVE A CLAIM OR THAT THE DEBTORS OR THE COURT BELIEVE THAT YOU HAVE ANY CLAIM.

## Executory Contracts and Unexpired Leases

If you have a Claim arising from the rejection of an executory contract or unexpired lease, you must submit your Proof of Claim based on such rejection on or before the later of (a) the General Claims Bar Date and (b) any date the Court may fix in the applicable order authorizing such rejection and, if no such date is provided, thirty calendar days from the date of entry of such order (the "<u>Rejection Bar Date</u>").  The Debtors will provide notice of the Rejection Bar Date to the contract or lease counterparty whose contract or lease is being rejected at the time the Debtors reject any executory contract or unexpired lease.

## Supplemental Bar Date

In the event the Debtors amend or supplement their Schedules, the Debtors shall give notice of any such amendment to the holders of any Claim affected thereby, and such holders shall submit their Claims by the later of (a) the applicable Bar Date and (b) 5:00 p.m. prevailing Eastern Time on the date that is thirty calendar days after such person or entity is served with notice that the Debtor has amended its Schedules in a manner that affects such person or entity (any such date, a "<u>Supplemental Bar Date</u>").

## The Debtors' Schedules and Access Thereto

You may be listed as the holder of a Claim against one or more of the Debtors in the Debtors' Schedules of Assets and Liabilities and/or Schedules of Executory Contracts and Unexpired Leases (collectively, the "<u>Schedules</u>").

Copies of the Debtors' Schedules are available:  (a) from the Notice and Claims Agent by calling (888) 773-0375 for callers in the United States or by calling (646) 440-4371  for callers outside the United States and/or visiting the Debtors' restructuring website at: <u>https://restructuring.ra.kroll.com/blockfi</u>; (b) by written request to Debtors' counsel at the address and telephone number set forth below; and/or (c) for inspection on the Court's Internet Website at

http://ecf.njb.uscourts.gov.  A login and password to the Court's Public Access to Electronic Court Records are required to access this information and can be obtained at http://www.pacer.psc.uscourts.gov.  Copies of the Schedules may also be examined between the hours of 8:30 a.m. and 4:00 p.m., Monday through Friday, at the Office of the Clerk of the Clarkson S. Fisher US Courthouse, 402 East State Street, Trenton, New Jersey 08608.

If you rely on the Debtors' Schedules, it is your responsibility to determine that the Claim is accurately listed in the Schedules.

As set forth above, if you agree with the nature, amount, and classification of your Claim as listed in the Debtors' Schedules, and if you do not dispute that your Claim is only against the Debtor specified by the Debtors, and if your Claim is **not** described as "disputed," "contingent," or "unliquidated," **you need not submit a Proof of Claim**.  Otherwise, or if you decide to submit a Proof of Claim, you must do so before the applicable Bar Date in accordance with the procedures set forth in this notice.

## Reservation of Rights

Nothing contained in this Bar Date Notice is intended, or should be construed, as a waiver of the Debtors' right to:  (a) dispute, or assert offsets or defenses against, any submitted Proof of Claim or any Claim listed or reflected in the Schedules as to the nature, amount, liability, or classification of such Claims; (b) subsequently designate any scheduled Claim as disputed, contingent, or unliquidated; and (c) otherwise amend or supplement the Schedules.

## Consequences of Failure to Submit a Proof of Claim by the Applicable Bar Date

ANY HOLDER OF A CLAIM THAT IS NOT LISTED IN THIS NOTICE AS A CLAIM EXCEPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER AND THAT FAILS TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (1) VOTING ON ANY CHAPTER 11 PLAN FILED IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM, (2) PARTICIPATING IN ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM, AND (3) RECEIVING FURTHER NOTICES REGARDING SUCH CLAIM.  SUCH PERSON OR ENTITY SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR ANY PURPOSE IN THESE CHAPTER 11 CASES.

Dated: January 30, 2023

/s/  Michael D. Sirota
_____
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Proposed Attorneys for Debtors and*
*Debtors in Possession*

**Exhibit C**

**BLOCKFI INC. — GUIDE TO FILLING OUT YOUR PROOF OF CLAIM FORM(S)**

Dear BlockFi Client:

You are receiving this package because you are a client of BlockFi who BlockFi believes is a creditor in our Chapter 11 cases.

As part of the Chapter 11 process, BlockFi filed Schedules of Assets and Liabilities with the Court (the "Schedules"). The Schedules include Schedule F, which lists all of the unsecured claims that BlockFi believes clients, vendors, and other interested parties have against the estate.

You can check how BlockFi has listed your claim(s) in the Schedules in this package. Additionally, you can check how BlockFi has listed your claim(s) in the Schedules, as well as your BlockFi Wallet account balances, by visiting the website of our claims agent, Kroll, at the following link: https://restructuring.ra.kroll.com/blockfi/EPOC-Index. Please be advised that the Schedule amounts will be listed in U.S. dollars based on coin values as of November 28, 2022, the day BlockFi filed chapter 11.

**If your scheduled claim information and Wallet account balance(s) are correct, then you do not need to file a claim and no further action is required at this time.**

**If you believe that your scheduled claim information and/or Wallet account balance information is incorrect or incomplete, or if you believe that you have a claim or claims against one or more Debtors separate and apart from you scheduled claim information, you must file a proof of claim.**

> **THIS LETTER SHOULD NOT BE CONSTRUED AS PROVIDING LEGAL ADVICE AND WAS NOT INTENDED OR WRITTEN TO BE USED FOR THE PURPOSE OF OFFERING LEGAL ADVICE TO THE PARTIES ADDRESSED HEREIN.  INDIVIDUALS OR ENTITIES IN RECEIPT OF THIS LETTER SHOULD CONSULT WITH THEIR OWN INDEPENDENT LEGAL COUNSEL FOR THE PURPOSE OF OBTAINING LEGAL ADVICE.**

### When Must I Submit My Proof of Claim Forms?

The bar date, or deadline for you to submit your proof of claim form(s), is **5:00 P.M. (prevailing Eastern Time) on March 31, 2023**.

### What Did I Receive in this Package?

This package contains (a) one or more customized Proof of Claim Form(s); and (b) the Court-approved Bar Date Notice. This package also contains information about your scheduled claim(s). You should review your scheduled claim information to determine whether you need to file a claim.

### Which Customized Proof of Claim Form(s) Did I Receive?

- **If you have one or more BlockFi Wallet account(s)**, then you should have received a *Wallet Account Holder Proof of Claim Form*.
- **If you have one or more Interest-Bearing Account(s) and/or BlockFi Private Client Fixed or Open Loan(s)**, then you should have received an *Interest Bearing Account Holder Proof of Claim Form*.
- **If you have posted Collateral for a Loan with BlockFi**, then you should have received a *Loan Account Holder Proof of Claim Form*.

1

If you believe you should have received a Proof of Claim Form for one of the above listed products and have not, you may download the applicable form from the Kroll website at the following link: https://restructuring.ra.kroll.com/blockfi/EPOC-Index.

### How Do I Check My Scheduled Claim Amount?

In addition to the information contained in this package, you should have received an email from Kroll with your scheduled claim information. You should review your scheduled claim information to determine whether you need to file a claim.    This Guide can also be found online via the Kroll website at the following link: https://restructuring.ra.kroll.com/blockfi/EPOC-Index.

Clients can also view their scheduled claim information and account balances electronically via the Kroll website at the following link: https://restructuring.ra.kroll.com/blockfi/EPOC-Index.

For security purposes to protect your account information, you will need your BlockFi Account ID as well as the email address(es) associated with your account to access this information. Please see the section titled "***How Do I Locate My Account ID?***" for instructions on how to locate your BlockFi Account ID. Upon entering this information, Kroll will email you an access code that can be used to access your scheduled claim information and BlockFi account balance.

### How Do I Locate My Account ID?

1.   Login to your BlockFi account: https://app.blockfi.com/signin.
2.   Go to the top right corner, click the arrow, and select "Reports."
3.   Select "2022" from the "Earnings Statements" drop down and download your October 2022 Earnings Statement.
4.   Your Account ID is 8 alpha-numeric code and can be found at the top left of the statement.

### Why Weren't Wallet Account Balances Included in the Schedules and How Can I Check My Wallet Account Balance?

It is our belief that clients unambiguously own the digital assets in their BlockFi Wallet accounts. Accordingly, BlockFi did not include Wallet account balances on the Schedules.

You can access your Wallet account balance(s) as of the platform pause on November 10, 2022 at 8:15pm (prevailing Eastern Time) (equivalent to *November 11, 2022 at 1:15am UTC*) (the "**Platform Pause**") by visiting Kroll's website at the following link: https://restructuring.ra.kroll.com/blockfi/EPOC-Index.

If you believe that your Wallet account balance information is incorrect or incomplete, you can file a proof of claim. Instructions on how to file your *Wallet Account Proof of Claim Form* can be found below in the section titled:  "***How Do I File My Proof of Claim Form?***"

### How Do I Understand My Scheduled Claim Amount for Item 7a of the Customized Proof of Claim Form?

Please use the following instructions to understand your scheduled claim amount for Item 7a of the Customized Proof of Claim Form(s).

***Interest-Bearing Accounts***

If you have not attempted any transactions after the Platform Pause, do the following:

1.   Login to your BlockFi account.
2.   Go to the Accounts drop down and select Interest Account.

3. Scroll down to the 'Your Assets' section to note the **quantity** of each digital asset. This is your **in-kind coin balance** that you will use to fill in the table in part 7b of the Proof of Claim Form.

4. Multiply the in-kind coin balance by the price listed in the column titled "Price as of November 28, 2022, at 11:59 p.m. UTC" in Item 7b of the Proof of Claim Form. This will convert the in-kind value to U.S. dollars at the time of filing on November 28, 2022.

5. Fill in Item 7a in the spaces provided. This aggregate U.S. dollar amount by product replicates the process BlockFi used to determine your scheduled claim information enclosed in this packet.

If you attempted any transactions after the Platform Pause, do the following:

*If you did attempt to execute a transaction or trade after November 11, 2022 at 1:15am UTC (equivalent to November 10, 2022 at 8:15pm ET), your account balances as displayed on the user interface may not properly reflect underlying balances at the time of the Platform Pause, which serve as the basis of the claim BlockFi filed in Schedule F. You may use the timestamps in the transaction history section of your BlockFi app to determine your in-kind coin amounts at the time of the Platform Pause, which BlockFi used to calculate your scheduled claim.*

1. Login to your BlockFi account.
2. Go to the Accounts drop down and select Interest Account.
3. Scroll down to the 'Your Assets' section to note the **quantity** of each digital asset. Note this quantity.
4. Return to the Dashboard and scroll down to the 'Transactions' section.
5. Review any transactions on or after November 11, 2022. You will need to click each transaction to see the timestamp, which is denoted in Coordinated Universal Time (UTC). Any transaction in the user interface after November 11, 2022, at 1:15am UTC (equivalent to November 10, 2022 at 8:15pm ET of the Platform Pause) was considered by BlockFi to be after the Platform Pause.
6. Add the values in the Description column under the 'Transactions' section that are after this timestamp to the quantities by currency noted in step 3. This should now be your **in-kind coin balance** that BlockFi used to schedule your claim.
7. Multiply the quantity of **in-kind coin balance** amounts by the price listed in the column titled "Price as of November 28, 2022, at 11:59 p.m. UTC" in Item 7b of the Proof of Claim Form. This will convert the in-kind value to U.S. dollars at the time of filing on November 28, 2022.
8. Fill in Item 7a in the spaces provided. This aggregate U.S. dollar amount by product replicates the process BlockFi used to determine your scheduled claim information enclosed in this packet.

### *Retail Crypto-Backed Loans*

1. Login to your BlockFi account
2. Go to the Accounts drop down and select Loans
3. Scroll down to the 'Funded Loans' section to note the **collateral amount by currency** for each open loan.
4. Add the collateral amount for all the same currency. This is your in-kind coin balance to use in section 7b of the Proof of Claim Form in the Loan Collateral column.
5. Multiply the **in-kind coin balance** amounts by the price listed in the column titled "Price as of November 28, 2022, at 11:59 p.m. UTC" in Item 7b of the Proof of Claim Form. This will convert the in-kind value to U.S. dollars at the time of filing on November 28, 2022.
6. Fill in Item 7a in the spaces provided. This aggregate U.S. dollar amount by product replicates the process BlockFi used to determine your scheduled claim information enclosed in this packet.

### *Wallet*

BlockFi Wallet balances are not included as a scheduled claim amount. However, if you believe amounts are incorrect or incomplete, you may file a Wallet Account Holder Proof of Claim Form.

If you have not attempted any transactions after the Platform Pause, do the following:

1. Login to your BlockFi account
2. Go to the Accounts drop down and select Wallet
3. Scroll down to the 'Your Assets' section to note the quantity of each digital asset. This is your in-kind coin balance that you will use to fill in the table in part 7b of the Proof of Claim Form.
4. Multiply the **in-kind coin balance** by the price listed in the column titled "Price as of November 28, 2022, at 11:59 p.m. UTC" in Item 7b of the Proof of Claim Form. This will convert the in-kind value to U.S. dollars at the time of filing on November 28, 2022.
5. Fill in Item 7a in the spaces provided.

If you attempted any transactions after the Platform Pause, do the following:

1. Login to your BlockFi account.
2. Go to the Accounts drop down and select Wallet.
3. Scroll down to the 'Your Assets' section to note the quantity of each digital asset. Note this quantity.
4. Return to the Dashboard and scroll down to the 'Transactions' section.
5. Review any transactions on or after November 11, 2022. You will need to click each transaction to see the timestamp, which is denoted in Coordinated Universal Time (UTC). Any transaction in the user interface after November 11, 2022, at 1:15am UTC (equivalent to November 10, 2022 at 8:15pm ET of the Platform Pause) was considered by BlockFi to be after the Platform Pause.
6. Subtract the values in the Description column under the 'Transactions' section that are after this timestamp from the quantities by currency noted in step 3. This should now be your in-kind coin balance that BlockFi included on the Schedule of Financial Affairs, Question 21.
7. Multiply the quantity of **in-kind coin balance** amounts by the price listed in the column titled "Price as of November 28, 2022, at 11:59 p.m. UTC" in Item 7b of the Proof of Claim Form. This will convert the in-kind value to U.S. dollars at the time of filing on November 28, 2022.
8. Fill in Item 7a in the spaces provided.

## Why am I receiving this information if I am not a Retail client of BlockFi?

Institutional loan clients can use a similar methodology to the above using their contracts with BlockFi. All other parties can use the standard, non-customer proof of claim form, which can be downloaded from via Kroll's website or submitted electronically by visiting the following link:  https://restructuring.ra.kroll.com/blockfi/EPOC-Index.

## How Do I File My Proof of Claim Form?

**To file a proof of claim electronically**, please go to https://restructuring.ra.kroll.com/blockfi/EPOC-Index. If submitted electronically using the Online Claim Filing Portal, additional hard-copy submission is not necessary. Please note that submission of claim forms via email and/or facsimile is not permitted.

**To file a claim by mail**, completed hard copy proof of claim forms can be sent to the following address:

| If by first class mail: | If by hand delivery, or overnight courier: |
|---|---|
| BlockFi Inc. Claims Processing Center | BlockFi Inc. Claims Processing Center |
| c/o Kroll Restructuring Administration LLC | c/o Kroll Restructuring Administration LLC |
| Grand Central Station, PO Box 4850 | 850 3rd Avenue, Suite 412 |
| New York, NY 10163-4850 | Brooklyn, NY 11232 |

We understand that you may have questions during this process. Additional information regarding BlockFi's chapter 11 case, including the proof of claim process, can be found by visiting Kroll's website at: https://restructuring.ra.kroll.com/blockfi. Clients may contact Kroll at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or email blockfiinfo@ra.kroll.com.