Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−19361−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   BlockFi Inc.
   201 Montgomery Street
   Suite 263
   Jersey City, NJ 07302

Social Security No.:

Employer's Tax I.D. No.:
   82−2390015

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/11/23 at 10:30 AM

to consider and act upon the following:

Minute of 5/8/23; OUTCOME: RESERVED − Judge to read decision into the record on Thursday, May 11, 2023 at 10:30am (related document(s): [121] Motion (Generic) filed by BlockFi Inc.) (km)

Dated: 5/8/23

                                  Jeanne Naughton
                                  Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-19361-MBK
BlockFi Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 6 |
| Date Rcvd: May 08, 2023 | Form ID: ntchrgbk | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | BlockFi Inc., 201 Montgomery Street, Suite 263, Jersey City, NJ 07302-5057 |
| aty | + | Andrew G Dietderich, Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | Bennett S Silverberg, Brown Rudnick LLP, 7 Times Square, New York, NY 10036-6548 |
| aty | + | Brian D Glueckstein, Sullivan & Cromwell LLP, 125 Broad St, New York, NY 10004-2498 |
| aty | + | Christopher R Bryant, Hogan Lovells US LLP, 390 Madison Avenue, New York, NY 10017-2507 |
| aty | + | Christopher R Donoho III, Hogan Lovells US LLP, 390 Madison Avenue, New York, NY 10017-2507 |
| aty | + | Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, NJ 07601-7083 |
| aty | + | David P Simonds, Hogan Lovells US LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067-6047 |
| aty | + | Edward J McNeilly, Hogan Lovells US LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067-6047 |
| aty | + | Jonathan Schwalb, ESQ Friedman Vartolo, LLP, 1325 Franklin Ave Suite 160, Garden City, NY 11530-1631 |
| aty | + | Joseph R. Scholz, McCarter English, LLP, 825 Eighth Avenue, 31st Floor, New York, NY 10019-7843 |
| aty | + | Kirkland & Ellis LLP, Kirkland & Ellis International LLP, 601 Lexington Avenue, New York, NY 10022-4611 |
| aty | + | Leslie C. Thorne, Haynes and Boone, LLP, 30 Rockefeller Plaza, 26th Floor, New York, NY 10112-0086 |
| aty | + | Matthew J Porpora, Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004-2498 |
| aty | + | Robert J Stark, Brown Rudnick LLP, 7 Times Square, New York, NY 10036-6548 |
| aty | + | Stephen D Palley, Brown Rudnick LLP, 601 Thirteenth Street NW, Washington, DC 20005-3807 |
| cr | + | Alberto Olivo, 10710 NW 66th St, Apt 503, Doral, FL 33178-4554 |
| cr | + | Andre Paim Carollo dos Santos, 2943 McKinley Dr, Santa Clara, CA 95051-6811 |
| cr | + | Ashton Rincon, 193 Woodview Drive, Glide, OR 97443-9734 |
| cr | + | Brian Graddon, 1081 Village Drive, San Diego, CA 92057-1942 |
| cr | + | Bruce Gilling, 555 NE 15th Street, Apt. 30C, Miami, FL 33132-1432 |
| cr | + | Christopher D'Amico, 1612 S Jefferson Street, Salt Lake City, UT 84115-5214 |
| cr | + | Christopher Pollock, 2305 W Horizon Ridge Pkwy, Apt 3711, Henderson, NV 89052-5769 |
| cr | + | Clayton Bargsten, 1313 South Kimbark Street, Longmont, CO 80501-8920 |
| cr | + | Daniel Gusovsky, 33 Taylor Street, East Long Meadow, MA 01028-2427 |
| cr | | Ellison Bak, 66 Dora, Blacktown, NSW, 2148, AUSTRAILIA |
| cr | + | Ge Song, 1540 Southwest Expy #237, San Jose, CA 95126-3967 |
| cr | + | George S. Wynns, 124 Brewsteer Street, San Francisco, CA 94110-5304 |
| cr | + | Joseph Borremans, 596 101 Avenue North, Naples, FL 34108-3201 |
| cr | + | Kole Kottmeier, 614 Walmart Drive 101, Farmington, MO 63640-3315 |
| cr | + | Kyle Klaus, c/o Ansell Grimm & Aaron, P.C., 365 Rifle Camp Road, Woodland Park, NJ 07424-2775 |
| cr | + | Martin Mikolajczyk, 4126 Dunes Drive, Evans, GA 30809-4008 |
| cr | | Matthew Hoselton, 13900 SE Oak Knoll Road, Oak Grove, OR 97267 |
| cr | | Michiel Hemminga, Heems Weer #7, Broek En Wonderland, 1151EF, NETHERLANDS |
| cr | + | Mihir Shah, 4422 Texas Trail, Sugar Land, TX 77479-2074 |
| cr | | Mitchell Eglar, 3837 Kiabowren Avenue, Cincinnati, OH 45209 |
| cr | + | Momin Siddique, 3808 Huxley Dr, Springfield, IL 62711-6289 |
| cr | + | Nancy Fout, c/o Gorski & Knowlton PC, 311 Whitehorse Avenue, Suite A, Hamilton, NJ 08610-1430 |
| cr | + | Neha Kothari, 4422 Texas Trail, Sugar Land, TX 77479-2074 |
| br | + | Pittenger Realty, 2260 State Highway 33, Suite 1, Neptune, NJ 07753-6113 |
| cr | + | Rui Pedro Vaz dos Santos Teixeira, c/o Barclay Damon LLP, Attn: Scott L. Fleischer, 1270 Avenue of the Americas, Suite 501 New York, NY 10020-1702 |
| none | + | Samuel L. Bankman-Fried, c/o Montgomery McCracken Walker & Rhoads, 437 Madison Avenue, New York, NY 10022-7001 |

| District/off: 0312-3 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: May 08, 2023 | Form ID: ntchrgbk | Total Noticed: 52 |

| | | |
|---|---|---|
| cr | + | Scott Aufenanger, 4 14th Street #507, Hoboken, NJ 07030-6791 |
| intp | + | Scratch Services LLC, 595 Market St., Suite 2600, Attn. Eleanor M. Roman, Esq., Attn. Donald H. Cram, Esq., San Francisco, CA 94105 UNITED STATES 94105-2839 |
| cr | + | Steven Kyle Dooley, 412 23rd Street, Virginia Beach, VA 23451-3210 |
| cr | + | Waqas Iqbal, 309 Cahors Trl, Holly Springs, NC 27540-6474 |
| cr | | William Warburton, 145, Deer Pond Road, Falmouth, MA 02532 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: mhall@foxrothschild.com | May 08 2023 20:33:00 | John Lymn, c/o Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960-5122 |
| na | + Email/Text: EBN@primeclerk.com | May 08 2023 20:34:00 | Kroll Restructuring Administration LLC, (f/k/a Prime Clerk LLC), 55 East 52nd Street, 17th Floor, New York, NY 10055-0002 |
| cr | Email/Text: mdor.bkysec@state.mn.us | May 08 2023 20:33:00 | Minnesota Department of Revenue, PO Box 64447 - BKY, St Paul, MN 55164-0447 |
| op | + Email/Text: ramy.ibrahim@moelis.com | May 08 2023 20:35:00 | Moelis & Company LLC, 399 Park Avenue, 5th Floor, New York, NY 10022-4416 |
| lm | Email/Text: bknotices@snsc.com | May 08 2023 20:35:00 | SN Servicing Corp, 323 5th Street, Eureka, CA 95501 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| op | | Berkeley Research Group, LLC |
| cr | | Steven Lee, 49 Pelleas Street, Blacktown, NJW, 2148, AUSTRAILIA |
| cr | *+ | Rui Pedro Vaz dos Santos Teixeira, c/o Barclay Damon LLP, Attn: Scott L. Fleischer, 1270 Avenue of the Americas, Suite 501, New York, NY 10020-1702 |
| cr | ##+ | Brendan Pena, 9431 Fireside Drive, Huntington Beach, CA 92646-5905 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: May 10, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Garber | on behalf of Creditor Kristen Vorhees agarber@wgwc-law.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 6 |
| Date Rcvd: May 08, 2023 | Form ID: ntchrgbk | Total Noticed: 52 |

Allen I Gorski
    on behalf of Creditor Nancy Fout agorski@gorskiknowlton.com

Anthony J D'Artiglio
    on behalf of Creditor Kyle Klaus ajd@ansellgrimm.com courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Barbra Rachel Parlin
    on behalf of Creditor Silvergate Bank barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Brett S. Theisen
    on behalf of Unknown Role Type Ankura Trust Company LLC btheisen@gibbonslaw.com, nmitchell@gibbonslaw.com

Carol L. Knowlton
    on behalf of Creditor George J. Gerro cknowlton@gorskiknowlton.com

Carrie J. Boyle
    on behalf of Creditor Ge Song cboyle@b-vlaw.com
    tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;carrie.boyle@comcast.net

Catherine B. Heitzenrater
    on behalf of Creditor Chubb Companies cebeideman@duanemorris.com

Daniel Stolz
    on behalf of Attorney Brown Rudnick LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Committee Official Committee of Unsecured Creditors dstolz@genovaburns.com
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors dstolz@genovaburns.com
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel E. Straffi
    on behalf of Creditor Joseph Borremans bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
    on behalf of Creditor Martin Mikolajczyk bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
    on behalf of Creditor Alberto Olivo bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
    on behalf of Creditor Bruce Gilling bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
    on behalf of Creditor Steven Lee bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
    on behalf of Creditor Matthew Hoselton bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
    on behalf of Creditor Brendan Pena bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
    on behalf of Creditor Ellison Bak bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
    on behalf of Creditor Michiel Hemminga bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
    on behalf of Creditor Scott Aufenanger bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
    on behalf of Creditor Clayton Bargsten bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
    on behalf of Creditor Mitchell Eglar bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
    on behalf of Creditor Daniel Gusovsky bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
    on behalf of Creditor William Warburton bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
    on behalf of Creditor Kole Kottmeier bkclient@straffilaw.com G25938@notify.cincompass.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 6 |
| Date Rcvd: May 08, 2023 | Form ID: ntchrgbk | Total Noticed: 52 |

Daniel E. Straffi
    on behalf of Creditor Brian Graddon bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
    on behalf of Creditor Ashton Rincon bkclient@straffilaw.com G25938@notify.cincompass.com

David J. Adler
    on behalf of Creditor Committee Official Committee of Unsecured Creditors DAdler@McCarter.com

David M. Banker
    on behalf of Stockholder Samuel L. Bankman-Fried dbanker@mmwr.com david-banker-1986@ecf.pacerpro.com;eschnitzer@mmwr.com

David M. Banker
    on behalf of Unknown Role Type Samuel L. Bankman-Fried dbanker@mmwr.com david-banker-1986@ecf.pacerpro.com;eschnitzer@mmwr.com

Deborah Kovsky Apap
    on behalf of Interested Party Ad Hoc Committee of Wallet Account Holders deborah.kovsky@troutman.com

Donald W Clarke
    on behalf of Creditor Committee Official Committee of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Other Prof. M3 Partners dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Other Prof. Elementus Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Douglas J. McGill
    on behalf of Creditor Gary Ford dmcgill@webbermcgill.com

Douglas J. McGill
    on behalf of Creditor Ad Hoc Committee of Collaterized Loan Account Holders dmcgill@webbermcgill.com

Eleanor M Roman
    on behalf of Interested Party Scratch Services LLC emr@severson.com

Gaston P. Loomis, II
    on behalf of Creditor New Jersey Bureau of Securities gloomis@mdmc-law.com scarney@mdmc-law.com

Gregory S. Kinoian
    on behalf of Creditor Committee Official Committee of Unsecured Creditors gkinoian@genovaburns.com

Gregory S. Kinoian
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors gkinoian@genovaburns.com

James L Bromley
    on behalf of Interested Party FTX Trading Ltd and Affiliated Debtors bromleyj@sullcrom.com

Jason D. Angelo
    on behalf of Creditor Bryant F. Foulger jangelo@reedsmith.com sshidner@mdmc-law.com;smullen@mdmc-law.com

Jeffrey Bernstein
    on behalf of Creditor New Jersey Bureau of Securities jbernstein@mdmc-law.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

John C. Goodchild
    on behalf of Defendant Emergent Fidelity Technologies Ltd. john.goodchild@morganlewis.com

John C. Kilgannon
    on behalf of Interested Party Towards Equilibrium LLC john.kilgannon@stevenslee.com

Joshua S. Bauchner
    on behalf of Creditor Kyle Klaus jb@ansellgrimm.com courtfilings@ansellgrimm.com;ajd@ansellgrimm.com

Kaitlin R. Walsh
    on behalf of Creditor Marex Capital Markets Inc. krwalsh@mintz.com docketing@mintz.com

Kaitlin R. Walsh
    on behalf of Defendant ED&F Man Capital Markets Inc. krwalsh@mintz.com, docketing@mintz.com

Kaitlin R. Walsh
    on behalf of Defendant Marex Capital Markets Inc. f/k/a ED&F Man Capital Markets Inc. krwalsh@mintz.com, docketing@mintz.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 6 |
| Date Rcvd: May 08, 2023 | Form ID: ntchrgbk | Total Noticed: 52 |

Kenneth Aulet
    on behalf of Creditor Committee Official Committee of Unsecured Creditors kaulet@brownrudnick.com hcohen@brownrudnick.com

Kurt F. Gwynne
    on behalf of Creditor The Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com

Kurt F. Gwynne
    on behalf of Creditor Bryant F. Foulger kgwynne@reedsmith.com

Kurt F. Gwynne
    on behalf of Interested Party The Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com

Kyle McEvilly
    on behalf of Unknown Role Type Ankura Trust Company  LLC kmcevilly@gibbonslaw.com

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Lindsay Feuer
    on behalf of Unknown Role Type Deferred 1031 LLC lfeuer@loeb.com nydocket@loeb.com;lfeuer@ecf.courtdrive.com;dbesikof@loeb.com

Lindsay Feuer
    on behalf of Creditor Deferred 1031 Series 4 LLC lfeuer@loeb.com nydocket@loeb.com;lfeuer@ecf.courtdrive.com;dbesikof@loeb.com

Lindsay Feuer
    on behalf of Creditor Deferred 1031 LLC lfeuer@loeb.com  nydocket@loeb.com;lfeuer@ecf.courtdrive.com;dbesikof@loeb.com

Lisa Bonsall
    on behalf of Creditor Committee Official Committee of Unsecured Creditors lbonsall@mccarter.com

Mark Edward Hall
    on behalf of Creditor John Lymn mhall@foxrothschild.com

Michael Anthony Guerra
    on behalf of Interested Party Cipher Mining Inc. maguerra@venable.com  nylitigationdocketing@venable.com

Michael Anthony Guerra
    on behalf of Interested Party Cipher Mining Technologies Inc. maguerra@venable.com  nylitigationdocketing@venable.com

Michael D. Sirota
    on behalf of Plaintiff BlockFi International Ltd. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Plaintiff BlockFi Investment Products LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Plaintiff BlockFi Wallet LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Plaintiff BlockFi Ventures LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Plaintiff BlockFi Lending LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Plaintiff BlockFi Lending II LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor BlockFi Lending II LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Plaintiff BlockFi Trading  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor BlockFi Investment Products LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota
    on behalf of Debtor BlockFi Lending LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Michael D. Sirota

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 6 of 6 |
| Date Rcvd: May 08, 2023 | Form ID: ntchrgbk | Total Noticed: 52 |

| | |
|---|---|
| | on behalf of Plaintiff BlockFi Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor BlockFi Trading LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor BlockFi International Ltd. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Plaintiff BlockFi Services  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor BlockFi Services  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor BlockFi Ventures LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor BlockFi Wallet LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor BlockFi Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Nicole A. Leonard | |
| | on behalf of Creditor New Jersey Bureau of Securities nleonard@mdmc-law.com gbressler@mdmc-law.com;dprimack@mdmc-law.com;sshidner@mdmc-law.com |
| Richard Kanowitz | |
| | on behalf of Debtor BlockFi Inc. richard.kanowitz@haynesboone.com |
| Richard Kanowitz | |
| | on behalf of Plaintiff BlockFi Inc. richard.kanowitz@haynesboone.com |
| Richard Kanowitz | |
| | on behalf of Plaintiff BlockFi International Ltd. richard.kanowitz@haynesboone.com |
| Richard Kanowitz | |
| | on behalf of Plaintiff BlockFi Lending LLC richard.kanowitz@haynesboone.com |
| Robert Malone | |
| | on behalf of Unknown Role Type Ankura Trust Company  LLC rmalone@gibbonslaw.com, nmitchell@gibbonslaw.com |
| Scott Fleischer | |
| | on behalf of Creditor Rui Pedro Vaz dos Santos Teixeira sfleischer@barclaydamon.com |
| Seth Brandon Shapiro | |
| | on behalf of Interested Party United States of America seth.shapiro@usdoj.gov |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia T. Shea | |
| | on behalf of Creditor New Jersey Bureau of Securities vshea@mdmc-law.com  gbressler@mdmc-law.com |
| Warren A. Usatine | |
| | on behalf of Debtor BlockFi Inc. wusatine@coleschotz.com  fpisano@coleschotz.com |

TOTAL: 96