**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>BLOCKFI INC., *et al*.,<br>               Debtors[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |

**NOTICE OF REJECTION OF EXECUTORY CONTRACTS AND LEASES**

**TO:**    The Parties Identified on Schedule 1 Attached Hereto:

**PLEASE TAKE NOTICE** that on January 17, 2023, the United States Bankruptcy Court

for the District of New Jersey (the "Bankruptcy Court") entered an order [Docket No. 302] (the

"Rejection Procedures Order") granting the *Debtors' Motion for Entry of an Order Authorizing*

*and Approving Procedures for Rejection of Executory Contracts and Unexpired Leases* [Docket

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

No. 122] (the "Motion"), approving certain procedures for the rejection of executory contracts and unexpired leases of the Debtors.

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Rejection Procedures Order, the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby provide notice of their intent to reject the Contracts and/or Leases identified on Schedule 1 hereto (the "Contracts and Leases") pursuant to the terms of the Rejection Procedures Order and the *Proposed Order Approving the Rejection of Contracts and Leases* attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that should you object to the Debtors' rejection of a Contract or Lease identified on Schedule 1 hereto, you must file and serve a written objection on: (1) attorneys for the Debtors, Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07602, Attn: Michael D. Sirota, Esq., msirota@coleschotz.com, Warren A. Usatine, Esq., wusatine@coleschotz.com, and Haynes and Boone, LLP, 30 Rockefeller Plaza, 26th Floor, New York, NY 10112 Attn: Richard Kanowitz, Esq., richard.kanowitz@haynesboone.com, Lauren Sisson, Esq., lauren.sisson@haynesboone.com, and Haynes and Boone, LLP, 2323 Victory Avenue, Suite 700, Dallas, Texas 75219, Attn: Jordan Chavez, Esq., jordan.chavez@haynesboone.com, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022 Attn: Joshua Sussberg, Esq., jsussberg@kirkland.com and Christine Okike, Esq., christine.okike@kirkland.com; (2) Office of the United States Trustee, One Newark Center, 1085 Raymond Boulevard, Suite 2100, Newark, New Jersey 07102, Attn: Lauren Bielskie, lauren.bielskie@usdoj.gov and Jeffrey M. Sponder, Jeffrey.m.sponder@usdoj.gov, and (3) counsel to the Committee, Brown Rudnick, LLP, Seven Times Square, New York, NY 10036, Attn: Robert J. Stark, rstark@brownrudnick.com; Kenneth J. Aulet, kaulet@brownrudnick.com;

Bennett S. Silverberg, bsilverberg@brownrudnick.com; and Stephen D. Palley, spalley@brownrudnick.com (collectively, the "Objection Notice Parties"), so that such objection is filed with the Bankruptcy Court and received by the Objection Notice Parties no later than May 26, 2023, which is fourteen (14) days after the date that the Debtors filed and served this Rejection Notice.

**PLEASE TAKE FURTHER NOTICE** that absent an objection being filed and served in compliance with the Rejection Procedures Order, the Rejected Contracts and Leases will be rejected pursuant to Section 365(a) of the Bankruptcy Code effective as of the date set forth on Schedule 1 to this Rejection Notice (the "Rejection Date") or, if no such date is set forth therein, the Rejection Date shall be the later of (i) the date of this Rejection Notice and (ii) the date of surrender of the leased property.

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed and served on the Objection Notice Parties as specified above, and cannot be resolved, the Debtors shall seek a hearing on such objection and shall provide at least seven (7) days' notice of such hearing to the objecting party and the Objection Notice Parties. If such objection is overruled by the Bankruptcy Court or withdrawn, the rejection of the Rejected Contracts and Leases shall be deemed as effective the rejection shall be deemed effective (a) as of the Rejection Date, or (b) as otherwise determined by the Bankruptcy Court as set forth in any order overruling such objection.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Rejection Procedures Order, if the Debtors have deposited monies with you as a security deposit or other arrangement, you may not setoff, recoup, or otherwise use such deposit without prior authorization from the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Rejection

Procedures Order, for any claim that you may assert against the Debtors as a result of the rejection of any Rejected Contract or Lease, you must submit a proof of claim for damages arising from such rejection on or before the later of (i) the deadline for filing proofs of claim established by the Bankruptcy Court in the Debtors' Chapter 11 Cases, or (ii) thirty (30) days after the Rejection Date. If you do not timely file such proof of claim, you will not be treated as a creditor with respect to such claim for voting on any Chapter 11 plan in the Debtors' Chapter 11 Cases and shall be forever barred from asserting a claim for rejection damages arising from the rejection of the Rejected Contract and Leases or from participating in any distributions that may be made in connection with these Chapter 11 Cases.

Respectfully submitted,

Dated: May 11, 2023

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

4

## **SCHEDULE 1**

**SCHEDULE 1**

| CONTRACTS TO BE REJECTED | | | |
|---|---|---|---|
| **Counterparty** | **Counterparty Address and Email** | **Title/Description of Contract[1]** | **Rejection Date** |
| 820 18th Ave South Tenant LLC ("WeWork") | 818 18th Avenue South Nashville, TN 37203 | Membership Agreement | 5/11/2023 |
| Ably Realtime Ltd. | 228 Park Ave S. PMB 22154 New York, NY 10003 legal@ably.com | Enterprise Solution Agreement | 5/11/2023 |
| Accertify, Inc. | 2 Pierce Place, Suite 900 Itasca, IL 60143 **AND** 201 S. Biscayne Blvd. Suite 1420 Miami, FL 33131 | Master Terms and Conditions and Order Form | 5/11/2023 |
| Acclime Singapore Pte. Ltd. | 583 Orchard Road, #06-01 Forum, Singapore 238884 Singapore | Engagement Letter | 5/11/2023 |
| Ada Support Inc. | 96 Spadina Ave Unit 801 Toronto, ON M5V 2J6 Canada | Ada Services Agreement | 5/11/2023 |
| Anchorage Digital Bank N.A. | Anchorage Digital Bank N.A. 4901 S. Isabel Place, Suite 200 Sioux Falls, South Dakota 57108 legal@anchorage.com and nathan@anchorage.com | Master Custody Service Agreement | 5/11/2023 |
| Arcane Crypto AS | Arcane Crypto AS Munkedamsveien 45, 0250 OSLO Norway el@arcanecrypto.no **AND** Postboks 1329 Vika Oslo 0112 Norway bendik@arcane.no | Agreement to Purchase Research Content | 5/11/2023 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| Axis Analytics, LLC d/b/a Axis Group | Attention: Legal Affairs 100 Abernathy Road, Suite 800, Atlanta, Georgia 30328 | Master Services Agreement and Statement of Work | 5/11/2023 |
|---|---|---|---|
| Bandalier Inc. | 12 West 71st Street, New York, NY 10023 **AND** 224 West 35th Street, PMB 152, New York, NY 10001 jeremy@bandalier.com | Contract and Project Orders | 5/11/2023 |
| Beacon Platform Incorporated | Attn: Aliya Haider, General Counsel 5 Hanover Square, 20th Floor, Suite 2001 New York, NY 10004 USA aliya.haider@beacon.io and Legal@Beacon.io | Platform License Agreement and Amendment | 5/11/2023 |
| BitOoda Holdings Inc. | 351 Newbury Street, 2nd Floor, Boston, MA 02115 | Research Services Subscription Agreement and Order Form | 5/11/2023 |
| Blockware Solutions LLC | 3800 N. Lamar Blvd., Suite 200 Austin, TX 78756 mason@blockwaresolutions.com | Consulting Services Agreement and Statement of Work | 5/11/2023 |
| Bloomberg Finance L.P. | Bloomberg L.P. operating agent of Bloomberg Finance 731 Lexington Avenue New York, NY 10022 | Agreement, Master Services Agreement, and B-Pipe Schedule of Services | 5/11/2023 |
| Built In, Inc. | 203 N LaSalle St, Suite 2200 Chicago, IL 60601 | Services Agreement and Order Form | 5/11/2023 |
| CoderPad, Inc. | 44 Montgomery Street, 3rd Floor, San Francisco, CA 94104 | Monthly Subscription and Terms of Service | 5/11/2023 |
| Cohen & Company, Ltd. | 1350 Euclid Ave., Suite 800 Cleveland, OH 44115 | Engagement Letter and Amendment | 5/11/2023 |
| Coin Metrics Inc. | Attn: Tim Rice 125 High Street, Suite 220, Boston, MA, 02110 tim@coinmetrics.io | Master Services Agreement and Order Form | 5/11/2023 |

| Coinbase Custody Trust Company, LLC | 200 Park Avenue South, Suite 1208, New York, NY 10003 | Custody Custodial Services Agreement | 5/11/2023 |
|---|---|---|---|
| Computacenter Fusionstorm Inc. aka Computacenter United States Inc. | Attn. General Counsel One University Avenue, Suite 102, Westwood, MA 02090 | Master Services Agreement, Buy and Store Agreement | 5/11/2023 |
| Confluent, Inc. | 899 West Evelyn Mountain View, CA 94041 | Cloud Services Agreement | 5/11/2023 |
| Culture Amp | Legal Department, Level 2, 29 Stewart St, Richmond VIC 3121 Australia legal@cultureamp.com | General Terms and Service Order | 5/11/2023 |
| Databricks, Inc. | 160 Spear St, Suite 1300, San Francisco, CA 94105 | Master Cloud Platform Services - Order Form | 5/11/2023 |
| Donnelley Financial Solutions (DFIN) | DFIN Legal Department 35 West Wacker Drive, Chicago, IL 60601 amy.b.braun@dfinsolutions.com | Subscription Order Form, BlockFi IPO Proposal | 5/11/2023 |
| Dosh Holdings LLC | 675 Ponce de Leon Avenue, Suite 6000, Atlanta, GA 30308 | Program & License Agreement | 5/11/2023 |
| Dovetail Digital Ltd. | Shed 8, City Works Depot, 77 Cook Street, Auckland 1010, New Zealand jeremy.kiel@dovetailstudios.com nik.wakelin@dovetailstudios.com | Master Services Agreement and Retainer | 5/11/2023 |
| Duco Technology, Inc. | 29 Clerkenwell Road Att: Legal London EC1M 5RN United Kingdom legal@du.co | Terms of Service, Statement of Service and Service Order | 5/11/2023 |
| eFinancial Careers Limited | Telephone House, 69-77 Paul Street, London, EC2A 4NW, UK | Essential Campaign, Database Access and Job Slots | 5/11/2023 |
| Exiger Diligence, Inc. | Exiger Diligence, Inc. c/o Exiger LLC, 1675 Broadway, 15th Floor, New York, NY 10019 | Due Diligence Research Letter of Engagement | 5/11/2023 |

| First at Edifi, a division of First & 42nd, Inc. | c/o Diane Henry<br>525 Market St., San Francisco, CA 94104<br>Diane.Henry@edifi-dje.com<br>**AND**<br>Office of the General Counsel<br>Daniel J. Edelman Holdings, Inc.<br>200 East Randolph Drive<br>Chicago, IL 60601<br>shan.bhati@edelman.com<br>peter.petros@edelman.com | Master Services Agreement, Statement of Work, Amended Statement of Work | 5/11/2023 |
| --- | --- | --- | --- |
| Graphistry, Inc. | 610 Shotwell St., #3<br>San Francisco, CA 94110<br>info@graphistry.com | Enterprise Contract for AWS Marketplace, Master Services Agreement | 5/11/2023 |
| Greenhouse Software, Inc. | 18 W. 18th Street<br>New York, NY 10011 | Master Subscription Agreement | 5/11/2023 |
| HireRight, LLC | 3349 Michelson Drive, Suite 150<br>Irvine, CA 92612<br>Attn: Legal Department | Master Service Agreement | 5/11/2023 |
| Hound Technology, Inc. d/b/a/ Honeycomb | 944 Market St., 6th floor, San Francisco, CA 94102 | Master Services & Data Processing Agreement and Order Form | 5/11/2023 |
| HubSpot Inc. | 25 First Street, 2nd Floor, Cambridge, MA 02141<br>Attention: General Counsel | Order for Marketing and Sales Hub | 5/11/2023 |
| Impact Tech. Inc. | Attn: Legal Department<br>223 East De La Guerra Street, Santa Barbara, CA 93101 | Master Subscription & Services Agreement | 5/11/2023 |
| IPQualityScore LLC | 600 Brickell Ave, Suite 3500<br>Miami, Florida 33131 | Client Agreement | 5/11/2023 |
| Ironclad, Inc. | 71 Stevenson Street, #600<br>San Francisco, CA 94105 | Enterprise Services Agreement and Order Forms | 5/11/2023 |
| IW Group Services (UK) Limited | Colliers International Rating UK LLP, Managing Representative,<br>50 George St, London,<br>W1U7GA UK | Terms & Conditions and Office Agreement | 5/11/2023 |

| KPMG, LLP | Attn: Brian Consolvo<br>1021 E. Cary St. #2000<br>Richmond, VA 23219<br>**AND**<br>KPMG LLP<br>Office of General Counsel<br>345 Park Avenue<br>New York, New York 10154<br>Attention: General Counsel | Master Professional Services Agreement and Statement of Work | 5/11/2023 |
|---|---|---|---|
| LevelUp Consulting Partners, LLC | 100 SE Third Avenue, Suite 1000<br>Fort Lauderdale, FL 33394 | Master Service Agreement and Statement of Work | 5/11/2023 |
| LexisNexis | Attn: Chief Legal Officer, 9443 Springboro Pike,<br>Miamisburg, OH 45342 | Master Agreement | 5/11/2023 |
| LinkedIn Corp. | 1000 W. Maude Avenue,<br>Sunnyvale, CA 94085 USA | Subscription Agreement and Order Form | 5/11/2023 |
| Mambu Americas Inc. | 201 S Biscayne Blvd Suite 1420<br>Miami, FL 33131-4332<br>legal@mambu.com | Master Service Agreement and Statement of Work | 5/11/2023 |
| MicroSourcing International Ltd. | Att: Charles Allnutt<br>Level 27, World Wide House,<br>19 Des Voeux Road,<br>Central Hong Kong<br>charles.allnutt@microsourcing.com | Master Services Agreement | 5/11/2023 |
| Monday.com Ltd | Attn: General Counsel<br>52 Menachem Begin Road,<br>Tel Aviv, 6713701, Israel<br>legal@monday.com | Order Form for Work-OS Enterprise Plan | 5/11/2023 |
| Namify, LLC d/b/a Axomo | 280 West 900 North, Springville, UT 84663 | Services Agreement | 5/11/2023 |
| NinjaRMM | 26750 US Highway 19<br>North Suite 510<br>Clearwater, FL 33761 | Agreement | 5/11/2023 |
| Osler, Hoskin & Harcourt LLP | Suite 2700, Brookfield Place<br>225 – 6th Avenue S.W.<br>Calgary, Alberta<br>Canada T2P 1N2<br>**AND**<br>1 First Canadian Place, PO Box 50,<br>Toronto, ON<br>M5X 1B8 Canada | Engagement Letter | 5/11/2023 |

| | | | |
|---|---|---|---|
| Pageant Media Limited (d/b/a With Intelligence) | With Intelligence<br>One London Wall, London, EC2Y 5EA, UK<br>**AND**<br>Bourne House<br>23 Hinton Road<br>Bournemouth BH1 2EF<br>UK | Purchase Order for Software Subscription | 5/11/2023 |
| Pentagram Design, Inc. | 250 Park Avenue South, 12th Floor<br>New York, NY 10003 | Master Services Agreement | 5/11/2023 |
| Postie, Inc. | 578 Washington Blvd, Suite 380, Marina Del Ray, CA 90292<br>legal@postie.com | SAAS Agreement | 5/11/2023 |
| Postman, Inc. | 55 2nd Street, Suite 300<br>San Francisco, CA 94105 | Quote/Order Form | 5/11/2023 |
| PrepDD, Inc. | 1618 W Augusta Blvd, Unit 2, Chicago, IL 60622 | Subscription Agreement | 5/11/2023 |
| Quadriga, Inc. d/b/a Taller Technologies | 1 Sansome St. Ste. 3500, San Francisco, CA 94104<br>Attn: Christophe<br>Christophe.kolb@tallertechnologies.com<br>**AND**<br>1 Sansome St. Ste. 3500, San Francisco, CA 94104<br>Attn: Chief Legal Officer<br>joel.linderoth@tallertechnologies.com | Master Services Agreement | 5/11/2023 |
| Realtime Board Inc., d/b/a Miro | 201 Spear Street, Suite 1100<br>San Francisco, CA 94105<br>Attention: Legal Department<br>legal@miro.com | Master Cloud Agreement and Order Form | 5/11/2023 |
| Retool, Inc. | 1550 Bryant St, 8th Floor, San Francisco, CA 94103 | SaaS Agreement and Master Professional Services Agreement | 5/11/2023 |
| Salesforce.com, Inc. | Salesforce Tower,<br>415 Mission Street, 3rd Floor,<br>San Francisco, California, 94105<br>attn: VP, Worldwide Sales Operations<br>**AND**<br>Salesforce Tower,<br>415 Mission Street, 3rd Floor,<br>San Francisco, California, 94105<br>attn: General Counsel | Master Subscription Agreement and Order Form | 5/11/2023 |

| Sentilink Corp. | 33 New Montgomery Street, Suite 500 San Francisco, CA 94105 legal.notices@sentilink.com | Order Form and Terms and Conditions | 5/11/2023 |
|---|---|---|---|
| Smartly, Inc. (dba Bonusly) | 2755 Canyon Blvd., Boulder, CO 80302 | Services Agreement | 5/11/2023 |
| SML Consulting Services, Inc. | 15 Coach Lane Syosset, NY 11791 birna.kane@gmail.com | Consulting Agreement | 5/11/2023 |
| Snyk, Inc. | 100 Summer Street, 7th Floor, Boston, MA 02110 legal@snyk.io | Enterprise Master Service Agreement | 5/11/2023 |
| Sovos Compliance, LLC | Attn: Legal Department 200 Ballardvale Street, Building 1, 4th Floor Wilmington, MA 01887 | Engagement Letter and Master Subscription License and Services Agreement | 5/11/2023 |
| Sprinklr, Inc. | 29 West 35th Street, 7th Floor, New York, NY 10001 USA | Master Services Agreement and Order Forms | 5/11/2023 |
| Tableau Software LLC | Legal Department 1621 N 34th St. Seattle, WA 98103 legal@tableau.com | End User License Agreement and Order Form | 5/11/2023 |
| Talkdesk, Inc. | Attn: General Counsel, Legal Department 388 Market St., Suite 1300 San Francisco, CA 94111 legal@talkdesk.com | Master Subscription Agreement | 5/11/2023 |
| The Block Crypto, Inc. | 400 Lafayette St New York, New York, 10003 **AND** One Curiosity Way San Mateo, CA 94403 | Insertion Order | 5/11/2023 |
| Tropic Technologies, Inc. | 28 West 25th Street, Floor 11 New York, NY 10010 | Procurement and Sourcing Services Agreement | 5/11/2023 |
| Unqork Inc. | Attention: David Sullivan, COO 114 Fifth Avenue, 6th Floor, New York, NY 10011 sulli@unqork.com **AND** Lori Hoberman Hoberman Law Group PLLC 85 Fifth Avenue, 4th Floor, New York, NY 10003 lori@hobermanlawgroup.com | Software as a Service (SaaS) Agreement | 5/11/2023 |

| UserTesting, Inc. | 144 Townsend Street, San Francisco, CA 94107 | Order Forms | 5/11/2023 |
|---|---|---|---|
| Virtru | 1130 Connecticut Ave NW, Suite 210, Washington, DC 20036 | Subscription Agreement and Order Form | 5/11/2023 |
| WorkRamp, Inc. | 101 Jefferson Drive, Floor 19 Menlo Park, CA 94025 | Master Service Agreement and Order Form | 5/11/2023 |
| Zendesk | 989 Market Street, San Francisco, California 94103 Attn: Legal Department legalnotice@zendesk.com | Master Subscription Agreement and Order Forms | 5/11/2023 |

## EXHIBIT A TO REJECTION NOTICE

**Proposed Rejection Order**

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq. (NJ Bar No. 014321986)<br>Warren A. Usatine, Esq. (NJ Bar No. 025881995)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Christine A. Okike, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br>jsussberg@kirkland.com<br>christine.okike@kirkland.com<br><br>**HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Kenric D. Kattner, Esq. (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>kenric.kattner@haynesboone.com<br><br>*Attorneys for Debtors and Debtors in Possession* |

| In re: | Chapter 11 |
|---|---|
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors[1] | Jointly Administered |
| | **Hearing Date and Time:** |

### ORDER APPROVING THE REJECTION OF EXECUTORY CONTRACTS AND LEASES

The relief set forth on the following pages, numbered two (2) through three (3) and Schedule

1, is hereby **ORDERED**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302

(Page 2)

| | |
|---|---|
| Debtors: | BlockFi Inc. |
| Case No. | 22-19361(MBK) |
| Caption of Order: | ORDER APPROVING DEBTORS' REJECTION OF EXECUTORY CONTRACTS AND LEASES |

Pursuant to and in accordance with the *Order Authorizing and Approving Procedures for Rejection of Executory Contracts and Unexpired Leases* [Docket No. 302] (the "Rejection Procedures Order");[1] and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §157 and 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of these cases and this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a "Notice of Rejection of Executory Contracts and/or Unexpired Leases" [Docket No. ____] (the "Rejection Notice") in accordance with the terms of the Rejection Procedures Order in respect of the rejection of the executory contracts (the "Contracts") and/or unexpired leases (the "Leases") set forth on Schedule 1 hereto; and no timely objections having been filed to the rejection of the Contracts and Leases; and it appearing that due and adequate notice of the Rejection Procedures Order and the Rejection Notice has been given, and that no other or further notice need be given; and the Court having determined that the rejections provided for herein are an appropriate exercise of the Debtors' business judgment; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby **ORDERED:**

1.      Contracts and Leases listed on **SCHEDULE 1** hereto are hereby rejected effective as of the dates set forth for such Contracts and Leases listed on **SCHEDULE 1** hereto (the "Rejection Date").

2.      The rights of the Debtors and their estates to assert that the Contracts and Leases are rejected hereby expired by their own terms or were terminated prior to the date hereof and fully preserved, and the Debtors and their estates do not waive any rights or claims that they may have

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Rejection Procedures Order.

(Page 3)
Debtors:              BlockFi Inc.
Case No.              22-19361(MBK)
Caption of Order:     ORDER    APPROVING    DEBTORS'    REJECTION    OF
                      EXECUTORY CONTRACTS AND LEASES

with respect or against the counterparties to such Contracts and Leases, whether or not such rights

or claims arise under, are related to the rejection of, or are independent of the Contracts and Leases

rejected hereby.

3.      If any affected counterparty subject to this Order (a "Rejection Claimant") asserts

a claim or claims against the Debtors and their estates arising from the rejection of the Contracts

and Leases, such Rejection Claimant shall submit a proof of claim on or before the later of (i) the

deadline for filing proofs of claims established by the Court in these Chapter 11 Cases or (ii) thirty

(30) days after the date of entry of this Order. If no proof of claim is timely filed, such claimant

shall not be treated as a creditor with respect to such claims for voting on any Chapter 11 plan in

these Chapter 11 Cases and shall be forever barred from asserting a claim for rejection damages

and from participating in any distribution that may be made in connection with the Debtors'

bankruptcy cases.

4.      The Debtors are authorized to take any action necessary or appropriate to

implement the terms of this Order and the rejections without further order from this Court.

5.      This Court shall retain exclusive jurisdiction and power to resolve any dispute

arising from or related to this Order.

## **SCHEDULE 1**

**SCHEDULE 1**

| CONTRACTS TO BE REJECTED | | | |
|---|---|---|---|
| **Counterparty** | **Counterparty Address and Email** | **Title/Description of Contract[1]** | **Rejection Date** |
| 820 18th Ave South Tenant LLC ("WeWork") | 818 18th Avenue South Nashville, TN 37203 | Membership Agreement | 5/11/2023 |
| Ably Realtime Ltd. | 228 Park Ave S. PMB 22154 New York, NY 10003 legal@ably.com | Enterprise Solution Agreement | 5/11/2023 |
| Accertify, Inc. | 2 Pierce Place, Suite 900 Itasca, IL 60143 **AND** 201 S. Biscayne Blvd. Suite 1420 Miami, FL 33131 | Master Terms and Conditions and Order Form | 5/11/2023 |
| Acclime Singapore Pte. Ltd. | 583 Orchard Road, #06-01 Forum, Singapore 238884 Singapore | Engagement Letter | 5/11/2023 |
| Ada Support Inc. | 96 Spadina Ave Unit 801 Toronto, ON M5V 2J6 Canada | Ada Services Agreement | 5/11/2023 |
| Anchorage Digital Bank N.A. | Anchorage Digital Bank N.A. 4901 S. Isabel Place, Suite 200 Sioux Falls, South Dakota 57108 legal@anchorage.com and nathan@anchorage.com | Master Custody Service Agreement | 5/11/2023 |
| Arcane Crypto AS | Arcane Crypto AS Munkedamsveien 45, 0250 OSLO Norway el@arcanecrypto.no **AND** Postboks 1329 Vika Oslo 0112 Norway bendik@arcane.no | Agreement to Purchase Research Content | 5/11/2023 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| Axis Analytics, LLC d/b/a Axis Group | Attention: Legal Affairs 100 Abernathy Road, Suite 800, Atlanta, Georgia 30328 | Master Services Agreement and Statement of Work | 5/11/2023 |
|---|---|---|---|
| Bandalier Inc. | 12 West 71st Street, New York, NY 10023 **AND** 224 West 35th Street, PMB 152, New York, NY 10001 jeremy@bandalier.com | Contract and Project Orders | 5/11/2023 |
| Beacon Platform Incorporated | Attn: Aliya Haider, General Counsel 5 Hanover Square, 20th Floor, Suite 2001 New York, NY 10004 USA aliya.haider@beacon.io and Legal@Beacon.io | Platform License Agreement and Amendment | 5/11/2023 |
| BitOoda Holdings Inc. | 351 Newbury Street, 2nd Floor, Boston, MA 02115 | Research Services Subscription Agreement and Order Form | 5/11/2023 |
| Blockware Solutions LLC | 3800 N. Lamar Blvd., Suite 200 Austin, TX 78756 mason@blockwaresolutions.com | Consulting Services Agreement and Statement of Work | 5/11/2023 |
| Bloomberg Finance L.P. | Bloomberg L.P. operating agent of Bloomberg Finance 731 Lexington Avenue New York, NY 10022 | Agreement, Master Services Agreement, and B-Pipe Schedule of Services | 5/11/2023 |
| Built In, Inc. | 203 N LaSalle St, Suite 2200 Chicago, IL 60601 | Services Agreement and Order Form | 5/11/2023 |
| CoderPad, Inc. | 44 Montgomery Street, 3rd Floor, San Francisco, CA 94104 | Monthly Subscription and Terms of Service | 5/11/2023 |
| Cohen & Company, Ltd. | 1350 Euclid Ave., Suite 800 Cleveland, OH 44115 | Engagement Letter and Amendment | 5/11/2023 |
| Coin Metrics Inc. | Attn: Tim Rice 125 High Street, Suite 220, Boston, MA, 02110 tim@coinmetrics.io | Master Services Agreement and Order Form | 5/11/2023 |

| Coinbase Custody Trust Company, LLC | 200 Park Avenue South, Suite 1208, New York, NY 10003 | Custody Custodial Services Agreement | 5/11/2023 |
|---|---|---|---|
| Computacenter Fusionstorm Inc. aka Computacenter United States Inc. | Attn. General Counsel One University Avenue, Suite 102, Westwood, MA 02090 | Master Services Agreement, Buy and Store Agreement | 5/11/2023 |
| Confluent, Inc. | 899 West Evelyn Mountain View, CA 94041 | Cloud Services Agreement | 5/11/2023 |
| Culture Amp | Legal Department, Level 2, 29 Stewart St, Richmond VIC 3121 Australia legal@cultureamp.com | General Terms and Service Order | 5/11/2023 |
| Databricks, Inc. | 160 Spear St, Suite 1300, San Francisco, CA 94105 | Master Cloud Platform Services - Order Form | 5/11/2023 |
| Donnelley Financial Solutions (DFIN) | DFIN Legal Department 35 West Wacker Drive, Chicago, IL 60601 amy.b.braun@dfinsolutions.com | Subscription Order Form, BlockFi IPO Proposal | 5/11/2023 |
| Dosh Holdings LLC | 675 Ponce de Leon Avenue, Suite 6000, Atlanta, GA 30308 | Program & License Agreement | 5/11/2023 |
| Dovetail Digital Ltd. | Shed 8, City Works Depot, 77 Cook Street, Auckland 1010, New Zealand jeremy.kiel@dovetailstudios.com nik.wakelin@dovetailstudios.com | Master Services Agreement and Retainer | 5/11/2023 |
| Duco Technology, Inc. | 29 Clerkenwell Road Att: Legal London EC1M 5RN United Kingdom legal@du.co | Terms of Service, Statement of Service and Service Order | 5/11/2023 |
| eFinancial Careers Limited | Telephone House, 69-77 Paul Street, London, EC2A 4NW, UK | Essential Campaign, Database Access and Job Slots | 5/11/2023 |
| Exiger Diligence, Inc. | Exiger Diligence, Inc. c/o Exiger LLC, 1675 Broadway, 15th Floor, New York, NY 10019 | Due Diligence Research Letter of Engagement | 5/11/2023 |

| First at Edifi, a division of First & 42nd, Inc. | c/o Diane Henry<br>525 Market St., San Francisco, CA 94104<br>Diane.Henry@edifi-dje.com<br>**AND**<br>Office of the General Counsel<br>Daniel J. Edelman Holdings, Inc.<br>200 East Randolph Drive<br>Chicago, IL 60601<br>shan.bhati@edelman.com<br>peter.petros@edelman.com | Master Services Agreement, Statement of Work, Amended Statement of Work | 5/11/2023 |
|---|---|---|---|
| Graphistry, Inc. | 610 Shotwell St., #3<br>San Francisco, CA 94110<br>info@graphistry.com | Enterprise Contract for AWS Marketplace, Master Services Agreement | 5/11/2023 |
| Greenhouse Software, Inc. | 18 W. 18th Street<br>New York, NY 10011 | Master Subscription Agreement | 5/11/2023 |
| HireRight, LLC | 3349 Michelson Drive,<br>Suite 150<br>Irvine, CA 92612<br>Attn: Legal Department | Master Service Agreement | 5/11/2023 |
| Hound Technology, Inc. d/b/a/ Honeycomb | 944 Market St., 6th floor,<br>San Francisco, CA 94102 | Master Services & Data Processing Agreement and Order Form | 5/11/2023 |
| HubSpot Inc. | 25 First Street, 2nd Floor,<br>Cambridge, MA 02141<br>Attention: General Counsel | Order for Marketing and Sales Hub | 5/11/2023 |
| Impact Tech. Inc. | Attn: Legal Department<br>223 East De La Guerra Street,<br>Santa Barbara, CA 93101 | Master Subscription & Services Agreement | 5/11/2023 |
| IPQualityScore LLC | 600 Brickell Ave, Suite 3500<br>Miami, Florida 33131 | Client Agreement | 5/11/2023 |
| Ironclad, Inc. | 71 Stevenson Street, #600<br>San Francisco, CA 94105 | Enterprise Services Agreement and Order Forms | 5/11/2023 |
| IW Group Services (UK) Limited | Colliers International Rating UK LLP,<br>Managing Representative,<br>50 George St, London,<br>W1U7GA UK | Terms & Conditions and Office Agreement | 5/11/2023 |

| KPMG, LLP | Attn: Brian Consolvo<br>1021 E. Cary St. #2000<br>Richmond, VA 23219<br>**AND**<br>KPMG LLP<br>Office of General Counsel<br>345 Park Avenue<br>New York, New York 10154<br>Attention: General Counsel | Master Professional Services Agreement and Statement of Work | 5/11/2023 |
|---|---|---|---|
| LevelUp Consulting Partners, LLC | 100 SE Third Avenue, Suite 1000<br>Fort Lauderdale, FL 33394 | Master Service Agreement and Statement of Work | 5/11/2023 |
| LexisNexis | Attn: Chief Legal Officer, 9443 Springboro Pike,<br>Miamisburg, OH 45342 | Master Agreement | 5/11/2023 |
| LinkedIn Corp. | 1000 W. Maude Avenue,<br>Sunnyvale, CA 94085 USA | Subscription Agreement and Order Form | 5/11/2023 |
| Mambu Americas Inc. | 201 S Biscayne Blvd Suite 1420<br>Miami, FL 33131-4332<br>legal@mambu.com | Master Service Agreement and Statement of Work | 5/11/2023 |
| MicroSourcing International Ltd. | Att: Charles Allnutt<br>Level 27, World Wide House,<br>19 Des Voeux Road,<br>Central Hong Kong<br>charles.allnutt@microsourcing.com | Master Services Agreement | 5/11/2023 |
| Monday.com Ltd | Attn: General Counsel<br>52 Menachem Begin Road,<br>Tel Aviv, 6713701, Israel<br>legal@monday.com | Order Form for Work-OS Enterprise Plan | 5/11/2023 |
| Namify, LLC d/b/a Axomo | 280 West 900 North, Springville, UT 84663 | Services Agreement | 5/11/2023 |
| NinjaRMM | 26750 US Highway 19<br>North Suite 510<br>Clearwater, FL 33761 | Agreement | 5/11/2023 |
| Osler, Hoskin & Harcourt LLP | Suite 2700, Brookfield Place<br>225 – 6th Avenue S.W.<br>Calgary, Alberta<br>Canada T2P 1N2<br>**AND**<br>1 First Canadian Place, PO Box 50,<br>Toronto, ON<br>M5X 1B8 Canada | Engagement Letter | 5/11/2023 |

| Pageant Media Limited (d/b/a With Intelligence) | With Intelligence One London Wall, London, EC2Y 5EA, UK **AND** Bourne House 23 Hinton Road Bournemouth BH1 2EF UK | Purchase Order for Software Subscription | 5/11/2023 |
|---|---|---|---|
| Pentagram Design, Inc. | 250 Park Avenue South, 12th Floor New York, NY 10003 | Master Services Agreement | 5/11/2023 |
| Postie, Inc. | 578 Washington Blvd, Suite 380, Marina Del Ray, CA 90292 legal@postie.com | SAAS Agreement | 5/11/2023 |
| Postman, Inc. | 55 2nd Street, Suite 300 San Francisco, CA 94105 | Quote/Order Form | 5/11/2023 |
| PrepDD, Inc. | 1618 W Augusta Blvd, Unit 2, Chicago, IL 60622 | Subscription Agreement | 5/11/2023 |
| Quadriga, Inc. d/b/a Taller Technologies | 1 Sansome St. Ste. 3500, San Francisco, CA 94104 Attn: Christophe Christophe.kolb@tallertechnologies.com **AND** 1 Sansome St. Ste. 3500, San Francisco, CA 94104 Attn: Chief Legal Officer joel.linderoth@tallertechnologies.com | Master Services Agreement | 5/11/2023 |
| Realtime Board Inc., d/b/a Miro | 201 Spear Street, Suite 1100 San Francisco, CA 94105 Attention: Legal Department legal@miro.com | Master Cloud Agreement and Order Form | 5/11/2023 |
| Retool, Inc. | 1550 Bryant St, 8th Floor, San Francisco, CA 94103 | SaaS Agreement and Master Professional Services Agreement | 5/11/2023 |
| Salesforce.com, Inc. | Salesforce Tower, 415 Mission Street, 3rd Floor, San Francisco, California, 94105 attn: VP, Worldwide Sales Operations **AND** Salesforce Tower, 415 Mission Street, 3rd Floor, San Francisco, California, 94105 attn: General Counsel | Master Subscription Agreement and Order Form | 5/11/2023 |

| Sentilink Corp. | 33 New Montgomery Street, Suite 500<br>San Francisco, CA 94105<br>legal.notices@sentilink.com | Order Form and Terms and Conditions | 5/11/2023 |
|---|---|---|---|
| Smartly, Inc. (dba Bonusly) | 2755 Canyon Blvd.,<br>Boulder, CO 80302 | Services Agreement | 5/11/2023 |
| SML Consulting Services, Inc. | 15 Coach Lane Syosset, NY 11791<br>birna.kane@gmail.com | Consulting Agreement | 5/11/2023 |
| Snyk, Inc. | 100 Summer Street, 7th Floor,<br>Boston, MA 02110<br>legal@snyk.io | Enterprise Master Service Agreement | 5/11/2023 |
| Sovos Compliance, LLC | Attn: Legal Department<br>200 Ballardvale Street,<br>Building 1, 4th Floor<br>Wilmington, MA 01887 | Engagement Letter and Master Subscription License and Services Agreement | 5/11/2023 |
| Sprinklr, Inc. | 29 West 35th Street, 7th Floor,<br>New York, NY 10001 USA | Master Services Agreement and Order Forms | 5/11/2023 |
| Tableau Software LLC | Legal Department<br>1621 N 34th St.<br>Seattle, WA 98103<br>legal@tableau.com | End User License Agreement and Order Form | 5/11/2023 |
| Talkdesk, Inc. | Attn: General Counsel, Legal Department<br>388 Market St., Suite 1300<br>San Francisco, CA 94111<br>legal@talkdesk.com | Master Subscription Agreement | 5/11/2023 |
| The Block Crypto, Inc. | 400 Lafayette St<br>New York, New York, 10003<br>**AND**<br>One Curiosity Way<br>San Mateo, CA 94403 | Insertion Order | 5/11/2023 |
| Tropic Technologies, Inc. | 28 West 25th Street, Floor 11<br>New York, NY 10010 | Procurement and Sourcing Services Agreement | 5/11/2023 |
| Unqork Inc. | Attention: David Sullivan, COO<br>114 Fifth Avenue, 6th Floor,<br>New York, NY 10011<br>sulli@unqork.com<br>**AND**<br>Lori Hoberman<br>Hoberman Law Group PLLC<br>85 Fifth Avenue, 4th Floor,<br>New York, NY 10003<br>lori@hobermanlawgroup.com | Software as a Service (SaaS) Agreement | 5/11/2023 |

| UserTesting, Inc. | 144 Townsend Street, San Francisco, CA 94107 | Order Forms | 5/11/2023 |
|---|---|---|---|
| Virtru | 1130 Connecticut Ave NW, Suite 210, Washington, DC 20036 | Subscription Agreement and Order Form | 5/11/2023 |
| WorkRamp, Inc. | 101 Jefferson Drive, Floor 19 Menlo Park, CA 94025 | Master Service Agreement and Order Form | 5/11/2023 |
| Zendesk | 989 Market Street, San Francisco, California 94103 Attn: Legal Department legalnotice@zendesk.com | Master Subscription Agreement and Order Forms | 5/11/2023 |