**EXHIBIT "B"**

**brown**rudnick

| | |
|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice 6958895 |
| NEW YORK, NY 10036 | Date May 10, 2023 |
| | Client 039246 |

RE: COSTS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through April 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0001 | COSTS | 0.00 | 82,419.61 | 82,419.61 |
| | **Total** | **0.00** | **82,419.61** | **82,419.61** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $82,419.61 |
| **Total Invoice** | **$82,419.61** |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: COSTS
May 10, 2023

Invoice 6958895
Page 2

## C O S T   D E T A I L

| Date | Description | Value |
|------|-------------|-------|
| 03/14/23 | MEALS - 03/01/23; VENDOR: DINERS CLUB; INVOICE#: 5950-031423; DATE: 3/14/2023 | 141.36 |
| 03/14/23 | MEALS - 03/07/23; VENDOR: DINERS CLUB; INVOICE#: 5950-031423; DATE: 3/14/2023 | 29.91 |
| 03/14/23 | MEALS - 03/07/23; VENDOR: DINERS CLUB; INVOICE#: 5950-031423; DATE: 3/14/2023 | 57.43 |
| 03/14/23 | PROFESSIONAL SERVICES - MARKETING AGENCY: INK BLOT WEBSITE SERVICES; NVOICE#: 1808-031423; DATE: 3/14/2023 | 7,500.00 |
| 03/14/23 | FILING FEE - 03/06/23; VENDOR: DINERS CLUB; INVOICE#: 5483-031423; DATE: 3/14/2023 | 70.00 |
| 03/14/23 | FILING FEE - 03/07/23; VENDOR: DINERS CLUB; INVOICE#: 5483-031423; DATE: 3/14/2023 | 70.00 |
| 03/14/23 | TRAIN TRAVEL - 03/03/23; VENDOR: DINERS CLUB; INVOICE#: 031423CTS; DATE: 3/14/2023 | 368.00 |
| 03/14/23 | TRAVEL AGENT FEE - 03/03/23; VENDOR: DINERS CLUB; INVOICE#: 031423CTS; DATE: 3/14/2023 | 30.00 |
| 03/14/23 | TRAVEL AGENT FEE - 03/09/23; VENDOR: DINERS CLUB; INVOICE#: 031423CTS; DATE: 3/14/2023 | 30.00 |
| 03/14/23 | TRAVEL AGENT FEE - 03/10/23; VENDOR: DINERS CLUB; INVOICE#: 031423CTS; DATE: 3/14/2023 | 30.00 |
| 03/14/23 | AIRFARE - 03/10/23; VENDOR: DINERS CLUB; INVOICE#: 031423CTS; DATE: 3/14/2023 | 502.20 |
| 03/14/23 | AIRFARE - 03/10/23; VENDOR: DINERS CLUB; INVOICE#: 031423CTS; DATE: 3/14/2023 | 866.19 |
| 03/14/23 | TRAVEL AGENT FEE - 03/10/23; VENDOR: DINERS CLUB; INVOICE#: 031423CTS; DATE: 3/14/2023 | 30.00 |
| 03/14/23 | AIRFARE - 03/10/23; VENDOR: DINERS CLUB; INVOICE#: 031423CTS; DATE: 3/14/2023 | 1,429.20 |
| 03/14/23 | AIRFARE - 03/10/23; VENDOR: DINERS CLUB; INVOICE#: 031423CTS; DATE: 3/14/2023 | 606.21 |
| 03/14/23 | TRAVEL AGENT FEE - 03/10/23; VENDOR: DINERS CLUB; INVOICE#: 031423CTS; DATE: 3/14/2023 | 30.00 |
| 03/14/23 | TRAVEL AGENT FEE - 03/10/23; VENDOR: DINERS CLUB; INVOICE#: 031423CTS; DATE: 3/14/2023 | 30.00 |
| 03/14/23 | TRAVEL AGENT FEE - 03/10/23; VENDOR: DINERS CLUB; INVOICE#: 031423CTS; DATE: 3/14/2023 | 30.00 |
| 03/14/23 | TRAVEL AGENT FEE - 03/10/23; VENDOR: DINERS CLUB; INVOICE#: 031423CTS; DATE: 3/14/2023 | 30.00 |
| 03/31/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 03/31/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 40.00 |
| 03/31/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 297.00 |
| 04/01/23 | PACER | 8.50 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: COSTS
May 10, 2023

Invoice 6958895
Page 3

| Date | Description | Value |
|------|-------------|------:|
| 04/01/23 | PACER | 14.00 |
| 04/01/23 | PACER | 12.50 |
| 04/01/23 | PACER | 6.30 |
| 04/01/23 | PACER | 1.10 |
| 04/01/23 | PACER | 13.20 |
| 04/01/23 | PACER | 8.20 |
| 04/01/23 | PACER | 41.90 |
| 04/01/23 | PACER | 18.20 |
| 04/01/23 | MESSENGER | 20.00 |
| 04/02/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 04/03/23 | COPIES | 1.80 |
| 04/03/23 | COPIES | 2.40 |
| 04/03/23 | COPIES | 2.10 |
| 04/03/23 | COPIES | 2.10 |
| 04/03/23 | COPIES | 0.90 |
| 04/03/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 55.00 |
| 04/03/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 396.00 |
| 04/03/23 | COPIES | 5.90 |
| 04/03/23 | COPIES | 0.80 |
| 04/03/23 | COPIES | 0.30 |
| 04/03/23 | COPIES | 2.40 |
| 04/03/23 | COPIES | 1.20 |
| 04/03/23 | COPIES | 0.90 |
| 04/03/23 | COPIES | 0.90 |
| 04/03/23 | COPIES | 0.90 |
| 04/03/23 | COPIES | 0.60 |
| 04/03/23 | COPIES | 1.50 |
| 04/03/23 | COPIES | 0.30 |
| 04/03/23 | COPIES | 1.80 |
| 04/03/23 | COPIES | 0.60 |
| 04/03/23 | COPIES | 0.60 |
| 04/03/23 | COPIES | 0.60 |
| 04/03/23 | COPIES | 0.60 |
| 04/03/23 | COPIES | 0.30 |
| 04/03/23 | COPIES | 2.10 |
| 04/03/23 | COPIES | 0.90 |
| 04/03/23 | COPIES | 0.60 |

**BR**

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS              Invoice 6958895
RE: COSTS                                                                                                    Page 4
May 10, 2023

| Date | Description | Value |
|------|-------------|------:|
| 04/03/23 | COPIES | 0.60 |
| 04/03/23 | COPIES | 2.40 |
| 04/03/23 | LEXIS | 121.39 |
| 04/04/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 04/04/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 50.00 |
| 04/04/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 04/04/23 | MEALS - 04/03/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 040423; DATE: 4/4/2023 | 6.80 |
| 04/04/23 | AIRFARE - WIFI 04/03/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 040423; DATE: 4/4/2023 | 9.95 |
| 04/05/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 04/05/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 74.00 |
| 04/05/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 198.00 |
| 04/05/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 49.00 |
| 04/05/23 | HOTEL - HOTEL: STEPHEN D. PALLEY 04/02/2023 TO 04/05/2023; INVOICE#: 040523 | 2,273.39 |
| 04/05/23 | LEXIS | 7.00 |
| 04/05/23 | LEXIS | 441.00 |
| 04/06/23 | AIRFARE - WIFI 4/5/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 040623; DATE: 4/6/2023 | 9.95 |
| 04/06/23 | MEALS - 4/5/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 040623; DATE: 4/6/2023 | 120.50 |
| 04/06/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 04/06/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 198.00 |
| 04/06/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 04/06/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 04/06/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 04/06/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 04/06/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 65.00 |
| 04/06/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 198.00 |
| 04/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 80.00 |
| 04/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 89.28 |
| 04/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 693.00 |
| 04/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 04/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 85.00 |
| 04/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 04/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 04/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 04/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 198.00 |

**BR**

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice 6958895
RE: COSTS                                                                                                              Page 5
May 10, 2023

| Date | Description | Value |
|------|-------------|------:|
| 04/07/23 | LEXIS | 49.00 |
| 04/08/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 04/08/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 60.00 |
| 04/08/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 04/08/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 04/08/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 297.00 |
| 04/09/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 04/09/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 04/10/23 | TAXI - 4/10/23; BENNETT SILVERBERG; INVOICE#: 041023; DATE: 4/14/2023 | 16.10 |
| 04/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 04/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 04/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 04/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 04/10/23 | OUTSIDE COPIES - VENDOR: CASE DRIVEN TECHNOLOGIES, INC.; INVOICE#: 5070_172; DATE: 4/7/2023 | 334.56 |
| 04/10/23 | COPIES | 7.20 |
| 04/10/23 | COPIES | 0.80 |
| 04/10/23 | COPIES | 6.30 |
| 04/10/23 | COPIES | 14.80 |
| 04/10/23 | COPIES | 3.20 |
| 04/10/23 | COPIES | 0.10 |
| 04/10/23 | COPIES | 1.20 |
| 04/10/23 | COPIES | 0.10 |
| 04/10/23 | COPIES | 9.20 |
| 04/10/23 | COPIES | 0.40 |
| 04/10/23 | COPIES | 9.60 |
| 04/10/23 | COPIES | 0.30 |
| 04/10/23 | COPIES | 3.60 |
| 04/10/23 | COPIES | 0.30 |
| 04/10/23 | COPIES | 21.30 |
| 04/10/23 | COPIES | 0.30 |
| 04/10/23 | COPIES | 0.30 |
| 04/10/23 | COPIES | 0.10 |
| 04/10/23 | COPIES | 6.40 |
| 04/10/23 | COPIES | 0.80 |
| 04/10/23 | COPIES | 6.40 |
| 04/10/23 | COPIES | 0.80 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS                Invoice 6958895
RE: COSTS                                                                    Page 6
May 10, 2023

| Date | Description | Value |
|------|-------------|------:|
| 04/10/23 | COPIES | 7.10 |
| 04/10/23 | COPIES | 0.10 |
| 04/10/23 | COPIES | 14.40 |
| 04/10/23 | COPIES | 0.10 |
| 04/10/23 | COPIES | 5.20 |
| 04/10/23 | COPIES | 0.30 |
| 04/10/23 | COPIES | 0.30 |
| 04/10/23 | COPIES | 0.30 |
| 04/10/23 | COPIES | 1.00 |
| 04/10/23 | COPIES | 0.40 |
| 04/10/23 | COPIES | 0.20 |
| 04/10/23 | COPIES | 0.10 |
| 04/10/23 | COPIES | 0.10 |
| 04/10/23 | COPIES | 0.50 |
| 04/10/23 | COPIES | 0.10 |
| 04/10/23 | COPIES | 12.60 |
| 04/10/23 | COPIES | 25.50 |
| 04/10/23 | COPIES | 0.10 |
| 04/11/23 | MEALS - VENDOR: GRUB HUB HOLDINGS INC; INVOICE#: SL-3361-14; DATE: 2/28/2023 | 34.78 |
| 04/11/23 | MEALS - VENDOR: GRUB HUB HOLDINGS INC; INVOICE#: SL-3361-14; DATE: 2/28/2023 | 35.42 |
| 04/11/23 | MEALS - VENDOR: GRUB HUB HOLDINGS INC; INVOICE#: SL-3361-14; DATE: 2/28/2023 | 30.53 |
| 04/11/23 | MEALS - VENDOR: GRUB HUB HOLDINGS INC; INVOICE#: SL-3361-14; DATE: 2/28/2023 | 140.66 |
| 04/11/23 | MEALS - VENDOR: GRUB HUB HOLDINGS INC; INVOICE#: SL-3361-14; DATE: 2/28/2023 | 30.53 |
| 04/11/23 | MEALS - VENDOR: GRUB HUB HOLDINGS INC; INVOICE#: SL-3361-14; DATE: 2/28/2023 | 30.53 |
| 04/11/23 | COPIES | 0.70 |
| 04/11/23 | COPIES | 3.20 |
| 04/11/23 | COPIES | 1.50 |
| 04/11/23 | COPIES | 0.60 |
| 04/11/23 | COPIES | 1.50 |
| 04/11/23 | COPIES | 1.80 |
| 04/11/23 | COPIES | 0.40 |
| 04/11/23 | COPIES | 1.80 |
| 04/11/23 | COPIES | 0.40 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS                 Invoice 6958895
RE: COSTS                                                                          Page 7
May 10, 2023

| Date | Description | Value |
|------|-------------|------:|
| 04/11/23 | COPIES | 3.20 |
| 04/11/23 | COPIES | 0.10 |
| 04/11/23 | COPIES | 0.90 |
| 04/11/23 | COPIES | 1.80 |
| 04/11/23 | COPIES | 23.80 |
| 04/11/23 | COPIES | 12.50 |
| 04/11/23 | COPIES | 36.00 |
| 04/11/23 | COPIES | 19.60 |
| 04/11/23 | COPIES | 16.80 |
| 04/11/23 | COPIES | 23.50 |
| 04/11/23 | COPIES | 0.40 |
| 04/11/23 | COPIES | 0.20 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.50 |
| 04/11/23 | COPIES | 29.70 |
| 04/11/23 | COPIES | 0.20 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.10 |
| 04/11/23 | COPIES | 0.10 |
| 04/11/23 | COPIES | 0.40 |
| 04/11/23 | COPIES | 6.40 |
| 04/11/23 | COPIES | 0.10 |
| 04/11/23 | COPIES | 6.50 |
| 04/11/23 | COPIES | 1.00 |
| 04/11/23 | COPIES | 0.60 |
| 04/11/23 | COPIES | 1.90 |
| 04/11/23 | COPIES | 3.60 |
| 04/11/23 | COPIES | 1.40 |
| 04/11/23 | COPIES | 0.50 |
| 04/11/23 | COPIES | 0.40 |
| 04/11/23 | COPIES | 0.40 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.80 |
| 04/11/23 | COPIES | 0.90 |
| 04/11/23 | COPIES | 4.00 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: COSTS
May 10, 2023

| Date | Description | Value |
|------|-------------|------:|
| 04/11/23 | COPIES | 4.40 |
| 04/11/23 | COPIES | 0.80 |
| 04/11/23 | COPIES | 0.50 |
| 04/11/23 | COPIES | 0.10 |
| 04/11/23 | COPIES | 0.20 |
| 04/11/23 | COPIES | 0.20 |
| 04/11/23 | COPIES | 0.90 |
| 04/11/23 | COPIES | 7.00 |
| 04/11/23 | COPIES | 0.60 |
| 04/11/23 | COPIES | 0.50 |
| 04/11/23 | COPIES | 1.30 |
| 04/11/23 | COPIES | 0.20 |
| 04/11/23 | COPIES | 0.20 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.60 |
| 04/11/23 | COPIES | 1.50 |
| 04/11/23 | COPIES | 72.50 |
| 04/11/23 | COPIES | 0.50 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.40 |
| 04/11/23 | COPIES | 0.40 |
| 04/11/23 | COPIES | 0.40 |
| 04/11/23 | COPIES | 8.30 |
| 04/11/23 | COPIES | 3.10 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 5.20 |
| 04/11/23 | COPIES | 0.10 |
| 04/11/23 | COPIES | 0.20 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: COSTS
May 10, 2023

Invoice 6958895
Page 9

| Date | Description | Value |
|---|---|---|
| 04/11/23 | COPIES | 5.80 |
| 04/11/23 | COPIES | 6.40 |
| 04/11/23 | COPIES | 2.60 |
| 04/11/23 | COPIES | 0.50 |
| 04/11/23 | COPIES | 0.10 |
| 04/11/23 | COPIES | 0.10 |
| 04/11/23 | COPIES | 2.50 |
| 04/11/23 | COPIES | 10.40 |
| 04/11/23 | COPIES | 2.10 |
| 04/11/23 | COPIES | 9.70 |
| 04/11/23 | COPIES | 2.70 |
| 04/11/23 | COPIES | 1.20 |
| 04/11/23 | COPIES | 3.10 |
| 04/11/23 | COPIES | 0.50 |
| 04/11/23 | COPIES | 0.60 |
| 04/11/23 | COPIES | 0.20 |
| 04/11/23 | COPIES | 0.40 |
| 04/11/23 | COPIES | 0.20 |
| 04/11/23 | COPIES | 0.70 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.50 |
| 04/11/23 | COPIES | 0.70 |
| 04/11/23 | COPIES | 0.40 |
| 04/11/23 | COPIES | 0.40 |
| 04/11/23 | COPIES | 0.40 |
| 04/11/23 | COPIES | 0.50 |
| 04/11/23 | COPIES | 0.20 |
| 04/11/23 | COPIES | 0.50 |
| 04/11/23 | COPIES | 0.10 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.30 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: COSTS
May 10, 2023

Invoice 6958895
Page 10

| Date | Description | Value |
|------|-------------|------:|
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | COPIES | 0.30 |
| 04/11/23 | MEALS - 4/11/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 041123; DATE: 4/11/2023 | 37.40 |
| 04/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 6.00 |
| 04/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 55.00 |
| 04/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 594.00 |
| 04/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 04/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 40.00 |
| 04/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 04/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 125.00 |
| 04/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2,673.00 |
| 04/11/23 | LEXIS | 49.00 |
| 04/12/23 | LEXIS | 49.00 |
| 04/12/23 | LEXIS | 140.96 |
| 04/12/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 04/12/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 70.00 |
| 04/12/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 04/12/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 129.00 |
| 04/12/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2,178.00 |
| 04/12/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 04/12/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 80.00 |
| 04/12/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 396.00 |
| 04/12/23 | OUTSIDE COPIES - VENDOR: ON PRESS GRAPHICS; INVOICE#: 5002291; DATE: 4/11/2023 | 1,330.39 |
| 04/12/23 | COPIES | 0.10 |
| 04/12/23 | COPIES | 0.10 |
| 04/12/23 | COPIES | 0.80 |
| 04/12/23 | MEALS - VENDOR: DELIVEROO INVOICE#: INV-UK-238249 DATE: 3/31/2023 FOOD ORDERED BY MARTHA BASELGA ON 14/03/2023 AT 20:01 | 25.90 |
| 04/12/23 | MEALS - VENDOR: DELIVEROO INVOICE#: INV-UK-238249 DATE: 3/31/2023 FOOD ORDERED BY MARTHA BASELGA ON 03/01/23 AT 17:51 | 21.71 |
| 04/12/23 | MEALS - VENDOR: DELIVEROO INVOICE#: INV-UK-238249 DATE: 3/31/2023 FOOD ORDERED BY MARTHA BASELGA ON 28/03/2023 AT 18:39 | 29.62 |
| 04/12/23 | MEALS - VENDOR: DELIVEROO INVOICE#: INV-UK-238249 DATE: 3/31/2023 FOOD ORDERED BY MARTHA BASELGA ON 31/03/2023 AT 18:13 | 24.02 |
| 04/13/23 | TAXI - 4/12/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 041323; DATE: 4/13/2023 | 62.10 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: COSTS
May 10, 2023



Invoice 6958895
Page 11

| Date | Description | Value |
|------|-------------|-------|
| 04/13/23 | TAXI - 4/12/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 041323; DATE: 4/13/2023 | 92.77 |
| 04/13/23 | TAXI - 4/10/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 041323; DATE: 4/13/2023 | 41.00 |
| 04/13/23 | HOTEL - 4/12/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 041323; DATE: 4/13/2023 | 976.63 |
| 04/13/23 | AIRFARE - 4/12/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 041323; DATE: 4/13/2023 | 273.90 |
| 04/13/23 | HOTEL - HOTEL: E. PATRICK GILMAN 04/03/2023 TO 04/05/2023; INVOICE#: 040623 | 1,586.53 |
| 04/13/23 | TAXI - 4/5/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 040623; DATE: 4/6/2023 | 49.16 |
| 04/13/23 | TAXI - 4/5/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 040623; DATE: 4/6/2023 | 66.18 |
| 04/13/23 | TAXI - 4/4/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 040623; DATE: 4/6/2023 | 16.85 |
| 04/13/23 | TAXI - 4/4/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 040623; DATE: 4/6/2023 | 17.49 |
| 04/13/23 | TAXI - 4/4/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 040623; DATE: 4/6/2023 | 19.90 |
| 04/13/23 | TAXI - 4/3/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 040623; DATE: 4/6/2023 | 21.24 |
| 04/13/23 | TAXI - 4/3/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 040623; DATE: 4/6/2023 | 54.27 |
| 04/13/23 | TAXI - 4/3/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 040623; DATE: 4/6/2023 | 54.78 |
| 04/13/23 | COPIES | 1.80 |
| 04/13/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 49.00 |
| 04/13/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 04/13/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 50.00 |
| 04/13/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 04/13/23 | OVERNIGHT DELIVERY | 35.96 |
| 04/13/23 | LEXIS | 98.00 |
| 04/14/23 | CONSULTING - VENDOR: CYBER TEAM SIX, LLC; INVOICE#: 1088; DATE: 2/3/2023 | 25,000.00 |
| 04/14/23 | TRAVEL AGENT FEE - 03/17/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023 | 30.00 |
| 04/14/23 | AIRFARE - 03/17/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023 | 353.90 |
| 04/14/23 | TRAVEL AGENT FEE - 03/VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023//; | 30.00 |
| 04/14/23 | TRAVEL AGENT FEE - 03/21/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023//; | 228.90 |
| 04/14/23 | TRAVEL AGENT FEE - 03/22/23; VENDOR: DINERS CLUB; INVOICE#: | 30.00 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: COSTS
May 10, 2023

Invoice 6958895
Page 12



| Date | Description | Value |
|------|-------------|-------|
| | 5528350069999929-041423; DATE: 4/14/2023 | |
| 04/14/23 | AIRFARE - 03/22/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023 | 285.00 |
| 04/14/23 | TRAVEL AGENT FEE - 03/28/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023 | 30.00 |
| 04/14/23 | TRAIN TRAVEL - 03/28/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023 | 566.00 |
| 04/14/23 | TRAVEL AGENT FEE - 03/31/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023 | 30.00 |
| 04/14/23 | TRAVEL AGENT FEE - 04/02/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023 | 30.00 |
| 04/14/23 | TRAVEL AGENT FEE - 04/02/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023 | 30.00 |
| 04/14/23 | TRAVEL AGENT FEE - 04/02/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023 | 30.00 |
| 04/14/23 | TRAVEL AGENT FEE - 04/02/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023 | 30.00 |
| 04/14/23 | AIRFARE - 04/02/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023 | 60.00 |
| 04/14/23 | AIRFARE - 04/02/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023 | 566.00 |
| 04/14/23 | TRAVEL AGENT FEE - 04/05/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023 | 30.00 |
| 04/14/23 | TRAIN TRAVEL - 04/05/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023 | 563.00 |
| 04/14/23 | TRAVEL AGENT FEE - 04/05/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023 | 30.00 |
| 04/14/23 | TRAIN TRAVEL - 04/06/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023 | 37.00 |
| 04/14/23 | TRAVEL AGENT FEE - 04/06/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023 | 30.00 |
| 04/14/23 | TRAIN TRAVEL - 04/07/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023 | 284.00 |
| 04/14/23 | TRAVEL AGENT FEE - 04/07/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023 | 30.00 |
| 04/14/23 | TRAVEL AGENT FEE - 04/10/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023 | 15.00 |
| 04/14/23 | TRAIN TRAVEL - 04/10/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023 | 152.00 |
| 04/14/23 | TRAVEL AGENT FEE - 04/12/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-041423; DATE: 4/14/2023 | 30.00 |
| 04/14/23 | TAXI - VENDOR: GETT TAXI UK LIMITED INVOICE#: 1070929 DATE: 3/31/2023 TAXI TAKEN BY MARTHA BASELGA DURAN FROM EGMONT HOUSE 8 CLIFFORD ST LONDON W1S 2LQ UK TO BELLINGDON RD CHESHAM HP5 2HF UK ON 28/03/23 21:59 | 96.40 |
| 04/14/23 | AIRFARE - WIFI 4/10/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 041423; | 15.00 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: COSTS
May 10, 2023

Invoice 6958895
Page 13



| Date | Description | Value |
|------|-------------|-------|
| | DATE: 4/14/2023 | |
| 04/16/23 | TAXI - 04/12/23; VENDOR: JASON ROTSTEIN; INVOICE#: 041623-1; DATE: 4/16/2023 | 13.33 |
| 04/16/23 | TAXI - 04/12/23; VENDOR: JASON ROTSTEIN; INVOICE#: 041623-1; DATE: 4/16/2023 | 16.00 |
| 04/16/23 | TAXI - 04/10/23; VENDOR: JASON ROTSTEIN; INVOICE#: 041623-1; DATE: 4/16/2023 | 23.52 |
| 04/16/23 | MEALS - 04/12/23; VENDOR: JASON ROTSTEIN; INVOICE#: 041623-1; DATE: 4/16/2023 | 20.06 |
| 04/16/23 | MEALS - 04/11/23; VENDOR: JASON ROTSTEIN; INVOICE#: 041623-1; DATE: 4/16/2023 | 12.96 |
| 04/16/23 | MEALS - 04/10/23; VENDOR: JASON ROTSTEIN; INVOICE#: 041623-1; DATE: 4/16/2023 | 27.21 |
| 04/16/23 | TAXI - 04/11/23; VENDOR: JASON ROTSTEIN; INVOICE#: 041623-1; DATE: 4/16/2023 | 23.24 |
| 04/16/23 | TAXI - 04/10/23; VENDOR: JASON ROTSTEIN; INVOICE#: 041623-1; DATE: 4/16/2023 | 11.99 |
| 04/16/23 | TAXI - 04/11/23; VENDOR: JASON ROTSTEIN; INVOICE#: 041623-1; DATE: 4/16/2023 | 32.61 |
| 04/16/23 | HOTEL - 04/12/23; VENDOR: JASON ROTSTEIN; INVOICE#: 041623-1; DATE: 4/16/2023 | 1,198.10 |
| 04/16/23 | MEALS - 04/10/23; VENDOR: JASON ROTSTEIN; INVOICE#: 041623-1; DATE: 4/16/2023 | 10.06 |
| 04/16/23 | MEALS - 04/11/23; VENDOR: JASON ROTSTEIN; INVOICE#: 041623-1; DATE: 4/16/2023 | 4.89 |
| 04/16/23 | MEALS - 04/11/23; VENDOR: JASON ROTSTEIN; INVOICE#: 041623-1; DATE: 4/16/2023 | 3.81 |
| 04/17/23 | TRANSCRIPTS - VENDOR: MAGNA LEGAL SERVICES LLC; INVOICE#: 1037981; DATE: 4/14/2023 | 1,795.90 |
| 04/17/23 | HOTEL - HOTEL: STEPHEN D. PALLEY 04/10/2023 TO 04/14/2023; INVOICE#: 041423 | 1,719.54 |
| 04/17/23 | COPIES | 0.10 |
| 04/17/23 | COPIES | 0.10 |
| 04/17/23 | HOTEL - 04/10/23; VENDOR: WILLIAM FRANZESE; INVOICE#: 041723; DATE: 4/17/2023 | 1,487.78 |
| 04/17/23 | TAXI - 04/12/23; VENDOR: WILLIAM FRANZESE; INVOICE#: 041723; DATE: 4/17/2023 | 23.37 |
| 04/17/23 | TAXI - 04/10/23; VENDOR: WILLIAM FRANZESE; INVOICE#: 041723; DATE: 4/17/2023 | 9.29 |
| 04/17/23 | MEALS - 04/10/23; VENDOR: WILLIAM FRANZESE; INVOICE#: 041723; DATE: 4/17/2023 | 20.47 |
| 04/17/23 | TAXI - 4/17/23; VENDOR: BENNETT SILVERBERG; INVOICE#: 041923; DATE: 4/19/2023 | 142.85 |
| 04/17/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 04/17/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: COSTS
May 10, 2023

Invoice 6958895
Page 14

| Date | Description | Value |
|---|---|---|
| 04/18/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 183.00 |
| 04/18/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 297.00 |
| 04/18/23 | MEALS - 04/11/23; VENDOR: JASON ROTSTEIN; INVOICE#: 041823; DATE: 4/18/2023 | 3.76 |
| 04/18/23 | MEALS - 04/11/23; VENDOR: JASON ROTSTEIN; INVOICE#: 041823; DATE: 4/18/2023 | 18.88 |
| 04/18/23 | TAXI - 04/11/23; VENDOR: JASON ROTSTEIN; INVOICE#: 041823; DATE: 4/18/2023 | 18.87 |
| 04/18/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 35.00 |
| 04/18/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 297.00 |
| 04/18/23 | COPIES | 25.90 |
| 04/18/23 | COPIES | 22.50 |
| 04/18/23 | COPIES | 17.00 |
| 04/18/23 | COPIES | 31.60 |
| 04/18/23 | COPIES | 24.40 |
| 04/18/23 | COPIES | 8.80 |
| 04/18/23 | COPIES | 16.40 |
| 04/18/23 | COPIES | 2.60 |
| 04/19/23 | OUTSIDE COPIES - VENDOR: CASE DRIVEN TECHNOLOGIES, INC.; INVOICE#: 5070_174; DATE: 4/19/2023 | 1,306.11 |
| 04/19/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 50.00 |
| 04/19/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 297.00 |
| 04/19/23 | COPIES | 0.10 |
| 04/19/23 | COPIES | 25.20 |
| 04/19/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 40.00 |
| 04/19/23 | LEXIS | 98.00 |
| 04/20/23 | LEXIS | 49.00 |
| 04/20/23 | COPIES | 0.10 |
| 04/21/23 | MESSENGER SERVICES - VENDOR: NEED IT NOW DELIVERS; INVOICE#: 672560; DATE: 4/16/2023 | 15.75 |
| 04/21/23 | LEXIS | 49.00 |
| 04/21/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 04/21/23 | TRANSCRIPTS - VENDOR: MAGNA LEGAL SERVICES LLC; INVOICE#: 1042755; DATE: 4/21/2023 | 1,861.10 |
| 04/25/23 | OUTSIDE COPIES - VENDOR: ON PRESS EDISCOVERY; INVOICE#: 5002344; DATE: 4/20/2023 | 955.21 |
| 04/25/23 | TRANSCRIPTS - VENDOR: ESQUIRE DEPOSITION SOLUTIONS, LLC; INVOICE#: INV2458659; DATE: 4/17/2023 | 1,699.10 |
| 04/25/23 | TRANSCRIPTS - VENDOR: MAGNA LEGAL SERVICES LLC; INVOICE#: 1045995; DATE: 4/25/2023 | 1,756.35 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS                Invoice 6958895
RE: COSTS                                                                                                    Page 15
May 10, 2023

| Date | Description | Value |
|------|-------------|------:|
| 04/25/23 | COPIES | 3.50 |
| 04/25/23 | COPIES | 2.90 |
| 04/25/23 | COPIES | 3.50 |
| 04/25/23 | COPIES | 2.90 |
| 04/25/23 | COPIES | 0.80 |
| 04/25/23 | COPIES | 0.30 |
| 04/25/23 | COPIES | 0.10 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.80 |
| 04/25/23 | COPIES | 6.00 |
| 04/25/23 | COPIES | 1.60 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.80 |
| 04/25/23 | COPIES | 0.60 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.80 |
| 04/25/23 | COPIES | 0.60 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 3.00 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 1.00 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.80 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 1.00 |
| 04/25/23 | COPIES | 2.00 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.40 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: COSTS
May 10, 2023

Invoice 6958895
Page 16

| Date | Description | Value |
|------|-------------|------:|
| 04/25/23 | COPIES | 1.40 |
| 04/25/23 | COPIES | 2.40 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.60 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.60 |
| 04/25/23 | COPIES | 1.00 |
| 04/25/23 | COPIES | 1.00 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.60 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.60 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.60 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 1.40 |
| 04/25/23 | COPIES | 7.00 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 3.40 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 12.40 |
| 04/25/23 | COPIES | 0.60 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.40 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: COSTS
May 10, 2023

Invoice 6958895
Page 17

| Date | Description | Value |
|------|-------------|------:|
| 04/25/23 | COPIES | 1.40 |
| 04/25/23 | COPIES | 1.20 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.80 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.60 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.80 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.60 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.60 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.40 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.60 |
| 04/25/23 | COPIES | 0.20 |
| 04/25/23 | COPIES | 0.60 |
| 04/25/23 | COPIES | 5.20 |
| 04/25/23 | COPIES | 3.00 |
| 04/25/23 | COPIES | 2.00 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: COSTS
May 10, 2023

Invoice 6958895
Page 18



| Date | Description | Value |
|------|-------------|------:|
| 04/25/23 | COPIES | 1.60 |
| 04/25/23 | COPIES | 3.20 |
| 04/25/23 | COPIES | 1.20 |
| 04/26/23 | COPIES | 3.50 |
| 04/26/23 | COPIES | 2.20 |
| 04/26/23 | COPIES | 1.40 |
| 04/26/23 | COPIES | 0.10 |
| 04/26/23 | COPIES | 3.50 |
| 04/26/23 | COPIES | 6.60 |
| 04/26/23 | COPIES | 0.90 |
| 04/26/23 | COPIES | 4.50 |
| 04/26/23 | COPIES | 2.10 |
| 04/26/23 | COPIES | 0.90 |
| 04/26/23 | COPIES | 6.90 |
| 04/26/23 | COPIES | 0.60 |
| 04/26/23 | COPIES | 46.40 |
| 04/26/23 | COPIES | 3.20 |
| 04/26/23 | COPIES | 10.80 |
| 04/26/23 | COPIES | 33.20 |
| 04/26/23 | COPIES | 2.40 |
| 04/26/23 | COPIES | 1.60 |
| 04/26/23 | COPIES | 15.60 |
| 04/26/23 | COPIES | 2.40 |
| 04/26/23 | COPIES | 11.20 |
| 04/26/23 | COPIES | 6.00 |
| 04/26/23 | LEXIS | 147.00 |
| 04/26/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 04/27/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 04/27/23 | COPIES | 9.00 |
| 04/27/23 | COPIES | 0.90 |
| 04/27/23 | COPIES | 0.90 |
| 04/27/23 | COPIES | 10.80 |
| 04/27/23 | COPIES | 0.30 |
| 04/27/23 | OUTSIDE COPIES - VENDOR: ON PRESS EDISCOVERY; INVOICE#: 5002408; DATE: 4/27/2023 | 525.45 |
| 04/28/23 | COPIES | 0.20 |
| 04/28/23 | TAXI - 4/3/23; VENDOR: NICK JOYNSON; INVOICE#: 041823; DATE: 4/18/2023 | 35.78 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: COSTS
May 10, 2023

Invoice 6958895
Page 19



| Date | Description | Value |
|---|---|---|
| 04/28/23 | TAXI - 4/3/23; VENDOR: NICK JOYNSON; INVOICE#: 041823; DATE: 4/18/2023 | 20.98 |
| 04/28/23 | TAXI - 4/4/23; VENDOR: NICK JOYNSON; INVOICE#: 041823; DATE: 4/18/2023 | 18.99 |
| 04/28/23 | TAXI - 4/4/23; VENDOR: NICK JOYNSON; INVOICE#: 041823; DATE: 4/18/2023 | 18.96 |
| 04/28/23 | TAXI - 4/5/23; VENDOR: NICK JOYNSON; INVOICE#: 041823; DATE: 4/18/2023 | 45.56 |
| 04/28/23 | HOTEL - HOTEL: NICK JOYNSON 04/03/2023 TO 04/05/2023; INVOICE#: 041823 | 1,104.00 |
| 04/28/23 | TRAIN TRAVEL - 4/10/23; VENDOR: NICK JOYNSON; INVOICE#: 041823; DATE: 4/18/2023 | 600.00 |
| 04/28/23 | TAXI - 4/10/23; VENDOR: NICK JOYNSON; INVOICE#: 041823; DATE: 4/18/2023 | 9.71 |
| 04/28/23 | TAXI - 4/12/23; VENDOR: NICK JOYNSON; INVOICE#: 041823; DATE: 4/18/2023 | 20.95 |
| 04/28/23 | HOTEL - HOTEL: NICK JOYNSON 04/10/2023 TO 04/13/2023; INVOICE#: 041823 | 1,882.26 |
| 04/28/23 | MEALS - 4/26/23; VENDOR: JASON ROTSTEIN; INVOICE#: 042823; DATE: 4/28/2023 | 9.85 |
| 04/28/23 | MEALS - 4/26/23; VENDOR: JASON ROTSTEIN; INVOICE#: 042823; DATE: 4/28/2023 | 17.28 |
| 04/28/23 | TAXI - 4/26/23; VENDOR: JASON ROTSTEIN; INVOICE#: 042823; DATE: 4/28/2023 | 22.70 |
| 04/28/23 | TAXI - 4/25/23; VENDOR: JASON ROTSTEIN; INVOICE#: 042823; DATE: 4/28/2023 | 22.10 |
| 04/28/23 | TAXI - 4/27/23; VENDOR: JASON ROTSTEIN; INVOICE#: 042823; DATE: 4/28/2023 | 13.06 |
| 04/28/23 | TAXI - 4/25/23; VENDOR: JASON ROTSTEIN; INVOICE#: 042823; DATE: 4/28/2023 | 15.53 |
| 04/28/23 | TAXI - 4/26/23; VENDOR: JASON ROTSTEIN; INVOICE#: 042823; DATE: 4/28/2023 | 11.97 |
| 04/28/23 | MEALS - 4/26/23; VENDOR: JASON ROTSTEIN; INVOICE#: 042823; DATE: 4/28/2023 | 8.99 |
| 04/28/23 | MEALS - 4/25/23; VENDOR: JASON ROTSTEIN; INVOICE#: 042823; DATE: 4/28/2023 | 9.25 |
| 04/28/23 | MEALS - 4/26/23; VENDOR: JASON ROTSTEIN; INVOICE#: 042823; DATE: 4/28/2023 | 10.34 |
| 04/28/23 | MEALS - 4/25/23; VENDOR: JASON ROTSTEIN; INVOICE#: 042823; DATE: 4/28/2023 | 17.87 |
| 04/28/23 | HOTEL - 4/26/23; VENDOR: JASON ROTSTEIN; INVOICE#: 042823; DATE: 4/28/2023 | 649.94 |
| 04/28/23 | MEALS - 4/18/23; VENDOR: ANDREW RIZKALLA; INVOICE#: 042723-1; DATE: 4/27/2023 | 25.19 |
| 04/28/23 | TAXI - 4/26/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 042723; DATE: 4/27/2023 | 73.88 |
| 04/28/23 | TAXI - 4/26/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 042723; DATE: 4/27/2023 | 73.48 |
| 04/28/23 | TAXI - 4/26/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 042723; DATE: | 90.60 |

**BR**

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS          Invoice 6958895
RE: COSTS                                                                  Page 20
May 10, 2023

| Date | Description | Value |
|------|-------------|------:|
|  | 4/27/2023 |  |
| 04/28/23 | TAXI - 4/26/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 042723; DATE: 4/27/2023 | 54.00 |
| 04/28/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
|  | **Total Costs** | **82,419.61** |

## COST SUMMARY

| Description | Value |
|-------------|------:|
| FILING FEE | 140.00 |
| CONSULTING | 25,000.00 |
| MEALS | 1,017.97 |
| OUTSIDE COPIES | 4,451.72 |
| TRANSCRIPTS | 7,112.45 |
| TRAVEL AGENT FEE | 903.90 |
| TRAIN TRAVEL | 2,570.00 |
| MESSENGER SERVICES | 15.75 |
| AIRFARE | 4,977.50 |
| TAXI | 1,471.56 |
| HOTEL | 12,878.17 |
| MESSENGER | 20.00 |
| OVERNIGHT DELIVERY | 35.96 |
| LEXIS | 1,298.35 |
| PROFESSIONAL SERVICES | 7,500.00 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 11,608.28 |
| PACER | 123.90 |
| COPIES | 1,055.20 |
| **Total Costs** | **82,419.61** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6958895 |
| Date | May 10, 2023 |
| Client | 039246 |

RE: COSTS



Remittance

**Balance Due:  $82,419.61**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number: ▮▮▮▮▮▮
SWIFT Code: ▮▮▮▮▮▮

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: ▮▮▮▮▮