DocuSign Envelope ID: 19382768-B690-42C3-9DDA-E5D4ADB94BFD



United States Bankruptcy Court
District of New Jersey

In re BlockFi Inc., *et al.*                                   Case No. 22-19361

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Luis Rebelo** | **SHZ Aviation LLC** |
| 15 Rue Munchen-Tesch<br>L-2173 Luxembourg<br>Luxembourg | 3 Columbus Circle<br>New York, NY 10019<br>zikislav@gmail.com |
| lmgrebelo@gmail.com | |

**Schedule F Claim #**   4946372

**Schedule F Claim #**   5105003

**Any rights/claims owned by creditor holding unique user ID:** 8986-3325-8926-4147

**Transferred Claim Amount**  as detailed on Schedule F

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

DocuSigned by:
*Ziki Slav*
9932D83BB7464E3...
Transferee

04/19/2023
Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of New Jersey

**Luis Rebelo,** for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, has unconditionally and irrevocably sold, transferred and assigned to **SHZ Aviation LLC**, its successors and assigns, all right, title and interest in and to the claim(s) identified below, against **BlockFi Inc.,** *et al.*

| Schedule F Claim # | Claim Amount |
|---|---|
| 4946372 | $0.24 |
| 5105003 | $11.08 |

**Any rights/claims owned by creditor holding unique user ID:** 8986-3325-8926-4147

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: 04/20/2023

Buyer: SHZ Aviation LLC                    Seller: Luis Rebelo

DocuSigned by:                              DocuSigned by:
*Ziki Slav*                                 *Luis Rebelo*
9932D83BB7464E3...                          1FE182D1F11D46A...

Name: Ziki Slav                             Name: Luis Rebelo



# KROLL

## Creditor Data Details - Claim # 905

13/02/2023, 22:39    https://restructuring.ra.kroll.com/blockfi/Home-ClaimDetails?id=NDA2OTQyNA==

| Claim Nature | Total |
| --- | --- |
| Schedule Amount | $0.00 |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | $6,476.26 |
| C* | |
| U* | |
| F* | |
| Current Claim Value | $6,476.26 |
| Claim Status | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

# KROLL

## Creditor Information - Schedule # 4946372

**Creditor**
Name on file
Address on file

**Debtor Name**
BlockFi International Ltd.
**Date Filed**
n/a

**Claim Number**
n/a
**Schedule Number**
4946372

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
| --- | --- | --- | --- | --- | --- | --- |
| General Unsecured | $0.24 | | | | $0.24 | Scheduled |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.24 | | | | $0.24 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

# KROLL

## Creditor Information - Schedule # 5105003

**Creditor**
Name on file
Address on file

**Debtor Name**
BlockFi International Ltd.
**Date Filed**
n/a

**Claim Number**
n/a
**Schedule Number**
5105003

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
| --- | --- | --- | --- | --- | --- | --- |
| General Unsecured | $11.08 | | | | $11.08 | Scheduled |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $11.08 | | | | $11.08 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign