Search Twitter

**BlockFi** @BlockFi · 11h
Earlier today, we filed our disclosure statement with the Court. This is an important step forward in our chapter 11 cases toward our goal of maximizing recoveries for our clients:
restructuring.ra.kroll.com/blockfi/Home-D…

💬 1    🔁 19    ♡ 59    📊 27.1K    ⬆️

**BlockFi** @BlockFi · 11h
The purpose of the disclosure statement is to provide clients with the information that they need to make an informed decision about whether to vote to accept our plan.

💬 1    🔁    ♡ 6    📊 3,235    ⬆️

**BlockFi** @BlockFi · 11h
We believe that our Plan is the fastest way for clients to receive the highest recovery of digital assets and conclude the chapter 11 cases as quickly as possible.

💬 1    🔁    ♡ 5    📊 3,095    ⬆️

**BlockFi** @BlockFi · 11h
While we encourage clients to read the full disclosure statement, here are a few important features:

💬 1    🔁    ♡ 4    📊 5,067    ⬆️

**BlockFi** @BlockFi · 11h
Projected Recoveries: The disclosure statement contains a table of projected recoveries for each class of claims. While recoveries will be based on a number of factors, the largest driver of higher recoveries are our claims against Alameda and FTX.

💬 1    🔁 1    ♡ 5    📊 5,298    ⬆️

**BlockFi** @BlockFi · 11h
Timing of Distributions: After the initial distribution of assets, BlockFi will continue pursuing claims and causes of action against Alameda and FTX, among other commercial counterparties.

💬 1    🔁    ♡ 5    📊 3,326    ⬆️

**BlockFi** @BlockFi · 11h
Wallet Clients: The plan provides for the return of non-estate digital assets held in client wallet accounts in connection with the Wallet Program in full, subject to applicable set offs.

💬 1    🔁 2    ♡ 11    📊 3,748    ⬆️

**BlockFi** @BlockFi · 11h
Client Releases: Clients will receive a release from BlockFi for any clawback claims that could be brought against them, including for transfers made prior to the Platform Pause on November 10, 2022.

💬 1    🔁 2    ♡ 8    📊 3,499    ⬆️

**BlockFi** @BlockFi · 11h
As a next step in our process, we will be presenting our disclosure statement to the Court on June 20, 2023, for approval. We will have additional information to share about the voting process upon approval of our disclosure statement by the Court.

💬 1    🔁    ♡ 5    📊 3,154    ⬆️

**BlockFi** @BlockFi · 11h

**Don't miss what's happening**
People on Twitter are the first to know.

[Log in]   [Sign up]



5/13/23, 7:45 AM                                    BlockFi on Twitter: "https://t.co/tcoc6LA5T1oivfZ

← Thread

**BlockFi** @BlockFi · 11h
Information regarding our cases, including Court documents and claim information, can be found by visiting BlockFi's claims agent, Kroll, at restructuring.ra.kroll.com/blockfi.

💬     🔁     ♡ 8     📊 9,619     📤

**BlockFi**
@BlockFi

[BlockFi logo image]

blockfi.com
**Chapter 11 Disclosure Statement FAQs**
BlockFi is trusted by over 1 million customers to build and manage their crypto portfolio.

1:42 AM · May 13, 2023 · **4,157** Views

**3** Likes

💬     🔁     ♡     🔖     📤

**Who can reply?**
People @BlockFi mentioned can reply

## See what's happening

Join Twitter to get the full story with all the live commentary.

**Log in**

**Sign up**

### New to Twitter?

Sign up now to get your own personalized timeline!

**G  Sign up with Google**

**  Sign up with Apple**

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

**BlockFi**
@BlockFi                **Follow**

Do more with your crypto - Buy, Sell, Trade, and Earn. Private Client: @BlockFi_PC Institutional: @BlockFi_Insti Need help? Tweet us at @BlockFiSupport

### What's happening

NHL · Last night
**Panthers at Maple Leafs**

Trending in United States
**#OpepeBsc**

Entertainment · Trending
**Meagan**
1,501 Tweets

Trending in United States
**#GenshinSpecialProgram**

**Don't miss what's happening**        **Log in**   **Sign up**
People on Twitter are the first to know.

https://twitter.com/BlockFi/status/1657259997858758656?cxt=HHwWgICwjYDM4v8tAAAA                                    2/3

Show more

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up