| | |
|---|---|
| **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq. (NJ Bar No. 014321986)<br>Warren A. Usatine, Esq. (NJ Bar No. 025881995)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Kenric D. Kattner, Esq. (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>kenric.kattner@haynesboone.com |
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Christine A. Okike, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br>jsussberg@kirkland.com<br>christine.okike@kirkland.com | *Attorneys for Debtors and*<br>*Debtors in Possession* |
| *Attorneys for Debtors and*<br>*Debtors in Possession* | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

## NOTICE OF HEARING ON INTERIM COMPENSATION APPLICATIONS

**PLEASE TAKE NOTICE** that on May 15, 2023, the following applications (collectively, the "First Interim Compensation Applications") were filed seeking payment of fees for services rendered and expenses incurred for the period November 28, 2022 through and including March 31, 2023:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

| APPLICANT and APPLICATION | FEES | EXPENSES |
|---|---|---|
| Cole Schotz P.C., Co-Counsel to the Debtors<br><br>First Interim Compensation Application<br>[Docket No. 888] | $498,264.25 | $5,752.85 |
| Kroll Restructuring Administration LLC, *Administrative Advisor* to the Debtors<br><br>First Interim Compensation Application<br>[Docket No. 893] | $20,302.25 | n/a |
| Haynes and Boone, LLP, Co-Counsel Counsel to the Debtors<br><br>First Interim Compensation Application<br>[Docket No. 894] | $5,947,082.91 | $103,221.45 |
| Moelis & Company LLC, Investment Banker, Capital Markets Advisor and Financial Advisor to the Debtors<br><br>First Interim Compensation Application<br>[Docket No. 897] | $2,896,250.00 | $57,941.46 |
| Kirkland & Ellis LLP and<br>Kirkland & Ellis International LLP, Co-Counsel to the Debtors<br><br>First Interim Compensation Application<br>[Docket No. 898] | $8,324,451.50 | $281,026,91 |

**PLEASE TAKE FURTHER NOTICE** that a hearing on the First Interim Compensation Applications will be held on the September 2023 omnibus date before the Honorable Michael B. Kaplan, U.S.B.J., at the United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Courtroom #8, Trenton, N.J. 08608. Attendance by creditors is welcome, but not required.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Interim Compensation Applications may be obtained at no charge at https://restructuring.ra.kroll.com/blockfi/Home-

DocketInfo or via PACER at the http://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that, except as set forth in any order granting that certain *Application in Lieu of Motion in Support of Entry of Order Appointing an Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 854], parties that wish to object to the First Interim Compensation Applications must file an objection on or before **May 29, 2023 at 5:00 p.m.** Objections must be filed with the Court and served on the applicant and all other interested parties.

| | |
|---|---|
| Dated: May 15, 2023 | /s/ *Michael D. Sirota* |
| | **COLE SCHOTZ P.C.** |
| | Michael D. Sirota, Esq. (NJ Bar No. 014321986) |
| | Warren A. Usatine, Esq. (NJ Bar No. 025881995) |
| | Court Plaza North, 25 Main Street |
| | Hackensack, New Jersey 07601 |
| | (201) 489-3000 |
| | msirota@coleschotz.com |
| | wusatine@coleschotz.com |
| | |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| | Christine A. Okike, P.C. (admitted *pro hac vice*) |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | (212) 446-4800 |
| | jsussberg@kirkland.com |
| | christine.okike@kirkland.com |
| | |
| | **HAYNES AND BOONE, LLP** |
| | Richard S. Kanowitz, Esq. (NJ Bar No. 047911992) |
| | Kenric D. Kattner, Esq. (admitted *pro hac vice*) |
| | 30 Rockefeller Plaza, 26th Floor |
| | New York, New York 10112 |
| | (212) 659-7300 |
| | richard.kanowitz@haynesboone.com |
| | kenric.kattner@haynesboone.com |
| | |
| | *Attorneys for Debtors and Debtors in Possession* |

65365/0001-45368756v1