UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:
BlockFi Inc.

Case No.: 22-19361

Chapter: 11

Judge: MBK

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____Matthew Gordon_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Andrew P. Marks, Esq.
Dorf & Nelson LLP
The International Corporate Center
555 Theodore Fremd Avenue
Rye, NY 10580

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: April 6, 2023

_____
Signature

*new.8/1/15*