Andrew P. Marks, Esq.
Dorf & Nelson LLP
555 Theodore Fremd Avenue
Rye, NY 10580
Tel.: (914) 381-7600
Fax: (914) 381-7608
Email: amarks@dorflaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------x
In Re:

 BlockFi Inc.

                    Debtor.
-----------------------------------------------------------------x

Case No.: 22-19361-MBK

Chapter 11

## ATTORNEY CERTIFIED STATEMENT

I, Andrew P. Marks, Esq., being duly sworn, deposes and says under the penalties of perjury as follows:

1.     I am a partner of Dorf & Nelson LLP, attorneys for a creditor Matthew Gordon in this jointly administered case.  Matthew Gordon is also a creditor in the BlockFi Lending LLC (Case No. 22-19365) as well as BlockFi Wallet LLC (Case No. 22-19366).

2.     I was duly licensed and admitted to practice as an Attorney and Counselor at Law in the State of New Jersey in 1993 and am a member in good standing.  I was also duly admitted to practice in the U.S. District Court for the District of New Jersey in 1993, and am in good standing in that court as well.

3.     I submit this application as local counsel in support of the application for admission *Pro Hac Vice* of Aaron Weissberg, Esq., an associate of our firm.

4.     As indicated in the certification of Aaron Weissberg, he was duly licensed and admitted to practice as an Attorney and Counselor at Law in all courts of the State of New York

on January 13, 1999, and is a member in good standing. Aaron Weissberg was also admitted to the U.S. District Court for the Southern District of New York on February 4, 1999 and was admitted to the U.S. District Court for the Eastern District of New York on February 3, 1999 and is a member in good standing in those courts as well.

5. Submitted with this application is a proposed Order.

6. No prior application has been made to this Court for the relief sought herein.

WHEREFORE, it is respectfully requested that Aaron Weissberg be admitted in this jointly administered case, *Pro Hac Vice*.

Dated: Rye, New York
April 6, 2023

_____
Andrew P. Marks, Esq.

2