Aaron Weissberg, Esq.
Dorf & Nelson LLP
555 Theodore Fremd Avenue
Rye, NY 10580
Tel.: (914) 381-7600
Fax: (914) 381-7608
Email: aweissberg@dorflaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------------x
In Re:

  BlockFi Inc.

                                    Debtor.

Case No.: 22-19361-MBK

Chapter 11

----------------------------------------------------------------x

## ATTORNEY CERTIFIED STATEMENT

I, Aaron Weissberg, Esq., being duly sworn, deposes and says under the penalties of perjury as follows:

1. I am an associate of Dorf & Nelson LLP, attorneys for creditor Matthew Gordon in this jointly administered case. Matthew Gordon is also a creditor in the BlockFi Lending LLC (Case No. 22-19365) as well as BlockFi Wallet LLC (Case No. 22-19366).

2. This certification is submitted in support of my application for admission *Pro Hac Vice*.

3. I was duly licensed and admitted to practice as an Attorney and Counselor at Law in all courts of the State of New York on January 13, 1999, and am a member in good standing. I was also admitted to the U.S. District Court for the Southern District of New York on February 4, 1999 and was admitted to the U.S. District Court for the Eastern District of New York on February 3, 1999 and am a member in good standing in those courts as well.

4. There is no disciplinary proceeding pending against me, and no discipline has ever been imposed against me.

1

2

      5.      No prior application has been made to this court for the relief sought herein.

WHEREFORE, it is respectfully requested that I, Aaron Weissberg, be admitted in this jointly administered case, *Pro Hac Vice*.

Dated: Rye, New York
       April 6, 2023

_____
Aaron Weissberg, Esq.

2