Andrew P. Marks, Esq.
Dorf & Nelson LLP
555 Theodore Fremd Avenue
Rye, NY 10580
Tel.: (914) 381-7600
Fax: (914) 381-7608
Email: amarks@dorflaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------x

In Re:

BlockFi Inc.

                           Debtor.
-------------------------------------------------------------------x

Case No. 22-19361-MBK

Chapter 11

**STATE OF NEW YORK**

**COUNTY OF WESTCHESTER**   } ss.:

     Aaron Weissberg, Esq., an attorney admitted to the practice of law before the various Courts of the State of New York, hereby affirms, pursuant to the F.R.C.P., under penalty of perjury, the following to be true:

     I hereby certify that on May 16, 2023, the following documents were filed electronically with the Clerk of Court using CM/ECF system:

1. **Notice of Appearance;**
2. **Attorney Certified Statement of Aaron Weissberg;**
3. **Attorney Certified Statement of Andrew P. Marks; and**
4. **Order for Admission Pro Hac Vice.**

Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System:

Richard Kanowitz
Haynes and Boone, LLP
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
*Attorneys for Debtor*

Lauren Bielskie
DOJ-Ust
One Newark Center. Suite 2100
Newark, NJ 07102
*Attorneys for U.S Trustee*

David J. Adler
McCarter & English, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
*Attorneys for Creditor Committee*

DATED:    Rye, New York
          May 16, 2023

_____
Aaron Weissberg