

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536 fax

New York
—
Delaware
—
Maryland
—
Texas
—
Florida

Felice R. Yudkin
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6261
Writer's Direct Fax: 201.678.6261
Writer's E-Mail: FYudkin@coleschotz.com

May 17, 2023

*Via CM/ECF*
Honorable Michael B. Kaplan, Chief Judge
United States Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

Re:   *In re BlockFi, Inc., et al.*, Case No. 22-19361 (MBK) (Jointly Administered)
      Scheduling of Hearing on Claims Objections

Dear Chief Judge Kaplan,

    This firm represents BlockFi, Inc. and its affiliated debtors in possession (collectively, the "Debtors") in the above-referenced chapter 11 cases (the "Chapter 11 Cases"). In anticipation of prosecuting the *First Amended Joint Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 875] later this summer, the Debtors plan to file objections to certain proofs of claim that have been filed in the Chapter 11 Cases. The Debtors would like to set those objections for a hearing on June 26, 2023 at 2:00 p.m. Please advise if the Court is available at that time for a hearing.

    As always, we thank the Court for its time and attention to the Chapter 11 Cases. If Your Honor has any questions, please do not hesitate to contact me.

Very truly yours,

COLE SCHOTZ P.C.

*/s/ Felice R. Yudkin*

Felice R. Yudkin

coleschotz.com

65365/0001-45385963v1