## **EXHIBIT A**

Certification of Jeffrey Traurig
In Support of Application for Retention of Traurig Law LLC
as Counsel to the Fee Examiner

**Traurig Law LLC**
Jeffrey M. Traurig, Esq. (NJ Bar No. 048051996)
One University Plaza, Ste. 124
Hackensack, NJ 07601
(646) 974-8650
jtraurig@trauriglaw.com

*Proposed Counsel for the Fee Examiner*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., et al.,[1]<br><br><br>                                  Debtors. | Case No. 22-19361 (MBK)<br><br>Judge Michael B. Kaplan<br><br>Chapter 11<br><br>(Jointly Administered) |

### CERTIFICATION OF JEFFREY TRAURIG IN SUPPORT OF APPLICATION FOR RETENTION OF TRAURIG LAW LLC AS COUNSEL TO THE FEE EXAMINER

I, Jeffrey Traurig, being of full age, certify as follows:

1.      Traurig Law LLC ("Traurig Law") is seeking authorization to be retained as counsel to Elise S. Frejka (the "Fee Examiner") in the Chapter 11 Cases of BlockFi Inc. and its affiliated debtors (collectively, the "Debtors"), and I make this certification in support of the *Application for Retention of Traurig Law LLC as Counsel to the Fee Examiner* (the "Application").

2.      My professional credentials include a member of the bars of the State of New Jersey, Michigan and New York since 1997. I also am admitted to practice before the Districts Courts for the District of New Jersey, the Eastern and Southern Districts of New York and the Eastern District of Michigan.

3.      I am the sole member of Traurig Law LLC, which maintains its principal office at

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

One University Plaza, Suite 124, Hackensack, New Jersey. Traurig Law was formed in 2020.

4.    Traurig Law previously has served as local counsel to the fee examiner in *LTL Management LLC*, Case No. 21-30589 (Bankr. D.N.J.).

5.    The proposed arrangement for compensation, including hourly rates, if applicable, is as follows:

> The Fee Examiner, subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and further orders of the Court, proposes to have the Debtor's estate compensate Traurig Law at Traurig Law's regular hourly rates for legal and non-legal personnel and to reimburse Traurig Law for all reasonable and necessary expenses under the standards set forth in 11 U.S.C. §§ 330 and 331, as well as the Guidelines. The primary attorney at Traurig Law is Jeffrey Traurig and his hourly rate is $450 per hour. In the normal course of business, from time to time, Traurig Law may revise the regular hourly rates, provided, however, Traurig Law will provide at least ten (10) days advance notice of the revised regular hourly rates to counsel to the Fee Examiner, the Debtors, the U.S. Trustee, and counsel to any official committees appointed in these cases.
>
> It is the Traurig Law's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telecopier and other charges, mail and express mail charge, special or hand delivery charges, document processing, photocopying charges, courier services, overnight delivery services, docket and court filing fees, travel expenses, expenses for working meals, computerized research, and transcription costs. Traurig Law believes that these expenses should fairly be charged to the clients incurring them rather than to increase the hourly rates and spread the expenses among clients. In addition, Traurig Law has advised the Fee Examiner that it intends to seek compensation for all time and expenses associated with its retention as a professional, including the preparation of the retention application, this Certification, and related documents, as well as any monthly fee statements or interim or final fee applications.
>
> Other than as set forth herein, there is no proposed arrangement to compensate Traurig Law. No promises have been received by Traurig, or any member or attorney of Traurig Law, as to compensation in connection with this Case other than in accordance with the provisions of the Bankruptcy Code.
>
> Other than its regular compensation and disbursements in the ordinary course of business of Traurig and under Traurig Law's Limited Liability Company Agreement, no agreement or understanding exists between Traurig Law or anyone else as to compensation or disbursement in connection with this Chapter 11 case.

2

       Other than Traurig Law's Limited Liability Company Agreement, there is no agreement with any entity to share with such entity any compensation received by Traurig from this Chapter 11 case.

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

6.    To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☐ None

    ☒ Describe connection: See No. 7 below.

7.    To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☐ None

    ☒ Describe Connection:

To the best of my knowledge, neither I nor Traurig has any connection to the Debtors, its creditors, any other potential party in interest set forth on the lists (the "Lists") provided to me by the Fee Examiner from Debtors' counsel, except to the extent set forth in this declaration. The Lists included more than 1750 names of persons and entities, including, among others, professionals, significant vendors, notice of appearance parties, committee members, US Trustee personnel, Judges and Court contacts for the District of New Jersey

To the best of my knowledge, information and belief, the following statements are true:

    (a) Traurig Law and I are "disinterested persons" under section 101(14) and 327 of the Bankruptcy Code;

    (b) Neither Traurig Law nor I:

        i.  is a creditor, an equity security holder, or an insider of the Debtors;

        ii.  within the two (2) years before the date of the filing of the Debtors' petition, served as a director, officer, or employee of the Debtors; or

        iii.  has an interest materially adverse to the interests of the Debtors' estates or to any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or

3

       for any other reason.

(c) Neither Traurig Law nor I is related to or has any connections with any Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), the United States Trustee (Region 3), or any person employed by the Office of the United States Trustee (Region 3), other than communications and appearances in unrelated cases.

(d) Except as otherwise disclosed herein, neither Traurig Law nor I (i) hold or represents an adverse interest in connection the Debtors' cases; (ii) holds or represents an interest adverse to the interests of the Debtors' estates; or (iii) has any other connection with the Debtors, its creditors, any other party in interest, or, where identified, their respective attorneys;

(e) Neither Traurig nor I (i) have represented the Debtors or any Interested Party (as that term is defined below) in connection with the Debtors' chapter 11 cases; or (ii) represents the Debtors or any of the Interested Parties in any matter at the present time;

(f) If Traurig Law or I subsequently learns that Traurig or I have a relationship with, or has represented, a party in interest in these cases, I will supplement this declaration immediately and promptly notify the United States Trustee;

(g) If Traurig Law is retained by the Fee Examiner and the retention is approved by the Court, neither I nor Traurig Law will represent any client other than the Fee Examiner in connection with this case; and

(h) Neither Traurig Law nor I have agreed to share any compensation or reimbursement received in connection with the Debtors' cases with another person, except as expressly authorized by 11 U.S.C. § 504(b)(1).

Out of an abundance of caution, the following disclosures are being made in this and following paragraphs.

Prior to forming Traurig Law, I may have represented and, in the future may represent entities that are claimants of the Debtors in matters unrelated to the matters with respect to which Traurig Law is to be engaged.

In addition, Traurig Law appears, and I have been employed by firms or appeared, in cases, proceedings, and transactions involving different attorneys, mediators, financial consultants and investment bankers, some of which are now and may in the future represent the Debtors, claimants or other parties-in-interest in the Debtors' chapter 11 cases. From time to time, Traurig Law will review its disclosures in this Case and in the event that additional material connections are discovered, Traurig will disclose such information to the Court on notice to parties-in-interest and the United States Trustee.

4

Neither I nor Traurig Law, as far as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which Traurig Law is to be engaged.

8.  To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒ do not hold an adverse interest to the estate.

☒ do not represent an adverse interest to the estate.

☒ are disinterested under 11 U.S.C. § 101(14).

☐ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other. Explain: _____.

9.  If the professional is an auctioneer,

The following are my qualifications and experience with the liquidation or sale of similar property: N/A

b.  The proposed method of calculation of my compensation, including rates and formulas, is: N/A

Pursuant to D.N.J. 2014-2, I ☐ do   or   ☐ do not request a waiver of the requirements of D. N. J. LBR 2016-1.

c.  The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: N/A

d.  Have you, or a principal of your firm, been convicted of a criminal offense?

☐ No      ☐ Yes (explain below)

e.  I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

5

10. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: N/A

I certify under penalty of perjury that the above information is true.

Date: May 17, 2023

/s/ Jeffrey Traurig
Jeffrey Traurig
TRAURIG LAW LLC
One University Plaza, Suite 124
Hackensack, NJ 07601
Tel: (646) 974-8650
E-mail: jtraurig@traurig law.com