# Exhibit "B"

**Case No: 22-19361**
**Case Name: BlockFi Inc.**
**M3 Advisory Partners, LP**
**Fee Application Period: March 1 2023 - March 31 2023**

### Exhibit B - Summary of Expenses by Category

| Description | Total |
|---|---:|
| Taxi/Car Service | $408.17 |
| Air Travel | $626.70 |
| Hotels | $228.40 |
| Business Meals | $266.13 |
| Conference calls | $92.56 |
| **Total (a)** | **$1,621.96** |

**Note:**

(a) Total amounts are based on M3's expense reporting system as of the date of this Monthly Report and may not be reflective of all expenses incurred during the Reporting Period. As such, future monthly reports may include expenses incurred during the Reporting Period.

| Date | Amount | Category | Payer | Notes |
|---|---|---|---|---|
| 3/1/2023 | $28.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 3/4/2023 | $22.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 3/7/2023 | $25.95 | Business Meals | Brennan Lytle | Business Meals: Local Working Dinner |
| 3/8/2023 | $28.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 3/8/2023 | $30.00 | Business Meals | Brennan Lytle | Business Meals: Local Working Dinner |
| 3/8/2023 | $18.65 | Taxi/Car Service | Brennan Lytle | Late night car home from office |
| 3/10/2023 | $13.97 | Taxi/Car Service | Brennan Lytle | Late night car home from office |
| 3/15/2023 | $28.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 3/16/2023 | $30.00 | Business Meals | Brennan Lytle | Business Meals: Local Working Dinner |
| 3/17/2023 | $183.90 | Air Travel | Matthew Manning | One-way flight New York to Boston following deposition |
| 3/17/2023 | $48.42 | Taxi/Car Service | Matthew Manning | Car from airport |
| 3/17/2023 | $53.52 | Taxi/Car Service | Matthew Manning | Car from Kirkland offices in New York to airport |
| 3/20/2023 | $41.65 | Taxi/Car Service | Matthew Manning | Car to airport |
| 3/20/2023 | $50.89 | Taxi/Car Service | Matthew Manning | Car from airport in New York to hotel for deposition |

| Date | Amount | Category | Payer | Notes |
|---|---|---|---|---|
| 3/21/2023 | $16.56 | Business Meals | Brennan Lytle | Business Meals: Local Working Dinner |
| 3/21/2023 | $228.40 | Hotels | Matthew Manning | One night hotel New York for deposition |
| 3/21/2023 | $17.99 | Taxi/Car Service | Matthew Manning | Car hotel to Kirkland offices for deposition |
| 3/22/2023 | $17.12 | Taxi/Car Service | Brennan Lytle | Late night car home from office |
| 3/23/2023 | $442.80 | Air Travel | Matthew Manning | Round-trip Boston to New York for depositions |
| 3/23/2023 | $16.95 | Taxi/Car Service | Matthew Manning | Car hotel to Kirkland offices for deposition |
| 3/23/2023 | $56.91 | Taxi/Car Service | Matthew Manning | Car from Kirkland offices in New York to airport |
| 3/23/2023 | $51.23 | Taxi/Car Service | Matthew Manning | Car from airport |
| 3/28/2023 | $29.68 | Business Meals | Brennan Lytle | Business Meals: Local Working Dinner |
| 3/29/2023 | $27.94 | Business Meals | Brennan Lytle | Business Meals: Local Working Dinner |
| 3/29/2023 | $20.87 | Taxi/Car Service | Brennan Lytle | Business Meals: Local Working Dinner |
| 3/31/2023 | $92.56 | Conference calls | M3 Team | Conference call system |
| **Total** | **$1,621.96** | | | |