UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**DAY PITNEY LLP**
One Jefferson Road
Parsippany, New Jersey 07054-2891
(973) 966-6300
Attorneys for Creditor/Party in Interest
Zachary Lee Prince

In re:

BLOCKFI INC., et al.

        Debtors.

Chapter 11

Case No. 22-19361-MBK

(Jointly Administered)

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters an appearance in these proceedings on behalf of **Zachary Lee Prince ("Mr. Prince")**, a party in interest, and that, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, the undersigned respectfully demands that all notices given or required to be given be served upon the office, address and e-mail address set forth below:

        Stephen R. Catanzaro
        Day Pitney LLP
        One Jefferson Road
        Parsippany, NJ 07054
        Telephone: (973) 966-8205
        Facsimile: (973) 840-2156
        E-mail: scatanzaro@daypitney.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, orders and notices of any

- 1 -

114995732.1

application, motions, petitions, pleadings, request, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, facsimile, email, telephone, telegraph, telex or otherwise, which affects the Debtors and/or their property and Mr. Prince and/or his property.

**PLEASE TAKE FURTHER NOTICE** that Mr. Prince does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which he may be entitled including, but not limited to: (i) his right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) his right to trial by jury in any proceeding related to this case, or any right to arbitration; (iii) his right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which he may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments he expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process under Rule 4, Fed. R. Civ. P., or Bankruptcy Rule 7004, nor shall it result in the undersigned counsel being deemed to be the agent of Mr. Prince for such purpose.

Dated at Parsippany, New Jersey, this 24th day of May, 2023.

ZACHARY LEE PRINCE

*/s/ Stephen R. Catanzaro*
Stephen R. Catanzaro
Day Pitney LLP
One Jefferson Road
Parsippany, NJ 07054
Telephone: (973) 966-8205
Facsimile: (973) 840-2156
E-mail: scatanzaro@daypitney.com

- 2 -

114995732.1

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on May 24, 2023, a copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            */s/ Stephen R. Catanzaro*
                                            STEPHEN R. CATANZARO