UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**DAY PITNEY LLP**
One Jefferson Road
Parsippany, New Jersey 07054-2891
(973) 966-6300
Attorneys for Creditor/Party in Interest
Zachary Lee Prince

In re:

BLOCKFI INC., et al.

        Debtors.

Chapter 11

Case No. 22-19361-MBK

(Jointly Administered)

**APPLICATION FOR THE ADMISSION OF JOSHUA W. COHEN, ESQ.
*PRO HAC VICE* AS COUNSEL FOR ZACHARY LEE PRINCE**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 78, D.N.J. L. Civ. R. 101.1, and D.N.J. LBR 9010-1, the undersigned hereby applies to this Court for an Order for admission permitting Joshua W. Cohen, Esq., of the law firm of Day Pitney LLP, to practice *pro hac vice* as counsel for Zachary Lee Prince, a creditor and party in interest, in the above-captioned action.

The undersigned shall rely upon the attached Certifications of Joshua W. Cohen, Esq. and Stephen R. Catanzaro, and proposed form of order in support of this application.

Dated: May 24, 2023

                                      DAY PITNEY LLP
                                      One Jefferson Road
                                      Parsippany, NJ 07054
                                      Attorneys for Zachary Lee Prince

                            By:    */s/ Stephen R. Catanzaro*
                                  Stephen R. Catanzaro

114995733.1