| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**DAY PITNEY LLP**<br>One Jefferson Road<br>Parsippany, New Jersey 07054-2891<br>(973) 966-6300<br>Attorneys for Party in Interest<br>Zachary Lee Prince | |
|---|---|
| In re:<br><br>BLOCKFI INC., et al.<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-19361-MBK<br><br>(Jointly Administered) |

### CERTIFICATION OF JOSHUA W. COHEN, ESQ. IN SUPPORT OF APPLICATION TO ADMIT COUNSEL *PRO HAC VICE*

I, Joshua W. Cohen, hereby certify as follows:

1. I am an attorney residing in the State of Connecticut and a partner in the law firm of Day Pitney LLP, attorneys for Zachary Lee Prince ("Mr. Prince"), a creditor and party in interest in the above-captioned case.

2. I submit this Certification pursuant to D.N.J. LBR 9010-1 and D.N.J. L. Civ. R. 101.1 in support of Mr. Prince's application seeking my *pro hac vice* admission as his cousnel.

3. I am a member of the Bars of the States of Connecticut (1994) and New York (1997). I am also admitted to the United States District Court for the District of Connecticut (1995), the United States District Court for the Eastern District of New York (2012), the United States District Court for the Southern District of New York (2001), and the United States District Court for the Northern District of Illinois (2000).

4. I am not currently the subject of any disciplinary proceedings, and I have never been the subject of any such proceedings in State or Federal Court.

114995731.1

5. The addresses of the officials or offices maintaining the records of members in good standing of the bars of the jurisdictions to which I am admitted are as follows:

   a. Connecticut: Clerk of the Superior Court, Hartford Judicial District, 95 Washington Street, Hartford, CT 06106

   b. New York: Appellate Division, Third Department, Attorney Admissions, P.O. Box 7350, Capitol Station, Albany, NY 12224

   c. United States District Court for the District of Connecticut: Dinah Milton Kinney, Clerk, U.S. District Court, 450 Main Street, Hartford, CT 06103

   d. United States District Court for the Eastern District of New York: United States District Court, 225 Cadman Plaza East, Brooklyn, NY 11201

   e. United States District Court for the Southern District of New York: United States District Court, Attention: Attorney Services, Southern District of New York, 500 Pearl Street, New York, NY 10007

   f. United States District Court for the Northern District of Illinois: Attorney Admissions, United States District Court, 219 S. Dearborn, Room 2050, Chicago, IL 60604

6. I am experienced in bankruptcy practice and am familiar with the Federal Rules of Bankruptcy Procedure.

7. If admitted, I will comply with the Court's Local Rules, including the lawyer's fund and admission fee payment requirements under L. Civ. R. 101.1(c)(2) and (3), respectively.

8. Accordingly, I respectfully request that the Court grant Mr. Prince's application to admit me to the bar of this Court *pro hac vice*.

I hereby certify that the above statements made by me are true. I understand that if any of the above statements made by me are willfully false, I am subject to punishment.

Joshua W. Cohen, Esq.

Dated: May 24, 2023