| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**DAY PITNEY LLP**<br>One Jefferson Road<br>Parsippany, New Jersey 07054-2891<br>(973) 966-6300<br>Attorneys for Creditor/Party in Interest<br>Zachary Lee Prince<br><br>In re:<br><br>BLOCKFI INC., et al.<br><br>           Debtors. | Chapter 11<br><br>Case No. 22-19361-MBK<br><br>(Jointly Administered) |

### CERTIFICATION OF STEPHEN R. CATANZARO, ESQ. IN SUPPORT OF ZACHARY LEE PRINCE'S APPLICATION TO ADMIT JOSHUA W. COHEN, ESQ. *PRO HAC VICE*

1. I am an attorney-at-law in the state of New Jersey and of this Court. I am a senior associate in the law firm of Day Pitney LLP, attorneys for Zachary Lee Prince ("Mr. Prince"), a creditor and party in interest in the above-captioned case.

2. I submit this Certification in support of Mr. Prince's application seeking the *pro hac vice* admission of Joshua W. Cohen, Esq. as his counsel in this matter.

3. Joshua W. Cohen, Esq. is a partner at my law firm, Day Pitney, LLP, resident in our New Haven, Connecticut office. Based upon my knowledge and the Certification submitted by Mr. Cohen, he is a member in good standing of all of the bars to which he has been admitted.

4. I understand that all pleadings, briefs, stipulations and other papers filed with the Court shall be signed by me or another attorney associated with Day Pitney LLP who is a member in good standing of the bar of the State of New Jersey and the United States District Court for the

114995730.1

-2-

District of New Jersey.  In this regard, I have already filed a Notice of Appearance in this matter (*see* ECF No. 983), in accordance with D.N.J. L. Civ. R. 101.1(4) and D.N.J. LBR 9010-1(b)(3).

5.    Accordingly, I respectfully request that the Court grant Mr. Prince's application to permit Joshua W. Cohen, Esq. to practice *pro hac vice* as his counsel in this matter.

I hereby certify that the above statements made by me are true.  I understand that if any of the above statements made by me are willfully false, I am subject to punishment.



*/s/ Stephen R. Catanzaro*
STEPHEN R. CATANZARO

Dated: May 24, 2023