| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**DAY PITNEY LLP**<br>One Jefferson Road<br>Parsippany, New Jersey 07054-2891<br>(973) 966-6300<br>Attorneys for Creditor/Party in Interest<br>Zachary Lee Prince | |
| In re:<br><br>BLOCKFI INC., et al.<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 22-19361-MBK<br><br>(Jointly Administered) |

## CERTIFICATION OF SERVICE

1.　　I, Stephen R. Catanzaro, of the law firm of Day Pitney LLP, attorneys for Zachary Lee Prince ("Mr. Prince"), a creditor and party in interest in the above-captioned case, hereby certify the following:

2.　　On May 24, 2024, I filed the original copy of Mr. Prince's Application For the Admission of Joshua W. Cohen, Esq. *Pro Hac Vice* as Counsel for Mr. Prince (ECF No. 984) via the CM/ECF filing system, which triggered Notice of Electronic Filing (NEF) service to the electronic filers in this action.

　　I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:　May 24, 2023　　　　　　　　　　　　　　　　*/s/ Stephen R. Catanzaro*
　　　　　　　　　　　　　　　　　　　　　　　　　　STEPHEN R. CATANZARO, ESQ.

114995735.1