**EXHIBIT "A"**



## Professional Hours Tracker - April 2023

**Prepared for**: Chapter 11 Cases of BlockFi
**Date Prepared**: 30 Apr 2023

### Hours Summary

| Name | Role | Rate | Data Analysis | Meeting of Creditors | Case Administration | Total (hrs) | Cost |
|---|---|---|---|---|---|---|---|
| Max Galka | Chief Data Scientist, CEO | $1,000 | 0.0 | 0.0 | 0.0 | 0.0 | $0 |
| Alexander Mologoko | Senior Blockchain Expert | $900 | 55.3 | 2.3 | 0.9 | 58.5 | $52,650 |
| Sarah Cox | Data Scientist | $900 | 69.7 | 0.0 | 0.0 | 69.7 | $62,730 |
| Josh Hamilton | Data Scientist | $900 | 2.0 | 0.0 | 0.0 | 2.0 | $1,800 |
| Matt Austin | Vice President | $800 | 0.0 | 0.0 | 15.0 | 15.0 | $12,000 |
| Bryan Young | Vice President | $800 | 0.0 | 0.0 | 0.0 | 0.0 | $0 |
| Robert MacKinnon | Project Manager | $600 | 12.1 | 7.6 | 16.8 | 36.5 | $21,900 |
| Nicholas Shaker | Project Manager | $600 | 0.0 | 2.2 | 0.0 | 2.2 | $1,320 |
| Dan Young | Project Manager | $600 | 0.0 | 0.0 | 1.5 | 1.5 | $900 |
| Umber Kohli | Project Manager | $600 | 0.0 | 0.0 | 24.5 | 24.5 | $14,700 |
| **Labor Totals** | | | **139.1** | **12.1** | **58.7** | **209.9** | **$168,000** |

### Other Expenses

| Description | Cost |
|---|---|
| Amazon Web Services Costs | $26,059.78 |
| Google Cloud Platform | 8,493.38 |
| Google Voice | 55.21 |
| Asana - Project Management | 414.65 |
| Atlassian - Project Management | 65.73 |
| Microsoft 365 Subscriptions | 40.83 |
| Miro | 24.54 |
| Kaiko - Data Subscriptiuon | 4,899.38 |
| Gunderson Dettmer - Legal fees | 7,115.63 |
| Bryan Cave - Legal fees | 1,928.50 |
| **Other Expenses Totals** | **$ 49,097.63** |

| | |
|---|---|
| **April 2023 Grand Total** | **$ 217,097.63** |

| Employee Name | Role |
|---|---|
| Alexander Mologoko | Senior Data Scientist |

### Summary

| Categories | Hours |
|---|---|
| Data Analysis | 55.30 |
| Meeting of Creditors | 2.30 |
| Case Administration | 0.90 |
| **Total** | **58.50** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 4/3/2023 | Monday | 9.3 | Review dataset and perform analysis | Data Analysis |
| 4/4/2023 | Tuesday | 8.3 | Review dataset and perform analysis | Data Analysis |
| 4/5/2023 | Wednesday | 6.7 | Analyze end of Month Balances in All Fireblocks Lending LLC Wallets | Data Analysis |
| 4/6/2023 | Thursday | 0.3 | Attend UCC Weekly Finance Update | Case Administration |
| 4/10/2023 | Monday | 2.3 | Attend weekly BlockFi – UCC Meeting | Meeting of Creditors |
| 4/10/2023 | Monday | 5.7 | Analyze transaction flows between entities analysis | Data Analysis |
| 4/11/2023 | Tuesday | 0.3 | Attend Generic Report of Flows between all entities for M3 call w/ B. MacKinnon | Case Administration |
| 4/11/2023 | Tuesday | 0.5 | Lending LLC Flow of Funds and Rehypothecation of Collateral call w/ S. Cox and B. MacKinnon | Data Analysis |
| 4/11/2023 | Tuesday | 7.2 | Generic Report of Flows between all entities for M3 | Data Analysis |
| 4/12/2023 | Wednesday | 7.9 | Analyzing BlockFi Intercompany Flow of Funds | Data Analysis |
| 4/14/2023 | Thursday | 7.1 | Analyzing BlockFi Intercompany Flow of Funds | Data Analysis |
| 4/17/2023 | Monday | 0.5 | Analyzing argin release discrepancies discussion w/ S. Cox | Data Analysis |
| 4/18/2023 | Tuesday | 0.3 | UCC Final Investigation Report Paragraphs Review w/ B. MacKinnon | Case Administration |
| 4/18/2023 | Tuesday | 2.1 | Analyzing Additional Institutional CIDs Provided by Slade | Data Analysis |

| Employee Name | Role |
|---|---|
| Sarah Cox | Data Scientist |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Data Analysis | 69.70 |
| Meeting of Creditors | 0.00 |
| Case Administration | 0.00 |
| **Total** | **69.70** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 4/3/2023 | Monday | 1.5 | Analyze post-pause trade analysis looking for additional info | Data Analysis |
| 4/3/2023 | Monday | 1.5 | Lending LCC Flow of Funds and Rehypothecation of Collateral Analysis | Data Analysis |
| 4/4/2023 | Tuesday | 4.1 | Lending LCC flow of funds analysis | Data Analysis |
| 4/5/2023 | Wednesday | 3.8 | Lending LCC Flow of Funds and Rehypothecation of Collateral Analysis, loan ordering | Data Analysis |
| 4/6/2023 | Thursday | 1.7 | Lending LCC Flow of Funds and Rehypothecation of Collateral Analysis | Data Analysis |
| 4/10/2023 | Monday | 1.8 | Lending LCC Flow of Funds and Rehypothecation of Collateral Analysis | Data Analysis |
| 4/11/2023 | Tuesday | 4.2 | Lending LCC Flow of Funds and Rehypothecation of Collateral Analysis | Data Analysis |
| 4/12/2023 | Wednesday | 5.5 | Mongo setup and debugging for Lending flow of funds analysis | Data Analysis |
| 4/14/2023 | Thursday | 9.1 | Lending LLC Flow of Funds Analysis data parsing | Data Analysis |
| 4/14/2023 | Friday | 5 | Lending Flow of Funds analyis - Bitcoin outflows analysis | Data Analysis |
| 4/17/2023 | Monday | 6.1 | Lending Flow of Funds analysis - collateral release | Data Analysis |
| 4/18/2023 | Tuesday | 1 | Flow of Funds analysis, separate margin release transactions | Data Analysis |
| 4/18/2023 | Tuesday | 5.8 | Post-pause analysis follow up, breakout by coin | Data Analysis |
| 4/21/2023 | Friday | 7.5 | BTC lendingflow of funds | Data Analysis |
| 4/20/2023 | Thursday | 3.5 | Lending BTC Flow of Funds | Data Analysis |
| 4/25/2023 | Monday | 7.6 | Lending Flow of Funds, rehype time analysis + slides | Data Analysis |

| Employee Name | Role |
|---|---|
| Josh Hamilton | Data Scientist |

### Summary

| Categories | Hours |
|---|---|
| Data Analysis | 2.00 |
| Meeting of Creditors | 0.00 |
| Case Administration | 0.00 |
| **Total** | **2.00** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 4/7/2023 | Friday | 0.5 | Initiate withdraws | Data Analysis |
| 4/10/2023 | Monday | 0.5 | Withdraw processed/Prepared initial findings | Data Analysis |
| 4/21/2023 | Friday | 0.5 | 2nd Deposit - Funding & Deposits made | Data Analysis |
| 4/28/2023 | Friday | 0.5 | Initiate withdraws | Data Analysis |

| Employee Name | Role |
|---|---|
| Matt Austin | Vice President |

### Summary

| Categories | Hours |
|---|---|
| Data Analysis | 0.00 |
| Meeting of Creditors | 0.00 |
| Case Administration | 15.00 |
| **Total** | **15.00** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 4/5/2023 | Wednesday | 1.5 | Reviewing requirements for monthly fee statement cover sheet and statement forms | Case Administration |
| 4/14/2023 | Thursday | 7.5 | Completing monthly fee statement forms and cover sheets for first interim fee application | Case Administration |
| 4/14/2023 | Friday | 3 | Review edits from Genova Burns on monthly fee statements and cover sheets and preprare all materials for Commitee review | Case Administration |
| 4/17/2023 | 4/17/2023 | 1.5 | Correspond with Genova Burns regarding timesheet comments from the UCC | Case Administration |
| 4/28/2023 | Friday | 1.5 | To aggregate reimbursable expenses for monthly billing procedures | Case Administration |

| Employee Name | Role |
|---|---|
| Robert MacKinnon | Project Manager |

### Summary

| Categories | Hours |
|---|---|
| Data Analysis | 12.10 |
| Meeting of Creditors | 7.60 |
| Case Administration | 16.80 |
| **Total** | **36.50** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 4/3/2023 | Monday | 0.4 | GBTC Analysis Review Call w/ Brown Rudnick, M3, McCarter and English | Case Administration |
| 4/3/2023 | Monday | 1.1 | Executive Deposition Outline Review and Feedback | Case Administration |
| 4/6/2023 | Thursday | 0.1 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 4/5/2023 | Thursday | 0.1 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 4/6/2023 | Thursday | 1.8 | Weekly UCC Update Call | Meeting of Creditors |
| 4/6/2023 | Thursday | 1 | Zac Prince External Crypto Holdings Analysis and Reporting to BR +M3 | Data Analysis |
| 4/10/2023 | Monday | 2.3 | UCC + Debtor's Professional Meeting | Meeting of Creditors |
| 4/10/2023 | Monday | 1.6 | Call w/ Brown Rudnick + M3 to discuss Regulatory Landscape and Institutional Loan Book Impact to Business | Case Administration |
| 4/11/2023 | Tuesday | 0.5 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 4/11/2023 | Tuesday | 0.3 | Flow of Funds between all entities analysis prep w/ A. Mologoko | Case Administration |
| 4/11/2023 | Tuesday | 0.5 | Lending LLC Flow of Funds and Rehypothecation of Collateral Review w/ Alex + Sarah | Data Analysis |
| 4/12/2023 | Wednesday | 0.1 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 4/11/2023 | Tuesday | 1 | Jan + Feb Billing Review of hours, reconciling multi-party meetings with Elementus Attendees | Case Administration |
| 4/12/2023 | Wednesday | 0.5 | Sync on Jan + Feb Billing Hours w/ U. Kohli + M. Austin | Case Administration |
| 4/12/2023 | Wednesday | 2.1 | BlockFi Intercompany Flow of Funds Analysis and Review + Troubleshooting of Poor Data Quality Inputs | Data Analysis |
| 4/13/2023 | Thursday | 1.5 | Weekly UCC Update Call w/ Professionals + Commitee Members | Meeting of Creditors |
| 4/13/2023 | Thursday | 0.3 | Weekly Debtor and Committee Financial Advisors Update Call | Case Administration |
| 4/14/2023 | Thursday | 3 | InterCompany Flow of Funds Analysis, Draft Report Generation, and Intitial Proofreading Review with M3 | Data Analysis |
| 4/14/2023 | Friday | 0.4 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 4/17/2023 | Monday | 0.2 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 4/17/2023 | Monday | 1.5 | Compiling InterCo flow of Funds Update Report, Comms to M3 on Report + Outstanding Dilligence Follow Ups | Case Administration |
| 4/17/2023 | Monday | 0.5 | Margin Release Discrepencies discussion w/ S. Cox + A. Mologoko | Data Analysis |
| 4/18/2023 | Tuesday | 0.4 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 4/18/2023 | Tuesday | 2 | Weekly UCC Workstreams Update Call | Meeting of Creditors |
| 4/18/2023 | Tuesday | 0.4 | Call w/ Brown Rudnick Investigative Team + M3 to Sync on Workstreams | Case Administration |
| 4/18/2023 | Tuesday | 0.3 | Post Pause Trades Analysis Sync w/ Sarah | Data Analysis |
| 4/18/2023 | Tuesday | 3.5 | Post-Pause Analaysis Follow-Up Coordination, Review, and additional analysis on transaction detail. Compile report and send to M3 | Data Analysis |
| 4/18/2023 | Tuesday | 0.5 | Update InterCo Flow of Funds report and send out to Brown Rudnick + M3 + Schedule Follow up Debrief on the analysis | Case Administration |
| 4/19/2023 | Tuesday | 2.9 | Initial Read + Review of Investigation Memo, Initial Round of Edits and Sugesstions | Case Administration |
| 4/20/2023 | Thursday | 0.3 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 4/19/2023 | Wednesday | 3.1 | Second Draft Edits of Investigation Memo + Final Draft Review + Send to Brown Rudnick | Case Administration |
| 4/21/2023 | Friday | 0.2 | Daily M3 Diligence Call with M. Manning et al re workstreams | Case Administration |
| 4/21/2023 | Friday | 0.4 | April Billing Review w/ Umber | Case Administration |
| 4/21/2023 | Friday | 0.1 | Review weekly Financial Update Materials from BRG | Case Administration |
| 4/24/2023 | Monday | 0.2 | Daily M3 Dilligence Call | Case Administration |
| 4/24/2023 | Monday | 0.1 | Respond to Dan O'Connel's Email about Trading Account Sales | Case Administration |
| 4/24/2023 | Monday | 0.4 | Lending LLC Collateral Flows Analysis Review w/ Sarah | Data Analysis |
| 4/28/2023 | Friday | 0.1 | Call w/ Brennan at M3 to discuss internal funds movement | Case Administration |
| 4/28/2023 | Friday | 0.8 | BlockFi internal fund movement confirmation and reconciliation | Data Analysis |

| Employee Name | Role |
|---|---|
| Nicholas Shaker | Project Manager |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Data Analysis | 0.00 |
| Meeting of Creditors | 2.20 |
| Case Administration | 0.00 |
| **Total** | **2.20** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 4/25/2023 | Tuesday | 2.2 | UCC Weekly Call | Meeting of Creditors |

| Employee Name | Role |
|---|---|
| Dan Young | Project Manager |

### Summary

| Categories | Hours |
|---|---|
| Data Analysis | 0.00 |
| Meeting of Creditors | 0.00 |
| Case Administration | 1.50 |
| **Total** | **1.50** |

### Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 4/2/2023 | Sunday | 0.5 | Fix Zapier Bug issues for automated time reporting | Case Administration |
| 4/3/2023 | Monday | 0.5 | Test Zapier Integration Fix | Case Administration |
| 4/14/2023 | Friday | 0.5 | Test of billing sheets to determine accuracy | Case Administration |

| Employee Name | Role |
|---|---|
| Umber Kohli | Project Manager |

| Summary | |
|---|---|
| **Categories** | **Hours** |
| Data Analysis | 0.00 |
| Meeting of Creditors | 0.00 |
| Case Administration | 24.50 |
| **Total** | **24.50** |

| Details | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 4/14/2023 | Friday | 0.5 | Test of billing sheets to determine accuracy | Case Administration |
| 4/14/2023 | Friday | 9 | Reconciling billing entries and timelines for Jan-Mar | Case Administration |
| 4/17/2023 | Monday | 8 | Reconciling billing entries and timelines for Jan-Mar | Case Administration |
| 4/18/2023 | Tuesday | 7 | Reconciling billing entries and timelines for Jan-Mar | Case Administration |