**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
(201) 489-1536 Facsimile
msirota@coleschotz.com
wusatine@coleschotz.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted pro hac vice)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted pro hac vice)
Christine A. Okike, P.C. (admitted pro hac vice)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and
Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>BLOCKFI INC., *et al.*,<br>Debtors.[1] | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered) |

**SECOND SUPPLEMENTAL DECLARATION OF MICHAEL D. SIROTA, ESQ. IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

I, MICHAEL D. SIROTA, ESQ. pursuant to 28 U.S.C. § 1746, declare under penalty of perjury:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A)); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1. I am an attorney at law and shareholder of the law firm of Cole Schotz P.C. ("**Cole Schotz**"). Cole Schotz is a law firm of over 170 attorneys, having its principal offices at Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, with other offices in New York, Delaware, Maryland, Texas, and Florida. This Second Supplemental Declaration (the "**Second Supplemental Declaration**") is submitted pursuant to sections 327, 329, and 504 of the Bankruptcy Code, Rule 2014(a) of the Bankruptcy Rules, and Local Rule 2014-1.

2. I submit this Second Supplemental Declaration in support of the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Cole Schotz P.C. as New Jersey Counsel to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 135] (the "**Application**")[2] and the *Order Approving the Employment and Retention of Cole Schotz P.C. as New Jersey Counsel to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 392] (the "**Order**").

3. I am familiar with the matters set forth herein and make this Second Supplemental Declaration to supplement the disclosures set forth in my prior declarations in accordance with Bankruptcy Rules 2014(a) and 2016(b).

4. Cole Schotz has searched its electronic database of representations for connections to parties in interest in these Chapter 11 Cases. Certain connections were disclosed in the prior declarations Cole Schotz submitted in support of the Application. Since the Petition Date, Cole Schotz has updated those conflicts searches and has searched additional parties as Cole Schotz became aware of additional parties in interest in these Chapter 11 Cases. In addition to the entities searched and disclosed in its prior declarations, Cole Schotz searched its electronic database for

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

2

the entities listed on **Schedule 1(a)–1(f)**, attached hereto. The following is a list of the categories that Cole Schotz has searched:

| Schedule | Category |
|---|---|
| 1(a) | Ad Hoc Committee Members |
| 1(b) | Banks |
| 1(c) | Non-Debtor Professionals |
| 1(d) | Notice of Appearance Parties |
| 1(e) | Potential M&A Counterparties |
| 1(f) | Reed Smith Ad Hoc Committee |

5. Separately, pursuant to the Debtors' *Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Retention Applications* [Docket No. 127] (the "**Motion to Seal**"), and to avoid prejudicing the Debtors' sale processes, the Debtors redacted the names of "Potential M&A Counterparties" in each of their prior declarations. On March 24, 2023, the Bankruptcy Court entered an *Order (I) Approving the Sale of Certain of the Debtors' Self-Mining Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (II) Authorizing the Debtors to Enter Into and Perform Their Obligations Under the Asset Purchase Agreement, and (III) Granting Related Relief* [Docket No. 669] authorizing the sale of certain of the Debtors' self-mining assets to U.S. Farms & Mining Opportunity Fund LLC ("**U.S. Farms**").

6. Upon finalizing the sale to U.S. Farms, and the conclusion of the sale process for the Debtors' self-mining assets, the Debtors entered into an agreement with the United States Trustee for the District of New Jersey to unredact certain Potential M&A Counterparties that related solely to the self-mining asset sale process (the "**Unredacted Potential M&A Counterparties**"). **Schedule 1(g)** contains a list of the Unredacted Potential M&A Counterparties. All of the Unredacted Potential M&A Counterparties, with the exception of "Backbone Mining Solutions" and "AP Capital," have been previously subject to conflict searches

3

and disclosure, and are now being unredacted pursuant to an agreement with the United States Trustee.

7. The results of Cole Schotz's conflict searches from the entities included on Schedules 1(a)-(g) are listed on **Schedule 2**.

8. As disclosed on Schedule 2, certain parties in interest in these Chapter 11 Cases are current or former Cole Schotz clients. All current and prior representations of the parties identified on Schedule 2 are in matters unrelated to the Debtors and these Chapter 11 Cases, and Cole Schotz has not represented, nor will Cole Schotz represent, any of these parties or any of their affiliates in any matter related to these Chapter 11 Cases.

9. Of the entities listed on **Schedule 2**, none represented more than 1% of Cole Schotz's revenue for the 2022 calendar year.

10. Accordingly, based on the conflicts search conducted to date, to the best of my knowledge and insofar as I have been able to ascertain, I believe that Cole Schotz is (i) a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (ii) has no connection to the Debtors, their creditors or other parties in interest, except as disclosed in my prior declarations and herein.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on May 24, 2023

*/s/ Michael D. Sirota*
MICHAEL D. SIROTA

## SCHEDULE 1

### List of Schedules

| Schedule | Category |
|---|---|
| 1(a) | Ad Hoc Committee Members |
| 1(b) | Banks |
| 1(c) | Non-Debtor Professionals |
| 1(d) | Notice of Appearance Parties |
| 1(e) | Potential M&A Counterparties |
| 1(f) | Reed Smith Ad Hoc Committee |
| 1(g) | Unredacted Potential M&A Counterparties |

## SCHEDULE 1(a)

AD HOC COMMITTEE MEMBERS

[Confidential]

**SCHEDULE 1(b)**

BANKS

First Citizens Bank
Peapack-Gladstone Bank
Webster Bank

## SCHEDULE 1(c)

NON-DEBTOR PROFESSIONALS

Ansell Grimm & Aaron PC
Stevens & Lee PC
Straffi, Daniel E., Jr., Esq.
Wolf, Rifkin, Shapiro, Schulman & Rabkin LLP

## SCHEDULE 1(d)

NOTICE OF APPEARANCE PARTIES

Teixeira, Rui Pedro Vaz dos Santos
Towards Equilibrium LLC
[Confidential]

## SCHEDULE 1(e)

POTENTIAL M&A COUNTERPARTIES

[Confidential]

## SCHEDULE 1(f)

REED SMITH AD HOC COMMITTEE

BCF 2020 Investments LLC
BMB 2020 Investments LLC
FP Equity Investments LLC
[Confidential]

## SCHEDULE 1(g)

### UNREDACTED POTENTIAL M&A COUNTERPARTIES

AP Capital
Apollo Global Management Inc.
Ares Management Corp.
Aspen Creek Digital Corp.
Atlas Technology Group LLC
Backbone Mining Solutions
Bain Capital LP
Baupost Group LLC, The
Binance US
Binance.com
Bitdeer
BlackRock Inc.
Blackstone Inc.
Blue Owl Capital Inc.
Brevan Howard
Brigade Capital
Castlelake
Centerbridge
Cerberus Capital Management
Chicago Atlantic Group LLC
D.E. Shaw
Davidson Kempner
Disrupt Ventures LLC
Elliott Investment Management
EQT
Fortress Investment Group
Global X Management Co. LLC
GoldenTree Asset Management LP
Hudson Bay Capital Management LP
KKR & Co. Inc.
KryptoVault
Luxor Technologies Inc.
Magnetar Capital LLC
Marathon Digital Holdings Inc.
MaxBoring LLC
Merkle Standard
Morgan Stanley
Oak Hill Capital Management LLC
Oaktree
Redwood Capital Management LLC
Silver Point Capital LP
Sixth Street
SkyBridge Capital

Temasek
Thoma Bravo LP
Thomas H. Lee Partners LP
US Farms & Mining Inc.
Vistra Group

# SCHEDULE 2

## Cole Schotz Disclosures

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Cole Schotz Client | Status of Representation |
|---|---|---|
| Ares Management | Dividend Capital Diversified Property Fund, Inc. | Current Client*† |
| Blackrock | Northern Natural Gas Company | Former Client* |
| Blackstone | Ad Hoc Group of First Lien Lenders of OSG Group Holdings, Inc., et al. | Former Client† |
| Blackstone | Link Logistics | Former Client† |
| EQT | Atwater Capital, LLC | Current Client† |
| Peapack-Gladstone Bank | Peapack-Gladstone Bank | Current Client |

* Cole Schotz has an advance waiver permitting it to appear adverse to those clients marked with one asterisk.

† Cole Schotz has not been able to determine whether the entity searched is related to the referenced Cole Schotz client and is disclosing this potential relationship out of an abundance of caution.