**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BlockFi Inc., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Christine Porter, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 15, 2023, at my direction and under my supervision, employees of Kroll caused the following documents, the applicable proof of claim form(s)[2], with an indiciaton of the debtor, amount, nature and classification of the scheduled claim(s), to be served by the method set forth below on the following clients of the Debtors, whose names, addresses and email addresses are undisclosed due to privacy concerns:

- Cover Letter Regarding Amendment to Certain of Blockfi Inc's Schedules of Assets and Liabilities

- Notice to Creditors Affected by Blockfi Inc.'s Filing of Amendment to Certain of Blockfi Inc's Schedules of Assets and Liabilities

- Order Respecting Amendment to Schedule D, E/F, G or H or List of Creditors [Docket No. 863]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

[2] The Wallet Account Holder Proof of Claim Form (Exhibit 1 to the Bar Date Order; the "***Wallet Form***"), the Interest Bearing Account Holder Proof of Claim Form (Exhibit 2 to the Bar Date Order; the "***Interest Account Form***") and the Loan Account Holder Proof of Claim Form (Exhibit 3 to the Bar Date Order; the "***Loan Account Form***"); Non-Customer Proof of Claim Form (Exhibit 4 to the Bar Date Order; the "***Non Customer Form***")

| Method of Service | Description of Clients Served | Proof of Claim Forms Included | Number of Client(s) Served |
|---|---|---|---|
| First Class Mail | Scheduled (BIA, BIA Interest, BPC Interest, BPC Open and/or Term Loan) | Interest Account Form Wallet Form | 21,424 |
| First Class Mail | Scheduled (Institutional Collateralized Borrow, Institutional Loan, Retail Crypto-Backed Loan) | Loan Account Form Wallet Form | 3 |
| First Class Mail | Schduled (Lender) | Non Customer Form | 1 |
| Email | Scheduled | Links to all claim forms provided in email | 21,447 |

Dated: May 24, 2023

/s/ Christine Porter
Christine Porter

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 24, 2023, by Christine Porter, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ Cindy C. Hosein-Mohan
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 69593