**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and*
*Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BlockFi Inc., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | Jointly Administered |

## CERTIFICATION OF NO OBJECTION TO FIRST MONTHLY FEE STATEMENT OF BERKELEY RESEARCH GROUP, LLC

1.      The court authorized, under D.N.J. LBR 2016-3(a), compensation to professionals

monthly. Under D.N.J. LBR 2016-3(c), objections to the First Monthly Fee Statement filed on

May 1, 2023 [Docket No. 812], were to be filed and served not later than May 15, 2023.  I certify

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

that, as of May 25, 2023, I have reviewed the Court's docket in this case and no answer,

objection, or other responsive pleading to the above-First Monthly Fee Statement has been filed.

    2.       Pursuant to D.N.J. LBR 2016-3, payment shall be made in connection with the

application upon the filing of this Certification.

                                  */s/ Michael D. Sirota*
                                    MICHAEL D. SIROTA

DATED:      May 25, 2023

2

65365/0001-45437951v1