**EXHIBIT "A"**

GENOVA BURNS LLC

May 24, 2023
Invoice No.:    493079

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/01/23 | DMS | B110 | Email with Aulet regarding mapping project. | .20 | 800.00 | 160.00 |
| 4/02/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 4/03/23 | DMS | B110 | Email with Aulet regarding Unsecured Creditor Committee calls and exclusivity. | .30 | 800.00 | 240.00 |
| 4/03/23 | DMS | B110 | Review Kirkland January bill and email to co-counsel. | .30 | 800.00 | 240.00 |
| 4/03/23 | DMS | B110 | Review Axelrod report. | .20 | 800.00 | 160.00 |
| 4/03/23 | DMS | B110 | Email with Aulet regarding case management. | .20 | 800.00 | 160.00 |
| 4/03/23 | DMS | B110 | Emails with BR regarding exclusivity objection. | .30 | 800.00 | 240.00 |
| 4/03/23 | DMS | B110 | Emails regarding Deloitte deposition. | .30 | 800.00 | 240.00 |
| 4/03/23 | DWC | B110 | Rvw emails from cocounsel to members re status and other issues | .60 | 600.00 | 360.00 |
| 4/03/23 | DWC | B110 | Emails with chambers and creditors re creditor outreach | .60 | 600.00 | 360.00 |
| 4/03/23 | DWC | B110 | Emails and call with debtor local counsel re creditor questions concerning access to accounts | .40 | 600.00 | 240.00 |
| 4/03/23 | DWC | B110 | Emails with GC for Deloitte re subpoena form | .40 | 600.00 | 240.00 |
| 4/03/23 | LD | B110 | Email to DMS regarding member expense receipts. | .10 | 250.00 | 25.00 |
| 4/03/23 | SS | B110 | Responding to creditor questions and updating spreadsheet. | .30 | 275.00 | 82.50 |
| 4/03/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 4/03/23 | GSK | B110 | Review corresp re communication from individual BlockFi creditor to Chambers. | .10 | 600.00 | 60.00 |
| 4/04/23 | DMS | B110 | Review tax memo from BR. | .50 | 800.00 | 400.00 |
| 4/04/23 | DMS | B110 | Review SUB letter regarding Aukurn. | .20 | 800.00 | 160.00 |

GENOVA BURNS LLC

May 24, 2023
Invoice No.:    493079

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/04/23 | DMS | B110 | Communication with Unsecured Creditors Committee on Maxo and with BR. | .50 | 800.00 | 400.00 |
| 4/04/23 | DMS | B110 | Email with Aulet regarding Prince deposition etc. | .30 | 800.00 | 240.00 |
| 4/04/23 | DMS | B110 | Review exclusivity application and send comments. | .80 | 800.00 | 640.00 |
| 4/04/23 | DMS | B110 | Emails regarding fee burn rate. | .30 | 800.00 | 240.00 |
| 4/04/23 | DMS | B110 | Emails with Aulet and SEC, Auction and Prince deposition. | .50 | 800.00 | 400.00 |
| 4/04/23 | DWC | B110 | Email from and to Deloitte re subpoena | .30 | 600.00 | 180.00 |
| 4/04/23 | GSK | B110 | Review corresp to committee re status. | .10 | 600.00 | 60.00 |
| 4/04/23 | GSK | B110 | Review corresp from creditor/claimant; various corresp re response, etc. | .20 | 600.00 | 120.00 |
| 4/04/23 | GSK | B110 | Review various corresp re SVB account matters. | .10 | 600.00 | 60.00 |
| 4/05/23 | DWC | B110 | Emails with TA from BR re mapping memo | .40 | 600.00 | 240.00 |
| 4/05/23 | LD | B160 | Prepare and file certification of no objection regarding Genova Burns February fee statement. | .50 | 250.00 | 125.00 |
| 4/05/23 | LD | B160 | Email filed Genova Burns certification of no objection and February fee statement for payment. | .10 | 250.00 | 25.00 |
| 4/05/23 | LD | B160 | Prepare draft Genova Burns March fee statement and circulate for review. | 1.00 | 250.00 | 250.00 |
| 4/05/23 | SS | B110 | Updating calendars. | .20 | 275.00 | 55.00 |
| 4/05/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 4/05/23 | GSK | B110 | Review limited objection to motion re wallets accounts. | .10 | 600.00 | 60.00 |
| 4/05/23 | GSK | B110 | Review corresp re SVB account matters. | .10 | 600.00 | 60.00 |
| 4/06/23 | DMS | B110 | Review stories on Newsmedia request for access to customer names and send to UCC. | .40 | 800.00 | 320.00 |
| 4/06/23 | DMS | B110 | Review tax memo and UCC posts regarding same. | .60 | 800.00 | 480.00 |

GENOVA BURNS LLC

May 24, 2023
Invoice No.:    493079

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/06/23 | DMS | B110 | Email with Axelrod regarding mapping. | .20 | 800.00 | 160.00 |
| 4/06/23 | DMS | B110 | Review agenda for UCC call and comment. | .30 | 800.00 | 240.00 |
| 4/06/23 | DMS | B110 | UCC call by Zoom. | 1.80 | 800.00 | 1,440.00 |
| 4/06/23 | DMS | B110 | Follow up with DWC after call. | .20 | 800.00 | 160.00 |
| 4/06/23 | DMS | B110 | Send Creditor Committee chair case on attorney/client. | .30 | 800.00 | 240.00 |
| 4/06/23 | DMS | B110 | Emails regarding GT production. | .30 | 800.00 | 240.00 |
| 4/06/23 | DWC | B110 | UCC weekly zoom meeting | 1.60 | 600.00 | 960.00 |
| 4/06/23 | DWC | B110 | Emails with M3 and Elementus re fee app templates and procedure | 1.10 | 600.00 | 660.00 |
| 4/06/23 | DWC | B110 | Emails from and to chambers, and creditors re status and information. | .60 | 600.00 | 360.00 |
| 4/06/23 | LD | B160 | Emails with M3, Elementus and DWC regarding monthly fee statements. | .30 | 250.00 | 75.00 |
| 4/06/23 | SS | B110 | Updating creditor questions spreadsheet. | .10 | 275.00 | 27.50 |
| 4/06/23 | SS | B110 | Drafting email to creditor; Updating email response template. | .20 | 275.00 | 55.00 |
| 4/06/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 4/06/23 | GSK | B110 | Review corresp from creditor/claimants and corresp from Chambers re same; various corresp re responses to creditors; review and revise draft responses. | .70 | 600.00 | 420.00 |
| 4/06/23 | GSK | B110 | Review corresp re SVB account matters. | .10 | 600.00 | 60.00 |
| 4/07/23 | DWC | B110 | Creditor emails from and to chambers; in house | .40 | 600.00 | 240.00 |
| 4/07/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 4/07/23 | GSK | B110 | Various corresp re responses to creditors; review final draft response. | .20 | 600.00 | 120.00 |
| 4/08/23 | DMS | B110 | Emails with UCC regarding expenses. | .30 | 800.00 | 240.00 |

GENOVA BURNS LLC

May 24, 2023
Invoice No.:    493079

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/08/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 4/09/23 | DMS | B110 | Notice of sale adjournment. | .20 | 800.00 | 160.00 |
| 4/09/23 | DWC | B110 | Rvw atty solicitation of creditors; forward to co counsel | .30 | 600.00 | 180.00 |
| 4/09/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 4/09/23 | GSK | B130 | Review debtor's notice of adjournment of auction. | .10 | 600.00 | 60.00 |
| 4/10/23 | DMS | B110 | Review Axelrod update. | .20 | 800.00 | 160.00 |
| 4/10/23 | DMS | B110 | Emails with Aulet regarding exclusivity. | .30 | 800.00 | 240.00 |
| 4/10/23 | DWC | B110 | Revise deloitte subpoena; email to Deloitte with reservation or rights confirmation | .40 | 600.00 | 240.00 |
| 4/10/23 | GSK | B110 | Review corresp to committee re status. | .10 | 600.00 | 60.00 |
| 4/11/23 | DMS | B110 | Review emergent filings. | .20 | 800.00 | 160.00 |
| 4/11/23 | DWC | B110 | Coordinate with BR re filing of objection to exclusivity; service of new deloitte subpoena | .60 | 600.00 | 360.00 |
| 4/11/23 | GSK | B110 | Review various Court notices; review and update calendar. | .10 | 600.00 | 60.00 |
| 4/11/23 | GSK | B110 | Review various corresp re committee's objection to debtors' motion to extend exclusivity. | .10 | 600.00 | 60.00 |
| 4/12/23 | DMS | B110 | Review Gerro Proof of Claim and supporting documents. | .40 | 800.00 | 320.00 |
| 4/12/23 | DMS | B110 | Review SEC email regarding call. | .10 | 800.00 | 80.00 |
| 4/12/23 | DMS | B110 | Review draft exclusivity objection and emails with BR regarding same. | .70 | 800.00 | 560.00 |
| 4/12/23 | DMS | B110 | Review BR emails regarding SEC discussion. | .20 | 800.00 | 160.00 |
| 4/12/23 | DMS | B110 | Review SEC request for call. | .10 | 800.00 | 80.00 |
| 4/12/23 | DMS | B110 | Emails with Stark regarding exclusivity objection. | .40 | 800.00 | 320.00 |
| 4/12/23 | DMS | B110 | Email with Aulet regarding Gerro pleadings. | .20 | 800.00 | 160.00 |

GENOVA BURNS LLC

May 24, 2023
Invoice No.: 493079

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/12/23 | DMS | B110 | Emails with BR regarding fee applications. | .30 | 800.00 | 240.00 |
| 4/12/23 | DMS | B110 | Emails with SS and DWC regarding investor replies. | .30 | 800.00 | 240.00 |
| 4/12/23 | DMS | B110 | Reviewed Aulet summary of SEC call. | .20 | 800.00 | 160.00 |
| 4/12/23 | DMS | B110 | Review and comment on updated opposition. | .40 | 800.00 | 320.00 |
| 4/12/23 | DMS | B110 | Finalize and file opposition. | .50 | 800.00 | 400.00 |
| 4/12/23 | DMS | B110 | Review text Order regarding April 19th and send to BR. | .30 | 800.00 | 240.00 |
| 4/12/23 | DWC | B110 | Emails with professionals (elementus) re fee statement, required docs and timing; emails with co counsel re redaction of documents filed on the docket | 1.30 | 600.00 | 780.00 |
| 4/12/23 | DWC | B110 | Emails from to and about non committee creditors | .70 | 600.00 | 420.00 |
| 4/12/23 | LD | B110 | Review and process receipts from member and email for clarification. | .60 | 250.00 | 150.00 |
| 4/12/23 | LD | B110 | Finalize and file objection to exclusivity motion. | .30 | 250.00 | 75.00 |
| 4/12/23 | LD | B160 | Redact and file Brown Rudnick March fee statement and arrange for service. | .40 | 250.00 | 100.00 |
| 4/12/23 | LD | B160 | Finalize and file Genova Burns March fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 4/12/23 | SS | B110 | Updating creditor question spreadsheet and sending responses. | .30 | 275.00 | 82.50 |
| 4/12/23 | GSK | B110 | Review various Court notices; review Court's text order re 4/19 hearing. | .10 | 600.00 | 60.00 |
| 4/12/23 | GSK | B320 | Review various corresp re Committee's objection to Debtors' motion to extend plan exclusivity periods. | .20 | 600.00 | 120.00 |
| 4/12/23 | GSK | B320 | Review draft opposition to Debtors' motion to extend plan exclusivity periods. | .50 | 600.00 | 300.00 |
| 4/12/23 | GSK | B110 | Review corresp from creditor/claimant; various corresp re response to creditor; review and revise drafts response. | .20 | 600.00 | 120.00 |

**GENOVA BURNS LLC**

May 24, 2023
Invoice No.:    493079

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/12/23 | GSK | B110 | Review corresp re fee statements. | .10 | 600.00 | 60.00 |
| 4/12/23 | GSK | B110 | Review various corresp re committee's objection to debtors' motion to extend exclusivity; review draft objection. | .50 | 600.00 | 300.00 |
| 4/13/23 | DMS | B110 | Review agenda and emails with Stark and Aulet regarding status. | .70 | 800.00 | 560.00 |
| 4/13/23 | DMS | B110 | UCC call with counsel and M3. | 1.40 | 800.00 | 1,120.00 |
| 4/13/23 | DMS | B110 | Follow up emails with Stark et al. | .30 | 800.00 | 240.00 |
| 4/13/23 | DMS | B110 | Communicate with UCC regarding expense reimbursement. | .30 | 800.00 | 240.00 |
| 4/13/23 | DWC | B110 | Committee meeting to discuss issues and strategy | 1.50 | 600.00 | 900.00 |
| 4/13/23 | DWC | B110 | Rvw M3 monthly statement for conformance | .40 | 600.00 | 240.00 |
| 4/13/23 | LD | B160 | Email to Elementus regarding monthly fee statements. | .10 | 250.00 | 25.00 |
| 4/13/23 | LD | B160 | Review M3 January fee statement. | .20 | 250.00 | 50.00 |
| 4/13/23 | LD | B160 | Prepare and file certificate of no objection regarding Brown Rudnick February fee statement. | .50 | 250.00 | 125.00 |
| 4/13/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 4/14/23 | DMS | B110 | Review story on 2nd Circuit Voyager and send to UCC. | .30 | 800.00 | 240.00 |
| 4/14/23 | DMS | B110 | Call with Stark regarding wallets. | .30 | 800.00 | 240.00 |
| 4/14/23 | DWC | B110 | Emails from chambers re outside creditor communications; revise email to outside creditor to address concerns | .80 | 600.00 | 480.00 |
| 4/14/23 | LD | B160 | Review and edit Elementus draft monthly fee statements for January, February and March. | .70 | 250.00 | 175.00 |
| 4/14/23 | LD | B160 | Finalize and file M3 January fee statement. | .40 | 250.00 | 100.00 |
| 4/14/23 | SS | B110 | Updating creditor spreadsheet and drafting response to questions; Emailing to creditors. | .50 | 275.00 | 137.50 |

GENOVA BURNS LLC

May 24, 2023
Invoice No.:    493079

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/14/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 4/14/23 | GSK | B190 | Review application and proposed order re stipulation staying Robinhood litigation, etc. | .50 | 600.00 | 300.00 |
| 4/14/23 | GSK | B110 | Review debtor's reply to Committee's objection to extension of exclusivity periods. | .20 | 600.00 | 120.00 |
| 4/14/23 | GSK | B110 | Review corresp from creditors/claimants and corresp from Chambers re same; various corresp re response to creditors; review and revise draft response. | .50 | 600.00 | 300.00 |
| 4/17/23 | DMS | B110 | Emails with Stark & Aulet regarding preparation for April 19th hearings. | .30 | 800.00 | 240.00 |
| 4/17/23 | DMS | B110 | Review pleadings by Debtor in support of exclusivity and emails with Stark regarding same. | .70 | 800.00 | 560.00 |
| 4/17/23 | DMS | B110 | Emails with Cohen and Court regarding zoom presenters. | .40 | 800.00 | 320.00 |
| 4/17/23 | SS | B110 | Updating calendars with motion details. | .10 | 275.00 | 27.50 |
| 4/17/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 4/17/23 | GSK | B320 | Review Kroll declaration re debtor's proposed plan solicitation timeline; review Renzi declaration in support of debtor's motion to extend exclusivity periods; review debtor's revised proposed order re motion to extend exclusivity periods. | .40 | 600.00 | 240.00 |
| 4/17/23 | GSK | B110 | Review debtor's notice of agenda for 4/19 hearing; review docket. | .10 | 600.00 | 60.00 |
| 4/17/23 | GSK | B110 | Review corresp to committee re status. | .10 | 600.00 | 60.00 |
| 4/18/23 | DMS | B110 | Calls and emails with DWC and BR regarding preparation for hearing. | .40 | 800.00 | 320.00 |
| 4/18/23 | DWC | B110 | Weekly committee meeting to discuss issues and status | 1.50 | 600.00 | 900.00 |
| 4/18/23 | DWC | B110 | Calls with co counsel re status of hearing on exclusivity | .60 | 600.00 | 360.00 |
| 4/18/23 | DWC | B110 | Coordinate zoom appearances by co counsel | .40 | 600.00 | 240.00 |

GENOVA BURNS LLC

May 24, 2023
Invoice No.:    493079

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 4/18/23 | DWC | B110 | Draft and revise letter re hearing on exclusivity; evidentiary hearing | .90 | 600.00 | 540.00 |
| 4/18/23 | SS | B110 | Updating creditor spreadsheet. | .10 | 275.00 | 27.50 |
| 4/18/23 | SS | B110 | Emailing response to creditor. | .10 | 275.00 | 27.50 |
| 4/18/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 4/18/23 | GSK | B110 | Review debtor's revised proposed order re Scratch motion | .20 | 600.00 | 120.00 |
| 4/18/23 | GSK | B110 | Review corresp from creditor/claimant; various corresp re response to creditor; review and revise drafts response. | .20 | 600.00 | 120.00 |
| 4/19/23 | DMS | B110 | Court hearing on Exclusivity, etc. | 1.70 | 800.00 | 1,360.00 |
| 4/19/23 | DWC | B110 | Hearing on scratch motion; hearing on exclusivity | 1.40 | 600.00 | 840.00 |
| 4/19/23 | DWC | B110 | Emails with chambers re cocounsel appearances | .40 | 600.00 | 240.00 |
| 4/19/23 | DWC | B110 | Coordinate elementus fee statement filing | .40 | 600.00 | 240.00 |
| 4/19/23 | DWC | B110 | Emails from chambers and to non committee creditors | .40 | 600.00 | 240.00 |
| 4/19/23 | LD | B160 | Finalize and file January, February and March fee statements for Elementus, and arrange for service of same. | .80 | 250.00 | 200.00 |
| 4/19/23 | SS | B110 | Updating creditor spreadsheet. | .20 | 275.00 | 55.00 |
| 4/19/23 | GSK | B110 | Review various Court notices; review Court minutes re 4/19 hearing; update calendar. | .10 | 600.00 | 60.00 |
| 4/19/23 | GSK | B110 | Review signed order re Scratch motion. | .10 | 600.00 | 60.00 |
| 4/19/23 | GSK | B110 | Review signed order extending debtors' exclusivity periods. | .10 | 600.00 | 60.00 |
| 4/19/23 | GSK | B110 | Review various corresp from creditors/claimants and corresp from Chambers re same; various corresp re responses to creditors; review and revise draft responses. | .60 | 600.00 | 360.00 |

GENOVA BURNS LLC

May 24, 2023
Invoice No.:    493079

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/19/23 | GSK | B110 | Review corresp re SVB account matters. | .10 | 600.00 | 60.00 |
| 4/20/23 | DMS | B110 | Call with Stark regarding status and next steps. | .30 | 800.00 | 240.00 |
| 4/20/23 | SS | B110 | Updating calendars with hearing schedule. | .20 | 275.00 | 55.00 |
| 4/20/23 | GSK | B110 | Review various Court notices; review Court minutes of 4/19 hearing. | .10 | 600.00 | 60.00 |
| 4/20/23 | GSK | B110 | Review various corresp re SVB account matters. | .20 | 600.00 | 120.00 |
| 4/21/23 | DMS | B110 | Review UCC posts on Moxo. | .30 | 800.00 | 240.00 |
| 4/21/23 | DMS | B110 | Review March Interim Reports. | .50 | 800.00 | 400.00 |
| 4/21/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 4/21/23 | GSK | B190 | Review signed order re stipulation staying Robinhood litigation. | .20 | 600.00 | 120.00 |
| 4/21/23 | GSK | B110 | Review March MORs. | .20 | 600.00 | 120.00 |
| 4/21/23 | GSK | B110 | Review debtors' emergency motion re bank accounts; review application for shortened notice. | .30 | 600.00 | 180.00 |
| 4/21/23 | GSK | B110 | Review corresp re SVB account matters. | .10 | 600.00 | 60.00 |
| 4/22/23 | DMS | B110 | Review M3 analysis on mapping and discuss with Aulet. | .60 | 800.00 | 480.00 |
| 4/23/23 | DMS | B110 | Review draft of mapping and comment. | .50 | 800.00 | 400.00 |
| 4/23/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 4/24/23 | DMS | B110 | Review text Order regarding April 27th and send to BR. | .20 | 800.00 | 160.00 |
| 4/24/23 | DWC | B110 | Rvw memo re interco transfers | 1.10 | 600.00 | 660.00 |
| 4/24/23 | DWC | B110 | Prep co counsel for appearance | .30 | 600.00 | 180.00 |
| 4/24/23 | DWC | B110 | Coordinate service of subpoena; revise same | .80 | 600.00 | 480.00 |
| 4/24/23 | SS | B110 | Updating calendars. | .20 | 275.00 | 55.00 |
| 4/24/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

May 24, 2023
Invoice No.: 493079

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/24/23 | GSK | B310 | Review signed order re first omnibus objection to claims. | .10 | 600.00 | 60.00 |
| 4/24/23 | GSK | B110 | Review CohnReznick OCP declaration. | .10 | 600.00 | 60.00 |
| 4/24/23 | GSK | B110 | Review Court's text order re 4/27 hearing; review corresp re same. | .10 | 600.00 | 60.00 |
| 4/24/23 | GSK | B110 | Review corresp to committee re status. | .10 | 600.00 | 60.00 |
| 4/25/23 | DMS | B110 | Conference call with SEC. | .60 | 800.00 | 480.00 |
| 4/25/23 | DMS | B110 | UCC call. | 2.20 | 800.00 | 1,760.00 |
| 4/25/23 | DWC | B110 | Committee zoom meeting | 1.70 | 600.00 | 1,020.00 |
| 4/25/23 | DWC | B110 | Prep Galaxy subpoena and serve | .60 | 600.00 | 360.00 |
| 4/25/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 4/25/23 | GSK | B110 | Review Renzi declaration in support of debtors' emergency motion re bank accounts; review revised proposed order. | .30 | 600.00 | 180.00 |
| 4/25/23 | GSK | B110 | Review notice of agenda re 4/27 hearing. | .10 | 600.00 | 60.00 |
| 4/25/23 | GSK | B110 | Review Court's text order re 4/27 hearing; update calendar. | .10 | 600.00 | 60.00 |
| 4/25/23 | GSK | B110 | Review application and proposed stipulation with Marex re stay of litigation. | .30 | 600.00 | 180.00 |
| 4/26/23 | DMS | B110 | Review H&B March bill. | .20 | 800.00 | 160.00 |
| 4/26/23 | DWC | B110 | Coordinate PHV and appearance for Tristan A | .60 | 600.00 | 360.00 |
| 4/26/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 4/26/23 | GSK | B110 | Review corresp re SVB account matters. | .10 | 600.00 | 60.00 |
| 4/27/23 | DMS | B110 | Review presentation to Debtor counsel and report of meeting. | .60 | 800.00 | 480.00 |
| 4/27/23 | DMS | B110 | Review Ad Hoc Wallet deposition notice and email with co-counsel regarding same. | .40 | 800.00 | 320.00 |

GENOVA BURNS LLC

May 24, 2023
Invoice No.: 493079

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/27/23 | DWC | B110 | Hearing on debtor motion to waive deposit requirements | 1.00 | 600.00 | 600.00 |
| 4/27/23 | LD | B160 | Prepare and file certification of no objection regarding Brown Rudnick March fee statement. | .50 | 250.00 | 125.00 |
| 4/27/23 | LD | B160 | Prepare and file certification of no objection re Brown Rudnick March fee statement. | .50 | 250.00 | 125.00 |
| 4/27/23 | LD | B160 | Email filed March fee statement and CNO for payment. | .10 | 250.00 | 25.00 |
| 4/27/23 | LD | B110 | Finalize and file PHV application for T. Axelrod. | .50 | 250.00 | 125.00 |
| 4/27/23 | SS | B110 | Reviewing calendar events, reviewing docket, and updating calendars. | .60 | 275.00 | 165.00 |
| 4/27/23 | SS | B110 | Responding to creditor and noting on creditor spreadsheet. | .20 | 275.00 | 55.00 |
| 4/27/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 4/27/23 | GSK | B110 | Review UST's objection to debtors' emergency motion re bank accounts; review revised proposed order. | .30 | 600.00 | 180.00 |
| 4/27/23 | GSK | B110 | Review signed order extending U.S. deadline to file dischargeability complaint. | .10 | 600.00 | 60.00 |
| 4/27/23 | GSK | B110 | Review ad hoc committee of Wallet Account holders notice of deposition of debtors. | .10 | 600.00 | 60.00 |
| 4/27/23 | GSK | B110 | Review corresp from creditor/claimant and response. | .10 | 600.00 | 60.00 |
| 4/28/23 | DMS | B110 | Email with Gillman and DWC regarding subpoena. | .30 | 800.00 | 240.00 |
| 4/28/23 | DMS | B110 | Review emails regarding withdrawal and next steps. | .30 | 800.00 | 240.00 |
| 4/28/23 | DWC | B110 | Rvw Bain subpoena and coordinate service | .40 | 600.00 | 240.00 |
| 4/28/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 4/28/23 | GSK | B110 | Various corresp re Rule 2004 subpoena served on S. Cohen at Bain Capital; review FRBP and LBR; review, revise and finalize subpoena, revise, finalize and send email to Bain Capital legal department re subpoena. | 2.00 | 600.00 | 1,200.00 |
| 4/29/23 | DMS | B110 | Emails regarding Ankurra fees. | .20 | 800.00 | 160.00 |

GENOVA BURNS LLC

May 24, 2023
Invoice No.:    493079

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/29/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 4/29/23 | GSK | B110 | Review Cheela declaration in support of debtors' Wallet Accounts motion. | 1.00 | 600.00 | 600.00 |
| 4/30/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 4/30/23 | GSK | B110 | Review debtors' omnibus reply re objections to Wallet Accounts motion. | .50 | 600.00 | 300.00 |

**TOTAL PROFESSIONAL SERVICES**  **$ 49,752.50**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Daniel M Stolz | Partner | 28.30 | 800.00 | 22,640.00 |
| Donald W. Clarke | Partner | 24.90 | 600.00 | 14,940.00 |
| Lorrie Denson | Paralegal | 8.10 | 250.00 | 2,025.00 |
| Sydney Schubert | Junior Associate | 3.30 | 275.00 | 907.50 |
| Gregory S. Kinoian | Counsel | 15.40 | 600.00 | 9,240.00 |
| **TOTALS** | | **80.00** | | **$ 49,752.50** |