**EXHIBIT "B"**

GENOVA BURNS LLC

May 24, 2023
Invoice No.: 493079

**DISBURSEMENTS**

| | Description | Amount |
|---|---|---|
| 3/24/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 848132258 | 39.37 |
| 3/25/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 848132258 | 30.23 |
| 3/30/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 848132258 | 10.08 |
| 3/30/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 848132258 | 10.08 |
| 4/20/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-00806 - fee for 1 copy of 45 pages Federal Court Daily on 4/19/23, Court: U.S. Bankruptcy Court, Trenton, NJ, (22-19361) | 54.00 |
| 4/29/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-00898 - Fee for 1 Copy of 19 pages, Federal Court Daily on 4/27/23. Court: U.S. Bankruptcy Court, Trenton NJ (22-19361). | 22.80 |

| | | |
|---|---|---|
| | **TOTAL DISBURSEMENTS** | **$ 166.56** |