**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BROWN RUDNICK LLP
Robert J. Stark, Esq.
Kenneth J. Aulet, Esq.
Bennett S. Silverberg, Esq.
Seven Times Square
New York, NY  10036
Telephone: (212) 209-4800
Fax: (212) 209-4801
Email: rstark@brownrudnick.com
        kaulet@brownrudnick.com
        bsilverberg@brownrudnick.com
*Counsel for the Official Committee of Unsecured*
*Creditors*

    -and-

GENOVA BURNS LLC.
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
Gregory S. Kinoian, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 230-2095
Fax: (973) 533-1112
Email: DStolz@genovaburns.com
        DClarke@genovaburns.com
        GKinoian@genovaburns.com
*Local Counsel for the Official*
*Committee of Unsecured Creditors*

BROWN RUDNICK LLP
Stephen D. Palley, Esq.
Patrick E. Gilman, Esq.
601 Thirteenth Street, NW
Washington, DC  20005
Telephone: (202) 536-1700
Fax: (202) 536-1701
Email: spalley@brownrudnick.com
        pgilman@brownrudnick.com

BROWN RUDNICK LLP
One Financial Center
Boston, MA  02111
Tristan Axelrod, Esq.
Shari I. Dwoskin, Esq.
Telephone: (617) 856-8200
Fax:  (617) 856-8201
Email: taxelrod@brownrudnick.com
        sdwoskin@brownrudnick.com

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | Jointly Administered |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ  07302.

**NOTICE OF MOTION OF GENOVA BURNS LLC FOR (I) AUTHORITY TO SEAL
MEMBER INVOICES ATTACHED TO THE FIRM'S MONTHLY FEE STATEMENT
FOR APRIL 2023 WHICH INCLUDES PERSONAL IDENTIFIABLE INFORMATION
OF MEMBERS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
AND (II) GRANTING RELATED RELIEF, AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that Genova Burns LLC ("**Genova Burns**"), local counsel to

the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the Chapter 11

cases of BlockFi, Inc. and its affiliated debtors (collectively, the "**Debtors**"), will move on **June**

**20, 2023 at 11:30 a.m. (EDT)** (the "**Return Date**") before the Honorable Michael B. Kaplan,

Chief United States Bankruptcy Judge for the United States Bankruptcy Court for the District of

New Jersey, Trenton Vicinage, at the Clarkson S. Fisher U.S. Courthouse, located at 402 East State

Street, Trenton, New Jersey 08608, in Courtroom No. 8, pursuant to 11 U.S.C. § 107(b), Fed. R.

Bankr. P. 9018 and D.N.J. LBR 9018-1 (the "**Motion to Seal**") for entry of an order, substantially

in the form submitted herewith, (A) for authority to file under seal member invoices attached to

the *Monthly Fee Statement of Genova Burns LLC, Local Counsel to Official Committee of

Unsecured Creditors for the Period April 1, 2023 through April 30, 2023* (the "**Genova Burns

Monthly Fee Statement**"), filed substantially contemporaneously herewith,[2] and (B) granting the

Committee such other and further relief as the Court deems necessary, appropriate and consistent

with the goals of the Motion to Seal.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with D.N.J. LBR 9013-

2(a)(2), objections, if any must be filed with the Clerk of the United States Bankruptcy Court, 402

---

[2]     A redacted version of the GB Monthly Fee Statement has been filed immediately prior to the filing of this
Motion to Seal. An unredacted version of the GB Monthly Fee Statement is being filed immediately after the
filing of this Motion to Seal in accordance with this Court's procedures for electronically requesting that a
document be sealed (*see Process to Electronically Request that a Document be Sealed*
(http://www.njb.uscourts.gov/content/process-electronically-request-document-be-sealed)).

East State Street, Trenton, New Jersey 08608, and served upon Genova Burns, LLC, Attn: Donald

W. Clarke, Esq., 110 Allen Road, Ste. 304, Basking Ridge, New Jersey so they are received by **no**

**later than seven (7) days before the Return Date**.

       **PLEASE TAKE FURTHER NOTICE** that in the absence of any objections, the relief

requested hereunder may be granted without further notice.


Dated: May 25, 2023

                     **GENOVA BURNS LLC**

                     By: */s/  Donald W. Clarke*_____
                         Daniel M. Stolz, Esq.
                         Donald W. Clarke, Esq.
                         Gregory S. Kinoian, Esq.
                     110 Allen Rd., Suite 304
                     Basking Ridge, NJ 07920
                     Tel:   (973) 230-2095
                     Fax:   (973) 533-1112
                     Email: DStolz@genovaburns.com
                              DClarke@genovaburns.com
                              GKinoian@genovaburns.com

                     *Local Counsel for the Official*
                     *Committee of Unsecured Creditors*