Document    Page 1 of 7

FILED
JEANNE A. NAUGHTON, CLERK
MAY 31 2023
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re: *BLOCK Fi  & UNITED STATES BANKRUPTCY COURT*

Case No.: **22-19361**

Chapter: **13**

Adv. No.: _____

Hearing Date: **05/18/2023**

Judge: **Kaplan**

## CERTIFICATION OF SERVICE

1. I, _____Paul Aquino_____ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☒ am the _____Claimant_____ in this case and am representing myself.

2. On _____05/20/2023_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.  *JUDGE KAPLAN*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 05/20/2023

Paul Anthony Aquino
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| US BANKRUPTCY COURT P.O. BOX 2067 CAMDEN, NJ 08101 | JUDGE KAPLAN | ☐ Hand-delivered <br> ☒ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |

# CLAIMS REGISTER

| NAME OF DEBTOR | MULTIPLE DEPTORS ASSERTED / BlockFi Inc | CASE NUMBER 22-19361 |
|---|---|---|

| CLAIM NO. / DATE FILED | NAME AND ADDRESS OF CLAIMANT (AND NAME AND ADDRESS OF ATTORNEY, IF ANY) | AMOUNT OF CLAIMS FILED AND ALLOWED | REMARKS |
|---|---|---|---|
| 28867 [redacted] / 04/11/23 [redacted] | PAUL AQUINO 21 SOLEDAD ST. #320 SALINAS, CA 93901 | FILED GENERAL UNSECURED $8,819,999,000,000.00 ASSERTED ALLOWED ASSERTED $8,819,999,000,000.00 | REQUESTING A TRUST IN MY NAME — PAUL ANTHONY AQUINO — |
| 28867 [redacted] / 04/11/23 | PAUL AQUINO 21 SOLEDAD ST. #320 SALINAS, CA 93901 | FILED PRIORITY $1,000,000.00 ALLOWED ASSERTED $1,000,000.00 | REQUESTING ACH DEPOSIT TO RT: 026014928 ACT: 253672.2627299 |
| 28867 / 04/11/23 | PAUL AQUINO 21 SOLEDAD ST. #320 SALINAS, CA 93901 | FILED SECURED $980,000,000,000.00 ALLOWED $980,000,000,000.00 | REQUESTING A TRUST IN CHILDREN NAMES — 1.) ANTHONY AQUINO 2.) ZARIAH AQUINO 3.) ALEXANDER AQUINO |
| 28867 / 04/11/23 | PAUL AQUINO 21 SOLEDAD ST. #320 SALINAS, CA 93901 | FILED PRIORITY $1.43 ALLOWED $1.43 | DONATION OF $1.43 — |
| CLAIM NO. / DATE FILED |  | FILED $ ALLOWED $ |  |
| CLAIM NO. / DATE FILED |  | FILED $ ALLOWED $ |  |
| CLAIM NO. / DATE FILED |  | FILED $ ALLOWED $ |  |
| CLAIM NO. / DATE FILED |  | FILED $ ALLOWED $ |  |

# KROLL

Creditor Data Details – Claim # 28867

**Creditor**
Name on file
Address on file

**Debtor Name**
Multiple Debtors Asserted

**Date Filed**
04/11/2023

**Claim Number**
28867

**Schedule Number**
n/a

## Claim Amounts

| | |
|---|---|
| **Claim Nature** | General Unsecured |
| **Schedule Amount** | |
| C* | |
| U* | |
| D* | |
| **Asserted Claim Amount** | $8,819,999,000,000.00 |
| C* | |
| U* | |
| F* | |
| **Current Claim Value** | $8,819,999,000,000.00 |
| **Claim Status** | Asserted |
| **Claim Nature** | Priority |
| **Schedule Amount** | |
| C* | |
| U* | |
| D* | |
| **Asserted Claim Amount** | $1,000,000.00 |
| C* | |
| U* | |
| F* | |
| **Current Claim Value** | $1,000,000.00 |
| **Claim Status** | Asserted |
| **Claim Nature** | Secured |
| **Schedule Amount** | |
| C* | |
| U* | |
| D* | |
| **Asserted Claim Amount** | $980,000,000,000.00 |
| C* | |
| U* | |
| U* | |
| **Current** | $980,000,000,000.00 |

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE AUTOMATICALLY REDIRECTED.

# KROLL

## Creditor Information - Schedule # 4228867

**Creditor**
Name on file
Address on file

**Debtor Name**
BlockFi Inc.

**Date Filed**
n/a

**Claim Number**
n/a

**Schedule Number**
4228867

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | $1.43 | | | | $1.43 | Scheduled |
| Priority | | | | | | |
| **Total** | **$1.43** | | | | **$1.43** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | **$1.43** | | | | **$1.43** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Kroll Restructuring Administration (formerly known as Prime Clerk) maintains the website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured", on Schedule E as "priority", on Schedule F as "non-priority", or listing a contract or lease on Schedule G as "executory" or "unexpired", does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent" or "unliquidated."



PAUL AQUINO
21 SOLEDAD ST. #320
SALINAS, CA 93901

U.S. POSTAL OFFICE
AND COURTHOUSE
401 MARKET STREET
CAMDEN, NJ 08101

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

SAN JOSE CA 950
22 MAY 2023 PM 4 L

MAY 30 2023

AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ

U.S.A
40¢
C.B

"LEGAL LAW PAPERWORK"