## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

### MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD
### DECEMBER 29, 2022 THROUGH JANUARY 31, 2023

| | | | |
|---|---|---|---|
| Debtor: | BlockFi Inc. | Applicant: | McCarter & English, LLP |
| Case No.: | 22-19361(MBK) | Client: | Unsecured Creditors Committee |
| Chapter: | 11 | Case Filed: | November 28, 2022 |

### SECTION 1
### FEE SUMMARY

X   Monthly Fee Statement No.   1   or   ☐ Final Fee Application

Summary of Amounts Requested for the Period from December 29, 2022 through January 31, 2023 (the "First Statement Period")

| | |
|---|---|
| Total Fees: | $186,828.00 |
| Total Disbursements: | $225.40 |
| Minus 20% holdback of Fees ($37,365.60): | $149,462.40 |
| Amount Sought at this Time: | $149,687.80 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| David J. Adler, Partner | 1991 | 88.4 | $900.00 | $79,560.00 |
| Lisa S. Bonsall, Partner | 1988 | 77.4 | $835.00 | $64,629.00 |
| Joseph R. Scholz, Partner | 1992 | 16.9 | $725.00 | $12,252.50 |
| Jessica J. Macarone, Special Counsel | 2001 | 14.9 | $595.00 | $8,865.50 |
| Stephanie A. Pisko, Associate | 2015 | 24.6 | $530.00 | $13,038.00 |
| Shannon D. Humiston, Associate | 2012 | 9.2 | $530.00 | $4,876.00 |
| Linda Restivo, Paralegal | | 9.4 | $310.00 | $2,914.00 |
| Michael F. Finkler, Litigation Technology Manager | | 4.2 | $165.00 | $693.00 |

| | |
|---|---|
| Fee Totals: | $186,828.00 |
| Disbursements Totals: | $225.40 |
| Total Fee Application | $187,053.40 |

ME1 45032182v.1

### SECTION II SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) **Asset Analysis and Recovery:**<br><br>Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) **Asset Disposition**<br>Sales, leases, abandonment and related transaction work. | 0.1 | $90.00 |
| c) **Avoidance Action Litigation**<br><br>Preference and fraudulent transfer litigation. | | |
| d) **Business Operations**<br>Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) **Case Administration**<br><br>Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 117.3 | $86,063.00 |
| f) **Claims Administration and Objections**<br><br>Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) **Employee Benefits/Pensions**<br><br>Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) **Fee/Employment Applications**<br><br>Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 8.3 | $7,470.00 |
| i) **Fee/Employment Objections**<br>Review of an objections to the employment and fee applications of others. | | |
| j) **Financing**<br>Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) **Litigation**<br><br>Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) **Meetings of Creditors**<br><br>Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 67.7 | $58,718.50 |
| m) **Plan and Disclosure Statement**<br><br>Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |

2

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| n) **Relief from Stay Proceedings** <br> Matters relating to termination or continuation of automatic stay under 362. | | |
| o) **Accounting/Auditing** <br> Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) **Business Analysis** <br> Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) **Corporate Finance** <br> Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) **Data Analysis** <br> Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) **Litigation Consulting** <br> Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) **Reconstruction Accounting** <br> Reconstructing books and records from past transactions and brining accounting current. | | |
| u) **Tax Issues** <br> Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) **Valuation** <br> Appraise or review appraisals of assets. | | |
| w) **Travel Time** | 1.0 | $835.00 |
| x) **Investigation and Due Diligence** <br> Committee Investigation | 50.6 | $33,651.50 |
| **SERVICE TOTALS:** | 245.0 | $186,828.00 |

ME1 45032182v.1

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) **Filing Fees**<br>Payable to Clerk of Court. | |
| b) **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| c) **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) **Fax**<br>Include per page fee charged. | |
| e) **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) **In-house Reproduction Services**<br>Exclusive of overhead charges. | $225.40 |
| g) **Outside Reproduction Services**<br>Including scanning services. | |
| h) **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) **Court Reporting**<br>Transcripts. | |
| j) **Travel**<br>Mileage, tolls, airfare, parking. | |
| k) **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) **Postage** | |
| m) **Other (specify) Meals, Litigation Support Vendors** | |
| **DISBURSEMENTS TOTAL:** | $225.40 |

I certify under penalty of perjury that the above is true.

*/s/  David J. Adler*
DAVID J. ADLER

Dated:  May 31, 2023

4

McCARTER & ENGLISH, LLP ("**McCarter & English**") submits this First Monthly Fee Statement of McCarter & English, LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Efficiency Counsel for The Official Committee of Unsecured Creditors for the Period from December 29, 2022 through January 31, 2023 ("**First Monthly Fee Statement**"), pursuant to the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court* entered on January 17, 2023 [Docket No. 307] (the "**Interim Compensation Order**").

The billing invoices for the First Monthly Fee Statement are annexed hereto as Exhibit "A". The fees and disbursements requested for the First Monthly Fee Statement are as follows:

| Matter | Total Fees (100%) | Holdback of Fees (20%) | Fee Payment Sought (80%) | Total Disbursements Requested (100%) |
|--------|-------------------|------------------------|--------------------------|--------------------------------------|
| 00001 | $ 172,368.00 | $ 34,473.60 | $ 137,894.40 | $      - |
| 00002 | $ 14,460.00 | $ 2,892.00 | $ 11,568.00 | $ 225.40 |
| **Totals** | **$ 186,828.00** | **$ 37,365.60** | **$ 149,462.40** | **$ 225.40** |

**WHEREFORE**, McCarter & English  respectfully requests payment of fees for the First Monthly Fee Statement in the sum of $149,462.40, together with expenses of $225.40, for a total requested payment of $149,687.80, in accordance with the terms of the Interim Compensation Order.

Dated: May 22, 2023

>                     **McCARTER & ENGLISH, LLP**
>                     *Efficiency Counsel for Official*
>                     *Committee of Unsecured Creditors*
>
>                     By:  */s/ David J. Adler*
>                           DAVID J. ADLER

# EXHIBIT A



BlockFi, Inc. Official Committee of Unsecured Creditors
New York, NY 10036

Invoice Date: May 18, 2023

Invoice Number: 9041596

Matter Number: 138158-00001

Client**:**     Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:     Committee matters

*For professional services rendered through January 31, 2023*

Currency: USD

| | |
|---|---:|
| Fees | $172,368.00 |
| Disbursements | $0.00 |
| **Total Amount Due** | **$172,368.00** |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
*McCarter & English, LLP*
*Four Gateway Center*
*100 Mulberry Street*
*Newark, NJ 07102*
*Tel  973.622.4444*
*Fax 973.624.7070*
*www.mccarter.com*
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number: 2020080016953*
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.   Invoice Date: May 18, 2023
Matter:  Committee matters

Invoice Number: 9041596
Matter Number: 138158-00001

---

**Time Detail**

**B110 - Case Administration**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 01/03/23 | David J. Adler | Consideration of issues with respect to status of Wallet Motion and review same. | 0.90 | 810.00 |
| 01/04/23 | Lisa S. Bonsall | Review recently filed briefs in opposition to pending Motions. | 0.20 | 167.00 |
| 01/04/23 | Linda Restivo | Document management re (i) all of the first-day Orders; (ii) the petitions for each of the 9 debtors; (iii) various other filed documents including the plan, the notice of the bankruptcy, the retention applications, the first and second day declarations, the appointment of the Creditors' Committee; the audios of the various hearings, and the notices of agenda for matters scheduled for hearing on January 9th and January 17th; (iv) all of the qualifications and presentations of the various professionals; (v) all of the non-confidential communications. | 2.60 | 806.00 |
| 01/04/23 | Linda Restivo | Several communications with D. Adler, L. Bonsall and J. Scholz re (i) the documents pertaining to the bankruptcy case and the confidential documents pertaining to the retention of various professionals; and (ii) the various deadlines and dates pertaining to Court hearings, the 341 hearings, etc. | 0.30 | 93.00 |
| 01/05/23 | Linda Restivo | Download all of the first-day motions and applications. | 0.80 | 248.00 |
| 01/05/23 | Linda Restivo | Communications with L. Bonsall re the matters scheduled for hearing on January 9th and January 17th. Communications with D. Adler re the January 9th hearing. Communications with the Bankruptcy Court re instructions for the Zoom hearing on January 9th. | 0.40 | 124.00 |
| 01/05/23 | Joseph R. Scholz | Review notice of agenda for 11/9/23 hearing and notice of adjournment of certain applications. | 0.20 | 145.00 |
| 01/05/23 | David J. Adler | Confer with two non-committee creditors on status of bankruptcy. | 0.30 | 270.00 |
| 01/05/23 | Joseph R. Scholz | Confer with co-counsel concerning strategy. | 0.20 | 145.00 |
| 01/05/23 | Joseph R. Scholz | Analysis of pleadings, motions and other relevant materials. | 1.20 | 870.00 |

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.   Invoice Date: May 18, 2023
Matter:  Committee matters

Invoice Number: 9041596
Matter Number: 138158-00001

| | | | | |
|---|---|---|---|---|
| 01/05/23 | David J. Adler | Consideration of issues with respect to wallet motion. | 0.30 | 270.00 |
| 01/05/23 | David J. Adler | Consideration of issues with respect to custody and wallet program of blockfi. | 0.80 | 720.00 |
| 01/06/23 | Lisa S. Bonsall | Follow up emails to update DJA for time not in attendance. | 0.30 | 250.50 |
| 01/06/23 | Joseph R. Scholz | Analysis of pleadings, motions and other relevant materials. | 2.40 | 1,740.00 |
| 01/06/23 | David J. Adler | Consideration of issues with respect to borrow program of Blockfi, review sample borrowing agreement and consideration of issues with respect to property of the estate. | 0.40 | 360.00 |
| 01/06/23 | David J. Adler | Review project sage handouts and consideration of issues with respect to same). | 0.90 | 810.00 |
| 01/06/23 | David J. Adler | Review issues with respect to KERP. | 0.50 | 450.00 |
| 01/07/23 | Lisa S. Bonsall | Review financial information from filings and management presentation | 0.40 | 334.00 |
| 01/09/23 | Lisa S. Bonsall | Attend omnibus hearing and stay relief hearing before Judge Kaplan. | 2.60 | 2,171.00 |
| 01/09/23 | Joseph R. Scholz | Analysis of pleadings, motions and other relevant materials. | 1.10 | 797.50 |
| 01/09/23 | David J. Adler | Consideration of issues with respect to Motion to Intervene in Robinhood (emergent) litigation. | 0.40 | 360.00 |
| 01/09/23 | David J. Adler | Review of bidding procedures motion and bar date motion and consider issues with respect to same. | 0.80 | 720.00 |
| 01/09/23 | David J. Adler | Prepare and attend Court hearing with respect to second day hearing. | 1.30 | 1,170.00 |
| 01/09/23 | David J. Adler | Analysis of issues with respect to wallet motion and review terms of use. | 1.10 | 990.00 |
| 01/09/23 | David J. Adler | Review emergent complaint with respect to pledge of Robinhood shares by FTX. | 0.30 | 270.00 |
| 01/10/23 | Lisa S. Bonsall | Follow up call to discuss status, work allocation and team organization. | 0.30 | 250.50 |
| 01/10/23 | Linda Restivo | Download the nine monthly operating reports and the motion to establish bidding procedures; review the Committee's timeline and weekly report; communications with D. Adler and L. Bonsall re various deadlines and hearings. | 0.90 | 279.00 |
| 01/10/23 | Joseph R. Scholz | Analysis of pleadings, motions and other relevant materials. | 0.60 | 435.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL**

McCarter & English, LLP

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.    Invoice Date: May 18, 2023
Matter:  Committee matters

Invoice Number: 9041596
Matter Number: 138158-00001

| 01/10/23 | David J. Adler | Consideration of issues with respect to committee investigation and emails with Gilman and Aulet re: same. | 1.40 | 1,260.00 |
|---|---|---|---|---|
| 01/10/23 | David J. Adler | Consideration of wallet motion issues and custody program of BlockFi. | 1.10 | 990.00 |
| 01/11/23 | Lisa S. Bonsall | Review UCC draft MOELIS Objection and UST Objection and other related filings. | 1.00 | 835.00 |
| 01/11/23 | Lisa S. Bonsall | Review and analyze outstanding issues relative to committee position. | 0.40 | 334.00 |
| 01/11/23 | David J. Adler | Review transcript of 1/9 hearing. | 0.30 | 270.00 |
| 01/11/23 | David J. Adler | Review of pleadings and decision in celsius with respect to customer data. | 0.40 | 360.00 |
| 01/11/23 | David J. Adler | Review three objections from UST re: Kerp, redaction of customer info and institutional parties and consider issues with respect to same. | 1.20 | 1,080.00 |
| 01/11/23 | David J. Adler | Review multiple emails from Committee members regarding wallet motion and related analysis. | 0.80 | 720.00 |
| 01/12/23 | Lisa S. Bonsall | Review SOFAS and schedules and draft KERP Objection | 0.50 | 417.50 |
| 01/12/23 | Lisa S. Bonsall | Review additional filings and committee communications | 0.40 | 334.00 |
| 01/12/23 | Linda Restivo | Communications with L. Bonsall and D. Adler re the schedules and statements of financial affairs. | 0.60 | 186.00 |
| 01/12/23 | David J. Adler | consideration of issues with respect to wallet motion. | 0.40 | 360.00 |
| 01/12/23 | Linda Restivo | Download the Schedules for the 9 debtors. Download the statement of financial affairs for the 9 debtors. | 0.20 | 62.00 |
| 01/12/23 | Linda Restivo | Review the extension of time given to the OCC to file objections to certain motions. | 0.40 | 124.00 |
| 01/12/23 | David J. Adler | Reviewing Schedules and SOFA of Debtor entities and other financial information in advance of 1/13/2023 meeting. | 4.20 | 3,780.00 |
| 01/12/23 | David J. Adler | Consideration of issues with respect to retention of Moelis. | 0.60 | 540.00 |
| 01/12/23 | David J. Adler | prepare for meeting of UCC on 1/13/2023. | 0.30 | 270.00 |
| 01/12/23 | David J. Adler | Review reply in support of Motion to redact customer data. | 0.30 | 270.00 |
| 01/12/23 | David J. Adler | Review limited objection to UST to certain first day motions. | 0.60 | 540.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL**

McCarter & English, LLP

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.   Invoice Date: May 18, 2023
Matter:  Committee matters

Invoice Number: 9041596
Matter Number: 138158-00001

| 01/13/23 | Lisa S. Bonsall | Review recently filed objections and replies to Redaction Motion and KERP Motion. | 1.00 | 835.00 |
|---|---|---|---|---|
| 01/13/23 | Lisa S. Bonsall | Review UCC emails regarding KERP Objection and Moelis Retention | 0.20 | 167.00 |
| 01/13/23 | Joseph R. Scholz | Analysis of pleadings, motions and other relevant materials. | 3.10 | 2,247.50 |
| 01/13/23 | David J. Adler | Review issues with respect to KERP.. | 0.50 | 450.00 |
| 01/13/23 | David J. Adler | Consideration of issues with respect to borrow program of Blockfi, review TOU and Celsius decision and consider issues with respect to same. | 0.40 | 360.00 |
| 01/17/23 | Lisa S. Bonsall | Review recent financial data | 0.50 | 417.50 |
| 01/17/23 | Lisa S. Bonsall | Attend hearing on Debtors' pending motions | 0.70 | 584.50 |
| 01/17/23 | Joseph R. Scholz | Review correspondence from co-counsel and counsel for Debtors concerning document requests and further analysis of pleadings, motions and other relevant materials | 1.20 | 870.00 |
| 01/17/23 | David J. Adler | Prepare and participate in court call with respect to Moelis and KERP related issues. | 1.20 | 1,080.00 |
| 01/17/23 | David J. Adler | Review 8 orders docketed by bankruptcy court on second day motions. | 0.60 | 540.00 |
| 01/18/23 | Lisa S. Bonsall | Reviewing proposed bidding procedures | 0.50 | 417.50 |
| 01/18/23 | Joseph R. Scholz | Analysis of pleadings, motions and other relevant materials. | 0.30 | 217.50 |
| 01/18/23 | David J. Adler | Consideration of issues with respect to partial wallet and preference issues. | 1.30 | 1,170.00 |
| 01/18/23 | David J. Adler | Review transcript from January 9th hearing. | 0.40 | 360.00 |
| 01/19/23 | Lisa S. Bonsall | Review communications | 0.20 | 167.00 |
| 01/19/23 | Joseph R. Scholz | Analysis of orders, motions and other relevant materials. | 0.80 | 580.00 |
| 01/20/23 | Lisa S. Bonsall | Confer at length regarding UCC investigation, work allocation and team organization | 1.00 | 835.00 |
| 01/20/23 | Lisa S. Bonsall | Attend 341 meeting of creditors | 6.00 | 5,010.00 |
| 01/20/23 | Lisa S. Bonsall | Review newly filed Statements | 0.50 | 417.50 |
| 01/20/23 | Joseph R. Scholz | Analysis of UST's objections, motions and other relevant materials. | 0.50 | 362.50 |
| 01/20/23 | David J. Adler | review emails regarding scheduling of hearings in BlockFi on outstanding disputes. | 0.40 | 360.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL**

McCarter & English, LLP

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.   Invoice Date: May 18, 2023
Matter:  Committee matters

Invoice Number: 9041596
Matter Number: 138158-00001

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/20/23 | David J. Adler | Review redacted objection of UST. | 0.30 | 270.00 |
| 01/20/23 | David J. Adler | Review Debtors' Statement in support of wallet motion and consider issues with respect to same. | 0.70 | 630.00 |
| 01/23/23 | Lisa S. Bonsall | Review pleadings regarding bidding procedures and bar date and consideration of issues with respect to committee investigation. | 1.00 | 835.00 |
| 01/23/23 | Lisa S. Bonsall | Attend status conference before Judge Kaplan | 0.70 | 584.50 |
| 01/23/23 | Lisa S. Bonsall | Review memorandum and prepare for UCC meeting regarding Wallet Motion. | 0.50 | 417.50 |
| 01/23/23 | Lisa S. Bonsall | Review filings and communications | 0.40 | 334.00 |
| 01/23/23 | Joseph R. Scholz | Analysis of orders, motions and other relevant materials. | 0.60 | 435.00 |
| 01/23/23 | David J. Adler | Prepare and Attend Bankruptcy Court hearing before Judge Kaplan. | 1.30 | 1,170.00 |
| 01/23/23 | Stephanie A. Pisko | Attend to reviewing Court's Order regarding submitting electronic notice of appearance for L. Bonsall. | 0.20 | 106.00 |
| 01/23/23 | David J. Adler | Consideration of issues with respect to Borrow Program and issues related to property of the estate. | 1.10 | 990.00 |
| 01/23/23 | David J. Adler | Consideration of issues with respect to Wallet Motion. | 0.80 | 720.00 |
| 01/23/23 | David J. Adler | Consideration of issues with respect to KERP motion scheduled for 1/27 and discovery in advance of trial. | 0.40 | 360.00 |
| 01/23/23 | David J. Adler | Consider issues with respect to allocation of work and team with respect to committee investigation. | 1.10 | 990.00 |
| 01/24/23 | David J. Adler | Emails with Stark re: Press reports. | 0.20 | 180.00 |
| 01/24/23 | Stephanie A. Pisko | Attend to submitting electronic notice of appearance for L. Bonsall. | 0.20 | 106.00 |
| 01/24/23 | David J. Adler | Review Auros Loan Agreement emails. | 0.20 | 180.00 |
| 01/25/23 | Lisa S. Bonsall | Further review and analysis of propriety of Debtors' Prepetition actions and wallet related issues (review case, outline issues) and email re: same. | 1.00 | 835.00 |
| 01/25/23 | Joseph R. Scholz | Analysis of UST objections, motions and other relevant materials . | 0.70 | 507.50 |
| 01/25/23 | Linda Restivo | Download the schedules and statement of financial affairs for each of the 9 debtors. | 1.20 | 372.00 |
| 01/25/23 | David J. Adler | Consideration of outstanding disputes with respect to KERP and Moelis motions. | 1.10 | 990.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL**

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.    Invoice Date: May 18, 2023
Matter:  Committee matters

Invoice Number: 9041596
Matter Number: 138158-00001

| 01/25/23 | David J. Adler | Comparison of Celsius and BlockFi loan agreements. | 0.40 | 360.00 |
|---|---|---|---|---|
| 01/25/23 | David J. Adler | Consideration of issues with respect to application of Delaware UCC and how a security interest in Crypto is perfected. | 0.60 | 540.00 |
| 01/25/23 | David J. Adler | Reviewing Celsius January 4th Decision with respect to the Debtor's interest in Customer's ear accounts. | 0.70 | 630.00 |
| 01/25/23 | David J. Adler | Analysis of Blockfi lending agreements. | 1.10 | 990.00 |
| 01/25/23 | David J. Adler | Discussion with Lisa Bonsall with respect to property of the estate issues with respect to BlockFi borrow program. | 1.20 | 1,080.00 |
| 01/26/23 | Joseph R. Scholz | Analysis of UST objections, motions and other relevant materials. | 0.40 | 290.00 |
| 01/27/23 | Joseph R. Scholz | Analysis of motions and other relevant materials. | 1.20 | 870.00 |
| 01/27/23 | Lisa S. Bonsall | Attend hearing before Judge Kaplan | 0.50 | 417.50 |
| 01/27/23 | David J. Adler | Prepare for and participate in BlockFi Hearing Before Judge Kaplan with respect to KERP and other matters; review agenda and proposed order. | 1.10 | 990.00 |
| 01/30/23 | David J. Adler | Review Bar Date Order. | 0.20 | 180.00 |
| 01/30/23 | David J. Adler | Prepare for and participate in BlockFi Hearing Before Judge Kaplan. | 0.80 | 720.00 |
| 01/30/23 | David J. Adler | Review BlockFi Amended Agenda | 0.20 | 180.00 |
| 01/30/23 | Lisa S. Bonsall | Attend hearing before Bankruptcy Court. | 0.50 | 417.50 |
| 01/30/23 | Lisa S. Bonsall | Review weekly updates and communications related to status of debtor and deliverables | 0.70 | 584.50 |
| 01/31/23 | Joseph R. Scholz | Analysis of motions and other relevant materials and conferring with D. Adler concerning strategy | 1.10 | 797.50 |
| 01/31/23 | Linda Restivo | Communications with D. Adler and L. Bonsall re the next two omnibus hearings. | 0.10 | 31.00 |
| **B110 - Case Administration** | | | **83.40** | **$66,327.00** |

**B120 - Asset Analysis and Recovery**

| 01/07/23 | Lisa S. Bonsall | Consideration of issues with respect to investigation (claims and documents) | 0.30 | 250.50 |
|---|---|---|---|---|

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL

McCarter & English, LLP

Client: Official Committee of Unsecured Creditors of BlockFi, Inc.   Invoice Date: May 18, 2023
Matter: Committee matters

Invoice Number: 9041596
Matter Number: 138158-00001

| 01/09/23 | Lisa S. Bonsall | Review emails related to committee issues, legal and factual questions, analyses and pending requests for information. | 0.80 | 668.00 |
|---|---|---|---|---|
| 01/10/23 | Lisa S. Bonsall | Attend meeting with respect to investigation and team organization. | 0.20 | 167.00 |
| 01/23/23 | Shannon D. Humiston | Further analysis of document review protocol in preparation to draft summary of documents received from Debtors | 0.30 | 159.00 |
| 01/24/23 | Lisa S. Bonsall | Attend preparatory committee call preceding meeting with debtor | 0.50 | 417.50 |
| 01/24/23 | Lisa S. Bonsall | Consider strategic and legal issues with respect to status of earn account holders and borrower's collateral | 1.20 | 1,002.00 |
| 01/25/23 | Lisa S. Bonsall | Review documents in connection with analysis of debtor actions, as well as recent filings in connection with statements, admissions, relating to analysis and investigation. | 3.50 | 2,922.50 |
| 01/25/23 | Lisa S. Bonsall | Consider issues in connection with debtors' right to convert crypto | 0.80 | 668.00 |
| 01/25/23 | Lisa S. Bonsall | Consider issues in connection with team to review documents and data for investigation | 1.30 | 1,085.50 |
| 01/26/23 | Linda Restivo | Document management in WorkSite re security settings and confidentiality of the schedules for each of the nine debtors and the statement of financial affairs for each of the nine debtors. | 1.60 | 496.00 |
| 01/26/23 | Lisa S. Bonsall | Internal communications and follow up regarding investigation and document production | 0.30 | 250.50 |
| 01/26/23 | Lisa S. Bonsall | Consider issues/assignment regarding propriety of debtors' conduct | 1.50 | 1,252.50 |
| 01/26/23 | Lisa S. Bonsall | Follow up regarding background facts and documents in connection with investigation into Debtor's conduct | 0.40 | 334.00 |
| 01/26/23 | Lisa S. Bonsall | Communications with lead Committee counsel re: document review | 0.10 | 83.50 |
| 01/26/23 | Michael F. Finkler | Confer with L. Bonsall re new project setup and data transfer and coordinate data transfer and download with P. Gliman and data hosting vendor. | 0.20 | 33.00 |
| 01/27/23 | Shannon D. Humiston | Further analysis of potential causes of action in preparation to review documents | 2.00 | 1,060.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL

McCarter & English, LLP

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.   Invoice Date: May 18, 2023
Matter:  Committee matters

Invoice Number: 9041596
Matter Number: 138158-00001

| 01/27/23 | Lisa S. Bonsall | Consider at length with facts, background and issues to be covered in connection with investigation of BlockFi prepetition acts and activities | 2.20 | 1,837.00 |
|----------|-----------------|---|------|----------|
| 01/27/23 | Lisa S. Bonsall | Emails related to document production by K&E and platform, etc. | 1.00 | 835.00 |
| 01/27/23 | David J. Adler | Attending to issues with respect to BlockFi document review for committee investigation and internal discussions with respect to same. | 1.80 | 1,620.00 |
| 01/30/23 | David J. Adler | Attending to issues related to review of documents from Blockfi; calls with BR and Debtors re: documents produced or to be produced; consideration of issues with respect to same. | 1.20 | 1,080.00 |
| 01/30/23 | Michael F. Finkler | Coordinate Relativity new project set up with data hosting vendor and confirm vendor has Intralinks access and there is data available for download; Confer with data hosting vendor and legal team re data download and ediscovery processing options and discuss watermark data issues. | 2.30 | 379.50 |
| 01/31/23 | David J. Adler | Reviewing issues with respect to BlockFi production of documents, review protocol and issues related to committee investigation of pre-petition conduct. | 0.80 | 720.00 |
| 01/31/23 | Shannon D. Humiston | Review and analyze initial document production | 0.70 | 371.00 |
| 01/31/23 | Shannon D. Humiston | Further analysis of document review status and protocol in preparation to review production | 1.30 | 689.00 |
| 01/31/23 | Shannon D. Humiston | Review and analyze Renzi First Day Declaration in preparation to review documents for relevance. | 0.90 | 477.00 |
| 01/31/23 | Shannon D. Humiston | Further analysis of Intralinks documents | 0.10 | 53.00 |
| 01/31/23 | Michael F. Finkler | Download initial BlockFi data production and make files available to legal team; Draft multiple emails to M. Canale requesting a meeting to discuss various document production issues; Provide screen shot of Relativity coding form to legal team; | 1.70 | 280.50 |
| **B120 - Asset Analysis and Recovery** | | | **29.00** | **$19,191.50** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.   Invoice Date: May 18, 2023
Matter:  Committee matters                                            Invoice Number: 9041596
                                                                      Matter Number: 138158-00001

---

## B130 - Asset Disposition

| | | | | |
|---|---|---|---|---|
| 01/30/23 | David J. Adler | Review Bidding Procedures Order | 0.10 | 90.00 |
| **B130 - Asset Disposition** | | | 0.10 | **$90.00** |

## B150 - Meetings of and Communications with Creditors

| | | | | |
|---|---|---|---|---|
| 01/03/23 | Lisa S. Bonsall | Attending committee call regarding status, strategy, retention of professionals. | 1.20 | 1,002.00 |
| 01/03/23 | Lisa S. Bonsall | Preparing for Committee call; reviewing materials. | 0.50 | 417.50 |
| 01/03/23 | Lisa S. Bonsall | Reviewing slide decks and financial advisor books in advance of upcoming pitches. | 1.40 | 1,169.00 |
| 01/03/23 | Lisa S. Bonsall | Follow up with DJA regarding upcoming work allocation, team organization and next steps. | 0.50 | 417.50 |
| 01/03/23 | Joseph R. Scholz | Review pitch materials and agenda in advance of conference call with counsel and Committee members (3); conference call with counsel and Committee members to discuss process for selection of financial advisors and other matters (1.0). | 1.30 | 942.50 |
| 01/03/23 | David J. Adler | Review FA discussion materials. | 1.40 | 1,260.00 |
| 01/04/23 | Lisa S. Bonsall | Attend Committee Call. | 3.60 | 3,006.00 |
| 01/04/23 | Lisa S. Bonsall | Review communications relating to Committee business, including review of pending motions and recommendations relating thereto. | 1.20 | 1,002.00 |
| 01/04/23 | David J. Adler | Review emails from Committee Members. | 0.30 | 270.00 |
| 01/04/23 | David J. Adler | Attend and participate in FA Interviews and committee discussions thereafter. | 4.20 | 3,780.00 |
| 01/05/23 | Lisa S. Bonsall | Attend creditors' committee call to discuss committee matters | 1.50 | 1,252.50 |
| 01/05/23 | David J. Adler | Review communications from committee members with respect to various agenda items. | 0.70 | 630.00 |
| 01/05/23 | David J. Adler | Preparation for meeting on 1/6 and review materials in advance thereof. | 2.20 | 1,980.00 |
| 01/06/23 | Lisa S. Bonsall | Attend creditor committee meeting via Zoom. | 1.70 | 1,419.50 |
| 01/06/23 | Lisa S. Bonsall | Attend introductory and informational meeting between Creditor Committee and Debtors, with various professionals in attendance at Kirkland & Ellis in NYC. | 4.00 | 3,340.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL

McCarter & English, LLP

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.   Invoice Date: May 18, 2023
Matter:  Committee matters

Invoice Number: 9041596
Matter Number: 138158-00001

| 01/06/23 | David J. Adler | Attend meeting at Kirkland & Ellis and discussions pre and post meeting | 4.20 | 3,780.00 |
|---|---|---|---|---|
| 01/06/23 | David J. Adler | Prepare and participate in committee meeting. | 1.60 | 1,440.00 |
| 01/09/23 | Lisa S. Bonsall | Review committee emails. | 0.20 | 167.00 |
| 01/09/23 | David J. Adler | Reviewing agenda issues with respect to UCC meeting. | 0.70 | 630.00 |
| 01/10/23 | Lisa S. Bonsall | Attend creditor committee meeting | 1.60 | 1,336.00 |
| 01/10/23 | David J. Adler | Prepare for and attend committee call and review agenda with respect to same. | 1.70 | 1,530.00 |
| 01/11/23 | Lisa S. Bonsall | Review committee communications | 0.40 | 334.00 |
| 01/12/23 | Lisa S. Bonsall | Review communications to/from and among Committee members with respect to proposed filings. | 0.40 | 334.00 |
| 01/13/23 | Lisa S. Bonsall | Attend creditors committee meeting to discuss outstanding issues and motions. | 1.60 | 1,336.00 |
| 01/13/23 | David J. Adler | Prepare and participate in committee meeting. | 1.60 | 1,440.00 |
| 01/13/23 | David J. Adler | Further review of materials from 1/5/23 meeting and consideration of various financial issues with respect to wallet, earn and borrow. | 0.90 | 810.00 |
| 01/13/23 | David J. Adler | Attend meeting with UCC and Debtors with respect to issues related to Moelis retention and KERP. | 4.20 | 3,780.00 |
| 01/17/23 | Lisa S. Bonsall | Attend Committee meeting | 1.20 | 1,002.00 |
| 01/17/23 | Linda Restivo | Review the OCC's timeline and weekly update. Communications with D. Adler and L. Bonsall re deadlines and hearing dates. | 0.30 | 93.00 |
| 01/17/23 | David J. Adler | Review agenda for weekly committee call. | 0.60 | 540.00 |
| 01/17/23 | David J. Adler | Prepare and participate in committee call. | 1.30 | 1,170.00 |
| 01/17/23 | David J. Adler | Review presentation of M3 for Committee call. | 0.80 | 720.00 |
| 01/19/23 | David J. Adler | Review committee communications on outstanding disputes and other matters. | 0.60 | 540.00 |
| 01/20/23 | David J. Adler | Review Elementus Report circulated by Committee. | 0.80 | 720.00 |
| 01/23/23 | Lisa S. Bonsall | Attend creditor committee meeting | 1.70 | 1,419.50 |
| 01/24/23 | Lisa S. Bonsall | Attend meeting between debtor and committee | 1.30 | 1,085.50 |
| 01/24/23 | Lisa S. Bonsall | Attend scheduled committee meeting | 1.30 | 1,085.50 |
| 01/24/23 | David J. Adler | Review UCC Communications on outstanding matters scheduled to be heard by Bankruptcy Court. | 0.70 | 630.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL**

McCarter & English, LLP

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.   Invoice Date: May 18, 2023
Matter:  Committee matters

Invoice Number: 9041596
Matter Number: 138158-00001

| 01/24/23 | David J. Adler | Prepare and attend to committee weekly meeting and review presentations circulated by BR. | 1.50 | 1,350.00 |
|---|---|---|---|---|
| 01/24/23 | David J. Adler | Prepare and attend meetings with committee and debtor over KERP and other matters. | 1.30 | 1,170.00 |
| 01/25/23 | Lisa S. Bonsall | Attend committee call re: settlement | 0.50 | 417.50 |
| 01/25/23 | David J. Adler | Consideration of issues with respect to committee investigation of BlockFi prepetition actions and documents to be reviewed. | 1.30 | 1,170.00 |
| 01/25/23 | David J. Adler | Review diligence document request from BR. | 0.40 | 360.00 |
| 01/26/23 | David J. Adler | Working through conflict list and drafting retention application. | 1.20 | 1,080.00 |
| 01/30/23 | David J. Adler | Editing and further diligence on Blockfi retention application. | 1.40 | 1,260.00 |
| 01/31/23 | David J. Adler | Prepare and participate in pre committee call with professionals. | 1.10 | 990.00 |
| 01/31/23 | David J. Adler | Prepare and participate in committee call with professionals and consideration of various issues. | 1.60 | 1,440.00 |
| 01/31/23 | Lisa S. Bonsall | Attend creditor committee meeting | 2.00 | 1,670.00 |
| **B150 - Meetings of and Communications with Creditors** | | | **67.70** | **$58,718.50** |

## B160 - Fee/Employment Applications

| 01/03/23 | David J. Adler | Attending to Blockfi committee retention matters. | 1.80 | 1,620.00 |
|---|---|---|---|---|
| 01/17/23 | David J. Adler | Draft engagement letter and consider issues with retention. | 0.40 | 360.00 |
| 01/18/23 | David J. Adler | Attending to retention issues and application. | 1.10 | 990.00 |
| 01/18/23 | David J. Adler | Review conflict reports. | 0.60 | 540.00 |
| 01/19/23 | David J. Adler | Working on retention issues and conflicts; drafting paragraphs in Adler declaration on potential connections. | 2.70 | 2,430.00 |
| 01/24/23 | David J. Adler | Review supplemental declaration of Cole Schotz. | 0.30 | 270.00 |
| 01/31/23 | David J. Adler | Reviewing and editing M&E retention application and preparing schedule of connections. | 1.40 | 1,260.00 |
| **B160 - Fee/Employment Applications** | | | **8.30** | **$7,470.00** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL

McCarter & English, LLP

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.    Invoice Date: May 18, 2023
Matter:  Committee matters

Invoice Number: 9041596
Matter Number: 138158-00001

---

**B195 - Non-Working Travel**

| | | | | |
|---|---|---|---|---|
| 01/06/23 | Lisa S. Bonsall | Travel from Newark to NYC and back for informational exchange meeting between Creditor Committee and Debtors at Debtors' counsel offices.  (charged at 50% of actual time incurred). | 1.00 | 835.00 |
| **B195 - Non-Working Travel** | | | **1.00** | **$835.00** |

**B410 - General Bankruptcy Advice/Opinions**

| | | | | |
|---|---|---|---|---|
| 01/04/23 | Lisa S. Bonsall | Review and consider recent ruling relevant to ownership questions at issue in case and relevant to creditors and committee. | 0.80 | 668.00 |
| 01/23/23 | Lisa S. Bonsall | Confer with DJA regarding research and analysis of issue regarding sale of crypto by debtor | 0.60 | 501.00 |
| 01/23/23 | Lisa S. Bonsall | Confer again with DJA | 0.30 | 250.50 |
| 01/23/23 | Lisa S. Bonsall | Review BlockFi lending agreement and draft memorandum regarding issues and initial impressions | 3.70 | 3,089.50 |
| 01/26/23 | Stephanie A. Pisko | Strategize and meet with L. Bonsall regarding Borrower's rights with respect to three separate types of accounts offered by Borrower. | 1.40 | 742.00 |
| 01/26/23 | Stephanie A. Pisko | Review and consideration of opinion in Celsius Bankruptcy proceeding regarding similar issue in BlockFi with regards to collateral for loans to customers. | 0.90 | 477.00 |
| 01/26/23 | Stephanie A. Pisko | Consideration of L. Bonsall analysis regarding issue in BlockFi with regards to collateral for loans to customers and the Debtor's right with respect to same. | 1.50 | 795.00 |
| 01/26/23 | Stephanie A. Pisko | Examination of the law with respect to click wrap agreements and specifically enforceability in New Jersey generally and in the context of consumer transaction. | 1.80 | 954.00 |
| 01/26/23 | Stephanie A. Pisko | Examination into the law of enforcement of unambiguous contracts and when extrinsic evidence can be introduced to determine parties' intent. | 0.80 | 424.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL

McCarter & English, LLP

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.    Invoice Date: May 18, 2023
Matter:  Committee matters

Invoice Number: 9041596
Matter Number: 138158-00001

| 01/27/23 | Lisa S. Bonsall | Follow up regarding issues and questions on loan agreements | 0.20 | 167.00 |
|---|---|---|---|---|
| 01/27/23 | Stephanie A. Pisko | Review and consider example consumer loan agreement and security agreement and master digital currency loan agreement. | 2.00 | 1,060.00 |
| 01/27/23 | Stephanie A. Pisko | Review and consider terms and conditions on BlockFi website and review Internet archives to track changes to terms and conditions throughout the proceeding three months prior to Debtor filing. | 1.50 | 795.00 |
| 01/28/23 | Stephanie A. Pisko | High-level review of Bankruptcy docket in preparation of preparing research and memorandum on matter. | 1.50 | 795.00 |
| 01/30/23 | Shannon D. Humiston | Review and analyze Master Digital Currency Loan Agreement in preparation to draft memorandum summarizing same for Committee | 2.20 | 1,166.00 |
| 01/30/23 | Shannon D. Humiston | Review and analyze Loan and Security Agreement in preparation to draft memorandum summarizing same for Committee | 1.70 | 901.00 |
| 01/30/23 | Stephanie A. Pisko | Examination of the law with respect to classification of securities under federal law and existing articles and guidance on how it relates to digital currency and crypto assets and beneficial owners of securities' obligations with respect to liquidation and selling said securities. | 4.40 | 2,332.00 |
| 01/31/23 | Lisa S. Bonsall | Follow up regarding memo on propriety of debtor actions selling crypto | 0.20 | 167.00 |
| 01/31/23 | Stephanie A. Pisko | Confer with L. Bonsall regarding status of research with respect to several issues related to collateral and customer accounts. | 0.70 | 371.00 |
| 01/31/23 | Stephanie A. Pisko | Examination of the law with respect to cryptocurrency and Article 9, specifically its classification under Article 9 and the mechanics and ability to take a security interest in a cryptocurrency. | 2.10 | 1,113.00 |
| 01/31/23 | Stephanie A. Pisko | Examine case law in federal courts regarding a security interest holder's ability to liquidate or outright sell collateral it possesses when it has contractual right to control collateral but not legal title to the collateral. | 2.70 | 1,431.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL

McCarter & English, LLP

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.    Invoice Date: May 18, 2023
Matter:  Committee matters

Invoice Number: 9041596
Matter Number: 138158-00001

---

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/31/23 | Stephanie A. Pisko | Begin drafting memorandum on cryptocurrency and Article 9 of the UCC. | 0.90 | 477.00 |
| 01/31/23 | Stephanie A. Pisko | Examination of the law with respect to broad UCC Article 9 principles and possible applicability to cryptocurrency and the effect of cryptocurrency not being declared a security under federal law. | 2.00 | 1,060.00 |
| **B410 - General Bankruptcy Advice/Opinions** | | | **33.90** | **$19,736.00** |

| | | | | |
|---|---|---|---|---|
| **Total** | | | **223.40** | **$172,368.00** |
| **Total Disbursements** | | | | **$0.00** |
| **Total Due** | | | | **$172,368.00** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL**

McCarter & English, LLP



BlockFi, Inc. Official Committee of Unsecured Creditors
New York, NY 10036

Invoice Date: May 18, 2023

Invoice Number: 9041596

Matter Number: 138158-00001

**REMITTANCE COPY**

**Committee matters**

| <u>Invoice Date</u> | <u>Invoice Number</u> | <u>Balance Due</u> |
|---|---|---|
| <u>Current Invoice</u> | | |
| 05/17/23 | 9041596 | $172,368.00 |
| **Balance Due** | | $172,368.00 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*          *Electronic Payment Instructions:*
*McCarter & English, LLP*   AccountsReceivable@McCarter.com
*Four Gateway Center*    *Account Name:  McCarter & English, LLP*
*100 Mulberry Street*    *Account Number: 2020080016953*
*Newark, NJ 07102*      *Financial Institution:  Wells Fargo Bank, N.A.*
*Tel  973.622.4444*      *ACH ABA: 021200025*
*Fax 973.624.7070*      *Wire Transfer ABA: 121000248*
*www.mccarter.com*      *SWIFT: WFBIUS6S  (International payments)*
*Tax I.D. # 22-1534652*    **(Please Reference Invoice Number)**



BlockFi, Inc. Official Committee of Unsecured Creditors
New York, NY 10036

Invoice Date: May 18, 2023

Invoice Number: 9041722

Matter Number: 138158-00002

Client**:**     Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:     Document Review

*For professional services rendered through January 31, 2023*

Currency: USD

| | |
|---|---|
| Fees | $14,460.00 |
| Disbursements | $225.40 |
| **Total Amount Due** | **$14,685.40** |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

**Mail To:**                    **Electronic Payment Instructions:**
*McCarter & English, LLP*     AccountsReceivable@McCarter.com
*Four Gateway Center*         *Account Name:  McCarter & English, LLP*
*100 Mulberry Street*         *Account Number: 2020080016953*
*Newark, NJ 07102*           *Financial Institution:  Wells Fargo Bank, N.A.*
*Tel  973.622.4444*          *ACH ABA: 021200025*
*Fax 973.624.7070*           *Wire Transfer ABA: 121000248*
*www.mccarter.com*           *SWIFT: WFBIUS6S  (International payments)*
*Tax I.D. # 22-1534652*       **(Please Reference Invoice Number)**

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.
Matter:  Document Review

Invoice Date: May 18, 2023
Invoice Number: 9041722
Matter Number: 138158-00002

---

**Time Detail**

**B120 - Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| 01/25/23 | Jessica J. Macarone | Preliminary assessment of issues related to BlockFi matter and document production analysis | 0.40 | 238.00 |
| 01/26/23 | Jessica J. Macarone | Further assessment of preliminary issues related to BlockFi matter and document production analysis | 1.40 | 833.00 |
| 01/27/23 | Jessica J. Macarone | Team meeting regarding background information and strategy for proceeding with respect to document production and analysis | 2.30 | 1,368.50 |
| 01/27/23 | Jessica J. Macarone | Began assessing relevant background documents in connection with document analysis | 2.20 | 1,309.00 |
| 01/30/23 | Lisa S. Bonsall | Communications related to document production and review | 0.40 | 334.00 |
| 01/30/23 | Lisa S. Bonsall | Review and consider list of documents requested, and prepare for call | 0.50 | 417.50 |
| 01/30/23 | Lisa S. Bonsall | Attend Zoom meeting with Brown Rudnick and Kirkland regarding document production | 1.30 | 1,085.50 |
| 01/30/23 | Lisa S. Bonsall | Follow up regarding document production protocol and call with Pat & Brown Rudnick team regarding same | 0.50 | 417.50 |
| 01/30/23 | Lisa S. Bonsall | Consideration of and conference calls with IT team regarding document production and protocols | 1.40 | 1,169.00 |
| 01/30/23 | Jessica J. Macarone | Considering issues re: follow-up inquiries related to Epiq and data/document transfer | 0.80 | 476.00 |
| 01/30/23 | Jessica J. Macarone | Further assessing relevant background documents in connection with document analysis | 1.80 | 1,071.00 |
| 01/31/23 | Lisa S. Bonsall | Conference call with tech and team regarding incoming documents, legal and technical issues | 1.20 | 1,002.00 |
| 01/31/23 | Lisa S. Bonsall | Review incoming documents and follow up with team on specific review | 0.90 | 751.50 |
| 01/31/23 | Lisa S. Bonsall | Follow up regarding document production status, instructions, issue protocol | 0.50 | 417.50 |
| 01/31/23 | Jessica J. Macarone | Considering issues related to developments with respect to issue coding, document review protocol, coding pane development and related items | 1.80 | 1,071.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL

McCarter & English, LLP

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.    Invoice Date: May 18, 2023

Matter:  Document Review

Invoice Number: 9041722

Matter Number: 138158-00002

| 01/31/23 | Jessica J. Macarone | Assessing document requests and related communications in preparation for document analysis | 1.60 | 952.00 |
|---|---|---|---|---|
| 01/31/23 | Jessica J. Macarone | Conferring with co-counsel re: document review protocol and next steps in preparation for review | 0.30 | 178.50 |
| 01/31/23 | Jessica J. Macarone | Email communications re: document production processing and preliminary assessment items | 0.90 | 535.50 |
| 01/31/23 | Jessica J. Macarone | Further assessing specific slide decks, filings and related documents in connection with background of matter and legal strategy for proceeding | 1.40 | 833.00 |
| **B120 - Asset Analysis and Recovery** | | | **21.60** | **$14,460.00** |

**Total Disbursements**      **$225.40**

**Total Due**      **$14,685.40**

**Disbursement Detail**

| <u>Description</u> | <u>Quantity</u> | <u>Amount</u> |
|---|---|---|
| Color Printer | 1,127.00 | 225.40 |
| **Total** | | **$225.40** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL**



BlockFi, Inc. Official Committee of Unsecured Creditors
New York, NY 10036

Invoice Date: May 18, 2023

Invoice Number: 9041722

Matter Number: 138158-00002

**REMITTANCE COPY**

**Document Review**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 05/18/23 | 9041722 | $14,685.40 |
| **Balance Due** | | $14,685.40 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
*McCarter & English, LLP*
*Four Gateway Center*
*100 Mulberry Street*
*Newark, NJ 07102*
*Tel  973.622.4444*
*Fax 973.624.7070*
*www.mccarter.com*
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number: 2020080016953*
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**