**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**AMENDED AFFIDAVIT OF SERVICE**

I, Eladio Perez, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 11, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Application in Lieu of Motion for Consent Order Extending the Governmental Bar Date to June 13, 2023 for the United States of America. Objections Due by May 18, 2023 [Docket No. 866]

- Notice of Rejection of Executory Contracts and Leases [Docket No. 867] (the "***Notice of Rejection***")

On May 11, 2023, at my direction and under my supervision, employees of Kroll caused the Notice of Rejection to be served by the method set forth on the Counterparties Service List attached hereto as **Exhibit B**.

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

Dated: June 1, 2023

/s/ *Eladio Perez*
Eladio Perez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 1, 2023, by Eladio Perez, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Indenture Trustee | Ankura Trust Company, LLC, as Trustee for the Indenture Dated as of February 28, 2022 | Attn: James J. McGinley<br>140 Sherman Street, 4th Floor<br>Fairfield CT 06824 | james.mcginley@ankura.com | Email |
| Counsel to Kyle Klaus | Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Joshua S. Bauchner<br>365 Rifle Camp Road<br>Woodland Park NJ 07424 | ajd@ansellgrimm.com<br>jb@ansellgrimm.com | Email |
| Counsel to Rui Pedro Vaz dos Santos Teixeira | Barclay Damon LLP | Attn: Scott L. Fleischer<br>1270 Avenue of the Americas<br>Suite 501<br>New York NY 10020 | sfleischer@barclaydamon.com | Email |
| Counsel to Ge Song | Boyle & Valenti Law, P.C. | Attn: Carrie J. Boyle, Esq.<br>1940 Route 70 East<br>Suite 4<br>Cherry Hill NJ 08003 | cboyle@b-vlaw.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq.<br>7 Times Square<br>New York NY 10036 | rstark@brownrudnick.com<br>kaulet@brownrudnick.com<br>bsilverberg@brownrudnick.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | Attn: Stephen D. Palley, Esq.<br>601 Thirteenth Street NW<br>Washington DC 20005 | spalley@brownrudnick.com | Email |
| Counsel to the Debtors | Cole Schotz P.C. | Attn: Felice R. Yudkin, Rebecca W. Hollander, Michael D. Sirota<br>25 Main Street<br>Hackensack NJ 7601 | FYudkin@coleschotz.com<br>RHollander@coleschotz.com<br>Msirota@coleschotz.com | Email |
| State Attorney General | Commonwealth of Puerto Rico | Attn: Bankruptcy Department<br>Apartado 9020192<br>San Juan PR 00902-0192 | | First Class Mail |
| Environmental Protection Agency - Region 2 | Environmental Protection Agency | Attn: Bankruptcy Division<br>290 Broadway<br>New York NY 10007-1866 | | First Class Mail |
| Environmental Protection Agency | Environmental Protection Agency | Attn: General Counsel<br>Office Of General Counsel 2310A<br>1200 Pennsylvania Ave NW, 2310A<br>Washington DC 20460 | | First Class Mail |
| Counsel to John Lymn | Fox Rothschild, LLP | Attn: Mark E. Hall<br>49 Market Street<br>Morristown NJ 07960 | mhall@foxrothschild.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Genova Burns LLC | Attn: Daniel M. Stolz, Esq., Donald W. Clarke, Esq., Gregory S. Kinoian, Esq.<br>110 Allen Road, Suite 304<br>Basking Ridge NJ 07920 | dstolz@genovaburns.com<br>dclarke@genovaburns.com | Email |
| Interested Party | George J. Gerro, Esq. | Attn: George J. Gerro<br>530 S. Glenoaks Blvd.<br>Suite 200<br>Burbank CA 91502 | george@gerrolaw.com | Email |
| Interested Party | George S. Wynns | Attn: George S. Wynns<br>124 Brewster Street<br>San Francisco CA 94110 | georgewynns@gmail.com | Email |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Gibbons P.C. | Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly<br>One Gateway Center<br>Newark NJ 07102 | rmalone@gibbonslaw.com<br>btheisen@gibbonslaw.com<br>kmcevilly@gibbonslaw.com | Email |
| Counsel to George J. Gerro and Nancy Fout | Gorski & Knowlton Pc | Attn: Carol L. Knowlton, Allen I. Gorski<br>311 Whitehorse Avenue<br>Suite A<br>Hamilton NJ 08610 | cknowlton@gorskiknowlton.com<br>agorski@gorskiknowlton.com | Email |
| Co-Counsel to Debtors | Haynes and Boone, LLP | Attn: J. Frasher Murphy, Jordan E. Chavez<br>2323 Victory Ave<br>Suite 700<br>Dallas TX 75219 | frasher.murphy@haynesboone.com<br>jordan.chavez@haynesboone.com | Email |
| Co-Counsel to Debtors | Haynes and Boone, LLP | Attn: Kenric D. Kattner, Kourtney P. Lyda, Re'Necia Sherald<br>1221 Mckinney Street<br>Suite 4000<br>Houston TX 77010 | kenric.kattner@haynesboone.com<br>kourtney.lyda@haynesboone.com<br>renecia.sherald@haynesboone.com | Email |
| Co-Counsel to Debtors | Haynes and Boone, LLP | Attn: Richard S. Kanowitz<br>30 Rockefeller Plaza<br>26th Floor<br>New York NY 10112 | richard.kanowitz@haynesboone.com | Email |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | Attn: Christopher R. Donoho III, Christopher R. Bryant,<br>Robert A. Ripin<br>390 Madison Ave<br>New York NY 10017 | robert.ripin@hoganlovells.com<br>chris.donoho@hoganlovells.com<br>chris.bryant@hoganlovells.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | Attn: David P. Simonds, Edward J. McNeilly<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles CA 90067 | david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com | Email |
| Counsel to Silvergate Bank | Holland & Knight LLP | Attn: Barbra R. Parlin<br>31 West 52Nd Street<br>New York NY 10019 | barbra.parlin@hklaw.com | Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to the Debtors | Kirkland & Ellis LLP | Attn: Christine A. Okike, Francis Petrie, Joshua Sussberg<br>601 Lexington Avenue<br>New York NY 10022 | christine.okike@kirkland.com<br>francis.petrie@kirkland.com<br>jsussberg@kirkland.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | McCarter & English, LLP | Attn: David J. Adler, joseph R. Scholz<br>Worldwide Plaza<br>825 Eighth Avenue, 31st Floor<br>New York NY 10019 | dadler@mccarter.com<br>jscholz@mccarter.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | McCarter & English, LLP | Attn: Lisa S. Bonsall<br>Four Gateway Center<br>100 Mulberry Street<br>Newark NJ 07102 | lbonsall@mccarter.com | Email |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gaston P. Loomis<br>300 Delaware Ave<br>Suite 1014<br>Wilmington DE 19801 | gloomis@mdmc-law.com | Email |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein<br>570 Broad Street<br>Newark NJ 07102 | jbernstein@mdmc-law.com | Email |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard<br>225 Liberty Street<br>36th Floor<br>New York NY 10281 | nleonard@mdmc-law.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea<br>1300 Mt. Kemble Avenue<br>PO Box 2075<br>Morristown NJ 07962-2075 | vshea@mdmc-law.com | Email |
| Counsel to Marex Capital Markets Inc. formerly known as E D & F Man Capital Markets, Inc. | Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein<br>919 Third Avenue<br>New York NY 10022 | KRWalsh@mintz.com<br>TDoherty@mintz.com<br>DBaumstein@mintz.com | Email |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild, III, Matthew C. Ziegler<br>1701 Market Street<br>Philadelphia PA 19103 | john.goodchild@morganlewis.com<br>matthew.ziegler@morganlewis.com | Email |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | Attn: Joshua Dorchak, David K. Shim<br>101 Park Avenue<br>New York NY 10178 | joshua.dorchak@morganlewis.com<br>david.shim@morganlewis.com | Email |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington DC 20036 | kcordry@naag.org | Email |
| Counsel to the State of Texas | Office of The Attorney General of Texas | Attn: Jason B. Binford and Roma N. Desai<br>Bankruptcy & Collections Division | public.information@oag.state.tx.us | Email |
| TN Dept of Commerce and Insurance | Office of The Tennessee Attorney General | Attn: Bankruptcy Division<br>P.O. Box 20207<br>Nashville TN 37202-0207 | gina.hantel@ag.tn.gov | Email |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee | Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark NJ 07102 | Lauren.Bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov<br>USTPRegion03.NE.ECF@usdoj.gov | Email |
| State Attorney General | Pennsylvania Office of The Attorney General | Attn: Bankruptcy Department<br>Strawberry Square<br>16th Floor<br>Harrisburg PA 17120 | | First Class Mail |
| Counsel to The Ad Hoc Group of Actual Wallet Holders;  BCF 2020 Investments, LLC, BMB 2020 Investments, LLC, Brent Pratt, Bryant Foulger, Clayton Foulger, FP Equity Investments, LLC and Scott Foulger | Reed Smith LLP | Attn: Kurt F. Gwynne<br>506 Carnegie Center, Suite 300<br>Princeton NJ 08540 | kgwynne@reedsmith.com<br>meckard@reedsmith.com | Email |

In re: BlockFi Inc., et al.
Case No. 22-19361 (MBK)

Page 4 of 10

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Bryant F. Foulger | Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo<br>1201 North Market Street<br>Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com<br>jangelo@reedsmith.com | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept<br>Brookfield Place<br>200 Vesey Street, Ste 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Headquarters | Securities and Exchange Commission | Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Counsel to Scratch Services LLC | Severson & Werson, A Professional Corporation | Attn: Eleanor M. Roman, Donald H. Cram<br>595 Market Street<br>Suite 2600<br>San Francisco CA 94105 | emr@severson.com<br>dhc@severson.com | Email |
| Counsel to Rui Pedro Vaz dos Santos Teixeira | Singer & Levick, P.C. | Attn: Larry A. Levick<br>16200 Addison Road<br>Suite 140<br>Addison TX 75001 | Levick@singerlevick.com | Email |
| State Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery AL 36130-0152 | | First Class Mail |
| State Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department<br>P.O. Box 110300<br>Juneau AK 99811-0300 | attorney.general@alaska.gov | Email |
| State Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department<br>2005 N Central Ave<br>Phoenix AZ 85004-2926 | BCEIntake@azag.gov | Email |
| State Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department<br>323 Center St.<br>Suite 200<br>Little Rock AR 72201-2610 | | First Class Mail |
| State Attorney General | State of California Attorney General | Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | bankruptcy@coag.gov | Email |

In re: BlockFi Inc., et al.
Case No. 22-19361 (MBK)

Page 5 of 10

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver CO 80203 | | First Class Mail |
| State Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department<br>165 Capitol Avenue<br>Hartford CT 06106 | attorney.general@ct.gov<br>denise.mondell@ct.gov | Email |
| State Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington DE 19801 | attorney.general@state.de.us | Email |
| State Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department<br>The Capitol, Pl 01<br>Tallahassee FL 32399-1050 | | First Class Mail |
| State Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | | First Class Mail |
| State Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu HI 96813 | hawaiiag@hawaii.gov | Email |
| State Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 | | First Class Mail |
| State Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us | Email |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines IA 50319 | webteam@ag.iowa.gov | Email |
| State Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor<br>Topeka KS 66612-1597 | | First Class Mail |
| State Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort KY 40601 | | First Class Mail |
| State Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | consumerinfo@ag.state.la.us | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department<br>6 State House Station<br>Augusta ME 04333 | | First Class Mail |
| State Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | oag@oag.state.md.us | Email |
| State Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department<br>One Ashburton Place<br>Boston MA 02108-1698 | ago@state.ma.us | Email |
| State Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | miag@michigan.gov | Email |
| State Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | | First Class Mail |
| State Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200 P.O. Box 220<br>Jackson MS 39201 | | First Class Mail |
| State Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | attorney.general@ago.mo.gov | Email |
| State Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department<br>215 N Sanders, Third Floor<br>P.O. Box 201401<br>Helena MT 59620-1401 | contactdoj@mt.gov | Email |
| State Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | ago.info.help@nebraska.gov | Email |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701 | aginfo@ag.nv.gov | Email |
| State Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord NH 03301 | attorneygeneral@doj.nh.gov | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department<br>Rj Hughes Justice Complex<br>25 Market Street P.O. Box 080<br>Trenton NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us | Email |
| State Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | | First Class Mail |
| State Attorney General | State of New York Attorney General | Attn: Bankruptcy Department<br>The Capitol<br>Albany NY 12224-0341 | | First Class Mail |
| State Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 | | First Class Mail |
| State Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | ndag@nd.gov | Email |
| State Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | | First Class Mail |
| State Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department<br>313 NE 21st Street<br>Oklahoma City OK 73105 | | First Class Mail |
| State Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department<br>1162 Court Street NE<br>Salem OR 97301 | consumer.hotline@doj.state.or.us<br>david.hart@doj.state.or.us | Email |
| State Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department<br>150 South Main Street<br>Providence RI 02903 | | First Class Mail |
| State Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department<br>P.O. Box 11549<br>Columbia SC 29211-1549 | | First Class Mail |
| State Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department<br>1302 East Highway 14<br>Suite 1<br>Pierre SD 57501-8501 | consumerhelp@state.sd.us | Email |
| State Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department<br>P.O. Box 142320<br>Salt Lake City UT 84114-2320 | uag@utah.gov | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department<br>109 State St.<br>Montpelier VT 05609-1001 | ago.bankruptcies@vermont.gov | Email |
| State Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department<br>900 East Main Street<br>Richmond VA 23219 | | First Class Mail |
| State Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia WA 98504-0100 | | First Class Mail |
| State Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | consumer@wvago.gov | Email |
| State Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department<br>Wisconsin Department Of Justice<br>State Capitol, Room 114 East P.O. Box 7857<br>Madison WI 53707-7857 | | First Class Mail |
| State Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne WY 82002 | | First Class Mail |
| Counsel to Towards Equilibrium, LLC d/b/a Equi ("Towards Equilibrium") | Stevens & Lee, P.C. | Attn: John C. Kilgannon<br>Princeton Pike Corporate Center<br>100 Lenox Drive, Suite 200<br>Lawrenceville NJ 08648 | john.kilgannon@stevenslee.com | Email |
| Counsel to Bruce Gilling, Martin Mikolajczyk, Mitchell Eglar, Brian Graddon, Matthew Hoselton, Michiel Hemminga, Kole Kottmeter, Ashton Rincon, William Warburton, Daniel Gusovsky, Clayton Bargsten, Joseph Borremans, Brendan Pena, Alberto Olivo, Steven Lee, Ellison Bak and Scott Aufenanger | Straffi & Straffi, LLC | Attn: Daniel E. Straffi<br>670 Commons Way<br>Toms River NJ 08755 | bkclient@straffilaw.com | Email |
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora<br>125 Broad Street<br>New York NY 10004 | dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>porporam@sullcrom.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Ad Hoc Committee of Wallet Account Holders | Troutman Pepper Hamilton Sanders LLP | Attn: Deborah Kovsky-Apap<br>875 Third Avenue<br>New York NY 10022 | deborah.kovsky@troutman.com | Email |
| Counsel to United States of America | U.S. Department of Justice – Civil Division Commercial Litigation Branch | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro<br>Ben Franklin Station<br>P.O. Box 875<br>Washington DC 20044-0875 | seth.shapiro@usdoj.gov | Email |
| Counsel to United States of America | U.S. Department of Justice Civil Division | Attn: Seth B. Shapiro<br>1100 L Street, NW<br>7th Floor - Room 7114<br>Washington DC 20005 | seth.shapiro@usdoj.gov | Email |
| State Attorney General | United States of America Attorney General | Attn: Bankruptcy Department<br>Us Dept Of Justice<br>950 Pennsylvania Ave NW<br>Washington DC 20530-0001 | | First Class Mail |
| Counsel to Cipher Mining Inc. and Cipher Mining Technologies Inc. | Venable LLP | Attn: Andrew J. Currie<br>600 Massachusetts Avenue NW<br>Washington DC 20001 | AJCurrie@Venable.com | Email |
| Counsel to Cipher Mining Inc. and Cipher Mining Technologies Inc. | Venable LLP | Attn: Michael A. Guerra, Jeffrey S. Sabin and Carol A. Weiner<br>1270 Avenue of the Americas<br>24th Floor<br>New York NY 10020 | MAGuerra@Venable.com<br>JSsabin@venable.com<br>CWeinerlevy@venable.com | Email |
| Counsel to Kristen Vorhees | Wadsworth, Garber, Warner and Conrardy, P.C. | Attn: Aaron A. Garber<br>2580 W. Main St.<br>Littleton CO 80120 | agarber@wgwc-law.com | Email |
| State Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department<br>441 4th Street, NW<br>Washington DC 20001 | oag@dc.gov | Email |
| Counsel to Timothy Price | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron<br>11400 West Olympic Blvd<br>9th Floor<br>Los Angeles CA 90064-1582 | saron@wrslawyers.com | Email |

**Exhibit B**

Exhibit B
Counterparties Service List
Served as set forth below

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10296923 | ABLY REALTIME | 228 PARK AVE S. | PMB 22154 | | NEW YORK | NY | 10003-1502 | | LEGAL@ABLY.COM | OVERNIGHT MAIL AND EMAIL |
| 11841861 | ACCERTIFY | 2 PIERCE PLACE | SUITE 900 | | ITASCA | IL | 60143 | | | OVERNIGHT MAIL |
| 10296924 | ACCERTIFY | 201 S. BISCAYNE BLVD. | SUITE 1420 | | MIAMI | FL | 33131 | | | OVERNIGHT MAIL |
| 10297094 | ACCLIME | 583 ORCHARD ROAD | #06-01 FORUM | | SINGAPORE | | 238884 | SINGAPORE | | OVERNIGHT MAIL |
| 11841855 | ADA SUPPORT INC. | 96 SPADINA AVE | UNIT 801 | | TORONTO | ON | M5V 2J6 | CANADA | | OVERNIGHT MAIL |
| 10596401 | ANCHORAGE DIGITAL | 4901 S. ISABEL PLACE | SUITE 200 | | SIOUX FALLS | SD | 57108 | | LEGAL@ANCHORAGE.COM; NATHAN@ANCHORAGE.COM | OVERNIGHT MAIL AND EMAIL |
| 11841850 | ARCANE CRYPTO AS | MUNKEDAMSVEIEN 45 | | | OSLO | | 0250 | NORWAY | EL@ARCANECRYPTO.NO | OVERNIGHT MAIL AND EMAIL |
| 10590904 | ARCANE CRYPTO AS | POSTBOKS 1329 VIKA | | | OSLO | | 0112 | NORWAY | BENDIK@ARCANE.NO | OVERNIGHT MAIL AND EMAIL |
| 12824158 | AXIS ANALYTICS, LLC D/B/A AXIS GROUP | ATTENTION: LEGAL AFFAIRS | 100 ABERNATHY ROAD | SUITE 800 | ATLANTA | GA | 30328 | | | OVERNIGHT MAIL |
| 10591901 | AXOMO | 280 WEST 900 NORTH | | | SPRINGVILLE | UT | 84663 | | | OVERNIGHT MAIL |
| 11841851 | BANDALIER | 12 WEST 71ST STREET | | | NEW YORK | NY | 10023 | | | OVERNIGHT MAIL |
| 12171713 | BANDALIER INC | 224 WEST 35TH STREET | PMB 152 | | NEW YORK | NY | 10001 | | JEREMY@BANDALIER.COM | OVERNIGHT MAIL AND EMAIL |
| 12044366 | BEACON PLATFORM INCORPORATED | ATTENTION: LEGAL DEPARTMENT | 5 HANOVER SQUARE | 20TH FLOOR | NEW YORK | NY | 10004 | | ALIYA.HAIDER@BEACON.IO; LEGAL@BEACON.IO | OVERNIGHT MAIL AND EMAIL |
| 12824162 | BITOODA HOLDINGS INC. | 351 NEWBURY STREET, 2ND FLOOR | | | BOSTON | MA | 02115 | | | OVERNIGHT MAIL |
| 12824169 | BLOCKWARE SOLUTIONS LLC | 3800 N. LAMAR BLVD., SUITE 200 | | | AUSTIN | TX | 78756 | | MASON@BLOCKWARESOLUTIONS.COM | OVERNIGHT MAIL AND EMAIL |
| 10591912 | BLOOMBERG FINANCE LP | 731 LEXINGTON AVENUE | | | NEW YORK | NY | 10022 | | | OVERNIGHT MAIL |
| 12824173 | BUILT IN, INC. | 203 N LASALLE ST, SUITE 2200 | | | CHICAGO | IL | 60601 | | | OVERNIGHT MAIL |
| 12824178 | CODERPAD, INC. | 44 MONTGOMERY STREET, 3RD FLOOR | | | SAN FRANCISCO | CA | 94104 | | | OVERNIGHT MAIL |
| 12824181 | COHEN & COMPANY, LTD. | 1350 EUCLID AVE., SUITE 800 | | | CLEVELAND | OH | 44115 | | | OVERNIGHT MAIL |
| 10297166 | COIN METRICS, INC. | 125 HIGH STREET | SUITE 220 | | BOSTON | MA | 02110 | | TIM@COINMETRICS.IO | OVERNIGHT MAIL AND EMAIL |
| 12824186 | COINBASE CUSTODY TRUST COMPANY, LLC | 200 PARK AVENUE SOUTH, SUITE 1208 | | | NEW YORK | NY | 10003 | | | OVERNIGHT MAIL |
| 10297170 | COMPUTACENTER | 1 UNIVERSITY AVE STE 102 | | | WESTWOOD | MA | 02090 | | | OVERNIGHT MAIL |
| 10297171 | CONFLUENT | 899 WEST EVELYN | | | MOUNTAIN VIEW | CA | 94041 | | | OVERNIGHT MAIL |
| 11841854 | CULTURE AMP | 2/29 STEWART STREET | RICHMOND | | MELBOURNE, VIC | | 3121 | AUSTRALIA | LEGAL@CULTUREAMP.COM | OVERNIGHT MAIL AND EMAIL |
| 10591939 | DATABRICKS | 160 SPEAR STREET | 13TH FLOOR | | SAN FRANCISCO | CA | 94105 | | | OVERNIGHT MAIL |
| 11445069 | DONNELLEY FINANCIAL SOLUTIONS | 35 W. WACKER DR. | | | CHICAGO | IL | 60601 | | AMY.B.BRAUN@DFINSOLUTIONS.COM | OVERNIGHT MAIL AND EMAIL |
| 12824187 | DOSH HOLDINGS LLC | 675 PONCE DE LEON AVENUE, SUITE 6000 | | | ATLANTA | GA | 30308 | | | OVERNIGHT MAIL |
| 12824188 | DOVETAIL DIGITAL LTD. | SHED 8, CITY WORKS DEPOT, 77 COOK STREET | | | AUCKLAND | | 1010 | NEW ZEALAND | JEREMY.KIEL@DOVETAILSTUDIOS.COM; NIK.WAKELIN@DOVETAILSTUDIOS.COM | OVERNIGHT MAIL AND EMAIL |
| 12824189 | DUCO TECHNOLOGY, INC. | ATTN: LEGAL | 29 CLERKENWELL ROAD | | LONDON | | EC1M 5RN | UNITED KINGDOM | LEGAL@DU.CO | OVERNIGHT MAIL AND EMAIL |
| 12824190 | EFINANCIAL CAREERS LIMITED | TELEPHONE HOUSE, 69-77 PAUL STREET | | | LONDON | | EC2A 4NW | UNITED KINGDOM | | OVERNIGHT MAIL |
| 10591956 | EXIGER DILIGENCE, INC. | C/O EXIGER LLC | 1675 BROADWAY | 15TH FLOOR | NEW YORK | NY | 10019 | | | OVERNIGHT MAIL |
| 12824194 | FIRST AT EDIFI, A DIVISION OF FIRST & 42ND, INC. | C/O DIANE HENRY | 525 MARKET ST. | | SAN FRANCISCO | CA | 94104 | | DIANE.HENRY@EDIFI-DJE.COM | OVERNIGHT MAIL AND EMAIL |
| 12824195 | FIRST AT EDIFI, A DIVISION OF FIRST & 42ND, INC. | OFFICE OF THE GENERAL COUNSEL | DANIEL J. EDELMAN HOLDINGS, INC. | 200 EAST RANDOLPH DRIVE | CHICAGO | IL | 60601 | | SHAN.BHATI@EDELMAN.COM; PETER.PETROS@EDELMAN.COM | OVERNIGHT MAIL AND EMAIL |
| 12203469 | GRAPHISTRY INC | 610 SHOTWELL ST | APT 3 | | SAN FRANCISCO | CA | 94110 | | INFO@GRAPHISTRY.COM | OVERNIGHT MAIL AND EMAIL |
| 10591963 | GREENHOUSE SOFTWARE, INC. | 18 W 18TH STREET | 11TH FLOOR | | NEW YORK | NY | 10038 | | | OVERNIGHT MAIL |
| 12824192 | HIRERIGHT, LLC | ATTN: LEGAL DEPARTMENT | 3349 MICHELSON DRIVE, SUITE 150 | | IRVINE | CA | 92612 | | | OVERNIGHT MAIL |
| 10297003 | HOUND TECHNOLOGY DBA HONEYCOMB | 944 MARKET STREET | 6TH FLOOR | | SAN FRANCISCO | CA | 94016 | | | OVERNIGHT MAIL |
| 12824193 | HUBSPOT INC. | ATTN: GENERAL COUNSEL | 25 FIRST STREET, 2ND FLOOR | | CAMBRIDGE | MA | 02141 | | | OVERNIGHT MAIL |
| 10296836 | IMPACT TECH INC | 223 E. DE LA GUERRA STREET | | | SANTA BARBARA | CA | 93101 | | | OVERNIGHT MAIL |
| 12824196 | IPQUALITYSCORE LLC | 600 BRICKELL AVE, SUITE 3500 | | | MIAMI | FL | 33131 | | | OVERNIGHT MAIL |
| 10297258 | IRONCLAD | 71 STEVENSON STREET #600 | | | SAN FRANCISCO | CA | 94105 | | | OVERNIGHT MAIL |
| 12824197 | IW GROUP SERVICES (UK) LIMITED | COLLIERS INTERNATIONAL RATING UK LLP, MANAGING REPRESENTATIVE | 50 GEORGE ST | | LONDON | | W1U7GA | UNITED KINGDOM | | OVERNIGHT MAIL |
| 12824198 | KPMG, LLP | ATTN: BRIAN CONSOLVO 1021 E. CARY ST. #2000 | | | RICHMOND | VA | 23219 | | | OVERNIGHT MAIL |
| 12824201 | KPMG, LLP | ATTN: GENERAL COUNSEL | OFFICE OF GENERAL COUNSEL 345 PARK AVENUE | | NEW YORK | NY | 10154 | | | OVERNIGHT MAIL |
| 10297278 | LEVELUP CONSULTING PARTNERS | 100 SE THIRD AVENUE | SUITE 1000 | | FORT LAUDERDALE | FL | 33394 | | | OVERNIGHT MAIL |
| 12824204 | LEXISNEXIS | ATTN: CHIEF LEGAL OFFICER | 9443 SPRINGBORO PIKE | | MIAMISBURG | OH | 45342 | | | OVERNIGHT MAIL |
| 10296875 | LINKEDIN | 1000 WEST MAUDE AVENUE | | | SUNNYVALE | CA | 94085 | | | OVERNIGHT MAIL |
| 10591984 | MAMBU AMERICAS INC. | 201 S BISCAYNE BLVD | SUITE 1420 | | MIAMI | FL | 33131 | | LEGAL@MAMBU.COM | OVERNIGHT MAIL AMBD EMAIL |
| 10297311 | MICROSOURCING INTERNATIONAL | ATTN: MICROSOURCING INTERNATIONAL LTD | DES VOEUX ROAD | LEVEL 27, WORLD WIDE HOUSE, 1 | CENTRAL, HONG KONG | | | CHINA | CHARLES.ALLNUTT@MICROSOURCING.COM | OVERNIGHT MAIL AND EMAIL |
| 12824205 | MONDAY.COM LTD | ATTN: GENERAL COUNSEL | 52 MENACHEM BEGIN ROAD | | TEL AVIV | | 6713701 | ISRAEL | LEGAL@MONDAY.COM | OVERNIGHT MAIL AND EMAIL |
| 12824206 | NINJARMM | 26750 US HIGHWAY 19 NORTH SUITE 510 | | | CLEARWATER | FL | 33761 | | | OVERNIGHT MAIL |
| 12209328 | OSLER, HOSKIN & HARCOURT LLP | 1 FIRST CANADIAN PLACE | PO BOX 50 | | TORONTO | ON | M5X 1B8 | CANADA | | OVERNIGHT MAIL |
| 12824119 | OSLER, HOSKIN & HARCOURT LLP | SUITE 2700, BROOKFIELD PLACE 225 | 6TH AVENUE S.W. | | CALGARY | AB | T2P 1N2 | CANADA | | OVERNIGHT MAIL |
| 10296878 | PENTAGRAM | 250 PARK AVE S | | | NEW YORK | NY | 10003 | | | OVERNIGHT MAIL |
| 12824207 | POSTIE, INC. | 578 WASHINGTON BLVD, SUITE 380 | | | MARINA DEL RAY | CA | 90292 | | LEGAL@POSTIE.COM | OVERNIGHT MAIL AND EMAIL |
| 12824208 | POSTMAN, INC. | 55 2ND STREET, SUITE 300 | | | SAN FRANCISCO | CA | 94105 | | | OVERNIGHT MAIL |
| 10297354 | PREPDD, INC. | 1618 W. AUGUSTA BLVD | UNIT 2 | | CHICAGO | IL | 60622 | | | OVERNIGHT MAIL |
| 12655416 | QUADRIGA, INC., A DELAWARE CORPORATION, D/B/A TALLER TECHNOLOGIES | 1 SANSOME STREET | SUITE 3500 | | SAN FRANCISCO | CA | 94104 | | CHRISTOPHE.KOLB@TALLERTECHNOLOGIES.COM; JOEL.LINDEROTH@TALLERTECHNOLOGIES.COM | OVERNIGHT MAIL AND EMAIL |
| 10297363 | REALTIMEBOARD INC | 201 SPEAR STREET | SUITE 1100 | | SAN FRANCISCO | CA | 94105 | | LEGAL@MIRO.COM | OVERNIGHT MAIL AND EMAIL |
| 12824209 | RETOOL, INC. | 1550 BRYANT ST, 8TH FLOOR | | | SAN FRANCISCO | CA | 94103 | | | OVERNIGHT MAIL |
| 10592013 | SALESFORCE.COM | 415 MISSION STREET | | | SAN FRANCISCO | CA | 94105 | | | OVERNIGHT MAIL |
| 10297385 | SENTILINK | 33 NEW MONTGOMERY ST | FL 5 | | SAN FRANCISCO | CA | 94105-4536 | | LEGAL.NOTICES@SENTILINK.COM | OVERNIGHT MAIL AND EMAIL |
| 12824210 | SMARTLY, INC. (DBA BONUSLY) | 2755 CANYON BLVD. | | | BOULDER | CO | 80302 | | | OVERNIGHT MAIL |
| 10297393 | SML CONSULTING SERVICES INC. | 15 COACH LANE | | | MUTTONTOWN | NY | 11791 | | BIRNA.KANE@GMAIL.COM | OVERNIGHT MAIL AND EMAIL |
| 12824211 | SNYK, INC. | 100 SUMMER STREET, 7TH FLOOR | | | BOSTON | MA | 02110 | | LEGAL@SNYK.IO | OVERNIGHT MAIL AND EMAIL |

In re: BlockFi Inc., et al.
Case No. 22-19361 (MBK)

Page 1 of 2

Exhibit B
Counterparties Service List
Served as set forth below

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10297065 | SOVOS COMPLIANCE LLC | 200 BALLARDVILLE STREET | 4TH FLOOR | | WILIMGTON | MA | 01887 | | | OVERNIGHT MAIL |
| 12824212 | SPRINKLR, INC. | 29 WEST 35TH STREET, 7TH FLOOR | | | NEW YORK | NY | 10001 | | | OVERNIGHT MAIL |
| 12824215 | TABLEAU SOFTWARE LLC | ATTN: LEGAL DEPARTMENT | 1621 N 34TH ST. | | SEATTLE | WA | 98103 | | LEGAL@TABLEAU.COM | OVERNIGHT MAIL AND EMAIL |
| 12824218 | TALKDESK, INC. | ATTN: GENERAL COUNSEL, LEGAL DEPARTMENT | 388 MARKET ST., SUITE 1300 | | SAN FRANCISCO | CA | 94111 | | LEGAL@TALKDESK.COM | OVERNIGHT MAIL AND EMAIL |
| 12824221 | THE BLOCK CRYPTO, INC. | 400 LAFAYETTE ST | | | NEW YORK | NY | 10003 | | | OVERNIGHT MAIL |
| 12824223 | THE BLOCK CRYPTO, INC. | ONE CURIOSITY WAY | | | SAN MATEO | CA | 94403 | | | OVERNIGHT MAIL |
| 10297418 | TROPIC | 28 W 25TH ST FL 11 | | | NEW YORK | NY | 10010 | | | OVERNIGHT MAIL |
| 12824228 | UNQORK INC. | ATTN: DAVID SULLIVAN, COO | 114 FIFTH AVENUE, 6TH FLOOR | | NEW YORK | NY | 10011 | | SULLI@UNQORK.COM; LORI@HOBERMANLAWGROUP.COM | OVERNIGHT MAIL AND EMAIL |
| 12824232 | UNQORK INC. | HOBERMAN LAW GROUP PLLC | ATTN: LORI HOBERMAN | 85 FIFTH AVENUE, 4TH FLOOR | NEW YORK | NY | 10003 | | | OVERNIGHT MAIL |
| 12824226 | USERTESTING, INC. | 144 TOWNSEND STREET | | | SAN FRANCISCO | CA | 94107 | | | OVERNIGHT MAIL |
| 10592035 | VIRTRU | 1130 CONNECTICUT AVE NW | SUITE 210 | | WASHINGTON | DC | 20036 | | | OVERNIGHT MAIL |
| 10297460 | WEWORK NASHVILLE | ATTN: KELSEY WHITE | 818 18TH AVE S | | NASHVILLE | TN | 37203 | | | OVERNIGHT MAIL |
| 10592036 | WITH INTELLIGENCE F.K.A. PAGEANT MEDIA LIMITED | BOURNE HOUSE | 23 HINTON RD | | BOURNEMOUTH | | BH1 2EF | UNITED KINGDOM | | OVERNIGHT MAIL |
| 12824129 | WITH INTELLIGENCE F.K.A. PAGEANT MEDIA LIMITED | ONE LONDON WALL | | | LONDON | | EC2Y 5EA | UNITED KINGDOM | | OVERNIGHT MAIL |
| 10297080 | WORKRAMP | 101 JEFFERSON DRIVE | FL 19 | | MENLO PARK | CA | 94025 | | | OVERNIGHT MAIL |
| 10592040 | ZENDESK | 989 MARKET ST. | | | SAN FRANCISCO | CA | 94103 | | LEGALNOTICE@ZENDESK.COM | OVERNIGHT MAIL AND EMAIL |