

49 Market Street
Morristown, NJ 07960
Tel 973.992.4800  Fax 973.992.9125
www.foxrothschild.com

MARK HALL
Email Address :mhall@FoxRothschild.com

June 1, 2023

Clerk , U.S. Bankruptcy Court
U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   BlockFi Inc.
      Case No.: 22-19361-MBK

Dear Sir/Madam:

A Notice of Appearance and Request for Service upon Mark Hall, Esq. of Fox Rothschild, LLP (The "Notice") was filed on January 23, 2023 on behalf of John Lymn.  Fox Rothschild, LLP no longer represents Mr. Lymn and, as such, I am withdrawing the Notice.

Very truly yours,

*/s/Mark Hall*
Mark Hall
MEH/cb

A Pennsylvania Limited Liability Partnership

California    Colorado    Connecticut    Delaware    District of Columbia    Florida
     Illinois    Nevada    New Jersey    New York    Pennsylvania    Texas

40301603v1

146327825.1