| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><u>Caption in Compliance with D.N.J. LBR 9004-1(b)</u> | |
| **GRANT & EISENHOFER P.A.**<br>Jason M. Avellino, Esq.  (NJ Bar No. 018662010)<br>123 Justison Street, 7th Floor<br>Wilmington, DE 19801<br>Tel: 302-622-7000<br><br>Attorneys for Undisclosed Creditors /Parties in Interest | |
| In re:<br>BLOCKFI INC., et al.<br>Debtors. | Chapter 11<br>Case No. 22-19361-MBK<br>(Jointly Administered) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Undisclosed Creditors/Parties of Interest. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

**GRANT & EISENHOFER P.A.**
123 Justison Street, 7th Floor
Wilmington, DE 19801

DOCUMENTS:

**X** All notices entered pursuant to Fed. R. Bankr. P. 2002.

**X** all documents and pleadings of any nature.

Dated: June 2, 2023

**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000

Attorneys for certain undisclosed creditors having filed Proofs of Claim numbers 1842 and 1998

By:  /s/ *Jason M. Avellino*
     Jason M. Avellino, Esq.