| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><u>Caption in Compliance with D.N.J. LBR 9004-1(b)</u> |
| **GRANT & EISENHOFER P.A.**<br>Jason M. Avellino, Esq. (NJ Bar No. 018662010)<br>123 Justison Street<br>Wilmington, DE 19801<br>Tel: 302-622-7000<br><br>Attorneys for Undisclosed Creditors / Parties in Interest |
| In re:<br>BLOCKFI INC., et al.<br>Debtors. |

Chapter 11
Case No. 22-19361-MBK
(Jointly Administered)

### APPLICATION FOR THE ADMISSION OF GORDON Z. NOVOD, ESQ. *PRO HAC VICE* AS COUNSEL FOR CERTAIN UNDISCLOSED CREDITORS HAVING FILED PROOFS OF CLAIM NUMBERS 1842 AND 1998

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 78, D.N.J. L. Civ. R. 101.1, and D.N.J. LBR 9010-1, the undersigned hereby applies to this Court for an Order for admission permitting Gordon Z. Novod, Esq., of the law firm of Grant & Eisenhofer P.A., to practice *pro hac vice* as counsel for certain undisclosed creditors having filed Proofs of Claim numbers 1842 and 1998, creditors and parties in interest, in the above-captioned action.

The undersigned shall rely upon the attached Certifications of Gordon Z. Novod, Esq. and Jason M. Avellino, Esq. and proposed form of order in support of this application.

Dated: June 2, 2023

**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000

Attorneys for certain undisclosed creditors having filed Proofs of Claim numbers 1842 and 1998

By:    */s/ Jason M. Avellino*
Jason M. Avellino, Esq. (NJ Bar No. 018662010)