| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><u>Caption in Compliance with D.N.J. LBR 9004-1(b)</u> | |
| **GRANT & EISENHOFER P.A.**<br>Jason M. Avellino, Esq. (NJ Bar No. 018662010)<br>123 Justison Street<br>Wilmington, DE 19801<br>Tel: 302-622-7000<br><br>Attorneys for Undisclosed Creditors / Parties in Interest | |
| In re:<br>BLOCKFI INC., et al.<br>Debtors. | Chapter 11<br>Case No. 22-19361-MBK<br>(Jointly Administered) |

### CERTIFICATION OF GORDON Z. NOVOD, ESQ. IN SUPPORT OF APPLICATION TO ADMIT COUNSEL *PRO HAC VICE*

I, Gordon Z. Novod, hereby certify as follows:

1. I am an attorney residing in the State of New York and a principal at the law firm of Grant & Eisenhofer P.A., attorneys for Attorneys for certain undisclosed creditors having filed Proofs of Claim numbers 1842 and 1998 (the "Claimants"), creditors and parties-in-interest in the above-captioned case.

2. I submit this Certification pursuant to D.N.J. LBR 9010-1 and D.N.J. L. Civ. R. 101.1 in support of Mr. Avellino's application seeking my *pro hac vice* admission as Claimants' counsel.

3. I am a member of the Bars of the States of Connecticut (2001) and New York (2002). I am also admitted to the United States Court of Appeals for the Third Circuit (2013), the United States Court of Appeals for the Seventh Circuit (2015), the United States District Court for

the Southern District of New York (2002), the United States District Court for the Eastern District of New York (2002), the United States District Court for the Eastern District of Wisconsin (2019).

4. I am not currently the subject of any disciplinary proceedings, and I have never been the subject of any such proceedings in State or Federal Court.

5. The addresses of the officials or offices maintaining the records of members in good standing of the bars of the jurisdictions to which I am admitted are as follows:

a) <u>Connecticut</u>: Clerk of the Superior Court, Hartford Judicial District, 95 Washington Street, Hartford, CT 06106;

b) <u>New York</u>: Appellate Division, Third Department, Attorney Admissions, P.O. Box 7350, Capitol Station, Albany, NY 12224;

c) <u>United States District Court for the Southern District of New York:</u> United States District Court, Attention: Attorney Services, Southern District of New York, 500 Pearl Street, New York, NY 10007;

d) <u>United States District Court for the Eastern District of New York:</u> Attorney Admissions, United States District Court, 225 Cadman Plaza East, Brooklyn, NY 11201;

e) <u>United States District Court for the Eastern District of Wisconsin:</u> Attorney Admissions, United States District Court, United States Federal Building and Courthouse, 517 E. Wisconsin Ave., Room 362, Milwaukee, WI 53202;

f) <u>United States Circuit Court of Appeals for the Third Circuit:</u> Attorney Admissions, United States Court of Appeals for the Third Circuit, 21400 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106-1790;

g) <u>United States Circuit Court of Appeals for the Seventh Circuit:</u> Attorney Admissions, United States Court of Appeals for the Seventh Circuit, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Room 2722, Chicago, IL 60604.

6. I am experienced in bankruptcy practice and am familiar with the Federal Rules of Bankruptcy Procedure.

7. If admitted, I will comply with the Court's Local Rules, including the lawyer's fund and admission fee payment requirements under L. Civ. R. 101.1(c)(2) and (3), respectively.

8. Accordingly, I respectfully request that the Court grant Mr. Prince's application to admit me to the bar of this Court *pro hac vice*.

I hereby certify that the above statements made by me are true. I understand that if any of the above statements made by me are willfully false, I am subject to punishment.

Dated: June 2, 2023

Gordon Z. Novod