| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><u>Caption in Compliance with D.N.J. LBR 9004-1(b)</u> |
| **GRANT & EISENHOFER P.A.**<br>Jason M. Avellino, Esq.  (NJ Bar No. 018662010)<br>123 Justison Street<br>Wilmington, DE 19801<br>Tel: 302-622-7000<br><br>Attorneys for Undisclosed Creditors / Parties in Interest |
| In re:<br>BLOCKFI INC., et al.<br>Debtors. |

Chapter 11
Case No. 22-19361-MBK
(Jointly Administered)

**CERTIFICATION OF JASON M. AVELLINO, ESQ. IN SUPPORT OF GORDON Z. NOVOD'S APPLICATION TO ADMIT COUNSEL *PRO HAC VICE* FOR CERTAIN UNDISCLOSED CREDITORS HAVING FILED PROOFS OF CLAIM NUMBERS 1842 AND 1998**

I, Jason M. Avellion, hereby certify as follows:

1. I am an attorney residing in the State of Delaware and an associate at the law firm of Grant & Eisenhofer P.A., attorneys for certain undisclosed creditors having filed Proofs of Claim numbers 1842 and 1998 (the "<u>Claimants</u>"), creditors and parties-in-interest in the above-captioned case.

2. I am an attorney-at-law admitted the state of New Jersey and to this Court.

3. I submit this Certification in support of Claimants' application seeking the *pro hac vice* admission of Gordon Z. Novod, Esq. as his counsel in this matter.

4. Gordon Z. Novod, Esq. is a principal at my law firm, Grant & Eisenhofer P.A., resident in our New York, New York office. Based upon my knowledge and the Certification

submitted by Mr. Novod, he is a member in good standing of all of the bars to which he has been admitted.

5.  I understand that all pleadings, briefs, stipulations and other papers filed with the Court shall be signed by me or another attorney associated with Grant & Eisenhofer P.A. who is a member in good standing of the bar of the State of New Jersey and the United States District Court for the District of New Jersey. In this regard, contemporaneously with the filing of this application, I have filed a Notice of Appearance in this matter, in accordance with D.N.J. L. Civ. R. 101.1(4) and D.N.J. LBR 9010-1(b)(3).

6.  Accordingly, I respectfully request that the Court grant the Claimants' application to permit Gordon Z. Novod, Esq. to practice *pro hac vice* as his counsel in this matter.

I hereby certify that the above statements made by me are true. I understand that if any of the above statements made by me are willfully false, I am subject to punishment.

Dated: June 2, 2023                          */s/ Jason M. Avellino*
                                             Jason M. Avellino