

**Order Filed on May 31, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| |
|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq. (NJ Bar No. 014321986)<br>Warren A. Usatine, Esq. (NJ Bar No. 025881995)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Christine A. Okike, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br>jsussberg@kirkland.com<br>christine.okike@kirkland.com<br><br>**HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Kenric D. Kattner, Esq. (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>kenric.kattner@haynesboone.com<br><br>*Attorneys for Debtors and Debtors in Possession* |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>    Debtors[1] |

Chapter 11
Case No. 22-19361 (MBK)
Jointly Administered
**Hearing Date and Time:**

### ORDER APPROVING THE REJECTION OF EXECUTORY CONTRACTS AND LEASES

The relief set forth on the following pages, numbered two (2) through three (3) and Schedule 1, is hereby **ORDERED**.

**DATED: May 31, 2023**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

1

(Page 2)

| | |
|---|---|
| Debtors: | BlockFi Inc. |
| Case No. | 22-19361(MBK) |
| Caption of Order: | ORDER APPROVING DEBTORS' REJECTION OF EXECUTORY CONTRACTS AND LEASES |

Pursuant to and in accordance with the *Order Authorizing and Approving Procedures for Rejection of Executory Contracts and Unexpired Leases* [Docket No. 302] (the "Rejection Procedures Order");[1] and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §157 and 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of these cases and this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a "Notice of Rejection of Executory Contracts and/or Unexpired Leases" [Docket No. 867] (the "Rejection Notice") in accordance with the terms of the Rejection Procedures Order in respect of the rejection of the executory contracts (the "Contracts") and/or unexpired leases (the "Leases") set forth on Schedule 1 hereto; and no timely objections having been filed to the rejection of the Contracts and Leases; and it appearing that due and adequate notice of the Rejection Procedures Order and the Rejection Notice has been given, and that no other or further notice need be given; and the Court having determined that the rejections provided for herein are an appropriate exercise of the Debtors' business judgment; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. Contracts and Leases listed on **SCHEDULE 1** hereto are hereby rejected effective as of the dates set forth for such Contracts and Leases listed on **SCHEDULE 1** hereto (the "Rejection Date").

2. The rights of the Debtors and their estates to assert that the Contracts and Leases are rejected hereby expired by their own terms or were terminated prior to the date hereof and fully preserved, and the Debtors and their estates do not waive any rights or claims that they may have

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Rejection Procedures Order.

2

(Page 3)

| | |
|---|---|
| Debtors: | BlockFi Inc. |
| Case No. | 22-19361(MBK) |
| Caption of Order: | ORDER APPROVING DEBTORS' REJECTION OF EXECUTORY CONTRACTS AND LEASES |

with respect or against the counterparties to such Contracts and Leases, whether or not such rights or claims arise under, are related to the rejection of, or are independent of the Contracts and Leases rejected hereby.

3. If any affected counterparty subject to this Order (a "Rejection Claimant") asserts a claim or claims against the Debtors and their estates arising from the rejection of the Contracts and Leases, such Rejection Claimant shall submit a proof of claim on or before the later of (i) the deadline for filing proofs of claims established by the Court in these Chapter 11 Cases or (ii) thirty (30) days after the date of entry of this Order. If no proof of claim is timely filed, such claimant shall not be treated as a creditor with respect to such claims for voting on any Chapter 11 plan in these Chapter 11 Cases and shall be forever barred from asserting a claim for rejection damages and from participating in any distribution that may be made in connection with the Debtors' bankruptcy cases.

4. The Debtors are authorized to take any action necessary or appropriate to implement the terms of this Order and the rejections without further order from this Court.

5. This Court shall retain exclusive jurisdiction and power to resolve any dispute arising from or related to this Order.

**SCHEDULE 1**

## SCHEDULE 1

| CONTRACTS TO BE REJECTED | | | |
|---|---|---|---|
| **Counterparty** | **Counterparty Address and Email** | **Title/Description of Contract**[1] | **Rejection Date** |
| 820 18th Ave South Tenant LLC ("WeWork") | 818 18th Avenue South Nashville, TN 37203 | Membership Agreement | 5/11/2023 |
| Ably Realtime Ltd. | 228 Park Ave S. PMB 22154 New York, NY 10003 legal@ably.com | Enterprise Solution Agreement | 5/11/2023 |
| Accertify, Inc. | 2 Pierce Place, Suite 900 Itasca, IL 60143 **AND** 201 S. Biscayne Blvd. Suite 1420 Miami, FL 33131 | Master Terms and Conditions and Order Form | 5/11/2023 |
| Acclime Singapore Pte. Ltd. | 583 Orchard Road, #06-01 Forum, Singapore 238884 Singapore | Engagement Letter | 5/11/2023 |
| Ada Support Inc. | 96 Spadina Ave Unit 801 Toronto, ON M5V 2J6 Canada | Ada Services Agreement | 5/11/2023 |
| Anchorage Digital Bank N.A. | Anchorage Digital Bank N.A. 4901 S. Isabel Place, Suite 200 Sioux Falls, South Dakota 57108 legal@anchorage.com and nathan@anchorage.com | Master Custody Service Agreement | 5/11/2023 |
| Arcane Crypto AS | Arcane Crypto AS Munkedamsveien 45, 0250 OSLO Norway el@arcanecrypto.no **AND** Postboks 1329 Vika Oslo 0112 Norway bendik@arcane.no | Agreement to Purchase Research Content | 5/11/2023 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| | | | |
|---|---|---|---|
| Axis Analytics, LLC d/b/a Axis Group | Attention: Legal Affairs 100 Abernathy Road, Suite 800, Atlanta, Georgia 30328 | Master Services Agreement and Statement of Work | 5/11/2023 |
| Bandalier Inc. | 12 West 71st Street, New York, NY 10023 **AND** 224 West 35th Street, PMB 152, New York, NY 10001 jeremy@bandalier.com | Contract and Project Orders | 5/11/2023 |
| Beacon Platform Incorporated | Attn: Aliya Haider, General Counsel 5 Hanover Square, 20th Floor, Suite 2001 New York, NY 10004 USA aliya.haider@beacon.io and Legal@Beacon.io | Platform License Agreement and Amendment | 5/11/2023 |
| BitOoda Holdings Inc. | 351 Newbury Street, 2nd Floor, Boston, MA 02115 | Research Services Subscription Agreement and Order Form | 5/11/2023 |
| Blockware Solutions LLC | 3800 N. Lamar Blvd., Suite 200 Austin, TX 78756 mason@blockwaresolutions.com | Consulting Services Agreement and Statement of Work | 5/11/2023 |
| Bloomberg Finance L.P. | Bloomberg L.P. operating agent of Bloomberg Finance 731 Lexington Avenue New York, NY 10022 | Agreement, Master Services Agreement, and B-Pipe Schedule of Services | 5/11/2023 |
| Built In, Inc. | 203 N LaSalle St, Suite 2200 Chicago, IL 60601 | Services Agreement and Order Form | 5/11/2023 |
| CoderPad, Inc. | 44 Montgomery Street, 3rd Floor, San Francisco, CA 94104 | Monthly Subscription and Terms of Service | 5/11/2023 |
| Cohen & Company, Ltd. | 1350 Euclid Ave., Suite 800 Cleveland, OH 44115 | Engagement Letter and Amendment | 5/11/2023 |
| Coin Metrics Inc. | Attn: Tim Rice 125 High Street, Suite 220, Boston, MA, 02110 tim@coinmetrics.io | Master Services Agreement and Order Form | 5/11/2023 |

| | | | |
|---|---|---|---|
| Coinbase Custody Trust Company, LLC | 200 Park Avenue South, Suite 1208, New York, NY 10003 | Custody Custodial Services Agreement | 5/11/2023 |
| Computacenter Fusionstorm Inc. aka Computacenter United States Inc. | Attn. General Counsel One University Avenue, Suite 102, Westwood, MA 02090 | Master Services Agreement, Buy and Store Agreement | 5/11/2023 |
| Confluent, Inc. | 899 West Evelyn Mountain View, CA 94041 | Cloud Services Agreement | 5/11/2023 |
| Culture Amp | Legal Department, Level 2, 29 Stewart St, Richmond VIC 3121 Australia legal@cultureamp.com | General Terms and Service Order | 5/11/2023 |
| Databricks, Inc. | 160 Spear St, Suite 1300, San Francisco, CA 94105 | Master Cloud Platform Services - Order Form | 5/11/2023 |
| Donnelley Financial Solutions (DFIN) | DFIN Legal Department 35 West Wacker Drive, Chicago, IL 60601 amy.b.braun@dfinsolutions.com | Subscription Order Form, BlockFi IPO Proposal | 5/11/2023 |
| Dosh Holdings LLC | 675 Ponce de Leon Avenue, Suite 6000, Atlanta, GA 30308 | Program & License Agreement | 5/11/2023 |
| Dovetail Digital Ltd. | Shed 8, City Works Depot, 77 Cook Street, Auckland 1010, New Zealand jeremy.kiel@dovetailstudios.com nik.wakelin@dovetailstudios.com | Master Services Agreement and Retainer | 5/11/2023 |
| Duco Technology, Inc. | 29 Clerkenwell Road Att: Legal London EC1M 5RN United Kingdom legal@du.co | Terms of Service, Statement of Service and Service Order | 5/11/2023 |
| eFinancial Careers Limited | Telephone House, 69-77 Paul Street, London, EC2A 4NW, UK | Essential Campaign, Database Access and Job Slots | 5/11/2023 |
| Exiger Diligence, Inc. | Exiger Diligence, Inc. c/o Exiger LLC, 1675 Broadway, 15th Floor, New York, NY 10019 | Due Diligence Research Letter of Engagement | 5/11/2023 |

| | | | |
|---|---|---|---|
| First at Edifi, a division of First & 42nd, Inc. | c/o Diane Henry<br>525 Market St., San Francisco, CA 94104<br>Diane.Henry@edifi-dje.com<br>**AND**<br>Office of the General Counsel<br>Daniel J. Edelman Holdings, Inc.<br>200 East Randolph Drive<br>Chicago, IL 60601<br>shan.bhati@edelman.com<br>peter.petros@edelman.com | Master Services Agreement, Statement of Work, Amended Statement of Work | 5/11/2023 |
| Graphistry, Inc. | 610 Shotwell St., #3<br>San Francisco, CA 94110<br>info@graphistry.com | Enterprise Contract for AWS Marketplace, Master Services Agreement | 5/11/2023 |
| Greenhouse Software, Inc. | 18 W. 18th Street<br>New York, NY 10011 | Master Subscription Agreement | 5/11/2023 |
| HireRight, LLC | 3349 Michelson Drive,<br>Suite 150<br>Irvine, CA 92612<br>Attn: Legal Department | Master Service Agreement | 5/11/2023 |
| Hound Technology, Inc. d/b/a/ Honeycomb | 944 Market St., 6th floor,<br>San Francisco, CA 94102 | Master Services & Data Processing Agreement and Order Form | 5/11/2023 |
| HubSpot Inc. | 25 First Street, 2nd Floor,<br>Cambridge, MA 02141<br>Attention: General Counsel | Order for Marketing and Sales Hub | 5/11/2023 |
| Impact Tech. Inc. | Attn: Legal Department<br>223 East De La Guerra Street,<br>Santa Barbara, CA 93101 | Master Subscription & Services Agreement | 5/11/2023 |
| IPQualityScore LLC | 600 Brickell Ave, Suite 3500<br>Miami, Florida 33131 | Client Agreement | 5/11/2023 |
| Ironclad, Inc. | 71 Stevenson Street, #600<br>San Francisco, CA 94105 | Enterprise Services Agreement and Order Forms | 5/11/2023 |
| IW Group Services (UK) Limited | Colliers International Rating UK LLP,<br>Managing Representative,<br>50 George St, London,<br>W1U7GA UK | Terms & Conditions and Office Agreement | 5/11/2023 |

| | | | |
|---|---|---|---|
| KPMG, LLP | Attn: Brian Consolvo<br>1021 E. Cary St. #2000<br>Richmond, VA 23219<br>**AND**<br>KPMG LLP<br>Office of General Counsel<br>345 Park Avenue<br>New York, New York 10154<br>Attention: General Counsel | Master Professional Services Agreement and Statement of Work | 5/11/2023 |
| LevelUp Consulting Partners, LLC | 100 SE Third Avenue, Suite 1000<br>Fort Lauderdale, FL 33394 | Master Service Agreement and Statement of Work | 5/11/2023 |
| LexisNexis | Attn: Chief Legal Officer, 9443 Springboro Pike,<br>Miamisburg, OH 45342 | Master Agreement | 5/11/2023 |
| LinkedIn Corp. | 1000 W. Maude Avenue,<br>Sunnyvale, CA 94085 USA | Subscription Agreement and Order Form | 5/11/2023 |
| Mambu Americas Inc. | 201 S Biscayne Blvd Suite 1420<br>Miami, FL 33131-4332<br>legal@mambu.com | Master Service Agreement and Statement of Work | 5/11/2023 |
| MicroSourcing International Ltd. | Att: Charles Allnutt<br>Level 27, World Wide House,<br>19 Des Voeux Road,<br>Central Hong Kong<br>charles.allnutt@microsourcing.com | Master Services Agreement | 5/11/2023 |
| Monday.com Ltd | Attn: General Counsel<br>52 Menachem Begin Road,<br>Tel Aviv, 6713701, Israel<br>legal@monday.com | Order Form for Work-OS Enterprise Plan | 5/11/2023 |
| Namify, LLC d/b/a Axomo | 280 West 900 North, Springville, UT 84663 | Services Agreement | 5/11/2023 |
| NinjaRMM | 26750 US Highway 19<br>North Suite 510<br>Clearwater, FL 33761 | Agreement | 5/11/2023 |
| Osler, Hoskin & Harcourt LLP | Suite 2700, Brookfield Place<br>225 – 6th Avenue S.W.<br>Calgary, Alberta<br>Canada T2P 1N2<br>**AND**<br>1 First Canadian Place, PO Box 50,<br>Toronto, ON<br>M5X 1B8 Canada | Engagement Letter | 5/11/2023 |

| Counterparty | Address | Contract | Date |
|---|---|---|---|
| Pageant Media Limited (d/b/a With Intelligence) | With Intelligence<br>One London Wall, London, EC2Y 5EA, UK<br>**AND**<br>Bourne House<br>23 Hinton Road<br>Bournemouth BH1 2EF<br>UK | Purchase Order for Software Subscription | 5/11/2023 |
| Pentagram Design, Inc. | 250 Park Avenue South, 12th Floor<br>New York, NY 10003 | Master Services Agreement | 5/11/2023 |
| Postie, Inc. | 578 Washington Blvd, Suite 380, Marina Del Ray, CA 90292<br>legal@postie.com | SAAS Agreement | 5/11/2023 |
| Postman, Inc. | 55 2nd Street, Suite 300<br>San Francisco, CA 94105 | Quote/Order Form | 5/11/2023 |
| PrepDD, Inc. | 1618 W Augusta Blvd, Unit 2, Chicago, IL 60622 | Subscription Agreement | 5/11/2023 |
| Quadriga, Inc. d/b/a Taller Technologies | 1 Sansome St. Ste. 3500, San Francisco, CA 94104<br>Attn: Christophe<br>Christophe.kolb@tallertechnologies.com<br>**AND**<br>1 Sansome St. Ste. 3500, San Francisco, CA 94104<br>Attn: Chief Legal Officer<br>joel.linderoth@tallertechnologies.com | Master Services Agreement | 5/11/2023 |
| Realtime Board Inc., d/b/a Miro | 201 Spear Street, Suite 1100<br>San Francisco, CA 94105<br>Attention: Legal Department<br>legal@miro.com | Master Cloud Agreement and Order Form | 5/11/2023 |
| Retool, Inc. | 1550 Bryant St, 8th Floor, San Francisco, CA 94103 | SaaS Agreement and Master Professional Services Agreement | 5/11/2023 |
| Salesforce.com, Inc. | Salesforce Tower,<br>415 Mission Street, 3rd Floor, San Francisco, California, 94105<br>attn: VP, Worldwide Sales Operations<br>**AND**<br>Salesforce Tower,<br>415 Mission Street, 3rd Floor, San Francisco, California, 94105<br>attn: General Counsel | Master Subscription Agreement and Order Form | 5/11/2023 |

| | | | |
|---|---|---|---|
| Sentilink Corp. | 33 New Montgomery Street, Suite 500 San Francisco, CA 94105 legal.notices@sentilink.com | Order Form and Terms and Conditions | 5/11/2023 |
| Smartly, Inc. (dba Bonusly) | 2755 Canyon Blvd., Boulder, CO 80302 | Services Agreement | 5/11/2023 |
| SML Consulting Services, Inc. | 15 Coach Lane Syosset, NY 11791 birna.kane@gmail.com | Consulting Agreement | 5/11/2023 |
| Snyk, Inc. | 100 Summer Street, 7th Floor, Boston, MA 02110 legal@snyk.io | Enterprise Master Service Agreement | 5/11/2023 |
| Sovos Compliance, LLC | Attn: Legal Department 200 Ballardvale Street, Building 1, 4th Floor Wilmington, MA 01887 | Engagement Letter and Master Subscription License and Services Agreement | 5/11/2023 |
| Sprinklr, Inc. | 29 West 35th Street, 7th Floor, New York, NY 10001 USA | Master Services Agreement and Order Forms | 5/11/2023 |
| Tableau Software LLC | Legal Department 1621 N 34th St. Seattle, WA 98103 legal@tableau.com | End User License Agreement and Order Form | 5/11/2023 |
| Talkdesk, Inc. | Attn: General Counsel, Legal Department 388 Market St., Suite 1300 San Francisco, CA 94111 legal@talkdesk.com | Master Subscription Agreement | 5/11/2023 |
| The Block Crypto, Inc. | 400 Lafayette St New York, New York, 10003 **AND** One Curiosity Way San Mateo, CA 94403 | Insertion Order | 5/11/2023 |
| Tropic Technologies, Inc. | 28 West 25th Street, Floor 11 New York, NY 10010 | Procurement and Sourcing Services Agreement | 5/11/2023 |
| Unqork Inc. | Attention: David Sullivan, COO 114 Fifth Avenue, 6th Floor, New York, NY 10011 sulli@unqork.com **AND** Lori Hoberman Hoberman Law Group PLLC 85 Fifth Avenue, 4th Floor, New York, NY 10003 lori@hobermanlawgroup.com | Software as a Service (SaaS) Agreement | 5/11/2023 |

| | | | |
|---|---|---|---|
| UserTesting, Inc. | 144 Townsend Street, San Francisco, CA 94107 | Order Forms | 5/11/2023 |
| Virtru | 1130 Connecticut Ave NW, Suite 210, Washington, DC 20036 | Subscription Agreement and Order Form | 5/11/2023 |
| WorkRamp, Inc. | 101 Jefferson Drive, Floor 19 Menlo Park, CA 94025 | Master Service Agreement and Order Form | 5/11/2023 |
| Zendesk | 989 Market Street, San Francisco, California 94103 Attn: Legal Department legalnotice@zendesk.com | Master Subscription Agreement and Order Forms | 5/11/2023 |

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19361-MBK |
| BlockFi Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: May 31, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ BlockFi Inc., 201 Montgomery Street, Suite 263, Jersey City, NJ 07302-5057 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Garber | on behalf of Creditor Kristen Vorhees agarber@wgwc-law.com |
| Allen I Gorski | on behalf of Creditor Nancy Fout agorski@gorskiknowlton.com |
| Andrew Marks | on behalf of Creditor Matthew Gordon jcardenas@dorflaw.com |
| Anthony J D'Artiglio | on behalf of Creditor Kyle Klaus ajd@ansellgrimm.com  courtfilings@ansellgrimm.com;jb@ansellgrimm.com |
| Barbra Rachel Parlin | on behalf of Creditor Silvergate Bank barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |

District/off: 0312-3                  User: admin                  Page 2 of 5
Date Rcvd: May 31, 2023             Form ID: pdf903             Total Noticed: 1

Brett S. Theisen
on behalf of Unknown Role Type Ankura Trust Company LLC btheisen@gibbonslaw.com, nmitchell@gibbonslaw.com

Carol L. Knowlton
on behalf of Creditor George J. Gerro cknowlton@gorskiknowlton.com

Carrie J. Boyle
on behalf of Creditor Ge Song cboyle@b-vlaw.com
tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net

Catherine B. Heitzenrater
on behalf of Creditor Chubb Companies cebeideman@duanemorris.com

Daniel Stolz
on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Creditor Committee Official Committee Of Unsecured Creditors dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Attorney Brown Rudnick LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Plaintiff Official Committee Of Unsecured Creditors dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
on behalf of Creditor Committee Official Committee of Unsecured Creditors dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel E. Straffi
on behalf of Creditor Matthew Hoselton bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
on behalf of Creditor Michiel Hemminga bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
on behalf of Creditor Scott Aufenanger bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
on behalf of Creditor Clayton Bargsten bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
on behalf of Creditor Mitchell Eglar bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
on behalf of Creditor Daniel Gusovsky bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
on behalf of Creditor Andrew Martinez bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
on behalf of Creditor William Warburton bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
on behalf of Creditor Kole Kottmeier bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
on behalf of Creditor Brian Graddon bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
on behalf of Creditor Ashton Rincon bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
on behalf of Creditor Joseph Borremans bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
on behalf of Creditor Martin Mikolajczyk bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
on behalf of Creditor Alberto Olivo bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
on behalf of Creditor Brendan Pena bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
on behalf of Creditor Ellison Bak bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi
on behalf of Creditor Bruce Gilling bkclient@straffilaw.com G25938@notify.cincompass.com

Daniel E. Straffi

| | |
|---|---|
| | on behalf of Creditor Steven Lee bkclient@straffilaw.com G25938@notify.cincompass.com |
| Daniel E. Straffi | |
| | on behalf of Creditor Wayne Akey bkclient@straffilaw.com G25938@notify.cincompass.com |
| David J. Adler | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors DAdler@McCarter.com |
| David M. Banker | |
| | on behalf of Stockholder Samuel L. Bankman-Fried dbanker@mmwr.com david-banker-1986@ecf.pacerpro.com;eschnitzer@mmwr.com |
| David M. Banker | |
| | on behalf of Unknown Role Type Samuel L. Bankman-Fried dbanker@mmwr.com david-banker-1986@ecf.pacerpro.com;eschnitzer@mmwr.com |
| Deborah Kovsky Apap | |
| | on behalf of Interested Party Ad Hoc Committee of Wallet Account Holders deborah.kovsky@troutman.com |
| Donald W Clarke | |
| | on behalf of Other Prof. Elementus Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Plaintiff Official Committee Of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Creditor Committee Official Committee Of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Other Prof. M3 Partners dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Douglas J. McGill | |
| | on behalf of Creditor Ad Hoc Committee of Collaterized Loan Account Holders dmcgill@webbermcgill.com |
| Douglas J. McGill | |
| | on behalf of Creditor Gary Ford dmcgill@webbermcgill.com |
| Eleanor M Roman | |
| | on behalf of Interested Party Scratch Services LLC emr@severson.com |
| Felice R. Yudkin | |
| | on behalf of Debtor BlockFi Inc. fyudkin@coleschotz.com fpisano@coleschotz.com |
| Gaston P. Loomis, II | |
| | on behalf of Creditor New Jersey Bureau of Securities gloomis@mdmc-law.com scarney@mdmc-law.com |
| Gregory S. Kinoian | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors gkinoian@genovaburns.com |
| Gregory S. Kinoian | |
| | on behalf of Creditor Committee Official Committee Of Unsecured Creditors gkinoian@genovaburns.com |
| James L Bromley | |
| | on behalf of Interested Party FTX Trading Ltd and Affiliated Debtors bromleyj@sullcrom.com |
| Jason D. Angelo | |
| | on behalf of Creditor Bryant F. Foulger JAngelo@reedsmith.com sshidner@mdmc-law.com;smullen@mdmc-law.com |
| Jeffrey Bernstein | |
| | on behalf of Creditor New Jersey Bureau of Securities jbernstein@mdmc-law.com |
| Jeffrey M. Sponder | |
| | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jeffrey M. Traurig | |
| | on behalf of Examiner Elise S. Frejka jtraurig@trauriglaw.com |
| John C. Goodchild | |
| | on behalf of Defendant Emergent Fidelity Technologies Ltd. john.goodchild@morganlewis.com |
| John C. Kilgannon | |
| | on behalf of Interested Party Towards Equilibrium LLC john.kilgannon@stevenslee.com |
| Joshua S. Bauchner | |
| | on behalf of Creditor Kyle Klaus jb@ansellgrimm.com courtfilings@ansellgrimm.com;ajd@ansellgrimm.com |
| Kaitlin R. Walsh | |

Case 22-19361-MBK    Doc 1037    Filed 06/02/23    Entered 06/03/23 00:16:07    Desc
Imaged Certificate of Notice    Page 16 of 17

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: May 31, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant ED&F Man Capital Markets Inc. krwalsh@mintz.com, docketing@mintz.com |
| Kaitlin R. Walsh | |
| | on behalf of Defendant Marex Capital Markets Inc. f/k/a ED&F Man Capital Markets Inc. krwalsh@mintz.com, docketing@mintz.com |
| Kaitlin R. Walsh | |
| | on behalf of Creditor Marex Capital Markets Inc. krwalsh@mintz.com docketing@mintz.com |
| Kenneth Aulet | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors kaulet@brownrudnick.com hcohen@brownrudnick.com |
| Kurt F. Gwynne | |
| | on behalf of Creditor The Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com |
| Kurt F. Gwynne | |
| | on behalf of Creditor Bryant F. Foulger kgwynne@reedsmith.com |
| Kurt F. Gwynne | |
| | on behalf of Interested Party The Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com |
| Kyle McEvilly | |
| | on behalf of Unknown Role Type Ankura Trust Company LLC kmcevilly@gibbonslaw.com |
| Lauren Bielskie | |
| | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Lindsay Feuer | |
| | on behalf of Creditor Deferred 1031 Series 4 LLC lfeuer@loeb.com nydocket@loeb.com;lfeuer@ecf.courtdrive.com;dbesikof@loeb.com |
| Lindsay Feuer | |
| | on behalf of Unknown Role Type Deferred 1031 LLC lfeuer@loeb.com nydocket@loeb.com;lfeuer@ecf.courtdrive.com;dbesikof@loeb.com |
| Lindsay Feuer | |
| | on behalf of Creditor Deferred 1031 LLC lfeuer@loeb.com nydocket@loeb.com;lfeuer@ecf.courtdrive.com;dbesikof@loeb.com |
| Lisa Bonsall | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors lbonsall@mccarter.com |
| Mark Edward Hall | |
| | on behalf of Creditor John Lymn mhall@foxrothschild.com |
| Michael Anthony Guerra | |
| | on behalf of Interested Party Cipher Mining Technologies Inc. maguerra@venable.com nylitigationdocketing@venable.com |
| Michael Anthony Guerra | |
| | on behalf of Interested Party Cipher Mining Inc. maguerra@venable.com nylitigationdocketing@venable.com |
| Michael D. Sirota | |
| | on behalf of Plaintiff BlockFi Services Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor BlockFi Services Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor BlockFi Ventures LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor BlockFi Wallet LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor BlockFi Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Plaintiff BlockFi International Ltd. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Plaintiff BlockFi Investment Products LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |

| | |
|---|---|
| Michael D. Sirota | on behalf of Plaintiff BlockFi Wallet LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Ventures LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Lending LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Lending II LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Lending II LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Trading  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Investment Products LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi International Ltd. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Lending LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Trading LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com |
| Nicole A. Leonard | on behalf of Creditor New Jersey Bureau of Securities nleonard@mdmc-law.com gbressler@mdmc-law.com;dprimack@mdmc-law.com;sshidner@mdmc-law.com |
| Richard Kanowitz | on behalf of Debtor BlockFi Inc. richard.kanowitz@haynesboone.com |
| Richard Kanowitz | on behalf of Plaintiff BlockFi Inc. richard.kanowitz@haynesboone.com |
| Richard Kanowitz | on behalf of Plaintiff BlockFi International Ltd. richard.kanowitz@haynesboone.com |
| Richard Kanowitz | on behalf of Plaintiff BlockFi Lending LLC richard.kanowitz@haynesboone.com |
| Robert Malone | on behalf of Unknown Role Type Ankura Trust Company  LLC rmalone@gibbonslaw.com, nmitchell@gibbonslaw.com |
| Scott Fleischer | on behalf of Creditor Rui Pedro Vaz dos Santos Teixeira sfleischer@barclaydamon.com |
| Seth Brandon Shapiro | on behalf of Interested Party United States of America seth.shapiro@usdoj.gov |
| Stephen R. Catanzaro | on behalf of Creditor Zachary Lee Prince scatanzaro@daypitney.com  cparlapiano@daypitney.com;jcohen@daypitney.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia T. Shea | on behalf of Creditor New Jersey Bureau of Securities vshea@mdmc-law.com  gbressler@mdmc-law.com |
| Warren A. Usatine | on behalf of Debtor BlockFi Inc. wusatine@coleschotz.com  fpisano@coleschotz.com |

TOTAL: 104