**EXHIBIT "A"**

| Party | Relationship to Miller Nash | Role in Bankruptcy Proceeding | Notes |
|---|---|---|---|
| Social Finance Inc. | client | equity | client on unrelated matters |
| Haynes & Boone LLP | client | counsel for debtor | client on unrelated matters |
| Ace American Insurance No. (or affiliates) | adverse | insurer | adverse on unrelated matters |
| Berkshire Hathaway Insurance Co. (or affiliates) | client | insurer | client on unrelated matters |
| Core Scientific | client | litigation counterparty/loan counterparty | client on unrelated matters |
| Morgan, Lewis & Bockius LLP | client | non-debtor professional | client on unrelated matters |
| Deloitte & Touche LLP | adverse | ordinary course professional | adverse on unrelated matters |
| [redacted] | [redacted] | [redacted] | [redacted] |
| Arigas Inc. | client | vendor | client on unrelated matters |
| Amazon | adverse | vendor | adverse on unrelated matters |
| AT&T or affiliates | adverse | vendor/utility | adverse on unrelated matters |
| Atlassian, Inc. | adverse | vendor | adverse on unrelated matters |
| Carta Inc. | adverse | vendor | adverse on unrelated matters |
| Crown Castle, Inc. | adverse | vendor/utility | adverse on unrelated matters |
| CSC or affiliates | adverse | vendor | adverse on unrelated matters |
| DHL | adverse | vendor | adverse on unrelated matters |
| [redacted] | [redacted] | [redacted] | [redacted] |
| Fedex Corp | adverse | vendor | adverse on unrelated matters |
| GitHub | adverse | vendor | adverse on unrelated matters |
| Google | client | vendor | client on unrelated matters |
| Iron Mountain Inc. or affiliate | adverse | vendor | affiliate of Iron Mountain, Inc. is adverse on an unrelated matter |
| Microsoft Corp. | adverse | vendor | adverse on unrelated matters |
| Okta, Inc. | adverse | vendor | adverse on unrelated matters |
| Regus plc | adverse | vendor | adverse on unrelated matters |
| Sage Intacct, Inc. | adverse | vendor | adverse on unrelated matters |
| United States Securities and Exchange Commission | adverse | top 50 unsecured creditor | adverse on unrelated matters |