| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> **COLE SCHOTZ P.C.** <br> Michael D. Sirota, Esq. (NJ Bar No. 014321986) <br> Warren A. Usatine, Esq. (NJ Bar No. 025881995) <br> Court Plaza North, 25 Main Street <br> Hackensack, New Jersey 07601 <br> (201) 489-3000 <br> msirota@coleschotz.com <br> wusatine@coleschotz.com <br><br> **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> Joshua A. Sussberg, P.C. (admitted *pro hac vice*) <br> Christine A. Okike, P.C. (admitted *pro hac vice*) <br> 601 Lexington Avenue <br> New York, New York 10022 <br> (212) 446-4800 <br> jsussberg@kirkland.com <br> christine.okike@kirkland.com <br><br> **HAYNES AND BOONE, LLP** <br> Richard S. Kanowitz, Esq. (NJ Bar No. 047911992) <br> Kenric D. Kattner, Esq. (admitted *pro hac vice*) <br> 30 Rockefeller Plaza, 26th Floor <br> New York, New York 10112 <br> (212) 659-7300 <br> richard.kanowitz@haynesboone.com <br> kenric.kattner@haynesboone.com <br><br> *Attorneys for Debtors and Debtors in Possession* |



Order Filed on June 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

BLOCKFI INC., *et al.*,

    Debtors.[1]

Chapter 11

Case No. 22-19361 (MBK)

(Jointly Administered)

# BRIDGE ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE

**DATED: June 12, 2023**

*[signature]*

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The relief set forth on the following pages, numbered three (3) through four (4) is **ORDERED.**

(Page | 3)
Debtors:         BLOCKFI INC., *et al.*
Case No.         22-19361 (MBK)
Caption of Order: BRIDGE ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE

---

**THIS MATTER** having been opened to the Court by Cole Schotz P.C., Kirkland & Ellis LLP and Kirkland & Ellis International LLP, and Haynes and Boone, LLP, attorneys for BlockFi Inc., *et al.*, on behalf of the above-captioned chapter 11 debtors and debtors-in-possession (collectively, the "Debtors"), upon a motion for entry of an Order extending the exclusivity period within which the Debtors may file and solicit a chapter 11 plan pursuant to 11 U.S.C. § 1121 (the "Motion"); and the current exclusive period within which the Debtors may file a chapter 11 plan expires on the date by which the Court enters a final order with respect to the Motion pursuant to the certain *Bridge Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code* [Docket No. 661]; and good cause appearing for the entry of this order (the "Bridge Order");

It is **ORDERED** as follows:

1. The Motion be, and hereby is, **GRANTED** on a temporary basis as set forth herein.

2. The exclusivity period set forth in 11 U.S.C. § 1121 is hereby extended pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure through and including July 6, 2023.

3. The deadline for parties to object to the Motion is hereby extended through and including June 29, 2023.

4. This Bridge Order is effective immediately upon entry.

5. The Debtors' counsel shall serve a true copy of this Bridge Order on all interested parties within seven (7) days of the date hereof.

(Page | 4)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al*. |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | BRIDGE ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE |

6. All parties in interest reserve any and all of their rights with respect to the final determination on the Motion. This Bridge Order is without prejudice to the Debtors' right to seek further extensions of the exclusive periods to file and solicit a chapter 11 plan.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Bridge Order.

8. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Bridge Order.