**EXHIBIT "A"**

**GENOVA BURNS LLC**

June 9, 2023
Invoice No.:    495968

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/01/23 | DMS | B110 | Review April 24th and April 27 Transcripts. | .70 | 800.00 | 560.00 |
| 5/01/23 | DMS | B110 | Email with M3 regarding CNO. | .20 | 800.00 | 160.00 |
| 5/01/23 | DMS | B110 | Review BRG Fee App and Ad Hoc 2019 statement. | .30 | 800.00 | 240.00 |
| 5/01/23 | DMS | B110 | Review draft reply regarding Wallet motion. | .20 | 800.00 | 160.00 |
| 5/01/23 | DMS | B110 | Review Plan term sheet. | .40 | 800.00 | 320.00 |
| 5/01/23 | DMS | B110 | Emails regarding Ankura fees. | .20 | 800.00 | 160.00 |
| 5/01/23 | LD | B160 | Prepare and file CNO regarding M3 Partners' January fee statement. | .50 | 250.00 | 125.00 |
| 5/01/23 | LD | B110 | Circulate 4/27/23 transcript to counsel. | .20 | 250.00 | 50.00 |
| 5/01/23 | GSK | B110 | Various corresp re status of Stefan Cohen 2004 subpoena. | .20 | 600.00 | 120.00 |
| 5/01/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 5/01/23 | GSK | B110 | Review signed order re 345(b) requirements. | .10 | 600.00 | 60.00 |
| 5/01/23 | GSK | B190 | Review debtors' complaint against PrimeBlock. | .30 | 600.00 | 180.00 |
| 5/01/23 | GSK | B110 | Review supplemental Rule 2019 statement filed on behalf of ad hoc committee of wallet holders. | .10 | 600.00 | 60.00 |
| 5/01/23 | GSK | B110 | Review debtors' application and proposed order re extension of US Rule 4007(c) deadline to file complaint re dischargeability, etc. | .20 | 600.00 | 120.00 |
| 5/01/23 | GSK | B110 | Review various articles re crypto currency matters, etc. | .20 | 600.00 | 120.00 |
| 5/02/23 | DMS | B110 | UCC call. | 1.50 | 800.00 | 1,200.00 |
| 5/02/23 | DWC | B110 | Weekly committee meeting on all issues | 1.70 | 600.00 | 1,020.00 |
| 5/02/23 | LD | B110 | Email S. Cohen subpoena to Guaranteed Subpoena for service. | .20 | 250.00 | 50.00 |

GENOVA BURNS LLC

June 9, 2023
Invoice No.:    495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/02/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 5/02/23 | GSK | B190 | Review debtors' amended declaration in support of Wallet Accounts motion. | 1.00 | 600.00 | 600.00 |
| 5/02/23 | GSK | B110 | Various corresp re with counsel to Stefan Cohen re 2004 subpoena; various corresp with co-counsel re same; corresp with process server re same. | .30 | 600.00 | 180.00 |
| 5/02/23 | GSK | B110 | Review various articles re crypto currency matters, etc. | .20 | 600.00 | 120.00 |
| 5/03/23 | DMS | B110 | Review debtor supplemental filing regarding Wallets and emails regarding same with BR. | .70 | 800.00 | 560.00 |
| 5/03/23 | DMS | B110 | Review and file Wallet pleading. | .50 | 800.00 | 400.00 |
| 5/03/23 | DMS | B110 | Review statement by actual Wallet holders. | .30 | 800.00 | 240.00 |
| 5/03/23 | DWC | B110 | Coordinate serve of wallet motion reply | .30 | 600.00 | 180.00 |
| 5/03/23 | MAS | B110 | Efile Reply to Amended Declaration. | .20 | 200.00 | 40.00 |
| 5/03/23 | LD | B160 | Prepare CNOs for January, February and March for Elementus. | 1.00 | 250.00 | 250.00 |
| 5/03/23 | GSK | B110 | Review various Court notices; review docket texts re adjournment of various matters from 5/8 to 6/5; update calendar. | .20 | 600.00 | 120.00 |
| 5/03/23 | GSK | B190 | Review draft reply by Committee to debtors' Wallet Accounts motion; review various corresp from co-counsel re same; review final filed version of reply. | .50 | 600.00 | 300.00 |
| 5/03/23 | GSK | B190 | Review statement in support of debtors' Wallet Accounts motion by ad hoc group of Wallet holders. | .10 | 600.00 | 60.00 |
| 5/04/23 | DMS | B110 | Review new creditor emails and send to UCC. | .50 | 800.00 | 400.00 |
| 5/04/23 | DMS | B110 | Emails regarding Bain subpoena and meeting. | .30 | 800.00 | 240.00 |
| 5/04/23 | MAS | B110 | Filed 3 Cert of No Objection and emailed filed CNO to Elementus. | .50 | 200.00 | 100.00 |
| 5/04/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |

**GENOVA BURNS LLC**

June 9, 2023
Invoice No.:    495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/04/23 | GSK | B190 | Review objection of Ad Hoc Committee of Wallet Account Holders to debtors' Wallet Accounts motion. | .20 | 600.00 | 120.00 |
| 5/04/23 | GSK | B110 | Review voice-message from counsel to S. Cohen re 2004 subpoena; various corresp to/from co-counsel re same; various corresp from/to co-counsel re process server. | .20 | 600.00 | 120.00 |
| 5/04/23 | GSK | B150 | Review corresp from creditor; send response. | .10 | 600.00 | 60.00 |
| 5/04/23 | GSK | B110 | Review various articles re crypto currency matters, etc. | .20 | 600.00 | 120.00 |
| 5/05/23 | DMS | B110 | Review seizure documents and emails with Aulet et al regarding same. | .40 | 800.00 | 320.00 |
| 5/05/23 | DMS | B110 | Emails with Aulet et al regarding preparation for May 9th. | .30 | 800.00 | 240.00 |
| 5/05/23 | DMS | B110 | Emails with co-counsel regarding seizure warrant. | .30 | 800.00 | 240.00 |
| 5/05/23 | DWC | B110 | Adjournment request to chambers | .30 | 600.00 | 180.00 |
| 5/05/23 | DWC | B110 | Rvw stip from DOJ re robinhood | .60 | 600.00 | 360.00 |
| 5/05/23 | SS | B110 | Updating calendars and sending hearing information to appropriate members. | .10 | 275.00 | 27.50 |
| 5/05/23 | SS | B110 | Updating creditor spreadsheet and responding to creditor questions. | .30 | 275.00 | 82.50 |
| 5/05/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 5/05/23 | GSK | B190 | Review pro se objection to debtors' Wallet Accounts motion. | .10 | 600.00 | 60.00 |
| 5/05/23 | GSK | B190 | Tel with Wallet Account holder re status. | .40 | 600.00 | 240.00 |
| 5/05/23 | GSK | B110 | Various corresp with co-counsel re status of service of 2004 subpoena on Galaxy Digital; review issues re service of 2004 subpoena on Galaxy Digital; various corresp with process server re service of 2004 subpoena. | .80 | 600.00 | 480.00 |
| 5/05/23 | GSK | B110 | Review various articles re crypto currency matters, etc. | .20 | 600.00 | 120.00 |

**GENOVA BURNS LLC**

June 9, 2023
Invoice No.:    495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/07/23 | DMS | B110 | Review amended agenda for hearings. | .20 | 800.00 | 160.00 |
| 5/07/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 5/07/23 | GSK | B190 | Review debtors' stipulated facts re hearing on Wallet Accounts motion. | .50 | 600.00 | 300.00 |
| 5/08/23 | DMS | B110 | Emails with UCC regarding creditor emails, Binance and hearings. | .60 | 800.00 | 480.00 |
| 5/08/23 | DMS | B110 | Review Notice of Agenda. | .20 | 800.00 | 160.00 |
| 5/08/23 | DMS | B110 | Court hearing regarding Wallets and other issues. | 2.20 | 800.00 | 1,760.00 |
| 5/08/23 | DMS | B110 | Follow up with co-counsel after hearings. | .30 | 800.00 | 240.00 |
| 5/08/23 | DMS | B110 | Emails regarding transcript and service of subpoenas. | .30 | 800.00 | 240.00 |
| 5/08/23 | DWC | B110 | Call with SD at BR re protocol for temp injunctive relief and local rules | .80 | 600.00 | 480.00 |
| 5/08/23 | DWC | B110 | Hearing on wallet motion | 1.60 | 600.00 | 960.00 |
| 5/08/23 | DWC | B195 | Travel to and from trenton for wallet motion hearing | 3.00 | 300.00 | 900.00 |
| 5/08/23 | DWC | B110 | Revise pleadings re seizure | .70 | 600.00 | 420.00 |
| 5/08/23 | DWC | B110 | Research on seizure pleadings | 1.10 | 600.00 | 660.00 |
| 5/08/23 | SS | B110 | Updating counsel's calendars. | .20 | 275.00 | 55.00 |
| 5/08/23 | GSK | B110 | Review various Court notices; review minutes of 5/8 hearing; review and update calendar. | .20 | 600.00 | 120.00 |
| 5/09/23 | DMS | B110 | Call with DWC regarding UCC meeting. | .30 | 800.00 | 240.00 |
| 5/09/23 | DWC | B150 | Zoom meeting with committee to discuss issues | 2.50 | 600.00 | 1,500.00 |
| 5/09/23 | DWC | B110 | Call with DMS re status and committee call | .30 | 600.00 | 180.00 |
| 5/09/23 | DWC | B110 | Research and revisions on seizure pleadings | 1.20 | 600.00 | 720.00 |
| 5/09/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |

**GENOVA BURNS LLC**

June 9, 2023
Invoice No.:    495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/09/23 | GSK | B110 | Review debtors' application for appointment of fee examiner. | .10 | 600.00 | 60.00 |
| 5/09/23 | GSK | B110 | Review signed order extending Rule 4007(c) deadline for US to file dischargeability complaint. | .10 | 600.00 | 60.00 |
| 5/09/23 | GSK | B110 | Corresp with co-counsel re status of service of 2004 subpoena on Galaxy Digital; corresp with process server re same. | .10 | 600.00 | 60.00 |
| 5/09/23 | GSK | B110 | Review various articles re crypto currency matters, etc. | .20 | 600.00 | 120.00 |
| 5/10/23 | DMS | B110 | Review debtor motion for fee examiner and emails with UCC and US Trustee regarding same. | .40 | 800.00 | 320.00 |
| 5/10/23 | DMS | B110 | Email to UCC regarding US Trustee support for fee examiner. | .20 | 800.00 | 160.00 |
| 5/10/23 | DWC | B150 | Committee meeting re plan prep and other issues | 2.80 | 600.00 | 1,680.00 |
| 5/10/23 | DWC | B110 | Multiple emails re injunctive relief | .70 | 600.00 | 420.00 |
| 5/10/23 | DWC | B110 | Prep PHV paper for Shari D | .30 | 600.00 | 180.00 |
| 5/10/23 | DWC | B110 | Emails from M3 re fee statements | .20 | 600.00 | 120.00 |
| 5/10/23 | DWC | B110 | Rvw multiple creditor emails from chambers | .40 | 600.00 | 240.00 |
| 5/10/23 | DWC | B110 | Email copy of transcript | .20 | 600.00 | 120.00 |
| 5/10/23 | LD | B110 | Email 5-8-23 transcript to parties. | .20 | 250.00 | 50.00 |
| 5/10/23 | LD | B160 | Finalize and file M3 February fee statement and arrange for service. | .40 | 250.00 | 100.00 |
| 5/10/23 | SS | B110 | Updating creditor question spreadsheet. | .10 | 275.00 | 27.50 |
| 5/10/23 | SS | B110 | Responding to creditor questions. | .10 | 275.00 | 27.50 |
| 5/10/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 5/10/23 | GSK | B110 | Review debtors' amended schedules. | .50 | 600.00 | 300.00 |
| 5/10/23 | GSK | B150 | Work on response to creditor inquiry; various corresp with DWC and SMS re same. | .50 | 600.00 | 300.00 |

**GENOVA BURNS LLC**

June 9, 2023
Invoice No.:    495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 5/11/23 | DMS | B110 | Emails regarding service of subpoenas. | .30 | 800.00 | 240.00 |
| 5/11/23 | DMS | B110 | Email with DWC regarding Wallet decision. | .20 | 800.00 | 160.00 |
| 5/11/23 | LD | B110 | Prepare PHV for S. Dwoskin. | .50 | 250.00 | 125.00 |
| 5/11/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 5/11/23 | GSK | B110 | Review Court's notice re failure to file supplemental documents re amended schedules. | .10 | 600.00 | 60.00 |
| 5/11/23 | GSK | B110 | Review debtors' application extending claims bar date for USA. | .10 | 600.00 | 60.00 |
| 5/11/23 | GSK | B110 | Review debtors' notice of rejection of certain executory contracts and leases. | .10 | 600.00 | 60.00 |
| 5/11/23 | GSK | B190 | Review Court minute re ruling on debtors' Wallet Accounts motion. | .10 | 600.00 | 60.00 |
| 5/11/23 | GSK | B110 | Review voice-message from process server re 2004 subpoena for Galaxy Digital; various corresp with co-counsel re same; various corresp with process server re same; corresp with DWC re same. | .30 | 600.00 | 180.00 |
| 5/11/23 | GSK | B110 | Review various articles re crypto currency matters, etc. | .20 | 600.00 | 120.00 |
| 5/12/23 | DMS | B110 | Review May 11th Transcript and send to UCC. | .70 | 800.00 | 560.00 |
| 5/12/23 | LD | B110 | Circulate 5-11-23 transcript and updated transcript to team. | .20 | 250.00 | 50.00 |
| 5/12/23 | LD | B160 | Prepare draft April monthly fee statement. | 1.00 | 250.00 | 250.00 |
| 5/12/23 | LD | B110 | Update and email templates for fee applications. | .20 | 250.00 | 50.00 |
| 5/12/23 | LD | B160 | Redact and file Brown Rudnick April fee statement and arrange for service of same. | .50 | 250.00 | 125.00 |
| 5/12/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 5/12/23 | GSK | B320 | Review debtors' plan support letter. | .10 | 600.00 | 60.00 |
| 5/12/23 | GSK | B110 | Review various articles re crypto currency matters, etc. | .20 | 600.00 | 120.00 |

**GENOVA BURNS LLC**

June 9, 2023
Invoice No.:    495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|---------------------------------|-------|------|--------|
| 5/13/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 5/13/23 | GSK | B320 | Review various corresp with co-counsel re debtors' plan support letter, etc. | .20 | 600.00 | 120.00 |
| 5/14/23 | DMS | B320 | Emails regarding Plan and dis. and next step. | .80 | 800.00 | 640.00 |
| 5/14/23 | DMS | B110 | UCC meeting. | 1.60 | 800.00 | 1,280.00 |
| 5/14/23 | DMS | B110 | Review debtor posts and creditor reactions. | .80 | 800.00 | 640.00 |
| 5/14/23 | DMS | B110 | Review and comment on Statement opposing Plan. | .60 | 800.00 | 480.00 |
| 5/14/23 | DWC | B150 | Zoom call to discuss issues and debtor's plan | 1.10 | 600.00 | 660.00 |
| 5/14/23 | GSK | B320 | Various corresp with DMS and DWC re coverage of conf call with co-counsel re debtor's plan support letter, etc. | .10 | 600.00 | 60.00 |
| 5/15/23 | DMS | B110 | Emails with Stark et al regarding strategy. | .40 | 800.00 | 320.00 |
| 5/15/23 | DMS | B110 | Emails regarding improper solicit and research regarding same. | .40 | 800.00 | 320.00 |
| 5/15/23 | DMS | B110 | Calls with Mo and DWC regarding next steps. | .50 | 800.00 | 400.00 |
| 5/15/23 | DMS | B110 | Review draft motion regarding solicitation and numerous emails with co-counsel regarding same. | .80 | 800.00 | 640.00 |
| 5/15/23 | DMS | B110 | Review debtor's exclusivity motion and emails regarding same. | .60 | 800.00 | 480.00 |
| 5/15/23 | DMS | B110 | Review claim transfers and advise UCC. | .30 | 800.00 | 240.00 |
| 5/15/23 | DWC | B110 | Rvw pleadings and exhibits; prep for efiling; coordinate with GK and LD re filing and drafting; rvw multiple emails with revisions; emergent motion to compel 1125; statement; draft NOM, app and order shortening notice | 2.80 | 600.00 | 1,680.00 |
| 5/15/23 | DWC | B110 | Email chambers et al re filed 1125 motion | .40 | 600.00 | 240.00 |
| 5/15/23 | DWC | B110 | Prepare and review docs for filing of committee statement under seal and on short notice | 1.80 | 600.00 | 1,080.00 |

GENOVA BURNS LLC

June 9, 2023
Invoice No.:    495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/15/23 | LD | B110 | Finalize and file Motion to enforce 1125 and application and order shortening time. | 1.00 | 250.00 | 250.00 |
| 5/15/23 | LD | B110 | Finalize and file Statement regarding Debtors' Amended Plan, Motion to Seal, and Application and Order Shortening Time. | 1.00 | 250.00 | 250.00 |
| 5/15/23 | SS | B110 | Updating attorney calendars. | .10 | 275.00 | 27.50 |
| 5/15/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 5/15/23 | GSK | B110 | Review various corresp with co-counsel re Committee's response to debtors' plan support letter; various corresp with DMS and DWC re same. | .20 | 600.00 | 120.00 |
| 5/15/23 | GSK | B110 | Review debtors' motion to further extend exclusivity periods. | .30 | 600.00 | 180.00 |
| 5/15/23 | GSK | B110 | Review debtors' application and proposed order re extension of US Rule 4007(c) deadline to file complaint re dischargeability, etc. | .20 | 600.00 | 120.00 |
| 5/15/23 | GSK | B110 | Review signed bridge order further extending debtors' plan exclusivity periods. | .10 | 600.00 | 60.00 |
| 5/15/23 | GSK | B320 | Review draft Committee's motion re debtors' improper plan solicitation; various corresp with co-counsel re comments/suggested revisions to draft; various corresp with DMS and DWC and tel discussions with DWC re same; review final/filed motion and application for shortened notice. | 2.00 | 600.00 | 1,200.00 |
| 5/15/23 | GSK | B320 | Review draft Committee's statement re debtors' improper plan solicitation; various corresp with co-counsel re comments/suggested revisions to draft; various corresp with DMS and DWC re same; prepare motion to seal re committee's statement; various corresp with co-counsel, DWC and LD re same; prepare application for short notice re motion to seal; corresp with DWC and LD re same; revise and finalize motion to seal; review final/filed statement, motion to seal and application for short notice. | 4.50 | 600.00 | 2,700.00 |

GENOVA BURNS LLC

June 9, 2023
Invoice No.:    495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/15/23 | GSK | B160 | Review notices re interim fee applications filed by debtors' professionals; corresp to DMS and DWC re same. | .10 | 600.00 | 60.00 |
| 5/15/23 | GSK | B320 | Review amended proposed plan. | 2.00 | 600.00 | 1,200.00 |
| 5/16/23 | DMS | B110 | Emails to Stark et al regarding hearing and next steps. | .40 | 800.00 | 320.00 |
| 5/16/23 | DMS | B110 | Call with Aulet regarding seizure op and May 18th conference. | .30 | 800.00 | 240.00 |
| 5/16/23 | DMS | B110 | Call with Stark regarding preparation for May 18th. | .30 | 800.00 | 240.00 |
| 5/16/23 | DMS | B110 | Communicated with UCC members regarding hearing. | .30 | 800.00 | 240.00 |
| 5/16/23 | DMS | B110 | Emails with co-counsel regarding preparation for May 18th. | .60 | 800.00 | 480.00 |
| 5/16/23 | DWC | B150 | Committee zoom meeting | 1.50 | 600.00 | 900.00 |
| 5/16/23 | DWC | B110 | Prep and staff for multiple emergent filings (exclusivity and enforce 1125) (including seal motions and app/order shortening notice); emails with co counsel; review draft motions; draft seal and short notice (and revise) | 2.90 | 600.00 | 1,740.00 |
| 5/16/23 | DWC | B110 | Multiple emails and call re form of request for injunctive relief | .60 | 600.00 | 360.00 |
| 5/16/23 | DWC | B110 | Research re verifications | .60 | 600.00 | 360.00 |
| 5/16/23 | DWC | B110 | Multiple emails re service of axelrod declaration | .40 | 600.00 | 240.00 |
| 5/16/23 | DWC | B110 | Email and call re exclusivity motion | .40 | 600.00 | 240.00 |
| 5/16/23 | LD | B110 | Finalize and file motion to seal declaration of T. Axelrod, application and order shortening time. | 1.00 | 250.00 | 250.00 |
| 5/16/23 | SS | B110 | Updating attorney calendars with upcoming hearing. | .10 | 275.00 | 27.50 |
| 5/16/23 | SS | B110 | Responding to creditor question and updating spreadsheet regarding same. | .20 | 275.00 | 55.00 |
| 5/16/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

June 9, 2023
Invoice No.:    495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/16/23 | GSK | B320 | Further review of debtors' amended proposed plan; review debtors' proposed disclosure statement. | 2.50 | 600.00 | 1,500.00 |
| 5/16/23 | GSK | B320 | Review signed orders shortening notice re Committee's motion re debtors' improper plan solicitation and Committee's motion to seal re Committee's statement re debtors' improper plan solicitation; corresp to co-counsel re same; review issues re service of same and related papers; corresp with DWC and LD re service of same and related papers, etc. | .50 | 600.00 | 300.00 |
| 5/16/23 | GSK | B150 | Review creditor inquiries; various corresp with DWC and SMS re suggested responses. | .20 | 600.00 | 120.00 |
| 5/16/23 | GSK | B320 | Review Axelrod declaration in support of Committee's statement re debtors' improper plan solicitation; various corresp with co-counsel re same; prepare motion to seal re same; various corresp with co-counsel re motion to seal; revise and finalize motion to seal; prepare application for short notice re motion to seal; various corresp with DWC and LD re finalized motion to seal and application for short notice; review final/filed declaration, motion to seal and application for short notice; corresp to Judge Kaplan's Chambers re application for short notice, etc. | 4.80 | 600.00 | 2,880.00 |
| 5/16/23 | GSK | B110 | Review various articles re crypto currency matters, etc. | .20 | 600.00 | 120.00 |
| 5/17/23 | DMS | B110 | Emails with co-counsel regarding preparation for May 18th hearing and conference. | .40 | 800.00 | 320.00 |
| 5/17/23 | DMS | B110 | Emails with DWC and LD regarding UCC expenses. | .30 | 800.00 | 240.00 |
| 5/17/23 | DMS | B110 | Emails regarding member expenses. | .30 | 800.00 | 240.00 |
| 5/17/23 | DMS | B110 | Emails regarding preparation for hearings and filing report. | .70 | 800.00 | 560.00 |
| 5/17/23 | DMS | B110 | Review debtor reply and emails regarding same. | .80 | 800.00 | 640.00 |
| 5/17/23 | DWC | B110 | Multiple emails and calls re coordination and filing of committee report under seal after hours | 3.60 | 600.00 | 2,160.00 |
| 5/17/23 | DWC | B110 | Rvw fee statements | .70 | 600.00 | 420.00 |

GENOVA BURNS LLC

June 9, 2023
Invoice No.:    495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 5/17/23 | DWC | B110 | Emails and calls and review final draft of adversary proceeding and TRO vs DOJ; circulate email memo of status of DOJ calls | 1.60 | 600.00 | 960.00 |
| 5/17/23 | DWC | B110 | Emails with co counsel re Axelrod declaration; circulate sealed copy to adversaries | .40 | 600.00 | 240.00 |
| 5/17/23 | DWC | B110 | Call with UST re seal motion and protocol; circulate sealed docs to UST and email co counsel re seal filing issues | 1.30 | 600.00 | 780.00 |
| 5/17/23 | DWC | B110 | Draft motion to seal for app and order to show cause and app and order to request short notice for objection to disclosure and improper solicitation; circulate to co counsel | 1.80 | 600.00 | 1,080.00 |
| 5/17/23 | DWC | B110 | Rvw and coordinate filing of member expenses | .80 | 600.00 | 480.00 |
| 5/17/23 | LD | B110 | File pro hac vice application for S. Dwoskin. | .30 | 250.00 | 75.00 |
| 5/17/23 | LD | B160 | Update and circulate GB April fee statement. | .40 | 250.00 | 100.00 |
| 5/17/23 | LD | B160 | Update and circulate member expenses for payment. | .30 | 250.00 | 75.00 |
| 5/17/23 | LD | B160 | Edit GB April fee statement to add clause for member expenses and create separate table for same. | 1.00 | 250.00 | 250.00 |
| 5/17/23 | SS | B110 | Sending other professionals updated hearing information. | .10 | 275.00 | 27.50 |
| 5/17/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 5/17/23 | GSK | B110 | Review corresp from UST re documents filed under seal, etc.; review CM/ECF procedures re filing under seal; various corresp with DWC, DMS and LD re same; various corresp with co-counsel re same. | 1.00 | 600.00 | 600.00 |
| 5/17/23 | GSK | B110 | Various corresp with DMS and DWC re coverage of 5/18 Chambers conference and hearing re Committee's motion re debtors' improper plan solicitation, etc. | .10 | 600.00 | 60.00 |
| 5/17/23 | GSK | B160 | Review debtors' application to retain Deloitte for tax services. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

June 9, 2023
Invoice No.:    495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/17/23 | GSK | B190 | Various corresp with co-counsel re possible motion for TRO and preliminary injunction re US seizure warrant; various corresp with DWC re same. | .50 | 600.00 | 300.00 |
| 5/17/23 | GSK | B110 | Various corresp with co-counsel re filing of Committee's preliminary report; various corresp with DWC and LD and tel discussions with DWC re same. | 1.00 | 600.00 | 600.00 |
| 5/17/23 | GSK | B110 | Review drafts of Committee's preliminary report; review final version for submission. | 1.50 | 600.00 | 900.00 |
| 5/17/23 | GSK | B110 | Prepare motion to seal re Committee's preliminary report; various corresp with co-counsel and DWC re draft motion to seal, etc.; make revisions to and finalize motion to seal; make revisions to and finalize application for short notice re motion to seal; various corresp with co-counsel and DWC re filing of motion to seal and application for short notice; review filed versions of motion to seal and application for short notice. | 4.00 | 600.00 | 2,400.00 |
| 5/17/23 | GSK | B320 | Review debtors' objection to Committee's motion re debtors' improper plan solicitation, etc.; various corresp with co-counsel re same. | 1.00 | 600.00 | 600.00 |
| 5/17/23 | GSK | B110 | Review signed order re Wallet Accounts. | .30 | 600.00 | 180.00 |
| 5/17/23 | GSK | B110 | Review signed order appointing fee examiner, etc. | .30 | 600.00 | 180.00 |
| 5/18/23 | DMS | B110 | Emails in preparation for hearing. | .70 | 800.00 | 560.00 |
| 5/18/23 | DMS | B110 | Call with UCC and counsel after hearing and follow up with DWC and Stark. | 1.00 | 800.00 | 800.00 |
| 5/18/23 | DMS | B110 | Review pleadings regarding seizure and emails regarding filing. | .70 | 800.00 | 560.00 |
| 5/18/23 | DMS | B110 | Call with Aulet regarding mediators. | .20 | 800.00 | 160.00 |
| 5/18/23 | DMS | B110 | Many emails regarding Motion on forfeiture and review draft pleadings. | 1.10 | 800.00 | 880.00 |
| 5/18/23 | DMS | B110 | Review latest draft of UCC Report. | .40 | 800.00 | 320.00 |

**GENOVA BURNS LLC**

June 9, 2023
Invoice No.:    495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/18/23 | DMS | B110 | Coordinate filing of report and Motion to Seal. | .50 | 800.00 | 400.00 |
| 5/18/23 | DMS | B110 | Emails with co-counsel regarding coordination of filings. | .40 | 800.00 | 320.00 |
| 5/18/23 | DWC | B110 | Emails regarding review of professionals' monthly fee statements and additional member expenses (under seal) | .90 | 600.00 | 540.00 |
| 5/18/23 | DWC | B110 | Court hearing on committee objection to improper plan solicitation | 2.20 | 600.00 | 1,320.00 |
| 5/18/23 | DWC | B195 | Travel to and from trenton for emergent hearing on committee objection to improper solicitation | 3.00 | 300.00 | 900.00 |
| 5/18/23 | DWC | B110 | Multiple emails circulating sealed docs filed | .60 | 600.00 | 360.00 |
| 5/18/23 | DWC | B110 | Email co counsel and court re coordination of court conference and hearing | .30 | 600.00 | 180.00 |
| 5/18/23 | DWC | B110 | Multiple emails re timing and coordination of timing for filing adversary and tro v doj | .40 | 600.00 | 240.00 |
| 5/18/23 | DWC | B110 | Emails re research of service of doj | .40 | 600.00 | 240.00 |
| 5/18/23 | LD | B110 | Preparation of adversary complaint, exhibits, motion to seal, in anticipation of filing. | 2.00 | 250.00 | 500.00 |
| 5/18/23 | SS | B110 | Researching procedures for serving the United States and proper mailing contacts. | .80 | 275.00 | 220.00 |
| 5/18/23 | GSK | B110 | Review various Court notices; review Court minutes; update calendar. | .10 | 600.00 | 60.00 |
| 5/18/23 | GSK | B110 | Assist with preparations for Chambers conference and hearing re Committee's motion re debtors' improper plan solicitation, etc.; various corresp with co-counsel, DWC, DMS and LD re same; tel discussion with co-counsel re same. | 1.50 | 600.00 | 900.00 |
| 5/18/23 | GSK | B310 | Review debtors' letter to Court requesting objection deadline for omnibus objection to claims to be filed. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

June 9, 2023
Invoice No.:    495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/18/23 | GSK | B320 | Review signed order re Committee's motion re debtors' improper plan solicitation; corresp to co-counsel re same. | .20 | 600.00 | 120.00 |
| 5/18/23 | GSK | B150 | Conf call (zoom) with co-counsel and Committee members re outcome of Chambers conference and hearing re Committee's motion re debtors' improper solicitation, etc. | 1.00 | 600.00 | 600.00 |
| 5/18/23 | GSK | B110 | Tel with and various corresp with DWC re Chambers conference and hearing on Committee's motion re debtors' improper plan solicitation, etc. | .20 | 600.00 | 120.00 |
| 5/18/23 | GSK | B190 | Various corresp with co-counsel re draft complaint and motion for TRO and preliminary injunction re US seizure warrant; review and revise drafts; review docket in WD Wash case; various corresp with DWC, DMS and LD re preparations for filing complaint and motion. | 2.00 | 600.00 | 1,200.00 |
| 5/18/23 | GSK | B190 | Work on motion to seal re complaint and motion for TRO and preliminary injunction re US seizure warrant; review and research issues for motion to seal; various corresp with co-counsel re motion to seal; various corresp with DWC, DMS and LD re motion to seal. | 4.50 | 600.00 | 2,700.00 |
| 5/18/23 | GSK | B110 | Review various articles re crypto currency matters, etc. | .20 | 600.00 | 120.00 |
| 5/19/23 | DMS | B110 | Emails regarding transcript and next steps. | .60 | 800.00 | 480.00 |
| 5/19/23 | DMS | B110 | Email with Aulet and Court regarding audio file. | .30 | 800.00 | 240.00 |
| 5/19/23 | DMS | B110 | Review May 18th Transcript. | .30 | 800.00 | 240.00 |
| 5/19/23 | DMS | B110 | Review Sirota email regarding mediators. | .10 | 800.00 | 80.00 |
| 5/19/23 | DMS | B110 | Review Kaplan email regarding Sonchi and emails with co-counsel. | .40 | 800.00 | 320.00 |
| 5/19/23 | DWC | B110 | Multiple emails re, rvw and coordination of filing of 80+ exhibits under seal for committee fraud report; rvw draft motions to seal and app and order for short notice | 2.40 | 600.00 | 1,440.00 |

GENOVA BURNS LLC

June 9, 2023
Invoice No.:    495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|---------------------------------|------:|-----:|-------:|
| 5/19/23 | DWC | B110 | Rvw and incorporate responses from professionals re fee statements, members' expenses and motion to seal re same. | .80 | 600.00 | 480.00 |
| 5/19/23 | LD | B160 | Finalize and file M3 Partners March fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 5/19/23 | LD | B110 | Download and assemble exhibits 1-79 and file under seal regarding preliminary report. | 4.00 | 250.00 | 1,000.00 |
| 5/19/23 | LD | B110 | Email May 18 transcript to counsel. | .20 | 250.00 | 50.00 |
| 5/19/23 | LD | B110 | Email order shortening time and motion to seal to court and counsel. | .20 | 250.00 | 50.00 |
| 5/19/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 5/19/23 | GSK | B160 | Various corresp with DMS, DWC, LD and MS re Committee expenses; review corresp from co-counsel re same. | .10 | 600.00 | 60.00 |
| 5/19/23 | GSK | B320 | Review debtors' corrective letter re improper plan solicitation; corresp to co-counsel re same. | .20 | 600.00 | 120.00 |
| 5/19/23 | GSK | B110 | Review signed order shortening time re Committee's motion to seal re preliminary report; corresp to co-counsel re same; update calendar; various corresp with Kroll re service of OST and motion papers. | .50 | 600.00 | 300.00 |
| 5/19/23 | GSK | B190 | Review various corresp from co-counsel and debtors' counsel re status of US seizure warrant, etc. | .20 | 600.00 | 120.00 |
| 5/19/23 | GSK | B110 | Review signed consent order extending claims bar date for US. | .10 | 600.00 | 60.00 |
| 5/19/23 | GSK | B110 | Review various corresp from co-counsel, DWC and LD re filing exhibits to Committee's preliminary report under seal. | .20 | 600.00 | 120.00 |
| 5/19/23 | GSK | B110 | Review various articles re crypto currency matters, etc. | .20 | 600.00 | 120.00 |
| 5/20/23 | DMS | B110 | Email with GSK regarding coverage. | .20 | 800.00 | 160.00 |
| 5/20/23 | DMS | B110 | Review and reply to customers. | .40 | 800.00 | 320.00 |

**GENOVA BURNS LLC**

June 9, 2023
Invoice No.:    495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/20/23 | DMS | B110 | Emails with TCC regarding Sonchi. | .30 | 800.00 | 240.00 |
| 5/20/23 | DMS | B110 | Emails regarding preparation for mediation. | .40 | 800.00 | 320.00 |
| 5/20/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 5/20/23 | GSK | B110 | Various corresp with DMS and DWC re coverage of 5/25 hearing. | .10 | 600.00 | 60.00 |
| 5/20/23 | GSK | B110 | Corresp with LD and MS re service of order shortening time re motion to seal re preliminary report; review OST and docket. | .20 | 600.00 | 120.00 |
| 5/21/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 5/22/23 | DMS | B110 | Emails regarding preparation for mediation. | .60 | 800.00 | 480.00 |
| 5/22/23 | DMS | B110 | Emails with BR and staff regarding complaint and Order to Show Cause regarding seizure. | .50 | 800.00 | 400.00 |
| 5/22/23 | DMS | B110 | Emails regarding US Department of Justice action and emails regarding Order Show Cause etc. | .80 | 800.00 | 640.00 |
| 5/22/23 | DMS | B110 | Review and file seizure Complaint and Order to Show Cause and emails with BR. | .80 | 800.00 | 640.00 |
| 5/22/23 | DWC | B110 | Coordinate filing of TRO v DOJ; emails with court staff re entry of order | .80 | 600.00 | 480.00 |
| 5/22/23 | LD | B110 | Redact and finalize new adversary complaint, application, and motion to seal. | .70 | 250.00 | 175.00 |
| 5/22/23 | LD | B110 | Revise NOM and order to seal regarding adversary complaint. | .30 | 250.00 | 75.00 |
| 5/22/23 | LD | B110 | Finalize and file adversary complaint, application and order to show cause, motion to seal, and upload sealed documents to Judge. | 1.20 | 250.00 | 300.00 |
| 5/22/23 | SS | B110 | Updating attorney calendars with upcoming hearing. | .10 | 275.00 | 27.50 |
| 5/22/23 | SS | B110 | Reviewing creditor voicemail, updating spreadsheet, and attempting to contact creditor. | .20 | 275.00 | 55.00 |

GENOVA BURNS LLC

June 9, 2023
Invoice No.:    495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/22/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 5/22/23 | GSK | B110 | Review various corresp from co-counsel and debtors' counsel re status of US seizure warrant. | .10 | 600.00 | 60.00 |
| 5/22/23 | GSK | B190 | Revise motion to seal re Committee's complaint and motion for TRO and preliminary injunction re US seizure warrant; various corresp with co-counsel re same; various corresp with DWC and LD re same; finalize motion to seal; assist with filing of complaint, motion for TRO/PI and motion to seal. | 2.50 | 600.00 | 1,500.00 |
| 5/22/23 | GSK | B190 | Corresp to Judge Kaplan, et al., re filing of Committee's complaint and motion for TRO and preliminary injunction; various corresp with DMS and co-counsel re same. | .50 | 600.00 | 300.00 |
| 5/22/23 | GSK | B190 | Review corresp from debtors' counsel re DOJ's motion to compel re seizure motion; review motion to compel; corresp to co-counsel re same; corresp to Judge Kaplan re same. | .50 | 600.00 | 300.00 |
| 5/22/23 | GSK | B190 | Review signed order to show cause with TRO re Committee's motion re US seizure warrant; corresp to co-counsel re same; corresp to debtors' counsel, UST's counsel and DOJ re OTSC with TRO; review rules re service; corresp with LD re service of OTSC, complaint, and motions. | .80 | 600.00 | 480.00 |
| 5/22/23 | GSK | B110 | Review signed orders granting Committee's motion to seal re Committee's statement re debtors' improper plan solicitation and Axelrod declaration; corresp to co-counsel re same. | .20 | 600.00 | 120.00 |
| 5/22/23 | GSK | B110 | Review debtors' April MORs. | .50 | 600.00 | 300.00 |
| 5/22/23 | GSK | B110 | Review various articles re crypto currency matters, etc. | .20 | 600.00 | 120.00 |
| 5/23/23 | DMS | B110 | Review draft agenda and emails with BR regarding same. | .30 | 800.00 | 240.00 |
| 5/23/23 | DMS | B110 | Email with Aulet regarding sealing customer names. | .20 | 800.00 | 160.00 |

GENOVA BURNS LLC

June 9, 2023
Invoice No.:    495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/23/23 | DMS | B110 | Review Court email regarding May 25th conference and email with Aulet regarding same. | .30 | 800.00 | 240.00 |
| 5/23/23 | DMS | B110 | Review numerous claim transfers and send to creditors committee. | .60 | 800.00 | 480.00 |
| 5/23/23 | DMS | B110 | Creditor Committee meeting by Zoom. | 2.20 | 800.00 | 1,760.00 |
| 5/23/23 | DWC | B110 | Weekly committee zoom | 1.50 | 600.00 | 900.00 |
| 5/23/23 | LD | B110 | Prepare and file certificate of service regarding adversary complaint, order to show cause, and motion to seal. | .50 | 250.00 | 125.00 |
| 5/23/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 5/23/23 | GSK | B190 | Review summons issued re Committee's complaint re US seizure warrant; various corresp with LD re service of summons with complaint, etc. | .20 | 600.00 | 120.00 |
| 5/23/23 | GSK | B190 | Review corresp from Judge Kaplan's Chambers re request for scheduling conference re US seizure warrant issues; various corresp to co-counsel re same; review corresp to Judge Kaplan's Chambers re same. | .20 | 600.00 | 120.00 |
| 5/23/23 | GSK | B150 | Conf call (zoom) with Committee members and professionals; corresp with DMS re same. | 2.20 | 600.00 | 1,320.00 |
| 5/23/23 | GSK | B110 | Review signed consent order extending Rule 4007(c) deadline for NJ Bureau of Securities re dischargeability complaint. | .10 | 600.00 | 60.00 |
| 5/23/23 | GSK | B110 | Review corresp from Chambers re rescheduling of 5/25 hearing time; review docket entries re same; review text order re same; update calendar; various corresp with co-counsel re same; corresp with DMS and DWC re same. | .30 | 600.00 | 180.00 |
| 5/23/23 | GSK | B110 | Various corresp with co-counsel re 5/19 filing of exhibits to Committee's preliminary report under seal. | .20 | 600.00 | 120.00 |
| 5/23/23 | GSK | B110 | Various corresp with co-counsel re unredacted copies of 5/17, 5/18 and 5/19 filings on behalf of Committee. | .30 | 600.00 | 180.00 |

GENOVA BURNS LLC

June 9, 2023
Invoice No.:    495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/23/23 | GSK | B110 | Review articles re Committee's motion re debtors' improper plan solicitation and debtors' corrective letter; corresp to DMS and DWC re same. | .30 | 600.00 | 180.00 |
| 5/23/23 | GSK | B110 | Various corresp with DMS and DWC re coverage of mediation on 6/5 and 6/6. | .20 | 600.00 | 120.00 |
| 5/23/23 | GSK | B160 | Prepare motion to seal re GB's April fee statement re Committee's expenses; review fee statement; various corresp with LD and DWC re same. | 2.00 | 600.00 | 1,200.00 |
| 5/23/23 | GSK | B190 | Review corresp from DOJ re summons re Committee's adversary proceeding re US seizure warrant; various corresp with co-counsel and LD re same. | .20 | 600.00 | 120.00 |
| 5/23/23 | GSK | B190 | Review filed certification of service re Committee's adversary proceeding pleadings re US seizure warrant. | .10 | 600.00 | 60.00 |
| 5/23/23 | GSK | B110 | Review various articles re crypto currency matters, etc. | .20 | 600.00 | 120.00 |
| 5/24/23 | DMS | B110 | Email with Aulet regarding call with US Trustee. | .20 | 800.00 | 160.00 |
| 5/24/23 | DMS | B110 | Emails with Aulet and call with Debtor and US Trustee regarding May 25th calendar. | .70 | 800.00 | 560.00 |
| 5/24/23 | DMS | B110 | Email to Court regarding Motion to Seal. | .30 | 800.00 | 240.00 |
| 5/24/23 | DMS | B110 | Email with UCC and counsel regarding Prince counsel. | .30 | 800.00 | 240.00 |
| 5/24/23 | DMS | B110 | Review Grant Thornton document production. | .80 | 800.00 | 640.00 |
| 5/24/23 | DMS | B110 | Emails and calls regarding scheduling hearing. | .40 | 800.00 | 320.00 |
| 5/24/23 | DWC | B110 | Draft and revise motion to seal the fee statement references to member expenses | 1.20 | 600.00 | 720.00 |
| 5/24/23 | DWC | B110 | Emails re PI dates | .60 | 600.00 | 360.00 |
| 5/24/23 | LD | B160 | Revise and file Elementus April fee statement and arrange for service. | .60 | 250.00 | 150.00 |
| 5/24/23 | LD | B110 | Revise motion to seal and call with DWC regarding exacts documents to be sealed. | .50 | 250.00 | 125.00 |

GENOVA BURNS LLC

June 9, 2023
Invoice No.:    495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/24/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 5/24/23 | GSK | B160 | Review supplemental declarations filed by debtors' counsel re supplemental disclosures re retentions. | .20 | 600.00 | 120.00 |
| 5/24/23 | GSK | B190 | Review summons issued in Committee's adversary proceeding re US seizure warrant; review FRBP 7012 re same; various corresp to co-counsel re same. | .50 | 600.00 | 300.00 |
| 5/24/23 | GSK | B110 | Review notices of appearance filed on behalf of Z. Prince; various corresp with co-counsel, DMS and DWC re same. | .20 | 600.00 | 120.00 |
| 5/24/23 | GSK | B190 | Various corresp with co-counsel, DMS and DWC re scheduling of hearing re US seizure warrant issues; review Court's calendar. | .20 | 600.00 | 120.00 |
| 5/24/23 | GSK | B110 | Review various articles re crypto currency matters, etc. | .20 | 600.00 | 120.00 |
| 5/25/23 | DMS | B110 | Emails regarding preparation for mediation and sealing. | .50 | 800.00 | 400.00 |
| 5/25/23 | DMS | B110 | Review Kirkland article and send to creditor committee. | .30 | 800.00 | 240.00 |
| 5/25/23 | DMS | B110 | Emails with Dwoskin regarding amending TRO. | .40 | 800.00 | 320.00 |
| 5/25/23 | DWC | B110 | Prep for court hearing on committee hearing for TRO v DOJ; motion to seal | 1.10 | 600.00 | 660.00 |
| 5/25/23 | DWC | B110 | Email memo to DMS and GK re outcome of TRO v DOJ | .40 | 600.00 | 240.00 |
| 5/25/23 | DWC | B110 | Zoom with professionals | .70 | 600.00 | 420.00 |
| 5/25/23 | DWC | B110 | Emails re strategy of the OTSC and TRO v DOJ | .60 | 600.00 | 360.00 |
| 5/25/23 | DWC | B110 | Draft motion to seal and order to shorten time | 1.10 | 600.00 | 660.00 |
| 5/25/23 | DWC | B110 | Propose edits to supplemental application re TRO v DOJ | .80 | 600.00 | 480.00 |
| 5/25/23 | LD | B160 | Prepare and file CNO regarding M3 Partners February fee statement. | .40 | 250.00 | 100.00 |
| 5/25/23 | LD | B160 | Finalize and file GB April fee statement. | .70 | 250.00 | 175.00 |

GENOVA BURNS LLC

June 9, 2023
Invoice No.:    495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/25/23 | LD | B110 | Finalize and file motion to seal regarding member expenses. | .50 | 250.00 | 125.00 |
| 5/25/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 5/25/23 | GSK | B110 | Corresp with DMS and DWC re coverage of 5/25 hearing. | .10 | 600.00 | 60.00 |
| 5/25/23 | GSK | B190 | Review corresp from DWC re summary of hearing re US seizure warrant issues; various follow-up corresp re same. | .10 | 600.00 | 60.00 |
| 5/25/23 | GSK | B110 | Review various articles re crypto currency matters, etc. | .20 | 600.00 | 120.00 |
| 5/26/23 | DMS | B110 | Email with Aulet regarding debtor's refusal to distribute wallet fund, review transcripts and send with notes. | .60 | 800.00 | 480.00 |
| 5/26/23 | DMS | B110 | Review May 25th Transcript and send to UCC. | .50 | 800.00 | 400.00 |
| 5/26/23 | DMS | B110 | More emails regarding wallet release. | .30 | 800.00 | 240.00 |
| 5/26/23 | DWC | B110 | Zoom meeting with professionals | .80 | 600.00 | 480.00 |
| 5/26/23 | DWC | B110 | Coordinate amended application and amended TRO filing | .80 | 600.00 | 480.00 |
| 5/26/23 | DWC | B110 | Draft and circulate retention docs to Miller Nash | .90 | 600.00 | 540.00 |
| 5/26/23 | DWC | B110 | Circulate and serve amended TRO; email court staff to correct order, circulate | .80 | 600.00 | 480.00 |
| 5/26/23 | DWC | B110 | Emails and calls re retention docs for ROYAL | 1.30 | 600.00 | 780.00 |
| 5/26/23 | LD | B160 | Email LEDES file to USTO. | .20 | 250.00 | 50.00 |
| 5/26/23 | LD | B110 | Email member expense receipts to USTO. | .20 | 250.00 | 50.00 |
| 5/26/23 | LD | B110 | Circulate 5.25.23 transcript to team. | .10 | 250.00 | 25.00 |
| 5/26/23 | LD | B110 | Finalize and file supplemental application in adversary proceeding. | .70 | 250.00 | 175.00 |
| 5/26/23 | LD | B110 | Emails regarding request from Elementus expenses. | .20 | 250.00 | 50.00 |
| 5/26/23 | LD | B110 | Email to Kroll for service of supplemental and OTSC. | .30 | 250.00 | 75.00 |

GENOVA BURNS LLC

June 9, 2023
Invoice No.:    495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 5/26/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 5/26/23 | GSK | B110 | Review various corresp from co-counsel re draft Committee's supplemental application in support of TRO/PI re US seizure warrant, etc. review supplemental application; review filed papers. | .50 | 600.00 | 300.00 |
| 5/26/23 | GSK | B190 | Review email from DWC re service of OTSC with TRO on debtors' counsel, DOJ and UST re US seizure warrant; various corresp with DWC re issues re US seizure warrant; review amended OTSC with TRO; corresp to debtors' counsel, DOJ and UST re same. | .30 | 600.00 | 180.00 |
| 5/26/23 | GSK | B190 | Review debtors' complaint against Digistar Norway, et al. for declaratory judgment. | .50 | 600.00 | 300.00 |
| 5/26/23 | GSK | B110 | Corresp with DMS and DWC re coverage of 5/30 committee meeting. | .10 | 600.00 | 60.00 |
| 5/27/23 | DMS | B110 | Calls from customers and posts to UCC. | .60 | 800.00 | 480.00 |
| 5/27/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 5/28/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 5/29/23 | DWC | B110 | Emails re DOJ pleading filed in WA | .70 | 600.00 | 420.00 |
| 5/30/23 | DMS | B110 | Emails with co-counsel regarding DOJ negotiation. | .40 | 800.00 | 320.00 |
| 5/30/23 | LD | B160 | Prepare and file CNO re Brown Rudnick April fee statement. | .50 | 250.00 | 125.00 |
| 5/30/23 | SS | B110 | Updating attorney calendars with upcoming hearings and deadlines. | .20 | 275.00 | 55.00 |
| 5/30/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 5/30/23 | GSK | B150 | Conf call (zoom) with Committee members and professionals; corresp with DMS re same. | 2.20 | 600.00 | 1,320.00 |
| 5/30/23 | GSK | B150 | Memo to DMS and DWC summarizing conf call with committee members and professionals. | 1.50 | 600.00 | 900.00 |

GENOVA BURNS LLC

June 9, 2023
Invoice No.:    495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 5/30/23 | GSK | B110 | Review signed order appointing mediator, etc.; corresp to co-counsel re same. | .20 | 600.00 | 120.00 |
| 5/30/23 | GSK | B110 | Review Judge Sontchi (mediator) declaration of disinterestedness; corresp to co-counsel re same. | .10 | 600.00 | 60.00 |
| 5/30/23 | GSK | B110 | Review various articles re crypto currency matters, etc. | .20 | 600.00 | 120.00 |
| 5/31/23 | DMS | B110 | Review summary from GSK regarding UCC meeting and reply. | .30 | 800.00 | 240.00 |
| 5/31/23 | DMS | B110 | Review emails with DOJ and emails with Aulet regarding letter to Court. | .50 | 800.00 | 400.00 |
| 5/31/23 | DMS | B110 | Calls and emails regarding DOJ. | .50 | 800.00 | 400.00 |
| 5/31/23 | DMS | B110 | Texts with UCC and review mediation statement. | 1.00 | 800.00 | 800.00 |
| 5/31/23 | DMS | B110 | Review M3 analysis of scenarios. | .90 | 800.00 | 720.00 |
| 5/31/23 | DMS | B110 | Review withdrawal of Ref. motion. | .30 | 800.00 | 240.00 |
| 5/31/23 | DWC | B110 | Emails with counsel re responses to DOJ ltr in WA D court | .70 | 600.00 | 420.00 |
| 5/31/23 | DWC | B110 | Rvw and revise ltr to judge Kaplan re DOJ litigation | .60 | 600.00 | 360.00 |
| 5/31/23 | DWC | B110 | Rvw and revise drafts Miller Nash retention docs | .60 | 600.00 | 360.00 |
| 5/31/23 | LD | B160 | Prepare drafts of Miller Nash retention documents. | 1.00 | 250.00 | 250.00 |
| 5/31/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 5/31/23 | GSK | B110 | Review signed order re rejection of executory contracts, etc. | .10 | 600.00 | 60.00 |
| 5/31/23 | GSK | B190 | Review DOJ's motion for withdrawal of reference re Committee's adversary proceeding re US seizure warrant. | .50 | 600.00 | 300.00 |
| 5/31/23 | GSK | B110 | Review 2nd Circuit's Purdue Pharma decision; review various corresp re same. | 1.00 | 600.00 | 600.00 |

GENOVA BURNS LLC

June 9, 2023
Invoice No.:   495968

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 5/31/23 | GSK | B110 | Review various articles re crypto currency matters, etc. | .20 | 600.00 | 120.00 |

**TOTAL PROFESSIONAL SERVICES**                              **$ 127,865.00**

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| Daniel M Stolz | Partner | 48.00 | 800.00 | 38,400.00 |
| Donald W. Clarke | Partner | 6.00 | 300.00 | 1,800.00 |
| Donald W. Clarke | Partner | 62.40 | 600.00 | 37,440.00 |
| Maria A. Sousa | Paraprofessional | .70 | 200.00 | 140.00 |
| Lorrie Denson | Paralegal | 25.40 | 250.00 | 6,350.00 |
| Sydney Schubert | Junior Associate | 2.60 | 275.00 | 715.00 |
| Gregory S. Kinoian | Counsel | 71.70 | 600.00 | 43,020.00 |
| **TOTALS** | | **216.80** | | **$ 127,865.00** |