**EXHIBIT "B"**

GENOVA BURNS LLC

June 9, 2023
Invoice No.:    495968

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---:|
| 1/09/23 | Parking - 110 N. Warren, Trenton, NJ - Amex Period Ending 1-31-DMS | 12.00 |
| 4/06/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 848294703 | 45.58 |
| 5/09/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-00961 - Fee for 1 copy of 82 pgs, Federal Court Daily on 5/8/23, Court: U.S. Bankruptcy Court , Trenton NJ, (22-19361). | 98.40 |
| 5/10/23 | Subpoena Service, Guaranteed Subpoena Service, Inc., 20230505165220 - Dkt. 22 19361 MBK, fee for subpoena service, Entity Served: Galazy Digital Holdings, LTD, Attn: Records Custodian or Appropriate Design. | 80.00 |
| 5/12/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-01021 - Fee for 1 copy of 8 pages Federal Court Daily on 5/11/23. Court:  U.S. Bankruptcy Court , Trenton NJ, (22-19361) | 9.60 |
| 5/12/23 | Subpoena Service, Guaranteed Subpoena Service, Inc., 20230425143356 - Dkt. 22 19361 MBK, fee for subpoena service, Entity Served: Galaxy Digital Holdings LTD., Attn: Records Custodian or Appropriate Design. | 75.00 |
| 5/18/23 | Parking Parking at USBC in Trenton, NJ | 12.00 |
| 5/19/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-01077 - Fee for 1 Orig. & 1 Copy of 17pgs Federal Court Hourly on 5/18/23, U.S.Bankruptcy Court, Trenton, NJ (22-19361). | 123.25 |
| 5/22/23 | Filing Fee, New Jersey Bankruptcy Court, A45340797 - filing fee - Amex Period Ending 5-31-DMS | 350.00 |
| 5/22/23 | Subpoena Service, Guaranteed Subpoena Service, Inc., 20230505164749 - Dkt. 22 19361 MBK, fee for subpoena service, Entity Served: Galaxy Digital Holdings, Ltd., Attn: Records Custodian or Appropriate Design. | 135.00 |
| 5/23/23 | Photocopies .30 cents x 231  copies = $ 69.30.  3 copies of OTSC and Motion to Seal. | 69.30 |
| 5/23/23 | Postage Expense OTSC and Motion to Seal 3 x. $4.14 = $12.42 | 12.42 |
| 5/26/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-01121 - Fee for 1 copy of 30 pages Federal Court Daily on 5/25/23, Court: U.S. Bankruptcy Court , Trenton NJ (22-19361). | 36.00 |

**TOTAL DISBURSEMENTS**     **$ 1,058.55**