## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Nicholas Vass, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the following clients of the Debtors, whose names, addresses and email addresses are undisclosed due to privacy concerns:

- Claimant Deficiency Notice, customized to include claimant name, claim number and unique Kroll ID, a blank copy of which is attached hereto as **Exhibit A**.

| Date of Service | Method of Service | Claim Type | Description of Clients Served | Number of Clients Served |
|---|---|---|---|---|
| May 18, 2023 | First Class Mail | Customer-Client-Account Holders | Customer-Client-Account Holders | 947 |
| May 18, 2023 | Email | Customer-Client-Account Holders | Customer-Client-Account Holders | 7,886 |
| May 18, 2023 | Email | Individual Claimants | Individual Claimants | 2 |
| May 18, 2023 | Email | Scheduled Claims Only - BIA | Customer-Client-Account Holders | 8 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

Dated: June 13, 2023

/s/ Nicholas Vass
Nicholas Vass

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 13, 2023, by Nicholas Vass, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

2

SRF 69839

## Exhibit A

May 18, 2023

**Re Update regarding your BlockFi proof of claim**

Hi BlockFi Customer,

We are writing to provide you with an update regarding your proof of claim(s) and account information. Kroll Restructuring Administration LLC, BlockFi's claims and noticing agent, received your proof of claim form, however the information included in your claim did not provide an email address or Account ID. This information is necessary for BlockFi to identify your account and status as a BlockFi client.

To verify this information, we kindly request you visit the online portal Kroll set up for this purpose at www.blockficlaim.com, using the **Unique ID**(s) below.  _Note:  Make one submission per Unique ID.  Each Unique ID may be used only once._  Provide your Account ID, first and last name, and the email address you used to create and login to your BlockFi account.  **Please provide this information on or before May 25, 2023.  If you do not provide this information in support of your claim, the Debtors may be forced to object to your claim.**

In order to locate your Account ID, please follow these steps on the BlockFi website.

- Login to your BlockFi account: https://app.blockfi.com/signin.
- Go to the top right corner, click the arrow, and select "Reports."
- Select "2022" from the "Earnings Statements" drop down and download your October 2022 Earnings Statement.
- Your Account ID is an 8 character alpha-numeric code and can be found at the top left of the statement.

Alternatively, you may provide the email address you used to create and login into your BlockFi account.

If you have any additional questions please feel free to reach us directly at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), email blockfiinfo@ra.kroll.com, or visit their website at https://restructuring.ra.kroll.com/blockfi.

Thank you.

Kroll

Claimant Name:

Claim Number:

**UNIQUE ID:**