# Exhibit "B"

## Exhibit B - Summary of Expenses by Category

| Description | Total |
|---|---:|
| Taxi/Car Service | $211.27 |
| Air Travel | $442.80 |
| Train | $277.00 |
| Hotels | $669.09 |
| Business Meals | $166.59 |
| Conference calls | $87.90 |
| **Total (a)** | **$1,854.65** |

**Note:**

(a) Total amounts are based on M3's expense reporting system as of the date of this Monthly Report and may not be reflective of all expenses incurred during the Reporting Period. As such, future monthly reports may include expenses incurred during the Reporting Period.

| Date | Amount | Category | Payer | Notes |
|---|---|---|---|---|
| 4/3/2023 | $442.80 | Air Travel | Matthew Manning | Roundtrip travel BOS to LGA for deposition |
| 4/3/2023 | $30.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 4/3/2023 | $395.94 | Hotels | Matthew Manning | Hotel for deposition |
| 4/3/2023 | $39.47 | Taxi/Car Service | Matthew Manning | Car to airport |
| 4/3/2023 | $60.97 | Taxi/Car Service | Matthew Manning | Car to hotel |
| 4/3/2023 | $18.00 | Taxi/Car Service | Seth Herman | Late night car home from office |
| 4/4/2023 | $30.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 4/6/2023 | $57.94 | Taxi/Car Service | Matthew Manning | Car to airport |
| 4/10/2023 | $273.15 | Hotels | Matthew Manning | Hotel for meeting with Debtor advisors |
| 4/10/2023 | $20.96 | Taxi/Car Service | Matthew Manning | Car train station to Kirkland for meeting |
| 4/10/2023 | $277.00 | Train | Matthew Manning | Train BOS to NYC for meeting with Debtor advisors |
| 4/11/2023 | $30.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 4/12/2023 | $13.93 | Taxi/Car Service | Matthew Manning | Car hotel to Kirkland for deposition |
| 4/14/2023 | $23.89 | Business Meals | Brennan Lytle | Business Meals: Local Working Dinner |
| 4/16/2023 | $23.70 | Business Meals | Brennan Lytle | Business Meals: Local Working Dinner |
| 4/18/2023 | $29.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 4/30/2023 | $87.90 | Conference calls | M3 Team | Conference call system |

**Total** $1,854.65