**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and
Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BlockFi Inc., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | Jointly Administered |
| | Chief Judge: Michael B. Kaplan |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

| | |
|---|---|
| BLOCKFI INC., BLOCKFI LENDING LLC AND BLOCKFI INTERNATIONAL LLC,<br><br>        Plaintiffs,<br><br>    -against-<br><br>EMERGENT FIDELITY TECHNOLOGIES LTD. AND ED&F MAN CAPITAL MARKETS, INC.,<br><br>Defendants. | Adv. Proc. No. 22-01382 |
| BLOCKFI INC., BLOCKFI TRADING, LLC, BLOCKFI LENDING LLC, BLOCKFI WALLET LLC, BLOCKFI VENTURES LLC, BLOCKFI INTERNATIONAL LTD., BLOCKFI INVESTMENT PRODUCTS LLC, BLOCKFI SERVICES, INC. and BLOCKFI LENDING II LLC<br><br>        Plaintiffs,<br><br>    -against-<br><br>TREY GREENE AND ANTONIE ELAS,<br><br>        Defendants. | Adv. Pro. No. 23-01071 (MBK) |
| BLOCKFI LENDING LLC,<br><br>        Plaintiff,<br><br>    -against-<br><br>PRIMEBLOCK OPERATIONS LLC,<br><br>        Defendant. | Adv. Proc. No. 23-01116 (MBK) |

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, <br><br> Plaintiff, <br><br> -against- <br><br> BLOCKFI, INC. *et al.*, and UNITED STATES OF AMERICA, <br><br> Defendants. | Adv. Proc. No. 23-01144 (MBK) |
| BLOCKFI LENDING LLC, <br><br> Plaintiff, <br><br> -against- <br><br> DIGISTAR NORWAY AS; NESSIM-SARIEL GAON; and FIORENZO MANGANIELLO <br><br> Defendants. | Adv. Proc. No. 23-01150 (MBK) |

## **CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's Name/Type:  The debtors and debtors in possession: BlockFi Inc.; BlockFi Trading LLC; BlockFi Lending LLC; BlockFi Wallet LLC; BlockFi Ventures LLC; BlockFi International Ltd.; BlockFi Investment Products LLC; BlockFi Services, Inc.; and, BlockFi Lending II LLC.

Old address:  201 Montgomery Street,
Suite 263,
Jersey City, NJ 07302

New address:  100 Horizon Center Blvd.
1st and 2nd Floors
Hamilton, NJ 08691

3

4

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

DATED:    June 14, 2023

                                             */s/ Michael D. Sirota*
                                             MICHAEL D. SIROTA