**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE PERIOD**
**DECEMBER 29, 2022 THROUGH APRIL 30, 2023**

| | | | |
|---|---|---|---|
| Debtor: | BlockFi, Inc. *et al.*,[1] | Applicant: | Brown Rudnick LLP |
| Case No.: | 22-19361(MBK) | Client: | Official Committee of Unsecured Creditors |
| Chapter: | 11 | Case Filed: | November 28, 2022 |

## SECTION 1
## FEE SUMMARY

☐ Monthly Fee Application No. _ or ☒ Interim Fee Application No. 1 or ☐ Final Fee Application

Summary of Amounts Requested for the Period from December 29, 2022 through April 30, 2023 (the "First Interim Period")

| | |
|---|---|
| Total Fees: | $6,637,442.50[2] |
| Total Disbursements: | $207,522.52[3] |
| **Total First Interim Fee Application:** | **$6,844,965.02** |
| | |
| **Holdback Due:** | $1,327,488.50 |

(20% holdback of Fees From 1st through 4th Monthly Fee Statements)

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE[4] | FEE |
|---|---|---|---|---|
| 1. Robert J. Stark | Partner 1995 | 307.5 | $1,685 $1,950 | $595,772.50 |
| 2. William R. Baldiga | Partner 1983 | .9 | $1,650 | $1,485.00 |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

[2] Brown Rudnick excluded fees in the amount of $121,760.15 in respect of transient timekeepers and other voluntary reductions.

[3] Brown Rudnick has voluntarily excluded a total of $9,672.60 in costs relating to various forms of travel, hotel and meals.

[4] Rates in this statement reflect the annual rate increase disclosed in our retention application.

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE[4] | FEE |
|---|---|---|---|---|
| 3. Jeffrey L. Jonas | Partner 1988 | 53.3 | $1,570 $1,650 | $87,849.00 |
| 4. Steven B. Levine | Partner 1981 | 21.9 | $1,525 | $33,397.50 |
| 5. Bennett S. Silverberg | Partner 2001 | 199.4 | $1,185 $1,390 | $273,729.00 |
| 6. Stephen D. Palley | Partner 1998 | 190.4 | $1,100 $1,390 | $257,560.50 |
| 7. Vincent J. Guglielmotti | Partner 2005 | 26.5 | $1,375 | $36,437.50 |
| 8. Nicole M. Bouchard | Partner 2009 | 91.6 | $1,200 | $109,920.00 |
| 9. Andrew M. Carty | Partner 2013 | 16.3 | $1,200 | $19,560.00 |
| 10. Kenneth J. Aulet | Partner 2012 | 601.8 | $1,025 $1,200 | $719,315.00 |
| 11. Patrick E. Gilman | Partner 2005 | 474.4 | $905 $1,195 | $561,390.00 |
| 12. Rodney A. Bedow | Partner 2011 | 34.1 | $1,060 | $36,146.00 |
| 13. Susan Sieger-Grimm | Counsel 1997 | 71.9 | $1,055 | $75,854.50 |
| 14. Shari I. Dwoskin | Partner 2014 | 190.9 | $1,025 | $195,672.50 |
| 15. Jonathan Fahey | Counsel 2000 | 12.7 | $1,025 | $13,017.50 |
| 16. Matthew Richardson | Partner 2022 | .5 | $1,025 | $512.50 |
| 17. Tristan G. Axelrod | Partner 2015 | 272.4 | $855 $1,000 | $266,545.50 |
| 18. Eileen H. Citron | Counsel 2009 | 264.7 | $1,000 | $264,700.00 |
| 19. Hailey Lennon | Partner 2012 | 317.7 | $975 | $309,757.50 |
| 20. Christine Connell | Associate 2016 | 52.9 | $955 | $50,519.50 |
| 21. Franklin S. Krbechek | Associate 2018 | 111.6 | $940 | $104,904.00 |
| 22. Anthony F. Buscarino | Associate 2017 | 587.2 | $940 | $551,968.00 |
| 23. Isabelle R. Jacobs | Associate 2018 | 104.6 | $940 | $98,324.00 |
| 24. Jason R.U Rotstein | Associate 2019 | 128.5 | $940 | $120,790.00 |
| 25. Daniel J. Healy | Partner 1999 | .8 | $925 | $740.00 |
| 26. Matthew A. Sawyer | Associate 2019 | 231.5 | $630 $890 | $204,761.00 |
| 27. Ivan Chaykovskiy | Associate 2012 | 6.9 | $890 | $6,141.00 |
| 28. Alexander F. Kasnetz | Associate 2018 | 195.9 | $890 | $174,351.00 |
| 29. Martha Baselga | Associate 2014 | 137.6 | $870 | $119,712.00 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE[4] | FEE |
|---|---|---|---|---|
| 30. W. Lydell Benson, Jr. | Associate 2022 | 148.1 | $765 | $113,296.50 |
| 31. Luis A. Vargas Rivera | Associate 2021 | 73.5 | $765 | $56,227.50 |
| 32. Alessandra Maldonado | Associate 2021 | 8.1 | $765 | $6,196.50 |
| 33. Nicholas Joynson | Associate 2021 | 446.1 | $765 | $341,266.50 |
| 34. Natasha M. Ertzbishoff | Associate 2021 | 180.9 | $685 | $123,916.50 |
| 35. Trip Franzese | Associate 2022 | 439.2 | $460 $635 | $274,447.00 |
| 36. Andrew Rizkalla | Associate 2021 | 394.8 | $635 | $250,698.00 |
| 37. Chloe Kealey | Associate 2021 | 114.1 | $605 | $69,030.50 |
| 38. Harriet E. Cohen | Paralegal | 105.4 | $490 | $51,646.00 |
| 39. Susan G. Oldham | Paralegal | 62.6 | $450 $485 | $30,116.00 |
| 40. Julie W. Ramirez | Paralegal | 39.1 | $470 | $18,377.00 |
| 41. Madelyn A. Soliman | Paralegal | 11.6 | $470 | $5,452.00 |
| 42. Alexa R. Zackasee | Marketing Staff | 18.0 | $330 | $5,940.00 |
| **TOTALS** | | **6747.9** | | **$6,637,442.50** |

Fee Totals:               $6,637,442.50

Disbursements Totals:     $207,522.52

Total Fee Application     $6,844,965.02

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | 120.7 | $147,085.50 |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | 0.0 | $0.00 |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | 17.6 | $18,858.00 |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | 0.0 | $0.00 |
| e) | **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 185.4 | $113,861.00 |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | 293.6 | $285,784.00 |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | 0.0 | $0.00 |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 161.2 | $151,274.00 |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | 87.2 | $102,450.00 |
| j) | **Financing** Matters under 361, 363 and 364 including cash collateral and secured claims; loan document analysis. | 0.0 | $0.00 |
| k) | **Litigation/Contested Matters** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 302.0 | $331,538.50 |
| l) | **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and creditors' committee meetings. | 574.6 | $682,813.00 |

| **SERVICES RENDERED** | HOURS | FEE |
|---|---|---|
| m) **Plan and Disclosure Statement**<br>Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 180.7 | $232,358.00 |
| n) **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | 143.0 | $139,030.00 |
| o) **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | 0.0 | $0.00 |
| p) **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | 0.0 | $0.00 |
| q) **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | 0.0 | $0.00 |
| r) **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | 0.0 | $0.00 |
| s) **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 0.0 | $0.00 |
| t) **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and bringing accounting current. | 0.0 | $0.00 |
| u) **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | 186.5 | $220,234.50 |
| v) **Valuation**<br>Appraise or review appraisals of assets. | 0.0 | $0.00 |
| w) **Travel Time (billed @ 50%)** | 51.9 | $28,413.00 |
| x) **Committee Governance Matters**<br>Analysis regarding committee governance matters, including creation of by-laws and addressing other governance matters. | 3.7 | $2,819.50 |
| y) **Investigation and Due Diligence (Committee Investigation)**<br>Investigation and analysis of prepetition transactions and activities of the Debtor and related entities and assessment of potential claims and causes of action. | 3,881.8 | $3,587,580.00 |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| z) **Hearings**<br>Preparation for and attendance at hearings. | 68.1 | $92,653.00 |
| aa) **Wallet Motion and Related Analysis**<br>Investigation and analysis of return of Wallet funds. | 398.1 | $394,934.50 |
| bb) **BlockFi v. Emergent Fidelity Technologies**<br>Issues relating to adversary proceeding against Emergent Fidelity Technologies related to, among other things, competing claims to Robin Hood equity securities and certain cash. | 72.9 | $87,780.00 |
| cc) **Regulatory Issues**<br>Investigation and analysis of regulatory issues and assessment of impact on proceedings. | 18.9 | $17,976.00 |
| **SERVICE TOTALS:** | **6,747.9** | **$6,637,442.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

|   | DISBURSEMENTS | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | $1,013.08 |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. Westlaw and LEXIS at vendor cost. | $46,532.91 |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | $327.50 |
| d) | **Fax**<br>Include per page fee charged. | $0.00 |
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. Court-Solutions | $0.00 |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | $7,635.45 |
| g) | **Outside Reproduction Services**<br>Including scanning services. This includes trial preparation. | $7,240.41 |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | $0.00 |
| i) | **Court Reporting**<br>Transcripts. | $11,003.00 |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | $52,141.89 |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | $204.58 |
| l) | **Postage** | $21.00 |
| m) | **Other (specify) Professional Services BRI LLC**<br>In-House Investigative Services. | $53,208.50 |
| n) | **Other (specify) Meals** | $3,102.97 |
| o) | **Messenger** | $91.23 |
| P) | **Consulting**<br>Cyber Team Six, LLC | $25,000.00 |
|   | **DISBURSEMENTS TOTAL:** | **$207,522.52** |

I certify under penalty of perjury that the above is true.

Date: June 15, 2023                    /s/ *Robert J. Stark*

64571028 v1