**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET**
**FOR THE JANUARY 4, 2023 APRIL 30, 2023**

| | | | | |
|---|---|---|---|---|
| Debtor: | BlockFi Inc. | | Applicant: | Elementus, Inc. |
| Case No.: | 22-19361(MBK) | | Client: | Off'l Comm of Unsecured Cred. |
| Chapter: | 11 | | Case Filed: | November 28, 2022 |

## SECTION 1
## FEE SUMMARY

X  Interim Fee Application No. __1__  or  ☐ Final Fee Application

Summary of Amounts Requested for the Period from January 4, 2023 thru April 30, 2023 (the "First Interim Fee Application")

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $ 929,710.00 | $ 237,453.06 |
| Total Fees Allowed To Date: | $ 743,768.00 | $ 237,453.06 |
| Total Retainer (If Applicable) | N/A | N/A |
| Total Holdback (If Applicable) | $ 185,942.00 | $ 0.00 |
| Total Received By Applicant | $ 609,368.00 | $ 188,355.43 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Max Galka | 18 | 116.20 | $1,000 | $116,200.00 |
| 2.  Matt Lam | 3 | 2.50 | $900 | $2,250.00 |
| 3.  Alexander Mologoko | 22 | 468.60 | $900 | $421,700.00 |
| 4.  Matt Austin | 14 | 54.15 | $800 | $43,320.00 |
| 5.  Bryan Young | 18 | 106.40 | $800 | $85,120.00 |
| 6.  Nicholas Shaker | 10 | 19.00 | $600 | $12,720.00 |
| 7.  Robert MacKinnon | 8 | 280.45 | $600 | $168,270.00 |
| 8.  Sarah Cox | 8 | 69.70 | $900 | $62,730.00 |
| 9.  Josh Hamilton | 10 | 2.00 | $900 | $1,800.00 |
| 10. Umber Kohli | 8 | 24.50 | $600 | $14,700.00 |
| 11. Dan Young | 8 | 1.50 | $600 | $900.00 |

| | |
|---|---|
| Fee Totals: | $ 929,710.00 |
| Disbursements Totals: | $ 237,453.06 |
| Total Fee Application | $ 1,167,163.06 |

## SECTION II SUMMARY
## OF SERVICES

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 433.10 | $321,325.00 |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | | |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | | |
| j) | **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) | **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 132.40 | $104,255.00 |
| m) | **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | 581.70 | $504,170.00 |
| s) | **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | | |
| **SERVICE TOTALS:** | | 1,147.20 | $929,710.00 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax**<br>Include per page fee charged. | |

| | | |
|---|---|---|
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify)** – Cloud computing costs, software fees and licenses, and legal fees | $237,453.06 |
| | **DISBURSEMENTS TOTAL:** | $237,453.06 |

I certify under penalty of perjury that the above is true.

Date: June 15, 2023                             */s/  Matthew Austin*
                                                                Matthew Austin
                                                                Chief Operating Officer

4