| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| BROWN RUDNICK LLP<br>Robert J. Stark, Esq.<br>Kenneth J. Aulet, Esq.<br>Bennett S. Silverberg, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Fax: (212) 209-4801<br>Email: rstark@brownrudnick.com<br>       kaulet@brownrudnick.com<br>       bsilverberg@brownrudnick.com<br>*Proposed Counsel for the Official Committee of Unsecured Creditors*<br>  -and-<br>GENOVA BURNS LLC.<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>Telephone: (973) 230-2095<br>Fax: (973) 533-1112<br>Email: DStolz@genovaburns.com<br>       DClarke@genovaburns.com<br>       GKinoian@genovaburns.com<br>*Proposed Local Counsel for the Official Committee of Unsecured Creditors* | BROWN RUDNICK LLP<br>Stephen D. Palley, Esq.<br>601 Thirteenth Street, NW<br>Washington, DC 20005<br>Telephone: (617)536-1766<br>Fax: (617)289-0466<br>Email: spalley@brownrudnick.com |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

**FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND
REIMBURSEMENT OF EXPENSES TO ELEMENTUS, INC.**

TO:     THE HONORABLE MICHAEL B. KAPLAN
        UNITED STATES BANKRUPTCY JUDGE

The Application of Elementus, Inc. ("Elementus"), Blockchain Intelligence and Forensic Expert to the Official Committee of Unsecured Creditors (the "Committee"), respectfully states to the Court as follows:

1. On November 28, 2022, the Debtor filed a Chapter 11 Petition in the United States Bankruptcy Court for the District of New Jersey [dkt #1].

2. On December 21, 2022, a Notice of Appointment of Official Committee of Unsecured Creditors was entered by the Court [dkt #130], and on December 22, 2022, an Amended Notice of Appointment of Official Committee of Unsecured Creditors was entered by the Court [dkt #131].

3. Elementus was retained to serve in the capacity of Blockchain Intelligence and Forensic Expert to the Official Committee of Unsecured Creditors by Order of this Court dated March 16, 2023 [dkt #625], which retention was effective January 4, 2023. A copy of such retention Order is annexed hereto as **Exhibit "A"**.

1. The within Application represents Elementus First Interim Application as Blockchain Intelligence and Forensic Expert to the Committee and covers the period January 4, 2023 through April 30, 2023 (the "First Interim Period"). Elementus previously filed four (4) monthly fee statements [Docket Nos. 751, 752, 753, and 985] (together, the "Monthly Fee Applications") covering the Application Period. The Monthly Fee Applications were also served upon the Debtors, the U.S Trustee, and the other notice parties in accordance with the provisions of the Interim Compensation Order.

2

4. Incorporated by reference are Elementus timekeeper summaries included in the Monthly Fee Applications. These records detail (a) the name and title of each individual who provided services during the First Interim Period; (b) the aggregate hours spent by each individual for which compensation is sought by Elementus; (c) the hourly billing rate for each individual; and (d) the amount of fees for each such individual or for which compensation is sought by Elementus. Said timekeeper summaries reflect that Elementus has expended 1,147.20 hours in performing services for the Committee, resulting in charges of $929,710.00. The blended hourly rate for compensation requested in this Application is approximately $810.42 which your applicant believes is fair and reasonable in light of the nature of the services rendered and the expertise of the professionals rendering such services[2].

5. The Monthly Fee Applications also set forth a detailed breakdown of all out of pocket disbursements incurred by Elementus in the performance of its duties as Financial Advisor to the Committee, which total $237,453.06.

6. Monthly Fee Applications were prepared and served pursuant to the Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court entered on January 17, 2023.

| Date Filed and Docket No. | Statement Period | Fees | Less 20% | Fee Payment Requested | Expense Reimbursement (100%) |
|---|---|---|---|---|---|
| (First) 4/19/23 Docket No. 751 | 1/4/23 – 1/31/23 | $244,425.00 | ($48,885.00) | $195,540.00 | $133,967.03 |

---

[2] The blended rate is calculated by taking the total of the fees sought in this Application and dividing by the total of the hours billed by Elementus professionals during the First Interim Period.

| | | | | | |
|---|---|---|---|---|---|
| (Second) 4/19/23 Docket No. 752 | 2/1/23 – 2/28/23 | $225,245.00 | ($45,049.00) | $180,196.00 | $26,430.53 |
| (Third) 4/19/23 Docket No. 753 | 3/1/23 – 3/31/23 | $292,040.00 | ($58,408.00) | $233,632.00 | $27,957.87 |
| (Fourth) 5/24/23 Docket No. 985 | 4/1/23 – 4/30/23 | $168,000.00 | $(33,600.00) | $134,400.00 | $49,097.63 |

7. Annexed hereto and made part hereof as **Exhibit "B"** is the Affidavit of Elementus submitted in accordance with the provisions of Section 504 of the Bankruptcy Code.

8. The within fee application encompasses services rendered for the Committee. Services rendered include tracing the flow of funds and providing detailed accounting of transaction activity on the blockchain, other data analysis requested on behalf of, or for the Committee. This includes processing and analyzing internal and external ledger datasets, and conducting relevant blockchain investigations using this information.

9. The work product is used in support of nearly all of the Committee's legal analysis.

10. In summary, your Applicant has performed an extraordinary amount of varied services in this Chapter 11 case, for the benefit of the thousands of creditors in this Chapter 11 case.

11. Your applicant respectfully submits that the services rendered by your Applicant during the period covered by the within Fee Application were reasonable and were of significant benefit to creditors of the within bankruptcy case.

12. Your applicant respectfully submits that all services were essential and necessary and the complexity of this Chapter 11 case required such services.

13. In addition to the foregoing, your applicant respectfully directs the Court's attention to the detailed time records incorporated by reference and found in the Monthly Fee Applications, which set forth the specific services rendered.

14. In summary, your applicant has performed extensive services, which have benefited the Committee.

**WHEREFORE,** Elementus respectfully requests the entry of the annexed Order, granting a first interim allowance of compensation in the amount of $929,710.00, together with reimbursement of actual out-of-pocket disbursements in the amount of $237,453.06, for a total award of $1,167,163.06.

                                                        Respectfully submitted,

                                                        */s/ Matthew Austin*
                                                        By: Matthew Austin
                                                            Chief Operating Officer

Dated: June 15, 2023