**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE PERIOD**
**DECEMBER 29, 2022 THROUGH MARCH 31, 2023**

| | | | |
|---|---|---|---|
| Debtor: | BlockFi Inc.[1] | Applicant: | McCarter & English, LLP |
| Case No.: | 22-19361(MBK) | Client: | Unsecured Creditors Committee |
| Chapter: | 11 | Case Filed: | November 28, 2022 |

**SECTION 1**
**FEE SUMMARY**

Monthly Fee Statement No. ☒ Interim Fee Application No. 1 or ☐ Final Fee Application

Summary of Amounts Requested for the Period from December 29, 2022 through March 31, 2023 (the "**First Interim Period**")

| | |
|---|---|
| Total Fees: | $1,349,094.00 |
| Total Disbursements:[2] | $6,108.63 |
| **Total First Interim Fee Application:** | **$1,355,202.63** |
| **Holdback Due:** | $269,818.80 |
| **(20% holdback of Fees From 1st through 3rd Monthly Fee Statements)** | |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| David J. Adler, Partner | 1991 | 134.50 | $900.00 | $121,050.00 |
| Lisa S. Bonsall, Partner | 1988 | 373.50 | $835.00 | $311,872.50 |
| Curtis Johnson, Partner | 1980 | 1.50 | $750.00 | $1,125.00 |
| Daniel D'Alessandro, Partner | 2006 | 5.40 | $675.00 | $3,645.00 |
| Jeffrey T. Testa, Partner | 1998 | 4.40 | $775.00 | $3,410.00 |
| John Stoelker, Partner | 2011 | 36.50 | $550.00 | $20,075.00 |
| Joseph R. Scholz, Partner | 1992 | 23.10 | $725.00 | $16,747.50 |
| Michael M. Horn, Partner | 1965 | 1.80 | $625.00 | $1,125.00 |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

[2] McCarter & English has voluntarily excluded a total of $1,581.91 in costs relating to meals.

ME1 45264858v.1

| | | | | |
|---|---|---|---|---|
| Jessica J. Macarone, Special Counsel | 2001 | 386.00 | $595.00 | $229,670.00 |
| Gregory A. Hall, Associate | 2017 | 197.90 | $465.00 | $92,023.50 |
| Kathleen Keating, Associate | 1985 | 216.00 | $550.00 | $118,800.00 |
| Michael Strouse, Associate | 2008 | 1.80 | $525.00 | $945.00 |
| Phillip S. Pavlick, Associate | 2013 | 6.40 | $530.00 | $3,392.00 |
| Scott Weingart, Associate | 2013 | 126.70 | $565.00 | $71,585.50 |
| Stephanie A. Pisko, Associate | 2015 | 344.90 | $530.00 | $182,797.00 |
| Shannon D. Humiston, Associate | 2012 | 230.00 | $530.00 | $121,900.00 |
| Timothy Salter, Associate | 2010 | 73.70 | $475.00 | $35,007.50 |
| Linda Restivo, Paralegal | | 16.60 | $310.00 | $5,146.00 |
| James Greenstone, Research Analyst | | 0.30 | $200.00 | $60.00 |
| Magalie Desince, Research Analyst | | 0.60 | $200.00 | $120.00 |
| Michael F. Finkler, Litigation Technology Manager | | 47.10 | $165.00 | $7,771.50 |
| Carla Landry, Project Manager | | 2.80 | $295.00 | $826.00 |
| **TOTAL** | | **2,231.50** | | **$1,349,094.00** |

| | |
|---|---|
| Fee Totals: | $1,349,094.00 |
| Disbursements Totals: | $6,108.63 |
| Total Fee Application | $1,355,202.63 |

2

**SECTION II**
**SUMMARY OF SERVICES**

| **SERVICES RENDERED** | **HOURS** | **FEE** |
|---|---|---|
| a) **Asset Analysis and Recovery:** <br> Identification and review of potential assets including causes of action and non-litigation recoveries. | 201.10 | $144,269.00 |
| b) **Asset Disposition** <br> Sales, leases, abandonment and related transaction work. | 0.10 | $90.00 |
| c) **Avoidance Action Litigation** <br> Preference and fraudulent transfer litigation. | | |
| d) **Business Operations** <br> Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) **Case Administration** <br> Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 137.40 | $97,794.00 |
| f) **Claims Administration and Objections** <br> Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) **Employee Benefits/Pensions** <br> Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) **Fee/Employment Applications** <br> Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 31.40 | $24,537.00 |
| i) **Fee/Employment Objections** <br> Review of an objections to the employment and fee applications of others. | | |
| j) **Financing** <br> Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) **Litigation** <br> Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) **Meetings of Creditors** <br> Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 92.30 | $79,701.00 |
| m) **Plan and Disclosure Statement** <br> Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |

3

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| n) **Relief from Stay Proceedings** <br> Matters relating to termination or continuation of automatic stay under 362. | | |
| o) **Accounting/Auditing** <br> Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) **Business Analysis** <br> Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) **Corporate Finance** <br> Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) **Data Analysis** <br> Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) **Litigation Consulting** <br> Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) **Reconstruction Accounting** <br> Reconstructing books and records from past transactions and brining accounting current. | | |
| u) **Tax Issues** <br> Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) **Valuation** <br> Appraise or review appraisals of assets. | | |
| w) **Travel Time** | 1.00 | $835.00 |
| x) **Investigation and Due Diligence** <br> Committee Investigation | 1,768.20 | $1,001,868.00 |
| **SERVICE TOTALS:** | 2,231.50 | $1,349,094.00 |

ME1 45264858v.1

### SECTION III SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) **Filing Fees**<br>Payable to Clerk of Court. | |
| b) **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| c) **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | $24.45 |
| d) **Fax**<br>Include per page fee charged. | |
| e) **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | $341.20 |
| f) **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) **Outside Reproduction Services**<br>Including scanning services. | |
| h) **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) **Court Reporting**<br>Transcripts. | |
| j) **Travel**<br>Mileage, tolls, airfare, parking. | |
| k) **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) **Postage** | |
| m) **Other (E-Discovery Epiq Vendor Charges)** | $5,742.98 |
| **DISBURSEMENTS TOTAL:** | $6,108.63 |

I certify under penalty of perjury that the above is true.

*/s/ David J. Adler*
DAVID J. ADLER

Dated: June 15, 2023

ME1 45264858v.1