| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |

**ORDER GRANTING THE FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES OF MCCARTER & ENGLISH, LLP, AS EFFICIENCY COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF DECEMBER 29, 2022 THROUGH AND INCLUDING MARCH 31, 2023**

The relief requested set forth on the following pages is hereby GRANTED.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

1

McCARTER & ENGLISH, LLP
David J. Adler
Lisa S. Bonsall
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
dadler@mccarter.com
*Efficiency Counsel to*
*Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re:                          | Case No. 22-19361 (MBK)   |
|---------------------------------|---------------------------|
|                                 | Judge Michael B. Kaplan   |
| BLOCKFI INC., et al.[2]         | Chapter 11                |
| Debtors.                        | Jointly Administered      |

Upon consideration of the *First Interim Application For Allowance Of Fees And Reimbursement Of Expenses Of McCarter & English, LLP, As Efficiency Counsel To The Official Committee Of Unsecured Creditors For Services Rendered And Reimbursement Of Expenses Incurred For The Period Of December 29, 2022 Through And Including March 31, 2023* (the "Application");[3] and this Court having previously authorized the retention and employment of McCarter & English, LLP to serve as Efficiency Counsel to the Committee in the above-captioned

---

[2] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' serviceaddress is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

ME1 45265209v.1

Chapter 11 Cases;[4] and it appearing that all of the requirements of sections 327, 328, 330, and 331 of the Bankruptcy Code, as well as Rule 2016 of the Bankruptcy Rules and the Local Rules of this Court have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and proper and adequate notice of the Application has been given and that no other or further notice is necessary; and no objections or other responses having been filed with regard to the Application,

**IT IS HEREBY ORDERED THAT:**

1. The Application is hereby approved.

2. McCarter & English, LLP is hereby granted allowance of compensation for professional services provided in the amount of $1,349,094.00 and reimbursement of actual and necessary expenses in the amount of $6,108.63.

3. The Debtors are hereby authorized and directed to remit to McCarter & English, LLP the full amount of the fees and expenses set forth in paragraph 2 of this Order less any and all amounts previously paid on account of such fees and expenses.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

---

[4] *See Order Authorizing And Approving The Employment And Retention Of McCarter & English, LLLP As Efficiency Counsel For The Official Committee Of Unsecured Creditors Of Blockfi, Inc., et al. Nunc Pro Tunc To December 29, 2022* [Docket No. 588].