| **UNITED STATES BANKRUPTCY COURT** |
| --- |
| **DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |

McCARTER & ENGLISH, LLP
David J. Adler
Lisa S. Bonsall
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
dadler@mccarter.com
*Efficiency Counsel to the*
*Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: | Case No. 22-19361 (MBK) |
| --- | --- |
|  | Judge Michael B. Kaplan |
| BLOCKFI INC., et al.[1] | Chapter 11 |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, David J. Adler, hereby certify as follows:

1.    I represent the Official Committee of Unsecured Creditors as Efficiency Counsel in this matter.

2.    On June, 1, 2023, I filed the Monthly Fee Statement. For the Month of March 1, 2023 to March 31, 2023. [Docket No. 1023].

3.    On June 1, 2023, I caused a copy of the following pleading(s) and/or document(s) to be sent by electronic mail to the following parties:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' serviceaddress is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1

ME1 45269201v.1

Jason D. Angelo on behalf of Creditor Bryant F. Foulger
JAngelo@reedsmith.com, sshidner@mdmc-law.com;smullen@mdmc-law.com

Deborah Kovsky Apap on behalf of Interested Party Ad Hoc Committee of Wallet Account Holders
deborah.kovsky@troutman.com

Kenneth Aulet on behalf of Creditor Committee Official Committee of Unsecured Creditors
kaulet@brownrudnick.com, hcohen@brownrudnick.com

David M. Banker on behalf of Stockholder Samuel L. Bankman-Fried
dbanker@mmwr.com, david-banker-1986@ecf.pacerpro.com;eschnitzer@mmwr.com

Joshua S. Bauchner on behalf of Creditor Kyle Klaus
jb@ansellgrimm.com, courtfilings@ansellgrimm.com;ajd@ansellgrimm.com

Jeffrey Bernstein on behalf of Creditor New Jersey Bureau of Securities
jbernstein@mdmc-law.com

Lauren Bielskie on behalf of U.S. Trustee U.S. Trustee
lauren.bielskie@usdoj.gov

Carrie J. Boyle on behalf of Creditor Ge Song
cboyle@b-vlaw.com, tking@b-vlaw.com;cvitullo@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net

James L Bromley on behalf of Interested Party FTX Trading Ltd and Affiliated Debtors
bromleyj@sullcrom.com

Stephen R. Catanzaro on behalf of Creditor Zachary Lee Prince
scatanzaro@daypitney.com, cparlapiano@daypitney.com;jcohen@daypitney.com

Donald W Clarke on behalf of Creditor Committee Official Committee of Unsecured Creditors
dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Anthony J D'Artiglio on behalf of Creditor Kyle Klaus
ajd@ansellgrimm.com, courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Lindsay Feuer on behalf of Creditor Deferred 1031 LLC
lfeuer@loeb.com, nydocket@loeb.com;lfeuer@ecf.courtdrive.com;dbesikof@loeb.com

Lindsay Feuer on behalf of Creditor Deferred 1031 Series 4 LLC
lfeuer@loeb.com, nydocket@loeb.com;lfeuer@ecf.courtdrive.com;dbesikof@loeb.com

Lindsay Feuer on behalf of Unknown Role Type Deferred 1031 LLC

ME1 45269201v.1

lfeuer@loeb.com, nydocket@loeb.com;lfeuer@ecf.courtdrive.com;dbesikof@loeb.com

Scott Fleischer on behalf of Creditor Rui Pedro Vaz dos Santos Teixeira
sfleischer@barclaydamon.com

Aaron Garber on behalf of Creditor Kristen Vorhees
agarber@wgwc-law.com

John C. Goodchild on behalf of Defendant Emergent Fidelity Technologies Ltd.
john.goodchild@morganlewis.com

Allen I Gorski on behalf of Creditor Nancy Fout
agorski@gorskiknowlton.com

Michael Anthony Guerra on behalf of Interested Party Cipher Mining Inc.
maguerra@venable.com, nylitigationdocketing@venable.com

Michael Anthony Guerra on behalf of Interested Party Cipher Mining Technologies Inc.
maguerra@venable.com, nylitigationdocketing@venable.com

Kurt F. Gwynne on behalf of Creditor The Ad Hoc Group of Actual Wallet Holders
kgwynne@reedsmith.com

Kurt F. Gwynne on behalf of Creditor Bryant F. Foulger
kgwynne@reedsmith.com

Mark Edward Hall on behalf of Creditor John Lymn
mhall@foxrothschild.com

Catherine B. Heitzenrater on behalf of Creditor Chubb Companies
cebeideman@duanemorris.com

Richard Kanowitz on behalf of Debtors
richard.kanowitz@haynesboone.com

John C. Kilgannon on behalf of Interested Party Towards Equilibrium, LLC
john.kilgannon@stevenslee.com

Gregory S. Kinoian on behalf of Creditor Committee Official Committee of Unsecured Creditors
gkinoian@genovaburns.com

Carol L. Knowlton on behalf of Creditor George J. Gerro
cknowlton@gorskiknowlton.com

Nicole A. Leonard on behalf of Creditor New Jersey Bureau of Securities
nleonard@mdmc-law.com, gbressler@mdmc-law.com;dprimack@mdmc-

law.com;sshidner@mdmc-law.com

Gaston P. Loomis, II on behalf of Creditor New Jersey Bureau of Securities
gloomis@mdmc-law.com, scarney@mdmc-law.com

Robert Malone on behalf of Unknown Role Type Ankura Trust Company, LLC
rmalone@gibbonslaw.com, nmitchell@gibbonslaw.com

Andrew Marks on behalf of Creditor Matthew Gordon
jcardenas@dorflaw.com

Kyle McEvilly on behalf of Unknown Role Type Ankura Trust Company, LLC
kmcevilly@gibbonslaw.com

Douglas J. McGill on behalf of Creditor Ad Hoc Committee of Collaterized Loan Account Holders
dmcgill@webbermcgill.com

Douglas J. McGill on behalf of Creditor Gary Ford
dmcgill@webbermcgill.com

Barbra Rachel Parlin on behalf of Creditor Silvergate Bank
barbra.parlin@hklaw.com,
elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Eleanor M Roman on behalf of Interested Party Scratch Services LLC
emr@severson.com

Seth Brandon Shapiro on behalf of Defendant United States of America
seth.shapiro@usdoj.gov

Virginia T. Shea on behalf of Creditor New Jersey Bureau of Securities
vshea@mdmc-law.com, gbressler@mdmc-law.com

Michael D. Sirota on behalf of Debtors
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com

Jeffrey M. Sponder on behalf of U.S. Trustee U.S. Trustee
jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov

Daniel Stolz on behalf of Creditor Committee Official Committee Of Unsecured Creditors
dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel E. Straffi on behalf of Creditor Alberto Olivo
bkclient@straffilaw.com, G25938@notify.cincompass.com

4

ME1 45269201v.1

Daniel E. Straffi on behalf of Creditor Andrew Martinez
bkclient@straffilaw.com, G25938@notify.cincompass.com

Daniel E. Straffi on behalf of Creditor Ashton Rincon
bkclient@straffilaw.com, G25938@notify.cincompass.com

Daniel E. Straffi on behalf of Creditor Brendan Pena
bkclient@straffilaw.com, G25938@notify.cincompass.com

Daniel E. Straffi on behalf of Creditor Brian Graddon
bkclient@straffilaw.com, G25938@notify.cincompass.com

Daniel E. Straffi on behalf of Creditor Bruce Gilling
bkclient@straffilaw.com, G25938@notify.cincompass.com

Daniel E. Straffi on behalf of Creditor Clayton Bargsten
bkclient@straffilaw.com, G25938@notify.cincompass.com

Daniel E. Straffi on behalf of Creditor Daniel Gusovsky
bkclient@straffilaw.com, G25938@notify.cincompass.com

Daniel E. Straffi on behalf of Creditor Ellison Bak
bkclient@straffilaw.com, G25938@notify.cincompass.com

Daniel E. Straffi on behalf of Creditor Joseph Borremans
bkclient@straffilaw.com, G25938@notify.cincompass.com

Daniel E. Straffi on behalf of Creditor Kole Kottmeier
bkclient@straffilaw.com, G25938@notify.cincompass.com

Daniel E. Straffi on behalf of Creditor Martin Mikolajczyk
bkclient@straffilaw.com, G25938@notify.cincompass.com

Daniel E. Straffi on behalf of Creditor Matthew Hoselton
bkclient@straffilaw.com, G25938@notify.cincompass.com

Daniel E. Straffi on behalf of Creditor Michiel Hemminga
bkclient@straffilaw.com, G25938@notify.cincompass.com

Daniel E. Straffi on behalf of Creditor Mitchell Eglar
bkclient@straffilaw.com, G25938@notify.cincompass.com

Daniel E. Straffi on behalf of Creditor Scott Aufenanger
bkclient@straffilaw.com, G25938@notify.cincompass.com

ME1 45269201v.1

Daniel E. Straffi on behalf of Creditor Steven Lee
bkclient@straffilaw.com, G25938@notify.cincompass.com

Daniel E. Straffi on behalf of Creditor Wayne Akey
bkclient@straffilaw.com, G25938@notify.cincompass.com

Daniel E. Straffi on behalf of Creditor William Warburton
bkclient@straffilaw.com, G25938@notify.cincompass.com

Brett S. Theisen on behalf of Unknown Role Type Ankura Trust Company, LLC
btheisen@gibbonslaw.com, nmitchell@gibbonslaw.com

Jeffrey M. Traurig on behalf of Examiner Elise S. Frejka
jtraurig@trauriglaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Warren A. Usatine on behalf of Debtor BlockFi Inc.
wusatine@coleschotz.com, fpisano@coleschotz.com

Kaitlin R. Walsh on behalf of Creditor Marex Capital Markets Inc.
krwalsh@mintz.com, docketing@mintz.com

Kaitlin R. Walsh on behalf of Defendant ED&F Man Capital Markets, Inc.
krwalsh@mintz.com, docketing@mintz.com

Kaitlin R. Walsh on behalf of Defendant Marex Capital Markets Inc. f/k/a ED&F Man Capital Markets, Inc.
krwalsh@mintz.com, docketing@mintz.com

Felice R. Yudkin on behalf of Debtors.
fyudkin@coleschotz.com, fpisano@coleschotz.com

   4.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

New York, New York
Date: June 16, 2023

                **McCARTER & ENGLISH, LLP**
                *Efficiency Counsel for the Official Committee of Unsecured Creditors*

                By: */s/ David J. Adler*
                   DAVID J. ADLER

ME1 45269201v.1