| UNITED STATES BANKRUPTCY COURT |
| --- |
| **DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |

McCARTER & ENGLISH, LLP
David J. Adler
Lisa S. Bonsall
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
dadler@mccarter.com
*Efficiency Counsel to the*
*Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: | Case No. 22-19361 (MBK) |
| --- | --- |
|  | Judge Michael B. Kaplan |
| BLOCKFI INC., et al.[1] | Chapter 11 |
| Debtors. | Jointly Administered |

**MODIFIED LOCAL FORM CERTIFICATION OF NO**
**OBJECTION REGARDING MONTHLY FEE STATEMENT OF**
**McCARTER & ENGLISH, LLP, EFFICIENCY COUNSEL TO OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD FEBRUARY 2023 [DOCKET NO. 1022]**

The Court authorized, under D.N.J. LBR 2016-3(a), the Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court [Docket No. 307]. Under said Order, objections to the January Monthly Fee Statement of McCarter & English filed on June 1, 2023 [Docket No. 1022] were to be filed and served not later than June 15, 2023.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1

I, David J. Adler, certify that, as of June 15, 2023, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

New York, New York
Date: June 16, 2023

                                 **McCARTER & ENGLISH, LLP**
                                 *Efficiency Counsel for the Official*
                                 *Committee of Unsecured Creditors*

                                 By:  */s/ David J. Adler*
                                          DAVID J. ADLER

ME1 45269449v.1