**EXHIBIT "B"**

**brownrudnick**

| | | | |
|---|---|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>NEW YORK, NY 10036 | Invoice<br>Date<br>Client | 6960965<br>Jun 14, 2023<br>039246 | |

RE: COSTS

## INVOICE

For professional services rendered in connection with the above captioned matter through May 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0001 | COSTS | 0.00 | 22,308.15 | 22,308.15 |
| | **Total** | **0.00** | **22,308.15** | **22,308.15** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $22,308.15 |
| **Total Invoice** | **$22,308.15** |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS　　　　　Invoice 6960965
RE: COSTS　　　　　Page 2
June 14, 2023

## COST DETAIL

| Date | Description | Value |
|---|---|---|
| 02/14/23 | MISC. EXPENSES - MOXO ANNUAL BUSINESS RENEWAL 01/25-01/25/24; VENDOR: DINERS CLUB; INVOICE#: 021423KSRC; DATE: 2/14/2023 | 3,024.00 |
| 04/11/23 | PROFESSIONAL SERVICES - VENDOR: BR INVESTIGATIONS LLC; INVOICE#: 6957425; DATE: 4/10/2023 | 1,007.00 |
| 05/01/23 | MESSENGER | 69.73 |
| 05/01/23 | PACER | 5.70 |
| 05/01/23 | PACER | 12.00 |
| 05/01/23 | PACER | 7.30 |
| 05/03/23 | OUTSIDE COPIES - VENDOR: ON PRESS EDISCOVERY; INVOICE#: 5002401; DATE: 4/26/2023 | 160.31 |
| 05/03/23 | SEARCHES - VENDOR: DINERS CLUB; INVOICE#: 2966-041423; DATE: 4/14/2023 | 85.00 |
| 05/03/23 | COPIES | 8.90 |
| 05/03/23 | COPIES | 2.40 |
| 05/04/23 | MESSENGER SERVICES - VENDOR: BEST MESSENGER INC; INVOICE#: 78265; DATE: 5/1/2023 | 69.70 |
| 05/05/23 | COPIES | 0.10 |
| 05/05/23 | COPIES | 0.10 |
| 05/05/23 | COPIES | 0.60 |
| 05/05/23 | COPIES | 1.20 |
| 05/05/23 | COPIES | 12.90 |
| 05/05/23 | COPIES | 0.90 |
| 05/05/23 | COPIES | 1.20 |
| 05/05/23 | COPIES | 1.20 |
| 05/05/23 | COPIES | 0.30 |
| 05/05/23 | COPIES | 11.10 |
| 05/05/23 | COPIES | 1.50 |
| 05/05/23 | COPIES | 48.90 |
| 05/05/23 | COPIES | 59.70 |
| 05/05/23 | COPIES | 3.00 |
| 05/05/23 | COPIES | 0.30 |
| 05/05/23 | COPIES | 11.40 |
| 05/05/23 | COPIES | 6.90 |
| 05/05/23 | COPIES | 5.40 |
| 05/05/23 | COPIES | 4.50 |
| 05/05/23 | COPIES | 0.30 |
| 05/05/23 | COPIES | 6.90 |

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6960965
RE: COSTS  Page 3
June 14, 2023

| Date | Description | Value |
|---|---|---|
| 05/05/23 | COPIES | 1.50 |
| 05/05/23 | COPIES | 13.80 |
| 05/05/23 | COPIES | 2.60 |
| 05/05/23 | COPIES | 0.10 |
| 05/05/23 | COPIES | 0.60 |
| 05/05/23 | COPIES | 3.60 |
| 05/05/23 | COPIES | 12.90 |
| 05/05/23 | COPIES | 18.90 |
| 05/05/23 | COPIES | 6.90 |
| 05/05/23 | COPIES | 1.30 |
| 05/05/23 | COPIES | 0.30 |
| 05/05/23 | COPIES | 1.80 |
| 05/05/23 | COPIES | 5.70 |
| 05/05/23 | COPIES | 1.40 |
| 05/05/23 | COPIES | 3.00 |
| 05/05/23 | COPIES | 8.10 |
| 05/05/23 | COPIES | 1.50 |
| 05/05/23 | COPIES | 4.50 |
| 05/05/23 | COPIES | 0.10 |
| 05/05/23 | COPIES | 3.60 |
| 05/05/23 | COPIES | 2.80 |
| 05/05/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 05/05/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 30.00 |
| 05/05/23 | LEXIS | 147.00 |
| 05/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 05/08/23 | COPIES | 2.30 |
| 05/08/23 | COPIES | 2.30 |
| 05/08/23 | AIRFARE - WIFI 05/08/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 050823; DATE: 5/8/2023 | 15.00 |
| 05/08/23 | TAXI - 05/08/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 050823; DATE: 5/8/2023 | 62.10 |
| 05/08/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 49.00 |
| 05/08/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 05/09/23 | HOTEL - 4/25/23; VENDOR: TRISTAN AXELROD; INVOICE#: 042823; DATE: 4/28/2023 | 246.96 |
| 05/09/23 | COPIES | 2.30 |
| 05/09/23 | COPIES | 1.70 |
| 05/09/23 | COPIES | 0.20 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6960965
RE: COSTS  Page 4
June 14, 2023

| Date | Description | Value |
|---|---|---|
| 05/10/23 | AIRFARE - 5/3/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 051023; DATE: 5/10/2023 | 997.80 |
| 05/10/23 | AIRFARE - 4/24/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 051023-1; DATE: 5/10/2023 | 508.90 |
| 05/10/23 | AIRFARE - 4/21/23; ENDOR: E. PATRICK GILMAN; INVOICE#: 051023-1; DATE: 5/10/2023 | 273.90 |
| 05/10/23 | TRAVEL AGENT FEE - 4/1/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 051023-1; DATE: 5/10/2023 | 30.00 |
| 05/10/23 | AIRFARE - WIFI 5/8/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 051023-2; DATE: 5/10/2023 | 15.00 |
| 05/10/23 | TAXI - 5/8/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 051023-2; DATE: 5/10/2023 | 62.10 |
| 05/10/23 | MEALS - 5/2/23; VENDOR: BRENDA ROHENA; INVOICE#: 050823; DATE: 5/8/2023 | 16.09 |
| 05/10/23 | COPIES | 11.30 |
| 05/10/23 | COPIES | 13.90 |
| 05/10/23 | COPIES | 13.90 |
| 05/11/23 | COPIES | 0.60 |
| 05/11/23 | COPIES | 4.90 |
| 05/11/23 | COPIES | 0.10 |
| 05/11/23 | COPIES | 4.90 |
| 05/12/23 | TRANSCRIPTS - VENDOR: MAGNA LEGAL SERVICES LLC; INVOICE#: 1054208; DATE: 5/11/2023 | 1,638.32 |
| 05/12/23 | SPECIALIZED ONLINE RESEARCH SERVICES | 89.00 |
| 05/13/23 | LEXIS | 28.00 |
| 05/13/23 | LEXIS | 98.00 |
| 05/14/23 | LEXIS | 7.00 |
| 05/14/23 | LEXIS | 49.00 |
| 05/14/23 | MISC. EXPENSES - GENERAL REGISTRY 05/05/23; VENDOR: DINERS CLUB; INVOICE#: 051423KGRC; DATE: 5/14/2023 | 36.59 |
| 05/14/23 | SEARCHES - VENDOR: DINERS CLUB; INVOICE#: 051423KGRC; DATE: 5/14/2023 | 55.00 |
| 05/14/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 05/14/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 64.00 |
| 05/15/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 05/15/23 | MEALS - 5/9/23; VENDOR: BRENDA ROHENA; INVOICE#: 051023; DATE: 5/10/2023 | 18.58 |
| 05/15/23 | TAXI - 5/8/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 051523; DATE: 5/15/2023 | 41.17 |
| 05/15/23 | AIRFARE - WIFI 5/8/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 051523; DATE: 5/15/2023 | 15.00 |
| 05/15/23 | COPIES | 0.10 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6960965
RE: COSTS  Page 5
June 14, 2023

| Date | Description | Value |
| --- | --- | --- |
| 05/15/23 | COPIES | 0.10 |
| 05/15/23 | COPIES | 7.10 |
| 05/15/23 | COPIES | 12.20 |
| 05/15/23 | COPIES | 0.20 |
| 05/16/23 | MESSENGER SERVICES - VENDOR: NEED IT NOW DELIVERS; INVOICE#: 676535; DATE: 5/7/2023 | 54.50 |
| 05/16/23 | HOTEL - 4/6/23; VENDOR: HAILEY LENNON; INVOICE#: 041123; DATE: 4/11/2023 | 750.53 |
| 05/16/23 | HOTEL - 4/5/23; VENDOR: HAILEY LENNON; INVOICE#: 041123; DATE: 4/11/2023 | 69.15 |
| 05/16/23 | HOTEL - 4/5/23; VENDOR: HAILEY LENNON; INVOICE#: 041123; DATE: 4/11/2023 | 1,501.06 |
| 05/16/23 | MEALS - 4/6/23; VENDOR: HAILEY LENNON; INVOICE#: 041123; DATE: 4/11/2023 | 17.11 |
| 05/16/23 | MEALS - 4/6/23; VENDOR: HAILEY LENNON; INVOICE#: 041123; DATE: 4/11/2023 | 14.64 |
| 05/16/23 | MEALS - 4/3/23; VENDOR: HAILEY LENNON; INVOICE#: 041123; DATE: 4/11/2023 | 13.77 |
| 05/16/23 | MEALS - 4/3/23; VENDOR: HAILEY LENNON; INVOICE#: 041123; DATE: 4/11/2023 | 6.44 |
| 05/16/23 | HOTEL - 4/26/23; VENDOR: WILLIAM FRANZESE; INVOICE#: 050223; DATE: 5/2/2023 | 541.36 |
| 05/16/23 | MEALS - 4/25/23; VENDOR: WILLIAM FRANZESE; INVOICE#: 050223; DATE: 5/2/2023 | 12.36 |
| 05/16/23 | TAXI - 4/26/23; VENDOR: WILLIAM FRANZESE; INVOICE#: 050223; DATE: 5/2/2023 | 19.91 |
| 05/16/23 | TAXI - 4/25/23; VENDOR: WILLIAM FRANZESE; INVOICE#: 050223; DATE: 5/2/2023 | 8.34 |
| 05/16/23 | MEALS - 4/26/23; VENDOR: WILLIAM FRANZESE; INVOICE#: 050223; DATE: 5/2/2023 | 33.99 |
| 05/16/23 | TRAIN TRAVEL - 4/25/23; VENDOR: WILLIAM FRANZESE; INVOICE#: 050223; DATE: 5/2/2023 | 493.00 |
| 05/16/23 | TRAVEL AGENT FEE - 4/20/23; VENDOR: WILLIAM FRANZESE; INVOICE#: 050223; DATE: 5/2/2023 | 30.00 |
| 05/16/23 | TRANSCRIPTS - VENDOR: MAGNA LEGAL SERVICES LLC; INVOICE#: 1056643; DATE: 5/10/2023 | 1,683.50 |
| 05/16/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 05/16/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 15.00 |
| 05/16/23 | COPIES | 0.90 |
| 05/16/23 | COPIES | 0.20 |
| 05/16/23 | COPIES | 0.10 |
| 05/16/23 | COPIES | 0.50 |
| 05/16/23 | COPIES | 0.20 |

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS    Invoice 6960965
RE: COSTS    Page 6
June 14, 2023

| Date | Description | Value |
|---|---|---|
| 05/16/23 | COPIES | 0.60 |
| 05/16/23 | COPIES | 0.20 |
| 05/16/23 | COPIES | 1.40 |
| 05/16/23 | COPIES | 0.30 |
| 05/16/23 | COPIES | 0.90 |
| 05/16/23 | COPIES | 0.30 |
| 05/16/23 | COPIES | 80.30 |
| 05/16/23 | COPIES | 0.30 |
| 05/16/23 | COPIES | 0.70 |
| 05/16/23 | COPIES | 0.80 |
| 05/16/23 | COPIES | 1.70 |
| 05/16/23 | COPIES | 1.20 |
| 05/16/23 | COPIES | 0.20 |
| 05/16/23 | COPIES | 3.00 |
| 05/16/23 | COPIES | 0.40 |
| 05/16/23 | COPIES | 80.30 |
| 05/16/23 | COPIES | 0.30 |
| 05/16/23 | COPIES | 0.70 |
| 05/16/23 | COPIES | 0.80 |
| 05/16/23 | COPIES | 1.70 |
| 05/16/23 | COPIES | 0.20 |
| 05/16/23 | COPIES | 3.00 |
| 05/16/23 | COPIES | 0.30 |
| 05/16/23 | COPIES | 0.10 |
| 05/16/23 | COPIES | 1.20 |
| 05/16/23 | LEXIS | 7.00 |
| 05/16/23 | LEXIS | 49.00 |
| 05/17/23 | LEXIS | 69.32 |
| 05/17/23 | MISC. EXPENSES - INKBLOT WEBSITE SERVICES FOR CLIENT; VENDOR: DINERS CLUB; INVOICE#: 031423JBRC; DATE: 5/17/2023 | 2,100.00 |
| 05/17/23 | MISC. EXPENSES - INKBLOT WEBSITE SERVICES FOR CLIENT; VENDOR: DINERS CLUB; INVOICE#: 031423JBRC; DATE: 5/17/2023 | 250.00 |
| 05/17/23 | COPIES | 0.20 |
| 05/17/23 | COPIES | 7.10 |
| 05/17/23 | COPIES | 12.20 |
| 05/17/23 | COPIES | 20.10 |
| 05/17/23 | COPIES | 80.30 |
| 05/17/23 | COPIES | 0.30 |

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6960965
RE: COSTS  Page 7
June 14, 2023

| Date | Description | Value |
| --- | --- | --- |
| 05/17/23 | COPIES | 0.70 |
| 05/17/23 | COPIES | 0.80 |
| 05/17/23 | COPIES | 1.70 |
| 05/17/23 | COPIES | 1.20 |
| 05/17/23 | COPIES | 0.30 |
| 05/17/23 | COPIES | 4.40 |
| 05/17/23 | COPIES | 1.30 |
| 05/17/23 | COPIES | 0.90 |
| 05/17/23 | COPIES | 0.30 |
| 05/17/23 | AIRFARE - CANCELLATION OF: WIFI 5/8/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 051023-2; DATE: 5/10/2023 | (15.00) |
| 05/17/23 | TAXI - CANCELLATION OF: 5/8/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 051023-2; DATE: 5/10/2023 | (62.10) |
| 05/17/23 | BINDING-IN HOUSE | 42.00 |
| 05/17/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 05/17/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 250.00 |
| 05/17/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 297.00 |
| 05/17/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 05/17/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 05/18/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 45.00 |
| 05/18/23 | MEALS - 4/4/23; VENDOR: GRUB HUB HOLDINGS INC; INVOICE#: SL-3361-16; DATE: 4/30/2023 | 30.53 |
| 05/18/23 | COPIES | 9.20 |
| 05/18/23 | COPIES | 1.80 |
| 05/18/23 | COPIES | 1.10 |
| 05/18/23 | COPIES | 0.50 |
| 05/18/23 | COPIES | 0.20 |
| 05/18/23 | COPIES | 9.20 |
| 05/18/23 | COPIES | 9.20 |
| 05/19/23 | TAXI - 05/18/23; VENDOR: BENNETT SILVERBERG; INVOICE#: 051923; DATE: 5/19/2023 | 349.02 |
| 05/19/23 | TAXI - VENDOR: GETT TAXI UK LIMITED INVOICE#: 1074125 DATE: 4/30/2023<br>TAXI TAKEN BY MARTHA BASELGA DURAN FROM EGMONT HOUSE 8 CLIFFORD ST LONDON W1S 2LQ UK TO BELLINGDON RD CHESHAM HP5 2HF UK ON 14/03/23 21:35 | 98.04 |
| 05/22/23 | TAXI - 5/16/23; VENDOR: BENNETT SILVERBERG; INVOICE#: 051723; DATE: 5/17/2023 | 123.87 |
| 05/22/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 30.00 |
| 05/22/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 05/23/23 | HOTEL - 4/24/23; VENDOR: NICK JOYNSON; INVOICE#: 052323; DATE: | 254.83 |

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
RE: COSTS  
June 14, 2023  

Invoice 6960965  
Page 8

| Date | Description | Value |
|---|---|---|
| | 5/23/2023 | |
| 05/23/23 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2002517; DATE: 4/14/2023 | 185.81 |
| 05/23/23 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2002668; DATE: 5/12/2023 | 595.79 |
| 05/23/23 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2002668; DATE: 5/12/2023 | 88.55 |
| 05/23/23 | COPIES | 0.20 |
| 05/23/23 | COPIES | 0.90 |
| 05/23/23 | COPIES | 0.20 |
| 05/24/23 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2002709; DATE: 5/19/2023 | 942.66 |
| 05/25/23 | COPIES | 0.90 |
| 05/25/23 | COPIES | 0.60 |
| 05/25/23 | COPIES | 4.10 |
| 05/25/23 | COPIES | 1.20 |
| 05/25/23 | COPIES | 0.30 |
| 05/25/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 05/26/23 | AIRFARE - 5/7/23; VENDOR: MATTHEW RICHARDSON; INVOICE#: 051823; DATE: 5/18/2023 | 1,075.80 |
| 05/26/23 | TAXI - 5/18/23; VENDOR: STEPHEN D. PALLEY; INVOICE#: 051923; DATE: 5/19/2023 | 120.84 |
| 05/30/23 | TAXI - 5/9/23; VENDOR: KEN AULET; INVOICE#: 052523; DATE: 5/25/2023 | 25.20 |
| 05/30/23 | TAXI - 5/23/23; VENDOR: MADELYN SOLIMAN; INVOICE#: 052523; DATE: 5/25/2023 | 81.08 |
| 05/31/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| | **Total Costs** | **22,308.15** |

## COST SUMMARY

| Description | Value |
|---|---|
| MEALS | 163.51 |
| OUTSIDE COPIES | 160.31 |
| MISC. EXPENSES | 5,410.59 |
| TRANSCRIPTS | 3,321.82 |
| TRAVEL AGENT FEE | 60.00 |
| TRAIN TRAVEL | 493.00 |
| MESSENGER SERVICES | 124.20 |
| SEARCHES | 140.00 |
| AIRFARE | 2,886.40 |

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6960965
RE: COSTS  Page 9
June 14, 2023

| Description | Value |
| --- | ---: |
| TAXI | 2,742.38 |
| HOTEL | 3,363.89 |
| BINDING-IN HOUSE | 42.00 |
| MESSENGER | 69.73 |
| SPECIALIZED ONLINE RESEARCH SERVICES | 89.00 |
| LEXIS | 454.32 |
| PROFESSIONAL SERVICES | 1,007.00 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 1,038.00 |
| PACER | 25.00 |
| COPIES | 717.00 |
| **Total Costs** | **22,308.15** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200



| | | |
|---|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>NEW YORK, NY 10036 | Invoice<br>Date<br>Client | 6960965<br>Jun 14, 2023<br>039246 |

RE: COSTS

# Remittance

**Balance Due:  $22,308.15**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200