**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and
Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>                    Debtors.¹ | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

# NOTICE OF AMENDED DISCLOSURE STATEMENT
# AND EXCLUSIVITY HEARING DATE AND OBJECTION DEADLINES

**PLEASE TAKE NOTICE** that, on May 12, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion For Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Notice*

---

1   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

*Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto* [Docket No. 876] (the "Disclosure Statement Motion").2

**PLEASE TAKE FURTHER NOTICE** that, on May 15, 2023, the Debtors filed the *Debtors' Second Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief* [Docket No. 886] (the "Second Exclusivity Motion").

**PLEASE TAKE FURTHER NOTICE** that, on June 12, 2023, the Court entered the *Bridge Order Extending the Debtors Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code* [Docket No. 1052] (the "Bridge Order").

**PLEASE TAKE FURTHER NOTICE** that, on June 12, 2023, the Debtors filed the *Notice of Amended Disclosure Statement and Exclusivity Hearing Date and Objection Deadlines* [Docket No. 1053], which set forth amended hearing dates with respect to the Disclosure Statement Motion and the Second Exclusivity Motion and extended the applicable objection deadlines in connection therewith.

**PLEASE TAKE FURTHER NOTICE** that, with the consent of the Official Committee of Unsecured Creditors (the "Committee"), the Debtors have adjourned the hearing on the Disclosure Statement Motion and the Second Exclusivity Motion and have accordingly amended the following dates:

---

2  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Disclosure Statement Motion.

| Action | Original Timing | New Timing |
|---|---|---|
| Objection Deadline to Disclosure Statement | Friday, June 23, 2023 | **Wednesday, July 5, 2023** |
| Objection Deadline to Exclusivity Motion | Thursday, June 29, 2023 | **Wednesday July 5, 2023** |
| Disclosure Statement and Second Exclusivity Motion Hearing | Thursday, July 6, 2023 at 10:00 a.m. (Prevailing Eastern Time) | **Thursday, July 13, 2023 at 10:00 a.m. (Prevailing Eastern Time)** |

**PLEASE TAKE FURTHER NOTICE** that a complete confirmation schedule will be set forth in a revised version of the proposed order approving the Disclosure Statement. The revised order will be filed prior to the Disclosure Statement Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Chapter 11 Cases may be obtained free of charge by visiting the website of Kroll Restructuring Administration, LLC at https://restructuring.ra.kroll.com/blockfi. You may also obtain copies of any pleadings by visiting the Court's website at https://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: June 17, 2023                                /s/ Michael D. Sirota

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and
Debtors in Possession*