| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq. (NJ Bar No. 014321986)<br>Warren A. Usatine, Esq. (NJ Bar No. 025881995)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Christine A. Okike, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br>jsussberg@kirkland.com<br>christine.okike@kirkland.com<br><br>**HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Kenric D. Kattner, Esq. (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>kenric.kattner@haynesboone.com<br><br>*Attorneys for Debtors and Debtors in Possession* |



**Order Filed on June 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al*.,<br><br>      Debtors[1] | Chapter 11<br>Case No. 22-19361 (MBK)<br>Jointly Administered |

### ORDER APPROVING THE DEBTORS' SECOND OMNIBUS REJECTION OF EXECUTORY CONTRACTS AND LEASES

The relief set forth on the following pages, numbered two (2) through three (3) and Schedule 1, is hereby **ORDERED**.

**DATED: June 21, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

(Page 2)
Debtors:        BlockFi Inc.
Case No.        22-19361(MBK)
Caption of Order:    ORDER APPROVING DEBTORS' SECOND OMNIBUS REJECTION OF EXECUTORY CONTRACTS AND LEASES

Pursuant to and in accordance with the *Order Authorizing and Approving Procedures for Rejection of Executory Contracts and Unexpired Leases* [Docket No. 302] (the "Rejection Procedures Order");[1] and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §157 and 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of these cases and this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a "Notice of Second Omnibus Rejection of Executory Contracts and/or Unexpired Leases" [Docket No. 1035] (the "Rejection Notice") in accordance with the terms of the Rejection Procedures Order in respect of the rejection of the executory contracts (the "Contracts") and/or unexpired leases (the "Leases") set forth on Schedule 1 hereto; and no timely objections having been filed to the rejection of the Contracts and Leases; and it appearing that due and adequate notice of the Rejection Procedures Order and the Rejection Notice has been given, and that no other or further notice need be given; and the Court having determined that the rejections provided for herein are an appropriate exercise of the Debtors' business judgment; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. Contracts and Leases listed on **SCHEDULE 1** hereto are hereby rejected effective as of the dates set forth for such Contracts and Leases listed on **SCHEDULE 1** hereto (the "Rejection Date").

2. The rights of the Debtors and their estates to assert that the Contracts and Leases are rejected hereby expired by their own terms or were terminated prior to the date hereof and fully

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Rejection Procedures Order.

2

(Page 3)
Debtors: BlockFi Inc.
Case No. 22-19361(MBK)
Caption of Order: ORDER APPROVING DEBTORS' SECOND OMNIBUS REJECTION OF EXECUTORY CONTRACTS AND LEASES

---

preserved, and the Debtors and their estates do not waive any rights or claims that they may have with respect or against the counterparties to such Contracts and Leases, whether or not such rights or claims arise under, are related to the rejection of, or are independent of the Contracts and Leases rejected hereby.

3. If any affected counterparty subject to this Order (a "Rejection Claimant") asserts a claim or claims against the Debtors and their estates arising from the rejection of the Contracts and Leases, such Rejection Claimant shall submit a proof of claim on or before the later of (i) the deadline for filing proofs of claims established by the Court in these Chapter 11 Cases or (ii) thirty (30) days after the date of entry of this Order. If no proof of claim is timely filed, such claimant shall not be treated as a creditor with respect to such claims for voting on any Chapter 11 plan in these Chapter 11 Cases and shall be forever barred from asserting a claim for rejection damages and from participating in any distribution that may be made in connection with the Debtors' bankruptcy cases.

4. The Debtors are authorized to take any action necessary or appropriate to implement the terms of this Order and the rejections without further order from this Court.

5. This Court shall retain exclusive jurisdiction and power to resolve any dispute arising from or related to this Order.

**SCHEDULE 1**

## SCHEDULE 1

| CONTRACTS TO BE REJECTED | | | |
|---|---|---|---|
| **Counterparty** | **Counterparty Address and Email** | **Title/Description of Contract**[1] | **Rejection Date** |
| Canon Solutions America, Inc. | Canon Solutions America, Inc.<br>Attn: Customer Service<br>300 Commerce Square Blvd.<br>Burlington, NJ 08016<br>Email: customercare@csa.canon.com<br>**AND**<br>Canon Solutions America, Inc.<br>Attn: Senior Vice President, Legal<br>1 Canon Park<br>Melville, NY 11747<br>Email: legal@csa.canon.com | Master Sales and Service Agreement and Master Lease Terms | 6/2/2023 |

| PROPERTY TO BE ABANDONED | |
|---|---|
| **Counterparty** | **Description of Property to be Abandoned** |
| Canon Solutions America, Inc. | <table><tr><th>Item Number</th><th>Description</th></tr><tr><td>3575B792</td><td>Uniflow One Print & Scan Type 1 – 1 Device/1 Month (1-9)</td></tr><tr><td>3575B849</td><td>Uniflow Micard Multitech4-PI BLE (45 Cm Cable)</td></tr><tr><td>3128V681</td><td>Uniflow Online Implementation Services by Local Systems Analyst</td></tr><tr><td>4913C002</td><td>IRADVDXC3830I</td></tr><tr><td>4917C002</td><td>Cassette Feeding Unit – AW1</td></tr><tr><td>4918C001</td><td>Copy Tray – T1</td></tr><tr><td>2368V119</td><td>Low Volume Connectivity up to 30 PPM</td></tr><tr><td>1972V064</td><td>ESP Next Gen PCS Power Filter (120V/15A) XG-PCS-15D</td></tr><tr><td>3754V837</td><td>IR ADV DX C3730/3725/3835/3830/3826 Install Pak</td></tr><tr><td>IntSupplies</td><td>Pre-Installed Supplies Installed in Machine</td></tr></table> |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.