| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>BROWN RUDNICK LLP<br>Robert J. Stark, Esq.<br>Kenneth J. Aulet, Esq.<br>Bennett S. Silverberg, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Fax: (212) 209-4801<br>Email: rstark@brownrudnick.com<br>     kaulet@brownrudnick.com<br>     bsilverberg@brownrudnick.com<br>*Proposed Counsel for the Official Committee of Unsecured Creditors*<br> -and-<br>GENOVA BURNS LLC.<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>Telephone: (973) 230-2095<br>Fax: (973) 533-1112<br>Email: DStolz@genovaburns.com<br>     DClarke@genovaburns.com<br>     GKinoian@genovaburns.com<br>*Proposed Local Counsel for the Official Committee of Unsecured Creditors* | BROWN RUDNICK LLP<br>Stephen D. Palley, Esq.<br>601 Thirteenth Street, NW<br>Washington, DC 20005<br>Telephone: (617)536-1766<br>Fax: (617)289-0466<br>Email: spalley@brownrudnick.com |
| In re:<br><br>BLOCKFI INC., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |

**SUPPLEMENTAL CERTIFICATION OF DAVID NEU IN SUPPORT OF APPLICATION FOR RETENTION OF MILLER NASH LLP**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

I, DAVID NEU, being of full age, certify as follows:

1. This is a supplement to the original Certification of Professional in support of the Application For Retention of Professional Miller Nash, LLP ("Miller Nash") [Docket No. 1049] (the "Original Certification"), filed on June 9, 2023.

2. Miller Nash reviewed the "Case Parties List." [Doc 1049-4] In its "Connections List" [Doc 1049-3], Miller Nash identified certain parties as current clients. Miller Nash can certify that the sum total of the gross income received from these disclosed engagements was 0.70% in 2021, and 0.72% in 2022.

3. Attorneys and paraprofessionals at Miller Nash who are expected to perform services related to this retention include:
   David Neu, Esq., attorney, at an hourly rate of $625/hour;
   Zachary Cooper, Esq., attorney, at an hourly rate of $455/hour; and
   Patrick Racine, paraprofessional, at an hourly rate of $245/hour.

   Any other attorneys or paraprofessionals staffed on this engagement will bill at an hourly rate commensurate with their seniority and role, and similar to those rates listed above.

4. The following information is provided pursuant to paragraph D.1 of the U.S. Trustee Guidelines.
   a) Miller Nash will comply with the United States Trustee's Fee Guidelines in connection with this engagement and has not agreed to variations from standard customary billing arrangements.
   b) None of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case.
   c) The Committee has approved Miller Nash's general staffing plan, which is described in the Original Certification and detailed in this supplemental certification. Should the Washington District Court lift the stay of the proceedings in United States District Court for the Western District of Washington, in the matter captioned, *United States v. Sergei Potapenko, et al.*, 2:22-CR-00185-RSL (W.D. Wa. Oct. 27, 2022), Miller Nash shall circulate to the Committee a proposed budget for any expected services in connection with this retention.

5. None of Miller Nash's attorneys or employees have an account with any of the Debtors.

I certify under penalty of perjury that the above information is true.

Date: June 23, 2023

_____
Signature of Professional