**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Nataly Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused the following document to be served by the date and method set forth on the following clients of the Debtors, whose names, addresses and email addresses are undisclosed due to privacy concerns:

- Insufficient Documentation in Proof of Claim, customized to include claimant name, claim number and unique Kroll ID, a blank copy of which is attached hereto as **Exhibit A**.

| Date of Service | Method of Service | Claim Type | Description of Clients Served | Number of Clients Served |
|---|---|---|---|---|
| June 13, 2023 | First Class Mail | Customer-Client-Account Holders | Customer-Client-Account Holders | 266 |
| June 13, 2023 | First Class Mail | Scheduled Claims – BIA | Customer-Client-Account Holders | 10 |
| June 13, 2023 | First Class Mail | Scheduled Claims – BIA Interest | Customer-Client-Account Holders | 1 |
| June 13, 2023 | First Class Mail | Scheduled Claims- Retail Crypto- Backed Loan | Customer-Client-Account Holders | 2 |
| June 13, 2023 | First Class Mail | Tax | Tax | 2 |
| June 13, 2023 | Email | Contract | Contract | 2 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

| Date of Service | Method of Service | Claim Type | Description of Clients Served | Number of Clients Served |
|---|---|---|---|---|
| June 13, 2023 | Email | Customer-Client-Account Holders | Customer-Client-Account Holders | 11,881 |
| June 13, 2023 | Email | Employee | Employee | 2 |
| June 13, 2023 | Email | Government Non-Tax | Government | 3 |
| June 13, 2023 | Email | Indemnification | Indemnification | 1 |
| June 13, 2023 | Email | Individual | Individual | 2 |
| June 13, 2023 | Email | Litigation | Litigation | 21 |
| June 13, 2023 | Email | Scheduled Claims – BIA | Customer-Client-Account Holders | 874 |
| June 13, 2023 | Email | Scheduled Claims – BIA Interest | Customer-Client-Account Holders | 23 |
| June 13, 2023 | Email | Scheduled Claims – BPC Interest | Customer-Client-Account Holders | 2 |
| June 13, 2023 | Email | Scheduled Claims – Retail Crypto-Backed Loan | Customer-Client-Account Holders | 13 |
| June 13, 2023 | Email | Trade | Trade | 9 |

Dated: June 23, 2023

/s/ Nataly Diaz
Nataly Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 23, 2023, by Nataly Diaz, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

2

SRF 70479 & 70505

**Exhibit A**

**Email from Kroll to Clients – Insufficient Documentation in Proof of Claim**

Dear BlockFi Client,

This correspondence is regarding the proof of claim(s) that you filed in one or more of the jointly administered chapter 11 cases of BlockFi Inc., *et al*., (the "Debtors") Case No. 22-19361, currently pending in the United States Bankruptcy Court for the District of New Jersey. Your proof of claim(s) information can be found below.

Your filed claim(s) do not contain sufficient documentation to support the amount asserted. Therefore, the Debtors plan to object to your claim(s) unless you provide sufficient additional supporting documentation to support your claim(s). You can submit additional documentation in the portal Kroll Restructuring Administration LLC set up for this purpose by going to www.blockfidocumentation.com. The deadline to submit additional information is seven (7) days from today on June 20, 2023.

The Debtors reserve the right to object to the claim after receipt and review of additional documentation that is submitted by the claimant. To the extent the Debtors object to your claim, you will be notified.

*Please note*: proofs of claim are filed under penalty of perjury and there are severe penalties for filing fraudulent proofs of claim pursuant to title 18 of the U.S. Code, sections 152, 157 and 3571, as indicated on the claim form(s) that you signed.

Thank you.

**Information About Your Proof of Claim**
   *Proof of Claim Number(s)*:
   *BlockFi Debtor Entity*:
   *Claim Amount(s)*:
   *Claim Image:*
   **UNIQUE ID:**