**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (*pro hac vice* pending)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered)<br><br>Judge: Michael B. Kaplan |

**SECOND SUPPLEMENTAL DECLARATION OF BARAK KLEIN IN SUPPORT OF APPLICATION OF DEBTORS AND DEBTORS IN POSSESSION FOR ENTRY OF ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF MOELIS & COMPANY LLC AS INVESTMENT BANKER, CAPITAL MARKETS ADVISOR, AND FINANCIAL ADVISOR**

I, Barak Klein, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1.  I am a Managing Director in the Recapitalization and Restructuring Group at Moelis & Company LLC ("Moelis"), the proposed investment banker, capital markets advisor, and financial advisor to the above-captioned debtors and debtors-in-possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), which has its principal office at 399 Park Avenue, 5th Floor, New York, New York 10022.

2.  On or about December 22, 2022, I submitted my *Declaration of Barak Klein in Support of Application of Debtors and Debtors in Possession for Entry of Order Authorizing Employment and Retention of Moelis & Company LLC as Investment Banker, Capital Markets Advisor, and Financial Advisor Effective as of the Petition Date* (the "Original Declaration," attached as Exhibit B to the *Application of Debtors and Debtors in Possession for Entry of an Order Authorizing the Employment and Retention of Moelis & Company LLC as Investment Banker, Capital Markets Advisor, and Financial Advisor Effective as of the Petition Date* (the "Application," [Docket No. 139]).[2]

3.  On or about February 15, 2023, I submitted my *First Supplemental Declaration of Barak Klein in Support of Application of Debtors and Debtors in Possession for Entry of Order Authorizing Employment and Retention of Moelis & Company as Investment Banker, Capital Markets Advisor and Financial Advisor Effective as of the Petition Date in support of the Application* (the "First Supplemental Declaration," [Docket No. 523], and together with the Original Declaration, the "Prior Declarations").

4.  I am authorized to submit this second supplemental declaration (this "Second Supplemental Declaration") on behalf of Moelis to supplement the disclosures set forth in the Prior Declarations.

5.  After filing my Prior Declarations, the Debtors provided additional entities they had identified as potential parties in interest (the "Supplemental Potential Parties in Interest"), a list of which is attached hereto as Schedule 1 (the "Supplemental Potential Parties in Interest List"). Moelis (a) researched its internal records to determine whether Moelis has any connections with the parties listed

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Application.

on Schedule 1(a) – 1(f); and (b) issued a general inquiry to certain of its officers with respect to certain of the Potential Parties in Interest.

6. Based on the results of the above research and inquiry, I believe that Moelis remains a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and does not hold or represent an interest adverse to the Debtors' estate.

7. To the extent that I have been able to ascertain to date, Moelis has not been engaged within the last three years, and is not currently engaged by any of the Supplemental Potential Parties in Interest (or their known affiliates, as the case may be).

8. Further, pursuant to the Debtors' *Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Retention Applications* [Docket No. 127] (the "Motion to Seal"), and to avoid prejudicing the Debtors' sale processes, the Debtors previously requested that Moelis redact the names of "Potential M&A Counterparties" in Moelis' Prior Declarations. On March 24, 2023, the Bankruptcy Court entered an *Order (I) Approving the Sale of Certain of the Debtors' Self-Mining Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (II) Authorizing the Debtors to Enter Into and Perform Their Obligations Under the Asset Purchase Agreement, and (III) Granting Related Relief* [Docket No. 669] authorizing the sale of certain of the Debtors' self-mining assets to U.S. Farms & Mining Opportunity Fund LLC ("U.S. Farms").

9. Upon finalizing the sale to U.S. Farms, and the conclusion of the sale process for the Debtors' self-mining assets, Moelis understands that the Debtors entered into an agreement with the United States Trustee for the District of New Jersey to unredact certain Potential M&A Counterparties that relate solely to the self-mining asset sale process (the "Unredacted Potential M&A Counterparties"). Schedule 1(g) annexed hereto contains a list of these Unredacted Potential M&A Counterparties. All of these Unredacted Potential M&A Counterparties were previously included in Moelis' connections check process described in Moelis' Prior Declarations, and all necessary related disclosures were included in Moelis' Prior Declarations.

10. Accordingly, I believe that Moelis remains disinterested and eligible for retention by the Debtors in these Chapter 11 Cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 26th day of June 2023.

*/s/ Barak Klein*
Barak Klein
Managing Director
Moelis & Company LLC

# SCHEDULE 1

### List of Schedules

| Schedule | Category |
| --- | --- |
| 1(a) | Ad Hoc Committee Members |
| 1(b) | Banks |
| 1(c) | Non-Debtor Professionals |
| 1(d) | Notice of Appearance Parties |
| 1(e) | Potential M&A Counterparties |
| 1(f) | Reed Smith Ad Hoc Committee |
| 1(g) | Unredacted Potential M&A Counterparties |

## SCHEDULE 1(a)

**Ad Hoc Committee Members**

[Confidential]

## **SCHEDULE 1(b)**

**Banks**

First Citizens Bank
Peapack-Gladstone Bank
Webster Bank

# SCHEDULE 1(c)

**Non-Debtor Professionals**

Ansell Grimm & Aaron PC
Stevens & Lee PC
Straffi, Daniel E., Jr., Esq.
Wolf, Rifkin, Shapiro, Schulman & Rabkin LLP

# **SCHEDULE 1(d)**

**Notice of Appearance Parties**

Towards Equilibrium LLC
[Confidential]

# **SCHEDULE 1(e)**

**Potential M&A Counterparties**

[Confidential]

# SCHEDULE 1(f)

**Reed Smith Ad Hoc Committee**

BCF 2020 Investments LLC
BMB 2020 Investments LLC
FP Equity Investments LLC
[Confidential]

# SCHEDULE 1(g)

**Unredacted Potential M&A Counterparties**

AP Capital
Apollo Global Management Inc.
Ares Management Corp.
Aspen Creek Digital Corp.
Atlas Technology Group LLC
Backbone Mining Solutions
Bain Capital LP
Baupost Group LLC, The
Binance US
Binance.com
Bitdeer
BlackRock Inc.
Blackstone Inc.
Blue Owl Capital Inc.
Brevan Howard
Brigade Capital
Castlelake
Centerbridge
Cerberus Capital Management
Chicago Atlantic Group LLC
D.E. Shaw
Davidson Kempner
Disrupt Ventures LLC
Elliott Investment Management
EQT
Fortress Investment Group
Global X Management Co. LLC
GoldenTree Asset Management LP
Hudson Bay Capital Management LP
KKR & Co. Inc.
KryptoVault
Luxor Technologies Inc.
Magnetar Capital LLC
Marathon Digital Holdings Inc.
MaxBoring LLC
Merkle Standard
Morgan Stanley
Oak Hill Capital Management LLC
Oaktree
Redwood Capital Management LLC
Silver Point Capital LP
Sixth Street
SkyBridge Capital
Temasek
Thoma Bravo LP
Thomas H. Lee Partners LP
US Farms & Mining Inc.
Vistra Group