**EXHIBIT "A"**



### Professional Hours Tracker - May 2023

**Prepared for**: Chapter 11 Cases of BlockFi
**Date Prepared**: 31 May 2023

#### Hours Summary

| Date | Day | Name | Role | Activity | Category | Rate | Hours | Cost |
|---|---|---|---|---|---|---|---|---|
| 5/1/2023 | Monday | Bobby MacKinnon | Project Manager | Daily M3 Dilligence Call | Meeting of Creditors | $600 | 0.2 | $120 |
| 5/1/2023 | Monday | Bobby MacKinnon | Project Manager | Admin emails to Pat Gilman, Review of Weekly Agenda, and Motion documents sent by Brown Rudnick | Meeting of Creditors | $600 | 0.7 | $420 |
| 5/2/2023 | Tuesday | Bobby MacKinnon | Project Manager | Weekly UCC Meeting | Meeting of Creditors | $600 | 1.6 | $960 |
| 5/8/2023 | Monday | Bobby MacKinnon | Project Manager | New Legal Filing Memo Review + Additional Data Anlaysis and Fact Citation/Verification; compile and ship feedback to Brown Rudnick | Case Administration | $600 | 5.9 | $3,540 |
| 5/9/2023 | Tuesday | Bobby MacKinnon | Project Manager | Daily M3 Dilligence Call | Case Administration | $600 | 0.3 | $180 |
| 5/9/2023 | Tuesday | Bobby MacKinnon | Project Manager | Weekly UCC Call | Meeting of Creditors | $600 | 2.5 | $1,500 |
| 5/10/2023 | Wednesday | Bobby MacKinnon | Project Manager | Plan Confirmation Discussion w/ UCC + Professionals | Meeting of Creditors | $600 | 1 | $600 |
| 5/14/2023 | Sunday | Bobby MacKinnon | Project Manager | UCC Meeting to Discuss the Debtor Plan Filing Response | Meeting of Creditors | $600 | 1.8 | $1,080 |
| 5/16/2023 | Tuesday | Umber Kohli | Project Manager | Billing reconciliation for April | Case Administration | $600 | 3 | $1,800 |
| 5/16/2023 | Tuesday | Matt Austin | Vice President | Prepare monthly fee statement documents and reconcile to timesheets | Case Administration | $800 | 2.7 | $2,160 |
| 5/16/2023 | Tuesday | Bobby MacKinnon | Project Manager | Weekly UCC Update Call | Meeting of Creditors | $600 | 1.2 | $720 |
| 5/19/2023 | Friday | Bobby MacKinnon | Project Manager | Call with M3 to discuss self liquidation strategy | Meeting of Creditors | $600 | 0.3 | $180 |
| 5/22/2023 | Monday | Bobby MacKinnon | Project Manager | Daily M3 Dilligence Call | Meeting of Creditors | $600 | 0.3 | $180 |
| 5/22/2023 | Monday | Bobby MacKinnon | Project Manager | Exchange Research + Self-Liquidation Operations Analysis; Compile and send to M3 | Data Analysis | $600 | 5 | $3,000 |
| 5/23/2023 | Tuesday | Bobby MacKinnon | Project Manager | Daily M3 Dilligence Call | Meeting of Creditors | $600 | 0.2 | $120 |
| 5/25/2023 | Thursday | Bryan Young | Vice President | Research and documentation re disclosure of PII for BR | Data Analysis | $800 | 2.5 | $2,000 |
| 5/26/2023 | Friday | Alex Mologoko | Senior Blockchain Expert | Galaxy Digital Subpoena Investigation | Data Analysis | $900 | 3.5 | $3,150 |
| 5/27/2023 | Saturday | Alex Mologoko | Senior Blockchain Expert | Galaxy Digital Subpoena Analysis | Data Analysis | $900 | 6.4 | $5,760 |
| 5/28/2023 | Sunday | Alex Mologoko | Senior Blockchain Expert | Clarification of Galaxy Findings | Data Analysis | $900 | 0.6 | $540 |
| 5/29/2023 | Monday | Bryan Young | Vice President | Reveiw and analysis of Galaxy findings | Data Analysis | $800 | 2 | $1,600 |
| 5/29/2023 | Monday | Bryan Young | Vice President | Reveiw and documentation of Galaxy findings | Data Analysis | $800 | 4 | $3,200 |
| 5/29/2023 | Monday | Max Galka | CEO/Chief Data Scientist | Galaxy subpeona Investigation | Data Analysis | $1,000 | 4 | $4,000 |
| 5/29/2023 | Monday | Max Galka | CEO/Chief Data Scientist | Galaxy subpeona Analysis | Data Analysis | $1,000 | 5.4 | $5,400 |
| 5/30/2023 | Tuesday | Umber Kohli | Project Manager | Internal sync on workstreams | Meeting of Creditors | $600 | 0.5 | $300 |
| 5/30/2023 | Tuesday | Bryan Young | Vice President | Internal sync on workstreams | Meeting of Creditors | $800 | 0.5 | $400 |
| 5/30/2023 | Tuesday | Umber Kohli | Project Manager | Support analysis for insider public bitcoin buying | Meeting of Creditors | $600 | 5 | $3,000 |
| 5/30/2023 | Tuesday | Bryan Young | Vice President | Review and analysis of insider public btc buying | Data Analysis | $800 | 2.2 | $1,760 |
| 5/30/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | Project Hornet - M3 Catch-Up Call w/ Bryan re investigation | Data Analysis | $900 | 0.8 | $720 |
| 5/30/2023 | Tuesday | Bryan Young | Vice President | Call with M3, A. Mologoko Re Investigation/Galaxy Digital | Meeting of Creditors | $800 | 0.8 | $640 |
| 5/30/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | BlockFi - Weekly UCC Meeting | Meeting of Creditors | $900 | 1.9 | $1,710 |
| 5/30/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | Galaxy Subpoena Report Preparation | Data Analysis | $900 | 6.2 | $5,580 |
| 5/30/2023 | Tuesday | Bryan Young | Vice President | Review and analysis of Galaxy Subpeona Report | Data Analysis | $800 | 2.5 | $2,000 |
| 5/30/2023 | Tuesday | Max Galka | CEO/Chief Data Scientist | Analysis of Galaxy Subpeona Report | Data Analysis | $1,000 | 1.5 | $1,500 |
| 5/30/2023 | Tuesday | Matt Austin | Vice President | To aggregate reimbursable expenses for monthly billing procedures | Case Administration | $800 | 0.6 | $480 |
| 5/31/2023 | Wednesday | Umber Kohli | Project Manager | Catch up call on Galaxy analysis w/ M3 team | Meeting of Creditors | $600 | 0.5 | $300 |
| 5/31/2023 | Wednesday | Alex Mologoko | Senior Blockchain Expert | Catch up call on Galaxy analysis w/ M3 team | Meeting of Creditors | $900 | 0.5 | $450 |
| 5/31/2023 | Wednesday | Bryan Young | Vice President | Catch up call on Galaxy analysis w/ M3 team | Meeting of Creditors | $800 | 0.5 | $400 |
| 5/31/2023 | Wednesday | Umber Kohli | Project Manager | Update Galaxy analysis memo for Brown Rudnick | Meeting of Creditors | $600 | 0.5 | $300 |
| 5/31/2023 | Wednesday | Alex Mologoko | Senior Blockchain Expert | Additional Galaxy analysis | Data Analysis | $900 | 1.6 | $1,440 |
| 45077 | Wednesday | Bryan Young | Vice President | Emails with M3, BR re Wallet Distribuition | Data Analysis | $800 | 0.5 | $400 |
| 45077 | Wednesday | Umber Kohli | Project Manager | Emails with M3, BR re Wallet Distribuition | Data Analysis | $600 | 0.5 | $300 |
| 45077 | Wednesday | Bryan Young | Vice President | Review of documentation re Wallet Distribution in prep for call | Data Analysis | $800 | 3.5 | $2,800 |
| **May 2023 Labor Totals** | | | | | | | **85.7** | **$66,690** |

| Other Expenses | |
|---|---|
| **Description** | **Cost** |
| Amazon Web Services Costs | $23,181.69 |
| Google Cloud Platform | 7,051.88 |
| Google Voice | 54.40 |
| Asana - Project Management | 414.95 |
| Atlassian - Project Management | 65.73 |
| Microsoft 365 Subscriptions | 40.83 |
| Miro | 19.03 |
| eToro Deposit related to M3 request | 600.00 |
| **Other Expenses Totals** | **31,428.51** |