## **EXHIBIT B**

MONTHLY COSTS

| Amounts in $ | Dec-22 | Jan-23 | Feb-23 | Mar-23 | Apr-23 Estimate | May-23 Estimate | Monthly Average[8] |
|---|---|---|---|---|---|---|---|
| **Operating Disbursements[1]** | **$5,971,631** | **$3,669,464** | **$3,927,329** | **$4,344,155** | **$4,023,098** | **$3,717,307** | **$4,275,497** |
| Haynes and Boone[2] | $1,611,832 | $1,656,513 | $1,129,946 | $1,652,013 | $1,109,708 | $1,390,000 | $1,425,002 |
| Kirkland & Ellis[2] | 2,305,102 | 2,812,395 | 1,579,374 | 1,908,607 | 2,100,000 | 2,100,000 | 2,134,246 |
| Cole Schotz | 191,368 | 198,764 | 51,638 | 62,246 | 49,257 | 118,408 | 111,947 |
| BRG[3] | 1,142,157 | 2,382,437 | 1,720,238 | 2,193,909 | 1,900,000 | 1,900,000 | 1,873,123 |
| Moelis[4] | 838,814 | 838,814 | 838,814 | 437,751 | 202,766 | 200,000 | 559,493 |
| WTW | – | – | 75,000 | – | – | – | 12,500 |
| Kroll[5] | 883,711 | 688,637 | 4,710,519 | 2,630,759 | 1,154,007 | 1,250,000 | 1,886,272 |
| Walkers Global[3] | 187,298 | 185,950 | 113,911 | 66,759 | 79,210 | 80,000 | 118,854 |
| EY[6] | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 |
| **Subtotal Debtor** | **$7,660,282** | **$9,263,510** | **$10,719,440** | **$9,452,043** | **$7,094,948** | **$7,538,408** | **$8,621,438** |
| Brown Rudnick | – | $1,503,755 | $1,423,516 | $2,301,514 | $1,616,181 | $1,300,922 | $1,629,177 |
| Genova Burns | – | 237,013 | 90,151 | 145,934 | 49,919 | 128,924 | 130,388 |
| McCarter & English[7] | – | 187,053 | 686,824 | 481,325 | 450,000 | 450,000 | 451,041 |
| M3 | – | 1,213,504 | 724,645 | 981,819 | 599,941 | 550,093 | 814,000 |
| Elementus | – | 378,392 | 251,856 | 319,998 | 251,676 | 98,119 | 260,008 |
| **Subtotal UCC** | **–** | **$3,519,717** | **$3,176,991** | **$4,230,590** | **$2,967,716** | **$2,528,057** | **$3,284,614** |
| US Trustee | 85,903 | 85,528 | 85,528 | 85,528 | 85,528 | 85,528 | 85,591 |
| **Total Estimated Professional Fees & Expenses** | **$7,746,185** | **$12,868,756** | **$13,981,959** | **$13,768,161** | **$10,148,192** | **$10,151,993** | **$11,991,644** |
| **Total Estimated Operating Disbursements & Pro Fees** | **$13,717,816** | **$16,538,220** | **$17,909,288** | **$18,112,316** | **$14,171,291** | **$13,869,300** | **$16,267,141** |

(1) Based on weekly financial reporting provided by Debtors (Project Sage - External Cash Flow Forecast - W.E. 6.03.23); does not include operating receipts

(2) HB May 2023 estimated based on average January 2023 to April 2023 actuals; K&E April estimated based on average of January 2023 to March 2023 actuals; K&E May estimated based on April 2023 estimate

(3) April 2023 estimates as provided by BRG (statement not filed); May estimated based on April 2023 estimate; BRG fees include $180,000 CRO expense

(4) May 2023 estimate based on Monthly Fee Statement for April 2023

(5) May based on Debtor-provided estimate

(6) No fee statements filed; estimated based on six month spend provided by Debtors

(7) April and May estimated based on January 2023 to March 2023 actuals

(8) Operating Disbursements monthly average based on December 2022 through May 2023 estimate; Debtor monthly advisor fees average based on December 2022 through May 2023 estimate; UCC monthly advisor fee average based on period January 2023 through May 2023