UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

# FEE APPLICATION COVER SHEET

| | |
|---|---|
| IN RE: | APPLICANT: |
| BlockFi Inc., *et al.*[1] | Moelis & Company LLC |
| | |
| Case No.: 22-19361 (MBK) | CLIENT: |
| (Jointly Administered) | Debtors and Debtors-in-Possession |
| | |
| CHAPTER: 11 | CASES FILED: 11/28/22 |

**COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746**

**RETENTION ORDER ATTACHED**.

Dated: June 30, 2023
New York, New York

                                         **MOELIS & COMPANY LLC**

                                         By: */s/ Jared Dermont*
                                         Name:    Jared Dermont
                                           Title:     Managing Director
                                                       Moelis & Company LLC
                                                      *Investment Banker, Capital Markets*
                                                      *Advisor and Financial Advisor to the*
                                                      *Debtors and Debtors-in-Possession*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

## SECTION I
## FEE SUMMARY

Summary of Amounts Requested for the Period
May 1, 2023 through May 31, 2023 (the "Compensation Period")

| | |
|---|---:|
| Fee Total | $200,000.00 |
| Disbursement Total[2] | $2,608.19 |
| Total Fees Plus Disbursements | $202,608.19 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---:|
| Total Previous Fees and Expenses Requested: | $3,156,957.13 |
| Total Fees and Expenses Allowed to Date: | $0.00 |
| Total Retainer Remaining: | $0.00 |
| Total Holdback | $619,250.00 |
| Total Received by Applicant: | $2,537,707.13 |

---

[2] Please note that certain vendor invoices may not be received until after the end of the month for which such service was provided. Accordingly, Moelis & Company LLC reserves the right to include such unbilled expenses in subsequent fee applications.

**SUMMARY OF MONTHLY FEES DURING COMPENSATION PERIOD OF**
**MAY 1, 2023 THROUGH AND INCLUDING MAY 31, 2023**

| Category | May 1 - 31, 2023 Amount |
|---|---|
| May | $200,000.00 |
| Total | $200,000.00 |

| SECTION II |
| :---: |
| SUMMARY OF SERVICES |

# SUMMARY OF PROFESSIONALS' TIME DURING COMPENSATION PERIOD OF MAY 1, 2023 THROUGH AND INCLUDING MAY 31, 2023

*BlockFi Advisors*

**Moelis & Company**
**Summary of Hours Worked Detail**
*May 01, 2023 - May 31, 2023*

| Hours Summary - May | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Jared Dermont | Michael DiYanni | Brian Tichenor | Barak Klein | Michael Mestayer | Cullen Murphy | Total |
| | Managing Director | Managing Director | Managing Director | Managing Director | Executive Director | Executive Director | |
| **By Month** | | | | | | | |
| May 2023 | 27.5 hour(s) | 30.5 hour(s) | 30.5 hour(s) | 35.5 hour(s) | 34.0 hour(s) | 40.0 hour(s) | 198.0 hour(s) |
| **Total** | **27.5 hour(s)** | **30.5 hour(s)** | **30.5 hour(s)** | **35.5 hour(s)** | **34.0 hour(s)** | **40.0 hour(s)** | **198.0 hour(s)** |

| Hours Summary - May | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Nate Catez | Jos Prikazsky | Christopher Morris | Jessica Liang | Jonathan Rotbard | Amy Tan | Flora Sun | Total |
| | Executive Director | Executive Director | Associate | Associate | Analyst | Analyst | Analyst | |
| **By Month** | | | | | | | | |
| May 2023 | 19.0 hour(s) | 28.0 hour(s) | 71.0 hour(s) | 8.5 hour(s) | 27.0 hour(s) | 39.5 hour(s) | 35.0 hour(s) | 228.0 hour(s) |
| **Total** | **19.0 hour(s)** | **28.0 hour(s)** | **71.0 hour(s)** | **8.5 hour(s)** | **27.0 hour(s)** | **39.5 hour(s)** | **35.0 hour(s)** | **228.0 hour(s)** |

| **Monthly Grand Total** | **426.0 hour(s)** |
| --- | --- |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

**SUMMARY OF EXPENSES DURING COMPENSATION PERIOD OF**
**MAY 1, 2023 THROUGH AND INCLUDING MAY 31, 2023**

| May 1 - 31, 2023 | |
|---|---|
| **Category** | **Amount** |
| Ground Transportation | $36.64 |
| Legal Fees | 2,065.00 |
| Meals | 364.33 |
| Presentations | 142.22 |
| **Total** | **$2,608.19** |

**SECTION IV**
**CASE HISTORY**

1. Date cases filed: November 28, 2022

2. Chapter under which case commenced: Chapter 11

3. Date of retention: February 16, 2023, effective as of November 28, 2022 *See* **Exhibit A**

   If limit on number of hours or other limitations to retention, set forth: n/a

4. Summarize in brief the benefits to the estate and attach supplements as needed:[3]

   a. **Meetings and Calls with Management and Creditors**. During the Compensation Period, Moelis participated in calls and meetings with management, the Debtors' other professionals and creditors and the creditors' advisors. These calls covered various topics, including but not limited to the chapter 11 process, liquidity, financial scenario analysis, crypto market impact on the Debtors' capital structure, the state of business operations and restructuring strategy. Moelis prepared materials for management and creditors and provided strategic advice regarding these chapter 11 cases. Moelis participated in meetings with the Debtors' management and board of directors and presented materials regarding the Debtors' business plan, financials, the prospective sale process and strategic matters. Moelis also provided updates to the Committee.

   b. **Meetings and Calls with Potential Investors.** Moelis scheduled and led calls with potential investors to provide guidance on the sale process timeline, chapter 11 proceedings, Debtors' business operations, and potential transactions structures. Moelis coordinated presentations between potential investors, Debtors and their professionals. Moelis also coordinated responses to diligence questions between potential investors and the Debtors.

   c. **Preparation / Review of Various Analyses and Documents.** Moelis reviewed various iterations of the Debtors' short- and medium-term business plan, operating plans, forecasted operating model, financial statements and financial projections prepared by the Debtors and their professionals. Moelis conducted substantial due diligence on the Debtors' business operations, financial condition and proposed financial projections and forecasted operating model and attended extensive due diligence meetings with the Debtors, the Debtors' advisors and various parties-in-interest. Moelis also assessed the Debtors' current capital structure, including the

---

[3] The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of the Debtors and for the benefit of the estates; it is not intended to itemize each and every professional service which the Applicant performed.

crypto market's impact on account holders and balance sheet cryptocurrency, as well as liquidity.

d. **Hearing Preparation / Court Filings / Court Hearings**. During these chapter 11 cases, Moelis attended hearings, including the "First Day" hearing on November 29, 2022; the "Status Conference" and "Emergent Fidelity Technologies Turnover Motion" hearing on January 9, 2023; the "Second Day" hearing on January 17, 2023; the "Bidding Procedures" hearing on January 30, 2023; the Wallet Withdrawal Motion Hearing / Emergent Fidelity Adversary Status Conference on February 21, 2023; the SVB Deposits / Wallet Account Withdrawal Status Hearing on March 13, 2023; the Self-Mining Assets Sale Hearing on March 23, 2023; the Omnibus Hearing on April 19, 2023; the Omnibus Hearing on April 27, 2023; the Wallet Account Withdrawal Hearing on May 8, 2023; and the Omnibus Hearing on May 18, 2023. Moelis also assisted the Debtors and the Debtors' other advisors in preparing for these hearings and reviewing and revising various court filings.

e. **Chapter 11 Plan Process.** Moelis worked with the Debtors and their advisors to prepare, analyze, and negotiate potential chapter 11 plan alternatives and their corresponding impact on account holder recovery. Moelis facilitated diligence for and helped the Debtors prepare materials for various parties in interest in this process. Moelis helped management to diligence financial models upon which the Debtors could evaluate chapter 11 plan alternatives. In support of these efforts, Moelis conducted numerous calls with Debtors' management and their other advisors to refine such analysis.

f. **Strategic Alternative Analysis**. Moelis reviewed and analyzed potential strategic alternatives, including, among other things, M&A transactions, asset sales, and a standalone chapter 11 plan.

g. **Proposal Review**. Moelis reviewed multiple indications of interest pertaining to the Debtors. Moelis provided bid comparison materials to the Unsecured Creditors' Committee advisors and Debtors' other professionals.

h. **Auction Preparation / Auction**. The advisors held an auction February 28, 2023 for certain of the Debtor's Mining Assets. During this time, Moelis participated in numerous meetings and negotiations with bidders, conducted bid comparison analyses, and analyzed bidder's proposals. Moelis provided strategic advice and continual updates regarding submitted bid proposals. Moelis successfully fostered a competitive auction with multiple bids from several bidders.

i. **Other General Matters.** Moelis conducted investment banking and capital market services, including, but not limited to, services related to these chapter 11 cases generally, retention matters, chapter 11 procedures, and communications, administrative functions, and other matters not falling into any of the service categories listed above.

5. Anticipated distribution to creditors:

    a. Administration expenses: Unknown at this time.

    b. Secured creditors: Unknown at this time.

    c. Priority creditors: Unknown at this time.

    d. General unsecured creditors: Unknown at this time.

6. Final disposition of case and percentage of dividend paid to creditors: Unknown at this time.

    This is the fourth monthly fee statement.

**Exhibit A**

**RETENTION ORDER**

## Exhibit B

## SUMMARY TIME RECORDS FOR COMPENSATION PERIOD
## MAY 1, 2023 THROUGH AND INCLUDING MAY 31, 2023

*BlockFi Advisors*

**Moelis & Company**
**Summary of Hours Worked Detail**
*May 01, 2023 - May 31, 2023*

| Date | Jared Dermont<br>Managing Director | Michael DiYanni<br>Managing Director | Brian Tichenor<br>Managing Director | Barak Klein<br>Managing Director | Michael Mestayer<br>Executive Director | Cullen Murphy<br>Executive Director |
|---|---|---|---|---|---|---|
| 05/01/23 | 0.5 hour(s) | 2.0 hour(s) | 0.5 hour(s) | 1.5 hour(s) | 3.5 hour(s) | 2.0 hour(s) |
| 05/02/23 | 0.5 hour(s) | 0.5 hour(s) | - | 1.0 hour(s) | 0.5 hour(s) | 1.0 hour(s) |
| 05/03/23 | 2.5 hour(s) | 1.5 hour(s) | 2.0 hour(s) | 2.5 hour(s) | 3.5 hour(s) | 3.0 hour(s) |
| 05/04/23 | 1.0 hour(s) | 2.0 hour(s) | 2.0 hour(s) | 2.5 hour(s) | 3.0 hour(s) | 3.0 hour(s) |
| 05/05/23 | 1.0 hour(s) | 2.0 hour(s) | 2.5 hour(s) | 1.5 hour(s) | 1.0 hour(s) | 2.0 hour(s) |
| 05/06/23 | 0.5 hour(s) | 1.0 hour(s) | 2.0 hour(s) | 3.0 hour(s) | 1.0 hour(s) | 3.0 hour(s) |
| 05/07/23 | 1.0 hour(s) | - | - | 1.0 hour(s) | - | 1.0 hour(s) |
| 05/08/23 | 1.5 hour(s) | 3.0 hour(s) | 4.0 hour(s) | 2.0 hour(s) | 3.5 hour(s) | 2.0 hour(s) |
| 05/09/23 | 1.0 hour(s) | 1.0 hour(s) | - | 2.0 hour(s) | 1.0 hour(s) | 2.5 hour(s) |
| 05/10/23 | 1.0 hour(s) | 3.0 hour(s) | 1.5 hour(s) | 1.5 hour(s) | 7.0 hour(s) | 1.5 hour(s) |
| 05/11/23 | 1.5 hour(s) | 1.5 hour(s) | 2.5 hour(s) | 2.5 hour(s) | 2.0 hour(s) | 3.0 hour(s) |
| 05/12/23 | 2.0 hour(s) | 1.0 hour(s) | 2.5 hour(s) | 2.0 hour(s) | - | 3.0 hour(s) |
| 05/13/23 | - | - | - | - | - | - |
| 05/14/23 | - | - | - | 0.5 hour(s) | - | 0.5 hour(s) |
| 05/15/23 | 1.0 hour(s) | - | - | - | - | - |
| 05/16/23 | - | 0.5 hour(s) | - | 1.0 hour(s) | - | 1.0 hour(s) |
| 05/17/23 | - | 1.0 hour(s) | - | - | 1.0 hour(s) | - |
| 05/18/23 | 1.5 hour(s) | 1.5 hour(s) | 1.0 hour(s) | 1.5 hour(s) | 1.5 hour(s) | 1.0 hour(s) |
| 05/19/23 | - | - | - | - | - | - |
| 05/20/23 | 1.0 hour(s) | - | - | - | - | - |
| 05/21/23 | 0.5 hour(s) | 1.0 hour(s) | 1.0 hour(s) | - | 1.0 hour(s) | - |
| 05/22/23 | 0.5 hour(s) | - | - | 1.0 hour(s) | - | 1.0 hour(s) |
| 05/23/23 | 0.5 hour(s) | 1.5 hour(s) | 1.5 hour(s) | 1.5 hour(s) | 2.5 hour(s) | 1.5 hour(s) |
| 05/24/23 | 1.5 hour(s) | 1.0 hour(s) | 1.0 hour(s) | 2.0 hour(s) | 0.5 hour(s) | 2.0 hour(s) |
| 05/25/23 | 1.0 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | - | 0.5 hour(s) |
| 05/26/23 | 2.5 hour(s) | 2.0 hour(s) | 3.5 hour(s) | 2.5 hour(s) | 0.5 hour(s) | 3.0 hour(s) |
| 05/27/23 | - | - | - | - | - | - |
| 05/28/23 | 2.0 hour(s) | 1.5 hour(s) | 2.0 hour(s) | 0.5 hour(s) | - | 0.5 hour(s) |
| 05/29/23 | - | - | - | - | - | - |
| 05/30/23 | - | 1.0 hour(s) | - | - | 1.0 hour(s) | - |
| 05/31/23 | 1.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 1.5 hour(s) | - | 2.0 hour(s) |
| **Total** | **27.5 hour(s)** | **30.5 hour(s)** | **30.5 hour(s)** | **35.5 hour(s)** | **34.0 hour(s)** | **40.0 hour(s)** |

*BlockFi Advisors*

**Moelis & Company**
**Summary of Hours Worked Detail**
*May 01, 2023 - May 31, 2023*

| | May | | | | | | |
|---|---|---|---|---|---|---|---|
| Date | Nate Catez<br>Executive Director | Jos Prikazsky<br>Executive Director | Christopher Morris<br>Associate | Jessica Liang<br>Associate | Jonathan Rotbard<br>Analyst | Amy Tan<br>Analyst | Flora Sun<br>Analyst |
| 05/01/23 | 1.0 hour(s) | 0.5 hour(s) | 4.0 hour(s) | 1.0 hour(s) | 7.5 hour(s) | 0.5 hour(s) | 4.5 hour(s) |
| 05/02/23 | 0.5 hour(s) | 0.5 hour(s) | 1.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) | 1.0 hour(s) | 0.5 hour(s) |
| 05/03/23 | 2.5 hour(s) | 2.5 hour(s) | 5.0 hour(s) | 2.5 hour(s) | - | - | 5.5 hour(s) |
| 05/04/23 | 1.0 hour(s) | 2.0 hour(s) | 3.0 hour(s) | 1.0 hour(s) | - | 0.5 hour(s) | 1.5 hour(s) |
| 05/05/23 | - | 1.5 hour(s) | 3.0 hour(s) | - | - | - | - |
| 05/06/23 | - | 0.5 hour(s) | 3.5 hour(s) | - | - | - | - |
| 05/07/23 | - | - | 3.5 hour(s) | - | - | - | - |
| 05/08/23 | 1.5 hour(s) | 1.5 hour(s) | 2.5 hour(s) | 1.5 hour(s) | 5.0 hour(s) | 5.5 hour(s) | 2.0 hour(s) |
| 05/09/23 | - | 1.0 hour(s) | 2.5 hour(s) | - | 1.0 hour(s) | 1.5 hour(s) | 2.5 hour(s) |
| 05/10/23 | 0.5 hour(s) | 3.0 hour(s) | 5.0 hour(s) | 0.5 hour(s) | - | - | 0.5 hour(s) |
| 05/11/23 | 1.0 hour(s) | 1.5 hour(s) | 5.0 hour(s) | 1.0 hour(s) | 2.0 hour(s) | 2.0 hour(s) | 2.0 hour(s) |
| 05/12/23 | 0.5 hour(s) | 1.5 hour(s) | 4.0 hour(s) | 0.5 hour(s) | - | - | 0.5 hour(s) |
| 05/13/23 | - | 1.0 hour(s) | 2.0 hour(s) | - | - | - | 0.5 hour(s) |
| 05/14/23 | 0.5 hour(s) | 0.5 hour(s) | 3.0 hour(s) | - | - | 3.0 hour(s) | - |
| 05/15/23 | - | - | 2.0 hour(s) | - | - | 5.0 hour(s) | 2.0 hour(s) |
| 05/16/23 | - | - | 1.5 hour(s) | - | - | 5.0 hour(s) | 1.0 hour(s) |
| 05/17/23 | - | - | 0.5 hour(s) | - | 1.0 hour(s) | 3.0 hour(s) | 1.5 hour(s) |
| 05/18/23 | 1.5 hour(s) | 1.5 hour(s) | 1.5 hour(s) | - | 1.5 hour(s) | 6.5 hour(s) | 4.0 hour(s) |
| 05/19/23 | - | - | 1.0 hour(s) | - | - | - | - |
| 05/20/23 | - | 0.5 hour(s) | 1.0 hour(s) | - | - | - | - |
| 05/21/23 | 1.0 hour(s) | 0.5 hour(s) | 1.0 hour(s) | - | - | - | 0.5 hour(s) |
| 05/22/23 | 1.0 hour(s) | - | 1.0 hour(s) | - | - | - | 0.5 hour(s) |
| 05/23/23 | 0.5 hour(s) | 1.5 hour(s) | 1.5 hour(s) | - | 6.5 hour(s) | 3.5 hour(s) | - |
| 05/24/23 | 1.5 hour(s) | 1.0 hour(s) | 2.5 hour(s) | - | 0.5 hour(s) | 0.5 hour(s) | 0.5 hour(s) |
| 05/25/23 | 0.5 hour(s) | 1.0 hour(s) | 1.0 hour(s) | - | - | 0.5 hour(s) | 1.5 hour(s) |
| 05/26/23 | 1.5 hour(s) | 2.0 hour(s) | 3.5 hour(s) | - | 0.5 hour(s) | 0.5 hour(s) | 1.0 hour(s) |
| 05/27/23 | - | - | - | - | - | - | - |
| 05/28/23 | 1.0 hour(s) | 1.0 hour(s) | 3.0 hour(s) | - | - | - | - |
| 05/29/23 | - | - | - | - | - | - | - |
| 05/30/23 | - | - | - | - | 1.0 hour(s) | 1.0 hour(s) | 1.0 hour(s) |
| 05/31/23 | 1.5 hour(s) | 1.5 hour(s) | 2.5 hour(s) | - | - | - | 1.5 hour(s) |
| **Total** | **19.0 hour(s)** | **28.0 hour(s)** | **71.0 hour(s)** | **8.5 hour(s)** | **27.0 hour(s)** | **39.5 hour(s)** | **35.0 hour(s)** |

*BlockFi Advisors*

**Moelis & Company**
**Summary of Hours Worked Detail**
*May 01, 2023 - May 31, 2023*

**Total Hours:** 426.0 hour(s)

| Professional | Date | Hours | Category | Person |
|---|---|---|---|---|
| Jared Dermont | 5/1/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JD |
| Michael DiYanni | 5/1/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | MD |
| Michael DiYanni | 5/1/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | MD |
| Michael DiYanni | 5/1/2023 | 0.5 hour(s) | Meetings and Calls with Management and Creditors | MD |
| Barak Klein | 5/1/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | BK |
| Barak Klein | 5/1/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Brian Tichenor | 5/1/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | BT |
| Michael Mestayer | 5/1/2023 | 0.5 hour(s) | Other General Matters | MM |
| Michael Mestayer | 5/1/2023 | 3.0 hour(s) | Preparation/Review of Various Analyses and Documents | MM |
| Nate Catez | 5/1/2023 | 0.5 hour(s) | Other General Matters | NC |
| Nate Catez | 5/1/2023 | 0.5 hour(s) | Meetings and Calls with Management and Creditors | NC |
| Cullen Murphy | 5/1/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | CM |
| Cullen Murphy | 5/1/2023 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Jos Prikazsky | 5/1/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | JP |
| Jessica Liang | 5/1/2023 | 0.5 hour(s) | Other General Matters | JL |
| Jessica Liang | 5/1/2023 | 0.5 hour(s) | Meetings and Calls with Management and Creditors | JL |
| Jonathan Rotbard | 5/1/2023 | 0.5 hour(s) | Other General Matters | JR |
| Jonathan Rotbard | 5/1/2023 | 7.0 hour(s) | Preparation/Review of Various Analyses and Documents | JR |
| Amy Tan | 5/1/2023 | 0.5 hour(s) | Other General Matters | AT |
| Flora Sun | 5/1/2023 | 4.0 hour(s) | Preparation/Review of Various Analyses and Documents | FS |
| Flora Sun | 5/1/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | FS |
| Christopher Morris | 5/1/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | CH |
| Christopher Morris | 5/1/2023 | 0.5 hour(s) | Meetings and Calls with Potential Investors | CH |
| Christopher Morris | 5/1/2023 | 2.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Christopher Morris | 5/1/2023 | 0.5 hour(s) | Meetings and Calls with Management and Creditors | CH |
| Jared Dermont | 5/2/2023 | 0.5 hour(s) | Strategic Alternative Analysis | JD |
| Michael DiYanni | 5/2/2023 | 0.5 hour(s) | Strategic Alternative Analysis | MD |
| Barak Klein | 5/2/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Michael Mestayer | 5/2/2023 | 0.5 hour(s) | Strategic Alternative Analysis | MM |
| Nate Catez | 5/2/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | NC |
| Cullen Murphy | 5/2/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Jos Prikazsky | 5/2/2023 | 0.5 hour(s) | Strategic Alternative Analysis | JP |
| Jessica Liang | 5/2/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | JL |
| Jonathan Rotbard | 5/2/2023 | 0.5 hour(s) | Strategic Alternative Analysis | JR |
| Amy Tan | 5/2/2023 | 0.5 hour(s) | Other General Matters | AT |
| Amy Tan | 5/2/2023 | 0.5 hour(s) | Strategic Alternative Analysis | AT |
| Flora Sun | 5/2/2023 | 0.5 hour(s) | Strategic Alternative Analysis | FS |
| Christopher Morris | 5/2/2023 | 0.5 hour(s) | Strategic Alternative Analysis | CH |
| Christopher Morris | 5/2/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Jared Dermont | 5/3/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JD |
| Jared Dermont | 5/3/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JD |
| Jared Dermont | 5/3/2023 | 1.0 hour(s) | Chapter 11 Plan Process | JD |
| Michael DiYanni | 5/3/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | MD |
| Michael DiYanni | 5/3/2023 | 1.0 hour(s) | Chapter 11 Plan Process | MD |
| Barak Klein | 5/3/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Barak Klein | 5/3/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Barak Klein | 5/3/2023 | 1.0 hour(s) | Chapter 11 Plan Process | BK |
| Brian Tichenor | 5/3/2023 | 2.0 hour(s) | Chapter 11 Plan Process | BT |
| Michael Mestayer | 5/3/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | MM |
| Michael Mestayer | 5/3/2023 | 3.0 hour(s) | Chapter 11 Plan Process | MM |
| Nate Catez | 5/3/2023 | 0.5 hour(s) | Other General Matters | NC |
| Nate Catez | 5/3/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | NC |
| Nate Catez | 5/3/2023 | 0.5 hour(s) | Other General Matters | NC |
| Nate Catez | 5/3/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | NC |
| Cullen Murphy | 5/3/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Cullen Murphy | 5/3/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Cullen Murphy | 5/3/2023 | 1.5 hour(s) | Chapter 11 Plan Process | CM |
| Jos Prikazsky | 5/3/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JP |
| Jos Prikazsky | 5/3/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JP |
| Jos Prikazsky | 5/3/2023 | 1.5 hour(s) | Chapter 11 Plan Process | JP |
| Jessica Liang | 5/3/2023 | 0.5 hour(s) | Other General Matters | JL |
| Jessica Liang | 5/3/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | JL |
| Jessica Liang | 5/3/2023 | 0.5 hour(s) | Other General Matters | JL |
| Jessica Liang | 5/3/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | JL |
| Flora Sun | 5/3/2023 | 2.0 hour(s) | Preparation/Review of Various Analyses and Documents | FS |

*BlockFi Advisors*

**Moelis & Company**
**Summary of Hours Worked Detail**
*May 01, 2023 - May 31, 2023*

*Total Hours:* 426.0 hour(s)

| Professional | Date | Hours | Category | Person |
|---|---|---|---|---|
| Flora Sun | 5/3/2023 | 2.5 hour(s) | Preparation/Review of Various Analyses and Documents | FS |
| Flora Sun | 5/3/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | FS |
| Flora Sun | 5/3/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | FS |
| Christopher Morris | 5/3/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Christopher Morris | 5/3/2023 | 3.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Christopher Morris | 5/3/2023 | 1.5 hour(s) | Chapter 11 Plan Process | CH |
| Jared Dermont | 5/4/2023 | 0.5 hour(s) | Strategic Alternative Analysis | JD |
| Jared Dermont | 5/4/2023 | 0.5 hour(s) | Chapter 11 Plan Process | JD |
| Michael DiYanni | 5/4/2023 | 0.5 hour(s) | Strategic Alternative Analysis | MD |
| Michael DiYanni | 5/4/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | MD |
| Michael DiYanni | 5/4/2023 | 1.0 hour(s) | Chapter 11 Plan Process | MD |
| Barak Klein | 5/4/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Barak Klein | 5/4/2023 | 1.5 hour(s) | Chapter 11 Plan Process | BK |
| Brian Tichenor | 5/4/2023 | 2.0 hour(s) | Chapter 11 Plan Process | BT |
| Michael Mestayer | 5/4/2023 | 0.5 hour(s) | Strategic Alternative Analysis | MM |
| Michael Mestayer | 5/4/2023 | 2.5 hour(s) | Chapter 11 Plan Process | MM |
| Nate Catez | 5/4/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | NC |
| Nate Catez | 5/4/2023 | 0.5 hour(s) | Other General Matters | NC |
| Cullen Murphy | 5/4/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Cullen Murphy | 5/4/2023 | 2.0 hour(s) | Chapter 11 Plan Process | CM |
| Jos Prikazsky | 5/4/2023 | 0.5 hour(s) | Strategic Alternative Analysis | JP |
| Jos Prikazsky | 5/4/2023 | 1.5 hour(s) | Chapter 11 Plan Process | JP |
| Jessica Liang | 5/4/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | JL |
| Jessica Liang | 5/4/2023 | 0.5 hour(s) | Other General Matters | JL |
| Amy Tan | 5/4/2023 | 0.5 hour(s) | Other General Matters | AT |
| Flora Sun | 5/4/2023 | 1.5 hour(s) | Preparation/Review of Various Analyses and Documents | FS |
| Christopher Morris | 5/4/2023 | 0.5 hour(s) | Strategic Alternative Analysis | CH |
| Christopher Morris | 5/4/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Christopher Morris | 5/4/2023 | 1.5 hour(s) | Chapter 11 Plan Process | CH |
| Jared Dermont | 5/5/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JD |
| Michael DiYanni | 5/5/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | MD |
| Michael DiYanni | 5/5/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | MD |
| Barak Klein | 5/5/2023 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Brian Tichenor | 5/5/2023 | 2.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BT |
| Michael Mestayer | 5/5/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | MM |
| Cullen Murphy | 5/5/2023 | 2.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Jos Prikazsky | 5/5/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JP |
| Jos Prikazsky | 5/5/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | JP |
| Christopher Morris | 5/5/2023 | 2.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Christopher Morris | 5/5/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | CH |
| Jared Dermont | 5/6/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | JD |
| Michael DiYanni | 5/6/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | MD |
| Barak Klein | 5/6/2023 | 1.5 hour(s) | Preparation/Review of Various Analyses and Documents | BK |
| Barak Klein | 5/6/2023 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Brian Tichenor | 5/6/2023 | 2.0 hour(s) | Preparation/Review of Various Analyses and Documents | BT |
| Michael Mestayer | 5/6/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | MM |
| Cullen Murphy | 5/6/2023 | 1.5 hour(s) | Preparation/Review of Various Analyses and Documents | CM |
| Cullen Murphy | 5/6/2023 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Jos Prikazsky | 5/6/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | JP |
| Christopher Morris | 5/6/2023 | 1.5 hour(s) | Preparation/Review of Various Analyses and Documents | CH |
| Christopher Morris | 5/6/2023 | 2.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Jared Dermont | 5/7/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JD |
| Barak Klein | 5/7/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Cullen Murphy | 5/7/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Christopher Morris | 5/7/2023 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Christopher Morris | 5/7/2023 | 2.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Jared Dermont | 5/8/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JD |
| Jared Dermont | 5/8/2023 | 0.5 hour(s) | Chapter 11 Plan Process | JD |
| Michael DiYanni | 5/8/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | MD |
| Michael DiYanni | 5/8/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | MD |
| Michael DiYanni | 5/8/2023 | 1.0 hour(s) | Chapter 11 Plan Process | MD |
| Barak Klein | 5/8/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Barak Klein | 5/8/2023 | 1.0 hour(s) | Chapter 11 Plan Process | BK |
| Brian Tichenor | 5/8/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BT |
| Brian Tichenor | 5/8/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BT |

*BlockFi Advisors*

**Moelis & Company**
**Summary of Hours Worked Detail**
*May 01, 2023 - May 31, 2023*

*Total Hours:*     426.0 hour(s)

| Professional | Date | Hours | Category | Person |
|---|---|---|---|---|
| Brian Tichenor | 5/8/2023 | 2.0 hour(s) | Chapter 11 Plan Process | BT |
| Michael Mestayer | 5/8/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | MM |
| Michael Mestayer | 5/8/2023 | 2.5 hour(s) | Preparation/Review of Various Analyses and Documents | MM |
| Nate Catez | 5/8/2023 | 0.5 hour(s) | Other General Matters | NC |
| Nate Catez | 5/8/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | NC |
| Nate Catez | 5/8/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | NC |
| Cullen Murphy | 5/8/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Cullen Murphy | 5/8/2023 | 1.0 hour(s) | Chapter 11 Plan Process | CM |
| Jos Prikazsky | 5/8/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JP |
| Jos Prikazsky | 5/8/2023 | 0.5 hour(s) | Chapter 11 Plan Process | JP |
| Jessica Liang | 5/8/2023 | 0.5 hour(s) | Other General Matters | JL |
| Jessica Liang | 5/8/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | JL |
| Jessica Liang | 5/8/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | JL |
| Jonathan Rotbard | 5/8/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JR |
| Jonathan Rotbard | 5/8/2023 | 4.0 hour(s) | Preparation/Review of Various Analyses and Documents | JR |
| Amy Tan | 5/8/2023 | 0.5 hour(s) | Other General Matters | AT |
| Amy Tan | 5/8/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | AT |
| Amy Tan | 5/8/2023 | 4.0 hour(s) | Preparation/Review of Various Analyses and Documents | AT |
| Flora Sun | 5/8/2023 | 1.0 hour(s) | Chapter 11 Plan Process | FS |
| Flora Sun | 5/8/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | FS |
| Christopher Morris | 5/8/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Christopher Morris | 5/8/2023 | 1.5 hour(s) | Chapter 11 Plan Process | CH |
| Jared Dermont | 5/9/2023 | 1.0 hour(s) | Meetings and Calls with Management and Creditors | JD |
| Michael DiYanni | 5/9/2023 | 1.0 hour(s) | Meetings and Calls with Management and Creditors | MD |
| Barak Klein | 5/9/2023 | 1.0 hour(s) | Meetings and Calls with Management and Creditors | BK |
| Barak Klein | 5/9/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Michael Mestayer | 5/9/2023 | 1.0 hour(s) | Strategic Alternative Analysis | MM |
| Cullen Murphy | 5/9/2023 | 1.0 hour(s) | Meetings and Calls with Management and Creditors | CM |
| Cullen Murphy | 5/9/2023 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Jos Prikazsky | 5/9/2023 | 1.0 hour(s) | Meetings and Calls with Management and Creditors | JP |
| Jonathan Rotbard | 5/9/2023 | 1.0 hour(s) | Strategic Alternative Analysis | JR |
| Amy Tan | 5/9/2023 | 0.5 hour(s) | Other General Matters | AT |
| Amy Tan | 5/9/2023 | 1.0 hour(s) | Strategic Alternative Analysis | AT |
| Flora Sun | 5/9/2023 | 1.5 hour(s) | Preparation/Review of Various Analyses and Documents | FS |
| Flora Sun | 5/9/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | FS |
| Christopher Morris | 5/9/2023 | 1.0 hour(s) | Meetings and Calls with Management and Creditors | CH |
| Christopher Morris | 5/9/2023 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Jared Dermont | 5/10/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | JD |
| Michael DiYanni | 5/10/2023 | 2.0 hour(s) | Preparation/Review of Various Analyses and Documents | MD |
| Michael DiYanni | 5/10/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | MD |
| Barak Klein | 5/10/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Barak Klein | 5/10/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | BK |
| Brian Tichenor | 5/10/2023 | 1.5 hour(s) | Preparation/Review of Various Analyses and Documents | BT |
| Michael Mestayer | 5/10/2023 | 4.0 hour(s) | Preparation/Review of Various Analyses and Documents | MM |
| Michael Mestayer | 5/10/2023 | 3.0 hour(s) | Preparation/Review of Various Analyses and Documents | MM |
| Nate Catez | 5/10/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | NC |
| Cullen Murphy | 5/10/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Cullen Murphy | 5/10/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | CM |
| Jos Prikazsky | 5/10/2023 | 2.0 hour(s) | Preparation/Review of Various Analyses and Documents | JP |
| Jos Prikazsky | 5/10/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | JP |
| Jessica Liang | 5/10/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | JL |
| Flora Sun | 5/10/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | FS |
| Christopher Morris | 5/10/2023 | 2.0 hour(s) | Preparation/Review of Various Analyses and Documents | CH |
| Christopher Morris | 5/10/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Christopher Morris | 5/10/2023 | 2.0 hour(s) | Preparation/Review of Various Analyses and Documents | CH |
| Jared Dermont | 5/11/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JD |
| Jared Dermont | 5/11/2023 | 0.5 hour(s) | Strategic Alternative Analysis | JD |
| Michael DiYanni | 5/11/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | MD |
| Michael DiYanni | 5/11/2023 | 0.5 hour(s) | Strategic Alternative Analysis | MD |
| Barak Klein | 5/11/2023 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Barak Klein | 5/11/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Brian Tichenor | 5/11/2023 | 2.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BT |
| Michael Mestayer | 5/11/2023 | 0.5 hour(s) | Meetings and Calls with Potential Investors | MM |
| Michael Mestayer | 5/11/2023 | 1.5 hour(s) | Meetings and Calls with Management and Creditors | MM |
| Nate Catez | 5/11/2023 | 1.0 hour(s) | Meetings and Calls with Management and Creditors | NC |

*BlockFi Advisors*

**Moelis & Company**
**Summary of Hours Worked Detail**
*May 01, 2023 - May 31, 2023*

*Total Hours:*  426.0 hour(s)

| Professional | Date | Hours | Category | Person |
|---|---|---|---|---|
| Cullen Murphy | 5/11/2023 | 2.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Cullen Murphy | 5/11/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Jos Prikazsky | 5/11/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JP |
| Jos Prikazsky | 5/11/2023 | 0.5 hour(s) | Strategic Alternative Analysis | JP |
| Jessica Liang | 5/11/2023 | 1.0 hour(s) | Meetings and Calls with Management and Creditors | JL |
| Jonathan Rotbard | 5/11/2023 | 0.5 hour(s) | Meetings and Calls with Potential Investors | JR |
| Jonathan Rotbard | 5/11/2023 | 1.5 hour(s) | Meetings and Calls with Management and Creditors | JR |
| Amy Tan | 5/11/2023 | 0.5 hour(s) | Meetings and Calls with Potential Investors | AT |
| Amy Tan | 5/11/2023 | 1.5 hour(s) | Meetings and Calls with Management and Creditors | AT |
| Flora Sun | 5/11/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | FS |
| Flora Sun | 5/11/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | FS |
| Flora Sun | 5/11/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | FS |
| Christopher Morris | 5/11/2023 | 2.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Christopher Morris | 5/11/2023 | 0.5 hour(s) | Strategic Alternative Analysis | CH |
| Christopher Morris | 5/11/2023 | 2.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Jared Dermont | 5/12/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JD |
| Jared Dermont | 5/12/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JD |
| Jared Dermont | 5/12/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JD |
| Michael DiYanni | 5/12/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | MD |
| Barak Klein | 5/12/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Barak Klein | 5/12/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Barak Klein | 5/12/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Brian Tichenor | 5/12/2023 | 2.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BT |
| Nate Catez | 5/12/2023 | 0.5 hour(s) | Other General Matters | NC |
| Cullen Murphy | 5/12/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Cullen Murphy | 5/12/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Cullen Murphy | 5/12/2023 | 2.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Jos Prikazsky | 5/12/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JP |
| Jos Prikazsky | 5/12/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JP |
| Jessica Liang | 5/12/2023 | 0.5 hour(s) | Other General Matters | JL |
| Flora Sun | 5/12/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | FS |
| Christopher Morris | 5/12/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Christopher Morris | 5/12/2023 | 2.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Christopher Morris | 5/12/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Jos Prikazsky | 5/13/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | JP |
| Flora Sun | 5/13/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | FS |
| Christopher Morris | 5/13/2023 | 2.0 hour(s) | Preparation/Review of Various Analyses and Documents | CH |
| Barak Klein | 5/14/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Nate Catez | 5/14/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | NC |
| Cullen Murphy | 5/14/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Jos Prikazsky | 5/14/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | JP |
| Amy Tan | 5/14/2023 | 3.0 hour(s) | Strategic Alternative Analysis | AT |
| Christopher Morris | 5/14/2023 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Christopher Morris | 5/14/2023 | 1.5 hour(s) | Preparation/Review of Various Analyses and Documents | CH |
| Jared Dermont | 5/15/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JD |
| Amy Tan | 5/15/2023 | 5.0 hour(s) | Strategic Alternative Analysis | AT |
| Flora Sun | 5/15/2023 | 2.0 hour(s) | Preparation/Review of Various Analyses and Documents | FS |
| Christopher Morris | 5/15/2023 | 2.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Michael DiYanni | 5/16/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | MD |
| Barak Klein | 5/16/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Cullen Murphy | 5/16/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Amy Tan | 5/16/2023 | 5.0 hour(s) | Strategic Alternative Analysis | AT |
| Flora Sun | 5/16/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | FS |
| Christopher Morris | 5/16/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | CH |
| Christopher Morris | 5/16/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Michael DiYanni | 5/17/2023 | 1.0 hour(s) | Meetings and Calls with Potential Investors | MD |
| Michael Mestayer | 5/17/2023 | 1.0 hour(s) | Meetings and Calls with Potential Investors | MM |
| Jonathan Rotbard | 5/17/2023 | 1.0 hour(s) | Meetings and Calls with Potential Investors | JR |
| Amy Tan | 5/17/2023 | 2.0 hour(s) | Strategic Alternative Analysis | AT |
| Amy Tan | 5/17/2023 | 1.0 hour(s) | Meetings and Calls with Potential Investors | AT |
| Flora Sun | 5/17/2023 | 0.5 hour(s) | Chapter 11 Plan Process | FS |
| Flora Sun | 5/17/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | FS |
| Christopher Morris | 5/17/2023 | 0.5 hour(s) | Chapter 11 Plan Process | CH |
| Jared Dermont | 5/18/2023 | 0.5 hour(s) | Strategic Alternative Analysis | JD |
| Jared Dermont | 5/18/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JD |

*BlockFi Advisors*

**Moelis & Company**
**Summary of Hours Worked Detail**
*May 01, 2023 - May 31, 2023*

*Total Hours:*  426.0 hour(s)

| Professional | Date | Hours | Category | Person |
|---|---|---|---|---|
| Michael DiYanni | 5/18/2023 | 0.5 hour(s) | Strategic Alternative Analysis | MD |
| Michael DiYanni | 5/18/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | MD |
| Barak Klein | 5/18/2023 | 0.5 hour(s) | Strategic Alternative Analysis | BK |
| Barak Klein | 5/18/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Brian Tichenor | 5/18/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BT |
| Michael Mestayer | 5/18/2023 | 0.5 hour(s) | Meetings and Calls with Management and Creditors | MM |
| Michael Mestayer | 5/18/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | MM |
| Nate Catez | 5/18/2023 | 0.5 hour(s) | Strategic Alternative Analysis | NC |
| Nate Catez | 5/18/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | NC |
| Cullen Murphy | 5/18/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Jos Prikazsky | 5/18/2023 | 0.5 hour(s) | Strategic Alternative Analysis | JP |
| Jos Prikazsky | 5/18/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JP |
| Jonathan Rotbard | 5/18/2023 | 0.5 hour(s) | Meetings and Calls with Management and Creditors | JR |
| Jonathan Rotbard | 5/18/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JR |
| Amy Tan | 5/18/2023 | 5.0 hour(s) | Strategic Alternative Analysis | AT |
| Amy Tan | 5/18/2023 | 0.5 hour(s) | Meetings and Calls with Management and Creditors | AT |
| Amy Tan | 5/18/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | AT |
| Flora Sun | 5/18/2023 | 2.5 hour(s) | Preparation/Review of Various Analyses and Documents | FS |
| Flora Sun | 5/18/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | FS |
| Flora Sun | 5/18/2023 | 0.5 hour(s) | Strategic Alternative Analysis | FS |
| Christopher Morris | 5/18/2023 | 0.5 hour(s) | Strategic Alternative Analysis | CH |
| Christopher Morris | 5/18/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Christopher Morris | 5/19/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Jared Dermont | 5/20/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JD |
| Jos Prikazsky | 5/20/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JP |
| Christopher Morris | 5/20/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Jared Dermont | 5/21/2023 | 0.5 hour(s) | Chapter 11 Plan Process | JD |
| Michael DiYanni | 5/21/2023 | 1.0 hour(s) | Chapter 11 Plan Process | MD |
| Brian Tichenor | 5/21/2023 | 1.0 hour(s) | Chapter 11 Plan Process | BT |
| Michael Mestayer | 5/21/2023 | 1.0 hour(s) | Chapter 11 Plan Process | MM |
| Nate Catez | 5/21/2023 | 1.0 hour(s) | Chapter 11 Plan Process | NC |
| Jos Prikazsky | 5/21/2023 | 0.5 hour(s) | Chapter 11 Plan Process | JP |
| Flora Sun | 5/21/2023 | 0.5 hour(s) | Chapter 11 Plan Process | FS |
| Christopher Morris | 5/21/2023 | 1.0 hour(s) | Chapter 11 Plan Process | CH |
| Jared Dermont | 5/22/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JD |
| Barak Klein | 5/22/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Nate Catez | 5/22/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | NC |
| Cullen Murphy | 5/22/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Flora Sun | 5/22/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | FS |
| Christopher Morris | 5/22/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Jared Dermont | 5/23/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | JD |
| Michael DiYanni | 5/23/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | MD |
| Michael DiYanni | 5/23/2023 | 1.0 hour(s) | Strategic Alternative Analysis | MD |
| Barak Klein | 5/23/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | BK |
| Barak Klein | 5/23/2023 | 1.0 hour(s) | Strategic Alternative Analysis | BK |
| Brian Tichenor | 5/23/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | BT |
| Brian Tichenor | 5/23/2023 | 1.0 hour(s) | Strategic Alternative Analysis | BT |
| Michael Mestayer | 5/23/2023 | 2.0 hour(s) | Preparation/Review of Various Analyses and Documents | MM |
| Michael Mestayer | 5/23/2023 | 0.5 hour(s) | Meetings and Calls with Management and Creditors | MM |
| Nate Catez | 5/23/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | NC |
| Cullen Murphy | 5/23/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | CM |
| Cullen Murphy | 5/23/2023 | 1.0 hour(s) | Strategic Alternative Analysis | CM |
| Jos Prikazsky | 5/23/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | JP |
| Jos Prikazsky | 5/23/2023 | 1.0 hour(s) | Strategic Alternative Analysis | JP |
| Jonathan Rotbard | 5/23/2023 | 6.0 hour(s) | Preparation/Review of Various Analyses and Documents | JR |
| Jonathan Rotbard | 5/23/2023 | 0.5 hour(s) | Meetings and Calls with Management and Creditors | JR |
| Amy Tan | 5/23/2023 | 3.0 hour(s) | Preparation/Review of Various Analyses and Documents | AT |
| Amy Tan | 5/23/2023 | 0.5 hour(s) | Meetings and Calls with Management and Creditors | AT |
| Christopher Morris | 5/23/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | CH |
| Christopher Morris | 5/23/2023 | 1.0 hour(s) | Strategic Alternative Analysis | CH |
| Jared Dermont | 5/24/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JD |
| Jared Dermont | 5/24/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | JD |
| Michael DiYanni | 5/24/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | MD |
| Barak Klein | 5/24/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Barak Klein | 5/24/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | BK |

*BlockFi Advisors*

**Moelis & Company**
**Summary of Hours Worked Detail**
*May 01, 2023 - May 31, 2023*

**Total Hours:** 426.0 hour(s)

| Professional | Date | Hours | Category | Person |
|---|---|---|---|---|
| Brian Tichenor | 5/24/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | BT |
| Michael Mestayer | 5/24/2023 | 0.5 hour(s) | Meetings and Calls with Management and Creditors | MM |
| Nate Catez | 5/24/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | NC |
| Nate Catez | 5/24/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | NC |
| Cullen Murphy | 5/24/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Cullen Murphy | 5/24/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | CM |
| Jos Prikazsky | 5/24/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | JP |
| Jonathan Rotbard | 5/24/2023 | 0.5 hour(s) | Meetings and Calls with Management and Creditors | JR |
| Amy Tan | 5/24/2023 | 0.5 hour(s) | Meetings and Calls with Management and Creditors | AT |
| Flora Sun | 5/24/2023 | 0.5 hour(s) | Chapter 11 Plan Process | FS |
| Christopher Morris | 5/24/2023 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Christopher Morris | 5/24/2023 | 1.0 hour(s) | Preparation/Review of Various Analyses and Documents | CH |
| Jared Dermont | 5/25/2023 | 0.5 hour(s) | Meetings and Calls with Potential Investors | JD |
| Jared Dermont | 5/25/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | JD |
| Michael DiYanni | 5/25/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | MD |
| Barak Klein | 5/25/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | BK |
| Brian Tichenor | 5/25/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | BT |
| Nate Catez | 5/25/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | NC |
| Cullen Murphy | 5/25/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | CM |
| Jos Prikazsky | 5/25/2023 | 0.5 hour(s) | Meetings and Calls with Potential Investors | JP |
| Jos Prikazsky | 5/25/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | JP |
| Amy Tan | 5/25/2023 | 0.5 hour(s) | Other General Matters | AT |
| Flora Sun | 5/25/2023 | 0.5 hour(s) | Meetings and Calls with Potential Investors | FS |
| Flora Sun | 5/25/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | FS |
| Flora Sun | 5/25/2023 | 0.5 hour(s) | Chapter 11 Plan Process | FS |
| Christopher Morris | 5/25/2023 | 0.5 hour(s) | Meetings and Calls with Potential Investors | CH |
| Christopher Morris | 5/25/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | CH |
| Jared Dermont | 5/26/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JD |
| Jared Dermont | 5/26/2023 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JD |
| Michael DiYanni | 5/26/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | MD |
| Michael DiYanni | 5/26/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | MD |
| Barak Klein | 5/26/2023 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Barak Klein | 5/26/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Brian Tichenor | 5/26/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BT |
| Brian Tichenor | 5/26/2023 | 2.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BT |
| Michael Mestayer | 5/26/2023 | 0.5 hour(s) | Meetings and Calls with Management and Creditors | MM |
| Nate Catez | 5/26/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | NC |
| Nate Catez | 5/26/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | NC |
| Cullen Murphy | 5/26/2023 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Cullen Murphy | 5/26/2023 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Jos Prikazsky | 5/26/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JP |
| Jos Prikazsky | 5/26/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JP |
| Jonathan Rotbard | 5/26/2023 | 0.5 hour(s) | Meetings and Calls with Management and Creditors | JR |
| Amy Tan | 5/26/2023 | 0.5 hour(s) | Meetings and Calls with Management and Creditors | AT |
| Flora Sun | 5/26/2023 | 1.0 hour(s) | Chapter 11 Plan Process | FS |
| Christopher Morris | 5/26/2023 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Christopher Morris | 5/26/2023 | 2.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Jared Dermont | 5/28/2023 | 2.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JD |
| Michael DiYanni | 5/28/2023 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | MD |
| Barak Klein | 5/28/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |
| Brian Tichenor | 5/28/2023 | 2.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BT |
| Nate Catez | 5/28/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | NC |
| Cullen Murphy | 5/28/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Jos Prikazsky | 5/28/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JP |
| Christopher Morris | 5/28/2023 | 2.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Christopher Morris | 5/28/2023 | 1.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |
| Michael DiYanni | 5/30/2023 | 1.0 hour(s) | Meetings and Calls with Potential Investors | MD |
| Michael Mestayer | 5/30/2023 | 1.0 hour(s) | Meetings and Calls with Potential Investors | MM |
| Jonathan Rotbard | 5/30/2023 | 1.0 hour(s) | Meetings and Calls with Potential Investors | JR |
| Amy Tan | 5/30/2023 | 1.0 hour(s) | Meetings and Calls with Potential Investors | AT |
| Flora Sun | 5/30/2023 | 0.5 hour(s) | Preparation/Review of Various Analyses and Documents | FS |
| Flora Sun | 5/30/2023 | 0.5 hour(s) | Chapter 11 Plan Process | FS |
| Jared Dermont | 5/31/2023 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JD |
| Michael DiYanni | 5/31/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | MD |
| Barak Klein | 5/31/2023 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BK |

*BlockFi Advisors*

**Moelis & Company**
**Summary of Hours Worked Detail**
*May 01, 2023 - May 31, 2023*

*Total Hours:*  426.0 *hour(s)*

| Professional | Date | Hours | Category | Person |
|---|---|---|---|---|
| Brian Tichenor | 5/31/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | BT |
| Nate Catez | 5/31/2023 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | NC |
| Cullen Murphy | 5/31/2023 | 2.0 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CM |
| Jos Prikazsky | 5/31/2023 | 1.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | JP |
| Flora Sun | 5/31/2023 | 0.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | FS |
| Flora Sun | 5/31/2023 | 1.0 hour(s) | Chapter 11 Plan Process | FS |
| Christopher Morris | 5/31/2023 | 2.5 hour(s) | Hearing Preparation / Court Filings / Court Hearings | CH |