| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (TRENTON)<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Adam S. Ravin (No. 047591995)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:  adam.ravin@lw.com | |
| In re:<br><br>BLOCKFI INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered)<br><br>Judge: Honorable Michael B. Kaplan |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Bankr. P. 2002(g), 9007 and 9010, the undersigned appears for and on behalf of Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized joint liquidators (collectively, the "**Joint Liquidators**") appointed in the British Virgin Islands ("**BVI**") liquidation of Three Arrows Capital, Ltd. (in liquidation) ("**3AC**") and foreign representatives of 3AC, as recognized pursuant to chapter 15 of the Bankruptcy Code in the case captioned *In re Three Arrows Capital, Ltd.*, Case No. 22-10920 (MG) (Bankr. S.D.N.Y. 2022), each a party in interest in the above-captioned chapter 11 case, and requests that all notices given or required to be given in this case and all papers served or required

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

to be served in this case, be given to and served upon the following, and the following be added to any special or limited service lists used in this case:

> Adam S. Ravin
> Adam J. Goldberg
> Christopher Harris
> Brett M. Neve
> Nacif Taousse
> LATHAM & WATKINS LLP
> 1271 Avenue of the Americas
> New York, NY 10020
> Telephone: (212) 906-1200
> Facsimile: (212) 751-4864
> Email:    adam.ravin@lw.com
>           adam.goldberg@lw.com
>           christopher.harris@lw.com
>           brett.neve@lw.com
>           nacif.taousse@lw.com
>
> -and-
>
> Nima H. Mohebbi
> Tiffany M. Ikeda
> LATHAM & WATKINS LLP
> 355 South Grand Avenue, Suite 100
> Los Angeles, CA 90071
> Telephone: (213) 485-1234
> Facsimile: (213) 891-8763
> Email:    nima.mohebbi@lw.com
>           tiffany.ikeda@lw.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the Joint Liquidators' rights (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to assert any other rights, claims, actions, setoffs, or recoupment to which the Joint Liquidators' are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupment it expressly reserves. Further, this Notice

of Appearance and Request for Service of Papers constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge jurisdiction of any court including, without limitation, the United States Bankruptcy Court for the District of New Jersey, all of which rights are reserved without prejudice.

This Notice of Appearance and Request for Service of Papers does not give express or implied consent by Latham & Watkins LLP to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

<u>Dated: July 5, 2023</u>

/s/*Adam S. Ravin*
Adam S. Ravin (No. 047591995)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020-1401
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: adam.ravin@lw.com

*Counsel to the Foreign Representatives
of Three Arrows Capital, Ltd. (in liquidation)*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of July, 2023, a true and correct copy of the foregoing Notice was furnished to all ECF Participants via the CM/ECF system, and further, served by email upon the following:

**Debtors' Counsel**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
**COLE SCHOTZ P.C.**
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Tel: (201) 489-3000
Email: msirota@coleschotz.com
         wusatine@coleschotz.com

Joshua A. Sussberg, P.C.
Christine A. Okike, P.C.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
Email: jsussberg@kirkland.com
         christine.okike@kirkland.com

Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
HAYNES AND BOONE, LLP
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
Tel: (212) 659-7300
Email: richard.kanowitz@haynesboone.com
         kenric.kattner@haynesboone.com

**Counsel to the Official Committee of Unsecured Creditors**
GENOVA BURNS LLC
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
Gregory S. Kinoian, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Tel: (973) 230-2095
Fax: (973) 533-1112

Email: DStolz@genovaburns.com
DClarke@genovaburns.com
GKinoian@genovaburns.com

BROWN RUDNICK LLP
Robert J. Stark, Esq.
Kenneth J. Aulet, Esq.
Bennett S. Silverberg, Esq.
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Fax: (212) 209-4801
Email: rstark@brownrudnick.com
kaulet@brownrudnick.com
bsilverberg@brownrudnick.com

Stephen D. Palley, Esq.
601 Thirteenth Street, NW
Washington, DC 20005
Tel: (202) 536-1700
Fax: (202) 536-1701
Email: spalley@brownrudnick.com

Tristan G. Axelrod, Esq.
Sharon I. Dwoskin, Esq.
One Financial Center Boston, MA 02111
Tel: (617) 856-8200
Fax: (617) 856-8201
Email: taxelrod@brownrudnick.com
sdwoskin@brownrudnick.com

**Office of the U.S. Trustee**
UNITED STATES DEPARTMENT OF JUSTICE OFFICE OF THE UNITED STATES TRUSTEE ANDREW R. VARA UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esq.
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: jeffrey.m.sponder@usdoj.gov
lauren.bielskie@usdoj.gov

                                                /s/Adam S. Ravin
                                                Adam S. Ravin (No. 047591995)