**SULLIVAN & CROMWELL LLP**
James L. Bromley (NJ Bar No. 1551996)
Andrew G. Dietderich (*pro hac vice*)
Brian D. Glueckstein (*pro hac vice*)
Benjamin S. Beller (*pro hac vice* to be filed)
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
E-mail:  bromleyj@sullcrom.com
           dietdericha@sullcrom.com
           gluecksteinb@sullcrom.com
           bellerb@sullcrom.com

*Counsel for the FTX Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered)<br><br>Hearing Date:  July 6, 2023, at 10:00 a.m. |

**CERTIFICATE OF SERVICE**

1. I, Zhuofan Chen:

    ☐ represent _____, in this matter.

    ☒ am the paralegal for <u>James L. Bromley, Esq.</u>, who represents the FTX Debtors in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On July 5, 2023 and July 6, 2023, I caused to be served a copy of the following pleadings and/or documents to the parties listed in **Exhibit A**, via the mode(s) of service indicated therein:

    **Docket No. 1154.** Objection of the FTX Debtors to BlockFi Debtors' Motion for Approval of Disclosure Statement, Solicitation Procedures and Forms, and Confirmation Schedule [Dkt. No. 876]

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 6, 2023

*/s/ Zhuofan Chen*
Zhuofan Chen
Paralegal

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| See attached Exhibit A. | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

# **Exhibit A**

In re: BlockFi Inc., *et al.*
Master Service List
Case No. 22-19361 (MBK)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| Indenture Trustee | Ankura Trust Company, LLC, as Trustee for the Indenture Dated as of February 28, 2022 | Attn: James J. McGinley | 140 Sherman Street, 4th Floor | | Fairfield | CT | 06824 | james.mcginley@ankura.com | E-mail |
| Counsel to Kyle Klaus | Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Joshua S. Bauchner | 365 Rifle Camp Road | | Woodland Park | NJ | 07424 | ajd@ansellgrimm.com jb@ansellgrimm.com | E-mail |
| Counsel to Rui Pedro Vaz dos Santos Teixeira | Barclay Damon LLP | Attn: Scott L. Fleischer | 1270 Avenue of the Americas | Suite 501 | New York | NY | 10020 | sfleischer@barclaydamon.com | E-mail |
| Debtors | BlockFi Inc. | Attn: President or General Counsel | 100 Horizon Center Blvd. | 1st and 2nd Floors | Hamilton | NJ | 08691 | | First-Class Mail |
| Counsel to Ge Song | Boyle & Valenti Law, P.C. | Attn: Carrie J. Boyle, Esq. | 1940 Route 70 East | Suite 4 | Cherry Hill | NJ | 08003 | cboyle@b-vlaw.com | E-mail |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq. | 7 Times Square | | New York | NY | 10036 | rstark@brownrudnick.com kaulet@brownrudnick.com bsilverberg@brownrudnick.com | E-mail |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | Attn: Stephen D. Palley, Esq. | 601 Thirteenth Street NW | | Washington | DC | 20005 | spalley@brownrudnick.com | E-mail |
| Counsel to the Debtors | Cole Schotz P.C. | Attn: Felice R. Yudkin, Rebecca W. Hollander, Michael D. Sirota, Warren A. Usatine | 25 Main Street | | Hackensack | NJ | 07601 | FYudkin@coleschotz.com Msirota@coleschotz.com wusatine@coleschotz.com | E-mail |
| State Attorney General | Commonwealth of Puerto Rico | Attn: Bankruptcy Department | Apartado 9020192 | | San Juan | PR | 00902-0192 | | First-Class Mail |
| Counsel to Zachary Lee Prince | Day Pitney LLP | Attn: Stephen R. Catanzaro | One Jefferson Road | | Parsippany | NJ | 07054 | scatanzaro@daypitney.com | E-mail |
| Counsel to Matthew Gordon | Dorf & Nelson LLP | Attn: Andrew P. Marks | The International Corporate Center | 555 Theodore Fremd Avenue | Rye | NY | 10580 | amarks@dorflaw.com | E-mail |
| Environmental Protection Agency - Region 2 | Environmental Protection Agency | Attn: Bankruptcy Division | 290 Broadway | | New York | NY | 10007-1866 | | First-Class Mail |
| Environmental Protection Agency | Environmental Protection Agency | Attn: General Counsel | Office Of General Counsel 2310A | 1200 Pennsylvania Ave NW, 2310A | Washington | DC | 20460 | | First-Class Mail |
| Counsel to John Lymn | Fox Rothschild, LLP | Attn: Mark E. Hall | 49 Market Street | | Morristown | NJ | 07960 | mhall@foxrothschild.com | E-mail |
| Counsel to the Official Committee of Unsecured Creditors | Genova Burns LLC | Attn: Daniel M. Stolz, Esq., Donald W. Clarke, Esq., Gregory S. Kinoian, Esq. | 110 Allen Road, Suite 304 | | Basking Ridge | NJ | 07920 | dstolz@genovaburns.com dclarke@genovaburns.com | E-mail |
| Interested Party | George J. Gerro, Esq. | Attn: George J. Gerro | 530 S. Glenoaks Blvd. | Suite 200 | Burbank | CA | 91502 | george@gerrolaw.com | E-mail |
| Interested Party | George S. Wynns | Attn: George S. Wynns | 124 Brewster Street | | San Francisco | CA | 94110 | georgewynns@gmail.com | E-mail |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Gibbons P.C. | Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly | One Gateway Center | | Newark | NJ | 07102 | rmalone@gibbonslaw.com btheisen@gibbonslaw.com kmcevilly@gibbonslaw.com | E-mail |
| Counsel to George J. Gerro and Nancy Fout | Gorski & Knowlton Pc | Attn: Carol L. Knowlton, Allen I. Gorski | 311 Whitehorse Avenue | Suite A | Hamilton | NJ | 08610 | cknowlton@gorskiknowlton.com agorski@gorskiknowlton.com | E-mail |
| Counsel to Undisclosed Creditors having filed Proof of Claim Numbers 1842 and 1998 | Grant & Eisenhofer P.A. | Attn: Jason M. Avellino | 123 Justison Street | | Wilmington | DE | 19801 | | First-Class Mail |
| Counsel to the Debtors | Haynes and Boone, LLP | Attn: J. Frasher Murphy, Jordan E. Chavez | 2323 Victory Ave | Suite 700 | Dallas | TX | 75219 | frasher.murphy@haynesboone.com jordan.chavez@haynesboone.com | E-mail |
| Counsel to the Debtors | Haynes and Boone, LLP | Attn: Kenric D. Kattner, Kourtney P. Lyda, Re'Necia Sherald | 1221 Mckinney Street | Suite 4000 | Houston | TX | 77010 | kenric.kattner@haynesboone.com kourtney.lyda@haynesboone.com renecia.sherald@haynesboone.com | E-mail |
| Counsel to the Debtors | Haynes and Boone, LLP | Attn: Richard S. Kanowitz | 30 Rockefeller Plaza | 26th Floor | New York | NY | 10112 | richard.kanowitz@haynesboone.com | E-mail |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | Attn: Christopher R. Donoho III, Christopher R. Bryant, Robert A. Ripin | 390 Madison Ave | | New York | NY | 10017 | robert.ripin@hoganlovells.com chris.donoho@hoganlovells.com chris.bryant@hoganlovells.com | E-mail |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | Attn: David P. Simonds, Edward J. McNeilly | 1999 Avenue of the Stars, Suite 1400 | | Los Angeles | CA | 90067 | david.simonds@hoganlovells.com edward.mcneilly@hoganlovells.com | E-mail |
| Counsel to Silvergate Bank | Holland & Knight LLP | Attn: Barbra R. Parlin | 31 West 52Nd Street | | New York | NY | 10019 | barbra.parlin@hklaw.com | E-mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market Street | Mail Stop 5 030 133 | Philadelphia | PA | 19104-5016 | | First-Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | First-Class Mail |

In re: BlockFi Inc., *et al.*
Master Service List
Case No. 22-19361 (MBK)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to the Debtors | Kirkland & Ellis LLP | Attn: Christine A. Okike, Francis Petrie, Joshua Sussberg | 601 Lexington Avenue | | New York | NY | 10022 | christine.okike@kirkland.com francis.petrie@kirkland.com jsussberg@kirkland.com | E-mail |
| Claims and Noticing Agent | Kroll Restructuring Administration LLC | Attn: Jessica Berman | 55 East 52nd Street | 17th Floor | New York | NY | 10055 | BlockFiTeam@ra.kroll.com Serviceqa@ra.kroll.com | E-mail |
| Counsel to the Official Committee of Unsecured Creditors | McCarter & English, LLP | Attn: David J. Adler, joseph R. Scholz | Worldwide Plaza | 825 Eighth Avenue, 31st Floor | New York | NY | 10019 | dadler@mccarter.com jscholz@mccarter.com | E-mail |
| Counsel to the Official Committee of Unsecured Creditors | McCarter & English, LLP | Attn: Lisa S. Bonsall | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102 | lbonsall@mccarter.com | E-mail |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gaston P. Loomis | 300 Delaware Ave | Suite 1014 | Wilmington | DE | 19801 | gloomis@mdmc-law.com | E-mail |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein | 570 Broad Street | | Newark | NJ | 07102 | jbernstein@mdmc-law.com | E-mail |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard | 225 Liberty Street | 36th Floor | New York | NY | 10281 | nleonard@mdmc-law.com | E-mail |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea | 1300 Mt. Kemble Avenue | PO Box 2075 | Morristown | NJ | 07962-2075 | vshea@mdmc-law.com | E-mail |
| Counsel to Marex Capital Markets Inc. formerly known as E D & F Man Capital Markets, Inc. | Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein | 919 Third Avenue | | New York | NY | 10022 | KRWalsh@mintz.com TDoherty@mintz.com DBaumstein@mintz.com | E-mail |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild, III, Matthew C. Ziegler | 1701 Market Street | | Philadelphia | PA | 19103 | john.goodchild@morganlewis.com matthew.ziegler@morganlewis.com | E-mail |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | Attn: Joshua Dorchak, David K. Shim | 101 Park Avenue | | New York | NY | 10178 | joshua.dorchak@morganlewis.com david.shim@morganlewis.com | E-mail |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry | 1850 M St., NW 12th Floor | | Washington | DC | 20036 | kcordry@naag.org | E-mail |
| Counsel to the State of Texas | Office of The Attorney General of Texas | Attn: Jason B. Binford and Roma N. Desai | Bankruptcy & Collections Division | P. O. Box 12548 | Austin | TX | 78711-2548 | roma.desai@oag.texas.gov public.information@oag.state.tx.us | E-mail |
| TN Dept of Commerce and Insurance | Office of The Tennessee Attorney General | Attn: Bankruptcy Division | P.O. Box 20207 | | Nashville | TN | 37202-0207 | gina.hantel@ag.tn.gov | E-mail |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee | Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq | One Newark Center | 1085 Raymond Boulevard, Suite 2100 | Newark | NJ | 07102 | Lauren.Bielskie@usdoj.gov jeffrey.m.sponder@usdoj.gov USTPRegion03.NE.ECF@usdoj.gov | E-mail |
| State Attorney General | Pennsylvania Office of The Attorney General | Attn: Bankruptcy Department | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 | | First-Class Mail |
| Counsel to The Ad Hoc Group of Actual Wallet Holders; BCF 2020 Investments, LLC, BMB 2020 Investments, LLC, Brent Pratt, Bryant Foulger, Clayton Foulger, FP Equity Investments, LLC and Scott Foulger | Reed Smith LLP | Attn: Kurt F. Gwynne | 506 Carnegie Center, Suite 300 | | Princeton | NJ | 08540 | kgwynne@reedsmith.com meckard@reedsmith.com | E-mail |
| Counsel to Bryant F. Foulger | Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo | 1201 North Market Street | Suite 1500 | Wilmington | DE | 19801 | kgwynne@reedsmith.com jangelo@reedsmith.com | E-mail |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept | Brookfield Place | 200 Vesey Street, Ste 400 | New York | NY | 10281-1022 | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov | E-mail |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept | One Penn Center | 1617 JFK Blvd, Ste 520 | Philadelphia | PA | 19103 | secbankruptcy@sec.gov | E-mail |
| Securities and Exchange Commission - Headquarters | Securities and Exchange Commission | Secretary of the Treasury | 100 F. Street NE | | Washington | DC | 20549 | secbankruptcy@sec.gov | E-mail |
| Counsel to Scratch Services LLC | Severson & Werson, A Professional Corporation | Attn: Eleanor M. Roman, Donald H. Cram | 595 Market Street | Suite 2600 | San Francisco | CA | 94105 | emr@severson.com dhc@severson.com | E-mail |
| Counsel to Rui Pedro Vaz dos Santos Teixeira | Singer & Levick, P.C. | Attn: Larry A. Levick | 16200 Addison Road | Suite 140 | Addison | TX | 75001 | Levick@singerlevick.com | E-mail |
| State Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department | P.O. Box 300152 | | Montgomery | AL | 36130-0152 | | First-Class Mail |
| State Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department | P.O. Box 110300 | | Juneau | AK | 99811-0300 | attorney.general@alaska.gov | E-mail |
| State Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 | BCEIntake@azag.gov | E-mail |
| State Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department | 323 Center St. | Suite 200 | Little Rock | AR | 72201-2610 | | First-Class Mail |
| State Attorney General | State of California Attorney General | Attn: Bankruptcy Department | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | bankruptcy@coag.gov | E-mail |
| State Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 | | First-Class Mail |

In re: BlockFi Inc., *et al.*
Master Service List
Case No. 22-19361 (MBK)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| State Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department | 165 Capitol Avenue | | Hartford | CT | 06106 | attorney.general@ct.gov denise.mondell@ct.gov | E-mail |
| State Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | Wilmington | DE | 19801 | attorney.general@state.de.us | E-mail |
| State Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department | The Capitol, Pl 01 | | Tallahassee | FL | 32399-1050 | | First-Class Mail |
| State Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department | 40 Capital Square, SW | | Atlanta | GA | 30334-1300 | | First-Class Mail |
| State Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department | 425 Queen St. | | Honolulu | HI | 96813 | hawaiiag@hawaii.gov | E-mail |
| State Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department | 700 W. Jefferson Street | P.O. Box 83720 | Boise | ID | 83720-1000 | | |
| State Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department | 100 West Randolph Street | | Chicago | IL | 60601 | webmaster@atg.state.il.us | E-mail |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department | 1305 E. Walnut Street | | Des Moines | IA | 50319 | webteam@ag.iowa.gov | E-mail |
| State Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department | 120 SW 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 | | First-Class Mail |
| State Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department | 700 Capitol Avenue, Suite 118 | | Frankfort | KY | 40601 | | First-Class Mail |
| State Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 | consumerinfo@ag.state.la.us | E-mail |
| State Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department | 6 State House Station | | Augusta | ME | 04333 | | E-mail |
| State Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department | 200 St. Paul Place | | Baltimore | MD | 21202-2202 | oag@oag.state.md.us | E-mail |
| State Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department | One Ashburton Place | | Boston | MA | 02108-1698 | ago@state.ma.us | E-mail |
| State Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department | G. Mennen Williams Building, 7th Floor | 525 W. Ottawa St., P.O. Box 30212 | Lansing | MI | 48909-0212 | miag@michigan.gov | E-mail |
| State Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 | | First-Class Mail |
| State Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department | Walter Sillers Building | 550 High Street, Suite 1200 P.O. Box 220 | Jackson | MS | 39201 | | First-Class Mail |
| State Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department | Supreme Court Building | 207 W. High St. | Jefferson City | MO | 65102 | attorney.general@ago.mo.gov | E-mail |
| State Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department | 215 N Sanders, Third Floor | P.O. Box 201401 | Helena | MT | 59620-1401 | contactdoj@mt.gov | E-mail |
| State Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department | 2115 State Capitol | 2nd Fl, Rm 2115 | Lincoln | NE | 68509-8920 | ago.info.help@nebraska.gov | E-mail |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department | 100 North Carson Street | | Carson City | NV | 89701 | aginfo@ag.nv.gov | E-mail |
| State Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department | 33 Capitol St. | | Concord | NH | 03301 | attorneygeneral@doj.nh.gov | E-mail |
| State Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department | Rj Hughes Justice Complex | 25 Market Street P.O. Box 080 | Trenton | NJ | 08625-0080 | askconsumeraffairs@lps.state.nj.us | E-mail |
| State Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 | | First-Class Mail |
| State Attorney General | State of New York Attorney General | Attn: Bankruptcy Department | The Capitol | | Albany | NY | 12224-0341 | | First-Class Mail |
| State Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 | | First-Class Mail |
| State Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505-0040 | ndag@nd.gov | E-mail |
| State Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department | 30 E. Broad St., 14th Floor | | Columbus | OH | 43215 | | First-Class Mail |
| State Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department | 313 NE 21st Street | | Oklahoma City | OK | 73105 | | First-Class Mail |
| State Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department | 1162 Court Street NE | | Salem | OR | 97301 | consumer.hotline@doj.state.or.us david.hart@doj.state.or.us | E-mail |
| State Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department | 150 South Main Street | | Providence | RI | 02903 | | First-Class Mail |
| State Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department | P.O. Box 11549 | | Columbia | SC | 29211-1549 | | First-Class Mail |
| State Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501-8501 | consumerhelp@state.sd.us | E-mail |
| State Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department | P.O. Box 142320 | | Salt Lake City | UT | 84114-2320 | uag@utah.gov | E-mail |
| State Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department | 109 State St. | | Montpelier | VT | 05609-1001 | ago.bankruptcies@vermont.gov | E-mail |
| State Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department | 900 East Main Street | | Richmond | VA | 23219 | | First-Class Mail |
| State Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 | | First-Class Mail |
| State Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department | State Capitol Bldg 1 Room E 26 | | Charleston | WV | 25305 | consumer@wvago.gov | E-mail |
| State Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department | Wisconsin Department Of Justice | State Capitol, Room 114 East P.O. Box 7857 | Madison | WI | 53707-7857 | | First-Class Mail |

**In re: BlockFi Inc., *et al.***
Master Service List
Case No. 22-19361 (MBK)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| State Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department | 123 Capitol Building | 200 W. 24th Street | Cheyenne | WY | 82002 | | First-Class Mail |
| Counsel to Towards Equilibrium, LLC d/b/a Equi ("Towards Equilibrium") | Stevens & Lee, P.C. | Attn: John C. Kilgannon | Princeton Pike Corporate Center | 100 Lenox Drive, Suite 200 | Lawrenceville | NJ | 08648 | john.kilgannon@stevenslee.com | E-mail |
| Counsel to Bruce Gilling, Martin Mikolajczyk, Mitchell Eglar, Brian Graddon, Matthew Hoselton, Michiel Hemminga, Kole Kottmeter, Ashton Rincon, William Warburton, Daniel Gusovsky, Clayton Bargsten, Joseph Borremans, Brendan Pena, Alberto Olivo, Steven Lee, Ellison Bak, Scott Aufenanger, Wayne Akey and Andrew Martinez | Straffi & Straffi, LLC | Attn: Daniel E. Straffi | 670 Commons Way | | Toms River | NJ | 08755 | bkclient@straffilaw.com | E-mail |
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora | 125 Broad Street | | New York | NY | 10004 | dietdericha@sullcrom.com bromleyj@sullcrom.com gluecksteinb@sullcrom.com porporam@sullcrom.com | E-mail |
| Counsel to the Fee Examiner | Traurig Law LLC | Attn: Jeffrey Traurig | 43 W 43rd Street | Suite 73 | New York | NY | 10036 | jtraurig@trauriglaw.com | E-mail |
| Counsel to the Ad Hoc Committee of Wallet Account Holders | Troutman Pepper Hamilton Sanders LLP | Attn: Deborah Kovsky-Apap | 875 Third Avenue | | New York | NY | 10022 | deborah.kovsky@troutman.com | E-mail |
| Counsel to United States of America | U.S. Department of Justice – Civil Division Commercial Litigation Branch | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro | Ben Franklin Station | P.O. Box 875 | Washington | DC | 20044-0875 | seth.shapiro@usdoj.gov | E-mail |
| Counsel to United States of America | U.S. Department of Justice Civil Division | Attn: Seth B. Shapiro | 1100 L Street, NW | 7th Floor - Room 7114 | Washington | DC | 20005 | seth.shapiro@usdoj.gov | E-mail |
| State Attorney General | United States of America Attorney General | Attn: Bankruptcy Department | Us Dept Of Justice | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 | | First-Class Mail |
| Counsel to Cipher Mining Inc. and Cipher Mining Technologies Inc. | Venable LLP | Attn: Andrew J. Currie | 600 Massachusetts Avenue NW | | Washington | DC | 20001 | AJCurrie@Venable.com | E-mail |
| Counsel to Cipher Mining Inc. and Cipher Mining Technologies Inc. | Venable LLP | Attn: Michael A. Guerra, Jeffrey S. Sabin and Carol A. Weiner | 1270 Avenue of the Americas | 24th Floor | New York | NY | 10020 | MAGuerra@Venable.com JSsabin@venable.com CWeinerlevy@venable.com | E-mail |
| Counsel to Kristen Vorhees | Wadsworth, Garber, Warner and Conrardy, P.C. | Attn: Aaron A. Garber | 2580 W. Main St. | | Littleton | CO | 80120 | agarber@wgwc-law.com | E-mail |
| State Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department | 441 4th Street, NW | | Washington | DC | 20001 | oag@dc.gov | E-mail |
| Counsel to Timothy Price | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | 11400 West Olympic Blvd | 9th Floor | Los Angeles | CA | 90064-1582 | saron@wrslawyers.com | E-mail |