| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>Warren J. Martin Jr., Esq. (wjmartin@pbnlaw.com)<br>Robert M. Schechter, Esq. (rmschechter@pbnlaw.com)<br><br>*Local Counsel for Flori Marquez*<br><br>-and-<br><br>**ZUKERMAN GORE BRANDEIS & CROSSMAN, LLP**<br>Eleven Times Square, 15th Floor<br>New York, New York 10036<br>(212) 223-6700<br>John K. Crossman, Esq. (jcrossman@zukermangore.com)<br>Karen S. Park, Esq. (kpark@zukermangore.com)<br>Jeffrey L. Friesen, Esq. (jfriesen@zukermangore.com)<br><br>*Co-Counsel for Flori Marquez* |
| In re:<br><br>BLOCKFI INC., *et al.*[1],<br><br>              Debtors. |

Chapter 11

Case No. 22-19361 (MBK)

Jointly Administered

**APPLICATION FOR ADMISSION *PRO HAC VICE* PURSUANT TO**
**LOCAL BANKRUPTCY RULE 9010-1 AND D.N.J. L. CIV. R. 101.1**

Warren J. Martin Jr. (the "Movant"), a member in good standing of the Bar of the State of

New Jersey, an attorney admitted to practice before the United States District Court for the District

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

7397140

of New Jersey and a Principal of the law firm of Porzio, Bromberg & Newman, P.C., hereby moves the Court to enter an order permitting John K. Crossman, Esq., a partner with the law firm of Zukerman Gore Brandeis & Crossman, LLP (the "Admittee"), to practice *pro hac vice* before the United States Bankruptcy Court for the District of New Jersey and to represent Flori Marquez in the above referenced Chapter 11 case, pursuant to Local Bankruptcy Rule 9010-1 of the United States District Court for the District of New Jersey (the "Application").

In support of this Application, the Movant submits the attached Certification of Admittee and requests that the proposed form of order submitted herewith be entered.

Dated: July 7, 2023                                                     Respectfully submitted,

**PORZIO, BROMBERG & NEWMAN, P.C.**

*/s/ Warren J. Martin Jr.*
  Warren J. Martin Jr.

2

7397140