| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>Warren J. Martin Jr., Esq. (wjmartin@pbnlaw.com)<br>Robert M. Schechter, Esq. (rmschechter@pbnlaw.com)<br><br>*Local Counsel for Flori Marquez*<br><br>-and-<br><br>**ZUKERMAN GORE BRANDEIS & CROSSMAN, LLP**<br>Eleven Times Square, 15th Floor<br>New York, New York 10036<br>(212) 223-6700<br>John K. Crossman, Esq. (jcrossman@zukermangore.com)<br>Karen S. Park, Esq. (kpark@zukermangore.com)<br>Jeffrey L. Friesen, Esq. (jfriesen@zukermangore.com)<br><br>*Co-Counsel for Flori Marquez* |

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*[1],<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |

## CERTIFICATION OF KAREN S. PARK, ESQ IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION

　　　I, Karen S. Park, hereby certify under penalty of perjury that:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

7358362

1.  I am a partner with the law firm of Zukerman Gore Brandeis & Crossman, LLP, located at Eleven Times Square, 15th Floor, New York, New York 10036. I submit this Certification in support of my application for admission, *pro hac vice*, pursuant to D.N.J. LBR 9010-1(b).

2.  I am a member in good standing and admitted to practice law in the State of New York. I am also admitted to practice before the United States Bankruptcy Courts for the Southern and Eastern Districts of New York.

3.  I am in possession of and have reviewed a copy of local rules of this Court.

4.  No disciplinary proceedings are pending against me in any jurisdiction, and none have previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5.  I agree that upon my admission, *pro hac vice*, I will be bound by the rules of this Court, including all applicable disciplinary rules and I will notify this Court immediately of any matter affecting my good standing in the bar of any jurisdiction.

6.  I further agree that I will arrange with the New Jersey Lawyer's Fund for Client Protection for payment of the annual fee, for this year and for each subsequent year of my involvement in this matter, as required under New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1.

Dated: July 7, 2023

*/s/ Karen S. Park*
Karen S. Park