**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
(973) 538-4006
Warren J. Martin Jr., Esq. (wjmartin@pbnlaw.com)
Robert M. Schechter, Esq. (rmschechter@pbnlaw.com)

-and-

**SHEARMAN & STERLING LLP**
2601 Olive St., 17th Floor
Dallas, TX 75201
Telephone:  214.271.5777
Facsimile:  214.853.5005
R. Thaddeus Behrens, Esq. (*pro hac vice pending*)
(thad.behrens@shearman.com)
Daniel H. Gold, Esq. (*pro hac vice pending*)
(dan.gold@shearman.com)

*Attorneys for Zachary Lee Prince*

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |

**CERTIFICATION OF R. THADDEUS BEHRENS IN SUPPORT**
**OF APPLICATION FOR *PRO HAC VICE* ADMISSION**

     R. THADDEUS BEHRENS, of full age, hereby certifies as follows:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

7397097

1. I am a partner in the law firm of Shearman & Sterling, LLP ("Shearman & Sterling"), which maintains an office at 2601 Olive St., 17th Floor, Dallas, Texas 75201.

2. I am an attorney-at-law duly admitted to practice before the courts of the States of Texas and California and a partner in the firm of Shearman & Sterling, counsel for Zachary Lee Prince. I submit this Certification in support of the accompanying Application for my admission *pro hac vice*.

3. I am and have been a member in good standing of the bar of the State of California and have been admitted to the bar of the State of California since 1998. I also am and have been a member in good standing of the bar of the State of Texas and have been admitted to the bar of the State of Texas since 2001. I am and have been admitted to practice in the following courts:

| Title of Court | Date of Admission |
| --- | --- |
| United States District Court for the Northern District of Texas | May 30, 2001 |
| United States District Court for the Eastern District of Texas | April 1, 2003 |
| United States District Court for the Southern District of Texas | December 4, 2008 |
| United States District Court for the Eastern District of California | October 23, 1998 |
| United States District Court for the Central District of California | February 9, 2009 |
| United States Court of Appeals, Fifth Circuit | September 27, 2002 |

4. I am, and have remained, a member in good standing of the bar in each of the jurisdictions in which I am admitted to practice. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. Mr. Prince filed the within Application for my *pro hac vice* admission in these matters due to my familiarity with the facts and circumstances relevant to his interests. If the Application is granted, I agree to abide by this Court's local rules and to submit myself to the disciplinary jurisdiction of this Court.

7397097

      6.      I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases: Warren J. Martin Jr., Porzio Bromberg & Newman, 1000 Southgate Parkway, P.O. Box 1997, Morristown, NJ 07962.

      7.      For the foregoing reasons, I respectfully request my application for admission *pro hac vice* be granted.

      8.      I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 7, 2023                            */s/ R. Thaddeus Behrens*
                                                            R. Thaddeus Behrens

7397097