| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>Warren J. Martin Jr., Esq. (wjmartin@pbnlaw.com)<br>Robert M. Schechter, Esq. (rmschechter@pbnlaw.com)<br><br>-and-<br><br>**SHEARMAN & STERLING LLP**<br>2601 Olive St., 17th Floor<br>Dallas, TX 75201<br>Telephone:  214.271.5777<br>Facsimile:  214.853.5005<br>R. Thaddeus Behrens, Esq. (*pro hac vice pending*)<br>(thad.behrens@shearman.com)<br>Daniel H. Gold, Esq. (*pro hac vice pending*)<br>(dan.gold@shearman.com)<br><br>*Attorneys for Zachary Lee Prince* |
| In re:<br><br>BLOCKFI INC., *et al.*,[1]<br><br>        Debtors. |

Chapter 11

Case No. 22-19361 (MBK)

Jointly Administered

## APPLICATION FOR *PRO HAC VICE* ADMISSION OF DANIEL H. GOLD

      Please take notice that, pursuant to Fed. R. Civ. P. 78, D.N.J. L. Civ. R. 101.1, and D.N.J. LBR 9010-1, the undersigned respectfully submits this application (the "Application") for the *pro hac vice* admission of Daniel H. Gold, of the law firm of Shearman & Sterling LLP, as counsel for

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

7397093

Zachary Lee Prince, a creditor and party in interest, in the above-captioned matter and represents as follows:

1. On November 28, 2022, the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, commencing the above captioned Chapter 11 cases in the United States Bankruptcy Court for the District of New Jersey.

2. Daniel H. Gold, a partner in the firm of Shearman & Sterling, LLP, has been retained to serve as counsel for Zachary Lee Prince, a creditor and party in interest in connection with these matters. Because of his familiarity with the facts and circumstances relevant to Mr. Prince in these matters, Mr. Prince requests that Daniel H. Gold be allowed to appear *pro hac vice* in the within matters.

3. As set forth in the Certification of Daniel H. Gold, annexed hereto as Exhibit A, Mr. Gold is a member in good standing of the bars of the States of Massachusetts and Texas. Mr. Gold is not under suspension or disbarment by any court.

4. If admitted *pro hac vice*, Mr. Gold has represented that he will adhere to the disciplinary jurisdiction of this Court.

WHEREFORE, it is respectfully requested that the Court grant Mr. Prince's Application pursuant to D.N.J. LBR 9010-1 and L. Civ. R. 101.1(c), to admit counsel *pro hac vice* in the above captioned matters.

June 7, 2023                                   Respectfully submitted,

                                               **PORZIO, BROMBERG & NEWMAN, P.C.**

                                               */s/ Warren J. Martin Jr.*
                                                   Warren J. Martin Jr.

7397093