| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> **PORZIO, BROMBERG & NEWMAN, P.C.** <br> 100 Southgate Parkway <br> P.O. Box 1997 <br> Morristown, New Jersey 07962 <br> (973) 538-4006 <br> Warren J. Martin Jr., Esq. (wjmartin@pbnlaw.com) <br> Robert M. Schechter, Esq. (rmschechter@pbnlaw.com) <br><br> -and- <br><br> **SHEARMAN & STERLING LLP** <br> 2601 Olive St., 17th Floor <br> Dallas, TX 75201 <br> Telephone:  214.271.5777 <br> Facsimile:  214.853.5005 <br> R. Thaddeus Behrens, Esq. (*pro hac vice pending*) <br> (thad.behrens@shearman.com) <br> Daniel H. Gold, Esq. (*pro hac vice pending*) <br> (dan.gold@shearman.com) <br><br> *Attorneys for Zachary Lee Prince* | |
| In re: <br><br> BLOCKFI INC., *et al.*,[1] <br><br>              Debtors. | Chapter 11 <br><br> Case No. 22-19361 (MBK) <br><br> Jointly Administered |

**CERTIFICATION OF DANIEL H. GOLD IN SUPPORT
OF APPLICATION FOR *PRO HAC VICE* ADMISSION**

      DANIEL H. GOLD, of full age, hereby certifies as follows:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

7397093

1. I am a partner in the law firm of Shearman & Sterling, LLP ("Shearman & Sterling"), which maintains an office at 2601 Olive St., 17th Floor, Dallas, Texas 75201.

2. I am an attorney-at-law duly admitted to practice before the courts of the States of Massachusetts and Texas and a partner in the firm of Shearman & Sterling, counsel for Zachary Lee Prince. I submit this Certification in support of the accompanying Application for my admission *pro hac vice.*

3. I am and have been a member in good standing of the bar of the State of Massachusetts and have been admitted to the bar of the State of Massachusetts since 2002. I also am and have been a member in good standing of the bar of the State of Texas and have been admitted to the bar of the State of Texas since 2006. I am and have been admitted to practice in the following courts:

| Title of Court | Date of Admission |
| --- | --- |
| Massachusetts State Bar | December 16, 2002 |
| United States District Court for the District of Massachusetts | September 24, 2003 |
| United States Court of Appeals for the First Circuit | June 18, 2004 |
| Texas State Bar | May 4, 2006 |
| United States District Court for the Northern District of Texas | May 23, 2006 |
| United States Court of Appeals for the Fifth Circuit | January 9, 2008 |
| United States District Court for the Western District of Texas | August 16, 2010 |
| United States Court of Appeals for the Third Circuit | May 23, 2013 |
| United States District Court for the Eastern District of Texas | January 20, 2017 |
| United States District Court for the Southern District of Texas | July 3, 2017 |
| United States Court of Appeals for the Seventh Circuit | May 3, 2019 |
| United States District Court for the District of Colorado | May 5, 2020 |

7397093

United States Court of Appeals for the Tenth Circuit          February 14, 2022

4. I am, and have remained, a member in good standing of the bar in each of the jurisdictions in which I am admitted to practice. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. Mr. Prince filed the within Application for my *pro hac vice* admission in these matters due to my familiarity with the facts and circumstances relevant to his interests. If the Application is granted, I agree to abide by this Court's local rules and to submit myself to the disciplinary jurisdiction of this Court.

6. I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases: Warren J. Martin Jr., Porzio Bromberg & Newman, 1000 Southgate Parkway, P.O. Box 1997, Morristown, NJ 07962.

7. For the foregoing reasons, I respectfully request my application for admission *pro hac vice* be granted.

8. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 7, 2023                                                */s/ Daniel H. Gold*
                                                                      Daniel H. Gold

7397093