**EXHIBIT "B"**

**brownrudnick**

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6962192 |
| Date | Jul 11, 2023 |
| Client | 039246 |

RE: COSTS

## INVOICE

For professional services rendered in connection with the above captioned matter through June 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0001 | COSTS | 0.00 | 16,623.99 | 16,623.99 |
| | **Total** | **0.00** | **16,623.99** | **16,623.99** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $16,623.99 |
| **Total Invoice** | **$16,623.99** |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6962192
RE: COSTS  Page 2
July 11, 2023

## COST DETAIL

| Date | Description | Value |
| --- | --- | --- |
| 04/05/23 | OVERNIGHT DELIVERY | 188.79 |
| 04/07/23 | OVERNIGHT DELIVERY | 256.77 |
| 06/01/23 | COPIES | 17.30 |
| 06/01/23 | COPIES | 17.30 |
| 06/01/23 | COPIES | 0.40 |
| 06/01/23 | COPIES | 9.20 |
| 06/01/23 | COPIES | 0.20 |
| 06/01/23 | COPIES | 9.20 |
| 06/01/23 | COPIES | 9.20 |
| 06/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 06/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 128.00 |
| 06/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 06/01/23 | MESSENGER | 57.75 |
| 06/01/23 | PACER | 18.50 |
| 06/01/23 | PACER | 10.90 |
| 06/01/23 | PACER | 3.70 |
| 06/01/23 | PACER | 8.50 |
| 06/01/23 | PACER | 4.90 |
| 06/01/23 | PACER | 9.50 |
| 06/01/23 | PACER | 30.00 |
| 06/01/23 | PACER | 51.50 |
| 06/02/23 | COPIES | 0.10 |
| 06/02/23 | COPIES | 92.00 |
| 06/02/23 | COPIES | 173.90 |
| 06/02/23 | COPIES | 9.20 |
| 06/02/23 | COPIES | 0.10 |
| 06/02/23 | COPIES | 8.00 |
| 06/02/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 25.00 |
| 06/03/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 55.00 |
| 06/04/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 06/04/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 06/04/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 80.00 |
| 06/05/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 06/05/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 8.00 |
| 06/05/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 70.00 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6962192
RE: COSTS  Page 3
July 11, 2023

| Date | Description | Value |
|---|---|---|
| 06/05/23 | COPIES | 0.20 |
| 06/05/23 | COPIES | 0.10 |
| 06/05/23 | COPIES | 0.20 |
| 06/07/23 | AIRFARE - 5/30/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 053123-2; DATE: 5/31/2023 | 283.90 |
| 06/07/23 | TRAVEL AGENT FEE - 04/19/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-523; DATE: 6/7/2023 | 30.00 |
| 06/07/23 | TRAIN TRAVEL - 04/19/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-523; DATE: 6/7/2023 | 411.00 |
| 06/07/23 | TRAIN TRAVEL - 04/19/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-523; DATE: 6/7/2023 | (111.00) |
| 06/07/23 | TRAVEL AGENT FEE - 04/19/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-523; DATE: 6/7/2023 | 30.00 |
| 06/07/23 | TRAVEL AGENT FEE - 04/19/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-523; DATE: 6/7/2023 | 30.00 |
| 06/07/23 | TRAVEL AGENT FEE - 04/20/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-523; DATE: 6/7/2023 | 30.00 |
| 06/07/23 | AIRFARE - 04/20/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-523; DATE: 6/7/2023 | 348.00 |
| 06/07/23 | AIRFARE - 05/05/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-523; DATE: 6/7/2023 | 478.90 |
| 06/07/23 | TRAVEL AGENT FEE - 05/05/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-523; DATE: 6/7/2023 | 30.00 |
| 06/07/23 | AIRFARE - 05/08/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-523; DATE: 6/7/2023 | 233.90 |
| 06/07/23 | TRAVEL AGENT FEE - 05/08/23; VENDOR: DINERS CLUB; INVOICE#: 5528350069999929-523; DATE: 6/7/2023 | 30.00 |
| 06/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 06/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 06/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 12.00 |
| 06/07/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 95.00 |
| 06/08/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 06/09/23 | AIRFARE - 6/2/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 060623-1; DATE: 6/6/2023 | 772.80 |
| 06/09/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 06/09/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 06/09/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 06/09/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 50.00 |
| 06/09/23 | HOTEL - 6/4/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 060623; DATE: 6/6/2023 | 1,007.74 |
| 06/12/23 | TAXI - 6/4/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 061223; DATE: 6/12/2023 | 54.00 |
| 06/12/23 | TAXI - 6/4/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 061223; DATE: | 83.06 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
RE: COSTS  
July 11, 2023

Invoice 6962192  
Page 4

| Date | Description | Value |
|---|---|---|
| 06/12/23 | TAXI - 6/5/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 061223; DATE: 6/12/2023 | 23.50 |
| 06/12/23 | TAXI - 6/5/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 061223; DATE: 6/12/2023 | 55.15 |
| 06/12/23 | TAXI - 6/6/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 061223; DATE: 6/12/2023 | 109.77 |
| 06/12/23 | TAXI - 6/7/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 061223; DATE: 6/12/2023 | 83.10 |
| 06/12/23 | TAXI - 6/6/23; VENDOR: E. PATRICK GILMAN; INVOICE#: 061223; DATE: 6/12/2023 | 53.72 |
| 06/12/23 | TAXI - 6/6/23; VENDOR: BENNETT SILVERBERG; INVOICE#: 060723; DATE: 6/7/2023 | 137.76 |
| 06/12/23 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2002806; DATE: 6/9/2023 | 135.85 |
| 06/12/23 | TAXI - 6/6/23; VENDOR: BENNETT SILVERBERG; INVOICE#: 060623; DATE: 6/6/2023 | 85.19 |
| 06/13/23 | TAXI - VENDOR: BOSTON COACH CORP.; INVOICE#: 327522; DATE: 5/31/2023 | 141.57 |
| 06/13/23 | TAXI - VENDOR: BOSTON COACH CORP.; INVOICE#: 327522; DATE: 5/31/2023 | 363.80 |
| 06/15/23 | PROFESSIONAL SERVICES - VENDOR: BR INVESTIGATIONS LLC; INVOICE#: 6960703; DATE: 6/12/2023 | 4,407.00 |
| 06/15/23 | COPIES | 2.10 |
| 06/20/23 | COPIES | 0.20 |
| 06/20/23 | COPIES | 0.20 |
| 06/20/23 | COPIES | 0.20 |
| 06/21/23 | COPIES | 0.30 |
| 06/23/23 | HOTEL - 6/4-6/6/23; VENDOR: MATTHEW SAWYER; INVOICE#: 062023; DATE: 6/20/2023 | 983.75 |
| 06/23/23 | TRAVEL AGENT FEE - 6/6/23; VENDOR: MATTHEW SAWYER; INVOICE#: 062023; DATE: 6/20/2023 | 30.00 |
| 06/23/23 | TRAIN TRAVEL - 6/2/23; VENDOR: MATTHEW SAWYER; INVOICE#: 062023; DATE: 6/20/2023 | 256.00 |
| 06/23/23 | TRAVEL AGENT FEE - 6/2/23; VENDOR: MATTHEW SAWYER; INVOICE#: 062023; DATE: 6/20/2023 | 30.00 |
| 06/23/23 | TRAVEL AGENT FEE - 6/5/23; VENDOR: MATTHEW SAWYER; INVOICE#: 062023; DATE: 6/20/2023 | 60.00 |
| 06/23/23 | AIRFARE - 6/2/23; VENDOR: MATTHEW SAWYER; INVOICE#: 062023; DATE: 6/20/2023 | 403.90 |
| 06/23/23 | HOTEL - 6/4/23; VENDOR: NICK JOYNSON; INVOICE#: 062023; DATE: 6/20/2023 | 1,532.32 |
| 06/27/23 | TAXI - 6/4/23; VENDOR: NICK JOYNSON; INVOICE#: 062723; DATE: 6/27/2023 | 19.93 |
| 06/27/23 | TAXI - 6/4/23; VENDOR: NICK JOYNSON; INVOICE#: 062723; DATE: 6/27/2023 | 93.63 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS    Invoice 6962192
RE: COSTS    Page 5
July 11, 2023

| Date | Description | Value |
|---|---|---|
| 06/27/23 | TAXI - 6/5/23; VENDOR: NICK JOYNSON; INVOICE#: 062723; DATE: 6/27/2023 | 22.63 |
| 06/27/23 | AIRFARE - 6/4/23; VENDOR: NICK JOYNSON; INVOICE#: 062723; DATE: 6/27/2023 | 126.50 |
| 06/29/23 | OUTSIDE COPIES - VENDOR: ON PRESS EDISCOVERY; INVOICE#: 5002710; DATE: 6/2/2023 | 581.69 |
| 06/29/23 | OUTSIDE COPIES - VENDOR: ON PRESS EDISCOVERY; INVOICE#: 5002711; DATE: 6/2/2023 | 581.69 |
| 06/29/23 | OUTSIDE COPIES - VENDOR: ON PRESS EDISCOVERY; INVOICE#: 5002672; DATE: 5/24/2023 | 679.43 |
| 06/29/23 | COPIES | 0.40 |
| | **Total Costs** | **16,623.99** |

## COST SUMMARY

| Description | Value |
|---|---|
| OUTSIDE COPIES | 1,842.81 |
| TRAVEL AGENT FEE | 300.00 |
| TRAIN TRAVEL | 556.00 |
| AIRFARE | 2,647.90 |
| TAXI | 1,462.66 |
| HOTEL | 3,523.81 |
| MESSENGER | 57.75 |
| OVERNIGHT DELIVERY | 445.56 |
| PROFESSIONAL SERVICES | 4,407.00 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 893.00 |
| PACER | 137.50 |
| COPIES | 350.00 |
| **Total Costs** | **16,623.99** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

# brownrudnick

| | |
|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>NEW YORK, NY 10036 | Invoice    6962192<br>Date    Jul 11, 2023<br>Client    039246 |

RE: COSTS



Remittance

**Balance Due:  $16,623.99**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: