**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and
Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF <u>AMENDED</u> AGENDA[2]
FOR HEARING ON JULY 13, 2023 AT 10:00 A.M. (EASTERN TIME)**

I. **MATTERS GOING FORWARD**

1. Debtors' Second Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No 886].

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd, 1st and 2nd Floors, Hamilton, NJ 08691.

[2] **Amended items appear in bold**.

1

**Responses Received**

A. Objection of the Official Committee of Unsecured Creditors to Debtors' Second Motion to Extend Exclusivity and Cross-Motion of the Official Committee of Unsecured Creditors for an Order (A) Appointing a Chapter 11 Trustee, (B) Terminating the Debtors' Exclusivity Periods or, Alternatively, (C) Converting These Cases to Chapter 7 Proceedings, and (D) For Other Related Relief [Docket No. 1131].

**Related Documents**

A. Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 755].

B. Bridge Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [Docket No. 889]

C. Bridge Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [Docket No. 1052].

D. Bridge Order Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code [Docket No. 1086].

E. Reply Memorandum in Support of the Debtors' Second Motion to Extend Exclusivity Periods [Docket No. 1175].

F. **Official Committee of Unsecured Creditors' Supplemental Objection to the Debtors' Second Motion to Extend Exclusivity [Docket No. 1188].**

**Status**: This matter is going forward on oral argument with respect to the Debtors' exclusivity request.

2. Application in Lieu of a Motion in Support of Entry of an Order (I) Establishing that All Withdrawals of Wallet Assets Are Final and (II) Granting Related Relief [Docket No. 1143].

**Responses Received**

A. Ad Hoc Group of Actual Wallet Holders' Objection Concerning the Debtors' Application in Lieu of Motion (I) Establishing that All Withdrawals of Wallet Assets Are Final and (II) Granting Related Relief [Docket No. 1160] (the "Ad Hoc Group Objection").

**Related Documents**

    A. Order (I) Authorizing the Debtors to (A) Honor Withdrawals from Wallet Accounts, (B) Update the User Interface to Properly Reflect Transactions and Assets as of the Platform Pause, and (C) Conduct Ordinary Course Reconciliation of Accounts, and (II) Granting Related Relief [Docket No. 923].

    B. **Notice of Filing of Revised Proposed Order (I) Establishing That All Withdrawals of Wallet Assets Are Final and (II) Granting Related Relief [Docket No. 1187].**

**Status**: The Ad Hoc Group Objection has been resolved by agreement. This matter is going forward on an uncontested basis.

3. Motion of the Official Committee of Unsecured Creditors to File Unredacted Copies of the Committee's Preliminary Report and Plan Statement and Objection to the Motion to Seal the Report [Docket No. 1136].

**Responses Received**

    A. Debtors' Partial Opposition to the Committee' Motion "to File Unredacted Copies of the Committee's Preliminary Report and Plan Statement and Objection to the Motion to Seal the Report" [Docket No. 1176].

**Related Documents**

    A. Confidentiality Stipulation and Protective Order [Docket No. 498].

    B. Statement of the Official Committee of Unsecured Creditors Respecting the Debtors' Amended Joint Chapter 11 Plan [Docket No. 899].

    C. Application in Support of the Motion of the Official Committee of Unsecured Creditors for (I) Authority to File Under Seal the Preliminary Report of the Official Committee of Unsecured Creditors and (II) Other Related Relief [Docket No. 928].

**Status**: This matter is going forward.

*[Remainder of page intentionally left blank.]*

| | |
|---|---|
| Dated: July 12, 2023 | */s/ Michael D. Sirota* |
| | **COLE SCHOTZ P.C.** |
| | Michael D. Sirota, Esq. (NJ Bar No. 014321986) |
| | Warren A. Usatine, Esq. (NJ Bar No. 025881995) |
| | Court Plaza North, 25 Main Street |
| | Hackensack, New Jersey 07601 |
| | (201) 489-3000 |
| | msirota@coleschotz.com |
| | wusatine@coleschotz.com |
| | |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| | Christine A. Okike, P.C. (admitted *pro hac vice*) |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | (212) 446-4800 |
| | jsussberg@kirkland.com |
| | christine.okike@kirkland.com |
| | |
| | **HAYNES AND BOONE, LLP** |
| | Richard S. Kanowitz, Esq. (NJ Bar No. 047911992) |
| | Kenric D. Kattner, Esq. (admitted *pro hac vice*) |
| | 30 Rockefeller Plaza, 26th Floor |
| | New York, New York 10112 |
| | (212) 659-7300 |
| | richard.kanowitz@haynesboone.com |
| | kenric.kattner@haynesboone.com |
| | |
| | *Attorneys for Debtors and Debtors in Possession* |