| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **GORSKI & KNOWLTON PC**<br>Carol L. Knowlton (NJ Bar No. 017501981)<br>311 Whitehorse Avenue, Suite A<br>Hamilton, New Jersey 08610<br><br>*Local Counsel for Creditor*<br>*George J. Gerro* | |
| In Re:<br><br>BLOCKFI INC., *et al.*,[1]<br><br>Debtors. | Case No.:  22-19361 (MBK)<br>(Jointly Administered)<br><br>Chapter 11<br><br>Hearing Date: July 20, 2023<br><br>Judge:  The Honorable Michael B. Kaplan |

## ORDER
## GRANTING THE CROSS-MOTION OF GEORGE J. GERRO FOR ENTRY OF AN ORDER (I) TEMPORARILY ALLOWING CLAIM NO. 12386 PURSUANT TO F.R.B.P. RULE 3018(a) FOR THE SOLE PURPOSE OF VOTING ON A CHAPTER 11 PLAN

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

| | |
|---|---|
| Debtors: | BLOCKFI, INC., *et al.* |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | ORDER GRANTING GEORGE J. GERRO'S MOTION FOR ENTRY OF AN ORDER TEMPORARILY ALLOWING CLAIM NO. 12386 PURSUANT TO F.R.B.P. RULE 3018(a) FOR THE SOLE PURPOSE OF VOTING ON A CHAPTER 11 PLAN |

---

This mater having come before the Court upon the Cross-Motion of George J. Gerro, through his counsel, Gorski & Knowlton PC, and the Court having considered the pleadings submitted and any argument of counsel, and good and sufficient cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Cross-Motion is **GRANTED** as set forth herein.

2. Pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, the Claim No. 12386 is temporarily allowed in the amount of 426 bitcoin (BTC), solely for the purpose of voting on any Chapter 11 plans solicited in the above-entitled cases, as a BlockFi Lending LLC Loan Account Holder or equivalent classification.

3. The temporary allowance of the claim shall not be deemed, in any way, determinative of or preclusive upon the ultimate validity or amount of the claim in the above-entitled Chapter 11 cases or in any other proceeding.

4. Nothing in this Order shall impact in any way any rights, claims, defenses, arguments, or counter-arguments of parties in connection with the objection to or allowance of said claim.

5. The Debtor and its solicitation agents are ordered to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. This Court shall retain jurisdiction to interpret, modify, or enforce this Order.