LAW OFFICE OF KARAM NAHAS LLC
1130 ROUTE 202 SOUTH
SUITE A-7
RARITAN, NEW JERSEY 08869
T: 908.505.5291
E: nahaslaw@gmail.com
Attorney for Claimant
New Jersey Attorney ID Number – 033962003

**FILED**
JEANNE A. NAUGHTON, CLERK
JUL 13 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J.LBR 9004-1(b)<br><br>WILLIAM HENRY STOLL IV<br>24 Plainfield Avenue<br>Warren, NJ 07059<br><br>In Re:<br><br>BlockFi Inc. | Case No: 22-19361<br><br>Chapter: 11<br><br>Hearing Date: August 3, 2023 at 10:00 am<br><br>Judge Michael B. Kaplan |

## NOTICE OF MOTION TO FILE A CREDITOR CLAIM OUT OF TIME

   **WILLIAM HENRY STOLL IV** has filed papers with the court seeking permission from the court to file a claim against you that is out of time.

   **YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

   If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

   Hearing Date:     August 3, 2023

   Hearing Time:     10:00 am

Hearing Location:  Judge Michael B. Kaplan
US Bankruptcy Court
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608 and/or by Zoom

Courtroom Number:  8

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Lauren Bielskie
U.S. Trustee
U.S. Dept. of Justice
Office of the U.S. Trustee
One Newark Center Suite 2100
Newark, NJ 07102


If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief.

LAW OFFICE OF KARAM NAHAS LLC
Attorney for Creditor William Stoll

By: _____
KARAM NAHAS ESQ.

Dated: July 11, 2023

-2-