LAW OFFICE OF KARAM NAHAS LLC
1130 ROUTE 202 SOUTH
SUITE A-7
RARITAN, NEW JERSEY 08869
T: 908.505.5291
E: nahaslaw@gmail.com
Attorney for Claimant
New Jersey Attorney ID Number – 033962003

**FILED**
JEANNE A. NAUGHTON, CLERK

JUL 13 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J.LBR 9004-1(b)

WILLIAM HENRY STOLL IV
24 Plainfield Avenue
Warren, NJ 07059

In Re:

BlockFi Inc.

Case No: 22-19361

Chapter: 11

Hearing Date: August 3, 2023 at 10:00 am

Judge Michael B. Kaplan

### CERTIFICATION OF CREDITOR – WILLIAM HENRY STOLL IV

I, **WILLIAM HENRY STOLL IV**, a creditor in the above captioned case, submit this Certification in support of the Motion to file a claim out of time, which is filed hereto along with this certification in support.

1. I am a creditor in this matter and seek to have the Court grant me permission to file my claim out of time.

2. On or about December, 2022, I had heard that the Debtor Blockfi filed bankruptcy, however, I didn't understand what that really meant.

3. In the month prior, the Debtor stop allowing withdrawals of funds.

4. As of November 30, 2022, my account had a balance of $12,436.30 that I could no longer access.

5. I was, and still am, unable to withdraw any of my funds.

6. I became distraught and depressed that I could not withdraw any funds.

7. I had figured I lost my money.

8. On or about July 3, 2023, I was speaking with a friend regarding loosing the funds in my Blockfi account.

9. He advised me that I could go file a claim with the Bankruptcy Court to get my repaid.

10. Prior to that date, I do not recall receiving any notices in the mail from Blockfi regarding my rights and I had changed my address around October, 2022, but did not update my new address on Blockfi.

11. That evening, I researched filing a claim and spent hours trying to file my claim.

12. I did in fact file my claim electronically via the Kroll system and on July 4, 2023, I received an electronic proof of claim with confirmation ID being 3277-48-QBKCW-021341067. **See Exhibit A – Email confirming claim receipt from Kroll along with two attachments: 1) electronic proof of claim and 2) proof of claim.**

13. I then reviewed the information publicly available about the Court case and realized that there was a deadline of filing a claim that had expired on March 31, 2023.

14. I became immediately worried.

15. I then called the Bankruptcy Court and spoke to a clerk there.

16. I was advised that my claim was filed out of time and that I would need to file a motion for the Court to consider my claim.

17. I then hired Mr. Karam Nahas Esq. as my attorney to assist in this matter.

18. I am 26 years old and borrowed the money from my parents to fund my account with the Debtor.

19. This is the first time anything like this has happened to me.

20. At first when the Debtor filed bankruptcy, I believed I had lost all of my money.

21. I did not think I could do anything about it.

22. I am presently unemployed and have been for several years with limited financial resources.

23. I am presently enrolled in Union County College studying business.

24. There is no prejudice to the Debtor if you permit me to file my claim out of time.

25. If I am not permitted to file my claim out of time, I will have no other recourse to recoup the money I had lost and I will be unfairly damaged.

26. My filing out of time was not done intentionally and will not operate to delay this matter or otherwise prejudice the parties.

27. Public policy should favor allowing me to file my claim out of time to mitigate the damages that I have suffered.

I certify under penalties of perjury that the above is true to the best of my knowledge.

By: *William Stoll*
WILLIAM STOLL

Dated: