LAW OFFICE OF KARAM NAHAS LLC
1130 ROUTE 202 SOUTH
SUITE A-7
RARITAN, NEW JERSEY 08869
T: 908.505.5291
E: nahaslaw@gmail.com
Attorney for Claimant
New Jersey Attorney ID Number – 033962003

**FILED**
JEANNE A. NAUGHTON, CLERK

JUL 13 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J.LBR 9004-1(b)

WILLIAM HENRY STOLL IV
24 Plainfield Avenue
Warren, NJ 07059

In Re:

BlockFi Inc.

Case No: 22-19361

Chapter: 11

Hearing Date: August 3, 2023 at 10:00 am

**Judge Michael B. Kaplan**

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

LAW OFFICE OF KARAM NAHAS LLC
Attorney for Creditor William Stoll

By: _____
KARAM NAHAS ESQ.

Dated: July 11, 2023