# EXHIBT A

◯ BlockFi    Dashboard    Accounts ▾    Fund    Withdraw    Borrow    **Refer a friend**    W ▴

**❗ Important Update**
Please note, balances displayed on the user interface may not properly reflect underlying balances at the time of the platform pause. Additional information can be found on our blog here.

William Stoll
Profile Settings
Reports
Help Center
Log Out

## Accounts

**Wallet**
Balance
**$399.65**
3 Active Crypto Balances

**Total Assets Value**
**$18,749.93**
$3,002.51 (19.07%) 12 Month Change



**Interest Account**
Balance
**$18,350.28**
7 Active Crypto Balances
Total Interest Paid
**$1,444.26**
Accrued Interest
**$0.00**

**Loans**
Borrow cash while you hold crypto. Mind-blowing rates. Same-day USD loans. No credit check or prepayment penalties.

Borrow now

---

◯ BlockFi    Dashboard    Accounts ▾    Fund    Withdraw    Borrow    **Refer a friend**    W ▾

**❗ Important Update**
Please note, balances displayed on the user interface may not properly reflect underlying balances at the time of the platform pause. Additional information can be found on our blog here.

Profile
Security
Crypto Addresses
Interest
Reports
Referrals
Beneficiaries
Contact Us

## Profile

Account ID: 92007922

**Personal Information**

Legal First Name
William

Legal Last Name
Stoll

Email Address
bills6597@gmail.com

Phone Number
+19084776145

**Residential Address**

ⓘ To change your residential address, please email BlockFi's claims agent Kroll at blockfiinfo@ra.kroll.com. To ensure your request is processed promptly, please send the request from the email address associated with your BlockFi Account.



○ BlockFi    Dashboard    Accounts ⌄    Fund    Withdraw    Borrow                Refer a friend

Contact Us

+18354731745

**Residential Address**

(1) To change your residential address, please email BlockFi claims agent help at blockfiinfo@kroll.com. To ensure your request is dealt with properly, please send the required fields for a new address, along with your BlockFi Account.

Street

Street Address 2

City

State/Province

ZIP/Postal Code

# BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

Electronic Proof of Claim ID

If you have an EPOC ID please enter it below and select next to proceed with your claim submission. EPOC IDs can be located on the pre-printed proof of claim forms sent via first-class mail.

EPOC ID

EPOC IDs are not required to submit a claim. If you cannot locate your EPOC ID or do not have an EPOC ID, please select next to continue with your claim submission.

## Instructions

Read the Instructions before filling out this form. This form is for making a claim based on assets held in account of the Debtors. **Do not** use this form to assert any other pre-petition claims. **Do not** use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed (November 28, 2022).

☑ Check here to see further instructions on completing your claim form:

## Debtor Selection

If you have one or more Interest-Bearing accounts (i.e. BlockFi Interest Accounts or BlockFi Private Client Fixed or Open Loans), fill in this information to identify the case:

◉ U.S. client
○ Non-U.S. client

☑ BlockFi Interest Account: BlockFi Inc. (Case No. 22-19361)
☐ BlockFi Private Client Fixed or Open Loans: BlockFi Lending LLC (Case No. 22-19365)
☐ Other

## Claim Information

**1. Who is the current creditor?**

William Stoll

Other names the creditor used with the debtor

Customer Identification Number(s):

Account ID: 92007922

Email Address Used to Sign Up for your BlockFi Account(s):

Bills6597@gmail.com

**2. Has this claim been acquired from someone else?**
◉ No
○ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form        1 / 11

**Where should notices to the creditor be sent?**

Name:

William Stoll

Address 1 (Street address, "Care of:", or "Attention To:"):

24 plainfield ave

Address 2:

Address 3:

Address 4:

City:

Warren

State or Province (use 2-letter abbreviation if US or Canada):

New Jersey

Zip Code | Postal Code:

07059

Is the creditor address outside of the US?

☉ No
○ Yes

Contact phone:

908-477-6145

Contact email:

Bills6597@gmail.com

Should payments go to a different address?

☉ No
○ Yes

Would you like to add any additional noticing addresses?

☉ No
○ Yes

**4. Does this claim amend one already filed?**

☉ No
○ Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☉ No
○ Yes

**6. Do you have any number you use to identify the debtor?**

○ No
☉ Yes

Last 4 digits of the debtor's account or any number you use to identify the debtor:

7922

## Claim Amount

* 7a. To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022)

BlockFi Interest Account (BlockFi Inc.; Case No. 22-19361)

$12,436.30

* 7b. List the number of each type of coin held in your Wallet account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in your Wallet account(s) as of the date the case was filed).

Please use only numerals and decimals in the BlockFi Interest Account(s) and BlockFi Private Client Fixed or Open Loans fields, up to a maximum of 21 digits or 20 digits and 1 decimal.

|  |  | Interest Bearing Accounts |  |
|---|---|---|---|
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Bitcoin (BTC) | $ 16,206.3000 | 0.13277036 |  |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Ethereum (ETH) | $ 1,167.2400 | 6.59415028 |  |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Gemini Dollar (GUSD) | $ 1.0000 | 0.03 |  |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| USD Coin (USDC) | $ 1.0000 | 130.45 |  |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| 1inch Network1 (INCH) | $ 0.5170 |  |  |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Aave (AAVE) | $ 60.1500 |  |  |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Algorand (ALGO) | $ 0.2359 |  |  |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Avalanche (AVAX) | $ 12.4500 |  |  |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Axie Infinity (AXS) | $ 6.5600 |  |  |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Basic Attention Token (BAT) | $ 0.22322 |  |  |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Binance Coin (BNB) | $ 292.7865 |  |  |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Bitcoin Cash (BCH) | $ 109.9100 | | |
| Binance USD (BUSD) | $ 1.0000 | | |
| Cardano (ADA) | $ 0.3064 | | |
| Chainlink (LINK) | $ 7.1940 | | |
| Celo (CELO) | $ 0.6170 | | |
| Chiliz (CHZ) | $ 0.1642 | | |
| Compound (COMP) | $ 37.1600 | | |
| Cosmos (ATOM) | $ 9.8590 | | |
| Curve DAO Token (CRV) | $ 0.6450 | | |
| Decentraland (MANA) | $ 0.3862 | | |
| DogeCoin (DOGE) | $ 0.09506 | | |
| dYdX (DYDX) | $ 1.6660 | | |
| Elrond (EGLD) | $ 42.1390 | | |
| Enjin Coin (ENJ) | $ 0.2960 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| EOS (EOS) | $ 0.9034 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Fantom (FTM) | $ 0.2049 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Filecoin (FIL) | $ 4.2530 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| FTX Token (FTT) | $ 1.2923535 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Gala (GALA) | $ 0.02478 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Hedera Hashgraph (HBAR) | $ 0.0486 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Kusama (KSM) | $ 25.5900 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Litecoin (LTC) | $ 73.8500 | 3.43865388 | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Loopring (LRC) | $ 0.2368 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Maker (MKR) | $ 645.4100 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Multi Collateral Dai (DAI) | $ 0.9997 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Near (NEAR) | $ 1.5900 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| OMG Network (OMG) | $ 1.1605 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| One Coin (ONE) | $ 0.0137 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| PAX Gold (PAXG) | $ 1,740.6400 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Paxos Standard Token (PAX) | $ 1.0000 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Polkadot (DOT) | $ 5.1340 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Polygon (MATIC) | $ 0.8209 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Quant (QNT) | $ 112.4100 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Render Token (RNDR) | $ 0.4672 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Serum (SRM) | $ 0.2330 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Solana (SOL) | $ 13.3200 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Stellar (XLM) | $ 0.087183 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| SushiSwap (SUSHI) | $ 1.3348 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Synthetix (SNX) | $ 1.6620 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Terra 2.0 (LUNA) | $ 0.0001552 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Tether (USDT) | $ 0.9995 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Tezos (XTZ) | $ 0.9750 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| The Graph (GRT) | $ 0.0622 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| The Sandbox (SAND) | $ 0.5531 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| THORchain (RUNE) | $ 1.1670 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Tron (TRX) | $ 0.052973 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| TrueUSD (TUSD) | $ 0.9997 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Uniswap (UNI) | $ 5.2830 | 48.15276785 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Waves (WAVES) | $ 2.3300 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Yearn.Finance (YFI) | $ 6,266.5000 | | |

Do you hold additional coins in your account not listed above?

⦿ No
○ Yes

## Additional Claim Information

**8. What is the basis of the claim?** (limited to 100 characters)

had an Interest bearing account with Blockfi with withdrawals frozen as of Nov 2022, valued est 13k

**9. Is all or part of the claim secured?**

⦿ No
○ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.

☐ Motor vehicle

☐ Other.

**Basis for perfection:**

**Value of property (all amounts in US $ dollars):**

Amount of the claim that is secured (all amounts in US $ dollars):

Amount of the claim that is unsecured (all amounts in US $ dollars):

Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars):

Interest Rate Type:

○ Fixed
○ Variable

Annual Interest Rate (when case was filed) %:

10. Is this claim based on a lease?

◉ No
○ Yes

Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars).

11. Is this claim subject to a right of setoff?

◉ No
○ Yes

Identify the property:

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

◉ No
○ Yes

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other

# E-Sign

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

◉ I am the creditor.
○ I am the creditor's attorney or authorized agent.
○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

07/04/2023

Signature

*[signature: William H Stoll]*

I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

Name of the person who is completing and signing this claim:

First name

William

Middle Name

H

Last name

Stoll

Title

Company

Address 1:

24 plainfield ave

Address 2:

Address 3:

Address 4:

City:

Warren

State or Province (use 2-letter abbreviation if US or Canada):

New Jersey

Zip Code | Postal Code:

07059

Is the address outside of the US?

◉ No
○ Yes

Contact phone:

908-477-6145

Contact email:

Bills6597@gmail.com

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

◉ I have supporting documentation
○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

📄 Proof Of Claim.pdf                                                                                                         897 KB

**Attachment Filename**

Proof Of Claim.pdf

## Confirmation of Submission

**Your Form has been successfully submitted...**

DOCUMENT ID

e7417a558f9bc49208cd80d5618fc23aae2b555d

Status

Submitted

Submission Email Address

Bills6597@gmail.com

Submitted Date Time

2023-07-04T07:50:15.537Z

CONFIRMATION ID

3275-48-QBKCW-021341067

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as your Confirmation ID.