LAW OFFICE OF KARAM NAHAS LLC
1130 ROUTE 202 SOUTH
SUITE A-7
RARITAN, NEW JERSEY 08869
T: 908.505.5291
E: nahaslaw@gmail.com
Attorney for Claimant
New Jersey Attorney ID Number – 033962003

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J.LBR 9004-1(b)

WILLIAM HENRY STOLL IV
24 Plainfield Avenue
Warren, NJ 07059

In Re:

BlockFi Inc.

Case No: 22-19361

Chapter: 11

Hearing Date: August 3, 2023 at 10:00 am

Judge Michael B. Kaplan

## ORDER GRANTING CREDITOR TO FILE CLAIM OUT OF TIME

The relief set forth in the following page, is **ORDERED**:

-2-

The Court having reviewed the Movant's motion to file a claim out of time, and any related responses or objections, it is hereby:

**ORDERED THAT:**

1. Creditor William Stoll is hereby allowed to file a claim out of time.

2. Said claim shall be be filed on or before _____

3. _____
   _____
   _____

By: _____
    JUDGE

Dated: