LAW OFFICE OF KARAM NAHAS LLC
1130 ROUTE 202 SOUTH
SUITE A-7
RARITAN, NEW JERSEY 08869
T: 908.505.5291
E: nahaslaw@gmail.com
Attorney for Claimant
New Jersey Attorney ID Number – 033962003

**FILED**
JEANNE A. NAUGHTON, CLERK
JUL 1 3 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J.LBR 9004-1(b)

WILLIAM HENRY STOLL IV
24 Plainfield Avenue
Warren, NJ 07059

In Re:

BlockFi Inc.

**Case No: 22-19361**

**Chapter: 11**

**Hearing Date: August 3, 2023 at 10:00 am**

**Judge Michael B. Kaplan**

## CERTIICATION OF SERVICE

1. **I, WILLIAM STOLL,** am the creditor in this matter.

2. On July 12, 2023, I sent a copy of the following pleadings: Notice of Motion to file claim out of time, certification of William Stoll with exhibits, Statement as to why brief is not necessary, and Proposed Order Granting Relief to the following parties:

   US Bankruptcy Court, Clerk's Office, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, NJ 08608

   Debtor Counsel - Michael D. Sirota, Cole Schotz PC, 25 Main Street, Hackensack, NJ 07601

-2-

Judge Michael B. Kaplan, US Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, NJ 08608

U.S. Trustee Lauren Bielskie, U.S. Dept. of Justice, Office of the U.S. Trustee, One Newark Center Suite 2100, Newark, NJ 07102

3. I certify under penalties of perjury that the above documents were sent using the mode of service indicated.

By: *William Stoll* (signature)
William Stoll

Dated: July 12, 2023