**EXHIBIT "A"**

GENOVA BURNS LLC

July 14, 2023
Invoice No.:    498214

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/01/23 | DMS | B110 | Review Judge's email regarding wallets and send to UCC. | .30 | 800.00 | 240.00 |
| 6/01/23 | DMS | B110 | Emails and texts with UCC and co-counsel regarding DOJ. | .60 | 800.00 | 480.00 |
| 6/01/23 | DMS | B110 | Emails regarding status of sales and preparation for mediation. | .70 | 800.00 | 560.00 |
| 6/01/23 | DWC | B110 | Withdraw the reference procedure and substance re DOJ motion | .70 | 600.00 | 420.00 |
| 6/01/23 | DWC | B110 | Zoom meeting with DOJ and co counsel and debtor re adversary proceeding | .70 | 600.00 | 420.00 |
| 6/01/23 | DWC | B110 | Emails re fee and billing procedures | .60 | 600.00 | 360.00 |
| 6/01/23 | DWC | B110 | Coordinate response to update court on the DOJ and WA District Court status | .90 | 600.00 | 540.00 |
| 6/01/23 | DWC | B110 | Rvw and circulate district court docket entries on the DOJ motion to withdraw reference | .40 | 600.00 | 240.00 |
| 6/01/23 | DWC | B110 | Emails with UST re objection to retention of professionals | .40 | 600.00 | 240.00 |
| 6/01/23 | SS | B110 | Checking Court page for upcoming hearing information. | .10 | 275.00 | 27.50 |
| 6/01/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 6/02/23 | DMS | B110 | Texts with Aulet and UCC regarding Wallets and mediation. | .50 | 800.00 | 400.00 |
| 6/02/23 | DMS | B110 | Review Avellino letter regarding mediation. | .20 | 800.00 | 160.00 |
| 6/02/23 | DWC | B110 | Zoom meeting with DOJ, debtor re PI hearing and adversary re WA seizure | .80 | 600.00 | 480.00 |
| 6/02/23 | DWC | B110 | Emails with co counsel re handling DOJ issues | .70 | 600.00 | 420.00 |

**GENOVA BURNS LLC**

July 14, 2023  
Invoice No.:   498214

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/02/23 | DWC | B110 | Rvw MOXO and emails and memos from co counsel and professionals | 1.20 | 600.00 | 720.00 |
| 6/02/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 6/02/23 | GSK | B110 | Review Grant & Eisenhofer letter to Court requesting to be included in mediation. | .10 | 600.00 | 60.00 |
| 6/03/23 | DMS | B110 | Review debtor mediation statement (173 page) and communicated with UCC and co-counsel regarding same. | 1.20 | 800.00 | 960.00 |
| 6/03/23 | DMS | B110 | Communication with UCC and Stark regarding Strome. | .40 | 800.00 | 320.00 |
| 6/03/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 6/05/23 | DMS | B110 | Mediation. | 6.80 | 800.00 | 5,440.00 |
| 6/05/23 | DMS | B110 | Emails with Aulet regarding Transcripts. | .30 | 800.00 | 240.00 |
| 6/05/23 | DWC | B110 | Committee mediation at debtor's counsel offices | 9.00 | 600.00 | 5,400.00 |
| 6/05/23 | DWC | B195 | Travel to and from mediation in NYC | 2.80 | 300.00 | 840.00 |
| 6/05/23 | DWC | B110 | Multiple emails re DOJ and WA seizure; communications to court re stipulated JSO | 1.20 | 600.00 | 720.00 |
| 6/05/23 | LD | B160 | Prepare and file certification of no objection regarding M3 Partners March fee statement. | .50 | 250.00 | 125.00 |
| 6/05/23 | SS | B110 | Reviewing docket for information regarding upcoming hearing. | .10 | 275.00 | 27.50 |
| 6/05/23 | SS | B110 | Updating attorney calendars with upcoming hearing dates based on review of court docket. | .20 | 275.00 | 55.00 |
| 6/05/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 6/05/23 | GSK | B110 | Review Court calendar. | .10 | 600.00 | 60.00 |
| 6/05/23 | GSK | B160 | Review Miller Nash special counsel retention application papers; review various corresp among counsel re same; various corresp with DWC and counsel re same. | .50 | 600.00 | 300.00 |

GENOVA BURNS LLC

July 14, 2023
Invoice No.: 498214

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 6/05/23 | GSK | B110 | Review email from creditor. | .10 | 600.00 | 60.00 |
| 6/06/23 | DMS | B110 | Mediation Day 2. | 6.80 | 800.00 | 5,440.00 |
| 6/06/23 | DMS | B110 | Emails with BR regarding insurance issues. | .20 | 800.00 | 160.00 |
| 6/06/23 | DWC | B110 | Mediation with debtor et al in NYC | 8.50 | 600.00 | 5,100.00 |
| 6/06/23 | DWC | B110 | Multiple emails re status of mediation; comms from mediator and offer from debtor | 2.10 | 600.00 | 1,260.00 |
| 6/06/23 | DWC | B110 | Emails to chambers with request for extended earing date; email DOJ et al re comms with district court | .90 | 600.00 | 540.00 |
| 6/06/23 | DWC | B110 | Research on insurance claims re Rova Farms | 1.10 | 600.00 | 660.00 |
| 6/06/23 | DWC | B110 | Debtor facts re seizure | .40 | 600.00 | 240.00 |
| 6/06/23 | DWC | B110 | Emails re course of action on DOJ issues | .20 | 600.00 | 120.00 |
| 6/06/23 | LD | B110 | Email with DWC and SS regarding service of adversary complaint. | .20 | 250.00 | 50.00 |
| 6/06/23 | LD | B160 | Prepare draft first application for compensation for Genova Burns. | 2.50 | 250.00 | 625.00 |
| 6/06/23 | LD | B110 | File letter to Judge Kirsch and email to cc list. | .30 | 250.00 | 75.00 |
| 6/06/23 | SS | B110 | Reviewing proper service procedures and whether proper service was completed. | .20 | 275.00 | 55.00 |
| 6/06/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 6/06/23 | GSK | B110 | Review corresp from Judge Kaplan's law clerk re scheduling in DOJ seizure warrant matter. | .10 | 600.00 | 60.00 |
| 6/07/23 | DMS | B110 | Committee Zoom call. | 1.00 | 800.00 | 800.00 |
| 6/07/23 | DMS | B110 | Emails with Adler and BR regarding assignment of tort claims. | .30 | 800.00 | 240.00 |
| 6/07/23 | DMS | B110 | Email with Fee Examiner. | .20 | 800.00 | 160.00 |
| 6/07/23 | DWC | B110 | Committee call to catch up on status of offers and mediator context | 1.20 | 600.00 | 720.00 |

GENOVA BURNS LLC

July 14, 2023
Invoice No.:    498214

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/07/23 | DWC | B110 | Meeting with DOJ re potential resolution | 1.20 | 600.00 | 720.00 |
| 6/07/23 | DWC | B110 | Revised letter to chambers | .60 | 600.00 | 360.00 |
| 6/07/23 | DWC | B110 | Draft letter to the district court re joint agreed schedule | .80 | 600.00 | 480.00 |
| 6/07/23 | DWC | B110 | RV brief response to motion to withdrawal | .70 | 600.00 | 420.00 |
| 6/07/23 | DWC | B110 | Rvw proposed evidentiary stipulations to facts | .30 | 600.00 | 180.00 |
| 6/07/23 | LD | B110 | File letter to Judge Kirsch and email to cc list. | .30 | 250.00 | 75.00 |
| 6/07/23 | SS | B110 | Reviewing case website for updated information on upcoming hearing. | .10 | 275.00 | 27.50 |
| 6/08/23 | DMS | B110 | Review Stark emails regarding Debtor counter and respond. | .30 | 800.00 | 240.00 |
| 6/08/23 | DMS | B110 | Call with Aulet regarding DOJ issues. | .20 | 800.00 | 160.00 |
| 6/08/23 | DMS | B110 | Call with UCC professionals regarding mediation. | .70 | 800.00 | 560.00 |
| 6/08/23 | DMS | B110 | Emails and texts with UCC regarding mediation. | .60 | 800.00 | 480.00 |
| 6/08/23 | DWC | B110 | BlockFI mediation zoom; status and strategy | 1.40 | 600.00 | 840.00 |
| 6/08/23 | DWC | B110 | Zoom meeting with committee re professionals mediation zoom | 1.20 | 600.00 | 720.00 |
| 6/08/23 | DWC | B110 | Emails re mediator proposal | 1.60 | 600.00 | 960.00 |
| 6/08/23 | DWC | B110 | Revise Miller nash retention docs. | 1.20 | 600.00 | 720.00 |
| 6/08/23 | DWC | B110 | Emails with Miller Nash re process and procedure for retention | .40 | 600.00 | 240.00 |
| 6/08/23 | LD | B160 | Prepare and file CNO regarding Elementus April fee statement. | .50 | 250.00 | 125.00 |
| 6/08/23 | GSK | B150 | Conf call (zoom) with UCC members and professionals. | 1.70 | 600.00 | 1,020.00 |
| 6/08/23 | GSK | B110 | Email to DMS and DWC re summary of conf call with UCC members. | .30 | 600.00 | 180.00 |

**GENOVA BURNS LLC**

July 14, 2023
Invoice No.:    498214

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/08/23 | GSK | B110 | Tel discussions with DWC re follow-up to issues raised during UCC conf call. | .70 | 600.00 | 420.00 |
| 6/08/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 6/08/23 | GSK | B160 | Various corresp with co-counsel and DWC re Miller Nash special counsel retention application, etc. | .20 | 600.00 | 120.00 |
| 6/08/23 | GSK | B160 | Review draft Miller Nash special counsel retention application; review issues for motion to seal interested party list. | .50 | 600.00 | 300.00 |
| 6/09/23 | DMS | B110 | Email to Stark et al regarding next steps. | .30 | 800.00 | 240.00 |
| 6/09/23 | DMS | B110 | Call with UCC. | .80 | 800.00 | 640.00 |
| 6/09/23 | DMS | B110 | Review GT production. | .50 | 800.00 | 400.00 |
| 6/09/23 | DWC | B110 | Committee call to discuss mediation issues | 1.20 | 600.00 | 720.00 |
| 6/09/23 | DWC | B110 | Calls and emails with SD re DOJ stip; draft proposed stip with explanation of input needed. | 2.60 | 600.00 | 1,560.00 |
| 6/09/23 | DWC | B110 | Emails re professional and member expenses | .30 | 600.00 | 180.00 |
| 6/09/23 | DWC | B110 | Email re procedure and status to DOJ | .70 | 600.00 | 420.00 |
| 6/09/23 | DWC | B110 | Email co counsel re proposed understanding and course of action | .70 | 600.00 | 420.00 |
| 6/09/23 | DWC | B110 | Coordinate retention docs for Miller Nash | .80 | 600.00 | 480.00 |
| 6/09/23 | LD | B160 | Emails with DWC and DMS regarding fee statement. | .20 | 250.00 | 50.00 |
| 6/09/23 | LD | B160 | Prepare and file CNO regarding Genova Burns April fee statement and send to Debtor. | .50 | 250.00 | 125.00 |
| 6/09/23 | LD | B160 | Prepare draft May monthly fee statement for GB. | 1.00 | 250.00 | 250.00 |
| 6/09/23 | LD | B160 | Finalize Miller Nash retention papers, redact exhibits, and file. | 1.00 | 250.00 | 250.00 |
| 6/09/23 | LD | B110 | Finalize and file motion to seal regarding Miller Nash. | .50 | 250.00 | 125.00 |
| 6/09/23 | LD | B110 | Email seal documents to J. Sponder. | .20 | 250.00 | 50.00 |

GENOVA BURNS LLC

July 14, 2023
Invoice No.: 498214

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/09/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 6/09/23 | GSK | B160 | Prepare motion to seal re Miller Nash retention application; review prior motion to seal re prior retention applications; review docket; finalize motion to seal; corresp with LD re filing of motion to seal. | 3.20 | 600.00 | 1,920.00 |
| 6/11/23 | DWC | B110 | Emails with SDwoskin re court procedure and response deadlines | .60 | 600.00 | 360.00 |
| 6/12/23 | DMS | B110 | Review Stark email and Debtor counter and respond. | .40 | 800.00 | 320.00 |
| 6/12/23 | DMS | B110 | Emails with co-counsel regarding next steps and strategy. | .60 | 800.00 | 480.00 |
| 6/12/23 | DMS | B110 | Review debtor amended schedule regarding Plan and email to co-counsel. | .30 | 800.00 | 240.00 |
| 6/12/23 | DWC | B110 | Emails with co counsel re mediation next steps | .40 | 600.00 | 240.00 |
| 6/12/23 | DWC | B110 | Draft docs and revised stips | .40 | 600.00 | 240.00 |
| 6/12/23 | DWC | B110 | Resolve issue with WA District court filing PHV issues | .30 | 600.00 | 180.00 |
| 6/12/23 | DWC | B110 | Email re proposed next steps in DOJ negotiation | .40 | 600.00 | 240.00 |
| 6/12/23 | DWC | B110 | Prep objection to motion to withdraw the reference | 1.10 | 600.00 | 660.00 |
| 6/12/23 | DWC | B110 | Rvw debtor's response to motion to withdraw the reference | .40 | 600.00 | 240.00 |
| 6/12/23 | LD | B160 | Finalize and file Genova Burns May fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 6/12/23 | LD | B160 | Email LEDES file to Debtor and UST. | .10 | 250.00 | 25.00 |
| 6/12/23 | LD | B110 | Edit, finalize and file opposition to motion to withdraw reference. | 1.30 | 250.00 | 325.00 |
| 6/12/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 6/12/23 | GSK | B110 | Review signed bridge order extending debtors' exclusivity periods. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

July 14, 2023
Invoice No.:    498214

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 6/12/23 | GSK | B320 | Review debtors' notice re hearing on amended disclosure statement and exclusivity motion, etc. | .10 | 600.00 | 60.00 |
| 6/12/23 | GSK | B190 | Review various corresp among co-counsel and DWC re UCC's response to DOJ's motion to withdraw the reference re UCC's adversary proceeding re seizure warrant; review draft and final response. | .20 | 600.00 | 120.00 |
| 6/13/23 | DMS | B110 | Review and reply to customer emails and calls. | .40 | 800.00 | 320.00 |
| 6/13/23 | DWC | B110 | Revise stip and propose suggestions | .70 | 600.00 | 420.00 |
| 6/13/23 | DWC | B110 | Email to co counsel re deadlines and purpose of response | .40 | 600.00 | 240.00 |
| 6/13/23 | DWC | B110 | UCC meeting | 1.70 | 600.00 | 1,020.00 |
| 6/13/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 6/13/23 | GSK | B110 | Review debtors' adversary complaint against CT Dept of Banking. | .10 | 600.00 | 60.00 |
| 6/13/23 | GSK | B310 | Review debtors' 2nd, 3rd, 4th and 5th omnibus objections to claims. | .50 | 600.00 | 300.00 |
| 6/13/23 | GSK | B110 | Review email from creditor. | .10 | 600.00 | 60.00 |
| 6/14/23 | DMS | B110 | Emails with DWC and GSK regarding updates, fee procedures and strategy. | .70 | 800.00 | 560.00 |
| 6/14/23 | DWC | B110 | Emails re fee statement and protocol | .40 | 600.00 | 240.00 |
| 6/14/23 | DWC | B110 | Emails re status of PI and adversary | .30 | 600.00 | 180.00 |
| 6/14/23 | DWC | B110 | Calls and emails re format of interim fee app and support | .90 | 600.00 | 540.00 |
| 6/14/23 | DWC | B110 | Revise elementus fee application narrative | .80 | 600.00 | 480.00 |
| 6/14/23 | LD | B160 | Finalize and file M3 Partners April fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 6/14/23 | LD | B160 | Edit fee application format. | .50 | 250.00 | 125.00 |
| 6/14/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

July 14, 2023
Invoice No.:    498214

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 6/14/23 | GSK | B160 | Review and revise GB's interim fee application; various corresp with DWC and LD re same. | .50 | 600.00 | 300.00 |
| 6/14/23 | GSK | B160 | Various corresp with co-counsel re local rules, etc. filing interim fee applications; review UST guidelines re same; review orders re fee examiner; various emails with DMS, DWC and LD re same. | 1.20 | 600.00 | 720.00 |
| 6/15/23 | DMS | B110 | Review and reply to post with UCC regarding mediation and other issues. | .50 | 800.00 | 400.00 |
| 6/15/23 | DMS | B110 | Review debtor suit against CT. | .20 | 800.00 | 160.00 |
| 6/15/23 | DMS | B110 | Email with GSK regarding hearing dates. | .20 | 800.00 | 160.00 |
| 6/15/23 | DMS | B110 | Email with GSK regarding mediation. | .20 | 800.00 | 160.00 |
| 6/15/23 | DWC | B110 | Draft narrative to fee app | 1.40 | 600.00 | 840.00 |
| 6/15/23 | LD | B160 | Edits and emails to forms for first interim fee applications for GB, M3 and Elementus. | 3.00 | 250.00 | 750.00 |
| 6/15/23 | LD | B160 | Finalize and file Genova Burns, Brown Rudnick, Elementus and M3 Partners first interim fee applications. | 1.50 | 250.00 | 375.00 |
| 6/15/23 | SS | B110 | Updating interim fee application. | .30 | 275.00 | 82.50 |
| 6/15/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 6/15/23 | GSK | B110 | Corresp with DMS re coverage of 6/23 mediation. | .10 | 600.00 | 60.00 |
| 6/15/23 | GSK | B160 | Further revisions to GB's interim fee application; emails with LD re same. | .50 | 600.00 | 300.00 |
| 6/15/23 | GSK | B160 | Various corresp with co-counsel re interim fee applications. | .50 | 600.00 | 300.00 |
| 6/15/23 | GSK | B160 | Review interim fee applications of co-counsel and other UCC professionals; corresp with co-counsel and professionals re same; corresp with LD re same and re filing of interim fee applications; corresp to co-counsel and professionals confirming filed interim fee applications, etc. | 1.20 | 600.00 | 720.00 |

GENOVA BURNS LLC

July 14, 2023
Invoice No.:    498214

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/15/23 | GSK | B160 | Review fee examiner order; review email from fee examiner; corresp to LD, SMS, DMS and DWC re future deadlines for interim fee applications, etc. | .50 | 600.00 | 300.00 |
| 6/16/23 | DMS | B110 | Emails regarding updated caption. | .20 | 800.00 | 160.00 |
| 6/16/23 | DMS | B110 | Emails regarding June 20tth hearing. | .30 | 800.00 | 240.00 |
| 6/16/23 | DMS | B110 | Review US Trustee email regarding Miller. | .10 | 800.00 | 80.00 |
| 6/16/23 | DWC | B110 | Multiple emails and calls re hearing logistics | .70 | 600.00 | 420.00 |
| 6/16/23 | DWC | B110 | Emails with parties and chambers asking for conference | .60 | 600.00 | 360.00 |
| 6/16/23 | DWC | B110 | Rvw professional fee statement | .40 | 600.00 | 240.00 |
| 6/16/23 | DWC | B110 | Multiple email and call re DOJ and court conference | .70 | 600.00 | 420.00 |
| 6/16/23 | DWC | B110 | Emails with UST re extension of time re objection to retention | .40 | 600.00 | 240.00 |
| 6/16/23 | DWC | B110 | Email co counsel re special counsel retention particulars | .40 | 600.00 | 240.00 |
| 6/16/23 | LD | B110 | Revise caption to update debtor's address and format for orders. | .20 | 250.00 | 50.00 |
| 6/16/23 | LD | B160 | Finalize and file Brown Rudnick May fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 6/16/23 | SS | B110 | Updating attorney calendars with fee deadlines. | .10 | 275.00 | 27.50 |
| 6/16/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 6/16/23 | GSK | B110 | Review signed bridge order extending debtors' exclusivity periods. | .10 | 600.00 | 60.00 |
| 6/16/23 | GSK | B110 | Emails with DWC re 6/23 mediation. | .10 | 600.00 | 60.00 |
| 6/16/23 | GSK | B110 | Review corresp to Judge Kaplan requesting conference re scheduling in DOJ seizure warrant matter; review response from Judge's law clerk. | .10 | 600.00 | 60.00 |
| 6/17/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

July 14, 2023
Invoice No.: 498214

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/17/23 | GSK | B320 | Review debtors' notice re hearing on amended disclosure statement and exclusivity motion, etc. | .10 | 600.00 | 60.00 |
| 6/18/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 6/19/23 | DMS | B110 | Emails with GSK and SSR regarding status and coverage. | .30 | 800.00 | 240.00 |
| 6/19/23 | DWC | B110 | Rvw changes to pleading from co counsel re DOJ suit | .80 | 600.00 | 480.00 |
| 6/19/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 6/19/23 | GSK | B310 | Review debtors' 6th omnibus objection to claims. | .20 | 600.00 | 120.00 |
| 6/19/23 | GSK | B110 | Review email from creditor; review DWC response. | .10 | 600.00 | 60.00 |
| 6/20/23 | DMS | B110 | Emails with DWC and GSK regarding coverage and status. | .40 | 800.00 | 320.00 |
| 6/20/23 | DMS | B110 | More customer calls. | .40 | 800.00 | 320.00 |
| 6/20/23 | DMS | B110 | Emails with Court and Yudkin regarding hearing and customer inquiry. | .40 | 800.00 | 320.00 |
| 6/20/23 | DMS | B110 | UCC meeting by Zoom. | 2.00 | 800.00 | 1,600.00 |
| 6/20/23 | DWC | B110 | Court conference re adversary with the DOJ | 1.20 | 600.00 | 720.00 |
| 6/20/23 | DWC | B110 | Rvw draft stip; circulate draft for markup; emails re substance of stip | 1.30 | 600.00 | 780.00 |
| 6/20/23 | DWC | B110 | Committee meeting | 1.10 | 600.00 | 660.00 |
| 6/20/23 | DWC | B110 | Email re court hearing from court and circulate to team | .20 | 600.00 | 120.00 |
| 6/20/23 | DWC | B110 | Rvw moxo chat and links to articles from members | 1.10 | 600.00 | 660.00 |
| 6/20/23 | DWC | B110 | Email amended complaint local rule | .60 | 600.00 | 360.00 |
| 6/20/23 | DWC | B110 | Address UST concerns with Miller Nash retention docs | .80 | 600.00 | 480.00 |
| 6/20/23 | SS | B110 | Reviewing hearing adjournments and updating attorney calendars to reflect same. | .20 | 275.00 | 55.00 |
| 6/20/23 | GSK | B150 | Conf call (zoom) with UCC members and professionals. | 2.00 | 600.00 | 1,200.00 |

GENOVA BURNS LLC

July 14, 2023
Invoice No.:    498214

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/20/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 6/20/23 | GSK | B110 | Review signed order granting motion to seal GB's May 2023 fee statement. | .10 | 600.00 | 60.00 |
| 6/20/23 | GSK | B110 | Review Court calendar. | .10 | 600.00 | 60.00 |
| 6/20/23 | GSK | B110 | Corresp with DMS and DWC re coverage of upcoming matters. | .10 | 600.00 | 60.00 |
| 6/20/23 | GSK | B190 | Review signed order granting motion to seal in UCC's adversary proceeding re DOJ seizure warrant. | .10 | 600.00 | 60.00 |
| 6/20/23 | GSK | B110 | Emails with DMS re follow-up to conf call with UCC members. | .10 | 600.00 | 60.00 |
| 6/20/23 | GSK | B110 | Corresp with co-counsel re 6/23 mediation. | .10 | 600.00 | 60.00 |
| 6/20/23 | GSK | B190 | Review DOJ's reply in support of motion for withdrawal of reference re UCC's adversary proceeding re seizure warrant; review various corresp re same; review email re submission to Judge Kaplan. | .20 | 600.00 | 120.00 |
| 6/21/23 | DMS | B110 | Review Moxo posts and M3 report. | .70 | 800.00 | 560.00 |
| 6/21/23 | DWC | B110 | Emails re unavailability and coordinate delegation admin of case | .40 | 600.00 | 240.00 |
| 6/21/23 | LD | B110 | Prepare and file certificate of consent regarding consent order and email to Chambers. | .50 | 250.00 | 125.00 |
| 6/21/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 6/21/23 | GSK | B190 | Review various corresp between co-counsel, DOJ and debtors re stipulation re UCC's adversary proceeding re seizure warrant; review draft and final stipulation. | .50 | 600.00 | 300.00 |
| 6/22/23 | DMS | B110 | Emails to UCC regarding expenses. | .30 | 800.00 | 240.00 |
| 6/22/23 | DMS | B110 | Emails regarding expense checks. | .30 | 800.00 | 240.00 |
| 6/22/23 | DMS | B110 | Posts and emails in preparation for mediation. | .70 | 800.00 | 560.00 |
| 6/22/23 | DMS | B110 | Emails regarding retention of Washington counsel. | .30 | 800.00 | 240.00 |

GENOVA BURNS LLC

July 14, 2023
Invoice No.:    498214

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/22/23 | DMS | B110 | Review Stipulation with SEC. | .20 | 800.00 | 160.00 |
| 6/22/23 | DMS | B110 | Review May Interim Report. | .30 | 800.00 | 240.00 |
| 6/22/23 | DWC | B110 | Rvw orders entered; email co counsel re mediation; | .30 | 600.00 | 180.00 |
| 6/22/23 | DWC | B110 | Emails re coordination with chambers for hearing options. | .30 | 600.00 | 180.00 |
| 6/22/23 | DWC | B110 | And revise draft Miller Nash retention docs; incorporate UST edits. Circulations. | 1.60 | 600.00 | 960.00 |
| 6/22/23 | DWC | B110 | Rvw Moxo chat messages | .80 | 600.00 | 480.00 |
| 6/22/23 | DWC | B110 | Emails re draft budget if WA stay lifted. | .30 | 600.00 | 180.00 |
| 6/22/23 | SS | B110 | Reviewing consent order and calendaring deadlines from same. | .30 | 275.00 | 82.50 |
| 6/22/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 6/22/23 | GSK | B310 | Review stipulation between debtors and SEC re claim treatment. | .10 | 600.00 | 60.00 |
| 6/22/23 | GSK | B110 | Review debtors' MORs for May 2023. | .40 | 600.00 | 240.00 |
| 6/23/23 | DMS | B110 | Emails regarding preparation for mediation. | .30 | 800.00 | 240.00 |
| 6/23/23 | DMS | B110 | Mediation | 5.20 | 800.00 | 4,160.00 |
| 6/23/23 | DWC | B110 | Final edits to Miller nash docs. Coordinate submission | .80 | 600.00 | 480.00 |
| 6/23/23 | DWC | B110 | Emails and Moxo msgs re mediation | .50 | 600.00 | 300.00 |
| 6/23/23 | DWC | B110 | More emails re status of mediation and next steps | .30 | 600.00 | 180.00 |
| 6/23/23 | DWC | B110 | Emails with DMS and GK re case status and proposed course of action | .70 | 600.00 | 420.00 |
| 6/23/23 | MAS | B110 | Filed Supplemental Certification of David Neu and Declaration for Retention of Miller Nash and emailed same to chambers. | .50 | 200.00 | 100.00 |
| 6/23/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |

GENOVA BURNS LLC

July 14, 2023  
Invoice No.:    498214

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/23/23 | GSK | B195 | Travel to K&E's offices for mediation. | 1.00 | 300.00 | 300.00 |
| 6/23/23 | GSK | B110 | Attend mediation session at K&E's offices; meetings with UCC members and professionals; various discussions with co-counsel and UCC members (total time at K&E's offices = 9.5). | 7.50 | 600.00 | 4,500.00 |
| 6/23/23 | GSK | B195 | Travel from K&E's offices after mediation. | 1.00 | 300.00 | 300.00 |
| 6/23/23 | GSK | B110 | Various corresp with DMS and DWC re status of mediation. | .20 | 600.00 | 120.00 |
| 6/23/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 6/24/23 | DMS | B110 | Emails with GSK and Aulet regarding mediation post mortem. | .60 | 800.00 | 480.00 |
| 6/24/23 | GSK | B110 | Email to DMS and DWC summarizing 6/23 mediation; various follow-up corresp with DMS and DWC re same. | .60 | 600.00 | 360.00 |
| 6/24/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 6/25/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 6/26/23 | DMS | B110 | Send reimbursement checks to UCC members. | .40 | 800.00 | 320.00 |
| 6/26/23 | DMS | B110 | Emails with co-counsel regarding Motion, sealing, etc. | .60 | 800.00 | 480.00 |
| 6/26/23 | DMS | B110 | Emails regarding preparation for filing motions, etc. | .40 | 800.00 | 320.00 |
| 6/26/23 | DWC | B110 | Coordinate and rvw pleadings for filing | .60 | 600.00 | 360.00 |
| 6/26/23 | DWC | B110 | Multiple emails re coordination of filings for the DOJ adversary | .80 | 600.00 | 480.00 |
| 6/26/23 | DWC | B110 | Coordinate with nash re fee protocol | .60 | 600.00 | 360.00 |
| 6/26/23 | DWC | B110 | Email request for transcript; rvw file | .40 | 600.00 | 240.00 |
| 6/26/23 | DWC | B110 | Coordinate filing of motion to unseal; draft seal and short notice | .40 | 600.00 | 240.00 |
| 6/26/23 | DWC | B110 | Coordinate additional pleadings for the filing | .40 | 600.00 | 240.00 |
| 6/26/23 | MAS | B110 | Arranged for service of Dkt. 1113 with Kroll. | .10 | 200.00 | 20.00 |

GENOVA BURNS LLC

July 14, 2023
Invoice No.: 498214

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/26/23 | LD | B160 | Download Miller Nash entered order and circulate fee statement templates. | .20 | 250.00 | 50.00 |
| 6/26/23 | SS | B110 | Reviewing docket and adjusting attorney calendars to reflect hearing adjournment. | .10 | 275.00 | 27.50 |
| 6/26/23 | SS | B110 | Reviewing communication from creditor and sending summary and draft response to DWC and GSK. | .10 | 275.00 | 27.50 |
| 6/26/23 | GSK | B110 | Coordinate with DMS and DWC re coverage for 6/27 committee conference call. | .10 | 600.00 | 60.00 |
| 6/26/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 6/26/23 | GSK | B160 | Review signed order re Miller Nash retention. | .10 | 600.00 | 60.00 |
| 6/26/23 | GSK | B190 | Review various corresp between co-counsel and DOJ re draft amended complaint re seizure warrant. | .20 | 600.00 | 120.00 |
| 6/26/23 | GSK | B110 | Review various corresp between co-counsel and DWC re draft motion to unredact Committee's preliminary report, etc. | .20 | 600.00 | 120.00 |
| 6/26/23 | GSK | B110 | Review emails from creditors; review emails from DMS and SMS re same. | .10 | 600.00 | 60.00 |
| 6/26/23 | GSK | B190 | Various corresp with co-counsel re subpoenas to be served on Vogel, Prince and Marquez. | .20 | 600.00 | 120.00 |
| 6/26/23 | GSK | B190 | Review draft motion for trustee and terminate exclusivity, etc.; review various corresp with co-counsel re same. | .50 | 600.00 | 300.00 |
| 6/27/23 | DMS | B110 | Review draft cross motion and comment. | 1.00 | 800.00 | 800.00 |
| 6/27/23 | DMS | B110 | Review motion to file unredacted report. | .30 | 800.00 | 240.00 |
| 6/27/23 | DMS | B110 | Emails regarding cross motion and return dates and review draft cross motion. | 1.10 | 800.00 | 880.00 |
| 6/27/23 | DWC | B150 | Full committee meeting | 1.00 | 600.00 | 600.00 |
| 6/27/23 | DWC | B110 | Rvw draft pleading on moxo; coordinate filing of motion to unredact report | .40 | 600.00 | 240.00 |

GENOVA BURNS LLC

July 14, 2023
Invoice No.:    498214

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/27/23 | DWC | B110 | Emails re multiple filings | .60 | 600.00 | 360.00 |
| 6/27/23 | LD | B160 | Prepare and file certification of no objection regarding GB May fee statement. | .50 | 250.00 | 125.00 |
| 6/27/23 | LD | B160 | Finalize and file Elementus May fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 6/27/23 | LD | B160 | Email CNO and May fee statement for GB to BlockFi. | .20 | 250.00 | 50.00 |
| 6/27/23 | LD | B110 | Prepare draft proposed order shortening time. | .50 | 250.00 | 125.00 |
| 6/27/23 | LD | B110 | Format and file cross-motion to appoint trustee or terminate exclusivity. | 1.50 | 250.00 | 375.00 |
| 6/27/23 | SS | B110 | Conferring with DWC on motion for shortened notice for upcoming filing. | .10 | 275.00 | 27.50 |
| 6/27/23 | SS | B110 | Drafting application for shortened notice. | .40 | 275.00 | 110.00 |
| 6/27/23 | SS | B110 | Drafting notice of motion for application shortening time. | .40 | 275.00 | 110.00 |
| 6/27/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 6/27/23 | GSK | B190 | Various corresp with co-counsel re cross-motion for trustee and terminate exclusivity, etc. and related issues; review and revise draft cross-motion; prepare notice of cross-motion; tel discussions and emails with LD re filing of cross-motion papers. | 2.50 | 600.00 | 1,500.00 |
| 6/28/23 | DMS | B320 | Review Amended Plan and Disclosure Statement and email with co-counsel regarding same. | 1.20 | 800.00 | 960.00 |
| 6/28/23 | DMS | B110 | Review draft NOM and emails with co-counsel. | .70 | 800.00 | 560.00 |
| 6/28/23 | DMS | B110 | Emails and calls with Court and co-counsel regarding motion scheduling. | .60 | 800.00 | 480.00 |
| 6/28/23 | DWC | B110 | Rvw moxo chat | .60 | 600.00 | 360.00 |
| 6/28/23 | DWC | B110 | Coordinate multiple filings | 1.80 | 600.00 | 1,080.00 |
| 6/28/23 | DWC | B110 | Conf call with DMS and RS and KA and BS | .60 | 600.00 | 360.00 |

GENOVA BURNS LLC

July 14, 2023
Invoice No.:    498214

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/28/23 | DWC | B110 | Rvw multiple draft and forward template for subpoenas | .80 | 600.00 | 480.00 |
| 6/28/23 | DWC | B110 | Multiple comms re court calendar | .60 | 600.00 | 360.00 |
| 6/28/23 | LD | B110 | Revise and file amended notice of cross-motion and arrange for service. | .40 | 250.00 | 100.00 |
| 6/28/23 | LD | B110 | Finalize and file motion to file unredacted preliminary report, application and order shortening time. | 1.00 | 250.00 | 250.00 |
| 6/28/23 | LD | B110 | Email motion and OST to Chambers. | .10 | 250.00 | 25.00 |
| 6/28/23 | LD | B110 | Prepared redline compare report documents of disclosure statement, and tree plans. | 1.50 | 250.00 | 375.00 |
| 6/28/23 | LD | B110 | Revise and finalize petitions for Prince and Marquez. | .80 | 250.00 | 200.00 |
| 6/28/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 6/28/23 | GSK | B190 | Review corresp to Judge Kaplan re DOJ seizure warrant status. | .10 | 600.00 | 60.00 |
| 6/28/23 | GSK | B110 | Review various corresp from/to debtors' counsel and DWC re objection deadline for UCC's cross-motion for trustee, etc. and amending notice of cross-motion. | .10 | 600.00 | 60.00 |
| 6/28/23 | GSK | B110 | Various corresp with co-counsel re motion to unredact Committee's preliminary report; review docket; review and revise motion papers; prepare NOM and proposed order; prepare application for short notice; emails with LD re filing of motion papers, etc. | 2.00 | 600.00 | 1,200.00 |
| 6/28/23 | GSK | B310 | Review debtors' application for entry of stipulation and order between debtors and SEC re treatment of claim. | .10 | 600.00 | 60.00 |
| 6/28/23 | GSK | B190 | Various corresp with co-counsel re subpoenas to be served on Vogel, Prince and Marquez; review subpoena forms; various corresp with co-counsel, LD and DWC re same. | .50 | 600.00 | 300.00 |
| 6/29/23 | DMS | B110 | More discussions with Court and emails regarding scheduling. | .50 | 800.00 | 400.00 |

GENOVA BURNS LLC

July 14, 2023
Invoice No.:    498214

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/29/23 | DMS | B110 | Review article on Motion and send to UCC and emails on strategy. | .50 | 800.00 | 400.00 |
| 6/29/23 | DMS | B110 | Emails with BR regarding matters to be discussed on July 3rd. | .50 | 800.00 | 400.00 |
| 6/29/23 | DWC | B110 | Multiple emails on filings; motions to seal and apps for short notice | .80 | 600.00 | 480.00 |
| 6/29/23 | DWC | B110 | Coordinate service of multiple subpoenas; rvw each | .80 | 600.00 | 480.00 |
| 6/29/23 | LD | B110 | Revise subpoenas to Marquez and Prince and arrange for service via personal service, overnight, regular mail and CMRRR. | 1.00 | 250.00 | 250.00 |
| 6/29/23 | LD | B160 | Prepare and file CNO regarding M3 Partners April fee statement. | .50 | 250.00 | 125.00 |
| 6/29/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 6/29/23 | GSK | B190 | Various corresp with co-counsel re subpoenas to be served on Vogel, Prince and Marquez. | .20 | 600.00 | 120.00 |
| 6/29/23 | GSK | B110 | Various corresp with co-counsel re Court's calendar for 7/6; review calendar; review docket. | .20 | 600.00 | 120.00 |
| 6/29/23 | GSK | B320 | Review summary of revisions to debtors' amended plan; review various corresp among co-counsel re same. | .20 | 600.00 | 120.00 |
| 6/29/23 | GSK | B190 | Review various corresp between co-counsel, DOJ and debtors' counsel re draft amended complaint for adversary proceeding re seizure warrant. | .20 | 600.00 | 120.00 |
| 6/29/23 | GSK | B110 | Various corresp with co-counsel re notification from Judge Kaplan's law clerk re 7/3 conference call. | .20 | 600.00 | 120.00 |
| 6/30/23 | DWC | B110 | Rvw and circulate amended complaint with DOJ | .80 | 600.00 | 480.00 |
| 6/30/23 | DWC | B110 | Multiple emails re scheduling of upcoming hearings | .80 | 600.00 | 480.00 |
| 6/30/23 | DWC | B110 | Multiple emails re coordination and pleadings needed for filing | .60 | 600.00 | 360.00 |

GENOVA BURNS LLC

July 14, 2023
Invoice No.:    498214

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/30/23 | LD | B110 | Calls and emails with GSK regarding stipulation and certificate of consent; amended complaint and motion to seal. | .50 | 250.00 | 125.00 |
| 6/30/23 | LD | B110 | Finalize and file Amended Complaint, Certification and Motion to Seal. | 1.50 | 250.00 | 375.00 |
| 6/30/23 | GSK | B110 | Tel with creditor re case. | .40 | 600.00 | 240.00 |
| 6/30/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 6/30/23 | GSK | B190 | Review draft and final amended complaint for adversary proceeding re seizure warrant; various corresp with co-counsel re same; prepare motion to seal re same; various emails and tel discussions with LD re filing amended complaint and motion to seal; corresp to co-counsel re filed amended complaint and motion to seal; email to DOJ and debtors' counsel re unredacted version of amended complaint. | 5.00 | 600.00 | 3,000.00 |

**TOTAL PROFESSIONAL SERVICES**    $ 123,787.50

SUMMARY OF PROFESSIONAL SERVICES

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Daniel M Stolz | Partner | 47.20 | 800.00 | 37,760.00 |
| Donald W. Clarke | Partner | 2.80 | 300.00 | 840.00 |
| Donald W. Clarke | Partner | 86.60 | 600.00 | 51,960.00 |
| Maria A. Sousa | Paraprofessional | .60 | 200.00 | 120.00 |
| Lorrie Denson | Paralegal | 27.00 | 250.00 | 6,750.00 |
| Sydney Schubert | Junior Associate | 2.90 | 275.00 | 797.50 |
| Gregory S. Kinoian | Counsel | 2.00 | 300.00 | 600.00 |
| Gregory S. Kinoian | Counsel | 41.60 | 600.00 | 24,960.00 |
| **TOTALS** | | **210.70** | | **$ 123,787.50** |