**EXHIBIT "B"**

GENOVA BURNS LLC

July 14, 2023
Invoice No.:    498214

**DISBURSEMENTS**

| | Description | Amount |
|---|---|---:|
| 5/09/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 848453361 | 55.41 |
| 5/15/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 848453361 | 13.85 |
| 5/15/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 848453361 | 13.85 |
| 5/18/23 | Parking Parking at US Bankruptcy Court. | 12.00 |
| 5/31/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 848453361 | 83.12 |
| 6/29/23 | Postage Expense CM RRR to Z. Prince $10.44; First Class Mail $2.94 | 13.38 |
| | **TOTAL DISBURSEMENTS** | **$ 191.61** |