| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**OFFIT KURMAN, P.A.**<br>Paul J. Winterhalter, Esquire (006961986)<br>100 Eagle Rock Avenue, Suite 105<br>East Hanover, NJ 07936<br>Telephone: (267) 338-1370<br>Facsimile: (267) 338-1335<br>E-mail: pwinterhalter@offitkurman.com<br><br>**OFFIT KURMAN, P.A.**<br>Brian J. McLaughlin, Esq.<br>222 Delaware Avenue, Suite 1105<br>Wilmington, DE 19801<br>Telephone:    (302) 351-0916<br>Facsimile:    (302) 351-0915<br>Email: brian.mclaughlin@offitkurman.com<br>(*Pro Hac Vice* Pending)<br><br>*Counsel for Moneeb Ahemd Waseem ("Waseem")* | |
| In re:<br><br>BLOCKFI INC.,<br><br>                          Debtor. | Case No.: 22-19361 (MBK)<br><br>Chapter: 11<br><br>Judge: Hon. Michael B. Kaplan |

## APPLICATION TO ADMIT BRIAN J. MCLAUGHLIN *PRO HAC VICE*

TO:    PARTIES ON THE COURT'S ELECTRONIC MAIL NOTICE LIST

**PLEASE TAKE NOTICE** that pursuant to Rule 2090-1 of the District of New Jersey Local Bankruptcy Rules, Brian J. McLaughlin, counsel for Moneeb Ahemd Waseem ("Waseem"), hereby makes the application before the United States Bankruptcy Court for the District of New Jersey, for the entry of an order admitting Brian J. McLaughlin *pro hac vice* in the above-captioned case.

The undersigned relies upon the certification of Paul J. Winterhalter in support of this application.

1

The undersigned hereby requests that, in accordance with D.N.J. LBR 2090-1, if no objection to the application is filed within seven (7) days, the application be granted and the proposed form of order be entered.

DATED: July 13, 2023

                                              Respectfully submitted,

                                              **OFFIT KURMAN, P.A.**

                                              <u>/s/ Paul J. Winterhalter</u>
                                              Paul J. Winterhalter, Esquire (006961986)
                                              100 Eagle Rock Avenue, Suite 105
                                              East Hanover, NJ 07936
                                              Telephone: (267) 338-1370
                                              Facsimile: (267) 338-1335
                                              E-mail: pwinterhalter@offitkurman.com