**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**OFFIT KURMAN, P.A.**
Paul J. Winterhalter, Esquire (006961986)
100 Eagle Rock Avenue, Suite 105
East Hanover, NJ 07936
Telephone: (267) 338-1370
Facsimile: (267) 338-1335
E-mail: pwinterhalter@offitkurman.com

**OFFIT KURMAN, P.A.**
Brian J. McLaughlin, Esq.
222 Delaware Avenue, Suite 1105
Wilmington, DE 19801
Telephone:     (302) 351-0916
Facsimile:     (302) 351-0915
Email: brian.mclaughlin@offitkurman.com

(*Pro Hac Vice* Pending)

*Counsel for Moneeb Ahemd Waseem ("Waseem")*

In re:

BLOCKFI INC.

                Debtor.

Case No.: 22-19361 (MBK)

Chapter: 11

Judge: Hon. Michael B. Kaplan

**CERTIFICATION OF PAUL J. WINTERHALTER IN SUPPORT OF APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* OF BRIAN J. MCLAUGHLIN**

1.      I am a principal with the law firm of Offit Kurman, P.A., 100 Eagle Rock Avenue, Suite 105, East Hanover, NJ 07936.

2.      I have been a member in good standing of the bar of the State of New Jersey since 1986 and a member in good standing of the bar of the United States District Court for the District of New Jersey since 1986.

3.      I make this certification in support of the application of Brian J. McLaughlin to practice before this court *pro hac vice* pursuant to D.N.J. LBR 2090-1.  The facts contained in

3

the certification of Mr. McLaughlin are true and correct to the best of my knowledge, information, and belief.

4. I am co-counsel of record in this matter and will work closely with Mr. McLaughlin. As co-counsel of record, I understand that in the event that the Court grants this application, all notices, orders and pleadings shall be served upon me as local counsel, and I shall notify counsel of their receipt, and that only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees, or orders. I further understand that I will be held responsible for Mr. McLaughlin and the conduct of this case.

5. I certify that the foregoing statements are true to the best of my knowledge, information, and belief under penalty of perjury.

DATED: July 17, 2023                                /s/ Paul J. Winterhalter
                                                  Paul J. Winterhalter