**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**OFFIT KURMAN, P.A.**
Paul J. Winterhalter, Esquire (006961986)
100 Eagle Rock Avenue, Suite 105
East Hanover, NJ 07936
Telephone: (267) 338-1370
Facsimile: (267) 338-1335
E-mail: pwinterhalter@offitkurman.com

**OFFIT KURMAN, P.A.**
Brian J. McLaughlin, Esq.
222 Delaware Avenue, Suite 1105
Wilmington, DE 19801
Telephone:    (302) 351-0916
Facsimile:    (302) 351-0915
Email: brian.mclaughlin@offitkurman.com

(*Pro Hac Vice* Pending)

*Counsel for Moneeb Ahemd Waseem ("Waseem")*

| | |
|---|---|
| In re:<br>BLOCKFI INC.,<br>　　　　　　　　　Debtor. | Case No.: 22-19361 (MBK)<br>Chapter: 11<br>Judge: Hon. Michael B. Kaplan |

**CERTIFICATION OF BRIAN J. McLAUGHLIN IN SUPPORT OF**
**<u>APPLICATION FOR ADMISSION *PRO HAC VICE*</u>**

I, Brian J. McLaughlin, hereby certify as follows:

1.    I am an attorney with the law firm of Offit Kurman, P.A., 222 Delaware Avenue, Suite 1105, Wilmington, Delaware 19801.

2.    I make this certification in connection with my application to be admitted *pro hac vice* in the above-captioned case representing Moneeb Ahemd Waseem, pursuant to pursuant to D.N.J. LBR 2090-1.

186261.1

3. I am a member in good standing of the bar of the State of Delaware and have been since 1986. The roll of attorneys for the State of Delaware is maintained at 405 North King Street, Suite 100, Wilmington, Delaware 19801.

4. I am not under suspension or disbarment by any court.

5. I certify that I have no disciplinary proceeding pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

6. I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers' Fund For Client Protection in accordance with New Jersey Court Rule 1:28-2(a), and will promptly make the payment for 2023 in connection with my admission *pro hac vice* before the U.S. Bankruptcy Court for the District of New Jersey in the related bankruptcy case, *In re: Blockfi Inc*, Case No. 22-19361.

10. I have familiarized myself with the Local Rules promulgated by this Court and will at all times conduct myself in accordance with such Rules during the conduct of this case.

11. I understand that if I am admitted *pro hac vice* to this Court, I am within its disciplinary jurisdiction and I voluntarily consent to the same and certify that I will abide with all rules, regulations and orders of this Court.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: July 17, 2023                              /s/ Brian J. McLaughlin
                                                  Brian J. McLaughlin

186261.1