EXHIBIT MEMBER #1

███████████ - $4,602.91

 Gmail ▢

---

**Thanks for your purchase with United**

---

**United Airlines** <Receipts@united.com>
To: ▢

Sun, Jun 4, 2023 at 1:56 PM

**UNITED** 

Sun, Jun 04, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

Flight 1 of 1 UA2375

Sun, Jun 04, 2023
Denver, CO, US (DEN)

Sun, Jun 04, 2023
New York, NY, US (LGA)

Traveler Details

▢

Inflight Wi-Fi Premium Full Flight - Viasat ( ▢ )                    **DEN-LGA**

Purchase Summary

Method of payment:                                          **Visa ending in 2099**
Date of purchase:                                           **Sun, Jun 04, 2023**

Inflight Wi-Fi Premium Full Flight - Viasat (Reference Number:
▢                                                                **10.00**

# Total:                                                     **10.00 USD**

**Share your Experience**

After using our Wi-Fi service, please take a moment to tell us about your Wi-Fi experience

**Additional Information**

• If you experience technical difficulty or system outage from your United Wi-Fi purchase today and would like to request a refund, please visit the Refunds section of united.com to submit your request. We apologize for the inconvenience. A member of our team will respond to your inquiry.

• **Tip:** MileagePlus members can switch Internet access to another device while in flight. Learn about free enrollment and benefits at united.com/MileagePlus

A STAR ALLIANCE MEMBER  ™



---

## Bundles Purchase Confirmation

1 message

---

**United Airlines** <noreply@united.com>                                           Sun, Jun 4, 2023 at 7:35 AM
To:

Add unitedairlines@united.com to your address book. See instructions.

# Thank you for choosing United

Your purchase is complete.

Flight confirmation number: **GWV4MB**

View trip details

## Purchase summary

LGA to SMF

**Wi-Fi Day Pass**                                                                    $16.00
1 traveler

                                                                                      $16.00

Receipt number: 01642123080669

|  | **Total** | **$16.00** |
|---|---|---|

Payment method   **Visa **2099**

Name on card   ███████████████

**fly the friendly skies**

**Reservations**      **Deals & offers**      **MileagePlus®**      **My account**

   

This email was sent to ██████████ by United Airlines.
Please do not reply to this email. We cannot accept electronic replies to this email address.

© 2019 United Airlines. All rights reserved. United Airlines, Inc.
233 S. Wacker Drive Chicago, IL 60606
Contact us    |    Email preferences    |    Privacy policy

A STAR ALLIANCE MEMBER

 Gmail

███████████████████

---

**Your $1,634.08 transaction with IC NY TIMES SQUARE**
1 message

---

**Chase** <no reply alerts at_chase.com █████████████                    Sun, Jun 4, 2023 at 9:51 PM
To █████████████

---

**DuckDuckGo** did not detect any trackers.                                More →

---

 CHASE ✦

Transaction alert

 # You made a $1,634.08 transaction

| Account | **Chase Sapphire Reserve (...2099)** |
|---|---|
| Date | **Jun 5, 2023 at 12:51 AM ET** |
| Merchant | **IC NY TIMES SQUARE** |
| Amount | **$1,634.08** |

You are receiving this alert because your transaction was more than the $1,000.00 level you set. You can visit our Resource Center anytime to help answer your questions or manage your account.

[ Review account ]

Securely access your accounts with the Chase Mobile® app or chase.com.

**ABOUT THIS MESSAGE**

Chase Mobile® app is available for select mobile devices. Message and data rates may apply.

This service email was sent based on your alert settings. Use the Chase Mobile app or visit chase.com/alerts to view or manage your settings.

Chase cannot guarantee the delivery of alerts and notifications. Wireless or internet service provider outages or other circumstances could delay them. You can always check chase.com or the Chase Mobile app for the status of your accounts including your latest account balances and transaction details.



Junior's
1626 Broadway
New York, NY 10019
212-365-5900
TABLE#    82.1
SERVER    420/Colline
CHECK#    5159

Trans Time: 06/25/2023 12:46 AM
TID        : 775934500009
Trans Type: Purchase
CHASE VISA: XXXXXXXXXXXXX2099
Entry Mode: Chip
CVM        : SIGN
Invoice    : 0000620201
Response   : APPROVED
Auth Code  : 097211
AID        : A00000000031010
TVR        : 0080008000
IAD        : 06021203A02002
ISI        : E800
ARC        : Z3

Amount    : USD $41.10

Tip       :      7.50

Total     :     48.60

SIGNATURE

*** MERCHANT COPY ***

Suggested Gratuities
18% gratuity $6.80
20% gratuity $7.55
22% gratuity $8.31

```
          MVM RECEIPT

  MTA NYC TRANSIT
  N060-42 ST·PORT AUTH
  NEW YORK CITY NY

  MVM #: 0411(N060  0701)

  Wed 07 June 23 07:52

  Trans: Sale OK
  Payment Mode: Credit
  Amount:          $   9.00
  Card Value:      $   9.00
  New Card Fee:    $   1.00
  Total Paid:      $  10.00

  VISA
  Card #:
   ************2099
  Auth#: 068501
  Ref #: 058374986743

  Serial #:3164084712
  Type: 000
   FULL FARE

          Questions?
  Call (212) METROCARD
```

```
        SAC. INTL AIRPORT
        6900 AIRPORT BLVD
        SACRAMENTO, 95837

  EX 84        06/07/23 18:39
  Receipt 044698

  Short-term Parking Tkt
  DLE - No. 045280
  06/04/23 09:31
  06/07/23 18:39
  Period 3d9h9'
                        $48.00
                    -----------
  Total                 $48.00

  Payment Received
  AID       A0000000031010
  APP LABEL      CHASE VISA
  CARD      ************2099
  AUTHORIZATION      002721
  TOTAL          USD$48.00

          APPROVED

  Sub Total          $48.00

    All Amounts in USD.
```

# H
### H O R T U S

## Hortus NYC

271 5th Ave Store
New York, NY 10016
(646) 858-3784
hortusnyc.com

Jun 6, 2023
8:35 PM
Sarahi

Ticket: #15
Authorization: 066471
Receipt: JK1b

CHASE VISA
AID A0 00 00 00 03 10 10

| | |
|---|---|
| Total | $303.70 |
| Visa 2099 (Chip) | $101.24 |

| ADD A TIP | |
|---|---|
| ☐ 18% (Tip: $16.80, Total: $118.04) | |
| ☐ 20% (Tip: $18.67, Total: $119.91) | |
| ☐ 25% (Tip: $23.34, Total: $124.58) | |
| ☐ _____ _____ | |
| CUSTOM TIP      TOTAL | |

$19.21

X _____

I agree to pay the above total amount
according to my card issuer agreement.

Thank you for visiting HORTUS NYC today.
We hope you had a wonderful time here and
expect to see you again in the near future.

CUSTOMER COPY

 Gmail

**Your United reservation for New York, NY, US (LGA) is processing**

**United Airlines, Inc.** <unitedairlines@united.com>                    Wed, May 24, 2023 at 11:42 AM
To:

Add UnitedAirlines@news.united.com to your address book. See instructions.

Wednesday, May 24, 2023

# Thank you for choosing United

 Once we've finished processing your reservation, you'll receive a second email containing your eTicket itinerary so that you can request additional receipts, export to your calendar, check in, cancel, upgrade, email or print your itinerary. This may take up to 24 hours.

We're processing your reservation and will send you an eTicket Itinerary and Receipt email once completed. This process usually takes less than an hour, but in rare cases it could take longer. If you don't receive an eTicket Itinerary and Receipt email within 24 hours, please call the United Customer Contact Center

Confirmation number:                                      Sacramento, CA, US (SMF)
                                                          to New York, NY, US (LGA)

# GWV4MB

Manage reservation

## Purchase summary
| | |
|---|---:|
| 1 Adult (18-64) | $1,158.02 |
| Taxes and fees | $135.23 |
| } | |
| **Total** | **$1,293.25** |

Credit card payment: $1,293.25 (Visa-**2099)

## Trip summary

Sun, Jun 04, 2023

UA 442

1 Connection
7h 1m total

| | | |
|---|---|---|
| **10:55 am**<br>Sacramento, CA, US (SMF) | ✈ | **2:20 pm**<br>Denver, CO, US (DEN) |

Duration: 2h 25m
United Economy (B)
Snacks for Purchase

Not Eligible

45m Layover

UA 2375

| | | |
|---|---|---|
| **3:05 pm**<br>Denver, CO, US (DEN) | ✈ | **8:56 pm**<br>New York, NY, US (LGA) |

Duration: 3h 51m
United Economy (B)
Meals for purchase

Wed, Jun 07, 2023

UA 1932

1 Connection
8h 27m total

| | | |
|---|---|---|
| **12:15 pm**<br>New York, NY, US (LGA) | ✈ | **2:29 pm**<br>Denver, CO, US (DEN) |

Duration: 4h 14m
United Economy (B)
Meals for purchase

Not Eligible

1h 39m Layover

UA 1208

| | | |
|---|---|---|
| **4:08 pm**<br>Denver, CO, US (DEN) | ✈ | **5:42 pm**<br>Sacramento, CA, US (SMF) |

Duration: 2h 34m
United Economy (B)
Snacks for Purchase

# Travelers



| SMF to DEN | 20A Economy Plus® | Known Traveler/Pass ID: | ********* |
| DEN to LGA | 10A Economy Plus® | Frequent flyer: Email address: | UA-*****415 |
| LGA to DEN | 20A Economy Plus® | Home phone: | |
| DEN to SMF | 11C Economy Plus® | | |

**REAL ID requirement**

Do you have a REAL ID? Beginning May 7, 2025, every air traveler 18 and older will need a state-issued REAL ID-compliant license or identification card, or another acceptable form of ID (such as a passport), to fly within the United States. If you don't have a REAL ID, you'll need to use another acceptable form of identification, when flying within the U.S.



# Additional trip planning tools

Baggage Policies: View current baggage acceptance allowances.
Passport and Visa Information: International Travel Documentation requirements

# Carry-on baggage allowed

United accepts the following items, per customer to be carried on the aircraft at no charge:

One carry-on bag no more than 45 linear inches or 114 linear centimeters
One personal item (such as a shoulder or laptop bag)

Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for more information or go to united.com/baggage.

# Checking bags for this itinerary

Checked baggage service charges are collected at any point in the itinerary where bags are checked. The bag service charges below reflect a maximum outside linear dimension of 62 linear inches (157 cm).

| First and second baggage service charges per traveler as listed below: | 1st bag | 2nd bag | Weight per bag |
|---|---|---|---|
| ✈ Sun, Jun 04, 2023 | | | |
| Sacramento, CA, US (SMF) to New York, NY, US (LGA) | $35 per traveler | $45 per traveler | 50 lbs (23 kgs) |
| ✈ Wed, Jun 07, 2023 | | | |
| New York, NY, US (LGA) to Sacramento, CA, US (SMF) | $35 per traveler | $45 per traveler | 50 lbs (23 kgs) |

These amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary. If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges, allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items or sporting equipment, visit united.com/baggage.

## Check Your First Bag for Free



Save up to $140 per roundtrip. The primary Cardmember and one companion on the same reservation can check their first standard bag free on United-operated flights when purchasing tickets with their United℠ Explorer Card. Terms apply.

Learn more



| united.com | Deals & offers | Reservations | Earn miles |
|---|---|---|---|
| My account | | | |

**STAY CONNECTED**

📱  Hub  f  🐦  ▶  📷  in

A STAR ALLIANCE MEMBER 

Copyright © 2023 United Airlines, Inc. All Rights Reserved

View our Privacy Policy.

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this e-mail is intended for the original recipient only.

United MileagePlus
900 Grand Plaza Dr.
Houston, TX 77067 USA

 Gmail ███████████████████████

---

**Thanks for your purchase with United**

---

**United Airlines** <Receipts@united.com>                          Sun, Jun 4, 2023 at 7:29 AM
To: ████████████████████

 **UNITED**                                    Sun, Jun 04, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

Flight 1 of 1 UA442

Sun, Jun 04, 2023                                          Sun, Jun 04, 2023
Sacramento, CA, US (SMF)                                   Denver, CO, US (DEN)

Traveler Details

████████████████████                              eTicket number: **0162489219521**
Priority Boarding (0164212306629)                                  **SMF-DEN**

Purchase Summary

Method of payment:                                     **Visa ending in 2099**
Date of purchase:                                      **Sun, Jun 04, 2023**

Priority Boarding (Reference Number: 0164212306629):                **19.00**

# Total:                                                   **19.00 USD**

A STAR ALLIANCE MEMBER 

Copyright © 2023 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy         View our Legal Notices

 Gmail                                          ████████████

---

████████████ 06/25 Sacramento trip (32UVKS): Your change is confirmed.

1 message

---

**Southwest Airlines** <southwestairlines@ifly.southwest.com>                    Sat, Jun 24, 2023 at 3:05 PM
Reply-To: Southwest Airlines <no-reply@ifly.southwest.com>
To: ████████████

Here's your updated itinerary and trip receipt.

View our mobile site | View in browser

---

## Southwest's                    **Manage Flight | Flight Status | My Account**

   ████████████

We've confirmed the change to your trip. Below you'll find your updated itinerary, important travel information, and trip receipt, which includes refund details. See you onboard soon!

**JUNE 25**

# LGA ✈ SMF

NYC (LaGuardia) to Sacramento

---

Confirmation # **32UVKS**                                   Confirmation date: 06/24/2023

**PASSENGER**          ████████████
RAPID REWARDS #     51900181
TICKET #                     5262471950434
EST. POINTS EARNED   13,346

Rapid Rewards® points are only estimations.

## Your itinerary

**Flight:**  Sunday. 06/25/2023   Est. Travel Time: **9h 15m**    Business Select®

| FLIGHT # 0569 | **DEPARTS** **LGA 05:55**PM NYC (LaGuardia) | ✈ | **ARRIVES** **DEN 08:20**PM Denver |

Stop:  Change planes

| FLIGHT # 0399 | **DEPARTS** **DEN 10:45**PM Denver | ✈ | **ARRIVES** **SMF 12:10**AM Sacramento |

## Payment information

**Total cost**

**Air - 32UVKS**

| | | |
|---|---|---|
| Base Fare | $ | 1,185.64 |
| U.S. Transportation Tax | $ | 88.92 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Passenger Facility Chg | $ | 18.00 |
| U.S. Flight Segment Tax | $ | 19.20 |
| **Total** | **$** | **1,322.96** |

**Payment**

**Refund to: Visa ending in 2099**
Date: June 24, 2023

**Total Refund Amount: $160.01**

**Credit from ticket: #5262467622362 to #5262471950434**
Date: June 12, 2023

**Fare rules:** If you decide to make a change to your current itinerary it may result in a fare increase.

Your ticket number: 5262471950434

## All your perks, all in one place. (Plus a few reminders.)

 **Business Select® fare:** Your two bags fly free®[2], no change[3] or cancel[4] fees, and A1-A15 priority boarding. If you need to cancel your flight, no worries, Business Select fares are refundable.[8] <u>Learn more</u>.

 <u>Don't forget about our Priority and Express Lanes</u>! They get you to the front of the ticket counter faster and help you fly through security.[9] For priority lane access, look for "Priority Lane" or "Fly By" signs at the Southwest check-in area.

 Make sure you know <u>when to arrive at your airport</u>. Times vary by city.

 If your plans change, cancel your reservation at least 10 minutes before original scheduled departure time and request your refund. If you don't cancel your reservation in time, you'll receive a transferable flight credit.[6]

## Prepare for takeoff

Use our app to make changes to your trip, get a boarding pass, & more.



   

 **Earn up to 1,800 Rapid Rewards® points.** Plus save up to 30% off base rates with Budget®.



**Book car >**

                

## Earn up to 10,000 Rapid Rewards® points per night

Choose a hotel in Sacramento.

### Have questions about your upcoming trip?

Get all the answers before you leave for the airport.

**Book hotel >**                    **Prepare now >**

5262471950434: NONTRANSFERABLE -BG WN SMF WN X/DEN WN NYC678.87WN X/DEN WN SMF506.77USD1185.64END PD
XF DEN4.5LGA4.5SMF4.5DEN4.5 ZP DEN4.80LGA4.80SMF4.80DEN4.80

LLA0W8H|LLA0W8H

**If you do not plan to travel on your flight:** In accordance with Southwest's No-Show Policy, if you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to the scheduled departure time of your flight. Any Customer who fails to cancel reservations for a Wanna Get Away® or Wanna Get Away Plus™ fare segment at least ten (10) minutes prior to the scheduled departure time and who does not board the flight will be considered a no-show, and all remaining unused Wanna Get Away or Wanna Get Away Plus funds will be forfeited. All remaining unused Business Select® or Anytime funds will be converted to a flight credit. If you no-show for your reward travel reservation, the points will be redeposited to the purchaser's Rapid Rewards® account. Any taxes and fees associated with your reward travel reservation will be held for future use in the form of a flight credit.**Starting July 1, 2023 (12:00 a.m. CT),** for Wanna Get Away® or Wanna Get Away Plus™ award travel reservations: If you do not cancel your reservation at least 10 minutes before the flight's original scheduled departure time, any points used for booking will be forfeited, along with any taxes and fees associated with your award travel reservation. For Anytime or Business Select award travel reservation: The points used for booking will continue to be redeposited to the purchaser's Rapid Rewards account, and any taxes and fees associated with the award travel reservation will be converted into a flight credit for future use.

**Prohibition on Multiple/Conflicting Reservations:** to promote seat availability for our Customers, Southwest® prohibits multiple reservations for the same Passenger departing from the same city on the same date, or any multiple reservations containing conflicting or overlapping itineraries (such as departures for the same Customer from multiple cities at the same time). Furthermore, without advance notice to the Passenger or purchaser, Southwest may cancel such reservations, or any other reservations that it believes, in its sole discretion, were made without intent to travel. With the exception of Southwest gift cards, funds from proactively canceled reservations by Southwest will be returned to the original form of payment. Reservations paid for with a Southwest gift card will have the amount applied from the gift card held as a flight credit for use by the Customer on a future Southwest Airlines® flight.

### Need help?

### Contact us

Customer service | FAQs

### Connect with us

**Mobile app**

Get the mobile app

**\*Point Purchase Offer Terms and Conditions**

Offer valid through December 31, 2022 11:59:59 p.m. CST. This discount for the purchase of points is only valid while a Member is currently logged into Southwest.com® on this purchase page. Rapid Rewards® Member will save 20% when they purchase 2,000 points or save 25% when they purchase 5,000 points or save 30% when they purchase 15,000 points. A valid credit card is required to buy points. Transactions are non-refundable and non-reversible. Purchased points do not count towards A-List, A-List Preferred, or Companion Pass qualification. Prices are in U.S. Dollars and does not include excise taxes. Please allow up to 72 hours for points to post to the applicable Rapid Rewards account. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms. Southwest® reserves the right to amend, suspend, or change the Rapid Rewards program and/or Rapid Rewards program rules at any time without notice. Rapid Rewards Members do not acquire property rights in accrued points. The number of Rapid Rewards points needed for a particular Southwest flight is set by Southwest and will vary depending on destination, time, day of travel, demand, fare type, point redemption rate, and other factors, and is subject to change at any time until the booking is confirmed.

The email address provided here is only used for confirmation of your Points purchase and will not alter the email address currently stored in your Rapid Rewards profile.

Prices are in U.S. Dollars and does not include excise taxes. Prices for the purchase or gifting of points are only valid while a Member is currently logged into Southwest.com and such prices are subject to change. Purchased points are nonrefundable and nonreversible. All Rapid Rewards rules and regulations apply and can be found at Southwest.com/rrterms.

If you have purchased a refundable fare and choose not to travel, you must request your refund to the original payment for within 1 year of ticket issuance.

[1] Flight credits unexpired on or created on or after July 28, 2022 do not expire. A flight credit with an expiration date on or before July 27, 2022, is expired in accordance with its existing expiration date.

[2] First and second checked bags. Weight and size limits apply.

[3] Fare difference may apply.

[4] Failure to cancel a reservation at least 10 minutes prior to original scheduled departure time may result in forfeited funds.

[8] Refundable to your original form of payment, as long as you cancel your reservation at least ten (10) minutes prior to the original scheduled departure time of your flight.

[9] This Priority Lane gets you to the front of the ticket counter faster. Express Lane gets you through the security line faster. A-List or A-List Preferred Members already enjoy the priority lane (where available).

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2023 Southwest Airlines Co. All Rights Reserved.

 Gmail

---

**Your Sunday evening trip with Uber**

---

**Uber Receipts** <noreply@uber.com>                              Sun, Jun 4, 2023 at 7:15 PM
To:

# Uber

Total $93.93
June 4, 2023

# Thanks for tipping,

Here's your updated Sunday
evening ride receipt.



# Total                                $93.93

| Learn more about the government-mandated pricing rules, taxes, and fees that make trips in NYC more expensive. |

Trip fare                                               $65.42

Subtotal                                                $65.42

Queens Midtown Tunnel Westbound ⑦                       $6.55

LGA Airport Surcharge                                    $2.50

| | |
|---|---|
| NY Congestion Fee ⊚ | $2.75 |
| Tips | $7.87 |
| Sales Tax ⊚ | $6.61 |
| NY State Black Car Fund ⊚ | $2.23 |

### Payments

| | | |
|---|---|---|
| Uber | **Uber Cash**<br>6/4/23 10:04 PM | $0.95 |
| VISA | **Visa ••••2099**<br>6/4/23 10:15 PM | $92.98 |

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Switch Payment Method

Download PDF

## You rode with Lei

4.96 ★ Rating            ⅋ᵥ   Has passed a multi-step safety screen

[Quoted text hidden]

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ⟩

Black    9.41 miles | 25 min

■

9:38 PM

Terminal B, Flushing, NY
11371, US

10:04 PM

57 W 57th St, New York, NY
10019, US



Report lost item  ›          Contact support  ›          My trips  ›

Forgot password

Privacy

Terms

Uber Technologies
1515 3rd Street
San Francisco, CA 94158

 **Gmail**

---

**Your Thursday evening trip with Uber**

2 messages

---

**Uber Receipts** <noreply@uber.com>                                          Thu, Jun 22, 2023 at 5:02 PM
To:

## Uber

Total $60.25
June 22, 2023

# Thanks for riding,



We hope you enjoyed your ride
this evening.



# Total                                               $60.25

> Learn more about the government-mandated pricing rules, taxes, and fees that
> make trips in NYC more expensive.

| | |
|---|---|
| Trip fare | $42.35 |
| Subtotal | $42.35 |
| Queens Midtown Tunnel Westbound ❓ | $6.55 |
| LGA Airport Surcharge | $2.50 |

| | |
|---|---|
| NY Congestion Fee  | $2.75 |
| NY State Black Car Fund 🛈 | $1.54 |
| Sales Tax 🛈 | $4.56 |

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Download PDF

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

## You rode with Omer

4.99 ★ Rating                    👤 Has passed a multi-step safety screen

**Drivers are critical to communities right now. Say thanks with a tip.**



When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX    9.35 miles | 25 min

■    7:36 PM
Terminal B, Flushing, NY
11371, US

8:02 PM

57 W 57th St, New York, NY
10019, US



Report lost item   >          Contact support   >          My trips   >

Forgot password                    Uber Technologies
                                   1515 3rd Street
Privacy                            San Francisco, CA 94158

Terms

---

# Uber

Total $65.54
June 22, 2023

## Thanks for tipping,

███████

Here's your updated Thursday
evening ride receipt.



# Total                    $65.54

Learn more about the government-mandated pricing rules, taxes, and fees that
make trips in NYC more expensive.

| | |
|---|---|
| Trip fare | $42.35 |
| Subtotal | $42.35 |
| Queens Midtown Tunnel Westbound 🔞 | $6.55 |
| LGA Airport Surcharge | $2.50 |
| NY Congestion Fee 🔞 | $2.75 |
| Tips | $5.29 |
| Sales Tax 🔞 | $4.56 |
| NY State Black Car Fund 🔞 | $1.54 |

Payments

**VISA**    **Visa ••••2099**                                                           $65.54
6/22/23 8:12 PM

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Switch Payment Method

Download PDF

# You rode with Omer

4.99 ★ Rating                          🔧  Has passed a multi-step safety screen

[Quoted text hidden]

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX     9.35 miles | 25 min

■     7:36 PM
Terminal B, Flushing, NY
11371, US

↓     8:02 PM
57 W 57th St, New York, NY
10019, US



Report lost item  >            Contact support  >            My trips  >

Forgot password                    Uber Technologies
                                   1515 3rd Street
Privacy                            San Francisco, CA 94158

Terms

 **Gmail**

---

**Your Thursday evening trip with Uber**

---

Uber Receipts <noreply@uber.com>                              Thu, Jun 22, 2023 at 5:12 PM
To: ██████████

# Uber

Total $65.54
June 22, 2023

# Thanks for tipping,

██████████

Here's your updated Thursday
evening ride receipt.



# Total                              $65.54

| Learn more about the government-mandated pricing rules, taxes, and fees that make trips in NYC more expensive. |
|---|

| Trip fare | $42.35 |
|---|---|
| Subtotal | $42.35 |
| Queens Midtown Tunnel Westbound | $6.55 |
| LGA Airport Surcharge | $2.50 |

| | |
|---|---|
| NY Congestion Fee 🔞 | $2.75 |
| Tips | $5.29 |
| Sales Tax 🔞 | $4.56 |
| NY State Black Car Fund 🔞 | $1.54 |

Payments

**VISA**  **Visa ••••2099**                                    $65.54
        6/22/23 8:12 PM

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Switch Payment Method

Download PDF

# You rode with Omer

4.99 ★ Rating                    🔒   Has passed a multi-step safety screen

[Quoted text hidden]

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX      9.35 miles | 25 min

■      7:36 PM

Terminal B, Flushing, NY
11371, US

8:02 PM
57 W 57th St, New York, NY
10019, US



Report lost item  >          Contact support  >          My trips  >

Forgot password                    Uber Technologies
                                   1515 3rd Street
Privacy                            San Francisco, CA 94158

Terms

 Gmail

---

**Your ride with Farrukh on June 5**

1 message

---

**Lyft Receipts** <no-reply@lyftmail.com>                                     Sun, Jun 4, 2023 at 9:54 PM
To:



JUNE 5, 2023 AT 12:39 AM

# Thanks for riding with Farrukh!

100% of tips go to drivers. Add a tip

| | |
|---|---|
| Lyft fare (1.34mi, 7m 40s) | $9.88 |
| Priority Pickup Upgrade | $2.28 |
| Lyft Pink free Priority Pickup upgrade | -$2.28 |
| New York Sales Tax | $0.88 |
| Black Car Fund Surcharge | $0.30 |
| Congestion Surcharge | $2.75 |
| Tip | $3.00 |

**VISA**  Visa *2099                                                         **$16.81**

**You've already paid for this ride.**
This total may not match the charge on your account statement. The payment for this
ride might be combined with any other rides you took on June 5, 2023. Keep in mind
that the cost of this ride and the total charge may not reflect refunds, credits, or other
changes.



● **Pickup**  **12:39 AM**
   111 E 48th St, New York, NY

● **Drop-off**  **12:46 AM**
   300 W 44th St, New York, NY

# Earn $18 for referring a friend!

Get $9 off per ride for 2 rides in Sacramento. Terms apply. Excludes
Wait & Save rides.

**Refer now**

# Make expensing business rides easy

Enable business profile on Lyft to make expensing
rides quick and easy.

## GET BUSINESS PROFILE

**Tip driver**

**Find lost item**

**Request review**

Dispatching Base: Tri-City (B03406), Affiliated Base: (B03404)

To submit a complaint to the NYC TLC, please call 311.

Help Center

Receipt #1819501395415291678

We never share your address with your driver after a ride.
Learn more about our commitment to safety.

© OpenStreetMap

© 2023 Lyft, Inc.
548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 - P

Work at Lyft
Become a Driver