EXHIBIT MEMBER #2

██████████ - $5,854.67

- taxi 35.91
- taxi 98.41
- flight 832.80
- dinner 166.74
- breakfast 34.73
- breakfast 56.07
- hotel 2059.38
- lunch, 23.59
- taxi 96.65
- taxi 52.14
- airport 18.57

TOTAL: 3,474.99









**From:** **Delta Air Lines** DeltaAirLines@t.delta.com
**Subject:** Your Flight Receipt - ███████████ 04JUN23
**Date:** June 1, 2023 at 07:17
**To:** ████████████



View as a Web Page

                    #██████2091
                                        SkyMiles® Member

## CONFIRMATION #: H2DD4M



You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: 
SkyMiles

| FLIGHT | SEAT |
|--------|------|
| DELTA 285 | **Select Seat** |
| DELTA 713 | **Select Seat** |

Visit **delta.com** or download the **Fly Delta app** to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit **My Trips** to access a receipt of your purchase.

| Sun, 04JUN | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 285<br>Delta Comfort+® (S) | SAN FRANCISCO, CA<br>7:30am | NYC-KENNEDY<br>4:20pm |

| Wed, 07JUN | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 713<br>Delta Comfort+® (S) | NYC-KENNEDY<br>3:59pm | SAN FRANCISCO, CA<br>7:47pm |

**MANAGE MY TRIP**

## Flight Receipt

Ticket #:
Place of Issue:
Issue Date: 01JUN23
Expiration Date: 30MAY24

Expiration Date: 30MAY24

| METHOD OF PAYMENT | |
|---|---|
| Org FOP VI************6912 | |

| ECREDITS APPLIED | |
|---|---|
| eCredits Number | ■■■■■■■ |
| Passenger Name | ■■■■■■■ |
| Amount Applied | 897.80 USD |
| Applied to Ticket Number | ■■■■■■■ |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $746.98 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $56.02 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $9.60 USD |
| **TICKET AMOUNT** | **$832.80 USD** |

## Remaining eCredit Amount Due To Passenger

Passenger: ███████████
Original eCredit #: ███████████
New eCredit #: ████████
eCredit Expiration: 30MAY24
Redemption Code: *Retain from original eCredit if applicable*

TOTAL: $65.00 USD

Refer to eCredit number for future travel. Non refundable/ Non Endorsable/ Valid on Delta only. To redeem this eCredit for future travel please visit delta.com/redeem.

## Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit **delta.com** for details on baggage embargoes that may apply to your itinerary.

**Sun 04 Jun 2023**                                                    **SFO-JFK**

| CARRY ON | FIRST | SECOND |
|----------|-------|--------|
| FREE | $30.00$^{USD}$ (50LBS/23KG) OR 3,000 miles | $40.00$^{USD}$ (50LBS/23KG) OR 4,000 miles |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete **baggage information**.

**Wed 07 Jun 2023**                                                    **JFK-SFO**

| CARRY ON | FIRST | SECOND |
|----------|-------|--------|
| FREE | $30.00$^{USD}$ (50LBS/23KG) OR 3,000 miles | $40.00$^{USD}$ (50LBS/23KG) OR 4,000 miles |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete **baggage information**.

## Your Pre-Trip Checklist for Easier Travel



### Book Hotel And Transportation

**Earn miles by booking your travel accommodations with our hotel and car rental partners ›**



### Visit Our Help Center

**Get all your travel questions answered with information on self-service tools, baggage, SkyMiles and more ›**



### Update Your Contact Information

**Make sure your information is updated on your SkyMiles profile for a more personalized experience and service. View my profile ›**

## Request Special Services

We are here to help. Complete our **Service Request Form** if you need extra assistance during your trip.

## Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed

gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit **delta.com Restricted Items Section.**

---



Help Center    ●    Flight Deals    ●    Earn Miles    ●    Give Back

---

    

Email Preferences  |  Privacy Policy

---

We believe travel can change the world. For good. Learn more about our Flight to Net Zero[SM] at delta.com/sustainability.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: SFO DL NYC431.63QA3OA0IF DL SFO315.35UA3NC2IF USD746.98END ZP SFOJFK XF SFO4.5JFK4.5

†All SkyMiles[®] program rules apply. To review the rules, see Membership Guide & Program Rules. Taxes and fees for Award Travel are the responsibility of the passenger and must be paid at the time

the ticket is booked. Award Travel seats are limited and may not be available on all flights or in all markets. Offers void where prohibited by law. Other restrictions may apply.

**Checked Bag Allowance**

*On Delta® operated flights, you may carry on one bag and a small personal item at no charge.

Delta One®/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY**

Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

Effective December 15, 2019, the Canada Air Passenger Protection Regulations may provide additional protections to passengers traveling to or from Canada:

*If you are denied boarding, your flight is cancelled or delayed for at least two hours, or your baggage is lost or damaged, you may be entitled to certain standards of treatment and compensation under the Air Passenger Protection Regulations. For more information about your passenger rights please contact your air carrier (www.delta.com/appr) or visit the Canadian Transportation Agency's website.*

*Si l'embarquement vous est refusé, ou si votre vol est annulé ou retardé d'au moins deux heures ou si vos bagages sont perdus ou endommagés, vous pourriez avoir droit au titre du Règlement sur la protection des passagers aériens, à certains avantages au titre des normes de traitement applicables et à une indemnité. Pour de plus amples renseignements sur vos droits, veuillez communiquer avec votre transporteur aérien ( www.delta.com/appr) ou visiter le site Web de l'Office des transports du Canada.*

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

**PRIVACY POLICY**

Your privacy is important to us. Please review our Privacy Policy.

This email was sent to ██████████████

© 2023 Delta Air Lines, Inc. All rights reserved.
Delta Blvd. P.O. Box 20706 • Atlanta, GA 30320-6001

247382E-Receiptprod

**From:** no-reply@revelsystems.com
**Subject:** Little Collins 3rd Ave Receipt
**Date:** June 7, 2023 at 06:07
**To:** ▮▮▮▮▮▮▮▮▮

N

# Little Collins Third Av

# $56.07

| | |
|---|---|
| 1 | **French Toast** |
| 1 | **Latte Lg** |
| 1 | **Green Eggs n' Damn!** |
| 1 | **Americano** |
| | Half Caf |

Subtotal
Total Tax

**Total**

**Total Paid**
**Credit Card**
**Tip:**

Thank you!

Powered by Revel Systems, Inc. © 2023, All Rights Re

303 Second street, North Tower, Suite 550, San Francisco, CA 94

Revel Privacy Policy

# INTERCONTINENTAL.
### NEW YORK BARCLAY

06-07-23

| | |
|---|---|
| Folio No. : | Room No. : 0861 |
| A/R Number : | Arrival : 06-04-23 |
| Group Code : | Departure : 06-07-23 |
| Company : | Conf. No. : 28737698 |
| Membership No. : **PC** | Rate Code : IGCOR |
| Invoice No. : | Page No. : 2 of 2 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| | | **Total** | 2,059.38 | 2,059.38 |
| | Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihgrewardsclub.com/review. We look forward to welcoming you back soon. | **Balance** | 0.00 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

111 East 48th Street, New York, NY 10017
Telephone: (212) 755-5900  Fax: (212) 644-0079
Website: icbarclay.com

**From:** **Qulity Limo**  messenger@messaging.squareup.com
**Subject:** Receipt from Qulity Limo
**Date:** June 7, 2023 at 19:47
**To:** ██████████████



Now when you shop at sellers who use Square, your receipts will be delivered automatically.

Not your receipt?

## Qulity Limo

 

Let Qulity Limo know how your experience was

# $52.14

| | |
|---|---|
| **Custom Amount** | **$43.45** |
| Purchase Subtotal | $43.45 |
| Tip | $8.69 |
| **Total** | **$52.14** |

### Qulity Limo
650-484-9794

Visa 6912 (Contactless)          Jun 7 2023 at 7:41 PM

**VISA**                                      #H1FK

VISA CARDHOLDER            Auth code: 127014

AID: ███████████

No CVM

**Receipt Settings**

Not your receipt?    Manage preferences

© 2023 Square  Privacy Policy
1955 Broadway, Suite 600
Oakland, CA 94612

**From:** **Lyft Receipts** no-reply@lyftmail.com
**Subject:** Your ride with Angel on June 4
**Date:** June 5, 2023 at 06:38
**To:** ███████████





**JUNE 4, 2023 AT 6:10 AM**

# Thanks for riding with Angel!

| | |
|---|---|
| Lyft fare (10.82mi, 19m 39s) | $31.83 |
| Service Fee, includes a $0.30 Lyft California Driver Benefits Fee | $3.60 |
| SF Rideshare Tax | $0.48 |

---

**VISA** Visa *6912      **$35.91**

**You've already paid for this ride.**
This total may not match the charge on your account statement. The payment for this ride might be combined with any other rides you took on June 4, 2023. Keep in mind that the cost of this ride and the total charge may not reflect refunds, credits, or other changes.

**The fare above includes any other Fees and Other Charges, as applicable.**





## Pickup  6:10 AM

███████████████████████

## Drop-off  6:29 AM

San Francisco Airport Tram San Francisco, CA

**Favorite driver**

**Tip driver**

**Find lost item**

**Request review**

## Help Center

Receipt #1819259011734382546

We never share your address with your driver after a ride.
Learn more about our commitment to safety.

© OpenStreetMap

© 2023 Lyft, Inc.

548 Market St., P.O. Box 68514
San Francisco, CA 94104
CPUC ID No. TCP0032513 – P

Work at Lyft
Become a Driver

taxi 43.79
breakfast 20.96
taxi 117.70
flight 1,596.80
hotel 398.77

taxi 104.90
dinner 46.79
taxi 49.97

TOTAL: 2,379.68

Thank you for taking care of this.




**JUNE 22, 2023 AT 8:05 AM**

# Thanks for riding with Anastacio!

100% of tips go to drivers. Add a tip

| | |
|---|---|
| Lyft fare (10.78mi, 17m 40s) | $39.58 |
| Service Fee, includes a $0.30 Lyft California Driver Benefits Fee | $3.60 |
| SF Rideshare Tax | $0.61 |

VISA  Visa *6912                                    **$43.79**

**You've already paid for this ride.**
This total may not match the charge on your account statement. The payment for this ride might be combined with any other rides you took on June 22, 2023. Keep in mind that the cost of this ride and the total charge may not reflect refunds, credits, or other changes.

**The fare above includes any other Fees and Other Charges, as applicable.**





## Gotham Enterprise SFO - Peets Coffee #8

 

Let Gotham Enterprise SFO - Peets
Coffee #8 know how your experience
was

# $20.96

| | |
|---|---|
| **Bacon Wrap** | **$11.95** |
| **Latte** | **$6.30** |
| Hot Large | |

| | |
|---|---|
| Purchase Subtotal | $18.25 |
| Employee Benefits (5%) | $0.91 |
| Sales tax (9.375%) | $1.80 |

| | |
|---|---|
| **Total** | **$20.96** |

Gotham Enterprise SFO - Peets Coffee #8

**Shop Online**



**NewTaxiPass**
Newtek

| | |
|---|---|
| Fleet: | New Jersey - EWR Taxi Newark |
| Cab # | 479 |
| Date: | Thursday, June 22, 2023 8:15 PM |
| Voucher # | 2FJC19 |
| Reference Number: | 112571-CTVUM2KX6R-4.00.097 |
| Card Number: | 6912 |
| Auth Code: | |
| Fare plus Round Trip Tolls: | $100.00 |
| + Airport Fee: | $1.75 |
| + Gratuity: | $10.00 |
| + Newtek Technology Fee: | $5.95 |
| Total Charge: | $117.70 |

**\*\*$1.75 Pickup Fee Added to all EWR Rides\*\***
Any payments made to Mobil Money, LLC for this transaction
shall be deemed payment to the provider of the services for
which you are making such payment.

Click here for customer service

*Please note round trip tolls to New York average $20+. EWR
Trips have **$1.75 Airport pick up Fee**

Click here to learn more about how Newtek can help
support your business with our world class business
solutions - Lending, Payments, Technology, Insurance &
Payroll

CANCEL RESERVATION

**Your confirmation number is: 64213926. Select your <u>preferences</u> before your stay.**

## 1 KING CLASSIC

**Rate Type: Ihg1r Best Flexible**
**Number of Rooms:** 1

**Room Rate Per Night:**

Thu 22 Jun 2023 - Fri 23 Jun 2023    $309.43 (USD)

| | |
|---|---|
| **Total Taxes:** | $49.17 (USD) |
| **Additional Charges:** | $40.17 (USD) |

**Estimated Total Price:**    $398.77 (USD)

VIEW MORE RESERVATION DETAILS

**Cancellation Policy:** Canceling your reservation or failing to show will result in a charge for 1 night per room to your credit card or other guaranteed payment method. Taxes may apply. Failing to call or show before check-out time after the first night of a reservation will result in cancellation of the remainder of your reservation.

**Rate Description:** Exclusive savings for our IHG One Rewards Members. Must be an IHG One Rewards Member to book.

## HOTEL INFORMATION:

Don't forget to take a look at the latest **Travel Advisories** before embarking on your trip.

**Early Departure Fee:** $200.00 (USD)



INTERCONTINENTAL.
AMBASSADOR

**Join Now**

**Estimated Earnings:**
3095 IHG REWARDS POINTS

## PLACES TO DISCOVER

Our concierge can help you make the most of your time at the InterContinental.

**Plan Ahead**

## EAT LIKE A LOCAL

Need a recommendation? Let our team help you decide where to dine.

**See Our Suggestions**

## RATE YOUR SERVICE

Thank you for calling our Reservations department. Please provide feedback for your phone representative.

**Give Your Feedback**



**JUNE 23, 2023 AT 6:51 PM**

# Thanks for riding with MD!

100% of tips go to drivers. Add a tip

| | |
|---|---|
| Lyft fare (18.31mi, 51m 20s) | $99.34 |
| Wait time fee – 3 min 16 sec | $0.00 |
| EWR Airport – Trip Fee | $2.50 |
| Black Car Fund Surcharge | $3.06 |

VISA   Visa *6912                    **$104.90**

**You've already paid for this ride.**
This total may not match the charge on your account statement. The payment for this ride might be combined with any other rides you took on June 23, 2023. Keep in mind that the cost of this ride and the total charge may not reflect refunds, credits, or changes.

## Kaedama

Powered by *flo.io*

**Kaedama**

EWR

Order number: **230623021000714**
Order location: Kaedama, Table 1001, Seat 12
Order time: June 23rd, 2023, 08:01 PM EDT
Payment methods: VISA

## Your receipt

| | | |
|---|---|---|
| 1 | Asahi Super Dry, Rice Lager, Draft<br>23 oz. Asahi Draft | $17.00 |
| 1 | Pork Shoyu Ramen | $20.49 |

| | |
|---|---|
| Item subtotal: | $37.49 |
| Sales tax: | $2.56 |
| 3% NJ Healthy Terminal Act fee | $1.12 |
| Tip: | $5.62 |
| **Total:** | **$46.79** |

Help

# You paid 49.97 USD

6/24/23 7:48 am

With this email, we provide you with the receipt for a purchase at:

**San Francisco Taxi**
40 Maywood Avenue

Daly City
CA - California
United States
94015

If you have any questions please reach out to this merchant directly.

Receipt-No: MC99VGZX-286

**From:** **United Airlines** Receipts@united.com
**Subject:** eTicket Itinerary and Receipt for Confirmation NQMFK4
**Date:** June 22, 2023 at 02:02
**To:** ████████████████████████████



                                                                        Thu, Jun 22, 2023

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** [Visit the Travel-Ready Center](), your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# NQMFK4

---

Flight 1 of 2 AS294                                                            Class: Economy (Y)

Thu, Jun 22, 2023                                                              Thu, Jun 22, 2023

## 09:30 AM                                                                    06:17 PM

San Francisco, CA, US (SFO)                                    New York/Newark, NJ, US (EWR)

Flight Operated by Alaska Airlines.

---

Flight 2 of 2 UA1829                                                   Class: United Economy (Q)

Fri, Jun 23, 2023                                                              Sat, Jun 24, 2023

## 09:10 PM                                                                    12:35 AM

New York/Newark, NJ, US (EWR)                                    San Francisco, CA, US (SFO)

---

Traveler Details

████████████████

eTicket number: **0162496418059**                          Seats: **SFO-EWR -----**
Frequent Flyer: **UA-XXXXX351 Member**                              **EWR-SFO 09A**
Economy Plus Seat (0164217034279)                                   **EWR-SFO**

---

Purchase Summary

Method of payment:                                            **Visa ending in 6912**
Date of purchase:                                             **Thu, Jun 22, 2023**

Airfare:                                                                    1300.47

| | |
|---|---|
| U.S. Transportation Tax: | 97.53 |
| U.S. Flight Segment Tax: | 9.60 |
| September 11th Security Fee: | 11.20 |
| U.S. Passenger Facility Charge: | 9.00 |
| Total Per Passenger: | 1427.80 USD |

## Total: 1427.80 USD

### Additional Purchase Summary

| | |
|---|---|
| Method of payment: | Visa ending in 6912 |
| Date of purchase: | Thu, Jun 22, 2023 |
| Economy Plus Seat (Reference Number: 0164217034279): | 169.00 |

## Total: 169.00 USD

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| ██████████ | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Thu, Jun 22, 2023 | 294 | San Francisco, CA, US (SFO) to New York/Newark, NJ, US (EWR) | 0 | 0 | 0 |
| Fri, Jun 23, 2023 | 1829 | New York/Newark, NJ, US (EWR) to San Francisco, CA, US (SFO) | 1930 | 386 | 1 |
| MileagePlus accrual totals: | | | 1930 | 386 | 1 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Thu, Jun 22, 2023 San Francisco, CA, US (SFO) to New York/Newark, NJ, US (EWR - Liberty) | 30 USD | 40 USD | 50lbs(23kg) - 62in(158cm) | 50lbs(23kg) - 62in(158cm) |
| Fri, Jun 23, 2023 New York/Newark, NJ, US (EWR - Liberty) to San Francisco, CA, US (SFO) | 30 USD | 40 USD | 50lbs(23kg) - 62in(158cm) | 50lbs(23kg) - 62in(158cm) |

In compliance with U.S. Department of Transportation regulations, checked baggage policies for your entire itinerary are determined by Alaska Airlines. Visit united.com/baggage for more information.

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.
**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

> united.com restricted items page
> FAA website Pack Safe page
> TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the

reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the scheduled departure time. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary. Regarding non-refundable tickets, if the new itinerary has a lower fare than the original ticketed itinerary, changes can be made without charge, but the traveler is not entitled to any residual value. United may, in its sole discretion, provide partial or full residual credit under certain circumstances. A change fee may apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of

right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY** - Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*


A STAR ALLIANCE MEMBER

Copyright © 2023 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices