**U.S. Department of Justice – Civil Division**
**Commercial Litigation Branch**
Kirk T. Manhardt
Kevin P. VanLandingham
Jessica L. Cole (D.C. Bar No. 1011384)
P.O. Box 875, Ben Franklin Station
Washington, DC 20044-0875
(202) 353-0438
Jessica.cole@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361-MBK<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 515, 516, 517 and 518, Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned attorney is appearing on behalf of the United States of America. All notices and papers that are required to be served upon the United States must be given to and served upon me at the addresses (including electronic mail address), telephone and facsimile number and email address indicated below:

Jessica L. Cole
Trial Attorney

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

        U.S. Department of Justice
Civil Division
1100 L Street, NW
Room 7110
Washington DC, 20005
(202) 353-0438 (direct)
jessica.cole@usdoj.gov

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Certification of Good Standing shall not be deemed or construed to be a waiver of the rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, setoffs, or recoupments to which the United States is or may be entitled.

Dated: July 19, 2023        Respectfully submitted

        BRIAN BOYNTON
Principal Deputy Assistant Attorney General

        PHILIP R. SELLINGER
United States Attorney

        /s/ Jessica L. Cole
KIRK T. MANHARDT
KEVIN P. VANLANDINGHAM
JESSICA L. COLE (D.C. Bar No. 1011384)
U.S. Department of Justice – Civil Division
Commercial Litigation Branch,
P.O. Box 875, Ben Franklin Station
Washington, DC 20044-0875
TEL: (202) 353-0438
Email: Jessica.cole@usdoj.gov

        ATTORNEYS FOR THE UNITED STATES
OF AMERICA

## CERTIFICATE OF SERVICE

On July 19, 2023, I caused a copy of the foregoing to be served electronically through the Court's ECF system upon those who have entered an appearance in this proceeding, and through electronic mail on the parties listed below.

Dated: July 19, 2023               /s/ Jessica L. Cole
                                                        Jessica L. Cole