| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Montgomery McCracken Walker & Rhoads, LLP<br>Richard G. Placey<br>457 Haddonfield Road, Suite 600<br>Cherry Hill, NJ  08002 | |
| In Re:<br><br>BLOCKFI INC., *et al.*,<br><br>                              Debtors | Case No.:   22-19361 (MBK)<br><br>Chapter:              11<br><br>Judge:    Michael B. Kaplan |
| BLOCKFI INC., BLOCKFI LENDING LLC AND BLOCKFI INTERNATIONAL LLC,<br><br>                              Plaintiffs,<br><br>                   v.<br><br>EMERGENT FIDELITY TECHNOLOGIES LTD. AND ED&F MAN CAPITAL MARKETS, INC.,<br><br>                              Defendants. | Adv. Pro. No. 22-01382 (MBK) |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this adversary on behalf of  Samuel Bankman-Fried.  Request is made that the documents filed in this adversary and case, and identified below, be served on the undersigned at this address:

ADDRESS:    Richard G. Placey
            Montgomery McCracken Walker & Rhoads, LLP
            457 Haddonfield Road, Suite 600
            Cherry Hill, NJ  08002

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date:  July 21, 2023                              /s/ RGPlacey
                                                    Signature

*new. 8/1/15*

## ADDENDUM TO NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that this Notice of Appearance is not intended to be, and shall not constitute, a consent to the Court's subject matter jurisdiction, personal jurisdiction, venue, or core jurisdiction over these cases or any adversary proceeding, contested matter or other proceeding therein, and shall not be deemed or construed to be a waiver of, and to the contrary preserves all rights (i) to have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto, (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, actions, defenses, setoffs, or recoupments, whether in law or equity; all of which rights, claims, actions, defenses, setoffs, and recoupments are reserved and preserved without exception.