| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Montgomery McCracken Walker & Rhoads, LLP<br>Richard G. Placey<br>457 Haddonfield Road, Suite 600<br>Cherry Hill, NJ  08002 | |
| In Re:<br><br>BLOCKFI INC., *et al.*,<br><br>                      Debtors | Case No.:   22-19361 (MBK)<br><br>Chapter:            11<br><br>Judge:   Michael B. Kaplan |
| BLOCKFI INC., BLOCKFI LENDING LLC AND BLOCKFI INTERNATIONAL LLC,<br><br>                      Plaintiffs,<br><br>         v.<br><br>EMERGENT FIDELITY TECHNOLOGIES LTD. AND ED&F MAN CAPITAL MARKETS, INC.,<br><br>                      Defendants. | Adv. Pro. No. 22-01382 (MBK) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July 2023, I caused a true and correct copy of the foregoing entry of appearance to be served upon all parties receiving notice in this matter through the Court's ECF filing system.

Dated:  July 21, 2023
                                        **MONTGOMERY McCRACKEN**
                                           **WALKER  & RHOADS LLP**

                                           */s/ RGPlacey*