UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
LOEB & LOEB LLP
John A. Piskora
Daniel B. Besikof (phv)
345 Park Avenue
New York, NY 10154-1895
Telephone: 212.407.4000
Facsimile: 212.407.4990
Email: jpiskora@loeb.com
Counsel to Creditors Deferred 1031 LLC and
Deferred 1031 Series 4 LLC

In Re:

BLOCKFI INC., et al.,

Debtors.

Case No.: 22-19361 (MBK)

Chapter: 11

Judge: Michael B. Kaplan

# NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __John A. Piskora, Esq.,__ will be substituted as attorney of record for __Deferred 1031 entities__, __creditors__ in this case.[1]

Date: 7/21/2023

Lindsay S. Feuer
Signature of Former Attorney

Date: 7/21/2023

John A. Piskora
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.