| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>LOEB & LOEB LLP<br>John A. Piskora<br>Daniel B. Besikof (phv)<br>345 Park Avenue<br>New York, NY 10154-1895<br>Telephone: 212.407.4000<br>Facsimile: 212.407.4990<br>Email: jpiskora@loeb.com<br>Counsel to Creditors Deferred 1031 LLC and<br>Deferred 1031 Series 4 LLC | |
| In Re:<br><br>BLOCKFI INC., et al.,<br>  Debtors. | Case No.: __22-19361 (MBK)__<br><br>Chapter: __11__<br><br>Judge: __Michael B. Kaplan__ |

# NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __John A. Piskora, Esq.__ will be substituted as attorney of record for __Deferred 1031 entities__, __Creditors__ in this case.[1]

Date: 7/21/2023

/s/ Lindsay S. Feuer
Signature of Former Attorney

Date: 7/21/2023

/s/ John A. Piskora
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.