## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Nataly Diaz, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 14, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Master Email Service List attached hereto as **Exhibit A**:

- Stipulation and Consent Order Resolving Motion of the Official Committee of Unsecured Creditors to File an Unredacted Copy of the Committee's Preliminary Report [Docket No. 1201]

- Preliminary Report Addressing Question Posed by the Official Committee of Unsecured Creditors: Why Did BlockFi Fail? [Docket No. 1202]

On July 14, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served (1) via email on the Fee Application Service List attached hereto as **Exhibit B**; and (2) by the method set forth on the Notice Parties Service List attached hereto as **Exhibit C**:

- Monthly Fee Statement of Genova Burns LLC, Local Counsel to Official Committee of Unsecured Creditors for the Period June 1, 2023 through June 30, 2023 [Docket No. 1204]

- Notice of Motion of Genova Burns LLC for (I) Authority to Seal the Redacted Portions of the Firm's Monthly Fee Statement for June 2023 Regarding Personal Identifiable Information of Members of the Official Committee of Unsecured Creditors, and (II) Granting Related Relief [Docket No. 1205]

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above reference document(s) via electronic service.


Dated: July 21, 2023

$\qquad$ /s/ Nataly Diaz
Nataly Diaz

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 21, 2023, by Nataly Diaz, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 71303

## Exhibit A

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Indenture Trustee | Ankura Trust Company, LLC, as Trustee for the Indenture Dated as of February 28, 2022 | james.mcginley@ankura.com |
| Counsel to Kyle Klaus | Ansell Grimm & Aaron, P.C. | ajd@ansellgrimm.com<br>jb@ansellgrimm.com |
| Counsel to Rui Pedro Vaz dos Santos Teixeira | Barclay Damon LLP | sfleischer@barclaydamon.com |
| Counsel to Ge Song | Boyle & Valenti Law, P.C. | cboyle@b-vlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | rstark@brownrudnick.com<br>kaulet@brownrudnick.com<br>bsilverberg@brownrudnick.com |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | spalley@brownrudnick.com |
| Counsel to the Debtors | Cole Schotz P.C. | FYudkin@coleschotz.com<br>Msirota@coleschotz.com<br>wusatine@coleschotz.com |
| Counsel to Zachary Lee Prince | Day Pitney LLP | scatanzaro@daypitney.com |
| Counsel to Matthew Gordon | Dorf & Nelson LLP | amarks@dorflaw.com |
| Counsel to John Lymn | Fox Rothschild, LLP | mhall@foxrothschild.com |
| Counsel to the Official Committee of Unsecured Creditors | Genova Burns LLC | dstolz@genovaburns.com<br>dclarke@genovaburns.com |
| Interested Party | George J. Gerro, Esq. | george@gerrolaw.com |
| Interested Party | George S. Wynns | georgewynns@gmail.com |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Gibbons P.C. | rmalone@gibbonslaw.com<br>btheisen@gibbonslaw.com<br>kmcevilly@gibbonslaw.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to PrimeBlock Operations LLC | Goldstein & McClintock LLLP | mattm@goldmclaw.com<br>harleyg@restructuringshop.com<br>danc@goldmclaw.com |
| Counsel to George J. Gerro and Nancy Fout | Gorski & Knowlton Pc | cknowlton@gorskiknowlton.com<br>agorski@gorskiknowlton.com |
| Counsel to the Debtors | Haynes and Boone, LLP | frasher.murphy@haynesboone.com<br>jordan.chavez@haynesboone.com |
| Counsel to the Debtors | Haynes and Boone, LLP | kenric.kattner@haynesboone.com<br>kourtney.lyda@haynesboone.com<br>renecia.sherald@haynesboone.com |
| Counsel to the Debtors | Haynes and Boone, LLP | richard.kanowitz@haynesboone.com |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | robert.ripin@hoganlovells.com<br>chris.donoho@hoganlovells.com<br>chris.bryant@hoganlovells.com |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com |
| Counsel to Silvergate Bank | Holland & Knight LLP | barbra.parlin@hklaw.com |
| Counsel to the Debtors | Kirkland & Ellis LLP | christine.okike@kirkland.com<br>francis.petrie@kirkland.com<br>jsussberg@kirkland.com |
| Counsel to the Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | adam.ravin@lw.com<br>adam.goldberg@lw.com<br>christopher.harris@lw.com<br>brett.neve@lw.com<br>nacif.taousse@lw.com |
| Counsel to the Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | nima.mohebbi@lw.com<br>tiffany.ikeda@lw.com |
| Counsel to PrimeBlock Operations LLC | Law Offices of Douglas T. Tabachnik, P.C. | dtabachnik@dttlaw.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | McCarter & English, LLP | dadler@mccarter.com jscholz@mccarter.com |
| Counsel to the Official Committee of Unsecured Creditors | McCarter & English, LLP | lbonsall@mccarter.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | gloomis@mdmc-law.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | jbernstein@mdmc-law.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | nleonard@mdmc-law.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | vshea@mdmc-law.com |
| Counsel to Marex Capital Markets Inc. formerly known as E D & F Man Capital Markets, Inc. | Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | KRWalsh@mintz.com TDoherty@mintz.com DBaumstein@mintz.com |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | john.goodchild@morganlewis.com matthew.ziegler@morganlewis.com |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | joshua.dorchak@morganlewis.com david.shim@morganlewis.com |
| National Association of Attorneys General | National Association of Attorneys General | kcordry@naag.org |
| Counsel to the State of Texas | Office of The Attorney General of Texas | roma.desai@oag.texas.gov public.information@oag.state.tx.us |
| TN Dept of Commerce and Insurance | Office of The Tennessee Attorney General | gina.hantel@ag.tn.gov |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee | Lauren.Bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov<br>USTPRegion03.NE.ECF@usdoj.gov |
| Counsel to The Ad Hoc Group of Actual Wallet Holders;  BCF 2020 Investments, LLC, BMB 2020 Investments, LLC, Brent Pratt, Bryant Foulger, Clayton Foulger, FP Equity Investments, LLC and Scott Foulger | Reed Smith LLP | kgwynne@reedsmith.com<br>meckard@reedsmith.com |
| Counsel to Bryant F. Foulger | Reed Smith LLP | kgwynne@reedsmith.com<br>jangelo@reedsmith.com |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | secbankruptcy@sec.gov |
| Securities and Exchange Commission - Headquarters | Securities and Exchange Commission | secbankruptcy@sec.gov |
| Counsel to Scratch Services LLC | Severson & Werson, A Professional Corporation | emr@severson.com<br>dhc@severson.com |
| Counsel to Rui Pedro Vaz dos Santos Teixeira | Singer & Levick, P.C. | Levick@singerlevick.com |
| State Attorney General | State of Alaska Attorney General | attorney.general@alaska.gov |
| State Attorney General | State of Arizona Attorney General | BCEIntake@azag.gov |
| State Attorney General | State of California Attorney General | bankruptcy@coag.gov |
| State Attorney General | State of Connecticut Attorney General | attorney.general@ct.gov<br>denise.mondell@ct.gov |
| State Attorney General | State of Delaware Attorney General | attorney.general@state.de.us |
| State Attorney General | State of Hawaii Attorney General | hawaiiag@hawaii.gov |
| State Attorney General | State of Illinois Attorney General | webmaster@atg.state.il.us |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| State Attorney General | State of Iowa Attorney General | webteam@ag.iowa.gov |
| State Attorney General | State of Louisiana Attorney General | consumerinfo@ag.state.la.us |
| State Attorney General | State of Maryland Attorney General | oag@oag.state.md.us |
| State Attorney General | State of Massachusetts Attorney General | ago@state.ma.us |
| State Attorney General | State of Michigan Attorney General | miag@michigan.gov |
| State Attorney General | State of Missouri Attorney General | attorney.general@ago.mo.gov |
| State Attorney General | State of Montana Attorney General | contactdoj@mt.gov |
| State Attorney General | State of Nebraska Attorney General | ago.info.help@nebraska.gov |
| State Attorney General | State of Nevada Attorney General | aginfo@ag.nv.gov |
| State Attorney General | State of New Hampshire Attorney General | attorneygeneral@doj.nh.gov |
| State Attorney General | State of New Jersey Attorney General | askconsumeraffairs@lps.state.nj.us |
| State Attorney General | State of North Dakota Attorney General | ndag@nd.gov |
| State Attorney General | State of Oregon Attorney General | consumer.hotline@doj.state.or.us  david.hart@doj.state.or.us |
| State Attorney General | State of South Dakota Attorney General | consumerhelp@state.sd.us |
| State Attorney General | State of Utah Attorney General | uag@utah.gov |
| State Attorney General | State of Vermont Attorney General | ago.bankruptcies@vermont.gov |
| State Attorney General | State of West Virginia Attorney General | consumer@wvago.gov |
| Counsel to Towards Equilibrium, LLC d/b/a Equi ("Towards Equilibrium") | Stevens & Lee, P.C. | john.kilgannon@stevenslee.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Bruce Gilling, Martin Mikolajczyk, Mitchell Eglar, Brian Graddon, Matthew Hoselton, Michiel Hemminga, Kole Kottmeter, Ashton Rincon, William Warburton, Daniel Gusovsky, Clayton Bargsten, Joseph Borremans, Brendan Pena, Alberto Olivo, Steven Lee, Ellison Bak, Scott Aufenanger, Wayne Akey and Andrew Martinez | Straffi & Straffi, LLC | bkclient@straffilaw.com |
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>porporam@sullcrom.com |
| Counsel to the Fee Examiner | Traurig Law LLC | jtraurig@trauriglaw.com |
| Counsel to the Ad Hoc Committee of Wallet Account Holders | Troutman Pepper Hamilton Sanders LLP | deborah.kovsky@troutman.com |
| Counsel to United States of America | U.S. Department of Justice – Civil Division Commercial Litigation Branch | seth.shapiro@usdoj.gov |
| Counsel to United States of America | U.S. Department of Justice Civil Division | seth.shapiro@usdoj.gov |
| Counsel to Cipher Mining Inc. and Cipher Mining Technologies Inc. | Venable LLP | AJCurrie@Venable.com |
| Counsel to Cipher Mining Inc. and Cipher Mining Technologies Inc. | Venable LLP | MAGuerra@Venable.com<br>JSsabin@venable.com<br>CWeinerlevy@venable.com |
| Counsel to Kristen Vorhees | Wadsworth, Garber, Warner and Conrardy, P.C. | agarber@wgwc-law.com |
| State Attorney General | Washington DC Attorney General | oag@dc.gov |

## Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Timothy Price | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | saron@wrslawyers.com |

**<u>Exhibit B</u>**

Exhibit B

Fee Application Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Berkeley Research Group | Attn: Mark Renzi | mrenzi@thinkbrg.com |
| Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq. | rstark@brownrudnick.com; kaulet@brownrudnick.com; bsilverberg@brownrudnick.com |
| Brown Rudnick LLP | Attn: Stephen D. Palley, Esq. | spalley@brownrudnick.com |
| Cole Schotz P.C. | Attn: Michael D. Sirota, Warren A. Usatine | Msirota@coleschotz.com; wusatine@coleschotz.com |
| Fee Examiner | Attn: Elise S. Frejka | efrejka@frejka.com |
| Haynes and Boone, LLP | Attn: Richard S. Kanowitz | richard.kanowitz@haynesboone.com |
| Haynes and Boone, LLP | Attn: J. Frasher Murphy, Jordan E. Chavez | frasher.murphy@haynesboone.com; jordan.chavez@haynesboone.com |
| Kirkland & Ellis LLP | Attn: Christine A. Okike, Francis Petrie, Joshua Sussberg | christine.okike@kirkland.com; francis.petrie@kirkland.com; jsussberg@kirkland.com |
| Moelis & Company | Attn: Barak Klein, Jared Dermont | barak.klein@moelis.com; jared.dermont@moelis.com |
| Office of the United States Trustee | Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq | Lauren.Bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov |
| Traurig Law LLC | Attn: Jeffrey Traurig | jtraurig@trauriglaw.com |

**<u>Exhibit C</u>**

Exhibit C
Notice Parties Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|------|-------------|-----------|------|-------|-----|-------|-------------------|
| Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Joshua S. Bauchner | | | | | ajd@ansellgrimm.com; jb@ansellgrimm.com | Email |
| Barclay Damon LLP | Attn: Scott L. Fleischer | | | | | sfleischer@barclaydamon.com | Email |
| Boyle & Valenti Law, P.C. | Attn: Carrie J. Boyle, Esq. | | | | | cboyle@b-vlaw.com | Email |
| Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq. | | | | | rstark@brownrudnick.com; kaulet@brownrudnick.com; bsilverberg@brownrudnick.com | Email |
| Brown Rudnick LLP | Attn: Stephen D. Palley, Esq. | | | | | spalley@brownrudnick.com | Email |
| Day Pitney LLP | Attn: Stephen R. Catanzaro | | | | | scatanzaro@daypitney.com | Email |
| Dorf & Nelson LLP | Attn: Andrew P. Marks | | | | | amarks@dorflaw.com | Email |
| Fox Rothschild, LLP | Attn: Mark E. Hall | | | | | mhall@foxrothschild.com | Email |
| Genova Burns LLC | Attn: Daniel M. Stolz, Esq., Donald W. Clarke, Esq., Gregory S. Kinoian, Esq. | | | | | dstolz@genovaburns.com; dclarke@genovaburns.com | Email |
| George J. Gerro, Esq. | Attn: George J. Gerro | | | | | george@gerrolaw.com | Email |
| George S. Wynns | Attn: George S. Wynns | | | | | georgewynns@gmail.com | Email |
| Gibbons P.C. | Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly | | | | | rmalone@gibbonslaw.com; btheisen@gibbonslaw.com; kmcevilly@gibbonslaw.com | Email |
| Goldstein & McClintock LLLP | Attn: Matthew E. McClintock, Harley Goldstein, Daniel C. Curth | | | | | mattm@goldmclaw.com; harleyg@restructuringshop.com; danc@goldmclaw.com | Email |
| Gorski & Knowlton Pc | Attn: Carol L. Knowlton, Allen I. Gorski | | | | | cknowlton@gorskiknowlton.com; agorski@gorskiknowlton.com | Email |
| Grant & Eisenhofer P.A. | Attn: Jason M. Avellino | 123 Justison Street | Wilmington | DE | 19801 | | First Class Mail |
| Hogan Lovells US LLP | Attn: Christopher R. Donoho III, Christopher R. Bryant, | | | | | robert.ripin@hoganlovells.com; chris.donoho@hoganlovells.com; chris.bryant@hoganlovells.com | Email |
| Hogan Lovells US LLP | Attn: David P. Simonds, Edward J. McNeilly | | | | | david.simonds@hoganlovells.com; edward.mcneilly@hoganlovells.com | Email |
| Holland & Knight LLP | Attn: Barbra R. Parlin | | | | | barbra.parlin@hklaw.com | Email |
| Latham & Watkins LLP | Attn: Adam S. Ravin, Adam J. Goldberg, Christopher Harris, Brett M. Neve, Nacif Taousse | | | | | adam.ravin@lw.com; adam.goldberg@lw.com; christopher.harris@lw.com; brett.neve@lw.com; nacif.taousse@lw.com | Email |
| Latham & Watkins LLP | Attn: Nima H. Mohebbi, Tiffany M. Ikeda | | | | | nima.mohebbi@lw.com; tiffany.ikeda@lw.com | Email |
| Law Offices of Douglas T. Tabachnik, P.C. | Attn: Douglas T. Tabachnik | | | | | dtabachnik@dttlaw.com | Email |
| McCarter & English, LLP | Attn: David J. Adler, joseph R. Scholz | | | | | dadler@mccarter.com; jscholz@mccarter.com | Email |
| McCarter & English, LLP | Attn: Lisa S. Bonsall | | | | | lbonsall@mccarter.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard | | | | | nleonard@mdmc-law.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gaston P. Loomis | | | | | gloomis@mdmc-law.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein | | | | | jbernstein@mdmc-law.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea | | | | | vshea@mdmc-law.com | Email |
| Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein | | | | | KRWalsh@mintz.com; TDoherty@mintz.com; DBaumstein@mintz.com | Email |
| Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild, III, Matthew C. Ziegler | | | | | john.goodchild@morganlewis.com; matthew.ziegler@morganlewis.com | Email |
| Morgan, Lewis & Bockius LLP | Attn: Joshua Dorchak, David K. Shim | | | | | joshua.dorchak@morganlewis.com; david.shim@morganlewis.com | Email |
| Office of The Tennessee Attorney General | Attn: Bankruptcy Division | | | | | gina.hantel@ag.tn.gov | Email |
| Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo | | | | | kgwynne@reedsmith.com; jangelo@reedsmith.com | Email |
| Reed Smith LLP | Attn: Kurt F. Gwynne | | | | | kgwynne@reedsmith.com; meckard@reedsmith.com | Email |
| Severson & Werson, A Professional Corporation | Attn: Eleanor M. Roman, Donald H. Cram | | | | | emr@severson.com; dhc@severson.com | Email |
| Singer & Levick, P.C. | Attn: Larry A. Levick | | | | | Levick@singerlevick.com | Email |
| Stevens & Lee, P.C. | Attn: John C. Kilgannon | | | | | john.kilgannon@stevenslee.com | Email |
| Straffi & Straffi, LLC | Attn: Daniel E. Straffi | | | | | bkclient@straffilaw.com | Email |
| Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora | | | | | dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; porporam@sullcrom.com | Email |
| Traurig Law LLC | Attn: Jeffrey Traurig | | | | | jtraurig@trauriglaw.com | Email |
| Troutman Pepper Hamilton Sanders LLP | Attn: Deborah Kovsky-Apap | | | | | deborah.kovsky@troutman.com | Email |
| U.S. Department of Justice – Civil Division  Commercial Litigation Branch | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro | | | | | seth.shapiro@usdoj.gov | Email |
| U.S. Department of Justice Civil Division | Attn: Seth B. Shapiro | | | | | seth.shapiro@usdoj.gov | Email |
| Venable LLP | Attn: Michael A. Guerra, Jeffrey S. Sabin and Carol A. Weiner | | | | | MAGuerra@Venable.com; JSsabin@venable.com; CWeinerlevy@venable.com | Email |
| Venable LLP | Attn: Andrew J. Currie | | | | | AJCurrie@Venable.com | Email |
| Wadsworth, Garber, Warner and Conrardy, P.C. | Attn: Aaron A. Garber | | | | | agarber@wgwc-law.com | Email |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | | | | | saron@wrslawyers.com | Email |