**BlockFi Inc.**  Case No. 22-19361
**Debtor**  Reporting Period: June 1 - 30, 2023

# MONTHLY OPERATING REPORT
## TABLE OF CONTENTS

| Supporting Documentation | Page # |
|---|---|
| MOR Global Notes | 1-4 |
| Cash Receipts & Disbursements | 5 |
| Consolidated Balance Sheet | 6 |
| Consolidated Statement of Operations | 7 |
| Unconsolidated Balance Sheet | 8 |
| Unconsolidated Statement of Operations | 9 |
| Bank Accounts | 10 |
| Schedule of Payments to Insiders | 11 |
| Schedule of Professional Fee Payments | 12 |
| Schedule of Capital Assets | 13 |

| | |
|---|---|
| **BlockFi Inc.** | **Case No. 22-19361** |
| Debtor | Reporting Period: June 1 - 30, 2023 |

## MONTHLY OPERATING REPORT

**Notes to the Monthly Operating Report**

This report includes activity from the following Debtor and its related Case Number:

| **Debtor** | **Case Number** |
|---|---|
| BlockFi Inc. | 22-19361 |

Notes to MOR:

On November 28th, 2022 (the "Petition Date"), BlockFi Inc. and eight of its affiliates (collectively, the "Debtors" or the "Company") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On November 28, 2022, the court entered an order [Docket No. 18] authorizing joint administration and procedural consolidation of these Chapter 11 cases pursuant to Bankruptcy Rule 1015(b) under the lead case *In re BlockFi Inc., et al.*, Case No. 22-19361. On December 21, 2022, the United States Trustee for the District of New Jersey (the "U.S. Trustee") appointed an Official Committee of Unsecured Creditors (the "Creditors Committee") [Docket No. 131]. No request for the appointment of a trustee or examiner has been made in these Chapter 11 cases.

The Debtors are filing their Monthly Operating Report solely for the purposes of complying with the monthly operating report requirements applicable in the Debtors' Chapter 11 cases. The financial and supplemental information contained herein is presented on a preliminary and unaudited basis, remains subject to future adjustments, and may not comply in all material respects with generally accepted accounting principles in the United States of America ("U.S. GAAP") or International Financial Reporting Standards ("IFRS"). The consolidated balance sheet and income statement included herein include non-debtor entities, each of which are dormant entities with less than USD 10,000 in cash or cash equivalent assets. This Monthly Operating Report should not be relied on by any persons for information relating to future financial conditions, events, or performance of any of the Debtors or their affiliates. The financial information has been derived from the books and records of the Debtors. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with U.S. GAAP or IFRS, and upon application of such procedures, the Debtors believe that the financial information could be subject to changes, which could be material. The information furnished in this report includes primarily normal recurring adjustments but does not include all adjustments that would typically be made for financial statements prepared in accordance with U.S. GAAP or IFRS. The preparation of the Financial Statements and MOR required the Debtors to make commercially reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities at month end, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

Except for cryptocurrency amounts owed to creditors and intercompany balances as of petition date, all information presented has been translated using prevailing prices as of UTC 23:59:59 as of the applicable period end.

**BlockFi Inc.**        Case No. 22-19361
**Debtor**        Reporting Period: June 1 - 30, 2023

## MONTHLY OPERATING REPORT

| Notes to the Monthly Operating Report |
|---|

This report includes activity from the following Debtor and its related Case Number:

| Debtor | Case Number |
|---|---|
| BlockFi Inc. | 22-19361 |

When determining the prices for digital assets and liabilities, the Company assesses the principal market in which to sell the digital assets or in the absence of a principal market, the most advantageous market. Market prices for such assets and liabilities may be volatile and not be readily ascertainable. In addition, the Company's ultimate realized value will be based on outcomes that are difficult to predict and outside of the control of the Company. As a result, amounts ultimately realized by the Company may differ from the fair values presented.

Client balances reflected in the financial statements and this Monthly Operating report are as of UTC 1:15:00 on November 11, 2022 (20:15:00 prevailing Eastern Time on November 10, 2022).

The Debtors reserve all rights to amend or supplement this Monthly Operating Report in all respects, as may be necessary or appropriate. Nothing contained in this Monthly Operating Report shall constitute a waiver of any of the Debtors' rights or an admission with respect to their Chapter 11 cases.

**Debtor Full-Time Employees:**

This MOR includes the number of full-time employees as of the Petition Date and June 30, 2023. As described in the Wages Motion [Docket No. 16], the Debtors also employ Independent Contractors located outside of the United States, whose salaries and benefits are included in the payroll amounts included in the MOR for the employing debtor entity.

**Notes to MOR Part 1**

For the avoidance of doubt, the bank accounts, cash balances and associated cash receipts and disbursements set forth do not include assets held in the customer accounts referred to as the BlockFi Wallet product as described in the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor Withdrawals from Wallet Accounts, (B) Update the User Interface to Properly Reflect Transactions and Assets as of the Platform Pause, and (C) Conduct Ordinary Course Reconciliation of Accounts, and (II) Granting Related Relief* (the " Wallet Withdrawal Motion") [Docket No. 121]. As discussed in the Wallet Withdrawal Motion, the Debtors do not have a legal or equitable interest in the assets held in the Wallet Accounts; such held funds are owned by the Debtors' clients. Note that digital assets attributable to Wallet Accounts are separately captured in Part 2 under Inventory (2c). On May 17, 2023, the court entered an order approving the Wallet Withdrawal Motion [Docket No. 923].

**BlockFi Inc.**                                                                                                                                    Case No. 22-19361
**Debtor**                                                                                                                           Reporting Period: June 1 - 30, 2023

## MONTHLY OPERATING REPORT

| Notes to the Monthly Operating Report |
|---|

This report includes activity from the following Debtor and its related Case Number:

| **Debtor** | **Case Number** |
|---|---|
| BlockFi Inc. | 22-19361 |

### Notes to MOR Part 2 & MOR Part 4

The information contained in MOR Part 2 and MOR Part 4 is provided to fulfill the requirements of the U.S. Trustee. All information contained in MOR Part 2 and MOR Part 4 is unaudited and subject to future adjustment.

Accounts receivable (2a) represents the fair market value of digital asset loans ("Digital Asset Loans"), principal value of USD-denominated fiat and stablecoin loans without reserves ("USD Denominated Loans"), accrued and unpaid interest owed to BlockFi denominated in digital assets ("Digital Assets Receivable"), accrued and unpaid interest owed to BlockFi denominated in USD ("Interest Receivable"), default or penalty interest where applicable ("Default Interest"), and intercompany receivables between BlockFi entities ("Intercompany Receivables").

Inventory (2c) includes digital assets held in custody at entities which are not undergoing their own bankruptcy proceedings, and thus excludes digital assets BlockFi holds with FTX.com. This balance also includes digital assets currently staked and any indemnification assets held for the benefit of Wallet accounts which we do not believe to be property of the estate; the offsetting safeguarding liability is included in Prepetition Priority Debt (2l) & Post-petition Payables (2f).

Post-petition payables (2f) include general accounts payable and other accrued expenses and liabilities. Any post-petition interest accrued pursuant to the terms and conditions of any client agreements is included as liabilities subject to compromise (2m).

Selling expenses (4d) and General and Administrative expenses (4e) reflect the utilization of discounts and pre-payments thus creating contra expenditures in certain instances.

Other expenses (4f) reflect the impact of price changes during the reporting period for digital asset translation adjustments. Any post-petition interest accrued pursuant to the terms and conditions of any client agreements is included as liabilities subject to compromise.

### Notes to MOR Part 5

Certain professional fees were paid out of BlockFi Inc. bank accounts on behalf of BlockFi International Ltd. As such, the professional fees included in Part 5 represent those allocable to BlockFi Inc.

| **BlockFi Inc.** | **Case No. 22-19361** |
|---|---:|
| **Debtor** | **Reporting Period: June 1 - 30, 2023** |

## MONTHLY OPERATING REPORT

| Notes to the Monthly Operating Report |
|---|

This report includes activity from the following Debtor and its related Case Number:

| **Debtor** | **Case Number** |
|---|---|
| BlockFi Inc. | 22-19361 |

## Notes to MOR Part 7

Pursuant to certain orders of the Court in the Chapter 11 cases entered shortly after the Petition Date [Docket Nos. 43-44, 49, 50-52, and 55] (collectively, the "First Day Orders"), the Debtors were granted authority to pay certain outstanding prepetition payables, including payments outlined in the Cash Management, Tax, Utility, Insurance, Critical Vendor, and Wage Motions [Docket Nos. 7, 9-11, 13, and 16, respectively].

BlockFi Inc.                                                  Case No. 22-19361
Debtor                                          Reporting Period: June 1 - 30, 2023

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| Debtor name: | BlockFi Inc. |
|---|---|
| Case number: | Case No. 22-19361 |
| **CASH BEGINNING OF PERIOD** | $ 206,995,421 |
| **RECEIPTS** | |
| Interest Income | 16,656 |
| **TOTAL RECEIPTS** | **16,656** |
| **DISBURSEMENTS** | |
| Professional Fees | 13,645,362 |
| Salaries & Benefits | 2,659,605 |
| Operating Expenses | 1,066,993 |
| Taxes & Fees | 80,000 |
| Rent | 1,300 |
| **TOTAL DISBURSEMENTS** | **17,453,260** |
| | |
| **NET CASH FLOW** | |
| (RECEIPTS LESS DISBURSEMENTS) | (17,436,604) |
| | |
| **CASH END OF MONTH** | **$ 189,558,817** |

**BlockFi Inc.**  
Debtor

Case No. 22-19361  
Reporting Period: June 1 - 30, 2023

## PART 2
## CONSOLIDATED BALANCE SHEET (UNAUDITED)

| Debtor name: | BlockFi Inc |
|---|---|
| Case number: | 22-19361 |
| **Line item** | **Current Period** |
| **ASSETS** | |
| **CURRENT ASSETS** | |
| Cash | $ 267,774,160 |
| Restricted Cash | 330,044 |
| Stablecoin Held | 28,857,549 |
| Digital Assets Held | 443,149,160 |
| Indemnification Asset | 476,275,511 |
| Digital Assets Loaned | 2,744,239 |
| Loans, Net | 197,876,007 |
| Collateral Receivable | 30,795,682 |
| Claims on Debtors in Bankruptcy (Estimate) | 1,751,078,443 |
| Mining Assets | 47,768,643 |
| Other Current Assets | 14,537,074 |
| **TOTAL CURRENT ASSETS** | **3,261,186,511** |
| | |
| **NON-CURRENT ASSETS** | |
| Deferred Tax Assets | 150,700,000 |
| Deferred Tax Assets, Valuation Allowance | -150,700,000 |
| Other Non-current Assets | 14,410,166 |
| **TOTAL NON-CURRENT ASSETS** | **14,410,166** |
| | |
| **TOTAL ASSETS** | **3,275,596,678** |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | |
| **LIABILITIES** | |
| Other Liabilities | |
| Safeguarding Liability | 476,275,820 |
| Post-petition Payables | 409,973 |
| **TOTAL OTHER LIABILITIES** | **476,685,793** |
| | |
| Liabilities Subject to Compromise | |
| Customer Liabilities | 1,594,691,137 |
| USD Collateral Due to Clients | 3,250,981 |
| Digital Asset Collateral Due to Clients | 488,008,968 |
| Institutional Borrowings | 21,782,045 |
| FTX Borrowings and Accrued Interest Payable | 279,729,452 |
| Regulatory Fines Payable | 59,433,962 |
| Other Liabilities | 8,951,519 |
| **TOTAL LIABILITIES SUBJECT TO COMPROMISE** | **2,455,848,064** |
| | |
| **TOTAL LIABILITIES** | **2,932,533,857** |
| | |
| **TOTAL STOCKHOLDERS' EQUITY** | **343,062,820** |
| | |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | **$ 3,275,596,677** |

| BlockFi Inc. | Case No. 22-19361 |
|---|---|
| Debtor | Reporting Period: June 1 - 30, 2023 |

## PART 4
## CONSOLIDATED STATEMENT OF OPERATIONS (UNAUDITED)

| **Debtor name:** | **BlockFi Inc** |
|---|---|
| **Case number:** | **22-19361** |
| **Line Item** | **Current period** |
| **REVENUE AND INTEREST INCOME** | |
| Interest and Fee Revenue | $ 380,131 |
| Other Revenue | 684,994 |
| **TOTAL REVENUE AND INTEREST INCOME** | **1,065,126** |
| | |
| **INTEREST AND TRADING EXPENSES** | |
| Interest and Fee Expense | 7,156,186 |
| **TOTAL INTEREST AND TRADING EXPENSES** | **7,156,186** |
| | |
| **OPERATING EXPENSES** | |
| Personnel Expenses | 2,263,417 |
| General & Administrative | 1,309,712 |
| Software & Technology | 378,448 |
| Professional Fees | 13,536,301 |
| **TOTAL OPERATING EXPENSES** | **17,487,878** |
| | |
| **OTHER OPERATING INCOME / (LOSS)** | **234,951,911** |
| | |
| **NET PROFIT / (LOSS)** | **$ 211,372,973** |

| | |
|---|---|
| **BlockFi Inc.** | **Case No. 22-19361** |
| **Debtor** | **Reporting Period: June 1 - 30, 2023** |

**PART 2**
**UNCONSOLIDATED BALANCE SHEET (UNAUDITED)**

| Debtor name: | BlockFi Inc |
|---|---|
| Case number: | 22-19361 |
| **Line item** | **Current Period** |
| **ASSETS** | |
| **CURRENT ASSETS** | |
| Cash | $ 189,228,773 |
| Restricted Cash | 330,044 |
| Stablecoin Held | 1 |
| Digital Assets Held | 36,195 |
| Indemnification Asset | - |
| Digital Assets Loaned | - |
| Loans, Net | - |
| Collateral Receivable | - |
| Intercompany Receivable from Affiliate Entities | 1,003,901,224 |
| Claims on Debtors in Bankruptcy (Estimate) | - |
| FTX & Alameda Claims | - |
| Mining Assets | - |
| Other Current Assets | 8,536,490 |
| **TOTAL CURRENT ASSETS** | **1,202,032,727** |
| **NON-CURRENT ASSETS** | |
| Deferred Tax Assets | 150,700,000 |
| Deferred Tax Assets, Valuation Allowance | (150,700,000) |
| Investment in Subsidiaries | 1,129,825,895 |
| Other Non-current Assets | 13,925,491 |
| **TOTAL NON-CURRENT ASSETS** | **1,143,751,386** |
| **TOTAL ASSETS** | **2,345,784,114** |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | |
| **LIABILITIES** | |
| Other Liabilities | |
| Safeguarding Liability | - |
| Post-petition Payables | 381,643 |
| Intercompany Payable - Post-petition | 10,897,752 |
| **TOTAL OTHER LIABILITIES** | **11,279,394** |
| Liabilities Subject to Compromise | |
| Customer Liabilities | 1,016,176,550 |
| USD Collateral Due to Clients | - |
| Digital Asset Collateral Due to Clients | - |
| Institutional Borrowings | - |
| Intercompany Payable to Affiliate Entities | 689,243,420 |
| FTX Borrowings and Accrued Interest Payable | 279,729,452 |
| Regulatory Fines Payable | - |
| Other Liabilities | 6,792,476 |
| **TOTAL LIABILITIES SUBJECT TO COMPROMISE** | **1,991,941,898** |
| **TOTAL LIABILITIES** | **2,003,221,292** |
| **TOTAL STOCKHOLDERS' EQUITY** | **342,562,822** |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | **$ 2,345,784,114** |

| BlockFi Inc. | Case No. 22-19361 |
|---|---|
| Debtor | Reporting Period: June 1 - 30, 2023 |

## PART 4
## UNCONSOLIDATED STATEMENT OF OPERATIONS (UNAUDITED)

| **Debtor name:** | **BlockFi Inc** |
|---|---|
| **Case number:** | **22-19361** |
| **Line Item** | **Current period** |
| **REVENUE AND INTEREST INCOME** | |
| Interest and Fee Revenue | $ 16,656 |
| Other Revenue | - |
| **TOTAL REVENUE AND INTEREST INCOME** | **16,656** |
| **INTEREST AND TRADING EXPENSES** | |
| Interest and Fee Expense | 4,072,731 |
| **TOTAL INTEREST AND TRADING EXPENSES** | **4,072,731** |
| **OPERATING EXPENSES** | |
| Personnel Expenses | 1,777,542 |
| General & Administrative | 988,261 |
| Software & Technology | 309,084 |
| Professional Fees | 10,900,025 |
| **TOTAL OPERATING EXPENSES** | **13,974,912** |
| **OTHER OPERATING INCOME / (LOSS)** | **(1,031,931)** |
| **NET PROFIT / (LOSS)** | **$ (19,062,918)** |

BlockFi Inc.                                                                                                          Case No. 22-19361
Debtor                                                                                                        Reporting Period: June 1 - 30, 2023

**6/30/23 BANK ACCOUNTS**

| Entity name: | Bank name | Account type | Account number (last four digits) | Period-end bank balance | Currency |
|---|---|---|---|---|---|
| BlockFi Inc | First Citizens Bank (formerly SVB) | BlockFi Inc Checking | -0719 | 137,539,321 | USD |
| BlockFi Inc | First Citizens Bank (formerly SVB) | COLLATERAL MMA - Office Lease | -2610 | 330,044 | USD |
| BlockFi Inc | First Citizens Bank (formerly SVB) | COLLATERAL MMA - Ankura Trust | -3354 | - | USD |
| BlockFi Inc | First Citizens Bank (formerly SVB) | COLLATERAL MMA - Spartanburg | -7779 | 3,999,737 | USD |
| BlockFi Inc | First Citizens Bank (formerly SVB) | SVB Cash Sweep Account | -7263 | (0) | USD |
| BlockFi Inc | Paxos | Exchange | N/A | - | USD |
| BlockFi Inc | Webster Bank | BlockFi Inc Operating | -1779 | - | USD |
| BlockFi Inc | Webster Bank | BlockFi Inc Money Market Account | -1780 | 47,689,715 | USD |
| **Total Debtor Amount** | | | | **$ 189,558,817** | **USD** |

| BlockFi Inc. | | | | | | Case No. 22-19361 |
|---|---|---|---|---|---|---|
| Debtor | | | | | | Reporting Period: June 1 - 30, 2023 |

### Schedule of Payments to Insiders

| Debtor | Insider Name | Current Title | June Payments | Date of Payment | Account Used | Reason for Payment |
|---|---|---|---|---|---|---|
| BlockFi Inc | Amit Cheela | Chief Financial Officer | $ 21,615.38 | 6/2/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Megan Crowell | Chief People Officer | $ 14,423.08 | 6/2/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Adam Healy | Chief Security Officer | $ 20,192.31 | 6/2/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Robert Loban | Chirf Accounting Officer | $ 15,384.62 | 6/2/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Florencia Marquez | Chief Operation Officer | $ 19,230.77 | 6/2/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Jonathan Mayers | General Counsel | $ 21,634.62 | 6/2/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Yuri Mushkin | Chief Risk Officer | $ 21,153.85 | 6/2/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Brian Oliver | General Manager of Institutions | $ 19,230.77 | 6/2/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Zachary Prince | CEO | $ 15,384.62 | 6/2/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | David Spack | Chief Compliance Officer | $ 13,321.15 | 6/2/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Andrew Tam | Chief Growth Officer | $ 14,423.08 | 6/2/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Amit Cheela | Chief Financial Officer | $ 21,615.38 | 6/16/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Megan Crowell | Chief People Officer | $ 14,423.08 | 6/16/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Adam Healy | Chief Security Officer | $ 20,192.31 | 6/16/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Robert Loban | Chirf Accounting Officer | $ 15,384.62 | 6/16/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Florencia Marquez | Chief Operation Officer | $ 19,230.77 | 6/16/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Jonathan Mayers | General Counsel | $ 21,634.62 | 6/16/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Yuri Mushkin | Chief Risk Officer | $ 21,153.85 | 6/16/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Brian Oliver | General Manager of Institutions | $ 19,230.77 | 6/16/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Zachary Prince | CEO | $ 15,384.62 | 6/16/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | David Spack | Chief Compliance Officer | $ 13,321.15 | 6/16/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Andrew Tam | Chief Growth Officer | $ 14,423.08 | 6/16/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Amit Cheela | Chief Financial Officer | $ 21,615.38 | 6/30/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Megan Crowell | Chief People Officer | $ 14,423.08 | 6/30/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Adam Healy | Chief Security Officer | $ 20,192.31 | 6/30/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Robert Loban | Chirf Accounting Officer | $ 15,384.62 | 6/30/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Florencia Marquez | Chief Operation Officer | $ 19,230.77 | 6/30/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Jonathan Mayers | General Counsel | $ 21,634.62 | 6/30/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Yuri Mushkin | Chief Risk Officer | $ 2,115.38 | 6/30/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Brian Oliver | General Manager of Institutions | $ 19,230.77 | 6/30/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Zachary Prince | CEO | $ 15,384.62 | 6/30/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | David Spack | Chief Compliance Officer | $ 13,321.15 | 6/30/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |
| BlockFi Inc | Andrew Tam | Chief Growth Officer | $ 14,423.08 | 6/30/2023 | TriNet, via Silicon Vally Bank *0719 | Gross Wages |

| Debtor | Insider Name | Current Title | June Payments | Date of Payment | Account Used | Reason for Payment |
|---|---|---|---|---|---|---|
| BlockFi Inc | Tony Lauro | Director | $ 20,833.33 | 6/2/2023 | SVB *0719 | Board Salary - June |
| BlockFi International Ltd | Jill Frizzley | Director | $ 35,000.00 | 6/2/2023 | SVB *0719 | Board Salary - June |
| BlockFi Wallet LLC | Pamela Corrie | Director | $ 35,000.00 | 6/2/2023 | SVB *0719 | Board Salary - June |
| BlockFi Lending LLC | Harvey Tepner | Director | $ 35,000.00 | 6/2/2023 | SVB *0719 | Board Salary - June |
| BlockFi Trading LLC | Alan Carr | Director | $ 35,000.00 | 6/2/2023 | SVB *0719 | Board Salary - June |
| BlockFi Inc | Jennifer Hill | Director | $ 35,000.00 | 6/2/2023 | SVB *0719 | Board Salary - June |
| BlockFi Inc | Scott Vogel | Director | $ 35,000.00 | 6/2/2023 | SVB *0719 | Board Salary - June |
| BlockFi Inc | Tony Lauro | Director | $ 20,833.33 | 6/30/2023 | SVB *0719 | Board Salary - July |
| BlockFi Wallet LLC | Pamela Corrie | Director | $ 35,000.00 | 6/30/2023 | SVB *0719 | Board Salary - July |
| BlockFi International Ltd | Jill Frizzley | Director | $ 35,000.00 | 6/30/2023 | SVB *0719 | Board Salary - July |
| BlockFi Trading LLC | Alan Carr | Director | $ 35,000.00 | 6/30/2023 | SVB *0719 | Board Salary - July |
| BlockFi Inc | Jennifer Hill | Director | $ 35,000.00 | 6/30/2023 | SVB *0719 | Board Salary - July |
| BlockFi Inc | Scott Vogel | Director | $ 35,000.00 | 6/30/2023 | SVB *0719 | Board Salary - July |
| BlockFi Inc | Scott Vogel | Director | $ 20,000.00 | 6/30/2023 | SVB *0719 | Mediation and Mediation Prep – June 4, 5, 6, 23 |
| BlockFi Inc | Scott Vogel | Director | $ 95.45 | 6/30/2023 | SVB *0719 | Expense reimbursement (travel) |

BlockFi Inc.     Case No. 22-19361
Debtor     Reporting Period: June 1 - 30, 2023

**Schedule of Payments to Professionals**

| Name of Professional | Role | Date of Retention | Amount Approved by Court[1] | Retainer and Cumulative Amounts[1] | Amount Paid Over and Above Retainer |
|---|---|---|---|---|---|
| Berkeley Research Group, LLC | Company's Financial Advisor | 12/30/2022 | $ 7,211,386.04 | $ 7,800,740 | $ 7,211,386 |
| Brown Rudnick | Official Committee of Unsecured Creditors Counsel | n/a | $ 1,309,428.81 | $ 5,517,477 | $ 5,517,477 |
| Cole Schotz P.C. | NJ Bankruptcy Counsel | 11/21/2022 | $ 39,405.60 | $ 390,163 | $ 290,163 |
| Covington & Burling LLP | Compliance, State Regulatory Matters | 11/17/2022 | $ 68,546.47 | $ 243,727 | $ 183,727 |
| Genova Burns | Official Committee of Unsecured Creditors Counsel | n/a | $ 151,398.04 | $ 530,428 | $ 530,428 |
| Haynes and Boone, LLP | Bankruptcy Counsel | 11/13/2022 | $ 893,265.06 | $ 8,467,177 | $ 8,392,177 |
| Hodgson Russ | Ordinary Course Professionals (OCP) | n/a | $ - | $ 70 | $ 70 |
| Kirkland & Ellis LLP | Bankruptcy Counsel | 11/15/2022 | $ - | $ 7,040,588 | $ 6,940,588 |
| Kroll Restructuring Administration | Claims and Noticing Agent Services | 11/17/2022 | $ 1,001,616.64 | $ 11,233,477 | $ 11,083,477 |
| McCarter & English | Efficiency Counsel to the Official Committee of Unsecured Creditors | 2/9/2023 | $ 1,085,383.83 | $ 1,085,384 | $ 1,085,384 |
| Moelis & Company, LLC | Company's financial advisor, capital markets advisor and investment banker | 11/20/2022 | $ 162,765.67 | $ 3,239,315 | $ 2,514,315 |
| Morris, Nichols, Arsht and Tunnel | DE Counsel for FTX bankruptcy | 11/16/2022 | $ - | $ 227,441 | $ 202,441 |
| Schjodt | Norwegian counsel (Mining workout) | 11/17/2022 | $ 46,486.11 | $ 189,782 | $ 74,782 |
| US Bankruptcy Trustee | US Bankruptcy Trustee | n/a | $ - | $ 342,238 | $ 342,238 |
| M3 Advisory Partners, LP | Official Committee of Unsecured Creditors Financial Advisor | 1/25/2023 | $ 1,365,621.59 | $ 2,336,757 | $ 2,336,757 |
| Elementus | Official Committee of Unsecured Creditors Financial Advisor | 1/25/2023 | $ 183,497.63 | $ 981,221 | $ 981,221 |

[1] For the avoidance of doubt, the amounts reflected in the columns titled "Approved Current Month" and "Approved Cumulative" represent amounts that have been paid pursuant to monthly fee applications following the applicable objection deadlines in accordance with the Administrative Fee Order [Docket No. 307], but which have not yet been "allowed" pursuant to order of the Court.

**BlockFi Inc.**                                                                                 **Case No. 22-19361**
**Debtor**                                                                  **Reporting Period: June 1 - 30, 2023**

### Schedule of Capital Assets

| Asset Type | 6/1/23 BV | Amortization | 6/30/23 BV |
|---|---:|---:|---:|
| Fixed Assets | $ 7,536 | $ - | $ 7,536 |
| Internally Developed Software | 2,726,997 | - | 2,726,997 |
| Leasehold Improvements | 59,440 | - | 59,440 |
| Software | 58,333 | - | 58,333 |
| **Total** | **$ 2,852,306** | **$ -** | **$ 2,852,306** |