**Montgomery McCracken Walker & Rhoads LLP**
Richard G. Placey, Esq.
457 Haddonfield Road, 6th Floor
Cherry Hill, NJ 08002-2220
Telephone: 856-488-7700
Facsimile: 856-488-7720
rplacey@mmwr.com

*Attorneys for Samuel Bankman-Fried*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| In re: | Case No. 22-19361 (MBK) |
| BLOCKFI INC., *et al.*, | Chapter 11 |
| Debtors. | Judge Michael B. Kaplan |
| BLOCKFI INC., BLOCKFI LENDING LLC AND BLOCKFI INTERNATIONAL LLC, | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 22-01382 (MBK) |
| EMERGENT FIDELITY TECHNOLOGIES LTD. AND ED&F MAN CAPITAL MARKETS, INC., | |
| Defendants. | |

**NOTICE OF SUBSTITUTION OF ATTORNEY**

      Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Richard G. Placey will be substituted as attorney of record for Samuel Bankman-Fried, David M. Banker, in the above-

-2-

captioned cases.[1]

Dated: July 24, 2023 　　　　　　　　　　　　 */s/ David M. Banker*  
　　　　　　　　　　　　　　　　　　　　　　 Signature of Former Attorney

Dated: July 24, 2023 　　　　　　　　　　　　 */s/ Richard G. Placey*  
　　　　　　　　　　　　　　　　　　　　　　 Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.