## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| BlockFi, Inc., *et al.*, [1] | ) | **Case No. 22-19361 (MBK)** |
|  | ) |  |
| Debtors. | ) | **(Jointly Administered)** |
|  | ) |  |

## FIRST MONTHLY FEE STATEMENT OF DELOITTE TAX LLP AS TAX SERVICES PROVIDER TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM MARCH 1, 2023 THROUGH MARCH 31, 2023

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP |
| Authorized to Provide Professional Services as: | Tax Services Provider |
| Date of Retention: | *Effective as of March 1, 2023 and April 1, 2023, respectively* |
| Period for which Compensation and Reimbursement is Sought: | March 1, 2023 through March 31, 2023 |

| | | |
|---|---|---|
| Total Amount of Fees Requested: | $ | 21,766.00 |
| Less: 20% Holdback | $ | (4,353.20) |
| 80% of Compensation Sought as Actual, Reasonable, and Necessary | $ | 17,412.80 |
| Amount of Expense Reimbursement Sought | $ | - |
| **Total Amount of Fees and Expense:** | **$** | **17,412.80** |

This is an:  __X__ Monthly    ___Interim    ___Final Application

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

Deloitte Tax LLP ("Deloitte Tax") hereby submits this first monthly fee statement (the "First Monthly Statement") for allowance of compensation for services rendered as tax services providers to the Debtors for the period from March 1, 2023, through March 31, 2023, pursuant to the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* [Docket No. 307] (the "Interim Compensation Order).

WHEREFORE, Deloitte Tax respectfully requests payment in the amount of $17,412.80 (80% of $21,766.00) as compensation sought for actual and necessary services rendered, together with expenses of $0.00, for a total requested payment of $17,412.80, in accordance with the terms of the Interim Compensation Order.

Date: July 24, 2023
        New York, New York

Respectfully submitted,

DELOITTE TAX LLP

/s/ Kenneth Schulhof
Kenneth Schulhof
Partner
30 Rockefeller Plaza
New York, NY 10112
Telephone:  212.436.5370
Facsimile:  212.653.5254

## CUMULATIVE TIME SUMMARY BY PROFESSIONAL
For the Period of March 1, 2023 through March 31, 2023

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **Firm Retention** | | | | |
| Schulhof, Ken | Partner/Principal | $1,160.00 | 3.2 | $3,712.00 |
| Gardyn, Jordon | Senior Manager | $1,020.00 | 17.7 | $18,054.00 |
| **Professional Subtotal:** | | | **20.9** | **$21,766.00** |

| Professional | Level | Hours | Fees |
|---|---|---:|---:|
| **Tax Compliance Services** | | | |
| Gibian, Craig | Partner/Principal | 13.0 | |
| Schulhof, Ken | Partner/Principal | 13.1 | |
| Gardyn, Jordon | Senior Manager | 25.2 | |
| Lang, Mary Jo | Senior Manager | 12.0 | |
| Polster, Andrew | Manager | 22.5 | |
| Jurado, Edgar | Senior Consultant | 1.3 | |
| Wojtas, Mike | Senior Consultant | 5.8 | |
| Fan, Andy | Consultant | 23.3 | |
| **Professional Subtotal:** | | **116.2** | **$0.00** |
| **Total** | Blended Hourly Rate: $158.76 | **137.1** | **$21,766.00** |

## CUMULATIVE FEES BY CATEGORY SUMMARY
For the Period of March 1, 2023 through March 31, 2023

| Categories | Hours | Fees |
|---|---:|---:|
| Firm Retention | 20.9 | $21,766.00 |
| Tax Compliance Services | 116.2 | $0.00 |
| **Fees Category Subtotal :** | **137.1** | **$21,766.00** |

# EXHIBIT A

Professional Fees for the Period from
March 1, 2023 through March 31, 2023

# BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Firm Retention* | | | | |
| 03/13/2023 | | | | |
| Gardyn, Jordon | Draft 2022 tax return preparation and 2021 amended tax return preparation engagement letters for BlockFi Inc. | $1,020.00 | 1.3 | $1,326.00 |
| Gardyn, Jordon | Summarize federal and state tax returns included within the scope of the 2022 tax return preparation and estimated hours to calculate pricing for each return and total fee to include in engagement letter. | $1,020.00 | 1.4 | $1,428.00 |
| Gardyn, Jordon | Discuss with K. Schulhof (Deloitte) regarding engagement pricing and engagement letter drafting as well as firm engagement acceptance procedures required for 2022 tax returns. | $1,020.00 | 0.8 | $816.00 |
| Gardyn, Jordon | Discuss with K. Schulhof (Deloitte) engagement pricing and engagement letter drafting as well as firm engagement acceptance procedures required for 2021 amended tax returns. | $1,020.00 | 1.1 | $1,122.00 |
| Gardyn, Jordon | Put draft engagement letters into CP3 (internal Deloitte software for documentations around engagement acceptance procedures/engagement letter reviews) for acceptance by Deloitte Quality Risk Management approvals and K. Schulhof (Deloitte). | $1,020.00 | 1.3 | $1,326.00 |
| Schulhof, Ken | Discussion with J. Gardyn (Deloitte) engagement pricing and engagement letter drafting as well as firm engagement acceptance procedures required for 2021 amended tax returns. | $1,160.00 | 1.1 | $1,276.00 |
| 03/14/2023 | | | | |
| Gardyn, Jordon | Update drafted engagement letter for comments provided by K. Schulhof (Deloitte) on 2022 compliance items and incorporated comments. | $1,020.00 | 2.1 | $2,142.00 |

1

## BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **_Firm Retention_** | | | | |
| 03/14/2023 | | | | |
| Gardyn, Jordon | Update drafted engagement letter for comments provided by K. Schulhof (Deloitte) on 2021 amended compliance items and incorporated comments. | $1,020.00 | 2.2 | $2,244.00 |
| Schulhof, Ken | Comment on 2022 tax returns engagement letter drafted by J. Gardyn (Deloitte) to send back for updates to be made for internal comments incorporated in letters. | $1,160.00 | 0.7 | $812.00 |
| 03/15/2023 | | | | |
| Schulhof, Ken | Discussion with J. Gardyn (Deloitte) regarding updated engagement letters. | $1,160.00 | 0.5 | $580.00 |
| 03/17/2023 | | | | |
| Gardyn, Jordon | Discussion with K. Schulhof, M. Wojtas, C. McDonald, A. Polster, E. Jurado, C. Gibian, M. Lang, A. Tilley (Deloitte) regarding time reporting and bankruptcy guidelines for preparation of monthly fee applications. | $1,020.00 | 1.8 | $1,836.00 |
| 03/20/2023 | | | | |
| Gardyn, Jordon | Draft engagement letter. | $1,020.00 | 0.5 | $510.00 |
| Schulhof, Ken | Review draft engagement letters for 2022 and 2021 amended tax return compliance. | $1,160.00 | 0.2 | $232.00 |
| 03/21/2023 | | | | |
| Gardyn, Jordon | Discussion with K. Schulhof (Deloitte) engagement letter comments before sharing draft engagement letters with Kirkland and Ellis and BlockFi teams. | $1,020.00 | 0.2 | $204.00 |
| Gardyn, Jordon | Follow up discussion with K. Schulhof (Deloitte) engagement letter comments before sharing draft engagement letters with Kirkland and Ellis and BlockFi teams. | $1,020.00 | 0.2 | $204.00 |

# BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Firm Retention*

**03/21/2023**

| | | | | |
|------|-------------|------|-------|------|
| Gardyn, Jordon | Email draft engagement letters for tax return compliance and IRC section 382 (net operating loss carryforward rules) to R. Loban (BlockFi), A. Sexton (Kirkland and Ellis). | $1,020.00 | 0.4 | $408.00 |
| Schulhof, Ken | Discussion with J. Gardyn (Deloitte) on engagement letter comments before sharing draft engagement letters with Kirkland and Ellis and BlockFi teams. | $1,160.00 | 0.2 | $232.00 |
| Schulhof, Ken | Follow up discussion with J. Gardyn (Deloitte) engagement letter comments before sharing draft engagement letters with Kirkland and Ellis and BlockFi teams. | $1,160.00 | 0.2 | $232.00 |

**03/23/2023**

| | | | | |
|------|-------------|------|-------|------|
| Gardyn, Jordon | Update engagement letter for H. Power (BlockFi) comments. | $1,020.00 | 0.5 | $510.00 |
| Schulhof, Ken | Analyze comments provided by H. Powers (BlockFi) on the scope of the 2022 tax return compliance engagement letters. | $1,160.00 | 0.3 | $348.00 |

**03/28/2023**

| | | | | |
|------|-------------|------|-------|------|
| Gardyn, Jordon | Send email to engagement finance team, A. Ravikumar (Deloitte) with budgeted hours by professional to assist with setting up a work breakdown structure code for 2022 tax return preparation and 2021 amended return preparation. | $1,020.00 | 1.3 | $1,326.00 |

**03/29/2023**

| | | | | |
|------|-------------|------|-------|------|
| Gardyn, Jordon | Update restructuring engagement letter to share with K. Schulhof (Deloitte) for review. | $1,020.00 | 1.2 | $1,224.00 |
| Gardyn, Jordon | Call with M. Rothchild, R. Young, and K. Schulhof (Deloitte) to discuss engagement approval process and conflicts checks timeline. | $1,020.00 | 0.5 | $510.00 |

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Firm Retention* | | | | |
| 03/30/2023 | | | | |
| Gardyn, Jordon | Update engagement letter and summary of status updates to share with Kirkland and Ellis on tax engagement timelines. | $1,020.00 | 0.9 | $918.00 |
| Subtotal for Firm Retention: | | | 20.9 | $21,766.00 |
| *Tax Compliance Services* | | | | |
| 03/01/2023 | | | | |
| Gardyn, Jordon | Discuss with K. Schulhof, R. Massey (Deloitte) issues with the 2021 taxable income calculation and information to calculate the mark-to-market adjustment on an amended 2021 tax return. | $0.00 | 0.8 | $0.00 |
| Polster, Andrew | Respond to BlockFi Inc's Louisiana State notice on Blockfi trading with email to H. Powers (BlockFi) with e-file acceptance confirmation and extensible markup language package. | $0.00 | 0.8 | $0.00 |
| Polster, Andrew | Call with Texas Comptroller office regarding State notice BlockFi received regarding missing pages for BlockFi Inc. and subsidiaries. | $0.00 | 1.6 | $0.00 |
| Polster, Andrew | Email H. Powers (BlockFi) with explanation of Texas State notice and instructions on what to send to the state to resolve the notice. | $0.00 | 0.6 | $0.00 |
| 03/02/2023 | | | | |
| Gardyn, Jordon | Draft email to K. Schulhof (Deloitte) regarding approaches to mark-to-market information to report an adjustment to taxable income on the 2021 tax returns. | $0.00 | 0.8 | $0.00 |
| Gibian, Craig | Analyze calculation of BlockFi Inc.'s taxable income for 2021 by applying a mark-to-market methodology to arrive at a reflection of income. | $0.00 | 1.0 | $0.00 |

4

# BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Tax Compliance Services*

**03/02/2023**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Lang, Mary Jo | Review tax workpaper summarizing the 2021 balance sheet and income statement for BlockFi Inc to identify questions where additional understanding should be requested in regards to the calculation of the MTM adjustment. | $0.00 | 2.5 | $0.00 |

**03/03/2023**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Gardyn, Jordon | Call with MJ. Lang (Deloitte) discussing the approaches to calculate mark-to-market adjustment to taxable income for amended 2021 tax returns. | $0.00 | 1.0 | $0.00 |
| Gardyn, Jordon | Update supporting calculations for the originally utilized mark-to-market adjustment for additional information related to fair value of the various assets at December 31, 2021. | $0.00 | 2.2 | $0.00 |
| Gibian, Craig | Analyze calculation of BlockFi Inc.'s taxable income for 2021 by applying a mark-to-market methodology to arrive at a reflection of income. | $0.00 | 1.5 | $0.00 |
| Lang, Mary Jo | Call with J. Gardyn (Deloitte) discussing the approaches to calculate mark-to-market adjustment to taxable income for amended 2021 tax returns. | $0.00 | 1.0 | $0.00 |
| Lang, Mary Jo | Revise tax workpaper summarizing the Company's 2021 balance sheet and income statement for BlockFi Inc in regards to the calculation of the MTM adjustment. | $0.00 | 0.8 | $0.00 |

**03/05/2023**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Gardyn, Jordon | Review the underlying support provided by S. Bailey (BlockFi) tying out the unrealized gain/loss on the customer liabilities presented in the BlockFi 2021 financial statements. | $0.00 | 0.7 | $0.00 |
| Gibian, Craig | Analyze calculation of taxable income for 2021 for BlockFi. | $0.00 | 1.0 | $0.00 |

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Tax Compliance Services*

03/06/2023

| | | | | |
|------|-------------|------|-------|------|
| Gardyn, Jordon | Call with K. Schulhof, C. Gibian, MJ. Lang (Deloitte) to discuss 2021 taxable income to report on an amended tax return. | $0.00 | 0.5 | $0.00 |
| Gardyn, Jordon | Prepare a summary workbook showing the originally filed 2021 book-to-tax adjustments and identifying the adjustments for the amended 2021 tax returns. | $0.00 | 2.4 | $0.00 |
| Gibian, Craig | Analyze calculation of BlockFi Inc.'s taxable income for 2021 by applying a mark-to-market methodology to arrive at a reflection of income. | $0.00 | 2.5 | $0.00 |
| Lang, Mary Jo | Call with K. Schulhof, C. Gibian, J. Gardyn (Deloitte) to discuss 2021 taxable income to report on an amended tax return. | $0.00 | 0.5 | $0.00 |
| Lang, Mary Jo | Revise tax summary worksheet explaining our understanding of the various balance sheet items for BlockFi Inc. in light of updated financials provided by S. Bailey (BlockFi). | $0.00 | 2.5 | $0.00 |
| Schulhof, Ken | Review support provided for mark-to-market adjustment by S. Bailey (BlockFi) for 2021 taxable income. | $0.00 | 0.4 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn, C. Gibian, MJ. Lang (Deloitte) to discuss 2021 taxable income to report on an amended tax return. | $0.00 | 0.5 | $0.00 |

03/07/2023

| | | | | |
|------|-------------|------|-------|------|
| Gibian, Craig | Call with J. Gardyn, MJ. Lang, K. Schulhof (Deloitte) to discuss information required to calculate taxable income on a fair value approach. | $0.00 | 0.5 | $0.00 |
| Gibian, Craig | Analyze calculation of BlockFi Inc.'s taxable income for 2021 by applying a mark-to-market methodology for arriving at a reflection of income. | $0.00 | 1.5 | $0.00 |

BlockFi, Inc

Deloitte Tax LLP

Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Compliance Services** | | | | |
| 03/07/2023 | | | | |
| Lang, Mary Jo | Call with J. Gardyn, C. Gibian, K. Schulhof (Deloitte) to discuss information required to calculate taxable income on a fair value approach. | $0.00 | 0.5 | $0.00 |
| Lang, Mary Jo | Review profit and loss for BlockFi Inc. for purposes of BlockFi Inc. 2021 taxable income calculation. | $0.00 | 1.5 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn (Deloitte) to discuss additional questions on 2021 mark-to-market calculation used on the originally filed tax returns. | $0.00 | 0.5 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn, C. Gibian, MJ. Lang (Deloitte) to discuss information required to calculate taxable income on a fair value approach. | $0.00 | 0.5 | $0.00 |
| 03/08/2023 | | | | |
| Gardyn, Jordon | Prepare a summary of the 2021 BlockFi financial statements by account to further evaluate adjustments for an amended return. | $0.00 | 3.9 | $0.00 |
| Gibian, Craig | Analyze calculation of taxable income for 2021 for BlockFi Inc. by applying a mark-to-market methodology to arrive at a reflection of income. | $0.00 | 1.0 | $0.00 |
| Polster, Andrew | Email J. Gardyn, A. Tilley (Deloitte) to discuss bankruptcy issues impact on engagement letter and upcoming partnership extensions for BlockFi Inc. and subsidiaries. | $0.00 | 1.0 | $0.00 |
| Schulhof, Ken | Meet with J. Gardyn (Deloitte) regarding presentation of Company's 2021 balance sheet and profit and loss to identify further areas to ask for additional support. | $0.00 | 2.1 | $0.00 |

# BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 03/09/2023 | | | | |
| Gardyn, Jordon | Prepare explanations for each individual account item for how books were accounting for the amounts and why certain adjustments existed for taxable income purposes in the summary schedule prepared for the 2021 financial statements to taxable income analys | $0.00 | 1.4 | $0.00 |
| Polster, Andrew | Call with A. Tilley (Deloitte) to discuss Multistate staffing options for tax year 2022 compliance for BlockFi Inc. and subsidiaries. | $0.00 | 0.3 | $0.00 |
| Polster, Andrew | Create workpaper to estimate staffing needs based on number of returns and complexity. | $0.00 | 0.7 | $0.00 |
| Schulhof, Ken | Meet with J. Gardyn (Deloitte) regarding presentation of Company's 2021 Balance Sheet and Profit and Loss to identify further areas to ask for additional support. | $0.00 | 0.6 | $0.00 |
| 03/10/2023 | | | | |
| Gardyn, Jordon | Prepare additional explanations for each individual account item for financial reporting and taxable income purposes of the 2021 BlockFi financial statements. | $0.00 | 3.0 | $0.00 |
| Gibian, Craig | Analyze calculation of taxable income for 2021 for BlockFi Inc. by applying a mark-to-market methodology to arrive at a reflection of income. | $0.00 | 1.0 | $0.00 |
| Jurado, Edgar | Request the creation of a new tax year CCH (axcess electronic filing status system) tax return software locator. | $0.00 | 0.3 | $0.00 |
| Polster, Andrew | Review prior year extension tracker to project hours needed at staff and senior level for extensions, with additional calculations depending on balance sheet information for franchise tax and prior year overpayments. | $0.00 | 2.0 | $0.00 |

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 03/10/2023 | | | | |
| Schulhof, Ken | Review summary workbook put together by J. Gardyn (Deloitte) calculating amended taxable income for 2021 federal tax return. | $0.00 | 1.1 | $0.00 |
| 03/13/2023 | | | | |
| Gibian, Craig | Analyze calculation of BlockFi Inc.'s taxable income for 2021 by applying a mark-to-market methodology for arriving at a reflection of income. | $0.00 | 0.5 | $0.00 |
| 03/14/2023 | | | | |
| Gardyn, Jordon | Prepare tax information request list for information required to prepare the 2022 tax returns for BlockFi. | $0.00 | 1.8 | $0.00 |
| Gardyn, Jordon | Call with K. Schulhof (Deloitte) to discuss preparation of information request list for 2022 tax return compliance. | $0.00 | 1.0 | $0.00 |
| Polster, Andrew | Create new Work Areas for the 2022 tax return compliance in Deloitte Tax file sharing software (Intela). | $0.00 | 0.8 | $0.00 |
| Polster, Andrew | Grant E. Jurado (Deloitte) access to Intela site for tax year 2022 compliance and confirm the same to M. Wojtas (Deloitte) via email. | $0.00 | 0.2 | $0.00 |
| Schulhof, Ken | Comment on 2021 amended tax returns engagement letter drafted by J. Gardyn (Deloitte) to send back for updates to be made for internal comments incorporated in letters. | $0.00 | 0.8 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn (Deloitte) to discuss preparation of information request list for 2022 tax return compliance. | $0.00 | 1.0 | $0.00 |
| 03/15/2023 | | | | |
| Fan, Andy | Discussion with J. Gardyn (Deloitte) regarding process and work allocation for the 2022 BlockFi engagement. | $0.00 | 0.5 | $0.00 |

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 03/15/2023 | | | | |
| Fan, Andy | Discussion with J. Gardyn (Deloitte) regarding process and work allocation for the 2022 BlockFi engagement. | $0.00 | 0.5 | $0.00 |
| Fan, Andy | Organize BlockFi Inc tax return filing tracker in Deloitte Tax file sharing site (Intela) for tax year 2022. | $0.00 | 3.8 | $0.00 |
| Fan, Andy | Compare tax year 2022 BlockFi Compliance folder to tax year 2021 compliance folder to format. | $0.00 | 3.2 | $0.00 |
| Polster, Andrew | Create additional obligation in tax return software for the preparation of the BlockFi Bitcoin Trust filing of a Trust tax return for 2022 (Form 1040). | $0.00 | 0.2 | $0.00 |
| Polster, Andrew | Roll forward documents for Intela to set up work area for tax year 2022 compliance. | $0.00 | 0.8 | $0.00 |
| 03/16/2023 | | | | |
| Fan, Andy | Organize BlockFi NB LLC tax return filing tracker in Deloitte Tax file sharing site (Intela) for tax year 2022. | $0.00 | 3.6 | $0.00 |
| Fan, Andy | Organize BlockFi Inc tax return filing tracker in Deloitte Tax file sharing site (Intela) for tax year 2022. | $0.00 | 3.4 | $0.00 |
| 03/17/2023 | | | | |
| Fan, Andy | Organize BlockFi Inc. tax year 2022 tax return compliance in tax return tracker and file sharing site (Intela). | $0.00 | 4.1 | $0.00 |
| Fan, Andy | Organize BlockFi NB LLC, tax year 2022 tax return compliance in tax return tracker and file sharing site (Intela). | $0.00 | 3.9 | $0.00 |
| Polster, Andrew | Add additional team members to Intela site and grant permissions for document access. | $0.00 | 1.5 | $0.00 |
| 03/20/2023 | | | | |
| Jurado, Edgar | Finalize the 1041 federal extension tax return. | $0.00 | 0.5 | $0.00 |

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 03/20/2023 | | | | |
| Jurado, Edgar | Prepare a transmittal letter regarding an extension request for a Trust return for BlockFi. | $0.00 | 0.5 | $0.00 |
| Schulhof, Ken | Review draft engagement letters for 2022 and 2021 amended tax return compliance. | $0.00 | 0.3 | $0.00 |
| 03/21/2023 | | | | |
| Gibian, Craig | Analyze calculation of taxable income for 2022 and potential IRC section 475 election for a mark to market method of accounting for 2023. | $0.00 | 0.8 | $0.00 |
| Lang, Mary Jo | Draft outline of BlockFi Inc. tax considerations related to the classification of their assets and liabilities and the changes in balances impacting the mark-to-market adjustment to report on the tax returns. | $0.00 | 0.6 | $0.00 |
| Polster, Andrew | Draft email to G. Jordon (Deloitte) regarding information request for BlockFi extensions. | $0.00 | 0.4 | $0.00 |
| Polster, Andrew | Review prior year Intela for files prepared by client required to get started on tax year 2022 state extensions. | $0.00 | 1.6 | $0.00 |
| 03/24/2023 | | | | |
| Gardyn, Jordon | Call with K. Schulhof (Deloitte), A. Sexton, K. Karnosh (Kirkland and Ellis), R. Loban, B. Matthews, S. Bailey (BlockFi) to discuss updates and current status of various tax projects. | $0.00 | 0.5 | $0.00 |
| Gardyn, Jordon | Send email to M. Wojtas, A. Polster (Deloitte) detailing the expected timeline for completing 2022 taxable income calculations for BlockFi. | $0.00 | 0.3 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn (Deloitte), A. Sexton, K. Karnosh (Kirkland and Ellis), R. Loban, B. Matthews, S. Bailey (BlockFi) to discuss updates and current status of various tax projects. | $0.00 | 0.5 | $0.00 |

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Tax Compliance Services*

03/27/2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Gardyn, Jordon | Discuss with C. Gibian, M. Lang, K. Schulhof, M. Wojtas (Deloitte) regarding scope of consulting activities for engagement, items to finalize for taxable income for 2021 filed tax returns, 2022 tax return extension requests and 2022 tax return compliance. | $0.00 | 0.5 | $0.00 |
| Gibian, Craig | Discuss with J. Gardyn, M. Lang, K. Schulhof, M. Wojtas (Deloitte) regarding scope of consulting activities for engagement, items to finalize for taxable income for 2021 filed tax returns, 2022 tax return extension requests and 2022 tax return compliance. | $0.00 | 0.5 | $0.00 |
| Lang, Mary Jo | Discuss with J. Gardyn, C. Gibian, K. Schulhof, M. Wojtas (Deloitte) regarding scope of consulting activities for engagement, items to finalize for taxable income for 2021 filed tax returns, 2022 tax return extension requests and 2022 tax return complianc | $0.00 | 0.5 | $0.00 |
| Polster, Andrew | Review prior year state returns for BlockFi Inc. and subsidiaries for summary of net operating loss balances that can be used to offset income for tax year 2022. | $0.00 | 0.7 | $0.00 |
| Polster, Andrew | Review prior year returns of BlockFi Inc. and subsidiaries for summary of overpayments. | $0.00 | 0.8 | $0.00 |
| Polster, Andrew | Roll forward prior year state compliance tracker for BlockFi Inc. and subsidiaries to update for tax year 2022 extensions. | $0.00 | 0.5 | $0.00 |

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 03/27/2023 | | | | |
| Schulhof, Ken | Discuss with J. Gardyn, C. Gibian, M. Lang, M. Wojtas (Deloitte) regarding scope of consulting activities for engagement, items to finalize for taxable income for 2021 filed tax returns, 2022 tax return extension requests and 2022 tax return compliance. | $0.00 | 0.5 | $0.00 |
| Wojtas, Mike | Discuss with J. Gardyn, C. Gibian, M. Lang, K. Schulhof (Deloitte) regarding scope of consulting activities for engagement, items to finalize for taxable income for 2021 filed tax returns, 2022 tax return extension requests and 2022 tax return compliance. | $0.00 | 0.5 | $0.00 |
| 03/28/2023 | | | | |
| Gibian, Craig | Analyze calculation of BlockFi Inc.'s taxable income for 2021 by applying a mark-to-market methodology for reaching a reflection of income. | $0.00 | 0.4 | $0.00 |
| Lang, Mary Jo | Review BlockFi Inc. 2021 financials in connection with preparing BlockFi Inc. 2021 taxable income calculation. | $0.00 | 0.4 | $0.00 |
| Wojtas, Mike | Roll over BlockFi information in tax compliance software for extension preparation for 2022 tax year. | $0.00 | 2.0 | $0.00 |
| 03/29/2023 | | | | |
| Fan, Andy | Discussion with A. Polster, M. Wojtas (Deloitte) tax compliance software to prepare 2022 tax return extensions. | $0.00 | 0.1 | $0.00 |
| Fan, Andy | Cal with M. Wojtas (Deloitte) of tax compliance software to prepare 2022 tax return extensions. | $0.00 | 0.2 | $0.00 |
| Gardyn, Jordon | Summarize balance sheet account explanations and their impacts on profit and loss. | $0.00 | 1.4 | $0.00 |

13

## BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Compliance Services* | | | | |
| 03/29/2023 | | | | |
| Gardyn, Jordon | Review information request list prepared by J. Hammill (Deloitte) for IRC section 382 (net operating loss carryforward rules) limitation calculation. | $0.00 | 0.6 | $0.00 |
| Gardyn, Jordon | Discuss with C. Gibian, M. Lang, K. Schulhof (Deloitte) BlockFi Balance Sheet, impacts on fair value profit and loss, prepare summary of book income per changes in balance sheet and compare to 2021 income statement to estimate fair value for 2021. | $0.00 | 0.8 | $0.00 |
| Gibian, Craig | Discuss with J. Gardyn, M. Lang, K. Schulhof (Deloitte) BlockFi Balance Sheet, impacts on fair value profit and loss, prepare summary of book income per changes in balance sheet and compare to 2021 income statement to estimate fair value for 2021. | $0.00 | 0.8 | $0.00 |
| Lang, Mary Jo | Discuss with J. Gardyn, C. Gibian, K. Schulhof (Deloitte) BlockFi Balance Sheet, impacts on fair value profit and loss, prepare summary of book income per changes in balance sheet and compare to 2021 income statement to estimate fair value for 2021. | $0.00 | 0.8 | $0.00 |
| Lang, Mary Jo | Review BlockFi Inc. 2021 financials in connection with preparing BlockFi Inc. 2021 taxable income calculation. | $0.00 | 0.2 | $0.00 |
| Polster, Andrew | Discussion with A. Fan, M. Wojtas (Deloitte) tax compliance software to prepare 2022 tax return extensions. | $0.00 | 0.1 | $0.00 |
| Polster, Andrew | Prepare corporate jurisdictional estimated tax tool  for tax year 2022 estimates. | $0.00 | 0.6 | $0.00 |
| Polster, Andrew | Review prior year corporate jurisdictional estimated tax tool. | $0.00 | 0.3 | $0.00 |

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 03/29/2023 | | | | |
| Schulhof, Ken | Discuss with J. Gardyn, C. Gibian, M. Lang (Deloitte) BlockFi Balance Sheet, impacts on fair value profit and loss, prepare summary of book income per changes in balance sheet and compare to 2021 income statement to estimate fair value for 2021. | $0.00 | 0.8 | $0.00 |
| Schulhof, Ken | Review workbook prepared by J. Gardyn (Deloitte) explaining balance sheet accounts and impacts on profit & loss. | $0.00 | 0.6 | $0.00 |
| Wojtas, Mike | Discussion with A. Fan, A. Polster (Deloitte) tax compliance software to prepare 2022 tax return extensions. | $0.00 | 0.1 | $0.00 |
| Wojtas, Mike | Compile tracker for BlockFi state extensions for the 2022 tax year. | $0.00 | 3.0 | $0.00 |
| Wojtas, Mike | Discussion with A. Fan, A. Polster (Deloitte) process and work allocation for the 2022 tax return extensions. | $0.00 | 0.2 | $0.00 |
| 03/30/2023 | | | | |
| Gardyn, Jordon | Call with K. Schulhof, R. Massey (Deloitte) to discuss engagement staffing and resources aligned to the engagement team. | $0.00 | 0.5 | $0.00 |
| Lang, Mary Jo | Review BlockFi Inc. 2021 financials in connection with preparing BlockFi Inc. 2021 taxable income calculation. | $0.00 | 0.2 | $0.00 |
| Polster, Andrew | Draft email to J. Gardyn, A. Fan, A. Tilley (Deloitte) sharing the BlockFi Inc. and subsidiaries extension tracker and methodology of how it was calculated. | $0.00 | 0.3 | $0.00 |
| Polster, Andrew | Review corporate jurisdictional estimated tax tool's info matrix for states rules regarding due dates, conformity to federal, form requirements, and safe harbor rules. | $0.00 | 1.8 | $0.00 |
| Polster, Andrew | Update BlockFi Inc. and subsidiaries tax year 2022 extensions tracker for filing list based on state requirements if no payment due and timely federal filed. | $0.00 | 1.2 | $0.00 |

15

# BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Compliance Services* | | | | |
| 03/30/2023 | | | | |
| Polster, Andrew | Review BlockFi Inc. and subsidiaries tax year 2022 extensions tracker for payment amounts and filings vs the prior year. | $0.00 | 0.7 | $0.00 |
| Schulhof, Ken | Updated drafted engagement letter prepared by J. Gardyn (Deloitte) for preparation of the BlockFi 2022 tax returns and 2021 amended returns. | $0.00 | 0.8 | $0.00 |
| Schulhof, Ken | Review information request lists for IRC Section 382 (net operating loss carryforward rules) study and 2022 tax return compliance prepared by J. Gardyn (Deloitte). | $0.00 | 0.6 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn, R. Massey (Deloitte) to discuss engagement staffing and resources aligned to the engagement team. | $0.00 | 0.5 | $0.00 |
| 03/31/2023 | | | | |
| Gardyn, Jordon | Call with K. Schulhof (Deloitte), A. Sexton, K. Karnosh (Kirkland and Ellis), R. Loban, B. Matthews, S. Bailey (BlockFi) to discuss status of tax engagements. | $0.00 | 0.5 | $0.00 |
| Gardyn, Jordon | Summarize information requests for IRC section 382 (net operating loss carryforward rules) study and 2022 tax return compliance and resent to BlockFi team. | $0.00 | 0.6 | $0.00 |
| Polster, Andrew | Draft email to J. Gardyn, A. Fan, A. Tilley (Deloitte) sharing the updated BlockFi Inc. and subsidiaries extension tracker after updates to balance sheet. | $0.00 | 0.3 | $0.00 |
| Polster, Andrew | Prepare franchise tax workpaper federal and state tabs to estimate extension payments for franchise. | $0.00 | 1.1 | $0.00 |
| Polster, Andrew | Update BlockFi Inc. and subsidiaries tax year 2022 extensions tracker with estimated payment amounts and filings required for tax year 2022 states. | $0.00 | 0.7 | $0.00 |

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

March 01, 2023 - March 31, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Compliance Services* | | | | |
| 03/31/2023 | | | | |
| Polster, Andrew | Update franchise tax workpaper for new balance sheet information provided by client to estimate franchise tax payments. | $0.00 | 0.9 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn (Deloitte), A. Sexton, K. Karnosh (Kirkland and Ellis), R. Loban, B. Matthews, S. Bailey (BlockFi) to discuss status of tax engagements. | $0.00 | 0.5 | $0.00 |
| Schulhof, Ken | Email J. Gardyn (Deloitte) regarding BlockFi joint venture with BPV Power Alpha LLC. | $0.00 | 0.5 | $0.00 |
| Subtotal for Tax Compliance Services: | | | 116.2 | $0.00 |
| **Total** | | | 137.1 | $21,766.00 |

# Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Schulhof, Ken | $1,160.00 | 3.2 | $3,712.00 |
| Gardyn, Jordon | $1,020.00 | 17.7 | $18,054.00 |
| Fan, Andy | $0.00 | 23.3 | $0.00 |
| Gardyn, Jordon | $0.00 | 25.2 | $0.00 |
| Gibian, Craig | $0.00 | 13.0 | $0.00 |
| Jurado, Edgar | $0.00 | 1.3 | $0.00 |
| Lang, Mary Jo | $0.00 | 12.0 | $0.00 |
| Polster, Andrew | $0.00 | 22.5 | $0.00 |
| Schulhof, Ken | $0.00 | 13.1 | $0.00 |
| Wojtas, Mike | $0.00 | 5.8 | $0.00 |