## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| BlockFi, Inc., *et al.*, [1] | ) | **Case No. 22-19361 (MBK)** |
|  | ) |  |
| Debtors. | ) | **(Jointly Administered)** |
|  | ) |  |

## SECOND MONTHLY FEE STATEMENT OF DELOITTE TAX LLP AS TAX SERVICES PROVIDER TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM APRIL 1, 2023 THROUGH APRIL 30, 2023

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP |
| Authorized to Provide Professional Services as: | Tax Services Provider |
| Date of Retention: | *Effective as of March 1, 2023 and April 1, 2023, respectively* |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2023 through April 30, 2023 |

| | | |
|---|---|---|
| Total Amount of Fees Requested: | $ | 19,662.00 |
| Less: 20% Holdback | $ | (3,932.40) |
| 80% of Compensation Sought as Actual, Reasonable, and Necessary | $ | 15,729.60 |
| Amount of Expense Reimbursement Sought | $ | - |
| Total Amount of Fees and Expense: | **$** | **15,729.60** |

This is an: __X__ Monthly   __Interim   __Final Application

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

Deloitte Tax LLP ("Deloitte Tax") hereby submits this second monthly fee statement (the "Second Monthly Statement") for allowance of compensation for services rendered as tax services providers to the Debtors for the period from April 1, 2023, through April 30, 2023, pursuant to the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* [Docket No. 307] (the "Interim Compensation Order).

WHEREFORE, Deloitte Tax respectfully requests payment in the amount of $15,729.60 (80% of $19,662.00) as compensation sought for actual and necessary services rendered, together with expenses of $0.00, for a total requested payment of $15,729.60, in accordance with the terms of the Interim Compensation Order.

Date: July 24, 2023
      New York, New York

Respectfully submitted,

DELOITTE TAX LLP

/s/ Kenneth Schulhof
Kenneth Schulhof
Partner
30 Rockefeller Plaza
New York, NY 10112
Telephone:  212.436.5370
Facsimile:  212.653.5254

## CUMULATIVE TIME SUMMARY BY PROFESSIONAL
For the Period of April 1, 2023 through April 30, 2023

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|

### Firm Retention

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Schulhof, Ken | Partner/Principal | $1,160.00 | 1.3 | $1,508.00 |
| Gardyn, Jordon | Senior Manager | $1,020.00 | 2.8 | $2,856.00 |
| **Professional Subtotal:** | | | **4.1** | **$4,364.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|

### Section 382 Services

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Schulhof, Ken | Partner/Principal | $1,160.00 | 1.1 | $1,276.00 |
| **Professional Subtotal:** | | | **1.1** | **$1,276.00** |

| Professional | Level | Hours | Fees |
|---|---|---|---|

### Tax Compliance Services

| Professional | Level | Hours | Fees |
|---|---|---|---|
| Gibian, Craig | Partner/Principal | 4.0 | |
| Schulhof, Ken | Partner/Principal | 16.8 | |
| Gardyn, Jordon | Senior Manager | 19.3 | |
| Lang, Mary Jo | Senior Manager | 7.9 | |
| Lee, Sarah | Senior Manager | 4.8 | |
| Polster, Andrew | Manager | 33.3 | |
| Jurado, Edgar | Senior Consultant | 0.4 | |
| Wojtas, Mike | Senior Consultant | 1.8 | |
| Dizon, Sharon | Consultant | 0.4 | |
| Fan, Andy | Consultant | 43.1 | |
| Meng, Zhaoyu | Consultant | 8.4 | |
| **Professional Subtotal:** | | **140.2** | **$0.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|

### Tax Restructuring Services

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Gibian, Craig | Partner/Principal | $1,160.00 | 3.2 | $3,712.00 |
| Schulhof, Ken | Partner/Principal | $1,160.00 | 1.4 | $1,624.00 |
| Tasso, Nathan | Partner/Principal | $1,160.00 | 1.3 | $1,508.00 |
| Turenshine, Aaron | Partner/Principal | $1,160.00 | 1.0 | $1,160.00 |
| Gardyn, Jordon | Senior Manager | $1,020.00 | 1.9 | $1,938.00 |
| Lang, Mary Jo | Senior Manager | $1,020.00 | 4.0 | $4,080.00 |
| **Professional Subtotal:** | | | **12.8** | **$14,022.00** |
| **Total** | Blended Hourly Rate: $124.29 | | **158.2** | **$19,662.00** |

3

## CUMULATIVE FEES BY CATEGORY SUMMARY
For the Period of April 1, 2023 through April 30, 2023

| Categories | Hours | Fees |
|---|---|---|
| Firm Retention | 4.1 | $4,364.00 |
| Section 382 Services | 1.1 | $1,276.00 |
| Tax Compliance Services | 140.2 | $0.00 |
| Tax Restructuring Services | 12.8 | $14,022.00 |
| **Fees Category Subtotal :** | **158.2** | **$19,662.00** |

# **EXHIBIT A**

Professional Fees for the Period from
April 1, 2023 through April 30, 2023

# BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Firm Retention* | | | | |
| 04/03/2023 | | | | |
| Gardyn, Jordon | Call with H. Powers (BlockFi) to discuss comments provided on the tax return compliance and IRC section 382 (net operating loss carryforward rules) engagement letters. | $1,020.00 | 0.5 | $510.00 |
| Gardyn, Jordon | Call with M. Rothchild (Deloitte) to discuss change requested by BlockFi Legal to the Deloitte general business terms in our tax return compliance engagement letter. | $1,020.00 | 0.4 | $408.00 |
| Schulhof, Ken | Review comments provided by H. Powers (BlockFi) on draft engagement letters shared to assess for approval. | $1,160.00 | 0.5 | $580.00 |
| Schulhof, Ken | Review draft engagement letter comments provided by H. Powers (BlockFi) to share with J. Gardyn (Deloitte) to incorporate. | $1,160.00 | 0.8 | $928.00 |
| 04/05/2023 | | | | |
| Gardyn, Jordon | Email R. Young (Deloitte) regarding approval for requested changes to the Deloitte general business terms in the 2022 and 2021 amended returns and IRC section 382 (net operating loss carryforward rules) engagement letters. | $1,020.00 | 1.1 | $1,122.00 |
| 04/10/2023 | | | | |
| Gardyn, Jordon | Email BlockFi engagement team members to check on connections with any of the listed trustees or bankruptcy Judges providing over the Chapter 11 proceedings. | $1,020.00 | 0.8 | $816.00 |
| Subtotal for Firm Retention: | | | 4.1 | $4,364.00 |
| *Section 382 Services* | | | | |
| 04/05/2023 | | | | |
| Schulhof, Ken | Review IRC Section 382 (net operating loss carryforward rules) information request list to identify support. | $1,160.00 | 1.1 | $1,276.00 |
| Subtotal for Section 382 Services: | | | 1.1 | $1,276.00 |

# BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Tax Compliance Services*

**04/03/2023**

| | | | | |
|------|-------------|------|-------|------|
| Fan, Andy | Email M. Wojtas (Deloitte) regarding tax compliance software to prepare 2022 tax return extensions. | $0.00 | 0.5 | $0.00 |
| Fan, Andy | Fill out BlockFi Trading and Lending LLC Alabama extension form in Corptax. | $0.00 | 0.4 | $0.00 |
| Fan, Andy | Fill out BlockFi Trading and Lending LLC California extension form in Corptax. | $0.00 | 0.4 | $0.00 |
| Gardyn, Jordon | Discuss with Z. Meng (Deloitte) 2021 tax return workpapers to aid in the preparation of 2022 tax return workpapers. | $0.00 | 0.4 | $0.00 |
| Meng, Zhaoyu | Discuss with J. Gardyn (Deloitte) 2021 tax return workpapers to aid in the preparation of 2022 tax return workpapers. | $0.00 | 0.4 | $0.00 |
| Polster, Andrew | Update assignments in BlockFi Inc. and subsidiaries tax year 2022 extensions tracker for extensions preparation. | $0.00 | 0.8 | $0.00 |
| Polster, Andrew | Update BlockFi Inc. and subsidiaries tax year 2022 extensions tracker for buffer on extension payment for safe harbor. | $0.00 | 1.2 | $0.00 |

**04/04/2023**

| | | | | |
|------|-------------|------|-------|------|
| Fan, Andy | Fill out BlockFi Inc. and subsidiaries extension forms for Arizona. | $0.00 | 0.4 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. and subs extension forms for Wisconsin. | $0.00 | 0.4 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. extension forms for Alabama (Privilege Tax). | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. extension forms for Florida. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. and subsidiaries extension forms for New York. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. and subsidiaries extension forms for Oregon. | $0.00 | 0.3 | $0.00 |

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Compliance Services** | | | | |
| 04/04/2023 | | | | |
| Fan, Andy | Fill out BlockFi Inc. and subsidiaries extension forms for Montana. | $0.00 | 0.4 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. and subsidiaries extension forms for District of Columbia. | $0.00 | 0.4 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. and subsidiaries extension forms for Hawaii. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. and subsidiaries extension forms for Idaho. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. Extension forms for South Carolina. | $0.00 | 0.2 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. and subsidiaries extension forms for Michigan. | $0.00 | 0.4 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. and subsidiaries extension forms for Minnesota. | $0.00 | 0.4 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. extension forms for Alabama. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. and subsidiaries extension forms for Maine. | $0.00 | 0.4 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. and subsidiaries extension forms for Massachusetts. | $0.00 | 0.4 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. extension forms for Iowa. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. extension forms for Louisiana. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. extension forms for Maryland. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. and subsidiaries extension forms for Texas. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. and subsidiaries extension forms for New Jersey. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. and subsidiaries extension forms for New Mexico. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. extension forms for North Carolina. | $0.00 | 0.5 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. Extension forms for Oklahoma. | $0.00 | 0.3 | $0.00 |

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 04/04/2023 | | | | |
| Fan, Andy | Fill out BlockFi Inc. and subsidiaries extension forms for Rhode Island. | $0.00 | 0.4 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. and subsidiaries extension forms for Utah. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. and subsidiaries extension forms for Vermont. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. and subsidiaries extension forms for Connecticut. | $0.00 | 0.4 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. and subsidiaries extension forms for California. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Fill out BlockFi Inc. and subsidiaries extension forms for Kentucky. | $0.00 | 0.3 | $0.00 |
| Polster, Andrew | Update BlockFi Inc. and subsidiaries tax year 2022 extensions tracker for 2022 extension filing methods. | $0.00 | 0.5 | $0.00 |
| Polster, Andrew | Email BlockFi regarding new rule effective for Louisiana's tax year 2022 extensions no longer being required to file without payment. | $0.00 | 0.1 | $0.00 |
| Polster, Andrew | Check prior year filing methods in Corptax for tax year 2021 extensions. | $0.00 | 0.9 | $0.00 |
| Schulhof, Ken | Review 2021 financial statement support initially provided to identify methods of reporting on the amended 2021 return. | $0.00 | 0.8 | $0.00 |
| 04/05/2023 | | | | |
| Fan, Andy | Upload California extension forms into Intela for BlockFi Trading and Lending LLC. | $0.00 | 0.7 | $0.00 |
| Fan, Andy | Upload Alabama extension forms into Intela for BlockFi. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Upload Alabama (Privilege Tax) extension forms into Intela for BlockFi. | $0.00 | 0.2 | $0.00 |
| Fan, Andy | Upload Florida extension forms into Intela for BlockFi. | $0.00 | 0.2 | $0.00 |
| Fan, Andy | Upload Maryland extension forms into Intela for BlockFi. | $0.00 | 0.4 | $0.00 |
| Fan, Andy | Upload North Carolina extension forms into Intela for BlockFi. | $0.00 | 0.4 | $0.00 |

# BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | | Description | Rate | Hours | Fees |
|------|--|-------------|------|-------|------|
| *Tax Compliance Services* | | | | | |
| 04/05/2023 | | | | | |
| | Fan, Andy | Upload Oklahoma extension forms into Intela for BlockFi. | $0.00 | 0.3 | $0.00 |
| | Fan, Andy | Upload South Carolina extension forms into Intela for BlockFi. | $0.00 | 0.3 | $0.00 |
| | Fan, Andy | Upload Alabama extension forms into Intela for BlockFi Trading and Lending LLC. | $0.00 | 0.6 | $0.00 |
| | Fan, Andy | Upload Wisconsin extension forms into Intela for BlockFi Inc. and subsidiaries. | $0.00 | 0.3 | $0.00 |
| | Fan, Andy | Upload California extension forms into Intela for BlockFi Inc. and subsidiaries. | $0.00 | 0.3 | $0.00 |
| | Fan, Andy | Upload Arizona extension forms into Intela for BlockFi Inc. and subsidiaries. | $0.00 | 0.2 | $0.00 |
| | Fan, Andy | Upload New Jersey extension forms into Intela for BlockFi Inc. and subsidiaries. | $0.00 | 0.2 | $0.00 |
| | Fan, Andy | Upload Iowa extension forms into Intela for BlockFi. | $0.00 | 0.3 | $0.00 |
| | Fan, Andy | Upload Louisiana extension forms into Intela for BlockFi. | $0.00 | 0.3 | $0.00 |
| | Fan, Andy | Upload Oregon extension forms into Intela for BlockFi Inc. and subsidiaries. | $0.00 | 0.2 | $0.00 |
| | Fan, Andy | Upload Rhode Island extension forms into Intela for BlockFi Inc. and subsidiaries. | $0.00 | 0.2 | $0.00 |
| | Fan, Andy | Upload Utah extension forms into Intela for BlockFi Inc. and subsidiaries. | $0.00 | 0.3 | $0.00 |
| | Fan, Andy | Upload Vermont extension forms into Intela for BlockFi Inc. and subsidiaries. | $0.00 | 0.3 | $0.00 |
| | Fan, Andy | Upload Minnesota extension forms into Intela for BlockFi Inc. and subsidiaries. | $0.00 | 0.2 | $0.00 |
| | Fan, Andy | Upload New York City extension forms into Intela for BlockFi Inc. and subsidiaries. | $0.00 | 0.3 | $0.00 |
| | Fan, Andy | Upload Connecticut extension forms into Intela for BlockFi Inc. and subsidiaries. | $0.00 | 0.2 | $0.00 |
| | Fan, Andy | Upload Montana extension forms into Intela for BlockFi Inc. and subsidiaries. | $0.00 | 0.2 | $0.00 |

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Compliance Services** | | | | |
| 04/05/2023 | | | | |
| Fan, Andy | Upload District of Columbia extension forms into Intela for BlockFi Inc. and subsidiaries. | $0.00 | 0.2 | $0.00 |
| Fan, Andy | Upload Texas, Hawaii, Idaho, Kentucky, Maine, Massachusetts, Michigan, Minnesota extension forms into Intela for BlockFi Inc. and subsidiaries. | $0.00 | 2.0 | $0.00 |
| Gibian, Craig | Analyze calculation of BlockFi Inc.'s taxable income for 2021 by applying a mark-to-market methodology for reaching a reflection of income. | $0.00 | 0.5 | $0.00 |
| 04/06/2023 | | | | |
| Fan, Andy | Prepare New York State - Metropolitan Transportation Authority extension form for BlockFi Inc. and subsidiaries in software. | $0.00 | 0.7 | $0.00 |
| Fan, Andy | Prepare New York - Metropolitan Transportation Authority extension form for BlockFi Inc. and subsidiaries in software. | $0.00 | 0.8 | $0.00 |
| Gibian, Craig | Discussion with M. Lang, N. Tasso (Deloitte) regarding BlockFi' Inc's 2021 taxable income calculation and 2023 IRC section 475 mark to market election. | $0.00 | 1.0 | $0.00 |
| Gibian, Craig | Analyze calculation of BlockFi Inc.'s taxable income for 2021 by applying a mark-to-market methodology for reaching a reflection of income. | $0.00 | 0.7 | $0.00 |
| Lang, Mary Jo | Discussion with C. Gibian, N. Tasso (Deloitte) regarding BlockFi' Inc's 2021 taxable income calculation and 2023 IRC section 475 mark to market election. | $0.00 | 1.0 | $0.00 |
| Lang, Mary Jo | Review financial statements in connection with IRC section 475 mark to market election analysis. | $0.00 | 1.0 | $0.00 |

# BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 04/06/2023 | | | | |
| Meng, Zhaoyu | Roll over prior year financial information including mark to market adjustments and deferred income on financial statement workpaper. | $0.00 | 3.0 | $0.00 |
| 04/07/2023 | | | | |
| Polster, Andrew | Create return obligation in corporate tax for all state filings. | $0.00 | 1.7 | $0.00 |
| Polster, Andrew | Update banking information in Corptax to process extension payments with e-filed extension. | $0.00 | 0.5 | $0.00 |
| Polster, Andrew | Create e-file groups in Corptax for state filings that are able to be e-filed. | $0.00 | 1.3 | $0.00 |
| Polster, Andrew | Create folders in corporate tax for tax year 2022 filings. | $0.00 | 0.6 | $0.00 |
| Polster, Andrew | Clear diagnostics in e-file packages for extensions. | $0.00 | 0.9 | $0.00 |
| 04/10/2023 | | | | |
| Fan, Andy | Clear comments on PDF for Arizona federal extensions that were previously uploaded to Intela. | $0.00 | 0.5 | $0.00 |
| Fan, Andy | Create comparison of book-to-tax from filed 2021 return vs. proposed amended adjustments. | $0.00 | 1.0 | $0.00 |
| Fan, Andy | Clear comments on PDF for Oklahoma federal extensions that were previously uploaded to Intela. | $0.00 | 0.5 | $0.00 |
| Fan, Andy | Clear comments on PDF for South Carolina federal extensions that were previously uploaded to Intela. | $0.00 | 0.5 | $0.00 |
| Fan, Andy | Upload to re-print federal extensions for Louisiana into Intela for BlockFi Inc. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Upload to re-print federal extensions for Maryland into Intela for BlockFi Inc. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Upload to re-print federal extensions for North Carolina into Intela for BlockFi Inc. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Clear comments on PDF for Maryland federal extensions that were previously uploaded to Intela. | $0.00 | 0.5 | $0.00 |

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 04/10/2023 | | | | |
| Fan, Andy | Clear comments on PDF for California federal extensions that were previously uploaded to Intela. | $0.00 | 0.5 | $0.00 |
| Fan, Andy | Upload to re-print federal extensions for Alabama (Privilege Tax) into Intela for BlockFi Inc. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Upload to re-print federal extensions for Oklahoma into Intela for BlockFi Inc. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Clear comments on PDF for North Carolina federal extensions that were previously uploaded to Intela. | $0.00 | 0.5 | $0.00 |
| Fan, Andy | Go through summary financial statements of BlockFi updated for 2021 to create comparison of book-to-tax from filed 2021 return vs. proposed amended adjustments. | $0.00 | 1.0 | $0.00 |
| Fan, Andy | Clear comments for Michigan federal extensions that were previously uploaded to Intela. | $0.00 | 0.6 | $0.00 |
| Fan, Andy | Email A. Polster (Deloitte) regarding work allocation, review notes and e-file process for the 2022 state tax return extensions. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Clear comments for Massachusetts federal extensions that were previously uploaded to Intela. | $0.00 | 0.6 | $0.00 |
| Fan, Andy | Clear comments on PDF for Alabama (Privilege Tax) federal extensions that were previously uploaded to Intela. | $0.00 | 0.5 | $0.00 |
| Fan, Andy | Clear comments on PDF for Louisiana federal extensions that were previously uploaded to Intela. | $0.00 | 0.5 | $0.00 |
| Lang, Mary Jo | Review BlockFi Inc. 2021 financial statements in connection with preparing BlockFi Inc. 2021 taxable income calculation. | $0.00 | 0.5 | $0.00 |

8

## BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 04/10/2023 | | | | |
| Polster, Andrew | Review to update BlockFi Inc. and subsidiaries tax year 2022 extensions workpaper for states that follow federal extensions to confirm filing list. | $0.00 | 1.2 | $0.00 |
| Polster, Andrew | Update tracker for states that allow e-file based on Corptax software. | $0.00 | 0.9 | $0.00 |
| Polster, Andrew | Finalize BlockFi Inc. and subsidiaries tax year 2022 extension workpaper for estimated payment amounts based on updated franchise tax calculation, prior year overpayments, tax year 2022 calculations, and safe harbor buffer. | $0.00 | 1.4 | $0.00 |
| Polster, Andrew | Review e-file rules for states that have tax year 2022 filing obligations in Corptax. | $0.00 | 0.5 | $0.00 |
| 04/11/2023 | | | | |
| Fan, Andy | Upload to federal extensions for South Carolina into Intela for BlockFi Inc. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Upload to federal extensions for Connecticut into Intela for BlockFi Inc. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Upload to federal extensions for District of Columbia into Intela for BlockFi Inc. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Clear e-file issues for District of Columbia for BlockFi Inc. entity federal extensions. | $0.00 | 0.6 | $0.00 |
| Fan, Andy | Clear e-file issues for District of Columbia for BlockFi Inc. entity federal extensions. | $0.00 | 0.6 | $0.00 |
| Fan, Andy | Upload federal extensions for Idaho into Intela for BlockFi Inc. | $0.00 | 0.2 | $0.00 |
| Fan, Andy | Upload federal extensions for Kentucky into Intela for BlockFi Inc. | $0.00 | 0.2 | $0.00 |
| Fan, Andy | Clear e-file issues for California for BlockFi Inc. entity federal extensions. | $0.00 | 0.6 | $0.00 |
| Fan, Andy | Clear e-file issues for Connecticut for BlockFi Inc. entity federal extensions. | $0.00 | 0.6 | $0.00 |
| Fan, Andy | Clear e-file issues for Maryland for BlockFi Inc. entity federal extensions. | $0.00 | 0.6 | $0.00 |

9

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Tax Compliance Services*

**04/11/2023**

| | | | | |
|------|-------------|------|-------|------|
| Fan, Andy | Clear e-file issues for North Carolina for BlockFi Inc. entity federal extensions. | $0.00 | 0.6 | $0.00 |
| Fan, Andy | Upload federal extensions for Massachusetts into Intela for BlockFi Inc. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Upload federal extensions for Michigan into Intela for BlockFi Inc. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Discussion with A. Polster (Deloitte) regarding work allocation, review notes, and e-file process for the 2022 state tax return extensions. | $0.00 | 0.5 | $0.00 |
| Fan, Andy | Clear e-file issues for Massachusetts for BlockFi Inc. entity federal extensions. | $0.00 | 0.6 | $0.00 |
| Fan, Andy | Clear e-file issues for Arizona for BlockFi Inc. entity federal extensions. | $0.00 | 0.5 | $0.00 |
| Fan, Andy | Upload to federal extensions for Arizona into Intela for BlockFi Inc. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Upload to federal extensions for California into Intela for BlockFi Inc. | $0.00 | 0.3 | $0.00 |
| Polster, Andrew | Discussion with A. Fang (Deloitte) regarding Corptax software, return preparation, assignments, and e-file package creation. | $0.00 | 0.7 | $0.00 |
| Polster, Andrew | Prepare consolidated state tax year 2022 extension for New York City. | $0.00 | 0.3 | $0.00 |
| Polster, Andrew | Prepare consolidated state tax year 2022 extension for New Jersey. | $0.00 | 0.3 | $0.00 |
| Polster, Andrew | Update assignment in BlockFi Inc. and subsidiaries tax year 2022 extension tracker based on team availability. | $0.00 | 0.4 | $0.00 |
| Polster, Andrew | Prepare consolidated state tax year 2022 extension for New York. | $0.00 | 0.3 | $0.00 |

**04/12/2023**

| | | | | |
|------|-------------|------|-------|------|
| Fan, Andy | Prepare BlockFi extension transmittal letters. | $0.00 | 1.2 | $0.00 |
| Polster, Andrew | Prepare consolidated state tax year 2022 extension for Oregon. | $0.00 | 0.2 | $0.00 |

10

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Tax Compliance Services*

04/12/2023

| | | | | |
|------|-------------|------|-------|------|
| Polster, Andrew | Re-print all tax year 2022 state extensions from Corptax for BlockFi Inc. and subsidiaries to make adjustment for address change. | $0.00 | 1.8 | $0.00 |
| Polster, Andrew | Review e-file extensible markup language packages for tax year 2022 New York extension in Corptax. | $0.00 | 0.3 | $0.00 |
| Polster, Andrew | Review e-file extensible markup language packages for tax year 2022 New Jersey extension in Corptax. | $0.00 | 0.3 | $0.00 |
| Polster, Andrew | Review e-file extensible markup language packages for tax year 2022 Wisconsin extension in Corptax. | $0.00 | 0.2 | $0.00 |
| Polster, Andrew | Review e-file extensible markup language packages for tax year 2022 Vermont extension in Corptax. | $0.00 | 0.2 | $0.00 |
| Polster, Andrew | Review e-file extensible markup language packages for tax year 2022 New York City extension in Corptax. | $0.00 | 0.2 | $0.00 |
| Polster, Andrew | Prepare consolidated state tax year 2022 extension for Montana. | $0.00 | 0.2 | $0.00 |
| Polster, Andrew | Prepare consolidated state tax year 2022 extension for New Mexico. | $0.00 | 0.2 | $0.00 |
| Polster, Andrew | Review e-file extensible markup language packages created by A. Fang (Deloitte) for tax year 2022 Florida extension in Corptax. | $0.00 | 0.2 | $0.00 |
| Polster, Andrew | Prepare consolidated state tax year 2022 extension for Rhode Island. | $0.00 | 0.2 | $0.00 |
| Polster, Andrew | Prepare consolidated state tax year 2022 extension for Texas. | $0.00 | 0.2 | $0.00 |
| Polster, Andrew | Prepare consolidated state tax year 2022 extension for Utah. | $0.00 | 0.2 | $0.00 |
| Polster, Andrew | Review e-file extensible markup language packages for tax year 2022 Connecticut extension in Corptax. | $0.00 | 0.3 | $0.00 |
| Polster, Andrew | Review e-file extensible markup language packages for tax year 2022 District Of Columbia extension in Corptax. | $0.00 | 0.3 | $0.00 |

11

BlockFi, Inc

# Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 04/12/2023 | | | | |
| Polster, Andrew | Review e-file extensible markup language packages for tax year 2022 Maryland extension in Corptax. | $0.00 | 0.2 | $0.00 |
| Polster, Andrew | Review e-file extensible markup language packages for tax year 2022 North Carolina extension in Corptax. | $0.00 | 0.2 | $0.00 |
| Polster, Andrew | Review e-file extensible markup language packages for tax year 2022 Arizona extension in Corptax. | $0.00 | 0.2 | $0.00 |
| Polster, Andrew | Prepare consolidated state tax year 2022 extension for Vermont. | $0.00 | 0.2 | $0.00 |
| Polster, Andrew | Prepare consolidated state tax year 2022 extension for Wisconsin. | $0.00 | 0.2 | $0.00 |
| 04/13/2023 | | | | |
| Polster, Andrew | Clear diagnostic issues on e-file packages for tax year 2022 extensions. | $0.00 | 0.8 | $0.00 |
| Polster, Andrew | Review e-file extensible markup language packages for tax year 2022 Kentucky extension in Corptax. | $0.00 | 0.3 | $0.00 |
| Polster, Andrew | Review e-file extensible markup language packages for tax year 2022 Massachusetts extension in Corptax. | $0.00 | 0.3 | $0.00 |
| Polster, Andrew | Finalize tax year 2022 extensions for BlockFi Inc. and subsidiaries. | $0.00 | 0.3 | $0.00 |
| Polster, Andrew | Create tax year 2022 extension zip file Including all state and federal extensions for BlockFi Inc. and subsidiaries. | $0.00 | 0.1 | $0.00 |
| Polster, Andrew | Draft email to H. Powers, R. Loban (BlockFi), J. Gardyn, M. DiPaolo, A. Tilley, M. Wojtas (Deloitte) delivering extensions to BlockFi for review. | $0.00 | 0.2 | $0.00 |
| 04/14/2023 | | | | |
| Fan, Andy | Record responses of those on the BlockFi engagement team to see if they had a relationship with bankruptcy judge and trustee. | $0.00 | 1.0 | $0.00 |

## BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 04/14/2023 | | | | |
| Gardyn, Jordon | Review federal and various state extension requests for BlockFi Inc. and subsidiaries 2022 tax return obligations. | $0.00 | 2.6 | $0.00 |
| Gardyn, Jordon | Review the adjustments made to the 2021 book financial statements after the filing of the original 2021 federal tax return. | $0.00 | 0.8 | $0.00 |
| Gardyn, Jordon | Call with H. Powers (BlockFi) discussing open information request lists for 2022 tax return compliance and IRC Section 382 (net operating loss carryforward rules) study. | $0.00 | 0.7 | $0.00 |
| Jurado, Edgar | Create e-file request using Deloitte EMG technology, in order to e-file to the IRS, to extend Blockfi Bitcoin Trust (1041) to deliver to BlockFi. | $0.00 | 0.4 | $0.00 |
| Polster, Andrew | Review extensible markup language report and e-file packages for tax year 2022 State extensions. | $0.00 | 1.1 | $0.00 |
| Polster, Andrew | Set up transmission emails in Corptax to monitor and track acceptance/rejection of state/Federal extensions from Corptax. | $0.00 | 0.7 | $0.00 |
| Polster, Andrew | Review tax year 2022 State extensions within Corptax to prepare to transmit to state. | $0.00 | 1.2 | $0.00 |
| Schulhof, Ken | Review 2022 tax return extension package shared by J. Gardyn, A. Polster, M. Wojtas (Deloitte) prior to sharing with H. Powers (BlockFi). | $0.00 | 1.3 | $0.00 |
| Schulhof, Ken | Debrief with J. Gardyn (Deloitte) on his discussion with H. Powers (BlockFi) on information request lists. | $0.00 | 0.4 | $0.00 |
| Schulhof, Ken | Review originally filed 2021 federal return to understand changes to taxable income to capture in amended returns. | $0.00 | 0.6 | $0.00 |

BlockFi, Inc

# Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Compliance Services** | | | | |
| 04/16/2023 | | | | |
| Dizon, Sharon | Monitor e-filing status to pull acceptance in CCH (access electronic filing status system) regarding Blockfi Bitcoin Trust. | $0.00 | 0.4 | $0.00 |
| Polster, Andrew | Clear e-file diagnostic issue on New York State extension in preparation of e-file. | $0.00 | 0.4 | $0.00 |
| Polster, Andrew | Clear e-file diagnostic issue on New York City extension in preparation of e-file. | $0.00 | 0.4 | $0.00 |
| Polster, Andrew | Requalify e-file packages for State returns after date changed in software. | $0.00 | 0.9 | $0.00 |
| Polster, Andrew | Update state return e-file packages for revised payment date. | $0.00 | 1.3 | $0.00 |
| 04/17/2023 | | | | |
| Fan, Andy | Draft poll answers for email sent out to the BlockFi engagement team of Deloitte. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Continue to draft poll answers for email sent out to the BlockFi engagement team of Deloitte. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Send poll answers for email sent out to the BlockFi engagement team of Deloitte. | $0.00 | 0.5 | $0.00 |
| Gardyn, Jordon | Call with S. Lee, K. Schulhof (Deloitte) discussing financial support provided to start preparing 2022 federal and state tax returns and go through info requests and outstanding items still needed from client. | $0.00 | 0.5 | $0.00 |
| Lee, Sarah | Call with K. Schulhof (Deloitte) to discuss transition onto the project to assist on day to day BlockFi project activities. | $0.00 | 0.3 | $0.00 |
| Lee, Sarah | Call with J. Gardyn, K. Schulhof (Deloitte) discussing financial support provided to start preparing 2022 federal and state tax returns and go through info requests and outstanding items still needed from client. | $0.00 | 0.5 | $0.00 |

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 04/17/2023 | | | | |
| Polster, Andrew | Review Federal extensible markup language report and attachment before transmitting in Corptax. | $0.00 | 0.9 | $0.00 |
| Polster, Andrew | Transmit State and Federal packages for tax year 2022 for e-filed extensions. | $0.00 | 1.1 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn, S. Lee (Deloitte) discussing financial support provided to start preparing 2022 federal and state tax returns and go through info requests and outstanding items still needed from client. | $0.00 | 0.5 | $0.00 |
| Schulhof, Ken | Call with K. Schulhof, J. Gardyn, S. Lee, M. Wojtas (all Deloitte) to catch up on status and explain to team the adjustments from originally filed 2021 return for reasons to amend. | $0.00 | 0.5 | $0.00 |
| Schulhof, Ken | Discussion with J. Gardyn (Deloitte) on fluctuation in the BlockFi Balance Sheet and Income Statement between filed 2021 returns and updated financial statements. | $0.00 | 0.8 | $0.00 |
| 04/18/2023 | | | | |
| Gardyn, Jordon | Review adjustment recorded for tax returns on 2021 to assist with preparation of the 2022 federal tax return preparation. | $0.00 | 0.9 | $0.00 |
| Gibian, Craig | Prepare memorandum regarding calculation of taxable income. | $0.00 | 0.7 | $0.00 |
| Lang, Mary Jo | Revise BlockFi Inc. 2021 taxable income summary. | $0.00 | 0.5 | $0.00 |
| Polster, Andrew | Call with M. Wojtas, A. Polster, J Gardyn (Deloitte), H. Powers and S. Bailey (BlockFi) walking through information request lists shared and questions related to open items yet to be received for 2022 tax return preparation. | $0.00 | 0.8 | $0.00 |
| Schulhof, Ken | Review 2022 support to identify the items on the balance sheet that potentially need to be adjusted for tax return purposes. | $0.00 | 0.6 | $0.00 |

15

## BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 04/18/2023 | | | | |
| Schulhof, Ken | Analyze tax adjustments required on the 2021 returns and whether there is additional support to be requested. | $0.00 | 0.7 | $0.00 |
| 04/19/2023 | | | | |
| Fan, Andy | Draft poll answers for email sent out to the BlockFi Deloitte Tax engagement team confirming whether professionals have a relationship with any of the listed Trustees in the BlockFi bankruptcy proceedings. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Send poll answers for email sent out to the BlockFi Deloitte Tax engagement team confirming whether professionals have, or had, any type of digital asset deposit relationship with BlockFi. | $0.00 | 0.3 | $0.00 |
| Fan, Andy | Summarize results of the poll answers for emails sent out to the BlockFi Deloitte Tax engagement team and sent results to J. Gardyn (Deloitte). | $0.00 | 0.5 | $0.00 |
| Lang, Mary Jo | Revise memorandum discussing BlockFi Inc. 2021 taxable income calculation. | $0.00 | 2.0 | $0.00 |
| Polster, Andrew | Print acceptance emails generated from Corptax to PDF to send to BlockFi side including H. Powers, R. Loban (BlockFi), J. Gardyn, M. DiPaolo, A. Tilley, M. Wojtas (Deloitte) as proof of submission. | $0.00 | 0.4 | $0.00 |
| Polster, Andrew | Gather extensible markup language files related to tax year 2022 e-filed extensions to convert to PDF to document State acceptance. | $0.00 | 0.6 | $0.00 |
| 04/20/2023 | | | | |
| Gardyn, Jordon | Call with M. Wojtas (Deloitte), H. Powers (BlockFi) and S. Bailey (BlockFi) walking through information request lists shared and questions related to open items yet to be received for 2022 tax return preparation. | $0.00 | 0.8 | $0.00 |

16

BlockFi, Inc

# Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Compliance Services** | | | | |
| 04/20/2023 | | | | |
| Lee, Sarah | Call with J. Gardyn, M. Wojtas (Deloitte) to discuss the 2021 amended return calculations. | $0.00 | 0.5 | $0.00 |
| Lee, Sarah | Discussion with K. Schulhof, J. Gardyn (Deloitte) status of 2022 extensions/2022 workpapers for BlockFi Inc. | $0.00 | 0.5 | $0.00 |
| Lee, Sarah | Review the 2021 amended return calculation schedule of BlockFi Inc. | $0.00 | 0.5 | $0.00 |
| Polster, Andrew | Compile acknowledgment package to draft email to H. Powers, R. Loban (BlockFi), J. Gardyn, M. DiPaolo, A. Tilley, M. Wojtas (Deloitte). | $0.00 | 0.6 | $0.00 |
| Polster, Andrew | Email H. Powers (BlockFi) documenting proof of e-file for state and federal extensions. | $0.00 | 0.4 | $0.00 |
| Schulhof, Ken | Review balance sheet and income statement provided by S. Bailey (BlockFi) for 2022 tax return. | $0.00 | 0.6 | $0.00 |
| Wojtas, Mike | Call with J. Gardyn (Deloitte), H. Powers (BlockFi), S. Bailey (BlockFi) to discuss information request lists shared and questions related to open items yet to be received for 2022 tax return preparation. | $0.00 | 0.8 | $0.00 |
| 04/21/2023 | | | | |
| Gardyn, Jordon | Call with K. Schulhof (Deloitte), A. Sexton, K. Karnosh (Kirkland and Ellis), R. Loban, B. Matthews, S. Bailey (BlockFi) to discuss updates and current status of various tax projects. | $0.00 | 0.5 | $0.00 |
| Lang, Mary Jo | Review financials to revise summary memorandum of BlockFi Inc. 2021 taxable income calculation. | $0.00 | 1.5 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn (Deloitte), A. Sexton, K. Karnosh (Kirkland and Ellis), R. Loban, B. Matthews, S. Bailey (BlockFi) to discuss updates and current status of various tax projects. | $0.00 | 0.5 | $0.00 |

17

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Tax Compliance Services*

04/24/2023

| | | | | |
|------|-------------|------|-------|------|
| Gardyn, Jordon | Prepare consolidated information request list for IRC section 382 (net operating loss carryforward rules) and 2022 tax return request lists with updated information received vs what is outstanding to share with B. Mathews, S. Bailey, R. Loban (BlockFi). | $0.00 | 0.8 | $0.00 |
| Gardyn, Jordon | Call with K. Schulhof (Deloitte) discussing changes to the 2021 BlockFi financial statements provided from the version used for the filed 2021 tax returns. | $0.00 | 0.7 | $0.00 |
| Gardyn, Jordon | Review the 2022 tax return support received to sent question to B. Mathews, S. Bailey (BlockFi) regarding method of accounting being used in 2022 support received. | $0.00 | 1.1 | $0.00 |
| Lee, Sarah | Discussion with K. Schulhof, J. Gardyn, M. Wojtas (Deloitte) regarding request list for the 2022 tax returns and IRC section 382 (net operating loss carryforward rules) study items still open. | $0.00 | 0.4 | $0.00 |
| Lee, Sarah | Call with M. Wojtas (Deloitte) to review and walk through 2022 taxable income line item support provided by company received to date. | $0.00 | 1.6 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn (Deloitte) discussing changes to the 2021 BlockFi financial statements provided from the version used for the filed 2021 tax returns. | $0.00 | 0.7 | $0.00 |
| Schulhof, Ken | Discussion with S. Lee, J. Gardyn, M. Wojtas (Deloitte) regarding request list for the 2022 tax returns and IRC section 382 (net operating loss carryforward rules) study items still open. | $0.00 | 0.4 | $0.00 |

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Tax Compliance Services*

**04/24/2023**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Schulhof, Ken | Review BlockFi financial statement support provided for 2022 to gain an understanding of the method of accounting utilized by BlockFi. | $0.00 | 0.8 | $0.00 |
| Wojtas, Mike | Compile revised information request to include additional detail for BlockFi 2022 compliance state and federal returns. | $0.00 | 0.5 | $0.00 |

**04/25/2023**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Gardyn, Jordon | Call with R. Loban, B. Mathews, S. Baily, M. Nostdahl ( BlockFi), S. Lee, K. Schulhof, M. Wojtas (Deloitte) discussing information request list for 2022 tax returns, and basis of financial statements. | $0.00 | 0.5 | $0.00 |
| Gardyn, Jordon | Review the fluctuation between accounts in the BlockFi financial statements provided for 2022 as compared to 2021. | $0.00 | 0.5 | $0.00 |
| Gardyn, Jordon | Update the 2022 tax return and IRC section 382 (net operating loss carryforward rules) study information request list for details provided by B. Mathews, S. Bailey (BlockFi) and shared updated request list with A. Sexton (Kirkland and Ellis). | $0.00 | 0.4 | $0.00 |
| Gardyn, Jordon | Summarize adjustments to the 2021 return as a result of the updated financials provided. | $0.00 | 0.5 | $0.00 |
| Lang, Mary Jo | Review BlockFi Inc. 2022 financials. | $0.00 | 0.4 | $0.00 |
| Lee, Sarah | Call with R. Loban, B. Mathews, S. Baily, M. Nostdahl ( BlockFi), J. Gardyn, K. Schulhof, M. Wojtas (Deloitte) discussing information request list for 2022 tax returns, and basis of financial statements. | $0.00 | 0.5 | $0.00 |
| Meng, Zhaoyu | Provide instruction to M. Wojtas (Deloitte) regarding 2021 subsidiaries trail balances and Deloitte prepared tax summary to aid in the preparation of 2022 tax return workpapers. | $0.00 | 0.2 | $0.00 |

19

# BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 04/25/2023 | | | | |
| Schulhof, Ken | Review updated information request list for 2022 tax returns and IRC section 382 (net operating loss carryforward rules) study for the current status of outstanding information requested. | $0.00 | 0.4 | $0.00 |
| Schulhof, Ken | Review the fluctuations of the balance sheet accounts between 2021 and 2022. | $0.00 | 0.5 | $0.00 |
| Schulhof, Ken | Call with R. Loban, B. Mathews, S. Baily, M. Nostdahl ( BlockFi), J. Gardyn, S. Lee, M. Wojtas (Deloitte) discussing information request list for 2022 tax returns, and basis of financial statements. | $0.00 | 0.5 | $0.00 |
| Schulhof, Ken | Review the investment roll forward support for the activity of the investments held by BlockFi from 2020 to 2021. | $0.00 | 0.6 | $0.00 |
| Wojtas, Mike | Call with R. Loban, B. Mathews, S. Baily, M. Nostdahl ( BlockFi), J. Gardyn, S. Lee, K. Schulhof (Deloitte) discussing information request list for 2022 tax returns, and basis of financial statements. | $0.00 | 0.5 | $0.00 |
| 04/26/2023 | | | | |
| Gardyn, Jordon | Review comparison of 2022 and 2021 financial statements to update the information request list and share additional questions/open items with S. Bailey, B. Mathews (BlockFi). | $0.00 | 0.8 | $0.00 |
| Gibian, Craig | Analyze calculation of taxable income for 2022 for BlockFi. | $0.00 | 1.1 | $0.00 |
| Lang, Mary Jo | Review BlockFi Inc. 2022 financials as compared to 2021 financials and tax reporting. | $0.00 | 1.0 | $0.00 |
| Meng, Zhaoyu | Compile BlockFi Inc. and subsidiaries 2022 trail balances to aid in the preparation of 2022 tax return workpapers. | $0.00 | 2.3 | $0.00 |

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Tax Compliance Services*

**04/26/2023**

| | | | | |
|------|-------------|------|-------|------|
| Schulhof, Ken | Review fluctuations, document questions to be sent to S. Bailey, B. Mathews (BlockFi) on the 2022 financials with J. Gardyn (Deloitte). | $0.00 | 0.7 | $0.00 |
| Schulhof, Ken | Discussion with J. Gardyn, C. Gibian, A. Turenshine, D. Krozek (Deloitte) regarding next steps related to tax modeling. | $0.00 | 0.5 | $0.00 |

**04/27/2023**

| | | | | |
|------|-------------|------|-------|------|
| Gardyn, Jordon | Call with K. Schulhof (Deloitte) to discuss breaking down the financial statements provided to see the potential tax adjustments for the 2022 tax return. | $0.00 | 0.8 | $0.00 |
| Gardyn, Jordon | Review workpapers on a mark-to-market approach for 2022 to try and prove out a deferred roll forward as a result of the change in accounting method for tax purposes to mark-to-market. | $0.00 | 1.3 | $0.00 |
| Gardyn, Jordon | Review support provided by B. Mathews (BlockFi) to understand what investments remain at the end of the year 2022 to assess what needs to come out of the fair value mark for tax purposes. | $0.00 | 1.3 | $0.00 |
| Meng, Zhaoyu | Prepare a comparative summary of the 2021 and 2022 balance sheet and income statement to measure the change over different reporting periods. | $0.00 | 2.5 | $0.00 |
| Schulhof, Ken | Review profit & loss for potential investments on the 2022 financials to assess tax treatment for 2022. | $0.00 | 0.7 | $0.00 |
| Schulhof, Ken | Review schedule of the investment roll forward for the ownership stakes for investment held by BlockFi, and various other strategic investments provided. | $0.00 | 0.5 | $0.00 |

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Compliance Services** | | | | |
| 04/27/2023 | | | | |
| Schulhof, Ken | Call with J. Gardyn (Deloitte) to discuss breaking down the financial statements provided to see the potential tax adjustments for the 2022 tax return. | $0.00 | 0.8 | $0.00 |
| Schulhof, Ken | Review amended return summary provided by J. Gardyn (Deloitte) to understand the various changes to the profit and loss. | $0.00 | 1.1 | $0.00 |
| 04/28/2023 | | | | |
| Gardyn, Jordon | Discussion with K. Schulhof (Deloitte) regarding updated information request list and what items remain outstanding for IRC section 382 (net operating loss carryforward rules) work and 2022 tax returns. | $0.00 | 0.5 | $0.00 |
| Gardyn, Jordon | Discussion with K. Schulhof, D. Krozek (Deloitte) on BlockFi case status update and related tax considerations. | $0.00 | 0.3 | $0.00 |
| Gardyn, Jordon | Create book-to-tax comparison from 2021 filed return vs proposed amended return adjustments based on summary financial statements updated for 2021 received from BlockFi. | $0.00 | 1.4 | $0.00 |
| Gardyn, Jordon | Call with K. Schulhof (Deloitte) to discuss next steps for 2021 amended return and discussed finalizing workpaper and have team update returns. | $0.00 | 0.5 | $0.00 |
| Gardyn, Jordon | Review the 2022 financial support for the stock compensation adjustment provided by B. Mathews (BlockFi). | $0.00 | 0.7 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn (Deloitte) to discuss next steps for 2021 amended return and discussed finalizing workpaper and have team update returns. | $0.00 | 0.5 | $0.00 |
| Schulhof, Ken | Discussion with J. Gardyn, D. Krozek (Deloitte) on BlockFi case status update and related tax considerations. | $0.00 | 0.3 | $0.00 |

BlockFi, Inc

# Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Compliance Services** | | | | |
| 04/28/2023 | | | | |
| Schulhof, Ken | Discussion with J. Gardyn (Deloitte) regarding updated information request list and what items remain outstanding for IRC section 382 (net operating loss carryforward rules) work and 2022 tax returns. | $0.00 | 0.5 | $0.00 |
| Subtotal for Tax Compliance Services: | | | 140.2 | $0.00 |
| **Tax Restructuring Services** | | | | |
| 04/06/2023 | | | | |
| Lang, Mary Jo | Review IRC section 475 mark to market election rules. | $1,020.00 | 0.9 | $918.00 |
| Tasso, Nathan | Discussion with C. Gibian, M. Lang (Deloitte) regarding BlockFi' Inc's 2021 taxable income calculation and 2023 IRC section 475 mark to market election. | $1,160.00 | 1.0 | $1,160.00 |
| 04/10/2023 | | | | |
| Gardyn, Jordon | Call with C. Gibian, M. Lang, K. Schulhof (Deloitte) discussing presentation of Financial Statement line items for BlockFi Inc. including drivers of changes in balance sheet accounts from 2020 to 2021. | $1,020.00 | 1.0 | $1,020.00 |
| Gibian, Craig | Draft internal memorandum regarding 2021 taxable income. | $1,160.00 | 1.7 | $1,972.00 |
| Gibian, Craig | Call with J. Gardyn, M. Lang, K. Schulhof (Deloitte) discussing presentation of Financial Statement line items for BlockFi Inc. including drivers of changes in balance sheet accounts from 2020 to 2021. | $1,160.00 | 1.0 | $1,160.00 |
| Lang, Mary Jo | Call with J. Gardyn, C. Gibian, K. Schulhof (Deloitte) discussing presentation of Financial Statement line items for BlockFi Inc. including drivers of changes in balance sheet accounts from 2020 to 2021. | $1,020.00 | 1.0 | $1,020.00 |

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 04/10/2023 | | | | |
| Lang, Mary Jo | Review IRC section 475 mark to market election rules. | $1,020.00 | 0.5 | $510.00 |
| Lang, Mary Jo | Draft IRC section 475 mark to market election statement. | $1,020.00 | 1.0 | $1,020.00 |
| Lang, Mary Jo | Discussion with N. Tasso (Deloitte) on IRC section 475 mark to market election considerations. | $1,020.00 | 0.3 | $306.00 |
| Schulhof, Ken | Call with J. Gardyn, C. Gibian, M. Lang (Deloitte) discussing presentation of Financial Statement line items for BlockFi Inc. including drivers of changes in balance sheet accounts from 2020 to 2021. | $1,160.00 | 1.0 | $1,160.00 |
| Tasso, Nathan | Discussion with M. Lang (Deloitte) on IRC section 475 mark to market election considerations. | $1,160.00 | 0.3 | $348.00 |
| 04/14/2023 | | | | |
| Gardyn, Jordon | Call with K. Schulhof (Deloitte), A. Sexton, K. Karnosh (Kirkland and Ellis), R. Loban, B. Matthews, S. Bailey (BlockFi) to discuss updates and current status of various tax projects. | $1,020.00 | 0.4 | $408.00 |
| Schulhof, Ken | Call with J. Gardyn (Deloitte), A. Sexton, K. Karnosh (Kirkland and Ellis), R. Loban, B. Matthews, S. Bailey (BlockFi) to discuss updates and current status of various tax projects. | $1,160.00 | 0.4 | $464.00 |
| 04/20/2023 | | | | |
| Lang, Mary Jo | Review IRC section 475 mark to market election rules for BlockFi Inc. 2021 taxable income calculation. | $1,020.00 | 0.3 | $306.00 |
| 04/25/2023 | | | | |
| Turenshine, Aaron | Discussion with D. Krozek (Deloitte) considerations for tax modeling. | $1,160.00 | 0.5 | $580.00 |

# BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 04/26/2023 | | | | |
| Gardyn, Jordon | Discussion with C. Gibian, K. Schulhof, A. Turenshine, D. Krozek (Deloitte) regarding next steps related to tax modeling. | $1,020.00 | 0.5 | $510.00 |
| Gibian, Craig | Discussion with J. Gardyn, K. Schulhof, A. Turenshine, D. Krozek (Deloitte) regarding next steps related to tax modeling. | $1,160.00 | 0.5 | $580.00 |
| Turenshine, Aaron | Discussion with J. Gardyn, C. Gibian, K. Schulhof, D. Krozek (Deloitte) regarding next steps related to tax modeling. | $1,160.00 | 0.5 | $580.00 |
| Subtotal for Tax Restructuring Services: | | | 12.8 | $14,022.00 |
| **Total** | | | **158.2** | **$19,662.00** |

# Recapitulation

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Gibian, Craig | $1,160.00 | 3.2 | $3,712.00 |
| Schulhof, Ken | $1,160.00 | 3.8 | $4,408.00 |
| Tasso, Nathan | $1,160.00 | 1.3 | $1,508.00 |
| Turenshine, Aaron | $1,160.00 | 1.0 | $1,160.00 |
| Gardyn, Jordon | $1,020.00 | 4.7 | $4,794.00 |
| Lang, Mary Jo | $1,020.00 | 4.0 | $4,080.00 |
| Dizon, Sharon | $0.00 | 0.4 | $0.00 |
| Fan, Andy | $0.00 | 43.1 | $0.00 |
| Gardyn, Jordon | $0.00 | 19.3 | $0.00 |
| Gibian, Craig | $0.00 | 4.0 | $0.00 |
| Jurado, Edgar | $0.00 | 0.4 | $0.00 |
| Lang, Mary Jo | $0.00 | 7.9 | $0.00 |
| Lee, Sarah | $0.00 | 4.8 | $0.00 |
| Meng, Zhaoyu | $0.00 | 8.4 | $0.00 |

# BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

April 01, 2023 - April 30, 2023

## Recapitulation

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Polster, Andrew | $0.00 | 33.3 | $0.00 |
| Schulhof, Ken | $0.00 | 16.8 | $0.00 |
| Wojtas, Mike | $0.00 | 1.8 | $0.00 |