| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Warren J. Martin, Esq. (wjmartin@pbnlaw.com)<br>Robert M. Schechter, Esq. (rmschechter@pbnlaw.com)<br><br>-and-<br><br>**SHEARMAN & STERLING LLP**<br>2601 Olive St., 17th Floor<br>Dallas, TX 75201<br>Telephone: 214.271.5777<br>Facsimile: 214.853.5005<br>R. Thaddeus Behrens, Esq. (*admitted via pro hac vice*)<br>(thad.behrens@shearman.com)<br>Daniel H. Gold, Esq. (*admitted via pro hac vice*)<br>(dan.gold@shearman.com)<br><br>*Attorneys for Zachary Lee Prince* | |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>                  Debtor. | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters an appearance in these proceedings on behalf of Zachary Lee Prince ("Mr. Prince"), a party in interest, and that, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy

7410169

Code, the undersigned respectfully requests that all notices given or required to be given be served upon the office, address and e-mail address set forth below:

| | |
|---|---|
| Robert M. Schechter, Esq.<br>Warren J. Martin, Jr., Esq.<br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>Telephone: (973) 538-4006<br>E-mail: rmschechter@pbnlaw.com<br>         wjmartin@pbnlaw.com | R. Thaddeus Behrens, Esq. (*admitted via pro hac vice*)<br>Daniel H. Gold, Esq. (*admitted via pro hac vice*)<br>**SHEARMAN & STERLING LLP**<br>2601 Olive St., 17th Floor<br>Dallas, TX 75201<br>Telephone: 214.271.5777<br>Facsimile: 214.853.5005<br>E-mail: thad.behrens@shearman.com<br>         dan.gold@shearman.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of an application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Mr. Prince's: (i) right to have a final order in non-core matters entered only after de novo review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Mr. Prince is or may

7410169

be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: July 25, 2023　　　　　　　　　　**PORZIO, BROMBERG & NEWMAN, P.C.**

　　　　　　　　　　　　　　　　　　*/s/ Robert M. Schechter*
　　　　　　　　　　　　　　　　　　Robert M. Schechter, Esq.
　　　　　　　　　　　　　　　　　　rmschechter@pbnlaw.com
　　　　　　　　　　　　　　　　　　100 Southgate Parkway
　　　　　　　　　　　　　　　　　　P.O. Box 1997
　　　　　　　　　　　　　　　　　　Morristown, New Jersey 07962
　　　　　　　　　　　　　　　　　　(973) 538-4006
　　　　　　　　　　　　　　　　　　(973) 538-5146 Facsimile
　　　　　　　　　　　　　　　　　　Warren J. Martin, Esq.
　　　　　　　　　　　　　　　　　　wjmartin@pbnlaw.com

　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　**SHEARMAN & STERLING LLP**
　　　　　　　　　　　　　　　　　　2601 Olive St., 17th Floor
　　　　　　　　　　　　　　　　　　Dallas, TX 75201
　　　　　　　　　　　　　　　　　　Telephone: 214.271.5777
　　　　　　　　　　　　　　　　　　Facsimile: 214.853.5005
　　　　　　　　　　　　　　　　　　R. Thaddeus Behrens, Esq. (*admitted via pro hac vice*)
　　　　　　　　　　　　　　　　　　thad.behrens@shearman.com
　　　　　　　　　　　　　　　　　　Daniel H. Gold, Esq. (*admitted via pro hac vice*)
　　　　　　　　　　　　　　　　　　dan.gold@shearman.com

　　　　　　　　　　　　　　　　　　*Attorneys for Zachary Lee Prince*

7410169

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on July 25, 2023, a copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS** was filed electronically and sent by e-mail to all registered participants by operation of the Court's electronic filing system.

Dated:  July 25, 2023           */s/ Robert M. Schechter*
                                      Robert M. Schechter, Esq.

7410169