| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>Warren J. Martin, Jr., Esq.<br>(wjmartin@pbnlaw.com)<br>Robert M. Schechter, Esq.<br>(rmschechter@pbnlaw.com)<br><br>*Local Counsel for Flori Marquez*<br><br>-and-<br><br>**ZUKERMAN GORE BRANDEIS & CROSSMAN, LLP**<br>Eleven Times Square, 15th Floor<br>New York, New York 10036<br>(212) 223-6700<br>John K. Crossman, Esq. (*admitted pro hac vice*)<br>(jcrossman@zukermangore.com)<br>Karen S. Park, Esq.  (*admitted pro hac vice*)<br>(kpark@zukermangore.com)<br>Jeffrey L. Friesen, Esq. (*admitted pro hac vice*)<br>(jfriesen@zukermangore.com)<br><br>*Co-Counsel for Flori Marquez* |

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

7358446

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters an appearance in these proceedings on behalf of Flori Marquez ("Ms. Marquez"), a party in interest, and that, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, the undersigned respectfully requests that all notices given or required to be given be served upon the office, address and e-mail address set forth below:

| | |
|---|---|
| Robert M. Schechter, Esq.<br>Warren J. Martin, Jr., Esq.<br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>Telephone: (973) 538-4006<br>E-mail: rmschechter@pbnlaw.com<br>       wjmartin@pbnlaw.com | John K. Crossman, Esq. (*admitted pro hac vice*)<br>Karen S. Park, Esq. (*admitted pro hac vice*)<br>Jeffrey L. Friesen, Esq. (*admitted pro hac vice*)<br>**ZUKERMAN GORE BRANDEIS & CROSSMAN, LLP**<br>Eleven Times Square, 15th Floor<br>New York, New York 10036<br>Telephone: (212) 223-6700<br>E-mail: jcrossman@zukermangore.com<br>       kpark@zukermangore.com<br>       jfriesen@zukermangore.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of an application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, electronic mail, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Ms. Marquez's: (i) right to have a final order in non-core matters entered only after de novo review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein

7358446

or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Ms. Marquez is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers does not constitute an agreement to accept service of initial process under Rule 4, Fed. R. Civ. P., or Bankruptcy Rule 7004, nor shall it result in the undersigned counsel being deemed to be the agent of Ms. Marquez for such purpose.

Dated:  July 25, 2023

**PORZIO, BROMBERG & NEWMAN, P.C.**

*/s/ Robert M. Schechter*
Robert M. Schechter, Esq.
rmschechter@pbnlaw.com
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
(973) 538-4006
(973) 538-5146 Facsimile
Warren J. Martin, Esq.
wjmartin@pbnlaw.com

-and-

**ZUKERMAN GORE BRANDEIS & CROSSMAN, LLP**
Eleven Times Square, 15th Floor
New York, New York 10036
(212) 223-6700
John K. Crossman, Esq. (*admitted pro hac vice*)
jcrossman@zukermangore.com
Karen S. Park, Esq. (*admitted pro hac vice*)
kpark@zukermangore.com
Jeffrey L. Friesen, Esq. (*admitted pro hac vice*)
jfriesen@zukermangore.com

*Co-Counsel for Flori Marquez*

3

7358446

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on July 25, 2023, a copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS** was filed electronically and sent by e-mail to all registered participants by operation of the Court's electronic filing system.

Dated:  July 25, 2023                    */s/ Robert M. Schechter*
                                                      Robert M. Schechter, Esq.

7358446