

1130 Route 202 South, Suite A-7  |  Raritan  |  New Jersey 08869
T 908.505.5291  F 888.286.4691  &  908.393.4983  |  E nahaslaw@gmail.com
New Jersey Attorney ID Number – 033962003

July 24, 2023

**VIA MAIL**
Clerk
US Bankruptcy Court
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**FILED**
JEANNE A. NAUGHTON, CLERK
JUL 26 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

  Re: **On behalf of Creditor William Henry Stoll IV**
    **Motion to Permit Out of Time Claim**
    **In Re: BlockFi Inc.**
    **Case No: 22-19361**
    **Chapter 11**
    **Before Judge Kaplan**
    **Hearing Date: August 3, 2023 at 10:00 am**

Dear Clerk:

This office represents the creditor Mr. Stoll in the referenced Motion. By this letter, we hereby withdraw our motion to request the Court to permit an out of time claim as referenced above. Should you have any questions, please do not hesitate to contact me.

Thank you.

Very truly yours,

Karam Nahas Esq.
*New Jersey Attorney ID Number – 033962003*


CC: Lauren Bielskie
   U.S. Trustee
   U.S. Dept. of Justice
   Office of the U.S. Trustee
   One Newark Center Suite 2100

Newark, NJ 07102

Judge Kaplan
US Bankruptcy Court
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608


Lauren Sisson via email
Haynes Boone
Attorney for Debtor

202 South
47
, NJ 08869

Clerk
US Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 E. State Street
Trenton, NJ 08608

08608-150705