| | |
|---|---|
| Adam. S. Ravin | Nima H. Mohebbi |
| Adam J. Goldberg | Tiffany M. Ikeda |
| Christopher Harris | **LATHAM & WATKINS LLP** |
| Brett M. Neve | 355 South Grand Avenue, Suite 100 |
| Nacif Taousse | Los Angeles, CA 90071 |
| **LATHAM & WATKINS LLP** | Telephone: (213) 485-1234 |
| 1271 Avenue of the Americas | Facsimile: (213) 891-8763 |
| New York, NY 10020 | Email:  nima.mohebbi@lw.com |
| Telephone: (212) 906-1200 |            tiffany.ikeda@lw.com |
| Facsimile: (212) 751-4864 | |
| Email:  adam.ravin@lw.com | |
|            adam.goldberg@lw.com | |
|            christopher.harris@lw.com | |
|            brett.neve@lw.com | |
|            nacif.taousse@lw.com | |

*Counsel to the Foreign Representatives*
*of Three Arrows Capital, Ltd. (in liquidation)*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

------------------------------------------------------------- x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BLOCKFI INC., *et al.*,[1] | : | Case No. 22-19361 (MBK) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

------------------------------------------------------------- x

**APPLICATION FOR ADMISSION PRO HAC VICE FOR ADAM J. GOLDBERG**

I, Adam S. Ravin, am a counsel with the law firm Latham & Watkins LLP and am a member in good standing of the bar of this Court.  Pursuant to Rule 101.1 of the Local Rules of

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of Bankruptcy Procedure for the District of New Jersey (the "Local Bankruptcy Rules"), I move for the *pro hac vice* admission of Adam J. Goldberg to practice in this Court for the purpose of representing Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized joint liquidators (collectively, the "**Joint Liquidators**") appointed in the British Virgin Islands ("**BVI**") liquidation of Three Arrows Capital, Ltd. (in liquidation) ("**3AC**") as interested parties, in the above-captioned cases. In support of this Application, the undersigned respectfully represents to the Court as follows:

1. Mr. Goldberg is a partner of the law firm of Latham & Watkins LLP, with his office located at 1271 Avenue of the Americas, New York, NY 10020. Mr. Goldberg's telephone number is (212) 906-1200, and his facsimile number is (212) 751-4864. Mr. Goldberg's e-mail address is adam.goldberg@lw.com.

2. As stated in the Certification of Adam J. Goldberg, which is attached hereto as Exhibit A and incorporated herein by reference, Mr. Goldberg has been a member in good standing of the Bar of the State of New York since 2007 and is admitted to practice in the United States Court of Appeals for the Fifth Circuit as well as the United States District Courts for the Southern District of New York and the Northern District of New York. Further, as set forth in his Certification, Mr. Goldberg is experienced in bankruptcy matters and is familiar with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules.

3. With reference to all matters incident to this case, Mr. Goldberg submits to the disciplinary jurisdiction and the civil jurisdiction of, and agrees to be subject to the orders of, the United States Bankruptcy Court for the District of New Jersey for any alleged misconduct that

occurs in the course of this chapter 11 case.

WHEREFORE, the movant respectfully requests that the Court enter an Order, substantially in the form attached hereto as <u>Exhibit B</u>, admitting Adam J. Goldberg to appear before the Court *pro hac vice* in this case.

Dated:    July 27, 2023

/s/Adam S. Ravin
Adam S. Ravin (No. 047591995)
1271 Avenue of the Americas
New York, NY 10020-1401
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: adam.ravin@lw.com

*Counsel to the Foreign Representatives*
*of Three Arrows Capital, Ltd. (in liquidation)*