# **EXHIBIT A**

Certification of Christopher Harris

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---

| | |
|---|---|
| In re: | : Chapter 11 |
| BLOCKFI INC., *et al.*,[1] | : Case No. 22-19361 (MBK) |
| Debtors. | : (Jointly Administered) |

---

**CERTIFICATION OF CHRISTOPHER HARRIS**
**IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

Christopher Harris, in support of the *Application for Admission* Pro Hac Vice *for Christopher Harris* (the "Application"),[2] certifies as follows:

1. My name is Christopher Harris, and I am a partner of the law firm of Latham & Watkins LLP, with my office located at 1271 Avenue of the Americas, New York, NY 10020. My telephone number is (212) 906-1200, and facsimile number is (212) 751-4864. My e-mail address is christopher.harris@lw.com.

2. I have read the Application and understand the contents thereof. The matters and statements alleged therein are true and correct to the best of my knowledge, information and belief.

3. I have been a member in good standing of the Bar of the State of California since 1997 and the State of New York since 1988 and I am admitted to practice in the United States Supreme Court, the United States Court of Appeals for the Second and Third Circuits, the United States Tax Court as well as the United States District Courts for the Southern District of Texas,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

the Southern District of New York, the Eastern District of New York and the Northern District of New York.

4. I have never been disbarred or suspended in any court in which I am admitted to practice.

5. I have not been the subject of disciplinary action by the bar or courts of any state.

6. I am experienced in bankruptcy matters and am familiar with the provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such rules.

7. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of these chapter 11 cases.

8. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

9. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.


Date: July 27, 2023                                   /s/Christopher Harris
                                                                                          Christopher Harris