| | |
|---|---|
| Adam. S. Ravin | Nima H. Mohebbi |
| Adam J. Goldberg | Tiffany M. Ikeda |
| Christopher Harris | **LATHAM & WATKINS LLP** |
| Brett M. Neve | 355 South Grand Avenue, Suite 100 |
| Nacif Taousse | Los Angeles, CA 90071 |
| **LATHAM & WATKINS LLP** | Telephone: (213) 485-1234 |
| 1271 Avenue of the Americas | Facsimile: (213) 891-8763 |
| New York, NY 10020 | Email:  nima.mohebbi@lw.com |
| Telephone: (212) 906-1200 |           tiffany.ikeda@lw.com |
| Facsimile: (212) 751-4864 | |
| Email:  adam.ravin@lw.com | |
|           adam.goldberg@lw.com | |
|           christopher.harris@lw.com | |
|           brett.neve@lw.com | |
|           nacif.taousse@lw.com | |

*Counsel to the Foreign Representatives*
*of Three Arrows Capital, Ltd. (in liquidation)*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

------------------------------------------------------------ x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BLOCKFI INC., *et al.*,[1] | : | Case No. 22-19361 (MBK) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

------------------------------------------------------------ x

## APPLICATION FOR ADMISSION PRO HAC VICE FOR NIMA H. MOHEBBI

I, Adam S. Ravin, am a counsel with the law firm Latham & Watkins LLP and am a member in good standing of the bar of this Court.  Pursuant to Rule 101.1 of the Local Rules of

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of Bankruptcy Procedure for the District of New Jersey (the "Local Bankruptcy Rules"), I move for the *pro hac vice* admission of Nima H. Mohebbi to practice in this Court for the purpose of representing Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized joint liquidators (collectively, the "**Joint Liquidators**") appointed in the British Virgin Islands ("**BVI**") liquidation of Three Arrows Capital, Ltd. (in liquidation) ("**3AC**") as interested parties, in the above-captioned cases. In support of this Application, the undersigned respectfully represents to the Court as follows:

1. Mr. Mohebbi is a partner of the law firm of Latham & Watkins LLP, with his office located at 355 South Grand Avenue, Suite 100, Los Angeles, California 90071-1560. Mr. Mohebbi's telephone number is (213) 485-1234, and his facsimile number is (213) 891-8763. Mr. Mohebbi's e-mail address is nima.mohebbi@lw.com.

2. As stated in the Certification of Nima H. Mohebbi, which is attached hereto as Exhibit A and incorporated herein by reference, Mr. Mohebbi has been a member in good standing of the Bar of the State of California since 2011 and is admitted to practice in the United States Supreme Court, the United States Court of Appeals for the Fifth, Ninth and Tenth Circuits, the Unites States Court of Appeals for the Federal Circuit, as well as the United States District Courts for the Southern District of California and the Central District of California. Further, as set forth in his Certification, Mr. Mohebbi is experienced in bankruptcy matters and is familiar with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules.

3. With reference to all matters incident to this case, Mr. Mohebbi submits to the disciplinary jurisdiction and the civil jurisdiction of, and agrees to be subject to the orders of, the

United States Bankruptcy Court for the District of New Jersey for any alleged misconduct that occurs in the course of this chapter 11 case.

WHEREFORE, the movant respectfully requests that the Court enter an Order, substantially in the form attached hereto as <u>Exhibit B</u>, admitting Nima H. Mohebbi to appear before the Court *pro hac vice* in this case.

Dated:    July 27, 2023

<u>/s/Adam S. Ravin</u>
Adam S. Ravin (No. 047591995)
1271 Avenue of the Americas
New York, NY 10020-1401
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: adam.ravin@lw.com

*Counsel to the Foreign Representatives*
*of Three Arrows Capital, Ltd. (in liquidation)*
