# **EXHIBIT A**

Certification of Nima H. Mohebbi

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------ x
In re:                                                       :    Chapter 11
                                                             :
BLOCKFI INC., *et al.*,[1]                                   :    Case No. 22-19361 (MBK)
                                                             :
            Debtors.                                         :    (Jointly Administered)
                                                             :
                                                             :
------------------------------------------------------------ x

**CERTIFICATION OF NIMA H. MOHEBBI
IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

Nima H. Mohebbi, in support of the *Application for Admission* Pro Hac Vice *for Nima H. Mohebbi* (the "Application"),[2] certifies as follows:

1. My name is Nima H. Mohebbi, and I am a partner of the law firm of Latham & Watkins LLP, with my office located at 355 South Grand Avenue, Suite 100, Los Angeles, California 90071-1560. My telephone number is (213) 485-1234, and facsimile number is (213) 891-8763. My e-mail address is nima.mohebbi@lw.com.

2. I have read the Application and understand the contents thereof. The matters and statements alleged therein are true and correct to the best of my knowledge, information and belief.

3. I have been a member in good standing of the Bar of the State of California since 2011 and I am admitted to practice in the United States Supreme Court, the United States Court of Appeals for the Fifth, Ninth and Tenth Circuits, the Unites States Court of Appeals for the Federal Circuit, as well as the United States District Courts for the Southern District of California and the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

Central District of California.

4. I have never been disbarred or suspended in any court in which I am admitted to practice.

5. I have not been the subject of disciplinary action by the bar or courts of any state.

6. I am experienced in bankruptcy matters and am familiar with the provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such rules.

7. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of these chapter 11 cases.

8. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

9. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: July 27, 2023              */s/ Nima H. Mohebbi*
                                  Nima H. Mohebbi