| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| George J. Gerro, Esq.<br>530 S. Glenoaks Blvd., Suite 200<br>Burbank, CA 91502<br>(818) 840-0000<br>George@GerroLaw.com<br><br>*Self-Represented Creditor* | |
| In Re:<br><br>BLOCKFI INC., *et al.*,[1]<br><br>Debtors. | Case No.: 22-19361 (MBK)<br>(Jointly Administered)<br><br>Chapter 11<br><br>Hearing: August 17, 2023, 10:00 a.m. E.T.<br><br>Judge: The Honorable Michael B. Kaplan |

**ORDER
GRANTING THE MOTION OF GEORGE J. GERRO FOR ENTRY OF AN ORDER
(I) TEMPORARILY ALLOWING CLAIM NO. 12386
PURSUANT TO F.R.B.P. RULE 3018(a) FOR THE SOLE PURPOSE OF
VOTING ON A CHAPTER 11 PLAN**

---

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

United States Bankruptcy Judge Michael B. Kaplan

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

| | |
|---|---|
| Debtors: | BLOCKFI, INC., *et al.* |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | ORDER GRANTING GEORGE J. GERRO'S MOTION FOR ENTRY OF AN ORDER TEMPORARILY ALLOWING CLAIM NO. 12386 PURSUANT TO F.R.B.P. RULE 3018(a) FOR THE SOLE PURPOSE OF VOTING ON A CHAPTER 11 PLAN |

---

Upon consideration of the *Motion of George J. Gerro for Entry of an Order (I) Temporarily Allowing Claim No. 12386 Pursuant To F.R.B.P. Rule 3018(a) for the Sole Purpose of Voting on a Chapter 11 Plan* ("Motion"); and the Court having Jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the District Court's Standing Order 12-1, *Standing Order of Reference to the Bankruptcy Court Under Title 11*, originally issued on July 23, 1984, and amended on September 18, 2012, and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion, the previously filed *Response Of George J. Gerro To Debtors' Fourth Omnibus Objection To Certain Claims; And Cross-Motion Of George J. Gerro For An Order Temporarily Allowing Claim No. 12386 Pursuant To F.R.B.P. Rule 3018(A) For The Sole Purpose Of Voting On A Chapter 11 Plan* [Docket No. 1192] and the *Debtors' Fourth Omnibus Objection To Certain Claims (duplicates, books and records, debtor not liable)* [Docket No. 1069]; and the Court having held a hearing on the Motion on August 17, 2023, at 10:00 a.m. (ET) in the United States Bankruptcy Court for the District of New Jersey, Clarkson S. Fisher US Courthouse, 402 East State Street, Courtroom Number 8, Trenton, New Jersey 08608; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual

| | |
|---|---|
| Debtors: | BLOCKFI, INC., *et al.* |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | ORDER GRANTING GEORGE J. GERRO'S MOTION FOR ENTRY OF AN ORDER TEMPORARILY ALLOWING CLAIM NO. 12386 PURSUANT TO F.R.B.P. RULE 3018(a) FOR THE SOLE PURPOSE OF VOTING ON A CHAPTER 11 PLAN |

---

bases set forth in the Motion establish good cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. Pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, the Claim No. 12386 is temporarily allowed in the amount of 426 bitcoin (BTC), or equivalent dollar amount, solely for the purpose of voting as a BlockFi Lending LLC Loan Account Holder or equivalent classification on any Chapter 11 plans solicited in the above-entitled cases.

3. The temporary allowance of the claim shall not be deemed, in any way, determinative of or preclusive upon the ultimate validity or amount of the claim in the above-entitled Chapter 11 cases or in any other proceeding.

4. Nothing in this Order shall impact in any way any rights, claims, defenses, arguments, or counter-arguments of parties in connection with the objection to or allowance of said claim.

5. The Debtor and its counsel and agents are ordered to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. This Court shall retain jurisdiction to interpret, modify, or enforce this Order.