## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Tariful Huq, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 24, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served (1) via email on the Fee Application Service List attached hereto as **Exhibit A**; (2) via email on the Notice Parties Service List attached hereto **Exhibit B**; and (3) via first class mail on Grant & Eisenhofer P.A., Attn: Jason M. Avellino, 123 Justison Street, Wilmington, DE 19801:

- First Monthly Fee Statement of Deloitte Tax LLP as Tax Services Provider to the Debtors and Debtors-in-Possession for the Period from March 1, 2023 through March 31, 2023 [Docket No. 1267]

- Second Monthly Fee Statement of Deloitte Tax LLP as Tax Services Provider to the Debtors and Debtors-in-Possession for the Period from April 1, 2023 through April 30, 2023 [Docket No. 1268]

- Third Monthly Fee Statement of Deloitte Tax LLP as Tax Services Provider to the Debtors and Debtors-in-Possession for the Period from May 1, 2023 through May 31, 2023 [Docket No. 1269]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691

Dated: July 28, 2023

/s/ *Tariful Huq*
Tariful Huq

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 28, 2023, by Tariful Huq, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 71575

**<u>Exhibit A</u>**

Exhibit A

Fee Application Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Berkeley Research Group | Attn: Mark Renzi | mrenzi@thinkbrg.com |
| Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq. | rstark@brownrudnick.com; kaulet@brownrudnick.com; bsilverberg@brownrudnick.com |
| Brown Rudnick LLP | Attn: Stephen D. Palley, Esq. | spalley@brownrudnick.com |
| Cole Schotz P.C. | Attn: Michael D. Sirota, Warren A. Usatine | Msirota@coleschotz.com; wusatine@coleschotz.com |
| Fee Examiner | Attn: Elise S. Frejka | efrejka@frejka.com |
| Haynes and Boone, LLP | Attn: Richard S. Kanowitz | richard.kanowitz@haynesboone.com |
| Haynes and Boone, LLP | Attn: J. Frasher Murphy, Jordan E. Chavez | frasher.murphy@haynesboone.com; jordan.chavez@haynesboone.com |
| Kirkland & Ellis LLP | Attn: Christine A. Okike, Francis Petrie, Joshua Sussberg | christine.okike@kirkland.com; francis.petrie@kirkland.com; jsussberg@kirkland.com |
| Moelis & Company | Attn: Barak Klein, Jared Dermont | barak.klein@moelis.com; jared.dermont@moelis.com |
| Office of the United States Trustee | Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq | Lauren.Bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov |
| Traurig Law LLC | Attn: Jeffrey Traurig | jtraurig@trauriglaw.com |

**<u>Exhibit B</u>**

Exhibit B

Notice Parties Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Ansell Grimm & Aaron, P.C. | Attn:  Anthony J. D'Artiglio, Joshua S. Bauchner | ajd@ansellgrimm.com; jb@ansellgrimm.com |
| Barclay Damon LLP | Attn: Scott L. Fleischer | sfleischer@barclaydamon.com |
| Boyle & Valenti Law, P.C. | Attn: Carrie J. Boyle, Esq. | cboyle@b-vlaw.com |
| Day Pitney LLP | Attn: Stephen R. Catanzaro | scatanzaro@daypitney.com |
| Dorf & Nelson LLP | Attn: Andrew P. Marks | amarks@dorflaw.com |
| Genova Burns LLC | Attn: Daniel M. Stolz, Esq., Donald W. Clarke, Esq., Gregory S. Kinoian, Esq. | dstolz@genovaburns.com; dclarke@genovaburns.com |
| George J. Gerro, Esq. | Attn: George J. Gerro | george@gerrolaw.com |
| George S. Wynns | Attn: George S. Wynns | georgewynns@gmail.com |
| Gibbons P.C. | Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly | rmalone@gibbonslaw.com; btheisen@gibbonslaw.com; kmcevilly@gibbonslaw.com |
| Goldstein & McClintock LLLP | Attn: Matthew E. McClintock, Harley Goldstein, Daniel C. Curth | mattm@goldmclaw.com; harleyg@restructuringshop.com; danc@goldmclaw.com |
| Gorski & Knowlton Pc | Attn: Carol L. Knowlton, Allen I. Gorski | cknowlton@gorskiknowlton.com; agorski@gorskiknowlton.com |
| Hogan Lovells US LLP | Attn: Christopher R. Donoho III, Christopher R. Bryant, | robert.ripin@hoganlovells.com; chris.donoho@hoganlovells.com; chris.bryant@hoganlovells.com |
| Hogan Lovells US LLP | Attn: David P. Simonds, Edward J. McNeilly | david.simonds@hoganlovells.com; edward.mcneilly@hoganlovells.com |
| Holland & Knight LLP | Attn: Barbra R. Parlin | barbra.parlin@hklaw.com |
| Latham & Watkins LLP | Attn: Adam S. Ravin, Adam J. Goldberg, Christopher Harris, Brett M. Neve, Nacif Taousse | adam.ravin@lw.com; adam.goldberg@lw.com; christopher.harris@lw.com; brett.neve@lw.com; nacif.taousse@lw.com |
| Latham & Watkins LLP | Attn: Nima H. Mohebbi, Tiffany M. Ikeda | nima.mohebbi@lw.com; tiffany.ikeda@lw.com |
| Law Offices of Douglas T. Tabachnik, P.C. | Attn: Douglas T. Tabachnik | dtabachnik@dttlaw.com |
| McCarter & English, LLP | Attn: David J. Adler, joseph R. Scholz | dadler@mccarter.com; jscholz@mccarter.com |
| McCarter & English, LLP | Attn: Lisa S. Bonsall | lbonsall@mccarter.com |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard | nleonard@mdmc-law.com |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gaston P. Loomis | gloomis@mdmc-law.com |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein | jbernstein@mdmc-law.com |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea | vshea@mdmc-law.com |
| Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein | KRWalsh@mintz.com; TDoherty@mintz.com; DBaumstein@mintz.com |
| Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild, III, Matthew C. Ziegler | john.goodchild@morganlewis.com; matthew.ziegler@morganlewis.com |
| Morgan, Lewis & Bockius LLP | Attn: Joshua Dorchak, David K. Shim | joshua.dorchak@morganlewis.com; david.shim@morganlewis.com |
| Office of The Tennessee Attorney General | Attn: Bankruptcy Division | gina.hantel@ag.tn.gov |
| Offit Kurman, P.A. | Attn: Paul J. Weinterhalter | pwinterhalter@offitkurman.com |
| Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo | kgwynne@reedsmith.com; jangelo@reedsmith.com |
| Reed Smith LLP | Attn: Kurt F. Gwynne | kgwynne@reedsmith.com; meckard@reedsmith.com |
| Severson & Werson, A Professional Corporation | Attn: Eleanor M. Roman, Donald H. Cram | emr@severson.com; dhc@severson.com |

Exhibit B

Notice Parties Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Singer & Levick, P.C. | Attn: Larry A. Levick | Levick@singerlevick.com |
| Stevens & Lee, P.C. | Attn: John C. Kilgannon | john.kilgannon@stevenslee.com |
| Straffi & Straffi, LLC | Attn: Daniel E. Straffi | bkclient@straffilaw.com |
| Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora | dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; porporam@sullcrom.com |
| Traurig Law LLC | Attn: Jeffrey Traurig | jtraurig@trauriglaw.com |
| Troutman Pepper Hamilton Sanders LLP | Attn: Deborah Kovsky-Apap | deborah.kovsky@troutman.com |
| U.S. Department of Justice – Civil Division | Attn: Jessica L. Cole | jessica.cole@usdoj.gov |
| U.S. Department of Justice – Civil Division  Commercial Litigation Branch | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro, | seth.shapiro@usdoj.gov; |
| U.S. Department of Justice Civil Division | Attn: Seth B. Shapiro | seth.shapiro@usdoj.gov |
| Venable LLP | Attn: Michael A. Guerra, Jeffrey S. Sabin and Carol A. Weiner | MAGuerra@Venable.com; JSsabin@venable.com; CWeinerlevy@venable.com |
| Venable LLP | Attn: Andrew J. Currie | AJCurrie@Venable.com |
| Wadsworth, Garber, Warner and Conrardy, P.C. | Attn: Aaron A. Garber | agarber@wgwc-law.com |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | saron@wrslawyers.com |