**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD
JUNE 1 , 2023 THROUGH JUNE 30, 2023**

| | | | | |
|---|---|---|---|---|
| Debtor: | BlockFi Inc. | | Applicant: | Elementus, Inc. |
| Case No.: | 22-19361(MBK) | | Client: | Unsecured Creditors Committee |
| Chapter: | 11 | | Case Filed: | November 28, 2022 |

## SECTION 1
## FEE SUMMARY

X    Monthly Fee Statement No. 6    or  ☐ Final Fee Application

Summary of Amounts Requested for the Period from June 1, 2023 through June 31, 2023
(the "Sixth Statement Period")

| | |
|---|---|
| Total Fees: | $ 53,890.00 |
| Total Disbursements: | $ 35,081.10 |
| Minus 20% holdback of Fees: | $ 10,778.00 |
| Amount Sought at this Time: | $ 78,193.10 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Alexander Mologoko | 22 | 44.80 | $900 | $40,320.00 |
| 2.  Matt Austin | 14 | 3.90 | $800 | $3,120.00 |
| 3.  Bryan Young | 18 | 2.00 | $800 | $1,600.00 |
| 4.  Umber Kohli | 8 | 14.30 | $600 | $8,580.00 |

| | |
|---|---|
| Fee Totals: | $ 53,890.00 |
| Disbursements Totals: | $ 35,081.10 |
| Total Fee Application | $ 88,971.10 |

63188919.1

**SECTION II SUMMARY
OF SERVICES**

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:**<br>Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | **Asset Disposition**<br>Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation**<br>Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations**<br>Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration**<br>Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 3.90 | $3,190.00 |
| f) | **Claims Administration and Objections**<br>Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) | **Employee Benefits/Pensions**<br>Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications**<br>Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | | |
| i) | **Fee/Employment Objections**<br>Review of an objections to the employment and fee applications of others. | | |
| j) | **Financing**<br>Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation**<br>Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) | **Meetings of Creditors**<br>Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 31.20 | $23,790.00 |
| m) | **Plan and Disclosure Statement**<br>Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings** <br> Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | **Accounting/Auditing** <br> Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis** <br> Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance** <br> Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis** <br> Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | 29.90 | $26,910.00 |
| s) | **Litigation Consulting** <br> Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting** <br> Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues** <br> Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation** <br> Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | | |
| **SERVICE TOTALS:** | | 65.00 | $53,890.00 |

### SECTION III
### SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees** <br> Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research** <br> Westlaw, Lexis and a description of manner calculated. | |
| c) | **Pacer Fees** <br> Payable to the Pacer Service Center for search and/or print. | |

| | | |
|---|---|---|
| d) | **Fax** <br> Include per page fee charged. | |
| e) | **Case Specific Telephone/Conference Call Charges** <br> Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services** <br> Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services** <br> Including scanning services. | |
| h) | **Other Research** <br> Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting** <br> Transcripts. | |
| j) | **Travel** <br> Mileage, tolls, airfare, parking. | |
| k) | **Courier & Express Carriers** <br> Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify)** – Cloud computing costs, software fees and licenses, and legal fees | $35,081.10 |
| | | |
| | **DISBURSEMENTS TOTAL:** | $35,081.10 |

I certify under penalty of perjury that the above is true.

Date:  July 31, 2023

*/s/ Matthew Austin*

Matthew Austin
Chief Operating Officer