| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| BROWN RUDNICK LLP<br>Robert J. Stark, Esq.<br>Kenneth J. Aulet, Esq.<br>Bennett S. Silverberg, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Fax: (212) 209-4801<br>Email: rstark@brownrudnick.com<br>         kaulet@brownrudnick.com<br>         bsilverberg@brownrudnick.com<br>*Proposed Counsel for the Official Committee of Unsecured Creditors*<br>  -and-<br>GENOVA BURNS LLC.<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>Telephone: (973) 230-2095<br>Fax: (973) 533-1112<br>Email: DStolz@genovaburns.com<br>         DClarke@genovaburns.com<br>         GKinoian@genovaburns.com<br>*Proposed Local Counsel for the Official Committee of Unsecured Creditors* | BROWN RUDNICK LLP<br>Stephen D. Palley, Esq.<br>601 Thirteenth Street, NW<br>Washington, DC 20005<br>Telephone: (617)536-1766<br>Fax: (617)289-0466<br>Email: spalley@brownrudnick.com |
| In re:<br><br>BLOCKFI INC., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

**MONTHLY FEE STATEMENT OF ELEMENTUS INC.**
**BLOCKCHAIN INTELLIGENCE AND FORENSICS EXPERT TO OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD JUNE 1, 2023 THROUGH JUNE 30 ,2023**

Elementus Inc. ("Elementus") submits this Monthly Fee Statement for Services Rendered and Expenses Incurred as Local Counsel to the Official Committee of Unsecured Creditors (the "Statement") for the period commencing June 1, 2023 and ending June 30, 2023 (the "Statement Period"), pursuant to the Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court entered on January 17, 2023 (the "Interim Compensation Order").

The billing invoices and expenses for the Statement Period are annexed hereto as Exhibit "A". These invoices detail the services performed. The fees sought in the within Statement Period is as follows:

| Fees | Less 20% | Fee Payment Requested | Expense Reimbursement (100%) |
|---|---|---|---|
| $ 53,890.00 | ($10,778.00) | $ 43,112.00 | $ 35,081.10 |

WHEREFORE, Elementus respectfully requests interim payment of fees for this Statement Period in the sum $53,890.00, together with expenses of $35,081.10, for a total requested interim payment of $88,971.10, in accordance with the terms of the Interim Compensation Orders.

**ELEMENTUS, INC.**

By: /s/ Matthew Austin

Matthew Austin
Chief Operating Officer

Dated: