# EXHIBIT A



**Professional Hours Tracker – June 2023**

**Prepared for**: Chapter 11 Cases of BlockFi
**Date Prepared**: 30 June 2023

**Hours Summary**

| Date | Day | Name | Role | Activity | Category | Rate | Hours | Cost |
|---|---|---|---|---|---|---|---|---|
| 6/1/2023 | Wednesday | Bryan Young | Vice President | Daily M3 call w/ M Manning et al | Meeting of Creditors | $900 | 0.3 | $270 |
| 6/1/2023 | Wednesday | Umber Kohli | Project Manager | Daily M3 call w/ M Manning et al | Meeting of Creditors | $600 | 0.3 | $180 |
| 6/1/2023 | Wednesday | Umber Kohli | Project Manager | Daily M3 call w/ M Manning et al | Meeting of Creditors | $600 | 0.3 | $180 |
| 6/1/2023 | Thursday | Alex Mologoko | Senior Blockchain Expert | Update Galaxy analysis memo for Brown Rudnick | Data Analysis | $900 | 0.5 | $450 |
| 6/1/2023 | Thursday | Umber Kohli | Project Manager | BlockFi / UCC Advisors / M3 / Elementus meeting | Meeting of Creditors | $600 | 0.8 | $480 |
| 6/1/2023 | Thursday | Alex Mologoko | Senior Blockchain Expert | BlockFi / UCC Advisors / M3 / Elementus meeting | Meeting of Creditors | $900 | 0.8 | $720 |
| 6/1/2023 | Thursday | Bryan Young | Vice President | BlockFi / UCC Advisors / M3 / Elementus meeting | Meeting of Creditors | $900 | 0.8 | $720 |
| 6/1/2023 | Thursday | Alex Mologoko | Senior Blockchain Expert | Analysis of Zac personal accounts and wallets | Data Analysis | $900 | 8.7 | $7,830 |
| 6/2/2023 | Friday | Umber Kohli | Project Manager | Daily M3 call w/ M Manning et al | Meeting of Creditors | $600 | 0.4 | $240 |
| 6/2/2023 | Friday | Alex Mologoko | Senior Blockchain Expert | Daily M3 call w/ M Manning et al | Meeting of Creditors | $900 | 0.4 | $360 |
| 6/2/2023 | Friday | Bryan Young | Vice President | Daily M3 call w/ M Manning et al | Meeting of Creditors | $900 | 0.4 | $360 |
| 6/3/2023 | Saturday | Alex Mologoko | Senior Blockchain Expert | Zac personal accounts and wallets report | Data Analysis | $900 | 3.9 | $3,510 |
| 6/5/2023 | Monday | Alex Mologoko | Senior Blockchain Expert | Mediation hearing | Meeting of Creditors | $900 | 6.8 | $6,120 |
| 6/6/2023 | Tuesday | Umber Kohli | Project Manager | Mediation hearing | Meeting of Creditors | $600 | 8.4 | $5,040 |
| 6/6/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | Mediation hearing support | Data Analysis | $900 | 0.5 | $450 |
| 6/8/2023 | Thursday | Matt Austin | Vice President | Introductory meeting with Fee Examiner | Case Administration | $800 | 0.8 | $640 |
| 6/12/2023 | Monday | Alex Mologoko | Senior Blockchain Expert | Project Hornet - M3 Catch-Up Call w/ Bryan | Meeting of Creditors | $900 | 0.5 | $450 |
| 6/12/2023 | Monday | Bryan Young | Vice President | Project Hornet - M3 Catch-Up Call w/ Alex | Meeting of Creditors | $900 | 0.5 | $450 |
| 6/13/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | BlockFi - Weekly UCC Meeting | Meeting of Creditors | $900 | 1.8 | $1,620 |
| 6/15/2023 | Tuesday | Matt Austin | Vice President | Prepare monthly fee statement documents and reconcile to timesheets | Case Administration | $800 | 2.4 | $1,920 |
| 6/15/2023 | Thursday | Alex Mologoko | Senior Blockchain Expert | Daily M3 call w/ M Manning et al | Meeting of Creditors | $900 | 0.5 | $450 |
| 6/20/2023 | Tuesday | Umber Kohli | Project Manager | BlockFi - Weekly UCC Meeting | Meeting of Creditors | $600 | 2.8 | $1,680 |
| 6/20/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | BlockFi - Weekly UCC Meeting | Meeting of Creditors | $900 | 2.8 | $2,520 |
| 6/23/2023 | Friday | Alex Mologoko | Senior Blockchain Expert | Zac institutional loans report | Data Analysis | $900 | 1.1 | $990 |
| 6/27/2023 | Tuesday | Alex Mologoko | Senior Blockchain Expert | BlockFi - Weekly UCC Meeting | Meeting of Creditors | $900 | 0.8 | $720 |
| 6/27/2023 | Tuesday | Umber Kohli | Project Manager | BlockFi - Weekly UCC Meeting | Meeting of Creditors | $600 | 0.8 | $480 |
| 6/27/2023 | Wednesday | Alex Mologoko | Senior Blockchain Expert | Zac wire transfers report | Data Analysis | $900 | 6.7 | $6,030 |
| 6/28/2023 | Wednesday | Alex Mologoko | Senior Blockchain Expert | Project Hornet - M3 Catch-Up Call w/ Umber | Meeting of Creditors | $900 | 0.5 | $450 |
| 6/28/2023 | Wednesday | Umber Kohli | Project Manager | Project Hornet - M3 Catch-Up Call w/ Alex | Meeting of Creditors | $600 | 0.5 | $300 |
| 6/28/2023 | Wednesday | Alex Mologoko | Senior Blockchain Expert | Dollarized amounts for Zac transactions | Data Analysis | $900 | 3.8 | $3,420 |
| 6/29/2023 | Thursday | Alex Mologoko | Senior Blockchain Expert | Dollarized amounts for Zac transactions | Data Analysis | $900 | 4.7 | $4,230 |
| 6/30/2023 | Friday | Matt Austin | Vice President | To aggregate reimbursable expenses for monthly billing procedures | Case Administration | $900 | 0.7 | $630 |
| **June 2023 Labor Totals** | | | | | | | **65.00** | **$53,890** |

| Other Expenses | |
|---|---|
| **Description** | **Cost** |
| Amazon Web Services Costs | $26,287.65 |
| Google Cloud Platform | 8,001.98 |
| Google Voice | 54.40 |
| Asana - Project Management | 414.95 |
| Atlassian - Project Management | 65.73 |
| Microsoft 365 Subscriptions | 40.83 |
| Miro | 15.88 |
| Kaiko quarterly data subscription tax expe | 199.69 |
| Bryan Cave - Legal fees | 0.00 |
| **Other Expenses Totals** | **$35,081.10** |