| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>AUG - 1 2023<br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY_____ DEPUTY<br>RECEIVED<br>AUG 0 1 2023<br>AT 8:30_____<br>CLERK, U.S. DISTRICT COURT - DNJ |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>George J. Gerro, Esq. (CA Bar No. 325168)<br>530 S. Glenoaks Blvd., Suite 200<br>Burbank, CA 91502<br>(818) 840-0000<br>George@GerroLaw.com | |
| In Re:<br><br>BLOCKFI INC., et al. | Case No.: 22-19361 (MBK)<br>Chapter: 11<br>Judge: Michael B. Kaplan |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that ___George J. Gerro, Esq.___ will be substituted as attorney of record for ___George J. Gerro___, ___Creditor___ in this case.[1]

Date: July 27, 2023

/s/ Carol L. Knowlton
Signature of Former Attorney

Date: July 27, 2023

/s/ George J. Gerro
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.



SANTA CLARITA CA 913
28 JUL 2023  PM 2  L

Office of the Clerk of Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, New Jersey 08608

08608-150799

RECEIVED
AUG 01 2023
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DC

**Gerro & Gerro**
Attorneys at Law
530 S. Glenoaks Blvd.
Suite 200
Burbank, CA 91502