Lazare Potter Giacovas & Moyle LLP
Anna Pia D. Felix, Esq.
Michael T. Conway, Esq.
747 Third Avenue, 16th Floor
New York, NY 10017
Telephone: (917) 242-1597
afelix@lpgmlaw.com
mconway@lpgmlaw.com

*Counsel for Yuri Mushkin*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Yuri Mushkin ("Mushkin"), by and through its undersigned counsel, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that all notices given or required to be given in this case or any related adversary proceeding, and all papers served or required to be served in this case be given and served upon:

>Anna Pia D. Felix, Esq.
>Michael T. Conway, Esq.
>Lazare Potter Giacovas & Moyle LLP
>747 Third Avenue, 16th Floor
>New York, NY 10017
>Telephone: (917) 242-1597

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

afelix@lpgmlaw.com
mconway@lpgmlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements and answering or reply papers filed in these cases or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that Mushkin intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, claim or suit shall waive (i) Mushkin's right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (ii) Mushkin's right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to this bankruptcy proceeding, (iii) Mushkin's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defense, setoffs, or recoupments to which Mushkin is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defense, setoffs, and recoupments Mushkin expressly reserves. Additionally, nothing herein shall be deemed or construed as a consent to jurisdiction of matters congressionally delegated to regulatory authorities.

Dated: August 8, 2023
   New York, New York

LAZARE POTTER GIACOVAS & MOYLE LLP

By: /s/ Anna Pia D. Felix
   Anna Pia D. Felix
Anna Pia D. Felix, Esq.
Michael T. Conway, Esq.
747 Third Avenue, 16th Floor
New York, NY 10017
Telephone: (917) 242-1597

2

afelix@lpgmlaw.com
mconway@lpgmlaw.com

*Counsel for Yuri Mushkin*

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 8, 2023, a copy of the Notice of Appearance and Request for Service of Papers was served on all parties of record via CM/ECF.

Dated: August 8, 2023

By: /s/ Anna Pia D. Felix<br>Anna Pia D. Felix