**FAEGRE DRINKER BIDDLE & REATH LLP**
Frank F. Velocci, Esq. (NJ State Bar No. 01886-1999)
600 Campus Drive
Florham Park, New Jersey 07932
Telephone: (973) 549-7000
Fax: (973) 360-9831
Email: frank.velocci@faegredrinker.com

-and-

Richard J. Bernard, Esq. (NY State Bar No. 4047056)
Roya Imani, Esq. (NY Bar No. 5825377)
1177 6th Ave, 41st Floor
New York, NY 10036
Telephone: (212) 248-3140
Fax: (212) 248-3141
Email: richard.bernard@faegredrinker.com
          roya.imani@faegredrinker.com

*Counsel for the Joint and Several Provisional Liquidators of BlockFi International Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BLOCKFI, INC. *et al.,* and UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendants. | Adv. Pro. No. 23-01144 (MBK) |

**APPLICATION FOR ADMISSION**
***PRO HAC VICE* OF RICHARD J. BERNARD**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1

US.358429723.01

Pursuant to Fed. R. Civ. P. 78, D.N.J. L. Civ. R. 101.1, Local Rule 9010-1, and the below certification, the undersigned respectfully submits this application for the admission *pro hac vice* of Richard J. Bernard, Esq. of Faegre Drinker Biddle & Reath LLP to represent Joel Edwards and Eleanor Fisher, in their capacities as the joint and several provisional liquidators of BlockFi International Ltd. in this adversary proceeding.

Dated: August 9, 2023

*/s/ Frank F. Velocci*
Frank F. Velocci (NJ State Bar No. 01886-1999)
**FAEGRE DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, New Jersey 07932
Telephone: (973) 549-7000
Fax: (973) 360-9831
Email: frank.velocci@faegredrinker.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Fed. R. Civ. P. 78, D.N.J. L. Civ. R. 101 and Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York, Connecticut and Florida and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am not under suspension or disbarment by any court. I further certify that the annual fee of $150.00 has been paid to the Clerk of Court for the District Court.

Dated: August 9, 2023

*/s/ Richard J. Bernard*
Richard J. Bernard, Esq. (NY State Bar No. 4047056)
**FAEGRE DRINKER BIDDLE & REATH LLP**
1177 6th Ave, 41st Floor
New York, NY 10036
Telephone: (212) 248-3140
Fax: (212) 248-3141
Email: richard.bernard@faegredrinker.com

*Counsel for the Joint and Several Provisional Liquidators of BlockFi International Ltd.*

2

US.358429723.01