# Exhibit "B"

**Exhibit B - Summary of Expenses by Category**

| Description | Total |
|---|---|
| Taxi/Car Service | $0.00 |
| Air Travel | $0.00 |
| Train | $0.00 |
| Hotels | $0.00 |
| Business Meals | $181.60 |
| Conference calls | $81.23 |
| **Total (a)** | **$262.83** |

**Note**:

(a) Total amounts are based on M3's expense reporting system as of the date of this Monthly Report and may not be reflective of all expenses incurred during the Reporting Period. As such, future monthly reports may include expenses incurred during the Reporting Period.

| Date | Amount | Category | Payer | Notes |
|---|---|---|---|---|
| 5/8/2023 | $ 31.57 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 5/9/2023 | $ 30.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 5/14/2023 | $ 17.69 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 5/15/2023 | $ 13.34 | Business Meals | Seth Herman | Business Meals: Local Working Dinner |
| 5/16/2023 | $ 30.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 5/18/2023 | $ 30.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 5/23/2023 | $ 29.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 5/31/2023 | $ 81.23 | Conference Calls | M3 Team | Conference Calls |
| **Total** | **$ 262.83** | | | |