**AFFIDAVIT OF PUBLICATION**

**IN THE MATTER OF:** *{ Kirkland & Ellis LLP }*

**STATE OF NEW YORK**

**ss:**

**COUNTY OF NEW YORK**

I, Jonathan Florez, being duly sworn, hereby certify that (a) I am the Account Planner, US Advertising of FT Publications, Inc. Publisher of the FINANCIAL TIMES, a daily newspaper published worldwide, and of general circulation in the city and county of New York, and (b) that the Notice of which the annexed is a copy was published in THE FINANCIAL TIMES ON THE:

9th Day of August 2023.

Jonathan Florez, ACCOUNT PLANNER, **ADVERTISING:**

**Signature:**

JESSICA WONG
Notary Public - State of New York
NO. 01WO6203455
Qualified in Kings County
My Commission Expires 4/6/2025

**Date: 08/09/2023**

**Collision course** Beijing regulators' onerous licensing regime is thwarting Big Tech's electric-vehicle ambitions ➔ COMPANIES

# Companies & Markets

## SoftBank hit by $3.3bn loss after forecasts of net profit

- Third consecutive quarter in the red
- Vision Fund's revival provides hope

LEO LEWIS — TOKYO

SoftBank Group failed to turn a profit for a third consecutive quarter, recording a ¥477.6bn ($3.3bn) loss for the three-month period ending in June, despite a recovery at its flagship Vision Fund investment unit.

The quarterly loss in net income defied analyst predictions that the group would return to profit following a steady recovery in the tech-heavy Nasdaq index. SoftBank founder Masayoshi Son had also told shareholders in June the company was "going on the counter-offensive", raising hopes of a revival.

Based on an average of four analysts surveyed by Refinitiv ahead of yesterday's results, the market had expected

> 'I think [the Japanese investment group's] good and bad experiences will make it more astute'

SoftBank to make a ¥75bn group-wide profit in the first quarter of the financial year that began in April. But the group sustained losses partly as a result of share price declines at Alibaba, Deutsche Telekom and T-Mobile.

In his earnings presentation that included an image of light at the end of a tunnel, SoftBank's chief financial officer Yoshimitsu Goto said the company was going to invest with caution.

"We want to strike a good balance between the gas and the brake for our investment activities," said Goto, who outlined plans for the company to expand its investment in artificial intelligence-related technologies.

Although SoftBank's April-to-June loss was heavier than expected, it was significantly better than the group's performance in the same quarter a year earlier, when it made a loss of ¥3.2tn.

Richard Kaye, a portfolio manager at Comgest and a long-term investor in SoftBank, said the company was starting to be understood again as a major innovator. "I think SoftBank will become adventurous again, and its good and bad experiences will make it more astute," said Kaye.

The depth of SoftBank's losses were partially offset by an improvement at the Vision Fund unit, which booked an investment gain of ¥159.8bn due to a recovery in global tech valuations.

The gains included those attributable to subsidiaries of SoftBank, such as UK chip designer Arm.

SoftBank yesterday confirmed Arm's valuation at $45.2bn at the end of June, a rise of about 13 per cent from the previous quarter.

Arm, as analysts pointed out, simultaneously recorded a 10.8 per cent year-on-year drop in sales and an overall loss of ¥9.5bn for the same three-month period. SoftBank blamed the decline on slowing revenues in the semiconductor industry.

David Gibson, a longtime SoftBank analyst at MST Financial, said the company was "once again getting creative with its presentations to spin a more positive story".

Son is planning to float Arm in the US this year and analysts believe he may seek a valuation for the company of as much as $80bn.

Before the April-to-June period, the Vision Fund had logged five consecutive quarters of losses, battered by the sharp plunge in global tech valuations.

The Vision Fund segment, which includes Vision Funds 1 and 2 as well as the $7.6bn LatAm Funds, recorded a pre-tax profit of ¥61bn for the most recent quarter, against a ¥2.3tn loss in the same period a year earlier.

**See Lex**

## Hearty cheer Investors send Novo up 17% as study shows obesity drug reduces cardio risk

A New York subway poster extols the weight-loss benefits of Novo Nordisk's Wegovy — Richard B. Levine/Sipa/Reuters

HANNAH KUCHLER — LONDON
JAMIE SMYTH — NEW YORK

**Novo Nordisk's best-selling obesity drug cuts the risk of heart attacks or strokes, say the findings of a trial that sent shares in the Danish pharmaceuticals group and main rival Eli Lilly to records yesterday.**

The preliminary results of the study found that patients who took the Wegovy drug had a 20 per cent lower chance of suffering a cardiovascular event such as a heart attack or stroke than those who received a placebo.

Analysts said the results of the late-stage trial would press public health systems and private health insurers to cover a new class of weight-loss drugs called GLP-1 agonists developed by Novo and US drugmaker Lilly.

In the US, some health insurers have been reluctant to cover the drugs because of their high cost and the sheer number of people who qualify to take them, with obesity affecting about 40 per cent of the population.

Evan Seigerman, analyst at BMO Capital Markets, said that the health benefits demonstrated by Novo's trial made it "unethical" not to provide potentially life-saving medications to those in need.

Expanding coverage for Wegovy and Lilly's diabetes drug, Mounjaro, which is expected to be approved to treat weight loss in the autumn, could unlock a market worth more than $100bn a year, he said.

Novo's shares closed 17.3 per cent higher in Copenhagen yesterday while Lilly was up 13.5 per cent in early afternoon trading in New York.

Lilly was also boosted by the publication of results that showed sales of Mounjaro hit almost $1bn in the second quarter. It raised its full-year annual sales forecast by $2.2bn to the range of $33.4bn to $33.9bn.

Lilly's shares have risen 75 per cent over the past year, making it the most valuable drugmaker by market capitalisation.

Novo said that the Wegovy trial, which enrolled 17,604 adults aged 45 or older, had achieved its primary objective by showing a statistically significant reduction in major cardiac events for patients who received 2.4mg of semaglutide, the main ingredient in Wegovy, compared with those who took the placebo.

Martin Holst Lange, executive vice-president for development at Novo, said that until now there had been no approved weight-management drug that also reduced the risk of heart attack or stroke. It showed that the drug had "the potential to change how obesity is regarded and treated".

Novo expects to file for regulatory sign-off to expand what Wegovy can be used for, to include lower cardiac risks, in the US and the EU this year.

**See Lex**

## Zoom recalls staff to the office as home working fades

RICHARD WATERS — SAN FRANCISCO

**Zoom, the videoconferencing group that became synonymous with working from home in the pandemic, has joined the parade of companies requiring workers to show up in person.**

The San Francisco-based software company has told employees who live within 50 miles of one of its locations that they will have to come to the office at least two days a week.

Zoom called its new work requirements "a structured hybrid approach" that was designed to put it "in a better position to use our own technologies, continue to innovate, and support our global customers". It added that it would "continue to leverage the entire Zoom platform to keep our employees and dispersed teams connected and working efficiently".

Zoom's shares leapt 15-fold from its initial public offering price the year

> 'To let employees work anywhere has sort of become a fashion'
> Eric Yuan, Zoom chief executive

before the pandemic after companies turned to its easy-to-use video meetings to keep their operations ticking over when offices were forced to close.

Its stock market value peaked at more than $140bn, making it the tech sector's most visible winner from the Covid-19 crisis, before falling back more than 85 per cent as many of its customers began calling staff back to work.

Zoom has sought to turn the new hybrid work arrangements adopted by many of its customers into a new business opportunity. However, its Zoom Rooms offering — which is designed to improve the experience of online meetings involving people who are in the office with others working remotely — has not caught on with anything like the force of its original service.

The company reported revenue growth in its latest quarter of 3 per cent, a far cry from the growth of more than 400 per cent it recorded in 2020.

"I think hybrid work is going to stay," creating a new business opportunity for the company, chief executive Eric Yuan told investors on an earnings call in May. "To let employees work anywhere has sort of become a fashion."

**See Lex**

## Vodafone's merger plan highlights sector pressure to consolidate

INSIDE BUSINESS
TELECOMS
Nic Fildes

Vodafone's network in its home market was once considered sacrosanct for a company that spread from Newbury to all corners of the world. Yet the plan to merge its UK business with smaller rival Three is the latest step to get its sprawling house in order.

Vodafone and CK Hutchison's Three have been here before. They engineered an equal-split merger in Australia in 2009, which acts as a precursor to this proposed deal.

It did not go well. The term "Vodafail" entered the Australian vernacular as the merger was mishandled and a network meltdown enraged the locals. The combined company lost a staggering 1mn customers — or almost 20 per cent of the base — as the dream of creating a stronger player receded into the reality of running a company placed a distant third in a three-player market.

The deal nonetheless became a template for markets including the US, Germany, Italy and Ireland, where regulators were swayed by arguments that consolidation into a telecoms triumvirate market structure would create stronger mobile players better able to invest in new 4G and 5G networks.

That "four-to-three" trend signalled the beginning of the end of the global aspirations of telecoms groups that had planted flags. The cost and bureaucracy of running networks from San Francisco to Soweto to Sydney to Suva, as Vodafone did, overwhelmed those ambitions. In-market consolidation became the order of the day.

Britain has been slow to join the party, largely because its four-to-three trend was stopped in its tracks when the merger of O2 and Three in 2016 was blocked on competition grounds. The Vodafone-Three proposal, and the merger of Orange and MásMóvil in Spain, will test whether the regulatory mood in Europe has changed.

Vodafone has learnt the lessons from its Australian troubles more than a decade ago. It will hold a 51 per cent stake in the combined UK business, which means it will retain control of the network in its home market. That was not the case in Australia where a former Hutchison executive presided over the Vodafail era that only really ended when the mobile company was folded into local broadband company TPG.

> The Vodafone-Three proposal, and Orange and MásMóvil's in Spain, will test whether regulators' mood has changed

It also provides an acid test into the impact of the merger on consumers. Vodafone, Three and TPG's combination did not trigger a sharp rise in the cost of telecoms in the already pricey Australian market, according to analysts. They argue that the companies would have been unlikely to survive as standalone businesses, so combining them at least preserved competition.

Arguably the biggest winner from the concentration of telecoms players was Telstra, the incumbent, which has grown its market value to A$49bn (£25bn) compared with the £20bn that the entire Vodafone Group commands and the £11bn value of its British equivalent BT.

Vodafone and Three had a 26 per cent share of the Australian mobile market when they merged but that has dwindled to 18 per cent, according to New Street Research, as a collapse in tourist and international student numbers during Covid hit it harder than its rivals. Telstra remains a dominant force with 50 per cent of the market while Singtel-owned Optus has 32 per cent.

More worrying is that only Telstra is covering its cost of capital, with Optus and Vodafone/TPG achieving returns on invested capital of only 1.2 per cent, according to New Street. Even in a three-player market, the going is tough.

That point was underlined further this week when TPG said it was in talks to sell its fibre assets to a Macquarie-owned rival for A$6bn to reduce debt. The sale will strengthen its balance sheet, but analysts pondered what the company will stand for in the future given that it will have undone the benefits of bringing mobile and fixed-line networks under one roof.

Some executives at Vodafone have privately argued for years that markets such as Australia can only really support two healthy operators because of the power of Telstra. Competition from cloud players including Amazon and Microsoft is building in the once-lucrative enterprise telecoms market. And there is the looming threat of low-Earth orbiting satellite groups such as OneWeb and Elon Musk's Starlink, which are targeting the wireless sector. So the pressure on mobile-only operators could become more intense over time. The onus could soon be on regulators to decide whether there is even room for three players, never mind four.

*nic.fildes@ft.com*

## Contracts & Tenders

**UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEW JERSEY**

| In re: BLOCKFI INC., *et al.*, Debtors. | Chapter 11 Case No. 22-19361 (MBK) (Jointly Administered) |
|---|---|

**NOTICE OF HEARING TO CONSIDER (I) THE ADEQUACY OF THE DISCLOSURE STATEMENT, (II) CONFIRMATION OF THE CHAPTER 11 PLAN FILED BY THE DEBTORS, AND (III) RELATED VOTING AND OBJECTION DEADLINES**

**PLEASE TAKE NOTICE THAT** on August 2, 2023, the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") entered an order [Docket No. 1306] (the "Conditional Disclosure Statement Order") (a) authorizing BlockFi Inc., and its affiliated debtors and debtors in possession (collectively, the "Debtors"), to solicit acceptances for the *Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1300] (as modified, amended, or supplemented from time to time, the "Plan"); (b) conditionally approving the *Disclosure Statement Relating to the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1301] (as modified, amended, or supplemented from time to time, the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages (the "Solicitation Packages"); and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Bankruptcy Court will consider final approval of the Disclosure Statement and Confirmation of the Plan (the "Combined Hearing") will commence on **September 26, 2023 at 1:00 p.m. (prevailing Eastern Time)**, or such other time that the Bankruptcy Court determines, before the Honorable Chief Judge Michael B. Kaplan, in the United States Bankruptcy Court for the District of New Jersey, located at Courtroom #8, 402 East State Street, Trenton, New Jersey 08608.

**PLEASE BE ADVISED**: THE COMBINED HEARING MAY BE CONTINUED FROM TIME TO TIME BY THE BANKRUPTCY COURT OR THE DEBTORS **WITHOUT FURTHER NOTICE** OTHER THAN BY SUCH ADJOURNMENT BEING ANNOUNCED IN OPEN COURT OR BY A NOTICE OF ADJOURNMENT FILED WITH THE BANKRUPTCY COURT AND SERVED ON ALL PARTIES ENTITLED TO NOTICE.

**CRITICAL INFORMATION REGARDING VOTING ON THE PLAN**

**Voting Record Date**. The voting record date is **July 26, 2023** (the "Voting Record Date"), which is the date for determining which Holders of Claims are entitled to vote on the Plan.

**Voting Deadline**. The deadline for voting on the Plan is **September 11, 2023 at 4:00 p.m. (prevailing Eastern Time)** (the "Voting Deadline"). If you received a Solicitation Package, including a Ballot and intend to vote on the Plan you **must**: (a) follow the instructions carefully; (b) complete **all** of the required information on the ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is **actually received** by the Debtors' claims, noticing, and solicitation agent Kroll Restructuring Administration LLC, (the "Claims, Noticing, and Solicitation Agent") on or before the Voting Deadline. **A failure to follow such instructions may disqualify your vote**.

**CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN**

**Objection Deadline**. The deadline for filing objections to the Plan is **September 11, 2023 at 4:00 p.m. (prevailing Eastern Time)** (the "Confirmation Objection Deadline"). All objections to the relief sought at the Combined Hearing must: (a) be in writing; (b) state with particularity the basis of the objection; and (c) be filed with the Clerk of the Bankruptcy Court electronically by (i) attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, (ii) by all other parties-in-interest, if not otherwise filed with the Clerk of the Bankruptcy Court electronically, via hard copy, and shall be served in accordance with the General Order and the Supplemental Commentary upon the following parties so as to be **actually received** on or before the Confirmation Objection Deadline: (i) ***Debtors:*** **BlockFi, Inc.**, 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691; (ii) ***Counsel for the Debtors:*** **Kirkland & Ellis LLP**, 601 Lexington Avenue, New York, New York 10022, Attention: Joshua A. Sussberg; Christine A. Okike; Francis Petrie; (iii) ***Counsel for the Debtors:*** **Haynes and Boone, LLP,** Rockefeller Plaza, 26th Floor, New York, NY 10112, Attention: Richard S. Kanowitz; Jordan Chavez; (iv) ***Counsel for the Committee:*** **Brown Rudnick LLP**, 7 Times Square, New York, NY 10036, Attention: Robert J. Stark; Kenneth J. Aulet; Bennett S. Silverberg; and (v) ***United States Trustee:*** **Office of the United States Trustee, United States Trustee, Regions 3 & 9,** One Newark Center, Suite 2100, Newark, NJ 07102, Attention: Jeffrey M. Sponder; Lauren Bielskie.

**ARTICLE VIII OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND ARTICLE VIII.B CONTAINS A THIRD-PARTY RELEASE. THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.**

**YOU MAY ELECT NOT TO GRANT AND RECEIVE THE RELEASES CONTAINED IN ARTICLE VIII OF THE PLAN ONLY IF YOU RETURN A BALLOT CHECKING THE BOX TO "OPT OUT" FROM THE THIRD-PARTY RELEASE. SUBJECT TO ANY FINAL ORDER OF THE BANKRUPTCY COURT TO THE CONTRARY, REGARDLESS OF WHETHER THE BANKRUPTCY COURT DETERMINES THAT YOU HAVE A RIGHT TO OPT OUT OF THE RELEASE, IF YOU (A) VOTE TO ACCEPT THE PLAN, (B) FAIL TO SUBMIT A BALLOT BY THE VOTING DEADLINE, (C) SUBMIT THE BALLOT BUT ABSTAIN FROM VOTING TO ACCEPT OR REJECT THE PLAN, OR (D) VOTE TO REJECT THE PLAN AND, IN EACH CASE, FAIL TO CHECK THE BOX TO "OPT OUT" FROM THE THIRD PARTY RELEASE, YOU WILL BE DEEMED TO CONSENT TO THE RELEASES SET FORTH IN ARTICLE VIII.B OF THE PLAN. IF YOU DO NOT OPT OUT OF THE THIRD-PARTY RELEASE THE DEBTORS WILL RELEASE ANY CLAIMS AND CAUSES OF ACTION THE DEBTORS HAVE AGAINST YOU, EXCEPT FOR RETAINED PREFERENCE CLAIMS, IF APPLICABLE. IF YOU OPT OUT OF THE THIRD-PARTY RELEASE THE WIND-DOWN TRUSTEE MAY PURSUE ANY CLAIMS AND CAUSES OF ACTION THE DEBTORS HAVE AGAINST YOU. IF YOU VOTE TO ACCEPT THE PLAN, YOU WILL BE DEEMED TO GRANT THE THIRD-PARTY RELEASE IN ARTICLE VIII.B OF THE PLAN.**

**ADDITIONAL INFORMATION**

**Obtaining Solicitation Materials**. The materials in the Solicitation Package are intended to be self-explanatory. If you should have any questions or if you would like to obtain additional solicitation materials (or paper copies of solicitation materials if you received the materials in electronic format), please feel free to contact the Debtors' Claims, Noticing, and Solicitation Agent, by emailing the Claims, Noticing, and Solicitation Agent at blockfiinfo@ra.kroll.com with a reference to "In re: BlockFi - Solicitation Inquiry" in the subject line. You may also obtain copies of any pleadings filed with the Bankruptcy Court for free by visiting the Debtors' restructuring website, https://restructuring.ra.kroll.com/blockfi, or the Bankruptcy Court's website at https://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein. Please be advised that the Claims, Noticing, and Solicitation Agent is authorized to answer questions about, and provide additional copies of, solicitation materials, but may **not** advise you as to whether you should vote to accept or reject the Plan.

**Filing the Plan Supplement**. The Debtors will file the Plan Supplement (as defined in the Plan) on or before **September 4, 2023** and will serve notice on all Holders of Claims entitled to vote on the Plan, which will: (a) inform parties that the Debtors filed the Plan Supplement; (b) list the information contained in the Plan Supplement; and (c) explain how parties may obtain copies of the Plan Supplement.

**BINDING NATURE OF THE PLAN. IF CONFIRMED, THE PLAN SHALL BIND ALL HOLDERS OF CLAIMS AND INTERESTS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH HOLDER WILL RECEIVE OR RETAIN ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, HAS FILED A PROOF OF CLAIM IN THESE CHAPTER 11 CASES, OR FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN OR VOTED TO REJECT THE PLAN.**

**Notice to Advertisers**

Calls to the Financial Times Advertising Department may be monitored.

Acceptance of any advertisement for publication will be subject to the then current terms and conditions of insertion of advertisements in FT publications.

A copy of the terms and conditions of insertion of advertisements in FT publications can be obtained from +44 (0)20 7873 3000, or viewed at www.FT.com/advertising

## Financial

CODEL Digital Certainty
www.codelmark.com

07 Aug 2023
4D49C58B7B1E94B4E8CAED2BF86E352C
CD2E1F96825C45C3C8CCACD5B4B52B38

06 Aug 2023
76EBA92D7A4C2D9E97DC38C1B6299E37
5C80EC2F7B65EDC75DECB70D92884856