UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**DAY PITNEY LLP**
One Jefferson Road
Parsippany, New Jersey 07054-2891
(973) 966-6300

In re:

BLOCKFI INC., et al.

      Debtors.

Chapter 11

Case No. 22-19361-MBK

(Jointly Administered)

## NOTICE OF SUBSTITUTION OF ATTORNEY

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2, the undersigned will be substituted as attorney of record for Zachary Lee Prince, a creditor and party in interest.

|  | **Former Attorney** |
|---|---|
| Dated: August 9, 2023 | */s/ Stephen R. Catanzaro*  <br>Stephen R. Catanzaro  <br>Joshua W. Cohen (*admitted pro hac vice*)  <br>DAY PITNEY LLP  <br>One Jefferson Road  <br>Parsippany, NJ 07054  <br>Phone: (973) 966-8205  <br>E-mail: scatanzaro@daypitney.com  <br>E-mail: jwcohen@daypitney.com |
| Dated: August 9, 2023 | **Substituted Attorney**  <br><br>*/s/ Warren J. Martin Jr.*  <br>Warren J. Martin Jr., Esq.  <br>Robert M. Schechter, Esq.  <br>PORZIO, BROMBERG & NEWMAN P.C.  <br>100 Southgate Parkway  <br>P.O. Box 1997  <br>Morristown, NJ 07962 |

- 1 -

7431045
115651364.1

Phone: (973) 538-4006
E-mail: wjmartin@pbnlaw.com
E-mail: rmschechter@pbnlaw.com

-and-

SHEARMAN & STERLING LLP
2601 Olive St., 17th Floor
Dallas, TX 75201
Phone: 214.271.5777
R. Thaddeus Behrens, Esq. (*admitted pro hac vice*)
Thad.behrens@shearman.com
Daniel H. Gold, Esq. (*admitted pro hac vice*)
Dan.gold@shearman.com

- 2 -

7431045
115651364.1