UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## ATTORNEY MONTHLY FEE STATEMENT COVER SHEET
## FOR JULY 1, 2023 THROUGH JULY 31, 2023

In re BlockFi Inc., *et al.*                    Applicant: Cole Schotz P.C.

Case No. 22-19361 (MBK)                    Client:  Debtors and Debtors in Possession

Chapter 11                                        Case Filed: November 28, 2022

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

RETENTION ORDER ATTACHED.

_  /s/ Michael D. Sirota_          08/10/2023
MICHAEL D. SIROTA                  Date

65365/0001-45904102v1

| SECTION I |
|:---:|
| **FEE SUMMARY** |

Summary of Amounts Requested for the Period
July 1, 2023 through July 31, 2023 (the "**Compensation Period**")

| | |
|---|---:|
| Fee Total | $94,027.50 |
| Disbursement Total | $2,630.51 |
| Total Fees Plus Disbursements | $96,658.01 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---:|
| Total Previous Fees and Expenses Requested: | $760,756.22 |
| Total Fees and Expenses Allowed to Date: | $0.00 |
| Total Retainer Remaining: | $100,000.00 |
| Total Holdback: | $132,910.35 |
| Total Received by Applicant: | $538,771.50 |

65365/0001-45904102v1

| Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|
| Michael D. Sirota<br>Member | 1986 | 53.00 | $1,200.00 | $63,600.00 |
| Michael D. Sirota<br>Member | 1986 | 1.50 | $600.00<br>(Travel) | $900.00 |
| Warren A. Usatine<br>Member | 1995 | 1.40 | $950.00 | $1,330.00 |
| Felice R. Yudkin<br>Member | 2005 | 18.20 | $705.00 | $12,831.00 |
| Andreas D. Milliaressis<br>Associate | 2016 | 18.30 | $475.00 | $8,692.50 |
| Frances Pisano<br>Paralegal | n/a | 18.80 | $355.00 | $6,674.00 |
| **TOTALS** | **n/a** | **111.20** | **n/a** | **$94,027.50** |

65365/0001-45904102v1

**SECTION II
SUMMARY OF SERVICES**

| Services Rendered | Hours | Fee |
|---|---|---|
| Asset Analysis | 0.00 | $0.00 |
| Asset/Business Disposition | 0.00 | $0.00 |
| Assumption and Rejection of Leases and Contracts | 0.20 | $95.00 |
| Preference Actions/Response | 0.00 | $0.00 |
| Budgeting (Case) | 0.00 | $0.00 |
| Business Operations | 3.70 | $3,830.00 |
| Case Administration | 19.80 | $17,201.00 |
| Claims Administration and Objections | 3.80 | $1,963.00 |
| Corporate Governance and Board Matters | 0.00 | $0.00 |
| Data Analysis | 0.00 | $0.00 |
| Employee Benefits/Pensions | 0.00 | $0.00 |
| Fee Application Preparation | 14.60 | $7,010.00 |
| Fee Employment | 0.00 | $0.00 |
| Fee Objections | 0.00 | $0.00 |
| Financing | 0.00 | $0.00 |
| Litigation | 11.80 | $6,613.00 |
| Meetings of Creditors | 0.00 | $0.00 |
| Disclosure Statement | 11.50 | $8,826.00 |
| Plan of Reorganization | 42.80 | $46,812.00 |
| Real Estate | 0.00 | $0.00 |
| Regulatory Compliance | 0.00 | $0.00 |
| Relief from Stay | 0.00 | $0.00 |
| Reporting | 1.40 | $707.00 |
| Tax Issues | 0.10 | $70.50 |
| Valuation | 0.00 | $0.00 |
| Non-Working Travel | 1.50 | $900.00 |
| **SERVICES TOTALS** | **111.20** | **$94,027.50** |

65365/0001-45904102v1

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| Disbursements | Amount |
|---|---|
| Computer Assisted Legal Research | $0.00 |
| Facsimile | $0.00 |
| Long Distance Telephone/Conference Calls | $0.00 |
| In-House Reproduction | $9.40 |
| Outside Reproduction | $0.00 |
| Outside Research | $0.00 |
| Filing Fees | $350 |
| Court Fees | $0.00 |
| Court Reporting | $0.00 |
| Travel | $2,271.11 |
| Delivery Services / Federal Express | $0.00 |
| Postage | $0.00 |
| Other (Explain) | $0.00 |
|    Transcripts | $0.00 |
|    Service of Process | $0.00 |
| **DISBURSEMENTS TOTAL** | **$2,630.51** |

65365/0001-45904102v1

> **SECTION IV**
> **CASE HISTORY**

(1)    Date cases filed:  November 28, 2022

(2)    Chapter under which case commenced:  Chapter 11

(3)    Date of retention: January 25, 2023, *nunc pro tunc* to November 28, 2022. *See* **Exhibit A**.

      If limit on number of hours or other limitations to retention, set forth: n/a

(4)    Summarize in brief the benefits to the estate and attach supplements as needed:[1]

    (a)    The Applicant provided legal advice to the Debtors and co-counsel regarding local rules, practice, and procedure.

    (b)    The Applicant reviewed, revised, and coordinated the filing and service of complaints, motions and supporting documents, and monthly fee statements.

    (c)    The Applicant reviewed and strategized with the Debtors and their advisors with respect to the disclosure statement and plan of reorganization, including with respect to the mediation and settlement with the Official Committee of Unsecured Creditors.

    (d)    The Applicant provided advice and strategized with the Debtors and their advisors with respect to certain adversary proceedings and related relief, and various operational matters.

    (e)    The Applicant tended to others matters concerning administration of the chapter 11 cases as requested by co-counsel.

    (f)    The Applicant rendered all other services set forth on the invoices attached hereto as **Exhibit B**.[2]

(5)    Anticipated distribution to creditors:

    (a)    Administration expense: Unknown at this time.

    (b)    Secured creditors: Unknown at this time.

---

[1]   The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of the Debtors and for the benefit of the estates; it is not intended to itemize each and every professional service which the Applicant performed.

[2]   The invoice attached hereto as Exhibit B contains detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.

(c)    Priority creditors: Unknown at this time.

(d)    General unsecured creditors: Unknown at this time.

(6)    Final disposition of case and percentage of dividend paid to creditors:  This is the eighth monthly fee statement.

65365/0001-45904102v1

**<u>Exhibit A</u>**

**Retention Order**

<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
(201) 489-1536 Facsimile
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted pro hac vice)
Christine A. Okike, P.C. (admitted pro hac vice)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted pro hac vice)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Proposed Attorneys for Debtors and Debtors in Possession*
</td></tr>
</table>

Order Filed on January 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>       Debtors.[1] | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered) |

**ORDER APPROVING THE EMPLOYMENT AND RETENTION
OF COLE SCHOTZ P.C. AS NEW JERSEY COUNSEL TO
THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

The relief set forth on the following pages, numbered two (2) through seven (7), is hereby
**ORDERED**.

**DATED: January 24, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al*. |
| Case No. | 22-19361(MBK) |
| Caption of Order: | ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE |

Upon the application (the "**Application**")[2] of BlockFi Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to sections 327(a), 329, and 330 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, authorizing the Debtors to employ and retain Cole Schotz P.C. ("**Cole Schotz**") as their New Jersey counsel in these proceedings *nunc pro tunc* to the Petition Date; and the Court having jurisdiction to decide the Application and the relief requested therein in accordance with 28. U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title* 11of the United States District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application having been given as provided in the Application, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice of the Application need be provided; and upon the Declarations of Michael D. Sirota, Esq. and Zachary Prince in support thereof; and the Court being satisfied that Cole Schotz does not hold or represent any interest adverse to the Debtors, their estates, or their creditors, and is a disinterested person within the meaning of sections 327 and 101(14) of the Bankruptcy Code, and that said employment would be in the best interest of the Debtors and their respective estates, and that the legal

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

(Page 3)
Debtors:              BLOCKFI INC., *et al*.
Case No.              22-19361(MBK)
Caption of Order:     ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE
                      SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC
                      PRO TUNC* TO THE PETITION DATE

---

and factual bases set forth in the Application establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is **GRANTED** to the extent set forth herein.

2.      In accordance with sections 327(a), 329, and 330 of the Bankruptcy Code, the Debtors

are hereby authorized and empowered to employ and retain Cole Schotz as their New Jersey counsel

in these chapter 11 cases effective as of the Petition Date.

3.      Any and all compensation to be paid to Cole Schotz for services rendered on the

Debtors' behalf, including compensation for services rendered in connection with the preparation of

the petition and accompanying papers, shall be fixed by application to this Court in accordance with

sections 330 and 331 of the Bankruptcy Code, such Federal Rules and Local Rules as may then be

applicable, and any orders entered in these cases governing the compensation and reimbursement of

professionals for services rendered and charges and disbursements incurred.  Cole Schotz also shall

make a reasonable effort to comply with the U.S. Trustee's requests for information and additional

disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases

Effective as of November 1, 2013 (the "U.S. Trustee Guidelines"), both in connection with the

Application and the interim and final fee applications to be filed by Cole Schotz in the chapter 11 cases.

(Page 4)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al*. |
| Case No. | 22-19361(MBK) |
| Caption of Order: | ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE |

4.      In order to avoid any duplication of effort and provide services to the Debtors in the most efficient and cost-effective manner, Cole Schotz shall coordinate with Haynes and Boone, LLP, Kirkland & Ellis LLP, Kirkland & Ellis International LLP and any additional firms the Debtors retain regarding their respective responsibilities in these chapter 11 cases.  As such, Cole Schotz shall use its best efforts to avoid duplication of services provided by any of the Debtors' other retained professionals in these Chapter 11 Cases.

5.      Prior to applying any increases in its hourly rates beyond the rates set forth in the Application, Cole Schotz shall provide ten (10) business days' prior notice of any such increases to the Debtors, the United States Trustee, and any official committee appointed in the Debtors' chapter 11 cases and shall file such notice with the Court.  All parties in interest retain all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

6.      Cole Schotz (i) shall only bill 50% for non-working travel; (ii) shall not seek the reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any objections to any of Cole Schotz's fee applications in this case; (iii) shall use the billing and expense categories set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested by Project Category); and (iv) shall provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the United States Trustee.

(Page 5)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al*. |
| Case No. | 22-19361(MBK) |
| Caption of Order: | ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE |

7.     Upon entry of a Final Order on the Motion to Redact all Personally Identifiable Information [Docket No. 4], Cole Schotz will disclose the information that the Court orders to be unredacted, if any, through a supplemental declaration.  Further, if the Court denies the Motion to Seal Confidential Transaction Parties on the Retention Applications [Docket No. 127], Cole Schotz will, through a supplemental declaration, disclose the identities of all counterparties that were filed under seal, and the connections of Cole Schotz to such potential counterparties.

8.     Notwithstanding anything in the Application or the Sirota Declaration to the contrary, Cole Schotz shall seek reimbursement from the Debtors' estates for its engagement-related expenses at the firm's actual cost paid.

9.     Notwithstanding anything in the Application and the Sirota Declaration to the contrary, Cole Schotz shall (i) to the extent that Cole Schotz uses the services of independent contractors or subcontractors (collectively, the "Contractors") in these cases, pass through the cost of such Contractors at the same rate that Cole Schotz pays the Contractors; (ii) seek reimbursement for actual costs only; (iii) ensure that the Contractors are subject to the same conflicts checks as required for Cole Schotz; (iv) file with this Court such disclosures required by Bankruptcy Rule 2014; and (v) attach any such Contractor invoices to its monthly fee statements, interim fee applications and/or final fee applications filed in these cases.

10.     Notwithstanding anything in the Application and Sirota Declaration to the contrary, the parties in interest reserve the right to object to any application for the payment of pre-petition fees to

(Page 6)

Debtors:         BLOCKFI INC., *et al.*

Case No.         22-19361(MBK)

Caption of Order:   ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE
                 SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC
                 PRO TUNC* TO THE PETITION DATE

---

the extent those fees are not specifically related to the preparation and the filing of the Debtors' Chapter

11 Cases.

11.     No agreement or understanding exists between Cole Schotz and any other person, other

than as permitted by Bankruptcy Code section 504, to share compensation received for services

rendered in connection with these cases, nor shall Cole Schotz share or agree to share compensation

received for services rendered in connection with these cases with any other person other than as

permitted by Bankruptcy Code section 504.

12.     Notwithstanding Cole Schotz's Standard Terms of Engagement for Legal Services, the

provision that "Our bills are due and payable upon receipt" shall be null and void during the pendency

of these bankruptcy cases.

13.     Notwithstanding Cole Schotz's Standard Terms of Engagement for Legal Services,

during the pendency of the Chapter 11 Cases, Cole Schotz's retainer shall be treated like a security

retainer and shall not be drawn down absent Court order.

14.     As set forth in Cole Schotz's Standard Terms of Engagement for Legal Services, Cole

Schotz's fees and expenses will be considered "earned" at the time they are incurred, notwithstanding

the fact that any such amounts shall only be payable as set forth in that certain *Administrative Fee

Order Establishing Procedures for the Allowance and Payment of Interim Compensation and

Reimbursement of Expenses of Professionals Retained by Order of this Court* [Docket No. 307] and

shall only be allowed upon entry of a Court order allowing them.

(Page 7)

Debtors:                BLOCKFI INC., *et al*.

Case No.                22-19361(MBK)

Caption of Order:       ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE
SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC
PRO TUNC* TO THE PETITION DATE

---

15.     Notwithstanding Cole Schotz's Standard Terms of Engagement for Legal Services, the provision concerning fee disputes is null and void during the pendency of these bankruptcy cases.

16.     The Debtors are authorized to take all actions necessary to carry out this Order.

17.     To the extent the Application, the Sirota Declaration, or any engagement agreement pertaining to this retention is inconsistent with this Order, the terms of this Order shall govern.

18.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

## Exhibit B

**Invoice**

# COLE SCHOTZ P.C.

Cole Schotz P.C.
25 Main Street
Court Plaza North
Hackensack, NJ  07601

FEDERAL ID# 22-2113414

New York — Delaware — Maryland — Texas — Florida

BLOCKFI INC.
601 LEXINGTON AVENUE
KIRKLAND & ELLIS
NEW YORK, NY 10112

| | |
|---|---|
| Invoice Date: | August 8, 2023 |
| Invoice Number: | 955022 |
| Matter Number: | 65365-0001 |

**Re:**  CHAPTER 11 DEBTOR

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2023

| **ASSUMPTION/REJECTION OF LEASE AND CONTRACT** | | | **0.20** | **95.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 07/05/23 | ADM | REVIEW ORDER RE: THIRD OMNIBUS REJECTION NOTICE AND SUBMIT TO CHAMBERS | 0.20 | 95.00 |

| **BUSINESS OPERATIONS** | | | **3.70** | **3,830.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 07/03/23 | MDS | TELEPHONE FROM ACCOUNTANT M. RENZI RE: REDUCTION OF EXPENSES | 0.40 | 480.00 |
| 07/07/23 | FRY | REVIEW WALLET OBJECTION (.3): EMAIL TO CO-COUNSEL RE SAME (.1) | 0.40 | 282.00 |
| 07/07/23 | ADM | REVIEW WALLET HOLDER OBJECTION AND APPLICABLE RULES RE APPLICATION IN LIEU | 0.30 | 142.50 |
| 07/07/23 | MDS | REVIEW RUN RATE INFORMATION | 0.20 | 240.00 |
| 07/11/23 | MDS | REVIEW COST CUTTING PROPOSAL | 0.50 | 600.00 |
| 07/11/23 | MDS | TELEPHONE TO ACCOUNTANT M. RENZI RE: SCHEDULE OF REDUCTION | 0.60 | 720.00 |
| 07/11/23 | MDS | CORRESP. TO ATTORNEY/CO-COUNSEL J. SUSSBERG RE: COST CUTTING PROPOSAL | 0.70 | 840.00 |
| 07/12/23 | ADM | REVIEW NOTICE OF REVISED WALLET HOLDER COMFORT ORDER (0.1); EMAIL CORRESPONDENCE WITH CO-COUNSEL KE, F. YUDKIN AND F. PISANO RE: SAME (0.1) | 0.20 | 95.00 |
| 07/12/23 | MDS | REVIEW OVERHEAD REDUCTION SCHEDULE | 0.30 | 360.00 |
| 07/12/23 | FRY | CONFERENCE WITH CO-COUNSEL RE WALLET ORDER | 0.10 | 70.50 |

| **CASE ADMINISTRATION** | | | **19.80** | **17,201.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 07/01/23 | FRY | EMAILS WITH CO-COUNSEL RE STATUS CONFERENCE | 0.10 | 70.50 |
| 07/02/23 | FRY | REVIEW EMAILS WITH ADVERSARY RE STATUS CONFERENCE | 0.20 | 141.00 |
| 07/02/23 | FRY | CONFERENCE WITH CO-COUNSEL RE STATUS CONFERENCE | 0.50 | 352.50 |

**COLE SCHOTZ P.C.**

Re:   CHAPTER 11 DEBTOR
      Client/Matter No. 65365-0001

Invoice Number  955022
August 8, 2023
Page 2

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/02/23 | MDS | TELEPHONE FROM ATTORNEY/CO-COUNSEL KE RE: MONDAY HEARING | 0.50 | 600.00 |
| 07/03/23 | FP | EMAIL TO KROLL RE: SERVICE OF FILED NOTICE OF FILING OF REVISED EXHIBITS TO ORDER APPROVING DISCLOSURE STATEMENT | 0.20 | 71.00 |
| 07/03/23 | FP | TELEPHONE TO CHAMBERS REQUESTING COPY OF TRANSCRIPT OF 7/3/23 STATUS HEARING (LEFT MESSAGE) | 0.20 | 71.00 |
| 07/03/23 | MDS | REVIEW OUTLINE FOR COURT APPEARANCE | 0.50 | 600.00 |
| 07/03/23 | MDS | ATTEND COURT STATUS CONFERENCE | 1.00 | 1,200.00 |
| 07/03/23 | MDS | TELEPHONE FROM KE RE: POST COURT CALL | 0.50 | 600.00 |
| 07/03/23 | MDS | CONFERENCE WITH ATTORNEY/CO-COUNSEL J. SUSSBERG RE: POST COURT CALL | 0.50 | 600.00 |
| 07/03/23 | MDS | CONFERENCE WITH ATTORNEY/CO-COUNSEL J. SUSSBERG RE: SCHEDULING CONFERENCE | 0.50 | 600.00 |
| 07/03/23 | FRY | ATTEND SCHEDULING CONFERENCE | 0.80 | 564.00 |
| 07/05/23 | FP | REVIEW COURT NOTICES AND UPDATE CALENDAR ENTRIES ADJOURNED TO 7/13/23 | 0.20 | 71.00 |
| 07/05/23 | FP | TELEPHONE CALL TO CHAMBERS RE: 7/3/23 HEARING TRANSCRIPT (LEFT MESSAGE) | 0.10 | 35.50 |
| 07/05/23 | FRY | EMAIL FROM COURT RE SCHEDULING | 0.10 | 70.50 |
| 07/05/23 | ADM | UPDATE CALENDAR NOTICES | 0.10 | 47.50 |
| 07/06/23 | FRY | EMAILS WITH CO-COUNSEL RE SCHEDULING FOLLOWING STATUS CONFERENCE | 0.10 | 70.50 |
| 07/06/23 | FP | REVIEW COURT NOTICES RE: 7/13 HEARING (.10) AND UPDATE CALENDAR (.10) | 0.20 | 71.00 |
| 07/06/23 | FP | REVIEW SIGNED ORDER SHORTENING TIME RE: COMMITTEE MOTION (.10) AND CALENDAR 7/13 HEARING DATE (.10) | 0.20 | 71.00 |
| 07/07/23 | FP | REVIEW COURT NOTICE AND CALENDAR HEARING ON OBJECTION RE: WALLET WITHDRAWALS | 0.10 | 35.50 |
| 07/08/23 | MDS | CORRESP. TO ATTORNEY/CO-COUNSEL J. SUSSBERG RE: COURT FILING | 0.60 | 720.00 |
| 07/10/23 | ADM | REVIEW EMAILS WITH CO-COUNSEL HB RE FILINGS AND UPCOMING SCHEDULE | 0.20 | 95.00 |
| 07/10/23 | MDS | CORRESP. TO ATTORNEY/CO-COUNSEL J. SUSSBERG RE: 7/13 HEARING | 0.30 | 360.00 |
| 07/10/23 | FP | PREPARE AND EFILE DEBTORS MOTION FOR ORDER AUTHORIZING AND APPROVING SETTLEMENT WITH CERTAIN INSIDERS | 0.20 | 71.00 |
| 07/10/23 | MDS | TELEPHONE FROM CLIENT RE: PREPARATION FOR HEARING WITH CLIENT AND COUNSEL | 0.50 | 600.00 |
| 07/10/23 | FP | PREPARE AND EFILE DEBTORS PARTIAL OPPOSITION TO COMMITTEES MOTION TO FILE UNREDACTED COPIES | 0.20 | 71.00 |
| 07/10/23 | ADM | EMAIL CORRESPONDENCE WITH F. YUDKIN RE: FILINGS | 0.10 | 47.50 |
| 07/10/23 | ADM | CALL WITH F. YUDKIN RE: FILINGS | 0.10 | 47.50 |

**COLE SCHOTZ P.C.**

Re:   CHAPTER 11 DEBTOR
      Client/Matter No. 65365-0001

Invoice Number  955022
August 8, 2023
Page 3

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 07/10/23 | FP | PREPARE AND SEND EMAIL TO KROLL RE: SERVICE OF FILED MOTIONS AND REPLIES | 0.20 | 71.00 |
| 07/11/23 | MDS | CONFERENCE WITH ATTORNEY/CO-COUNSEL KE RE: PREPARATION FOR COURT HEARING | 0.70 | 840.00 |
| 07/11/23 | FP | CALLS AND EMAILS WITH COURT AND TRANSCRIBER AS TO WHETHER 7/3 HEARING WAS RECORDED | 0.20 | 71.00 |
| 07/11/23 | FP | PREPARE (.10) AND EFILE (.20) NOTICE OF AGENDA FOR 7/13/2023 HEARINGS; COORDINATE SERVICE (.10) | 0.40 | 142.00 |
| 07/11/23 | FRY | REVIEW NOTICE OF AGENDA FOR FILING | 0.20 | 141.00 |
| 07/11/23 | MDS | CORRESP. TO ATTORNEY/CO-COUNSEL M. SLADE RE: COURT HEARING | 0.20 | 240.00 |
| 07/11/23 | FRY | EMAIL TO COURT RE CASE WEBSITE | 0.10 | 70.50 |
| 07/12/23 | FP | PREPARE (.20) AND EFILE (.20) NOTICE OF REVISED PROPOSED ORDER ESTABLISHING WITHDRAWALS OF WALLET ASSETS AS FINAL; DOWNLOAD FILED COPIES (.10) AND COORDINATE SERVICE WITH KROLL (.10) | 0.60 | 213.00 |
| 07/12/23 | FP | PREPARE (.20) AND EFILE (.10) AMENDED AGENDA FOR 7/13 HGS.; PREPARE (.10) AND SEND EMAIL (.10) TO OMNI FOR SERVICE VIA EMAIL ONLY | 0.50 | 177.50 |
| 07/12/23 | FP | PREPARE (.20) AND EFILE (.20) K&E CNO RE: APRIL MFS | 0.40 | 142.00 |
| 07/12/23 | FP | PREPARE (.20) AND EFILE (.20) (1) APPLICATION IN LIEU AND (2) PROPOSED ORDER RE: NJ BUREAU OF SECURITIES THIRD EXTENSION; CALENDAR DEADLINES (.10); COORDINATE SERVICE WITH KROLL (.10) | 0.60 | 213.00 |
| 07/12/23 | FRY | REVIEW AMENDED AGENDA FOR FILING | 0.10 | 70.50 |
| 07/12/23 | FP | PREPARE (.10) ADJOURNMENT REQUEST RE: ARCH INS. CLAIM AND SUBMIT (.10) TO JUDGE KAPLAN REQUESTING ADJOURNMENT FROM 7/20 TO 9/20; REVIEW COURT NOTICE RESCHEDULING HEARING TO 9/20 (.10) AND ADVISE ATTORNEY (.10) | 0.40 | 142.00 |
| 07/12/23 | MDS | PREPARE FOR COURT HEARING | 0.80 | 960.00 |
| 07/12/23 | FRY | EMAIL RE ADJOURNMENT REQUEST | 0.10 | 70.50 |
| 07/13/23 | MDS | ATTEND COURT CONFERENCE AND COURT HEARING | 4.00 | 4,800.00 |
| 07/13/23 | FRY | EMAIL TO CHAMBERS RE CONFERENCE SCHEDULING | 0.10 | 70.50 |
| 07/14/23 | FRY | EMAILS WITH CO-COUNSEL RE SCHEDULING | 0.10 | 70.50 |
| 07/14/23 | FRY | TELEPHONE TO CHAMBERS RE WALLET AND SCHEDULING ISSUES (.1); EMAIL TO CHAMBERS RE SAME (.1) | 0.20 | 141.00 |
| 07/25/23 | FRY | EMAILS WITH CO-COUNSEL AND COURT RE SCHEDULING MATTERS | 0.20 | 141.00 |
| 07/30/23 | FRY | REVIEW AND REVISE AGENDA FOR FILING | 0.20 | 141.00 |
| 07/30/23 | FP | PREPARE AND EFILE AGENDA FOR 8/1/23 HEARING | 0.20 | 71.00 |
| 07/31/23 | FP | PREPARE AND EFILE AMENDED AGENDA FOR 8/1/23 HEARING | 0.30 | 106.50 |
| 07/31/23 | FRY | REVIEW AMENDED AGENDA | 0.20 | 141.00 |

**CLAIMS ADMINISTRATION AND OBJECTIONS**                                    **3.80**      **1,963.00**

**COLE SCHOTZ P.C.**

Re:   CHAPTER 11 DEBTOR                                    Invoice Number  955022
      Client/Matter No. 65365-0001                                 August 8, 2023
                                                                        Page 4

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/10/23 | FRY | EMAIL WITH CO-COUNSEL RE SCHEDULING OF CLAIMS OBJECTION | 0.10 | 70.50 |
| 07/11/23 | ADM | REVIEW EMAIL WITH CO-COUNSEL RE: ADJOURNMENT REQUEST (0.1); PREPARE ADJOURNMENT REQUEST RE: ARCH INSURANCE CLAIMS OBJECTION (0.3); EMAIL CORRESPONDENCE WITH CO-COUNSEL HB RE: ADJOURNMENT REQUEST (0.1) | 0.50 | 237.50 |
| 07/11/23 | FRY | REVIEW ADJOURNMENT REQUEST FOR CLAIMS OBJECTION | 0.10 | 70.50 |
| 07/12/23 | ADM | EMAIL WITH CO-COUNSEL L. SISSON AND F. YUDKIN RE: ADJOURNMENT REQUEST OF CLAIMS OBJECTION (0.1); EMAIL F. PISANO RE: SUBMISSION TO COURT (0.1) | 0.20 | 95.00 |
| 07/13/23 | ADM | REVIEW APPLICATION EXTENDING GOVT BAR DATE (0.1); REVIEW APPLICATION EXTENDING 4007 DEADLINE (0.1); SEND TO F. PISANO FOR FILING AND EMAIL CO-COUNSEL RE: SAME (0.1) | 0.30 | 142.50 |
| 07/13/23 | FP | PREPARE APPLICATION IN LIEU TO EXTEND GOV. BAR DATE (.20); PREPARE PROPOSED CONSENT ORDER (.10); EFILE APPLICATION WITH PROPOSED CONSENT ORDER (.20); COORDINATE SERVICE (.10) | 0.60 | 213.00 |
| 07/13/23 | FRY | REVIEW APPLICATION TO EXTEND GOVERNMENT BAR DATE | 0.20 | 141.00 |
| 07/18/23 | FRY | CALL TO CHAMBERS RE SCHEDULING ON CLAIM OBJECTION | 0.20 | 141.00 |
| 07/18/23 | ADM | PREPARE ADJ. REQUEST REGARDING RESPONSE AND CROSS MOTION OF GERRO (0.4); SEND TO CO-COUNSEL L. SISSON (0.1); FINALIZE AND SUBMIT TO CHAMBERS (0.2) | 0.70 | 332.50 |
| 07/18/23 | FRY | CALL WITH CO-COUNSEL RE GERRO CLAIM OBJECTION | 0.20 | 141.00 |
| 07/19/23 | ADM | REVIEW OMNIBUS CLAIMS OBJECTION ORDERS (0.2); PREPARE CORRESPONDENCE TO COURT ENCLOSING SAME (0.2) | 0.40 | 190.00 |
| 07/19/23 | FRY | TELEPHONE FROM CREDITORS RE CLAIMS | 0.20 | 141.00 |
| 07/31/23 | ADM | REVIEW EMAIL FROM CO-COUNSEL HB RE: SCHEDULING CLAIMS MATTERS | 0.10 | 47.50 |

| DISCLOSURE STATEMENT | | | 11.50 | 8,826.00 |
|------|----------|-------------|-------|--------|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/03/23 | FP | PREPARE (.20) AND EFILE (.20) NOTICE OF REVISED EXHIBITS TO PROPOSED DISCLOSURE STATEMENT | 0.40 | 142.00 |
| 07/03/23 | FRY | REVIEW REVISED DS EXHIBITS FOR FILING | 0.40 | 282.00 |
| 07/05/23 | MDS | REVIEW OBJECTIONS TO DISCLOSURE STATEMENT | 1.70 | 2,040.00 |
| 07/05/23 | FRY | REVIEW OBJECTIONS TO DISCLOSURE STATEMENT | 0.60 | 423.00 |
| 07/07/23 | FP | REVIEW NOTICE RESCHEDULING HG. ON D/S FROM 7/13 TO 8/16 (.10) AND UPDATE CALENDAR (.10) | 0.20 | 71.00 |
| 07/11/23 | FP | PREPARE (.10) AND EFILE (.20) NOTICE OF ADJOURNMENT RE: DISCLOSURE STATEMENT HEARING; COORDINATE SERVICE (.10) | 0.40 | 142.00 |

**COLE SCHOTZ P.C.**

Re:      CHAPTER 11 DEBTOR                                    Invoice Number  955022
         Client/Matter No. 65365-0001                                August 8, 2023
                                                                         Page 5

| <u>DATE</u> | <u>INITIALS</u> | <u>Description</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 07/13/23 | MDS | PREPARE FOR COURT HEARING | 0.70 | 840.00 |
| 07/13/23 | MDS | MEETING WITH CO-COUNSEL BEFORE CONFERENCE COURT HEARING | 0.60 | 720.00 |
| 07/21/23 | FRY | CALLS AND EMAILS RE SCHEDULING OF NEW DISCLOSURE STATEMENT HEARING | 0.20 | 141.00 |
| 07/25/23 | FRY | EMAILS TO/FROM CO-COUNSEL RE DISCLOSURE STATEMENT HEARING | 0.20 | 141.00 |
| 07/27/23 | FRY | ADDRESS ISSUES RE FILING OF AMENDED DISCLOSURE STATEMENT | 0.20 | 141.00 |
| 07/27/23 | FRY | TELEPHONE FROM CO COUNSEL RE DISCLOSURE STATEMENT | 0.10 | 70.50 |
| 07/28/23 | FRY | EMAILS TO/FROM CO-COUNSEL RE FILING OF AMENDED DISCLOSURE STATEMENT | 0.20 | 141.00 |
| 07/30/23 | ADM | REVIEW EMAILS WITH CO-COUNSEL RE: FILING DS MOTION | 0.10 | 47.50 |
| 07/30/23 | FRY | EMAILS TO/FROM CO-COUNSEL RE DS | 0.20 | 141.00 |
| 07/30/23 | FP | PREPARE (.30) AND EFILE (.20) SUPPLEMENTAL MOTION CONDITIONALLY APPROVING DISCLOSURE STATEMENT ADEQUACY | 0.50 | 177.50 |
| 07/30/23 | FRY | REVIEW SUPPLEMENTAL DS MOTION | 0.40 | 282.00 |
| 07/31/23 | FRY | REVIEW EXHIBITS TO DISCLOSURE STATEMENT | 0.40 | 282.00 |
| 07/31/23 | FP | PREPARE AND EFILE NOTICE OF FILING OF AMENDED PLAN AND AMENDED DISCLOSURE STATEMENT | 0.50 | 177.50 |
| 07/31/23 | FRY | EMAILS TO/FROM M. SIROTA RE DS HEARING | 0.20 | 141.00 |
| 07/31/23 | MDS | REVIEW AMENDED DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION | 0.90 | 1,080.00 |
| 07/31/23 | FP | PREPARE FOR FILING NOTICE OF FILING OF REVISED EXHIBITS TO ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT (.20); PREPARE AND EFILE NOTICE AND COORDINATE SERVICE (.20) | 0.40 | 142.00 |
| 07/31/23 | FRY | EMAIL WITH M. SIROTA RE DISCLOSURE STATEMENT HEARING | 0.10 | 70.50 |
| 07/31/23 | FRY | REVIEW REVISED DISCLOSURE STATEMENT FOR FILING | 0.50 | 352.50 |
| 07/31/23 | FRY | TELEPHONE FROM CHAMBERS RE DS HEARING | 0.10 | 70.50 |
| 07/31/23 | FP | PREPARE AND EFILE ORDER SHORTENING TIME AND PROPOSED ORDER TO SHORTEN TIME RE: DISCLOSURE ADEQUACY ORDER | 0.50 | 177.50 |
| 07/31/23 | FP | DOWNLOAD AND REVIEW SIGNED ORDER SHORTENING TIME RE: ADEQUACY OF DISCLOSURE STATEMENT (.20); COORDINATE SERVICE (.10) | 0.30 | 106.50 |
| 07/31/23 | ADM | REVIEW EMAILS RE: MOTION TO SHORTEN TIME FOR DS MOTION (0.1); REVIEW FILING OF SAME AND CORRESPOND WITH F. PISANO RE: SUBMISSION TO CHAMBERS (0.2) | 0.30 | 142.50 |
| 07/31/23 | FRY | REVIEW AND COMMENT ON APPLICATION TO SHORTEN TIME RE DS HEARING | 0.20 | 141.00 |

**FEE APPLICATION PREPARATION**                              **14.60**      **7,010.00**

**COLE SCHOTZ P.C.**

Re:  CHAPTER 11 DEBTOR                                     Invoice Number  955022
     Client/Matter No. 65365-0001                                   August 8, 2023
                                                                          Page 6

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/02/23 | MDS | REVIEW PROFESSIONAL FEE CHART | 0.40 | 480.00 |
| 07/03/23 | FP | PREPARE (.20) AND EFILE (.10) KROLL MAY MONTHLY FEE STATEMENT | 0.30 | 106.50 |
| 07/03/23 | ADM | REVIEW KROLL MFS (0.1); SEND TO F. PISANO FOR FILING (0.1) | 0.20 | 95.00 |
| 07/03/23 | FRY | REVIEW KROLL FEE STATEMENT FOR FILING | 0.10 | 70.50 |
| 07/07/23 | ADM | REVIEW JUNE FEES WITH ATTENTION TO PRIVILEGE IN PREPARATION OF MFS | 1.50 | 712.50 |
| 07/11/23 | ADM | REVIEW BRG STAFFING REPORT (0.2); FORWARD TO F. PISANO WITH INSTRUCTIONS FOR FILING (0.1) | 0.30 | 142.50 |
| 07/11/23 | FP | PREPARE BRG MAY MFS FOR FILING (.20); AND EFILE (.20); COORDINATE SERVICE (.10) | 0.50 | 177.50 |
| 07/12/23 | FRY | COORDINATE FILING OF CNO FOR K&E | 0.10 | 70.50 |
| 07/13/23 | FP | DRAFT CNO RE: H&B MAY MFS (.10) AND CIRCULATE FOR REVIEW (.10) | 0.20 | 71.00 |
| 07/17/23 | ADM | REVIEW AND COORDINATE FILING OF CNO RE: H&B FEES | 0.20 | 95.00 |
| 07/17/23 | FP | PREPARE (.10) AND EFILE (.10) CNO RE: 6TH MFS OF H&B | 0.20 | 71.00 |
| 07/18/23 | ADM | REVISE MFS | 0.50 | 237.50 |
| 07/18/23 | ADM | PREPARE JUNE MFS COVER SHEET | 0.50 | 237.50 |
| 07/18/23 | ADM | FURTHER REVIEW MFS WITH ATTENTION TO PRIVILEGE ISSUES (0.7); REVISE ACCORDINGLY (0.3) | 1.00 | 475.00 |
| 07/18/23 | FRY | REVIEW INVOICE FOR PRIVILEGE | 0.50 | 352.50 |
| 07/18/23 | ADM | CALL WITH F. YUDKIN RE: MFS | 0.10 | 47.50 |
| 07/18/23 | ADM | REVIEW FEE EXAMINER REPORT | 0.20 | 95.00 |
| 07/19/23 | ADM | REVIEW DRAFT CNO RE: KROLL MFS AND CORRESPOND WITH F. YUDKIN R: SAME | 0.10 | 47.50 |
| 07/19/23 | FP | PREPARE (.10) AND EFILE (.20) CNO RE: KROLL MAY MFS | 0.30 | 106.50 |
| 07/19/23 | ADM | REVISE CNO RE KROLL MFS (0.1); EMAIL CONFER WITH F. YUDKIN AND F. PISANO RE: FILING (0.1) | 0.20 | 95.00 |
| 07/19/23 | ADM | REVIEW MFS (0.2); FURTHER REVISE MFS (0.4) | 0.60 | 285.00 |
| 07/19/23 | FRY | REVIEW AND COMMENT ON DRAFT MONTHLY FEE STATEMENT | 0.20 | 141.00 |
| 07/19/23 | MDS | TELEPHONE FROM FEE EXAMINER | 0.20 | 240.00 |
| 07/19/23 | FP | DRAFT CNO RE: KROLL MAY MFS (.20); CIRCULATE FOR REVIEW (.10) | 0.30 | 106.50 |
| 07/20/23 | ADM | REVIEW MFS WITH ATTENTION TO POTENTIAL PRIVILEGE ISSUES/REDACTION (0.4); FINALIZE JUNE MFS FOR FILING (0.4) | 0.80 | 380.00 |
| 07/20/23 | FP | PREPARE TO FILE COLE SCHOTZ JUNE MFS, WITH EXHIBITS (.20) AND SEND FOR REVIEW (.10) | 0.30 | 106.50 |
| 07/20/23 | FP | PREPARE AND EFILE CS JUNE MFS, WITH EXHIBITS (.20); COORDINATE SERVICE (.10) | 0.30 | 106.50 |

**COLE SCHOTZ P.C.**

Re:     CHAPTER 11 DEBTOR                                    Invoice Number  955022
        Client/Matter No. 65365-0001                              August 8, 2023
                                                                         Page 7

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/21/23 | ADM | EMAIL ACCOUNTING RE PREPARATION OF FEE EXAMINER DATA | 0.20 | 95.00 |
| 07/24/23 | ADM | REVIEW DELOITTE MONTHLY FEE STATEMENTS FOR FILING (0.2); EMAIL TO CO-COUNSEL F. YUDKIN RE: SAME (0.1); EMAIL TO KE TEAM RE: SAME (0.1) EMAIL F. PISANO RE: FILING (0.1) | 0.50 | 237.50 |
| 07/24/23 | FP | PREPARE AND FILE DELOITTE (1) FIRST (MARCH) MFS (.20); (2) SECOND (APRIL) MFS; AND (3) THIRD (MAY) MFS; COORDINATE SERVICE (.10) | 0.70 | 248.50 |
| 07/25/23 | FP | PREPARE (.20) AND EFILE (.20) KROLL JUNE MFS; COORDINATE SERVICE (.10) | 0.50 | 177.50 |
| 07/26/23 | ADM | REVIEW H&B FEE STATEMENT FOR FILING (0.1); SEND TO F. PISANO FOR FILING AND EMAIL TO CO-COUNSEL HB RE SAME (0.1) | 0.20 | 95.00 |
| 07/26/23 | FRY | REVIEW BRG STAFFING REPORT (.1); EMAIL TO CO-COUNSEL RE SAME (.1) | 0.20 | 141.00 |
| 07/26/23 | FP | PREPARE (.20) AND EFILE (.20) BRG JUNE MFS WITH EXHIBITS; COORDINATE SERVICE (.10) | 0.50 | 177.50 |
| 07/26/23 | FP | PREPARE AND EFILE H&B JUNE MONTHLY FEE STATEMENT (.20); COORDINATE SERVICE (.10) | 0.30 | 106.50 |
| 07/27/23 | FP | PREPARE (.20) AND FILE (.20) MOELIS CERTIF. OF NO OBJECTION | 0.40 | 142.00 |
| 07/27/23 | ADM | REVIEW DATA FOR FEE EXAMINER (0.2); CORRESPONDENCE WITH F. YUDKIN AND FEE EXAMINER RE: SAME (0.2) | 0.40 | 190.00 |
| 07/27/23 | FP | PREPARE (.20) AND EFILE (.20) AMENDED H&B JUNE MFS; EMAILS RE: SERVICE (.10) | 0.50 | 177.50 |
| 07/27/23 | FRY | REVIEW AMENDED FEE STATEMENT FOR HAYNES AND BOONE FOR FILING | 0.10 | 70.50 |

| **LITIGATION** | | | **11.80** | **6,613.00** |
|------|----------|-------------|-------|--------|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 07/06/23 | FRY | REVIEW DRAFT 9019 MOTION | 0.50 | 352.50 |
| 07/06/23 | FRY | EMAILS WITH CO-COUNSEL RE SCHEDULING ON ADVERSARY PROCEEDING | 0.20 | 141.00 |
| 07/07/23 | FRY | EMAILS RE FILING OF ADVERSARY COMPLAINT | 0.20 | 141.00 |
| 07/07/23 | FRY | EMAIL WITH CO-COUNSEL RE CONNECTICUT DEPARTMENT OF BANKING ADVERSARY PROCEEDING | 0.20 | 141.00 |
| 07/07/23 | ADM | REVIEW EMAILS FROM CO-COUNSEL HB RE ADV. PROC. FILING AND MOST RECENT DRAFT OF COMPLAINT (0.2); EMAIL CORRESPONDENCE WITH CO-COUNSEL RE: SAME (0.1) | 0.30 | 142.50 |
| 07/07/23 | ADM | FOLLOW UP EMAIL WITH CO-COUNSEL RE: ADV. PROC FILING | 0.10 | 47.50 |
| 07/09/23 | FRY | REVIEW REVISED 9019 MOTION | 0.40 | 282.00 |
| 07/10/23 | FRY | REVIEW VRAI NOM COMPLAINT FOR FILING | 0.30 | 211.50 |

**COLE SCHOTZ P.C.**

Re: CHAPTER 11 DEBTOR
Client/Matter No. 65365-0001

Invoice Number  955022
August 8, 2023
Page 8

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/10/23 | FRY | EMAIL WITH CO-COUNSEL RE STAY OF ADVERSARY PROCEEDING | 0.10 | 70.50 |
| 07/10/23 | ADM | CORRESPONDENCE WITH CO-COUNSEL HB RE: ADV PROCEEDING FILING (0.1); REVIEW ADVERSARY PROCEEDING (0.2); SEND TO F. PISANO FOR FILING (0.1); CALL WITH F. PISANO RE: SAME (0.1); DOWNLOAD AND SEND STAMPED FILED COPY TO CO-COUNSEL AND CORRESPOND RE: SERVICE (0.2) | 0.70 | 332.50 |
| 07/10/23 | FRY | EMAILS WITH CO-COUNSEL RE VRAI NOM ADVERSARY PROCEEDING | 0.20 | 141.00 |
| 07/10/23 | ADM | REVIEW ISSUES RELATED TO PRIMEBLOCK ADVERSARY ORDER ON MOTION TO SEAL (0.2); EMAIL WITH CO-COUNSEL HB RE: SAME (0.1) | 0.30 | 142.50 |
| 07/10/23 | FP | PREPARE (.10) NEW ADVERSARY COMPLAINT AGAINST VRAI NOM INVESTMENT LTD AND EFILE (.20); DOWNLOAD FILED COPY AND CIRCULATE TO A. MILLIARESSIS (.10 | 0.40 | 142.00 |
| 07/10/23 | FRY | EMAIL FROM COURT RE MOTION TO SEAL ON PRIMEBLOCK ADVERSARY | 0.10 | 70.50 |
| 07/10/23 | FRY | COORDINATE FILING OF 9019 MOTION | 0.20 | 141.00 |
| 07/10/23 | ADM | REVIEW FORM OF ORDER RE: PRIMEBLOCK MOTION TO SEAL (0.1); EMAIL CO-COUNSEL F. YUDKIN AND HB RE SAME (0.1); SUBMIT SAME TO CHAMBERS (0.1) | 0.30 | 142.50 |
| 07/10/23 | FP | REVIEW SUMMONS ISSUED IN ADVERSARY AGAINST VRAI NOM (.10) AND CIRCULATE TO A. MILLIARESSIS | 0.20 | 71.00 |
| 07/11/23 | ADM | REVIEW JOINT SCHEDULING ORDER IN DIGISTAR ADV. PROC. (0.2); EMAIL CORRESPONDENCE WITH CO-COUNSEL F. YUDKIN AND L. SISSON RE: SAME (0.1) | 0.30 | 142.50 |
| 07/11/23 | FRY | REVIEW SCHEDULING ORDER IN DIGISTAR CASE (.1); EMAIL TO CO-COUNSEL RE SAME (.1) | 0.20 | 141.00 |
| 07/12/23 | ADM | REVIEW DIGISTAR SCHEDULING ORDER FOR FILING AND EMAIL CORRESPONDENCE WITH L. SISSON RE: SAME (0.1); EMAIL WITH F. YUDKIN AND F. PISANO RE: SAME (0.1) | 0.20 | 95.00 |
| 07/12/23 | ADM | EMAIL WITH CO-COUNSEL L. SISSON RE: APPLICATION IN LIEU OF MOTION RE: RULE 4007 DEADLINE (0.1); REVIEW SAME (0.1); EMAIL CORRESPONDENCE WITH F. YUDKIN AND F. PISANO RE: FILING (0.1); CALL WITH CO-COUNSEL L. SISSON RE SAME (0.1); CALL WITH F. PISANO RE: FILING (0.1) | 0.50 | 237.50 |
| 07/12/23 | FRY | REVIEW APPLICATION IN LIEU RE DEADLINE TO FILE A COMPLAINT OBJECTING TO DISCHARGE | 0.20 | 141.00 |
| 07/12/23 | FP | PREPARE (.20) AND EFILE (.20) AGREED JOINT SCHEDULING ORDER IN DIGISTAR ADVERSARY | 0.40 | 142.00 |
| 07/13/23 | FP | PREPARE (.20) AND EFILE (.10) NOTICE OF WITHDRAWAL OF MOTION TO ENFORCE AUTO. STAY IN CONN. DEPT. OF BANKING ADV. CASE | 0.30 | 106.50 |

**COLE SCHOTZ P.C.**

Re:     CHAPTER 11 DEBTOR                                      Invoice Number  955022
        Client/Matter No. 65365-0001                                      August 8, 2023
                                                                                Page 9

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/13/23 | ADM | REVIEW MOTION TO STAY CT BANKING ADV. PROC. (0.2); EMAIL TO F. PISANO WITH DOCUMENTS FOR FILING AND EMAIL WITH CO-COUNSEL HB RE SAME (0.1) | 0.30 | 142.50 |
| 07/13/23 | ADM | PREPARE NOTICE OF WITHDRAWAL OF INJUNCTION MOTION IN CT BANKING ADV. PROC (0.4); CORRESPOND WITH CO-COUNSEL HB RE SAME (0.1); EMAIL CORRESPONDENCE WITH F. PISANO RE: FILING (0.1) | 0.60 | 285.00 |
| 07/13/23 | FRY | REVIEW NOTICE OF WITHDRAWAL RE CT BANKING ADV. PROCEEDING | 0.10 | 70.50 |
| 07/13/23 | FP | PREPARE AND EFILE NOTICE OF MOTION FOR ORDER STAYING ADV. PROCEEDING (CONN. DEPT. OF BANKING) WITH MOL AND PROPOSED ORDER | 0.30 | 106.50 |
| 07/17/23 | FRY | EMAIL RE STIPULATION AND PROTECTIVE ORDER ON THREE ARROWS | 0.10 | 70.50 |
| 07/18/23 | MDS | REVIEW ANSWER TO AMENDED COMPLAINT | 0.60 | 720.00 |
| 07/18/23 | ADM | REVIEW APPLICATION IN LIEU FOR CONFIDENTIALITY STIP AND PROTECTIVE ORDER AND REVISE ORDER (0.3); EMAIL WITH CO-COUNSEL J. CHAVEZ AND PARALEGAL F. PISANO RE: FILING (0.1) | 0.40 | 190.00 |
| 07/18/23 | FP | PREPARE (.20) APPLICATION IN LIEU AND CONFIDENTIALITY STIPULATION/PROTECTIVE ORDER FOR FILING; EFILE (.20); DOWNLOAD FILED COPY (.10) AND COORDINATE SERVICE (.10) | 0.60 | 213.00 |
| 07/21/23 | FP | PREPARE (.20) AND EFILE (.20) ANSWER IN ADVERSARY 23-1144 (COMMITTEE V. BLOCKFI); ATTEND TO SERVICE (.10) | 0.50 | 177.50 |
| 07/21/23 | ADM | REVIEW ANSWER TO UCC COMPLAINT AND PREPARE FINALIZED VERSION OF SAME (0.2); EMAIL WITH CO-COUNSEL HB RE FILING AND SERVICE (0.1); EMAIL CORRESPONDENCE WITH F. PISANO RE: SERVICE (0.1) | 0.30 | 142.50 |
| 07/21/23 | FRY | REVIEW DRAFT ANSWER TO COMPLAINT RE WASHINGTON SEIZURE WARRANTS (.2); EMAILS WITH CO-COUNSEL RE SAME (.2) | 0.40 | 282.00 |
| 07/25/23 | FRY | CONFER WITH CO-COUNSEL RE PRE TRIAL (.2); EMAILS RE SAME (.1) | 0.30 | 211.50 |
| 07/27/23 | FRY | REVIEW PRIME BLOCK SCHEDULING ORDER | 0.20 | 141.00 |
| 07/27/23 | ADM | REVIEW CONSENT ORDER RE: PRIMEBLOCK (0.1); REVIEW LOCAL RULES RELATED TO SAME (0.1); EMAIL CORRESPONDENCE TO F. YUDKIN AND CO-COUNSEL HB RE SAME (0.1) | 0.30 | 142.50 |

| **PLAN OF REORGANIZATION** | | | **42.80** | **46,812.00** |
|------|----------|-------------|-------|--------|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/01/23 | MDS | REVIEW TRANSCRIPT | 0.90 | 1,080.00 |
| 07/01/23 | MDS | CORRESP. TO ATTORNEY/CO-COUNSEL M. SLADE RE: SUBPOENAS | 0.50 | 600.00 |

**COLE SCHOTZ P.C.**

| Re: | CHAPTER 11 DEBTOR | Invoice Number  955022 |
|-----|-------------------|------------------------|
|     | Client/Matter No. 65365-0001 | August 8, 2023 |
|     |                   | Page 10 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|----------|--------------|-----------------|-----------|------------|
| 07/01/23 | MDS | CONFERENCE WITH J. SUSSBERG RE: PREPARATION FOR CONFERENCE AND REVIEW ALL PLEADINGS | 3.10 | 3,720.00 |
| 07/02/23 | WAU | REVIEW AND RESPOND TO EMAILS RE: UCC MEET AND CONFER ON HEARING AND DISCOVERY SCHEDULING FOR PENDING MATTERS | 0.20 | 190.00 |
| 07/02/23 | MDS | CORRESP. TO ADVERSARY UCC RE: PROPOSED SCHEDULE | 0.30 | 360.00 |
| 07/02/23 | MDS | TELEPHONE FROM ATTORNEY/CO-COUNSEL J. SUSSBERG RE: PROPOSED SCHEDULE - PLAN ISSUES | 1.40 | 1,680.00 |
| 07/02/23 | MDS | TELEPHONE FROM ATTORNEY/CO-COUNSEL R. KANOWITZ AND KE TEAM RE: SETTLEMENT | 2.50 | 3,000.00 |
| 07/02/23 | MDS | TELEPHONE TO ADVERSARY R. STARK RE: MEET AND CONFER | 1.00 | 1,200.00 |
| 07/02/23 | MDS | CORRESP. TO ADVERSARY R. STARK RE: MEET AND CONFER | 0.20 | 240.00 |
| 07/04/23 | MDS | REVIEW 9019 OUTLINE | 1.40 | 1,680.00 |
| 07/04/23 | MDS | REVISE RESPONSE TO DESIGNATIONS | 0.60 | 720.00 |
| 07/04/23 | MDS | REVISE LETTER TO R. STARK RE: CONFIDENTIALITY | 0.20 | 240.00 |
| 07/04/23 | MDS | CONFERENCE WITH ATTORNEY/CO-COUNSEL J. SUSSBERG RE: 9019 | 0.80 | 960.00 |
| 07/04/23 | MDS | CONFERENCE WITH ATTORNEY/CO-COUNSEL J. SUSSBERG RE: POTENTIAL SETTLEMENT | 0.70 | 840.00 |
| 07/06/23 | FRY | CALL WITH CO-COUNSEL RE PLAN EXCLUSIVITY | 0.40 | 282.00 |
| 07/06/23 | FRY | REVIEW DRAFT OF OBJECTION TO EXCLUSIVITY EXTENSION | 0.40 | 282.00 |
| 07/06/23 | MDS | REVIEW DRAFT 9019 - PROVIDE COMMENTS | 1.70 | 2,040.00 |
| 07/07/23 | MDS | REVIEW REPLY TO EXCLUSIVITY OBJECTION WITH COMMENTS | 0.90 | 1,080.00 |
| 07/07/23 | MDS | REVIEW REVISED RESPONSE TO EXCLUSIVITY OBJECTION | 0.60 | 720.00 |
| 07/07/23 | MDS | CORRESP. TO ATTORNEY/CO-COUNSEL J. SUSSBERG RE: PREPARATION FOR JULY 13TH | 0.30 | 360.00 |
| 07/07/23 | MDS | REVIEW EMAIL CHAIN ON UCC DOCUMENT REQUEST | 0.40 | 480.00 |
| 07/08/23 | MDS | CORRESP. TO ATTORNEY/CO-COUNSEL RE: COMMENTS TO UCC SEALING MOTION | 0.70 | 840.00 |
| 07/08/23 | MDS | REVIEW REVISED SETTLEMENT MOTION AND COMMENT | 0.90 | 1,080.00 |
| 07/08/23 | MDS | CORRESP. TO CLIENT RE: REVISIONS TO EXCLUSIVITY RESPONSE | 0.50 | 600.00 |
| 07/09/23 | MDS | REVIEW REVISED 9019 | 0.80 | 960.00 |
| 07/10/23 | MDS | REVIEW RESPONSE TO MOTION TO SEAL | 0.40 | 480.00 |
| 07/10/23 | ADM | EMAIL CORRESPONDENCE (MULTIPLE) WITH CO-COUNSEL RE: FILING OF 9019 MOTION AND TRANSMISSION OF UNREDACTED EXHIBITS (0.3); REVIEW 9019 MOTION FOR FILING (0.4); PREPARE EMAIL TO COURT ATTACHING UNREDACTED EXHIBITS (0.2); PREPARE AND SEND EMAIL TO UST RE: UNREDACTED EXHIBITS (0.2) | 1.10 | 522.50 |
| 07/10/23 | MDS | REVIEW REVISED REPLY TO EXCLUSIVITY OBJECTION | 0.40 | 480.00 |
| 07/10/23 | FRY | CONFERENCE CALL RE 9019, RESPONSE TO EXCLUSIVITY AND RELATED FILINGS | 0.50 | 352.50 |

**COLE SCHOTZ P.C.**

Re:   CHAPTER 11 DEBTOR                                                Invoice Number  955022
      Client/Matter No. 65365-0001                                           August 8, 2023
                                                                                     Page 11

| <u>DATE</u> | <u>INITIALS</u> | <u>Description</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 07/10/23 | FP | PREPARE AND EFILE REPLY MEMO ISO DEBTORS SECOND MOTION TO EXTEND EXCLUSIVITY | 0.20 | 71.00 |
| 07/10/23 | ADM | REVIEW RESPONSE TO EXCLUSIVITY MOTION (0.1); REVIEW RESPONSE TO MOTION TO SEAL (0.1); CORRESPOND WITH F. PISANO RE: FILING (0.1); REVIEW DOCKET AND RESPOND RE: FILING QUESTIONS (0.2) | 0.50 | 237.50 |
| 07/10/23 | WAU | REVIEW MOTION TO APPROVE INSIDER SETTLEMENT AND RELATED ATTACHMENTS | 0.70 | 665.00 |
| 07/10/23 | FP | PREPARE AND FILE DEBTORS MOTION FOR AN ORDER AUTHORIZING FILING UNDER SEAL CERTAIN INFORMATION IN CONNECTION WITH MOTION AUTHORIZING AND APPROVING SETTLEMENT WITH INSIDERS | 0.20 | 71.00 |
| 07/10/23 | FRY | COORDINATE FILING OF OBJECTION TO UNSEAL REPORT | 0.10 | 70.50 |
| 07/10/23 | MDS | CORRESP. TO ATTORNEY/CO-COUNSEL M. SLADE RE: 9019 AND UNSEAL | 0.20 | 240.00 |
| 07/10/23 | FRY | COORDINATE FILING OF REPLY TO EXCLUSIVITY OBJECTION | 0.20 | 141.00 |
| 07/11/23 | ADM | CORRESPONDENCE WITH F. PISANO AND REVIEW DOCKET RE: LINKED DOCUMENTS FOR EXCLUSIVITY MOTION | 0.30 | 142.50 |
| 07/11/23 | MDS | CONFERENCE WITH ATTORNEY/CO-COUNSEL J. SUSSBERG RE: PENDING MOTIONS | 0.50 | 600.00 |
| 07/11/23 | MDS | REVIEW FINAL VERSIONS OF 9019 AND RESPONSE TO UCC | 1.40 | 1,680.00 |
| 07/11/23 | MDS | REVIEW JPL SUBMISSION | 0.40 | 480.00 |
| 07/12/23 | ADM | FOLLOW UP EMAIL CORRESPONDENCE WITH UST RE: UNREACTED EXHIBITS TO 9019 MOTION | 0.20 | 95.00 |
| 07/12/23 | MDS | REVIEW SUPPLEMENTAL OBJECTION TO EXCLUSIVITY | 0.40 | 480.00 |
| 07/13/23 | FRY | EMAIL TO CHAMBERS RE EXCLUSIVITY BRIDGE ORDER | 0.10 | 70.50 |
| 07/14/23 | MDS | REVIEW/REVISE TERM SHEET | 0.60 | 720.00 |
| 07/14/23 | WAU | REVIEW THREE ARROWS DISCOVERY REQUESTS | 0.20 | 190.00 |
| 07/14/23 | MDS | CONFERENCE WITH ATTORNEY/CO-COUNSEL KE RE: SETTLEMENT | 0.70 | 840.00 |
| 07/14/23 | WAU | REVIEW CONFIDENTIALITY STIPULATION AND EMAILS RE: SAME | 0.30 | 285.00 |
| 07/14/23 | MDS | CONFERENCE WITH ATTORNEY/CO-COUNSEL J. SUSSBERG RE: SETTLEMENT OPTIONS | 0.70 | 840.00 |
| 07/15/23 | FRY | EMAIL RE SETTLEMENT CONFERENCE WITH JUDGE | 0.10 | 70.50 |
| 07/16/23 | MDS | CONFERENCE WITH ATTORNEY/CO-COUNSEL J. SUSSBERG RE: SETTLEMENT ISSUE | 0.50 | 600.00 |
| 07/16/23 | MDS | CONFERENCE WITH ATTORNEY/CO-COUNSEL CS TEAM RE: SETTLEMENT AND COURT HEARING | 0.80 | 960.00 |
| 07/17/23 | MDS | TELEPHONE FROM ATTORNEY/CO-COUNSEL J. SUSSBERG RE: MEDIATION WITH JUDGE KAPLAN | 0.90 | 1,080.00 |
| 07/17/23 | MDS | REVIEW EMAILS ON SETTLEMENT TERM SHEET | 0.70 | 840.00 |
| 07/17/23 | MDS | REVIEW SETTLEMENT TERM SHEET AND COMMENT | 0.60 | 720.00 |

**COLE SCHOTZ P.C.**

Re:    CHAPTER 11 DEBTOR                                                    Invoice Number  955022
       Client/Matter No. 65365-0001                                              August 8, 2023
                                                                                        Page 12

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/17/23 | MDS | TELEPHONE FROM ATTORNEY/CO-COUNSEL R. KANOWITZ RE: MEDIATION WITH JUDGE KAPLAN | 0.60 | 720.00 |
| 07/18/23 | FRY | REVIEW LATEST SETTLEMENT TERM SHEET | 0.20 | 141.00 |
| 07/18/23 | MDS | WORK ON BLOCKFI SETTLEMENT | 0.90 | 1,080.00 |
| 07/18/23 | FRY | EMAILS RE SCHEDULING OF EXLCUSIVITY MOTION | 0.20 | 141.00 |
| 07/18/23 | MDS | EXTENSIVE EMAIL EXCHANGE ON SETTLEMENT | 0.30 | 360.00 |
| 07/18/23 | MDS | REVIEW AND REVISE SETTLEMENT TERM SHEET | 0.60 | 720.00 |
| 07/18/23 | MDS | CONFERENCE WITH ATTORNEY/CO-COUNSEL J. SUSSBERG RE: MEDIATION | 0.70 | 840.00 |
| 07/19/23 | FRY | REVIEW THE LATEST SETTLEMENT TERM SHEET | 0.20 | 141.00 |
| 07/19/23 | MDS | TELEPHONE FROM ATTORNEY/CO-COUNSEL J. SUSSBERG RE: MEDIATION | 0.40 | 480.00 |
| 07/19/23 | FRY | CONFERENCE WITH COURT RE SCHEDULING OF EXCLUSIVITY MOTION | 0.10 | 70.50 |
| 07/19/23 | FRY | CALL FROM CO-COUNSEL RE BRIDGE ORDER | 0.10 | 70.50 |
| 07/20/23 | ADM | REVIEW BRIDGE ORDER AND DOCKET RELATED TO SAME (0.2); FINALIZE FORM OF ORDER AND SUBMIT TO CHAMBERS (0.1) | 0.30 | 142.50 |
| 07/20/23 | MDS | REVIEW EMAIL - OPEN SETTLEMENT ISSUE | 0.20 | 240.00 |
| 07/20/23 | MDS | CONFERENCE WITH ATTORNEY/CO-COUNSEL J. SUSSBERG RE: SETTLEMENT AGREEMENT | 0.50 | 600.00 |
| 07/20/23 | FRY | REVIEW BRIDGE ORDER ON EXCLUSIVITY | 0.20 | 141.00 |
| 07/20/23 | MDS | REVIEW AND REVISE SETTLEMENT AGREEMENT | 0.40 | 480.00 |
| 07/26/23 | FP | PREPARE (.20) AND FILE (.10) NOTICE OF AMENDED CONFIRMATION TIMELINE; COORDINATE SERVICE (.10) | 0.40 | 142.00 |
| 07/28/23 | MDS | REVIEW EMAIL CORRESPONDENCE WITH M. SLADE AND BROWN RUDNICK | 0.40 | 480.00 |
| 07/29/23 | FRY | EMAILS WITH CO-COUNSEL RE AMENDED PLAN AND DS | 0.20 | 141.00 |
| 07/31/23 | FRY | REVIEW REVISED PLAN FOR FILING | 0.60 | 423.00 |
| **REPORTING** | | | **1.40** | **707.00** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/21/23 | FP | PREPARE (.40) AND EFILE (.40) MOR'S AND SUPPORTING DOCUMENTS FOR 9 ENTITIES | 0.80 | 284.00 |
| 07/21/23 | FRY | REVIEW MONTHLY OPERATING REPORTS | 0.50 | 352.50 |
| 07/21/23 | FRY | CALL WITH BRG RE MOR | 0.10 | 70.50 |
| **TAX ISSUES** | | | **0.10** | **70.50** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 07/19/23 | FRY | CALL FROM IRS | 0.10 | 70.50 |
| **TRAVEL TIME** | | | **1.50** | **900.00** |

**COLE SCHOTZ P.C.**

Re:      CHAPTER 11 DEBTOR                                          Invoice Number  955022
         Client/Matter No. 65365-0001                                        August 8, 2023
                                                                                Page 13

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 07/13/23 | MDS | TRAVEL TO COURT | 1.50 | 900.00 |
| | | | TOTAL HOURS   111.20 | |

PROFESSIONAL SERVICES:                                                      $94,027.50

**TIMEKEEPER SUMMARY**

| **NAME** | **TIMEKEEPER TITLE** | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|---|
| Andreas D. Milliaressis | Associate | 18.30 | 475.00 | 8,692.50 |
| Felice R. Yudkin | Member | 18.20 | 705.00 | 12,831.00 |
| Frances Pisano | Paralegal | 18.80 | 355.00 | 6,674.00 |
| Michael D. Sirota | Member | 1.50 | 600.00 | 900.00 |
| Michael D. Sirota | Member | 53.00 | 1,200.00 | 63,600.00 |
| Warren A. Usatine | Member | 1.40 | 950.00 | 1,330.00 |
| **Total** | | **111.20** | | **$94,027.50** |

**COST DETAIL**

| **DATE** | **Description** | **QUANTITY** | **AMOUNT** |
|---|---|---|---|
| 07/10/23 | FILING FEES | 1.00 | 350.00 |
| 07/11/23 | PHOTOCOPY /PRINTING/ SCANNING | 14.00 | 2.80 |
| 07/11/23 | PHOTOCOPY /PRINTING/ SCANNING | 3.00 | 0.60 |
| 07/13/23 | PHOTOCOPY /PRINTING/ SCANNING | 12.00 | 2.40 |
| 07/14/23 | TRAVEL - CAR SERVICE | 1.00 | 2,271.11 |
| 07/17/23 | PHOTOCOPY /PRINTING/ SCANNING | 16.00 | 3.20 |
| 07/17/23 | PHOTOCOPY /PRINTING/ SCANNING | 2.00 | 0.40 |
| **Total** | | | **$2,630.51** |

**COST SUMMARY**

| **Description** | **AMOUNT** |
|---|---|
| PHOTOCOPYING / PRINTING / SCANNING | 9.40 |
| TRAVEL - CAR SERVICE | 2,271.11 |
| FILING FEES | 350.00 |
| **TOTAL COSTS** | **$2,630.51** |

**COLE SCHOTZ P.C.**

Re:     CHAPTER 11 DEBTOR                                    Invoice Number  955022
        Client/Matter No. 65365-0001                              August 8, 2023
                                                                        Page 14

_____

TOTAL SERVICES AND COSTS:                              $         96,658.01