# EXHIBIT B

**brownrudnick**

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6964003 |
| Date | Aug 9, 2023 |
| Client | 039246 |

RE: COSTS

## INVOICE

For professional services rendered in connection with the above captioned matter through July 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0001 | COSTS | 0.00 | 18,725.88 | 18,725.88 |
| | **Total** | **0.00** | **18,725.88** | **18,725.88** |

| | |
|---|---:|
| Total Current Fees | $0.00 |
| Total Current Costs | $18,725.88 |
| **Total Invoice** | **$18,725.88** |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6964003
RE: COSTS  Page 2
August 9, 2023

## COST DETAIL

| Date | Description | Value |
|---|---|---|
| 06/12/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 30.00 |
| 06/12/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 297.00 |
| 06/13/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 15.00 |
| 06/13/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 297.00 |
| 06/14/23 | AIRFARE - 05/16/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 238.90 |
| 06/14/23 | TRAIN TRAVEL - 05/18/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 287.00 |
| 06/14/23 | TRAVEL AGENT FEE - 05/18/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 30.00 |
| 06/14/23 | TRAVEL AGENT FEE - 05/16/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 30.00 |
| 06/14/23 | TRAVEL AGENT FEE - 05/16/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 30.00 |
| 06/14/23 | TRAIN TRAVEL - 05/17/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 431.00 |
| 06/14/23 | TRAVEL AGENT FEE - 05/17/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 30.00 |
| 06/14/23 | TRAVEL AGENT FEE - 05/17/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 30.00 |
| 06/14/23 | TRAVEL AGENT FEE - 05/18/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 30.00 |
| 06/14/23 | TRAVEL AGENT FEE - 05/18/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 30.00 |
| 06/14/23 | TRAIN TRAVEL - 05/18/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 174.00 |
| 06/14/23 | TRAIN TRAVEL - 05/18/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | (206.00) |
| 06/14/23 | TRAVEL AGENT FEE - 05/23/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 30.00 |
| 06/14/23 | AIRFARE - 05/30/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 243.90 |
| 06/14/23 | TRAVEL AGENT FEE - 05/30/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 30.00 |
| 06/14/23 | TRAVEL AGENT FEE - 05/30/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 30.00 |
| 06/14/23 | TRAIN TRAVEL - 06/06/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 162.00 |
| 06/14/23 | TRAIN TRAVEL - 06/07/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 263.00 |
| 06/14/23 | TRAVEL AGENT FEE - 06/06/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 30.00 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
RE: COSTS  
August 9, 2023

Invoice 6964003  
Page 3

| Date | Description | Value |
|---|---|---|
| 06/14/23 | TRAVEL AGENT FEE - 06/02/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 30.00 |
| 06/14/23 | AIRFARE - 06/02/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 278.90 |
| 06/14/23 | TRAVEL AGENT FEE - 06/06/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 30.00 |
| 06/14/23 | TRAVEL AGENT FEE - 06/06/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 30.00 |
| 06/14/23 | TRAIN TRAVEL - 06/06/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 64.00 |
| 06/14/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 06/14/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 396.00 |
| 06/14/23 | AIRFARE - 06/06/23; VENDOR: DINERS CLUB; INVOICE#: 061423CTSRC; DATE: 6/14/2023 | 213.90 |
| 06/14/23 | MEALS - VENDOR: DINERS CLUB; INVOICE#: 061423KSORC; DATE: 6/14/2023 | 900.00 |
| 06/15/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 06/15/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 06/15/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 594.00 |
| 06/16/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 55.00 |
| 06/16/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 792.00 |
| 06/19/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 15.00 |
| 06/20/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 90.00 |
| 06/20/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 990.00 |
| 06/21/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 06/22/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 15.00 |
| 06/24/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 25.00 |
| 06/26/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 06/26/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 149.00 |
| 06/26/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 891.00 |
| 06/26/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 6.00 |
| 06/26/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 119.00 |
| 06/27/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 06/27/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 06/27/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 185.00 |
| 06/27/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 06/27/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 109.00 |
| 07/02/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 07/02/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 40.00 |
| 07/03/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS　　　　　　　　　　Invoice 6964003
RE: COSTS　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 4
August 9, 2023

| Date | Description | Value |
|---|---|---|
| 07/03/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 113.00 |
| 07/05/23 | TAXI - 6/23/23; VENDOR: BENNETT SILVERBERG; INVOICE#: 062723; DATE: 6/27/2023 | 110.31 |
| 07/05/23 | COPIES | 4.00 |
| 07/10/23 | COPIES | 0.20 |
| 07/10/23 | COPIES | 16.60 |
| 07/10/23 | COPIES | 11.10 |
| 07/10/23 | COPIES | 6.20 |
| 07/10/23 | COPIES | 9.10 |
| 07/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 07/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 35.00 |
| 07/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 6.00 |
| 07/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 55.00 |
| 07/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 07/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 110.00 |
| 07/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2,079.00 |
| 07/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 49.00 |
| 07/11/23 | TAXI - 5/22/23; VENDOR: ANDREW RIZKALLA; INVOICE#: 070623; DATE: 7/6/2023 | 18.79 |
| 07/11/23 | TAXI - 6/14-6/15/23; VENDOR: ANDREW RIZKALLA; INVOICE#: 070623; DATE: 7/6/2023 | 40.71 |
| 07/11/23 | MEALS - 5/17/23; VENDOR: ANDREW RIZKALLA; INVOICE#: 070623; DATE: 7/6/2023 | 24.98 |
| 07/11/23 | MEALS - 5/18/23; ENDOR: ANDREW RIZKALLA; INVOICE#: 070623; DATE: 7/6/2023 | 23.84 |
| 07/11/23 | MEALS - 5/22/23; ENDOR: ANDREW RIZKALLA; INVOICE#: 070623; DATE: 7/6/2023 | 26.23 |
| 07/11/23 | COPIES | 27.10 |
| 07/11/23 | COPIES | 0.90 |
| 07/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 30.00 |
| 07/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 8.00 |
| 07/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 120.00 |
| 07/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 297.00 |
| 07/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 07/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 386.00 |
| 07/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 1,089.00 |
| 07/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 07/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 07/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 12.00 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS                          Invoice 6964003
RE: COSTS                                                                                      Page 5
August 9, 2023

| Date | Description | Value |
|---|---|---|
| 07/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 507.00 |
| 07/11/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 198.00 |
| 07/12/23 | TAXI - VENDOR: BOSTON COACH CORP.; INVOICE#: 328062; DATE: 6/30/2023 | 523.09 |
| 07/12/23 | TAXI - VENDOR: BOSTON COACH CORP.; INVOICE#: 328062; DATE: 6/30/2023 | 262.95 |
| 07/12/23 | TAXI - VENDOR: BOSTON COACH CORP.; INVOICE#: 328062; DATE: 6/30/2023 | 327.63 |
| 07/12/23 | COPIES | 0.50 |
| 07/12/23 | COPIES | 9.20 |
| 07/12/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 6.00 |
| 07/12/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 105.00 |
| 07/12/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 6.00 |
| 07/12/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 75.00 |
| 07/12/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 8.00 |
| 07/12/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 170.00 |
| 07/12/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 891.00 |
| 07/12/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 07/13/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 07/14/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 25.00 |
| 07/17/23 | PROFESSIONAL SERVICES - VENDOR: BR INVESTIGATIONS LLC; INVOICE#: 6962703; DATE: 7/14/2023 | 99.00 |
| 07/19/23 | COPIES | 10.30 |
| 07/19/23 | COPIES | 1.10 |
| 07/20/23 | TAXI - 7/12/23; VENDOR: BENNETT SILVERBERG; INVOICE#: 071323; DATE: 7/13/2023 | 101.97 |
| 07/20/23 | TAXI - 7/13/23; VENDOR: BENNETT SILVERBERG; INVOICE#: 071323; DATE: 7/13/2023 | 201.47 |
| 07/20/23 | TAXI - 7/17/23; VENDOR: BENNETT SILVERBERG; INVOICE#: 071723; DATE: 7/17/2023 | 206.18 |
| 07/21/23 | TAXI - 7/11/23; VENDOR: BENNETT SILVERBERG; INVOICE#: 071223; DATE: 7/12/2023 | 90.89 |
| 07/24/23 | MEALS - 7/17/23; VENDOR: BENNETT SILVERBERG; INVOICE#: 071723-1; DATE: 7/17/2023 | 104.63 |
| 07/24/23 | TAXI - 7/17/23; VENDOR: BENNETT SILVERBERG; INVOICE#: 071823; DATE: 7/18/2023 | 110.91 |
| 07/24/23 | TAXI - 7/19/23; VENDOR: BENNETT SILVERBERG; INVOICE#: 072023; DATE: 7/20/2023 | 75.02 |
| 07/24/23 | TAXI - 7/19/23; VENDOR: BENNETT SILVERBERG; INVOICE#: 072023; DATE: 7/20/2023 | 87.99 |
| 07/24/23 | OUTSIDE COPIES - VENDOR: ON PRESS EDISCOVERY; INVOICE#: 5003035; DATE: 7/19/2023 | 848.75 |



| | | |
|---|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice 6964003 |
| RE: COSTS | | Page 6 |
| August 9, 2023 | | |

| Date | Description | Value |
|---|---|---|
| 07/25/23 | MEALS - 7/11/23; VENDOR: ANDREW RIZKALLA; INVOICE#: 072423; DATE: 7/24/2023 | 22.60 |
| 07/25/23 | TAXI - 7/12/23; VENDOR: ANDREW RIZKALLA; INVOICE#: 072423; DATE: 7/24/2023 | 21.91 |
| 07/25/23 | TAXI - 7/13/23; VENDOR: ANDREW RIZKALLA; INVOICE#: 072423; DATE: 7/24/2023 | 14.93 |
| 07/26/23 | COPIES | 13.60 |
| 07/26/23 | COPIES | 1.00 |
| 07/27/23 | COPIES | 8.60 |
| | **Total Costs** | **18,725.88** |

## COST SUMMARY

| Description | Value |
|---|---|
| MEALS | 1,102.28 |
| OUTSIDE COPIES | 848.75 |
| TRAVEL AGENT FEE | 420.00 |
| TRAIN TRAVEL | 1,175.00 |
| AIRFARE | 975.60 |
| TAXI | 2,194.75 |
| PROFESSIONAL SERVICES | 99.00 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 11,791.00 |
| COPIES | 119.50 |
| **Total Costs** | **18,725.88** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

| | |
|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>NEW YORK, NY 10036 | Invoice 6964003<br>Date Aug 9, 2023<br>Client 039246 |

RE: COSTS



Remittance

**Balance Due: $18,725.88**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: