## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

### MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD
### JUNE 1, 2023 THROUGH JUNE 30, 2023

| | | | |
|---|---|---|---|
| Debtor: | BlockFi Inc. | Applicant: | McCarter & English, LLP |
| Case No.: | 22-19361(MBK) | Client: | Unsecured Creditors Committee |
| Chapter: | 11 | Case Filed: | November 28, 2022 |

### SECTION 1
### FEE SUMMARY

X  Monthly Fee Statement No.  6           or  ☐ Final Fee Application

Summary of Amounts Requested for the Period from June 1, 2023 through June 30, 2023 (the "**Sixth Statement Period**")

| | |
|---|---|
| Total Fees: | $224,877.00 |
| Total Disbursements: | $2,827.28 |
| Minus 20% holdback of Fees ($44,975.40): | $179,901.60 |
| Amount Sought at this Time: | $182,728.88 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| David J. Adler, Partner | 1991 | 58.90 | $900.00 | $53,010.00 |
| Lisa S. Bonsall, Partner | 1988 | 64.70 | $835.00 | $54,024.50 |
| Lawrence Sannicandro, Partner | 2011 | 19.90 | $625.00 | $12,437.50 |
| Jessica J. Macarone, Special Counsel | 2001 | 52.60 | $595.00 | $31,297.00 |
| Kathleen Keating, Associate | 1985 | .30 | $550.00 | $165.00 |
| Scott Weingart, Associate | 2013 | 17.20 | $565.00 | $9,718.00 |
| Stephanie A. Pisko, Associate | 2015 | 46.60 | $530.00 | $24,698.00 |
| Jamie Zug, Associate | 2016 | 43.70 | $495.00 | $21,631.50 |
| Gregory A. Hall, Associate | 2017 | 32.30 | $465.00 | $15,019.50 |
| Trevor Larrubia, Associate | 2019 | 5.90 | $450.00 | $2,655.00 |
| Cecilia Beirne, Paralegal | | .50 | $310.00 | $155.00 |
| Michael F. Finkler, Litigation Technology Manager | | .40 | $165.00 | $66.00 |

| | |
|---|---|
| Fee Totals: | $224,877.00 |
| Disbursements Totals: | $2,827.28 |
| Total Fee Application | $227,704.28 |

ME1 45709882v.1

## SECTION II SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) **Asset Analysis and Recovery:**<br>Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) **Asset Disposition**<br>Sales, leases, abandonment and related transaction work. | | |
| c) **Avoidance Action Litigation**<br>Preference and fraudulent transfer litigation. | | |
| d) **Business Operations**<br>Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) **Case Administration**<br>Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 16.1 | $13,443.50 |
| f) **Claims Administration and Objections**<br>Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) **Employee Benefits/Pensions**<br>Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) **Fee/Employment Applications**<br>Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 7.50 | $6,750.00 |
| i) **Fee/Employment Objections**<br>Review of an objections to the employment and fee applications of others. | | |
| j) **Financing**<br>Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) **Litigation**<br>Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) **Meetings of Creditors**<br>Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 11.50 | $9,901.50 |
| m) **Plan and Disclosure Statement**<br>Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 63.70 | $53,281.50 |

3

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| n) **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o) **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | 89.70 | $56,298.00 |
| v) **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) **Travel Time** | | |
| x) **Investigation and Due Diligence**<br>Committee Investigation | 154.50 | $85,202.50 |
| **SERVICE TOTALS:** | 343.00 | $224,877.00 |

4

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) **Filing Fees** <br> Payable to Clerk of Court. | |
| b) **Computer Assisted Legal Research** <br> Westlaw, Lexis and a description of manner calculated. | $6.00 |
| c) **Pacer Fees** <br> Payable to the Pacer Service Center for search and/or print. | |
| d) **Fax** <br> Include per page fee charged. | |
| e) **Case Specific Telephone/Conference Call Charges** <br> Exclusive of overhead charges. | |
| f) **In-house Reproduction Services** <br> Exclusive of overhead charges. | $116.45 |
| g) **Outside Reproduction Services** <br> Including scanning services. | |
| h) **Other Research** <br> Title searches, UCC searches, Asset searches, Accurint. | |
| i) **Court Reporting** <br> Transcripts. | |
| j) **Travel** <br> Mileage, tolls, airfare, parking. | $74.25 |
| k) **Courier & Express Carriers** <br> Overnight and personal delivery. | |
| l) **Postage** | |
| m) **Other (specify) Meals, Litigation Support Vendors** <br> E-Discovery Charges from Epiq | $2,630.58 |
| **DISBURSEMENTS TOTAL:** | $2,827.28 |

I certify under penalty of perjury that the above is true.

/s/  David J. Adler
DAVID J. ADLER

Dated:  August 11, 2023

ME1 45709882v.1

**Exhibit A**



BlockFi, Inc. Official Committee of
Unsecured Creditors
New York, NY 10036

Invoice Date: August 11, 2023

Invoice Number: 9057861

Matter Number: 138158-00001

---

Client**:**    Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:    Committee matters

*For professional services rendered through June 30, 2023*

Currency: USD

| | |
|---|---:|
| Fees | $87,395.00 |
| Disbursements | $196.50 |
| Total Due This Invoice | $87,591.50 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
*McCarter & English, LLP*
*Four Gateway Center*
*100 Mulberry Street*
*Newark, NJ 07102*
*Tel  973.622.4444*
*Fax 973.624.7070*
*www.mccarter.com*
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number: 2020080016953*
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**



### MULTIPAYOR BREAKDOWN

TOTAL DUE FOR FEES BLOCKFI, INC. OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
(80.00%)..........................................................................$69,916.00

TOTAL DUE FOR COSTS BLOCKFI, INC.
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS ......................................................................$196.50

TOTAL DUE FOR FEES HOLDBACK (20.00%)................$17,479.00

TOTAL DUE FOR COSTS HOLDBACK ............................$0.00

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*                          *Electronic Payment Instructions:*
*McCarter & English, LLP*      AccountsReceivable@McCarter.com
*Four Gateway Center*          *Account Name:  McCarter & English, LLP*
*100 Mulberry Street*          *Account Number: 2020080016953*
*Newark, NJ 07102*             *Financial Institution:  Wells Fargo Bank, N.A.*
*Tel  973.622.4444*            *ACH ABA: 021200025*
*Fax 973.624.7070*             *Wire Transfer ABA: 121000248*
*www.mccarter.com*             *SWIFT: WFBIUS6S  (International payments)*
*Tax I.D. # 22-1534652*        **(Please Reference Invoice Number)**

| | | | | |
|---|---|---|---|---|
| Client: | Official Committee of Unsecured Creditors of BlockFi, Inc. | | Invoice Date: August 11, 2023 | |
| Matter: | Committee matters | | Invoice Number: 9057861 | |
| | | | Matter Number: 138158-00001 | |

---

**Time Detail**

| : | | B110 - Case Administration | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 06/09/23 | Lisa S. Bonsall | Update D. Adler regarding status update on mediation. | 0.10 | 83.50 |
| 06/12/23 | Lisa S. Bonsall | Review and respond to communications relating to strategy. | 0.30 | 250.50 |
| 06/13/23 | Lisa S. Bonsall | Attend and participate in weekly creditor committee call to discuss pending issues, status and strategy. | 1.70 | 1,419.50 |
| 06/15/23 | Lisa S. Bonsall | Review fee application, revise, comment and return. | 0.80 | 668.00 |
| 06/15/23 | Lisa S. Bonsall | Update D. Adler regarding status of case, settlement and projects. | 0.20 | 167.00 |
| 06/20/23 | Lisa S. Bonsall | Call and confer with K. Aulet regarding mediation and settlement analysis. | 0.50 | 417.50 |
| 06/20/23 | Lisa S. Bonsall | Follow up with D. Adler regarding settlement issues and analysis. | 0.30 | 250.50 |
| 06/23/23 | Lisa S. Bonsall | Attend and participate in court-ordered mediation with Judge Sonchi at offices of debtors' counsel, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY. | 8.00 | 6,680.00 |
| 06/23/23 | Lisa S. Bonsall | Travel to and from Kirkland & Ellis LLP, for mediation with Judge Sonchi. | 2.00 | 1,670.00 |
| 06/26/23 | Lisa S. Bonsall | Skim incoming draft motion from Brown Rudnick. | 0.20 | 167.00 |
| 06/28/23 | Lisa S. Bonsall | Confer with D. Adler regarding cryptocurrency-related issues potentially impacting strategy. | 0.50 | 417.50 |
| 06/29/23 | Lisa S. Bonsall | Consider issues regarding same, review docket and pleadings. | 0.50 | 417.50 |
| | | **B110 - Case Administration** | **15.10** | **$12,608.50** |

| : | | B150 - Meetings of and Communications with Creditors | | |
|---|---|---|---|---|

Client: Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter: Committee matters

Invoice Date: August 11, 2023

Invoice Number: 9057861

Matter Number: 138158-00001

| 06/05/23 | Lisa S. Bonsall | Review UCC communications in connection with mediation, emails and filings. | 0.40 | 334.00 |
|---|---|---|---|---|
| 06/08/23 | Lisa S. Bonsall | Attend and participate in committee call regarding potential settlement and strategy regarding same. | 1.50 | 1,252.50 |
| 06/08/23 | Lisa S. Bonsall | Attend and participate in committee call regarding mediation, status and strategy. | 1.70 | 1,419.50 |
| 06/09/23 | Lisa S. Bonsall | Review UCC communications and attend brief committee call. | 0.30 | 250.50 |
| 06/13/23 | Lisa S. Bonsall | Review UCC communications, status update in preparation for committee meeting. | 0.30 | 250.50 |
| 06/20/23 | Lisa S. Bonsall | Attend and participate in weekly unsecured creditor committee call (regarding mediation and status, plan and related issues). | 2.70 | 2,254.50 |
| 06/23/23 | David J. Adler | Attend and participate remotely in Blockfi mediation and consider issues with respect to path forward. | 4.60 | 4,140.00 |
| | **B150 - Meetings of and Communications with Creditors** | | **11.50** | **$9,901.50** |

**: B160 - Fee/Employment Applications**

| 06/13/23 | David J. Adler | Consideration of issues with respect to first interim fee application. | 0.40 | 360.00 |
|---|---|---|---|---|
| 06/14/23 | David J. Adler | Prepare and circulate first interim fee application. | 2.80 | 2,520.00 |
| 06/15/23 | David J. Adler | Review, revise and file first interim fee application and related materials. | 3.20 | 2,880.00 |
| 06/16/23 | David J. Adler | Draft and file CNOS for January through March Monthly Invoices. | 1.10 | 990.00 |
| | **B160 - Fee/Employment Applications** | | **7.50** | **$6,750.00** |

**: B240 - Tax Issues**

McCarter & English, LLP

Client:  Official Committee of Unsecured Creditors of BlockFi,
Inc.

Matter: Committee matters

Invoice Date: August 11, 2023

Invoice Number: 9057861

Matter Number: 138158-00001

| 06/09/23 | David J. Adler | Consideration of issues with respect to potential tax deduction issues and review revised memo with respect to same. | 1.40 | 1,260.00 |
|---|---|---|---|---|
| 06/12/23 | David J. Adler | Consideration of issues with respect to tax memo and review comments to same. | 1.40 | 1,260.00 |
| 06/13/23 | David J. Adler | Further review of tax memo with respect to theft loss deduction and consideration of issues with respect to same. | 1.20 | 1,080.00 |
| 06/16/23 | David J. Adler | Consideration of issues with respect to tax matters. | 1.30 | 1,170.00 |
| 06/28/23 | Lisa S. Bonsall | Communications with Brown Rudnick regarding follow up on tax memo. | 0.10 | 83.50 |
| | **B240 - Tax Issues** | | **5.40** | **$4,853.50** |
| : | B320 - Plan and Disclosure Statement (including Business Plan) | | | |
| 06/01/23 | David J. Adler | Consideration of issues with respect to plan mediation commencing on June 5th. | 2.20 | 1,980.00 |
| 06/02/23 | David J. Adler | Consideration of issues with respect to plan mediation commencing on June 5th. | 1.80 | 1,620.00 |
| 06/05/23 | Lisa S. Bonsall | Consider issues in connection and confer with D. Adler regarding status of various projects in Blockfi and issues in crypto as it relates to impact and plan/mediation, with particular emphasis on NJ law. | 1.50 | 1,252.50 |
| 06/05/23 | David J. Adler | Attend mediation remotely. | 2.90 | 2,610.00 |
| 06/06/23 | Lisa S. Bonsall | Update from D. Adler on mediation status and discuss potential issues of New Jersey law with respect to proposed plan. | 0.80 | 668.00 |
| 06/06/23 | David J. Adler | Attend Blockfi mediation and research various structural issues with respect to proposed post confirmation vehicles and related issues with respect to assignment of tort claims in New Jersey. | 5.80 | 5,220.00 |
| 06/07/23 | David J. Adler | Further analysis of issues with respect to assignment of tort claims and related issues post-mediation. | 1.60 | 1,440.00 |

Client:  Official Committee of Unsecured Creditors of BlockFi,
Inc.

Matter: Committee matters

Invoice Date: August 11, 2023

Invoice Number: 9057861

Matter Number: 138158-00001

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06/08/23 | Lisa S. Bonsall | Review emails and update on settlement in connection with pending issues. | 0.20 | 167.00 |
| 06/08/23 | Lisa S. Bonsall | Confer with D. Adler regarding settlement status and strategy. | 0.90 | 751.50 |
| 06/08/23 | Lisa S. Bonsall | Further update call with D. Adler regarding mediation strategy and updates in crypto-currency bankruptcies potentially impacting tax analysis. | 0.80 | 668.00 |
| 06/08/23 | David J. Adler | Consideration of issues with respect to mediation counterproposal of Debtors and consideration of UCC response to same. | 2.20 | 1,980.00 |
| 06/09/23 | Lisa S. Bonsall | Review emails regarding UCC strategy for case/settlement. | 0.20 | 167.00 |
| 06/13/23 | Lisa S. Bonsall | Confer with D. Adler regarding status, mediation, developments potentially impacting plan and tax issues. | 0.30 | 250.50 |
| 06/19/23 | David J. Adler | Consideration of issues with respect to mediation; consideration of issues with respect to tax matters; review memo from Jamie Zug re: same and confer with LSB re: same. | 3.10 | 2,790.00 |
| 06/20/23 | David J. Adler | Continued review of tax related matters; consideration of issues with respect to mediation. | 2.70 | 2,430.00 |
| 06/21/23 | David J. Adler | Continued review of tax related matters; consideration of issues with respect to mediation. | 3.10 | 2,790.00 |
| 06/22/23 | David J. Adler | Continued review of tax related matters; consideration of issues with respect to mediation. | 2.70 | 2,430.00 |
| 06/26/23 | David J. Adler | Consideration of issues with respect to next steps of committee and termination of exclusivity; review issues with respect to tax memo., | 1.60 | 1,440.00 |
| 06/27/23 | Lisa S. Bonsall | Confer with D. J. Adler regarding strategy and potential impact on and of pending draft motions. | 0.30 | 250.50 |
| 06/27/23 | Lisa S. Bonsall | Review draft motions to appoint trustee, terminate exclusivity, convert case, and motion to file report without seal and related emails. | 1.50 | 1,252.50 |
| 06/27/23 | David J. Adler | Further review of draft cross-motion and provide comments to Brown Rudnick with respect to exclusivity and other matters. | 2.80 | 2,520.00 |

Client: Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter: Committee matters

Invoice Date: August 11, 2023

Invoice Number: 9057861

Matter Number: 138158-00001

| | | | | |
|---|---|---|---|---|
| 06/28/23 | Lisa S. Bonsall | Confer/communications with B. Silverberg regarding issues in connection with cross-motion. | 0.30 | 250.50 |
| 06/28/23 | Lisa S. Bonsall | Review summaries of plan amendments from Brown Rudnick. | 0.30 | 250.50 |
| 06/28/23 | Lisa S. Bonsall | Examination of New Jersey law regarding cross-motions issues. | 1.00 | 835.00 |
| 06/28/23 | Lisa S. Bonsall | Review New Jersey law regarding cross motion procedural issues and prepare email to Brown Rudnick regarding same. | 0.40 | 334.00 |
| 06/28/23 | Lisa S. Bonsall | Review communications related to status and strategy in connection with plan and disclosure statement and cross motion. | 0.30 | 250.50 |
| 06/28/23 | Lisa S. Bonsall | Review newly filed plan and consider amendments. | 0.80 | 668.00 |
| 06/28/23 | David J. Adler | Review Second Amended Plan and Disclosure Statement, distribution and tax related issues. | 2.20 | 1,980.00 |
| 06/29/23 | Lisa S. Bonsall | Examine law on relatedness for purposes of cross motion in bankruptcy. | 1.00 | 835.00 |
| 06/29/23 | Lisa S. Bonsall | Review disclosure statement as recently amended. | 0.70 | 584.50 |
| 06/29/23 | Lisa S. Bonsall | Review memo and cases on relatedness. | 0.70 | 584.50 |
| 06/29/23 | Lisa S. Bonsall | Confer with D. Adler regarding disclosure statement and plan issues. | 1.00 | 835.00 |
| 06/29/23 | Lisa S. Bonsall | Confer with D. Adler regarding tax deduction issues and disclosure. | 0.80 | 668.00 |
| 06/29/23 | Trevor J. Larrubia | Legal research related to issues concerning local bankruptcy rules and relatedness of cross-motions | 4.60 | 2,070.00 |
| 06/29/23 | Trevor J. Larrubia | Draft memo synthesizing legal research concerning local bankruptcy rules and relatedness; email same to L. Bonsall | 0.80 | 360.00 |
| 06/29/23 | David J. Adler | Reviewing Second Amended Plan and Disclosure Statement; Consideration of issues with respect to same. | 3.70 | 3,330.00 |
| 06/29/23 | Scott Weingart | research re: relatedness requirement for cross motion at request of L Bonsall | 0.70 | 395.50 |
| 06/29/23 | Scott Weingart | correspondence w/ L Bondall re: relatedness requirement for cross motion | 0.20 | 113.00 |
| 06/30/23 | Lisa S. Bonsall | Review plan, recent summary, and consider issues with respect thereto. | 3.00 | 2,505.00 |
| 06/30/23 | Trevor J. Larrubia | Revise memo synthesizing legal research related to relatedness | 0.20 | 90.00 |

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter: Committee matters

Invoice Date: August 11, 2023

Invoice Number: 9057861

Matter Number: 138158-00001

---

| Date | Name | Description | | |
|---|---|---|---|---|
| 06/30/23 | Trevor J. Larrubia | Additional legal research concerning relatedness standard | 0.30 | 135.00 |
| 06/30/23 | David J. Adler | Further review of Plan and Disclosure Statement. | 1.70 | 1,530.00 |
| | | **B320 - Plan and Disclosure Statement (including Business Plan)** | **63.70** | **$53,281.50** |

| | | |
|---|---|---|
| **Total** | **103.20** | **$87,395.00** |
| **Total Disbursements** | | **$196.50** |
| **Total Due** | | **$87,591.50** |

**Disbursement Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 06/05/23 | LISA S. BONSALL - Travel Reimbursement for Parking at Mediation | 1.00 | 69.00 |
| 06/24/23 | LISA S. BONSALL - Travel Reimbursement for transportation to mediation before Judge Sonchi at Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY | 1.00 | 5.25 |
| | Library Research | 60.00 | 6.00 |
| | Photocopies | 775.00 | 116.25 |
| **Total** | | | **$196.50** |



BlockFi, Inc. Official Committee of
Unsecured Creditors
New York, NY 10036

Invoice Date: August 11, 2023
Invoice Number: 9057861
Matter Number: 138158-00001

**REMITTANCE COPY**

**Committee matters**

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| Current Invoice | | |
| 08/11/23 | 9057861 | $70,112.50 |
| **Balance Due** | | $70,112.50 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

**Mail To:**
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel 973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

**Electronic Payment Instructions:**
AccountsReceivable@McCarter.com
Account Name: McCarter & English, LLP
Account Number: 2020080016953
Financial Institution: Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: WFBIUS6S (International payments)
**(Please Reference Invoice Number)**



Official Committee of Unsecured Creditors
of BlockFi, Inc.
Elisabeth Carabas
Official Committee of Unsecured Creditors
of BlockFi, Inc.
c/o Brown Rudnick LLP - Seven Times
Square
New York, NY 10036

Invoice Date: August 11, 2023
Invoice Number: 9057859
Matter Number: 138158-00002

---

Client**:**    Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:    Document Review

*For professional services rendered through June 30, 2023*

Currency: USD

| | |
|---|---|
| Fees | $86,037.50 |
| Disbursements | $2,630.58 |
| **Total Amount Due** | **$88,668.08** |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
*McCarter & English, LLP*
*Four Gateway Center*
*100 Mulberry Street*
*Newark, NJ 07102*
*Tel  973.622.4444*
*Fax 973.624.7070*
*www.mccarter.com*
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number: 2020080016953*
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**

| Client: | Official Committee of Unsecured Creditors of BlockFi, Inc. | | Invoice Date: August 11, 2023 |
|---|---|---|---|
| Matter: | Document Review | | Invoice Number: 9057859 |
| | | | Matter Number: 138158-00002 |

---

**Time Detail**

| : | B110 - Case Administration | | | |
|---|---|---|---|---|
| 06/16/23 | Lisa S. Bonsall | Reviewing summaries of documents produced by Grant Thornton (and revise and comment). | 0.50 | 417.50 |
| 06/21/23 | Lisa S. Bonsall | Review summaries for Grant Thornton production and specific documents impacting analyses on this and other projects. | 0.50 | 417.50 |
| | **B110 - Case Administration** | | **1.00** | **$835.00** |

| : | B120 - Asset Analysis and Recovery | | | |
|---|---|---|---|---|
| 06/01/23 | Jessica J. Macarone | Analyzing documents, and revising and finalizing document review summaries. | 3.40 | 2,023.00 |
| 06/01/23 | Jessica J. Macarone | Email communication with co-counsel re: most recent batch of document review summaries. | 0.20 | 119.00 |
| 06/01/23 | Jessica J. Macarone | Considering issues re: additional information to be assessed for certain referenced documents in the production. | 0.90 | 535.50 |
| 06/01/23 | Jessica J. Macarone | Email communications with reviewer concerning questions to be addressed from summaries. | 0.50 | 297.50 |
| 06/01/23 | Jessica J. Macarone | Reviewing and assessing documents referenced in summaries for quality control and additional information. | 1.40 | 833.00 |
| 06/01/23 | Jessica J. Macarone | Assessing relevant information and updating BlockFi document review tracker. | 0.50 | 297.50 |
| 06/01/23 | Stephanie A. Pisko | Draft detailed summary for document review of Grant Thornton Production number 4, batch number 8 documents related to audits performed for years 2019-2021. | 1.20 | 636.00 |
| 06/01/23 | Stephanie A. Pisko | Attention to secondary quality control review for Grant Thornton Production number 4. | 2.20 | 1,166.00 |

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:  Document Review

Invoice Date: August 11, 2023

Invoice Number: 9057859

Matter Number: 138158-00002

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/02/23 | Jessica J. Macarone | Reviewing most recent set of Grant Thornton and Galaxy documents and analyzing for coding conflicts. | 1.40 | 833.00 |
| 06/02/23 | Jessica J. Macarone | Email communication with reviewer re: conflict coding resolutions. | 0.10 | 59.50 |
| 06/02/23 | Jessica J. Macarone | Further assessing relevant information and updating document review tracker. | 0.40 | 238.00 |
| 06/02/23 | Jessica J. Macarone | Email communications with vendor re: processing and treatment of most recent set of documents produced by BlockFi. | 0.10 | 59.50 |
| 06/02/23 | Jessica J. Macarone | Updating main summaries to include most recently reviewed batches. | 0.10 | 59.50 |
| 06/02/23 | Jessica J. Macarone | Reviewing information re: two documents produced by BlockFi and next steps re: same. | 0.20 | 119.00 |
| 06/02/23 | Michael F. Finkler | Download new Intralinks files and alert legal team and data hosting vendor. Confirm these are the only new documents from their Intralinks folder. | 0.20 | 33.00 |
| 06/03/23 | Jessica J. Macarone | Email communications with review team member re: status of coding conflict corrections. | 0.10 | 59.50 |
| 06/03/23 | Jessica J. Macarone | Additional email communications with vendor re: preparation of two documents produced by BlockFi. | 0.20 | 119.00 |
| 06/03/23 | Jessica J. Macarone | Addressing issues related to contents of recently produced documents to be sent to co-counsel. | 0.50 | 297.50 |
| 06/03/23 | Jessica J. Macarone | Email communications with co-counsel re: additional documents produced by BlockFi and information re: same. | 0.40 | 238.00 |
| 06/03/23 | Jessica J. Macarone | Email communications with review team re: Grant Thornton production and vendor-related items. | 0.10 | 59.50 |
| 06/04/23 | Jessica J. Macarone | Email communications with vendor re: status of production processing and related information. | 0.20 | 119.00 |
| 06/05/23 | Jessica J. Macarone | Reviewing and coding documents produced by BlockFi. | 0.30 | 178.50 |
| 06/05/23 | Jessica J. Macarone | Email communications with co-counsel re: document produced by BlockFi. | 0.40 | 238.00 |
| 06/05/23 | Jessica J. Macarone | Reviewing relevant information and updating document review tracker to reflect additional documents and related information. | 0.80 | 476.00 |

Client:  Official Committee of Unsecured Creditors of BlockFi,
Inc.

Matter:  Document Review

Invoice Date: August 11, 2023

Invoice Number: 9057859

Matter Number: 138158-00002

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/05/23 | Jessica J. Macarone | Email communications with vendor re: BlockFi production. | 0.30 | 178.50 |
| 06/05/23 | Jessica J. Macarone | Reviewing relevant information and attending to issues re: additional BlockFi document production. | 0.60 | 357.00 |
| 06/05/23 | Cecilia A. Beirne | Review emails re BlockFi Statements and inquire about May proforma. | 0.50 | 155.00 |
| 06/06/23 | Jessica J. Macarone | Further addressing issues with remaining coding conflicts for recently produced documents. | 0.70 | 416.50 |
| 06/09/23 | Lisa S. Bonsall | Incoming emails regarding Friday night production from Grant Thornton, uploading, review. | 0.10 | 83.50 |
| 06/09/23 | Jessica J. Macarone | Email communications with Grant Thornton's counsel re: production itself and access to same. | 0.20 | 119.00 |
| 06/09/23 | Jessica J. Macarone | Reviewing relevant information and preparing detailed email review instructions to M&E review team for most recent set of Grant Thornton documents. | 1.30 | 773.50 |
| 06/09/23 | Jessica J. Macarone | Email communications with vendor re: additional Grant Thornton production and reviewer access. | 0.60 | 357.00 |
| 06/09/23 | Jessica J. Macarone | Coordinating review team in connection with most recent Grant Thornton production. | 0.90 | 535.50 |
| 06/09/23 | Jessica J. Macarone | Email communications with review team re: project management, production processing and related items. | 0.60 | 357.00 |
| 06/09/23 | Jessica J. Macarone | Considering issues re: strategy for proceeding with respect to review of most recent Grant Thornton production in light of past sets. | 0.70 | 416.50 |
| 06/09/23 | Scott Weingart | Review of documents produced by Grant Thornton. | 0.30 | 169.50 |
| 06/10/23 | Stephanie A. Pisko | Document review of new production from Grant Thornton related to Debtor financials. | 3.90 | 2,067.00 |
| 06/10/23 | Scott Weingart | Review of documents produced by Grant Thornton. | 1.10 | 621.50 |
| 06/11/23 | Jessica J. Macarone | Email communications with review team re: draft summaries. | 0.20 | 119.00 |
| 06/11/23 | Stephanie A. Pisko | Continued document review of new production from Grant Thornton related to Debtor financials. | 2.10 | 1,113.00 |

Client:  Official Committee of Unsecured Creditors of BlockFi,
Inc.

Matter:  Document Review

Invoice Date: August 11, 2023

Invoice Number: 9057859

Matter Number: 138158-00002

| 06/11/23 | Stephanie A. Pisko | Draft detail summary of batches of document review of new production from Grant Thornton related to Debtor financials. | 2.10 | 1,113.00 |
|---|---|---|---|---|
| 06/11/23 | Scott Weingart | Prepare summary of reviewed batch of documents. | 0.40 | 226.00 |
| 06/11/23 | Scott Weingart | Review of documents produced by Grant Thornton. | 1.20 | 678.00 |
| 06/12/23 | Michael F. Finkler | Review and update master data tracker by adding most recent Grant Thornton production. | 0.20 | 33.00 |
| 06/12/23 | Lisa S. Bonsall | Attend and participate in conference call with review team regarding contents, substance, procedure, coding for recently produced Grant Thornton documents. | 0.60 | 501.00 |
| 06/12/23 | Jessica J. Macarone | Email communications with co-counsel re: recently produced document, Grant Thornton review and document review summaries. | 0.50 | 297.50 |
| 06/12/23 | Jessica J. Macarone | Assessing status and related information to prepare call agenda for review team teleconference. | 0.40 | 238.00 |
| 06/12/23 | Jessica J. Macarone | Upon receipt, assessing related information and document produced by BlockFi. | 0.40 | 238.00 |
| 06/12/23 | Jessica J. Macarone | Analyzing documents, and revising and finalizing document review summaries. | 3.40 | 2,023.00 |
| 06/12/23 | Jessica J. Macarone | Team teleconference with respect to document review status, issues and questions. | 0.60 | 357.00 |
| 06/12/23 | Jessica J. Macarone | Email communications with review team re: inquiries concerning coding, sample documents, related instructions and summaries. | 0.80 | 476.00 |
| 06/12/23 | Jessica J. Macarone | Assessing issues with respect to coding consistency among certain documents being assessed by review team. | 0.90 | 535.50 |
| 06/12/23 | Gregory A. Hall | Correspondence with J. Macarone regarding analysis of recently released Grant Thornton documents in connection with FY 21 audit. | 0.30 | 139.50 |
| 06/12/23 | Gregory A. Hall | Participate in telephonic conference with McCarter document review team regarding analysis of recently produced Grant Thornton documents in connection to debtor's FY 2021 audit. | 0.70 | 325.50 |

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:  Document Review

Invoice Date: August 11, 2023

Invoice Number: 9057859

Matter Number: 138158-00002

| | | | | |
|---|---|---|---|---|
| 06/12/23 | Gregory A. Hall | Analyze recently-produced Grant Thornton documents from February 2022 to September 2022 that primarily related to BlockFi's pre-clearance SEC filing in advance of filing its S-1. | 3.00 | 1,395.00 |
| 06/12/23 | Gregory A. Hall | Preparation of batch summary for 20230609_GTBF005 20230609_GTBF005-00006 in connection with S-1 filing. | 0.40 | 186.00 |
| 06/12/23 | Stephanie A. Pisko | Continued document review of Grant Thornton documents that include BlockFi accounting memos, communications between BlockFi and Grant Thornton. | 3.30 | 1,749.00 |
| 06/12/23 | Scott Weingart | Finish review of documents produced by Grant Thornton (Batch 20230609_GTBF005-00003) | 0.50 | 282.50 |
| 06/12/23 | Scott Weingart | Review documents produced by Grant Thornton (Batch 20230609_GTBF005-00004). | 1.30 | 734.50 |
| 06/12/23 | Scott Weingart | Prepare summary of reviewed batches | 0.80 | 452.00 |
| 06/13/23 | Lisa S. Bonsall | Confer with J. Macarone (team lead) regarding status of review of recent 2800 Grant Thornton documents. | 0.20 | 167.00 |
| 06/13/23 | Lisa S. Bonsall | Review batch summaries for Grant Thornton documents recently reviewed. | 0.50 | 417.50 |
| 06/13/23 | Lisa S. Bonsall | Attend team call to discuss status, issues, coding. | 0.30 | 250.50 |
| 06/13/23 | Jessica J. Macarone | Team teleconference with respect to document review status, issues and questions. | 0.30 | 178.50 |
| 06/13/23 | Jessica J. Macarone | Email communications with review team re: summaries and revisions to same. | 0.40 | 238.00 |
| 06/13/23 | Jessica J. Macarone | Email communication with co-counsel re: document review summaries. | 0.20 | 119.00 |
| 06/13/23 | Jessica J. Macarone | Analyzing documents, and revising and finalizing document review summaries. | 1.90 | 1,130.50 |
| 06/13/23 | Jessica J. Macarone | Reviewing and analyzing specific documents in light of summary reference to determine correct coding. | 0.30 | 178.50 |
| 06/13/23 | Gregory A. Hall | Analyze recently-produced Grant Thornton documents from February 2022 to September 2022 that primarily related to BlockFi's pre-clearance SEC filing in advance of filing its S-1. | 5.20 | 2,418.00 |

Client: Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter: Document Review

Invoice Date: August 11, 2023

Invoice Number: 9057859

Matter Number: 138158-00002

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06/13/23 | Gregory A. Hall | Preparation of batch summaries for reviewed documents relating to BlockFi's pre-clearance SEC filing in advance of filing its S-1. | 0.40 | 186.00 |
| 06/13/23 | Scott Weingart | Review of documents produced by Grant Thornton | 0.60 | 339.00 |
| 06/14/23 | Lisa S. Bonsall | Review document review summaries. | 0.40 | 334.00 |
| 06/14/23 | Lisa S. Bonsall | Attend call with review team regarding issues and findings in connection with recently reviewed Grant Thornton documents. | 0.40 | 334.00 |
| 06/14/23 | Lisa S. Bonsall | Review additional document summaries and follow up. | 0.20 | 167.00 |
| 06/14/23 | Jessica J. Macarone | Assessing status and relevant information for call agenda preparation for review team teleconference. | 0.40 | 238.00 |
| 06/14/23 | Jessica J. Macarone | Team teleconference with respect to document review status, issues and questions. | 0.40 | 238.00 |
| 06/14/23 | Jessica J. Macarone | Assessing document and issues re: coding of certain categories of Grant Thornton documents. | 0.40 | 238.00 |
| 06/14/23 | Jessica J. Macarone | Analyzing documents, and revising and finalizing document review summaries. | 2.80 | 1,666.00 |
| 06/14/23 | Jessica J. Macarone | Email communications with review team re: conference call, coding and summaries. | 0.50 | 297.50 |
| 06/14/23 | Jessica J. Macarone | Email communication with co-counsel re: document review summaries. | 0.20 | 119.00 |
| 06/14/23 | Gregory A. Hall | Preparation of batch summaries for reviewed documents relating to BlockFi's pre-clearance SEC filing in advance of filing its S-1. | 0.80 | 372.00 |
| 06/14/23 | Gregory A. Hall | Analyze recently-produced Grant Thornton documents from February 2022 to September 2022 that primarily related to BlockFi's pre-clearance SEC filing in advance of filing its S-1. | 5.50 | 2,557.50 |
| 06/14/23 | Gregory A. Hall | Participate in strategy conference regarding analysis of recently produced documents by Grant Thornton in connection with S-1 preclearance. | 0.40 | 186.00 |
| 06/14/23 | Stephanie A. Pisko | Continued review of production 5 from Grant Thornton related to BlockFI communications from February 2022 through October 2022. | 2.60 | 1,378.00 |

| | | | | |
|---|---|---|---|---|
| Client: | Official Committee of Unsecured Creditors of BlockFi, Inc. | | Invoice Date: August 11, 2023 | |
| Matter: | Document Review | | Invoice Number: 9057859 | |
| | | | Matter Number: 138158-00002 | |

| | | | | |
|---|---|---|---|---|
| 06/14/23 | Stephanie A. Pisko | Continued review of production 5 from Grant Thornton related to BlockFI documents and memos from February 2022 through October 2022 regarding pl-clearance filings and submissions with the SEC and Grant Thornton's advise and analyses thereto. | 1.80 | 954.00 |
| 06/14/23 | Stephanie A. Pisko | Draft detailed summaries and analysis of batches from production 5 from Grant Thornton related to BlockFI documents concerning its 2021 audit, the SEC settlement, and filing with the SEC as a registrants through S-1. | 1.40 | 742.00 |
| 06/14/23 | Stephanie A. Pisko | Draft summary and analysis of document review of vital financial documents produced in connection with audit from Grant Thornton. | 1.80 | 954.00 |
| 06/14/23 | Scott Weingart | Review documents produced by Grant Thornton (Batch 20230609_GTBF005-00014) | 1.30 | 734.50 |
| 06/14/23 | Scott Weingart | Attend review team conference call. | 0.40 | 226.00 |
| 06/14/23 | Scott Weingart | Start reivew of documents produced by Grant Thornton (Batch 20230609_GTBF005-00016) | 0.30 | 169.50 |
| 06/14/23 | Scott Weingart | Finish review of documents produced by Grant Thornton (Batch 20230609_GTBF005-00008) | 0.60 | 339.00 |
| 06/15/23 | Jessica J. Macarone | Assessing information and preparing call agenda for review team teleconference. | 0.40 | 238.00 |
| 06/15/23 | Jessica J. Macarone | Team teleconference with respect to document review status, issues and questions. | 0.20 | 119.00 |
| 06/15/23 | Jessica J. Macarone | Assessing relevant information for portion of fee application and revising same. | 1.60 | 952.00 |
| 06/15/23 | Jessica J. Macarone | Email communications with review team re: summaries of document review. | 0.20 | 119.00 |
| 06/15/23 | Gregory A. Hall | Analyze recently-produced Grant Thornton documents from February 2022 to September 2022 that primarily related to BlockFi's pre-clearance SEC filing in advance of filing its S-1. | 4.30 | 1,999.50 |
| 06/15/23 | Gregory A. Hall | Preparation of batch summaries for reviewed documents relating to BlockFi's pre-clearance SEC filing in advance of filing its S-1. | 0.70 | 325.50 |

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter: Document Review

Invoice Date: August 11, 2023

Invoice Number: 9057859

Matter Number: 138158-00002

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/15/23 | Stephanie A. Pisko | Continued review of batches from production 5 from Grant Thornton related to BlockFI documents concerning its 2021 audit, the SEC settlement, and filing with the SEC as a registrants through S-1. | 2.70 | 1,431.00 |
| 06/15/23 | Lisa S. Bonsall | Consider issues regarding timing, review. | 0.20 | 167.00 |
| 06/15/23 | Lisa S. Bonsall | Participate in call with document reviewers with respect to status. | 0.20 | 167.00 |
| 06/15/23 | Lisa S. Bonsall | Review summaries of recent Grant Thornton documents. | 0.40 | 334.00 |
| 06/15/23 | Scott Weingart | Review of documents produced by Grant Thornton. | 0.70 | 395.50 |
| 06/15/23 | Scott Weingart | Attend review team conference call. | 0.20 | 113.00 |
| 06/15/23 | Scott Weingart | Prepare summary of reviewed batches. | 0.60 | 339.00 |
| 06/16/23 | Jessica J. Macarone | Email communication with co-counsel re: document review summaries. | 0.20 | 119.00 |
| 06/16/23 | Jessica J. Macarone | Analyzing documents, and revising and finalizing document review summaries. | 1.40 | 833.00 |
| 06/16/23 | Jessica J. Macarone | Assessing status and information and preparing call agenda for review team teleconference. | 0.40 | 238.00 |
| 06/16/23 | Jessica J. Macarone | Team teleconference with respect to document review status, issues and questions. | 0.30 | 178.50 |
| 06/16/23 | Jessica J. Macarone | Email communications with review team re: document review summaries, revisions and treatment of certain documents. | 0.60 | 357.00 |
| 06/16/23 | Jessica J. Macarone | Revising cumulative document review summaries to include recent sets. | 0.10 | 59.50 |
| 06/16/23 | Jessica J. Macarone | Reviewing and considering issues related to additional revisions to be made to certain document review summaries. | 0.50 | 297.50 |
| 06/16/23 | Gregory A. Hall | Participate in strategy conference regarding analysis and review of Grant Thornton production of documents in connection with S-1 preclearance. | 0.40 | 186.00 |
| 06/16/23 | Gregory A. Hall | Analyze recently-produced Grant Thornton documents from February 2022 to September 2022 that primarily related to BlockFi's pre-clearance SEC filing in advance of filing its S-1. | 2.50 | 1,162.50 |
| 06/16/23 | Gregory A. Hall | Correspondence with J. Macarone and L. Bonsall regarding batch summary. | 0.10 | 46.50 |

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:  Document Review

Invoice Date: August 11, 2023

Invoice Number: 9057859

Matter Number: 138158-00002

| | | | | |
|---|---|---|---|---|
| 06/16/23 | Gregory A. Hall | Preparation of batch summaries for reviewed documents relating to BlockFi's pre-clearance SEC filing in advance of filing its S-1. | 0.30 | 139.50 |
| 06/16/23 | Stephanie A. Pisko | Continued review of batches from production 5 from Grant Thornton related to BlockFI documents concerning its 2021 audit, the SEC settlement, draft financial statements, risk, disclosures to SEC in preclearance filings, and filing S-1 registration with SEC. | 3.40 | 1,802.00 |
| 06/16/23 | Stephanie A. Pisko | Draft detailed document review summary of Grant Thornton documents related to BlockFI documents concerning its 2021 audit, the SEC settlement, draft financial statements, risk, disclosures to SEC in preclearance filings, and filing S-1 registration with SEC. | 0.80 | 424.00 |
| 06/16/23 | Stephanie A. Pisko | Continued document review of Grant Thornton documents that include BlockFi accounting memos, communications between BlockFi and Grant Thornton regarding its accounting treatment and in preparation of preclearance filing with SEC, and internal Grant Thornton communication. | 1.10 | 583.00 |
| 06/16/23 | Lisa S. Bonsall | Participate in conference call with reviewing team, status report, provide feedback. | 0.30 | 250.50 |
| 06/16/23 | Lisa S. Bonsall | Participate in brief call with respect to status of review and summaries for recently produced documents. | 0.30 | 250.50 |
| 06/16/23 | Lisa S. Bonsall | Review summaries of recently produced Grant Thornton documents, revise, and comment. | 0.50 | 417.50 |
| 06/16/23 | Scott Weingart | Attend review team lunch conference call. | 0.40 | 226.00 |
| 06/16/23 | Scott Weingart | Finish review of documents produced by Grant Thornton (Batch 20230609_GTBF005-00016) | 0.30 | 169.50 |
| 06/16/23 | Scott Weingart | Review documents produced by Grant Thornton (Batch 20230609_GTBF005-00015) | 1.40 | 791.00 |
| 06/16/23 | Scott Weingart | Prepare summary of reviewed batches. | 0.70 | 395.50 |
| 06/17/23 | Jessica J. Macarone | Email communication with review team member re: document review summary. | 0.10 | 59.50 |
| 06/17/23 | Stephanie A. Pisko | Draft summary of documents reviewed from 5th Grant Thornton production. | 0.70 | 371.00 |

McCarter & English, LLP

Client:   Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:   Document Review

Invoice Date: August 11, 2023

Invoice Number: 9057859

Matter Number: 138158-00002

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06/17/23 | Stephanie A. Pisko | Continued review of documents red from 5th Grant Thornton production. | 1.60 | 848.00 |
| 06/18/23 | Gregory A. Hall | Preparation of batch summaries for reviewed documents relating to BlockFi's pre-clearance SEC filing in advance of filing its S-1. | 0.30 | 139.50 |
| 06/18/23 | Gregory A. Hall | Analyze recently-produced Grant Thornton documents from February 2022 to September 2022 that primarily related to BlockFi's pre-clearance SEC filing in advance of filing its S-1. | 2.10 | 976.50 |
| 06/18/23 | Jessica J. Macarone | Email communication from review team member re: document review summary. | 0.10 | 59.50 |
| 06/18/23 | Stephanie A. Pisko | Continued review of documents red from 5th Grant Thornton production. | 3.80 | 2,014.00 |
| 06/18/23 | Scott Weingart | Review of documents produced by Grant Thornton. | 0.20 | 113.00 |
| 06/19/23 | Jessica J. Macarone | Email communications with vendor re: processing of additional BlockFi production and related inquiries. | 0.40 | 238.00 |
| 06/19/23 | Jessica J. Macarone | Reviewing information provided re: additional documents produced by BlockFi. | 0.20 | 119.00 |
| 06/19/23 | Jessica J. Macarone | Email communication with review team member re: document review summary. | 0.10 | 59.50 |
| 06/19/23 | Gregory A. Hall | Analyze batch of recently produced Grant Thornton documents in connection with S-1 preclearance communications. | 1.50 | 697.50 |
| 06/19/23 | Stephanie A. Pisko | Quality control review of batches reviewed from Grant Thor ton Batch 5. | 0.90 | 477.00 |
| 06/19/23 | Scott Weingart | Review of documents produced by Grant Thornton. | 1.60 | 904.00 |
| 06/19/23 | Scott Weingart | Prepare summary of reviewed batch. | 0.30 | 169.50 |
| 06/19/23 | Stephanie A. Pisko | Draft detailed summaries and analysis of batches review on ongoing review of Grant Thornton audit documents. | 1.40 | 742.00 |
| 06/20/23 | Jessica J. Macarone | Team teleconference with respect to document review status, issues and questions. | 0.40 | 238.00 |
| 06/20/23 | Jessica J. Macarone | Email communications with review team re: document review summaries. | 0.50 | 297.50 |
| 06/20/23 | Jessica J. Macarone | Analyzing documents and revising document review summaries. | 0.80 | 476.00 |
| 06/20/23 | Jessica J. Macarone | Considering issues re: potentially outstanding documents and review-related items. | 0.60 | 357.00 |

Client:  Official Committee of Unsecured Creditors of BlockFi,
Inc.

Matter:  Document Review

Invoice Date: August 11, 2023

Invoice Number: 9057859

Matter Number: 138158-00002

| | | | | |
|---|---|---|---|---|
| 06/20/23 | Jessica J. Macarone | Assessing information and preparing call agenda for review team teleconference. | 0.40 | 238.00 |
| 06/20/23 | Jessica J. Macarone | Assessing relevant information and updating document review tracker. | 0.60 | 357.00 |
| 06/20/23 | Stephanie A. Pisko | Draft detailed summaries of review of production number 5 from Grant Thornton related to 2019-2021 audits and SEC filings. | 1.60 | 848.00 |
| 06/20/23 | Stephanie A. Pisko | Continued review of production number 5 from Grant Thornton related to 2019-2021 audits and SEC filings. | 3.90 | 2,067.00 |
| 06/20/23 | Gregory A. Hall | Preparation of batch summary of recently produced Grant Thornton documents in connection with S-1 preclearance communications. | 0.40 | 186.00 |
| 06/20/23 | Gregory A. Hall | Participate in strategy conference with document review team regarding analysis of recently released grant thornton documents. | 0.50 | 232.50 |
| 06/20/23 | Gregory A. Hall | Perform quality control check on recently analyzed documents produced by Grant Thornton in connection with S-1 pre-clearance. | 0.90 | 418.50 |
| 06/20/23 | Gregory A. Hall | Analyze batch of recently produced Grant Thornton documents in connection with S-1 preclearance communications. | 1.60 | 744.00 |
| 06/20/23 | Scott Weingart | Review documents produced by Grant Thornton (Batch 20230609_GTBF005-00025) | 0.30 | 169.50 |
| 06/20/23 | Scott Weingart | Quality control document coding. | 0.30 | 169.50 |
| 06/20/23 | Scott Weingart | Attend review team lunch meeting. | 0.10 | 56.50 |
| 06/21/23 | Jessica J. Macarone | Considering issues with respect to contents of certain documents produced by Grant Thornton in light of the potential claims. | 0.30 | 178.50 |
| 06/21/23 | Jessica J. Macarone | Reviewing and assessing recently batched documents in database. | 0.40 | 238.00 |
| 06/21/23 | Jessica J. Macarone | Assessing information and communications with Deloitte and Grant Thornton re: document production. | 0.30 | 178.50 |
| 06/21/23 | Jessica J. Macarone | Email communications with review team re: revisions to summaries and final versions. | 0.40 | 238.00 |
| 06/21/23 | Jessica J. Macarone | Assessing relevant information and updating document review tracker. | 0.60 | 357.00 |

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:  Document Review

Invoice Date: August 11, 2023

Invoice Number: 9057859

Matter Number: 138158-00002

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 06/21/23 | Jessica J. Macarone | Email communications with co-counsel re: document review summaries, recent productions, potential productions and related items. | 0.80 | 476.00 |
| 06/21/23 | Jessica J. Macarone | Further analyzing documents, and revising and finalizing document review summaries. | 3.60 | 2,142.00 |
| 06/21/23 | Jessica J. Macarone | Reviewing documents from most recent Grant Thornton production and assessing missing links/docs, tech issues and incomplete images. | 1.20 | 714.00 |
| 06/21/23 | Stephanie A. Pisko | Draft detailed summaries of review of production number 5 from Grant Thornton related to 2019-2021 audits and SEC filings and incorporate suggestions and comments from J. Macarone. | 1.20 | 636.00 |
| 06/21/23 | Stephanie A. Pisko | Draft detailed summaries of batch number 29 from review of production number 5 from Grant Thornton to Creditor's Committee. | 1.10 | 583.00 |
| 06/21/23 | Scott Weingart | Prepare summary of reviewed batch | 0.40 | 226.00 |
| 06/22/23 | Jessica J. Macarone | Reviewing relevant information and updating document review tracker. | 0.80 | 476.00 |
| 06/23/23 | Jessica J. Macarone | Email communication with co-counsel re: status of document productions. | 0.10 | 59.50 |
| 06/23/23 | Jessica J. Macarone | Further reviewing and revising coding for conflicts from most recent Grant Thornton production. | 0.20 | 119.00 |
| 06/26/23 | Jessica J. Macarone | Assessing issues re: status with respect to additional document production. | 0.10 | 59.50 |
| 06/28/23 | Lisa S. Bonsall | Communication from H. Lennon regarding status of production of insurance policies and follow up regarding same. | 0.20 | 167.00 |
| 06/28/23 | Lisa S. Bonsall | Follow up regarding status of, pulling, copies of insurance copies produced to date. | 0.30 | 250.50 |
| 06/28/23 | Lisa S. Bonsall | Review summary and forward spreadsheet summarizing and link providing insurance policies produced to date. | 0.40 | 334.00 |
| 06/28/23 | Jessica J. Macarone | Considering issues re: additional information requests, assignments, documents addressed and related communications re: same. | 0.60 | 357.00 |
| 06/28/23 | Kathleen O. Keating | Reviewing and analyzing charts for prior work product summarizing Debtors insurance policies produced in discovery. | 0.30 | 165.00 |

Client:  Official Committee of Unsecured Creditors of BlockFi,
         Inc.

Matter:  Document Review

Invoice Date: August 11, 2023

Invoice Number: 9057859

Matter Number: 138158-00002

---

|  |  |  |
|---|---|---|
| B120 - Asset Analysis and Recovery | **154.50** | **$85,202.50** |
|  |  |  |
| **Total** | **155.50** | **$86,037.50** |
| **Total Disbursements** |  | **$2,630.58** |
| **Total Due** |  | **$88,668.08** |

**Disbursement Detail**

| Description | Quantity | Amount |
|---|---|---|
| E-Discovery (Epiq) | 2.00 | 2,630.58 |
| **Total** |  | **$2,630.58** |



Official Committee of Unsecured Creditors
of BlockFi, Inc.
Elisabeth Carabas
Official Committee of Unsecured Creditors
of BlockFi, Inc.
c/o Brown Rudnick LLP - Seven Times
Square
New York, NY 10036

Invoice Date: August 11, 2023
Invoice Number: 9057859
Matter Number: 138158-00002

---

**REMITTANCE COPY**

**Document Review**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 08/11/23 | 9057859 | $88,668.08 |
| **Balance Due** | | $88,668.08 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
*McCarter & English, LLP*
*Four Gateway Center*
*100 Mulberry Street*
*Newark, NJ 07102*
*Tel  973.622.4444*
*Fax 973.624.7070*
*www.mccarter.com*
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number: 2020080016953*
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**



Official Committee of Unsecured Creditors
of BlockFi, Inc.
Elisabeth Carabas
Official Committee of Unsecured Creditors
of BlockFi, Inc.
c/o Brown Rudnick LLP - Seven Times
Square
New York, NY 10036

Invoice Date: August 11, 2023
Invoice Number: 9057860
Matter Number: 138158-00003

---

**Client:** Official Committee of Unsecured Creditors of BlockFi, Inc.

**Matter:** Tax Matters

*For professional services rendered through June 30, 2023*

Currency: USD

| | |
|---|---|
| Fees | $51,444.50 |
| Disbursements | $0.20 |
| **Total Due This Invoice** | **$51,444.70** |
| Previous Balance Due | $142,633.35 |
| **Total Amount Due** | **$194,078.05** |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
*McCarter & English, LLP*
*Four Gateway Center*
*100 Mulberry Street*
*Newark, NJ 07102*
*Tel  973.622.4444*
*Fax 973.624.7070*
*www.mccarter.com*
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number: 2020080016953*
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**

Client: Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter: Tax Matters

Invoice Date: August 11, 2023

Invoice Number: 9057860

Matter Number: 138158-00003

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 06/07/23 | Jamie M. Zug | Continued revising tax deduction memo | 1.50 | 495.00 | 742.50 |
| 06/08/23 | Lawrence A. Sannicandro | Confer with Lisa Bonsall, Esq. and Jamie Zug, Esq. re: changes to tax memorandum. | 0.20 | 625.00 | 125.00 |
| 06/08/23 | Lisa S. Bonsall | Communications relating to tax memo. | 0.10 | 835.00 | 83.50 |
| 06/09/23 | Jamie M. Zug | Conferred with Lisa Bonsall and David Adler regarding revisions to tax deduction analysis | 1.20 | 495.00 | 594.00 |
| 06/09/23 | Lisa S. Bonsall | Conference call with J. Zuk and D. Adler regarding tax loss deduction memo and related issues. | 1.50 | 835.00 | 1,252.50 |
| 06/09/23 | Lisa S. Bonsall | Provide comments and revisions to background section of tax memo. | 1.00 | 835.00 | 835.00 |
| 06/12/23 | Lisa S. Bonsall | Follow up with Tax lawyers regarding memo. | 0.20 | 835.00 | 167.00 |
| 06/12/23 | Jamie M. Zug | Continued revising second tax loss memorandum. | 5.00 | 495.00 | 2,475.00 |
| 06/12/23 | Lawrence A. Sannicandro | Review and evaluate changes from Lisa Bonsall, Esq. to tax memorandum.  Confer with Jamie Zug, Esq. re: same. | 0.50 | 625.00 | 312.50 |
| 06/13/23 | Jamie M. Zug | Continued revising second tax loss memorandum. | 5.20 | 495.00 | 2,574.00 |
| 06/14/23 | Jamie M. Zug | Continued revising second tax loss memorandum. | 3.70 | 495.00 | 1,831.50 |
| 06/15/23 | Jamie M. Zug | Continued revising second tax loss memorandum. | 2.00 | 495.00 | 990.00 |
| 06/16/23 | Lisa S. Bonsall | Communications regarding update on tax memo. | 0.30 | 835.00 | 250.50 |
| 06/17/23 | Jamie M. Zug | Continued revising second theft loss memorandum. | 1.80 | 495.00 | 891.00 |
| 06/19/23 | Jamie M. Zug | Continued revising second theft loss memorandum. | 9.90 | 495.00 | 4,900.50 |
| 06/20/23 | Lisa S. Bonsall | Review revised tax loss deduction memo and email J. Zuk regarding same. | 1.40 | 835.00 | 1,169.00 |
| 06/20/23 | Lisa S. Bonsall | Consider tax issues, loss memo, etc., with D. Adler. | 0.20 | 835.00 | 167.00 |

McCarter & English, LLP

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter: Tax Matters

Invoice Date: August 11, 2023

Invoice Number: 9057860

Matter Number: 138158-00003

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 06/20/23 | Lisa S. Bonsall | Prepare comments to Zuk, et al., regarding tax loss deduction issues, analysis and background. | 1.50 | 835.00 | 1,252.50 |
| 06/20/23 | Lawrence A. Sannicandro | High-level review of revised theft loss memorandum, as forwarded by Jamie Zug, Esq. Confer with Lisa Bonsall, Esq., David Adler, Esq., and Jamie Zug, Esq. re: same, call to discuss lingering comments/changes, etc. | 0.40 | 625.00 | 250.00 |
| 06/21/23 | Lisa S. Bonsall | Tax theft loss deduction memo review and comments to team. | 1.80 | 835.00 | 1,503.00 |
| 06/21/23 | Lisa S. Bonsall | Conference call with J. Zuk, D. Adler and L. Sannicandro (for portion of call) regarding tax treatment for crypto transactions, potential loss deductions, and related issues. | 2.10 | 835.00 | 1,753.50 |
| 06/21/23 | Jamie M. Zug | Conferred with Lisa Bonsall, David Adler, and Larry Sannicandro regarding comments to second theft loss memorandum. | 2.10 | 495.00 | 1,039.50 |
| 06/21/23 | Jamie M. Zug | Continued revising second theft loss memorandum. | 4.90 | 495.00 | 2,425.50 |
| 06/21/23 | Lawrence A. Sannicandro | Attend telephone conference with David Adler, Esq., Lisa Bonsall, Esq., and Jamie Zug, Esq. to discuss deliverable of tax-related theft loss memorandum to Brown Rudnick, open questions from Lisa Bonsall, Esq., and related. | 1.60 | 625.00 | 1,000.00 |
| 06/21/23 | Lawrence A. Sannicandro | Review blackline of revised memorandum as forwarded by Jamie Zug, Esq. Separately review revised version of memorandum with comments and open questions from Lisa Bonsall, Esq. Consider propriety of changes to same in connection with call with Lisa Bonsall, Esq. and David Adler, Esq. | 1.80 | 625.00 | 1,125.00 |

Client:  Official Committee of Unsecured Creditors of BlockFi,
Inc.

Matter:  Tax Matters

Invoice Date: August 11, 2023

Invoice Number: 9057860

Matter Number: 138158-00003

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 06/22/23 | Jamie M. Zug | Completed revisions to second theft loss memorandum. | 6.00 | 495.00 | 2,970.00 |
| 06/22/23 | Lawrence A. Sannicandro | Confer with Jamie Zug, Esq. with respect to finalization of theft loss memo.  Related follow-up with Lisa Bonsall, Esq. | 0.90 | 625.00 | 562.50 |
| 06/23/23 | Lawrence A. Sannicandro | High-level review of revised memorandum as forwarded by Jamie Zug, Esq.  Confer with Lisa Bonsall, Esq., David Adler, Esq., and Jamie Zug, Esq. re: same. | 0.50 | 625.00 | 312.50 |
| 06/26/23 | Jamie M. Zug | Reviewed and responded to internal comments and questions regarding revised second theft loss memorandum. | 0.40 | 495.00 | 198.00 |
| 06/26/23 | Lisa S. Bonsall | Review, consider and analyze revised tax loss deduction memorandum. | 1.20 | 835.00 | 1,002.00 |
| 06/26/23 | Lisa S. Bonsall | Emails relating to developments and status of tax loss deduction memo. | 0.20 | 835.00 | 167.00 |
| 06/26/23 | Lisa S. Bonsall | Consider issues and strategy with D. Adler regarding tax loss deduction vs. bad debt loss distinction and analysis in memo. | 0.40 | 835.00 | 334.00 |
| 06/26/23 | Lisa S. Bonsall | Review emails responses from tax team, respond. | 0.40 | 835.00 | 334.00 |
| 06/26/23 | Lisa S. Bonsall | Revise tax loss memo and prepare cover email with comments and questions, circulate. | 1.40 | 835.00 | 1,169.00 |
| 06/26/23 | Lisa S. Bonsall | Confer with D. Adler regarding issues and strategy in connection with plan as well as tax loss deduction. | 0.60 | 835.00 | 501.00 |
| 06/26/23 | Lawrence A. Sannicandro | Confer with Lisa Bonsall, Esq. re: theft loss memorandum. | 0.20 | 625.00 | 125.00 |

Client: Official Committee of Unsecured Creditors of BlockFi,
Inc.

Matter: Tax Matters

Invoice Date: August 11, 2023

Invoice Number: 9057860

Matter Number: 138158-00003

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 06/26/23 | Lawrence A. Sannicandro | Review further changes to theft loss memorandum, as forwarded by Lisa Bonsall, Esq.  Address open questions and redraft bad debt discussion concerning Perrotto, Sandquist, and Revenue Ruling 77-383.  Draft and send email, with revised memorandum, to David Adler, Esq., Lisa Bonsall, Esq., and Jamie Zug, Esq. | 1.50 | 625.00 | 937.50 |
| 06/26/23 | Lawrence A. Sannicandro | Review, revise, and finalize theft loss memorandum.  Send same to David Adler, Esq., Lisa Bonsall, Esq., and Jamie Zug, Esq.  Miscellaneous email correspondence with Lisa Bonsall, Esq. re: delivery of advice to Brown Rudnick and related. | 3.40 | 625.00 | 2,125.00 |
| 06/26/23 | Lawrence A. Sannicandro | Review further critique from Lisa Bonsall, Esq. with respect to Perrotto and Sandquist discussion in theft loss memorandum.  Confer with Lisa Bonsall, Esq. and David Adler, Esq. re: same. | 0.20 | 625.00 | 125.00 |
| 06/27/23 | Lawrence A. Sannicandro | Review final changes to theft loss memorandum and confer with Lisa Bonsall, Esq., David Adler, Esq., and Brown Rudnick lawyers re: same. | 0.40 | 625.00 | 250.00 |
| 06/27/23 | Lawrence A. Sannicandro | Separately follow-up with Nicole Bouchard, Esq., Lisa Bonsall, Esq., and David Adler, Esq. re: theft loss memorandum. | 0.30 | 625.00 | 187.50 |
| 06/27/23 | Lisa S. Bonsall | Email tax loss deduction memo with note to Brown Rudnick. | 0.30 | 835.00 | 250.50 |
| 06/27/23 | Lisa S. Bonsall | Review D. Adler's comments regarding tax loss deduction vs. bad debt, further revise memo, and circulate for comment. | 0.50 | 835.00 | 417.50 |
| 06/27/23 | Lisa S. Bonsall | Provide comments, proposed revisions to draft motion. | 0.20 | 835.00 | 167.00 |

Client: Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter: Tax Matters

Invoice Date: August 11, 2023

Invoice Number: 9057860

Matter Number: 138158-00003

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/27/23 | Lisa S. Bonsall | Attend weekly committee call regarding status and strategy. | 0.90 | 835.00 | 751.50 |
| 06/27/23 | Lisa S. Bonsall | Confer with D. Adler regarding tax loss deduction issues. | 0.50 | 835.00 | 417.50 |
| 06/27/23 | Lisa S. Bonsall | Revise, incorporate additional concepts regarding bad debt deduction distinctions, and finalize tax loss deduction memo. | 0.40 | 835.00 | 334.00 |
| 06/28/23 | Lisa S. Bonsall | Consider impact of issues and rulings in other crypto bankruptcies on tax issues. | 0.40 | 835.00 | 334.00 |
| 06/28/23 | Lawrence A. Sannicandro | Begin detailed review of memorandum concerning theft loss to prepare for call with Brown Rudnick. | 1.90 | 625.00 | 1,187.50 |
| 06/28/23 | Lawrence A. Sannicandro | Confer with Jamie Zug, Esq. re: meeting with Brown Rudnick and related. | 0.20 | 625.00 | 125.00 |
| 06/29/23 | Lawrence A. Sannicandro | Confer with Jamie Zug, Esq. re: preparation in advance of call with Brown Rudnick. | 0.20 | 625.00 | 125.00 |
| 06/29/23 | Lawrence A. Sannicandro | In response to inquiry from Ben Silverberg, Esq., examine law with respect to impact of release on entitlement to theft loss.  Separately confer with Lisa Bonsall, Esq. and David Adler, Esq. re: same. | 0.70 | 625.00 | 437.50 |
| 06/29/23 | Lawrence A. Sannicandro | Continues review of memorandum concerning theft loss to prepare for call with Brown Rudnick. | 1.20 | 625.00 | 750.00 |
| 06/29/23 | Lisa S. Bonsall | Confer with B. Silver berg re tax loss release issues. | 0.20 | 835.00 | 167.00 |
| 06/29/23 | Lisa S. Bonsall | Email tax team regarding release issue. | 0.10 | 835.00 | 83.50 |
| 06/30/23 | Lisa S. Bonsall | Confer with D. Adler in advance of call regarding tax memo. | 0.30 | 835.00 | 250.50 |
| 06/30/23 | Lisa S. Bonsall | Attend call with tax team from McCarter & English and Brown Rudnick to discuss tax memo and tax deductions. | 1.20 | 835.00 | 1,002.00 |

McCarter & English, LLP

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:  Tax Matters

Invoice Date: August 11, 2023

Invoice Number: 9057860

Matter Number: 138158-00003

---

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/30/23 | David J. Adler | Consideration of issues with respect to theft loss deduction and participate in telephone call with Brown Rudnick. | 1.40 | 900.00 | 1,260.00 |
| 06/30/23 | Lawrence A. Sannicandro | Prepare for meeting with Brown Rudnick.  Review Revenue Procedure 2009-2020 and IRS Form 4684 impact of same (and declaration) on creditors' ability to claim theft loss deduction.  Miscellaneous email correspondence with Nicole Bouchard, Esq. re: same. | 2.30 | 625.00 | 1,437.50 |
| 06/30/23 | Lawrence A. Sannicandro | Consider ability of IRS and/or courts to be bounds through release, as proffered by Lisa Bonsall, Esq.  Draft and send email to David Adler, Esq. and Lisa Bonsall, Esq. re: same. | 0.20 | 625.00 | 125.00 |
| 06/30/23 | Lawrence A. Sannicandro | Confer with Lisa Bonsall, Esq. re: call with Brown Rudnick and second amended chapter 11 plan. | 0.20 | 625.00 | 125.00 |
| 06/30/23 | Lawrence A. Sannicandro | Attend Zoom meeting with Brown Rudnick. | 1.10 | 625.00 | 687.50 |
| **Total Hourly** | | | **84.30** | | **$51,444.50** |
| **Total Fees** | | | **84.30** | | **$51,444.50** |
| **Total Disbursements** | | | | | **$0.20** |
| **Total Due** | | | | | **$51,444.70** |

**Disbursement Detail**

| Description | Quantity | Amount |
|---|---|---|
| Color Printer | 1.00 | 0.20 |
| **Total** | | **$0.20** |

**Aged A/R**

| Invoice Date | Invoice Number | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|---|---|
| 07/28/23 | 9055259 | 22,355.00 | 0.00 | 0.00 | 0.00 | 0.00 |

McCarter & English, LLP

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:  Tax Matters

Invoice Date: August 11, 2023

Invoice Number: 9057860

Matter Number: 138158-00003

| Invoice Date | Invoice Number | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|---|---|
| 08/11/23 | 9057831 | 120,278.35 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 142,633.35 | 0.00 | 0.00 | 0.00 | 0.00 |

**Total**                                                                 **$142,633.35**



Official Committee of Unsecured Creditors
of BlockFi, Inc.
Elisabeth Carabas
Official Committee of Unsecured Creditors
of BlockFi, Inc.
c/o Brown Rudnick LLP - Seven Times
Square
New York, NY 10036

Invoice Date: August 11, 2023
Invoice Number: 9057860
Matter Number: 138158-00003

---

**REMITTANCE COPY**

**Tax Matters**

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| **Prior Balance Due** | | $142,633.35 |
| | | |
| Current Invoice | | |
| 08/11/23 | 9057860 | $51,444.70 |
| **Balance Due** | | $194,078.05 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
*McCarter & English, LLP*
*Four Gateway Center*
*100 Mulberry Street*
*Newark, NJ 07102*
*Tel  973.622.4444*
*Fax 973.624.7070*
*www.mccarter.com*
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number: 2020080016953*
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**