

## United States Bankruptcy Court
### District of New Jersey

In re BlockFi Inc., *et al.*                                    Case No. 22-19361

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
| --- | --- |
| Name (Redacted) | Faroe Services LLC |
| Address (On File) | PMB 1149<br>224 W 35th St Ste 500<br>New York, NY 10001<br><br>faroe.services@gmail.com |

**Schedule F Claim #** 4104677

**Transferred Claim Amount**  as detailed on Schedule F

**Unique ID:** 4039-7385-4375-4592

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

DocuSigned by:

*Jing Zhao*
51FEFAFF38524BC...

Transferee                                      08/10/2023
                                                Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



# EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, District of New Jersey

**Michael Roach,** for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, has unconditionally and irrevocably sold, transferred and assigned to **Faroe Services LLC,** its successors and assigns, all right, title and interest in and to the claim(s) identified below, against **BlockFi Inc., *et al.***

| Schedule F Claim # | Claim Amount |
|---|---|
| 4104677 | $278,405.76 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer as the valid owner of the claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the claim, to Buyer.

Date: 08/10/2023

Buyer: Faroe Services LLC

Seller: Michael Roach

DocuSigned by:
*Jing Zhao*
51FEFAFF38524BC...

DocuSigned by:
*Michael Roach*
74EC64057E52477...

Name: Jing Zhao

Name: Michael Roach



# KROLL

## Creditor Information - Schedule # 4104677

**Creditor**
Name on file
Address on file

**Debtor Name**
BlockFi Lending LLC
**Date Filed**
n/a

**Claim Number**
n/a
**Schedule Number**
4104677

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | $278,405.76 | | | | $278,405.76 | Scheduled |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $278,405.76 | | | | $278,405.76 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign