**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and
Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>BLOCKFI INC., *et al*.,<br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 17, 2023 AT 11:00 A.M. (EASTERN TIME)**

**I.    MATTERS GOING FORWARD IN MAIN CASE**

1. Debtors' Fourth Omnibus Objection to Certain Claims (duplicates, books and records, debtor not liable) [Docket No. 1069]

    Responses Received:

    A. Response of George J. Gerro to Debtors' Fourth Omnibus Objection to Certain Claims; and Cross-Motion of George J. Gerro for an Order Temporarily Allowing

---

[1] The Debtors in these chapter 11 cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

    Claim No. 12386 Pursuant to F.R.B.P. Rule 3018(a) for the Sole Purpose of Voting on a Chapter 11 Plan [Docket No. 1192]

Related Documents:

A. Notice of Motion of Creditor George J. Gerro for an Order Temporarily Allowing Claim No. 12386 Pursuant to F.R.B.P. Rule 3018(a) for the Sole Purpose of Voting on a Chapter 11 Plan[Docket No. 1289]

B. Debtors' Reply to George J. Gerro's Response to Debtors' Fourth Omnibus Objection to Certain Claims (duplicate, books and records, debtor not liable) [Docket No. 1341]

**Status:  This matter is going forward.**

## II.    MATTERS GOING FORWARD IN ADV. NO. 23-01071

2. Motion of Proposed Lead Plaintiff Cameron Wyatt for Entry of an Order Modifying the Stipulated Injunctive Relief Order [Docket No. 20]

Responses Received:

A. Debtors' Opposition to Application for Order Shortening Time Period for Notice Under Fed. R. Bankr. P. 9006(c)(1) and Limiting Notice of the Motion of Proposed Lead Plaintiff Cameron Wyatt for Entry of an Order Modifying the Stipulated Injunctive Relief Order [Docket No. 22]

Related Documents:

A. Application for Order Shortening Time Period for Notice Under Fed. R. Bankr. P. 9006(c)(1) and Limiting Notice of the Motion of Proposed Lead Plaintiff Cameron Wyatt for Entry of an Order Modifying the Stipulated Injunctive Relief Order [Docket No. 21]

**Status:  This matter is going forward as a scheduling conference.**

| | |
|---|---|
| Dated: August 16, 2023 | /s/ *Michael D. Sirota* |
| | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq. (NJ Bar No. 014321986)<br>Warren A. Usatine, Esq. (NJ Bar No. 025881995)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com |
| | **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Christine A. Okike, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br>jsussberg@kirkland.com<br>christine.okike@kirkland.com |
| | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Kenric D. Kattner, Esq. (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>kenric.kattner@haynesboone.com |
| | *Attorneys for Debtors and Debtors in Possession* |