**MIDDLEBROOKS SHAPIRO, P.C.**
P. O. Box 1630
Belmar, New Jersey 07719-1630
(973) 218-6877
(973) 218-6878 (fax)
Joseph M. Shapiro, Esq.
jshapiro@middlebrooksshapiro.com
*Attorneys for Creditor John A. Javes*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| **BLOCKFI INC.,** *et al.*,[1] | Case No. 22-19361 (MBK) <br> (Jointly Administered) |
| Chapter 11 Debtors and Debtors-in-Possession. | Honorable Michael B. Kaplan, Chief Judge |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**
**ON BEHALF OF CREDITOR JOHN A. JAVES**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appear pursuant to F.R.B.P. 2002, 9007 and 9010(b) and 11 U.S.C. §§ 102(1), 342 and 1109(b) in the above-captioned jointly administered Chapter 11 bankruptcy cases (collectively, the "Chapter 11 Cases") on behalf of creditor John A. Javes (the "Creditor") and request service of any and all notices given or required to be given in the Chapter 11 Cases, and all papers served or required to be served in the Chapter 11 Cases, including all adversary proceedings and other related cases and proceedings (collectively, "Related Proceedings"), and requests that the names and addresses of the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

undersigned counsel be added to all mailing matrices and service lists maintained in the Chapter 11 Cases:

> Joseph M. Shapiro, Esq.
> **MIDDLEBROOKS SHAPIRO, P.C.**
> P. O. Box 1630
> Belmar, New Jersey 07719-1630
> (973) 218-6877
> Email: jshapiro@middlebrooksshapiro.com

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements and answering or reply papers filed in these Chapter 11 Cases or any Related Proceedings and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that Creditor does not intend for this Notice of Appearance and Request for Service of Papers, nor any later appearance, pleading, claim or suit, to constitute a submission by Creditor to the jurisdiction of the Bankruptcy Court, nor shall the same constitute (i) Creditor's consent to entry by the Bankruptcy Court of any final order in any non-core proceeding, or waiver of Creditor's right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (ii) waiver of the Creditor's right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to this bankruptcy proceeding, (iii) waiver of the Creditor's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) waiver of any other rights, claims, actions, defense, setoffs, or recoupments to which Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defense, setoffs, and recoupments Creditor expressly reserves.  Additionally, nothing herein shall be deemed or

construed as a consent to jurisdiction of matters congressionally delegated to regulatory authorities.

        **MIDDLEBROOKS SHAPIRO, P.C.**
        P. O. Box 1630
        Belmar, New Jersey 07719-1630
        (973) 218-6877
        (973) 218-6878 (fax)
        jshapiro@middlebrooksshapiro.com
        *Attorneys for Creditor John A. Javes*

        /s/ Joseph M. Shapiro
        _____

Dated: August 17, 2023         Joseph M. Shapiro, Esq.