| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>Facsimile:  (201) 489-1536<br>Email: msirota@coleschotz.com<br>            wusatine@coleschotz.com<br>*Attorneys for Debtors*<br>*and Debtors in Possession* | |
| In re:<br><br>BLOCKFI INC., *et al.,*<br><br>Debtors.[1] | Case No.:    22-19361<br><br>Judge:    Hon. Michael B. Kaplan<br><br>Chapter:    11<br><br>Hearing Date:    September 6, 2023 |

## ADJOURNMENT REQUEST

1. I, <u>Michael D. Sirota, Esq.</u>

    ☒    am the attorney for:  <u>the Debtors/Debtors-in-Possession                                </u>,

    ☐    am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

1. Notice of Debtors' Seventh Omnibus Objection to Certain Claims [Docket No. 1311] as to the Proof of Claim of Visa U.S.A. Inc. [12020] only.

    **Current hearing date and time**:  <u>September 6, 2023 at 11:00 a.m. [ET]</u>

    **New date requested**:  <u>September 20, 2023</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

**Reason for adjournment request**: The Parties are working towards a resolution of this matter.

2. Consent to adjournment:

☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: August 18, 2023      /s/ Michael D. Sirota
                                             Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 9/20/23    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: ___    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

65365/0001-45955960v1