## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD
## JULY 1, 2023 THROUGH JULY 31, 2023

| | | | |
|---|---|---|---|
| Debtor: | BlockFi Inc. | Applicant: | McCarter & English, LLP |
| Case No.: | 22-19361(MBK) | Client: | Unsecured Creditors Committee |
| Chapter: | 11 | Case Filed: | November 28, 2022 |

## SECTION 1
## FEE SUMMARY

X  Monthly Fee Statement No.  7          or  ☐ Final Fee Application

Summary of Amounts Requested for the Period from July 1, 2023 through July 31, 2023 (the "**Seventh Statement Period**")

| | |
|---|---|
| Total Fees: | $33,690.00 |
| Total Disbursements: | $405.90 |
| Minus 20% holdback of Fees ($6,738.00): | $26,952.00 |
| Amount Sought at this Time: | $27,357.90 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Lisa S. Bonsall, Partner | 1988 | 25.60 | $835.00 | $21,376.00 |
| Sheila E. Calello | 1991 | .90 | $750.00 | $675.00 |
| Lawrence Sannicandro, Partner | 2011 | 8.60 | $625.00 | $5,375.00 |
| Jessica J. Macarone, Special Counsel | 2001 | 6.10 | $595.00 | $3,629.50 |
| Jamie Zug, Associate | 2016 | .30 | $495.00 | $148.50 |
| Cecilia Beirne, Paralegal | | 7.70 | $310.00 | $2,387.00 |
| Michael F. Finkler, Litigation Technology Manager | | .60 | $165.00 | $99.00 |

Fee Totals:                    $33,690.00

Disbursements Totals:          $405.90

Total Fee Application          $34,095.90

## SECTION II SUMMARY OF
## SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **a)  Asset Analysis and Recovery:**<br>Identification and review of potential assets including causes of action and non-litigation recoveries. | 1.10 | $918.50 |
| **b)  Asset Disposition**<br>Sales, leases, abandonment and related transaction work. | | |
| **c)  Avoidance Action Litigation**<br>Preference and fraudulent transfer litigation. | | |
| **d)  Business Operations**<br>Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| **e)  Case Administration**<br>Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 9.90 | $6,720.00 |
| **f)  Claims Administration and Objections**<br>Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| **g)  Employee Benefits/Pensions**<br>Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| **h)  Fee/Employment Applications**<br>Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 2.90 | $1,004.00 |
| **i)  Fee/Employment Objections**<br>Review of an objections to the employment and fee applications of others. | | |
| **j)  Financing**<br>Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| **k)  Litigation**<br>Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| **l)  Meetings of Creditors**<br>Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 9.70 | $8,099.50 |
| **m)  Plan and Disclosure Statement**<br>Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 5.70 | $4,759.50 |

3

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| n)  **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o)  **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p)  **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q)  **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r)  **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s)  **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t)  **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u)  **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | 9.40 | $5,941.00 |
| v)  **Valuation**<br>Appraise or review appraisals of assets. | | |
| w)  **Travel Time** | | |
| x)  **Investigation and Due Diligence**<br>Committee Investigation | 11.10 | $6,247.50 |
| **SERVICE TOTALS:** | 49.80 | $33,690.00 |

ME1 45709882v.1

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) **Filing Fees**<br>Payable to Clerk of Court. | |
| b) **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| c) **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) **Fax**<br>Include per page fee charged. | |
| e) **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) **In-house Reproduction Services**<br>Exclusive of overhead charges. | $405.90 |
| g) **Outside Reproduction Services**<br>Including scanning services. | |
| h) **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) **Court Reporting**<br>Transcripts. | |
| j) **Travel**<br>Mileage, tolls, airfare, parking. | |
| k) **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) **Postage** | |
| m) **Other (specify) Meals, Litigation Support Vendors** | |
| **DISBURSEMENTS TOTAL:** | $405.90 |

I certify under penalty of perjury that the above is true.

/s/  David J. Adler
DAVID J. ADLER

Dated:  August 16, 2023

5

ME1 45709882v.1

**Exhibit A**



BlockFi, Inc. Official Committee of
Unsecured Creditors
New York, NY 10036

Invoice Date: August 11, 2023
Invoice Number: 9058032
Matter Number: 138158-00001

Client**:**    Official Committee of Unsecured Creditors of BlockFi, Inc.
Matter:    Committee matters

*For professional services rendered through July 31, 2023*

Currency: USD

| | |
|---|---|
| Fees | $21,635.50 |
| Disbursements | $405.90 |
| Total Due This Invoice | $22,041.40 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
*McCarter & English, LLP*
*Four Gateway Center*
*100 Mulberry Street*
*Newark, NJ 07102*
*Tel  973.622.4444*
*Fax 973.624.7070*
*www.mccarter.com*
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number:* 2020080016953
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**



### MULTIPAYOR BREAKDOWN

TOTAL DUE FOR FEES BLOCKFI, INC. OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
(80.00%)..........................................................................$17,308.40

TOTAL DUE FOR COSTS BLOCKFI, INC.
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS ................................................................$405.90

TOTAL DUE FOR FEES HOLDBACK (20.00%)...................$4,327.10

TOTAL DUE FOR COSTS HOLDBACK ................................$0.00

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*                      *Electronic Payment Instructions:*
*McCarter & English, LLP*       AccountsReceivable@McCarter.com
*Four Gateway Center*           *Account Name:  McCarter & English, LLP*
*100 Mulberry Street*           *Account Number: 2020080016953*
*Newark, NJ 07102*              *Financial Institution:  Wells Fargo Bank, N.A.*
*Tel 973.622.4444*              *ACH ABA: 021200025*
*Fax 973.624.7070*              *Wire Transfer ABA: 121000248*
*www.mccarter.com*              *SWIFT: WFBIUS6S  (International payments)*
*Tax I.D. # 22-1534652*         **(Please Reference Invoice Number)**

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:  Committee matters

Invoice Date: August 11, 2023

Invoice Number: 9058032

Matter Number: 138158-00001

---

**Time Detail**

**:**          B110 - Case Administration

| | | | | |
|---|---|---|---|---|
| 07/03/23 | Lisa S. Bonsall | Consider recent issues, confer and update D. Adler. | 0.30 | 250.50 |
| 07/07/23 | Lisa S. Bonsall | Review emails regarding sealing. | 0.10 | 83.50 |
| 07/07/23 | Lisa S. Bonsall | Review additional recently filed pleadings in case. | 0.20 | 167.00 |
| 07/07/23 | Lisa S. Bonsall | Review communications relating to motions and status of case. | 0.10 | 83.50 |
| 07/11/23 | Lisa S. Bonsall | Update D. Adler regarding developments, strategy from UCC call. | 0.30 | 250.50 |
| 07/11/23 | Lisa S. Bonsall | Confer with D. Adler and C. Beirne regarding preparation of fee app and related issues. | 0.30 | 250.50 |
| 07/11/23 | Lisa S. Bonsall | Confer with D. Adler regarding potential topics, issues for UCC call. | 0.30 | 250.50 |
| 07/11/23 | Lisa S. Bonsall | Review recent court filings relating to case. | 0.50 | 417.50 |
| 07/11/23 | Lisa S. Bonsall | Review and consider postings and communications to and from UCC. | 0.40 | 334.00 |
| 07/11/23 | Lisa S. Bonsall | Review filings by Debtors' (Reply regarding exclusivity, motion to seal, opposition to unredact report). | 0.50 | 417.50 |
| 07/12/23 | Lisa S. Bonsall | Review emails regarding hearing, status. | 0.10 | 83.50 |
| 07/12/23 | Lisa S. Bonsall | Review recently filed pleadings (UCC supplemental objection, agenda) and follow up regarding revisions. | 0.60 | 501.00 |
| 07/12/23 | Lisa S. Bonsall | Confer with D. Adler regarding upcoming hearing. | 0.30 | 250.50 |
| 07/18/23 | Sheila E. Calello | Confer with counsel regarding update on status of negotiations and UCC call. | 0.40 | 300.00 |
| 07/18/23 | Sheila E. Calello | Check communications from/to Brown Rudnick relating to status of negotiations, settlement, issues. | 0.50 | 375.00 |
| 07/19/23 | Lisa S. Bonsall | Update D. Adler regarding settlement and plan status and discuss issues. | 0.80 | 668.00 |
| 07/19/23 | Lisa S. Bonsall | Communications to update D. Adler regarding same in connection with crypto updates and potential impact. | 0.10 | 83.50 |
| 07/20/23 | Lisa S. Bonsall | Review recently filed order regarding communications on creditor platform. | 0.50 | 417.50 |

McCarter & English, LLP

Client:  Official Committee of Unsecured Creditors of BlockFi,
Inc.

Matter:  Committee matters

Invoice Date: August 11, 2023

Invoice Number: 9058032

Matter Number: 138158-00001

---

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/20/23 | Lisa S. Bonsall | Review email with New Jersey law issue from Robert Stark. | 0.40 | 334.00 |
| 07/20/23 | Lisa S. Bonsall | Respond to inquiries from M3 regarding scope of work. | 0.30 | 250.50 |
| 07/26/23 | Lisa S. Bonsall | Review recent filings, and consider status, etc. | 0.10 | 83.50 |
| | B110 - Case Administration | | **7.10** | **$5,852.00** |
| : | B120 - Asset Analysis and Recovery | | | |
| 07/13/23 | Lisa S. Bonsall | Attend court conference in connection with committee report, motion for sealing, preliminary report. | 0.80 | 668.00 |
| 07/19/23 | Lisa S. Bonsall | Follow up communications regarding settlement provision gating issues. | 0.10 | 83.50 |
| 07/19/23 | Lisa S. Bonsall | Review and consider most recent settlement proposal from debtor. | 0.30 | 250.50 |
| | B120 - Asset Analysis and Recovery | | **1.20** | **$1,002.00** |
| : | B150 - Meetings of and Communications with Creditors | | | |
| 07/05/23 | Lisa S. Bonsall | Review status, pleadings, communications and prepare for UCC meeting. | 1.00 | 835.00 |
| 07/05/23 | Lisa S. Bonsall | Participate in weekly unsecured creditor committee call to discuss status, developments, strategy. | 0.70 | 584.50 |
| 07/11/23 | Lisa S. Bonsall | Attend and participate in UCC weekly meeting to discuss status, strategy, development and issues. | 0.70 | 584.50 |
| 07/13/23 | Lisa S. Bonsall | Attend UCC update from attorneys at chambers conference and mediation. | 0.20 | 167.00 |
| 07/14/23 | Lisa S. Bonsall | Attend emergency call of Committee members regarding mediation and settlement negotiations. | 1.00 | 835.00 |

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter: Committee matters

Invoice Date: August 11, 2023

Invoice Number: 9058032

Matter Number: 138158-00001

| | | | | |
|---|---|---|---|---|
| 07/14/23 | Lisa S. Bonsall | Continued attendance on emergency call of Unsecured Creditors' Committee regarding update status and strategy for mediation. | 1.00 | 835.00 |
| 07/19/23 | Lisa S. Bonsall | Attend emergency call with committee with respect to continued mediation/settlement negotiations. | 1.10 | 918.50 |
| 07/19/23 | Lisa S. Bonsall | Attend emergency call of UCC with respect to settlement discussion status and status of pending motions. | 1.50 | 1,252.50 |
| 07/19/23 | Lisa S. Bonsall | Review communications to and from committees members regarding case and settlement status and issues. | 0.10 | 83.50 |
| 07/19/23 | Lisa S. Bonsall | Review communications with committee, including settlement discussion update, in connection with upcoming call. | 0.10 | 83.50 |
| 07/20/23 | Lisa S. Bonsall | Attend BlockFi creditor committee call to discuss plan, settlement. | 1.50 | 1,252.50 |
| 07/27/23 | Lisa S. Bonsall | Attend weekly Committee conference call regarding status, next steps. | 0.80 | 668.00 |
| | | **B150 - Meetings of and Communications with Creditors** | **9.70** | **$8,099.50** |

| | | | | |
|---|---|---|---|---|
| : | | B160 - Fee/Employment Applications | | |
| 07/13/23 | Lisa S. Bonsall | Communications and commence preparation of fee app. | 0.20 | 167.00 |
| 07/13/23 | Cecilia A. Beirne | Commence review of April billing entries for matter 01. | 1.30 | 403.00 |
| 07/13/23 | Cecilia A. Beirne | Reviewing May and June pro forma statements in connection with preparation of monthly statements. | 0.90 | 279.00 |
| 07/17/23 | Cecilia A. Beirne | Edited April Proforma for Matter 01. | 0.50 | 155.00 |
| | | **B160 - Fee/Employment Applications** | **2.90** | **$1,004.00** |

| | | | | |
|---|---|---|---|---|
| : | | B190 - Other Contested Matters (excluding assumption/r ejection | | |

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter: Committee matters

Invoice Date: August 11, 2023

Invoice Number: 9058032

Matter Number: 138158-00001

---

motions)

| | | | | |
|---|---|---|---|---|
| 07/07/23 | Lisa S. Bonsall | Review objections filed to UCC's Trustee/conversion motion. | 0.90 | 751.50 |
| 07/11/23 | Lisa S. Bonsall | Communications related to exclusivity and related motions. | 0.20 | 167.00 |
| | | **B190 - Other Contested Matters (excluding assumption/rejection motions)** | **1.10** | **$918.50** |

: B320 - Plan and Disclosure Statement (including Business Plan)

| | | | | |
|---|---|---|---|---|
| 07/01/23 | Lisa S. Bonsall | Consider and discuss tax issues with D. Adler in connection with memo and review of Disclosure Statement. | 1.20 | 1,002.00 |
| 07/01/23 | Lisa S. Bonsall | Review draft tax insert for Disclosure Statement and related emails. | 0.40 | 334.00 |
| 07/01/23 | Lisa S. Bonsall | Revise, redline, circulate revisions and comments to draft disclosure statement insert. | 1.00 | 835.00 |
| 07/03/23 | Lisa S. Bonsall | Attend status conference before Judge Kaplan. | 0.90 | 751.50 |
| 07/05/23 | Lisa S. Bonsall | Consider issues related to disclosure statement. | 0.20 | 167.00 |
| 07/05/23 | Lisa S. Bonsall | Consider disclosures in other crypto cases in connection with BlockFi disclosure statement. | 0.30 | 250.50 |
| 07/05/23 | Lisa S. Bonsall | Review and consider recently filed objections to debtors' proposed disclosure statement. | 0.80 | 668.00 |
| 07/07/23 | Lisa S. Bonsall | Communications regarding status of various issues in crypto cases (primarily Celsius) in connection with potential impact on BlockFi plan and disclosure statement. | 0.30 | 250.50 |
| 07/26/23 | Lisa S. Bonsall | Update regarding plan and disclosure statement, committee issues and disposition. | 0.10 | 83.50 |

McCarter & English, LLP

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter: Committee matters

Invoice Date: August 11, 2023
Invoice Number: 9058032
Matter Number: 138158-00001

---

| 07/27/23 | Lisa S. Bonsall | Review revised disclosure statement and posting on creditor committee platform. | 0.50 | 417.50 |
|---|---|---|---|---|
| | | B320 - Plan and Disclosure Statement (including Business Plan) | **5.70** | **$4,759.50** |

| **Total** | | | **27.70** | **$21,635.50** |
|---|---|---|---|---|
| **Total Disbursements** | | | | **$405.90** |
| **Total Due** | | | | **$22,041.40** |

**Disbursement Detail**

| <u>Description</u> | <u>Quantity</u> | <u>Amount</u> |
|---|---|---|
| Photocopies | 2,706.00 | 405.90 |
| **Total** | | **$405.90** |



BlockFi, Inc. Official Committee of
Unsecured Creditors
New York, NY 10036

Invoice Date: August 11, 2023
Invoice Number: 9058032
Matter Number: 138158-00001

**REMITTANCE COPY**

**Committee matters**

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| **Current Invoice** | | |
| 08/11/23 | 9058032 | $17,714.30 |
| **Balance Due** | | $17,714.30 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

**Mail To:**
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel  973.622.4444
Fax 973.624.7070
www.mccarter.com
Tax I.D. # 22-1534652

**Electronic Payment Instructions:**
AccountsReceivable@McCarter.com
Account Name:  McCarter & English, LLP
Account Number: 2020080016953
Financial Institution:  Wells Fargo Bank, N.A.
ACH ABA: 021200025
Wire Transfer ABA: 121000248
SWIFT: WFBIUS6S  (International payments)
**(Please Reference Invoice Number)**



Official Committee of Unsecured Creditors
of BlockFi, Inc.
Elisabeth Carabas
Official Committee of Unsecured Creditors
of BlockFi, Inc.
c/o Brown Rudnick LLP - Seven Times
Square
New York, NY 10036

Invoice Date: August 11, 2023
Invoice Number: 9058034
Matter Number: 138158-00002

---

Client:   Official Committee of Unsecured Creditors of BlockFi, Inc.
Matter:   Document Review

*For professional services rendered through July 31, 2023*

Currency: USD

| | |
|---|---|
| Fees | $6,113.50 |
| **Total Amount Due** | **$6,113.50** |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
*McCarter & English, LLP*
*Four Gateway Center*
*100 Mulberry Street*
*Newark, NJ 07102*
*Tel  973.622.4444*
*Fax 973.624.7070*
*www.mccarter.com*
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number: 2020080016953*
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**

| | | | | |
|---|---|---|---|---|
| Client: | Official Committee of Unsecured Creditors of BlockFi, Inc. | | Invoice Date: August 11, 2023 | |
| Matter: | Document Review | | Invoice Number: 9058034 | |
| | | | Matter Number: 138158-00002 | |

---

**Time Detail**

| | | | | |
|---|---|---|---|---|
| : | B110 - Case Administration | | | |
| 07/13/23 | Cecilia A. Beirne | Commence review of billing entries for matter 02 and Email exchange with L. Bonsall.  Edited doc April time Matter 00002, Proforma No. 231017. | 2.80 | 868.00 |
| | B110 - Case Administration | | **2.80** | **$868.00** |
| : | B120 - Asset Analysis and Recovery | | | |
| 07/05/23 | Jessica J. Macarone | Considering issues re: status of matter, subpoenas and potential additional productions. | 0.40 | 238.00 |
| 07/12/23 | Lisa S. Bonsall | Emails, follow up relating to newly produced documents from Kirkland (never produced but referenced in report). | 0.20 | 167.00 |
| 07/12/23 | Lisa S. Bonsall | Commence preparation of pro forma review in connection with preparation of fee application. | 0.30 | 250.50 |
| 07/12/23 | Michael F. Finkler | Prepare and load BF_BK_012 document production in to Relativity and confer with JMacarone re if we received BF_BK011. | 0.30 | 49.50 |
| 07/12/23 | Jessica J. Macarone | Communications with vendor and M&E team re: additional production received from debtor. | 0.50 | 297.50 |
| 07/12/23 | Jessica J. Macarone | Considering issues re: current BF_BK document production and prior production set. | 0.50 | 297.50 |
| 07/12/23 | Jessica J. Macarone | Analyzing documents and those included separately for substantive assessment and prior production. | 0.20 | 119.00 |
| 07/12/23 | Jessica J. Macarone | Assessing tracker information with respect to productions and providing comments to same. | 0.20 | 119.00 |
| 07/12/23 | Jessica J. Macarone | Email communication with co-counsel re: additional documents produced. | 0.30 | 178.50 |

Client:  Official Committee of Unsecured Creditors of BlockFi,
Inc.

Matter:  Document Review

Invoice Date: August 11, 2023

Invoice Number: 9058034

Matter Number: 138158-00002

---

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/13/23 | Lisa S. Bonsall | Communications with document review team lead providing update and receiving update regarding documents recently posted. | 0.10 | 83.50 |
| 07/13/23 | Jessica J. Macarone | Further assessing revised load information from vendor to confirm accuracy. | 0.10 | 59.50 |
| 07/13/23 | Jessica J. Macarone | Email communication with vendor re: revised tracking information. | 0.10 | 59.50 |
| 07/13/23 | Jessica J. Macarone | Further considering issues re: status of matter and additional document production, including email communications re: same. | 0.20 | 119.00 |
| 07/13/23 | Jessica J. Macarone | Assessing relevant information and updating document review tracker to reflect same. | 0.30 | 178.50 |
| 07/14/23 | Cecilia A. Beirne | Review April Proforma, edit task codes and narratives.  Forward finalized Proforma to L. Bonsall. | 1.50 | 465.00 |
| 07/14/23 | Michael F. Finkler | Download newly produced Excel file from Intralinks site and make available for legal team review. | 0.10 | 16.50 |
| 07/14/23 | Jessica J. Macarone | Email communications with vendor re: newly produced document from BlockFi. | 0.10 | 59.50 |
| 07/14/23 | Jessica J. Macarone | Email communication with co-counsel re: newly produced document from BlockFi. | 0.10 | 59.50 |
| 07/14/23 | Jessica J. Macarone | Upon receipt, reviewing newly produced document from BlockFi. | 0.10 | 59.50 |
| 07/17/23 | Cecilia A. Beirne | Final review of April Billing. | 0.50 | 155.00 |
| 07/17/23 | Lisa S. Bonsall | Follow up with Investigative Document Review Team Lead. | 0.30 | 250.50 |
| 07/18/23 | Cecilia A. Beirne | Confer with L. Bonsall re June Proformas to be forwarded to me. | 0.20 | 62.00 |
| 07/26/23 | Michael F. Finkler | Download 2 new Excel files from Intralinks site and provide to legal team for review and coordinate ediscovery processing and loading in to Relativity with ediscovery vendor. | 0.20 | 33.00 |
| 07/26/23 | Lisa S. Bonsall | Update regarding continued production of documents and processing of same. | 0.10 | 83.50 |
| 07/26/23 | Jessica J. Macarone | Reviewing and coding produced documents in Relativity. | 0.20 | 119.00 |
| 07/26/23 | Jessica J. Macarone | Email communications with vendor re: additional documents produced by BlockFi. | 0.20 | 119.00 |
| 07/26/23 | Jessica J. Macarone | Assessing file and document information with respect to additional documents produced by BlockFi. | 0.10 | 59.50 |

Client:  Official Committee of Unsecured Creditors of BlockFi,
Inc.

Matter:  Document Review

Invoice Date: August 11, 2023

Invoice Number: 9058034

Matter Number: 138158-00002

| 07/26/23 | Jessica J. Macarone | Reviewing updated tracking information from vendor. | 0.10 | 59.50 |
|---|---|---|---|---|
| 07/26/23 | Jessica J. Macarone | Email communication with co-counsel re: additional documents produced by BlockFi. | 0.10 | 59.50 |
| 07/28/23 | Jessica J. Macarone | Email communications with co-counsel re: additional document produced by BlockFi. | 0.20 | 119.00 |
| 07/28/23 | Jessica J. Macarone | Considering issues re: information and document identified by vendor and potential next steps. | 0.40 | 238.00 |
| 07/28/23 | Jessica J. Macarone | Reviewing document produced by BlockFi. | 0.10 | 59.50 |
| 07/28/23 | Jessica J. Macarone | Email communications with vendor re: document produced by BlockFi, Intralinks checks and related items. | 0.50 | 297.50 |
| 07/28/23 | Jessica J. Macarone | Further considering issues re: Intralinks assessment and related items for vendor. | 0.40 | 238.00 |
| 07/29/23 | Jessica J. Macarone | Assessing information and communications re: appearance of specific terms in reviewed documents or in connection with specific projects. | 0.30 | 178.50 |
| 07/31/23 | Jessica J. Macarone | Further assessing information related to document previously produced and comparing same. | 0.40 | 238.00 |
| | | **B120 - Asset Analysis and Recovery** | **9.90** | **$5,245.50** |
| **Total** | | | **12.70** | **$6,113.50** |



Official Committee of Unsecured Creditors
of BlockFi, Inc.
Elisabeth Carabas
Official Committee of Unsecured Creditors
of BlockFi, Inc.
c/o Brown Rudnick LLP - Seven Times
Square
New York, NY 10036

Invoice Date: August 11, 2023
Invoice Number: 9058034
Matter Number: 138158-00002

---

**REMITTANCE COPY**

**Document Review**

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| Current Invoice | | |
| 08/11/23 | 9058034 | $6,113.50 |
| **Balance Due** | | $6,113.50 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
*McCarter & English, LLP*
*Four Gateway Center*
*100 Mulberry Street*
*Newark, NJ 07102*
*Tel  973.622.4444*
*Fax 973.624.7070*
*www.mccarter.com*
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number: 2020080016953*
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**



Official Committee of Unsecured Creditors
of BlockFi, Inc.
Elisabeth Carabas
Official Committee of Unsecured Creditors
of BlockFi, Inc.
c/o Brown Rudnick LLP - Seven Times
Square
New York, NY 10036

Invoice Date: August 11, 2023
Invoice Number: 9058033
Matter Number: 138158-00003

Client**:**   Official Committee of Unsecured Creditors of BlockFi, Inc.
Matter:   Tax Matters

*For professional services rendered through July 31, 2023*

Currency: USD

| | |
|---|---:|
| Fees | $5,941.00 |
| **Total Due This Invoice** | **$5,941.00** |
| Previous Balance Due | $194,078.05 |
| **Total Amount Due** | **$200,019.05** |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
*McCarter & English, LLP*
*Four Gateway Center*
*100 Mulberry Street*
*Newark, NJ 07102*
*Tel 973.622.4444*
*Fax 973.624.7070*
*www.mccarter.com*
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number: 2020080016953*
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:  Tax Matters

Invoice Date: August 11, 2023

Invoice Number: 9058033

Matter Number: 138158-00003

---

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/01/23 | Lawrence A. Sannicandro | High-level review of disclosure statement as it relates to tax loss only.  Draft and send inserts to be included in rebuttal to same on the basis of tax basis.  Draft and send email, with inserts, to David Adler, Esq. and Lisa Bonsall, Esq. | 3.80 | 625.00 | 2,375.00 |
| 07/02/23 | Lawrence A. Sannicandro | Review proposed further changes to tax loss insert as separately forwarded by Lisa Bonsall, Esq. and David Adler, Esq.  Confer with Lisa Bonsall, Esq. and David Adler, Esq. re: final changes to same.  Follow-up. | 0.40 | 625.00 | 250.00 |
| 07/02/23 | Lawrence A. Sannicandro | Review suggested changes from Lisa Bonsall, Esq. with respect to tax loss aspects of disclosure statement rebuttal.  Further revise same.  Consider propriety of including allegation with respect to Voyager disclosure statement.  Draft and send email to David Adler, Esq. and Lisa Bonsall, Esq., with copy of further revised insert and blackline. | 1.60 | 625.00 | 1,000.00 |
| 07/03/23 | Lisa S. Bonsall | Send tax issue analysis memo to Brown Rudnick team with cover email regarding additional potential tax treatment option. | 0.30 | 835.00 | 250.50 |
| 07/03/23 | Lisa S. Bonsall | Review comments and revisions to tax memo. | 0.20 | 835.00 | 167.00 |
| 07/03/23 | Lawrence A. Sannicandro | Review further changes to tax loss insert, as forwarded by Lisa Bonsall, Esq. and David Adler, EWsq.  Revises insert, perform final review of same, and send revised draft to Lisa Bonsall, Esq. and David Adler, Esq. for forwarding to Brown Rudnick. | 1.20 | 625.00 | 750.00 |

Client: Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter: Tax Matters

Invoice Date: August 11, 2023

Invoice Number: 9058033

Matter Number: 138158-00003

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/03/23 | Lawrence A. Sannicandro | Review further comments to tax loss insert as forwarded by David Adler, Esq. Revise first paragraph to address narrowed discussion. Draft and send email, with revised insert, to David Adler, Esq. and Lisa Bonsall, Esq. Review response from Tristan Axelrod, Esq. | 0.40 | 625.00 | 250.00 |
| 07/03/23 | Lawrence A. Sannicandro | Consider propriety of including involuntary conversion theory in tax loss insert and confer with David Adler, Esq. re: same. Further follow-up re: presentation in insert with respect to impact of theft loss analysis on, among other theories, an involuntary conversion theory. | 0.70 | 625.00 | 437.50 |
| 07/03/23 | Lawrence A. Sannicandro | Confer with Lisa Bonsall, Esq. re: schedules following creditors' meeting. | 0.20 | 625.00 | 125.00 |
| 07/05/23 | Lawrence A. Sannicandro | Confer with Jamie Zug, Esq. re: objection to tax disclosure statement, potential applicability for involuntary conversion theory, and related. | 0.30 | 625.00 | 187.50 |
| 07/05/23 | Jamie M. Zug | Conferred with Larry Sannicandro regarding next steps re: potential deductions. | 0.30 | 495.00 | 148.50 |
| **Total Hourly** | | | **9.40** | | **$5,941.00** |
| **Total Fees** | | | **9.40** | | **$5,941.00** |

**Aged A/R**

| Invoice Date | Invoice Number | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|--------------|----------------|------|-------|-------|--------|----------|
| 07/28/23 | 9055259 | 22,355.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/11/23 | 9057831 | 120,278.35 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/11/23 | 9057860 | 51,444.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 194,078.05 | 0.00 | 0.00 | 0.00 | 0.00 |

**Total**     **$194,078.05**



Official Committee of Unsecured Creditors
of BlockFi, Inc.
Elisabeth Carabas
Official Committee of Unsecured Creditors
of BlockFi, Inc.
c/o Brown Rudnick LLP - Seven Times
Square
New York, NY 10036

Invoice Date: August 11, 2023
Invoice Number: 9058033
Matter Number: 138158-00003

---

**REMITTANCE COPY**

**Tax Matters**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| **Prior Balance Due** | | $194,078.05 |
| Current Invoice | | |
| 08/11/23 | 9058033 | $5,941.00 |
| **Balance Due** | | $200,019.05 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
*McCarter & English, LLP*
*Four Gateway Center*
*100 Mulberry Street*
*Newark, NJ 07102*
*Tel  973.622.4444*
*Fax 973.624.7070*
*www.mccarter.com*
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number: 2020080016953*
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**