# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 19, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Letter to Creditors [Docket No. 873] (the "***Letter to Creditors***")

- Notice of Hearing on Debtors' Motion for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Notice Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto [Docket No. 876] (the "***Disclosure Statement Hearing Notice")***

On July 20, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Counterparties Service List attached hereto as **Exhibit B**:

- Notice of Rejection of Executory Contracts and Leases [Docket No. 867]

On July 21, 2023, at my direction and under my supervision, employees of Kroll caused the Letter to Creditors and Disclosure Statement Hearing Notice to be served via First Class Mail on the Supplemental Disclosure Statement Notice Parties Service List attached hereto as **Exhibit C**:

On July 21, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Corrective Letter Notice Parties Service List attached hereto as **Exhibit D**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

- Corrective Letter to Creditors [Docket No. 943] (the "*Corrective Letter*")

On August 1, 2023, at my direction and under my supervision, employees of Kroll caused the Corrective Letter to be served via first class mail on the Supplemental Service List attached hereto as **Exhibit E**.

On August 2, 2023, at my direction and under my supervision, employees of Kroll caused the Letter to Creditors and Disclosure Statement Hearing Notice to be served via First Class Mail on a notice party (ADRID: 12088915), whose name and address have been redacted in the interest of privacy.

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: August 18, 2023

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 18, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

Exhibit A

Supplemental Service List

Served via first class mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 11841848 | Align Promotions | 77 Palisade Dr | | St Augustine | FL | 32092-1139 |
| 10347344 | Name on File | Address on File | | | | |
| 12054048 | Name on File | Address on File | | | | |
| 10298004 | Name on File | Address on File | | | | |
| 12054462 | Name on File | Address on File | | | | |
| 10592371 | Name on File | Address on File | | | | |
| 10299032 | Name on File | Address on File | | | | |
| 10299339 | Name on File | Address on File | | | | |
| 12057775 | Name on File | Address on File | | | | |
| 11467196 | Name on File | Address on File | | | | |
| 11612765 | Name on File | Address on File | | | | |
| 12058865 | Name on File | Address on File | | | | |
| 10591939 | Databricks | 160 Spear Street | Fl 15 | San Francisco | CA | 94105-1547 |
| 10592459 | Name on File | Address on File | | | | |
| 10298523 | Name on File | Address on File | | | | |
| 10297675 | Name on File | Address on File | | | | |
| 12061668 | Name on File | Address on File | | | | |
| 10344514 | Name on File | Address on File | | | | |
| 12062530 | Name on File | Address on File | | | | |
| 12062949 | Name on File | Address on File | | | | |
| 10297970 | Name on File | Address on File | | | | |
| 10349851 | Name on File | Address on File | | | | |
| 12067286 | Name on File | Address on File | | | | |
| 12067576 | Name on File | Address on File | | | | |
| 10298916 | Name on File | Address on File | | | | |
| 12192839 | Name on File | Address on File | | | | |
| 10297918 | Name on File | Address on File | | | | |
| 12103726 | Name on File | Address on File | | | | |

In re: RML, LLC
Case No. 22-10784 (DSJ)

Exhibit A

Supplemental Service List

Served via first class mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 10299184 | Name on File | Address on File | | | | |
| 10299289 | Name on File | Address on File | | | | |
| 12075162 | Name on File | Address on File | | | | |
| 10298051 | Name on File | Address on File | | | | |
| 12077357 | Name on File | Address on File | | | | |
| 10347559 | Name on File | Address on File | | | | |
| 12106485 | Name on File | Address on File | | | | |
| 12079386 | Name on File | Address on File | | | | |
| 10298728 | Name on File | Address on File | | | | |
| 10349510 | Name on File | Address on File | | | | |
| 12126182 | Name on File | Address on File | | | | |
| 10298719 | Name on File | Address on File | | | | |
| 10297523 | Name on File | Address on File | | | | |
| 10298360 | Name on File | Address on File | | | | |
| 10592929 | Name on File | Address on File | | | | |
| 12083403 | Name on File | Address on File | | | | |
| 10346530 | Name on File | Address on File | | | | |
| 10351187 | Name on File | Address on File | | | | |
| 10298121 | Name on File | Address on File | | | | |
| 12084786 | Name on File | Address on File | | | | |
| 10545539 | Name on File | Address on File | | | | |
| 10299316 | Name on File | Address on File | | | | |
| 10291214 | Name on File | Address on File | | | | |
| 10298698 | Name on File | Address on File | | | | |
| 10297540 | Name on File | Address on File | | | | |
| 12228484 | Name on File | Address on File | | | | |
| 10348359 | Name on File | Address on File | | | | |
| 11535577 | Name on File | Address on File | | | | |

In re: RML, LLC

Case No. 22-10784 (DSJ)

## Exhibit B

## Exhibit B

Supplemental Counterparties Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 12824189 | Duco Technology, Inc. | Attn: Legal | 49 Clerkenwell Green | | London | | EC1R 0EB | United Kingdom |
| 12824195 | First at Edifi, a division of First & 42nd, Inc. | Office of the General Counsel | Daniel J. Edelman Holdings, Inc. | 250 Hudson Street | New York | NY | 10013 | |
| 12824206 | NinjaRMM | 3687 Tampa Rd. | Suite #200 | | Oldsmar | FL | 34677 | |
| 12824208 | Postman, Inc. | 201 Mission Street | Suite 2375 | | San Francisco | CA | 94105 | |
| 12824221 | The Block Crypto, Inc. | 1625 North Market Blvd. | Suite N 112 | | Sacramento | CA | 95834 | |
| 12824228 | Unqork Inc. | Attention: David Sullivan, COO | 85 5th Ave | | New York | | 10003 | |
| 12824226 | UserTesting, Inc. | 690 5th St | | | San Francisco | CA | 94107 | |
| 10592036 | With Intelligence F.K.A. Pageant Media Limited | One London Wall | | | London | | EC2Y 5BD | United Kingdom |

**<u>Exhibit C</u>**

# Exhibit C

Supplemental Disclosure Statement Notice Parties Service List

Served via First Class Mail

| AddressID | Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 10349013 | Name on File | Address on File | | | | | |
| 11457061 | Name on File | Address on File | | | | | |
| 11483489 | Name on File | Address on File | | | | | |
| 11733131 | Name on File | Address on File | | | | | |
| 11538164 | Name on File | Address on File | | | | | |
| 11639469 | Name on File | Address on File | | | | | |
| 11697174 | Name on File | Address on File | | | | | |
| 11586220 | Name on File | Address on File | | | | | |
| 11497852 | Name on File | Address on File | | | | | |
| 11480719 | Name on File | Address on File | | | | | |
| 10295954 | CAREER MEETS WORLD | ATTN: EDWARD GORBIS | 2030 S OCEAN DR | APT 1614 | HALLANDLE BCH | FL | 33009-6613 |
| 10297942 | Name on File | Address on File | | | | | |
| 11664726 | Name on File | Address on File | | | | | |
| 11789873 | Name on File | Address on File | | | | | |
| 12059368 | Name on File | Address on File | | | | | |
| 11512723 | Name on File | Address on File | | | | | |
| 11551954 | Name on File | Address on File | | | | | |
| 10297999 | Name on File | Address on File | | | | | |
| 11778166 | Name on File | Address on File | | | | | |
| 11816119 | Name on File | Address on File | | | | | |
| 11674721 | Name on File | Address on File | | | | | |
| 11538434 | Name on File | Address on File | | | | | |
| 11499187 | Name on File | Address on File | | | | | |
| 11588196 | Name on File | Address on File | | | | | |
| 11513718 | Name on File | Address on File | | | | | |
| 11818399 | Name on File | Address on File | | | | | |
| 11746216 | Name on File | Address on File | | | | | |
| 11672161 | Name on File | Address on File | | | | | |
| 10298205 | Name on File | Address on File | | | | | |
| 11619465 | Name on File | Address on File | | | | | |
| 11622511 | Name on File | Address on File | | | | | |
| 10298369 | Name on File | Address on File | | | | | |

In re: BlockFi Inc., *et al.*

Case No. 22-19361 (MBK)

# Exhibit C

Supplemental Disclosure Statement Notice Parties Service List

Served via First Class Mail

| AddressID | Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 10299350 | Name on File | Address on File | | | | | |
| 10299020 | Name on File | Address on File | | | | | |
| 12068160 | Name on File | Address on File | | | | | |
| 11836925 | Name on File | Address on File | | | | | |
| 11749185 | Name on File | Address on File | | | | | |
| 11774527 | Name on File | Address on File | | | | | |
| 11503345 | Name on File | Address on File | | | | | |
| 10298411 | Name on File | Address on File | | | | | |
| 11672194 | Name on File | Address on File | | | | | |
| 11736164 | Name on File | Address on File | | | | | |
| 11551645 | Name on File | Address on File | | | | | |
| 11498644 | Name on File | Address on File | | | | | |
| 11834874 | Name on File | Address on File | | | | | |
| 10296098 | Name on File | Address on File | | | | | |
| 11839640 | Name on File | Address on File | | | | | |
| 11614951 | Name on File | Address on File | | | | | |
| 11575991 | Name on File | Address on File | | | | | |
| 11692906 | Name on File | Address on File | | | | | |
| 10298305 | Name on File | Address on File | | | | | |
| 11635829 | Name on File | Address on File | | | | | |
| 11526981 | Name on File | Address on File | | | | | |
| 11507521 | Name on File | Address on File | | | | | |
| 11792951 | Name on File | Address on File | | | | | |
| 11506344 | Name on File | Address on File | | | | | |
| 10299139 | Name on File | Address on File | | | | | |
| 11626009 | Name on File | Address on File | | | | | |
| 11452844 | Name on File | Address on File | | | | | |
| 11612350 | Name on File | Address on File | | | | | |
| 11715089 | Name on File | Address on File | | | | | |
| 11714132 | Name on File | Address on File | | | | | |
| 11739565 | Name on File | Address on File | | | | | |
| 11493491 | Name on File | Address on File | | | | | |

## Exhibit C

### Supplemental Disclosure Statement Notice Parties Service List

Served via First Class Mail

| AddressID | Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 12080728 | Name on File | Address on File | | | | | |
| 11809877 | Name on File | Address on File | | | | | |
| 11501545 | Name on File | Address on File | | | | | |
| 11642697 | Name on File | Address on File | | | | | |
| 11670378 | Name on File | Address on File | | | | | |
| 11681006 | Name on File | Address on File | | | | | |
| 10298029 | Name on File | Address on File | | | | | |
| 10297916 | Name on File | Address on File | | | | | |
| 11504635 | Name on File | Address on File | | | | | |
| 11839025 | Name on File | Address on File | | | | | |
| 11618795 | Name on File | Address on File | | | | | |
| 11496079 | Name on File | Address on File | | | | | |
| 11558143 | Name on File | Address on File | | | | | |
| 11649036 | Name on File | Address on File | | | | | |
| 11777795 | Name on File | Address on File | | | | | |
| 11631836 | Name on File | Address on File | | | | | |
| 11572802 | Name on File | Address on File | | | | | |
| 11650396 | Name on File | Address on File | | | | | |
| 11477681 | Name on File | Address on File | | | | | |
| 11615084 | Name on File | Address on File | | | | | |
| 11525505 | Name on File | Address on File | | | | | |

**Exhibit D**

Exhibit D

Supplemental Corrective Letter Notice Parties Service List

Served via First Class Mail

| AddressID | Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 11829385 | Name on File | Address on File | | | | | |
| 11590093 | Name on File | Address on File | | | | | |
| 11733131 | Name on File | Address on File | | | | | |
| 11508438 | Name on File | Address on File | | | | | |
| 10295954 | CAREER MEETS WORLD | ATTN: EDWARD GORBIS | 2030 S OCEAN DR | APT 1614 | HALLANDLE BCH | FL | 33009-6613 |
| 11613197 | Name on File | Address on File | | | | | |
| 11478623 | Name on File | Address on File | | | | | |
| 10297776 | Name on File | Address on File | | | | | |
| 11789873 | Name on File | Address on File | | | | | |
| 12059368 | Name on File | Address on File | | | | | |
| 10297999 | Name on File | Address on File | | | | | |
| 11724885 | Name on File | Address on File | | | | | |
| 11820787 | Name on File | Address on File | | | | | |
| 11818399 | Name on File | Address on File | | | | | |
| 11731400 | Name on File | Address on File | | | | | |
| 10298205 | Name on File | Address on File | | | | | |
| 11619465 | Name on File | Address on File | | | | | |
| 11693101 | Name on File | Address on File | | | | | |
| 11622511 | Name on File | Address on File | | | | | |
| 10299350 | Name on File | Address on File | | | | | |
| 10299020 | Name on File | Address on File | | | | | |
| 10298681 | Name on File | Address on File | | | | | |
| 11749185 | Name on File | Address on File | | | | | |
| 11774527 | Name on File | Address on File | | | | | |
| 11504605 | Name on File | Address on File | | | | | |
| 11632677 | Name on File | Address on File | | | | | |
| 11730815 | Name on File | Address on File | | | | | |
| 11551645 | Name on File | Address on File | | | | | |
| 11498644 | Name on File | Address on File | | | | | |
| 11834874 | Name on File | Address on File | | | | | |
| 10296098 | Name on File | Address on File | | | | | |
| 11839640 | Name on File | Address on File | | | | | |

Exhibit D

Supplemental Corrective Letter Notice Parties Service List

Served via First Class Mail

| AddressID | Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 11744758 | Name on File | Address on File | | | | | |
| 11692906 | Name on File | Address on File | | | | | |
| 10298305 | Name on File | Address on File | | | | | |
| 11635829 | Name on File | Address on File | | | | | |
| 11526981 | Name on File | Address on File | | | | | |
| 11469520 | Name on File | Address on File | | | | | |
| 11506344 | Name on File | Address on File | | | | | |
| 11715089 | Name on File | Address on File | | | | | |
| 10297539 | Name on File | Address on File | | | | | |
| 10298029 | Name on File | Address on File | | | | | |
| 10297916 | Name on File | Address on File | | | | | |
| 11496079 | Name on File | Address on File | | | | | |
| 11558143 | Name on File | Address on File | | | | | |
| 10298611 | Name on File | Address on File | | | | | |
| 11777795 | Name on File | Address on File | | | | | |
| 12052154 | Name on File | Address on File | | | | | |
| 10297888 | Name on File | Address on File | | | | | |
| 12054462 | Name on File | Address on File | | | | | |
| 10299365 | Name on File | Address on File | | | | | |
| 10299032 | Name on File | Address on File | | | | | |
| 10299339 | Name on File | Address on File | | | | | |
| 12058385 | Name on File | Address on File | | | | | |
| 10298523 | Name on File | Address on File | | | | | |
| 12061668 | Name on File | Address on File | | | | | |
| 10344514 | Name on File | Address on File | | | | | |
| 10349851 | Name on File | Address on File | | | | | |
| 12067286 | Name on File | Address on File | | | | | |
| 10298916 | Name on File | Address on File | | | | | |
| 10297918 | Name on File | Address on File | | | | | |
| 12072866 | Name on File | Address on File | | | | | |
| 10299289 | Name on File | Address on File | | | | | |
| 10298051 | Name on File | Address on File | | | | | |

In re: BlockFi Inc., *et al.*

Case No. 22-19361 (MBK)

## Exhibit D

Supplemental Corrective Letter Notice Parties Service List

Served via First Class Mail

| AddressID | Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 12106485 | Name on File | Address on File | | | | | |
| 12081475 | Name on File | Address on File | | | | | |
| 10297523 | Name on File | Address on File | | | | | |
| 10298571 | Name on File | Address on File | | | | | |
| 12083431 | Name on File | Address on File | | | | | |
| 10346530 | Name on File | Address on File | | | | | |
| 12219388 | Name on File | Address on File | | | | | |
| 10545539 | Name on File | Address on File | | | | | |
| 10592968 | Name on File | Address on File | | | | | |
| 10298698 | Name on File | Address on File | | | | | |
| 10346042 | Name on File | Address on File | | | | | |
| 12088915 | Name on File | Address on File | | | | | |
| 10297540 | Name on File | Address on File | | | | | |
| 12228484 | Name on File | Address on File | | | | | |
| 10349216 | Name on File | Address on File | | | | | |
| 10586192 | Internal Revenue Service | 1111 Pennsylvania Ave NW | | | Washington | DC | 20004-2541 |

**Exhibit E**

Exhibit E

Supplemental Service List

Served via First Class Mail

| ADDRESS ID | NAME | ADDRESS |
|---|---|---|
| 10592322 | Name on File | Address on File |
| 12054048 | Name on File | Address on File |
| 10298004 | Name on File | Address on File |
| 10592371 | Name on File | Address on File |
| 11467196 | Name on File | Address on File |
| 10297675 | Name on File | Address on File |
| 10545545 | Name on File | Address on File |
| 10297970 | Name on File | Address on File |
| 12067576 | Name on File | Address on File |
| 12194428 | Name on File | Address on File |
| 12192839 | Name on File | Address on File |
| 10299184 | Name on File | Address on File |
| 12126182 | Name on File | Address on File |
| 10298360 | Name on File | Address on File |
| 10592929 | Name on File | Address on File |
| 12083403 | Name on File | Address on File |
| 10298121 | Name on File | Address on File |
| 12091504 | Name on File | Address on File |
| 10348359 | Name on File | Address on File |

In re: BlockFi Inc., *et al.*

Case No. 22-19361 (MBK)