**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Co-Counsel for Debtors and
Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al*., | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF INCREASE OF THE HOURLY RATES OF PROFESSIONALS

[Related Docket No. 135 and 392]

**PLEASE TAKE NOTICE** that Cole Schotz P.C. ("**Cole Schotz**") is hereby providing notice of the increase of the hourly rate of certain of its professionals, pursuant to the *Order Approving the Employment and Retention of Cole Schotz P.C. as New Jersey Counsel to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 392].

Pursuant to its internal operating procedures, Cole Schotz revisits, and adjusts, the rates of its professionals annually. The following table reflects the hourly rate increases for those certain

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, New Jersey 08691.

65365/0001-45902722v1

professionals specified in the *Declaration of Michael D. Sirota, Esq.* attached as Exhibit A to the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Cole Schotz P.C. as New Jersey Counsel to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 135].

| Name | Title | Hourly Rate in Cole Schotz P.C. Retention Application | Hourly Rate, Effective September 1, 2023 |
|---|---|---|---|
| Michael D. Sirota | Member | $1,200.00 | $1,475.00 |
| Warren A. Usatine | Member | $950.00 | $1,150.00 |
| Felice R. Yudkin | Member | $705.00 | $850.00 |
| Andreas D. Milliaressis | Associate | $475.00 | $575.00 |
| Frances Pisano | Paralegal | $355.00 | $380.00 |

The foregoing rates will be effective on September 1, 2023.

65365/0001-45902722v1

Dated: August 21. 2023

Respectfully submitted,

By: ___*/s/ Michael D. Sirota*___
    Michael D. Sirota, Esq.
    **COLE SCHOTZ P.C.**
    Court Plaza North
    25 Main Street
    Hackensack, NJ 07601
    Telephone: (201) 489-3000
    Facsimile: (201) 489-1536
    Email: msirota@coleschotz.com

*Attorneys for Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2023, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

*/s/ Michael D. Sirota*
Michael D. Sirota