|  |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Warren J. Martin, Esq. (wjmartin@pbnlaw.com)<br>Robert M. Schechter, Esq. (rmschechter@pbnlaw.com)<br>David E. Sklar, Esq. (desklar@pbnlaw.com)<br>*Attorneys for Zachary Prince and Flori Marquez*<br><br>**SHEARMAN & STERLING LLP**<br>R. Thaddeus Behrens, Esq. (*pro hac vice*)<br>Daniel H. Gold, Esq. (*pro hac vice*)<br>2601 Olive Street, 17th Floor<br>Dallas, TX 75201<br>(214) 271-5812<br>thad.behrens@shearman.com<br>dan.gold@shearman.com<br>*Attorneys for Zachary Prince*<br><br>**ZUKERMAN GORE**<br>**BRANDEIS & CROSSMAN, LLP**<br>John K. Crossman, Esq. (*pro hac vice*)<br>Karen S. Park, Esq. (*pro hac vice*)<br>Jeffrey L. Friesen, Esq. (*pro hac vice*)<br>Eleven Times Square, 15th Floor<br>New York, NY 10036<br>(212)223-6700<br>jcrossman@zukermangore.com<br>kpark@zukermangore.com<br>jfriesen@zukermangore.com<br>*Attorneys for Flori Marquez* |

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al*.,<br>       Debtors.[1] | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered)<br>**Hearing Date and Time:**<br>**September 21, 2023 at 10:00 a.m. (ET)** |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422);

7432365

### NOTICE OF HEARING ON MOTION OF ZACHARY PRINCE AND FLORI MARQUEZ FOR AN ORDER LIFTING THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO ALLOW INSURED PERSONS TO ACCESS PRIMARY DIRECTORS AND OFFICERS INSURANCE POLICY FOR DEFENSE COSTS

**PLEASE TAKE NOTICE** that on September 21, 2023 at 10:00 a.m. (ET), or as soon thereafter as counsel may be heard, Zachary Prince and Flori Marquez (collectively, the "Movants"), by and through their undersigned counsel, shall move before the Honorable Michael B. Kaplan, Chief United States Bankruptcy Judge, in Courtroom #8 of the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), 402 East State Street, Trenton, New Jersey 08608, or such other physical or virtual location as may be determined by the Court, for entry of an order, substantially in the form submitted herewith as **Exhibit A** to the *Motion of Zachary Prince and Flori Marquez for an Order Lifting the Automatic Stay, to the Extent Applicable, to Allow Insured Persons to Access Primary Directors and Officers Insurance Policy for Defense Costs* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection; (iii) conform with the Bankruptcy Court's *Order Granting Debtors' Motion to Establish Certain Notice, Case Management, and Administrative Procedures* [Docket No. 54], and (iv) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the

---

BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

"<u>Supplemental Commentary</u>") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received no later than seven (7) days before the hearing date set forth above.

**PLEASE TAKE FURTHER NOTICE** that unless responses are timely filed and served, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

Dated: August 22, 2023

/s/ *David E. Sklar*
**PORZIO, BROMBERG & NEWMAN, P.C.**
Warren J. Martin, Esq.
Robert M. Schechter, Esq.
David E. Sklar, Esq.
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
(973) 538-4006
(973) 538-5146 Facsimile
wjmartin@pbnlaw.com
rmschechter@pbhlaw.com
desklar@pbnlaw.com

-and-

**SHEARMAN & STERLING LLP**
R. Thaddeus Behrens, Esq. (*pro hac vice*)
Daniel H. Gold, Esq. (*pro hac vice*)
2601 Olive Street, 17th Floor
Dallas, TX 75201
(214) 271-5812
thad.behrens@shearman.com
dan.gold@shearman.com

-and-

3

7432365

**ZUKERMAN GORE
BRANDEIS & CROSSMAN, LLP**
John K. Crossman, Esq. (*pro hac vice*)
Karen S. Park, Esq. (*pro hac vice*)
Jeffrey L. Friesen, Esq. (*pro hac vice*)
Eleven Times Square, 15th Floor
New York, NY 10036
(212)223-6700
jcrossman@zukermangore.com
kpark@zukermangore.com
jfriesen@zukermangore.com

4

7432365