<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
(973) 538-4006
(973) 538-5146 Facsimile
Warren J. Martin, Esq. (wjmartin@pbnlaw.com)
Robert M. Schechter, Esq. (rmschechter@pbnlaw.com)
David E. Sklar, Esq. (desklar@pbnlaw.com)
*Attorneys for Zachary Prince and Flori Marquez*

**SHEARMAN & STERLING LLP**
R. Thaddeus Behrens, Esq. (*pro hac vice*)
Daniel H. Gold, Esq. (*pro hac vice*)
2601 Olive Street, 17th Floor
Dallas, TX 75201
(214) 271-5812
thad.behrens@shearman.com
dan.gold@shearman.com
*Attorneys for Zachary Prince*

**ZUKERMAN GORE**
**BRANDEIS & CROSSMAN, LLP**
John K. Crossman, Esq. (*pro hac vice*)
Karen S. Park, Esq. (*pro hac vice*)
Jeffrey L. Friesen, Esq. (*pro hac vice*)
Eleven Times Square, 15th Floor
New York, NY 10036
(212)223-6700
jcrossman@zukermangore.com
kpark@zukermangore.com
jfriesen@zukermangore.com
*Attorneys for Flori Marquez*

</td></tr>
<tr><td>

In re:

BLOCKFI INC., *et al*.,

              Debtors.[1]

</td><td>

Chapter 11
Case No. 22-19361 (MBK)
(Jointly Administered)

</td></tr>
</table>

### NOTICE OF MOTION TO FILE UNDER SEAL EXHIBIT A
### TO THE CERTIFICATION OF DAVID E. SKLAR IN SUPPORT OF

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

7431511

**THE MOTION OF ZACHARY PRINCE AND FLORI MARQUEZ
FOR AN ORDER LIFTING THE AUTOMATIC STAY, TO THE EXTENT
APPLICABLE, TO ALLOW INSURED PERSONS TO ACCESS PRIMARY
DIRECTORS AND OFFICERS INSURANCE POLICY FOR DEFENSE COSTS**

**PLEASE TAKE NOTICE** that on September 21, 2023 at 10:00 a.m. (ET) (the "Hearing")

or as soon thereafter as counsel may be heard, Zachary Prince and Flori Marquez (together, the

"Movants"), by and through their counsel, shall move the motion to seal (the "Motion to Seal")

before the Honorable Michael B. Kaplan, Chief United States Bankruptcy Judge for the United

States Bankruptcy Court for the District of New Jersey, Trenton Vicinage, at the Clarkson S. Fisher

U.S. Courthouse, located at 402 East State Street, Trenton, New Jersey 08608, in Courtroom No.

8, pursuant to 11 U.S.C. § 107(b), Fed. R. Bankr. P. 9018 and D.N.J. LBR 9018-1 for entry of an

order, substantially in the form submitted herewith, (A) for authority to file under seal the *Relm*

*Insurance, Ltd. Director and Officer Policy* (the "Relm" and the insurance policy, the "Relm D&O

Policy"), filed substantially contemporaneously herewith, and (B) granting the Movants such other

and further relief as the Court deems necessary, appropriate and consistent with the goals of the

Motion to Seal.

**PLEASE TAKE FURTHER NOTICE** that the Motion to Seal sets forth the relevant

factual bases upon which the relief requested should be granted. A proposed order granting the

relief requested in the Motion to Seal is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in

the Motion to Seal shall: (i) be in writing, (ii) state with particularity the basis of the objection;

(iii) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who

regularly practice before the Bankruptcy Court in accordance with the General Order Regarding

Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the

"General Order") and the Commentary Supplementing Administrative Procedures dated as of

7431511

March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received on or before **September 14, 2023.**

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are timely filed, served, and received will be considered at the Hearing. Failure to file a timely objection may results in entry of a final order granting the Motion to Seal as requested by the Movants.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the Motion to Seal shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d) and the relief requested may be granted without further notice or hearing.

Dated: August 22, 2023

**PORZIO, BROMBERG & NEWMAN, P.C.**
*Attorneys for Zachary Prince and Flori Marquez*


By: */s/ David E. Sklar*
　　Warren J. Martin, Esq.
　　Robert M. Schechter, Esq.
　　David E. Sklar, Esq.
　　100 Southgate Parkway
　　P.O. Box 1997
　　Morristown, New Jersey 07962
　　(973) 538-4006
　　(973) 538-5146 Facsimile
　　wjmartin@pbnlaw.com
　　rmschechter@pbnlaw.com
　　desklar@pbnlaw.com

7431511

**SHEARMAN & STERLING LLP**
R. Thaddeus Behrens, Esq. (*pro hac vice*)
Daniel H. Gold, Esq. (*pro hac vice*)
2601 Olive Street, 17th Floor
Dallas, TX 75201
(214) 271-5812
thad.behrens@shearman.com
dan.gold@shearman.com
*Attorneys for Zachary Prince*

**ZUKERMAN GORE
BRANDEIS & CROSSMAN, LLP**
John K. Crossman, Esq. (*pro hac vice*)
Karen S. Park, Esq. (*pro hac vice*)
Jeffrey L. Friesen, Esq. (*pro hac vice*)
Eleven Times Square, 15th Floor
New York, NY 10036
(212)223-6700
jcrossman@zukermangore.com
kpark@zukermangore.com
jfriesen@zukermangore.com
*Attorneys for Flori Marquez*

7431511