| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>Facsimile:  (201) 489-1536<br>Email: msirota@coleschotz.com<br>           wusatine@coleschotz.com<br>*Attorneys for Debtors*<br>*and Debtors in Possession* | |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Case No.:           22-19361<br><br>Judge:                Hon. Michael B. Kaplan<br><br>Chapter:            11<br><br>Hearing Date:   September 20, 2023 |

## ADJOURNMENT REQUEST

1. I, Michael D. Sirota, Esq.

    ☒ am the attorney for:  the Debtors/Debtors-in-Possession                                 ,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    1. Notice of Debtors' Third Omnibus Objection to Claims of Arch Insurance [Docket No. 1068].

    **Current hearing date and time**: September 20, 2023 at 10:00 a.m.

    **New date requested**: October 10, 2023 at 11:00 a.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

65365/0001-45979384v1

      **Reason for adjournment request**: The Debtors and Arch Insurance Company are working towards resolution of the objection to Arch Insurance Company's claims.

2.    Consent to adjournment:

☒ I have the consent of all parties. ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: August 22, 2023        /s/ *Michael D. Sirota*
                                                Signature

**COURT USE ONLY:**

The request for adjournment is:      10/10/2023 at 11:00 am

☒ Granted    New hearing date: _X_    ☐ Peremptory

☐ Granted over objection(s)  New hearing date: ____  ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**