| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>Facsimile: (201) 489-1536<br>Email: msirota@coleschotz.com<br>        wusatine@coleschotz.com<br>*Attorneys for Debtors*<br>*and Debtors in Possession* | |
| In re:<br><br>BLOCKFI INC., *et al.,*<br><br>                    Debtors.[1] | Case No.:          22-19361<br><br>Judge:              Hon. Michael B. Kaplan<br><br>Chapter:            11<br><br>Hearing Date:      August 30, 2023 |

## ADJOURNMENT REQUEST

1.      I, <u>Michael D. Sirota, Esq.</u>

   ☒      am the attorney for:  <u>the Debtors/Debtors-in-Possession                                    </u>,

   ☐      am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   1.  BlockFi International Ltd.'s Motion for Entry of an Order (I) Enforcing the Automatic Stay, (II) Holding Vrai Nom in Contempt and Imposing Sanctions for Willful Violations of the Automatic Stay and (III) Granting Related Relief  [Docket No. 1330].

   **Current hearing date and time**:  <u>August 30, 2023 at 10:00 a.m.</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

**New date requested**:  September 20, 2023 at 10:00 a.m.

**Reason for adjournment request**:  The Debtors and Vrai Nom request an adjournment to accommodate Vrai Nom's counsel's schedule and to explore a potential resolution of the Debtors' claims.

2.      Consent to adjournment:

☒  I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: August 23, 2023                          /s/ Michael D. Sirota
                                                             Signature

**COURT USE ONLY:**

The request for adjournment is:                    9/20/2023 at 10:00 am

☒      Granted              New hearing date:  __X__        ☐      Peremptory

☐      Granted over objection(s)   New hearing date: ____        ☐      Peremptory

☐      Denied

**IMPORTANT: If your request is granted, you must notify interested
parties who are not electronic filers of the new hearing date.**

2

65365/0001-45985101v1