ELISABETH M. BRUCE
Trial Attorney, Tax Division
P.O. Box 227
Washington, DC 20044
Tel. (202) 598-0969
Fax. (202) 514-6866
Elisabeth.M.Bruce@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 22-19361 (MBK)<br><br>Re: D.I. 1311<br>(Jointly Administered)<br><br>Response Deadline: August 30, 2023 |

**THE UNITED STATES OF AMERICA'S LIMITED RESPONSE TO THE
DEBTORS' SEVENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS**

The United States of America (the "**United States**"), on behalf of the claimant Internal Revenue Service (the "**IRS**"), and through undersigned counsel, hereby files this *Limited Response* to the *Debtors' Seventh Omnibus Objection to Certain Claims* (D.I. 1311) (the "**Omnibus Objection**").

The United States does not object to the Omnibus Objection to the extent that it asserts that IRS Claim Nos. 1334 and 3003 were amended and superseded by IRS Claim No. 30640. The Debtors have not objected to IRS Claim No. 30640, thus the United States does not oppose the Omnibus Objection.

//

//

**WHEREFORE**, the United States requests that the Court grant such relief as may be deemed just and proper under the circumstances.

DATED: August 24, 2023

DAVID A. HUBBERT
Deputy Assistant Attorney General

By: /s/ *Elisabeth M. Bruce*
ELISABETH M. BRUCE
Trial Attorney
U.S. Department of Justice, Tax Division
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
202-598-0969 (v)
202-514-6866 (f)
Elisabeth.M.Bruce@usdoj.gov (email)
*Counsel to the United States of America*