| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| BROWN RUDNICK LLP <br> Robert J. Stark, Esq. <br> Kenneth J. Aulet, Esq. <br> Bennett S. Silverberg, Esq. <br> Seven Times Square <br> New York, NY 10036 <br> Telephone: (212) 209-4800 <br> Fax: (212) 209-4801 <br> Email: rstark@brownrudnick.com <br>         kaulet@brownrudnick.com <br>         bsilverberg@brownrudnick.com <br> *Counsel for the Official Committee of Unsecured Creditors* <br>   -and- <br> GENOVA BURNS LLC. <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> Gregory S. Kinoian, Esq. <br> 110 Allen Rd., Suite 304 <br> Basking Ridge, NJ 07920 <br> Telephone: (973) 230-2095 <br> Fax: (973) 533-1112 <br> Email: DStolz@genovaburns.com <br>         DClarke@genovaburns.com <br>         GKinoian@genovaburns.com <br> *Local Counsel for the Official Committee of Unsecured Creditors* | BROWN RUDNICK LLP <br> Stephen D. Palley, Esq. <br> 601 Thirteenth Street, NW <br> Washington, DC 20005 <br> Telephone: (617)536-1766 <br> Fax: (617)289-0466 <br> Email: spalley@brownrudnick.com |
| In re: <br><br> BLOCKFI INC., *et al.,* <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 22-19361 (MBK) <br><br> Jointly Administered |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

# MONTHLY FEE STATEMENT OF GENOVA BURNS LLC, LOCAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JULY 1, 2023 THROUGH JULY 31, 2023

Genova Burns LLC ("Genova") submits this Monthly Fee Statement for Services Rendered and Expenses Incurred as Local Counsel to the Official Committee of Unsecured Creditors (the "Statement") for the period commencing July 1, 2023 and ending July 31, 2023 (the "Statement Period"), pursuant to the Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court entered on January 17, 2023 (the "Interim Compensation Order").

The billing invoices for the Statement Period are annexed hereto as Exhibit "A". These invoices detail the services performed. A detailed breakdown of all out-of-pocket disbursements necessarily incurred by Genova is annexed as Exhibit "B". The fees sought in the within Statement Period is as follows:

| Fees | Less 20% | Fee Payment Requested | Expense Reimbursement (100%) |
|---|---|---|---|
| $107,910.00 | ($21,582.00) | $86,328.00 | $911.71 |

WHEREFORE, Genova respectfully requests interim payment of fees for this Statement Period in the sum $86,328.00, together with expenses of $911.71, for a total requested interim payment of $87,239.71, in accordance with the terms of the Interim Compensation Order.

GENOVA BURNS LLC
LOCAL COUNSEL FOR OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

Dated: August 24, 2023          By: /s/ Daniel M. Stolz
                                    **DANIEL M. STOLZ**