# EXHIBIT A

**GENOVA BURNS LLC**

August 23, 2023
Invoice No.:    500118

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/01/23 | GSK | B320 | Review debtors' amended plan and amended disclosure statement. | 2.00 | 600.00 | 1,200.00 |
| 7/02/23 | DMS | B110 | Emails with BR et al. regarding preparation for July 3rd conference. | .50 | 800.00 | 400.00 |
| 7/02/23 | DMS | B110 | Review Sirota proposal and emails with BR regarding response. | .40 | 800.00 | 320.00 |
| 7/02/23 | DMS | B110 | Emails regarding meet and confer. | .30 | 800.00 | 240.00 |
| 7/02/23 | DMS | B110 | Review and process customer address change. | .20 | 800.00 | 160.00 |
| 7/02/23 | DWC | B110 | Email from debtor with proposed calendar; rvw subsequent chain with debtor and co counsel re joint scheduling | .80 | 600.00 | 480.00 |
| 7/02/23 | DWC | B110 | Email from chambers re virtual hearing protocol; forward email to co-counsel with instructions to make appearance request. | .40 | 600.00 | 240.00 |
| 7/02/23 | GSK | B110 | Review corresp among UCC members and co-counsel. | .10 | 600.00 | 60.00 |
| 7/03/23 | DMS | B110 | Call with Court regarding scheduling. | 1.00 | 800.00 | 800.00 |
| 7/03/23 | DMS | B110 | Follow up communications with co-counsel and UCC. | .40 | 800.00 | 320.00 |
| 7/03/23 | DMS | B110 | Emails with Silverberg regarding July 13th matters. | .20 | 800.00 | 160.00 |
| 7/03/23 | DMS | B320 | Review exhibits to Debtor's Disclosure Statement. | .60 | 800.00 | 480.00 |
| 7/03/23 | DWC | B150 | Committee zoom re status conference with court | 1.70 | 600.00 | 1,020.00 |
| 7/03/23 | DWC | B110 | Zoom with court; status conference | 1.80 | 600.00 | 1,080.00 |
| 7/03/23 | DWC | B110 | Rvw emails from co counsel and Moxo chat | .60 | 600.00 | 360.00 |
| 7/03/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/03/23 | GSK | B320 | Review debtors' revised exhibits to proposed order approving disclosure statement, etc. | 1.50 | 600.00 | 900.00 |

**GENOVA BURNS LLC**

August 23, 2023
Invoice No.:   500118

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|---------------------------------|-------|------|--------|
| 7/03/23 | GSK | B190 | Prepare for conf call with Judge Kaplan re status of various matters, etc.; review dockets; review calendar; review various corresp from and among co-counsel re preparations for conf call. | .60 | 600.00 | 360.00 |
| 7/03/23 | GSK | B190 | Attend zoom conf call with Judge Kaplan re various matters (0.8); follow-up corresp to co-counsel (0.1); review follow-up corresp from and among co-counsel and UCC members (0.1). | 1.00 | 600.00 | 600.00 |
| 7/04/23 | DMS | B110 | Emails with co-counsel regarding potential settlement structure. | .50 | 800.00 | 400.00 |
| 7/04/23 | DWC | B110 | Emails from co counsel re plan / potential settlement structure | .40 | 600.00 | 240.00 |
| 7/04/23 | DWC | B320 | Emails with co counsel re potential settlement structure | .50 | 600.00 | 300.00 |
| 7/04/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 7/05/23 | DMS | B110 | Emails with co-counsel regarding strategy. | .30 | 800.00 | 240.00 |
| 7/05/23 | DMS | B110 | Email with LLD and customer regarding change of address. | .30 | 800.00 | 240.00 |
| 7/05/23 | DMS | B150 | UCC call. | .60 | 800.00 | 480.00 |
| 7/05/23 | DMS | B110 | Review FTX and 3C filings and emails with co-counsel and UCC regarding same. | 1.20 | 800.00 | 960.00 |
| 7/05/23 | DWC | B110 | Zooms with co counsel and committee | 1.60 | 600.00 | 960.00 |
| 7/05/23 | DWC | B190 | Multiple emails re subpoenas for ZP with S. Palley, P. Gillman; discuss form and process of service; Gemeni acceptance. | .40 | 600.00 | 240.00 |
| 7/05/23 | DWC | B190 | Emails with co-counsel and internal regarding estimation and subordination. | .60 | 600.00 | 360.00 |
| 7/05/23 | LD | B110 | Emails with Kroll and creditor regarding change of address. | .20 | 250.00 | 50.00 |
| 7/05/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |

**GENOVA BURNS LLC**

August 23, 2023
Invoice No.:    500118

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|---------------------------------|-------|------|--------|
| 7/05/23 | GSK | B320 | Review SEC limited objection to proposed disclosure statement (0.1); review objection of Three Arrows liquidators to proposed disclosure statement (0.5); review objection of FTX to proposed disclosure statement (0.2). | .80 | 600.00 | 480.00 |
| 7/05/23 | GSK | B110 | Tel with counsel to AHG of Wallet Holders (0.1); review corresp from counsel to AHG of Wallet Holders (0.1). | .20 | 600.00 | 120.00 |
| 7/05/23 | GSK | B110 | Review various articles re BlockFi cases and other crypto cases; review various corresp among UCC members and professionals re same. | .50 | 600.00 | 300.00 |
| 7/05/23 | GSK | B110 | Conf call with UCC members and professionals re follow-up to 7/3 conf call with Judge Kaplan. | .70 | 600.00 | 420.00 |
| 7/05/23 | GSK | B150 | Review corresp from UCC member re status. | .10 | 600.00 | 60.00 |
| 7/05/23 | GSK | B110 | Review various corresp from and among co-counsel re FTX and 3AC issues. | .10 | 600.00 | 60.00 |
| 7/06/23 | DMS | B110 | Communication with UCC members regarding Prince. | .30 | 800.00 | 240.00 |
| 7/06/23 | DMS | B110 | Call with John J. regarding frustration. | .30 | 800.00 | 240.00 |
| 7/06/23 | DMS | B110 | Review draft response to Slade and comments. | .20 | 800.00 | 160.00 |
| 7/06/23 | DMS | B110 | Email with Aulet regarding sealing customer names. | .20 | 800.00 | 160.00 |
| 7/06/23 | DMS | B110 | Emails with Texas SEC. | .30 | 800.00 | 240.00 |
| 7/06/23 | DMS | B110 | Emails with GSK regarding Order on unsealing report. | .30 | 800.00 | 240.00 |
| 7/06/23 | DMS | B110 | Review Aulet response to Slade. | .10 | 800.00 | 80.00 |
| 7/06/23 | DMS | B110 | Review filing by AHC. | .20 | 800.00 | 160.00 |
| 7/06/23 | DWC | B110 | Emails re UST proposed changes to customer sealing | .50 | 600.00 | 300.00 |
| 7/06/23 | DWC | B190 | Chambers conference and hearing on UCC request to unseal report | 2.70 | 600.00 | 1,620.00 |

GENOVA BURNS LLC

August 23, 2023
Invoice No.:    500118

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/06/23 | DWC | B195 | Drive to and from trenton for chambers conference and hearing on UCC request to unseal report | 1.50 | 300.00 | 450.00 |
| 7/06/23 | DWC | B190 | Review multiple emails on Gemeni and other subpoenaed parties; status. | .60 | 600.00 | 360.00 |
| 7/06/23 | DWC | B190 | Rvw and revise Prince subpoena; emails re offer to produce | .70 | 600.00 | 420.00 |
| 7/06/23 | DWC | B190 | Multiple emails between co-counsel regarding confidentiality challenges. | .80 | 600.00 | 480.00 |
| 7/06/23 | LD | B110 | Finalize and email Gemini subpoena to Guaranteed Subpoena. | .50 | 250.00 | 125.00 |
| 7/06/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/06/23 | GSK | B110 | Review signed order scheduling Committee's motion to file unredacted copies of Committee's preliminary report and plan statement and objection; various corresp with co-counsel re same; coordinate service of scheduling order with motion papers; various corresp with LD re same. | .50 | 600.00 | 300.00 |
| 7/06/23 | GSK | B185 | Review signed order approving debtors' 3rd omnibus rejection of executory contracts and leases. | .10 | 600.00 | 60.00 |
| 7/06/23 | GSK | B190 | Review Ad Hoc Group of Wallet Holders objection to debtors' application for approval of order re final Wallet withdrawals. | .20 | 600.00 | 120.00 |
| 7/06/23 | GSK | B110 | Review various corresp from and among co-counsel, UCC's FA and UCC members. | .20 | 600.00 | 120.00 |
| 7/06/23 | GSK | B110 | Review Court minutes; review Court calendar for 7/13. | .10 | 600.00 | 60.00 |
| 7/06/23 | GSK | B110 | Review corresp from Texas Securities Board; review corresp from and among co-counsel re issues. | .10 | 600.00 | 60.00 |
| 7/06/23 | GSK | B110 | Review articles re FTX and other crypto cases. | .20 | 600.00 | 120.00 |
| 7/07/23 | DMS | B110 | Review ad hoc filing and emails with co-counsel regarding same. | .40 | 800.00 | 320.00 |

**GENOVA BURNS LLC**

August 23, 2023
Invoice No.:    500118

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/07/23 | DMS | B110 | Emails with Texas AG. | .20 | 800.00 | 160.00 |
| 7/07/23 | DMS | B110 | Email with Aulet regarding AHC filing. | .20 | 800.00 | 160.00 |
| 7/07/23 | DWC | B110 | Multiple emails regarding Z. Prince discovery; assessing net worth, including calculation and location. | .70 | 600.00 | 420.00 |
| 7/07/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/07/23 | GSK | B130 | Review signed stipulation and order between debtors and SEC re foregoing distribution. | .10 | 600.00 | 60.00 |
| 7/07/23 | GSK | B190 | Review AHG of Wallet Holders objection to UCC's cross-motion for trustee and terminating exclusivity. | .10 | 600.00 | 60.00 |
| 7/07/23 | GSK | B110 | Review corresp from and among UCC members and co-counsel. | .10 | 600.00 | 60.00 |
| 7/07/23 | GSK | B110 | Review reply corresp between co-counsel and attorney for Texas Securities Board. | .10 | 600.00 | 60.00 |
| 7/07/23 | GSK | B110 | Review pro hac vice applications by attorneys for Z. Prince and F. Marquez; corresp to co-counsel re same. | .20 | 600.00 | 120.00 |
| 7/07/23 | GSK | B110 | Review articles re BlockFi, FTX and other crypto cases. | .30 | 600.00 | 180.00 |
| 7/08/23 | DWC | B110 | Rvw moxo communications | 1.10 | 600.00 | 660.00 |
| 7/08/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/09/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 7/10/23 | DMS | B190 | Review debtor complaint against VRAI and email to co-counsel regarding same. | .60 | 800.00 | 480.00 |
| 7/10/23 | DMS | B110 | Emails with Court and counsel regarding July 13th. | .60 | 800.00 | 480.00 |
| 7/10/23 | DMS | B110 | Email with Court and UCC regarding zoom for July 13th. | .50 | 800.00 | 400.00 |
| 7/10/23 | DMS | B110 | Emails with BR regarding AON subpoena service. | .40 | 800.00 | 320.00 |
| 7/10/23 | DMS | B110 | Emails with BR regarding slides for July 13th. | .30 | 800.00 | 240.00 |
| 7/10/23 | DMS | B190 | Review numerous pleadings filed by Debtor. | 1.60 | 800.00 | 1,280.00 |

GENOVA BURNS LLC

August 23, 2023
Invoice No.:   500118

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/10/23 | DMS | B110 | Review US Trustee email and Kanowitz reply. | .20 | 800.00 | 160.00 |
| 7/10/23 | DMS | B110 | Email with BR regarding slide decks for July 13th and regarding preparation for July 13th. | .50 | 800.00 | 400.00 |
| 7/10/23 | DWC | B110 | Multiple emails and calls with co-counsel and chambers to coordinate electronic displays for hearing. | .80 | 600.00 | 480.00 |
| 7/10/23 | SS | B110 | Reviewing emails and attachments, checking docket, and updating calendars. | 1.20 | 275.00 | 330.00 |
| 7/10/23 | SS | B110 | Researching local rules and case law discussing non-evidentiary hearings. | 1.90 | 275.00 | 522.50 |
| 7/10/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/10/23 | GSK | B110 | Review various corresp from and among co-counsel and UCC members re 7/13 hearing and settlement discussions. | .20 | 600.00 | 120.00 |
| 7/10/23 | GSK | B110 | Review current draft proposed settlement term sheet. | .10 | 600.00 | 60.00 |
| 7/10/23 | GSK | B190 | Review debtors' turnover complaint, etc. against Vrai Nom Investment. | .50 | 600.00 | 300.00 |
| 7/10/23 | GSK | B110 | Review corresp from Judge Kaplan's Chambers re 7/13 Chambers conference/mediation, etc.; review various corresp among from and co-counsel re same; corresp to DMS and DWC re coverage for 7/13. | .20 | 600.00 | 120.00 |
| 7/10/23 | GSK | B110 | Review articles re Celsius and other crypto cases. | .20 | 600.00 | 120.00 |
| 7/11/23 | DMS | B110 | Send debtor pleadings to UCC and emails with group. | .80 | 800.00 | 640.00 |
| 7/11/23 | DMS | B110 | Emails and texts with UCC re expense reimbursement. | .60 | 800.00 | 480.00 |
| 7/11/23 | DMS | B160 | Review and edit June bill. | .50 | 800.00 | 400.00 |
| 7/11/23 | DMS | B150 | UCC meeting and follow up. | 1.10 | 800.00 | 880.00 |
| 7/11/23 | DMS | B160 | Review BR May bill and send to UCC. | .30 | 800.00 | 240.00 |
| 7/11/23 | DMS | B110 | Emails with DWC re adjournments and prep for 7/13. | .30 | 800.00 | 240.00 |
| 7/11/23 | DMS | B190 | Review 9019 motion and emails re same. | .40 | 800.00 | 320.00 |

**GENOVA BURNS LLC**

August 23, 2023
Invoice No.:    500118

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/11/23 | DWC | B110 | Rvw multiple emails with co counsel and parties; review docket entries and notes from court conference; emails re scope of exclusivity hearing calendar | .80 | 600.00 | 480.00 |
| 7/11/23 | DWC | B110 | Emails with co-counsel regarding in person or zoom coverage of hearing. | .40 | 600.00 | 240.00 |
| 7/11/23 | DWC | B110 | Multiple emails re court hearing transcript; scheduling of appearances (tech and admin protocol). | .30 | 600.00 | 180.00 |
| 7/11/23 | DWC | B190 | Review draft confidentiality designation challenge. | .60 | 600.00 | 360.00 |
| 7/11/23 | DWC | B110 | Call to chambers to confirm record of in-chambers zoom conference. | .50 | 600.00 | 300.00 |
| 7/11/23 | LD | B160 | Prepare draft GB June fee statement with member expenses received to date. | 1.00 | 250.00 | 250.00 |
| 7/11/23 | SS | B110 | Updating attorney calendars. | .10 | 275.00 | 27.50 |
| 7/11/23 | SS | B110 | Sending hearing information to relevant parties. | .10 | 275.00 | 27.50 |
| 7/11/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/11/23 | GSK | B190 | Review debtors' motion for approval of settlement with insiders; review settlement agreements; review K&E report; review motion to seal. | 2.50 | 600.00 | 1,500.00 |
| 7/11/23 | GSK | B320 | Review debtors' reply in support of motion to extend exclusivity periods and respond to UCC's cross-motion for trustee and to terminate exclusivity. | .20 | 600.00 | 120.00 |
| 7/11/23 | GSK | B190 | Review debtors' partial opposition to UCC's motion to unredact preliminary report. | .10 | 600.00 | 60.00 |
| 7/11/23 | GSK | B110 | Review signed order granting UCC motion to seal portions of Miller Nash retention application, | .10 | 600.00 | 60.00 |
| 7/11/23 | GSK | B110 | Review debtors' notice of agenda for 7/13 hearing. | .10 | 600.00 | 60.00 |
| 7/11/23 | GSK | B190 | Review JPL's response to UCC's cross-motion for trustee and to terminate exclusivity. | .20 | 600.00 | 120.00 |

GENOVA BURNS LLC

August 23, 2023
Invoice No.:    500118

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|-------------------------------|-------|------|--------|
| 7/11/23 | GSK | B110 | Review docket entry rescheduling UCC's cross-motion for 8/16. | .10 | 600.00 | 60.00 |
| 7/11/23 | GSK | B110 | Review various corresp from and among co-counsel and UCC members re settlement issues. | .10 | 600.00 | 60.00 |
| 7/11/23 | GSK | B110 | Review various corresp from and among co-counsel re adjournment of UCC's cross-motion and matters remaining for 7/13. | .10 | 600.00 | 60.00 |
| 7/11/23 | GSK | B110 | Corresp with DMS and DWC re coverage of 7/13 hearing. | .10 | 600.00 | 60.00 |
| 7/11/23 | GSK | B110 | Various corresp from and among co-counsel re debtors' 9019 motion re settlement with insiders. | .10 | 600.00 | 60.00 |
| 7/11/23 | GSK | B110 | Review corresp from and among co-counsel re 7/3 conference call with Judge Kaplan. | .10 | 600.00 | 60.00 |
| 7/12/23 | DWC | B110 | Zooms with various state securities boards | 1.10 | 600.00 | 660.00 |
| 7/12/23 | DWC | B110 | Multiple emails with court staff and co counsel re appearance at second chambers conference. | .40 | 600.00 | 240.00 |
| 7/12/23 | DWC | B110 | Emails with co counsel and member re expenses; emails re transcript of chambers conf | .70 | 600.00 | 420.00 |
| 7/12/23 | DWC | B110 | Prepare and staff for three filings of SUPP OBJECTION TO EXCLUSIVITY, WALLET REPLY, UNSEAL | 1.20 | 600.00 | 720.00 |
| 7/12/23 | DWC | B110 | Call from chambers regarding preparation for second chambers conference. | .40 | 600.00 | 240.00 |
| 7/12/23 | LD | B160 | Prepare and file certification of no objection re May 2023 monthly fee statement. | .50 | 250.00 | 125.00 |
| 7/12/23 | LD | B110 | File supplemental objection to exclusivity extension. | .30 | 250.00 | 75.00 |
| 7/12/23 | LD | B160 | Redact and file Brown Rudnick June fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 7/12/23 | SS | B110 | Reviewing court notices and updating attorney calendars. | .10 | 275.00 | 27.50 |

**GENOVA BURNS LLC**

August 23, 2023
Invoice No.:    500118

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 7/12/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/12/23 | GSK | B110 | Review various corresp from and among co-counsel and UCC members re settlement issues and preparations for 7/13 conference and hearing with Judge Kaplan. | .20 | 600.00 | 120.00 |
| 7/12/23 | GSK | B110 | Review various articles re BlockFi settlement with insiders, etc.; review various corresp from and among UCC professionals re same. | .20 | 600.00 | 120.00 |
| 7/12/23 | GSK | B190 | Review draft UCC supplemental objection to debtors' motion to extend exclusivity periods; review various corresp from and among co-counsel and UCC members re same; corresp with DWC and LD re filing of objection; review final version of objection. | .30 | 600.00 | 180.00 |
| 7/12/23 | GSK | B190 | Review debtors' application re proposed order extending NJ Bureau of Securities' deadline for dischargeability complaint. | .10 | 600.00 | 60.00 |
| 7/12/23 | GSK | B190 | Review debtors' revised proposed order re Wallet Accounts. | .10 | 600.00 | 60.00 |
| 7/12/23 | GSK | B110 | Review debtors' amended agenda for 7/13 hearing. | .10 | 600.00 | 60.00 |
| 7/12/23 | GSK | B110 | Review various corresp from and among co-counsel re 7/3 conf call with Judge Kaplan. | .10 | 600.00 | 60.00 |
| 7/12/23 | GSK | B110 | Review articles re BlockFi, FTX and other crypto cases. | .30 | 600.00 | 180.00 |
| 7/13/23 | DMS | B110 | Emails with Slade and Aulet re unsealing report. | .30 | 800.00 | 240.00 |
| 7/13/23 | DMS | B310 | Review Gerro objection to claim motion. | .20 | 800.00 | 160.00 |
| 7/13/23 | DMS | B110 | Emails with Maza (SEC). | .30 | 800.00 | 240.00 |
| 7/13/23 | DMS | B110 | Review exclusive bridge order. | .10 | 800.00 | 80.00 |
| 7/13/23 | DWC | B110 | All day chambers conference, hearing, settlement in Trenton; zooms with committee to update | 6.20 | 600.00 | 3,720.00 |
| 7/13/23 | DWC | B195 | Travel to and from Trenton for all day chambers conference | 2.60 | 300.00 | 780.00 |

**GENOVA BURNS LLC**

August 23, 2023
Invoice No.:    500118

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 7/13/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/13/23 | GSK | B160 | Prepare motion to seal re GB monthly fee statement for June 2023 re UCC members' PII; various corresp with DWC and LD re same. | 2.80 | 600.00 | 1,680.00 |
| 7/13/23 | GSK | B110 | Prepare draft stipulation and order re unredacted version of UCC's preliminary report; various corresp with DWC and co-counsel re same; tel and various corresp with K. Aulet re same; revise and finalize proposed stip; prepare certification of consent; file COC; submit stip to Chambers. | 2.50 | 600.00 | 1,500.00 |
| 7/13/23 | GSK | B110 | Participate in conf call(s) with UCC members and professionals re status of Chambers meeting and settlement discussions; review various corresp from and among UCC members and professionals re same. | 2.20 | 600.00 | 1,320.00 |
| 7/13/23 | GSK | B190 | Review signed bridge order extending debtors' exclusivity periods. | .10 | 600.00 | 60.00 |
| 7/13/23 | GSK | B110 | Review various corresp from and among co-counsel re 7/3 conf call with Judge Kaplan. | .10 | 600.00 | 60.00 |
| 7/14/23 | DMS | B110 | Emails with DWC and GSK regarding ongoing settlement negotiations. | .30 | 800.00 | 240.00 |
| 7/14/23 | DMS | B110 | Emails with Aulet and GSK regarding report redactions. | .30 | 800.00 | 240.00 |
| 7/14/23 | DMS | B110 | Review entered consent order. | .10 | 800.00 | 80.00 |
| 7/14/23 | DMS | B110 | Many emails with co-counsel regarding ongoing negotiation. | .60 | 800.00 | 480.00 |
| 7/14/23 | DMS | B110 | Email with Aulet regarding Straffi Notice of Appearance. | .20 | 800.00 | 160.00 |
| 7/14/23 | DMS | B110 | Review emails and call with UCC and counsel regarding negotiations. | 1.70 | 800.00 | 1,360.00 |
| 7/14/23 | DWC | B150 | Zoom with UCC | 1.10 | 600.00 | 660.00 |
| 7/14/23 | DWC | B160 | Rvw fee statements from various professionals; settlement terms sheet draft stip and order with debtor | 2.40 | 600.00 | 1,440.00 |

**GENOVA BURNS LLC**

August 23, 2023
Invoice No.:    500118

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/14/23 | DWC | B110 | Rvw emails from co counsel MOXO posts from members on settlement issues, Plan issues, proof issues. | .80 | 600.00 | 480.00 |
| 7/14/23 | DWC | B160 | Review and post fee statement to Moxo. | .30 | 600.00 | 180.00 |
| 7/14/23 | MAS | B110 | Email LEDES file to US Trustee Office. | .20 | 200.00 | 40.00 |
| 7/14/23 | LD | B110 | Email to Kroll for service of consent order and preliminary report. | .10 | 250.00 | 25.00 |
| 7/14/23 | LD | B160 | Finalize and file GB June monthly fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 7/14/23 | LD | B110 | Finalize and file motion to seal re member expenses for June. | .50 | 250.00 | 125.00 |
| 7/14/23 | SS | B110 | Reviewing court notices and updating calendars accordingly. | .10 | 275.00 | 27.50 |
| 7/14/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/14/23 | GSK | B110 | Work on preparing UCC's preliminary report with limited redactions for filing; various corresp and tel discussions with K. Aulet re same; various corresp and tel discussion with Judge Kaplan's Chambers re same; review signed stipulation and order re same; file report; various follow-up corresp with co-counsel re same and related issues; coordinate service of report; various corresp with LD and co-counsel re same. | 2.00 | 600.00 | 1,200.00 |
| 7/14/23 | GSK | B110 | Emergency conf call with UCC members and professionals re settlement issues and counteroffer received (2.1); review various corresp from and among UCC members and co-counsel re settlement issues (0.1); review revised proposed settlement term sheet (0.1). | 2.30 | 600.00 | 1,380.00 |
| 7/14/23 | GSK | B190 | Review signed order re Wallet Accounts. | .10 | 600.00 | 60.00 |
| 7/14/23 | GSK | B110 | Review articles re FTX, Celsius and other crypto cases. | .30 | 600.00 | 180.00 |
| 7/15/23 | DMS | B150 | Email with customer/creditor. | .20 | 800.00 | 160.00 |
| 7/15/23 | DMS | B110 | Email with Aulet and GSK regarding scheduling order. | .20 | 800.00 | 160.00 |

GENOVA BURNS LLC

August 23, 2023
Invoice No.:    500118

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|---------------------------------|-------|------|--------|
| 7/15/23 | DWC | B110 | Emails from co counsel re appearance at virtual hearings; emails from creditor | .20 | 600.00 | 120.00 |
| 7/15/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 7/15/23 | GSK | B110 | Review DMS corresp to UCC members. | .10 | 600.00 | 60.00 |
| 7/15/23 | GSK | B150 | Review corresp from BlockFi creditor re status. | .10 | 600.00 | 60.00 |
| 7/16/23 | DWC | B110 | Emails coordinating amendment to scheduling order; emails with GSK regarding proposed dates on fee statements; review statement. | .60 | 600.00 | 360.00 |
| 7/16/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/16/23 | GSK | B110 | Review various corresp from R. Stark re discussion with Judge Kaplan re settlement issues; review various corresp from and among UCC members and professionals re same. | .20 | 600.00 | 120.00 |
| 7/16/23 | GSK | B150 | Review reply corresp from R. Stark to BlockFi creditor re status. | .10 | 600.00 | 60.00 |
| 7/16/23 | GSK | B110 | Review corresp re DOJ's request for extension of 8/1 deadline for stay motion; corresp from/to K. Aulet re same. | .20 | 600.00 | 120.00 |
| 7/17/23 | DMS | B110 | Review article on CC report and circulate. | .30 | 800.00 | 240.00 |
| 7/17/23 | DMS | B110 | Emails with DWC regarding status of negotiation. | .30 | 800.00 | 240.00 |
| 7/17/23 | DMS | B110 | Emails with DWC and GSK regarding coverage. | .30 | 800.00 | 240.00 |
| 7/17/23 | DWC | B110 | All day chambers conference; settlement negotiations; zoom updates with client | 6.70 | 600.00 | 4,020.00 |
| 7/17/23 | DWC | B195 | Drive to and from Trenton | 2.60 | 300.00 | 780.00 |
| 7/17/23 | DWC | B160 | MOXO message from and to committee member regarding LEDES files and payment of expenses by estate and debtor. | .40 | 600.00 | 240.00 |
| 7/17/23 | DWC | B160 | Rvw member expense statement and invoices and redactions | .90 | 600.00 | 540.00 |

**GENOVA BURNS LLC**

August 23, 2023
Invoice No.:   500118

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|------:|-----:|-------:|
| 7/17/23 | DWC | B110 | Review LEDES for redaction. | .60 | 600.00 | 360.00 |
| 7/17/23 | DWC | B160 | Review fee statements. | .70 | 600.00 | 420.00 |
| 7/17/23 | LD | B160 | Review member expense receipts and redact all personal identifiers. | .80 | 250.00 | 200.00 |
| 7/17/23 | SS | B110 | Reviewing court notices for pertinent hearings changes and deadlines. | .20 | 275.00 | 55.00 |
| 7/17/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/17/23 | GSK | B110 | Conf call(s) with UCC members and professionals re settlement discussions with Judge Kaplan; review various corresp from and among co-counsel and UCC members re same; review revised proposed term sheet. | 2.50 | 600.00 | 1,500.00 |
| 7/17/23 | GSK | B110 | Review various articles re BlockFi cases and other crypto cases; review various corresp among UCC members and professionals re same. | .20 | 600.00 | 120.00 |
| 7/17/23 | GSK | B110 | Review debtors' application re confidentiality stipulation and order with Three Arrows. | .20 | 600.00 | 120.00 |
| 7/17/23 | GSK | B110 | Corresp from/to DMS and DWC re coverage of 7/19 mediation session. | .10 | 600.00 | 60.00 |
| 7/17/23 | GSK | B110 | Review articles re BlockFi, FTX and other crypto cases. | .30 | 600.00 | 180.00 |
| 7/18/23 | DMS | B110 | Emails regarding US Trustee and member expenses. | .30 | 800.00 | 240.00 |
| 7/18/23 | DMS | B110 | Review amended scheduling order and email with GSK regarding same. | .20 | 800.00 | 160.00 |
| 7/18/23 | DWC | B150 | UCC meeting | 1.10 | 600.00 | 660.00 |
| 7/18/23 | DWC | B110 | Rvw draft supplement; rvw draft stipulation and consent order with DOJ re briefing schedule. | 1.10 | 600.00 | 660.00 |
| 7/18/23 | DWC | B110 | Coordinate court availability for continued settlement chambers conference | .40 | 600.00 | 240.00 |
| 7/18/23 | LD | B110 | Review and redact member receipts. | .50 | 250.00 | 125.00 |

**GENOVA BURNS LLC**

August 23, 2023
Invoice No.:    500118

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 7/18/23 | SS | B110 | Reviewing court notices and docket and updating attorney calendars. | .20 | 275.00 | 55.00 |
| 7/18/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/18/23 | GSK | B110 | Review corresp from co-counsel to UCC members re status of settlement discussions. | .10 | 600.00 | 60.00 |
| 7/18/23 | GSK | B110 | Conf call with UCC members and professionals re settlement discussions (1.0); follow-up call with L. Bonsall re same (0.5); follow-up correspondence to/from DWC re same (0.1). | 1.60 | 600.00 | 960.00 |
| 7/18/23 | GSK | B150 | Tel with BlockFi creditor re status. | .10 | 600.00 | 60.00 |
| 7/18/23 | GSK | B190 | Prepare proposed stipulation and order extending DOJ's deadline to file stay motion; review prior stipulation and order; review calendar; various corresp to/from co-counsel, DOJ's counsel and debtors' counsel re draft; review and revise draft. | 1.80 | 600.00 | 1,080.00 |
| 7/18/23 | GSK | B110 | Review various corresp with co-counsel re 7/19 mediation session; corresp to/from DWC re same. | .20 | 600.00 | 120.00 |
| 7/19/23 | DMS | B110 | Review revised term sheet, Stark email to Court, email with Maria at Court. | .70 | 800.00 | 560.00 |
| 7/19/23 | DMS | B150 | UCC call. | .40 | 800.00 | 320.00 |
| 7/19/23 | DMS | B110 | Call with Committee and BR. | 1.30 | 800.00 | 1,040.00 |
| 7/19/23 | DWC | B150 | UCC zoom call (x2) | 1.60 | 600.00 | 960.00 |
| 7/19/23 | DWC | B110 | MOXO and emails re status of negotiations; emails re production of Prince discovery. | .80 | 600.00 | 480.00 |
| 7/19/23 | LD | B110 | File certificate of consent re adversary proceeding. | .40 | 250.00 | 100.00 |
| 7/19/23 | LD | B110 | Email filed certificate of consent and proposed consent order to Chambers and cc's. | .20 | 250.00 | 50.00 |
| 7/19/23 | SS | B110 | Reviewing docket notices and updating attorney calendars accordingly. | .20 | 275.00 | 55.00 |

GENOVA BURNS LLC

August 23, 2023
Invoice No.:    500118

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/19/23 | SS | B110 | Adding creditor question to spreadsheet. | .10 | 275.00 | 27.50 |
| 7/19/23 | SS | B110 | Drafting reply to creditor question. | .10 | 275.00 | 27.50 |
| 7/19/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/19/23 | GSK | B190 | Various corresp from/to DOJ's counsel re draft proposed stipulation and order extending DOJ's deadline to file stay motion; review, revise and finalize stip; prepare certification of consent; corresp to/from LD re filing of cert of consent and submission of stip to Chambers. | 1.00 | 600.00 | 600.00 |
| 7/19/23 | GSK | B110 | Review corresp from R. Stark re email from Judge Kaplan's Chambers re status of mediation; review corresp from DWC and DMS re coverage of settlement meeting. | .20 | 600.00 | 120.00 |
| 7/19/23 | GSK | B110 | Conf call with UCC members and professionals re settlement discussions (1.8); review various corresp from and among co-counsel and UCC members re same (0.2); review mark-up of settlement term sheet (0.1); various corresp from/to DWC re status (0.1). | 2.20 | 600.00 | 1,320.00 |
| 7/19/23 | GSK | B110 | Various corresp from/to DWC re 7/20 hearing. | .10 | 600.00 | 60.00 |
| 7/19/23 | GSK | B150 | Review corresp from BlockFi creditor/employee re status; various corresp with DWC and SMS re same. | .20 | 600.00 | 120.00 |
| 7/20/23 | DMS | B110 | Review text Order and send to co-counsel. | .20 | 800.00 | 160.00 |
| 7/20/23 | DMS | B110 | Posts with UCC regarding status and hearing. | .30 | 800.00 | 240.00 |
| 7/20/23 | DMS | B110 | Wrote to Court and counsel regarding July 20th calendar. | .30 | 800.00 | 240.00 |
| 7/20/23 | DMS | B110 | Call with Court regarding exclusivity consent order. | .20 | 800.00 | 160.00 |
| 7/20/23 | DMS | B150 | UCC call and email with UCC members. | 1.20 | 800.00 | 960.00 |
| 7/20/23 | DWC | B150 | UCC meeting | 1.50 | 600.00 | 900.00 |
| 7/20/23 | DWC | B110 | Rvw emails and moxo from co counsel and professionals re status of negotiations | 1.10 | 600.00 | 660.00 |

GENOVA BURNS LLC

August 23, 2023
Invoice No.:   500118

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/20/23 | LD | B110 | Email entered Stipulation and Consent Order to parties. | .20 | 250.00 | 50.00 |
| 7/20/23 | SS | B110 | Reviewing court notices and updating calendars accordingly. | .20 | 275.00 | 55.00 |
| 7/20/23 | SS | B110 | Reviewing docket for motion and order allowing employee compensation. | .60 | 275.00 | 165.00 |
| 7/20/23 | SS | B110 | Reviewing amended consent order and updating attorney calendars to reflect new deadlines. | .20 | 275.00 | 55.00 |
| 7/20/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/20/23 | GSK | B190 | Review signed bridge order extending debtors' exclusivity periods. | .10 | 600.00 | 60.00 |
| 7/20/23 | GSK | B110 | Review signed consent order extending NJ Bureau of Securities' deadline for dischargeability complaint. | .10 | 600.00 | 60.00 |
| 7/20/23 | GSK | B110 | Review Court's text order re 7/20 calendar; review various corresp among co-counsel re same. | .10 | 600.00 | 60.00 |
| 7/20/23 | GSK | B110 | Conf call with UCC members and professionals re settlement discussions (1.2); follow-up discussions with DMS (0.1) and DWC (0.2); review various corresp and documents from and among co-counsel, other professionals and UCC members re same (0.5); review mark-up of settlement term sheet (0.1). | 2.10 | 600.00 | 1,260.00 |
| 7/20/23 | GSK | B110 | Review corresp from co-counsel re preparation of proposed stipulation and order extending exclusivity; various corresp with DMS and DWC re same; review docket re prior extensions, etc.; work on draft stipulation and order. | 1.50 | 600.00 | 900.00 |
| 7/20/23 | GSK | B150 | Corresp with SMS re email from BlockFi creditor/employee re status. | .10 | 600.00 | 60.00 |
| 7/21/23 | DMS | B110 | Review settlement term sheet budget. | .20 | 800.00 | 160.00 |
| 7/21/23 | DMS | B110 | Email with Manning regarding budget. | .20 | 800.00 | 160.00 |
| 7/21/23 | DMS | B110 | Emails with Aulet regarding term sheet status. | .30 | 800.00 | 240.00 |

**GENOVA BURNS LLC**

August 23, 2023
Invoice No.:   500118

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|-------------------------------|-------|------|--------|
| 7/21/23 | DMS | B160 | Review June Monthly reports. | .80 | 800.00 | 640.00 |
| 7/21/23 | DWC | B110 | Emails from co counsel; moxo chat and filings | .60 | 600.00 | 360.00 |
| 7/21/23 | DWC | B110 | Emails re prince discovery | .30 | 600.00 | 180.00 |
| 7/21/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/21/23 | GSK | B110 | Review signed consent orders extending US DOJ's deadline for dischargeability complaints. | .10 | 600.00 | 60.00 |
| 7/21/23 | GSK | B110 | Review various corresp and documents from and among co-counsel, other professionals and UCC members re proposed settlement with equipment lenders, and re proposed operating budget; review proposed budget. | .30 | 600.00 | 180.00 |
| 7/21/23 | GSK | B110 | Review notices of appearance filed on behalf of S. Bankman-Fried; corresp to co-counsel re same. | .20 | 600.00 | 120.00 |
| 7/22/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/22/23 | GSK | B110 | Preliminary review of debtors' MORs for June 2023. | .20 | 600.00 | 120.00 |
| 7/23/23 | DMS | B110 | Review budgets and emails with M3 regarding same. | .30 | 800.00 | 240.00 |
| 7/23/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/24/23 | DMS | B110 | Emails with M3 and co-counsel regarding burn rate and next steps. | .50 | 800.00 | 400.00 |
| 7/24/23 | DMS | B110 | Email with Aulet regarding informing Judge of settlement. | .20 | 800.00 | 160.00 |
| 7/24/23 | DWC | B110 | Emails with co counsel re implementation of settlement provisions | .80 | 600.00 | 480.00 |
| 7/24/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/24/23 | GSK | B110 | Review corresp from K. Aulet to UCC members re opens issues. | .10 | 600.00 | 60.00 |
| 7/24/23 | GSK | B110 | Review articles re FTX, Celsius and other crypto cases. | .30 | 600.00 | 180.00 |
| 7/25/23 | DMS | B110 | Review NOA for Prince and Marquez and send to BR. | .30 | 800.00 | 240.00 |

**GENOVA BURNS LLC**

August 23, 2023
Invoice No.:    500118

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/25/23 | DMS | B110 | Email with co-counsel and clerk regarding July 27th calendar. | .30 | 800.00 | 240.00 |
| 7/25/23 | DMS | B110 | Email with Aulet regarding SEC. | .20 | 800.00 | 160.00 |
| 7/25/23 | DMS | B110 | Email to UCC regarding July 27th hearings. | .20 | 800.00 | 160.00 |
| 7/25/23 | DMS | B110 | Email with Aulet regarding Realm policy. | .20 | 800.00 | 160.00 |
| 7/25/23 | DWC | B110 | Emails and calls with co counsel and professionals re status of negotiations and chambers protocol. | 1.20 | 600.00 | 720.00 |
| 7/25/23 | DWC | B110 | Review docket to confirm court agenda; email co-counsel regarding agenda. | 1.20 | 600.00 | 720.00 |
| 7/25/23 | SS | B110 | Reviewing court schedule and updating calendars accordingly. | .20 | 275.00 | 55.00 |
| 7/25/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/25/23 | GSK | B110 | Review notices of appearance filed for Z. Prince and F. Marquez; review various corresp among co-counsel re same. | .10 | 600.00 | 60.00 |
| 7/25/23 | GSK | B110 | Review corresp from co-counsel re 7/27 calendar; review docket. | .10 | 600.00 | 60.00 |
| 7/26/23 | DMS | B160 | Review BRG June bills and send to UCC. | .30 | 800.00 | 240.00 |
| 7/26/23 | DMS | B110 | Review debtor's filing of revised timeline. | .20 | 800.00 | 160.00 |
| 7/26/23 | DMS | B110 | Emails with Aulet regarding amended timeline. | .30 | 800.00 | 240.00 |
| 7/26/23 | DWC | B110 | Emails from co counsel regarding Amended Certification timeline. | .30 | 600.00 | 180.00 |
| 7/26/23 | DWC | B110 | Emails with UST re negotiations | .40 | 600.00 | 240.00 |
| 7/26/23 | DWC | B110 | Review timeline and calendar. | .50 | 600.00 | 300.00 |
| 7/26/23 | LD | B110 | Email with BR re CNO for June. | .20 | 250.00 | 50.00 |
| 7/26/23 | SS | B110 | Reviewing court notices for calendar changes. | .20 | 275.00 | 55.00 |
| 7/26/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

August 23, 2023
Invoice No.:    500118

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|-------------------------------|-------|------|--------|
| 7/26/23 | GSK | B110 | Review debtors' notice of amended confirmation timeline; review various corresp with co-counsel re same. | .20 | 600.00 | 120.00 |
| 7/26/23 | GSK | B320 | Review various corresp from co-counsel to UCC members re plan-related matters; review revised confirmation timeline; review mark-ups of proposed amended plan. | .60 | 600.00 | 360.00 |
| 7/27/23 | DMS | B320 | Review Third Amended Plan and JPL comments. | 1.30 | 800.00 | 1,040.00 |
| 7/27/23 | DMS | B320 | Emails with UCC regarding Plan and timetable. | .30 | 800.00 | 240.00 |
| 7/27/23 | DMS | B320 | Review draft creditor letter with Plan. | .20 | 800.00 | 160.00 |
| 7/27/23 | DMS | B150 | UCC call. | .80 | 800.00 | 640.00 |
| 7/27/23 | DMS | B110 | Follow up call with Aulet. | .30 | 800.00 | 240.00 |
| 7/27/23 | DMS | B110 | Call with Bernstein and Aulet regarding State Bureau of Securities and August 2nd hearings. | .60 | 800.00 | 480.00 |
| 7/27/23 | DMS | B160 | Review H&B fee statement. | .20 | 800.00 | 160.00 |
| 7/27/23 | DMS | B110 | Review Owen resignation and emails with US Trustee. | .30 | 800.00 | 240.00 |
| 7/27/23 | DWC | B150 | UCC meeting | 2.10 | 600.00 | 1,260.00 |
| 7/27/23 | DWC | B110 | Emails from co counsel regarding "prior balance" on fee statement; review statement. | .80 | 600.00 | 480.00 |
| 7/27/23 | LD | B160 | Prepare and file CNO re BR June fee statement. | .50 | 250.00 | 125.00 |
| 7/27/23 | SS | B110 | Reviewing court notices for hearing updates. | .20 | 275.00 | 55.00 |
| 7/27/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/27/23 | GSK | B310 | Review pro se creditor's motion for order temporarily allowing claim for voting purposes. | .10 | 600.00 | 60.00 |

**GENOVA BURNS LLC**

August 23, 2023
Invoice No.:    500118

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/27/23 | GSK | B110 | Conf call with UCC members and professionals re status of confirmation matters (0.8); review various corresp and documents from UCC members, co-counsel and professionals re same (0.3); review draft UCC letter in support of plan (0.2); review mark-up of amended disclosure statement (0.5). | 1.80 | 600.00 | 1,080.00 |
| 7/28/23 | DMS | B320 | Call with Bernstein and Aulet regarding Plan treatment of Bureaus of security. | .40 | 800.00 | 320.00 |
| 7/28/23 | DMS | B110 | Email with Court regarding August 1st calendar. | .30 | 800.00 | 240.00 |
| 7/28/23 | DMS | B110 | Emails with Aulet and GSK regarding filings for August 1st hearing. | .30 | 800.00 | 240.00 |
| 7/28/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/28/23 | GSK | B320 | Review various corresp from and among co-counsel and UCC members re status of amended plan and disclosure statement, etc. | .20 | 600.00 | 120.00 |
| 7/28/23 | GSK | B320 | Corresp with K. Aulet re possible filings relating to amended plan and amended disclosure statement. | .10 | 600.00 | 60.00 |
| 7/28/23 | GSK | B110 | Review articles re FTX and other crypto cases. | .20 | 600.00 | 120.00 |
| 7/29/23 | DMS | B110 | Review US Trustee questions regarding committee by laws. | .30 | 800.00 | 240.00 |
| 7/30/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/31/23 | DMS | B110 | Review debtor filings and emails regarding preparation for hearings. | 1.20 | 800.00 | 960.00 |
| 7/31/23 | DMS | B320 | Review Amended Plan and Disclosure Statement and emails and chats regarding same. | 1.70 | 800.00 | 1,360.00 |
| 7/31/23 | DMS | B110 | Review solicitation letter and approve. | .30 | 800.00 | 240.00 |
| 7/31/23 | DWC | B320 | Call with KA and JS re UST concerns on amended disclosure statement | .60 | 600.00 | 360.00 |
| 7/31/23 | DWC | B110 | Emails with co counsel and moxo from July 28 regarding disclosure statement negotiations. | .60 | 600.00 | 360.00 |

**GENOVA BURNS LLC**

August 23, 2023
Invoice No.:    500118

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 7/31/23 | LD | B160 | Prepare and file CNO re GB June fee statement. | .50 | 250.00 | 125.00 |
| 7/31/23 | LD | B160 | Finalize and file Elementus June fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 7/31/23 | SS | B110 | Reviewing court notices and updating calendars accordingly. | .30 | 275.00 | 82.50 |
| 7/31/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 7/31/23 | GSK | B320 | Review debtors' supplemental motion re conditional approval of disclosure statement, etc.; review application for order shortening notice. | .50 | 600.00 | 300.00 |
| 7/31/23 | GSK | B110 | Review debtors' notice of agenda for 8/1 hearing. | .10 | 600.00 | 60.00 |
| 7/31/23 | GSK | B320 | Review signed order scheduling disclosure statement motion for 8/1. | .10 | 600.00 | 60.00 |
| 7/31/23 | GSK | B320 | Review various corresp from and among co-counsel and UCC members re status of amended plan and disclosure statement, etc.; review mark-ups of amended plan and disclosure statement. | 1.00 | 600.00 | 600.00 |
| 7/31/23 | GSK | B110 | Corresp with DMS re coverage of 8/1 hearing. | .10 | 600.00 | 60.00 |
| 7/31/23 | GSK | B110 | Review Court's text order re 8/1 hearing. | .10 | 600.00 | 60.00 |
| 7/31/23 | GSK | B110 | Various corresp among co-counsel, Chambers, DWC, et al. re appearances for 8/1 hearing. | .10 | 600.00 | 60.00 |
| 7/31/23 | GSK | B110 | Prepare for 8/1 hearing; review docket; review settlement term sheet. | .50 | 600.00 | 300.00 |

**TOTAL PROFESSIONAL SERVICES**                    **$ 107,910.00**

GENOVA BURNS LLC

August 23, 2023
Invoice No.:    500118

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| Daniel M Stolz | Partner | 41.40 | 800.00 | 33,120.00 |
| Donald W. Clarke | Partner | 6.70 | 300.00 | 2,010.00 |
| Donald W. Clarke | Partner | 61.00 | 600.00 | 36,600.00 |
| Maria A. Sousa | Paraprofessional | .20 | 200.00 | 40.00 |
| Lorrie Denson | Paralegal | 7.90 | 250.00 | 1,975.00 |
| Sydney Schubert | Junior Associate | 6.20 | 275.00 | 1,705.00 |
| Gregory S. Kinoian | Counsel | 54.10 | 600.00 | 32,460.00 |
| **TOTALS** | | **177.50** | | **$ 107,910.00** |