# EXHIBIT B

GENOVA BURNS LLC

August 23, 2023
Invoice No.:    500118

## DISBURSEMENTS

| | Description | Amount |
|---|---|---|
| 3/14/23 | PACER SERVICE,U.S. Courts: PACER, 5252288-Q12023 | 81.00 |
| 3/31/23 | PACER SERVICE, U.S. Courts: PACER, 2552798-Q12023 | 229.00 |
| 6/06/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 848614775 | 18.43 |
| 6/06/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 848614775 | 45.94 |
| 6/27/23 | UPS Delivery - UPS Delivery, Unishippers NJN, 1020816976 (Mr. Greg Dingle, Mr. Greg Dingle) | 55.53 |
| 6/27/23 | UPS Delivery - UPS Delivery, Unishippers NJN, 1020816976 (Mr. Corey Grossman, Mr. Corey Grossmann | 29.19 |
| 6/27/23 | UPS Delivery - UPS Delivery, Unishippers NJN, 1020816976 (Mr. John Javes, Mr. John Javes) | 49.18 |
| 6/27/23 | UPS Delivery - UPS Delivery, Unishippers NJN, 1020816976 (Mr. Brandon Ishikawa, Mr. Brandon Ishikawa) | 42.50 |
| 6/27/23 | PACER SERVICE, U.S. Courts: PACER, 5252288-Q22023 | 28.10 |
| 6/29/23 | Photocopies .30 cents x 129 copies = $ 38.70 - 3 Copies of Subpoena and Interrogatories to Zachary Prince. | 38.70 |
| 6/29/23 | UPS Delivery - UPS Delivery, Unishippers NJN, 1020816976 (Zachary Prince, Zachary Prince) | 36.07 |
| 6/30/23 | Photocopies .30 cents x 27  copies = $ 8.10 (3 copies of Subpoena to AON.) | 8.10 |
| 6/30/23 | Postage Expense - Subpoena to AON (1 @ $1.74 First Class Mail; 1 @$9.24 CM, RRR). | 10.98 |
| 6/30/23 | UPS Delivery - UPS Delivery, Unishippers NJN, 1020836275 (Aon Plc, Darren Zeidel, General) | 38.21 |
| 6/30/23 | PACER SERVICE, U.S. Courts: PACER, 2522798-Q22023 | 84.80 |
| 7/07/23 | Photocopies .30 cents x 24 copies = $ 7.20 (3 copies of Subpoena to Gemini) | 7.20 |
| 7/07/23 | Postage Expense - Subpoena to Gemini Trust Company (1 @ $1.50 First Class Mail; 1 @ $9.24, CM, RRR) | 10.74 |
| 7/07/23 | UPS Delivery - UPS Delivery, Unishippers NJN, 1020855252  (Gemini Trust Company, Jake Rooser, Sr. Co) | 23.04 |
| 7/26/23 | Subpoena Service, Guaranteed Subpoena Service, Inc., 20230707092043 - Dkt. 22 19361 MBK, fee for subpoena service, Entity Served: Gemini Trust Company, LLC. Attn: Jake Romoser, Sr. Counsel. | 75.00 |

**TOTAL DISBURSEMENTS**                                                  **$ 911.71**