**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

## AMENDED MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD JULY 1, 2023 THROUGH JULY 30, 2023

| | | | |
|---|---|---|---|
| Debtor: | BlockFi Inc. | Applicant: | Genova Burns LLC |
| Case No.: | 22-19361(MBK) | Client: | Unsecured Creditors Committee |
| Chapter: | 11 | Case Filed: | November 28, 2022 |

## SECTION 1
## FEE SUMMARY

X   Monthly Fee Statement No. 7     or   ☐ Final Fee Application

Summary of Amounts Requested for the Period from July 1, 2023 through July 31, 2023 (the "Seventh Statement Period")

| | |
|---|---|
| Total Fees: | $ 107,910.00 |
| Total Disbursements: | $        911.71 |
| Minus 20% holdback of Fees: | $   21,582.00 |
| Amount Sought at this Time to Genova Burns: | $   87,239.71 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Daniel M. Stolz, Partner | 1980 | 41.40 | 800.00 | $33,120.00 |
| 2.  Donald W. Clarke, Partner | 2008 | 61.00 | 600.00 | $36,600.00 |
| 3.  Donald W. Clarke, Partner | 2008 | 6.70 | 300.00 | $2,010.00 |
| 4.  Gregory S. Kinoian, Counsel | 1992 | 54.10 | 600.00 | $32,460.00 |
| 5.  Sydney S. Schubert, Junior Associate | 2022 | 6.20 | 275.00 | $1,705.00 |
| 6.  Lorrie Denson | Paralegal | 7.90 | 250.00 | $1,975.00 |
| 7.  Maria A. Sousa | Paraprofessional | .20 | 200.00 | $40.00 |

| | |
|---|---|
| Fee Totals: | $ 107,910.00 |
| Disbursements Totals: | $       911.71 |
| Total Fee Application | $ 108,821.71 |

## SECTION II SUMMARY
## OF SERVICES

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | .10 | 60.00 |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 111.40 | 69,200.00 |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | .30 | 220.00 |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 14.40 | 7,380.00 |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | | |
| j) | **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 17.80 | 11,200.00 |
| l) | **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 14.10 | 9,320.00 |
| m) | **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 12.60 | 8,460.00 |

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings** <br> Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | **Accounting/Auditing** <br> Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis** <br> Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance** <br> Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis** <br> Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | .10 | 60.00 |
| s) | **Litigation Consulting** <br> Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting** <br> Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues** <br> Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation** <br> Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | 6.70 | 2,010.00 |
| **SERVICE TOTALS:** | | 177.50 | $107,910.00 |

### SECTION III
### SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees** <br> Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research** <br> Westlaw, Lexis and a description of manner calculated. | 64.37 |
| c) | **Pacer Fees** <br> Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax** <br> Include per page fee charged. | |

| | | |
|---|---|---:|
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | 54.00 |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | 273.72 |
| l) | **Postage** | 21.72 |
| m) | **Other (specify) subpoena fees; litigation support vendors** | 497.90 |
| | **DISBURSEMENTS TOTAL:** | $911.71 |

I certify under penalty of perjury that the above is true.


Dated:  August 24, 2023

                                                     */s/ Daniel M. Stolz*
                                                    DANIEL M. STOLZ