**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Ishrat Khan, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 8, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) via certified mail with return receipt requested on Chiesa Shahinian & Giantomasi PC, Attn: Sam Della Fera, Jr. (ADRID: 15425762), 105 Eisenhower Parkway, Roseland, NJ 07068; and (2) via first class mail on Gosai Law, Attn: Krish Gosai (ADRID: 15425759), Level 2, 194 Varsity Parade, Varsity Lakes, QLD 4227, Australia and Vrai Nom Investment Limited, Attn: Michael Zhang (ADRID: 10292055), RM4, 16/F, Ho King Comm Ctr, 2-16 Fayuen St, Mongkok, Kowloon, Hong Kong:

- Blockfi International Ltd.'s Motion for Entry of an Order (I) Enforcing the Automatic Stay, (II) Holding Vrai Nom in Contempt and Imposing Sanctions for Willful Violations of the Automatic Stay and (III) Granting Related Relief [Docket No. 1330]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

Dated: August 23, 2023

                                                 */s/ Ishrat Khan*
                                                 Ishrat Khan

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 23, 2023, by Ishrat Khan, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025