| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b) |
|---|

McCARTER & ENGLISH, LLP
David J. Adler
Lisa S. Bonsall
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
dadler@mccarter.com
*Efficiency Counsel to the*
*Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re:<br><br>BLOCKFI INC., et al.[1]<br><br>Debtors. | Case No. 22-19361 (MBK)<br><br>Judge Michael B. Kaplan<br><br>Chapter 11<br><br>Jointly Administered |
|---|---|

## MODIFIED LOCAL FORM CERTIFICATION OF NO OBJECTION REGARDING MONTHLY FEE STATEMENT OF McCARTER & ENGLISH, LLP, EFFICIENCY COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JUNE 2023 [DOCKET NO. 1351]

The Court authorized, under D.N.J. LBR 2016-3(a), the Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court [Docket No. 307]. Under said Order, objections to the June Monthly Fee Statement of McCarter & English filed on August 14, 2023 [Docket No. 1351] were to be filed and served not later than August 28, 2023.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1

I, David J. Adler, certify that, as of August 28, 2023, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

New York, New York
Date: August 29, 2023

**McCARTER & ENGLISH, LLP**
*Efficiency Counsel for the Official Committee of Unsecured Creditors*

By: */s/ David J. Adler*
     DAVID J. ADLER