**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and
Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>BLOCKFI INC., *et al.*,<br>Debtors.[1] | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 30, 2023 AT 10:00 A.M. (ET)**

**I.  MATTERS GOING FORWARD IN ADVERSARY 23-01071 (BlockFi vs. Greene, et al.)**

1. Motion of Proposed Lead Plaintiff Cameron Wyatt for Entry of an Order Modifying the Stipulated Injunctive Relief Order [Adv. Docket No. 20]

---

[1] The Debtors in these chapter 11 cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

1

<u>Responses Received</u>:

- Debtors' Opposition to Motion of Proposed Lead Plaintiff Cameron Wyatt for Entry of an Order Modifying the Stipulated Injunctive Relief Order [Adv. Docket No. 22]

<u>Related Documents</u>:

- Proposed Lead Plaintiff Cameron Wyatt's Reply in Further Support of the Motion for Entry of an Order Modifying the Stipulated Injunctive Relief Order [Adv. Docket No. 28]

**Status:  This matter is going forward.**

II. **MATTERS GOING FORWARD IN ADV. NO. 23-01144 (Official Committee of Unsecured Creditors vs. BlockFi, et al.)**

2. Defendant United States' Motion to Stay Adversary Proceeding Pending Disposition of Motion to Withdraw Reference [Adv. Docket No. 32]

   <u>Responses Received</u>:

   - Opposition of the Official Committee of Unsecured Creditors to Government's Motion to Stay Adversary Proceeding Pending Disposition of Motion to Withdraw Reference [Adv. Docket No. 39]

   - BlockFi's Limited Response to the United States' Motion to Stay Adversary Proceeding Pending Disposition of Motion to Withdraw Reference [Adv. Docket No. 40]

   <u>Related Documents</u>:

   - Reply Memorandum of Law in Support of Defendant United States' Motion to Stay Adversary Proceeding Pending Disposition of Motion to Withdraw Reference [Adv. Docket No. 46]

   **Status:  This matter is going forward.**

3. Motion of the Bermuda Joint Provisional Liquidators to Intervene in this Adversary Proceeding [Adv. Docket No. 34]

   <u>Responses Received</u>:

   - BlockFi's Limited Response to the Motion of the Bermuda Joint Provisional Liquidators to Intervene in this Adversary Proceeding [Adv. Docket No. 41]

   - United States' Opposition to Joint Provisional Liquidators' Motion to Intervene [Adv. Docket No. 42]

Related Documents:

- Reply in Support of the Motion of the Bermuda Joint Provisional Liquidators to Intervene in this Adversary Proceeding [Adv. Docket No. 45]

**Status: This matter is going forward.**

### III. MATTERS GOING FORWARD IN ADV. NO. 23-01175 (BlockFi vs. Vrai Nom Investment Limited)

4. BlockFi International Ltd.'s Motion for Alternate Service on Vrai Nom Investment Limited [Adv. Docket No. 4]

Responses Received:

- N/A

Related Documents:

- Certification of Matthew Frankle in Support of Motion for Alternate Service on Vrai Nom Investment Limited [Adv. Docket No. 5]

**Status: This matter is going forward as uncontested.**

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: August 29, 2023 | /s/ *Michael D. Sirota* |
| | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq. (NJ Bar No. 014321986)<br>Warren A. Usatine, Esq. (NJ Bar No. 025881995)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com |
| | **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Christine A. Okike, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br>jsussberg@kirkland.com<br>christine.okike@kirkland.com |
| | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Kenric D. Kattner, Esq. (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>kenric.kattner@haynesboone.com |
| | *Attorneys for Debtors and*<br>*Debtors in Possession* |