## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Nicholas Vass, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 17, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A** :

- Amended Declaration of Todd M. Hinnen, on Behalf of Proposed Ordinary Course Professional Perkins Coie LLP [Docket No. 1366]

- Amended Retention Questionnaire, a copy of which is attached hereto as **Exhibit B**.

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

Dated: August 25, 2023

/s/ Nicholas Vass

Nicholas Vass

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 25, 2023, by Nicholas Vass, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN

Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 72202

**<u>Exhibit A</u>**

Exhibit A

Notice Parties Service List

Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|------|-------------|-----------|-----------|------|-------|-------------|-------|-------------------|
| Ansell Grimm & Aaron, P.C. | Attn:  Anthony J. D'Artiglio, Joshua S. Bauchner | | | | | | ajd@ansellgrimm.com; jb@ansellgrimm.com | Email |
| Barclay Damon LLP | Attn: Scott L. Fleischer | | | | | | sfleischer@barclaydamon.com | Email |
| Boyle & Valenti Law, P.C. | Attn: Carrie J. Boyle, Esq. | | | | | | cboyle@b-vlaw.com | Email |
| Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq. | | | | | | rstark@brownrudnick.com; kaulet@brownrudnick.com; bsilverberg@brownrudnick.com | Email |
| Brown Rudnick LLP | Attn: Stephen D. Palley, Esq. | | | | | | spalley@brownrudnick.com | Email |
| Fox Rothschild, LLP | Attn: Mark E. Hall | | | | | | mhall@foxrothschild.com | Email |
| Genova Burns LLC | Attn: Daniel M. Stolz, Esq., Donald W. Clarke, Esq., Gregory S. Kinoian, Esq. | | | | | | dstolz@genovaburns.com; dclarke@genovaburns.com | Email |
| George J. Gerro, Esq. | Attn: George J. Gerro | | | | | | george@gerrolaw.com | Email |
| George S. Wynns | Attn: George S. Wynns | | | | | | georgewynns@gmail.com | Email |
| Gibbons P.C. | Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly | | | | | | rmalone@gibbonslaw.com; btheisen@gibbonslaw.com; kmcevilly@gibbonslaw.com | Email |
| Gorski & Knowlton Pc | Attn: Carol L. Knowlton, Allen I. Gorski | | | | | | cknowlton@gorskiknowlton.com; agorski@gorskiknowlton.com | Email |
| Grant & Eisenhofer P.A. | Attn: Jason M. Avellino | 123 Justison Street | | Wilmington | DE | 19801 | | First Class Mail |
| Hogan Lovells US LLP | Attn: Christopher R. Donoho III, Christopher R. Bryant, | | | | | | robert.ripin@hoganlovells.com; chris.donoho@hoganlovells.com; chris.bryant@hoganlovells.com | Email |
| Hogan Lovells US LLP | Attn: David P. Simonds, Edward J. McNeilly | | | | | | david.simonds@hoganlovells.com; edward.mcneilly@hoganlovells.com | Email |
| Holland & Knight LLP | Attn: Barbra R. Parlin | | | | | | barbra.parlin@hklaw.com | Email |
| McCarter & English, LLP | Attn: David J. Adler, joseph R. Scholz | | | | | | dadler@mccarter.com; jscholz@mccarter.com | Email |
| McCarter & English, LLP | Attn: Lisa S. Bonsall | | | | | | lbonsall@mccarter.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gaston P. Loomis | | | | | | gloomis@mdmc-law.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein | | | | | | jbernstein@mdmc-law.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea | | | | | | vshea@mdmc-law.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard | | | | | | nleonard@mdmc-law.com | Email |
| Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein | | | | | | KRWalsh@mintz.com; TDoherty@mintz.com; DBaumstein@mintz.com | Email |

## Exhibit A
Notice Parties Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Montgomery McCracken Walker & Rhoads, LLP | Attn: Edward L. Schnitzer | 457 Haddonfield Road | 6th Floor | Cherry Hill | NJ | 08002 | | First Class Mail |
| Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild, III, Matthew C. Ziegler | | | | | | john.goodchild@morganlewis.com; matthew.ziegler@morganlewis.com | Email |
| Morgan, Lewis & Bockius LLP | Attn: Joshua Dorchak, David K. Shim | | | | | | joshua.dorchak@morganlewis.com; david.shim@morganlewis.com | Email |
| Office of The Tennessee Attorney General | Attn: Bankruptcy Division | | | | | | consumer.affairs@tn.gov; gina.hantel@ag.tn.gov | Email |
| Office of the United States Trustee | Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq | | | | | | Lauren.Bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov | Email |
| Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo | | | | | | kgwynne@reedsmith.com; jangelo@reedsmith.com | Email |
| Severson & Werson, A Professional Corporation | Attn: Eleanor M. Roman, Donald H. Cram | | | | | | emr@severson.com; dhc@severson.com | Email |
| Singer & Levick, P.C. | Attn: Larry A. Levick | | | | | | Levick@singerlevick.com | Email |
| Stevens & Lee, P.C. | Attn: John C. Kilgannon | | | | | | john.kilgannon@stevenslee.com | Email |
| Straffi & Straffi, LLC | Attn: Daniel E. Straffi | | | | | | bkclient@straffilaw.com | Email |
| Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora | | | | | | dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; porporam@sullcrom.com | Email |
| Troutman Pepper Hamilton Sanders LLP | Attn: Deborah Kovsky-Apap | | | | | | deborah.kovsky@troutman.com | Email |
| U.S. Department of Justice – Civil Division Commercial Litigation Branch | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro | | | | | | seth.shapiro@usdoj.gov | Email |
| U.S. Department of Justice Civil Division | Attn: Seth B. Shapiro | | | | | | seth.shapiro@usdoj.gov | Email |
| Venable LLP | Attn: Michael A. Guerra, Jeffrey S. Sabin and Carol A. Weiner | | | | | | MAGuerra@Venable.com; JSsabin@venable.com; CWeinerlevy@venable.com | Email |
| Venable LLP | Attn: Andrew J. Currie | | | | | | AJCurrie@Venable.com | Email |
| Wadsworth, Garber, Warner and Conrardy, P.C. | Attn: Aaron A. Garber | | | | | | agarber@wgwc-law.com | Email |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | | | | | | saron@wrslawyers.com | Email |

**<u>Exhibit B</u>**

SRF 72202

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

## AMENDED RETENTION QUESTIONNAIRE

## TO BE COMPLETED BY EACH ORDINARY COURSE PROFESSIONAL EMPLOYED BY THE DEBTORS

### <u>Do not file</u> this Questionnaire with the Court. Please return it to:

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and Debtors in Possession*

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

162683205.1

If more space is needed, please complete on a separate page and attach.

1. Name and address of Company:

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101

2. Date of retention:

May 25, 2023

3. Type of services provided (accounting, legal, etc.):

Legal

4. Brief description of services to be provided:

Local counsel services in related criminal action that could affect the disposition of accountholder assets.

5. Arrangements for compensation (hourly, contingent, etc.): Hourly

(a) Average hourly rate (if applicable): $1062.50

(b) Estimated average monthly compensation based on prepetition retention (if Company was employed prepetition): Prepetition representation was unrelated and provides no basis for an accurate estimate.

6. Prepetition claims against the Debtor held by the firm (if any):

Amount of claim: $2,892.50
Date claim arose: October 31, 2022
Nature of claim: Unrelated legal services provided prepetition

7. Prepetition claims against the Debtor held individually by any member, associate, or professional employee of the firm:

　　　　Name: Will Conley (Claim 1)

162683205.1

Status: scheduled (Schedule 4425520)
Amount: $ 2,518.08
Date claim arose: unknown
Nature of claim: general unsecured creditor

Name: Will Conley (Claim 2)
Status: scheduled (Schedule 4313404)
Amount: $ 5.71
Date claim arose: unknown
Nature of claim: general unsecured creditor

Name: Ananth S. Iyengar (Claim 3)
Status: unknown
Amount: $1,565.50
Date claim arose: unknown
Nature of claim: general unsecured creditor

Name: Ananth S. Iyengar (Claim 4)
Status: unknown
Amount: $8.52
Date claim arose: unknown
Nature of claim: general unsecured creditor

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to
their estates with respect to the matters on which the Company is to be employed:

 None


9. Name and title of individual completing this Retention Questionnaire:

 Todd M. Hinnen
 Partner