**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and Debtors in Possession*

*Attorneys for Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>BLOCKFI INC., *et al.*,<br>　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

### NOTICE OF FILING OF ORDINARY COURSE PROFESSIONAL QUARTERLY STATEMENT FOR PERIOD ENDING JULY 31, 2023

**PLEASE TAKE NOTICE** that on January 17, 2023, the United States Bankruptcy Court for the District of New Jersey entered the *Order Granting Debtors' Motion for Entry of an Order Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business* [Docket No. 301] (the "OCP Order"), approving, among other things, certain procedures for BlockFi Inc. and its affiliated debtors, as debtors and debtors-in-possession in the above-

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

captioned chapter 11 cases (collectively, the "Debtors"), to retain and compensate certain professionals that the Debtors employ in the ordinary course of the Debtors' business (collectively, the "Ordinary Course Professionals").

**PLEASE TAKE FURTHER NOTICE** that paragraph 10 of the OCP Order requires the Debtors to submit a statement each quarter (the "Quarterly Statement") setting forth (i) the name of the Ordinary Course Professional; (ii) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by such Ordinary Course Professional during the statement period; (iii) the aggregate amount of postpetition payments made to the Ordinary Course Professional through the end of the reported Quarter; and (iv) a reasonably detailed description of the services rendered by such Ordinary Course Professional during the statement period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the OCP Order, attached hereto as **Exhibit 1** is the Quarterly Statement for the period commencing on May 1, 2023 through and including July 31, 2023 (the "Reported Quarter") setting forth the above information for each applicable Ordinary Course Professional.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: August 30, 2023 | /s/ *Michael D. Sirota* |
| | **COLE SCHOTZ P.C.** |
| | Michael D. Sirota, Esq. (NJ Bar No. 014321986) |
| | Warren A. Usatine, Esq. (NJ Bar No. 025881995) |
| | Court Plaza North, 25 Main Street |
| | Hackensack, New Jersey 07601 |
| | (201) 489-3000 |
| | msirota@coleschotz.com |
| | wusatine@coleschotz.com |
| | |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| | Christine A. Okike, P.C. (admitted *pro hac vice*) |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | (212) 446-4800 |
| | jsussberg@kirkland.com |
| | christine.okike@kirkland.com |
| | |
| | **HAYNES AND BOONE, LLP** |
| | Richard S. Kanowitz, Esq. (NJ Bar No. 047911992) |
| | Kenric D. Kattner, Esq. (admitted *pro hac vice*) |
| | 30 Rockefeller Plaza, 26th Floor |
| | New York, New York 10112 |
| | (212) 659-7300 |
| | richard.kanowitz@haynesboone.com |
| | kenric.kattner@haynesboone.com |
| | |
| | *Attorneys for Debtors and Debtors in Possession* |

# EXHIBIT 1

### ORDINARY COURSE PROFESSIONAL QUARTERLY STATEMENT

### May 1, 2023 – July 31, 2023

| Name of Professional[1] | Amount Paid During Reporting Quarter | Total Amount Paid Through Reporting Quarter[2] | Services Rendered During Reporting Quarter |
|---|---|---|---|
| Advokatfirmaeet Schjødt AS | $28,854.97 | $78,244 | Norwegian Legal services on finance, restructuring, VAT, and litigation |
| CohnReznick LLP | $17,500 | $17,500 | 401k ERISA audit |
| Covington & Burling LLP | $86,062.09 | $234,905 | U.S. legal services related to regulatory and compliance |
| Germano Law, LLC | $55,548 | $149,265 | N.J. legal services as civil and criminal legal counsel |
| Hodgson Russ LLP | $17,935.60 | $30,993.50 | Immigration legal services |
| Johnson Gardiner, Attorneys at Law | $3,162.50 | $102,859.58 | International legal services in Antigua |
| Morris, Nichols, Arsht & Tunnell LLP | $19,979.15 | $191,246.87 | Legal services regarding the FTX and Emergent bankruptcy cases. |

---

[1] Certain OCPs have filed declarations and provided the U.S. trustee with retention questionnaires as required under the OCP Order in order to provide the Debtors with OCP services; however, those OCPs are not listed in this Quarterly Statement because they did not receive any payments from the Debtors during the Reported Quarter.

[2] Several OCPs have provided professional services to the Debtors during the months of June and July 2023, but those invoices have not yet been paid.