**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Victor Wong, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 24, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served (1) via email on the Fee Application Service List attached hereto as **Exhibit A**; and (2) as set forth on the Notice Parties Service List attached hereto as **Exhibit B**:

- Monthly Fee Statement of Genova Burns LLC, Local Counsel to Official Committee of Unsecured Creditors for the Period July 1, 2023 Through July 31, 2023 [Docket No. 1400]

- Amended Monthly Fee Statement Cover Sheet for the Period July 1, 2023 Through July 30, 2023 [Docket No. 1401]

- Monthly Fee Statement of Kroll Restructuring Administration LLC for the Period from July 1, 2023 Through July 31, 2023 [Docket No. 1403]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691

Dated: August 31, 2023

/s/ *Victor Wong*
Victor Wong

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 31, 2023, by Victor Wong, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 72389

**Exhibit A**

Exhibit A

Fee Application Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Berkeley Research Group | Attn: Mark Renzi | mrenzi@thinkbrg.com |
| Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq. | rstark@brownrudnick.com; kaulet@brownrudnick.com; bsilverberg@brownrudnick.com |
| Brown Rudnick LLP | Attn: Stephen D. Palley, Esq. | spalley@brownrudnick.com |
| Cole Schotz P.C. | Attn: Michael D. Sirota, Warren A. Usatine | Msirota@coleschotz.com; wusatine@coleschotz.com |
| Fee Examiner | Attn: Elise S. Frejka | efrejka@frejka.com |
| Haynes and Boone, LLP | Attn: Richard S. Kanowitz | richard.kanowitz@haynesboone.com |
| Haynes and Boone, LLP | Attn: J. Frasher Murphy, Jordan E. Chavez | frasher.murphy@haynesboone.com; jordan.chavez@haynesboone.com |
| Kirkland & Ellis LLP | Attn: Christine A. Okike, Francis Petrie, Joshua Sussberg | christine.okike@kirkland.com; francis.petrie@kirkland.com; jsussberg@kirkland.com |
| Moelis & Company | Attn: Barak Klein, Jared Dermont | barak.klein@moelis.com; jared.dermont@moelis.com |
| Office of the United States Trustee | Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq | Lauren.Bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov |
| Traurig Law LLC | Attn: Jeffrey Traurig | jtraurig@trauriglaw.com |

**<u>Exhibit B</u>**

Exhibit B

Notice Parties Service List

Served as set forth below

| NAME | NOTICE NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|------|-------------|---------|-------|-------------------|
| Andrews Devalerio LLP | Attn: Daryl Andrews, Glen DeValerio | | daryl@andrewsdevalerio.com; glen@andrewsdevalerio.com | Email |
| Ansell Grimm & Aaron, P.C. | Attn:  Anthony J. D'Artiglio, Joshua S. Bauchner | | ajd@ansellgrimm.com; jb@ansellgrimm.com | Email |
| Barclay Damon LLP | Attn: Scott L. Fleischer | | sfleischer@barclaydamon.com | Email |
| Boyle & Valenti Law, P.C. | Attn: Carrie J. Boyle, Esq. | | cboyle@b-vlaw.com | Email |
| Bronstein, Gewirtz & Grossman, LLC | Attn: Peretz Bronstein | | peretz@bgandg.com | Email |
| Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq. | | rstark@brownrudnick.com; kaulet@brownrudnick.com; bsilverberg@brownrudnick.com | Email |
| Brown Rudnick LLP | Attn: Stephen D. Palley, Esq. | | spalley@brownrudnick.com | Email |
| Carlton Fields, P.A. | Attn: John J. Lamoureux | | jlamoureux@carltonfields.com | Email |
| Carlton Fields, P.A. | Attn: John J. Lamoureux | | jlamoureux@carltonfields.com | Email |
| Dorf & Nelson LLP | Attn: Andrew P. Marks | | amarks@dorflaw.com | Email |
| Genova Burns LLC | Attn: Daniel M. Stolz, Esq., Donald W. Clarke, Esq., Gregory S. Kinoian, Esq. | | dstolz@genovaburns.com; dclarke@genovaburns.com | Email |
| George S. Wynns | Attn: George S. Wynns | | georgewynns@gmail.com | Email |
| Gerro & Gerro | Attn: George J. Gerro | | george@gerrolaw.com | Email |
| Gibbons P.C. | Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly | | rmalone@gibbonslaw.com; btheisen@gibbonslaw.com; kmcevilly@gibbonslaw.com | Email |
| Goldstein & McClintock LLLP | Attn: Matthew E. McClintock, Harley Goldstein, Daniel C. Curth | | mattm@goldmclaw.com; harleyg@restructuringshop.com; danc@goldmclaw.com | Email |
| Gorski & Knowlton Pc | Attn: Carol L. Knowlton, Allen I. Gorski | | cknowlton@gorskiknowlton.com; agorski@gorskiknowlton.com | Email |
| Grant & Eisenhofer P.A. | Attn: Jason M. Avellino | 123 Justison Street Wilmington, DE 19801 | | First Class Mail |
| Hogan Lovells US LLP | Attn: Christopher R. Donoho III, Christopher R. Bryant, | | robert.ripin@hoganlovells.com; chris.donoho@hoganlovells.com; chris.bryant@hoganlovells.com | Email |
| Hogan Lovells US LLP | Attn: David P. Simonds, Edward J. McNeilly | | david.simonds@hoganlovells.com; edward.mcneilly@hoganlovells.com | Email |
| Holland & Knight LLP | Attn: Barbra R. Parlin | | barbra.parlin@hklaw.com | Email |
| Latham & Watkins LLP | Attn: Adam S. Ravin, Adam J. Goldberg, Christopher Harris, Brett M. Neve, Nacif Taousse | | adam.ravin@lw.com; adam.goldberg@lw.com; christopher.harris@lw.com; brett.neve@lw.com; nacif.taousse@lw.com | Email |
| Latham & Watkins LLP | Attn: Nima H. Mohebbi, Tiffany M. Ikeda | | nima.mohebbi@lw.com; tiffany.ikeda@lw.com | Email |
| Law Offices of Douglas T. Tabachnik, P.C. | Attn: Douglas T. Tabachnik | | dtabachnik@dttlaw.com | Email |
| Lazare Potter Giacovas & Moyle LLP | Attn: Anna Pia D. Felix, Michael T. Conway | | afelix@lpgmlaw.com; mconway@lpgmlaw.com | Email |
| Lowenstein Sandler LLP | Attn: Michael S. Etkin, Michael Papandrea | | metkin@lowenstein.com;  mpapandrea@lowenstein.com | Email |
| McCarter & English, LLP | Attn: David J. Adler, joseph R. Scholz | | dadler@mccarter.com; jscholz@mccarter.com | Email |

In re: BlockFi Inc., *et al.*
Case No. 22-19361 (MBK)

Exhibit B

Notice Parties Service List

Served as set forth below

| NAME | NOTICE NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|------|-------------|---------|-------|-------------------|
| McCarter & English, LLP | Attn: Lisa S. Bonsall | | lbonsall@mccarter.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard | | nleonard@mdmc-law.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gaston P. Loomis | | gloomis@mdmc-law.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein | | jbernstein@mdmc-law.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea | | vshea@mdmc-law.com | Email |
| Middlebrooks Shapiro, P.C. | Attn: Joseph M. Shapiro | | jshapiro@middlebrooksshapiro.com | Email |
| Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein | | KRWalsh@mintz.com; TDoherty@mintz.com; DBaumstein@mintz.com | Email |
| Montgomery McCracken Walker & Rhoads, LLP | Attn: Edward L. Schnitzer | 457 Haddonfield Road 6th Floor Cherry Hill, NJ 08002 | | First Class Mail |
| Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild, III, Matthew C. Ziegler | | john.goodchild@morganlewis.com; matthew.ziegler@morganlewis.com | Email |
| Morgan, Lewis & Bockius LLP | Attn: Joshua Dorchak, David K. Shim | | joshua.dorchak@morganlewis.com; david.shim@morganlewis.com | Email |
| Office of The Tennessee Attorney General | Attn: Bankruptcy Division | | gina.hantel@ag.tn.gov | Email |
| Offit Kurman, P.A. | Attn: Paul J. Weinterhalter | | pwinterhalter@offitkurman.com | Email |
| Offit Kurman, P.A. | Attn: Brian J. McLaughlin | | brian.mclaughlin@offitkurman.com | Email |
| Pomerantz LLP | Attn: Jeremy A. Lieberman, J. Alexander Hood II, Brian Calandra | | jalieberman@pomlaw.com; ahood@pomlaw.com; bcalandra@pomlaw.com | Email |
| Porzio, Bromberg & Newman, P.C. | Attn: Robert M. Schechter, Warren J. Martin | | rmschechter@pbnlaw.com; wjmartin@pbnlaw.com | Email |
| Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo | | kgwynne@reedsmith.com; jangelo@reedsmith.com | Email |
| Reed Smith LLP | Attn: Kurt F. Gwynne | | kgwynne@reedsmith.com; meckard@reedsmith.com | Email |
| Severson & Werson, A Professional Corporation | Attn: Eleanor M. Roman, Donald H. Cram | | emr@severson.com; dhc@severson.com | Email |
| Shearman & Sterling LLP | Attn: R. Thaddeus Behrens, Daniel H. Gold | | thad.behrens@shearman.com; dan.gold@shearman.com | Email |
| Singer & Levick, P.C. | Attn: Larry A. Levick | | Levick@singerlevick.com | Email |
| Stevens & Lee, P.C. | Attn: John C. Kilgannon | | john.kilgannon@stevenslee.com | Email |
| Straffi & Straffi, LLC | Attn: Daniel E. Straffi | | bkclient@straffilaw.com | Email |
| Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora | | dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; porporam@sullcrom.com | Email |
| Traurig Law LLC | Attn: Jeffrey Traurig | | jtraurig@trauriglaw.com | Email |
| Troutman Pepper Hamilton Sanders LLP | Attn: Deborah Kovsky-Apap | | deborah.kovsky@troutman.com | Email |
| U.S. Department of Justice – Civil Division | Attn: Jessica L. Cole | | jessica.cole@usdoj.gov | Email |
| U.S. Department of Justice – Civil Division Commercial Litigation Branch | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro, | | seth.shapiro@usdoj.gov; | Email |
| U.S. Department of Justice Civil Division | Attn: Seth B. Shapiro | | seth.shapiro@usdoj.gov | Email |

Exhibit B

Notice Parties Service List

Served as set forth below

| NAME | NOTICE NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Venable LLP | Attn: Michael A. Guerra, Jeffrey S. Sabin and Carol A. Weiner | | MAGuerra@Venable.com; JSsabin@venable.com; CWeinerlevy@venable.com | Email |
| Venable LLP | Attn: Andrew J. Currie | | AJCurrie@Venable.com | Email |
| Wadsworth, Garber, Warner and Conrardy, P.C. | Attn: Aaron A. Garber | | agarber@wgwc-law.com | Email |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | | saron@wrslawyers.com | Email |
| Zuckerman Gore Brandeis & Crossman, LLP | Attn: John K. Crossman, Karen S. Park, Jeffrey L. Friesen | | jcrossman@zukermangore.com; kpark@zukermangore.com; jfriesen@zukermangore.com | Email |