**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| BlockFi, Inc., *et al.*, [1] | ) | **Case No. 22-19361 (MBK)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

**FOURTH MONTHLY FEE STATEMENT OF DELOITTE TAX LLP AS TAX
SERVICES PROVIDER TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR
THE PERIOD FROM JUNE 1, 2023 THROUGH JUNE 30, 2023**

| | | |
|---|---|---|
| Name of Applicant: | Deloitte Tax LLP | |
| Authorized to Provide Professional Services as: | Tax Services Provider | |
| Date of Retention: | *Effective as of March 1, 2023 and April 1, 2023, respectively* | |
| Period for which Compensation and Reimbursement is Sought: | June 1, 2023 through June 30, 2023 | |
| Total Amount of Fees Requested: | $ | 182,909.00 |
| Less: 20% Holdback | $ | (36,581.80) |
| 80% of Compensation Sought as Actual, Reasonable, and Necessary | $ | 146,327.20 |
| Amount of Expense Reimbursement Sought | $ | 117.34 |
| **Total Amount of Fees and Expense:** | **$** | **146,444.54** |

This is an: __X__ Monthly  ___Interim  ___Final Application

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

Deloitte Tax LLP ("Deloitte Tax") hereby submits this fourth monthly fee statement (the "Fourth Monthly Statement") for allowance of compensation for services rendered as tax services providers to the Debtors for the period from June 1, 2023, through June 30, 2023, pursuant to the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court* [Docket No. 307] (the "Interim Compensation Order).

WHEREFORE, Deloitte Tax respectfully requests payment in the amount of $146,327.20 (80% of $182,909.00) as compensation sought for actual and necessary services rendered, together with expenses of $117.34, for a total requested payment of $146,444.54, in accordance with the terms of the Interim Compensation Order.

Date: September 4, 2023
New York, New York

Respectfully submitted,

DELOITTE TAX LLP

/s/ Kenneth Schulhof
Kenneth Schulhof
Partner
30 Rockefeller Plaza
New York, NY 10112
Telephone:  212.436.5370
Facsimile:  212.653.5254

**CUMULATIVE TIME SUMMARY BY PROFESSIONAL**
For the Period of June 1, 2023 through June 30, 2023

| Professional | Level | Hours | Fees |
|---|---|---|---|
| **Tax Compliance Services** | | | |
| Gibian, Craig | Partner/Principal | 4.9 | |
| Schulhof, Ken | Partner/Principal | 15.8 | |
| Gardyn, Jordon | Senior Manager | 41.9 | |
| Lang, Mary Jo | Senior Manager | 13.9 | |
| DiPaolo, Michele | Manager | 3.9 | |
| Polster, Andrew | Manager | 13.9 | |
| Dao, Ly | Senior Consultant | 9.0 | |
| Wojtas, Mike | Senior Consultant | 22.2 | |
| Boynes, Bridget | Consultant | 6.2 | |
| Meng, Zhaoyu | Consultant | 27.0 | |
| Wilson, Clinton | Consultant | 2.2 | |
| **Professional Subtotal:** | | **160.9** | **$154,540.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Tax Restructuring Services** | | | | |
| Schulhof, Ken | Partner/Principal | $1,160.00 | 1.5 | $1,740.00 |
| Stewart, Scott | Partner/Principal | $1,160.00 | 4.6 | $5,336.00 |
| Janes, Dustin | Partner/Principal | $1,160.00 | 1.1 | $1,276.00 |
| Gardyn, Jordon | Senior Manager | $1,020.00 | 1.8 | $1,836.00 |
| Lee, Janet | Senior Manager | $1,020.00 | 4.9 | $4,998.00 |
| Velazco, Valerie | Senior Manager | $1,020.00 | 0.4 | $408.00 |
| Shah, Palak | Manager | $750.00 | 5.0 | $3,750.00 |
| Tangchitsumran, | Manager | $750.00 | 6.2 | $4,650.00 |
| **Professional Subtotal:** | | | **25.5** | **$23,994.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Preparation of Fee Applications** | | | | |
| Gutierrez, Dalia | Consultant | $250.00 | 6.7 | $1,675.00 |
| Jhawar, Utkarsh | Consultant | $225.00 | 1.0 | $225.00 |
| Mehta, Sejal | Consultant | $225.00 | 11.0 | $2,475.00 |
| **Professional Subtotal:** | | | **18.7** | **$4,375.00** |
| **Total** | Blended Hourly Rate: $891.80 | | **205.1** | **$182,909.00** |

**CUMULATIVE FEES BY CATEGORY SUMMARY**
For the Period of June 1, 2023 through June 30, 2023

| Categories | Hours | Fees |
|---|---|---|
| Preparation of Fee Applications | 18.7 | $4,375.00 |
| Tax Compliance Services | 160.9 | $154,540.00 |
| Tax Restructuring Services | 25.5 | $23,994.00 |
| **Fee's Category Subtotal :** | **205.1** | **$182,909.00** |

**CUMULATIVE EXPENSES BY CATEGORY SUMMARY**
For the Period of June 1, 2023 through June 30, 2023

| Expense Categories | Total Expenses for the Period |
|---|---|
| Meals | $60.47 |
| Taxi | $56.87 |
| **Expense Category Subtotal :** | **$117.34** |

# <u>EXHIBIT A</u>

Professional Fees for the Period from
June 1, 2023 through June 30, 2023

# BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **_Preparation of Fee Applications_** | | | | |
| 06/05/2023 | | | | |
| Mehta, Sejal | Finalize BlockFi (Tax) March 1- April 30 fee for fee application preparation. | $225.00 | 2.1 | $472.50 |
| 06/06/2023 | | | | |
| Gutierrez, Dalia | Pull May 2023 fee detail for the monthly fee application. | $250.00 | 0.3 | $75.00 |
| Gutierrez, Dalia | Review May 2023 expenses in preparation for the monthly fee application. | $250.00 | 0.2 | $50.00 |
| 06/07/2023 | | | | |
| Mehta, Sejal | Perform meeting matching for BlockFi (Tax) May 2023 fee and expense application. | $225.00 | 3.2 | $720.00 |
| 06/15/2023 | | | | |
| Gutierrez, Dalia | Review data March 1, 2023 through April 30, 2023 to prepare exhibits for review. | $250.00 | 2.1 | $525.00 |
| 06/16/2023 | | | | |
| Jhawar, Utkarsh | Review BlockFi fee for fee application preparation. | $225.00 | 1.0 | $225.00 |
| 06/26/2023 | | | | |
| Gutierrez, Dalia | Prepare exhibits and charts for the BlockFi first monthly fee application. | $250.00 | 2.2 | $550.00 |
| Mehta, Sejal | Perform meeting matching for BlockFi (Tax) May 2023 fee and expense application. | $225.00 | 2.5 | $562.50 |
| Mehta, Sejal | Continue to perform meeting matching for BlockFi (Tax) May 2023 fee and expense application. | $225.00 | 2.0 | $450.00 |
| 06/27/2023 | | | | |
| Mehta, Sejal | Finalize BlockFi (Tax) March 1- April 30 fee for fee application preparation. | $225.00 | 1.2 | $270.00 |
| 06/28/2023 | | | | |
| Gutierrez, Dalia | Prepare detailed exhibits for R. Young (Deloitte) review for fee application. | $250.00 | 1.9 | $475.00 |
| Subtotal for Preparation of Fee Applications: | | | 18.7 | $4,375.00 |

1

# BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Tax Compliance Services*

06/01/2023

| | | | | |
|------|-------------|------|-------|------|
| Gardyn, Jordon | Discussion with K. Schulhof (Deloitte) regarding open questions with BlockFi team for calculation of the 2022 taxable income. | $0.00 | 0.8 | $0.00 |
| Gardyn, Jordon | Update the BlockFi federal consolidated tax return workpapers for 2022 for the responses to the questions from S. Bailey (BlockFi). | $0.00 | 1.3 | $0.00 |
| Gibian, Craig | Analyze calculation of 2022 taxable income for BlockFi Inc. based on BlockFi Inc.'s 2022 financial statements. | $0.00 | 0.8 | $0.00 |
| Lang, Mary Jo | Revise memorandums addressing 2022 taxable income calculation for BlockFi Inc. | $0.00 | 0.9 | $0.00 |
| Lang, Mary Jo | Revise memorandums addressing 2021 taxable income calculation for BlockFi Inc. | $0.00 | 1.1 | $0.00 |
| Schulhof, Ken | Review 2021 filed tax return to understand the filing positions for the international entity located in Singapore, United Kingdom and Bermuda. | $0.00 | 1.3 | $0.00 |
| Schulhof, Ken | Review responses provided by S. Bailey (BlockFi) for the questions sent by J. Gardyn (Deloitte) related to 2022 federal taxable income calculation. | $0.00 | 0.5 | $0.00 |
| Schulhof, Ken | Discussion with J. Gardyn (Deloitte) regarding open questions with BlockFi team for calculation of the 2022 taxable income. | $0.00 | 0.8 | $0.00 |
| Wilson, Clinton | Call with tax preparation software company for populating schedules K-2 (partners' distributive share items), K-3 (partner's share of income, deductions, credits) of the Federal form 1065 (U.S. return of partnership income). | $0.00 | 0.6 | $0.00 |
| Wilson, Clinton | Work on Federal return form 1065 (U.S. return of partnership income). | $0.00 | 0.8 | $0.00 |
| Wilson, Clinton | Review New Jersey form 1065 (U.S. return of partnership income). | $0.00 | 0.8 | $0.00 |

2

# BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Tax Compliance Services*

**06/02/2023**

| | | | | |
|------|-------------|------|-------|------|
| Gardyn, Jordon | Review 2022 federal taxable income workpapers for the summarized financial results for reporting on the BlockFi consolidated federal tax return coming from the trial balance prepared by BlockFi. | $0.00 | 1.3 | $0.00 |
| Gardyn, Jordon | Call with D. Krozek, and K. Schulhof (Deloitte), A. Sexton (Kirkland and Ellis) and R. Loban (BlockFi) discussing current status of 2022 taxable income calculations and timing for delivering supportable calculations. | $0.00 | 0.3 | $0.00 |
| Lang, Mary Jo | Update memorandums discussing 2021 and 2022 taxable income calculation for BlockFi Inc. | $0.00 | 0.2 | $0.00 |
| Schulhof, Ken | Call with D. Krozek, and J. Gardyn (Deloitte), A. Sexton (Kirkland and Ellis) and R. Loban (BlockFi) discussing current status of 2022 taxable income calculations and timing for delivering supportable calculations. | $0.00 | 0.3 | $0.00 |
| Schulhof, Ken | Review 2021 tax filed return to understand the filing positions for the international entity located in Singapore, United Kingdom and Bermuda. | $0.00 | 0.6 | $0.00 |
| Wojtas, Mike | Update BlockFi 2022 tax return workpaper for changes to mapping to income statement, balance sheet, and schedule M-3 (forms for net income/loss reconciliation for corporations) accounts in compliance software. | $0.00 | 1.0 | $0.00 |

**06/05/2023**

| | | | | |
|------|-------------|------|-------|------|
| Lang, Mary Jo | Revise BlockFi Inc. taxable income calculation summary for 2020. | $0.00 | 0.6 | $0.00 |
| Lang, Mary Jo | Revise BlockFi Inc. taxable income calculation summary for 2021. | $0.00 | 0.6 | $0.00 |
| Lang, Mary Jo | Revise BlockFi Inc. taxable income calculation summary for 2022. | $0.00 | 0.6 | $0.00 |

# BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| _Tax Compliance Services_ | | | | |
| 06/05/2023 | | | | |
| Polster, Andrew | Send email to M. DiPaolo (Deloitte) regarding payment of New York City balance due from notice. | $0.00 | 0.3 | $0.00 |
| Polster, Andrew | Call with New York city department of revenue regarding notice BlockFi received to confirm with the state that the balance was paid and no further action is required. | $0.00 | 0.7 | $0.00 |
| 06/06/2023 | | | | |
| Gardyn, Jordon | Discuss with D. Lyness, M. Wojtas, (Deloitte), R. Loban, H. Powers (BlockFi) approach for calculating book-to-tax difference with research and experimentation costs under IRC section 174 (amortization of research and experimental expenditures). | $0.00 | 0.4 | $0.00 |
| Gardyn, Jordon | Review the 2022 federal taxable income differences from the financial statements prepared by BlockFi. | $0.00 | 0.7 | $0.00 |
| Gardyn, Jordon | Review the workpapers for the schedule M-3 (forms for net income/loss reconciliation for corporations) included in the BlockFi 2022 federal tax return. | $0.00 | 1.2 | $0.00 |
| Gardyn, Jordon | Review federal tax return workpapers to reconcile presentation of financial statements to how amounts are presenting in BlockFi federal tax return form 1120 (U.S. corporation income tax return). | $0.00 | 1.3 | $0.00 |
| Gardyn, Jordon | Consolidate the 2022 federal tax return workpapers to reduce the complexity and assist the reader in better understanding how items are flowing and reporting on the 2022 tax return. | $0.00 | 1.6 | $0.00 |
| Gardyn, Jordon | Call with M. Lang, and K. Schulhof (Deloitte) discussing the status of the mark-to-market adjustment for reporting on the 2022 tax returns. | $0.00 | 0.4 | $0.00 |

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Tax Compliance Services*

06/06/2023

| | | | | |
|------|-------------|------|-------|------|
| Lang, Mary Jo | Call with J. Gardyn and K. Schulhof (Deloitte) discussing the status of the mark-to-market adjustment for reporting on the 2022 tax returns. | $0.00 | 0.4 | $0.00 |
| Lang, Mary Jo | Revise 2020-2022 taxable income summary memorandum for BlockFi Inc. | $0.00 | 0.8 | $0.00 |
| Meng, Zhaoyu | Update tax software coding to aid in the preparation of 2022 tax return. | $0.00 | 1.0 | $0.00 |
| Meng, Zhaoyu | Prepare consolidated book to tax reconciliation for 2022 tax return workpaper. | $0.00 | 3.0 | $0.00 |
| Meng, Zhaoyu | Prepare consolidated schedule L (balance sheets per books) for 2022 tax return workpaper. | $0.00 | 2.0 | $0.00 |
| Polster, Andrew | Email J. Gardyn (Deloitte) regarding Minnesota notice regarding tax year 2022 for amount due. | $0.00 | 0.1 | $0.00 |
| Polster, Andrew | Research Minnesota notice regarding tax year 2022 for amount due. | $0.00 | 0.4 | $0.00 |
| Schulhof, Ken | Call with M. Lang, and J. Gardyn (Deloitte) discussing the status of the mark-to-market adjustment for reporting on the 2022 tax returns. | $0.00 | 0.4 | $0.00 |

06/07/2023

| | | | | |
|------|-------------|------|-------|------|
| Gardyn, Jordon | Review balance sheet classification of amounts presented in the 2022 tax return workpapers for BlockFi Inc. | $0.00 | 1.0 | $0.00 |
| Meng, Zhaoyu | Prepare consolidated book income to tax income adjustment for 2022 tax return workpaper. | $0.00 | 1.5 | $0.00 |
| Meng, Zhaoyu | Prepare consolidated schedule M-3 (net income/loss reconciliation for corporations) workpaper for 2022 tax return. | $0.00 | 2.0 | $0.00 |
| Schulhof, Ken | Review reconciliation of the schedule M-1 adjustments for book and taxable income on the, 2022 federal tax return prepared by J. Gardyn and M. Wojtas (Deloitte). | $0.00 | 0.6 | $0.00 |

5

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 06/08/2023 | | | | |
| Gardyn, Jordon | Update 2022 tax return workpaper for calculation of mark-to-market adjustment to be reported on the tax return. | $0.00 | 0.9 | $0.00 |
| Meng, Zhaoyu | Prepare information return form 8858 (U.S. persons with respect to foreign disregarded entities and branches) for BlockFi International and BlockFi Cayman. | $0.00 | 1.0 | $0.00 |
| 06/09/2023 | | | | |
| Gardyn, Jordon | Call with K. Schulhof (Deloitte), A. Sexton (Kirkland and Ellis) and R. Loban (BlockFi) discussing current status of 2022 taxable income calculations and timing for delivering supportable calculations. | $0.00 | 0.4 | $0.00 |
| Gardyn, Jordon | Update book-to-tax adjustment associated with the mark-to-market adjustment to be reported on the 2022 tax returns for BlockFi. | $0.00 | 1.1 | $0.00 |
| Lang, Mary Jo | Review 2022 taxable income summary for BlockFi Inc. | $0.00 | 0.2 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn (Deloitte), A. Sexton (Kirkland and Ellis) and R. Loban (BlockFi) to discuss current status of 2022 taxable income calculations and timing for delivering supportable calculations. | $0.00 | 0.4 | $0.00 |
| 06/12/2023 | | | | |
| Gardyn, Jordon | Reconcile the difference in depreciation expense and changes in accumulated depreciation in 2022 tax return workpapers based on responses to questions received from S. Bailey (BlockFi). | $0.00 | 0.7 | $0.00 |
| Gardyn, Jordon | Update the 2022 BlockFi Inc tax return workpapers to share with K. Schulhof (Deloitte) for review. | $0.00 | 1.1 | $0.00 |

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 06/12/2023 | | | | |
| Gardyn, Jordon | Consolidate notes maintained in separate tax workpapers documented as support into the 2022 BlockFi Inc and subsidiaries 2022 federal tax return workpapers. | $0.00 | 0.8 | $0.00 |
| Gardyn, Jordon | Break the 2021 financial statement in further detail to identify accounts for which mark-to-market accounting is applicable for the book-to-tax difference. | $0.00 | 0.6 | $0.00 |
| Gardyn, Jordon | Break the 2022 financial statement in further detail to identify accounts for which mark-to-market accounting is applicable for the book-to-tax difference. | $0.00 | 0.7 | $0.00 |
| Gardyn, Jordon | Reconcile taxable income reported on investment K-1s for investments held by BlockFi versus the book income reported (within the BlockFi financial statements) to be added back for tax purposes on the 2022 federal tax return workpapers. | $0.00 | 0.8 | $0.00 |
| Meng, Zhaoyu | Prepare limitation on business interest expense under section 163(j) for 2022 tax return workpaper. | $0.00 | 1.5 | $0.00 |
| Meng, Zhaoyu | Prepare 2022 consolidated tax return workpaper. | $0.00 | 3.5 | $0.00 |
| Schulhof, Ken | Review 2022 tax return workpapers for the adjustments calculated for book-to-tax differences. | $0.00 | 0.9 | $0.00 |
| Wojtas, Mike | Review 2022 tax return workpapers for updates made by M. Zhaoyu (Deloitte) for coding and adjustments. | $0.00 | 1.5 | $0.00 |
| 06/13/2023 | | | | |
| DiPaolo, Michele | Gather BlockFi tax year 2022 apportionment information to review file for completion and incorporate process into Deloitte compliance workpapers. | $0.00 | 1.0 | $0.00 |

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Tax Compliance Services*

**06/13/2023**

| | | | | |
|------|-------------|------|-------|------|
| Gardyn, Jordon | Call with K. Schulhof, M. Lang, and M. Wojtas (Deloitte) to walk through the mark-to-market adjustment calculated for the 2022 BlockFi Inc federal return. | $0.00 | 0.6 | $0.00 |
| Gardyn, Jordon | Call with M. Wojtas, and C. Ngo (Deloitte) to discuss 2022 tax return workpapers. | $0.00 | 0.6 | $0.00 |
| Lang, Mary Jo | Call with J. Gardyn, K. Schulhof, and M. Wojtas (Deloitte) to walk through the mark-to-market adjustment calculated for the 2022 BlockFi Inc federal return. | $0.00 | 0.6 | $0.00 |
| Lang, Mary Jo | Review BlockFi Inc. 2022 taxable income workpapers. | $0.00 | 0.8 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn, M. Lang, and M. Wojtas (Deloitte) to walk through the mark-to-market adjustment calculated for the 2022 BlockFi Inc federal return. | $0.00 | 0.6 | $0.00 |
| Wojtas, Mike | Call with J. Gardyn, K. Schulhof, and M. Lang (Deloitte) to walk through the mark-to-market adjustment calculated for the 2022 BlockFi Inc federal return. | $0.00 | 0.6 | $0.00 |
| Wojtas, Mike | Call with C. Ngo and J. Gardyn (Deloitte) to discuss 2022 tax return workpapers. | $0.00 | 0.6 | $0.00 |

**06/14/2023**

| | | | | |
|------|-------------|------|-------|------|
| Gardyn, Jordon | Review updated tax return mapping of accounts in the 2022 tax return workpapers for import into tax return software (CorpTax). | $0.00 | 1.1 | $0.00 |
| Meng, Zhaoyu | Call with M. Wojtas, and C. Ngo (Deloitte) discussing approach of inputting 2022 tax return information into tax compliance software. | $0.00 | 1.0 | $0.00 |
| Meng, Zhaoyu | Input account coding into tax compliance software (CorpTax) for the preparation of 2022 tax return. | $0.00 | 3.5 | $0.00 |

## BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Compliance Services* | | | | |
| 06/14/2023 | | | | |
| Schulhof, Ken | Review the mark-to-market adjustment for 2022 taxable income and components included in the calculation. | $0.00 | 1.1 | $0.00 |
| Wojtas, Mike | Review coding of income statement, balance sheet, and M-3 (forms for net income/loss) reconciliation for corporations) accounts in compliance software for BlockFi Inc and subsidiaries in 2022 tax return. | $0.00 | 2.0 | $0.00 |
| Wojtas, Mike | Call with C. Ngo and Z. Meng (Deloitte) discussing approach of inputting 2022 tax return information into tax compliance software. | $0.00 | 1.0 | $0.00 |
| 06/16/2023 | | | | |
| Gardyn, Jordon | Call with K. Schulhof (Deloitte), A. Sexton (Kirkland and Ellis) and R. Loban (BlockFi) discussing current status of 2022 taxable income calculations and timing for delivering supportable calculations. | $0.00 | 0.4 | $0.00 |
| Gardyn, Jordon | Call with K. Schulhof (Deloitte) to discuss timing for the 2022 tax return workpapers for BlockFi. | $0.00 | 0.8 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn (Deloitte), A. Sexton (Kirkland and Ellis) and R. Loban (BlockFi) discussing current status of 2022 taxable income calculations and timing for delivering supportable calculations. | $0.00 | 0.4 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn (Deloitte) to discuss timing for the 2022 tax return workpapers for BlockFi. | $0.00 | 0.8 | $0.00 |
| 06/19/2023 | | | | |
| DiPaolo, Michele | Incorporate state apportionment information provided by BlockFi into our tax year 2022 state apportionment summary workpaper. | $0.00 | 1.5 | $0.00 |

# BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 06/19/2023 | | | | |
| DiPaolo, Michele | Call with A. Tilley, A. Polster and J. Gardyn (Deloitte) to discuss timeline for preparing and delivery of 2022 state taxable income and the 2022 state and local tax returns. | $0.00 | 0.4 | $0.00 |
| Gardyn, Jordon | Prepare a summary of the 2022 income statement and balance sheet to be included in 2022 tax return workpapers for the BlockFi UK Ltd. and BlockFi Asia PTE controlled foreign subsidiaries. | $0.00 | 0.9 | $0.00 |
| Gardyn, Jordon | Meeting with K. Schulhof (Deloitte) in office to walk-through the 2022 mark-to-market calculation. | $0.00 | 1.4 | $0.00 |
| Gardyn, Jordon | Review updated BlockFi NB, LLC short period federal partnership return for 2022. | $0.00 | 0.8 | $0.00 |
| Gardyn, Jordon | Call with A. Tilley, M. DiPaolo, and A. Polster (Deloitte) to discuss timeline for preparing and delivery of 2022 state taxable income, state and local tax returns. | $0.00 | 0.4 | $0.00 |
| Gibian, Craig | Review workpapers supporting the calculation of BlockFi's 2022 taxable income. | $0.00 | 1.0 | $0.00 |
| Lang, Mary Jo | Review 2022 BlockFi Inc. tax workpapers. | $0.00 | 1.0 | $0.00 |
| Lang, Mary Jo | Continue to review 2021 BlockFi Inc. tax workpapers. | $0.00 | 0.6 | $0.00 |
| Polster, Andrew | Call with A. Tilley, M. DiPaolo, J. Gardyn (Deloitte) to discuss timeline for preparing and delivery of 2022 state taxable income, state and local tax returns. | $0.00 | 0.4 | $0.00 |
| Schulhof, Ken | Meeting with J. Gardyn (Deloitte) in office to walk-through the 2022 mark-to-market calculation. | $0.00 | 1.4 | $0.00 |

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Tax Compliance Services*

06/20/2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Boynes, Bridget | Update the 2022 tax return form 1065 (U.S. return of partnership income) regarding the allocations of amount in schedule K-2 (partners' distributive share items). | $0.00 | 1.8 | $0.00 |
| Boynes, Bridget | Update the 2022 tax return form 1065 (U.S. return of partnership income) regarding allocations of amount in schedule K-3 (partner's share of income, deductions, credits) to allocate the amount of partnership income. | $0.00 | 1.6 | $0.00 |
| Boynes, Bridget | Continue to update the 2022 tax return form 1065 (U.S. return of partnership income) regarding allocations of amount in schedule K-3 (partner's share of income, deductions, credits) report to allocate amount of partnership income. | $0.00 | 1.6 | $0.00 |
| Gardyn, Jordon | Discuss with B. Boynes (Deloitte) the questions on making updates to BlockFi NB partnership return for 2022. | $0.00 | 0.4 | $0.00 |
| Gardyn, Jordon | Call with C. Gibian, and M. Lang (Deloitte) to discuss approach for calculating mark-to-market using the 2022 income statement versus balance sheet. | $0.00 | 0.5 | $0.00 |
| Gardyn, Jordon | Update the 2022 tax return workpapers for the changes to the book-to-tax adjustment for mark-to-market accounting. | $0.00 | 0.6 | $0.00 |
| Gardyn, Jordon | Update the reconciliation of changes in assets and liabilities subject to mark-to-market accounting for 2022 tax return purposes to the other operating income loss amounts reported on the 2022 income statement. | $0.00 | 1.2 | $0.00 |
| Gibian, Craig | Call with M. Lang and J. Gardyn (Deloitte) to discuss approach for calculating mark-to-market using the 2022 income statement versus balance sheet. | $0.00 | 0.5 | $0.00 |

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 06/20/2023 | | | | |
| Lang, Mary Jo | Revise BlockFi Inc. 2022 taxable income calculation summary. | $0.00 | 1.5 | $0.00 |
| Lang, Mary Jo | Call with C. Gibian and J. Gardyn (Deloitte) to discuss approach for calculating mark-to-market using the 2022 income statement versus balance sheet. | $0.00 | 0.5 | $0.00 |
| Schulhof, Ken | Review updated reconciliation of changes in the 2022 BlockFi balance sheet accounts impacting the adjustment for tax reporting of mark-to-market accounting. | $0.00 | 0.7 | $0.00 |
| 06/21/2023 | | | | |
| Gardyn, Jordon | Review support provided for purposes of calculating the capitalization of research and experimentation costs under IRC section 174 (amortization of research and experimental expenditures). | $0.00 | 0.8 | $0.00 |
| Polster, Andrew | Input federal balance sheet data into franchise tax workpaper for BlockFi Inc. | $0.00 | 0.6 | $0.00 |
| Polster, Andrew | Review balance sheet for BlockFi Inc. provided by federal team for franchise tax implications. | $0.00 | 0.4 | $0.00 |
| Polster, Andrew | Review federal workpaper for BlockFi Inc and subsidiaries for federal taxable Income modifications. | $0.00 | 0.1 | $0.00 |
| Polster, Andrew | Update franchise tax workpaper for state specific entries for BlockFi Inc and subsidiaries. | $0.00 | 0.9 | $0.00 |
| 06/22/2023 | | | | |
| Gardyn, Jordon | Meeting with K. Schulhof (Deloitte) to discuss updated mark-to-market reasonableness check for 2022 BlockFi Income tax return. | $0.00 | 1.0 | $0.00 |

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 06/22/2023 | | | | |
| Gardyn, Jordon | Update tax return workpapers based on comments provided by K. Schulhof (Deloitte) related to the 2022 BlockFi book-to-tax adjustment for stock compensation expense. | $0.00 | 1.2 | $0.00 |
| Polster, Andrew | Review apportionment of workpaper for BlockFi Inc. and subsidiaries. | $0.00 | 0.7 | $0.00 |
| Polster, Andrew | Populate workpaper which is common for all the states for state bonus depreciation and state tax addback modifications for BlockFi Inc. | $0.00 | 1.2 | $0.00 |
| Polster, Andrew | Populate workpaper which is common for all the states for state bonus depreciation and state tax addback modifications for BlockFi Inc. and subsidiaries. | $0.00 | 0.8 | $0.00 |
| Polster, Andrew | Review apportionment of workpaper for BlockFi Inc. | $0.00 | 0.8 | $0.00 |
| Schulhof, Ken | Meeting with J. Gardyn (Deloitte) to discuss updated mark-to-market reasonableness check for 2022 BlockFi Income tax return. | $0.00 | 1.0 | $0.00 |
| 06/26/2023 | | | | |
| Boynes, Bridget | Update tax return Form 1065 (U.S. return of partnership income) based on the updated presentation of the 2022 partnership return work paper. | $0.00 | 1.2 | $0.00 |
| Gardyn, Jordon | Update the 2022 tax return workpapers for presentation of the capital gains associated with the sale of partnership interests during the year. | $0.00 | 0.8 | $0.00 |
| Gardyn, Jordon | Review BlockFi NB LLC federal tax return updated by B. Boynes (Deloitte) to sent comments back to her. | $0.00 | 0.8 | $0.00 |
| Gardyn, Jordon | Calculate the capital loss limitation as a result of a net capital loss being calculated on the federal return (capital losses for corporate tax payers are limited to capital gains). | $0.00 | 0.8 | $0.00 |

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Tax Compliance Services*

06/26/2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Gardyn, Jordon | Calculate gain/loss for tax purposes on the sale of the Bitwise partnership interest during 2022. | $0.00 | 0.6 | $0.00 |
| Meng, Zhaoyu | Call with M. Wojtas (Deloitte) discussing uploading coded 2022 tax return information into tax compliance software (CorpTax) for BlockFi Inc and subsidiaries. | $0.00 | 1.0 | $0.00 |
| Schulhof, Ken | Review 2022 federal BlockFi Inc and subsidiaries tax return workpapers sent by J. Gardyn (Deloitte) to send comments for mark-to-market adjustment updates. | $0.00 | 0.4 | $0.00 |
| Wojtas, Mike | Call with Z. Meng (Deloitte) discussing uploading coded 2022 tax return information into tax compliance software (CorpTax) for BlockFi Inc and subsidiaries. | $0.00 | 1.0 | $0.00 |

06/27/2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Dao, Ly | Call with M. Wojtas, Z. Meng (Deloitte) to discuss tax compliance software import process of trial balance for 2022 tax return of BlockFi Inc and subsidiaries. | $0.00 | 0.5 | $0.00 |
| Gardyn, Jordon | Review fixed asset support included in the financials to understand calculation of state depreciation book-to-tax adjustment. | $0.00 | 0.5 | $0.00 |
| Gardyn, Jordon | Call with M. Wojtas, and C. Ngo (Deloitte) to discuss start of compiling 2021 amended tax return workpapers for BlockFi Inc and subsidiaries. | $0.00 | 0.5 | $0.00 |
| Gardyn, Jordon | Call with C. Gibian, M. Lang and J. Gardyn (Deloitte) to walk through the adjustments included in the 2022 tax return workpapers for mark-to-market to arrive at federal taxable income for 2022. | $0.00 | 0.4 | $0.00 |

14

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Compliance Services** | | | | |
| 06/27/2023 | | | | |
| Gardyn, Jordon | Calculate the 2022 capital loss for the sale of investments during the year which are not being marked-to-market for tax purposes. | $0.00 | 1.1 | $0.00 |
| Gibian, Craig | Call with M. Lang and J. Gardyn (Deloitte) to walk through the adjustments included in the 2022 tax return workpapers for mark-to-market to arrive at federal taxable income for 2022. | $0.00 | 0.4 | $0.00 |
| Lang, Mary Jo | Call with C. Gibian, and J. Gardyn (Deloitte) to walk through the adjustments included in the 2022 tax return workpapers for mark-to-market to arrive at federal taxable income for 2022. | $0.00 | 0.4 | $0.00 |
| Lang, Mary Jo | Draft disclosure statement for BlockFi Inc. 2022 tax return. | $0.00 | 0.5 | $0.00 |
| Lang, Mary Jo | Review 2022 workpapers for BlockFi Inc. tax return calculation. | $0.00 | 1.0 | $0.00 |
| Meng, Zhaoyu | Call with M. Wojtas, L. Dao, (Deloitte) discussing tax compliance software import process of trial balance for 2022 tax return of BlockFi Inc and subsidiaries. | $0.00 | 0.5 | $0.00 |
| Meng, Zhaoyu | Import trial balance to tax compliance software for 2022 tax return of BlockFi Inc and subsidiaries. | $0.00 | 1.0 | $0.00 |
| Polster, Andrew | Review prior year fixed asset summary files prepared by BlockFi for bonus depreciation modification. | $0.00 | 0.5 | $0.00 |
| Polster, Andrew | Review work done by B. Fasciolo (Deloitte) on tax year 2022 state filings. | $0.00 | 0.8 | $0.00 |
| Polster, Andrew | Send email to H. Powers (BlockFi) requesting tax year 2022 fixed asset support files and request information on any dispositions they may have had. | $0.00 | 0.2 | $0.00 |

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 06/27/2023 | | | | |
| Polster, Andrew | Add additional state return obligations to tax year 2022 file in tax compliance software (CorpTax) for BlockFi Inc. for creating e-file packages for these new obligations. | $0.00 | 1.0 | $0.00 |
| Polster, Andrew | Call with B. Fasciolo (Deloitte) on use of tax compliance software and set up tax year 2022 e-file packages. | $0.00 | 0.6 | $0.00 |
| Polster, Andrew | Call with B. Fasciolo (Deloitte) on use of tax compliance software and set up tax year 2022 state filings. | $0.00 | 0.9 | $0.00 |
| Schulhof, Ken | Review 2022 federal BlockFi Inc and subsidiaries tax return workpapers updated for comments on the mark-to-market adjustment updates. | $0.00 | 0.5 | $0.00 |
| Wojtas, Mike | Call with L. Dao, Z. Meng (Deloitte) discussing tax compliance software import process of trial balance for 2022 tax return of BlockFi Inc and subsidiaries. | $0.00 | 0.5 | $0.00 |
| Wojtas, Mike | Call with J. Gardyn, and C. Ngo (Deloitte) to discuss start of compiling 2021 amended tax return workpapers for BlockFi Inc and subsidiaries. | $0.00 | 0.5 | $0.00 |
| 06/28/2023 | | | | |
| Dao, Ly | Update BlockFi Inc and subsidiaries tax return workpaper with Form 5471 (information return of U.S. persons with respect to certain foreign corporations) calculation for BlockFi Asia and United Kingdom. | $0.00 | 2.5 | $0.00 |
| Dao, Ly | Discuss with M. Wojtas (Deloitte) tax compliance software import process for controlled foreign corporations Form 5471 (information return of U.S. persons to certain foreign corporations) for 2022 tax return of BlockFi Inc and subsidiaries. | $0.00 | 0.5 | $0.00 |

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 06/28/2023 | | | | |
| Gardyn, Jordon | Review BlockFi Inc and subsidiaries 2022 federal tax return workpapers for formula issues and presentational calculations. | $0.00 | 0.7 | $0.00 |
| Polster, Andrew | Update franchise and modification workpapers for federal taxable income changes. | $0.00 | 0.5 | $0.00 |
| Polster, Andrew | Discuss with M. DiPaolo (Deloitte) regarding setting up state & local tax workpapers to effectively manage changes to the federal taxable income. | $0.00 | 0.5 | $0.00 |
| Wojtas, Mike | Discuss with L. Dao (Deloitte) tax compliance software import process for controlled foreign corporations Form 5471 (information return of U.S. persons to certain foreign corporations) for 2022 tax return of BlockFi Inc and subsidiaries. | $0.00 | 0.5 | $0.00 |
| 06/29/2023 | | | | |
| Dao, Ly | Discuss with S. Reynolds (CorpTax) BlockFi Asia and United Kingdom trial balance for schedule C (income statement), F (balance sheet), Form 5471 (information return of U.S. persons to certain foreign corporations) for BlockFi Inc and subsidiaries. | $0.00 | 4.0 | $0.00 |
| Gardyn, Jordon | Call with K. Schulhof (Deloitte) to walk through each book-to-tax adjustment calculated in the 2022 BlockFi Inc and subsidiaries tax return workpapers. | $0.00 | 1.2 | $0.00 |
| Gardyn, Jordon | Review the BlockFi NB federal partnership return to send to C. Wilson (Deloitte) for updating. | $0.00 | 0.7 | $0.00 |
| Gardyn, Jordon | Call with K. Schulhof (Deloitte) to discuss the status of taxable income allocation calculation for the 2022 BlockFi NB LLC federal partnership return. | $0.00 | 0.5 | $0.00 |

17

BlockFi, Inc

# Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 06/29/2023 | | | | |
| Gibian, Craig | Review workbook for BlockFi's 2022 taxable income calculation to analyze book to tax adjustments. | $0.00 | 1.1 | $0.00 |
| Meng, Zhaoyu | Import trial balance to tax compliance software for 2022 proforma tax return of BlockFi Inc and subsidiaries eliminations. | $0.00 | 1.0 | $0.00 |
| Meng, Zhaoyu | Import trial balance to tax compliance software for 2022 proforma tax return of BlockFi Inc and subsidiaries and its controlled foreign corporations. | $0.00 | 2.0 | $0.00 |
| Meng, Zhaoyu | Import trial balance to tax compliance software for 2022 proforma tax return of BlockFi Service Inc. | $0.00 | 1.5 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn (Deloitte) to discuss the status of taxable income allocation calculation for the 2022 BlockFi NB LLC federal partnership return. | $0.00 | 0.5 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn (Deloitte) to walk through each book-to-tax adjustment calculated in the 2022 BlockFi Inc and subsidiaries tax return workpapers. | $0.00 | 1.2 | $0.00 |
| Wojtas, Mike | Set-up for 2022 tax return for BlockFi Inc and subsidiaries, specifically, elimination entity in tax compliance software and work on line item mapping. | $0.00 | 2.0 | $0.00 |
| Wojtas, Mike | Set-up 2022 tax return for BlockFi Inc and subsidiaries in tax compliance software and work on tax adjustments and line item mapping. | $0.00 | 2.5 | $0.00 |
| Wojtas, Mike | Set-up 2022 tax return for BlockFi Inc and subsidiaries in tax compliance software and work on tax adjustments, line item mapping, and supplemental forms. | $0.00 | 3.0 | $0.00 |

18

BlockFi, Inc

# Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 06/30/2023 | | | | |
| Dao, Ly | Call with K. Bussereth (CorpTax) regarding schedule G-1 (cost sharing arrangements), issues with schedule E (income, war profits, and excess profits taxes paid or accrued), schedule J (accumulated earnings/profits of controlled foreign corporation). | $0.00 | 1.5 | $0.00 |
| DiPaolo, Michele | Discuss with A. Polster (Deloitte) regarding variance with fixed asset presentation in files provided by BlockFi. | $0.00 | 0.5 | $0.00 |
| DiPaolo, Michele | Discuss with A. Polster (Deloitte) for tax year 2022 for BlockFi state compliance. | $0.00 | 0.5 | $0.00 |
| Gardyn, Jordon | Update 2022 BlockFi Inc and subsidiaries workpaper to calculate mark-to-market adjustment by revaluing the assets from 12/31/2022 in the BlockFi balance sheet to 11/28/2022. | $0.00 | 2.1 | $0.00 |
| Gardyn, Jordon | Call with C. Gibian, K. Schulhof, M. Lang, (Deloitte) regarding approach for calculating the 2022 mark-to-market adjustment and updating the calculation by revaluing assets to 11/28/2022. | $0.00 | 1.1 | $0.00 |
| Gibian, Craig | Call with J. Gardyn, K. Schulhof, M. Lang, (Deloitte) regarding approach for calculating the 2022 mark-to-market adjustment and updating the calculation by revaluing assets to 11/28/2022. | $0.00 | 1.1 | $0.00 |
| Lang, Mary Jo | Call with J. Gardyn, C. Gibian, K. Schulhof (Deloitte) regarding approach for calculating the 2022 mark-to-market adjustment and updating the calculation by revaluing assets to 11/28/2022. | $0.00 | 1.1 | $0.00 |
| Lang, Mary Jo | Review 2022 taxable income workbooks for BlockFi Inc. | $0.00 | 0.5 | $0.00 |

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 06/30/2023 | | | | |
| Polster, Andrew | Review fixed asset file provided by the BlockFi For tax year 2022. | $0.00 | 0.5 | $0.00 |
| Polster, Andrew | Discuss with M. DiPaolo (Deloitte) regarding variance with fixed asset presentation in files provided by BlockFi. | $0.00 | 0.5 | $0.00 |
| Polster, Andrew | Discuss with M. DiPaolo (Deloitte) for tax year 2022 for BlockFi state compliance. | $0.00 | 0.5 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn (Deloitte), A. Sexton (Kirkland and Ellis) and R. Loban (BlockFi) to discuss current status of 2022 taxable income calculations and delivery of the book-to-tax calculation. | $0.00 | 0.3 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn, C. Gibian, M. Lang, (Deloitte) regarding approach for calculating the 2022 mark-to-market adjustment and updating the calculation by revaluing assets to 11/28/2022. | $0.00 | 1.1 | $0.00 |
| Wojtas, Mike | Set-up 2022 tax return for BlockFi Inc and subsidiaries in tax compliance software and work on tax adjustments, line item mapping, and supplemental forms. | $0.00 | 3.0 | $0.00 |
| Wojtas, Mike | Set-up 2022 tax return for BlockFi Inc and subsidiaries in tax compliance software and work on tax adjustments and line item mapping. | $0.00 | 2.5 | $0.00 |
| Subtotal for Tax Compliance Services: | | | 160.9 | $0.00 |

## BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Restructuring Services** | | | | |
| 06/01/2023 | | | | |
| Lee, Janet | Email J. Gardy (Deloitte) regarding assisting BlockFi with the preparation of a Form 8832 (Entity Classification Election) for BlockFi International Ltd which redomiciled from the Cayman Islands to Bermuda. | $1,020.00 | 0.1 | $102.00 |
| Velazco, Valerie | Analyze work in progress for hours to be invoiced to BlockFi for the IRC section 382 (net operating loss carryforward limitation rules) work. | $1,020.00 | 0.2 | $204.00 |
| 06/02/2023 | | | | |
| Gardyn, Jordon | Call with K. Schulhof (Deloitte) to discuss the 2022 taxable income calculations for IRC section 382 study results (net operating loss carryforward limitation rules). | $1,020.00 | 0.5 | $510.00 |
| Schulhof, Ken | Call with J. Gardyn (Deloitte) to discuss the 2022 taxable income calculations for IRC section 382 study results (net operating loss carryforward limitation rules). | $1,160.00 | 0.5 | $580.00 |
| 06/04/2023 | | | | |
| Stewart, Scott | Prepare for call with K. Schulhof, J. Lee and J. Gardyn (Deloitte) evaluating the filing requirements of the United Kingdom, Singapore and Bermuda entities owned by BlockFi and the potential need to file from 8832 (entity classification election). | $1,160.00 | 1.0 | $1,160.00 |
| 06/05/2023 | | | | |
| Gardyn, Jordon | Call with K. Schulhof, S. Stewart, J. Lee (Deloitte) to analyze filing requirements of the United Kingdom, Singapore and Bermuda entities owned by BlockFi and the potential need to file form 8832 (entity classification election) for BlockFi International. | $1,020.00 | 0.5 | $510.00 |

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 06/05/2023 | | | | |
| Lee, Janet | Call with J. Gardyn, K. Schulhof, S. Stewart (Deloitte) to analyze filing requirements of United Kingdom, Singapore and Bermuda entities owned by BlockFi and potential need to file form 8832 (entity classification election) for BlockFi International. | $1,020.00 | 0.5 | $510.00 |
| Schulhof, Ken | Call with J. Gardyn, S. Stewart, J. Lee (Deloitte) to analyze filing requirements of the United Kingdom, Singapore and Bermuda entities owned by BlockFi and potential need to file form 8832 (entity classification election) for BlockFi International. | $1,160.00 | 0.5 | $580.00 |
| Stewart, Scott | Call with J. Gardyn, K. Schulhof, J. Lee (Deloitte) to analyze filing requirements of the United Kingdom, Singapore and Bermuda entities owned by BlockFi and potential need to file form 8832 (entity classification election) for BlockFi International. | $1,160.00 | 0.5 | $580.00 |
| 06/06/2023 | | | | |
| Gardyn, Jordon | Call with D. Janes, S. Stewart, J. Lee, and J. Tangchitsumran (Deloitte) to discuss the requirements for a foreign entity that redomiciled for whether form 8832 (entity classification election) is required to be filed. | $1,020.00 | 0.3 | $306.00 |
| Janes, Dustin | Call with J. Gardyn, S. Stewart, J. Lee, and J. Tangchitsumran (Deloitte) to discuss the requirements for a foreign entity that redomiciled for whether form 8832 (entity classification election) is required to be filed. | $1,160.00 | 0.3 | $348.00 |
| Lee, Janet | Call with J. Gardyn, D. Janes, S. Stewart, and J. Tangchitsumran (Deloitte) to discuss the requirements for a foreign entity that redomiciled for whether form 8832 (entity classification election) is required to be filed. | $1,020.00 | 0.3 | $306.00 |

# BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 06/06/2023 | | | | |
| Stewart, Scott | Call with J. Gardyn, D. Janes, J. Lee, and J. Tangchitsumran (Deloitte) to discuss the requirements for a foreign entity that redomiciled for whether form 8832 (entity classification election) is required to be filed. | $1,160.00 | 0.3 | $348.00 |
| Tangchitsumran, Jasper | Call with J. Gardyn, D. Janes, S. Stewart, and J. Lee (Deloitte) to discuss the requirements for a foreign entity that redomiciled for whether form 8832 (entity classification election) is required to be filed. | $750.00 | 0.3 | $225.00 |
| Velazco, Valerie | Email J. Gardyn, K. Schulhof (Deloitte) to advise IRC section 382 (net operating loss carryforward limitation rules) of approval to update tax system to complete IRC section 382 (net operating loss carryforward limitation rules) work acceptance. | $1,020.00 | 0.2 | $204.00 |
| 06/08/2023 | | | | |
| Lee, Janet | Meeting with J. Tangchitsumran (Deloitte) to discuss the presentation and preparation of entity classification election (form 8832) to be filed for a foreign entity that redomiciled. | $1,020.00 | 0.3 | $306.00 |
| Lee, Janet | Review draft Form 8832 (entity classification election) to be filed for a foreign entity that redomiciled. | $1,020.00 | 0.2 | $204.00 |
| Tangchitsumran, Jasper | Meeting with J. Lee (Deloitte) to discuss the presentation and preparation of form 8832 (entity classification election) to be filed for a foreign entity that redomiciled. | $750.00 | 0.3 | $225.00 |
| Tangchitsumran, Jasper | Prepare Form 8832 (entity classification election). | $750.00 | 0.7 | $525.00 |
| 06/09/2023 | | | | |
| Lee, Janet | Update draft form 8832 (entity classification election). | $1,020.00 | 0.5 | $510.00 |

# BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 06/09/2023 | | | | |
| Stewart, Scott | Review Form 8832 (entity classification election) for BlockFi international to provide comments to J. Lee (Deloitte) after reading notice 2009-41 which relates to the late filing of form 8832 (entity classification election). | $1,160.00 | 0.7 | $812.00 |
| Tangchitsumran, Jasper | Make revisions to Form 8832 (entity classification election) as per comments received from J. Lee (Deloitte). | $750.00 | 0.5 | $375.00 |
| 06/12/2023 | | | | |
| Tangchitsumran, Jasper | Update BlockFi International Ltd.'s form 8832 (entity classification election) per comments received from S. Stewart (Deloitte) to send it to D. Janes (Deloitte). | $750.00 | 0.6 | $450.00 |
| 06/15/2023 | | | | |
| Janes, Dustin | Review Form 8832 (entity classification election) and reasonable cause statement and draft revisions to reasonable cause statement. | $1,160.00 | 0.8 | $928.00 |
| Stewart, Scott | Review Form 8832 (entity classification election) for protective check-the-box for BlockFi international. | $1,160.00 | 0.8 | $928.00 |
| Tangchitsumran, Jasper | Discussion with J. Lee (Deloitte) regarding the late relief statement in BlockFi International Ltd.'s form 8832 (entity classification election) and update the form. | $750.00 | 0.8 | $600.00 |
| 06/19/2023 | | | | |
| Gardyn, Jordon | Share draft form 8832 (entity classification election) for BlockFi International Ltd. with R. Loban and H. Powers (BlockFi) for their review and signature prior to filing. | $1,020.00 | 0.5 | $510.00 |
| 06/21/2023 | | | | |
| Schulhof, Ken | Review Form 8832 (entity classification election) prepared by the S. Stewart and J. Lee (Deloitte). | $1,160.00 | 0.5 | $580.00 |

24

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Tax Restructuring Services*

**06/21/2023**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Shah, Palak | Review approach provided by BlockFi for the amortization. | $750.00 | 2.0 | $1,500.00 |
| Stewart, Scott | Review comments from A. Sexton (Kirkland and Ellis), on form 8832 (entity classification election) for BlockFi international. | $1,160.00 | 1.3 | $1,508.00 |
| Tangchitsumran, Jasper | Make two changes requested by R. Loban (BlockFi) to the form 8832 (entity classification election). | $750.00 | 0.5 | $375.00 |

**06/22/2023**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Shah, Palak | Set-up IRC section 174 (amortization of research and experimental expenditures) amortization model, schedules for each of the 5 years using mid year convention for US domestic only. | $750.00 | 2.5 | $1,875.00 |

**06/26/2023**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Lee, Janet | Review the updated (for comments provided by R. Loban of BlockFi) Form 8832 (Entity Classification Election) for BlockFi International, Ltd and shared back updated version with R. Loban (BlockFi). | $1,020.00 | 0.5 | $510.00 |

**06/28/2023**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Lee, Janet | Create the check the box package with J. Tangchitsumran (Deloitte). | $1,020.00 | 2.0 | $2,040.00 |
| Tangchitsumran, Jasper | Create the check the box package with J. Lee (Deloitte). | $750.00 | 2.5 | $1,875.00 |

**06/29/2023**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Lee, Janet | Share with R. Loban (BlockFi) the final updated version of the Form 8832 (Entity Classification Election) for BlockFi International, Ltd | $1,020.00 | 0.5 | $510.00 |

# BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Restructuring Services* | | | | |
| 06/30/2023 | | | | |
| Shah, Palak | Analyze the cost-benefit for doing a full-blown IRC section 174 (amortization of research and experimental expenditures) as opposed to just based on high level assumptions. | $750.00 | 0.5 | $375.00 |
| Subtotal for Tax Restructuring Services: | | | 25.5 | $23,994.00 |
| **Total** | | | **205.1** | **$28,369.00** |

| Adjustment | | | | |
|------------|--|--|--|------|
| Fixed Fee: June 2023: Tax Compliance Services | | | | $154,540.00 |
| **Adjustment Subtotal :** | | | | **$154,540.00** |
| **Total** | | | **205.1** | **$182,909.00** |

# Recapitulation

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Janes, Dustin | $1,160.00 | 1.1 | $1,276.00 |
| Schulhof, Ken | $1,160.00 | 1.5 | $1,740.00 |
| Stewart, Scott | $1,160.00 | 4.6 | $5,336.00 |
| Gardyn, Jordon | $1,020.00 | 1.8 | $1,836.00 |
| Lee, Janet | $1,020.00 | 4.9 | $4,998.00 |
| Velazco, Valerie | $1,020.00 | 0.4 | $408.00 |
| Shah, Palak | $750.00 | 5.0 | $3,750.00 |
| Tangchitsumran, Jasper | $750.00 | 6.2 | $4,650.00 |
| Gutierrez, Dalia | $250.00 | 6.7 | $1,675.00 |
| Jhawar, Utkarsh | $225.00 | 1.0 | $225.00 |
| Mehta, Sejal | $225.00 | 11.0 | $2,475.00 |
| Boynes, Bridget | $0.00 | 6.2 | $0.00 |
| Dao, Ly | $0.00 | 9.0 | $0.00 |

# BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| DiPaolo, Michele | $0.00 | 3.9 | $0.00 |
| Gardyn, Jordon | $0.00 | 41.9 | $0.00 |
| Gibian, Craig | $0.00 | 4.9 | $0.00 |
| Lang, Mary Jo | $0.00 | 13.9 | $0.00 |
| Meng, Zhaoyu | $0.00 | 27.0 | $0.00 |
| Polster, Andrew | $0.00 | 13.9 | $0.00 |
| Schulhof, Ken | $0.00 | 15.8 | $0.00 |
| Wilson, Clinton | $0.00 | 2.2 | $0.00 |
| Wojtas, Mike | $0.00 | 22.2 | $0.00 |
| Fixed Fee: June 2023: Tax Compliance Services | | | $154,540.00 |
| **Total** | | **205.1** | **$182,909.00** |

# __EXHIBIT B__

Professional Expenses for the Period from
June 1, 2023 through June 30, 2023

# BlockFi, Inc

## Deloitte Tax LLP

## Expenses Sorted by Category for the Fee Period

June 01, 2023 - June 30, 2023

| Category | Date | Description | Amount |
|---|---|---|---|
| **Meals** | | | |
| Gardyn, Jordon | 06/01/2023 | Dinner in New York, NY. | $23.92 |
| Gardyn, Jordon | 06/02/2023 | Lunch in New York, NY. | $12.83 |
| Gardyn, Jordon | 06/02/2023 | Dinner in New York, NY. | $23.72 |
| Subtotal for Meals: | | | $60.47 |
| **Taxi** | | | |
| Gardyn, Jordon | 06/02/2023 | Lyft from Deloitte office to airport in New York, NY. | $56.87 |
| Subtotal for Taxi: | | | $56.87 |
| Total | | | $117.34 |

## Recapitulation

| Category | Amount |
|---|---|
| Meals | $60.47 |
| Taxi | $56.87 |

1