> **UNITED STATES BANKRUPTCY COURT**
> **DISTRICT OF NEW JERSEY**
> Caption in Compliance with D.N.J. LBR 9004-1(b)

McCARTER & ENGLISH, LLP
David J. Adler
Lisa S. Bonsall
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone:  (973) 622-4444
dadler@mccarter.com
*Efficiency Counsel to the*
*Official Committee of Unsecured Creditors*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| In re: | Case No. 22-19361 (MBK) |
|---|---|
| | Judge Michael B. Kaplan |
| BLOCKFI INC., et al.[1] | Chapter 11 |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I, David J. Adler, hereby certify as follows:

1.       I represent the Official Committee of Unsecured Creditors as Efficiency Counsel in this matter.

2.       On August 18, 2023, I filed the Monthly Fee Statement for the Month of July 1, 2023 to July 31, 2023. [Docket No. 1370].

3.       On August 18, 2023, I caused a copy of the following pleading(s) and/or document(s) to be sent by electronic mail to the following parties:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' serviceaddress is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

Jason D. Angelo on behalf of Creditor Bryant F. Foulger
JAngelo@reedsmith.com, sshidner@mdmc-law.com;smullen@mdmc-law.com

Deborah Kovsky Apap on behalf of Interested Party Ad Hoc Committee of Wallet Account
Holders
deborah.kovsky@troutman.com

Kenneth Aulet on behalf of Creditor Committee Official Committee of Unsecured Creditors
kaulet@brownrudnick.com, hcohen@brownrudnick.com

Jason M. Avellino on behalf of Creditor Undisclosed Creditors
javellino@gelaw.com,
7661309420@filings.docketbird.com;gnovod@gelaw.com;cnevers@gelaw.com

Joshua S. Bauchner on behalf of Creditor Kyle Klaus
jb@ansellgrimm.com, courtfilings@ansellgrimm.com;ajd@ansellgrimm.com

Jeffrey Bernstein on behalf of Creditor New Jersey Bureau of Securities
jbernstein@mdmc-law.com

Lauren Bielskie on behalf of U.S. Trustee U.S. Trustee
lauren.bielskie@usdoj.gov

Carrie J. Boyle on behalf of Creditor Ge Song
cboyle@b-vlaw.com, tking@b-vlaw.com;lgrigley@b-
vlaw.com;carrie.boyle@comcast.net;jpryor@b-vlaw.com

James L Bromley on behalf of Interested Party FTX Trading Ltd and Affiliated Debtors
bromleyj@sullcrom.com

Donald W Clarke on behalf of Creditor Committee Official Committee Of Unsecured Creditors
dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Jessica Cole on behalf of Interested Party United States of America
jessica.cole@usdoj.gov

Anthony J D'Artiglio on behalf of Creditor Kyle Klaus
ajd@ansellgrimm.com, courtfilings@ansellgrimm.com;jb@ansellgrimm.com

Anna Pia Felix on behalf of Creditor Yuri Mushkin
afelix@lpgmlaw.com

Scott Fleischer on behalf of Creditor Rui Pedro Vaz dos Santos Teixeira
sfleischer@barclaydamon.com

Aaron Garber on behalf of Creditor Kristen Vorhees
agarber@wgwc-law.com

John C. Goodchild on behalf of Defendant Emergent Fidelity Technologies Ltd.
john.goodchild@morganlewis.com

Allen I Gorski on behalf of Creditor Nancy Fout
agorski@gorskiknowlton.com

Michael Anthony Guerra on behalf of Interested Party Cipher Mining Inc.
maguerra@venable.com, nylitigationdocketing@venable.com

Kurt F. Gwynne on behalf of Creditor The Ad Hoc Group of Actual Wallet Holders
kgwynne@reedsmith.com

Catherine B. Heitzenrater on behalf of Creditor Chubb Companies
cebeideman@duanemorris.com

Richard Kanowitz on behalf of Debtor BlockFi Inc.
richard.kanowitz@haynesboone.com

John C. Kilgannon on behalf of Interested Party Towards Equilibrium, LLC
john.kilgannon@stevenslee.com

Gregory S. Kinoian on behalf of Creditor Committee Official Committee Of Unsecured
Creditors
gkinoian@genovaburns.com

Carol L. Knowlton on behalf of Creditor George J. Gerro
cknowlton@gorskiknowlton.com

Nicole A. Leonard on behalf of Creditor New Jersey Bureau of Securities
nleonard@mdmc-law.com, gbressler@mdmc-law.com;dprimack@mdmc-
law.com;sshidner@mdmc-law.com

Gaston P. Loomis, II on behalf of Creditor New Jersey Bureau of Securities
gloomis@mdmc-law.com, scarney@mdmc-law.com

Sean James Mack on behalf of Defendant Digistar Norway AS
smack@pashmanstein.com, smack@pashmanstein.com;Jpadilla@pashmanstein.com

Sean James Mack on behalf of Defendant Fiorenzo Manganiello
smack@pashmanstein.com, smack@pashmanstein.com;Jpadilla@pashmanstein.com

Sean James Mack on behalf of Defendant Nessim-Sariel Gaon
smack@pashmanstein.com, smack@pashmanstein.com;Jpadilla@pashmanstein.com

Robert Malone on behalf of Unknown Role Type Ankura Trust Company, LLC
rmalone@gibbonslaw.com, nmitchell@gibbonslaw.com

Andrew Marks on behalf of Creditor Matthew Gordon
jcardenas@dorflaw.com

Warren J. Martin, Jr. on behalf of Creditor Flori Marquez
wjmartin@pbnlaw.com,
mpdermatis@pbnlaw.com;sakelly@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com

Warren J. Martin, Jr. on behalf of Creditor Zachary Lee Prince
wjmartin@pbnlaw.com,
mpdermatis@pbnlaw.com;sakelly@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com

Alan Stuart Maza on behalf of Creditor Securities and Exchange Commission
mazaa@sec.gov, mazaa@sec.gov

Kyle McEvilly on behalf of Unknown Role Type Ankura Trust Company, LLC
kmcevilly@gibbonslaw.com

Douglas J. McGill on behalf of Creditor Ad Hoc Committee of Collaterized Loan Account
Holders
dmcgill@webbermcgill.com

Douglas J. McGill on behalf of Creditor Gary Ford
dmcgill@webbermcgill.com

Barbra Rachel Parlin on behalf of Creditor Silvergate Bank
barbra.parlin@hklaw.com,
elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;j
jalemany@hklaw.com

John Piskora on behalf of Creditor Deferred 1031 Series 4 LLC
jpiskora@loeb.com, nydocket@loeb.com,dbesikof@loeb.com

Richard G. Placey on behalf of Stockholder Samuel L. Bankman-Fried
rplacey@mmwr.com, plorenz@mmwr.com;pat-lorenz-montgomery-mccracken-walker-rhoads-
llp-7123@ecf.pacerpro.com

Adam S. Ravin on behalf of Interested Party The Foreign Representatives of Three Arrows
Capital, Ltd. (in liquidation)
adam.ravin@lw.com

Eleanor M Roman on behalf of Interested Party Scratch Services LLC
emr@severson.com

Robert M. Schechter on behalf of Creditor Flori Marquez
rmschechter@pbnlaw.com,
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;nvfuentes@pbnlaw.com;jmoconnor@pbnlaw.com

Robert M. Schechter on behalf of Creditor Zachary Lee Prince
rmschechter@pbnlaw.com,
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;nvfuentes@pbnlaw.com;jmoconnor@pbnlaw.com

Seth Brandon Shapiro on behalf of Defendant United States of America
seth.shapiro@usdoj.gov

Virginia T. Shea on behalf of Creditor New Jersey Bureau of Securities
vshea@mdmc-law.com, gbressler@mdmc-law.com

Michael D. Sirota on behalf of Debtor BlockFi Inc.
msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com

Jeffrey M. Sponder on behalf of U.S. Trustee U.S. Trustee
jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov

Daniel Stolz on behalf of Creditor Committee Official Committee Of Unsecured Creditors
dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel E. Straffi on behalf of Creditor Alberto Olivo
bkclient@straffilaw.com,
g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com

Daniel E. Straffi on behalf of Creditor Andrew Martinez
bkclient@straffilaw.com,
g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com

Daniel E. Straffi on behalf of Creditor Ashton Rincon
bkclient@straffilaw.com,
g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com

Daniel E. Straffi on behalf of Creditor Brendan Pena
bkclient@straffilaw.com,
g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com

Daniel E. Straffi on behalf of Creditor Brian Graddon
bkclient@straffilaw.com,
g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com

Daniel E. Straffi on behalf of Creditor Bruce Gilling
bkclient@straffilaw.com,
g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com

Daniel E. Straffi on behalf of Creditor Clayton Bargsten
bkclient@straffilaw.com,
g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com

Daniel E. Straffi on behalf of Creditor Damon Andersson
bkclient@straffilaw.com,
g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com

Daniel E. Straffi on behalf of Creditor Daniel Gusovsky
bkclient@straffilaw.com,
g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com

Daniel E. Straffi on behalf of Creditor Ellison Bak
bkclient@straffilaw.com,
g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com

Daniel E. Straffi on behalf of Creditor Joseph Borremans
bkclient@straffilaw.com,
g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com

Daniel E. Straffi on behalf of Creditor Kole Kottmeier
bkclient@straffilaw.com,
g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com

Daniel E. Straffi on behalf of Creditor Martin Mikolajczyk
bkclient@straffilaw.com,
g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com

Daniel E. Straffi on behalf of Creditor Matthew Hoselton
bkclient@straffilaw.com,
g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com

Daniel E. Straffi on behalf of Creditor Michiel Hemminga
bkclient@straffilaw.com,
g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com

Daniel E. Straffi on behalf of Creditor Mitchell Eglar
bkclient@straffilaw.com,

g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com

Daniel E. Straffi on behalf of Creditor Scott Aufenanger
bkclient@straffilaw.com,
g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com

Daniel E. Straffi on behalf of Creditor Steven Lee
bkclient@straffilaw.com,
g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com

Daniel E. Straffi on behalf of Creditor Wayne Akey
bkclient@straffilaw.com,
g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com

Daniel E. Straffi on behalf of Creditor William Warburton
bkclient@straffilaw.com,
g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com

Douglas T Tabachnik on behalf of Defendant Primeblock Operations LLC
dtabachnik@dttlaw.com, rdalba@dttlaw.com

Brett S. Theisen on behalf of Unknown Role Type Ankura Trust Company, LLC
btheisen@gibbonslaw.com, nmitchell@gibbonslaw.com

Jeffrey M. Traurig on behalf of Examiner Elise S. Frejka
jtraurig@trauriglaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Warren A. Usatine on behalf of Debtor BlockFi Inc.
wusatine@coleschotz.com, fpisano@coleschotz.com

Frank F. Velocci on behalf of Interested Party Bermuda Joint Provisional Liquidators of BlockFi
International Ltd.
frank.velocci@faegredrinker.com, cathy.greer@faegredrinker.com

Kaitlin R. Walsh on behalf of Creditor Marex Capital Markets Inc.
krwalsh@mintz.com, docketing@mintz.com

Kaitlin R. Walsh on behalf of Defendant ED&F Man Capital Markets, Inc.
krwalsh@mintz.com, docketing@mintz.com

Paul J. Winterhalter on behalf of Creditor Moneeb Waseem
pwinterhalter@offitkurman.com, cballasy@offitkurman.com

Felice R. Yudkin on behalf of Debtor BlockFi Inc.
fyudkin@coleschotz.com, fpisano@coleschotz.com

    4.     I hereby certify under penalty of perjury that the above documents were sent using the

mode of service indicated.

New York, New York
Date: September 5, 2023

                **McCARTER & ENGLISH, LLP**
                *Efficiency Counsel for the Official*
                *Committee of Unsecured Creditors*

                By: */s/ David J. Adler*
                    DAVID J. ADLER