PAID
$ 298.00

FILED
JEANNE A. NAUGHTON, CLERK

SEP 6 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

R# 625795

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| George J. Gerro, Esq.<br>530 S. Glenoaks Blvd., Suite 200<br>Burbank, CA 91502<br>Tel: (818) 840-0000<br>George@GerroLaw.com<br><br>*Pro Se Creditor and Appellant* |
| In Re:<br><br>BLOCKFI INC., *et al.*,[1]<br><br>Debtors. |

Case No.: 22-19361 (MBK)
(Jointly Administered)

Chapter 11

Honorable Michael B. Kaplan

**NOTICE OF APPEAL AND STATEMENT OF ELECTION OF CREDITOR GEORGE J. GERRO**

**Part 1: Identify the Appellant(s)**

1. **Name(s) of appellant(s):** George J. Gerro.

2. **Position of appellant(s) in the bankruptcy case that is the subject of this appeal:** Appellant is a disputed creditor and claimant with respect to Proof of Claim No. 12386.

**Part 2: Identify the subject of this appeal**

1. **Describe the judgment, order, or decree appealed from:** Appellant, pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure rule 8001(a), hereby gives notice

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

1

of appeal to the United States District Court for the District of New Jersey from each and every part of the *Order Granting Debtors' Fourth Omnibus Objection to Certain Claims (duplicates, books and records, debtor not liable) and Denying Gerro's Cross-Motion to Estimate* [Docket No. 1431] (the "Order", annexed hereto as Exhibit "A") (incorporating by reference a *Memorandum Decision* [Docket No. 1420], the "Opinion", annexed hereto as Exhibit "B"), entered by the United States Bankruptcy Court for the District of New Jersey.

2. **State the date on which the judgment, order, or decree was entered:** The Order was entered on August 30, 2023, and the Opinion was announced on August 29, 2023.

**Part 3: Identify the other parties to the appeal:**

**List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:**

| Party | Attorneys |
|---|---|
| Appellant/Creditor/Claimant:<br>George J. Gerro | George J. Gerro, Esq.<br>530 S. Glenoaks Blvd., Suite 200<br>Burbank, CA 91502<br>(818) 840-0000<br>George@GerroLaw.com |
| Appellee/Debtor/Debtor in Possession:<br>BlockFi Lending LLC | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br><br>**HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq.<br>Kenric D. Kattner, Esq.<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300 |

|  | richard.kanowitz@haynesboone.com<br>kenric.kattner@haynesboone.com<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS**<br>**INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christine A. Okike, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br>jsussberg@kirkland.com<br>christine.okike@kirkland.com |
|---|---|

**Part 4: Not Applicable (No BAP in this District).**

**Part 5: Signature.**

Dated: August 31, 2023

/s/ George J. Gerro
George J. Gerro, Esq.
530 S. Glenoaks Blvd., Suite 200
Burbank, California 91502
Phone: (818) 840-0000
Email: George@GerroLaw.com

*Pro Se Creditor and Appellant*