UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

"J" Jackson Shrum, Esq.
(NJ Bar I.D. 2157-2003)
Jack Shrum, P.A.
919 N. Market St., Ste. 1410 Wilmington, DE., 19801
Phone: (302) 543-7551 Fax: (302) 543-6386
Email: jshrum@jshrumlaw.com

*Attorney for John M. Von Pischke*

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

BLOCKFI, INC., *et al.*,                           Chapter 11

                                                   Case No. 22-19361-MBK
                  Debtors.

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND OTHER DOCUMENTS**

PLEASE TAKE NOTICE that **John M. Von Pischke**, by and through its attorney, Jack Shrum, P.A., hereby enters its appearance in the above captioned case and requests under F.R.B.P 9010 (b) and F.R.B.P. 2002(g) that all notices be served upon the following at the addresses indicated below:

"J" Jackson Shrum, Esq.
Jack Shrum, P.A.
919 N. Market St., Suite 1410
Wilmington, DE 19801
Telephone: (302) 543-7551
E-mail: jshrum@jshrumlaw.com

PLEASE TAKE FURTHER NOTICE THAT John M. Von Pischke, request under F.R.B.P. 2002(i) that it receive at the above address copies of everything filed in this case, including

1

without limitation motions, applications, petitions, orders, reports, disclosure statements, and all notices under F.R.B.P. 2002(a), F.R.B.P. 2002(b), and F.R.B.P. 2002(f).

Dated: September 8, 2023

JACK SHRUM, P.A.

By: <u>/s/ Jack Shrum</u>
"J" Jackson Shrum, Esq.
919 N. Market St., Ste. 1410
Wilmington, DE., 19801
Telephone: (302) 543-7551
Facsimile: (302) 543-6386
*Counsel for John M. Von Pischke*