## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

### MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD AUGUST 1, 2023 THROUGH AUGUST 31, 2023

| | | | |
|---|---|---|---|
| Debtor: | BlockFi Inc. | Applicant: | McCarter & English, LLP |
| Case No.: | 22-19361(MBK) | Client: | Unsecured Creditors Committee |
| Chapter: | 11 | Case Filed: | November 28, 2022 |

### SECTION 1
### FEE SUMMARY

X  Monthly Fee Statement No.  8        or  ☐ Final Fee Application

Summary of Amounts Requested for the Period from August 1, 2023 through August 31, 2023 (the "**Eighth Statement Period**")

| | |
|---|---|
| Total Fees: | $109,394.50 |
| Total Disbursements: | $2,038.43 |
| Minus 20% holdback of Fees ($21,878.90): | $87,515.60 |
| Amount Sought at this Time: | $89,554.03 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| David J. Adler, Parter | 1991 | 17.30 | $900.00 | $15,570.00 |
| Lisa S. Bonsall, Partner | 1988 | 38.40 | $835.00 | $32,064.00 |
| Lawrence Sannicandro, Partner | 2011 | 9.90 | $625.00 | $6,187.50 |
| Jessica J. Macarone, Special Counsel | 2001 | 43.40 | $595.00 | $25,823.00 |
| Kathleen Keating, Associate | 1985 | 1.30 | $550.00 | $715.00 |
| Shannon D. Humiston, Associate | 2012 | .30 | $530.00 | $159.00 |
| Stephanie A. Pisko, Associate | 2015 | 21.30 | $530.00 | $11,289.00 |
| Jamie Zug, Associate | 2016 | 21.60 | $495.00 | $10,692.00 |
| Gregory A. Hall, Associate | 2017 | 13.70 | $465.00 | $6,370.50 |
| Cecilia Beirne, Paralegal | | 1.00 | $310.00 | $310.00 |
| Michael F. Finkler, Litigation Technology Manager | | 1.30 | $165.00 | $214.50 |

| | |
|---|---|
| Fee Totals: | $109,394.50 |
| Disbursements Totals: | $2,038.43 |
| Total Fee Application | $111,432.93 |

## SECTION II SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) **Asset Analysis and Recovery:** <br><br> Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) **Asset Disposition** <br><br> Sales, leases, abandonment and related transaction work. | | |
| c) **Avoidance Action Litigation** <br><br> Preference and fraudulent transfer litigation. | | |
| d) **Business Operations** <br><br> Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) **Case Administration** <br><br> Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 39.00 | $6,720.00 |
| f) **Claims Administration and Objections** <br><br> Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) **Employee Benefits/Pensions** <br><br> Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) **Fee/Employment Applications** [1] <br><br> Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 30.20 | $23,203.50 |
| i) **Fee/Employment Objections** <br><br> Review of an objections to the employment and fee applications of others. | | |
| j) **Financing** <br><br> Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) **Litigation** <br><br> Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) **Meetings of Creditors** <br><br> Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 1.70 | $1,419.50 |
| m) **Plan and Disclosure Statement** <br><br> Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |

---

[1] There was approximately .30 hours that were billed to project category B170 which we have included in project category B160 for purposes of preparing this summary sheet.

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| n) **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o) **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) **Tax Issues** [2]<br>Analysis of tax issues and preparation of state and federal tax returns. | 32.00 | $17,297.00 |
| v) **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) **Travel Time** | | |
| x) **Investigation and Due Diligence**<br>Committee Investigation – Document Review | 66.60 | $27,496.00 |
| **SERVICE TOTALS:** | 169.50 | $109,394.50 |

---

[2] There was approximately 9.90 hours that were billed to project category B410 which we have included in project category B240 for purposes of preparing this summary sheet.

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) **Filing Fees** <br> Payable to Clerk of Court. | |
| b) **Computer Assisted Legal Research** <br> Westlaw, Lexis and a description of manner calculated. | |
| c) **Pacer Fees** <br> Payable to the Pacer Service Center for search and/or print. | $11.20 |
| d) **Fax** <br> Include per page fee charged. | |
| e) **Case Specific Telephone/Conference Call Charges** <br> Exclusive of overhead charges. | |
| f) **In-house Reproduction Services** <br> Exclusive of overhead charges. | $33.75 |
| g) **Outside Reproduction Services** <br> Including scanning services. | |
| h) **Other Research** <br> Title searches, UCC searches, Asset searches, Accurint. | |
| i) **Court Reporting** <br> Transcripts. | |
| j) **Travel** <br> Mileage, tolls, airfare, parking. | |
| k) **Courier & Express Carriers** <br> Overnight and personal delivery. | |
| l) **Postage** | |
| m) **Other (specify) Meals, Litigation Support Vendors** | $1,993.48 |
| **DISBURSEMENTS TOTAL:** | $2,038.43 |

I certify under penalty of perjury that the above is true.


/s/ David J. Adler
DAVID J. ADLER

Dated: September 8, 2023

5

**Exhibit A**



BlockFi, Inc. Official Committee of
Unsecured Creditors
New York, NY 10036

Invoice Date: September 07, 2023

Invoice Number: 9062986

Matter Number: 138158-00001

Client**:**    Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:    Committee matters

*For professional services rendered through August 31, 2023*

Currency: USD

| | |
|---|---|
| Fees | $41,915.50 |
| Disbursements | $44.95 |
| Total Due This Invoice | $41,960.45 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
*McCarter & English, LLP*
*Four Gateway Center*
*100 Mulberry Street*
*Newark, NJ 07102*
*Tel  973.622.4444*
*Fax 973.624.7070*
*www.mccarter.com*
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number: 2020080016953*
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**



### MULTIPAYOR BREAKDOWN

TOTAL DUE FOR FEES BLOCKFI, INC. OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
(80.00%)...............................................................................$33,532.40

TOTAL DUE FOR COSTS BLOCKFI, INC.
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS ..............................................................$44.95

TOTAL DUE FOR FEES HOLDBACK (20.00%)...................$8,383.10

TOTAL DUE FOR COSTS HOLDBACK .................................$0.00

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

| | |
|---|---|
| *Mail To:* | *Electronic Payment Instructions:* |
| *McCarter & English, LLP* | AccountsReceivable@McCarter.com |
| *Four Gateway Center* | *Account Name:  McCarter & English, LLP* |
| *100 Mulberry Street* | *Account Number: 2020080016953* |
| *Newark, NJ 07102* | *Financial Institution:  Wells Fargo Bank, N.A.* |
| *Tel  973.622.4444* | *ACH ABA: 021200025* |
| *Fax 973.624.7070* | *Wire Transfer ABA: 121000248* |
| *www.mccarter.com* | *SWIFT: WFBIUS6S  (International payments)* |
| *Tax I.D. # 22-1534652* | **(Please Reference Invoice Number)** |

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter: Committee matters

Invoice Date: September 07, 2023
Invoice Number: 9062986
Matter Number: 138158-00001

---

**Time Detail**

**:**     B110 - Case Administration

| | | | | |
|---|---|---|---|---|
| 08/01/23 | Lisa S. Bonsall | Attend conditional disclosure statement hearing before Judge Kaplan. | 0.90 | 751.50 |
| 08/01/23 | Lisa S. Bonsall | Attend weekly Creditor Committee meeting. | 0.80 | 668.00 |
| 08/02/23 | Lisa S. Bonsall | Consider residual plan, disclosure statement, and committee structural issues. | 0.30 | 250.50 |
| 08/03/23 | Lisa S. Bonsall | Review communications from creditor and consider response. | 0.10 | 83.50 |
| 08/03/23 | Lisa S. Bonsall | Review disclosure statement. | 0.50 | 417.50 |
| 08/03/23 | Lisa S. Bonsall | Confer with creditor several times in response to questions regarding plan. | 0.80 | 668.00 |
| 08/07/23 | Lisa S. Bonsall | Confer with D. Adler regarding creditor questions regarding post-confirmation committee/trustee, and related issues and follow up regarding relevant plan provisions. | 0.90 | 751.50 |
| 08/07/23 | Lisa S. Bonsall | Review client communications. | 0.40 | 334.00 |
| 08/07/23 | Lisa S. Bonsall | Consider inquiries and address questions raised relating to creditors. | 1.10 | 918.50 |
| 08/07/23 | Lisa S. Bonsall | Review revised BlockFi plan and disclosure statement. | 2.90 | 2,421.50 |
| 08/07/23 | Lisa S. Bonsall | Review disclosure statement. | 0.30 | 250.50 |
| 08/08/23 | Lisa S. Bonsall | Meet and confer with D. Adler regarding plan status and questions relating to creditor status (borrower issues). | 1.20 | 1,002.00 |
| 08/08/23 | Lisa S. Bonsall | Attend committee call in connection with case status and resolution of outstanding post-confirmation issues. | 0.70 | 584.50 |
| 08/09/23 | Lisa S. Bonsall | Review filings and communications. | 0.20 | 167.00 |
| 08/09/23 | Lisa S. Bonsall | Review emails and respond regarding data and fees. | 0.10 | 83.50 |
| 08/09/23 | Lisa S. Bonsall | Follow up regarding fee application. | 0.50 | 417.50 |
| 08/14/23 | Lisa S. Bonsall | Review recent UCC communications and filings. | 0.50 | 417.50 |
| 08/14/23 | Lisa S. Bonsall | Follow up on fee application filings. | 0.30 | 250.50 |
| 08/15/23 | Lisa S. Bonsall | Review recent updates regarding status. | 0.30 | 250.50 |
| 08/15/23 | Lisa S. Bonsall | Attend weekly committee call regarding plan and post-plan issues. | 1.00 | 835.00 |

McCarter & English, LLP

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:  Committee matters

Invoice Date: September 07, 2023
Invoice Number: 9062986
Matter Number: 138158-00001

| 08/16/23 | Lisa S. Bonsall | Attend hearing on pending BlockFi issues. | 0.50 | 417.50 |
|---|---|---|---|---|
| 08/16/23 | Lisa S. Bonsall | Check creditor committee postings and communications. | 0.30 | 250.50 |
| 08/18/23 | Lisa S. Bonsall | Consider issues related to work stream and summary of accomplishment. | 0.30 | 250.50 |
| 08/24/23 | Lisa S. Bonsall | Review communications and updates relating to recent hack of Kroll database. | 0.20 | 167.00 |
| 08/24/23 | Lisa S. Bonsall | Review client communications and postings. | 0.10 | 83.50 |
| | **B110 - Case Administration** | | **15.20** | **$12,692.00** |

| : | **B120 - Asset Analysis and Recovery** | | | |
|---|---|---|---|---|
| 08/10/23 | Lisa S. Bonsall | Review emails related to plan term sheet . | 0.10 | 83.50 |
| 08/10/23 | Lisa S. Bonsall | Preparing, reviewing, revising pro formas for fee app | 2.00 | 1,670.00 |
| 08/22/23 | Lisa S. Bonsall | Review client-related documents and communications. | 0.30 | 250.50 |
| 08/28/23 | Lisa S. Bonsall | Confer with D. Clarke regarding pending issues. | 0.40 | 334.00 |
| 08/28/23 | Lisa S. Bonsall | Review and respond to examiner comments. | 0.40 | 334.00 |
| 08/29/23 | Lisa S. Bonsall | Review client-related documents (drafts of agreement, budgets, etc.) related to post-confirmation litigation and operation, and review client communications. | 0.50 | 417.50 |
| 08/30/23 | Lisa S. Bonsall | Attend hearing before Judge Kaplan on plan issues. | 1.00 | 835.00 |
| 08/30/23 | Lisa S. Bonsall | Consider fee examiner-raised issues. | 0.30 | 250.50 |
| 08/31/23 | Lisa S. Bonsall | Follow up regarding issues raised by Fee examiner. | 0.50 | 417.50 |
| 08/31/23 | Lisa S. Bonsall | Draft Description of JM role for Fee Examiner . | 0.20 | 167.00 |
| | **B120 - Asset Analysis and Recovery** | | **5.70** | **$4,759.50** |

| : | **B150 - Meetings of and Communications with** | | | |
|---|---|---|---|---|

Client: Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter: Committee matters

Invoice Date: September 07, 2023

Invoice Number: 9062986

Matter Number: 138158-00001

---

Creditors

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/22/23 | Lisa S. Bonsall | Attend weekly UCC meeting to monitor litigation issues. | 1.00 | 835.00 |
| 08/29/23 | Lisa S. Bonsall | Attend weekly creditor committee meeting. | 0.70 | 584.50 |
| | | **B150 - Meetings of and Communications with Creditors** | **1.70** | **$1,419.50** |
| : | B160 - Fee/Employment Applications | | | |
| 08/07/23 | David J. Adler | Working on April Monthly fee application including reviewing narratives and putting together cover sheet. | 1.40 | 1,260.00 |
| 08/08/23 | David J. Adler | Further work on April and May Monthly fee applications including reviewing narratives and putting together cover sheet. | 1.20 | 1,080.00 |
| 08/09/23 | David J. Adler | Finalize April Monthly Fee Statement and circulate to committee; Further review of May and June Monthly fee applications including reviewing narratives and putting together cover sheet. | 1.30 | 1,170.00 |
| 08/10/23 | David J. Adler | Further preparing May and June Monthly fee applications including reviewing narratives and putting together cover sheet. | 1.60 | 1,440.00 |
| 08/10/23 | Lisa S. Bonsall | Preparing, reviewing, revising pro formas for fee app | 0.80 | 668.00 |
| 08/11/23 | David J. Adler | Finalize may and june monthlies and circulate to client. | 1.30 | 1,170.00 |
| 08/14/23 | David J. Adler | Finalize and File April, May and June monthlies on ECF. | 0.40 | 360.00 |
| 08/15/23 | David J. Adler | Preparing July Monthly Fee Statement | 0.60 | 540.00 |
| 08/16/23 | David J. Adler | Finalize July Monthly and send to client. | 0.80 | 720.00 |
| 08/18/23 | David J. Adler | Finalize and file July monthly fee statement. | 0.40 | 360.00 |
| 08/25/23 | David J. Adler | Multiple Emails to Fee Examiner concerning preliminarily report (.40); reviewing spreadsheet circulated by examiner with respect to 1st fee application and response to same (.90). | 1.30 | 1,170.00 |

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter: Committee matters

Invoice Date: September 07, 2023

Invoice Number: 9062986

Matter Number: 138158-00001

| 08/28/23 | David J. Adler | Circulate comments from fee examiner and confer with LSB re response (.30); reviewing narratives flagged by examiner and prepare response (1.40) | 1.70 | 1,530.00 |
|---|---|---|---|---|
| 08/29/23 | Lisa S. Bonsall | Fee app review and consider responses to examiner. | 0.50 | 417.50 |
| 08/29/23 | Kathleen O. Keating | Addressing fee examiner comments to first fee application including review of questions and time entries to prepare responses | 1.10 | 605.00 |
| 08/29/23 | Jessica J. Macarone | Reviewing time diaries, communications and related information to address fee examiner's inquiries re: 32 entries. | 2.80 | 1,666.00 |
| 08/29/23 | Jessica J. Macarone | Reviewing certain comments of fee examiner and determining strategy for responding. | 0.40 | 238.00 |
| 08/29/23 | Jessica J. Macarone | Preparing detailed comments to fee examiner's inquiries for 10 inquiries regarding duplicate entries. | 0.60 | 357.00 |
| 08/29/23 | Jessica J. Macarone | Reviewing time diaries, communications and related information to address fee examiner's inquiries re: 10 duplicate entries. | 0.90 | 535.50 |
| 08/29/23 | Jessica J. Macarone | Preparing detailed comments to fee examiner's inquiries for 32 entries. | 1.20 | 714.00 |
| 08/29/23 | David J. Adler | Further review of narratives flagged by fee examiner and review response of restivo and bonsall (.80); review other narratives (1.10). | 1.90 | 1,710.00 |
| 08/30/23 | Jessica J. Macarone | Email communication to D. Adler, Esq. re: fee examiner's inquiries for certain entries. | 0.30 | 178.50 |
| 08/30/23 | Jessica J. Macarone | Preparing detailed comments to fee examiner's inquiries for 37 entries. | 2.80 | 1,666.00 |
| 08/30/23 | David J. Adler | Review responses of Pisko, Macarone and Keating to Fee Examiner report (1.20); review narratives in sheet forwarded by examiner (.60) | 1.80 | 1,620.00 |
| 08/31/23 | David J. Adler | Prepare for and confer with fee examiner on 1st Interim Fee application (.70); review responses of timekeepers whose time was flagged by fee examiner (.90). | 1.60 | 1,440.00 |
| 08/31/23 | Cecilia A. Beirne | Review Fee Examiner's comments - Break down services deemed as Block Billing, and forward to L. BOnsall | 1.00 | 310.00 |
| 08/31/23 | Jessica J. Macarone | Reviewing information re: follow-up with respect to fee examiner inquiries. | 0.10 | 59.50 |

| | | | | |
|---|---|---|---|---|
| Client: | Official Committee of Unsecured Creditors of BlockFi, Inc. | | Invoice Date: September 07, 2023 | |
| Matter: | Committee matters | | Invoice Number: 9062986 | |
| | | | Matter Number: 138158-00001 | |

---

| 08/31/23 | Jessica J. Macarone | Reviewing and analyzing additional information provided to D. Adler, Esq. in preparation to respond to fee examiner's inquiries. | 0.10 | 59.50 |
|---|---|---|---|---|
| | | **B160 - Fee/Employment Applications** | **29.90** | **$23,044.50** |

| | | |
|---|---|---|
| **Total** | **52.50** | **$41,915.50** |
| **Total Disbursements** | | **$44.95** |
| **Total Due** | | **$41,960.45** |

**Disbursement Detail**

| Description | Quantity | Amount |
|---|---|---|
| Color Printer | 150.00 | 30.00 |
| Library Research | 112.00 | 11.20 |
| Photocopies | 25.00 | 3.75 |
| **Total** | | **$44.95** |



BlockFi, Inc. Official Committee of
Unsecured Creditors
New York, NY 10036

Invoice Date: September 07, 2023
Invoice Number: 9062986
Matter Number: 138158-00001

**REMITTANCE COPY**

**Committee matters**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
| --- | --- | --- |
| Current Invoice | | |
| 09/07/23 | 9062986 | $33,577.35 |
| **Balance Due** | | $33,577.35 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

**Mail To:**
*McCarter & English, LLP*
*Four Gateway Center*
*100 Mulberry Street*
*Newark, NJ 07102*
*Tel  973.622.4444*
*Fax 973.624.7070*
*www.mccarter.com*
*Tax I.D. # 22-1534652*

**Electronic Payment Instructions:**
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number: 2020080016953*
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**



BlockFi, Inc. Official Committee of
Unsecured Creditors
New York, NY 10036

Invoice Date: September 07, 2023
Invoice Number: 9062987
Matter Number: 138158-00002

---

Client**:**    Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:    Document Review

*For professional services rendered through August 31, 2023*

                                                    Currency: USD

Fees                                            $42,750.50

Disbursements                          $1,993.48
                                                    _____

Total Due This Invoice               $44,743.98

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

| *Mail To:* | *Electronic Payment Instructions:* |
|---|---|
| *McCarter & English, LLP* | AccountsReceivable@McCarter.com |
| *Four Gateway Center* | *Account Name:  McCarter & English, LLP* |
| *100 Mulberry Street* | *Account Number: 2020080016953* |
| *Newark, NJ 07102* | *Financial Institution:  Wells Fargo Bank, N.A.* |
| *Tel  973.622.4444* | *ACH ABA: 021200025* |
| *Fax 973.624.7070* | *Wire Transfer ABA: 121000248* |
| *www.mccarter.com* | *SWIFT: WFBIUS6S  (International payments)* |
| *Tax I.D. # 22-1534652* | **(Please Reference Invoice Number)** |



**MULTIPAYOR BREAKDOWN**

TOTAL DUE FOR FEES HOLDBACK (20.00%).................$8,550.10

TOTAL DUE FOR COSTS HOLDBACK ..............................$0.00

TOTAL DUE FOR FEES BLOCKFI, INC. OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
(80.00%)...........................................................................$34,200.40

TOTAL DUE FOR COSTS BLOCKFI, INC.
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS ................................................................$1,993.48

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*                           *Electronic Payment Instructions:*
*McCarter & English, LLP*            AccountsReceivable@McCarter.com
*Four Gateway Center*                *Account Name:  McCarter & English, LLP*
*100 Mulberry Street*                *Account Number: 2020080016953*
*Newark, NJ 07102*                   *Financial Institution:  Wells Fargo Bank, N.A.*
*Tel  973.622.4444*                  *ACH ABA: 021200025*
*Fax 973.624.7070*                   *Wire Transfer ABA: 121000248*
*www.mccarter.com*                   *SWIFT: WFBIUS6S  (International payments)*
*Tax I.D. # 22-1534652*              **(Please Reference Invoice Number)**

Client: Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter: Document Review

Invoice Date: September 07, 2023

Invoice Number: 9062987

Matter Number: 138158-00002

---

**Time Detail**

**:**     B110 - Case Administration

| | | | | |
|---|---|---|---|---|
| 08/07/23 | Lisa S. Bonsall | Review emails from and responding Kirkland relating to new production. | 0.20 | 167.00 |
| 08/07/23 | Lisa S. Bonsall | Review email to B. Rudnick regarding production and next steps. | 0.10 | 83.50 |
| 08/07/23 | Lisa S. Bonsall | Consider substance, timing and issues in connection with recent production. | 0.40 | 334.00 |
| 08/07/23 | Lisa S. Bonsall | Email to B. Rudnick bankruptcy team regarding update on timing, type, and issues in connection with latest Debtor document production. | 0.20 | 167.00 |
| 08/21/23 | Lisa S. Bonsall | Follow up regarding insurance document review. | 0.20 | 167.00 |
| 08/21/23 | Lisa S. Bonsall | Review email from Hailey regarding document review in connection with insurance investigation, and respond. | 0.10 | 83.50 |
| 08/21/23 | Lisa S. Bonsall | Email J. Macarone with fraudulent transfer elements to provide direction for document review. | 0.40 | 334.00 |
| 08/21/23 | Gregory A. Hall | Correspondence with J. Macarone regarding analysis of newly produced insurance documents. | 0.10 | 46.50 |
| 08/22/23 | Gregory A. Hall | Participate in strategy conference with L. Bonsall, J. Macarone and S. Pisko regarding case committee update and recently produced insurance documents. | 1.60 | 744.00 |
| 08/23/23 | Lisa S. Bonsall | Review update email on status of document review. | 0.10 | 83.50 |
| 08/23/23 | Lisa S. Bonsall | Email team regarding significance of recently received emails produced by Kirkland. | 0.10 | 83.50 |
| 08/24/23 | Lisa S. Bonsall | Call with document review team regarding status, update, coding issues. | 1.00 | 835.00 |
| 08/24/23 | Lisa S. Bonsall | Communications regarding document review status. | 0.10 | 83.50 |
| 08/24/23 | Gregory A. Hall | Participate in document review team teleconference with L. Bonsall, J. Macarone, and S. Pisko regarding analysis of recently produced D&O insurance documents. | 1.20 | 558.00 |

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter: Document Review

Invoice Date: September 07, 2023

Invoice Number: 9062987

Matter Number: 138158-00002

| | | | | |
|---|---|---|---|---|
| 08/24/23 | Gregory A. Hall | Analysis of recently produced documents in connection with Debtor's purchase of D&O insurance prior to bankruptcy filing in November 2022. | 2.70 | 1,255.50 |
| 08/25/23 | Gregory A. Hall | Analysis of recently produced documents in connection with Debtors' purchase of D&O insurance prior to bankruptcy filing in November 2022. | 2.80 | 1,302.00 |
| 08/25/23 | Gregory A. Hall | Participate in strategy conference with L. Bonsall, J. Macarone, and S. Pisko regarding analysis of recently produced insurance documents in connection with Debtors' obtaining D&O insurance. | 0.40 | 186.00 |
| 08/26/23 | Gregory A. Hall | Analysis of recently produced documents in connection with Debtor's purchase of D&O insurance prior to bankruptcy filing in November 2022. | 2.60 | 1,209.00 |
| 08/27/23 | Gregory A. Hall | Preparation of batch summaries of recently reviewed documents regarding Debtors' D&O insurance purchase prior to filing for bankruptcy. | 2.00 | 930.00 |
| 08/28/23 | Gregory A. Hall | Correspondence with J. Macarone regarding revisions made to coding analysis of recently produced documents related to Debtors' purchase of D&O insurance. | 0.30 | 139.50 |
| | B110 - Case Administration | | **16.60** | **$8,792.00** |
| : | B120 - Asset Analysis and Recovery | | | |
| 08/04/23 | Michael F. Finkler | Download, prepare and load BF_BK013 production in to Relativity | 0.20 | 33.00 |
| 08/04/23 | Jessica J. Macarone | Email communications with M&E team re: additional BlockFi production and next steps. | 0.20 | 119.00 |
| 08/04/23 | Jessica J. Macarone | Attending to issues re: additional production received from BlockFi and information provided. | 0.40 | 238.00 |
| 08/04/23 | Jessica J. Macarone | Email communications with BlockFi counsel and M&E team re: additional production and related items. | 0.20 | 119.00 |

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:  Document Review

Invoice Date: September 07, 2023

Invoice Number: 9062987

Matter Number: 138158-00002

| 08/04/23 | Jessica J. Macarone | Email communication with co-counsel re: additional BlockFi production and next steps. | 0.10 | 59.50 |
|---|---|---|---|---|
| 08/05/23 | Michael F. Finkler | Coordinate for the electronic file transfer of BK_BF013 production volume with opposing counsel; Download, prepare and load production in to Relativity; Prepare and create Relativity document review batch set. | 0.80 | 132.00 |
| 08/05/23 | Jessica J. Macarone | Additional communications with M&E review team re: production information, loading and status. | 0.20 | 119.00 |
| 08/05/23 | Jessica J. Macarone | Additional email communications between BlockFi's counsel and M&E team re: document production. | 0.20 | 119.00 |
| 08/05/23 | Jessica J. Macarone | Email communication with co-counsel re: status of initial preparation of BlockFi production. | 0.10 | 59.50 |
| 08/05/23 | Jessica J. Macarone | Responding to email communication from vendor re: processing of Intralinks document. | 0.10 | 59.50 |
| 08/07/23 | Jessica J. Macarone | Preliminary assessment of information and documents produced by BlockFi. | 0.80 | 476.00 |
| 08/07/23 | Jessica J. Macarone | Email communication with Kirkland re: email recipient list. | 0.10 | 59.50 |
| 08/07/23 | Jessica J. Macarone | Email communications with co-counsel re: document production-related information and next steps. | 0.90 | 535.50 |
| 08/07/23 | Jessica J. Macarone | Assessing relevant information and updating document review tracker. | 0.50 | 297.50 |
| 08/07/23 | Jessica J. Macarone | Attending to issues re: next steps with respect to BlockFi production and status of same. | 0.40 | 238.00 |
| 08/08/23 | Michael F. Finkler | Update data loads tracking sheet to include most recent Intralinks and BF_BK productions. | 0.10 | 16.50 |
| 08/08/23 | Jessica J. Macarone | Preliminary considerations re: database, licenses and next steps re: same. | 0.40 | 238.00 |
| 08/08/23 | Jessica J. Macarone | Reviewing updating tracking information re: most recent BlockFi production. | 0.10 | 59.50 |
| 08/08/23 | Jessica J. Macarone | Email communication from co-counsel re: most recent BlockFi production. | 0.10 | 59.50 |
| 08/08/23 | Jessica J. Macarone | Email communication from M&E team re: production tracking information. | 0.10 | 59.50 |

Client:  Official Committee of Unsecured Creditors of BlockFi,
Inc.

Matter:  Document Review

Invoice Date: September 07, 2023

Invoice Number: 9062987

Matter Number: 138158-00002

| 08/09/23 | Jessica J. Macarone | Reviewing email communication with co-counsel re: review and protocol for most recent production. | 0.10 | 59.50 |
|---|---|---|---|---|
| 08/09/23 | Jessica J. Macarone | Considering issues re: status of review with respect to most recent BlockFi production. | 0.30 | 178.50 |
| 08/10/23 | Jessica J. Macarone | Considering issues re: status of reviewing additional documents. | 0.10 | 59.50 |
| 08/10/23 | Lisa S. Bonsall | Review emails from BR re: Galaxy response | 0.10 | 83.50 |
| 08/11/23 | Jessica J. Macarone | Considering issues re: status of review of supplemental production. | 0.10 | 59.50 |
| 08/14/23 | Jessica J. Macarone | Reviewing status information re: most recently produced production and review of same. | 0.10 | 59.50 |
| 08/21/23 | Michael F. Finkler | Draft Relativity database archive options and associated costs for legal team review. | 0.20 | 33.00 |
| 08/21/23 | Jessica J. Macarone | Reviewing information re: database status in light of continued production and review. | 0.20 | 119.00 |
| 08/21/23 | Jessica J. Macarone | Considering next steps with respect to preparation of document review protocol and information to be included. | 0.80 | 476.00 |
| 08/21/23 | Jessica J. Macarone | Email communications with co-counsel re: review of additional documents produced by BlockFi. | 0.20 | 119.00 |
| 08/21/23 | Jessica J. Macarone | Communications with M&E review team in preparation to commence document review. | 0.50 | 297.50 |
| 08/21/23 | Jessica J. Macarone | Conferring with L. Bonsall, Esq. re: review of recently produced documents and related items. | 0.20 | 119.00 |
| 08/21/23 | Jessica J. Macarone | Reviewing information including items to be noted during review of most recent production. | 0.40 | 238.00 |
| 08/21/23 | Jessica J. Macarone | Email communications with M. Finkler re: database and status of same. | 0.10 | 59.50 |
| 08/22/23 | Lisa S. Bonsall | Meeting with document reviews (of documents recently received form Kirkland regarding insurance) to go over status of review, issues with coding, summaries and focus. | 1.00 | 835.00 |
| 08/22/23 | Stephanie A. Pisko | Review update on status from Creditor's Committee on pending settlement and potential litigation from US Government to seize customer assets. | 0.50 | 265.00 |

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:  Document Review

Invoice Date: September 07, 2023

Invoice Number: 9062987

Matter Number: 138158-00002

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/22/23 | Stephanie A. Pisko | Review and analyze documents produced by Kirkland Ellis related to D&O Insurance for BlockFi owners. | 2.30 | 1,219.00 |
| 08/22/23 | Stephanie A. Pisko | Document team meeting regarding protocol and substantive information to look for during document production while reviewing Kirkland Ellis produced documents related to D&O Insurance for BlockFi owners. | 1.00 | 530.00 |
| 08/22/23 | Jessica J. Macarone | Team teleconference with respect to document review instructions and questions in connection with most recently produced documents. | 1.00 | 595.00 |
| 08/22/23 | Jessica J. Macarone | Analyzing prior document assessments and identified issues in connection with D&O insurance in light of production of additional documents. | 0.90 | 535.50 |
| 08/22/23 | Jessica J. Macarone | Analyzing certain documents and responding to inquiries of review team. | 0.70 | 416.50 |
| 08/22/23 | Jessica J. Macarone | Preparing email communication to review team with review protocol and coding instructions for most recently produced set of documents. | 0.70 | 416.50 |
| 08/22/23 | Jessica J. Macarone | Reviewing information re: case update and status of matter. | 0.50 | 297.50 |
| 08/22/23 | Jessica J. Macarone | Analyzing status, issues and topics to be included in agenda for review team call. | 0.40 | 238.00 |
| 08/22/23 | Jessica J. Macarone | Further analyzing issues re: instructions to include in protocol preparation in connection with most recent document production. | 0.90 | 535.50 |
| 08/23/23 | Jessica J. Macarone | Analyzing documents and prior summaries for redaction, withheld-related information and insurance. | 1.80 | 1,071.00 |
| 08/23/23 | Jessica J. Macarone | Reviewing relevant information and responding to inquiries of review team re: documents being reviewed and treatment of same. | 0.70 | 416.50 |
| 08/23/23 | Jessica J. Macarone | Email communications with review team re: preliminary assessment of documents and providing additional instructions re: same. | 0.50 | 297.50 |
| 08/23/23 | Jessica J. Macarone | Preliminary analysis of documents in light of withheld information. | 0.80 | 476.00 |
| 08/23/23 | Stephanie A. Pisko | Review, consider, and distill insurance policies for BlockFI as part of Document Review. | 1.60 | 848.00 |

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:  Document Review

Invoice Date: September 07, 2023

Invoice Number: 9062987

Matter Number: 138158-00002

| | | | | |
|---|---|---|---|---|
| 08/23/23 | Stephanie A. Pisko | Review, assess, and consider redactions in Document Review for privilege and whether there is a colorable basis for same. | 0.90 | 477.00 |
| 08/23/23 | Stephanie A. Pisko | Draft summary update to L. Bonsall and J. MAcarone regarding preliminary review and analysis of document review batches. | 0.70 | 371.00 |
| 08/24/23 | Stephanie A. Pisko | Document team meeting regarding Kirkland Ellis produced documents related to D&O Insurance for BlockFi owners. | 1.10 | 583.00 |
| 08/24/23 | Stephanie A. Pisko | Draft updates to colleagues on summary of trends to look for in reviewed documents regarding DO insurance. | 0.40 | 212.00 |
| 08/24/23 | Stephanie A. Pisko | Review Blockfi DO insurance policies produced by Kirkland Ellis. | 1.30 | 689.00 |
| 08/24/23 | Stephanie A. Pisko | Document review of emails regarding DO insurance policies produced by Kirkland Ellis. | 1.20 | 636.00 |
| 08/24/23 | Jessica J. Macarone | Further reviewing and assessing preliminary information from reviewer in connection with most recent document production. | 0.50 | 297.50 |
| 08/24/23 | Jessica J. Macarone | Team teleconference with respect to document review status, issues and questions. | 1.10 | 654.50 |
| 08/24/23 | Jessica J. Macarone | Email communications with review team re: status of document review. | 0.20 | 119.00 |
| 08/24/23 | Jessica J. Macarone | Reviewing status and relevant information and preparing agenda for review team call. | 0.40 | 238.00 |
| 08/24/23 | Stephanie A. Pisko | Review summary of investigation in connection with document review of DO insurance and consideration of potential claims for fraudulent transfer. | 1.60 | 848.00 |
| 08/25/23 | Lisa S. Bonsall | Conference call with review team members for update on status of review, issues encountered and coding requirements. | 0.40 | 334.00 |
| 08/25/23 | Stephanie A. Pisko | Document team meeting regarding Kirkland Ellis produced documents related to D&O Insurance for BlockFi owners. | 0.50 | 265.00 |
| 08/25/23 | Jessica J. Macarone | Reviewing and analyzing content of excel document containing insurance information in light of current review, prior summaries and for current document review. | 0.80 | 476.00 |

McCarter & English, LLP

Client: Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter: Document Review

Invoice Date: September 07, 2023

Invoice Number: 9062987

Matter Number: 138158-00002

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/25/23 | Jessica J. Macarone | Began preparing searches with respect to certain documents in most recent production set. | 0.40 | 238.00 |
| 08/25/23 | Jessica J. Macarone | Team teleconference with respect to document review status, issues and questions. | 0.40 | 238.00 |
| 08/25/23 | Stephanie A. Pisko | Review of document batches produced by Kirkland Ellis. | 2.80 | 1,484.00 |
| 08/27/23 | Jessica J. Macarone | Conferring with review team member re: summaries and coordination of same between reviewers. | 0.30 | 178.50 |
| 08/27/23 | Jessica J. Macarone | Reviewing email from review team member with summaries regarding batches reviewed. | 0.20 | 119.00 |
| 08/27/23 | Stephanie A. Pisko | Discuss document review progress and status with J. Macarone and report on topics reviewed so far. | 0.30 | 159.00 |
| 08/28/23 | Lisa S. Bonsall | Skim document summaries and consider timing issues. | 0.10 | 83.50 |
| 08/28/23 | Kathleen O. Keating | Addressing preliminary issues re: fee examiner comments to first fee application. | 0.20 | 110.00 |
| 08/28/23 | Jessica J. Macarone | Addressing preliminary issues re: fee examiner comments to first fee application. | 0.80 | 476.00 |
| 08/28/23 | Jessica J. Macarone | Reviewing and gathering selection of documents in Relativity for co-counsel's review. | 0.90 | 535.50 |
| 08/28/23 | Jessica J. Macarone | Analyzing documents, and revising and finalizing document review summaries. | 3.10 | 1,844.50 |
| 08/28/23 | Jessica J. Macarone | Reviewing and analyzing documents and corresponding coding and revising same for consistency among reviewers. | 2.10 | 1,249.50 |
| 08/28/23 | Jessica J. Macarone | Email communications and conferring with review team re: coding revisions and inquiries related to documents. | 1.10 | 654.50 |
| 08/28/23 | Stephanie A. Pisko | Document review of DO Insurance Documents. | 2.10 | 1,113.00 |
| 08/28/23 | Stephanie A. Pisko | Draft detailed summary of all DO Insurance documents I reviewed from Kirkland. | 1.80 | 954.00 |
| 08/28/23 | Stephanie A. Pisko | Draft summary of all privileged redactions that appear facially invalid in DO Insurance documents. | 0.40 | 212.00 |
| 08/28/23 | Stephanie A. Pisko | Conferring regarding inquiry into summaries. | 0.30 | 159.00 |
| 08/28/23 | Stephanie A. Pisko | Review comments regarding fee application and check internal records. | 0.50 | 265.00 |

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:  Document Review

Invoice Date: September 07, 2023

Invoice Number: 9062987

Matter Number: 138158-00002

| 08/28/23 | Jessica J. Macarone | Conferring with S. Pisko, Esq. re: inquiries related to most recent summaries to be sent to Brown Rudnick. | 0.30 | 178.50 |
|---|---|---|---|---|
| 08/29/23 | Jessica J. Macarone | Email communication with M. Finkler re: status of review and database options. | 0.10 | 59.50 |
| 08/29/23 | Jessica J. Macarone | Email communication to L. Bonsall, Esq. re: most recent set of summaries to be provided to Brown Rudnick and status of same. | 0.10 | 59.50 |
| 08/30/23 | Lisa S. Bonsall | Email Hailey Lennon at Brown Rudnick regarding privileged documents. | 0.10 | 83.50 |
| 08/30/23 | Lisa S. Bonsall | Review document summaries in connection with insurance review. | 0.50 | 417.50 |
| 08/30/23 | Jessica J. Macarone | Revising and finalizing draft summaries for most recently completed set to be provided to Brown Rudnick to include additional information re: privileged documents. | 0.50 | 297.50 |
| 08/30/23 | Jessica J. Macarone | Reviewing time diaries, communications and related information to address fee examiner's inquiries re: remaining 37 entries. | 3.00 | 1,785.00 |
| 08/30/23 | Jessica J. Macarone | Preparing email communication to H. Lennon, Esq. re: summaries of most recent set of produced documents with sample documents included. | 0.90 | 535.50 |
| 08/30/23 | Jessica J. Macarone | Reviewing information sent to H. Lennon, Esq. re: items to focus on in most recent production set. | 0.10 | 59.50 |
| | **B120 - Asset Analysis and Recovery** | | **59.20** | **$33,799.50** |

| : | B170 - Fee/Employment Objections | | | |
|---|---|---|---|---|
| 08/28/23 | Shannon D. Humiston | Revise and supplement exhibit to fee application to incorporate additional descriptions of tasks performed in response to informal inquiry from fee examiner regarding same from February 2023 (0.10) and March 2023 (0.20) | 0.30 | 159.00 |
| | **B170 - Fee/Employment Objections** | | **0.30** | **$159.00** |

McCarter & English, LLP

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter: Document Review

Invoice Date: September 07, 2023

Invoice Number: 9062987

Matter Number: 138158-00002

---

| **Total** | **76.10** | **$42,750.50** |
|---|---|---|
| **Total Disbursements** | | **$1,993.48** |
| **Total Due** | | **$44,743.98** |

**Disbursement Detail**

| Description | Quantity | Amount |
|---|---|---|
| E-Discovery (Epiq) | 2.00 | 1,993.48 |
| **Total** | | **$1,993.48** |



BlockFi, Inc. Official Committee of
Unsecured Creditors
New York, NY 10036

Invoice Date: September 07, 2023
Invoice Number: 9062987
Matter Number: 138158-00002

**REMITTANCE COPY**

**Document Review**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 09/07/23 | 9062987 | $36,193.88 |
| **Balance Due** | | $36,193.88 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*                      *Electronic Payment Instructions:*
*McCarter & English, LLP*        AccountsReceivable@McCarter.com
*Four Gateway Center*            *Account Name:  McCarter & English, LLP*
*100 Mulberry Street*            *Account Number: 2020080016953*
*Newark, NJ 07102*               *Financial Institution:  Wells Fargo Bank, N.A.*
*Tel  973.622.4444*              *ACH ABA: 021200025*
*Fax 973.624.7070*               *Wire Transfer ABA: 121000248*
*www.mccarter.com*               *SWIFT: WFBIUS6S  (International payments)*
*Tax I.D. # 22-1534652*          **(Please Reference Invoice Number)**



BlockFi, Inc. Official Committee of
Unsecured Creditors
New York, NY 10036

Invoice Date: September 07, 2023
Invoice Number: 9062988
Matter Number: 138158-00003

Client**:**    Official Committee of Unsecured Creditors of BlockFi, Inc.
Matter:    Tax Matters

*For professional services rendered through August 31, 2023*

Currency: USD

| | |
|---|---|
| Fees | $24,728.50 |
| | |
| Total Due This Invoice | $24,728.50 |
| Your 80% Portion Payable | 19,782.80 |
| Previous Balance Due | $200,019.05 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
*McCarter & English, LLP*
*Four Gateway Center*
*100 Mulberry Street*
*Newark, NJ 07102*
*Tel  973.622.4444*
*Fax 973.624.7070*
*www.mccarter.com*
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number: 2020080016953*
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**



## <u>MULTIPAYOR BREAKDOWN</u>

TOTAL DUE FOR FEES HOLDBACK (20.00%)....................$4,945.70

TOTAL DUE FOR COSTS HOLDBACK .............................$0.00

TOTAL DUE FOR FEES BLOCKFI, INC. OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
(80.00%)...........................................................................$19,782.80

TOTAL DUE FOR COSTS BLOCKFI, INC.
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS .......................................................................$0.00

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*                      *Electronic Payment Instructions:*
*McCarter & English, LLP*        AccountsReceivable@McCarter.com
*Four Gateway Center*            *Account Name:  McCarter & English, LLP*
*100 Mulberry Street*            *Account Number: 2020080016953*
*Newark, NJ 07102*               *Financial Institution:  Wells Fargo Bank, N.A.*
*Tel  973.622.4444*              *ACH ABA: 021200025*
*Fax 973.624.7070*               *Wire Transfer ABA: 121000248*
*www.mccarter.com*               *SWIFT: WFBIUS6S  (International payments)*
*Tax I.D. # 22-1534652*          **(Please Reference Invoice Number)**

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:  Tax Matters

Invoice Date: September 07, 2023

Invoice Number: 9062988

Matter Number: 138158-00003

---

**Time Detail**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 08/07/23 | Lisa S. Bonsall | Review tax loss article. | 0.50 | 835.00 | 417.50 |
| 08/07/23 | Lawrence A. Sannicandro | Review article on proposed changes to treatment of crypto losses and consider effect of same on analysis.  Draft and send email to David Adler, Esq., Lisa Bonsall, Esq., and Jamie Zug, Esq. re: same. | 0.40 | 625.00 | 250.00 |
| 08/08/23 | Lisa S. Bonsall | Meet and confer with D. Adler regarding plan tax treatment, outstanding tax deduction issue and resolution. | 0.60 | 835.00 | 501.00 |
| 08/10/23 | Lawrence A. Sannicandro | Evaluate propriety of revising tax memorandum to address nature of recourse debt. Confer with David Adler, Esq. re: same. | 0.20 | 625.00 | 125.00 |
| 08/10/23 | Lisa S. Bonsall | Review communications from tax lawyers re: tax comments on disclosure statement | 0.20 | 835.00 | 167.00 |
| 08/10/23 | Lisa S. Bonsall | Confer with David regarding new case law on tax loss issue | 0.50 | 835.00 | 417.50 |
| 08/10/23 | Lisa S. Bonsall | Confer with David regarding new case law on tax loss issue | 1.00 | 835.00 | 835.00 |
| 08/11/23 | Lawrence A. Sannicandro | High-level review of Tax Court case in Parker v. Commissioner.  Consider effect of same on discussion concerning interplay between nonrecourse debt and cancellation of debt. | 0.40 | 625.00 | 250.00 |
| 08/14/23 | Lisa S. Bonsall | Communications relating to recourse issue in tax deduction analysis. | 0.20 | 835.00 | 167.00 |
| 08/14/23 | Lisa S. Bonsall | Consider issue in connection with tax deduction analysis (relating to recourse) and follow up regarding memo. | 0.50 | 835.00 | 417.50 |
| 08/14/23 | Lawrence A. Sannicandro | Confer with Lisa Bonsall, Esq. and others re: interplay between nonrecourse debt and cancellation of indebtedness. | 0.20 | 625.00 | 125.00 |

Client:  Official Committee of Unsecured Creditors of BlockFi,
Inc.

Matter: Tax Matters

Invoice Date: September 07, 2023

Invoice Number: 9062988

Matter Number: 138158-00003

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/15/23 | Lawrence A. Sannicandro | Detailed review of Rochlis v. United States. Evaluate impact of same, and related cases, on memorandum concerning theft loss. Draft and send to file summary concerning relevant facts to be distinguished. Separately draft and send to Jamie Zug, Esq. paragraph to supplement limitation with respect to (1) no conclusion reached concerning sale upon initial posting of collateral, (2) impact of recourse vs. nonrecourse nature of collateral and loan, and (3) Rochlis. | 1.60 | 625.00 | 1,000.00 |
| 08/15/23 | Lawrence A. Sannicandro | Consider changes to BlockFi memorandum concerning limitations on theft loss memorandum as it relates to cancellation of indebtedness (and impact of debt as recourse vs. nonrecourse), involuntary conversions, and related. Confer with Jamie Zug, Esq. re: same. | 0.50 | 625.00 | 312.50 |
| 08/15/23 | Lawrence A. Sannicandro | Review email from David Adler, Esq. with respect to impact of potentially nonrecouse nature of margin loan on theft loss analysis. Confer with Jamie Zug, Esq. re: same. Related follow-up with Lisa Bonsall, Esq. re: Rochlis opinion. | 0.30 | 625.00 | 187.50 |
| 08/15/23 | Jamie M. Zug | Analyzed potential tax benefit to Creditors and conferred internally regarding same. | 5.40 | 495.00 | 2,673.00 |
| 08/15/23 | Lisa S. Bonsall | Internal emails regarding status of tax loss memo. | 0.10 | 835.00 | 83.50 |
| 08/15/23 | Lisa S. Bonsall | Review internal communications regarding tax loss. | 0.20 | 835.00 | 167.00 |
| 08/15/23 | Lisa S. Bonsall | Read Rochlis and consider implications. | 0.50 | 835.00 | 417.50 |

Client: Official Committee of Unsecured Creditors of BlockFi,
Inc.

Matter: Tax Matters

Invoice Date: September 07, 2023

Invoice Number: 9062988

Matter Number: 138158-00003

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 08/15/23 | Lisa S. Bonsall | Confer with D. Adler and review Celsius memo in connection with tax issues involved in BlockFi, review tax opinion, and consider impact on tax loss memo. | 1.50 | 835.00 | 1,252.50 |
| 08/16/23 | Lawrence A. Sannicandro | Telephone conference with David Adler, Esq., Lisa Bonsall, Esq., and Jamie Zug, Esq. re: impact of Rochlis v. United States, distinguishing same, and tightening up memorandum with respect to ownership v. promise to repay. Follow-up telephone conference with Jamie Zug, Esq. re: specific changes to be made. | 1.20 | 625.00 | 750.00 |
| 08/16/23 | Lawrence A. Sannicandro | Confer with Jamie Zug, Esq. by email and telephone re: draft paragraph concerning taxable sale upon initial posting of collateral, effect of recourse vs. nonrecourse nature of debt, and factual distinction for Rochlis v. United States. | 0.40 | 625.00 | 250.00 |
| 08/16/23 | Lawrence A. Sannicandro | Confer with Lisa Bonsall, Esq., David Adler, Esq., and Jamie Zug, Esq. re: effect of recourse vs. nonrecourse nature of debt and Rochlis v. United States. | 0.20 | 625.00 | 125.00 |
| 08/16/23 | Lawrence A. Sannicandro | Review and revise theft loss memorandum.  Confer with Jamie Zug, Esq. re: same. Further follow-up with Lisa Bonsall, sq. re: same. | 0.80 | 625.00 | 500.00 |
| 08/16/23 | Jamie M. Zug | Analyzed potential tax benefit to Creditors and conferred internally regarding same. | 12.70 | 495.00 | 6,286.50 |
| 08/16/23 | Lisa S. Bonsall | Review tax memo and related communications and issues in connection with assimilation of additional case law. | 0.60 | 835.00 | 501.00 |
| 08/16/23 | Lisa S. Bonsall | Review forms of agreement in consideration with recourse issues raised by case law. | 1.00 | 835.00 | 835.00 |

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:  Tax Matters

Invoice Date: September 07, 2023

Invoice Number: 9062988

Matter Number: 138158-00003

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|------:|-----:|-------:|
| 08/16/23 | Lisa S. Bonsall | Follow up emails regarding memo. | 0.20 | 835.00 | 167.00 |
| 08/16/23 | Lisa S. Bonsall | Conference call with L. Sannicandro, Jamie Zung, D. Adler, regarding tax loss memo and issues raised by new cases. | 1.00 | 835.00 | 835.00 |
| 08/17/23 | Lawrence A. Sannicandro | Review, revise, and finalize tax memorandum with respect to further re-draft from Jamie Zug, Esq.  Draft and send email to Jamie Zug, Esq. enclosing changes to be sent to Brown Rudnick.  Further changes to same; draft and send email to David Adler, Esq., Lisa Bonsall, Esq., and Jamie Zug, Esq. re: same. | 1.30 | 625.00 | 812.50 |
| 08/17/23 | Lawrence A. Sannicandro | High-level review of changes to tax memorandum as forwarded by Jamie Zug, Esq. Confer with Jamie Zug, Esq. re: relevance of taxable sale at the outset, reasons creditors might have differing preferences as to the position taken, and inclusion of caveats with respect to same. | 0.70 | 625.00 | 437.50 |
| 08/17/23 | Jamie M. Zug | Analyzed potential tax benefit to Creditors and conferred internally regarding same. | 3.50 | 495.00 | 1,732.50 |
| 08/17/23 | Lawrence A. Sannicandro | Review, revise, and finalize tax memorandum.  Send same to Jamie Zug, Esq. | 1.70 | 625.00 | 1,062.50 |
| 08/18/23 | Lisa S. Bonsall | Consider tax loss issues and status of memo with D. Adler. | 0.50 | 835.00 | 417.50 |
| 08/24/23 | Lisa S. Bonsall | Draft email for tax memo. | 0.30 | 835.00 | 250.50 |
| **Total Hourly** | | | **40.90** | | **$24,728.50** |
| | | | | | |
| **Total Fees** | | | **40.90** | | **$24,728.50** |

**Aged A/R**

| Invoice Date | Invoice Number | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|--------------|----------------|-----:|------:|------:|-------:|---------:|
| 07/28/23 | 9055259 | 0.00 | 22,355.00 | 0.00 | 0.00 | 0.00 |

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:  Tax Matters

Invoice Date: September 07, 2023

Invoice Number: 9062988

Matter Number: 138158-00003

| Invoice Date | Invoice Number | 0-30 | 31-60 | 61-90 | 91-120 | Over 120 |
|---|---|---|---|---|---|---|
| 08/11/23 | 9057831 | 120,278.35 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/11/23 | 9057860 | 51,444.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/11/23 | 9058033 | 5,941.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  | 177,664.05 | 22,355.00 | 0.00 | 0.00 | 0.00 |

**Total**                                                          **$200,019.05**



BlockFi, Inc. Official Committee of
Unsecured Creditors
New York, NY 10036

Invoice Date: September 07, 2023
Invoice Number: 9062988
Matter Number: 138158-00003

**REMITTANCE COPY**

**Tax Matters**

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| **Prior Balance Due** | | $200,019.05 |
| | | |
| Current Invoice | | |
| | | |
| 09/07/23 | 9062988 | $19,782.80 |
| | | |
| **Balance Due** | | $219,801.85 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
*McCarter & English, LLP*
*Four Gateway Center*
*100 Mulberry Street*
*Newark, NJ 07102*
*Tel 973.622.4444*
*Fax 973.624.7070*
*www.mccarter.com*
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number: 2020080016953*
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**