**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and Debtors in Possession*

In re:

BLOCKFI INC., *et al*.,

    Debtors[1]



Order Filed on September 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11
Case No. 22-19361 (MBK)
Jointly Administered

## ORDER APPROVING THE DEBTORS' FIFTH OMNIBUS REJECTION OF EXECUTORY CONTRACTS AND LEASES

The relief set forth on the following pages, numbered two (2) through three (3) and Schedule 1, is hereby **ORDERED**.

**DATED: September 11, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtors: | BlockFi Inc. |
| Case No. | 22-19361(MBK) |
| Caption of Order: | ORDER   APPROVING   DEBTORS'   FIFTH   OMNIBUS REJECTION OF EXECUTORY CONTRACTS AND LEASES |

Pursuant to and in accordance with the *Order Authorizing and Approving Procedures for Rejection of Executory Contracts and Unexpired Leases* [Docket No. 302] (the "Rejection Procedures Order");[1] and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §157 and 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of these cases and this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served a "Notice of Fifth Omnibus Rejection of Executory Contracts and/or Unexpired Leases" [Docket No. 1508] (the "Rejection Notice") in accordance with the terms of the Rejection Procedures Order in respect of the rejection of the executory contracts (the "Contracts") and/or unexpired leases (the "Leases") set forth on Schedule 1 hereto; and no timely objections having been filed to the rejection of the Contracts and Leases; and it appearing that due and adequate notice of the Rejection Procedures Order and the Rejection Notice has been given, and that no other or further notice need be given; and the Court having determined that the rejections provided for herein are an appropriate exercise of the Debtors' business judgment; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby **ORDERED**:

1.      Contracts and Leases listed on **SCHEDULE 1** hereto are hereby rejected effective as of the dates set forth for such Contracts and Leases listed on **SCHEDULE 1** hereto (the "Rejection Date").

2.      The rights of the Debtors and their estates to assert that the Contracts and Leases are rejected hereby expired by their own terms or were terminated prior to the date hereof and fully

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Rejection Procedures Order.

(Page 3)

| | |
|---|---|
| Debtors: | BlockFi Inc. |
| Case No. | 22-19361(MBK) |
| Caption of Order: | ORDER   APPROVING   DEBTORS'   FIFTH   OMNIBUS REJECTION OF EXECUTORY CONTRACTS AND LEASES |

preserved, and the Debtors and their estates do not waive any rights or claims that they may have with respect or against the counterparties to such Contracts and Leases, whether or not such rights or claims arise under, are related to the rejection of, or are independent of the Contracts and Leases rejected hereby.

3.      If any affected counterparty subject to this Order (a "Rejection Claimant") asserts a claim or claims against the Debtors and their estates arising from the rejection of the Contracts and Leases, such Rejection Claimant shall submit a proof of claim on or before the later of (i) the deadline for filing proofs of claims established by the Court in these Chapter 11 Cases or (ii) thirty (30) days after the date of entry of this Order. If no proof of claim is timely filed, such claimant shall not be treated as a creditor with respect to such claims for voting on any Chapter 11 plan in these Chapter 11 Cases and shall be forever barred from asserting a claim for rejection damages and from participating in any distribution that may be made in connection with the Debtors' bankruptcy cases.

4.      For the avoidance of doubt, the Debtors reserve all rights to contest the validity of any claim(s) filed by the Rejection Claimant and file objections with respect to such claim(s).

5.      The Debtors are authorized to take any action necessary or appropriate to implement the terms of this Order and the rejections without further order from this Court.

6.      This Court shall retain exclusive jurisdiction and power to resolve any dispute arising from or related to this Order.

## **SCHEDULE 1**

## SCHEDULE 1

| CONTRACTS AND LEASES TO BE REJECTED | | | |
|---|---|---|---|
| **Counterparty** | **Counterparty Address and Email** | **Title/Description of Lease/Contract**[1] | **Rejection Date** |
| **Paperless Inc. d/b/a Paperless Post** | **Paperless Inc.** Attn: Meg Hirschfeld, CAO 115 Broadway, 12th Floor, New York, New York 10006  Email: meg@paperlesspost.com AND jgiampolo@rosenbergestis.com | Sublease Agreement (see property to be abandoned below) | 8/30/2023 |
| **Cogent Communications, Inc.** | **Cogent Communications, Inc.** 2450 N Street, NW Washington, DC 20037  Email: terms@cogentco.com | Customer Subscriber Agreement and Order Form | 8/25/2023 |
| **Crown Castle Fiber LLC** | **Crown Castle** Attn: Legal Department - Networks 2000 Corporate Drive Canonsburg, PA 15317  Email: Adriana.Campbell@crowncastle.com | Master Telecommunications License Agreement, Telecommunications License Terms and Conditions, and Order Form | 8/25/2023 |
| **Kisi, Inc.** | **Kisi, Inc.** 45 Main Street Brooklyn, NY 11201  Email: support@getkisi.com AND legal@getkisi.com | End User Agreement and Kisi Organizations Monthly User License | 8/25/2023 |
| **Rhombus Systems, Inc.** | **Rhombus Systems, Inc.** 1919 19th Street Sacramento, CA 95811  Email: markr@rhombus.com | Terms and Conditions, any and all agreements | 8/25/2023 |
| **Quench USA, Inc.** | **Quench USA, Inc.** 630 Allendale Rd., Suite 200 King of Prussia, PA 19406  Email: asuper@quenchwater.com | Agreement and Order Form | 8/25/2023 |

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| **Iron Mountain** | Iron Mountain<br>1 Federal Street<br>Boston, MA 02110 | Contracts for shredding services and all related agreements | 8/25/2023 |
|---|---|---|---|

| **PROPERTY TO BE ABANDONED** | | |
|---|---|---|
| **Counterparty** | **Counterparty Address and Email** | **Location and Description of Property** |
| **Paperless Inc.** | **Paperless Inc.**<br>Attn: Meg Hirschfeld, CAO<br>115 Broadway, 12th Floor,<br>New York, New York 10006<br>Email: meg@paperlesspost.com AND<br>jgiampolo@rosenbergestis.com | Networking equipment, 2 printers, Bluetooth door lock system, security cameras, televisions and video conference set ups at 115 Broadway, 11th Floor, New York, New York, 10006.[2] |

---

[2] Paperless has consented in writing to allow BlockFi to leave these items behind in the leased space.