**Caption in compliance with D.N.J. LBR 9004-1(b)**
**L E E ,  L L C**
Peter Y. Lee, Esq. 019992000
770 River Road
P.O. Box 52
Edgewater, NJ 07020
(212) 808-0716
Peter.Lee@LeeAdvocates.Com
*Attorney for Creditor, Renard Ihlenfeld*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
(Trenton Vicinage)**

| In re: | Case No. 22-19361 |
|---|---|
| | Chapter: 11 |
| BLOCKFI INC., *et al.*, | Judge: Michael B. Kaplan |
| Debtor. | |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of Creditor, RENARD IHLENFELD. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  770 River Road
P.O. Box 52
Edgewater, NJ 07020

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: Sep. 11, 2023              /s/ Peter Y. Lee (PYL2405)
                                  _____
                                  PETER Y. LEE, ESQ.