**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1

Michael S. Etkin, Esq.
Michael Papandrea, Esq.
Erica G. Mannix, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500

*Bankruptcy Counsel to the Proposed Securities Class Action Lead Plaintiff Cameron Wyatt*

| | |
|---|---|
| In re: | Chapter 11 |
| BlockFi Inc., *et al.*,[1] | Case No. 22-19361 (MBK) |
| Debtors. | |

# CERTIFICATION OF SERVICE

1. I, Elizabeth Lawler, pursuant to 28 U.S.C. § 1746, certify as follows:

   ☐ I represent _____ in this matter.

   ☒ I am a paralegal employed by the law firm of Lowenstein Sandler LLP, bankruptcy counsel to the Proposed Securities Class Action Lead Plaintiff Cameron Wyatt in the above-captioned case.

   ☐ I am the _____ in this case and am representing myself.

2. On September 11, 2023, I caused the foregoing documents to be served on the parties listed on **Exhibit A** in the manner set forth therein:

   (i) *Objection Of Cameron Wyatt, Proposed Securities Class Action Lead Plaintiff, To (I) Confirmation Of The Debtors' Proposed Chapter 11 Plan And (II) Final*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

-2-

> *Approval Of The Disclosure Statement In Connection Therewith*, [Docket No. 1475]

I certify under penalty of perjury that the above-referenced documents were sent using the mode of service indicated.

Date:   September 11, 2023                    */s/ Elizabeth Lawler*
                                              Elizabeth Lawler

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| BlockFi, Inc.<br>100 Horizon Center Blvd.<br>1st and 2nd Floors<br>Hamilton, NJ 08691 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: _____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joshua A. Sussberg, Esq.<br>Christine Okike, Esq.<br>Francis Petrie<br>Kirkland & Ellis LLP<br>E-mail: joshua.sussberg@kirkland.com<br>E-mail: christine.okike@kirkland.com<br>Email: francis.petrie@kirkland.com | Counsel to Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey Sponder, Esq.<br>Lauren Bielskie, Esq.<br>Office of the US Trustee<br>E-mail: jeffrey.m.sponder@usdoj.gov<br>E-mail: lauren.bielskie@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Richard S. Kanowitz, Esq.<br>Jordan Chavez, Esq.<br>Haynes and Boone, LLP<br>E-mail: richard.kanowitz@haynesboone.com<br>Email: jordan.chavez@haynesboone.com | Co-counsel for the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert J. Stark, Esq.<br>Kenneth Aulet, Esq.<br>Bennett S. Silverberg, Esq.<br>Brown Rudnick LLP<br>E-mail: rstark@brownrudnick.com<br>E-mail: kaulet@brownrudnick.com<br>E-mail: bsilverberg@brownrudnick.com | Counsel for the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |