# **EXHIBIT B**

Ankura - 000247

On November 28, 2022, BlockFi filed voluntary cases under Chapter 11 of the U.S. Bankruptcy Code. Additional information about our filing can be found on our blog here.

BlockFi

← Back to blog



FEATURED

# Update to Corporate Entities for BlockFi Interest Accounts of U.S Clients

Published, 12 April, 2022

Share article

   

Ankura - 000248

In connection with BlockFi's previously announced SEC settlement, we are changing the obligor of BlockFi Interest Accounts of U.S. clients from BlockFi Lending LLC to BlockFi Inc. This means that BlockFi Interest Accounts for U.S. clients will be  obligations of the parent entity, BlockFi Inc., instead of BlockFi Lending LLC (a wholly owned subsidiary of BlockFi Inc.).

To implement the change, BlockFi Inc. will initially assume BlockFi Lending's obligations under the BlockFi Interest Accounts of our U.S. clients, effective Wednesday , April 13, 2022. Subsequent to the assumption, we will exchange the BlockFi Interest Accounts of our U.S. clients at BlockFi Lending LLC for BlockFi Interest Accounts at BlockFi Inc.  We expect the exchange to be completed on Thursday, April 14, 2022.

The other terms and functions of the BlockFi Interest Account of our U.S. clients, including interest rates and payment terms, will not be affected by the exchange. Clients are not required to take any action and all funds in their BIA accounts will continue to be accessible as usual.

*BlockFi Interest Accounts are not registered under the Securities Act of 1933 and may not be offered or sold in the U.S., to U.S. persons or for the account or benefit of U.S. Persons absent registration or the availability of an exemption from registration.*

Last updated on April 21st, 2022

Share article

   

Products

Institutions

Resources

Company

Follow Us

Ankura - 000249

 

**Everything you need on-the go**

**Download the BlockFi app**



Log in

BlockFi Lending LLC NMLS ID#1737520 | NMLS Consumer Access
BlockFi Trading LLC NMLS ID#1873137 | NMLS Consumer Access

Privacy Policy | Legal | Licenses | Disclosures and Complaints | NMLS Consumer Access

Digital currency is not legal tender, is not backed by the government, and crypto accounts held with BlockFi are not subject to FDIC or SIPC protections. Digital currency values are not static and fluctuate due to market changes. Not all products and services are available in all geographic areas and are subject to applicable terms and conditions. Eligibility for particular products and services is subject to final determination by BlockFi. Rates for BlockFi products are subject to change.

BlockFi Rewards Credit Card: For more information, please see BlockFi's Terms of Service. BlockFi is not a Bank. Cards are issued by Evolve Bank & Trust, Member FDIC, pursuant to a license from Visa® USA Inc. Rewards are not offered by Evolve Bank & Trust and are instead offered and managed by BlockFi.

BlockFi International Ltd. holds a Class F digital assets business license under the Digital Assets Business Act, 2018 (as amended) and is licensed by the Bermuda Monetary Authority to conduct the following digital assets business activities: (i) issuing, selling or redeeming virtual coins, tokens or any other form of digital assets (ii) operating as a digital asset exchange (iii) providing custodial wallet services (iv) operating as a digital asset derivative exchange provider and (v) operating as a digital assets services vendor.

See blockfi.com/terms for more information.

2022 © All Rights Reserved.

Ankura - 000250