# **<u>EXHIBIT E</u>**

Ankura - 000308



**May 8, 2023**

# Wallet Withdrawal Motion

**In re BlockFi Inc., No. 22-19361 (MBK)**

United States Bankruptcy Court for the District of New Jersey

Judge Michael B. Kaplan

Ankura - 000309

◆ BlockFi

# The Wallet Withdrawal Motion

The Debtors seek to do right by their clients:

✓ **Honor client withdrawals** from Client Wallet Accounts as of the Platform Pause Time Stamp and **return the crypto in Omnibus Wallet Accounts to clients promptly**; and

✓ **Update the User Interface** to reflect proper accounting of digital assets as of the Platform Pause Time Stamp.



---

*See* Amended Declaration of Amit Cheela [Docket No. 822] (the "Cheela Declaration"), ¶ 80.

2

# The Omnibus Wallet Accounts

 **BlockFi Wallet**

| Notional Value of Custodial Omnibus Wallets as of the Platform Pause Time Stamp | $296,950,551.82[1] |
| --- | --- |

_____

Cheela Decl. ¶ 81.
(1)  Price conversion using digital asset prices as of 11:59 UTC on November 28, 2022.

3

Ankura - 000311

# The Wallet Withdrawal Objection



**BlockFi Wallet**

**The Troutman Ad Hoc Committee**

**Asks that~$375 million[2] of Requested BIA to Wallet Transfers by 48,185 clients *after* the Platform Pause Time Stamp should *also* be entitled to recovery from the digital assets in the Custodial Omnibus Wallets**

| | |
|---|---|
| **Notional Value of Custodial Omnibus Wallets as of the Platform Pause Time Stamp[1]** | $296,950,551.82[1] |

Cheela Decl. ¶ 81.
*See* Troutman Ad Hoc Committee Response [Docket No. 834], ¶ ¶ 9, 23.
(1)   Price conversion using digital asset prices as of 11:59 UTC on November 28, 2022.
(2)   Price conversion using digital asset prices as of 01:15 UTC on November 11, 2022.

4

Ankura - 000312



# BlockFi Wallet and BlockFi Interest Accounts

BlockFi provided two distinct products:  BlockFi Wallet and BlockFi Interest Account.

## BlockFi Wallet



## BlockFi
## Interest Account



*See* Cheela Decl. ¶ ¶ 19, 43.
*See* Stipulated  Facts [Docket No. 842], ¶ ¶ 24-32, 38-46.

5

Ankura - 000313




# BlockFi Wallet

BlockFi Wallet is a custodial, non-interest bearing account, used by BlockFi clients to store digital assets on the BlockFi platform and facilitate trading on the BlockFi platform.

The digital assets in BlockFi Wallet are **not** rehypothecated for BlockFi's revenue-generating activities.

BlockFi maintained omnibus wallets (by coin) at BitGo and Fireblocks, which held the digital assets that clients had placed in their BlockFi Wallets – and BlockFi did **not own or rehypothecate** them.

*See* Cheela Decl. ¶ ¶ 19, 25.
*See* Stipulated Facts [Docket No. 842], ¶ ¶ 38-46

6

# BlockFi Interest Account

BlockFi Interest Account is an ***interest-bearing*** account, which provides yield to investors who store their digital assets on the BlockFi platform.

The digital assets in BIA may be ***rehypothecated*** (e.g., lent out to others) for BlockFi's revenue-generating activities, and thus may or may not be in BlockFi's possession at any given time.

This is all **clearly** disclosed as it is a key part of BlockFi's business model.



*See* Cheela Decl. ¶¶ 43-44.
*See* Stipulated Facts [Docket No. 842], ¶¶ 24-32.

7

Ankura - 000315



# Separate Wallets, Separate Products



## BlockFi Wallet

| Custodial Wallets |
|:---:|



**BitGo Custodial Wallets**

**Wallet LLC Wallets**

**International Vault Wallets**

## BlockFi Interest Account

| Rehypothecateable Wallets(2) |
|:---:|

**BlockFi Inc. BIA Wallets**

**BlockFi International BIA Wallets(1)**

*See* Cheela Decl. ¶¶ 22-24, 26.; *see* Stipulated Facts [Docket No. 842], ¶¶ 24-32, 38-44.
(1)    BlockFi International Ltd. has a wallet subaccount with Fireblocks.  Cheela Decl. ¶ 24.
(2)    BlockFi Lending LLC also had Rehypothecateable Wallets for loan collateral and BlockFi Private Client.

Ankura - 000316



BlockFi

# Events Leading to the Platform Pause

9

Ankura - 000317

# November 2022

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

*See generally* Cheela Decl. ¶ 51-54.

10

Ankura - 000318

# FTX Faces Media Onslaught



*See generally* Cheela Decl. ¶ 51-54.
https://twitter.com/cz_binance/status/1589283421704290306?lang=en

11

Ankura - 000319

# FTX Experiences Massive Withdrawals

## November 2022

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |



---

*See generally* Cheela Decl. ¶ 51-54.
Tom Wilson and Angus Berwick, *Crypto exchange FTX saw $6 bln in withdrawals in 72 hours*, Reuters, November 8, 2022, 1:10 PM EST, https://www.reuters.com/business/finance/crypto-exchange-ftx-saw-6-bln-withdrawals-72-hours-ceo-message-staff-2022-11-08/

12

Ankura - 000320

# FTX.COM Suspends Withdrawals

**November 2022**

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | **8** | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |



**Business**

**FTX Exchange Halts All Crypto Withdrawals**

Customer withdrawals that were previously processing but backlogged have been halted altogether, according to an announcement in the FTX Support Telegram group.

By Tracy Wang    Nov 8, 2022 at 4:51 p.m. EST    Updated Nov 9, 2022 at 12:51 p.m. EST

───────────

*See* Cheela Decl. ¶ 51-52.
Tracy Wang, *FTX Exchange Halts All Crypto Withdrawals*, CoinDesk, November 8, 2022 at 4:51 p.m. EST,
https://www.coindesk.com/business/2022/11/08/ftx-exchange-halts-all-crypto-withdrawals/

13

Ankura - 000321

# Binance Offers to Rescue FTX

## November 2022

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | **8** | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

### The New York Times

## *Crypto World Is Rocked as World's Largest Exchange Rescues Rival*

Binance, the world's largest cryptocurrency exchange, said it had reached a deal to buy FTX, amid fears the industry could enter another meltdown.

November 8, 2022

*See generally* Cheela Decl. ¶ 51-54.
David Yaffe-Bellany and Erin Griffith, *Crypto World Is Rocked as World's Largest Exchange Rescues Rival*, The New York Times, November 8, 2022, https://www.nytimes.com/2022/11/08/technology/binance-ftx-deal-crypto.html

14

Ankura - 000322

# Binance Backs Out of FTX Deal

## November 2022

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |



Binance ✓
@binance

As a result of corporate due diligence, as well as the latest news reports regarding mishandled customer funds and alleged US agency investigations, we have decided that we will not pursue the potential acquisition of FTX.com.

4:00 PM · Nov 9, 2022

17.4K Retweets    6,956 Quotes    61.9K Likes    953 Bookmarks

Binance ✓ @binance · Nov 9, 2022
In the beginning, our hope was to be able to support FTX's customers to provide liquidity, but the issues are beyond our control or ability to help.
308    1,198    8,331

Binance ✓ @binance · Nov 9, 2022
Every time a major player in an industry fails, retail consumers will suffer. We have seen over the last several years that the crypto ecosystem is becoming more resilient and we believe in time that outliers that misuse user funds will be weeded out by the free market.
301    945    8,401

Binance ✓ @binance · Nov 9, 2022
As regulatory frameworks are developed and as the industry continues to evolve toward greater decentralization, the ecosystem will grow stronger.
397    814    7,266

*See generally* Cheela Decl. ¶ 51-54.
https://twitter.com/binance/status/1590449161069268992

15

Ankura - 000323

# November 10, 2022

**November 2022**

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

**9:30 a.m. (prevailing Eastern Time)**

BlockFi holds a special meeting of the Board of Directors and discusses, among other things, the possibility of implementing the Platform Pause.

Cheela Decl. ¶ 54.
*See* Stipulated Facts [Docket No. 842], ¶ ¶ 13, Ex. L.

16

Ankura - 000324

# November 10, 2022

## November 2022

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| 30 | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

**3:45 p.m. (prevailing Eastern Time)**

BlockFi holds a special meeting of the Board of Directors and *determines that it is in the best interest of the Company, its clients, and other creditors to implement the Platform Pause.*

Cheela Decl. ¶ 54.
*See* Stipulated Facts [Docket No. 842], ¶ ¶ 13, Ex. M.

17

Ankura - 000325

# BlockFi Pauses Platform Activity

### 8:15 p.m. (prevailing Eastern Time)



Cheela Decl. ¶ 53, Ex. J.
Stipulated Facts [Docket No. 842], ¶ 17, Ex. P and Ex. Q.

18

Ankura - 000326

**BlockFi General Terms of Service**

By applying for a BlockFi Account or using the Online Platform, *you acknowledge that you have read, understood and agree to comply with the Terms.*

---

Cheela Decl. ¶ 6, Ex. A (BlockFi General Terms of Service).
*See* Stipulated Facts [Docket No. 842], ¶ 1.

19

Ankura - 000327

| **BlockFi Wallet Terms of Service** | **BlockFi BIA US Terms of Service** | **BlockFi BIA Non-US Terms of Service** | **BlockFi Private Client Terms of Service** |
| --- | --- | --- | --- |

BlockFi and our third-party partners may experience cyber-attacks, ***extreme market conditions, or other operational or technical difficulties which could result in the immediate halt of transfers and withdrawals of cryptocurrency either temporarily or permanently***.

---

Cheela Decl. ¶ 7, Ex. B (BlockFi Wallet Terms of Service, D.5), Ex. C (BlockFi BIA US Terms of Service, C.3.), Ex. D (BlockFi BIA Non-US Terms of Service, E.3), Ex. F (BPC Terms of Service, F.9).
*See* Stipulated Facts [Docket No. 842], ¶ ¶ 2-4, 6.

20

Ankura - 000328

| **BlockFi Wallet Terms of Service** | **BlockFi BIA US Terms of Service** | **BlockFi BIA Non-US Terms of Service** | **BlockFi Trading Terms of Service** |
|---|---|---|---|

We reserve the right to limit access to your accounts, which can include temporarily or permanently removing your online access, restricting your account and/or closing your accounts ***without prior notice*** to you unless prior notice is required by law. We do not bear liability for such actions.

---

Cheela Decl. ¶ 8, Ex. B (BlockFi Wallet Terms of Service, § G.12), Ex. C (BlockFi BIA US Terms of Service, § G.11); (BlockFi BIA Non-US Terms of Service, § I.11); Ex. E (BlockFi Trading Terms of Service, § I.12).
*See* Stipulated Facts [Docket No. 842]], ¶ ¶ 2-5.

Ankura - 000329

**BlockFi General Terms of Service**

You acknowledge and agree that BlockFi, ***in its sole discretion***, may suspend or discontinue your, and refuse any and all current and future, access to or use of you BlockFi Account ***at any time without notice to you***.

*****

BlockFi reserves the right to refuse service, terminate relationships, and **cancel orders or transactions in its discretion**.

Cheela Decl. ¶ 6, Ex. A (BlockFi General Terms of Service, Registration & Acceptable Use of the Online Platform).
*See* Stipulated Facts [Docket No. 842], ¶ 1.

22

# Major News Outlets Report on BlockFi's Platform Pause

## November 2022

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | |
|--------|--------|---------|-----------|----------|--------|---|
| 30 | 31 | 1 | 2 | 3 | 4 | |
| 6 | 7 | 8 | 9 | 10 | 11 | |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

**Bloomberg**

*Crypto Lender BlockFi Suspends Withdrawals in FTX Contagion*

Bloomberg – November 10, 2022 at 8:33 P.M. ET

**WSJ**

*Crypto Lender BlockFi Halts Withdrawals, Citing FTX's Problem*

Wall Street Journal – November 10, 2022 at 11:55 P.M. ET

**THE STRAITS TIMES**

*Crypto Lender BlockFi Suspends Withdrawals in FTX Contagion*

The Straits Times – November 11, 2022 at 5:43 A.M. ET

Cheela Decl. ¶ 64; Hannah Miller, Crypto Lender BlockFi Suspends Withdrawals in FTX Contagion, BLOOMBERG (Nov. 10, 2022, 8:33 PM), https://www.bloomberg.com/news/articles/2022-11-11/blockfi-pauses-withdrawals-says-can-no-longer-operate-as-usual?srnd=all&leadSource=uverify%20wall#xj4y7vzkg; Elaine Yu, Crypto Lender BlockFi Halts Withdrawals, Citing FTX's Problems, WALL ST. J. (Nov. 10, 2022, 11:55 PM), https://www.wsj.com/articles/crypto-lender-blockfi-halts-withdrawals-citing-ftxs-problems-11668142538; See Crypto Lender BlockFi Suspends Withdrawals in FTX Contagion, STRAITS TIMES (Nov. 11, 2022, 5:43 AM), https://www.straitstimes.com/business/crypto-lender-blockfi-suspends-withdrawals-in-ftx-contagion.

Ankura - 000331

# The Result of the Platform Pause

**The Platform Pause Time Stamp**
November 10, 2022, 8:15 p.m.
(prevailing Eastern Time)

| | | | |
|---|---|---|---|
| BIA to Wallet requests initiated on the User Interface **PRIOR TO** the Platform Pause Time Stamp | ✓ | BIA to Wallet requests initiated on the User Interface **AFTER** the Platform Pause Time Stamp | ✗ |
| Wallet to BIA requests initiated on the User Interface **PRIOR TO** the Platform Pause Time Stamp | ✓ | Wallet to BIA requests initiated on the User Interface **AFTER** the Platform Pause Time Stamp | ✗ |
| Off-platform withdrawal requests initiated on the User Interface **PRIOR TO** the Platform Pause Time Stamp | ✓ | Off-platform withdrawal requests initiated on the User Interface **AFTER** the Platform Pause Time Stamp | ✗ |
| Trade requests initiated on the User Interface **PRIOR TO** the Platform Pause Time Stamp | ✓ | Trade requests initiated on the User Interface **AFTER** the Platform Pause Time Stamp | ✗ |
| Posting of Loan Collateral **PRIOR TO** the Platform Pause Time Stamp | ✓ | Posting of Loan Collateral **AFTER** the Platform Pause Time Stamp | ✗ |

**PRIOR TO** the Platform Pause Time Stamp

**AFTER** the Platform Pause Time Stamp

*See* Cheela Decl. ¶ 59–60.

24

Ankura - 000332

# The User Interface

After the implementation of the Platform Pause, it took the Debtors time to fully disable client-facing transfer request functionality on the User Interface.

**The process to fully disable the User Interface is complex and requires numerous engineers and UI and UX designers to both troubleshoot and disable aspects of the User Interface.**



Cheela Decl. ¶ 66.

Ankura - 000333



# Disabling the User Interface



**November 10**
**8:15 p.m. (prevailing Eastern Time)**

BlockFi implements Platform Pause.

| November 10 | November 11 | November 12-14 | November 15 - 17 | November 18 |

Cheela Decl. ¶ 72, Ex. J.
Stipulated  Facts [Docket No. 842], ¶ 17, Ex. P and Ex. Q.

26

Ankura - 000334

# Disabling the User Interface





BlockFi's engineers investigate ways to fully disable the client-facing transfer request functionality

| November 10 | November 11 | November 12-14 | November 15 - 17 | November 18 |

*See* Cheela Decl. ¶ 72.

27

Ankura - 000335

# Disabling the User Interface



**November 11**
**12:14 p.m. (prevailing Eastern Time)**

BlockFi posts an in-app, "dismissible" pop-up message, available to all of BlockFi's clients using Android and iOS devices.

BlockFi clients needed to click the **"Got It"** button to enter into the app.

### Update to your account

We are shocked and dismayed by the news regarding FTX and Alameda. Given the lack of clarity on the status of FTX.com, FTX US and Alameda, we are not able to operate business as usual. Until there is further clarity, we are limiting platform activity, including pausing client withdrawals as allowed under our Terms.

We will share more specifics as soon as possible. **We request that clients not deposit to BlockFi Wallet or Interest Accounts at this time**. For further questions, please contact our Client Success team.

**Got it**

| November 10 | November 11 | November 12-14 | November 15 - 17 | November 18 |
|---|---|---|---|---|

Cheela Decl. ¶ 66, Ex. P.
Stipulated Facts [Docket No. 842], ¶ 19, Ex. S.

28

Ankura - 000336

# November 11 Alerts

The Debtors posted an in-app, "dismissible," pop-up message which was available to all of BlockFi's clients using Android and iOS devices as an alert-style message in the BlockFi app, regarding the implementation of the Platform Pause.

Nov. 11

12:14 PM

X

**Update to your account**

We are shocked and dismayed by the news regarding FTX and Alameda. Given the lack of clarity on the status of FTX.com, FTX US and Alameda, we are not able to operate business as usual. Until there is further clarity, we are limiting platform activity, including pausing client withdrawals as allowed under our Terms.

We will share more specifics as soon as possible. **We request that clients not deposit to BlockFi Wallet or Interest Accounts at this time.** For further questions, please contact our Client Success Team.

Got it

Cheela Decl. ¶ 66, Ex. P.
*See* Stipulated Facts [Docket No. 842], ¶ 19, Ex. S.

29

Ankura - 000337

# November 11 Alerts

Once the In-App Notice was active, a client could not access their BlockFi account without first affirmatively clicking a button on the User Interface to "dismiss" the message.

Nov. 11

## 12:14 PM

Cheela Decl. ¶ 66, Ex. P.

30

### Update to your account

We are shocked and dismayed by the news regarding FTX and Alameda. Given the lack of clarity on the status of FTX.com, FTX US and Alameda, we are not able to operate business as usual. Until there is further clarity, we are limiting platform activity, including pausing client withdrawals as allowed under our Terms.

We will share more specifics as soon as possible. **We request that clients not deposit to BlockFi Wallet or Interest Accounts at this time.** For further questions, please contact our Client Success team.

Got it

Ankura - 000338

# Disabling the User Interface





## November 11
## <mark>12:17 p.m.</mark> (prevailing Eastern Time)

BlockFi publishes an update on their website regarding the Platform Pause and transmits the message via email to all 650,000+ clients.

| November 10 | November 11 | November 12-14 | November 15 - 17 |

Cheela Decl. ¶ 67, Ex. Q; Cheela Decl. ¶ 68, Ex. R.
Stipulated  Facts ¶ 20-21, 81, Ex. S, Ex. T, Ex. Q.

31

Ankura - 000339

# Disabling the User Interface





⚠️ Transfers are currently paused

**November 15**
<mark>6:00 – 6:12 p.m.</mark> **(prevailing Eastern Time)**

BlockFi introduces pop-up alert message on iOS and web based versions of the User Interface

BlockFi's engineers investigate ways to fully disable the client-facing transfer request functionality

| November 10 | November 11 | November 12-14 | November 15 - 17 | November 18 |

*See* Cheela Decl. ¶ 72.
Stipulated Facts [Docket No. 842], ¶ ¶ 82-83.

32

Ankura - 000340



# Disabling the User Interface



Transfers are currently paused

**November 17**
**9:29 a.m. (prevailing Eastern Time)**

BlockFi introduces pop-up alert message on Android based versions of the User Interface

BlockFi's engineers investigate ways to fully disable the client-facing transfer request functionality

| November 10 | November 11 | November 12-14 | November 15 - 17 | November 18 |

*See* Cheela Decl. ¶ 72.
Stipulated Facts [Docket No. 842], ¶ 84.

33

Ankura - 000341


# Disabling the User Interface



Transfers are currently paused

**By November 18, 2022**, client-facing transfer request functionality is fully disabled on all versions of the User Interface

BlockFi's engineers investigate ways to fully disable the client-facing transfer request functionality

November 10

November 11

November 12-14

November 15 - 17

November 18

*See* Cheela Decl. ¶ 72.

34

Ankura - 000342

# The Wallet Withdrawal Objection



**BlockFi Wallet**

**The Troutman Ad Hoc Committee**

| Notional Value of Custodial Omnibus Wallets as of the Platform Pause Time Stamp[1] | $296,950,551.82[1] |
|---|---|

**Asks that~$375 million[2] of Requested BIA to Wallet Transfers by 48,185 clients _after_ the Platform Pause Time Stamp should _also_ be entitled to recovery from the digital assets in the Custodial Omnibus Wallets**

Cheela Decl. ¶ 81.
_See_ Troutman Ad Hoc Committee Response [Docket No. 834], ¶ ¶ 9, 23.
(1)   Price conversion using end-of-day digital asset prices at 11:59 UTC on November 28, 2022.
(2)   Price conversion using digital asset prices as of 01:15 UTC November 11, 2022.

35

Ankura - 000343



# BlockFi's Business



See Cheela Decl. ¶ 19–46.
See Stipulated Facts [Docket No. 842], ¶ ¶ 38-45.

36

Ankura - 000344

# A "Click" Does Not Immediately Transfer Anything

The Debtors' system for collecting transfer request data is **separate and distinct** from the Batching and True-Up Processes the Debtors utilize for effectuating client transfer requests. ***The mere act of clicking a button on the User Interface has no automatic impact on digital assets in Custodial Omnibus Wallets and Rehypothecateable Wallets.***



Cheela Decl. ¶ 36.
*See* Stipulated Facts [Docket No. 842], ¶ 51.

Ankura - 000345

**BlockFi**

# The User Interface



Transfer Request

**When a BlockFi client initiates a transfer request by clicking the requisite buttons on the User Interface:**

**1** The trade, transfer, or withdrawal request is collected by the Company-Facing Interface to *subsequently* be effectuated via the manual True-Up and/or Batching Processes

**2** The request is immediately displayed on the User Interface

**3** The client receives a fully automated email

**It is not until the Debtors' employees undertake the Batching and/or True-Up processes that client transfer requests are (or can be) actually effectuated**

*See* Cheela Decl. ¶ 49.
*See* Stipulated Facts [Docket No. 842], ¶ 63.

Ankura - 000346

# Illustrative Transfers – Pre Platform Pause



**1** Client A initiates transfer request on User Interface to move 10 BTC from BIA to Wallet



Transfer Request

## Coin Balances





*See* Cheela Decl. ¶ 49.
*See* Stipulated Facts [Docket No. 842], ¶ 63.

Ankura - 000347

# Illustrative Transfers – Pre-Platform Pause



**2** The request is immediately displayed on the User Interface

## Coin Balances





*See* Cheela Decl. ¶ 49.
*See* Stipulated Facts [Docket No. 842], ¶ 63.

40

Ankura - 000348

# Illustrative Transfers – Pre Platform Pause

 BlockFi

**3** The client receives a fully automated email



◆ BlockFi

Fully Automated Email Upon "Click" of Button on the User Interface

### Coin Balances



*See* Cheela Decl. ¶ 49.
*See* Stipulated Facts [Docket No. 842], ¶ 63.

Ankura - 000349

# Illustrative Transfers – Pre Platform Pause



**4** Company-Facing Interface collects the transfer request

## Coin Balances





*See* Cheela Decl. ¶ 49.
*See* Stipulated Facts [Docket No. 842], ¶ 63.

42

Ankura - 000350

# Illustrative Transfers - Pre-Platform Pause

**BlockFi**

**5** BlockFi Employees conduct the True-Up Process and/or the Batching Process with respect to transfer request data collected on the Company-Facing Interface

**Coin Balances**

## BlockFi Employees





**True-Up Process**
(T+1 business day)

**Batching Process**
18 Hours for Crypto; ASAP for Fiat
(No Later than T+7)



**Wallet**

**BIA**

**+10 BTC**

**-10 BTC**

*See* Cheela Decl. ¶ 38.
*See* Stipulated Facts [Docket No. 842], ¶ ¶ 51, 55, 56, 57.

43

Ankura - 000351

**BlockFi**

# The True-Up Process

The True-Up Process is a partially manual, multi-step process undertaken by the Debtors' Treasury and Financial Operations Teams to effectuate client transfer request data collected by the Company-Facing Interface.  The True-Up process occurred once each business day, generally between 9:00 a.m. and 11:00 a.m. (prevailing Eastern time).



**1** BlockFi clients initiate transfer requests on the User Interface. Client receives an automated email and User Interface reflects the book entry for the request.

**2** Data regarding client transfer requests is automatically collected in the Company-Facing Interface.

**3** The data in the Company-Facing Interface is reviewed by BlockFi's Treasury team on the business day following clients' transfer requests.  The Treasury team also reviews current Custodial Omnibus Wallet balances to calculate the digital assets that are needed to reconcile the Custodial Omnibus Wallets so that the balances match the transfer request data reflected in the Company-Facing Interface (the "True-Up Amounts").

Cheela Decl. ¶ 40–42.
Stipulated Facts [Docket No. 842], ¶ ¶ 65-66.

44

Ankura - 000352



# The True-Up Process (Cont'd)

**4** Once each business day, by reference to the prior day's closing balances in Custodial Omnibus Wallets, members of BlockFi's Treasury team effectuate transfers amongst the their Custodial Omnibus Wallets and Rehypothecated Wallets so that the balances in the Custodial Omnibus Wallets and Rehypothecated Wallets match the balances reflected on the User Interface, with a 1-5% buffer in the Custodial Omnibus Wallets.



Transfers of Digital Assets Amongst Omnibus Wallets via Fireblocks and/or BitGo

Digital assets are transferred amongst the Rehypothecated Wallets and Custodial Omnibus Wallets such that the digital assets in the Custodial Omnibus Wallets match the request data in the Company-Facing Interface from the prior business day.

Cheela Decl. ¶ 40–42.
*See* Stipulated Facts [Docket No. 842], ¶¶ 65-66.

45

Ankura - 000353

◆ BlockFi

# BlockFi BIA US and Non-US Terms of Service

**Withdrawals**

1. You may make a request for complete or partial withdrawal of principal from your Crypto Interest Account at any time. Any withdrawal of principal will be transferred instantly to your BlockFi Wallet and any withdrawal from your BlockFi Wallet will be subject to BlockFi Wallet Terms. Any interest that has accrued but not been credited to your account on a month-end basis is not eligible for withdrawal until the fifth business day of the following month. If you are an existing U.S. client, please note that any assets you withdraw from your Crypto Interest Account on or after February 14, 2022 will not be eligible for transferring back into your Crypto Interest Account.

2. Withdrawal limits based on frequency and amount may apply from time-to-time and will be described in your Crypto Interest Account interface and on our Website at https://blockfi.com/fees.

3. BlockFi and our third party partners may experience cyber-attacks, extreme market conditions, or other operational or technical difficulties which could result in the immediate halt of transfers and withdrawals of cryptocurrency either temporarily or permanently. BlockFi is not and will not be responsible or liable for any loss or damage of any sort incurred by you as a result of such cyber-attacks, operational or technical difficulties or suspensions of transfers or withdrawals.

---

Cheela Decl., Ex. B (BlockFi Wallet Terms of Service, C), Ex. C (BlockFi BIA US Terms of Service, E).
Stipulated Facts [Docket No. 842], ¶ ¶ 2-3.

46

Ankura - 000354

# The Batching Process

The True-Up Process is a partially manual, multi-step process undertaken by the Debtors' Financial Operations team to effectuate requests from BIA to Wallet and then ultimately off-platform to clients' external wallets.



**1** BlockFi clients initiate transfer requests on the User Interface by clicking the requisite button(s).

**2** Data regarding client transfer requests is automatically collected in the Company-Facing Interface. Client receives an automated email and User Interface reflects the book entry for the request.

**3** The Debtors' Financial Operations team would "batch" request data on the Company-Facing Interface and then send such batches of withdrawal request data to the Debtors' Fraud and Security team.

Cheela Decl. ¶ ¶ 37–39.
Stipulated Facts [Docket No. 842], ¶ ¶ 58.

Ankura - 000355

# The Batching Process (Con't)


**BlockFi Fraud and Security**



**4**

The Debtors' Fraud and Security team would run automated fraud checks. The automated fraud check system would identify and flag certain off-platform withdrawal requests, which the Debtors' Fraud and Security team would manually review. Depending on the facts of the particular situation, the process described in steps 3 and 4 can either be completed reasonably quickly, or can take numerous days to complete


**BlockFi Financial Operations**





**5**

Each business day, the Debtors' Financial Operations team would review the withdrawal request data that had been reviewed by the Debtors' Fraud and Security team and had cleared fraud checks and hold time;


**BlockFi Financial Operations**





**6**

The Debtors' Financial Operations team would again "batch" such withdrawal requests (i.e., organize the requests for processing) according to the time of request and whether such withdrawal request was for digital currency, ACH, or wire (requests for digital withdrawals always had an 18-hour fraud-check holds, request for cash/ACH withdrawals were manual);

Cheela Decl. ¶ ¶ 37–39.
Stipulated Facts [Docket No. 842], ¶ ¶ 58.

Ankura - 000356

# The Batching Process (Con't)





Two times each business day, the Debtors' Financial Operations team would upload and ***submit the valid withdrawal request data to BitGo*** (in the instance of on-chain digital currency withdrawal requests), and Silvergate (in the instance of ACH or wire fiat withdrawal requests).





If there were sufficient digital assets in the BitGo Custodial Wallets to effectuate the transfer and withdrawal requests, BitGo would then effectuate such requests by facilitating the movement of digital assets from the BitGo Custodial Wallet to the applicable clients external wallets. Depending on the circumstances, this could happen on the same day as the transfer request. **Otherwise, the Financial Operations team could move additional funds to the BitGo Custodial Wallets in order to effectuate BIA to Client Wallet Account transfer request and a Wallet to external wallet withdrawal requests.**

Cheela Decl. ¶ ¶ 37–39.
Stipulated Facts [Docket No. 842], ¶ ¶ 58.

49

Ankura - 000357



# The True-Up and Batching Processes

Digital assets only move from Rehypothecateable Wallets to Custodial Omnibus Wallets and from the BitGo Custodial Wallet to an external wallet via manual intervention by the Debtors' employees through the True-Up Process and/or Batching Process (whichever comes sooner).



*See* Cheela Decl. ¶ ¶ 37–42.
*See generally* Stipulated Facts ¶ ¶ 51, 53, 56, 57, 58, 62, 64, 65.

50

Ankura - 000358



# The Attempted Post-Platform Pause Transactions

During the UI Delay Period, a number of clients continued to attempt to enter requests for transactions on the User Interface with respect to the digital assets in their Client Wallet Accounts





Transfer Request

**1** Client A initiated transfer request on User Interface to move 10 BTC from BIA to Wallet

## Coin Balances





*See* Cheela Decl. ¶ 49.
*See* Stipulated Facts [Docket No. 842], ¶ 88.

51

Ankura - 000359



# The Attempted Post-Platform Pause Transactions



**2** The request was immediately displayed on the User Interface

## Coin Balances





*See* Cheela Decl. ¶ 49.
*See* Stipulated Facts [Docket No. 842], ¶ 63, 88.

52

Ankura - 000360

# The Attempted Post-Platform Pause Transactions

 **BlockFi**

**3** The client received a fully automated email



**Coin Balances**



*See* Cheela Decl. ¶ 49.
*See* Stipulated Facts [Docket No. 842], ¶ 88.

53

Ankura - 000361

# Illustrative Transfers – Pre Platform Pause



**Client A requests to transfer 10 BTC from BIA to Wallet**

**④** Company-Facing Interface collected the transfer request

## Coin Balances



**Wallet**



**BIA**

*See* Cheela Decl. ¶ 49.
*See* Stipulated Facts [Docket No. 842], ¶ 88.

Ankura - 000362



# The Attempted Post-Platform Pause Transactions

**5** BlockFi Employees did ***not*** conduct the Batching and/or True-Up Process with respect to the transfer requests initiated on the User Interface ***after*** the Platform Pause Time Stamp.



## Coin Balances



**Wallet**

**BIA**

**NO TRANSFER OF DIGITAL ASSETS FROM BIA TO WALLET**

*See* Cheela Decl. ¶ 55.
Stipulated Facts [Docket No. 842], ¶ ¶ 76, 77, 79.

55

Ankura - 000363

# The Troutman Ad Hoc Committee Argues that a "Click" on the User Interface Creates an Ownership Interest of the Digital Assets Held in the Custodial Omnibus Wallets(1)

## *This is not, and cannot be, the case.*



Ankura - 000364

# The Wallet Withdrawal Objection



## BlockFi Wallet

## The Troutman Ad Hoc Committee

**Asks that~$375 million[2] of Requested BIA to Wallet Transfers by 48,185 clients _after_ the Platform Pause Time Stamp should _also_ be entitled to recovery from the digital assets in the Custodial Omnibus Wallets**

| **Notional Value of Custodial Omnibus Wallets as of the Platform Pause Time Stamp[1]** | $296,950,551.82[1] |
|---|---|

Cheela Decl. ¶ 81.
_See_ Troutman Ad Hoc Committee Response [Docket No. 834], ¶ ¶ 9, 23.
(1)  Price conversion using digital asset prices as of 11:59 UTC on November 28, 2022.
(2)  Price conversion using digital asset prices as of 01:15 UTC on November 11, 2022.

57

Ankura - 000365


# The Current State of Affairs

Title to assets contained in the Custodial Omnibus Wallets belongs only to those clients with holdings represented in the Custodial Omnibus Wallets as of the Platform Pause Time Stamp. Those clients own the digital assets in the Custodial Omnibus Wallets—not BlockFi *or anyone else*.







**Custodial Wallet Assets**

$297 million[1]

**Wallet Claims**

$297 million[1]

**BIA Claims**

$1.2 billion[1]

Ankura - 000366



# The Current State of Affairs



Digital Assets in the Custodial Wallet Accounts owned by BlockFi clients who held digital assets in the Custodial Omnibus Wallets as of the Platform Pause Time Stamp.

Clients who had title to digital assets in the Custodial Omnibus Wallets **as of** the Platform Pause Time Stamp.



Includes clients with BIA holdings as of the Platform Pause Time Stamp who requested to move to Wallet **after** the Platform Pause Time Stamp.



**Custodial
Wallet Assets**

$297 million[1]

**Wallet Claims**

$297 million[1]

**BIA Claims**

$1.2 billion[1]

Ankura - 000367

BlockFi

# Troutman Ad Hoc Committee Requests to Dilute Recoveries for Clients who Had Digital Assets in BlockFi Wallet as of the Platform Pause



**Custodial Wallet Assets**

$297 million[1]

**Wallet Claims**

$297 million[1]

+$375 million[2]

**$672 million[3]**

~$375 million[4] of Attempted BIA to Wallet Transfers after the Platform Pause Time Stamp

**BIA Claims**

$1.2 billion[1]

-$375 million[2]

**$863 million[3]**

(1) Price conversion using digital asset prices as of 11:59 UTC on November 28, 2022.
(2) Price conversion using digital asset prices as of 01:15 UTC on November 11, 2022.
(3) For demonstrative purposes; the Debtors make no waivers or admissions and reserve all rights.

*See* Cheela Decl. ¶ 81.    60

Ankura - 000368



# Troutman Ad Hoc Committee Requests to Dilute Recoveries for Clients who Had Digital Assets in BlockFi Wallet as of the Platform Pause



**Custodial Wallet Assets**

$297 million[1]

**Wallet Claims**

**$672 million[2]**

**BIA Claims**

**$863 million[2]**

(1)  Price conversion using digital asset prices as of 11:59 UTC on November 28, 2022.
(2)  For demonstrative purposes; the Debtors make no waivers or admissions and reserve all rights.

*See* Cheela Decl. ¶ 81.      61

Ankura - 000369



# Troutman Ad Hoc Committee Requests to Dilute Recoveries for Clients who Had Digital Assets in BlockFi Wallet as of the Platform Pause





**Significant Decrease in Wallet Holder Recoveries**

**Custodial Wallet Assets**

$297 million[1]

**Wallet Claims**

**$672 million[2]**

**BIA Claims**

**$863 million[2]**

(1)    Price conversion using digital asset prices as of 11:59 UTC on November 28, 2022.
(2)    For demonstrative purposes; the Debtors make no waivers or admissions and reserve all rights.

*See* Cheela Decl. ¶ 81.    62

Ankura - 000370

**BlockFi**

# The Wallet Withdrawal Motion

The Debtors seek to do right by their clients:

✓ **Honor client withdrawals** from Client Wallet Accounts as of the Platform Pause Time Stamp and **return the crypto in Omnibus Wallet Accounts to clients promptly**; and

✓ **Update the User Interface** to reflect proper accounting of digital assets as of the Platform Pause Time Stamp.



*See* Cheela Decl. 80.

63

Ankura - 000371