**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Matthew T. Ferris, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
matt.ferris@haynesboone.com

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>BLOCKFI INC., *et al*.,<br>　　　　　Debtors.[1] | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered) |

**CERTIFICATION OF MARK RENZI IN SUPPORT OF DEBTORS'
MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING AND
APPROVING THE SETTLEMENT AND RELEASE OF CLAIMS BY
AND AMONG BLOCKFI LENDING LLC AND US FARMS & MINING
OPPORTUNITY FUND, LLC AND (II) GRANTING RELATED RELIEF**

I, Mark Renzi, pursuant to 28 U.S.C. § 1746, declare:

　　　　1.　　My name is Mark Renzi. I am over the age of 21. I am a Managing Director and

the Head of the Corporate Finance Financial Institutions Group for Berkeley Research Group, LLC

("BRG"). I am also the Chief Restructuring Officer for the debtors and debtors in possession in

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

the above-captioned Chapter 11 Cases (collectively, "BlockFi" or the "Debtors"). Accordingly, I am in all respects competent to make this Certification (the "Certification").

2. Except as otherwise indicated herein, the facts set forth in this Certification are based upon my personal knowledge, my review of relevant documents, information provided to me by the professionals in these Chapter 11 Cases and/or employees working under my supervision, or my opinion based upon my experience, knowledge, and information concerning the Debtors' operations. I am authorized to submit this Certification on the Debtors' behalf. If called upon to testify, I would testify competently to the facts set forth in this Certification.

### The 9019 Motion

3. Contemporaneously with this Certification, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Settlement and Release of Claims By and Among BlockFi Lending LLC and US Farms & Mining Opportunity Fund, LLC and (II) Granting Related Relief* (the "9019 Motion").[2] Through the 9019 Motion, the Debtors request that the Court enter an order (i) authorizing BlockFi Lending to enter into the US Farms Settlement and (ii) approving the terms of the US Farms Settlement.

4. I have reviewed the US Farms Settlement and the related documents and correspondences upon which the US Farms Settlement is based. At all times, the Debtors and US Farms negotiated the US Farms Settlement at arms' length and in good faith with the advice and assistance of their respective counsel. I am aware of no collusion among the Debtors and US Farms. The Debtors and US Farms each made substantive proposals regarding the terms of settlement and the resulting US Farms Settlement was heavily negotiated.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the 9019 Motion.

5. I believe that the US Farms Settlement reflects a fair and reasonable resolution of the various disputes between the Debtors and US Farms, including the US Farms Claims, and a sound exercise of the Debtors' business judgment. I believe further that approval of the US Farms Settlement is in the best interests of the Debtors, their estates, their creditors, and all stakeholders in these Chapter 11 Cases.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2023

By: /s/ *Mark Renzi*
    Mark Renzi
    CRO of the Debtors