# Exhibit "B"

**Exhibit B - Summary of Expenses by Category**

| Description | Total |
|---|---|
| Taxi/Car Service | $302.97 |
| Air Travel | $427.80 |
| Train | $513.00 |
| Hotels | $724.19 |
| Business Meals | $86.54 |
| Conference calls | $76.11 |
| **Total (a)** | **$2,130.61** |

**Note:**

(a) Total amounts are based on M3's expense reporting system as of the date of this Monthly Report and may not be reflective not be reflective of all expenses incurred during the Reporting Period. As such, future monthly reports may include expenses incurred during the Reporting Period.

| Date | Amount | Category | Payer | Notes |
|---|---|---|---|---|
| 5/24/2023 | $ 29.34 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 5/30/2023 | $ 29.08 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 6/4/2023 | $ 328.25 | Hotels | Matthew Manning | Hotel night ahead of deposition |
| 6/4/2023 | $ 208.90 | Air Travel | Matthew Manning | One way BOS to LGA for deposition |
| 6/4/2023 | $ 46.91 | Taxi/Car Service | Matthew Manning | Car to airport |
| 6/5/2023 | $ 79.93 | Taxi/Car Service | Matthew Manning | Airport to hotel ahead of deposition |
| 6/8/2023 | $ 287.00 | Train | Matthew Manning | Return from mediation |
| 6/8/2023 | $ 42.01 | Taxi/Car Service | Matthew Manning | Train station to home |
| 6/20/2023 | $ 226.00 | Train | Matthew Manning | BOS to NYC for mediation |
| 6/22/2023 | $ 395.94 | Hotels | Matthew Manning | Hotel night for mediation |
| 6/23/2023 | $ 218.90 | Air Travel | Matthew Manning | LGA to BOS following mediation |
| 6/23/2023 | $ 61.50 | Taxi/Car Service | Matthew Manning | Car to airport |
| 6/23/2023 | $ 72.62 | Taxi/Car Service | Matthew Manning | Car from airport |
| 6/30/2023 | $ 28.12 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 6/30/2023 | $ 76.11 | Conference calls | M3 Team | Conference call system |
| **Total** | **$2,130.61** | | | |