# **CERTIFICATE OF SERVICE**

      I, John C. Goodchild, III, hereby certify that on September 12, 2023, I caused to be served copies of the *Limited Objection of Emergent Fidelity Technologies Ltd to Debtors' (1) Motion to Estimate FTX Claims and (2) Objection to FTX Claims* to all parties consenting to service through the Court's CM/ECF system.

Dated: September 12, 2023                      **MORGAN, LEWIS & BOCKIUS LLP**

                                                     /s/ *John C. Goodchild, III*
                                                     John C. Goodchild, III (Bar No. 024031994)
                                                     1701 Market Street
                                                     Philadelphia, PA 19103
                                                     Telephone: (215) 963-5020
                                                     Email: john.goodchild@morganlewis.com