# **CERTIFICATE OF SERVICE**

I, James L. Bromley, hereby certify that on September 13, 2023, I caused to be served copies of the *Reservation of Rights of the FTX Debtors in Connection with BlockFi Debtors' Ninth Omnibus Objection to the FTX Claims*, to all parties consenting to service through the Court's CM/ECF System.

Dated: September 13, 2023
New York, New York

*/s/ James L. Bromley*
James L. Bromley (NJ Bar No. 1551996)
Andrew G. Dietderich (*pro hac vice*)
Brian D. Glueckstein (*pro hac vice*)
Benjamin S. Beller (*pro hac vice* to be filed)
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: bromleyj@sullcrom.com
dietdericha@sullcrom.com
gluecksteinb@sullcrom.com
bellerb@sullcrom.com

*Counsel for the FTX Debtors*