# **CERTIFICATE OF SERVICE**

        I, James L. Bromley, hereby certify that on September 13, 2023, I caused to be served copies of the *Objection of the FTX Debtors to (I) Confirmation of the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates and (II) Final Approval of the Debtors' Disclosure Statement*, to all parties consenting to service through the Court's CM/ECF System.

Dated: September 13, 2023
      New York, New York

*/s/ James L. Bromley*
James L. Bromley (NJ Bar No. 1551996)
Andrew G. Dietderich (*pro hac vice*)
Brian D. Glueckstein (*pro hac vice*)
Benjamin S. Beller (*pro hac vice* to be filed)
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: bromleyj@sullcrom.com
       dietdericha@sullcrom.com
       gluecksteinb@sullcrom.com
       bellerb@sullcrom.com

*Counsel for the FTX Debtors*