# EXHIBIT A

# BlockFi Inc. Loan Account Holder Proof of Claim Form

## Electronic Proof of Claim ID

If you have an EPOC ID please enter it below and select next to proceed with your claim submission. EPOC IDs can be located on the pre-printed proof of claim forms sent via first-class mail.

EPOC ID

EPOC IDs are not required to submit a claim. If you cannot locate your EPOC ID or do not have an EPOC ID, please select next to continue with your claim submission.

## Instructions

Read the instructions before filling out this form. This form is for making a claim based on assets held in account of the Debtors. **Do not** use this form to assert any other pre-petition claims. **Do not** use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed (November 28, 2022).**

☑ Check here to see further instructions on completing your claim form:

## Debtor Selection

**If you have one or more Loan Collateral accounts, fill in this information to identify the case:**
- ⦿ U.S. client
- ○ Non-U.S. client

- ☑ BlockFi Lending LLC (Case No. 22-19365)
- ☐ Other

## Claim Information

**1. Who is the current creditor?**

John William VanTubergen Jr

Other names the creditor used with the debtor

Customer Identification Number(s):

Email Address Used to Sign Up for your BlockFi Account(s):

jvt@eagd2d.com

**2. Has this claim been acquired from someone else?**
- ⦿ No
- ○ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

**Where should notices to the creditor be sent?**

Name:

John William VanTubergen Jr

Address 1 (Street address, "Care of:", or "Attention To:"):

███████████████████

Address 2:

Address 3:

Address 4:

City:

██████████

State or Province (use 2-letter abbreviation if US or Canada):

MI

Zip Code | Postal Code:

██████████

Is the creditor address outside of the US?

◉ No
○ Yes

Contact phone:

6164068070

Contact email:

jvt@livesolar.com

Should payments go to a different address?

◉ No
○ Yes

**Would you like to add any additional noticing addresses?**

◉ No
○ Yes

**4. Does this claim amend one already filed?**

◉ No
○ Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

◉ No
○ Yes

**6. Do you have any number you use to identify the debtor?**

◉ No
○ Yes

## Claim Amount

* 7a. To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022)

BlockFi Lending LLC (Case No. 22-19365)

10,000,000.00

\* 7b. List the number of each type of coin held in your Loan account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in your Loan account(s) as of the date the case was filed).

Use only numerals and decimals in the Loan Collateral field, up to a maximum of 21 digits or 20 digits and 1 decimal.

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Loan Collateral |
|---|---|---|
| Bitcoin (BTC) | $ 16,206.3000 | |
| Ethereum (ETH) | $ 1,167.2400 | |
| Binance Coin (BNB) | $ 292.7865 | |
| Binance USD (BUSD) | $ 1.0000 | |
| Litecoin (LTC) | $ 73.8500 | |
| Multi Collateral Dai (DAI) | $ 0.9997 | |
| PAX Gold (PAXG) | $ 1,740.6400 | |
| Polkadot (DOT) | $ 5.1340 | |
| US Dollar Fiat (USD) | $ N/A | |

Do you hold additional coins in your account not listed above?
◉ No
○ Yes

## Additional Claim Information

**8. What is the basis of the claim?** (limited to 100 characters)

My collateral that is owed to me from my loans due to false force liquidations from Blockfi.

**9. Is all or part of the claim secured?**
◉ No
○ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.

☐ Motor vehicle

☐ Other.

**Basis for perfection:**

**Value of property (all amounts in US $ dollars):**

**Amount of the claim that is secured (all amounts in US $ dollars):**

**Amount of the claim that is unsecured (all amounts in US $ dollars):**

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars):**

**Interest Rate Type:**                                              **Annual Interest Rate (when case was filed) %:**

○ Fixed
○ Variable

**10. Is this claim based on a lease?**

◉ No
○ Yes

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars).**

**11. Is this claim subject to a right of setoff?**

◉ No
○ Yes

Identify the property:

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

◉ No
○ Yes

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other

E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

- ◉ I am the creditor.
- ○ I am the creditor's attorney or authorized agent.
- ○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- ○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

03/15/2023

Signature



I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

**Name of the person who is completing and signing this claim:**

First name

John

Middle Name

Last name

VanTubergen

Title

Company

Address 1:

[redacted]

Address 2:

Address 3:

Address 4:

City:

[redacted]

State or Province (use 2-letter abbreviation if US or Canada):

MI

Zip Code | Postal Code:

[redacted]

Is the address outside of the US?

◉ No
○ Yes

Contact phone:

16164068070

Contact email:

jvt@livesolar.com

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

◉ I have supporting documentation
○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

BlockfiLiquidationSummary.pdf                                                231 KB

**Attachment Filename**

BlockfiLiquidationSummary.pdf

## Confirmation of Submission

**Your Form has been successfully submitted...**

DOCUMENT ID

3bcb578cff410f6c74bbd8f9a9a92e3805f8eec0

Status

Submitted

Submission Email Address

jvt@livesolar.com

Submitted Date Time

2023-03-15T21:15:14.941Z

CONFIRMATION ID

3275-49-PDAFW-071006799

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as your Confirmation ID.

| Loan ID | Date | Time (UTC) | Transaction Type | Collateral Type | Pre-Sale Collateral Balance | Collateral Sold | Dollars Raised | Post-Sale Collateral Balance |
|---|---|---|---|---|---|---|---|---|
| 736435a7 | 1/21/2022 | 3:30 AM | Forced | BTC | 72.05 | 31.35437598 | $1,203,243.90 | 40.69562402 |
| 736435a7 | 5/9/2022 | 10:58 AM | Forced | BTC | 40.69562402 | 17.55770306 | $569,607.41 | 23.13792096 |
| 736435a7 | 5/12/2022 | 9:03 PM | Voluntary | BTC | 26.13792096 | 19.40627623 | $548,455.56 | 6.73164473 |
| 5be66333 | 1/22/2022 | 10:08 AM | Forced | ETH | 841.0927540 | 363.2473198510 | $843,997.44 | 477.8454341490 |
| 5be66333 | 5/11/2022 | 1:00 PM | Voluntary | ETH | 477.8454341490 | 370.6578508570 | $793,510.13 | 107.1875832920 |
| ce7f64ed | 1/21/2022 | 3:33 AM | Forced | BTC | 39.1216986 | 17.40247579 | $664,855.46 | 21.71922281000 |
| ce7f64ed | 5/9/2022 | 2:53 PM | Forced | BTC | 21.71922281000 | 9.2020154 | $297,662.82 | 12.5172074100 |
| 558207a5 | 5/19/2021 | 8:39 PM | Forced | ETH | 3283.602400 | 1565.244200 | $3,540,582.38 | 1,718.3582000 |
| 250568f4 | 6/22/2021 | 11:13 AM | Forced | BTC | 78.383300 | 6.325708128 | $183,780.59 | 72.05759187 |
| 176fcbc3 | 6/22/2021 | 11:13 AM | Forced | BTC | 42.49461405 | 3.429410672 | $99,634.56 | 39.06520338 |
| 1a118e43 | 7/13/2021 | 11:59 PM | Forced | ETH | 3334.9282 | 1781.305297 | $3,471,443.75 | 1,553.62290300 |
| 1a118e43 | 7/19/2021 | 11:59 PM | Forced | ETH | 1,553.62290300 | 818.4278968 | $1,429,954.44 | 735.19500623 |