# EXHIBIT C



## Ethereum USD (ETH-USD)
CCC - CoinMarketCap. Currency in USD

**1,542.29** -80.96 (-4.99%)
As of 09:48PM UTC. Market open.

Follow   👥 Visitors trend   2W ↑   10W ↑   9M ↑

Quote Lookup

Summary   Chart   Conversations   **Historical Data**   Profile



yahoo!finance

NEW: EXPERIENCE OUR
BEST CHARTS YET.

Explore new charts

Time Period: Sep 11, 2022 - Sep 11, 2023 ⌄        Show: Historical Prices ⌄        Apply
Frequency: Daily ⌄

Currency in USD                                                              ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| May 19, 2021 | 3,382.66 | 3,437.94 | 1,952.46 | 2,460.68 | 2,460.68 | 84,482,912,776 |
| May 18, 2021 | 3,276.87 | 3,562.47 | 3,246.40 | 3,380.07 | 3,380.07 | 40,416,525,218 |
| May 17, 2021 | 3,581.34 | 3,587.77 | 3,129.01 | 3,282.40 | 3,282.40 | 54,061,732,774 |
| May 16, 2021 | 3,641.83 | 3,878.90 | 3,350.95 | 3,587.51 | 3,587.51 | 47,359,478,734 |
| May 15, 2021 | 4,075.95 | 4,129.19 | 3,638.12 | 3,638.12 | 3,638.12 | 42,422,321,751 |
| May 14, 2021 | 3,720.12 | 4,171.02 | 3,703.40 | 4,079.06 | 4,079.06 | 48,174,271,215 |
| May 13, 2021 | 3,828.92 | 4,032.56 | 3,549.41 | 3,715.15 | 3,715.15 | 78,398,214,539 |
| May 12, 2021 | 4,174.64 | 4,362.35 | 3,785.85 | 3,785.85 | 3,785.85 | 69,023,382,175 |

*Close price adjusted for splits.   **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **BTC-USD** Bitcoin USD | 25,136.51 | -716.43 | -2.77% |
| **DOGE-U...** Dogecoin USD | 0.060269 | -0.001243 | -2.02% |
| **ADA-USD** Cardano USD | 0.240386 | -0.008797 | -3.53% |
| **XRP-USD** XRP USD | 0.471593 | -0.028445 | -5.69% |
| **LTC-USD** Litecoin USD | 58.23 | -3.00 | -4.90% |

Finance Home      Watchlists      My Portfolio      Markets      News      Videos      Yahoo Finance Plus 🅥      Screeners      •••