# EXHIBIT J



J. VanTubergen <jvt@eagd2d.com>

## [Scratch] Re: Call with John

**J. VanTubergen** <jvt@eagd2d.com>  Thu, Apr 20, 2023 at 12:01 PM
To: Scratch <support+id681937@scratchfi.zendesk.com>

Hi **SCRATCH AGENT 1**
Please see the attached Lien statements that need to be removed.
Scratch will need to file a UCC-3 form for each UCC-1 that they filed.
I need this done right away as these have been there since 2019 and are effecting my business in a negative way.
If this isnt completed in the next 48 hours I will have to file a lawsuit against Scatch.
I need a copy of each UCC-3 form that is completed and emailed back to me along with a confirmation that they were submitted to SOS properly.
Please let me know if you have any questions.
Best regards,



**EnergyAcquisitionsGroup.com**
President,
J. VanTubergen
jvt@eagd2d.com
P. 844.378.3536
C. 616.406.8070
F. 800.611.7849

[Quoted text hidden]

---

**3 attachments**


**20190429000934-1.pdf**
66K

**20190618001105-6.pdf**
66K


**20190724000759-4.pdf**
66K