# EXHIBIT K

# Gmail

J. VanTubergen <jvt@eagd2d.com>

## [Scratch] Re: Call with John UCC LIEN Docs

**SCRATCH AGENT 2 (Scratch)** <support@scratchfi.zendesk.com>  Wed, Jun 14, 2023 at 12:27 PM
Reply-To: Scratch <support+id681937@scratchfi.zendesk.com>
To: John <jvt@eagd2d.com>

##- Please type your reply above this line -##

Your request (681937) has been updated. To add additional comments, reply to this email.

**SCRATCH AGENT 2 (Scratch Borrower Operations)**
Jun 14, 2023, 9:27 AM PDT

Dear Mr. Van Tubergen,

We have again reviewed your questions, and your assertions are contrary to the terms of the BlockFi Loan Agreements and the collateral descriptions of the UCC-1 Financing Statements. The UCC-1 Financing Statements were filed pursuant to your BlockFi Loan Agreements, which the express language of Paragraph 5 of those Agreements permit and require: Section 5 "authorizes Lender at any time and from time to time, at Borrower's expense, to file in any jurisdiction any financing statements and amendments". The UCC-1s were those financing statements.

You claim that your personal and residential property was indicated as collateral in the Loan Agreements or in the UCC-1 Financing Statements. Again, it was not. The UCC-1 Financing Statements perfect the security interest only on the property described in the collateral description of the UCC-1s themselves, which is the crytocurrency described in both the collateral description in the UCC-1 Financing Statements and in the collateral description in Section 5 of the Loan Agreements themselves. The UCC-1 Financing Statements do not perfect liens in property or affect property that is not identified in the collateral description.

Again, the UCC-3 Termination Statements were filed on all three Loan Agreements on May 1, 2023. We trust that this explains both the contractual basis for and the limited scope of the UCC-1s and that such UCC-1s have been terminated by those UCC-3 filings.

Thanks,
Team Scratch

**John**
Jun 7, 2023, 4:16 PM PDT

This does not explain where you had the right to file the UCC1 liens. They were put against my personal property and section 5 does not allow you to do that. The only collateral that you had was my crypto. Nothing more.

This means that Blockfi/Scratch has violated and breached our agreement by filing the UCC 1 lien against my personal property.

Which has caused major damages. You also did not send me a copy of the UCC3 release documents for each filing that I requested.

These were not removed until I had to reach out to you to do so. I also have in an email from Blockfis director of finance that they do not accept any collateral including home land property. The only collateral acceptable was and is crypto.

A UCC1 filing is specifically to file against property not crypto. Again, this is documented proof that Blockfi/Scratch violated our agreement.

This has caused myself and personal business massive damages. Please let me know how you would like to proceed. Or if I need to get legal counsel at this time to proceed in filing my case against you.

-------- Original message --------
From: **SCRATCH AGENT 2**
Date: 6/1/23 12:56 PM (GMT-05:00)
To: John <jvt@eagd2d.com>
Subject: [Scratch] Re: Call with John UCC LIEN Docs

---

**SCRATCH AGENT 2** (Scratch Borrower Operations)

Jun 1, 2023, 9:56 AM PDT

Hi John,

Here is the response from our team:

Dear Mr. Van Tubergen,

We have looked into your questions about the UCC-1 Financing Statements filed pursuant to your BlockFi Loan Agreements. You first asked generally where the Loan Agreements permit filing of UCC-1s with the Michigan Secretary of State to perfect BlockFi's security interest. We directed your attention to Section 5 of your Loan Agreements, noting further that Section 5 "authorizes Lender at any time and from time to time, at Borrower's expense, to file in any jurisdiction any financing statements and amendments". You next asked where your personal and residential property was indicated as collateral in the Loan Agreements. In short, they were not, nor was your personal property and residential property included in or subject to the UCC-1 Financing Statements either. The UCC-1 Financing Statements perfect the security interest only on the property described in the collateral description of the UCC-1s themselves. You will note that the collateral description in the UCC-1 Financing Statements match the collateral description in Section 5 of the Loan Agreements themselves. As the UCC-1 Financing Statements contain specifically described collateral, the UCC-1s are neither blanket liens nor do they perfect liens in property or affect property that is not identified in the collateral description.

UCC-3 Termination Statements were filed on all three Loan Agreements on May 1, 2023.  We trust that this explains both the contractual basis for and the limited scope of the UCC-1s and that such UCC-1s have been terminated by UCC-3 filings on May 1, 2023.

Thanks,
Team Scratch

---

**SCRATCH AGENT 2** (Scratch Borrower Operations)
May 30, 2023, 3:24 PM PDT

Hi John,

I do apologize for the delay. We have already re-escalated this to our legal team last week again. Once we have an update, we will reach back out. Please give us some time to work on this.

Thanks,
Team Scratch

---

**John**
May 30, 2023, 11:48 AM PDT

Still waiting for a response.

-------- Original message --------
From: jvt <jvt@eagd2d.com>
Date: 5/16/23 10:53 PM (GMT-05:00)
To: Scratch <support+id681937@scratchfi.zendesk.com>
Subject: RE: [Scratch] Re: Call with John UCC LIEN Docs

I still have not heard from your legal team.
Please have them respond right away.

J.V.

-------- Original message --------
From: **SCRATCH AGENT 3**
Date: 5/10/23 6:14 PM (GMT-05:00)
To: John <jvt@eagd2d.com>
Subject: [Scratch] Re: Call with John UCC LIEN Docs

## John

May 23, 2023, 6:33 AM PDT

I'm still waiting to hear from your legal team. What's the hold up?

-------- Original message --------

From: jvt <jvt@eagd2d.com>

Date: 5/16/23 10:53 PM (GMT-05:00)

To: Scratch <support+id681937@scratchfi.zendesk.com>

Subject: RE: [Scratch] Re: Call with John UCC LIEN Docs

I still have not heard from your legal team.

Please have them respond right away.

J.V.

-------- Original message --------

From: **SCRATCH AGENT 3**

Date: 5/10/23 6:14 PM (GMT-05:00)

To: John <jvt@eagd2d.com>

Subject: [Scratch] Re: Call with John UCC LIEN Docs

## John

May 16, 2023, 7:53 PM PDT

I still have not heard from your legal team.

Please have them respond right away.

J.V.

-------- Original message --------

From: **SCRATCH AGENT 3**

Date: 5/10/23 6:14 PM (GMT-05:00)

To: John <jvt@eagd2d.com>

Subject: [Scratch] Re: Call with John UCC LIEN Docs

**SCRATCH AGENT 3** (Scratch Borrower Operations)

May 10, 2023, 3:14 PM PDT

Hi John,

I'm going to forward this to our Legal team (legal@scratch.fi).

Best,

Team Scratch

---

*Don't recognize this loan? Have any questions? Contact us:*

**Hours**: *Monday - Thursday, 9AM to 8PM and Friday, 9AM to 5PM ET.*

**Email**: *[support@scratch.fi](support@scratch.fi)*

**Call**: *(844) 727-2684*

**Snailmail**:

- *Scratch Services, LLC*
- *PO Box 411285*
- *San Francisco, CA 94141-1285*

[https://help.scratch.fi](https://help.scratch.fi)

*We, Scratch, are contacting you about your account in an attempt to collect a debt. Any information obtained will be used for that purpose.*

*We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.*

**For residents of New York City**: *Scratch Services, LLC is licensed by the city of New York, Department of Consumer Affairs, License # 2095909-DCA.*

**For residents of Buffalo, New York**: *Scratch Services, LLC is licensed by the city of Buffalo, New York, License # CAG16-10037515.*

**For residents of Utah**: *As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit report may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. We will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described on the initial notice letter for your account.*

**For residents of Maine**: *Scratch Services, LLC operating hours are from 9:00 AM to 8:00 PM Eastern Time, Monday through Thursday and 9:00 AM to 5 PM Eastern Time on Friday. You may contact our office during business hours by calling (844) 727- 2684.*

---

**John**

May 10, 2023, 3:03 PM PDT

Hello,

I've read through section 5 of the LSA that you indicated gave the rights to place these liens.

It does not state that Scratch and or Blockfi had any rights to apply UCC liens against my personal residential home and property.

The only collateral that was agreed to and stated in the LSA is the 100% cryptocurrency that was posted before the 50% funding.

Please point put specifically where my personal property and personal guarantee using my personal property was indicated as the collateral for these loans. Thank you.

J.V.

-------- Original message --------

From: **SCRATCH AGENT 3**

Date: 5/10/23 5:11 PM (GMT-05:00)

To: John <jvt@eagd2d.com>

Subject: [Scratch] Re: Call with John UCC LIEN Docs

**SCRATCH AGENT 3** (Scratch Borrower Operations)

May 10, 2023, 2:11 PM PDT

Hi John,

I've attached the 3 loan documents below as PDFs. You can also find these in your **Documents** tab once you log in to your Scratch account.

Best,
Team Scratch

*Don't recognize this loan? Have any questions? Contact us:*
**Hours**: Monday - Thursday, 9AM to 8PM and Friday, 9AM to 5PM ET.
**Email**: support@scratch.fi
**Call**: (844) 727-2684
**Snailmail**:

- *Scratch Services, LLC*
- *PO Box 411285*
- *San Francisco, CA 94141-1285*

https://help.scratch.fi

*We, Scratch, are contacting you about your account in an attempt to collect a debt. Any information obtained will be used for that purpose.*

*We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.*

***For residents of New York City***: *Scratch Services, LLC is licensed by the city of New York, Department of Consumer Affairs, License # 2095909-DCA.*

***For residents of Buffalo, New York***: *Scratch Services, LLC is licensed by the city of Buffalo, New York, License # CAG16-10037515.*

***For residents of Utah***: *As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit report may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. We will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described on the initial notice letter for your account.*

***For residents of Maine***: *Scratch Services, LLC operating hours are from 9:00 AM to 8:00 PM Eastern Time, Monday through Thursday and 9:00 AM to 5 PM Eastern Time on Friday. You may contact our office during business hours by calling (844) 727- 2684.*

Attachment(s)

[fab2891f_Promissory_Note6:11:19Pdf.pdf](#)
[24f055b9_Promissory_Note7.11.19Pdf.pdf](#)
[60ffa605_Promissory_Note4:18:19Pdf.pdf](#)

---

### John
May 10, 2023, 1:23 PM PDT

Please send all 3 specific loan documents in regards to the UCC filings in pdf format. You only sent one.

-------- Original message --------
From:    **SCRATCH AGENT 2**
Date: 5/10/23 3:58 PM (GMT-05:00)
To: John <jvt@eagd2d.com>
Subject: [Scratch] Re: Call with John UCC LIEN Docs

---

### **SCRATCH AGENT 2** (Scratch Borrower Operations)
May 10, 2023, 12:58 PM PDT

Sorry about that, John. Please give this a try.

Thanks,

**SCRATCH AGENT 2**

Team Scratch

Attachment(s)

[5be66333_Promissory_Note.pdf](#)

---

### John

May 10, 2023, 12:54 PM PDT

These files do not open. Please send as PDF attachments

-------- Original message --------
From: **SCRATCH AGENT 2**
Date: 5/10/23 3:37 PM (GMT-05:00)
To: John <jvt@eagd2d.com>
Subject: [Scratch] Re: Call with John UCC LIEN Docs

---

### **SCRATCH AGENT 2** (Scratch Borrower Operations)

May 10, 2023, 12:37 PM PDT

Hi John,

We have forwarded your request to our internal team.

We filed the 3 UCC-3 Forms and they should be available via the State of Michigan website once they've been processed.

We were advised that the right to file the UCCs comes from Section 5 of each of the respective Loan and Security Agreements. I have attached two of your promissory notes below. They all have the same language for section 5. You can access the rest on my.scratch.fi.

Thanks,

**SCRATCH AGENT 2**

Team Scratch

Attachment(s)

[5be66333_Promissory_Note](#)

[fade3835_Promissory_Note](#)

---

### John

May 9, 2023, 1:04 PM PDT

Obviously you're avoiding my requests. Please send the contact information to your legal team.

-------- Original message --------

From: jvt <jvt@eagd2d.com>

Date: 5/8/23 7:52 AM (GMT-05:00)

To: Scratch <support+id681937@scratchfi.zendesk.com>

Subject: RE: [Scratch] Re: Call with John UCC LIEN Docs

Please Respond to my repeated request.

Please send me copies of EACH UCC-3 form filed.

Also, I need the documentation that gave Scratch/Blockfi authorization to add those liens since the only agreed collateral allowed from my end was the cryptocurrency I had preposted before the loans.

Thanks
J.V.

-------- Original message --------

From: jvt <jvt@eagd2d.com>

Date: 5/1/23 7:47 PM (GMT-05:00)

To: Scratch <support+id681937@scratchfi.zendesk.com>

Subject: RE: [Scratch] Re: Call with John UCC LIEN Docs

Hi **SCRATCH AGENT 3**

Please send me copies of EACH UCC-3 form filed.

Also, I need the documentation that gave Scratch/Blockfi authorization to add those liens since the only agreed collateral allowed from my end was the cryptocurrency I had preposted before the loans.

Thanks
J.V.

-------- Original message --------

From: **SCRATCH AGENT 3**

Date: 5/1/23 6:53 PM (GMT-05:00)

To: John <jvt@eagd2d.com>

Subject: [Scratch] Re: Call with John UCC LIEN Docs

John

May 8, 2023, 4:52 AM PDT

Please Respond to my repeated request.

Please send me copies of EACH UCC-3 form filed.

Also, I need the documentation that gave Scratch/Blockfi authorization to add those liens since the only agreed collateral allowed from my end was the cryptocurrency I had preposted before the loans.

Thanks
J.V.

-------- Original message --------
From: jvt <jvt@eagd2d.com>
Date: 5/1/23 7:47 PM (GMT-05:00)
To: Scratch <support+id681937@scratchfi.zendesk.com>
Subject: RE: [Scratch] Re: Call with John UCC LIEN Docs

Hi **SCRATCH AGENT 3**

Please send me copies of EACH UCC-3 form filed.

Also, I need the documentation that gave Scratch/Blockfi authorization to add those liens since the only agreed collateral allowed from my end was the cryptocurrency I had preposted before the loans.

Thanks
J.V.

-------- Original message --------
From: **SCRATCH AGENT 3**
Date: 5/1/23 6:53 PM (GMT-05:00)
To: John <jvt@eagd2d.com>
Subject: [Scratch] Re: Call with John UCC LIEN Docs

---

### John
May 1, 2023, 4:47 PM PDT

Hi **SCRATCH AGENT 3**

Please send me copies of EACH UCC-3 form filed.

Also, I need the documentation that gave Scratch/Blockfi authorization to add those liens since the only agreed collateral allowed from my end was the cryptocurrency I had preposted before the loans.

Thanks
J.V.

-------- Original message --------
From: **SCRATCH AGENT 3**
Date: 5/1/23 6:53 PM (GMT-05:00)
To: John <jvt@eagd2d.com>
Subject: [Scratch] Re: Call with John UCC LIEN Docs

**SCRATCH AGENT 3** (Scratch Borrower Operations)
May 1, 2023, 3:53 PM PDT

Hi John,

I hope you are doing well. We filed the 3 UCC-3 Forms and they should be available via the State of Michigan website once they've been processed.

Best,

Team Scratch

*Don't recognize this loan? Have any questions? Contact us:*
***Hours***: *Monday - Thursday, 9AM to 8PM and Friday, 9AM to 5PM ET.*
***Email****: [support@scratch.fi](mailto:support@scratch.fi)*
***Call****: (844) 727-2684*
***Snailmail****:*

- *Scratch Services, LLC*
- *PO Box 411285*
- *San Francisco, CA 94141-1285*

[https://help.scratch.fi](https://help.scratch.fi)

*We, Scratch, are contacting you about your account in an attempt to collect a debt. Any information obtained will be used for that purpose.*

*We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.*

***For residents of New York City***: *Scratch Services, LLC is licensed by the city of New York, Department of Consumer Affairs, License # 2095909-DCA.*

***For residents of Buffalo, New York***: *Scratch Services, LLC is licensed by the city of Buffalo, New York, License # CAG16-10037515.*

***For residents of Utah***: *As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit report may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. We will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described on the initial notice letter for your account.*

**For residents of Maine**: *Scratch Services, LLC operating hours are from 9:00 AM to 8:00 PM Eastern Time, Monday through Thursday and 9:00 AM to 5 PM Eastern Time on Friday. You may contact our office during business hours by calling (844) 727- 2684.*

---

## John

May 1, 2023, 12:48 PM PDT

Hello,
What is taking so long? Noone is responding.

-------- Original message --------
From: jvt <jvt@eagd2d.com>
Date: 4/28/23 12:52 PM (GMT-05:00)
To: Scratch <support+id681937@scratchfi.zendesk.com>
Subject: RE: [Scratch] Re: Call with John UCC LIEN Docs

Please update on status of my requested documentation.

-------- Original message --------
From: jvt <jvt@eagd2d.com>
Date: 4/26/23 11:25 AM (GMT-05:00)
To: Scratch <support+id681937@scratchfi.zendesk.com>
Subject: RE: [Scratch] Re: Call with John UCC LIEN Docs

Still waiting for a response from you... Please take this very seriously.

-------- Original message --------
From: jvt <jvt@eagd2d.com>
Date: 4/24/23 9:30 AM (GMT-05:00)
To: Scratch <support+id681937@scratchfi.zendesk.com>
Subject: RE: [Scratch] Re: Call with John UCC LIEN Docs

Please update on this.

-------- Original message --------
From: jvt <jvt@eagd2d.com>
Date: 4/21/23 4:30 PM (GMT-05:00)
To: Scratch <support+id681937@scratchfi.zendesk.com>
Subject: RE: [Scratch] Re: Call with John UCC LIEN Docs

Please also provide documentation that Scratch had the legal right to place these lien's on my home. I need to see the specific documentation.
Thank you.

-------- Original message --------

From: **SCRATCH AGENT 1**

Date: 4/21/23 2:14 PM (GMT-05:00)

To: John <jvt@eagd2d.com>

Subject: [Scratch] Re: Call with John UCC LIEN Docs

## John

Apr 28, 2023, 9:52 AM PDT

Please update on status of my requested documentation.

-------- Original message --------

From: jvt <jvt@eagd2d.com>

Date: 4/26/23 11:25 AM (GMT-05:00)

To: Scratch <support+id681937@scratchfi.zendesk.com>

Subject: RE: [Scratch] Re: Call with John UCC LIEN Docs

Still waiting for a response from you... Please take this very seriously.

-------- Original message --------

From: jvt <jvt@eagd2d.com>

Date: 4/24/23 9:30 AM (GMT-05:00)

To: Scratch <support+id681937@scratchfi.zendesk.com>

Subject: RE: [Scratch] Re: Call with John UCC LIEN Docs

Please update on this.

-------- Original message --------

From: jvt <jvt@eagd2d.com>

Date: 4/21/23 4:30 PM (GMT-05:00)

To: Scratch <support+id681937@scratchfi.zendesk.com>

Subject: RE: [Scratch] Re: Call with John UCC LIEN Docs

Please also provide documentation that Scratch had the legal right to place these lien's on my home. I need to see the specific documentation.

Thank you.

-------- Original message --------

From: **SCRATCH AGENT 1**

Date: 4/21/23 2:14 PM (GMT-05:00)

To: John <jvt@eagd2d.com>

Subject: [Scratch] Re: Call with John UCC LIEN Docs

**SCRATCH AGENT 2** (Scratch Borrower Operations)

Apr 26, 2023, 10:06 AM PDT

Hi John,

I apologize for the delay. We have re-escalated your case to our senior management team for review. Once we have an update, we will be in touch.

Thanks,
**SCRATCH AGENT 2**

Team Scratch

---

### John

Apr 26, 2023, 8:25 AM PDT

Still waiting for a response from you... Please take this very seriously.

-------- Original message --------
From: jvt <jvt@eagd2d.com>
Date: 4/24/23 9:30 AM (GMT-05:00)
To: Scratch <support+id681937@scratchfi.zendesk.com>
Subject: RE: [Scratch] Re: Call with John UCC LIEN Docs

Please update on this.

-------- Original message --------
From: jvt <jvt@eagd2d.com>
Date: 4/21/23 4:30 PM (GMT-05:00)
To: Scratch <support+id681937@scratchfi.zendesk.com>
Subject: RE: [Scratch] Re: Call with John UCC LIEN Docs

Please also provide documentation that Scratch had the legal right to place these lien's on my home. I need to see the specific documentation.
Thank you.

-------- Original message --------
From: **SCRATCH AGENT 1**
Date: 4/21/23 2:14 PM (GMT-05:00)
To: John <jvt@eagd2d.com>
Subject: [Scratch] Re: Call with John UCC LIEN Docs

---

### John

Apr 24, 2023, 6:30 AM PDT

Please update on this.

-------- Original message --------

From: jvt <jvt@eagd2d.com>

Date: 4/21/23 4:30 PM (GMT-05:00)

To: Scratch <support+id681937@scratchfi.zendesk.com>

Subject: RE: [Scratch] Re: Call with John UCC LIEN Docs

Please also provide documentation that Scratch had the legal right to place these lien's on my home. I need to see the specific documentation.
Thank you.

-------- Original message --------

From: **SCRATCH AGENT 1**

Date: 4/21/23 2:14 PM (GMT-05:00)

To: John <jvt@eagd2d.com>

Subject: [Scratch] Re: Call with John UCC LIEN Docs

---

### John

Apr 21, 2023, 1:30 PM PDT

Please also provide documentation that Scratch had the legal right to place these lien's on my home. I need to see the specific documentation.
Thank you.

-------- Original message --------

From: **SCRATCH AGENT 1**

Date: 4/21/23 2:14 PM (GMT-05:00)

To: John <jvt@eagd2d.com>

Subject: [Scratch] Re: Call with John UCC LIEN Docs

---

### **SCRATCH AGENT 1** (Scratch Borrower Operations)

Apr 21, 2023, 11:14 AM PDT

Hi John,

I have a manager working on your situation today.
I will update you as soon as I see an update on the escalation ticket.

If you have any other questions, don't hesitate to reach out to us. Our phone number is (844) 727-2684 and our support hours are: Monday-Thursday, 9AM to 8PM ET and Friday, 9AM to 5PM ET.

Best,

**SCRATCH AGENT 1**

Team Scratch

---

*Don't recognize this loan? Have any questions? Contact us:*

**Hours**: *Monday - Thursday, 9AM to 8PM and Friday, 9AM to 5PM ET.*

**Email**: support@scratch.fi

**Call**: *(844) 727-2684*

**Snailmail**:

- *Scratch Services, LLC*
- *PO Box 411285*
- *San Francisco, CA 94141-1285*

https://help.scratch.fi

---

### John

Apr 21, 2023, 9:06 AM PDT

Please update on the status of my request.

-------- Original message --------

From: **SCRATCH AGENT 1**

Date: 4/20/23 12:12 PM (GMT-05:00)

To: John <jvt@eagd2d.com>

Subject: [Scratch] Re: Call with John

---

**SCRATCH AGENT 1** (Scratch Borrower Operations)

Apr 20, 2023, 9:12 AM PDT

Received and passed to the appropriate manager.

Best,

**SCRATCH AGENT 1**

**John**

Apr 20, 2023, 9:01 AM PDT

Hi <span style="background:black;color:white">SCRATCH AGENT 1</span>

Please see the attached Lien statements that need to be removed.

Scratch will need to file a UCC-3 form for each UCC-1 that they filed.

I need this done right away as these have been there since 2019 and are effecting my business in a negative way.

If this isnt completed in the next 48 hours I will have to file a lawsuit against Scatch.

I need a copy of each UCC-3 form that is completed and emailed back to me along with a confirmation that they were submitted to SOS properly.

Please let me know if you have any questions.

Best regards,

EnergyAcquisitionsGroup.com

President,

J. VanTubergen

jvt@eagd2d.com

P. 844.378.3536

C. 616.406.8070

F. 800.611.7849

Attachment(s)

20190429000934-1.pdf

20190618001105-6.pdf

20190724000759-4.pdf

---

**SCRATCH AGENT 1 (Scratch Borrower Operations)**

Apr 20, 2023, 8:55 AM PDT

Hi John,

Feel free to reply to this email with the documents regarding the UCC Lien.

If you have any other questions, don't hesitate to reach out to us. Our phone number is (844) 727-2684 and our support hours are: Monday-Thursday, 9AM to 8PM ET and Friday, 9AM to 5PM ET.

Best,

**SCRATCH AGENT 1**

Team Scratch

*Don't recognize this loan? Have any questions? Contact us:*

**Hours**: *Monday - Thursday, 9AM to 8PM and Friday, 9AM to 5PM ET.*

**Email**: *support@scratch.fi*

**Call**: *(844) 727-2684*

**Snailmail**:

- *Scratch Services, LLC*
- *PO Box 411285*
- *San Francisco, CA 94141-1285*

*https://help.scratch.fi*

[M6LVL3-07Z64]