# EXHIBIT M



J. VanTubergen <jvt@eagd2d.com>

---

**BlockFi | Your Loan Is In Margin Call**

**AGENT 1**  Wed, Dec 4, 2019 at 11:41 AM
To: "J. VanTubergen" <jvt@eagd2d.com>

Hi John,

Appreciate the follow up and I'm really sorry for the delay. I can confirm our backend has been updated (which system uses for any potential liquidation when LTV > 80%). I will chase our Engineering team for an update asap, I wish it was something I could do myself (I certainly understand the frustration, I'm just as frustrated with the delay with this). This issue has been escalated all the way to the top so I'm hopeful it will get sorted out this week.

We sincerely appreciate your patience and understanding, and I apologize for any inconvenience caused. As a courtesy for your troubles I'd love to offer you a free $10 worth of BTC if you're interested.

Thank you again.

Best,

**AGENT 1**

**AGENT 1**



In the event that you haven't seen us in the news recently, we completed our Series A led by Valar Ventures with participation from Winklevoss Capital, Fidelity, Galaxy Digital and Akuna Capital. Take a look at the full announcement here.

[Quoted text hidden]
> [Quoted text hidden]
> This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender, or material which is protected by the attorney-client privilege and/or work product doctrine. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system.