# EXHIBIT N

 Gmail

---

**BlockFi | Your Loan Is In Margin Call**

---

**AGENT 2**

Fri, Mar 13, 2020 at 5:02 PM

To: "J. VanTubergen" <jvt@eag.llc>

Hi John,

As discussed on the phone, we are internally investigating this and are hoping to figure out the best case scenario to reverse this liquidation. As I said mentioned there are no guarantees however we will do everything in our power to make this work for you.

Best,

**AGENT 2**

**AGENT 2**



[Quoted text hidden]

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender, or material which is protected by the attorney-client privilege and/or work product doctrine. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system.