# EXHIBIT O



J. VanTubergen <jvt@eagd2d.com>

## BlockFi | Your Loan Is In Margin Call

J. VanTubergen <jvt@eag.llc>                                              Mon, Mar 16, 2020 at 11:51 AM
To:  **AGENT 2**

Hi **AGENT 2**
Just touching base. I'm still recieving margin call emails from your company. I have a total of 24.7 btc that I've sent to Blockfi. I have 2 loans with you totaling under $86k. So technically you have more collateral of mine than the actual loan size itself.
I know your working on correcting the issue that your company caused with selling 6.8 of my btc. I just want to avoid this same mistake from happening again.
Please assist when you have a moment today.
Thank you for your time in advance!

[Quoted text hidden]
[Quoted text hidden]