# EXHIBIT P



J. VanTubergen <jvt@eagd2d.com>

## I need a call to discuss payoff of account today

**jvt** <jvt@eagd2d.com>                                                              Tue, Dec 29, 2020 at 3:11 PM
To: AGENT 3

Hi AGENT 3
I can't get thru on the phone but I need to speak about paying off account today please

Sent from my Verizon, Samsung Galaxy smartphone