# EXHIBIT Q



J. VanTubergen <jvt@eagd2d.com>

## Refinance request.

**AGENT 4**                                                               Wed, Feb 24, 2021 at 8:00 PM
To: "J. VanTubergen" <jvt@eagd2d.com>
Cc:

Hi John,

Unfortunately, I don't think the OTC desk will be a fit due to volume requirements at this time. For your purposes, I think your best course of action would be to continue borrowing as you have been and executing the trade. When you are ready to pay off the loan, shoot us a note at privateclient@blockfi.com and we will be able to take care of this quite quickly to minimize any slippage.

Thanks John and let me know your thoughts!

BlockFi



[Quoted text hidden]
[Quoted text hidden]