# EXHIBIT R



J. VanTubergen <jvt@eagd2d.com>

---

**BlockFi Loan**

**AGENT 5**	Mon, Mar 16, 2020 at 3:40 PM
To: jvt@eagd2d.com
Cc: **AGENT 2**

**AGENT 2**

I wanted to let you know that I will be personally reviewing your account. My apologies in advance for any additional stress we may have caused.

Best,

**AGENT 5**

**AGENT 5**

**AGENT 5**



BlockFi

---

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender, or material which is protected by the attorney-client privilege and/or work product doctrine. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system.