# EXHIBIT S



J. VanTubergen <jvt@eagd2d.com>

## Connect with Leadership <> Collateral Reinstatement

**AGENT 7**            Mon, Jun 28, 2021 at 5:35 PM
To: "J. VanTubergen" <jvt@eagd2d.com>
Cc: **AGENT 5**

Hi John,

I have CC'd our co-founder and SVP of Operations, Flori, who is familiar with this situation. She will be best able to assist with the collateral reinstatement offer.

To very briefly summarize the collateral reinstatement offer, BlockFi is willing to repurchase the ETH sold during liquidation, and pass on the full cost to reacquire the assets to you in a new loan via refinance, but require the new loan to originate at a Healthy LTV level (<65%).

Best,
**AGENT 7**

--

     **AGENT 7**

**AGENT 7**

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.