# EXHIBIT T

 J. VanTubergen <jvt@eagd2d.com>

## Re: Request For Blockfi Liquidation Documentation

**AGENT 7**  Tue, Jun 28, 2022 at 5:22 PM
To: jvt <jvt@eagd2d.com>
Cc: **AGENT 6**

Hi John,

Similar to other exchanges (non-defi), our transactions are done internally and are not recorded on-chain. The liquidations are done automatically when the Loan's LTV trigger hits.

You would have also received an email after each liquidation with a trade summary.

**AGENT 7**
[Quoted text hidden]
--



**AGENT 7**

**AGENT 7**

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*

[Quoted text hidden]