# EXHIBIT U



J. VanTubergen <jvt@eagd2d.com>

---

## [Scratch] Re: Scratch - Payment history

**jvt** <jvt@eagd2d.com>                                                                 Wed, Sep 28, 2022 at 11:35 AM
To: Scratch <support+id601700@scratchfi.zendesk.com>

I've tried that. It doesn't show what I'm requesting.
Please send me a summary of how many payments missed for each loan. Indicate late period by 30, 60, 90, 120 days.
Also. please indicate which payments were made as a result of refinancing previous loans with id numbers.
Please let me know how long this is going to take.

[Quoted text hidden]