# EXHIBIT V



J. VanTubergen <jvt@eagd2d.com>

## [Scratch] Re: Scratch - Payment history

**SCRATCH AGENT 4**    Sat, Oct 1, 2022 at 2:21 PM
Reply-To: Scratch <support+id601700@scratchfi.zendesk.com>
To: John <jvt@eagd2d.com>

##- Please type your reply above this line -##

Your request (601700) has been updated. To add additional comments, reply to this email.

**SCRATCH AGENT 4** (Scratch Borrower Operations)
Oct 1, 2022, 11:21 AM PDT

Hi John,

Thanks for reaching out to us!

To retrieve the information you are requesting, please contact your loan originator BlockFi. Their contact information is below:

**BlockFi**
Phone number:
646-779-9688

Online Support:
Support Center

Best,
**SCRATCH AGENT 4**
Team ScratchIf you have any other questions, don't hesitate to reach out to us. Our phone number is (844) 727-2684 and our support hours are: Monday-Thursday, 9AM to 8PM ET and Friday, 9AM to 5PM ET.

Best,
Team Scratch
[Quoted text hidden]

[Quoted text hidden]

[PM50Z0-W0OLK]