# EXHIBIT W



J. VanTubergen <jvt@eagd2d.com>

## [Scratch] Re: Scratch - Payment history

**J. VanTubergen** <jvt@eagd2d.com>  Mon, Oct 3, 2022 at 2:00 PM
To: **AGENT 7**

Ive already spoken to Scratch and they indicated that their system does not show the 30, 60, 90, 120 day late payments on the loans.
I need to know which loans had late payments and how many days late each loan was, as well as how many loans were refinanced to pay the loan payments.
 Please send this information. Thanks

Best regards,



**EnergyAcquisitionsGroup.com**
**President,**
J. VanTubergen
jvt@eagd2d.com
P. 844.378.3536
C. 616.406.8070
F. 800.611.7849

[Quoted text hidden]