# EXHIBIT X

  J. VanTubergen <jvt@eagd2d.com>

## [Scratch] Re: Scratch - Payment history

**AGENT 7**  Mon, Oct 3, 2022 at 2:13 PM
To: "J. VanTubergen" <jvt@eagd2d.com>

We do not track payment history on our end as Scratch is used for payment services. All payment history should be available in your statements.

The loans below were refinanced that included part of the late fee:
03274f48
cb452ec4
250568f4
f537298b
a9fe83a5
7fca3f81
1a118e43
2d822248
a3cdfade
56e73195
558207a5
176fcbc3

**AGENT 7**

[Quoted text hidden]
   [Quoted text hidden]
      [Quoted text hidden]
         [Quoted text hidden]

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

--



Schedule a meeting with me anytime!

Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.

[Quoted text hidden]