| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |  |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq. (NJ Bar No. 014321986)<br>Warren A. Usatine, Esq. (NJ Bar No. 025881995)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Christine A. Okike, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br>jsussberg@kirkland.com<br>christine.okike@kirkland.com<br><br>**HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Kenric D. Kattner, Esq. (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>kenric.kattner@haynesboone.com<br><br>*Attorneys for Debtors and Debtors in Possession* | **Order Filed on September 14, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>    Debtors.[1] | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered) |

### ORDER SHORTENING TIME PERIOD FOR NOTICE OF DEBTORS' MOTION TO QUASH THREE ARROWS DEPOSITION NOTICES AND REQUEST FOR PROTECTIVE ORDER

The relief set forth on the following page number two (2) is **ORDERED**.

**DATED: September 14, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

(Page 2)
Debtors: BlockFi Inc.
Case No.         22-19361(MBK)
Caption of Order:   ORDER SHORTENING TIME PERIOD FOR NOTICE OF DEBTORS' MOTION TO QUASH THREE ARROWS DEPOSITION NOTICES AND REQUEST FOR PROTECTIVE ORDER

Upon review of the *Application for Order Shortening Time for Notice of Debtors' Motion to Quash Three Arrows Deposition Notices and Request for Protective Order* (the "Application")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") requesting that the time period for the Motion to Quash be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1) and a hearing scheduled at the Court's earliest convenience,

**IT IS HEREBY ORDERED THAT:**

1. A hearing will be conducted on the Motion to Quash on  15th  September, 2023 at 9:00 am prevailing Eastern Time before the Honorable Chief Judge Michael B. Kaplan, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

2. The Debtors must serve a copy of this Order, and all related documents, to all parties in interest by either overnight mail or email, as applicable.

3. Service must be made on the same day as the date of this Order.

4. Notice by telephone is not required.

5. Any objections to the Motion to Quash may be presented orally at the hearing.

6. Parties may appear remote by contacting Chambers prior to the return date.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.