# Exhibit "A"

**Case No: 22-19361**
**Case Name: BlockFi Inc.**
**M3 Advisory Partners, LP**
**Fee Application Period: July 1 2023 - July 31 2023**

| Task Category | Hours | Fees |
|---|---|---|
| Asset Sales | 20.1 | $16,115.00 |
| Case Administration | 49.9 | $54,885.00 |
| Claims/Liabilities Subject to Compromise | 81.9 | $51,355.00 |
| Court Attendance/Participation | 17.5 | $19,625.00 |
| Financial & Operational Matters | 109.0 | $78,420.00 |
| General Correspondence with Debtor & Debtors' Professionals | 7.1 | $6,655.00 |
| General Correspondence with UCC & UCC Counsel | 47.6 | $47,590.00 |
| Plan of Reorganization/Disclosure Statement | 36.4 | $35,170.00 |
| Potential Avoidance Actions/Litigation Matters | 51.3 | $37,465.00 |
| **Total** | **420.8** | **$347,280.00** |

*Asset Sales*

On an ongoing basis, M3 will meet with the Debtors' advisors and management to evaluate potential transactions, including sales and settlements of loans and other assets, as well as conducting due diligence on negotiations and counterparties.

| Professional | Position | Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | 1.0 | $1,350.00 |
| Manning, Matthew | Managing Director | $1,150 | 4.5 | $5,175.00 |
| Ehrler, Ken | Managing Director | $1,150 | - | $0.00 |
| Bostwick, Brian | Vice President | $750 | 4.1 | $3,075.00 |
| O'Connell, Daniel | Senior Associate | $650 | 7.4 | $4,810.00 |
| Lytle, Brennan | Associate | $550 | 3.1 | $1,705.00 |
| **Total** | | | **20.1** | **$16,115.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 7/4/2023 | Manning, Matthew | Asset Sales | Review and analyze update on sale of machines | 0.7 |
| 7/6/2023 | Manning, Matthew | Asset Sales | Correspondence with Moelis team re: asset sale status update | 0.2 |
| 7/11/2023 | Manning, Matthew | Asset Sales | Correspondence with JV counterparty re: status | 0.2 |
| 7/13/2023 | O'Connell, Daniel | Asset Sales | Review Core Scientific equipment lender counter offer and associated agreed mediation order | 0.8 |
| 7/13/2023 | Manning, Matthew | Asset Sales | Analyze Core Scientific settlement situation (.4) and correspondence with B. Silverberg (BR) and Debtor advisors re: same (.3) | 0.7 |
| 7/14/2023 | O'Connell, Daniel | Asset Sales | Analysis related to Core Scientific equipment lender counter offer and associated agreed mediation order | 1.9 |
| 7/16/2023 | Manning, Matthew | Asset Sales | Correspondence with JV counterparty, Moelis team and UCC advisor team re: status | 0.5 |
| 7/18/2023 | O'Connell, Daniel | Asset Sales | Creation of materials related to Core Scientific Recovery Analysis to be discussed with UCC | 2.2 |
| 7/18/2023 | O'Connell, Daniel | Asset Sales | Iteration of analysis materials related to Core Scientific claim proposal | 1.1 |
| 7/18/2023 | Bostwick, Brian | Asset Sales | Prepare analysis of Core Scientific negotiations | 1.0 |
| 7/18/2023 | Meghji, Mohsin | Asset Sales | Attend discussions regarding Core Scientific | 1.0 |
| 7/19/2023 | Bostwick, Brian | Asset Sales | Revise Core Scientific deliverable | 0.8 |
| 7/19/2023 | Manning, Matthew | Asset Sales | Correspondence with J. Rotbard (Moelis) re: loan status | 0.1 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 7/20/2023 | Lytle, Brennan | Asset Sales | Attend meeting with M. Manning (M3) regarding Core Scientific Claim | 0.2 |
| 7/20/2023 | Bostwick, Brian | Asset Sales | Revise Core Scientific deliverable | 2.1 |
| 7/20/2023 | Bostwick, Brian | Asset Sales | Discuss Core Scientific proposal with M. Manning, D. O'Connell, B. Lytle (M3) | 0.2 |
| 7/20/2023 | Manning, Matthew | Asset Sales | Discuss Core Scientific proposal with B. Bostwick, D. O'Connell, B. Lytle (M3) | 0.2 |
| 7/20/2023 | O'Connell, Daniel | Asset Sales | Update of presentation deck related to potential Core Scientific claim recovery | 0.9 |
| 7/21/2023 | Manning, Matthew | Asset Sales | Participate in discussion with Moelis (M. DiYanni, M. Mestayer, J. Rotbard), and M3 team (B. Bostwick, D. O'Connell) to discuss remaining mining loan assets | 0.5 |
| 7/21/2023 | Manning, Matthew | Asset Sales | Analyze Core Scientific status (.3) and correspondence with BRG team and HB team re: same (.2) | 0.5 |
| 7/21/2023 | O'Connell, Daniel | Asset Sales | Participate in discussion with Moelis (M. DiYanni, M. Mestayer, J. Rotbard), and M3 team (M. Manning, B. Bostwick) to discuss remaining mining loan assets | 0.5 |
| 7/25/2023 | Manning, Matthew | Asset Sales | Review Core Scientific proposal (.5) and correspondence with M. Renzi (BRG), M. Ferris (HB), K. Aulet, B. Silverberg (BR) re: same (.2) | 0.7 |
| 7/28/2023 | Manning, Matthew | Asset Sales | Correspondence with UCC advisors re: Core Scientific | 0.2 |
| 7/31/2023 | Lytle, Brennan | Asset Sales | Prepare analysis related to third party mining loan | 2.9 |

*Case Administration*

On an ongoing basis, M3 conferred with the UCC Committee, its advisors, and the Debtors' advisors to monitor various case issues, develop and execute its work plan, and manage risks and progress in these Chapter 11 Cases.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | 14.9 | $20,115.00 |
| Manning, Matthew | Managing Director | $1,150 | 21.8 | $25,070.00 |
| Ehrler, Ken | Managing Director | $1,150 | 2.4 | $2,760.00 |
| Bostwick, Brian | Vice President | $750 | 1.5 | $1,125.00 |
| O'Connell, Daniel | Senior Associate | $650 | 7.0 | $4,550.00 |
| Lytle, Brennan | Associate | $550 | 2.3 | $1,265.00 |
| **Total** | | | **49.9** | **$54,885.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 7/5/2023 | O'Connell, Daniel | Case Administration | Attend weekly meeting with UCC members, BR team, and M3 team to discuss key workstream updates | 0.9 |
| 7/5/2023 | Manning, Matthew | Case Administration | Prepare for (.5) and attend weekly UCC call (.8) | 1.3 |
| 7/5/2023 | Ehrler, Ken | Case Administration | Attend weekly UCC meeting with Committee members, R Stark, K Aulet (BR), M Meghji, M Manning (M3) et al re: feedback on status conference, upcoming case timing and milestones | 0.8 |
| 7/5/2023 | Meghji, Mohsin | Case Administration | Attend weekly UCC meeting (.8) and calls and preparation regarding same (.8) | 1.6 |
| 7/7/2023 | Manning, Matthew | Case Administration | Prepare for (.6) and participate in discussion with UCC members, B. Silverberg, K. Aulet (BR) re: status and next steps (2.3); correspondence with M. Meghji (M3), B. Silverberg, K. Aulet (BR) re: cost controls and status (.4); correspondence with M. Meghji (M3), B. Silverberg, K. Aulet (BR) re: term sheet (.3) and review of term sheet (.6) | 4.2 |
| 7/10/2023 | O'Connell, Daniel | Case Administration | Meeting with B. Lytle (M3) to discuss key case updates and timeline | 0.5 |
| 7/10/2023 | O'Connell, Daniel | Case Administration | Participate in meeting with M. Manning, B. Lytle, and B. Bostwick (M3) to discuss key workstream updates and preparation materials for July 13 hearing | 0.5 |
| 7/10/2023 | Lytle, Brennan | Case Administration | Attend meeting with D. O'Connell (M3) to discuss BlockFi case updates | 0.5 |
| 7/10/2023 | Ehrler, Ken | Case Administration | Call with M Manning (M3) re: workstream priorities and support for July 13 hearing prep | 0.6 |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 7/10/2023 | Manning, Matthew | Case Administration | Review and prepare slides for hearing (.7); correspondence with BR team, M. Meghji (M3) et al re: hearing and preparation for same (1.1) | 1.8 |
| 7/11/2023 | O'Connell, Daniel | Case Administration | Participate in meeting with B. Bostwick and B. Lytle (M3) to review preparation materials for July 13 hearing | 1.9 |
| 7/11/2023 | Ehrler, Ken | Case Administration | Prepare for (.3) and attend committee meeting with R Stark, K Aulet (BR), M Manning (M3) et al re: upcoming July 13 hearing (.7) | 1.0 |
| 7/11/2023 | Manning, Matthew | Case Administration | Participate in weekly call with UCC and BR teams and M. Meghji (M3) re: next steps and strategy | 0.7 |
| 7/12/2023 | O'Connell, Daniel | Case Administration | Participate in meeting with M. Manning, B. Bostwick, and B. Lytle (M3) to discuss key workstream updates | 0.3 |
| 7/12/2023 | Lytle, Brennan | Case Administration | Attend meeting with M. Manning, B. Bostwick, D. O'Connell re: updates to key workstreams | 0.3 |
| 7/12/2023 | Bostwick, Brian | Case Administration | Meet with M. Manning, D. O'Connell, B. Lytle (M3) to discuss workstreams | 0.3 |
| 7/12/2023 | Manning, Matthew | Case Administration | Participate in meeting with B. Bostwick, D. O'Connell and B. Lytle (M3) to discuss key workstream updates | 0.3 |
| 7/13/2023 | O'Connell, Daniel | Case Administration | Participate in meeting with M. Manning, K. Ehrler, B. Bostwick, and B. Lytle (M3) to discuss outcomes from July 13 hearing | 0.6 |
| 7/13/2023 | Manning, Matthew | Case Administration | Travel to/from NJ Courthouse (3) (charged at 50%) | 1.5 |
| 7/13/2023 | Meghji, Mohsin | Case Administration | Travel to/from NJ Courthouse (3) (charged at 50%) | 1.5 |
| 7/14/2023 | Meghji, Mohsin | Case Administration | Attend discussion with UCC, BR to discuss next steps | 1.9 |
| 7/18/2023 | O'Connell, Daniel | Case Administration | Attend weekly meeting with UCC members, Brown Rudnick team, and M3 team | 1.0 |
| 7/18/2023 | Manning, Matthew | Case Administration | Prepare for (.2) and participate in weekly UCC call re: status and next steps (1) | 1.2 |
| 7/18/2023 | Meghji, Mohsin | Case Administration | Prepare for (.5) and attend Weekly UCC Meeting (1) | 1.5 |
| 7/19/2023 | Meghji, Mohsin | Case Administration | Attend Emergency Committee Call (1.8) and UCC call regarding settlements (1) | 2.8 |
| 7/20/2023 | Lytle, Brennan | Case Administration | Attend meeting with M. Manning B. Bostwick, D. O'Connell (M3) to debrief settlement committee talks | 0.4 |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 7/20/2023 | Manning, Matthew | Case Administration | Prepare for (.2) and participate in UCC call with UCC and advisors re: settlement proposals (1.2) | 1.4 |
| 7/20/2023 | O'Connell, Daniel | Case Administration | Participate in meeting with M. Manning, B. Bostwick, and B. Lytle (M3) to discuss latest settlement proposal | 0.8 |
| 7/21/2023 | Meghji, Mohsin | Case Administration | Various discussions with BRG, UCC advisors regarding forecast and budget and review of budget | 2.5 |
| 7/25/2023 | O'Connell, Daniel | Case Administration | Meeting with M. Manning, B. Lytle, and B. Bostwick (M3) to discuss key case matter updates | 0.5 |
| 7/25/2023 | Manning, Matthew | Case Administration | Meeting with B. Bostwick, D. O'Connell and B. Lytle (M3) to discuss key case matter updates | 0.5 |
| 7/25/2023 | Manning, Matthew | Case Administration | Correspondence with M. Meghji (M3) re: company meeting | 0.2 |
| 7/25/2023 | Meghji, Mohsin | Case Administration | Correspondence with Matt Manning (M3) regarding company meeting | 0.2 |
| 7/26/2023 | Manning, Matthew | Case Administration | Correspondence with M. Meghji (M3) re: company meeting | 0.1 |
| 7/27/2023 | Manning, Matthew | Case Administration | Participate in meeting with B. Bostwick, B. Lytle (M3) to debrief the UCC meeting and discuss updates to key workstreams | 0.7 |
| 7/27/2023 | Lytle, Brennan | Case Administration | Attend meeting with M. Manning and B. Bostwick (M3) to debrief the UCC meeting and discuss updates to key workstreams | 0.7 |
| 7/27/2023 | Bostwick, Brian | Case Administration | Attend meeting with M. Manning and B. Lytle (M3) to debrief the UCC meeting and discuss updates to key workstreams | 0.7 |
| 7/28/2023 | Manning, Matthew | Case Administration | Correspondence with U. Kohli (Elementus), B. Silverberg (BR) re: time keeping | 0.2 |
| 7/28/2023 | Bostwick, Brian | Case Administration | Correspond with B. Lytle (M3) regarding materials provided by Debtors | 0.5 |
| 7/28/2023 | Meghji, Mohsin | Case Administration | Various correspondence regarding Wallet balances, distributions and case status | 1.6 |
| 7/29/2023 | Manning, Matthew | Case Administration | Discussion with M. Meghji (M3) re: next steps | 0.2 |
| 7/30/2023 | Manning, Matthew | Case Administration | Discussions with K. Ehrler (M3) re: UCC member request and correspondence and preparation of responses re: same | 0.7 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 7/31/2023 | Manning, Matthew | Case Administration | Prepare for (.3) and participate in update call with K. Aulet, B. Silverberg (BR) and Committee Members re: Plan and DS and next steps and timeline (.5) | 0.8 |
| 7/31/2023 | Manning, Matthew | Case Administration | Prepare and review and revise materials at Committee Member request re: operational next steps and Wind-Down Trust (5); correspondence and discussions with M. Meghji, K. Ehrler, B. Lytle, A. Detrick (M3) re: same (1) | 6.0 |
| 7/31/2023 | Lytle, Brennan | Case Administration | Attend meeting with M. Manning (M3) re: wind-down trustee deliverable requested by the UCC | 0.4 |
| 7/31/2023 | Meghji, Mohsin | Case Administration | Prepare (.8) and attend call with UCC, BR and M3 to discuss DS and next steps (.5) | 1.3 |

***Claims/Liabilities Subject to Compromise***

On an ongoing basis, M3 will estimate and evaluate the claims pool and conduct analysis into potential recoveries under various scenarios affecting distributable value, claims class definition, priority, and issues relevant in the case such as asset ownership and claim type (e.g., coin type).

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | - | $0.00 |
| Manning, Matthew | Managing Director | $1,150 | 6.3 | $7,245.00 |
| Ehrler, Ken | Managing Director | $1,150 | 2.6 | $2,990.00 |
| Bostwick, Brian | Vice President | $750 | 0.4 | $300.00 |
| O'Connell, Daniel | Senior Associate | $650 | 8.9 | $5,785.00 |
| Lytle, Brennan | Associate | $550 | 63.7 | $35,035.00 |
| **Total** | | | **81.9** | **$51,355.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 7/10/2023 | O'Connell, Daniel | Claims/Liabilities Subject to Compromise | Iteration of preparation materials related to upcoming July 13 hearing | 2.1 |
| 7/11/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare updates to preference analysis regarding coin pricing | 0.2 |
| 7/12/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare UCC clean funds analysis for distribution to Debtors financial advisors | 2.1 |
| 7/13/2023 | O'Connell, Daniel | Claims/Liabilities Subject to Compromise | Review of status update related to Digistar Norway adversarial proceedings | 0.9 |
| 7/13/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare clean-up revisions re: preference analysis deliverable | 1.7 |
| 7/13/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare analysis of holdbacks for distribution and discussion during various hearings | 1.8 |
| 7/13/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare correspondence to debtors' advisors re: clean funds | 1.1 |
| 7/13/2023 | Manning, Matthew | Claims/Liabilities Subject to Compromise | Review and analyze Digistar update from HB | 0.6 |
| 7/13/2023 | Manning, Matthew | Claims/Liabilities Subject to Compromise | Review preference materials | 0.7 |
| 7/14/2023 | O'Connell, Daniel | Claims/Liabilities Subject to Compromise | Develop analysis related to Digistar Norway adversarial proceedings | 2.4 |
| 7/14/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare distributable clean funds analysis for presentation to Debtors' financial advisors | 1.1 |
| 7/14/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Attend meeting with D. O'Connell (M3) and BRG team regarding clean funds distributions | 0.2 |
| 7/14/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare correspondence re: clean funds distribution talks with Debtors' financial advisors | 0.5 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 7/14/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Revise analysis of clean funds assuming various preference levels for distributions | 2.5 |
| 7/14/2023 | Manning, Matthew | Claims/Liabilities Subject to Compromise | Review clean funds analysis (.6) and correspondence with B. Lytle (M3), D. Zugay (BRG), K. Aulet (BR) re: same (.6) | 1.2 |
| 7/17/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare analysis of customers with preference claims under the statutory limit | 2.7 |
| 7/17/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare analysis of distributions for customers with preference claims under the statutory limit | 2.9 |
| 7/17/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare comparative analysis of the Debtors' distribution methodology compared to the UCC's methodology | 2.9 |
| 7/17/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare an analysis of customer holdbacks under the UCC and Debtor clean funds methodology analyzing total holdbacks and wallet balances above total preference claim | 2.1 |
| 7/17/2023 | Manning, Matthew | Claims/Liabilities Subject to Compromise | Review clean funds analysis (.4) and correspondence with K. Ehrler, B. Lytle (M3) re: same (.3) | 0.7 |
| 7/18/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Revise deliverable deck re: clean funds analysis | 2.5 |
| 7/18/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Revise clean funds deliverable deck for preference claims between certain dates | 2.2 |
| 7/18/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare a clean funds analysis analyzing customers with >$100k of preference claims | 2.9 |
| 7/18/2023 | Ehrler, Ken | Claims/Liabilities Subject to Compromise | Review and revise analysis on preference claims and Wallet holdbacks to enable customer distributions | 0.8 |
| 7/19/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare revisions to preference waterfall slide | 2.7 |
| 7/19/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Continue to prepare revisions to Wallet distribution analysis | 2.4 |
| 7/19/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare continued revisions to the preference waterfall slide and analysis | 1.1 |
| 7/19/2023 | Manning, Matthew | Claims/Liabilities Subject to Compromise | Correspondence with Elementus re: withdrawals testing | 0.2 |
| 7/19/2023 | O'Connell, Daniel | Claims/Liabilities Subject to Compromise | Iteration of analysis and presentation related to potential recovery from Core Scientific claim | 1.1 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 7/19/2023 | Ehrler, Ken | Claims/Liabilities Subject to Compromise | Provide feedback to B Lytle (M3) re: analysis on Wallet clean funds for distribution | 0.6 |
| 7/20/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare a comprehensive list of distributable customer ID's to be provided to BRG | 0.7 |
| 7/20/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare comparison of distributable customers ID's using preference methodology over the 90-day period and over a 30-day period | 1.2 |
| 7/20/2023 | Ehrler, Ken | Claims/Liabilities Subject to Compromise | Review and provide feedback to B Lytle (M3) re: wallet funds analysis | 0.3 |
| 7/24/2023 | O'Connell, Daniel | Claims/Liabilities Subject to Compromise | Analysis related to claims by entity and basis for claim | 2.4 |
| 7/24/2023 | Manning, Matthew | Claims/Liabilities Subject to Compromise | Review and analyze claims by entity (.6) and correspondence with K. Aulet, B. Silverberg (BR) re: same (.4) | 1.0 |
| 7/25/2023 | Manning, Matthew | Claims/Liabilities Subject to Compromise | Review wallet analysis (.4) and correspondence with D. Zugay (BRG), B. Lytle (M3) re: same (.2) | 0.6 |
| 7/25/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare analysis regarding distributable coins for wallet holdback customers | 1.9 |
| 7/26/2023 | Manning, Matthew | Claims/Liabilities Subject to Compromise | Discussion with B. Bostwick, B. Lytle (M3) re: convenience class | 0.4 |
| 7/26/2023 | Manning, Matthew | Claims/Liabilities Subject to Compromise | Correspondence with M. Renzi (BRG), B. Lytle (M3), B. Silverberg (BR) re: wallet distributions | 0.3 |
| 7/26/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Continue to prepare analysis regarding distributable coins for wallet holdback customers | 2.7 |
| 7/26/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Attend meeting with M. Manning, B. Bostwick, A. Detrick (M3) re: convenience class threshold | 0.4 |
| 7/26/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare deliverable analyzing the new proposed convenience class | 2.3 |
| 7/26/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Revise analysis of the new proposed convenience class based on comments from M. Manning (M3) | 1.7 |
| 7/26/2023 | Bostwick, Brian | Claims/Liabilities Subject to Compromise | Attend meeting with M. Manning, A. Detrick, B. Lytle (M3) re: convenience class threshold | 0.4 |
| 7/27/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Analyze ending Wallet balances per transaction data vs. Debtor provided summary data | 0.4 |
| 7/27/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare analysis of GUC claims under various convenience class thresholds | 1.6 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 7/28/2023 | Manning, Matthew | Claims/Liabilities Subject to Compromise | Correspondence with D. Zugay (BRG) and B. Lytle, K. Ehrler (M3) re: wallet distributions (.6) | 0.6 |
| 7/28/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare variance analysis of distributable ending Wallet balances | 2.9 |
| 7/28/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare analysis comparing the Debtors' distributable ending Wallet balances vs. ending Wallet balances per the SOFA | 1.6 |
| 7/28/2023 | Ehrler, Ken | Claims/Liabilities Subject to Compromise | Review and reply to correspondence from D Zugay (BRG) re wallet preferences and potential distributions | 0.3 |
| 7/29/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Continue to prepare analysis of distributable customer/coin pairing ending Wallet balance variances between Debtor and All Wallet Transaction data ending Wallet balances | 2.7 |
| 7/29/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare analysis using transaction level detail of distributable customer ID / Coin Pairing Ending Wallet balances that were excluded from the Debtors analysis | 2.4 |
| 7/29/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare analysis of distributable Customer ID / Coin Pairing ending Wallet balances included within the Debtor analysis but excluded from transaction level detail | 2.6 |
| 7/29/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare and distribute comprehensive deliverable to Sr. M3 team regarding distributable ending Wallet balance variances for discussion with the Debtors' advisors | 0.9 |
| 7/29/2023 | Ehrler, Ken | Claims/Liabilities Subject to Compromise | Review and provide feedback to B Lytle (M3) re wallet preferences and potential distributions | 0.6 |
| 7/31/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Review and revise deliverable re: distributable ending Wallet balance variances | 0.3 |
| 7/31/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare roll-forward re: distributable Wallet methodologies for the Debtors vs. the UCC | 1.8 |

*Court Attendance/Participation*

On an ongoing basis, M3 will prepare for and attend appropriate Court Hearings associated with the Chapter 11 process to represent the UCC and monitor case progress.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | 7.0 | $9,450.00 |
| Manning, Matthew | Managing Director | $1,150 | 6.5 | $7,475.00 |
| Ehrler, Ken | Managing Director | $1,150 | - | $0.00 |
| Bostwick, Brian | Vice President | $750 | 1.0 | $750.00 |
| O'Connell, Daniel | Senior Associate | $650 | 3.0 | $1,950.00 |
| Lytle, Brennan | Associate | $550 | - | $0.00 |
| **Total** | | | **17.5** | **$19,625.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 7/3/2023 | O'Connell, Daniel | Court Attendance/Participation | Attend BlockFi status conference | 1.0 |
| 7/3/2023 | Manning, Matthew | Court Attendance/Participation | Attend scheduling conference re: disclosure statement and objection timing | 1.0 |
| 7/3/2023 | Bostwick, Brian | Court Attendance/Participation | Attend BlockFi status conference | 1.0 |
| 7/13/2023 | O'Connell, Daniel | Court Attendance/Participation | Attend hearing and mediation sessions with the UCC and UCC advisors | 2.0 |
| 7/13/2023 | Manning, Matthew | Court Attendance/Participation | Attend court/mediation and participate in discussions regarding chambers conference and multiple discussions with the UCC and advisors re: same | 5.5 |
| 7/13/2023 | Meghji, Mohsin | Court Attendance/Participation | Attend hearing/mediation and numerous calls with UCC and BR team regarding same | 7.0 |

*Financial & Operational Matters*

On an ongoing basis, M3 will analyze the Debtor-in-possession's post-filing operations and issues related to its financial performance, liquidity, operating efficiency, and assess risks that may impact creditor recoveries or the businesses' viability.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | 2.8 | $3,780.00 |
| Manning, Matthew | Managing Director | $1,150 | 7.3 | $8,395.00 |
| Ehrler, Ken | Managing Director | $1,150 | - | $0.00 |
| Bostwick, Brian | Vice President | $750 | 43.6 | $32,700.00 |
| O'Connell, Daniel | Senior Associate | $650 | 31.3 | $20,345.00 |
| Thieme, Cole | Associate | $550 | 3.3 | $1,815.00 |
| Lytle, Brennan | Associate | $550 | 20.7 | $11,385.00 |
| **Total** | | | **109.0** | **$78,420.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 7/3/2023 | O'Connell, Daniel | Financial & Operational Matters | Prepare analysis regarding average inflows to BlockFi by week during the case | 1.6 |
| 7/3/2023 | Bostwick, Brian | Financial & Operational Matters | Review employee account transactions | 3.6 |
| 7/4/2023 | Manning, Matthew | Financial & Operational Matters | Review historical operating costs | 0.6 |
| 7/4/2023 | Manning, Matthew | Financial & Operational Matters | Review employee transactions | 0.2 |
| 7/5/2023 | Bostwick, Brian | Financial & Operational Matters | Review employee account transactions (2.3) and prepare analysis re: same (1.9) | 4.2 |
| 7/6/2023 | O'Connell, Daniel | Financial & Operational Matters | Develop fee summary by task by advisor November 2022 through May 2023 | 2.9 |
| 7/6/2023 | O'Connell, Daniel | Financial & Operational Matters | Develop disbursement schedule related to operating and non-operating expenses incurred by the estate for November 2022 through May 2023 | 2.9 |
| 7/6/2023 | O'Connell, Daniel | Financial & Operational Matters | Develop projections related to total anticipated disbursements to be incurred by the estate through September 2023 | 1.3 |
| 7/6/2023 | Manning, Matthew | Financial & Operational Matters | Analyze Kroll invoices (.3) and correspondence with K. Aulet, B. Silverberg (BR) re: same (.2) | 0.5 |
| 7/6/2023 | Bostwick, Brian | Financial & Operational Matters | Prepare, review and refine analysis related to estate expenses (pro fees, operating and non-operating costs, forecasted amounts) for ongoing case negotiations | 3.0 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 7/6/2023 | Bostwick, Brian | Financial & Operational Matters | Continue to prepare, review and refine analysis related to estate expenses (pro fees, operating and non-operating costs, forecasted amounts) for ongoing case negotiations | 3.0 |
| 7/6/2023 | Bostwick, Brian | Financial & Operational Matters | Continue to prepare, review and refine analysis related to estate expenses (pro fees, operating and non-operating costs, forecasted amounts) for ongoing case negotiations | 2.6 |
| 7/7/2023 | Manning, Matthew | Financial & Operational Matters | Review analysis re: estate expenses (.4) and correspondence with B. Bostwick, D. O'Connell (M3) re: same (.2) | 0.6 |
| 7/7/2023 | O'Connell, Daniel | Financial & Operational Matters | Develop analysis related to fees charged by activity code to determine spending trends | 2.8 |
| 7/7/2023 | O'Connell, Daniel | Financial & Operational Matters | Develop distribution of fees analysis by debtor by professional | 1.6 |
| 7/7/2023 | Bostwick, Brian | Financial & Operational Matters | Analyze estate expenses (operating and non-operating spend) | 2.4 |
| 7/7/2023 | Bostwick, Brian | Financial & Operational Matters | Develop, review and refine deliverable for UCC related to operating and non-operating expenses | 3.0 |
| 7/7/2023 | Bostwick, Brian | Financial & Operational Matters | Continue to develop, review and refine deliverable for UCC related to operating and non-operating expenses | 3.0 |
| 7/7/2023 | Bostwick, Brian | Financial & Operational Matters | Continue to develop, review and refine deliverable for UCC related to operating and non-operating expenses | 0.6 |
| 7/7/2023 | Meghji, Mohsin | Financial & Operational Matters | Correspondence with M3 and BR regarding cost controls and term sheet (.9) and review term sheet (.5) | 1.4 |
| 7/8/2023 | Manning, Matthew | Financial & Operational Matters | Review and prepare analysis re: estate expenses (1.2) and correspondence with B. Bostwick, D. O'Connell, M. Meghji (M3) re: same (.3) | 1.5 |
| 7/8/2023 | O'Connell, Daniel | Financial & Operational Matters | Develop and iterate analysis related to forecasted cash burn by the BlockFi estate through estimated emergence | 1.7 |
| 7/8/2023 | Bostwick, Brian | Financial & Operational Matters | Review and revise UCC deliverable related to expenses | 1.0 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 7/10/2023 | O'Connell, Daniel | Financial & Operational Matters | Reconciliation of Debtor fees by task category to support case timeline analysis | 2.8 |
| 7/10/2023 | O'Connell, Daniel | Financial & Operational Matters | Review and analyze invoices for Kroll | 2.6 |
| 7/10/2023 | O'Connell, Daniel | Financial & Operational Matters | Develop analysis related to estate disbursements by month for Debtor and UCC professionals | 2.3 |
| 7/10/2023 | Lytle, Brennan | Financial & Operational Matters | Attend meeting with B. Bostwick, D. O'Connell, C. Thieme (M3) re: detailed professional fee expense analysis | 0.3 |
| 7/10/2023 | Lytle, Brennan | Financial & Operational Matters | Attend discussion with M. Manning, B. Bostwick, D. O'Connell (M3) discussing pro fee spend | 0.4 |
| 7/10/2023 | Lytle, Brennan | Financial & Operational Matters | Prepare analysis re: professional fee burn | 2.9 |
| 7/10/2023 | Lytle, Brennan | Financial & Operational Matters | Continue to prepare and revise analysis re: professional fee burn | 1.7 |
| 7/10/2023 | Lytle, Brennan | Financial & Operational Matters | Prepare analysis of post-petition payments to certain employees | 2.1 |
| 7/10/2023 | Bostwick, Brian | Financial & Operational Matters | Call with C. Thieme, D. O'Connell, B. Lytle (M3) regarding professional fee spend | 0.4 |
| 7/10/2023 | Bostwick, Brian | Financial & Operational Matters | Review and analyze professional fee spending and prepare analysis of same for hearing and negotiations | 3.0 |
| 7/10/2023 | Bostwick, Brian | Financial & Operational Matters | Continue to review and analyze professional fee spending and prepare analysis of same for hearing and negotiations | 3.0 |
| 7/10/2023 | Bostwick, Brian | Financial & Operational Matters | Continue to review and analyze professional fee spending and prepare analysis of same for hearing and negotiations | 3.0 |
| 7/10/2023 | Bostwick, Brian | Financial & Operational Matters | Continue to review and analyze professional fee spending and prepare analysis of same for hearing and negotiations | 1.9 |
| 7/10/2023 | Thieme, Cole | Financial & Operational Matters | Prepare analysis re: professional fee burn | 3.0 |
| 7/10/2023 | Thieme, Cole | Financial & Operational Matters | Attend meeting with B. Bostwick, D. O'Connell, B. Lytle (M3) re: detailed professional fee expense analysis | 0.3 |
| 7/11/2023 | O'Connell, Daniel | Financial & Operational Matters | Iteration of materials related to the BlockFi estate's total cash disbursements and professional fee spend | 2.8 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 7/12/2023 | Manning, Matthew | Financial & Operational Matters | Review run-rate analysis from Debtors (.6) and correspondence with BR team and M. Meghji (M3) re: same (.4) | 1.0 |
| 7/12/2023 | Meghji, Mohsin | Financial & Operational Matters | Review correspondence regarding run-rate analysis from Debtors | 1.2 |
| 7/20/2023 | Lytle, Brennan | Financial & Operational Matters | Attend meeting with M. Manning D. O'Connell and B. Bostwick (M3) regarding updated budget | 1.2 |
| 7/20/2023 | Bostwick, Brian | Financial & Operational Matters | Discuss BlockFi budget with M. Manning, D. O'Connell, B. Lytle (M3) | 1.2 |
| 7/20/2023 | Bostwick, Brian | Financial & Operational Matters | Meet with M. Manning, D. O'Connell, B. Lytle (M3) to discuss settlement | 0.8 |
| 7/20/2023 | Manning, Matthew | Financial & Operational Matters | Discuss budget with B. Bostwick, D. O'Connell, B. Lytle (M3) (1.2); review and revise analysis (.8) and correspondence with BR team re: same (.3) | 2.3 |
| 7/21/2023 | O'Connell, Daniel | Financial & Operational Matters | Develop analysis related to latest monthly operating reports filed by the Debtors | 2.2 |
| 7/21/2023 | O'Connell, Daniel | Financial & Operational Matters | Analysis related to weekly coin position analysis provided by the Debtors | 1.2 |
| 7/21/2023 | Lytle, Brennan | Financial & Operational Matters | Prepare analysis re: May monthly professional fees | 0.2 |
| 7/21/2023 | Lytle, Brennan | Financial & Operational Matters | Prepare analysis re: prepetition historical revenue | 0.2 |
| 7/24/2023 | O'Connell, Daniel | Financial & Operational Matters | Analysis related to May and June monthly operating reports filed by the Debtors | 2.6 |
| 7/24/2023 | Manning, Matthew | Financial & Operational Matters | Correspondence with M. Meghji (M3) re: budget | 0.2 |
| 7/24/2023 | Lytle, Brennan | Financial & Operational Matters | Review recently filed MOR's and provide updates regarding large variances | 1.2 |
| 7/24/2023 | Meghji, Mohsin | Financial & Operational Matters | Correspondence with Matt Manning (M3) regarding budget | 0.2 |
| 7/27/2023 | Manning, Matthew | Financial & Operational Matters | Participate in meeting with B. Bostwick, (M3) discussing revised recovery model | 0.4 |
| 7/27/2023 | Lytle, Brennan | Financial & Operational Matters | Attend meeting with M. Manning and B. Bostwick (M3) discussing revised recovery model | 0.4 |
| 7/27/2023 | Lytle, Brennan | Financial & Operational Matters | Prepare adjusted recovery model for various convenience class scenarios with B. Bostwick (M3) | 2.4 |
| 7/27/2023 | Lytle, Brennan | Financial & Operational Matters | Revise adjusted recovery model for various convenience class scenarios with B. Bostwick (M3) | 1.1 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 7/27/2023 | Bostwick, Brian | Financial & Operational Matters | Attend meeting with M. Manning and B. Lytle (M3) discussing revised recovery model | 0.4 |
| 7/27/2023 | Bostwick, Brian | Financial & Operational Matters | Prepare adjusted recovery model for various convenience class scenarios with B. Lytle (M3) | 2.4 |
| 7/27/2023 | Bostwick, Brian | Financial & Operational Matters | Revise adjusted recovery model for various convenience class scenarios  with B. Lytle (M3) | 1.1 |
| 7/28/2023 | Lytle, Brennan | Financial & Operational Matters | Revise recovery model | 2.8 |
| 7/31/2023 | Lytle, Brennan | Financial & Operational Matters | Prepare professional fee deliverable re: wind-down trustee deliverable requested by the UCC | 1.5 |
| 7/31/2023 | Lytle, Brennan | Financial & Operational Matters | Revise recovery analysis and professional fee deliverable for distribution Sr. M3 team | 2.3 |

***General Correspondence with Debtor & Debtors' Professionals***

On an ongoing basis, M3 will communicate with the Debtors' professionals throughout the restructuring process, including in pursuit of diligence requests, requesting additional information from management, or addressing questions from the Debtors.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | 0.6 | $810.00 |
| Manning, Matthew | Managing Director | $1,150 | 2.8 | $3,220.00 |
| Ehrler, Ken | Managing Director | $1,150 | 0.3 | $345.00 |
| Bostwick, Brian | Vice President | $750 | 1.4 | $1,050.00 |
| O'Connell, Daniel | Senior Associate | $650 | 1.3 | $845.00 |
| Lytle, Brennan | Associate | $550 | 0.7 | $385.00 |
| **Total** | | | **7.1** | **$6,655.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 7/5/2023 | Manning, Matthew | General Correspondence with Debtor & Debtors' Professionals | Correspondence with M. Meghji (M3), B. Silverberg (BR) and M. Renzi (BRG) re: cost controls | 0.3 |
| 7/7/2023 | Manning, Matthew | General Correspondence with Debtor & Debtors' Professionals | Discussion with M. Renzi (BRG) re: costs | 0.2 |
| 7/10/2023 | O'Connell, Daniel | General Correspondence with Debtor & Debtors' Professionals | Participate in weekly financial reporting meeting with B. Witherell, J. Racy (BRG), and B. Bostwick (M3) | 0.3 |
| 7/14/2023 | O'Connell, Daniel | General Correspondence with Debtor & Debtors' Professionals | Meeting with M. Canale, M. Shankweiler, Z. Zugay (BRG), and B. Lytle (M3) to discuss treatment of potential preferences | 0.2 |
| 7/18/2023 | O'Connell, Daniel | General Correspondence with Debtor & Debtors' Professionals | Participate in meeting with BRG (M. Renzi, M. Shankweiler, D. Zugay), Haynes & Boone (M. Ferris, F. Murphy), Brown Rudnick (K. Aulet, R. Stark), and M3 (M. Manning, B. Bostwick) to discuss latest Core Scientific Recovery Analysis | 0.8 |
| 7/18/2023 | Bostwick, Brian | General Correspondence with Debtor & Debtors' Professionals | Call with M. Renzi (BRG), M. Ferris, M. Frankle (HB), R. Stark, K. Aulet (BR), M. Manning, D. O'Connell (M3) to discuss Core Scientific | 0.8 |
| 7/18/2023 | Manning, Matthew | General Correspondence with Debtor & Debtors' Professionals | Participate in meeting with BRG (M. Renzi, M. Shankweiler, D. Zugay), Haynes & Boone (M. Ferris, F. Murphy), Brown Rudnick (K. Aulet, R. Stark), and M3 (D. O'Connell, B. Bostwick) to discuss latest Core Scientific Recovery Analysis | 0.8 |
| 7/20/2023 | Lytle, Brennan | General Correspondence with Debtor & Debtors' Professionals | Prepare correspondence to the Debtors' professionals regarding updated clean funds distribution list | 0.5 |
| 7/20/2023 | Bostwick, Brian | General Correspondence with Debtor & Debtors' Professionals | Call with B. Witherell, D. Zugay, A. Lee (BRG) and D. O'Connell (M3) to review weekly cash flow | 0.1 |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 7/20/2023 | Manning, Matthew | General Correspondence with Debtor & Debtors' Professionals | Correspondence with M. Renzi (BRG) re: wallet | 0.3 |
| 7/20/2023 | Ehrler, Ken | General Correspondence with Debtor & Debtors' Professionals | Review and revise e-mail to BRG re: wallet funds to release | 0.3 |
| 7/21/2023 | Bostwick, Brian | General Correspondence with Debtor & Debtors' Professionals | Call with M. Mestayer, M. DiYanni, J. Rotbard (Moelis), M. Manning, D. O'Connell (M3) to discuss asset sales and loan settlements | 0.5 |
| 7/24/2023 | Manning, Matthew | General Correspondence with Debtor & Debtors' Professionals | Participate in discussion with M. Renzi (BRG), B. Silverberg (BR) re: Core Scientific settlement structure | 0.9 |
| 7/28/2023 | Lytle, Brennan | General Correspondence with Debtor & Debtors' Professionals | Prepare correspondence with Debtor professionals re: distributable ending wallet balances | 0.2 |
| 7/28/2023 | Meghji, Mohsin | General Correspondence with Debtor & Debtors' Professionals | Attend meeting with Flori Marquez (Company) | 0.6 |
| 7/31/2023 | Manning, Matthew | General Correspondence with Debtor & Debtors' Professionals | Correspondence with D. Zugay (BRG) and B. Lytle, K. Ehrler (M3) re: wallet distributions (.2); correspondence with Company and M. Meghji (M3) re: meeting logistics (.1) | 0.3 |

*General Correspondence with UCC & UCC Counsel*

On an ongoing basis, M3 will communicate with the UCC Committee members, its counsel, and other advisors on topics including case strategy, workstream organization and progress, risk management, and addressing questions from other stakeholders and their advisors.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | 16.6 | $22,410.00 |
| Manning, Matthew | Managing Director | $1,150 | 9.8 | $11,270.00 |
| Ehrler, Ken | Managing Director | $1,150 | 0.2 | $230.00 |
| Bostwick, Brian | Vice President | $750 | 7.9 | $5,925.00 |
| O'Connell, Daniel | Senior Associate | $650 | 5.5 | $3,575.00 |
| Lytle, Brennan | Associate | $550 | 7.6 | $4,180.00 |
| **Total** | | | **47.6** | **$47,590.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 7/3/2023 | Meghji, Mohsin | General Correspondence with UCC & UCC Counsel | Attend scheduling conference on DS and objections (1) and meetings with BR team and UCC chairs to discuss UCC Alignment, scheduling/strategy follow-up and operating plan (1.2) | 2.2 |
| 7/5/2023 | Manning, Matthew | General Correspondence with UCC & UCC Counsel | Correspondence with K. Aulet (BR) re: catch-up discussion regarding next steps | 0.1 |
| 7/6/2023 | Manning, Matthew | General Correspondence with UCC & UCC Counsel | Meeting with BR team re: hearing prep (.5); analyze correspondence re: same (.3) | 0.8 |
| 7/6/2023 | Meghji, Mohsin | General Correspondence with UCC & UCC Counsel | Attend hearing prep with BR (.6) and various calls and correspondence related to same as well as review of settlement related plan documents (1.1) | 1.7 |
| 7/10/2023 | Manning, Matthew | General Correspondence with UCC & UCC Counsel | Discussion with R. Stark, B. Silverberg (BR) et al, B. Bostwick, D. O'Connell (M3) re: hearing preparation (.5); follow up discussion with B. Bostwick, D. O'Connell, B. Lytle (M3) re: same (.4); discussion with Committee members, R. Stark, K. Aulet, B. Silverberg (BR) and M. Meghji (M3) re: next steps (1.2) | 2.1 |
| 7/10/2023 | Meghji, Mohsin | General Correspondence with UCC & UCC Counsel | Prepare for hearing (.7) and discussion with Committee, BR team and M. Manning (M3) on next steps (1.2) | 1.9 |
| 7/11/2023 | Lytle, Brennan | General Correspondence with UCC & UCC Counsel | Attend weekly UCC meeting with M3 and Brown Rudnick teams | 0.7 |
| 7/11/2023 | Bostwick, Brian | General Correspondence with UCC & UCC Counsel | Attend UCC weekly call | 0.7 |
| 7/11/2023 | Meghji, Mohsin | General Correspondence with UCC & UCC Counsel | Continued hearing prep (.8) and attend weekly UCC meeting (.7) | 1.5 |
| 7/13/2023 | Bostwick, Brian | General Correspondence with UCC & UCC Counsel | Attend UCC update call | 0.3 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 7/14/2023 | O'Connell, Daniel | General Correspondence with UCC & UCC Counsel | Attend meeting with UCC members and Brown Rudnick team to discuss latest settlement offer proposed by the Debtors | 2.1 |
| 7/14/2023 | Lytle, Brennan | General Correspondence with UCC & UCC Counsel | Attend emergency meeting with BlockFi UCC regarding settlements and potential next steps | 2.0 |
| 7/14/2023 | Bostwick, Brian | General Correspondence with UCC & UCC Counsel | Attend UCC call regarding settlements and potential next steps | 2.0 |
| 7/14/2023 | Manning, Matthew | General Correspondence with UCC & UCC Counsel | Participate in discussion with UCC, R. Stark, K. Aulet (BR) et al, M. Meghji (M3) re: next steps | 2.0 |
| 7/17/2023 | Meghji, Mohsin | General Correspondence with UCC & UCC Counsel | Discussion with UCC, BR team and M. Manning (M3) re: plan mediation (2.2) and follow-up discussions with BR team and M. Manning (M3) regarding same and review of term sheet related to mediation (1.2) | 3.4 |
| 7/18/2023 | Lytle, Brennan | General Correspondence with UCC & UCC Counsel | Attend meeting with Brown Rudnick and the UCC re: settlement discussions | 1.0 |
| 7/19/2023 | Lytle, Brennan | General Correspondence with UCC & UCC Counsel | Attend meeting with Brown Rudnick and the UCC re: settlement discussions | 1.8 |
| 7/19/2023 | Bostwick, Brian | General Correspondence with UCC & UCC Counsel | Call R. Stark, K. Aulet (BR), M. Manning, D. O'Connell, B. Lytle (M3) and UCC | 1.8 |
| 7/19/2023 | Bostwick, Brian | General Correspondence with UCC & UCC Counsel | Call R. Stark, K. Aulet (BR), M. Manning, D. O'Connell, B. Lytle (M3) and UCC | 1.0 |
| 7/19/2023 | Manning, Matthew | General Correspondence with UCC & UCC Counsel | Emergency discussion with UCC, R. Stark, K. Aulet (BR) and M. Meghji (M3) re: discussions with Debtors (1.8); participate in discussion with UCC and advisors re: settlements (1) | 2.8 |
| 7/19/2023 | O'Connell, Daniel | General Correspondence with UCC & UCC Counsel | Attend call with UCC members and Brown Rudnick team to discuss latest settlement proposal | 1.0 |
| 7/19/2023 | O'Connell, Daniel | General Correspondence with UCC & UCC Counsel | Attend meeting with UCC members and Brown Rudnick team to discuss updated settlement proposal | 1.1 |
| 7/20/2023 | Lytle, Brennan | General Correspondence with UCC & UCC Counsel | Attend meeting with BlockFi UCC regarding plan settlement | 1.3 |
| 7/20/2023 | Bostwick, Brian | General Correspondence with UCC & UCC Counsel | Call with R. Stark, K. Aulet (BR), M. Meghji, M. Manning, D. O'Connell, B. Lytle (M3) and committee | 1.3 |
| 7/20/2023 | O'Connell, Daniel | General Correspondence with UCC & UCC Counsel | Attend meeting with UCC members, Brown Rudnick team, and M3 team to discuss latest settlement proposal | 1.3 |
| 7/20/2023 | Ehrler, Ken | General Correspondence with UCC & UCC Counsel | Correspond with K Aulet (BR) re: preference exposure and wallet distributions | 0.2 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 7/24/2023 | Manning, Matthew | General Correspondence with UCC & UCC Counsel | Participate in discussion with UCC, K. Aulet, B. Silverberg (BR) and M. Meghji (M3) re: settlement term sheet | 0.9 |
| 7/24/2023 | Meghji, Mohsin | General Correspondence with UCC & UCC Counsel | Various discussions with BR, M3 and UCC regarding settlement term sheet | 1.7 |
| 7/25/2023 | Meghji, Mohsin | General Correspondence with UCC & UCC Counsel | Various calls and correspondence regarding case updates | 1.1 |
| 7/27/2023 | Manning, Matthew | General Correspondence with UCC & UCC Counsel | Prepare for (.1) and participate in discussion with UCC, K. Aulet, B. Silverberg (BR) and M. Meghji (M3) re: Plan next steps (.8) | 0.9 |
| 7/27/2023 | Lytle, Brennan | General Correspondence with UCC & UCC Counsel | Attend meeting with BR and the UCC discussing updates to the disclosure statement and revised plan | 0.8 |
| 7/27/2023 | Bostwick, Brian | General Correspondence with UCC & UCC Counsel | Attend meeting with BR and the UCC discussing updates to the disclosure statement and revised plan | 0.8 |
| 7/27/2023 | Meghji, Mohsin | General Correspondence with UCC & UCC Counsel | Prepare for (.6) and attend Weekly UCC Meeting (.8) as well as debrief conversations regarding same (.3) | 1.7 |
| 7/28/2023 | Manning, Matthew | General Correspondence with UCC & UCC Counsel | Discussion with M. Renzi (BRG) re: status | 0.2 |
| 7/29/2023 | Meghji, Mohsin | General Correspondence with UCC & UCC Counsel | Calls with M3 team (.2); Review of various plan documents (.7) | 0.9 |
| 7/29/2023 | Meghji, Mohsin | General Correspondence with UCC & UCC Counsel | Call with UCC members | 0.5 |

*Plan of Reorganization/Disclosure Statement*
On an ongoing basis, M3 will complete analysis to maximize the value of the assets through due diligence and distribution schedules needed to create a Plan of Reorganization and Disclosure Statements. M3 will review and diligence analysis completed by the Debtors related to confirmation and solicitation.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | 6.9 | $9,315.00 |
| Manning, Matthew | Managing Director | $1,150 | 14.3 | $16,445.00 |
| Ehrler, Ken | Managing Director | $1,150 | - | $0.00 |
| Bostwick, Brian | Vice President | $750 | 4.5 | $3,375.00 |
| O'Connell, Daniel | Senior Associate | $650 | 1.5 | $975.00 |
| Lytle, Brennan | Associate | $550 | 9.2 | $5,060.00 |
| **Total** | | | **36.4** | **$35,170.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 7/1/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Review and prepare materials for R. Stark (BR) and M. Meghji (M3) re: timeline and costs (.9); correspondence with M. Meghji (M3) re: same (.1) | 1.0 |
| 7/2/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Review and prepare materials for R. Stark (BR) and M. Meghji (M3) re: timeline and costs (.3); correspondence with M. Meghji (M3) and R. Stark (BR) re: same (.2) | 0.5 |
| 7/3/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Correspondence with M. Meghji (M3), B. Silverberg (BR) re: scheduling conference and follow-up discussions (.3); partial attendance on follow up with UCC members (.1); correspondence with B. Bostwick, D. O'Connell (M3) re: same (.2); review next steps re: operating plan (.4) | 1.0 |
| 7/5/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Review third party claimant and SEC objections to the Plan | 0.3 |
| 7/10/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Correspondence with Company and Elementus re: withdrawal testing | 0.2 |
| 7/14/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Review settlement term sheet (.3) and correspondence with BR team, M. Meghji (M3) re: same (.5) | 0.8 |
| 7/14/2023 | Meghji, Mohsin | Plan of Reorganization/Disclosure Statement | Review and give comments to settlement term sheet | 0.8 |
| 7/17/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Participate in UCC discussions with BR team and M. Meghji re: plan mediation (2.2); discussion with B. Silverberg (BR) re: term sheet (.2); review term sheet re: same (.4) | 2.8 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 7/19/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Participate in settlement term sheet negotiations | 1.7 |
| 7/19/2023 | Meghji, Mohsin | Plan of Reorganization/Disclosure Statement | Discussions with M. Manning (M3) regarding term sheet negotiations | 0.9 |
| 7/20/2023 | Lytle, Brennan | Plan of Reorganization/Disclosure Statement | Attend meeting with M. Manning (M3) re: settlement discussions | 0.8 |
| 7/20/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Meet with B. Bostwick, D. O'Connell, B. Lytle (M3) to discuss settlement | 0.8 |
| 7/20/2023 | Meghji, Mohsin | Plan of Reorganization/Disclosure Statement | Attend call with UCC, advisors to discuss settlement proposals | 1.4 |
| 7/20/2023 | Meghji, Mohsin | Plan of Reorganization/Disclosure Statement | Various call and correspondence regarding settlement proposals and key terms and exhibits | 2.2 |
| 7/21/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Discussion with M. Renzi (BRG), M. Meghji (M3) re: budget (.3); prepare and review professional fee forecast (1.4) and correspondence with M. Renzi (BRG), M. Meghji (M3), BR team re: same (.9); correspondence with UCC advisors re: forecast (.7) | 3.0 |
| 7/25/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Create materials related to go-forward plan of reorganization | 1.5 |
| 7/25/2023 | Lytle, Brennan | Plan of Reorganization/Disclosure Statement | Review liquidation model and prepare for potential changes through settlement discussions | 1.7 |
| 7/25/2023 | Lytle, Brennan | Plan of Reorganization/Disclosure Statement | Prepare for and attend meeting with M. Manning, B. Bostwick (M3) regarding operational execution plan | 0.5 |
| 7/25/2023 | Lytle, Brennan | Plan of Reorganization/Disclosure Statement | Prepare revised plan of reorganization deliverable with B. Bostwick (M3) | 2.0 |
| 7/26/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Review and analyze updated Plan and Disclosure Statement (1.8) and correspondence with M3 team and BR team re: same (.4) | 2.2 |
| 7/26/2023 | Lytle, Brennan | Plan of Reorganization/Disclosure Statement | Review and provide feedback re: draft BlockFi plan of reorganization | 1.0 |
| 7/26/2023 | Lytle, Brennan | Plan of Reorganization/Disclosure Statement | Review and provide feedback re: draft BlockFi disclosure statement | 0.4 |
| 7/26/2023 | Lytle, Brennan | Plan of Reorganization/Disclosure Statement | Prepare talking points for the weekly UCC meeting re: liquidation trustee | 0.9 |
| 7/26/2023 | Bostwick, Brian | Plan of Reorganization/Disclosure Statement | Review Third Amended Plan | 1.1 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 7/26/2023 | Bostwick, Brian | Plan of Reorganization/Disclosure Statement | Prepare deliverable on liquidating trust | 2.5 |
| 7/26/2023 | Meghji, Mohsin | Plan of Reorganization/Disclosure Statement | Review and give comments to Plan and Disclosure Statement | 1.6 |
| 7/27/2023 | Bostwick, Brian | Plan of Reorganization/Disclosure Statement | Revied Amended Disclosure Statement and Plan | 0.9 |
| 7/31/2023 | Lytle, Brennan | Plan of Reorganization/Disclosure Statement | Prepare recovery analysis deliverable re: wind-down trustee deliverable requested by the UCC | 1.9 |

*Potential Avoidance Actions/Litigation Matters*

On an ongoing basis, M3 will complete analysis associated with potential investigations and in support of avoidance actions and any litigation matters.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | 2.2 | $2,970.00 |
| Manning, Matthew | Managing Director | $1,150 | 3.5 | $4,025.00 |
| Ehrler, Ken | Managing Director | $1,150 | - | $0.00 |
| Bostwick, Brian | Vice President | $750 | 19.2 | $14,400.00 |
| O'Connell, Daniel | Senior Associate | $650 | 15.5 | $10,075.00 |
| Lytle, Brennan | Associate | $550 | 10.9 | $5,995.00 |
| **Total** | | | **51.3** | **$37,465.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 7/10/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Matters | Meeting with BR and M3 teams to discuss preparation for hearing | 0.6 |
| 7/10/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Matters | Develop and analyze pre-petition case timeline related to key events | 2.9 |
| 7/11/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Matters | Development of presentation materials in preparation of July 13 hearing | 2.8 |
| 7/11/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Matters | Reconciliation of historical earnings of BlockFi to presentation materials | 2.7 |
| 7/11/2023 | Lytle, Brennan | Potential Avoidance Actions/Litigation Matters | Prepare ad-hoc data and citation information for hearing deliverable re: Debtors' Second Motion to Extend Exclusivity Periods | 2.7 |
| 7/11/2023 | Lytle, Brennan | Potential Avoidance Actions/Litigation Matters | Participate in meeting with M. Manning, B. Bostwick, and D. O'Connell (M3) re: Debtors' Second Motion to Extend Exclusivity Periods | 0.3 |
| 7/11/2023 | Lytle, Brennan | Potential Avoidance Actions/Litigation Matters | Continue to review and revise hearing deliverable re: Debtors' Second Motion to Extend Exclusivity Periods | 2.9 |
| 7/11/2023 | Bostwick, Brian | Potential Avoidance Actions/Litigation Matters | Call in with D. O'Connell and B. Lytle (M3) regarding 7.13.23 hearing materials | 2.0 |
| 7/11/2023 | Bostwick, Brian | Potential Avoidance Actions/Litigation Matters | Meet with D. O'Connell and B. Lytle (M3) regarding 7.13.23 hearing materials | 0.5 |
| 7/11/2023 | Bostwick, Brian | Potential Avoidance Actions/Litigation Matters | Review and revise 7.13.23 hearing materials | 3.0 |
| 7/11/2023 | Bostwick, Brian | Potential Avoidance Actions/Litigation Matters | Continue to review and revise 7.13.23 hearing materials for updates and changes | 3.0 |
| 7/11/2023 | Bostwick, Brian | Potential Avoidance Actions/Litigation Matters | Continue to review and revise 7.13.23 hearing materials for updates and changes | 1.0 |
| 7/11/2023 | Manning, Matthew | Potential Avoidance Actions/Litigation Matters | Review and prepare slides for hearing (.6); correspondence with BR team, B. Bostwick, D. O'Connell, B. Lytle (M3) re: same (.2) | 0.8 |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 7/12/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Matters | Iteration of deliverable presentation related to July 13 hearing | 2.6 |
| 7/12/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Matters | Meeting with M. Manning, B. Bostwick, and B. Lytle (M3) to review latest deliverable ahead of July 13 hearing | 1.1 |
| 7/12/2023 | O'Connell, Daniel | Potential Avoidance Actions/Litigation Matters | Continued development of preparation materials related to July 13 hearing | 2.8 |
| 7/12/2023 | Lytle, Brennan | Potential Avoidance Actions/Litigation Matters | Prepare analysis for hearing deliverable re: historical outstanding loans to third parties | 1.5 |
| 7/12/2023 | Lytle, Brennan | Potential Avoidance Actions/Litigation Matters | Continue to review and revise hearing deliverable re: ad-hoc analysis of operating expenses, professional fees, and investments in third parties | 2.4 |
| 7/12/2023 | Lytle, Brennan | Potential Avoidance Actions/Litigation Matters | Attend meeting with D. O'Connell and B. Bostwick (M3) regarding updates to key workstreams | 1.1 |
| 7/12/2023 | Bostwick, Brian | Potential Avoidance Actions/Litigation Matters | Revise 7.13.23 hearing materials | 1.5 |
| 7/12/2023 | Bostwick, Brian | Potential Avoidance Actions/Litigation Matters | Meet with M. Manning, D. O'Connell, B. Lytle (M3) to discuss workstreams and hearing materials | 1.1 |
| 7/12/2023 | Bostwick, Brian | Potential Avoidance Actions/Litigation Matters | Review and revise 7.13.23 hearing materials | 3.0 |
| 7/12/2023 | Bostwick, Brian | Potential Avoidance Actions/Litigation Matters | Continue to review and revise 7.13.23 hearing materials for updates and changes | 3.0 |
| 7/12/2023 | Bostwick, Brian | Potential Avoidance Actions/Litigation Matters | Continue to review and revise 7.13.23 hearing materials for updates and changes | 0.3 |
| 7/12/2023 | Manning, Matthew | Potential Avoidance Actions/Litigation Matters | Participate in Meeting with B. Bostwick, D. O'Connell and B. Lytle (M3) to review latest deliverable ahead of July 13 hearing | 1.1 |
| 7/12/2023 | Manning, Matthew | Potential Avoidance Actions/Litigation Matters | Review and revise hearing deliverable (.7) and correspondence with BR team and M3 team re: same (.9) | 1.6 |
| 7/12/2023 | Meghji, Mohsin | Potential Avoidance Actions/Litigation Matters | Review and give comments to hearing deliverable | 2.2 |
| 7/13/2023 | Bostwick, Brian | Potential Avoidance Actions/Litigation Matters | Prepare settlement analysis | 0.8 |