# Exhibit "B"

**Exhibit B - Summary of Expenses by Category**

| Description | Total |
|---|---|
| Train | $513.00 |
| Parking | $14.00 |
| Hotels | $463.65 |
| Business Meals | $85.71 |
| Conference calls | $68.10 |
| **Total (a)** | **$1,144.46** |

**Note:**
(a) Total amounts are based on M3's expense reporting system as of the date of this Monthly Report and may not be reflective of all expenses incurred during the Reporting Period. As such, future monthly reports may include expenses incurred during the Reporting Period.

| Date | Amount | Category | Payer | Notes |
|---|---|---|---|---|
| 6/30/2023 | $ 28.12 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 7/10/2023 | $ 27.59 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 7/11/2023 | $ 30.00 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |
| 7/13/2023 | $ 513.00 | Train | Matthew Manning | Roundtrip BOS to NYC for mediation |
| 7/13/2023 | $ 14.00 | Parking | Matthew Manning | Parking while at mediation |
| 7/13/2023 | $ 463.65 | Hotels | Matthew Manning | One night hotel ahead of mediation |
| 7/31/2023 | $ 68.10 | Conference Calls | M3 Team | Conference call system |
| **Total** | **$1,144.46** | | | |