**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET**
**FOR THE PERIOD MAY 1, 2023 THROUGH JULY 31, 2023**

| | | | |
|---|---|---|---|
| Debtor: | BlockFi Inc. | Applicant: | Genova Burns LLC |
| Case No.: | 22-19361(MBK) | Client: | Off'l Comm of Unsecured Cred. |
| Chapter: | 11 | Case Filed: | November 28, 2022 |

## SECTION 1
## FEE SUMMARY

X   Interim Fee Application No. 2   or   ☐ Final Fee Application

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $ 520,095.00 | $ 2,922.43 |
| Total Fees Allowed To Date: | $ 500,095.00 | $ 2,922.43 |
| Total Retainer (If Applicable) | $ 0.00 | $ 0.00 |
| Total Holdback (If Applicable) | $ 154,349.50 | $ 0.00 |
| Total Received By Applicant | $ 617,398.00 | $ 4,172.59 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Daniel M. Stolz, Partner | 1980 | 136.60 | 800.00 | 109,280.00 |
| 2. Donald W. Clarke, Partner | 2008 | 210.00 | 600.00 | 126,000.00 |
| 3. Donald W. Clarke, Partner | 2008 | 15.50 | 300.00 | 4,650.00 |
| 4. Gregory S. Kinoian, Counsel | 1992 | 167.40 | 600.00 | 100,440.00 |
| 5. Gregory S. Kinoian, Counsel | 1992 | 2.00 | 300.00 | 600.00 |
| 6. Sydney S. Schubert, Jr. Associate | 2022 | 11.70 | 275.00 | 3,217.50 |
| 7. Lorrie Denson | Paralegal | 60.30 | 250.00 | 15,075.00 |
| 8. Maria A. Sousa | Paraprofessional | 1.50 | 200.00 | 300.00 |

Fee Totals:                $359,562.50

Disbursements Totals:      $   2,161.87

Total Fee Application      $361,724.37

## SECTION II SUMMARY
## OF SERVICES

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | .10 | 60.00 |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 318.40 | 201,380.00 |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | 1.30 | 820.00 |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 73.80 | 33,657.50 |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | .80 | 480.00 |
| j) | **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 85.90 | 48,965.00 |
| l) | **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 66.40 | 44,135.00 |
| m) | **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 40.70 | 24,755.00 |

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | .10 | 60.00 |
| s) | **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | 17.50 | 5,250.00 |
| **SERVICE TOTALS:** | | 605.00 | $359,562.50 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | 350.00 |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | 276.18 |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax**<br>Include per page fee charged. | |

3

| | | |
|---|---|---|
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | 123.30 |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | 267.25 |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | 36.00 |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | 273.72 |
| l) | **Postage** | 47.52 |
| m) | **Other (specify) subpoena fees, litigation support vendors** | 787.90 |
| | **DISBURSEMENTS TOTAL:** | $2,161.87 |

I certify under penalty of perjury that the above is true.

Date: September 15, 2023             _/s/ Daniel M. Stolz_
                                      DANIEL M. STOLZ

17226143v1 (25400.001)

4