# EXHIBIT B

| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) | |
|---|---|
| BROWN RUDNICK LLP <br> Robert J. Stark, Esq. <br> Kenneth J. Aulet, Esq. <br> Bennett S. Silverberg, Esq. <br> Seven Times Square <br> New York, NY 10036 <br> Telephone: (212) 209-4800 <br> Fax: (212) 209-4801 <br> Email: rstark@brownrudnick.com <br>        kaulet@brownrudnick.com <br>        bsilverberg@brownrudnick.com <br> *Counsel for the Official Committee of Unsecured Creditors* <br>  -and- <br> GENOVA BURNS LLC. <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> Gregory S. Kinoian, Esq. <br> 110 Allen Rd., Suite 304 <br> Basking Ridge, NJ 07920 <br> Telephone: (973) 230-2095 <br> Fax: (973) 533-1112 <br> Email: DStolz@genovaburns.com <br>        DClarke@genovaburns.com <br>        GKinoian@genovaburns.com <br> *Local Counsel for the Official Committee of Unsecured Creditors* | BROWN RUDNICK LLP <br> Stephen D. Palley, Esq. <br> 601 Thirteenth Street, NW <br> Washington, DC 20005 <br> Telephone: (202) 536-1700 <br> Fax: (202) 536-1701 <br> Email: spalley@brownrudnick.com |
| In re: <br><br> BLOCKFI INC., *et al.,* <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 22-19361 (MBK) <br><br> Jointly Administered |

---

[1]     The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

3

**AFFIDAVIT OF DANIEL M. STOLZ, ESQ. IN SUPPORT OF SECOND INTERIM APPLICATION FOR ALLOWANCE OF FEES AND FOR REIMBURSEMENT OF EXPENSES OF GENOVA BURNS LLC, AS LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

STATE OF NEW JERSEY   }
                      }
SS. COUNTY OF SOMERSET
                      }

**Daniel M. Stolz,** of full age, being duly sworn according to law and upon his oath, deposes and says:

1. I am a Partner of the law firm of Genova Burns LLC, which firm serves as Local Counsel to the Committee in the above-captioned proceedings.

2. This Affidavit is being submitted in connection with the Application of this firm for a Second Interim Application for Allowance of Fees and for Reimbursement of Expenses.

3. I have read Genova Burns' Second Interim Application. To the best of my knowledge, information, and belief, the statements contained in the Second Fee Application are true and correct. In addition, I believe that the Second Fee Application substantially complies with Local Rules 2016-1 and 2016-3 and the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Fee Guidelines").

4. The fees and disbursements sought in the Second Fee Application are billed at rates customarily employed by Genova Burns and generally accepted by Genova Burns's clients.

5. In accordance with Title 18, U.S.C. Section 155, and the Rules of this Court, neither I nor any member or associate of this firm has entered into any agreement, either written or oral, express or implied, with the Debtor or any other party in interest, or any attorney of such person, for the purpose of fixing the amount of any fees or other compensation to be allowed out of, or paid from the

3

assets of the Debtor or its estate.

6. In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, this firm or any member or associate thereof, on the one hand, and any other person, on the other hand, for a division of such compensation as this firm may receive from the Court herein. No division of fees, as prohibited by Section 504 of the Bankruptcy Code, will be made by me or any member or associate of this firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

                                                       /s/ Daniel M. Stolz
                                                       DANIEL M. STOLZ

Subscribed and Sworn to
Before Me on This 15th
Day of September, 2023.

 /s/ Lorrie L. Denson
LORRIE L. DENSON
A Notary Public of New Jersey
My Commission Expires July 17, 2024

17226154v1 (25400.001)

3