**UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE PERIOD
MAY 1, 2023 THROUGH JULY 31, 2023**

| | | | |
|---|---|---|---|
| Debtor: | BlockFi, Inc. *et al.*,[1] | Applicant: | Brown Rudnick LLP |
| Case No.: | 21-19361(MBK) | Client: | Official Committee of Unsecured Creditors |
| Chapter: | 11 | Case Filed: | November 28, 2022 |

**SECTION 1
FEE SUMMARY**

☐ Monthly Fee Application No._or ☒ Interim Fee Application No. 2 or ☐ Final Fee Application

Summary of Amounts Requested for the Period from May 1, 2023 through July 31, 2023
(the "Second Interim Period").

| | |
|---|---|
| Total Fees: | $3,352,402.75[2] |
| Total Disbursements: | $57,658.02[3] |
| **Total First Interim Fee Application:** | **$3,410,060.77** |
| | |
| **Holdback Due:** | $670,480.55 |

(20% holdback of Fees From 5th through 7th
Monthly Fee Statements)

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE[4] | FEE |
|---|---|---|---|---|
| 1.  Robert J. Stark | Partner 1995 | 333.5 | $1,950 | $644,475.00 |

---

[1]   The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

[2]   Brown Rudnick excluded fees in the amount of $46,378.00 in respect of transient timekeepers and other voluntary reductions.

[3]   Brown Rudnick has voluntarily excluded a total of $2,461.47 in costs previously requested on the Monthly Fee Statements relating to document production.

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE[4] | FEE |
|---|---|---|---|---|
| 2.   Jeffrey L. Jonas | Partner 1988 | 2.7 | $1,900 | $4,455.00 |
| 3.   Steven B. Levine | Partner 1981 | .5 | $1,525 | $762.50 |
| 4.   Bennett S. Silverberg | Partner 2001 | 335.5 | $1,390 | $459,047.50 |
| 5.   Stephen D. Palley | Partner 1998 | 66.8 | $1,390 | $78,465.50 |
| 6.   Vincent J. Guglielmotti | Partner 2005 | 33.7 | $1,375 | $46,337.50 |
| 7.   Barbara J. Kelly | Partner 1982 | .8 | $1,375 | $1,100.00 |
| 8.   Michael S. Winograd | Partner 2001 | 7.1 | $1,280 | $9,088.00 |
| 9.   Nicole M. Bouchard | Partner 2009 | 59.9 | $1,200 | $71,880.00 |
| 10. Andrew M. Carty | Partner 2013 | 4.5 | $1,200 | $5,400.00 |
| 11. Kenneth J. Aulet | Partner 2012 | 358.0 | $1,200 | $425,820.00 |
| 12. Patrick E. Gilman | Partner 2005 | 182.8 | $1,195 | $214,263.50 |
| 13. Cameron D. Moxley | Partner 2005 | 31.7 | $1,105 | $35,028.50 |
| 14. Rodney A. Bedow | Partner 2011 | 4.3 | $1,060 | $4,558.00 |
| 15. Shari I. Dwoskin | Partner 2014 | 133.8 | $1,025 | $137,145.00 |
| 16. Matthew Richardson | Partner 2022 | 8.5 | $1,025 | $4,356.25 |
| 17. Tristan G. Axelrod | Partner 2015 | 214.6 | $1,000 | $206,400.00 |
| 18. Harold S. Laidlaw | Associate 2015 | 17.0 | $975 | $16,575.00 |
| 19. Hailey Lennon | Partner 2012 | 104.7 | $975 | $102,082.50 |
| 20. Anthony F. Buscarino | Associate 2017 | 251.3 | $940 | $236,222.00 |
| 21. Isabelle R. Jacobs | Associate 2018 | 6.5 | $940 | $6,110.00 |
| 22. Jason R.U. Rotstein | Associate 2019 | 7.1 | $940 | $6,674.00 |
| 23. Daniel J. Healy | Partner 1999 | 6.1 | $925 | $5,642.50 |
| 24. Matthew A. Sawyer | Associate 2019 | 195.2 | $890 | $169,723.00 |
| 25. Alexander F. Kasnetz | Associate 2018 | 45.7 | $890 | $40,673.00 |
| 26. Alessandra Maldonado | Associate 2021 | 22.5 | $765 | $17,212.50 |
| 27. Nicholas Joynson | Associate 2021 | 127.1 | $765 | $97,231.50 |
| 28. Jennifer M. Schein | Associate 2017 | 54.8 | $765 | $41,922.00 |
| 29. Ethan Lin | Associate 2022 | 50.9 | $685 | $34,866.50 |
| 30. Andrew Rizkalla | Associate 2021 | 188.1 | $685 | $118,566.00 |
| 31. Trip Franzese | Associate 2022 | 115.5 | $635 | $73,342.50 |
| 32. Isabella K. Blanes | Associate 2021 | 8.2 | $635 | $5,207.00 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE[4] | FEE |
|---|---|---|---|---|
| 33. Harriet E. Cohen | Paralegal | 5.2 | $490 | $2,548.00 |
| 34. Carlene M. Mercier | Paralegal | 5.5 | $485 | $2,667.50 |
| 35. Madelyn A. Soliman | Paralegal | 56.5 | $470 | $26,555.00 |
| **TOTALS** | | **3,046.6** | | **$3,352,402.75** |

Fee Totals:              $3,352,402.75

Disbursements Totals:       $57,658.02

Total Fee Application       $3,410,060.77

**SECTION II**
**SUMMARY OF SERVICES**

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) **Asset Analysis and Recovery:**<br>Identification and review of potential assets including causes of action and non-litigation recoveries. | 14.0 | $16,111.00 |
| b) **Asset Disposition**<br>Sales, leases, abandonment and related transaction work. | 0.0 | $0.00 |
| c) **Avoidance Action Litigation**<br>Preference and fraudulent transfer litigation. | 0.0 | $0.00 |
| d) **Business Operations**<br>Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | 0.0 | $0.00 |
| e) **Case Administration**<br>Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 34.1 | $17,318.50 |
| f) **Claims Administration and Objections**<br>Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | 60.5 | $50,134.00 |
| g) **Employee Benefits/Pensions**<br>Review issues such as severance, retention, 401K coverage and continuance of pension plan. | 0.0 | $0.00 |
| h) **Fee/Employment Applications**<br>Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 77.2 | $54,842.50 |
| i) **Fee/Employment Objections**<br>Review of an objections to the employment and fee applications of others. | .3 | $360.00 |
| j) **Financing**<br>Matters under 361, 363 and 364 including cash collateral and secured claims; loan document analysis. | 0.0 | $0.00 |
| k) **Litigation/Contested Matters**<br>Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 5.9 | $7,080.00 |
| l) **Meetings of Creditors**<br>Preparing for and attending the conference of creditors, the 341(a) meeting and creditors' committee meetings. | 264.3 | $345,906.00 |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| m) **Plan and Disclosure Statement**<br>Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 1,388.6 | $1,639,925.00 |
| n) **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | 202.6 | $219,030.00 |
| o) **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | 0.0 | $0.00 |
| p) **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | 0.0 | $0.00 |
| q) **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | 0.0 | $0.00 |
| r) **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | 0.0 | $0.00 |
| s) **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 0.0 | $0.00 |
| t) **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and bringing accounting current. | 0.0 | $0.00 |
| u) **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | 95.2 | $111,155.00 |
| v) **Valuation**<br>Appraise or review appraisals of assets. | 0.0 | $0.00 |
| w) **Travel Time (billed @ 50%)** | 87.4 | $53,085.25 |
| x) **Committee Governance Matters**<br>Analysis regarding committee governance matters, including creation of by-laws and addressing other governance matters. | .4 | $556.00 |
| y) **Investigation and Due Diligence (Committee Investigation)**<br>Investigation and analysis of prepetition transactions and activities of the Debtor and related entities and assessment of potential claims and causes of action. | 695.1 | $675,958.50 |

5

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| z)  **Hearings**<br>Preparation for and attendance at hearings. | 85.5 | $118,885.50 |
| aa) **Wallet Motion and Related Analysis**<br>Investigation and analysis of return of Wallet funds. | 35.5 | $42,055.50 |
| bb) **BlockFi v. Emergent Fidelity Technologies**<br>Issues relating to adversary proceeding against Emergent Fidelity Technologies related to, among other things, competing claims to Robin Hood equity securities and certain cash. | 0.0 | $0.00 |
| cc) **Regulatory Issues**<br>Investigation and analysis of regulatory issues and assessment of impact on proceedings. | 0.0 | $0.00 |
| **SERVICE TOTALS:** | **3,046.6** | **$3,352,402.75** |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) **Filing Fees**<br>Payable to Clerk of Court. | $0.00 |
| b) **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated.  Westlaw and LEXIS at vendor cost. | $14,176.32 |
| c) **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | $162.50 |
| d) **Fax**<br>Include per page fee charged. | $0.00 |
| e) **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges.  Court-Solutions | $0.00 |
| f) **In-house Reproduction Services**<br>Exclusive of overhead charges. | $1,228.50 |
| g) **Outside Reproduction Services**<br>Including scanning services.  This includes trial preparation. | $2,851.87 |
| h) **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | $229.00 |
| i) **Court Reporting**<br>Transcripts. | $3,321.82 |
| j) **Travel**<br>Mileage, tolls, airfare, parking. | $22,801.39 |
| k) **Courier & Express Carriers**<br>Overnight and personal delivery. | $445.56 |
| l) **Postage** | $0.00 |
| m) **Other (specify) Professional Services**<br>In-House Investigative Services. | $5,513.00 |
| n) **Other (specify) Meals** | $1,265.79 |
| o) **Messenger** | $251.68 |
| P) **Consulting**<br>Cyber Team Six, LLC | $0.00 |
| Q) **Website and Hosting** | $5,410.59 |
| **DISBURSEMENTS TOTAL:** | **$57,658.02** |

I certify under penalty of perjury that the above is true.

Date:  September 15, 2023          _____/s/ *Robert J. Stark*_____