**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET**
**FOR MAY 1, 2023 JULY 31, 2023**

| | | | |
|---|---|---|---|
| Debtor: | BlockFi Inc. | Applicant: | Elementus, Inc. |
| Case No.: | 22-19361(MBK) | Client: | Off'l Comm of Unsecured Cred. |
| Chapter: | 11 | Case Filed: | November 28, 2022 |

## SECTION 1
## FEE SUMMARY

X   Interim Fee Application No.  2   or   ☐ Final Fee Application

Summary of Amounts Requested for the Period from May 1, 2023 thru July 31, 2023 (the "Second Interim Fee Application")

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $ 120,580.00 | $ 66,509.61 |
| Total Fees Allowed To Date: | $ 96,464.00 | $ 66,509.61 |
| Total Retainer (If Applicable) | N/A | N/A |
| Total Holdback (If Applicable) | $ 24,116.00 | $ 0.00 |
| Total Received By Applicant | $ 96,464.00 | $ 66,509.61 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Max Galka | 18 | 10.90 | $1,000 | $10,900.00 |
| 2.  Alexander Mologoko | 22 | 66.30 | $900 | $59,670.00 |
| 3.  Matt Austin | 14 | 7.20 | $800 | $5,830.00 |
| 4.  Bryan Young | 18 | 21.00 | $800 | $17,000.00 |
| 5.  Robert MacKinnon | 8 | 21.00 | $600 | $12,600.00 |
| 6.  Umber Kohli | 8 | 24.30 | $600 | $14,580.00 |

Fee Totals:             $ 120,580.00

Disbursements Totals:   $ 66,509.61

Total Fee Application   $ 187,089.61

## SECTION II SUMMARY
## OF SERVICES

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:**<br>Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | **Asset Disposition**<br>Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation**<br>Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations**<br>Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration**<br>Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 16.40 | $11,350.00 |
| f) | **Claims Administration and Objections**<br>Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) | **Employee Benefits/Pensions**<br>Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications**<br>Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | | |
| i) | **Fee/Employment Objections**<br>Review of an objections to the employment and fee applications of others. | | |
| j) | **Financing**<br>Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation**<br>Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) | **Meetings of Creditors**<br>Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 51.70 | $37,170.00 |
| m) | **Plan and Disclosure Statement**<br>Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |

2

| **SERVICES RENDERED** | | **HOURS** | **FEE** |
|---|---|---|---|
| n) | **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | 82.60 | $72,060.00 |
| s) | **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | | |
| **SERVICE TOTALS:** | | 150.70 | $120,580.00 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| **DISBURSEMENTS** | | **AMOUNT** |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax**<br>Include per page fee charged. | |

| | | |
|---|---|---|
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify)** – Cloud computing costs, software fees and licenses, and legal fees | $66,509.61 |
| | **DISBURSEMENTS TOTAL:** | $66,509.61 |

I certify under penalty of perjury that the above is true.

Date: September 15, 2023               */s/ Matthew Austin*
                                       Matthew Austin
                                       Chief Operating Officer