**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE PERIOD**
**APRIL 1, 2023 THROUGH JULY 31, 2023**

| | | | |
|---|---|---|---|
| Debtor: | BlockFi Inc.[1] | Applicant: | McCarter & English, LLP |
| Case No.: | 22-19361(MBK) | Client: | Unsecured Creditors Committee |
| Chapter: | 11 | Case Filed: | November 28, 2022 |

**SECTION 1**
**FEE SUMMARY**

Monthly Fee Statement No.    ☒ Interim Fee Application No. 2 or    ☐ Final Fee Application

Summary of Amounts Requested for the Period from April 1, 2023 through July 31, 2023 (the "**Second Interim Period**")

| | |
|---|---|
| Total Fees: | $866,137.00 |
| Total Disbursements: | $19,309.77 |
| **Total Second Interim Fee Application:** | $885,446.77 |
| **Holdback Due:** | $173,227.40 |
| **(20% holdback of Fees From 4th through 7th Monthly Fee Statements)** | |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED | HOURS | RATE | FEE |
|---|---|---|---|---|
| David J. Adler, Partner | 1991 | 64.20 | $900.00 | $57,780.00 |
| Lisa S. Bonsall, Partner | 1988 | 98.60 | $835.00 | $82,331.00 |
| Joseph R. Scholz, Partner | 1992 | 3.20 | $725.00 | $2,320.00 |
| Lawrence Sannicandro, Partner | 2011 | 50.70 | $625.00 | $31,687.50 |
| Jessica J. Macarone, Special Counsel | 2001 | 88.60 | $595.00 | $52,717.00 |
| Kathleen Keating, Associate | 1985 | 36.10 | $550.00 | $19,855.00 |
| Timothy Salter, Associate | 2010 | 16.00 | $475.00 | $7,600.00 |
| Scott Weingart, Associate | 2013 | 9.30 | $565.00 | $5,254.50 |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

| Stephanie A. Pisko, Associate | 2015 | 53.70 | $530.00 | $28,461.00 |
|---|---|---|---|---|
| Jamie Zug, Associate | 2016 | 110.80 | $495.00 | $54,846.00 |
| Gregory A. Hall, Associate | 2017 | 29.90 | $465.00 | $13,903.50 |
| Brendan Ashe, Associate | 2022 | 9.40 | $375.00 | $3,525.00 |
| Cecilia Beirne, Paralegal | | 38.20 | $310.00 | $11,842.00 |
| Michael F. Finkler, Litigation Technology Manager | | 4.10 | $165.00 | $676.50 |
| Carla Landry, Project Manager | | 3.10 | $295.00 | $914.50 |
| **TOTAL** | | **1385.80** | | **$866,137.00** |

|   |   |
|---|---|
| Fee Totals: | $866,137.00 |
| Disbursements Totals: | $19,309.77 |
| Total Fee Application | $885,446.77 |

2

**SECTION II**
**SUMMARY OF SERVICES**

| **SERVICES RENDERED** | | **HOURS** | **FEE** |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:**<br>Identification and review of potential assets including causes of action and non-litigation recoveries. | 7.20 | $4,151.50 |
| b) | **Asset Disposition**<br>Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation**<br>Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations**<br>Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration**<br>Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 114.20 | $94,000.00 |
| f) | **Claims Administration and Objections**<br>Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) | **Employee Benefits/Pensions**<br>Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications**<br>Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 76.10 | $41,962.50 |
| i) | **Fee/Employment Objections**<br>Review of an objections to the employment and fee applications of others. | | |
| j) | **Financing**<br>Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation**<br>Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) | **Meetings of Creditors**<br>Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 35.70 | $30,173.50 |
| m) | **Plan and Disclosure Statement**<br>Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 122.80 | $104,951.50 |

3

ME1 45264858v.1

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings** | | |
| | Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | **Accounting/Auditing** | | |
| | Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis** | | |
| | Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance** | | |
| | Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis** | | |
| | Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) | **Litigation Consulting** | | |
| | Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting** | | |
| | Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues** | | |
| | Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation** | | |
| | Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | 2.00 | $1,670.00 |
| x) | **Investigation and Due Diligence** | 692.30 | $383,578.00 |
| | Committee Investigation | | |
| **SERVICE TOTALS:** | | **1,385.80** | **$866,137.00** |

ME1 45264858v.1

## SECTION III SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) **Filing Fees** <br> Payable to Clerk of Court. | |
| b) **Computer Assisted Legal Research** <br> Westlaw, Lexis and a description of manner calculated. | $654.00 |
| c) **Pacer Fees** <br> Payable to the Pacer Service Center for search and/or print. | |
| d) **Fax** <br> Include per page fee charged. | |
| e) **Case Specific Telephone/Conference Call Charges** <br> Exclusive of overhead charges. | |
| f) **In-house Reproduction Services** <br> Exclusive of overhead charges. | $551.15 |
| g) **Outside Reproduction Services** <br> Including scanning services. | $321.60 |
| h) **Other Research** <br> Title searches, UCC searches, Asset searches, Accurint. | |
| i) **Court Reporting** <br> Transcripts. | |
| j) **Travel** <br> Mileage, tolls, airfare, parking. | $74.25 |
| k) **Courier & Express Carriers** <br> Overnight and personal delivery. | $20.00 |
| l) **Postage** | |
| m) **Other (E-Discovery Epiq Vendor Charges)** | $17,688.77 |
| **DISBURSEMENTS TOTAL:** | **$19,309.77** |

I certify under penalty of perjury that the above is true.

*/s/ David J. Adler*
DAVID J. ADLER

Dated: September 15, 2023