UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

B. Russell Horton
Texas State Bar No. 10014450
George Brothers Kincaid & Horton LLP
114 W. 7th Street, Suite 1100
Austin, Texas 78701
rhorton@gbkh.com
(512) 495-1400 Telephone
Attorney for Scratch Services LLC

In Re:
BLOCKFI INC., et al.,

Debtors.

Case No.:    22-19361-MBK

Chapter:    11

Judge:    Michael B. Kaplan

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ___Scratch Services LLC___. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
> B. Russell Horton
> George Brothers Kincaid & Horton, LLP
> 114 W. 7th Street, Suite 1100
> Austin, Texas 78701

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Counsel has mailed a Notice of Substitution of Attorney on this day to the Court for filing.

Date: September 15, 2023

/s/ B. Russell Horton
_____
Signature

*new.8/1/15*