UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MIDDLEBROOKS SHAPIRO, P.C.
P. O. Box 1630
Belmar, New Jersey 07719-1630
(973) 218-6877
(973) 218-6878 (fax)
Joseph M. Shapiro, Esq.
jshapiro@middlebrooksshapiro.com

Attorneys for Creditor John A. Javes

In Re:

BLOCKFI INC., et al.,

Chapter 11 Debtors.

Case No.:    22-19361-MBK

Chapter:    11

Hearing Date:    _____

Judge:    Michael B. Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn (without prejudice)

Matter:  Objection of John A. Javes to Plan Confirmation (Docket No. 1473) (withdrawn without prejudice).

Date:  September 18, 2023

/s/ Joseph M. Shapiro
Signature

*rev.8/1/15*