# EXHIBIT A

**GENOVA BURNS LLC**

September 18, 2023
Invoice No.:    501872

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/01/23 | DMS | B150 | Email with customer. | .30 | 800.00 | 240.00 |
| 8/01/23 | DMS | B110 | Hearings by Zoom. | .70 | 800.00 | 560.00 |
| 8/01/23 | DMS | B110 | Email with report regarding transcript. | .20 | 800.00 | 160.00 |
| 8/01/23 | DMS | B150 | Email with customer from India. | .20 | 800.00 | 160.00 |
| 8/01/23 | DWC | B110 | Email from DMS re creditor question | .20 | 600.00 | 120.00 |
| 8/01/23 | DWC | B150 | Coordinate email response to creditor | .20 | 600.00 | 120.00 |
| 8/01/23 | DWC | B150 | Zoom meeting with committee | 1.10 | 600.00 | 660.00 |
| 8/01/23 | SS | B150 | Reviewing and responding to creditor question. | .10 | 275.00 | 27.50 |
| 8/01/23 | SS | B110 | Updating creditor question spreadsheet. | .10 | 275.00 | 27.50 |
| 8/01/23 | SS | B110 | Reviewing court notices and adjusting calendars accordingly. | .20 | 275.00 | 55.00 |
| 8/01/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/01/23 | GSK | B320 | Review signed order extending exclusivity. | .10 | 600.00 | 60.00 |
| 8/01/23 | GSK | B110 | Review Court minutes of 8/1 hearing. | .10 | 600.00 | 60.00 |
| 8/01/23 | GSK | B110 | Corresp with DMS and DWC re coverage of UCC conf call. | .10 | 600.00 | 60.00 |
| 8/01/23 | GSK | B150 | Review email from creditor (0.1); review emails from Chambers and DWC re same (0.1). | .20 | 600.00 | 120.00 |
| 8/01/23 | GSK | B320 | Prepare for disclosure statement hearing. | .50 | 600.00 | 300.00 |
| 8/01/23 | GSK | B320 | Attend (zoom) disclosure statement hearing. | .80 | 600.00 | 480.00 |
| 8/01/23 | GSK | B320 | Review corresp among UCC members re plan and disclosure statement questions. | .10 | 600.00 | 60.00 |
| 8/01/23 | GSK | B150 | Review agenda for UCC conf call. | .10 | 600.00 | 60.00 |

**GENOVA BURNS LLC**

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/01/23 | GSK | B110 | Review articles re Genesis and FTX (0.2); review corresp from/to co-counsel and UCC re same (0.1). | .30 | 600.00 | 180.00 |
| 8/02/23 | DWC | B110 | Email from DMS re creditor question; email SS to coordinate a response and inquiry to Kroll | .20 | 600.00 | 120.00 |
| 8/02/23 | DWC | B150 | Email to BR re guidance on response to creditor inquiry | .20 | 600.00 | 120.00 |
| 8/02/23 | DWC | B110 | Multiple emails considering case examiner | .40 | 600.00 | 240.00 |
| 8/02/23 | DWC | B150 | Email from Kroll re identity of creditor | .20 | 600.00 | 120.00 |
| 8/02/23 | SS | B110 | Reviewing creditor email and updating creditor spreadsheet. | .20 | 275.00 | 55.00 |
| 8/02/23 | SS | B110 | Emailing Kroll to edit mailing list. | .10 | 275.00 | 27.50 |
| 8/02/23 | SS | B110 | Reviewing docket updates and adjusting attorney calendars accordingly. | .20 | 275.00 | 55.00 |
| 8/02/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 8/02/23 | GSK | B320 | Review signed order conditionally approving disclosure statement and solicitation procedures, etc. | .50 | 600.00 | 300.00 |
| 8/02/23 | GSK | B320 | Review and update calendar re plan solicitation and confirmation deadlines, etc. | .10 | 600.00 | 60.00 |
| 8/02/23 | GSK | B110 | Review email from person (non-creditor) receiving notices (0.1); review emails from DWC and SMS re same (0.1). | .20 | 600.00 | 120.00 |
| 8/02/23 | GSK | B110 | Review articles re BlockFi/UCC settlement (0.2); review corresp from/to co-counsel and UCC re same (0.1). | .30 | 600.00 | 180.00 |
| 8/02/23 | GSK | B110 | Review articles re Voyager case. | .20 | 600.00 | 120.00 |
| 8/03/23 | DMS | B320 | Review Order on Disclosure Statement and communicate with UCC. | .30 | 800.00 | 240.00 |
| 8/03/23 | DMS | B110 | Review and circulate August 1st Transcript. | .80 | 800.00 | 640.00 |

GENOVA BURNS LLC

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|---------------------------------|-------|------|--------|
| 8/03/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 8/03/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/03/23 | GSK | B320 | Review debtors' 3rd amended plan, compare to prior version and most recent mark-up (0.5); review solicitation version of disclosure statement and compare to most recent mark-up (0.3). | .80 | 600.00 | 480.00 |
| 8/03/23 | GSK | B310 | Review debtors' 7th omnibus objection to claims. | .30 | 600.00 | 180.00 |
| 8/03/23 | GSK | B320 | Review corresp from K. Aulet to UCC re update re UST issues with disclosure statement (0.1); review corresp among UCC members re plan and disclosure statement (0.1); review corresp among UCC members re post-confirmation budget (0.1). | .30 | 600.00 | 180.00 |
| 8/03/23 | GSK | B150 | Review corresp from/to co-counsel and UCC re status of certain open matters. | .10 | 600.00 | 60.00 |
| 8/03/23 | GSK | B320 | Review transcript of 8/1 hearing (0.4); review corresp with UCC re same (0.1). | .50 | 600.00 | 300.00 |
| 8/03/23 | GSK | B150 | Review corresp with UCC re Celsius settlement. | .10 | 600.00 | 60.00 |
| 8/03/23 | GSK | B110 | Review articles re Genesis case. | .20 | 600.00 | 120.00 |
| 8/04/23 | DMS | B110 | Emails regarding status with co-counsel and UCC. | .30 | 800.00 | 240.00 |
| 8/04/23 | DMS | B160 | Review PHV orders. | .20 | 800.00 | 160.00 |
| 8/04/23 | DMS | B310 | Review claims motion and email with UCC regarding same. | .30 | 800.00 | 240.00 |
| 8/04/23 | DWC | B110 | Email from examiner | .40 | 600.00 | 240.00 |
| 8/04/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |
| 8/04/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/04/23 | GSK | B320 | Review corresp among UCC re plan confirmation and related issues. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/04/23 | GSK | B150 | Review corresp from/to co-counsel and UCC re status of certain open matters. | .10 | 600.00 | 60.00 |
| 8/04/23 | GSK | B110 | Review articles re FTX. | .20 | 600.00 | 120.00 |
| 8/05/23 | DWC | B150 | Multiple emails from non committee member creditor re plan and process | .20 | 600.00 | 120.00 |
| 8/05/23 | DWC | B320 | Email from KA to creditor re plan | .20 | 600.00 | 120.00 |
| 8/05/23 | GSK | B150 | Review emails from/to creditor and DWC and K. Aulet re status. | .20 | 600.00 | 120.00 |
| 8/05/23 | GSK | B150 | Review corresp from UCC members re article re crypto cases. | .10 | 600.00 | 60.00 |
| 8/06/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/07/23 | DMS | B310 | Review debtor's objection to claims and send to UCC. | .50 | 800.00 | 400.00 |
| 8/07/23 | DMS | B150 | Review creditor emails and share with UCC. | .30 | 800.00 | 240.00 |
| 8/07/23 | DMS | B310 | Email with Committee and Aulet regarding claims subject to motion. | .30 | 800.00 | 240.00 |
| 8/07/23 | DMS | B150 | Call with customer with questions. | .20 | 800.00 | 160.00 |
| 8/07/23 | DMS | B110 | Email with Court and co-counsel regarding August 10th hearing. | .30 | 800.00 | 240.00 |
| 8/07/23 | DWC | B110 | Catch up on emails and Moxo chat from committee and co counsel | .40 | 600.00 | 240.00 |
| 8/07/23 | SS | B110 | Reviewing court notices for deadline and hearing updates and adjusting calendars accordingly. | .20 | 275.00 | 55.00 |
| 8/07/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 8/07/23 | GSK | B110 | Review and update calendar re matters adjourned to 9/26. | .10 | 600.00 | 60.00 |
| 8/07/23 | GSK | B185 | Review debtors' 4th omnibus notice re rejection of executory contracts and unexpired leases. | .10 | 600.00 | 60.00 |

**GENOVA BURNS LLC**

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|---------------------------------|-------|------|--------|
| 8/07/23 | GSK | B110 | Review follow-up emails from SMS and Kroll re person (non-creditor) receiving notices (0.1). | .10 | 600.00 | 60.00 |
| 8/07/23 | GSK | B320 | Review corresp among UCC re plan confirmation and related issues. | .20 | 600.00 | 120.00 |
| 8/07/23 | GSK | B150 | Review corresp from/to co-counsel and UCC re status of certain open matters. | .20 | 600.00 | 120.00 |
| 8/07/23 | GSK | B310 | Review corresp from DMS and K. Aulet to UCC re debtors' omnibus objection to claims. | .10 | 600.00 | 60.00 |
| 8/07/23 | GSK | B110 | Review articles re Celsius. | .20 | 600.00 | 120.00 |
| 8/08/23 | DMS | B150 | UCC meeting. | .70 | 800.00 | 560.00 |
| 8/08/23 | DMS | B110 | Emails with Court re calendar cleanup. | .30 | 800.00 | 240.00 |
| 8/08/23 | DMS | B190 | Review JPL motion. | .20 | 800.00 | 160.00 |
| 8/08/23 | DWC | B110 | Call with fee examiner | .50 | 600.00 | 300.00 |
| 8/08/23 | DWC | B190 | Bermuda JPL motion | .30 | 600.00 | 180.00 |
| 8/08/23 | DWC | B150 | Meeting with UCC | .80 | 600.00 | 480.00 |
| 8/08/23 | DWC | B190 | Email from DOJ counsel with filed docs | .20 | 600.00 | 120.00 |
| 8/08/23 | DWC | B190 | Email co counsel re deadline for DOJ to file stay | .20 | 600.00 | 120.00 |
| 8/08/23 | SS | B110 | Reviewing court notices and updating attorney calendars accordingly. | .20 | 275.00 | 55.00 |
| 8/08/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/08/23 | GSK | B190 | Review debtors' motion enforcing automatic stay, etc. against Vrai Nom. | .60 | 600.00 | 360.00 |
| 8/08/23 | GSK | B160 | Multiple emails with DWC re fee statements. | .20 | 600.00 | 120.00 |
| 8/08/23 | GSK | B190 | Review emails from/among co-counsel re JPL motion to intervene in DOJ adversary proceeding re seizure warrant. | .30 | 600.00 | 180.00 |

**GENOVA BURNS LLC**

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/08/23 | GSK | B190 | Review DOJ's motion to stay adversary proceeding re seizure warrant (0.3). | .30 | 600.00 | 180.00 |
| 8/08/23 | GSK | B150 | Review corresp to/from UCC re revised budget. | .20 | 600.00 | 120.00 |
| 8/08/23 | GSK | B150 | Review agenda for UCC conf call. | .10 | 600.00 | 60.00 |
| 8/08/23 | GSK | B310 | Review preliminary draft debtors' motion to estimate FTX claims (0.5); review corresp to/from co-counsel and UCC re same (0.1); review preliminary draft debtors' motion to estimate Three Arrows claims (0.5); review corresp to/from co-counsel and UCC re same (0.1). | 1.20 | 600.00 | 720.00 |
| 8/08/23 | GSK | B150 | Review corresp from UCC members re Wallet Accounts. | .10 | 600.00 | 60.00 |
| 8/08/23 | GSK | B150 | Review corresp from/to co-counsel and UCC re status of certain open matters. | .10 | 600.00 | 60.00 |
| 8/08/23 | GSK | B160 | Review corresp from/to co-counsel and UCC re monthly fee statements. | .10 | 600.00 | 60.00 |
| 8/08/23 | GSK | B110 | Review corresp from/to co-counsel and UCC re BlockFi's crypto service provider. | .10 | 600.00 | 60.00 |
| 8/09/23 | DMS | B110 | Emails with Court, Yudkin and Aulet re 8/17 calendar. | .50 | 800.00 | 400.00 |
| 8/09/23 | DWC | B160 | Email from M3 re fee applications | .20 | 600.00 | 120.00 |
| 8/09/23 | DWC | B160 | M3 fee application | .30 | 600.00 | 180.00 |
| 8/09/23 | DWC | B110 | Gather and report fees to m3 | .40 | 600.00 | 240.00 |
| 8/09/23 | DWC | B160 | Email from co counsel re fee app detail | .20 | 600.00 | 120.00 |
| 8/09/23 | DWC | B110 | Emails from internal and external re kroll service of process | .20 | 600.00 | 120.00 |
| 8/09/23 | LD | B160 | Finalize and file M3 Partners May fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 8/09/23 | SS | B110 | Reviewing court notices and updating attorney calendars accordingly. | .40 | 275.00 | 110.00 |

**GENOVA BURNS LLC**

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/09/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/09/23 | GSK | B320 | Review affidavits/proofs of publication re solicitation notices. | .10 | 600.00 | 60.00 |
| 8/09/23 | GSK | B310 | Review debtors' application in lieu of motion re eligibility for withdrawals of Wallet Assets. | .20 | 600.00 | 120.00 |
| 8/09/23 | GSK | B160 | Review text order re UCC's motion to seal re members' expense reimbursement receipts (0.1); corresp to co-counsel, et al. re same (0.1). | .20 | 600.00 | 120.00 |
| 8/09/23 | GSK | B160 | Corresp from with DWC re fee statements. | .20 | 600.00 | 120.00 |
| 8/09/23 | GSK | B150 | Review corresp from/to K. Aulet and UCC members re Wallet Accounts. | .10 | 600.00 | 60.00 |
| 8/09/23 | GSK | B150 | Review corresp from/to K. Aulet and UCC re D&O policy issues. | .20 | 600.00 | 120.00 |
| 8/09/23 | GSK | B160 | Review corresp from/to co-counsel and UCC re monthly fee statements. | .10 | 600.00 | 60.00 |
| 8/09/23 | GSK | B320 | Review corresp from/to UCC re wind-down estimate. | .10 | 600.00 | 60.00 |
| 8/10/23 | DMS | B190 | Review US government motion to dismiss adversary complaint. | .30 | 800.00 | 240.00 |
| 8/10/23 | DMS | B320 | Review article on Superior Court review in Purdue and potential plan impact and email to co-counsel. | .40 | 800.00 | 320.00 |
| 8/10/23 | DWC | B110 | Rvw article and emails re Purdue issue on certiorari and potential affect on BlockFi plan | .50 | 600.00 | 300.00 |
| 8/10/23 | DWC | B190 | Email from DOJ and HB re docs filed and proposed hearing dates | .20 | 600.00 | 120.00 |
| 8/10/23 | DWC | B160 | Rvw, prep, and post to MOXO July fees | .70 | 600.00 | 420.00 |
| 8/10/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .10 | 275.00 | 27.50 |
| 8/10/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/10/23 | GSK | B310 | Review debtors' reply to creditor G. Gerro's response to debtors' 4th omnibus objection to claims. | .50 | 600.00 | 300.00 |
| 8/10/23 | GSK | B110 | Review Court minute re 8/10 matters. | .10 | 600.00 | 60.00 |
| 8/10/23 | GSK | B190 | Review DOJ's motion to dismiss adversary proceeding re seizure warrant (0.5); review corresp from co-counsel to UCC re same (0.1). | .60 | 600.00 | 360.00 |
| 8/10/23 | GSK | B160 | Review corresp from/to co-counsel and UCC re monthly fee statements. | .10 | 600.00 | 60.00 |
| 8/10/23 | GSK | B110 | Review article re BlockFi case (0.1); review corresp with UCC re same (0.1). | .20 | 600.00 | 120.00 |
| 8/10/23 | GSK | B110 | Review corresp from/to co-counsel and UCC re BlockFi's crypto service provider. | .10 | 600.00 | 60.00 |
| 8/10/23 | GSK | B320 | Review corresp from/to UCC re updated wind-down estimate. | .10 | 600.00 | 60.00 |
| 8/11/23 | DMS | B160 | Review and file BR monthly bill. | .20 | 800.00 | 160.00 |
| 8/11/23 | DMS | B150 | Emails with several creditors with questions. | .30 | 800.00 | 240.00 |
| 8/11/23 | DWC | B160 | Email from and to dms re July fees | .20 | 600.00 | 120.00 |
| 8/11/23 | DWC | B190 | Rvw moxo messages and email re timing of repose to DOJ motion to withdraw reference. | .20 | 600.00 | 120.00 |
| 8/11/23 | DWC | B110 | Rvw multiple MOXO messages | .60 | 600.00 | 360.00 |
| 8/11/23 | LD | B160 | Prepare draft July fee statement for GB. | 1.00 | 250.00 | 250.00 |
| 8/11/23 | LD | B160 | File GB July fee statement and arrange for service. | .50 | 250.00 | 125.00 |
| 8/11/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 8/11/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 8/11/23 | GSK | B110 | Review signed order granting UCC's motion to seal re members expense reimbursement receipts. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/11/23 | GSK | B310 | Review debtors' motion to estimate Three Arrows claims (0.5); review corresp from DMS and co-counsel re same (0.1). | .60 | 600.00 | 360.00 |
| 8/11/23 | GSK | B310 | Review debtors' motion to estimate FTX claims (0.6); review corresp from DMS and co-counsel re same (0.1). | .70 | 600.00 | 420.00 |
| 8/11/23 | GSK | B190 | Review and update calendar re DOJ adversary proceeding. | .10 | 600.00 | 60.00 |
| 8/11/23 | GSK | B150 | Review corresp from/to K. Aulet and UCC re debtors' ordinary course professionals. | .10 | 600.00 | 60.00 |
| 8/11/23 | GSK | B150 | Review corresp from/to co-counsel and UCC re status of certain open matters. | .20 | 600.00 | 120.00 |
| 8/11/23 | GSK | B160 | Review corresp from/to co-counsel and UCC re monthly fee statements. | .20 | 600.00 | 120.00 |
| 8/11/23 | GSK | B150 | Review corresp with UCC re reporting issues. | .10 | 600.00 | 60.00 |
| 8/11/23 | GSK | B110 | Review articles re DCG. | .20 | 600.00 | 120.00 |
| 8/12/23 | GSK | B160 | Review corresp from/to co-counsel and UCC re monthly fee statements. | .10 | 600.00 | 60.00 |
| 8/13/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/14/23 | DMS | B310 | Call with Aulet re claims objection and overall status and coordination. | .30 | 800.00 | 240.00 |
| 8/14/23 | DMS | B310 | Call with Aulet and post to UCC re claims objections. | .30 | 800.00 | 240.00 |
| 8/14/23 | DMS | B190 | Litigation re class attorney NOA and email to Aulet re same. | .20 | 800.00 | 160.00 |
| 8/14/23 | DMS | B190 | Review class attorney for modification of PI and emails with UCC and co-counsel re same. | .40 | 800.00 | 320.00 |
| 8/14/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 8/14/23 | SS | B110 | Reviewing court docket for scheduled hearings and comparing against attorney calendars. | .30 | 275.00 | 82.50 |

GENOVA BURNS LLC

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/14/23 | SS | B160 | Reviewing and editing BlockFi billing time entries for Fee Application. | 1.00 | 275.00 | 275.00 |
| 8/14/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/14/23 | GSK | B110 | Review text orders re matters scheduled for 8/16 and 8/17 (0.1); corresp to co-counsel re same (0.1); corresp from/to SMS re docket/calendaring question re 8/17 matters (0.1). | .30 | 600.00 | 180.00 |
| 8/14/23 | GSK | B110 | Review and update calendar re BlockFi matters. | .10 | 600.00 | 60.00 |
| 8/14/23 | GSK | B150 | Review corresp from/to K. Aulet and UCC re tel discussion with debtors re Wallet Account withdrawals. | .20 | 600.00 | 120.00 |
| 8/14/23 | GSK | B150 | Review corresp from K. Aulet to UCC re D&O litigation. | .10 | 600.00 | 60.00 |
| 8/14/23 | GSK | B150 | Review corresp from UCC members and co-counsel re call with JPL representatives. | .10 | 600.00 | 60.00 |
| 8/14/23 | GSK | B110 | Review articles re FTX. | .20 | 600.00 | 120.00 |
| 8/15/23 | DMS | B150 | Review article on Prime Trust and send to UCC. | .30 | 800.00 | 240.00 |
| 8/15/23 | DMS | B150 | Meeting with UCC. | 1.20 | 800.00 | 960.00 |
| 8/15/23 | DMS | B110 | Email with M3 re workstream and bills. | .20 | 800.00 | 160.00 |
| 8/15/23 | LD | B160 | Prepare and file CNO re Elementus June fee statement. | .50 | 250.00 | 125.00 |
| 8/15/23 | SS | B110 | Reviewing court notices and updating calendars accordingly. | .20 | 275.00 | 55.00 |
| 8/15/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/15/23 | GSK | B110 | Review and update calendar re matters adjourned to 10/10. | .10 | 600.00 | 60.00 |
| 8/15/23 | GSK | B150 | Review corresp to UCC re Prime Trust filing. | .10 | 600.00 | 60.00 |
| 8/15/23 | GSK | B150 | Review agenda for UCC conf call. | .10 | 600.00 | 60.00 |

**GENOVA BURNS LLC**

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 8/15/23 | GSK | B310 | Review debtors' revised drafts motions to estimate FTX claims (0.5) and Three Arrows claims (0.5); review corresp from/to co-counsel and UCC re same (0.1). | 1.10 | 600.00 | 660.00 |
| 8/15/23 | GSK | B320 | Review corresp from co-counsel to debtors' motion re plan solicitation process. | .10 | 600.00 | 60.00 |
| 8/15/23 | GSK | B320 | Review draft plan administrator agreement (0.5); review corresp from/to co-counsel and UCC re same (0.1). | .60 | 600.00 | 360.00 |
| 8/15/23 | GSK | B110 | Review articles re Celsius, Prime Trust, Binance, FTX. | .50 | 600.00 | 300.00 |
| 8/16/23 | DMS | B150 | Emails with creditors with questions. | .30 | 800.00 | 240.00 |
| 8/16/23 | DMS | B110 | Email with M3 regarding workstream and budget. | .20 | 800.00 | 160.00 |
| 8/16/23 | DMS | B110 | Review notice of agenda for hearings and email with GSK regarding same. | .30 | 800.00 | 240.00 |
| 8/16/23 | SS | B110 | Sending attorneys zoom information for upcoming Hearing. | .10 | 275.00 | 27.50 |
| 8/16/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 8/16/23 | SS | B110 | Adjusting attorney calendars based on review of docket schedule. | .20 | 275.00 | 55.00 |
| 8/16/23 | SS | B160 | Reviewing and notating updates to Fee Application. | 1.90 | 275.00 | 522.50 |
| 8/16/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/16/23 | GSK | B110 | Review Court notice of agenda re 8/17 matters. | .10 | 600.00 | 60.00 |
| 8/16/23 | GSK | B310 | Review signed order establishing eligibility for withdrawal of Wallet Assets. | .10 | 600.00 | 60.00 |
| 8/16/23 | GSK | B110 | Review Court minutes re 8/16 matters. | .10 | 600.00 | 60.00 |
| 8/16/23 | GSK | B110 | Review and update calendar re matters adjourned to 9/26. | .10 | 600.00 | 60.00 |
| 8/16/23 | GSK | B110 | Emails to/from DMS re coverage for 8/17 hearing. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/16/23 | GSK | B320 | Review corresp from/to co-counsel and UCC re plan administrator agreement. | .10 | 600.00 | 60.00 |
| 8/16/23 | GSK | B160 | Review corresp from/to co-counsel and UCC re monthly fee statements. | .10 | 600.00 | 60.00 |
| 8/16/23 | GSK | B110 | Review article re BlockFi case (0.1); review corresp with UCC re same (0.1). | .20 | 600.00 | 120.00 |
| 8/17/23 | DMS | B310 | Review and file joinder in FTX and 3AC claims objections. | .30 | 800.00 | 240.00 |
| 8/17/23 | DMS | B110 | Email with M3 and Elementus regarding contact with Frejka. | .30 | 800.00 | 240.00 |
| 8/17/23 | LD | B310 | File Joinder re 3AC Claims and Joinder re FTX Claim. | .40 | 250.00 | 100.00 |
| 8/17/23 | SS | B150 | Reviewing email from creditor. | .10 | 275.00 | 27.50 |
| 8/17/23 | SS | B110 | Updating creditor spreadsheet. | .10 | 275.00 | 27.50 |
| 8/17/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 8/17/23 | SS | B150 | Reviewing correspondence regarding creditor question. | .20 | 275.00 | 55.00 |
| 8/17/23 | SS | B110 | Reviewing docket for adjusted hearing schedule. | .20 | 275.00 | 55.00 |
| 8/17/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/17/23 | GSK | B310 | Review UCC's separate joinders re debtors' motions estimating Three Arrows claims (0.1) and FTX claims (0.1). | .20 | 600.00 | 120.00 |
| 8/17/23 | GSK | B110 | Review and update calendar re matters adjourned to 10/10. | .10 | 600.00 | 60.00 |
| 8/17/23 | GSK | B110 | Review minute re 8/17 hearing. | .10 | 600.00 | 60.00 |
| 8/17/23 | GSK | B150 | Review corresp from/to co-counsel and UCC re Wallet withdrawals. | .10 | 600.00 | 60.00 |
| 8/18/23 | DMS | B190 | Review and forward Lowenstein filings regarding class action cases. | .30 | 800.00 | 240.00 |

**GENOVA BURNS LLC**

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/18/23 | DWC | B110 | Rvw emails and moxo chats from co counsel and members | .70 | 600.00 | 420.00 |
| 8/18/23 | SS | B110 | Reviewing adjournment notice. | .10 | 275.00 | 27.50 |
| 8/18/23 | SS | B110 | Updating attorney calendars based on adjournment notice. | .10 | 275.00 | 27.50 |
| 8/18/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 8/18/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/18/23 | GSK | B150 | Review draft UCC opposition to DOJ motion to stay adversary proceeding re seizure warrant (0.3); review corresp from co-counsel to UCC re same (0.1). | .40 | 600.00 | 240.00 |
| 8/18/23 | GSK | B150 | Review corresp with UCC re reporting issues. | .10 | 600.00 | 60.00 |
| 8/18/23 | GSK | B150 | Review corresp with UCC re analysis for wind-down budget. | .20 | 600.00 | 120.00 |
| 8/18/23 | GSK | B110 | Review articles re FTX and Genesis. | .20 | 600.00 | 120.00 |
| 8/19/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 8/20/23 | GSK | B320 | Review corresp from UCC member re questions re plan and disclosure statement. | .10 | 600.00 | 60.00 |
| 8/21/23 | DMS | B150 | Communicate with UCC regarding Plan and liquidation questions. | .40 | 800.00 | 320.00 |
| 8/21/23 | DMS | B190 | Review and comment on draft opposition to DOJ motion. | .40 | 800.00 | 320.00 |
| 8/21/23 | DMS | B110 | Review email regarding creditor regarding privacy and discuss with Aulet. | .30 | 800.00 | 240.00 |
| 8/21/23 | DMS | B320 | Email with Aulet regarding different class voting. | .20 | 800.00 | 160.00 |
| 8/21/23 | DMS | B190 | Review draft opposition to DOJ MTD and emails with Sawyer regarding same. | .30 | 800.00 | 240.00 |
| 8/21/23 | DMS | B310 | Review creditor email and discuss with M3 and Aulet. | .30 | 800.00 | 240.00 |

**GENOVA BURNS LLC**

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/21/23 | DMS | B190 | Email with Sawyer and review revised reply. | .30 | 800.00 | 240.00 |
| 8/21/23 | DWC | B190 | Emails from co counsel and response concerning re procedure for withdrawal/remand | .40 | 600.00 | 240.00 |
| 8/21/23 | DWC | B160 | Rvw July fees and share with fee examiner | .60 | 600.00 | 360.00 |
| 8/21/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |
| 8/21/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/21/23 | GSK | B310 | Review debtors' objection to Three Arrows claims. | .80 | 600.00 | 480.00 |
| 8/21/23 | GSK | B310 | Review debtors' objection to FTX claims. | 1.80 | 600.00 | 1,080.00 |
| 8/21/23 | GSK | B110 | Review debtors' July MORs. | .20 | 600.00 | 120.00 |
| 8/21/23 | GSK | B190 | Review emails from/to co-counsel re UCC objection to DOJ motion to dismiss complaint re seizure warrant (0.2); review draft opposition and revisions (0.5). | .70 | 600.00 | 420.00 |
| 8/21/23 | GSK | B320 | Review corresp from co-counsel to UCC member re questions re plan and disclosure statement. | .10 | 600.00 | 60.00 |
| 8/21/23 | GSK | B150 | Review corresp from/to co-counsel and UCC re status of certain open matters. | .20 | 600.00 | 120.00 |
| 8/22/23 | DMS | B310 | Review motion regarding claim status and emails with Aulet regarding same. | .50 | 800.00 | 400.00 |
| 8/22/23 | DMS | B110 | Review agenda for Creditor Committee meeting and send comments. | .30 | 800.00 | 240.00 |
| 8/22/23 | DMS | B190 | Review Prince/Marquez Motion to access D&O policy and email with Aulet regarding same. | .40 | 800.00 | 320.00 |
| 8/22/23 | DMS | B150 | Creditor's Committee call by zoom. | 1.10 | 800.00 | 880.00 |
| 8/22/23 | DMS | B190 | Emails with Sawyer regarding draft opposition to DOJ motion. | .30 | 800.00 | 240.00 |
| 8/22/23 | DMS | B110 | Review Court text Order regarding August 30th hearings and emails to co-counsel regarding same. | .30 | 800.00 | 240.00 |

GENOVA BURNS LLC

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|-------------------------------|-------|------|--------|
| 8/22/23 | DMS | B190 | Emails with co-counsel regarding finalization and timing of opposition to MTD. | .40 | 800.00 | 320.00 |
| 8/22/23 | DMS | B320 | Review exclusivity motion. | .20 | 800.00 | 160.00 |
| 8/22/23 | DWC | B160 | Emails re examiner comments and procedure | .30 | 600.00 | 180.00 |
| 8/22/23 | LD | B190 | Correct and file Opposition to DOJ Stay Motion. | .40 | 250.00 | 100.00 |
| 8/22/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 8/22/23 | SS | B110 | Updating attorney calendars based on notice of hearing. | .30 | 275.00 | 82.50 |
| 8/22/23 | SS | B150 | Reviewing court documents regarding wallet withdrawals. | 1.50 | 275.00 | 412.50 |
| 8/22/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/22/23 | GSK | B110 | Review corresp from co-counsel to UCC re debtors' July MORs. | .10 | 600.00 | 60.00 |
| 8/22/23 | GSK | B310 | Review debtors' notice re satisfaction of certain claims. | .10 | 600.00 | 60.00 |
| 8/22/23 | GSK | B140 | Review stay relief motion filed by Z. Prince and F. Marquez re D&O policy (0.2); review corresp from co-counsel to UCC re same (0.1); review related motion to seal (0.1). | .40 | 600.00 | 240.00 |
| 8/22/23 | GSK | B320 | Review debtors' motion to extend exclusivity (0.3); review corresp from co-counsel to UCC re same (0.1). | .40 | 600.00 | 240.00 |
| 8/22/23 | GSK | B110 | Review text order re 8/30 calendar (0.1); review corresp from DWC re same (0.1). | .20 | 600.00 | 120.00 |

GENOVA BURNS LLC

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/22/23 | GSK | B190 | Review emails from co-counsel and DWC re UCC's objections to DOJ's motion to stay adversary proceeding re seizure warrant and DOJ's motion to dismiss (0.3); review drafts and revisions to UCC's objections to DOJ's motions (0.6); tel with M. Sawyer re local rules re briefing requirements (0.1); review local rules (Bankr. and D. Ct.) and re same (0.2); emails to/from M. Sawyer re same (0.1); review finalized objection to DOJ's motion for stay (0.2); tel and emails with LD re filing UCC obj to DOJ's motion for stay (0.2); review emails from/to LD and co-counsel confirming filing of UCC obj (0.1). | 1.80 | 600.00 | 1,080.00 |
| 8/22/23 | GSK | B160 | Tel with B. Silverberg re interim fee apps (0.2); emails with DMS and DWC re same (0.2); tel with DWC re same (0.2); emails to/from E. Frejka re same (0.1); tel with E. Frejka re same (0.1). | .80 | 600.00 | 480.00 |
| 8/22/23 | GSK | B190 | Review debtors' limited response to DOJ's motion to stay UCC's adversary proceeding re seizure warrant. | .10 | 600.00 | 60.00 |
| 8/22/23 | GSK | B190 | Review debtors' limited response to APL's motion to intervene in UCC's adversary proceeding re seizure warrant. | .10 | 600.00 | 60.00 |
| 8/22/23 | GSK | B190 | Review text order re 8/30 hearing (0.1); review corresp to co-counsel re same (0.1); review and update calendar re same (0.1). | .30 | 600.00 | 180.00 |
| 8/22/23 | GSK | B150 | Review agenda for UCC conf call. | .10 | 600.00 | 60.00 |
| 8/22/23 | GSK | B320 | Review corresp from/to co-counsel and UCC re debtors' request to further extend exclusivity. | .10 | 600.00 | 60.00 |
| 8/22/23 | GSK | B310 | Review corresp from/to co-counsel and UCC members re objections to FTX and Three Arrows claims. | .10 | 600.00 | 60.00 |
| 8/22/23 | GSK | B150 | Review corresp from/to co-counsel and UCC re status of certain open matters. | .10 | 600.00 | 60.00 |
| 8/22/23 | GSK | B110 | Review articles re Fintech and SEC. | .20 | 600.00 | 120.00 |
| 8/23/23 | DMS | B150 | Review and reply to Creditor Committee posts on Moxo. | .30 | 800.00 | 240.00 |

**GENOVA BURNS LLC**

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/23/23 | DMS | B150 | Review story on FTX and 3AC claims and send to Creditors Committee. | .30 | 800.00 | 240.00 |
| 8/23/23 | DMS | B320 | Review exclusivity order. | .20 | 800.00 | 160.00 |
| 8/23/23 | DMS | B110 | Calls with GSK and DWC regarding cooperation with fee examiner. | .30 | 800.00 | 240.00 |
| 8/23/23 | DMS | B320 | Review exclusivity Order and post to Creditor Committee. | .20 | 800.00 | 160.00 |
| 8/23/23 | DMS | B320 | Emails with creditors and Aulet regarding voting issues. | .40 | 800.00 | 320.00 |
| 8/23/23 | LD | B160 | Revise July fee statement and circulate for approval. | .50 | 250.00 | 125.00 |
| 8/23/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |
| 8/23/23 | SS | B110 | Updating attorney calendars based on court notices. | .30 | 275.00 | 82.50 |
| 8/23/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/23/23 | GSK | B185 | Review signed order granting debtors' 4th omnibus rejection of executory contracts and unexpired leases. | .10 | 600.00 | 60.00 |
| 8/23/23 | GSK | B320 | Review signed bridge order extending exclusivity, etc. (0.1); review and update calendar (0.1). | .20 | 600.00 | 120.00 |
| 8/23/23 | GSK | B160 | Emails with DMS and DWC re interim fee application. | .20 | 600.00 | 120.00 |
| 8/23/23 | GSK | B160 | Prepare for call with E. Frejka re GB's first interim fee application, including reviewing fee app, GB retention order, fee examiner appointment order, emails re fee app, etc. | 1.50 | 600.00 | 900.00 |
| 8/23/23 | GSK | B160 | Tel with E. Frejka re GB's first interim fee app (0.6); review E. Frejka's preliminary report to DMS re same (0.2); emails with DMS and DWC re tel with E. Frejka (0.2). | 1.00 | 600.00 | 600.00 |
| 8/23/23 | GSK | B320 | Review email from creditor re ballot/voting issues (0.1); review email from K. Aulet re same (0.1). | .20 | 600.00 | 120.00 |

GENOVA BURNS LLC

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/23/23 | GSK | B190 | Review email from DOJ's attorney re opposition to JPL's motion to intervene (0.1); review emails from co-counsel re same (0.1). | .20 | 600.00 | 120.00 |
| 8/23/23 | GSK | B190 | Review DOJ's opposition to JPL's motion to intervene in UCC's adversary proceeding re seizure warrant. | .20 | 600.00 | 120.00 |
| 8/23/23 | GSK | B310 | Review article re BlockFi objections to FTX and Three Arrows claims (0.2); review corresp to UCC re same (0.1). | .30 | 600.00 | 180.00 |
| 8/23/23 | GSK | B310 | Review corresp from/to co-counsel and UCC re BlockFi objection to FTX claim. | .10 | 600.00 | 60.00 |
| 8/23/23 | GSK | B320 | Review corresp from UCC re plan solicitation issues. | .10 | 600.00 | 60.00 |
| 8/24/23 | DMS | B190 | Review JPL letter to Court regarding intervention and email with Aulet regarding same. | .30 | 800.00 | 240.00 |
| 8/24/23 | DMS | B150 | Review article on FTX hiring Galaxy and send to Creditor Committee. | .30 | 800.00 | 240.00 |
| 8/24/23 | DMS | B110 | Numerous emails with co-counsel and Creditor Committee regarding Kroll hacking. | .60 | 800.00 | 480.00 |
| 8/24/23 | DMS | B110 | Email with Aulet and US Trustee regarding Kroll breach. | .40 | 800.00 | 320.00 |
| 8/24/23 | DMS | B110 | Call with Aulet and US Trustee regarding Kroll data breach. | .20 | 800.00 | 160.00 |
| 8/24/23 | DMS | B110 | Emails with Sirota and Yudkin regarding informing chambers of data breach. | .40 | 800.00 | 320.00 |
| 8/24/23 | DMS | B110 | Call with chambers regarding data breach. | .20 | 800.00 | 160.00 |
| 8/24/23 | DMS | B190 | Review changes to opposition to MTD. | .20 | 800.00 | 160.00 |
| 8/24/23 | DMS | B110 | Email with Aulet and Court regarding erroneous docket entry. | .30 | 800.00 | 240.00 |
| 8/24/23 | DWC | B160 | Email with examiner | .20 | 600.00 | 120.00 |
| 8/24/23 | DWC | B150 | Rvw emails and moxo messages from the prior week | .70 | 600.00 | 420.00 |

**GENOVA BURNS LLC**

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|-------------------------------|-------|------|--------|
| 8/24/23 | MAS | B160 | Emailed LEDES file to US Trustee Office and E. Frejka. | .20 | 200.00 | 40.00 |
| 8/24/23 | LD | B160 | Prepare and file CNO re M3 Partners May fee statement. | .50 | 250.00 | 125.00 |
| 8/24/23 | LD | B160 | Finalize and file GB July fee statement. | .50 | 250.00 | 125.00 |
| 8/24/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 8/24/23 | SS | B150 | Reviewing wallet account documents and analyzing for response to creditor question. | 2.30 | 275.00 | 632.50 |
| 8/24/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/24/23 | GSK | B310 | Review IRS limited response to debtors' 7th omnibus objection to claims. | .10 | 600.00 | 60.00 |
| 8/24/23 | GSK | B160 | Review and revise GB's July fee statement (0.3); corresp with DWC, LD and MS re same (0.2). | .50 | 600.00 | 300.00 |
| 8/24/23 | GSK | B160 | Memo to DMS and DWC re discussion with E. Frejka re GB's 1st interim fee app and issues raised in fee examiner's preliminary report (0.5); follow-up emails with DMS and DWC re same (0.1). | .60 | 600.00 | 360.00 |
| 8/24/23 | GSK | B160 | Emails with E. Frejka re GB's 1st interim fee app. | .20 | 600.00 | 120.00 |
| 8/24/23 | GSK | B190 | Emails from/to co-counsel re final UCC opposition to DOJ motion to dismiss complaint re seizure warrant (0.2); review revised drafts to opposition (0.3). | .50 | 600.00 | 300.00 |
| 8/24/23 | GSK | B190 | Review debtors' limited response to DOJ's motion to dismiss UCC's adversary proceeding re seizure warrant. | .10 | 600.00 | 60.00 |
| 8/24/23 | GSK | B190 | Review Court minute re 8/24. | .10 | 600.00 | 60.00 |
| 8/24/23 | GSK | B110 | Review article re FTX and Galaxy (0.1); review corresp to/from UCC re same (0.1). | .20 | 600.00 | 120.00 |
| 8/24/23 | GSK | B110 | Review corresp from/to co-counsel and UCC re Kroll data breach. | .20 | 600.00 | 120.00 |
| 8/25/23 | DMS | B190 | Review Mushkin joinder in Motion to access D&O. | .20 | 800.00 | 160.00 |

**GENOVA BURNS LLC**

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/25/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 8/25/23 | SS | B150 | Email to GSK summarizing wallet account analysis in response to creditor question. | .10 | 275.00 | 27.50 |
| 8/25/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/25/23 | GSK | B140 | Review joinder by Y. Mushkin re Prince/Marquez stay relief motion re D&O policy. | .10 | 600.00 | 60.00 |
| 8/25/23 | GSK | B185 | Review debtors' notice re 5th omnibus rejection of executory contracts and unexpired leases. | .10 | 600.00 | 60.00 |
| 8/25/23 | GSK | B160 | Emails from/to DWC, et al. re GB's fees. | .20 | 600.00 | 120.00 |
| 8/25/23 | GSK | B150 | Review corresp from/to M. Manning and UCC re items raised by debtors and JPLs requesting UCC approval. | .20 | 600.00 | 120.00 |
| 8/25/23 | GSK | B110 | Review article re Kroll data breach (0.2); review corresp with UCC re same (0.1). | .30 | 600.00 | 180.00 |
| 8/25/23 | GSK | B150 | Review corresp with UCC re reporting issues. | .10 | 600.00 | 60.00 |
| 8/25/23 | GSK | B110 | Review articles re FTX and Galaxy, Binance. | .20 | 600.00 | 120.00 |
| 8/27/23 | GSK | B320 | Review corresp from/to co-counsel and UCC re revised plan administrator agreement (0.1); review revised draft (0.4). | .50 | 600.00 | 300.00 |
| 8/28/23 | DMS | B320 | Emails with Gorski Esq. regarding client claims and Plan voting. | .30 | 800.00 | 240.00 |
| 8/28/23 | DMS | B110 | Emails with US Trustee and Aulet regarding data breach update. | .30 | 800.00 | 240.00 |
| 8/28/23 | DMS | B160 | Emails with GSK and Fee Examiner regarding hearing adjournment. | .30 | 800.00 | 240.00 |
| 8/28/23 | DMS | B150 | Review article on Kroll data breach and send to Creditor Committee. | .30 | 800.00 | 240.00 |
| 8/28/23 | DMS | B190 | Review class attorneys reply filing. | .20 | 800.00 | 160.00 |

GENOVA BURNS LLC

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/28/23 | DMS | B320 | Emails with creditors regarding Plan voting. | .20 | 800.00 | 160.00 |
| 8/28/23 | DMS | B190 | Review DOJ reply brief and emails with co-counsel regarding same. | .40 | 800.00 | 320.00 |
| 8/28/23 | DMS | B110 | Email with Aulet and US Trustee regarding data breach. | .20 | 800.00 | 160.00 |
| 8/28/23 | DMS | B190 | Email with DWC and Aulet regarding DOJ motion withdrawal. | .20 | 800.00 | 160.00 |
| 8/28/23 | DWC | B190 | Rvw recent filings in DOJ adversary (stay and motion to dismiss) | .60 | 600.00 | 360.00 |
| 8/28/23 | DWC | B110 | Rvw motion for stay relief by Zach and Flori | .30 | 600.00 | 180.00 |
| 8/28/23 | DWC | B190 | Email from co counsel re docket entry withdrawing stay by DOJ | .20 | 600.00 | 120.00 |
| 8/28/23 | DWC | B150 | Email from and to non-committee creditor re ballot issues | .20 | 600.00 | 120.00 |
| 8/28/23 | LD | B160 | Prepare and file CNO re BR July fee statement. | .50 | 250.00 | 125.00 |
| 8/28/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 8/28/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/28/23 | GSK | B160 | Emails from/to DWC, et al. re GB's fees. | .20 | 600.00 | 120.00 |
| 8/28/23 | GSK | B320 | Review follow-up email from creditor re ballot/voting issues (0.1). | .10 | 600.00 | 60.00 |
| 8/28/23 | GSK | B190 | Review JPL reply to DOJ opposition to motion to intervene. | .20 | 600.00 | 120.00 |
| 8/28/23 | GSK | B190 | Review DOJ's reply in support of motion for stay of adversary proceeding. | .20 | 600.00 | 120.00 |
| 8/28/23 | GSK | B160 | Tel with DMS re fee examiner's preliminary report re GB's 1st interim fee app. | .20 | 600.00 | 120.00 |
| 8/28/23 | GSK | B150 | Review corresp from/to co-counsel and UCC re status of certain open matters. | .10 | 600.00 | 60.00 |

**GENOVA BURNS LLC**

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/28/23 | GSK | B110 | Review additional articles re Kroll data breach (0.3); review corresp with UCC re same (0.1). | .40 | 600.00 | 240.00 |
| 8/29/23 | DMS | B310 | Review Court opinion regarding Gerro claim and send to TCC. | .50 | 800.00 | 400.00 |
| 8/29/23 | DMS | B150 | Creditor Committee meeting and follow up emails with Aulet. | .80 | 800.00 | 640.00 |
| 8/29/23 | DMS | B190 | Emails with Court and co-counsel regarding presenter status for August 30th. | .40 | 800.00 | 320.00 |
| 8/29/23 | DMS | B320 | Review wind down trustee draft agreement. ??? | .30 | 800.00 | 240.00 |
| 8/29/23 | DWC | B310 | Rvw Judge Kaplan's Gerro Opinion | .40 | 600.00 | 240.00 |
| 8/29/23 | DWC | B150 | UCC zoom meeting | .80 | 600.00 | 480.00 |
| 8/29/23 | DWC | B190 | Emails from co counsel re argument for hearing | .30 | 600.00 | 180.00 |
| 8/29/23 | SS | B110 | Reviewing hearing agenda. | .10 | 275.00 | 27.50 |
| 8/29/23 | SS | B160 | Reviewing Fee Application time entries and adjusting accordingly. | 1.00 | 275.00 | 275.00 |
| 8/29/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .40 | 275.00 | 110.00 |
| 8/29/23 | SS | B110 | Updating attorney calendars based on court notice. | .20 | 275.00 | 55.00 |
| 8/29/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/29/23 | GSK | B310 | Review Judge Kaplan's opinion sustaining debtors' objection to G. Gerro claim (0.2); review corresp to/from UCC re same (0.1). | .30 | 600.00 | 180.00 |
| 8/29/23 | GSK | B110 | Review notice of agenda for 8/30 hearing. | .10 | 600.00 | 60.00 |
| 8/29/23 | GSK | B110 | Review and update calendar re BlockFi matters. | .10 | 600.00 | 60.00 |
| 8/29/23 | GSK | B310 | Review debtors' application in lieu of motion re Wallet Accounts (0.1); review corresp from/to co-counsel to/from UCC re same (0.1). | .20 | 600.00 | 120.00 |
| 8/29/23 | GSK | B160 | Emails from/to DWC, et al. re GB's fees. | .20 | 600.00 | 120.00 |

**GENOVA BURNS LLC**

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/29/23 | GSK | B160 | Emails with E. Frejka re GB's 1st interim fee app. | .20 | 600.00 | 120.00 |
| 8/29/23 | GSK | B320 | Review corresp from/to co-counsel and UCC re revised plan administrator agreement (0.1); review revisions (0.1). | .20 | 600.00 | 120.00 |
| 8/29/23 | GSK | B110 | Review articles re Bitcoin. | .20 | 600.00 | 120.00 |
| 8/30/23 | DMS | B150 | Emails with Creditor Committee members regarding reimbursement of expenses and post confirmation claims. | .30 | 800.00 | 240.00 |
| 8/30/23 | DMS | B190 | Court hearing on DOJ and claims and class actions. | 2.20 | 800.00 | 1,760.00 |
| 8/30/23 | DMS | B190 | Review and sign Stipulation granting JPL's intervention. | .20 | 800.00 | 160.00 |
| 8/30/23 | DMS | B190 | Emails with Dwoskin regarding letter to Judge Kirsch. | .30 | 800.00 | 240.00 |
| 8/30/23 | DWC | B190 | Hearing on BlockFi; DOJ motion to stay adversary proceeding (1 hour of additional argument on other matters not billed). | 1.20 | 600.00 | 720.00 |
| 8/30/23 | LD | B110 | Review and compare budgeted fees to actual fees for 2/1/23-3/31/23. | .50 | 250.00 | 125.00 |
| 8/30/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 8/30/23 | SS | B110 | Updating attorney calendars based on hearing rescheduling notice. | .20 | 275.00 | 55.00 |
| 8/30/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/30/23 | GSK | B310 | Review signed order granting debtors' 4th omnibus objection to certain claims. | .10 | 600.00 | 60.00 |
| 8/30/23 | GSK | B110 | Review Court minutes re 8/30 hearing. | .10 | 600.00 | 60.00 |
| 8/30/23 | GSK | B160 | Emails from/to DWC, et al. re fee app (0.2); review fee app (0.5). | .70 | 600.00 | 420.00 |
| 8/30/23 | GSK | B190 | Review signed order granting JPL's motion to intervene. | .10 | 600.00 | 60.00 |
| 8/30/23 | GSK | B190 | Review Court minutes re 8/30 hearing. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

September 18, 2023
Invoice No.:    501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 8/30/23 | GSK | B190 | Review and update calendar re DOJ adversary proceeding. | .10 | 600.00 | 60.00 |
| 8/30/23 | GSK | B160 | Tel with DWC before call with E. Frejka re preliminary report (0.2); tel with E. Frejka re issues in preliminary report (1.0); tel with DWC re call with E. Frejka and related issues (0.4). | 1.60 | 600.00 | 960.00 |
| 8/30/23 | GSK | B150 | Review corresp from DMS to UCC re expense reimbursement receipts. | .10 | 600.00 | 60.00 |
| 8/30/23 | GSK | B150 | Review corresp from/to co-counsel and UCC re updates re Wallet Account withdrawals. | .20 | 600.00 | 120.00 |
| 8/30/23 | GSK | B190 | Review corresp from/to co-counsel and UCC re status during and after 8/30 hearing re UCC adversary proceeding against DOJ. | .20 | 600.00 | 120.00 |
| 8/30/23 | GSK | B190 | Review articles re 8/30 hearing re DOJ's motions in adversary proceeding re seizure warrant. | .20 | 600.00 | 120.00 |
| 8/30/23 | GSK | B150 | Review corresp from/to co-counsel and UCC re status of certain open matters. | .10 | 600.00 | 60.00 |
| 8/30/23 | GSK | B110 | Review articles re Genesis and DCG. | .20 | 600.00 | 120.00 |
| 8/31/23 | DMS | B160 | Emails with DWC and Aulet regarding fee application timing. | .20 | 800.00 | 160.00 |
| 8/31/23 | DMS | B150 | Emails and texts with Creditors Committee regarding int. withdrawals. | .30 | 800.00 | 240.00 |
| 8/31/23 | DMS | B320 | Emails with M3 and Creditors' Committee regarding Plan voting guidance. | .30 | 800.00 | 240.00 |
| 8/31/23 | DMS | B150 | Review and circulate August 30th transcript.. | .40 | 800.00 | 320.00 |
| 8/31/23 | DWC | B160 | Email from LD re fee app deadlines; coordinate preparation of same | .30 | 600.00 | 180.00 |
| 8/31/23 | DWC | B160 | Emails with co counsel re timing and scope of fee apps | .30 | 600.00 | 180.00 |
| 8/31/23 | SS | B150 | Reviewing email from creditor. | .10 | 275.00 | 27.50 |

GENOVA BURNS LLC

September 18, 2023
Invoice No.:   501872

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 8/31/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .10 | 275.00 | 27.50 |
| 8/31/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 8/31/23 | GSK | B160 | Emails from/to DWC, et al. re GB's fees. | .50 | 600.00 | 300.00 |
| 8/31/23 | GSK | B150 | Review corresp from/to co-counsel and UCC re updates re Wallet Account withdrawals. | .10 | 600.00 | 60.00 |
| 8/31/23 | GSK | B150 | Review corresp from/to co-counsel and UCC re status of certain open matters. | .20 | 600.00 | 120.00 |

### TOTAL PROFESSIONAL SERVICES $ 70,810.00

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|-------|------|-------|
| Daniel M Stolz | Partner | 31.50 | 800.00 | 25,200.00 |
| Donald W. Clarke | Partner | 16.90 | 600.00 | 10,140.00 |
| Maria A. Sousa | Paraprofessional | .20 | 200.00 | 40.00 |
| Lorrie Denson | Paralegal | 5.80 | 250.00 | 1,450.00 |
| Sydney Schubert | Junior Associate | 16.00 | 275.00 | 4,400.00 |
| Gregory S. Kinoian | Counsel | 49.30 | 600.00 | 29,580.00 |
| **TOTALS** | | **119.70** | | **$ 70,810.00** |