# EXHIBIT B

GENOVA BURNS LLC

September 18, 2023
Invoice No.:    501872

**DISBURSEMENTS**

| | Description | Amount |
|---|---|---:|
| 6/05/23 | Travel Expense - Uber Trip - Amex Period Ending 6-30-DWC | 201.57 |
| 6/06/23 | Travel Expense - Uber Trip - Amex Period Ending 6-30-DWC | 137.21 |
| 6/06/23 | Travel Expense - Uber Trip - Amex Period Ending 6-30-DWC | 171.34 |
| 6/07/23 | Travel Expense - Uber Trip - Amex Period Ending 6-30-DWC | 161.80 |
| 8/03/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-01657 - Fee for court reporter, 1 copy of 33 pgs, Federal Court 3-Day on 8/1/23, Court: U.S. Bankruptcy Court , Trenton NJ (22-19361). | 34.65 |
| | **TOTAL DISBURSEMENTS** | **$ 706.57** |