EXHIBIT MEMBER #1

- $7,331.63

| Date | Description | City | State | Amount |
|---|---|---|---|---|
| 06/03/23 | MNR ETIX TICKET<br>MNR ETIX TICKET | 877-690-5116 | NY | $22.50 |
| 06/03/23 | JTL Management Inc. JTL Management<br>7183927000 | Long Island City | NY | $32.76 |
| 06/04/23 | BLEECKER STREET PIZZA<br>2129244466 | NEW YORK | NY | $19.82 |
| 06/04/23 | STARBUCKS STORE 2448<br>FAST FOOD RESTAURANT | NEW YORK | NY | $12.54 |
| 06/04/23 | TST* QUALITY ITALIAN - 57 00009298<br>RESTAURANT | NEW YORK | NY | $163.56 |
| 06/04/23 | SUGARFISH LEX<br>818-478-1206 | NEW YORK | NY | $108.60 |
| 06/04/23 | SEANS BAR AND KITCHEN 42 W 48TH STREE<br>2012909888 | NEW YORK | NY | $13.33 |
| 06/04/23 | SEANS BAR AND KITCHEN 42 W 48TH STREE<br>2012909888 | NEW YORK | NY | $33.84 |
| 06/05/23 | STARBUCKS STORE 0760<br>FAST FOOD RESTAURANT | NEW YORK | NY | $5.30 |
| 06/06/23 | AMTRAK INT<br>From: NYP<br>To: LNC<br>Ticket Number: 1570734021224 | WASHINGTON | DC | $67.00 |
| 06/06/23 | AMTRAK<br>STARBUCKS STORE 0760<br>FAST FOOD RESTAURANT | NEW YORK | NY | $5.30 |
| 06/06/23 | CVS PHARMACY<br>8007467287<br>PHARMACIES | NEW YORK | NY | $21.01 |
| 06/07/23 | Uber Trip<br>8005928996 | help.uber.com | CA | $19.92 |
| 06/07/23 | Uber Trip<br>8005928996 | help.uber.com | CA | $21.94 |

$547.42

Continued on next page



Blue Cash 19861 MBK from American Express 5/10

Closing Date 06/09/23     Account Ending

## Detail Continued

| Date | Description | City | State | Amount |
|---|---|---|---|---|
| 06/07/23 | HORTUS NYC<br>squareup.com/receipts | New York | NY | $119.91 |
| 06/07/23 | STARBUCKS STORE 0760<br>FAST FOOD RESTAURANT | NEW YORK | NY | $5.30 |
| 06/07/23 | INTERCON BARCLAY HOTEL NYCH<br>Arrival Date 06/03/23  Departure Date 06/07/23<br>00000000<br>LODGING | NEW YORK | NY | $2,549.14 |
| 06/07/23 | TST* ESS-A-BAGEL - 3RD AV 00033041<br>RESTAURANT | NEW YORK | NY | $18.97 |

$2,693.32

Continued on reverse

| Date | Description | City | State | Amount |
|---|---|---|---|---|
| | 7175695311 | | | |
| 06/19/23 | AllianzTravelInsurance.com 866-884-3556<br>8666729580 | RICHMOND | VA | $9.00 |
| 06/19/23 | AMTRAK INT<br>From: LNC<br>To: NYP<br>Ticket Number: 1700632520726<br>AMTRAK | WASHINGTON | DC | $189.00 |
| 06/20/23 | AllianzTravelInsurance.com 866-884-3556<br>8666729580 | RICHMOND | VA | $9.00 |
| 06/20/23 | AMTRAK INT<br>From: HFD<br>To: NHV<br>Ticket Number: 1710740548972<br>AMTRAK | WASHINGTON | DC | $120.00 |
| 06/21/23 | Uber Trip<br>8005928996 | help.uber.com | CA | $32.92 |
| 06/21/23 | SHEETZ<br>000-0000000 | FLEETWOOD | PA | $56.81 |
| 06/21/23 | THE SEA FIRE GRILL 650000007125589<br>2129353785 | NEW YORK | NY | $396.25 |
| 06/22/23 | Uber Trip<br>8005928996 | help.uber.com | CA | $9.89 |
| 06/22/23 | INTERCON BARCLAY HOTEL NYCH<br>Arrival Date  Departure Date<br>06/21/23    06/22/23<br>00000000<br>LODGING | NEW YORK | NY | $848.41 |
| 06/22/23 | LAB ENT | NEW YORK | NY | $42.50 |
| 06/22/23 | TARGET  033652 09100033852 | NEW YORK | NY | $10.62 |
| 06/22/23 | MCDONALD'S F39704 000000000028596<br>6318581111 | NEW YORK | NY | $16.85 |

$1,741.25

Continued on next page

Blue Cash Everyday® from American Express

Closing Date 07/10/23

Account Ending

## Detail Continued

| Date | Description | Location | State | Amount |
|---|---|---|---|---|
| 06/22/23 | MCDONALD'S F39704 000000000028596 6318581111 | NEW YORK | NY | $11.40 |
| 06/22/23 | FAMOUS FAMIGLIA PIZZERIA 0217700217662 186337 10036 | NEW YORK | NY | $7.93 |
| 06/22/23 | NY LUNCHEONTE 180303070114850 NYLUNCH50@GMAIL.COM | NEW YORK | NY | $25.96 |
| 06/23/23 | LITTLE ITALY PIZZA 6464490158 | NEW YORK | NY | $13.55 |
| 06/23/23 | Uber Trip 8005928996 | help.uber.com | CA | $17.45 |
| 06/23/23 | Uber Trip 8005928996 | help.uber.com | CA | $18.98 |
| 06/23/23 | LAB ENT | NEW YORK | NY | $122.50 |
| 06/23/23 | FUSHIMI 212-245-8881 | NEW YORK | NY | $276.46 |
| 06/24/23 | LITTLE ITALY PIZZA 6464490158 | NEW YORK | NY | $9.04 |
| 06/24/23 | Uber Trip 8005928996 | help.uber.com | CA | $25.24 |
| 06/24/23 | Uber Trip D5PSCNPR 10036 | help.uber.com | CA | $20.96 |
| 06/24/23 | Uber Trip TYEONDMF 10119 | help.uber.com | CA | $8.91 |
| 06/24/23 | INTERCONTINENTL NY TS Arrival Date 06/22/23   Departure Date 06/24/23 00000000 LODGING | NEW YORK | NY | $897.67 |
| 06/24/23 | TST* EASTERN PALACE 00005511 717-517-7360 | LANCASTER | PA | $101.69 |
| 06/24/23 | HUDSON-DUNKIN ST212 212 800-326-7711 | NEW YORK | NY | $4.02 |
| 06/24/23 | Sunoco Gas 00882635 07430 General packaged beverage | 215-977-3000 | TX | $8.30 |
| 06/24/23 | SUNOCO 0475780300 0475 201-252-8889 | MAHWAH | NJ | $72.92 |
| 06/24/23 | TURKEY HILL #0253 950253101 7175818220 | LANCASTER | PA | $34.59 |
| 06/24/23 | BURGER KING #1367 0000 315-424-0513 | MAHWAH | NJ | $12.89 |
| 06/25/23 | Uber Trip RDPTAB5O 06010 | help.uber.com | CA | $21.98 |

$1,712.44

# Southwest Rapid Rewards

Manage your account online: www.chase.com/Southwest
Customer Service: 1-800-792-0001
Mobile: Download the Chase Mobile® app today

## YOUR ACCOUNT MESSAGES (CONTINUED)

Please visit the Paze℠ FAQs page at chase.com/paze for more information, including details on who's eligible, how Paze℠ will work, and self-servicing capabilities once it's launched. We'll also be updating our Digital Services Agreement to include Paze℠.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 06/11 | COSTCO WHSE #0317 LANCASTER PA | -461.88 |
| 06/26 | Payment Thank You - Bill Pay Service | -1,376.62 |
| **PURCHASE** | | |
| 06/07 | COSTCO GAS #0317 LANCASTER PA | 51.83 |
| 06/23 | CVS/PHARMACY #11059 NEW YORK NY | 9.49 |

*$61.12* (handwritten)

To get started, please visit chase.com/FinancialAbuse

This Statement is a Facsimile - Not an original
Statement Date: 07/07/23

| Payment Type ↑↓ | Expense Type ↑↓ | Vendor Details ↑↓ | Date ⇅ | Amount ↑↓ |
|---|---|---|---|---|
| Wells Fargo VISA Corporate Card CBCP - US | Limousine, Taxi, Car Service | UBER TRIP | 06/04/2023 | $23.25 |
| Wells Fargo VISA Corporate Card CBCP - US | Limousine, Taxi, Car Service | UBER TRIP | 06/04/2023 | $19.98 |
| Wells Fargo VISA Corporate Card CBCP - US | Limousine, Taxi, Car Service | UBER TRIP | 06/04/2023 | $41.33 |
| | | | | $84.56 |

$84.56



## Receipt 1

Welcome to Wawa #158
Phone: 717-560-3021
1990 Miller Road
East Petersburg, PA 17520

7/13/2023          5:21:15 PM
Register #12    Trx #    11191082

Total:   $15.90

Qty
6 MONSTER ULTRA ZERO 16OZ    $19.14
  866_MONSTR 2/$5    -$1.38
  866_MONSTR 2/$5    -$1.38
  866_MONSTR 2/$5    -$1.38
Sub-Total:    $15.00
Tax:    $0.90
Total:    $15.90
American Express:    $15.90
Change:    $0.00

Sale

American Express
Card Num : XXXXXXXXXXXX1002
Chip Read
Terminal : XXXXXXXXX4005
Approval : 881080
Sequence : 039705

USD$ 15.90

AMERICAN EXPRESS
Mode: Issuer
AID: A000000025010801
TVR: 0000008000
IAD: XXXXXXXXXXXXXX
TSI: E800
ARC: 00
ARQC: 692E06C3C164342B

****************************
*    YOUR OPINION MATTERS!    *
* Tell us about your experience at *
*    www.MyWawaVisit.com       *
* Take our survey for a chance to win *
* Free Hoagies for a year (1 per week) *
* or Wawa swag basket & $25 gift card *
*    Disponible en Espanol     *
****************************
* Survey Code: 3191082
  Store Number: 00158

Please respond within 5 days
NO PURCHASE NECESSARY

## Receipt 2

Wawa #8060
1145 Virginia Avenue
Fort Washington PA 1
********************
7/13/2023 4:04:11 PM
Term: XXXXXXXXX1004
Appr: 806615
Seq#: 005688
Product: Unleaded
Pump Gallons Price
13    22.368    $3.669
Total Sale    $82.07
Capture

American Express
XXXXXXXXXX1002
Chip Read

USD$ 82.07

AMERICAN EXPRESS
Mode: Issuer
AID: A000000025010801
TVR: 0000008000
IAD: XXXXXXXXXXXXXX
TSI: E800
ARC: 00
ARQC: 2413CE1DE387A350

07/13/2023 15:59:55

I agree to pay the
above Total Amount
according to Card
Issuer Agreement.
********************
YOUR OPINION MATTERS
Tell us about your
experience at
* MyWawaVisit.com *
Take our survey for
a chance to win
Free Hoagies for
a year (1 per week)
or Wawa swag basket
& $25 gift card!!
Disponible
en Espanol
********************
Survey Code: 1141349
Store Number: 08060
********************
Please respond
within 5 days
NO PURCHASE
NECESSARY

## Receipt 3

Wawa #158
1990 Miller Road
East Petersburg PA 1
********************
7/13/2023 5:21:58 PM
Term: XXXXXXXXX4004
Appr: 882142
Seq#: 039694
Product: Unleaded
Pump Gallons Price
03    3.835    $3.639
Total Sale    $13.96
Capture

American Express
XXXXXXXXXX1002
Chip Read

USD$ 13.96

AMERICAN EXPRESS
Mode: Issuer
AID: A000000025010801
TVR: 0000008000
IAD: XXXXXXXXXXXXXX
TSI: E800
ARC: 00
ARQC: 3E86219B1796F9B3

07/13/2023 17:18:34

I agree to pay the
above Total Amount
according to Card
Issuer Agreement.
********************
YOUR OPINION MATTERS
Tell us about your
experience at
* MyWawaVisit.com *
Take our survey for
a chance to win
Free Hoagies for
a year (1 per week)
or Wawa swag basket
& $25 gift card!!
Disponible
en Espanol
********************
Survey Code: 1111910
Store Number: 00158
********************
Please respond
within 5 days
NO PURCHASE
NECESSARY
See rules at website

**MTA Bridges and Tunnels | PORT AUTHORITY NY NJ | NEW YORK STATE Thruway Authority | Bridge Authority**

# TOLLS BY MAIL
### OFFICIAL TOLL INVOICE

**BILL DATE: 07/11/2023**
**TOLL BILL No:** ███████3541

⚠ **ATTENTION:** Save a phone call! Visit us today at tollsbymailny.com or download the Tolls NY Mobile App from the App Store or Google Play.

## Summary of Charges

| | |
|---|---:|
| Tolls this period* | $9.48 |
| Overdue Balance | $0.00 |
| Late/Other Fees | $0.00 |
| Credits | $0.00 |
| **Total Amount Due** | **$9.48** |
| Must be Received by* | 08/13/23 |

**Don't want to wait for future Toll Bills?**
Use your Reference Number 535552153 to access and pay tolls online.

### PAY TOLL
- 📱 SCAN NOW →
- 🖥 Online at tollsbymailny.com
- ✉ By Check (see coupon below)
- 📞 Call 1-844-826-8400
- 💵 By Cash tollsbymailny.com/cashlocations
  (Use Barcode below at cash retail locations)

* See page 2 for Toll Activity Detail and Important Information on Paying Tolls on Time to avoid escalation to violations and other legal consequences including but not limited to vehicle registration suspension, revocation or renewal hold and/or fees up to $100 per unpaid toll.

**Convert to E-ZPass NY and Save $3.73 on this Bill**

ESPAÑOL • 中文 • KREYÒL AYISYEN • ITALIANO • 한국어 • РУССКИЙ → tollsbymailny.com/read

--- For payments remove coupon at dotted line ---

**TOLL BILL No: 17846863541**

| | |
|---|---:|
| Total Amount Due | $9.48 |
| Must Be Received by | 08/13/23 |
| Amount Enclosed | US$_____._____ |

*Handwritten: Paid Online 7.25.23 $9.48*

**For Cash Payments**
Provide barcode below to a VanillaDirect Retailer near you. A $2 fee applies to each payment.

7993662667100063716841901115187
POWERED BY VanillaDirect
Find a location at tollsbymailny.com/cashlocations

**Mail payment to:**
Tolls by Mail Payment Processing Center
PO Box 15183
Albany, NY 12212-5183

- Mail this coupon and payment (payable to **Tolls by Mail**) in the enclosed envelope.
- Do not include staples or paper clips.

TBP

**MTA Bridges and Tunnels** | **PORT AUTHORITY NY NJ** AIR LAND RAIL SEA | **NEW YORK STATE** Thruway Authority | Bridge Authority

# TOLLS BY MAIL
### OFFICIAL TOLL INVOICE

**BILL DATE:** 08/16/2023
**TOLL BILL No:** ▮▮▮▮▮0676



⚠ **ATTENTION:** Save a phone call! Visit us today at tollsbymailny.com or download the Tolls NY Mobile App from the App Store or Google Play.

## Summary of Charges

| | |
|---|---|
| Tolls this period* | $9.48 |
| Overdue Balance | $0.00 |
| Late/Other Fees | $0.00 |
| Credits | $0.00 |
| **Total Amount Due** | **$9.48** |
| Must be Received by* | 09/18/23 |

**Don't want to wait for future Toll Bills?**
Use your Reference Number 602297666 to access and pay tolls online.

### PAY TOLL
📱 SCAN NOW ➡ [QR code]

🖥 Online at tollsbymailny.com
✉ By Check (see coupon below)
📞 Call 1-844-826-8400
💵 By Cash tollsbymailny.com/cashlocations
(Use Barcode below at cash retail locations)

\* See page 2 for Toll Activity Detail and Important Information on Paying Tolls on Time to avoid escalation to violations and other legal consequences including but not limited to vehicle registration suspension, revocation or renewal hold and/or fees up to $100 per unpaid toll.

**Convert to E-ZPass NY and Save $3.73 on this Bill**

ESPAÑOL • 中文 • KREYÒL AYISYEN • ITALIANO • 한국어 • РУССКИЙ ➡ tollsbymailny.com/read

---
*For payments remove coupon at dotted line*

---

**TOLL BILL No:** 17877410676

*Members 1st
9-12-23*

| | |
|---|---|
| **Total Amount Due** | **$9.48** |
| Must Be Received by | 09/18/23 |
| Amount Enclosed | US$ _____ |

**For Cash Payments**
Provide barcode below to a VanillaDirect Retailer near you. A $2 fee applies to each payment.


7993662667100063716841 86965116
POWERED BY VanillaDirect
Find a location at tollsbymailny.com/cashlocations

**Mail payment to:**
Tolls by Mail Payment Processing Center
PO Box 15183
Albany, NY 12212-5183

• Mail this coupon and payment (payable to **Tolls by Mail**) in the enclosed envelope.
• Do not include staples or paper clips.

TBP

## Receipt 1: Exxon Express Pay

EXXON EXPRESS PAY
MONTVILLE PETROLEUM,
XXXXXXXXXX3001
391 MAIN RD
MONTVILLE, NJ
07045
06/04/2023  762908936
04:20:32 PM

XXXXXXXXXXXX3004
Am Express
INVOICE 010194
AUTH 567845

PUMP# 7
Regular          15.681G
PRICE/GAL        $3.699

FUEL TOTAL    $ 58.00

CREDIT        $ 58.00

Customer-activated Purchase/Capture
Site #: 0000000004798220
Shift-Number 1
Sequence Number 26315
Contactless
APPROVED 567845

## Receipt 2: Wawa #158

Wawa #158
1990 Miller Road
East Petersburg PA 1
********************
6/24/2023 12:37:56 P
Term: XXXXXXXXX4004
Appr: 00420C
Seq#: 003262
Product: Unleaded
Pump  Gallons    Price
01    23.416    $3.599
Total Sale      $84.27
Capture

Visa
XXXXXXXXXXXX9684
Chip Read

USD$ 84.27

CHASE VISA
Mode: Issuer
AID: A0000000031010
TVR: 0000008000
IAD: XXXXXXXXXXXXXX
TSI: E800
ARC: 00
ARQC:
D36699767BB5E58E

06/24/2023 12:33:42

I agree to pay the
above Total Amount
according to Card
Issuer Agreement.
*********************
YOUR OPINION MATTERS
Tell us about your
experience at
* MyWawaVisit.com *
Take our survey for
a chance to win
Free Hoagies for
a year (1 per week)
or Wawa swag basket
& $25 gift card!!
Disponible
en Espanol
*********************
Survey Code: 1111128
Store Number:00158
*********************
Please respond
within 5 days
NO PURCHASE
NECESSARY
See rules at website

## Receipt 3: Bolla Market

WELCOME TO
BOLLA MARKET
****************
SUNOCO
130 ROUTE 17 S
MAHWAH NJ 07430

| Description | Qty | Amount |
|---|---|---|
| REGULAR CR #03 | 22.104G | 72.92 |
| FULL @ 3.299/ G | | |

Subtotal         72.92
Tax               0.00
TOTAL            72.92
CREDIT   $       72.92

AMERICAN EXPRESS
USD$72.92
**********1002
Entry: Chip Read
APP LABEL: AMERICAN EXPRESS
AuthNet: AMEX
MODE: Issuer
AID: A000000025010801
Auth #: 309132
Resp Code: 000
Stan: 014917425604
Invoice #: 882596
Shift #: 1
Store # ****************

ST# MAHWA  TILL XXXX DR# 1 TRAN# 9035797
CSH: 0                    6/24/23 2:37:34 PM