| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** ||
| BROWN RUDNICK LLP<br>Robert J. Stark, Esq.<br>Kenneth J. Aulet, Esq.<br>Bennett S. Silverberg, Esq.<br>Seven Times Square<br>New York, NY  10036<br>Telephone: (212) 209-4800<br>Fax: (212) 209-4801<br>Email: rstark@brownrudnick.com<br>         kaulet@brownrudnick.com<br>         bsilverberg@brownrudnick.com<br>*Counsel for the Official Committee of Unsecured Creditors*<br><br>  -and-<br><br>GENOVA BURNS LLC.<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>Telephone: (973) 230-2095<br>Fax: (973) 533-1112<br>Email: DStolz@genovaburns.com<br>         DClarke@genovaburns.com<br>         GKinoian@genovaburns.com<br>*Local Counsel for the Official Committee of Unsecured Creditors* | BROWN RUDNICK LLP<br>Stephen D. Palley, Esq.<br>Patrick E. Gilman, Esq.<br>601 Thirteenth Street, NW<br>Washington, DC  20005<br>Telephone: (202) 536-1700<br>Fax: (202) 536-1701<br>Email:  spalley@brownrudnick.com<br>         pgilman@brownrudnick.com<br><br>BROWN RUDNICK LLP<br>One Financial Center<br>Boston, MA  02111<br>Tristan Axelrod, Esq.<br>Shari I. Dwoskin, Esq.<br>Telephone: (617) 856-8200<br>Fax:  (617) 856-8201<br>Email: taxelrod@brownrudnick.com<br>         sdwoskin@brownrudnick.com |
| In re:<br><br>BLOCKFI INC., *et al.,*<br><br>                         Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

**APPLICATION IN SUPPORT OF MOTION OF GENOVA BURNS LLC FOR (I) AUTHORITY TO SEAL THE REDACTED PORTIONS OF THE FIRM'S MONTHLY FEE STATEMENT FOR AUGUST 2023 REGARDING PERSONAL IDENTIFIABLE INFORMATION OF MEMBERS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND (II) GRANTING RELATED RELIEF**

Genova Burns LLC ("**GB**"), local counsel to the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the Chapter 11 cases of BlockFi, Inc. and its affiliated debtors (collectively, the "**Debtors**"), respectfully submits this application in support of GB's motion pursuant to 11 U.S.C. § 107(b) and (c), Fed. R. Bankr. P. 9018 and 9037, and D.N.J. LBR 9018-1 (the "**Motion to Seal**") for entry of an order, substantially in the form submitted herewith, (A) for authority to file under seal the redacted portions of the *Monthly Fee Statement of Genova Burns LLC, Local Counsel to Official Committee of Unsecured Creditors for the Period August 1, 2023 through August 31, 2023* (the "**GB Monthly Fee Statement**"), filed substantially contemporaneously herewith,[2] and (B) granting the Committee such other and further relief as the Court deems necessary, appropriate and consistent with the goals of the Motion to Seal. In support of this this Motion to Seal, GB respectfully states as follows:

**PRELIMINARY STATEMENT**

1.   The redacted portions of the GB Monthly Fee Statement generally include personally identifiable information of the members of the Committee relating to actual out-of-pocket expenses incurred by the Committee members in the performance of the duties of the Committee for which they seek reimbursement pursuant to 11 U.SC. § 503(b)(3)(F) through the GB Monthly Fee Statement.

---

[2] A redacted version of the GB Monthly Fee Statement has been filed immediately prior to the filing of this Motion to Seal. An unredacted version of the GB Monthly Fee Statement is being filed immediately after the filing of this Motion to Seal in accordance with this Court's procedures for electronically requesting that a document be sealed (*see Process to Electronically Request that a Document be Sealed* (http://www.njb.uscourts.gov/content/process-electronically-request-document-be-sealed)).

2.     Similar Motions to Seal were filed with respect to GB's Monthly Fee Statements for April 2023 and June 2023 based on similar grounds, which Motions to Seal were granted. *See, respectively,* Docket Nos. 1002, 1003 and 1093, and 1204, 1205 and 1342.

3.     For the reasons set forth herein, GB respectfully states that it has satisfied its burden in establishing that the redacted information is of the kind and nature contemplated by Bankruptcy Code Section 107(b) and (c), Bankruptcy Rules 9018 and 9037, and Local Bankruptcy Rule 9018-1, and respectfully requests that the Motion to Seal be granted.

## JURISDICTION

4.     This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. The subject matter of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this district pursuant to 28 U.S.C. § 1408. The predicates for the relief sought herein include Bankruptcy Code Section 107(b) and (c) and Section 503(b)(3)(F), Bankruptcy Rules 9018 and 9037, and Local Bankruptcy Rule 9018-1.

## BACKGROUND

5.     The Debtors commenced these Chapter 11 cases on November 28, 2022. An order granting the Debtors' motion for the cases to be jointly administered was entered on November 29, 2022 [Docket No. 42]. No trustee has been appointed in the cases, and the Debtors continue to operate as debtors-in-possession pursuant to Bankruptcy Code Sections 1107(a) and 1108.

6.     The Committee was appointed on December 21, 2022 [Docket Nos. 130, 131].

7.     On February 23, 2023, the *Order Authorizing Retention of Genova Burns LLC Effective December 29, 2022* [Docket No. 543] was entered.

## APPLICABLE LAW

8.     Bankruptcy Code Section 107(b) reads, in relevant part, as follows:

> On request of a party in interest, the bankruptcy court shall, and on the bankruptcy court's own motion, the bankruptcy court may … (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information ….

11 U.S.C. § 107(c)(1). In addition, Bankruptcy Code Section 107(c)(1) reads as follows:

> The bankruptcy court, for cause, may protect an individual, with respect to the following types of information to the extent the court finds that disclosure of such information would create undue risk of identity theft or other unlawful injury to the individual or the individual's property:
>
> (A) Any means of identification (as defined in section 1028(d) of title 18) contained in a paper filed, or to be filed, in a case under this title.
>
> (B) Other information contained in a paper described in subparagraph (A).

11 U.S.C. § 107(c)(1). Furthermore, Bankruptcy Rule 9018 provides, in relevant part, the following:

> On motion or on its own initiative, with or without notice, the court may make any order which justice requires … to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information ….

Fed. R. Bankr. P. 9018. Additionally, Bankruptcy Rule 9037(a) allows for certain redactions "in an electronic or paper filing made with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual, other than the debtor, known to be and identified as a minor, or a financial-account number …." Fed. R. Bankr. P. 9037(a). GB hereby represents that none of the exemptions to Bankruptcy Rule 9037(a) set forth in Bankruptcy Rule 9037(b) are applicable here. *See* Fed. R. Bankr. P. 9037(b). And, Bankruptcy Rule 9037(b) provides, in relevant part, that "For cause, the court may by order in a case under the Code: (1) require redaction of additional information …." Fed. R. Bankr. P. 9037(d).

9. GB hereby represents that the redactions from the GB Monthly Fee Statement are of the kind and nature covered and contemplated by Bankruptcy Code Section 107(b) and (c) and Bankruptcy Rules 9018 and 9037. As previously stated, the redacted portions of the GB Monthly Fee Statement generally include personally identifiable information of the members of the Committee relating to actual out-of-pocket expenses incurred by the Committee members in the performance of the duties of the Committee for which they seek reimbursement pursuant to 11 U.SC. § 503(b)(3)(F) through the GB Monthly Fee Statement.

10. In accordance with Bankruptcy Code Section 107(c)(3), the Office of the United States shall be provided with unredacted versions of the GB Monthly Fee Statement.

11. GB hereby represents that the filing of the Motion to Seal complies with Local Bankruptcy Rule 9018-1.

12. Therefore, this Motion to Seal should be granted.

**NO PRIOR REQUEST**

13. No prior request for the relief sought in this Motion to Seal has been made to this Court or any other court with respect to the GB Monthly Fee Statement. Similar Motions to Seal were filed with respect to GB's Monthly Fee Statements for April 2023 and June 2023 based on similar grounds, which Motions to Seal were granted. *See, respectively,* Docket Nos. 1002, 1003 and 1093, and 1204, 1205 and 1342. The Committee has previously filed motions to seal in these Chapter 11 cases with respect to other pleadings unrelated to the GB Monthly Fee Statement. *See* Docket Nos. 311, 382, 403, 900, 919, 928, 1050 and 1136.

**RESERVATION OF RIGHTS**

14. GB and the Committee reserve all of rights, claims, defenses, and remedies, including, without limitation, the right to defend against the public disclosure of the materials

under seal or currently subject to redaction. GB further reserves the right to supplement this Application.

## CONCLUSION

**WHEREFORE**, the Committee respectfully requests that this Court (i) grant the Motion to Seal, (ii) enter the form of order substantially in the form submitted herewith, and (iii) grant such other and further relief as it deems necessary, appropriate and consistent with the goals of the Motion to Seal.

Dated: September 18, 2023

                  **GENOVA BURNS LLC**

                  By: */s/ Donald W. Clarke*
                      Daniel M. Stolz, Esq.
                      Donald W. Clarke, Esq.
                      Gregory S. Kinoian, Esq.
                  110 Allen Rd., Suite 304
                  Basking Ridge, NJ 07920
                  Tel:    (973) 230-2095
                  Fax:    (973) 533-1112
                  Email: DStolz@genovaburns.com
                            DClarke@genovaburns.com
                            GKinoian@genovaburns.com

                  *Local Counsel for the Official*
                  *Committee of Unsecured Creditors*