**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**DUANE MORRIS LLP**
Wendy M. Simkulak (wmsimkulak@duanemorris.com)
Catherine B. Heitzenrater (cheitzenrater@duanemorris.com)
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
Facsimile: (215) 979-1020

*Attorneys for the Chubb Companies*

In re:

BLOCKFI INC., *et al.*,[1]

Debtors

Chapter 11

Case No. 22-19361 (MBK)

(Jointly Administered)

Honorable Michael B. Kaplan

# CERTIFICATION OF SERVICE

1. I, Catherine B. Heitzenrater:

   ☒ represent the Chubb Companies in this matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

   ☐ am the _____ in the case and am representing myself.

2. On September 18, 2023, I caused a copy of the following pleading and/or document to be sent to the parties listed in the chart below:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

    a. *Limited Objection of the Chubb Companies to Third Amended Joint Chapter 11 Plan of Blockfi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*

3. I hereby certify under penalty of perjury that the above document was sent using the mode of service indicated.

Dated: September 18, 2023                      /s/ *Catherine B. Heitzenrater*
                                                                Catherine B. Heitzenrater, Esq.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| BlockFi, Inc.<br>201 Montgomery Street, Suite 263<br>Jersey City, NJ 07302 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Attention: Joshua A. Sussberg (jsussberg@kirkland.com)<br>Christine A. Okike (christine.okike@kirkland.com)<br>Francis Petrie (francis.petrie@kirkland.com) | Counsel for the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Haynes and Boone, LLP<br>Rockefeller Plaza, 26th Floor<br>New York, NY 10112<br>Attention: Richard S. Kanowitz (richard.kanowitz@haynesboone.com)<br>Jordan Chavez (jordan.chavez@haynesboone.com) | Counsel for the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Filing, Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brown Rudnick LLP<br>7 Times Square<br>New York, NY 10036<br>Attention: Robert J. Stark (rstark@brownrudnick.com)<br>Kenneth J. Aulet (kaulet@brownrudnick.com)<br>Bennett S. Silverberg (bsilverberg@brownrudnick.com) | Counsel for the Committee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Filing, Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

DM3\9913523.1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>United States Trustee, Regions 3 & 9<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Attention: Jeffrey M. Sponder<br>(jeffrey.m.sponder@usdoj.gov)<br>(USTPRegion03.NE.ECF@usdoj.gov)<br>Lauren Bielskie<br>(Lauren.Bielskie@usdoj.gov) | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Filing, Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

4

DM3\9913523.1