UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## ATTORNEY MONTHLY FEE STATEMENT COVER SHEET
## FOR AUGUST 1, 2023 THROUGH AUGUST 31, 2023

In re BlockFi Inc., *et al.*            Applicant: Cole Schotz P.C.

Case No. 22-19361 (MBK)            Client:  Debtors and Debtors in Possession

Chapter 11            Case Filed: November 28, 2022

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

RETENTION ORDER ATTACHED.

_/s/ Michael D. Sirota_          09/18/2023
MICHAEL D. SIROTA            Date

<div style="border:1px solid black; padding:10px;">

**SECTION I**
**FEE SUMMARY**

</div>

Summary of Amounts Requested for the Period
August 1, 2023 through August 31, 2023 (the "**Compensation Period**")

| | |
|---|---|
| Fee Total | $36,833.50 |
| Disbursement Total | $204.65 |
| Total Fees Plus Disbursements | $37,038.15 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---|
| Total Previous Fees and Expenses Requested: | $857,414.23 |
| Total Fees and Expenses Allowed to Date: | $0.00 |
| Total Retainer Remaining: | $100,000.00 |
| Total Holdback: | $169,340.15 |
| Total Received by Applicant: | $688,074.08 |

65365/0001-46125972v1

| Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|
| Michael D. Sirota Member | 1986 | 4.70 | $1,200.00 | $5,640.00 |
| Felice R. Yudkin Member | 2005 | 13.80 | $705.00 | $9,729.00 |
| Andreas D. Milliaressis Associate | 2016 | 27.70 | $475.00 | $13,157.50 |
| Frances Pisano Paralegal | n/a | 23.40 | $355.00 | $8,307.00 |
| **TOTALS** | **n/a** | **69.60** | **n/a** | **$36,833.50** |

3

**SECTION II**
**SUMMARY OF SERVICES**

| Services Rendered | Hours | Fee |
|---|---|---|
| Asset Analysis | 0.00 | $0.00 |
| Asset/Business Disposition | 0.60 | $285.00 |
| Assumption and Rejection of Leases and Contracts | 1.70 | $744.50 |
| Preference Actions/Response | 0.00 | $0.00 |
| Budgeting (Case) | 0.00 | $0.00 |
| Business Operations | 2.50 | $1,467.50 |
| Case Administration | 10.20 | $4,705.00 |
| Claims Administration and Objections | 15.70 | $8,883.00 |
| Corporate Governance and Board Matters | 0.00 | $0.00 |
| Data Analysis | 0.00 | $0.00 |
| Employee Benefits/Pensions | 0.00 | $0.00 |
| Fee Application Preparation | 14.00 | $6,291.00 |
| Fee Employment | 2.60 | $1,066.00 |
| Fee Objections | 0.00 | $0.00 |
| Financing | 0.00 | $0.00 |
| Litigation | 14.20 | $8,061.00 |
| Meetings of Creditors | 0.00 | $0.00 |
| Disclosure Statement | 3.30 | $2,317.00 |
| Plan of Reorganization | 2.40 | $1,741.50 |
| Real Estate | 0.00 | $0.00 |
| Regulatory Compliance | 0.00 | $0.00 |
| Relief from Stay | 1.10 | $565.50 |
| Reporting | 1.30 | $706.50 |
| Tax Issues | 0.00 | $0.00 |
| Valuation | 0.00 | $0.00 |
| Non-Working Travel | 0.00 | $0.00 |
| **SERVICES TOTALS** | **69.60** | **$36,833.50** |

65365/0001-46125972v1

<div align="center">

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

</div>

| Disbursements | Amount |
|---|---|
| Computer Assisted Legal Research | $24.80 |
| Facsimile | $0.00 |
| Long Distance Telephone/Conference Calls | $0.00 |
| In-House Reproduction | $0.00 |
| Outside Reproduction | $0.00 |
| Outside Research | $0.00 |
| Filing Fees | $0.00 |
| Court Fees | $0.00 |
| Court Reporting | $0.00 |
| Travel | $0.00 |
| Delivery Services / Federal Express | $0.00 |
| Postage | $0.00 |
| Other (Explain) | $0.00 |
|     Transcripts | $179.85 |
|     Service of Process | $0.00 |
| **DISBURSEMENTS TOTAL** | $204.65 |

65365/0001-46125972v1

+------------------------------------------------+
|                 **SECTION IV**                 |
|                **CASE HISTORY**                |
+------------------------------------------------+

(1)     Date cases filed:  November 28, 2022

(2)     Chapter under which case commenced:  Chapter 11

(3)     Date of retention: January 25, 2023, *nunc pro tunc* to November 28, 2022. *See* **Exhibit A**.

        If limit on number of hours or other limitations to retention, set forth: n/a

(4)     Summarize in brief the benefits to the estate and attach supplements as needed:[1]

        (a)     The Applicant provided legal advice to the Debtors and co-counsel regarding local rules, practice, and procedure.

        (b)     The Applicant reviewed, revised, and coordinated the filing and service of complaints, motions and supporting documents, and monthly fee statements.

        (c)     The Applicant provided advice to the Debtors and their advisors with respect to the adjudication of certain claims objections and coordinated the filing and scheduling of claims objections.

        (d)     The Applicant provided advice and strategized with the Debtors and their advisors with respect to certain adversary proceedings and related relief, and various operational matters.

        (e)     The Applicant tended to others matters concerning administration of the chapter 11 cases as requested by co-counsel.

        (f)     The Applicant rendered all other services set forth on the invoices attached hereto as **Exhibit B**.[2]

(5)     Anticipated distribution to creditors:

        (a)     Administration expense: Paid in full.

        (b)     Secured creditors: N/A.

---

[1]  The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of the Debtors and for the benefit of the estates; it is not intended to itemize each and every professional service which the Applicant performed.

[2]  The invoice attached hereto as Exhibit B contains detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.

65365/0001-46125972v1

(c)     Priority creditors: To be paid in accordance with the *Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1309] (the "Plan").

(d)     General unsecured creditors: To be paid in accordance with the Plan.

(6)    Final disposition of case and percentage of dividend paid to creditors:  This is the ninth monthly fee statement.  Final disposition of case remains pending.

65365/0001-46125972v1

**<u>Exhibit A</u>**

**Retention Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
(201) 489-1536 Facsimile
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted pro hac vice)
Christine A. Okike, P.C. (admitted pro hac vice)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted pro hac vice)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Proposed Attorneys for Debtors and Debtors in Possession*

In re:

BLOCKFI INC., *et al.*,

Debtors.[1]

**Order Filed on January 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Chapter 11
Case No. 22-19361 (MBK)
(Jointly Administered)

**ORDER APPROVING THE EMPLOYMENT AND RETENTION
OF COLE SCHOTZ P.C. AS NEW JERSEY COUNSEL TO
THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

The relief set forth on the following pages, numbered two (2) through seven (7), is hereby
**ORDERED**.

**DATED: January 24, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al*. |
| Case No. | 22-19361(MBK) |
| Caption of Order: | ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE |

Upon the application (the "**Application**")[2] of BlockFi Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to sections 327(a), 329, and 330 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, authorizing the Debtors to employ and retain Cole Schotz P.C. ("**Cole Schotz**") as their New Jersey counsel in these proceedings *nunc pro tunc* to the Petition Date; and the Court having jurisdiction to decide the Application and the relief requested therein in accordance with 28. U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title* 11of the United States District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application having been given as provided in the Application, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice of the Application need be provided; and upon the Declarations of Michael D. Sirota, Esq. and Zachary Prince in support thereof; and the Court being satisfied that Cole Schotz does not hold or represent any interest adverse to the Debtors, their estates, or their creditors, and is a disinterested person within the meaning of sections 327 and 101(14) of the Bankruptcy Code, and that said employment would be in the best interest of the Debtors and their respective estates, and that the legal

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

(Page 3)
Debtors:            BLOCKFI INC., *et al*.
Case No.            22-19361(MBK)
Caption of Order:   ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE
                    SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC
                    PRO TUNC* TO THE PETITION DATE

---

and factual bases set forth in the Application establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is **GRANTED** to the extent set forth herein.

2.      In accordance with sections 327(a), 329, and 330 of the Bankruptcy Code, the Debtors

are hereby authorized and empowered to employ and retain Cole Schotz as their New Jersey counsel

in these chapter 11 cases effective as of the Petition Date.

3.      Any and all compensation to be paid to Cole Schotz for services rendered on the

Debtors' behalf, including compensation for services rendered in connection with the preparation of

the petition and accompanying papers, shall be fixed by application to this Court in accordance with

sections 330 and 331 of the Bankruptcy Code, such Federal Rules and Local Rules as may then be

applicable, and any orders entered in these cases governing the compensation and reimbursement of

professionals for services rendered and charges and disbursements incurred.  Cole Schotz also shall

make a reasonable effort to comply with the U.S. Trustee's requests for information and additional

disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases

Effective as of November 1, 2013 (the "U.S. Trustee Guidelines"), both in connection with the

Application and the interim and final fee applications to be filed by Cole Schotz in the chapter 11 cases.

(Page 4)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al*. |
| Case No. | 22-19361(MBK) |
| Caption of Order: | ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE |

4.      In order to avoid any duplication of effort and provide services to the Debtors in the most efficient and cost-effective manner, Cole Schotz shall coordinate with Haynes and Boone, LLP, Kirkland & Ellis LLP, Kirkland & Ellis International LLP and any additional firms the Debtors retain regarding their respective responsibilities in these chapter 11 cases.  As such, Cole Schotz shall use its best efforts to avoid duplication of services provided by any of the Debtors' other retained professionals in these Chapter 11 Cases.

5.      Prior to applying any increases in its hourly rates beyond the rates set forth in the Application, Cole Schotz shall provide ten (10) business days' prior notice of any such increases to the Debtors, the United States Trustee, and any official committee appointed in the Debtors' chapter 11 cases and shall file such notice with the Court.  All parties in interest retain all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

6.      Cole Schotz (i) shall only bill 50% for non-working travel; (ii) shall not seek the reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any objections to any of Cole Schotz's fee applications in this case; (iii) shall use the billing and expense categories set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested by Project Category); and (iv) shall provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the United States Trustee.

(Page 5)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al.* |
| Case No. | 22-19361(MBK) |
| Caption of Order: | ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE |

7.      Upon entry of a Final Order on the Motion to Redact all Personally Identifiable Information [Docket No. 4], Cole Schotz will disclose the information that the Court orders to be unredacted, if any, through a supplemental declaration.  Further, if the Court denies the Motion to Seal Confidential Transaction Parties on the Retention Applications [Docket No. 127], Cole Schotz will, through a supplemental declaration, disclose the identities of all counterparties that were filed under seal, and the connections of Cole Schotz to such potential counterparties.

8.      Notwithstanding anything in the Application or the Sirota Declaration to the contrary, Cole Schotz shall seek reimbursement from the Debtors' estates for its engagement-related expenses at the firm's actual cost paid.

9.      Notwithstanding anything in the Application and the Sirota Declaration to the contrary, Cole Schotz shall (i) to the extent that Cole Schotz uses the services of independent contractors or subcontractors (collectively, the "Contractors") in these cases, pass through the cost of such Contractors at the same rate that Cole Schotz pays the Contractors; (ii) seek reimbursement for actual costs only; (iii) ensure that the Contractors are subject to the same conflicts checks as required for Cole Schotz; (iv) file with this Court such disclosures required by Bankruptcy Rule 2014; and (v) attach any such Contractor invoices to its monthly fee statements, interim fee applications and/or final fee applications filed in these cases.

10.      Notwithstanding anything in the Application and Sirota Declaration to the contrary, the parties in interest reserve the right to object to any application for the payment of pre-petition fees to

(Page 6)
Debtors:            BLOCKFI INC., *et al*.
Case No.            22-19361(MBK)
Caption of Order:   ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE
                    SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC
                    PRO TUNC* TO THE PETITION DATE

---

the extent those fees are not specifically related to the preparation and the filing of the Debtors' Chapter

11 Cases.

11.     No agreement or understanding exists between Cole Schotz and any other person, other

than as permitted by Bankruptcy Code section 504, to share compensation received for services

rendered in connection with these cases, nor shall Cole Schotz share or agree to share compensation

received for services rendered in connection with these cases with any other person other than as

permitted by Bankruptcy Code section 504.

12.     Notwithstanding Cole Schotz's Standard Terms of Engagement for Legal Services, the

provision that "Our bills are due and payable upon receipt" shall be null and void during the pendency

of these bankruptcy cases.

13.     Notwithstanding Cole Schotz's Standard Terms of Engagement for Legal Services,

during the pendency of the Chapter 11 Cases, Cole Schotz's retainer shall be treated like a security

retainer and shall not be drawn down absent Court order.

14.     As set forth in Cole Schotz's Standard Terms of Engagement for Legal Services, Cole

Schotz's fees and expenses will be considered "earned" at the time they are incurred, notwithstanding

the fact that any such amounts shall only be payable as set forth in that certain *Administrative Fee

Order Establishing Procedures for the Allowance and Payment of Interim Compensation and

Reimbursement of Expenses of Professionals Retained by Order of this Court* [Docket No. 307] and

shall only be allowed upon entry of a Court order allowing them.

(Page 7)
Debtors:              BLOCKFI INC., *et al*.
Case No.              22-19361(MBK)
Caption of Order:     ORDER APPROVING THE EMPLOYMENT AND RETENTION OF COLE
                      SCHOTZ P.C. AS NEW JERSEY COUNSEL TO THE DEBTORS *NUNC
                      PRO TUNC* TO THE PETITION DATE

---

15.     Notwithstanding Cole Schotz's Standard Terms of Engagement for Legal Services, the

provision concerning fee disputes is null and void during the pendency of these bankruptcy cases.

16.     The Debtors are authorized to take all actions necessary to carry out this Order.

17.     To the extent the Application, the Sirota Declaration, or any engagement agreement

pertaining to this retention is inconsistent with this Order, the terms of this Order shall govern.

18.     This Court shall retain jurisdiction to hear and determine all matters arising from or

related to the implementation, interpretation, and/or enforcement of this Order.

**Exhibit B**

**Invoice**

COLE SCHOTZ P.C.

Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ  07601

FEDERAL ID# 22-2113414

New York — Delaware — Maryland — Texas — Florida

BLOCKFI INC.
601 LEXINGTON AVENUE
KIRKLAND & ELLIS
NEW YORK, NY 10112

| | |
|---|---|
| Invoice Date: | September 15, 2023 |
| Invoice Number: | 957933 |
| Matter Number: | 65365-0001 |

**Re:**  CHAPTER 11 DEBTOR

FOR PROFESSIONAL SERVICES THROUGH AUGUST 31, 2023

| **ASSET/ BUSINESS DISPOSITION** | | | 0.60 | 285.00 |
|---|---|---|---|---|

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 08/15/23 | ADM | EMAIL TO CO-COUNSEL RE: VCV SALE MOTION ADJOURNMENT (0.1); FINALIZE SAME AND SUBMIT TO CHAMBERS (0.2) | 0.20 | 95.00 |
| 08/15/23 | ADM | PREPARE ADJOURNMENT REQUEST RE: VCV SALE MOTION | 0.40 | 190.00 |

| **ASSUMPTION/REJECTION OF LEASE AND CONTRACT** | | | 1.70 | 744.50 |
|---|---|---|---|---|

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 08/07/23 | FP | PREPARE DEBTORS FOURTH OMNIBUS REJECTION OF EXEC. CONTRACTS, AND EXH. A - NOTICE/ORDER FOR FILING (.30); EFILE (.20); COORDINATE SERVICE (.10) | 0.60 | 213.00 |
| 08/22/23 | FRY | REVIEW OMNIBUS REJECTION ORDER FOR SUBMISSION TO CHAMBERS | 0.20 | 141.00 |
| 08/23/23 | FRY | EMAIL TO/FROM CHAMBERS RE REJECTION ORDER | 0.10 | 70.50 |
| 08/25/23 | ADM | EMAIL WITH CO-COUNSEL RE: REJECTION NOTICE (0.1); REVIEW SAME FOR FILING (0.1); SEND TO F. PISANO FOR FILING AND SERVICE (0.1) | 0.30 | 142.50 |
| 08/25/23 | FP | PREPARE (.20) AND FILE (.20) FIFTH OMNIBUS REJECTION NOTICE; COORDINATE SERVICE (.10) | 0.50 | 177.50 |

| **BUSINESS OPERATIONS** | | | 2.50 | 1,467.50 |
|---|---|---|---|---|

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 08/09/23 | FRY | REVIEW APPLICATION IN LIEU RE WALLET WITHDRAWALS | 0.20 | 141.00 |
| 08/09/23 | FP | PREPARE APPLICATION IN LIEU AND PROPOSED ORDER RE: ESTABLISHING ELIGIBILITY OF WALLET WITHDRAWALS (.30); EFILE (.20); COORDINATE SERVICE (.10) | 0.60 | 213.00 |
| 08/09/23 | ADM | REVIEW APPLICATION IN LIEU RE: WITHDRAWAL OF WALLET ASSETS (0.1); REVIEW LOCAL RULES RELATED TO SAME (0.2); EMAIL F. YUDKIN RE: LOCAL RULES (0.1); EMAIL CO-COUNSEL KE AND COORDINATE FILING WITH F. PISANO (0.1) | 0.50 | 237.50 |

**COLE SCHOTZ P.C.**

Re:    CHAPTER 11 DEBTOR
        Client/Matter No. 65365-0001

Invoice Number  957933
September 15, 2023
Page 2

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/16/23 | FRY | TELEPHONE TO CHAMBERS RE WALLET WITHDRWAWAL ORDER | 0.10 | 70.50 |
| 08/16/23 | FRY | MULTIPLE EMAILS TO CLIENT AND CO-COUNSEL RE WALLET ORDER | 0.20 | 141.00 |
| 08/16/23 | FRY | EMAILS WITH CLIENT RE WALLET WITHDRAWAL ORDER | 0.10 | 70.50 |
| 08/21/23 | FRY | EMAIL RE RESTRUCTURING OF LOAN | 0.10 | 70.50 |
| 08/22/23 | FRY | REVIEW SUBPOENA RE WALLET | 0.20 | 141.00 |
| 08/24/23 | MDS | REVIEW EMAILS - DATA BREACH | 0.20 | 240.00 |
| 08/29/23 | ADM | REVIEW APPLICATION IN LIEU RE: TRADE ONLY ASSETS (0.2); EMAIL TO CO-COUNSEL KE AND F. PISANO RE: SAME (0.1) | 0.30 | 142.50 |

**CASE ADMINISTRATION**         **10.20**    **4,705.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/01/23 | FP | EMAILS WITH J&J TRANSCRIBERS REQUESTING AND CONFIRMING REQUEST FOR 8/1/23 TRANSCRIPT | 0.20 | 71.00 |
| 08/01/23 | FP | EMAIL REQUEST FROM K&E FOR 8/1/2023 TRANSRIPT (.10); EMAIL TO J&J TRANSCRIBERS (.10) | 0.20 | 71.00 |
| 08/03/23 | FP | REVIEW, AND FILESITE 8/1/23 TRANSCRIPT RECEIVED (.20) AND COORDINATE SERVICE TO K&E (.10) | 0.30 | 106.50 |
| 08/04/23 | ADM | PREPARE ADJOURNMENT REQUEST RE: REDACTION MOTIONS AND MOTIONS TO SEAL (0.9); REVISE REQUEST AND SEND TO CO-COUNSEL HB (0.3) | 1.20 | 570.00 |
| 08/06/23 | ADM | EMAIL CO-COUNSEL HB RE: ADJOURNMENT REQUEST | 0.10 | 47.50 |
| 08/07/23 | FP | REVIEW NOTICE (DN 1327) ADJOURNMENT GRANTED AND UPDATE CALENDAR (8/17 TO 9/26) | 0.20 | 71.00 |
| 08/07/23 | ADM | CALL TO CHAMBERS RE: SEPTEMBER 26 HEARING (0.1); REVISE ADJOURNMENT REQUEST (0.2) | 0.30 | 142.50 |
| 08/07/23 | ADM | FINALIZE ADJOURNMENT REQUEST (0.1) SEND TO CHAMBERS WITH COVERING SUMMARY (0.2) | 0.30 | 142.50 |
| 08/08/23 | FRY | EMAILS TO/FROM COURT AND CO-COUNSEL RE SCHEDULING | 0.20 | 141.00 |
| 08/08/23 | ADM | CALL WITH F. YUDKIN RE: FILINGS | 0.10 | 47.50 |
| 08/09/23 | FRY | REVIEW NOTICES OF PUBLICATION FOR FILING | 0.20 | 141.00 |
| 08/09/23 | FRY | EMAILS WITH COURT RE SCHEDULING | 0.10 | 70.50 |
| 08/09/23 | ADM | REVIEW NOTICES OF PUBLICATION FOR FILING (0.2); EMAIL F. YUDKIN RE: SAME (0.1) COORDINATE FILING OF SAME WITH F. PISANO (0.1) | 0.40 | 190.00 |
| 08/09/23 | ADM | FOLLOW UP CALL TO CHAMBERS RE: MATTERS BEING ADJOURNED FOR AUGUST 17 (0.1); EMAIL TO CO-COUNSEL F. YUDKIN RE: SAME (0.1) | 0.20 | 95.00 |
| 08/10/23 | MDS | CORRESP. TO ATTORNEY/CO-COUNSEL R. KANOWITZ RE: M. ETKIN INQUIRY | 0.20 | 240.00 |
| 08/14/23 | ADM | REVIEW AND UPDATE CALENDAR RE: HEARINGS (0.2); CALL WITH F. PISANO RE: SAME (0.1) | 0.30 | 142.50 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | CHAPTER 11 DEBTOR | | Invoice Number 957933 | |
| | Client/Matter No. 65365-0001 | | September 15, 2023 | |
| | | | | Page 3 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 08/14/23 | ADM | REVIEW EMAIL FROM COURT RE: AUGUST 17 HEARING | 0.10 | 47.50 |
| 08/15/23 | ADM | REVIEW DOCKET AND PREPARE LIST OF UPCOMING HEARING DATES | 0.20 | 95.00 |
| 08/15/23 | FP | REVIEW NOTICE OF ADJOURNMENT REQUEST GRANTED (DN 1359) | 0.10 | 35.50 |
| 08/15/23 | FRY | EMAILS WITH CO COUNSEL RE ADJOURNMENT OF HEARINGS | 0.20 | 141.00 |
| 08/16/23 | ADM | REVIEW EMAIL FROM KROLL RE: SERVICE OF AGENDA (0.1); CORRESPONDENCE WITH F. PISANO RE: SAME (0.1) | 0.20 | 95.00 |
| 08/16/23 | FRY | REVIEW AGENDA FOR FILING | 0.20 | 141.00 |
| 08/16/23 | FP | REVIEW KROLL EMAIL RE: QUESTION ON SERVICE OF AGENDA (OVERNIGHT) (.10); REVIEW ORDER RE: SERVICE PROCEDURES (.10); TELEPHONE TO KROLL (LEFT MESSAGE) (.10); EMAIL KROLL RE: SERVICE (.10) | 0.40 | 142.00 |
| 08/16/23 | FP | PREPARE AND EFILE AGENDA FOR AUGUST 17, 2023 (.20); COORDINATE SERVICE (.10) | 0.30 | 106.50 |
| 08/18/23 | FP | DOWNLOAD ADJOURNMENT GRANTED NOTICE (DN 1367) RE: VISA AND UPDATE CALENDAR | 0.20 | 71.00 |
| 08/18/23 | FP | REVIEW COURT NOTICES RE: ADJOURNMENTS (8/17 TO 8/30, 9/6 AND 10/10) AND UPDATE CALENDARS | 0.30 | 106.50 |
| 08/22/23 | ADM | CALL WITH F. YUDKIN RE: UPCOMING FILINGS | 0.10 | 47.50 |
| 08/22/23 | FP | REVIEW UPDATED NOTICES AND CALENDAR 8/30 HG. DATES | 0.20 | 71.00 |
| 08/28/23 | ADM | EMAIL TO CO-COUNSEL CS RE: AUGUST 30 HEARING (0.1); FOLLOW UP EMAIL TO F. PISANO RE: SAME (0.1) | 0.20 | 95.00 |
| 08/28/23 | FP | EMAILS EXCHANGED WITH K&E RE: ADJOURNED 8/30 HEARING | 0.20 | 71.00 |
| 08/28/23 | FP | EMAIL CHAMBERS RE: M. SIROTA ATTENDANCE ON 8/30/23 ZOOM HEARING AND REVIEW CONFIRMATION | 0.20 | 71.00 |
| 08/29/23 | FP | PREPARE (.20) AND EFILE (.10) AGENDA FOR AUGUST 30 HEARING; COORDINATE SERVICE (.10) | 0.40 | 142.00 |
| 08/29/23 | FP | PREPARE (.20) AND EFILE (.20) APPLICATION IN LIEU RE: WALLET ACCOUNTS, WITH PROPOSED ORDER | 0.40 | 142.00 |
| 08/29/23 | ADM | CALL WITH F. PISANO RE: FILINGS | 0.20 | 95.00 |
| 08/29/23 | ADM | REVIEW AGENDA FOR FILING (0.1); COORDINATE FILING AND SERVICE WITH F. PISANO (0.1) | 0.20 | 95.00 |
| 08/30/23 | FP | EMAILS WITH J&J TRANSCRIPTION RE: 8/30 HEARING AND REQUESTING TRANSCRIPT | 0.20 | 71.00 |
| 08/30/23 | ADM | REVIEW DOCKET RE: ENTRY OF ORDERS SUBMITTED TO COURT (0.3); UPDATE CALENDARING OF HEARINGS AND DEADLINES (0.5) | 0.80 | 380.00 |
| 08/30/23 | ADM | EMAIL CO-COUNSEL KE RE UPCOMING FILING AND FOLLOW UP WITH F PISANO RE: SAME | 0.10 | 47.50 |
| 08/31/23 | FP | REVIEW AND DOWNLOAD TRANSCRIPT OF 8/30 HEARING (.20); CIRCULATE TO K&E (.10) | 0.30 | 106.50 |

| | | | | |
|---|---|---|---|---|
| **CLAIMS ADMINISTRATION AND OBJECTIONS** | | | **15.70** | **8,883.00** |

**COLE SCHOTZ P.C.**

| | |
|---|---|
| Re:   CHAPTER 11 DEBTOR | Invoice Number  957933 |
| Client/Matter No. 65365-0001 | September 15, 2023 |
| | Page 4 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/03/23 | FRY | REVIEW OMNIBUS CLAIMS OBJECTION | 0.30 | 211.50 |
| 08/03/23 | FP | PREPARE (.20) AND EFILE (.20) NOTICE OF 7TH OMNIBUS OBJECTION TO CERTAIN CLAIMS; COORDINATE SERVICE (.10) | 0.50 | 177.50 |
| 08/03/23 | ADM | REVIEW OMNIBUS OBJECTION FOR FILING (0.1); EMAILS TO F. YUDKIN AND CO-COUNSEL HB RE SAME (0.1); EMAIL TO F. PISANO RE: FILING (0.1); DOWNLOAD FILED COPY OF OBJECTION AND SEND TO UST WITH UNREDACTED SCHEDULE (0.2) | 0.50 | 237.50 |
| 08/04/23 | ADM | REVIEW LOCAL RULES AND PROCEDURES RE: CLAIMS OBJECTIONS AND REPLY AND ADVISE CO-COUNSEL HB RE SAME | 0.50 | 237.50 |
| 08/07/23 | FRY | REVIEW OMNIBUS CLAIM OBJECTION FOR FILING | 0.30 | 211.50 |
| 08/09/23 | ADM | REVIEW EMAIL FROM CO-COUNSEL HB RE: GERRO CLAIMS HEARING (0.1); EMAIL TO F. YUDKIN RE: SAME (0.1); CALL WITH COURT RE: SAME (0.1); FOLLOW UP EMAIL TO CO-COUNSEL HB (0.1) | 0.40 | 190.00 |
| 08/10/23 | FP | PREPARE/COMBINE REPLY TO GERRO RESPONSE TO 4TH OMNIBUS OBJECTION, WITH EXHIBITS AND CIRCULATE FOR REVIEW BEFORE FILING | 0.40 | 142.00 |
| 08/10/23 | ADM | REVIEW REPLY RE: GERRO CLAIM FOR FILING (0.2); EMAIL CO-COUNSEL HB RE: SERVICE OF SAME (0.1); EMAIL TO F. PISANO RE: FILING (0.1); REVIEW EXHIBITS TO GERRO REPLY AND COORDINATE FILING AND SERVICE (0.3) | 0.70 | 332.50 |
| 08/10/23 | FRY | REVIEW GERRO REPLY FOR FILING | 0.30 | 211.50 |
| 08/10/23 | FP | FINALIZE AND EFILE RESPONSE TO GERRO REPLY TO 4TH OMNIBUS OBJECTION AND COORDINATE SERVICE | 0.30 | 106.50 |
| 08/11/23 | ADM | REVIEW EMAILS RE MOTION TO ESTIMATE CLAIMS AND APPLICABLE RULES RE: MOTION TO SEAL SAME | 0.20 | 95.00 |
| 08/11/23 | FP | PREPARE (.20) AND EFILE (.20) (1) MOTION TO ESTABLISH AMOUNT OF 3AC CLAIM AND (2) DECL. OF M. RENZI ISO | 0.40 | 142.00 |
| 08/11/23 | FRY | REVIEW ESTIMATION MOTIONS FOR FILING | 0.50 | 352.50 |
| 08/11/23 | FP | PREPARE (.20) AND EFILE (.20) (1) MOTION TO ESTABLISH AMOUNT OF FTX CLAIMS AND (2) DECL. OF M. RENZI ISO | 0.40 | 142.00 |
| 08/17/23 | FP | DRAFT ADJOURNMENT REQUEST RE: VISA CLAIM (7TH OMNIBUS) (.20); CIRCULATE FOR REVIEW (.10) | 0.30 | 106.50 |
| 08/17/23 | FRY | PARTICIPATE IN HEARING ON CLAIM OBJECTION | 1.30 | 916.50 |
| 08/18/23 | FP | PREPARE AND SUBMIT ADJOURNMENT REQUEST TO CHAMBERS RE: VISA CLAIM ONLY (7TH OMNIBUS) | 0.20 | 71.00 |
| 08/21/23 | ADM | CALL WITH L. SISSON RE CLAIM OBJECTIONS (0.1); FOLLOW UP WITH F. PISANO AND F. YUDKIN RE: SAME (0.1) | 0.20 | 95.00 |
| 08/21/23 | FP | PREPARE AND EFILE 8TH OMNIBUS OBJECTION (THREE ARROW CAPITAL) (.30); COORDINATE SERVICE (.10) | 0.40 | 142.00 |
| 08/21/23 | FP | PREPARE AND EFILE 9TH OMNIBUS OBJECTION (FTX CLAIMS) (.30); COORDINATE SERVICE (.10) | 0.40 | 142.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | CHAPTER 11 DEBTOR | | Invoice Number  957933 | |
| | Client/Matter No. 65365-0001 | | September 15, 2023 | |
| | | | Page 5 | |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 08/21/23 | FRY | REVIEW CLAIM OBJECTIONS FOR FILING | 0.50 | 352.50 |
| 08/22/23 | FP | PREPARE (.10) AND EFILE (.20) NOTICE OF SATISFACTION OF CLAIMS; COORDINATE SERVICE (.10) | 0.40 | 142.00 |
| 08/22/23 | ADM | REVIEW DOCKET AND PREPARE FURTHER ADJOURNMENT OF ARCH CLAIMS (0.3); EMAILS WITH CO-COUNSEL L. SISSON RE: SAME (0.1); FINALIZE ADJOURNMENT REQUEST AND SUBMIT TO CHAMBERS (0.2) | 0.60 | 285.00 |
| 08/28/23 | ADM | CALL WITH CO-COUNSEL L. SISSON RE: CLAIMS OBJECTION ADJ REQUESTS (0.1); PREPARE 3 ADJOURNMENT REQUESTS (0.8); REVIEW AND FINALIZE EACH ADJOURNMENT REQUEST AND SUBMIT TO CHAMBERS (0.6) | 1.50 | 712.50 |
| 08/28/23 | ADM | REVIEW EMAIL FROM CO-COUNSEL HB RE: GERRO CLAIM DECISIONS (0.1); CALL WITH CHAMBERS RE: SAME (0.1); EMAIL TO CO-COUNSEL HB (0.1); FOLLOW UP CALL WITH CHAMBERS RE: SAME (0.1) | 0.40 | 190.00 |
| 08/29/23 | ADM | REVIEW PROPOSED FORM OF ORDER RE: GERRO CLAIMS (0.1); CALL WITH L. SISSON RE: SAME (0.1); PREPARE EMAIL TO CHAMBERS AND SUBMIT FORM OF ORDER (0.2) | 0.40 | 190.00 |
| 08/29/23 | ADM | CALL WITH COURT RE: ADJOURNMENT OF SEVENTH OMNIBUS OBJECTION (0.1); REVISE SAME (0.2); CIRCULATED REVISED DRAFT TO CO-COUNSEL HB (0.1); FOLLOW UP CALL WITH CHAMBERS AND EMAIL WITH CO-COUNSEL HB RE: SAME (0.1); FINALIZE AND SUBMIT TO CHAMBERS (0.2) | 0.70 | 332.50 |
| 08/29/23 | ADM | REVIEW EMAIL FROM OPPOSING COUNSEL RE OMNIBUS OBJECTION ADJ. REQUEST (0.1); DOWNLOAD AND CIRCULATE ENTERED ADJOURNMENT (0.1) | 0.20 | 95.00 |
| 08/29/23 | FRY | REVIEW DECISION RE CLAIM OBJECTION | 0.20 | 141.00 |
| 08/30/23 | ADM | INBOUND CALL FROM CREDITOR (0.1); FOLLOW UP EMAIL RE SAME TO KROLL AND KE/HB TEAMS (0.1) | 0.20 | 95.00 |
| 08/30/23 | MDS | ATTEND HEARINGS (VIRTUAL) | 1.50 | 1,800.00 |
| 08/30/23 | ADM | INBOUND CALL FROM CREDITOR RE: NOTICE | 0.20 | 95.00 |
| 08/31/23 | ADM | INBOUND CALL FROM CREDITOR (0.1); FOLLOW UP EMAIL TO KROLL TEAM (0.1) | 0.20 | 95.00 |
| 08/31/23 | ADM | INBOUND CALL FROM WALLET HOLDER (0.1); EMAIL TO KROLL TEAM RE: SAME (0.1) | 0.20 | 95.00 |

| **DISCLOSURE STATEMENT** | | | **3.30** | **2,317.00** |
|---|---|---|---|---|

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 08/01/23 | FRY | PARTICIPATE (VIRTUAL) DISCLOSURE STATEMENT HEARING | 0.80 | 564.00 |
| 08/02/23 | FP | REVIEW NOTICE RE: HEARING ON DISCLOSURE STATEMENT (.10) AND CALENDAR (.10) | 0.20 | 71.00 |
| 08/02/23 | FRY | REVIEW REVISED DS ORDER | 0.30 | 211.50 |
| 08/03/23 | MDS | REVIEW SOLICITATION REVISED DOCUMENTS | 0.90 | 1,080.00 |

**COLE SCHOTZ P.C.**

Re:  CHAPTER 11 DEBTOR                                    Invoice Number  957933
     Client/Matter No. 65365-0001                         September 15, 2023
                                                                      Page 6

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 08/03/23 | FP | PREPARE AND EFILE SOLICITATION VERSIONS OF (1) THIRD AMENDED PLAN AND (2) DISCLOSURE STATEMENT TO THIRD AMENDED PLAN | 0.50 | 177.50 |
| 08/09/23 | FP | PREPARE AND EFILE AFFIDAVITS OF PUBLICATION RE: ADEQUACY OF D/S - CONFIRMATION (1) NY TIMES (.20); (2) THE ROYAL GAZETTE (.20); AND (3) THE FINANCIAL TIMES (.20) | 0.60 | 213.00 |

**FEE APPLICATION PREPARATION**                                          **14.00**   **6,291.00**

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 08/02/23 | ADM | REVIEW INVOICE WITH ATTENTION TO PRIVILEGE | 1.50 | 712.50 |
| 08/04/23 | ADM | CORRESPONDENCE WITH CLIENT RE: MFS | 0.20 | 95.00 |
| 08/04/23 | FP | PREPARE (.20) AND EFILE (.10) CNO RE: COLE SCHOTZ JUNE MFS; COORDINATE SERVICE (.10) | 0.40 | 142.00 |
| 08/04/23 | FP | DRAFT CNO RE: COLE SCHOTZ JUNE MFS AND CIRCULATE FOR REVIEW | 0.20 | 71.00 |
| 08/04/23 | FRY | REVIEW AND COMMENT ON CNO | 0.10 | 70.50 |
| 08/05/23 | ADM | FURTHER REVIEW INVOICE WITH ATTENTION TO PRIVILEGE | 0.50 | 237.50 |
| 08/06/23 | FRY | REVIEW INVOICE FOR PRIVILEGE/REDACTION | 0.40 | 282.00 |
| 08/07/23 | ADM | FURTHER REVIEW AND REVISE JULY INVOICE BASED ON PRIVILEGE ISSUES | 0.40 | 190.00 |
| 08/07/23 | FRY | EMAIL TO BRG RE MONTHLY FEES | 0.10 | 70.50 |
| 08/08/23 | FRY | REVIEW AND COMMENT ON MONTHLY FEE STATEMENT | 0.30 | 211.50 |
| 08/08/23 | ADM | FURTHER REVIEW AND PREPARE MFS | 0.30 | 142.50 |
| 08/08/23 | ADM | PREPARE JULY MFS COVER SUMMARIES | 0.70 | 332.50 |
| 08/09/23 | FP | PREPARE (.20) AND EFILE (.20) CNO RE: DELOITTE FIRST, SECOND AND THIRD MONTHLY FEE STATEMENTS | 0.40 | 142.00 |
| 08/09/23 | ADM | REVIEW AND REVISE CNO RE: DELOITTE MFS (0.2); EMAIL TO F. YUDKIN RE: SAME (0.1); EMAIL TO CO-COUNSEL KE RE: SAME (0.1) | 0.40 | 190.00 |
| 08/10/23 | ADM | FINALIZE JULY CS MFS FOR FILING (0.4); EMAIL TO F. PISANO RE: FILING (0.1) | 0.50 | 237.50 |
| 08/10/23 | FRY | REVIEW FINAL DRAFT OF FEE STATEMENT FOR FILING | 0.10 | 70.50 |
| 08/10/23 | FP | PREPARE (.20) AND EFILE (.20) CS JULY MFS; COORDINATE SERVICE (.10) | 0.50 | 177.50 |
| 08/11/23 | FP | PREPARE AND EFILE CNO RE: HB 7TH MONTHLY FEE STATEMENT | 0.30 | 106.50 |
| 08/11/23 | ADM | REVIEW DOCKET RE: HB MFS (0.1); PREPARE CNO (0.2); EMAIL TO CO-COUNSEL HB RE: SAME (0.1); COORDINATE FILING WITH F. PISANO (0.1) | 0.50 | 237.50 |
| 08/14/23 | ADM | PREPARE CNO RE: KROLL MFS (0.2); EMAIL KROLL RE: SAME (0.1); COORDINATE FILING WITH F. PISANO (0.1) | 0.40 | 190.00 |
| 08/14/23 | FP | PREPARE (.20) AND EFILE (.10) CNO RE: KROLL JUNE MFS | 0.30 | 106.50 |

**COLE SCHOTZ P.C.**

Re:      CHAPTER 11 DEBTOR                                           Invoice Number  957933
         Client/Matter No. 65365-0001                                   September 15, 2023
                                                                                   Page 7

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 08/22/23 | FP | PREPARE (.20) AND FILE (.20) K&E MAY MFS; COORDINATE SERVICE (.10) | 0.50 | 177.50 |
| 08/22/23 | FP | PREPARE (.20) AND FILE (.20) K&E JUNE MFS; COORDINATE SERVICE (.10) | 0.50 | 177.50 |
| 08/22/23 | FRY | REVIEW K&E FEE STATEMENTS FOR FILING | 0.10 | 70.50 |
| 08/24/23 | FP | PREPARE KROLL JULY MFS FOR FILING (.20); EFILE (.20); COORDINATE SERVICE (.10) | 0.50 | 177.50 |
| 08/24/23 | ADM | PREPARE CNO RE: CS MFS | 0.30 | 142.50 |
| 08/24/23 | ADM | BEGIN DRAFTING INTERIM FEE APP | 0.50 | 237.50 |
| 08/24/23 | ADM | EMAIL WITH KROLL RE: MFS AND FEE APPLICATIONS (0.1); REVIEW KROLL MONTHLY FEE STATEMENT (0.2); COORDINATE FILING OF SAME WITH F. PISANO (0.1) | 0.40 | 190.00 |
| 08/25/23 | ADM | FINALIZE CNO RE: CS MFS AND COORDINATE FILING WITH F. PISANO (0.2); PREPARE AND SEND EMAIL TO CLIENT RE: SAME (0.2) | 0.40 | 190.00 |
| 08/25/23 | FP | PREPARE (.20) AND FILE (.20) CNO RE COLE SCHOTZ JULY MFS; COORDINATE SERVICE | 0.50 | 177.50 |
| 08/29/23 | ADM | REVIEW BRG STAFFING REPORT FOR FILING (0.2); CALL WITH R. JACOBSON RE: SAME (0.1) | 0.30 | 142.50 |
| 08/30/23 | FP | PREPARE (.20) AND EFILE (.20) H&B 8TH MFS (JULY); COORDINATE SERVICE (.10) | 0.50 | 177.50 |
| 08/30/23 | FP | PREPARE (INCLUDING REVISIONS TO CASE NO. ON DOCUMENT) (.20) AND EFILE (.20) BRG 7TH MFS (JULY); COORDINATE SERVICE (.10) | 0.50 | 177.50 |
| 08/30/23 | ADM | REVIEW HB MONTHLY FEE STATEMENT FOR FILING (0.1); EMAIL CO-COUNSEL HB RE: SAME (0.1); COORDINATE FILING AND SERVICE WITH F. PISANO (0.1) | 0.30 | 142.50 |
| 08/30/23 | ADM | EMAIL WITH CO-COUNSEL RE: FILING BRG STAFFING REPORT (0.1); COORDINATE FILING AND SERVICE OF SAME WITH F. PISANO (0.1) | 0.20 | 95.00 |

**FEE EMPLOYMENT**                                                        **2.60**    **1,066.00**

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 08/08/23 | FP | REVIEW RETENTION PLEADINGS (.10); DRAFT NOTICE OF INCREASE IN HOURLY RATES OF PROFESSIONALS (.20) | 0.30 | 106.50 |
| 08/10/23 | ADM | EMAIL TO ACCOUNTING RE: FEE EXAMINER DATA | 0.20 | 95.00 |
| 08/11/23 | ADM | REVIEW MONTHLY FEE DATA REPORT FOR FEE EXAMINER (0.2); EMAIL F. YUDKIN RE: SAME (0.1); DOWNLOAD FILED MFS AND PREPARE EMAIL TO FEE EXAMINER (0.1) | 0.40 | 190.00 |
| 08/15/23 | FP | REVIEW RATE INFORMATION AND UPDATE NOTICE OF INCREASE TO RATES | 0.20 | 71.00 |
| 08/17/23 | FP | PREPARE (.20) AND FILE (.20) AMENDED OCP DECLARATION OF TODD HINNEN/PERKINS COIE; COORDINATE SERVICE WITH QUESTIONNAIRE WITH KROLL (.10) | 0.40 | 142.00 |
| 08/18/23 | FRY | REVIEW AND COMMENT ON NOTICE OF RATE INCREASE | 0.10 | 70.50 |

**COLE SCHOTZ P.C.**

Re:    CHAPTER 11 DEBTOR
       Client/Matter No. 65365-0001

Invoice Number  957933
September 15, 2023
Page 8

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 08/18/23 | FP | CIRCULATE DRAFT NOTICE OF RATE INCREASE FOR CS TO W. USATINE FOR REVIEW | 0.10 | 35.50 |
| 08/21/23 | FP | REVISE, AND EFILE NOTICE OF CS RATE INCREASES | 0.20 | 71.00 |
| 08/30/23 | ADM | EMAIL CO-COUNSEL HB RE OCP SUMMARY (0.1); REVIEW OCP SUMMARY FOR FILING (0.1); COORDINATE FILING AND SERVICE WITH F. PISANO (0.1) | 0.30 | 142.50 |
| 08/30/23 | FP | PREPARE (.20) AND EFILE (.10) SECOND OCP QUARTERLY REPORT FOR PERIOD ENDING 7/31/23; COORDINATE SERVICE (.10) | 0.40 | 142.00 |

| **LITIGATION** | | | **14.20** | **8,061.00** |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|------|----------|-------------|-------|--------|
| 08/03/23 | FRY | REVIEW AND COMMENT ON MOTION FOR ALTERNATE SERVICE | 0.50 | 352.50 |
| 08/03/23 | ADM | REVIEW MOTION FOR ALTERNATIVE SERVICE IN VRAI NOM ADV. PROC. | 0.20 | 95.00 |
| 08/07/23 | FRY | EMAILS TO/FROM CO-COUNSEL RE VRAI NOM SERVICE OF COMPLAINT | 0.20 | 141.00 |
| 08/07/23 | ADM | REVIEW LOCAL RULES AND BK RULES RE ALTERNATE SERVICE MOTION | 0.30 | 142.50 |
| 08/08/23 | FP | REVISE CAPTION (.10), PREPARE (.20) AND EFILE (.10) MOTION TO ENFORCE STAY/IMPOSE SANCTIONS IN MAIN CASE RE: VRAI NOM INVESTMENT | 0.40 | 142.00 |
| 08/08/23 | FP | REVISE CAPTION (.10); PREPARE (.20) AND EFILE (.10) MOTION FOR ALTERNATE SERVICE IN ADVERSARY RE: VRAI NOM INVESTMENT | 0.40 | 142.00 |
| 08/08/23 | FRY | REVIEW MOTION BY DOJ | 0.20 | 141.00 |
| 08/08/23 | FRY | REVIEW FINAL VRAI NOM MOTIONS FOR FILING | 0.30 | 211.50 |
| 08/08/23 | ADM | EMAIL CO-COUNSEL RE: FILED COPIES OF VRAI NOM MOTION FOR ALTERNATE SERVICE AND STAY MOTION | 0.10 | 47.50 |
| 08/08/23 | ADM | REVIEW VRAI NOM MOTION FOR ALTERNATIVE SERVICE AND STAY MOTION (0.3) RESEARCH LOCAL RULES RE: NOTICE (0.2) MULTIPLE EMAILS WITH CO-COUNSEL HB RE: SAME (0.1); COORDINATE FILING WITH F. PISANO (0.1); CALL WITH CO-COUNSEL HB RE SERVICE (0.1); CALL WITH F. YUDKIN RE SAME (0.1) | 0.90 | 427.50 |
| 08/09/23 | FP | PREPARE AND EFILE AMENDED AGREED JOINT SCHEDULING ORDER IN DIGISTAR ADVERSARY | 0.30 | 106.50 |
| 08/09/23 | FRY | REVIEW DIGISTAR AMENDED SCHEDULING ORDER | 0.20 | 141.00 |
| 08/09/23 | FRY | REVIEW CERTIFICATION RE VRAI NOM ADVERSARY | 0.20 | 141.00 |
| 08/09/23 | ADM | REVIEW EMAIL FROM CO-COUNSEL HB RE: DIGISTAR SCHEDULING ORDER (0.1) EMAIL TO F. YUDKIN RE: SAME (0.1) | 0.30 | 142.50 |
| 08/09/23 | ADM | EMAIL WITH CO-COUNSEL HB RE: VRAI NOM FILING | 0.20 | 95.00 |

**COLE SCHOTZ P.C.**

| Re: | CHAPTER 11 DEBTOR | Invoice Number  957933 |
| | Client/Matter No. 65365-0001 | September 15, 2023 |
| | | Page 9 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 08/09/23 | FP | PREPARE AND EFILE CERTIF. OF M. FRANKL IN SUPPORT OF MOTION FOR ALTERNATE SERVICE (VRAI NOM INVESTMENT ADVERSARY) | 0.30 | 106.50 |
| 08/09/23 | ADM | REVIEW DECLARATION IN SUPPORT OF MOTION FOR ALTERNATIVE SERVICE RE: VRAI NOM (0.1); EMAIL WITH CO-COUNSEL HB RE: SAME AND COORDINATE FILING WITH F. PISANO (0.1) | 0.20 | 95.00 |
| 08/10/23 | ADM | FOLLOW UP EMAIL WITH CO-COUNSEL HB RE VRAI NOM SERVICE (0.1); CIRCULATE FILED CERTIFICATION (0.1); EMAIL TO KROLL TEAM RE: UPDATED CASE WEBSITE (0.1) | 0.30 | 142.50 |
| 08/10/23 | FP | PREPARE AND EFILE AMENDED AGREED JOINT SCHEDULING ORDER IN PRIMEBLOCK ADVERSARY (.30); COORDINATE SERVICE (.10) | 0.40 | 142.00 |
| 08/10/23 | MDS | TELEPHONE FROM ADVERSARY M. ETKIN RE: PROPOSED STIPULATION | 0.50 | 600.00 |
| 08/14/23 | FRY | REVIEW MOTION ON SHORTENED NOTICE FILED BY GREENE | 0.20 | 141.00 |
| 08/15/23 | ADM | REVIEW RESPONSE TO APP TO SHORTEN TIME IN GREEN ADV. PROC. (0.1); EMAIL TO F. YUDKIN RE: FILING (0.1) | 0.20 | 95.00 |
| 08/15/23 | FRY | EMAILS RE OPPOSITION TO APPLICATION TO SHORTEN TIME | 0.10 | 70.50 |
| 08/15/23 | FRY | REVIEW OPPOSITION TO ORDER SHORTENING TIME FOR FILING | 0.30 | 211.50 |
| 08/18/23 | FP | DOWNLOAD AND REVIEW ORDER TO SHOW CAUSE - SHORTEN TIME FILED IN ADV. 23-1071 (GREENE) AND UPDATE CALENDAR | 0.20 | 71.00 |
| 08/22/23 | ADM | ATTEND TO FOLLOW UP EMAILS RE: SERVICE OF PLEADINGS IN ADV. PROCEEDINGS | 0.10 | 47.50 |
| 08/22/23 | FP | PREPARE (.20) AND EFILE (.20) RESPONSE TO US MOTION TO STAY ADVERSARY PROCEEDING 23-1144 | 0.40 | 142.00 |
| 08/22/23 | ADM | REVIEW MULTIPLE EMAILS FROM CO-COUNSEL HB RE: ADV PROCEEDING FILING | 0.10 | 47.50 |
| 08/22/23 | ADM | EMAIL CORRESPONDENCE TO F. YUDKIN RE: VRAI NOM ADJOURNMENT | 0.10 | 47.50 |
| 08/22/23 | FP | REVIEW DOCKET IN ADV. PROC. 23-1114 AND PARTIES SERVICE LIST AND COORDINATE SERVICE OF FILED RESPONSES | 0.30 | 106.50 |
| 08/22/23 | FP | PREPARE (.20) AND EFILE (.20) LTD. RESPONSE TO BERMUDA MOTION TO INTERVENE IN ADV. 23-1144 | 0.40 | 142.00 |
| 08/22/23 | FRY | REVIEW RESPONSE TO DOJ STAY MOTION FOR FILING | 0.40 | 282.00 |
| 08/22/23 | FRY | EMAILS RE SCHEDULING OF HEARING ON MOTION TO DISMISS | 0.10 | 70.50 |
| 08/23/23 | FRY | REVIEW MOTION TO MODIFY STIPULATION RE CLASS ACTION | 0.40 | 282.00 |
| 08/23/23 | MDS | REVIEW RESPONSE TO MOTION OF LEAD PLAINTIFF | 0.50 | 600.00 |
| 08/23/23 | FP | PREPARE (.20) AND EFILE (.10) OPPOSITION TO MOTION FOR ORDER MODIFYING STIPULATED INJUNCTIVE RELIEF ORDER (GREENE ADVERSARY) | 0.30 | 106.50 |

**COLE SCHOTZ P.C.**

Re:      CHAPTER 11 DEBTOR                                   Invoice Number  957933
         Client/Matter No. 65365-0001                           September 15, 2023
                                                                        Page 10

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 08/23/23 | FP | PREPARE (.20) AND (.10) EFILE SECOND AMENDED AGREED SCHEDULING ORDER IN DIGISTAR ADVERSARY | 0.30 | 106.50 |
| 08/23/23 | ADM | REVIEW CORRESPONDENCE WITH OPPOSING COUNSEL, DOCKET AND PREPARE ADJOURNMENT REQUEST (0.5); SEND TO CO-COUNSEL HB FOR REVIEW (0.1); FINALIZE REQUEST AND SUBMIT TO CHAMBERS (0.2) | 0.80 | 380.00 |
| 08/23/23 | FRY | REVIEW ADJOURNMENT REQUEST FOR VRAI NOM | 0.10 | 70.50 |
| 08/23/23 | FRY | REVIEW AMENDED DIGISTAR SCHEDULING ORDER | 0.10 | 70.50 |
| 08/24/23 | FRY | REVIEW RESPONSE RE DOJ LITIGATION | 0.20 | 141.00 |
| 08/24/23 | ADM | REVIEW RESPONSE TO MTD UCC ADVERSARY PROC. (0.2); EMAIL TO CO-COUNSEL HB RE SAME (0.1); COORDINATE FILING OF SAME WITH F. PISANO (0.1) | 0.40 | 190.00 |
| 08/24/23 | FP | PREPARE (.20) AND FILE (.20) LIMITED RESPONSE TO US MTD IN ADV. 23-1144; COORDINATE SERVICE (.10) | 0.50 | 177.50 |
| 08/25/23 | ADM | REVIEW EMAIL FROM CO-COUNSEL RE: ALTERNATE SERVICE MOTION AND LOCAL RULES (0.2); ELECTRONIC CORRESPONDENCE TO F. YUDKIN RE: SAME (0.1); EMAIL CO-COUNSEL HB RE: SAME (0.1) | 0.30 | 142.50 |
| 08/25/23 | ADM | REVIEW CONSENT ORDER RE: PRIMEBLOCK ADVERSARY (0.1); EMAIL CO-COUNSEL HB RE: SAME (0.1) | 0.20 | 95.00 |
| 08/28/23 | ADM | REVIEW AND FINALIZE FORM OF ORDER RE: VRAI NOM ALT. SERVICE MOTION (0.2); PREPARE EMAIL TO COURT SUBMITTING SAME (0.1); EMAIL TO CO-COUNSEL HB RE: SAME (0.1) | 0.40 | 190.00 |
| 08/30/23 | MDS | CORRESP. TO ADVERSARY JPL RE: STIPULATION | 0.20 | 240.00 |
| 08/30/23 | MDS | CORRESP. TO ATTORNEY/CO-COUNSEL J. CHAVEZ & R. KANOWITZ RE: JPL STIPULATION | 0.20 | 240.00 |

| **PLAN OF REORGANIZATION** | | | **2.40** | **1,741.50** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 08/01/23 | MDS | ATTEND HEARING (VIRTUALLY) | 0.50 | 600.00 |
| 08/01/23 | FRY | REVIEW FINAL EXCLUSIVITY ORDER (.1); SUBMIT TO COURT RE SAME (.1) | 0.20 | 141.00 |
| 08/02/23 | FRY | EMAILS RE SCHEDULING OF CONFIRMATION HEARING | 0.20 | 141.00 |
| 08/16/23 | FRY | TELEPHONE FROM NUMEROUS CREDITORS RE BALLOT | 0.40 | 282.00 |
| 08/22/23 | FRY | REVIEW EXCLUSIVITY MOTION FOR FILING | 0.40 | 282.00 |
| 08/22/23 | ADM | EMAIL FROM CO-COUNSEL RE: EXCLUSIVITY MOTION | 0.10 | 47.50 |
| 08/22/23 | FP | PREPARE (.20) AND FILE (.20) THIRD MOTION TO EXTEND EXCLUSIVITY PERIOD TO FILE PLAN; COORDINATE SERVICE (.10) | 0.50 | 177.50 |
| 08/28/23 | FRY | REVIEW EMAIL RE UCC VOTING COMMUNICATION | 0.10 | 70.50 |

| **RELIEF FROM STAY** | | | **1.10** | **565.50** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | CHAPTER 11 DEBTOR | | Invoice Number | 957933 |
| | Client/Matter No. 65365-0001 | | September 15, 2023 | |
| | | | Page 11 | |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/07/23 | FRY | REVIEW AND COMMENT ON VRAI NOM STAY MOTION | 0.50 | 352.50 |
| 08/15/23 | FP | PREPARE (.20) AND FILE (.20) OPPOSITION TO APPLICATION FOR OST FILED BY C. WYATT RE: MOD. STAY | 0.40 | 142.00 |
| 08/22/23 | FP | REVIEW AND CALENDAR MOTION RELIEF FROM STAY AND MOTION TO SEAL FILED | 0.20 | 71.00 |

| **REPORTING** | | | **1.30** | **706.50** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/21/23 | FP | PREPARE AND EFILE NINE MORS AND SUPPORTING DOCUMENTS | 0.60 | 213.00 |
| 08/21/23 | FRY | REVIEW MOR FOR FILING | 0.50 | 352.50 |
| 08/21/23 | FRY | REVIEW MOR FOR FILING | 0.20 | 141.00 |

| | | | TOTAL HOURS | 69.60 | |
|---|---|---|---|---|---|

PROFESSIONAL SERVICES:                                                    $36,833.50

**TIMEKEEPER SUMMARY**

| NAME | TIMEKEEPER TITLE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Andreas D. Milliaressis | Associate | 27.70 | 475.00 | 13,157.50 |
| Felice R. Yudkin | Member | 13.80 | 705.00 | 9,729.00 |
| Frances Pisano | Paralegal | 23.40 | 355.00 | 8,307.00 |
| Michael D. Sirota | Member | 4.70 | 1,200.00 | 5,640.00 |
| | **Total** | **69.60** | | **$36,833.50** |

**COST DETAIL**

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 07/10/23 | ONLINE RESEARCH | 30.00 | 3.00 |
| 07/10/23 | ONLINE RESEARCH | 30.00 | 3.00 |
| 07/10/23 | ONLINE RESEARCH | 16.00 | 1.60 |
| 08/03/23 | DEPOSITIONS TRANSCRIPT | 1.00 | 179.85 |
| 08/09/23 | ONLINE RESEARCH | 1.00 | 0.10 |
| 08/09/23 | ONLINE RESEARCH | 1.00 | 0.10 |
| 08/09/23 | ONLINE RESEARCH | 7.00 | 0.70 |
| 08/09/23 | ONLINE RESEARCH | 1.00 | 0.10 |
| 08/09/23 | ONLINE RESEARCH | 1.00 | 0.10 |
| 08/09/23 | ONLINE RESEARCH | 16.00 | 1.60 |
| 08/10/23 | ONLINE RESEARCH | 16.00 | 1.60 |
| 08/10/23 | ONLINE RESEARCH | 1.00 | 0.10 |

**COLE SCHOTZ P.C.**

| | | | |
|---|---|---|---|
| Re: | CHAPTER 11 DEBTOR | | Invoice Number  957933 |
| | Client/Matter No. 65365-0001 | | September 15, 2023 |
| | | | Page 12 |

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 08/10/23 | ONLINE RESEARCH | 1.00 | 0.10 |
| 08/10/23 | ONLINE RESEARCH | 1.00 | 0.10 |
| 08/28/23 | ONLINE RESEARCH | 9.00 | 0.90 |
| 08/28/23 | ONLINE RESEARCH | 1.00 | 0.10 |
| 08/30/23 | ONLINE RESEARCH | 1.00 | 0.10 |
| 08/30/23 | ONLINE RESEARCH | 37.00 | 3.70 |
| 08/30/23 | ONLINE RESEARCH | 1.00 | 0.10 |
| 08/30/23 | ONLINE RESEARCH | 9.00 | 0.90 |
| 08/30/23 | ONLINE RESEARCH | 3.00 | 0.30 |
| 08/30/23 | ONLINE RESEARCH | 30.00 | 3.00 |
| 08/30/23 | ONLINE RESEARCH | 30.00 | 3.00 |
| 08/30/23 | ONLINE RESEARCH | 1.00 | 0.10 |
| 08/30/23 | ONLINE RESEARCH | 1.00 | 0.10 |
| 08/30/23 | ONLINE RESEARCH | 1.00 | 0.10 |
| 08/30/23 | ONLINE RESEARCH | 1.00 | 0.10 |
| 08/30/23 | ONLINE RESEARCH | 1.00 | 0.10 |
| | | **Total** | **$204.65** |

**COST SUMMARY**

| Description | AMOUNT |
|---|---|
| ONLINE RESEARCH | 24.80 |
| DEPOSITIONS TRANSCRIPT | 179.85 |
| **TOTAL COSTS** | **$204.65** |

| | | |
|---|---|---|
| TOTAL SERVICES AND COSTS: | $ | 37,038.15 |