| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>Facsimile:  (201) 489-1536<br>Email: msirota@coleschotz.com<br>            wusatine@coleschotz.com<br>*Attorneys for Debtors*<br>*and Debtors in Possession* | |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Case No.:        22-19361<br><br>Judge:              Hon. Michael B. Kaplan<br><br>Chapter:          11<br><br>Hearing Date:  September 20, 2023 |

## ADJOURNMENT REQUEST

1.  I, <u>Michael D. Sirota, Esq.</u>

    ☒  am the attorney for:  <u>the Debtors/Debtors-in-Possession                        </u>,

    ☐  am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    1. Notice of Debtors' Seventh Omnibus Objection to Certain Claims [Docket No. 1311], solely with respect to Claim Nos. 3419 and 5503; and

    2. Notice of Debtors' Seventh Omnibus Objection to Certain Claims [Docket No. 1311], solely with respect to Claim No. 7233.

    **Current hearing date and time**: <u>September 20, 2023 at 10:00 a.m.</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

65365/0001-46119041v1

**New date requested**: October 10, 2023 at 11:00 a.m.

**Reason for adjournment request**: The Debtors and Claimants are working towards a resolution of the objection.

2.  Consent to adjournment:

☐ I have the consent of all parties.  ☒ I do not have the consent of all parties (explain below):

The Debtors have the consent of counsel for the claimant with respect to Claim No. 7233. The Debtors have attempted to contact counsel for the claimant with respect to Claim Nos. 3419 and 5503 and have not been able to obtain consent. The Objection Procedures approved by the *Order Granting Debtors' Motion for Entry of an Order (A) Approving (I) Omnibus Claims Objection Procedures and Form of Notice, (II) Omnibus Substantive Claims Objections, and (III) Satisfaction Procedures and Form of Notice, (B) Waiving Bankruptcy Rule 3007(e), and (C) Granting Related Relief* provide that the Debtors may unilaterally adjourn the hearing. *See*, Docket No. 609, Exhibit I, ¶ 7.

I certify under penalty of perjury that the foregoing is true.

Date: September 18, 2023        /s/ Michael D. Sirota
                                Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted          New hearing date: 10/10/23 11am      Peremptory

☐  Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

65365/0001-46119041v1