CONNELL FOLEY LLP
Joao F. Magalhaes, Esq. (NJ Bar No. 004802008)
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, NJ 07102
973-436-5800
*Counsel to Claimant John W. Van Tubergen Jr.,*
 *Creditor of BlockFi Lending LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF SERVICE**

**JOAO F. MAGALHAES, ESQ.**, of full age, upon personal knowledge, hereby certifies as follows:

1. I am an attorney and counsel with the law firm of Connell Foley LLP, which represents claimant John W. Van Tubergen Jr. ("Claimant"), creditor of BlockFi Lending LLC in connection with the above-referenced jointly administered proceedings. I am fully familiar with the facts and circumstances set forth herein.

2. On September 13, 2023, I caused the following documents to be electronically filed and served in this matter via the District of New Jersey's electronic filing system (ECF):

   a. *Response to Debtors' Seventh Omnibus Objection to Certain Claims on Behalf of Claimant John W. Van Tubergen Jr.;* and

   b. *Certification of Claimant John W. Van Tubergen Jr. In Support of Response to Debtors' Seventh Omnibus Objection to Certain Claim,* together with *Exhibits A-X.*

10308405-1

3. Separately, copies of the filings identified immediately above were sent via email on the same day to the "Notice Parties" identified in Paragraph 21 of *Debtors' Seventh Omnibus Objection to Certain Claims.*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 19, 2023              */s/ Joao F. Magalhaes*
                                       Joao F. Magalhaes

10308405-1