# EXHIBIT B



Official Committee of BlockFi Inc., et al.

c/o Kenneth Aulet
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

Account:  590600.0001                                                                                    Invoice:  2217307
Government Seizure Warrant                                                                       September 12, 2023

## Invoice Summary

| | |
|---|---:|
| Professional Fees Through August 31, 2023 | $6,500.00 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$6,500.00** |
| **Prior Balance Due:** | **$6,776.50** |
| **Total Amount Due** | **$13,276.50** |

**To pay by wire transfer,** route to:
Miller Nash LLP, U.S. Bank National Association
████████████████████████
Bank address: 321 SW 6th Avenue, Portland, OR 97204

**To pay by credit card,** use this link:
https://secure.lawpay.com/pages/millernash/operating

**To pay by check,** remit to:
PO Box 3585
Portland, OR 97208-3585

Accounts due and payable in U.S. dollars upon receipt. Please include invoice number with remittance.
Invoice may not include all fees and expenses incurred prior to statement closing date. Late charges of .75% per month (9% annually) will accrue on all amounts unpaid after 30 days from date of invoice. Tax ID #  93-0410518.

Page 1

Account: 590600

Invoice: 2217307

September 12, 2023

## Invoice Detail

| Date | Professional | Time | Description of Services |
|---|---|---|---|
| 05/26/23 | D. Neu | 3.1 | Review conflict issues; communicate with outside counsel regarding representation; review filed documents; draft letter to court |
| 05/30/23 | D. Neu | 7.3 | Communicate with Brown Rudnick regarding employment issues [.3]; coordinate filing of letter regarding motion to compel [.3]; communicate with Brown & Rudnich regarding same [.2]; review revised letter [.2]; analyze conflict report for employment disclosures [6.3] |

## Fee Summary

| Professional | Title | Time | Rate | Amount |
|---|---|---|---|---|
| D. Neu | Partner | 10.4 | $625 | $6,500.00 |
| **Summary Total:** | | **10.4** | | **$6,500.00** |

## Invoice Summary

| | |
|---|---|
| Professional Fees Through August 31, 2023 | $6,500.00 |
| Disbursements | $0.00 |
| **Amount Due - Current Period:** | **$6,500.00** |