# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| BROWN RUDNICK LLP<br>Robert J. Stark, Esq.<br>Kenneth J. Aulet, Esq.<br>Bennett S. Silverberg, Esq.<br>Seven Times Square<br>New York, NY  10036<br>Telephone: (212) 209-4800<br>Fax: (212) 209-4801<br>Email: rstark@brownrudnick.com<br>      kaulet@brownrudnick.com<br>      bsilverberg@brownrudnick.com<br>*Counsel for the Official Committee of Unsecured Creditors*<br>  -and-<br>GENOVA BURNS LLC.<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>Telephone: (973) 230-2095<br>Fax: (973) 533-1112<br>Email: DStolz@genovaburns.com<br>      DClarke@genovaburns.com<br>      GKinoian@genovaburns.com<br>*Local Counsel for the Official Committee of Unsecured Creditors* | BROWN RUDNICK LLP<br>Stephen D. Palley, Esq.<br>601 Thirteenth Street, NW<br>Washington, DC  20005<br>Telephone: (202) 536-1700<br>Fax: (202) 536-1701<br>Email:  spalley@brownrudnick.com |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>                Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |

---

[1]       The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ  08691.

**CERTIFICATION OF DAVID C. NEU, ESQ. IN SUPPORT OF FIRST INTERIM
APPLICATION FOR ALLOWANCE OF FEES AND FOR REIMBURSEMENT OF EXPENSES
OF MILLER NASH LLP, AS SPECIAL LOCAL WASHINGTON COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**David C. Neu,** of full age, being duly sworn according to law and upon his oath, deposes

and says:

1.    I am a Partner of the law firm of Miller Nash LLP, which firm serves as Special Local

Washington Counsel to the Committee in the above-captioned proceedings.

2.    This Affidavit is being submitted in connection with the Application of this firm for a First

Interim Application for Allowance of Fees and for Reimbursement of Expenses.

3.    I have read Miller Nash's First Interim Application. To the best of my knowledge,

information, and belief, the statements contained in the First Fee Application are true and correct. In

addition, I believe that the First Fee Application substantially complies with Local Rules 2016-1 and

2016-3 and the *Guidelines for Reviewing Applications for Compensation and Reimbursement of

Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "U.S.

Trustee Fee Guidelines").

4.    The fees and disbursements sought in the First Fee Application are billed at rates

customarily employed by Miller Nash and generally accepted by Miller Nash's clients.

5.    In accordance with Title 18, U.S.C. Section 155, and the Rules of this Court, neither I nor

any member or associate of this firm has entered into any agreement, either written or oral, express

or implied, with the Debtor or any other party in interest, or any attorney of such person, for the

purpose of fixing the amount of any fees or other compensation to be allowed out of, or paid from the

assets of the Debtor or its estate.

6.    In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding

exists between me, this firm or any member or associate thereof, on the one hand, and any other

3

person, on the other hand, for a division of such compensation as this firm may receive from the Court herein.  No division of fees, as prohibited by Section 504 of the Bankruptcy Code, will be made by me or any member or associate of this firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 18, 2023

 /s/  David C. Neu
DAVID C. NEU

3