# Exhibit A

# brownrudnick

| | | |
|---|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice | 6965832 |
| | Date | Sep 18, 2023 |
| NEW YORK, NY 10036 | Client | 039246 |

RE: BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through August 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0002 | CASE ADMINISTRATION | 5,485.00 | 0.00 | 5,485.00 |
| 039246.0003 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 41,807.00 | 0.00 | 41,807.00 |
| 039246.0004 | EMPLOYMENT AND FEE APPLICATIONS | 13,500.00 | 0.00 | 13,500.00 |
| 039246.0006 | PLAN AND DISCLOSURE STATEMENT | 143,374.50 | 0.00 | 143,374.50 |
| 039246.0007 | STAY RELIEF/INJUNCTION LITIGATION | 109,340.00 | 0.00 | 109,340.00 |
| 039246.0010 | COMMITTEE INVESTIGATION | 724.00 | 0.00 | 724.00 |
| 039246.0011 | WALLET MOTION AND RELATED ANALYSIS | 1,290.00 | 0.00 | 1,290.00 |
| 039246.0012 | CLAIMS ADMINISTRATION AND OBJECTIONS | 15,732.00 | 0.00 | 15,732.00 |
| 039246.0013 | TAX | 3,140.00 | 0.00 | 3,140.00 |
| 039246.0017 | ASSET RECOVERY AND ANALYSIS | 8,492.00 | 0.00 | 8,492.00 |
| | **Total** | **342,884.50** | **0.00** | **342,884.50** |

| | |
|---|---|
| Total Current Fees | $342,884.50 |
| 20% Holdback Amount | (68,576.90) |
| 80% CURRENT BALANCE DUE | $274,307.60 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$274,307.60** |

# brownrudnick

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6965832 |
| Date | Sep 18, 2023 |
| Client | 039246 |

RE: CASE ADMINISTRATION

## INVOICE

For professional services rendered in connection with the above captioned matter
through August 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0002 | CASE ADMINISTRATION | 5,485.00 | 0.00 | 5,485.00 |
| | **Total** | **5,485.00** | **0.00** | **5,485.00** |

| | |
|---|---|
| Total Current Fees | $5,485.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$5,485.00** |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
September 18, 2023

Invoice 6965832
Page 3

RE: CASE ADMINISTRATION

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 08/01/23 | SOLIMAN | UPDATE HEARING BINDERS WITH NEW PLEADINGS FILED (.5); REVIEW DOCKET AND CIRCULATE FILINGS (.5) | 1.00 | 470.00 |
| 08/02/23 | SOLIMAN | REVIEW MAIN DOCKET AND ADVERSARIES (.3); UPDATE CALENDAR WITH PERTINENT DATES RELATING TO CONFIRMATION (.6) | 0.90 | 423.00 |
| 08/03/23 | SOLIMAN | REVIEW DOCKETS | 0.30 | 141.00 |
| 08/04/23 | SOLIMAN | REVIEW DOCKET AND CIRCULATE FILINGS | 0.60 | 282.00 |
| 08/07/23 | SILVERBERG | ANALYSIS OF CASE PROFESSIONAL WORKSTREAMS, BUDGETARY ISSUES | 0.50 | 695.00 |
| 08/08/23 | SILVERBERG | CONSIDER MATTERS ON CALENDAR FOR 8/16 HEARING | 0.20 | 278.00 |
| 08/09/23 | SOLIMAN | INQUIRE RE UPCOMING HEARING (.4); REVIEW DOCKETS AND UPDATE CALENDARS (.5) | 0.90 | 423.00 |
| 08/10/23 | SOLIMAN | REVIEW DOCKET AND UPDATE CALENDAR | 0.50 | 235.00 |
| 08/14/23 | SOLIMAN | REVIEW DOCKET(S) AND UPDATE CALENDARS | 0.50 | 235.00 |
| 08/15/23 | SOLIMAN | INQUIRE WITH CHAMBERS RE HEARING RESCHEDULING (.4); UPDATE CALENDAR (.5) | 0.90 | 423.00 |
| 08/16/23 | SOLIMAN | WORK ON HEARING BINDERS | 1.50 | 705.00 |
| 08/21/23 | SOLIMAN | REVIEW DOCKETS AND STATUS UPDATE | 0.50 | 235.00 |
| 08/23/23 | SOLIMAN | REVIEW DOCKET AND UPDATE CALENDAR | 0.50 | 235.00 |
| 08/24/23 | SOLIMAN | WORK ON HEARING BINDERS | 1.50 | 705.00 |
| | **Total Hours and Fees** | | **10.30** | **5,485.00** |

# brown rudnick

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6965832 |
| Date | Sep 18, 2023 |
| Client | 039246 |

RE: MEETINGS AND COMMUNICATIONS WITH CREDITORS

## INVOICE

For professional services rendered in connection with the above captioned matter
through August 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0003 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 41,807.00 | 0.00 | 41,807.00 |
| | **Total** | **41,807.00** | **0.00** | **41,807.00** |

| | |
|---|---|
| Total Current Fees | $41,807.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$41,807.00** |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
September 18, 2023

Invoice 6965832
Page 5

RE: MEETINGS AND COMMUNICATIONS WITH CREDITORS

# T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 08/01/23 | SILVERBERG | ATTEND AND PARTICIPATE ON COMMITTEE CALL | 0.90 | 1,251.00 |
| 08/01/23 | LENNON | BLOCKFI WEEKLY UCC MEETING TO DETERMINE CREDITOR COMMUNICATIONS NEXT STEPS (PARTIAL) | 0.50 | 487.50 |
| 08/01/23 | AULET | CALL WITH COMMITTEE | 0.90 | 1,080.00 |
| 08/02/23 | KASNETZ | COMMUNICATIONS AND CREDITORS | 0.20 | 178.00 |
| 08/04/23 | KASNETZ | ATTEND TO CREDITOR INQUIRIES (.2); ATTEND TO COMMITTEE INQUIRIES (.3) | 0.50 | 445.00 |
| 08/07/23 | KASNETZ | ATTEND TO CREDITOR INQUIRIES | 0.30 | 267.00 |
| 08/07/23 | SILVERBERG | CONFERENCE WITH COCHAIRS, K. AULET, M. MANNING REGARDING GO FORWARD RESTRUCTURING STEPS | 1.20 | 1,668.00 |
| 08/07/23 | LENNON | ATTENTION TO CREDITORS COMMUNICATIONS REGARDING SUPPORT LETTER | 0.80 | 780.00 |
| 08/07/23 | AULET | MEETING W/CO-CHAIRS RE: PLAN AND NEXT STEPS | 1.20 | 1,440.00 |
| 08/08/23 | KASNETZ | ATTEND TO CREDITOR INQUIRIES | 1.40 | 1,246.00 |
| 08/08/23 | SILVERBERG | COMMITTEE CALL REGARDING EMERGENCE PLANNING, COMMUNICATIONS PLAN (.8); REVIEW WALLET WITHDRAWAL RELATED COMMUNICATIONS (.2) | 1.00 | 1,390.00 |
| 08/08/23 | STARK | PREPARE FOR (.7) AND ATTEND OCC CALL (.8) | 1.50 | 2,925.00 |
| 08/08/23 | AXELROD | ATTEND COMMITTEE MEETING | 0.70 | 700.00 |
| 08/08/23 | AULET | MEETING WITH COMMITTEE RE: PLAN STATUS AND OPEN WORKSTREAMS | 0.80 | 960.00 |
| 08/09/23 | SILVERBERG | DRAFT Q&AS FOR CREDITORS RELATING TO PLAN ISSUES | 1.10 | 1,529.00 |
| 08/10/23 | KASNETZ | ATTEND TO COMMITTEE INQUIRIES | 0.30 | 267.00 |
| 08/10/23 | AULET | RESPONDING TO CREDITOR INQUIRIES | 0.50 | 600.00 |
| 08/11/23 | SILVERBERG | COMMUNICATION WITH D. THORNBURGH REGARDING PLAN TREATMENT (.1); ATTENTION TO CREDITOR COMMUNICATIONS RE PLAN VOTING (.2) | 0.30 | 417.00 |
| 08/14/23 | SILVERBERG | CONFERENCE WITH COMMITTEE COCHAIRS, K. AULET, M. MANNING REGARDING EMERGENCE PLANNING AND STRATEGY | 0.90 | 1,251.00 |
| 08/15/23 | KASNETZ | ATTEND TO CREDITOR INQUIRIES | 1.40 | 1,246.00 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
September 18, 2023

Invoice 6965832
Page 6

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 08/15/23 | SILVERBERG | COMMITTEE CALL REGARDING EMERGENCE PLANNING, WALLET WITHDRAWAL ISSUE, PLANNING AND STRATEGY | 1.10 | 1,529.00 |
| 08/15/23 | DWOSKIN | COMMITTEE MEETING | 1.00 | 1,025.00 |
| 08/15/23 | AULET | MEETING WITH COMMITTEE (1.2); RESPONDING TO CREDITOR INQUIRIES (.2) | 1.40 | 1,680.00 |
| 08/15/23 | AXELROD | COMMITTEE MEETING (PARTIAL) | 0.60 | 600.00 |
| 08/16/23 | KASNETZ | CALLS WITH CREDITORS | 1.10 | 979.00 |
| 08/17/23 | KASNETZ | ATTEND TO ISSUES RE CREDITOR INQUIRIES | 0.40 | 356.00 |
| 08/18/23 | KASNETZ | ATTEND TO CREDITOR INQUIRIES | 0.10 | 89.00 |
| 08/19/23 | KASNETZ | ATTEND TO CREDITOR INQUIRIES | 0.10 | 89.00 |
| 08/21/23 | SILVERBERG | CONFERENCE WITH COCHAIRS, K. AULET, M. MEGHI, M. MANNING REGARDING PLAN CONFIRMATION PREPARATIONS, BUDGETARY ISSUES | 0.70 | 973.00 |
| 08/21/23 | SAWYER | DRAFT EMAIL TO CUSTOMERS RE PLAN SOLICITATION | 0.80 | 712.00 |
| 08/22/23 | SILVERBERG | REVIEW AGENDA RE COMMITTEE MEETING | 0.20 | 278.00 |
| 08/22/23 | DWOSKIN | PREPARE FOR (.3) AND PARTICIPATE IN COMMITTEE MEETING (.8) | 1.10 | 1,127.50 |
| 08/22/23 | AXELROD | COMMITTEE MEETING RE PLAN SUPPLEMENT DRAFTING | 0.70 | 700.00 |
| 08/22/23 | AULET | MEETING WITH COMMITTEE TO DISCUSS CASE AND UPDATES (.8) RESPONDING TO CREDITOR INQUIRIES RE: PLAN ISSUES (1.0) | 1.80 | 2,160.00 |
| 08/24/23 | LENNON | ATTENTION TO KROLL HACK AND COMMUNICATIONS | 1.60 | 1,560.00 |
| 08/25/23 | KASNETZ | ATTEND TO CREDITOR INQUIRIES | 0.10 | 89.00 |
| 08/25/23 | AULET | RESPONDING TO CREDITOR INQUIRIES RE: PLAN | 0.90 | 1,080.00 |
| 08/28/23 | SILVERBERG | CONFERENCE WITH COMMITTEE COCHAIRS, M. MANNING REGARDING SOLICITATION ISSUES, PLAN ADMINISTRATOR AGREEMENT, COMMITTEE CALL AGENDA (1.0), FOLLOW-UP CONFERENCE WITH F. PETRIE REGARDING SOLICITATION ISSUES (.1), FOLLOW-UP CORRESPONDENCE WITH M3, BR, CO-COUNSEL REGARDING SAME (.1) | 1.20 | 1,668.00 |
| 08/28/23 | AULET | RESPONDING TO CREDITOR INQUIRIES RE: PLAN | 0.30 | 360.00 |

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS    Invoice 6965832
September 18, 2023    Page 7

| Date | Professional | Description | Hours | Value |
|------|------|------|------|------|
| 08/29/23 | SILVERBERG | PREPARATIONS FOR COMMITTEE CALL (.7); PARTICIPATE AND ATTEND COMMITTEE CALL RE APPROVAL OF PLAN SUPPLEMENT DOCS (.8) | 1.50 | 2,085.00 |
| 08/29/23 | DWOSKIN | PRESENT AT CREDITORS COMMITTEE MEETING | 0.70 | 717.50 |
| 08/29/23 | LENNON | PREPARE FOR (.8); ATTEND BLOCKFI WEEKLY UCC MEETING (.7) | 1.50 | 1,462.50 |
| 08/30/23 | BOUCHARD | CONFERENCE WITH OVERSIGHT COMMITTEE MEMBER RE: TAX MATTERS | 0.30 | 360.00 |
| | **Total Hours and Fees** | | **35.60** | **41,807.00** |

# brown rudnick

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6965832 |
| Date | Sep 18, 2023 |
| Client | 039246 |

RE: EMPLOYMENT AND FEE APPLICATIONS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through August 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0004 | EMPLOYMENT AND FEE APPLICATIONS | 13,500.00 | 0.00 | 13,500.00 |
| | **Total** | **13,500.00** | **0.00** | **13,500.00** |

| | |
|---|---|
| Total Current Fees | $13,500.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$13,500.00** |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
September 18, 2023

Invoice 6965832
Page 9

RE: EMPLOYMENT AND FEE APPLICATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 08/04/23 | SOLIMAN | WORK ON 7TH MONTHLY FEE STATEMENT (.6); WORK ON INTERIM FEE APPLICATION DRAFT (.6) | 1.20 | 564.00 |
| 08/07/23 | SAWYER | REVISIONS TO JULY TIME ENTRIES | 2.30 | 2,047.00 |
| 08/07/23 | SILVERBERG | ATTENTION TO REDACTION ISSUES RE COMMITTEE REIMBURSEMENT REQUEST | 0.10 | 139.00 |
| 08/08/23 | SILVERBERG | REVIEW M3 MAY MONTHLY FEE STATEMENT | 0.20 | 278.00 |
| 08/09/23 | SILVERBERG | PREPARE JULY MONTHLY FEE STATEMENT (.8); REVIEW M3 MAY MONTHLY FEE STATEMENT (.1) | 0.90 | 1,251.00 |
| 08/09/23 | SOLIMAN | WORK ON 7TH MONTHLY FEE STATEMENT | 0.60 | 282.00 |
| 08/10/23 | SAWYER | REVIEW AND COMMENT RE JULY MONTHLY FEE STATEMENT | 1.30 | 1,157.00 |
| 08/10/23 | SOLIMAN | WORK ON BR 7TH MONTHLY FEE STATEMENT | 2.20 | 1,034.00 |
| 08/11/23 | SOLIMAN | PREPARE FEE STATEMENT FOR FILING (.5); CIRCULATE FILED VERSION AND LEDES FILES TO FEE EXAMINER (.2) | 0.70 | 329.00 |
| 08/11/23 | SILVERBERG | FINALIZE MONTHLY FEE STATEMENT | 0.20 | 278.00 |
| 08/14/23 | SOLIMAN | WORK ON 2ND INTERIM FEE APPLICATION | 0.50 | 235.00 |
| 08/15/23 | SOLIMAN | WORK ON BLOCKFI INTERIM FEE APPLICATION | 1.50 | 705.00 |
| 08/22/23 | SILVERBERG | CONFERENCE WITH E. FREJKA RE RESOLUTION OF COMMITTEE PROFESSIONAL INTERIM FEE APPLICATIONS (.5); FOLLOWUP CONFERENCES WITH GB, M3 (.3) | 0.80 | 1,112.00 |
| 08/22/23 | SAWYER | ANALYZE FEE EXAMINER COMMENTS TO FIRST INTERIM COMPENSATION APPLICATION (.5); RESOLVE SAME (.5) | 1.00 | 890.00 |
| 08/23/23 | SILVERBERG | FOLLOWUP WITH M. MANNING REGARDING INTERIM FEE APPLICATION RESOLUTIONS STATUS | 0.20 | 278.00 |
| 08/23/23 | SOLIMAN | TIME AND COST REVIEW RE FEE EXAMINER REQUESTS | 1.00 | 470.00 |
| 08/24/23 | SOLIMAN | WORK ON 2ND INTERIM FEE APPLICATION | 2.90 | 1,363.00 |
| 08/25/23 | SAWYER | RESOLVE FEE EXAMINER COMMENTS RE FIRST INTERIM APPLICATION | 0.80 | 712.00 |
| 08/25/23 | SOLIMAN | EMAIL TO FEE EXAMINER WITH EXPLANATION OF COSTS | 0.50 | 235.00 |

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice 6965832
September 18, 2023                                                                           Page 10

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 08/31/23 | SOLIMAN | EDITS TO 2ND INTERIM FEE STATEMENT (.1); COMPILE AND CIRCULATE FEE STATEMENT AND CORRESPONDING MONTHLY FEE STATEMENTS TO TEAM FOR REVIEW (.2) | 0.30 | 141.00 |
| | **Total Hours and Fees** | | **19.20** | **13,500.00** |

**brown**rudnick

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6965832 |
| Date | Sep 18, 2023 |
| Client | 039246 |

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through August 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0006 | PLAN AND DISCLOSURE STATEMENT | 143,374.50 | 0.00 | 143,374.50 |
| | **Total** | **143,374.50** | **0.00** | **143,374.50** |

| | |
|---|---|
| Total Current Fees | $143,374.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$143,374.50** |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS                      Invoice 6965832
September 18, 2023                                                                        Page 12

RE: PLAN AND DISCLOSURE STATEMENT

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 07/28/23 | STARK | NEGOTIATIONS WITH DEBTORS RE PLAN RELEASE DISPUTE | 2.00 | 3,900.00 |
| 07/29/23 | STARK | NEGOTIATIONS WITH K&E OVER PLAN RELEASE LANGUAGE | 3.00 | 5,850.00 |
| 07/31/23 | STARK | REVISIONS TO DISCLOSURE STATEMENT | 1.50 | 2,925.00 |
| 08/01/23 | KASNETZ | PREPARE FOR 8/1/23 HEARING RE CONDITIONAL DS APPROVAL (.3); ANALYZE REVISIONS TO PLAN AND DISCLOSURE STATEMENT (1.4); REVIEW ORDERS (.2) | 1.90 | 1,691.00 |
| 08/01/23 | KASNETZ | ATTEND VIRTUAL HEARING RE CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT | 0.80 | 712.00 |
| 08/01/23 | SAWYER | ANALYZE DRAFT FTX PLAN RE BLOCKFI CLAIMS | 0.70 | 623.00 |
| 08/01/23 | SILVERBERG | PREPARATIONS FOR DS HEARING (.3); VIRTUAL ATTENDANCE OF DISCLOSURE STATEMENT APPROVAL HEARING (.9) | 1.20 | 1,668.00 |
| 08/01/23 | SILVERBERG | FOLLOWUP ISSUES REGARDING SOLICITATION TO ADDRESS UST COMMENTS | 0.20 | 278.00 |
| 08/01/23 | SILVERBERG | CONFERENCE WITH J. SPONDER, C. OKIKE, K. AULET, ET AL., REGARDING RESOLUTION OF UST COMMENTS TO SOLICITATION PROCEDURES ORDER (.4); CONFERENCE WITH E. DAUCHER REGARDING POTENTIAL PLAN MODIFICATION (.4) | 0.80 | 1,112.00 |
| 08/01/23 | AULET | PREPARE FOR AND ATTEND DS HEARING (2.1); DISCUSSING UST SUGGESTIONS AND MEETING WITH UST TO WORK THROUGH (1.5) | 3.60 | 4,320.00 |
| 08/02/23 | SILVERBERG | FOLLOWUP ANALYSIS OF UST COMMENTS TO SOLICITATION PROCEDURES (.5); REVIEW PUBLIC COMMUNICATIONS REGARDING SOLICITATION (.4); CONSIDER COMMITTEE COMMUNICATIONS STRATEGY REGARDING SOLICITATION (.2); INITIAL CONSIDERATION OF PLAN SUPPLEMENT DOCUMENTS (.4) | 1.50 | 2,085.00 |
| 08/02/23 | STARK | COMMUNICATIONS WITH CREDITORS RE PLAN QUESTIONS (1.5); T/CS TEAM RE NEXT STEPS (1.0) | 2.50 | 4,875.00 |
| 08/02/23 | AULET | DISCUSSIONS REGARDING REVISING SOLICITATION LETTER (.5); REVISING (.4) AND CONFIRMING CHANGE WITH DEBTORS (.1) | 1.00 | 1,200.00 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
September 18, 2023

Invoice 6965832
Page 13

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 08/03/23 | KASNETZ | REVIEW ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT (.2); ANALYZE PLAN SOLICITATION ISSUES (.4) | 0.60 | 534.00 |
| 08/03/23 | GUGLIELMOTTI | REVIEW OF INCOMING CORRESPONDENCE RE: PLAN (.1); TELECONFERENCE RE: SAME (.2) | 0.30 | 412.50 |
| 08/03/23 | AXELROD | REVIEW PLAN AND DS ORDER RE WIND DOWN TRUSTEE ISSUES AND STRATEGIZE RE PLAN SUPPLEMENT DOCUMENTS | 3.40 | 3,400.00 |
| 08/03/23 | DWOSKIN | RESEARCH RE INSURANCE ISSUES | 1.60 | 1,640.00 |
| 08/03/23 | AULET | ORGANIZING POST-PLAN FILING ISSUES - D&O DEMAND LETTER (.8); PLAN SUPPLEMENT DRAFTING (.6); COMMUNICATIONS TO CREDITORS (1.2) | 2.60 | 3,120.00 |
| 08/04/23 | AXELROD | REVIEW AND STRATEGIZE RE PLAN ADMINISTRATOR AGREEMENT (.6); DRAFT CLIENT UPDATE RE CONFIRMATION TIMELINE AND OPEN ITEMS (.5) | 1.10 | 1,100.00 |
| 08/04/23 | AULET | DISCUSSIONS WITH CREDITORS RE: PLAN (1.5); STRATEGIZING INTERNALLY RE: COMMUNICATIONS (1.0) | 2.50 | 3,000.00 |
| 08/07/23 | AXELROD | REVISE PLAN ADMINISTRATOR AGREEMENT | 2.70 | 2,700.00 |
| 08/07/23 | AULET | REVIEWING AND ORGANIZING POST-PLAN WORKSTREAMS FOR WIND-DOWN ENTITY (1.4); REVIEWING ISSUES CAUSING CONFUSION WITH PLAN AND OUTLINING RESPONSES (2.1) | 3.50 | 4,200.00 |
| 08/08/23 | SILVERBERG | CONSIDER INCREASED MESSAGING TO CREDITORS REGARDING PLAN VOTING (.4); REVIEW ISSUES REGARDING PROPOSED PLAN ADMINISTRATOR AGREEMENT (.4); CORRESPONDENCE WITH KE REGARDING WINDDOWN OF NONDEBTORS OUTSIDE OF PLAN (.1) | 0.90 | 1,251.00 |
| 08/08/23 | AXELROD | REVISE PLAN ADMINISTRATOR AGREEMENT | 1.60 | 1,600.00 |
| 08/08/23 | AULET | ANALYZING BIA CLASSIFICATION ISSUES RAISED RE: ACCOUNTS OPENED AT LENDING (3.4);ORGANIZING POST-EFFECTIVE DATE WORKSTREAMS (.5); COMMUNICATION AND FAQ WORK RE: COMMON POINTS OF MISUNDERSTANDING (1.5) | 5.40 | 6,480.00 |
| 08/09/23 | AULET | RESPONDING TO CREDITOR INQUIRIES RE PLAN (1.1); REVISING PLAN Q&AS (1.2); REVIEWING AND REVISING PLAN ADMINISTRATOR AGREEMENT (1.0) AND DISCUSSIONS WITH TEAM RE SAME (.3) | 3.60 | 4,320.00 |
| 08/09/23 | BOUCHARD | REVIEW AND REVISE DRAFT PLAN ADMINISTRATOR AGREEMENT | 1.90 | 2,280.00 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
September 18, 2023



Invoice 6965832
Page 14

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 08/09/23 | AXELROD | REVISE AND DISCUSS WITH M3 PLAN ADMIN AGMT | 0.60 | 600.00 |
| 08/09/23 | SILVERBERG | CONSIDER ALTERNATIVES TO USE OF PLATFORM FOR CRYPTO DISTRIBUTION | 0.50 | 695.00 |
| 08/10/23 | SILVERBERG | CONFERENCE WITH M. MANNING RE WIND DOWN ESTATE BUDGET ESTIMATION | 0.40 | 556.00 |
| 08/10/23 | BOUCHARD | REVIEW AND REVISE PLAN ADMINISTRATOR AGREEMENT | 2.90 | 3,480.00 |
| 08/10/23 | SILVERBERG | ANALYSIS OF ESTATE WINDDOWN ISSUES, WORKSTREAMS | 2.00 | 2,780.00 |
| 08/11/23 | SAWYER | ANALYZE PLAN AND DRAFT MEMO TO COMMITTEE RE POST-EFFECTIVE DATE WIND-DOWN TRUSTEE WORK | 3.20 | 2,848.00 |
| 08/11/23 | AXELROD | REVISE PLAN ADMINISTRATOR AGREEMENT (1.2); REVIEW DOCKET FILINGS RE PLAN AND ASSETS (.3); RESEARCH COMPARABLES FOR OVERSIGHT COMMITTEE COMPENSATION (1.4) | 2.90 | 2,900.00 |
| 08/11/23 | BOUCHARD | REVIEW AND REVISE UPDATED DRAFT OF PLAN ADMINISTRATOR AGREEMENT | 1.10 | 1,320.00 |
| 08/11/23 | AULET | REVIEWING AND REVISING PLAN ADMINISTRATOR AGREEMENT (3.2); RESPONDING TO CREDITOR INQUIRY RE: PLAN (.4) | 3.60 | 4,320.00 |
| 08/14/23 | SAWYER | ANALYZE MOTIONS TO ESTIMATE 3AC AND FTX CLAIMS (.8); DRAFT JOINDERS RE SAME (.6) | 1.40 | 1,246.00 |
| 08/14/23 | AXELROD | REVIEW ESTIMATION MOTIONS AND POST TO MOXO WITH RECOMMENDATION (.2); REVIEW  AND RESPOND TO CLIENT QUESTIONS RE PLAN ADMINISTRATOR LANGUAGE (1.2) | 1.40 | 1,400.00 |
| 08/14/23 | BOUCHARD | REVIEW AND ANALYZE REVISIONS TO PLAN ADMINISTRATOR AGREEMENT (.8); LEGAL ANALYSIS RE: TAX REPORTING OBLIGATIONS RELATED TO PAYMENTS MADE PURSUANT TO SAME (.4) | 1.20 | 1,440.00 |
| 08/14/23 | AULET | MEET WITH COMPANY (.5) AND ADVISORS TO DEBTORS (1) RE PLAN CONFIRMATION ISSUES; MEETING WITH JPLS RE: INTRODUCTION TO CO-CHAIRS (.7); MEETING WITH CO-CHAIRS RE: PLAN PROCESS (.7); REVIEW PROPOSED SETTLEMENTS (.2) | 3.10 | 3,720.00 |
| 08/15/23 | AXELROD | REVIEW PLAN AND REVISE PLAN ADMINISTRATOR AGREEMENT RE DIGITAL ASSET DISTRIBUTION AND TAX ISSUES (1.1) | 1.10 | 1,100.00 |
| 08/15/23 | STARK | T/CS K. AULET, M. MEGHJI RE STATUS AND STRATEGY | 1.00 | 1,950.00 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice 6965832
September 18, 2023                                                                              Page 15

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 08/15/23 | AULET | POST-CONFIRMATION VEHICLE PLANNING RE: LEGAL WORKSTREAMS (1.5); JPL ISSUES (.7); SETTLEMENTS OF ASSET SALES (.5) | 2.70 | 3,240.00 |
| 08/15/23 | BOUCHARD | REVIEW AND REVISE PLAN ADMINISTRATOR AGREEMENT | 0.80 | 960.00 |
| 08/15/23 | SILVERBERG | PLAN SUPPLEMENT DOCUMENT PREPARATIONS (1.0); CONSIDER ISSUES RELATED TO PLAN IMPLEMENTATION, WINDING UP OF ESTATES (2.0) | 3.00 | 4,170.00 |
| 08/16/23 | AXELROD | REVIEW AND COMMENT RE BERMUDA PROTOCOL | 1.00 | 1,000.00 |
| 08/16/23 | SILVERBERG | REVIEW PROPOSED JPL PROTOCOL | 0.30 | 417.00 |
| 08/16/23 | AULET | JPL DISCUSSIONS (.5); BOARD STRUCTURE DISCUSSIONS (1.1) | 1.60 | 1,920.00 |
| 08/17/23 | AULET | REVIEWING JPL PROTOCOL (.5); CALL WITH JPL REPS RE: PROTOCOL (.8); DISCUSSIONS WITH COMMITTEE MEMBERS RE: PLAN ADMINISTRATOR ISSUES (1.5) | 2.80 | 3,360.00 |
| 08/17/23 | AXELROD | MEET WITH DEBTORS RE BERMUDA PROTOCOL (PARTIAL ATTENDANCE) | 0.50 | 500.00 |
| 08/18/23 | AULET | MEETING WITH DEBTORS RE: POST-CONFIRMATION FTX LITIGATION PLANNING FOR PLAN SUPPLEMENT PURPOSES (.7); REVISING MISDIRECTED WIRE COMMS (.3) | 1.00 | 1,200.00 |
| 08/21/23 | SILVERBERG | CONFERNECE WITH M. SLADE, K. AULET, F. PETRIE REGARDING PLAN SOLICITATION ISSUES | 0.30 | 417.00 |
| 08/21/23 | AULET | DISCUSSIONS WITH CREDITORS RE: BALLOT ISSUES (.5); DISCUSSIONS WITH CO-CHAIRS RE: PLAN AND NEXT STEPS (1); CALL WITH DEBTORS RE: PLAN EXCLUSIVITY AND PLAN CONFIRMATION ISSUES (.7); DISCUSSIONS WITH DEBTORS RE: DIGISTAR (.7) | 2.90 | 3,480.00 |
| 08/22/23 | AXELROD | REVIEW OBJECTIONS RE FTX, 3AC AND RELATED ENTRIES | 0.80 | 800.00 |
| 08/22/23 | AULET | REVIEWING AND RESOLVING PROPOSED SATISFACTION OF CLAIM ISSUE (.5); RESOLVING EXCLUSIVITY ISSUES (.8); | 1.30 | 1,560.00 |
| 08/23/23 | SILVERBERG | CONSIDER ISSUES REGARDING SOLICITATION MECHANICS, CREDITOR INQUIRIES | 0.30 | 417.00 |
| 08/23/23 | AULET | DISCUSSIONS WITH DEBTORS RE BALLOTING AND VOTING ISSUES (.8); RESPONDING TO CREDITOR INQUIRIES RE: VOTING ISSUES (1.0) | 1.80 | 2,160.00 |
| 08/24/23 | AXELROD | EMAILS RE KROLL HACK AND NEXT STEPS | 0.30 | 300.00 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
September 18, 2023

Invoice 6965832
Page 16

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 08/25/23 | BOUCHARD | LEGAL ANALYSIS RE: TAX REPORTING OBLIGATIONS AND WIND-DOWN VEHICLE | 0.40 | 480.00 |
| 08/25/23 | AULET | DISCUSSIONS WITH DEBTORS RE: VOTING ISSUES FOR POST-PAUSE TRANSFER CUSTOMERS AND OTHER BALLOT COMPLAINTS | 0.80 | 960.00 |
| 08/25/23 | SILVERBERG | RESOLUTION OF MISSING BALLOTS ISSUES IN RESPONSE TO CREDITOR COMMUNICATIONS | 0.70 | 973.00 |
| 08/26/23 | AULET | RESPONDING TO CREDITOR INQUIRIES RE: BALLOTS | 0.40 | 480.00 |
| 08/28/23 | AXELROD | REVIEW AND COMMENT ON PLAN SOLICITATION PAPERS (.1); DRAFT COMMITTEE AGENDA RE PLAN AND SOLICITATION ISSUES (.3) | 0.40 | 400.00 |
| 08/28/23 | SILVERBERG | REVIEW PROPOSED PLAN SUPPLEMENT MATERIALS | 2.00 | 2,780.00 |
| 08/29/23 | SILVERBERG | REVIEW PLAN SUPPLEMENT MATERIALS (PA AGREEMENT, COMPENSATION TERMS) | 2.00 | 2,780.00 |
| 08/29/23 | AULET | DISCUSSIONS RE: REBALANCING CALCULATIONS AND PLAN WITH DEBTORS (1.0); DISCUSSIONS RE: WIND-DOWN DEBTOR TAX ISSUES (.1) | 1.10 | 1,320.00 |
| 08/29/23 | AXELROD | PREP FOR CLIENT MEETING RE PLAN ADMINISTRATOR AGREEMENT AND RELATED (.7); CLIENT MEETING RE SAME (.7) | 1.40 | 1,400.00 |
| 08/30/23 | SILVERBERG | CONFERENCE WITH M. MEGHJI, M. MANNING REGARDING PLAN SUPPLEMENT DISCLOSURES | 0.30 | 417.00 |
| 08/30/23 | LENNON | ATTENTION TO VOTING COMMUNICATIONS | 1.20 | 1,170.00 |
| 08/30/23 | SILVERBERG | REVIEW AND REVISE PLAN SUPPLEMENT DOCUMENTATION | 1.50 | 2,085.00 |
| 08/31/23 | AXELROD | REVIEW AND REVISE PLAN ADMINISTRATOR AGREEMENT W/ COMMENTS FROM KE, JPLS, M3 | 1.40 | 1,400.00 |
| 08/31/23 | SILVERBERG | CONTINUED REVIEW AND ANALYSIS OF PLAN SUPPLEMENT DOCUMENTATION (1.5); REVIEW COMMUNICATIONS REGARDING SOLICITATION/PLAN PROCESS (.5); REVIEW CORRESPONDENCE WITH CREDITORS REGARDING BALLOTING ISSUES (.3) | 2.30 | 3,197.00 |
| | **Total Hours and Fees** | | **116.10** | **143,374.50** |

**brown**rudnick

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6965832 |
| Date | Sep 18, 2023 |
| Client | 039246 |

RE: STAY RELIEF/INJUNCTION LITIGATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through August 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0007 | STAY RELIEF/INJUNCTION LITIGATION | 109,340.00 | 0.00 | 109,340.00 |
| | **Total** | **109,340.00** | **0.00** | **109,340.00** |

| | |
|---|---|
| Total Current Fees | $109,340.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$109,340.00** |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
September 18, 2023

Invoice 6965832
Page 18

RE: STAY RELIEF/INJUNCTION LITIGATION

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 08/08/23 | DWOSKIN | REVIEW DOJ MOTION FOR STAY PENDING WITHDRAWAL MOTION | 1.10 | 1,127.50 |
| 08/08/23 | AULET | REVIEWING DOJ STAY FILING | 0.40 | 480.00 |
| 08/09/23 | SILVERBERG | REVIEW MOTION RE STAY VIOLATION AGAINST CRYPTO LENDER (.2), FOLLOW UP CONFERENCE WITH K. AULET REGARDING SAME (.1) | 0.30 | 417.00 |
| 08/09/23 | SILVERBERG | ANALYSIS OF DOJ MOTION TO STAY AP, JPL MOTION TO INTERVENE | 0.40 | 556.00 |
| 08/09/23 | DWOSKIN | RESEARCH (1.6) AND DRAFT (2.8) OPPOSITION TO MOTION FOR STAY | 4.40 | 4,510.00 |
| 08/09/23 | SAWYER | STRATEGISE RE DOJ AP ISSUES | 1.00 | 890.00 |
| 08/10/23 | DWOSKIN | DRAFT OPPOSITION TO DOJ STAY MOTION | 6.60 | 6,765.00 |
| 08/10/23 | SILVERBERG | CONSIDER US DOJ SUMMARY JUDGMENT MOTION RE SEIZURE WARRANT LITIGATION | 1.40 | 1,946.00 |
| 08/14/23 | SAWYER | REVISIONS TO DEMAND LETTER RE D&O POLICY | 1.90 | 1,691.00 |
| 08/14/23 | DWOSKIN | RESEARCH RE MOTION TO DISMISS (1.8); RESEARCH (1.6) AND DRAFT (4.4) OPPOSITION TO STAY MOTION | 7.80 | 7,995.00 |
| 08/15/23 | SAWYER | ANALYZE DOJ MOTION TO DISMISS AP AND CREATE SUMMARY CHART OF CASE SUPPORT | 2.90 | 2,581.00 |
| 08/15/23 | DWOSKIN | DRAFT OPPOSITION TO MOTION FOR STAY (3.8); REVIEW MOTION TO DISMISS (.4) | 4.20 | 4,305.00 |
| 08/16/23 | SAWYER | CONTINUE CREATE SUMMARY CHART OF DOJ MOTION TO DISMISS CASE SUPPORT (2.7); REVIEW OPPOSITION TO MOTION TO STAY DOJ AP (.9) | 3.60 | 3,204.00 |
| 08/16/23 | DWOSKIN | DRAFT OPPOSITION TO STAY MOTION | 1.90 | 1,947.50 |
| 08/17/23 | SAWYER | RESEARCH RE DOJ MOTION TO DISMISS (1.2); OUTLINE RESPONSE RE SAME (1.6) | 2.80 | 2,492.00 |
| 08/18/23 | SAWYER | DRAFT OPPOSITION TO DOJ MTD | 8.20 | 7,298.00 |
| 08/18/23 | DWOSKIN | CALL WITH DOJ RE MEDIATION (.6); REVISE OPPOSITION TO STAY MOTION (1.1); REVISE OPPOSITION TO MOTION TO DISMISS (1.7) | 3.40 | 3,485.00 |
| 08/19/23 | SAWYER | CONTINUE DRAFT OPPOSITION TO DOJ MOTION TO DISMISS | 1.20 | 1,068.00 |
| 08/19/23 | DWOSKIN | DRAFT OPPOSITION TO MOTION TO DISMISS | 2.40 | 2,460.00 |
| 08/20/23 | SAWYER | REVISE OPPOSITION TO DOJ MTD | 1.70 | 1,513.00 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS

September 18, 2023

Invoice 6965832

Page 19

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 08/21/23 | DWOSKIN | REVISE OPPOSITION TO MOTION TO DISMISS | 4.50 | 4,612.50 |
| 08/21/23 | SAWYER | REVISIONS TO OPPOSITION TO DOJ MTD | 2.90 | 2,581.00 |
| 08/22/23 | SAWYER | REVIEW AND REVISE OPPOSITION TO DOJ STAY MOTION (1.2); RESEARCH AND ADDITIONAL REVISIONS TO OPPOSITION TO DOJ MOTION TO DISMISS (2.2) | 3.40 | 3,026.00 |
| 08/22/23 | DWOSKIN | FINALIZE AND FILE OPPOSITION TO MOTION TO WITHDRAW REFERENCE (3.5); REVISE OPPOSITION TO MOTION TO DISMISS (3.8) | 7.30 | 7,482.50 |
| 08/23/23 | DWOSKIN | PREPARE FOR HEARING ON MOTION TO WITHDRAW REFERENCE | 2.30 | 2,357.50 |
| 08/24/23 | SAWYER | REVISIONS TO OPPOSITION TO DOJ MOTION TO DISMISS AP (.4); AND PREPARE SAME FOR FILING (.4) | 0.80 | 712.00 |
| 08/24/23 | DWOSKIN | FINALIZE OPPOSITION TO MOTION TO DISMISS | 4.70 | 4,817.50 |
| 08/25/23 | DWOSKIN | PREPARE FOR HEARING ON STAY MOTION | 1.10 | 1,127.50 |
| 08/28/23 | DWOSKIN | REVIEW DOJ REPLY IN SUPPORT OF MOTION TO STAY (.6); PREPARE FOR HEARING ON STAY MOTION (3.6) | 4.20 | 4,305.00 |
| 08/29/23 | SILVERBERG | ANALYSIS OF DOJ MOTION TO STAY ADVERSARY PROCEEDING (.7), FOLLOWUP CONFERENCE WITH S,. DWOSKIN REGARDING HEARING PREPARATIONS (.3) | 1.00 | 1,390.00 |
| 08/29/23 | SAWYER | ANALYZE DOJ REPLY RE MOTION TO STAY AP (.9); REVIEW ARGUMENT OUTLINE RE SAME (.5); BUILD OUT CASE CHART RE SAME (1.1); STRATEGY DISCUSSION WITH S. DWOSKIN RE SAME (.5) | 3.00 | 2,670.00 |
| 08/29/23 | DWOSKIN | PREPARE FOR HEARING ON STAY MOTION | 4.10 | 4,202.50 |
| 08/30/23 | SILVERBERG | MONITOR HEARING RE DESIGNATION OF LEAD CLASS ACTION PLAINTIFF, DOJ STAY RELIEF | 0.50 | 695.00 |
| 08/30/23 | AXELROD | ATTEND HEARING RE DOJ SEIZURE ISSUE (SAME TIME, EMAILS AND REVIEW OF PLAN SUPPLEMENT DEVELOPMENTS) | 2.40 | 2,400.00 |
| 08/30/23 | DWOSKIN | PREPARE FOR HEARING (1.5); POST-HEARING FOLLOW-UP EMAILS WITH DOJ COUNSEL AND DEBTORS' COUNSEL (.9) | 2.40 | 2,460.00 |
| 08/30/23 | SILVERBERG | ANALYSIS OF DOJ STAY MOTION, HEARING ARGUMENTS | 1.30 | 1,807.00 |
| 08/30/23 | SAWYER | HEARING RE DOJ STAY MOTION | 1.70 | 1,513.00 |
| 08/30/23 | AULET | ATTENDING HEARING ON DOJ SEIZURE MOTION (1.8); DISCUSSIONS RE: STRATEGY (.2) | 2.00 | 2,400.00 |
| 08/30/23 | DWOSKIN | CONDUCT ARGUMENT AT STAY MOTION HEARING | 2.00 | 2,050.00 |

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
September 18, 2023

Invoice 6965832
Page 20

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| | **Total Hours and Fees** | | **109.20** | **109,340.00** |

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6965832 |
| Date | Sep 18, 2023 |
| Client | 039246 |

RE: COMMITTEE INVESTIGATION

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through August 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0010 | COMMITTEE INVESTIGATION | 724.00 | 0.00 | 724.00 |
| | **Total** | **724.00** | **0.00** | **724.00** |

| | |
|---|---|
| Total Current Fees | $724.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$724.00** |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
September 18, 2023

Invoice 6965832
Page 22

RE: COMMITTEE INVESTIGATION

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 08/07/23 | SILVERBERG | REVIEW RECENT PRODUCTION ISSUES RE D&O DOCUMENTS | 0.10 | 139.00 |
| 08/21/23 | LENNON | ATTENTION TO ADDITIONAL D&O DOCUMENTS PRODUCED | 0.60 | 585.00 |
| | **Total Hours and Fees** | | **0.70** | **724.00** |

# brown rudnick

| | |
|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS NEW YORK, NY 10036 | Invoice 6965832 |
| | Date Sep 18, 2023 |
| | Client 039246 |

RE: WALLET MOTION AND RELATED ANALYSIS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through August 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0011 | WALLET MOTION AND RELATED ANALYSIS | 1,290.00 | 0.00 | 1,290.00 |
| | **Total** | **1,290.00** | **0.00** | **1,290.00** |

| | |
|---|---|
| Total Current Fees | $1,290.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$1,290.00** |



RE: WALLET MOTION AND RELATED ANALYSIS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 08/08/23 | SILVERBERG | CORRESPONDENCE WITH HB REGARDING WALLET WITHDRAWALS FOR INTL CUSTOMERS | 0.20 | 278.00 |
| 08/10/23 | SILVERBERG | REVIEW SUPPLEMENTAL ORDER RE WALLET RELEASE, CORRESPONDENCE REGARDING SAME | 0.20 | 278.00 |
| 08/10/23 | KASNETZ | ANALYZE ISSUES RE WALLET ELIGIBILITY MOTION | 0.20 | 178.00 |
| 08/14/23 | SILVERBERG | REVIEW WALLET WITHDRAWAL COMMUNICATIONS | 0.40 | 556.00 |
| | **Total Hours and Fees** | | **1.00** | **1,290.00** |

# brown rudnick

| | | |
|---|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS NEW YORK, NY 10036 | Invoice Date Client | 6965832 Sep 18, 2023 039246 |

RE: CLAIMS ADMINISTRATION AND OBJECTIONS

## INVOICE

For professional services rendered in connection with the above captioned matter through August 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0012 | CLAIMS ADMINISTRATION AND OBJECTIONS | 15,732.00 | 0.00 | 15,732.00 |
| | **Total** | **15,732.00** | **0.00** | **15,732.00** |

| | |
|---|---|
| Total Current Fees | $15,732.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$15,732.00** |

 BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS                          Invoice 6965832
September 18, 2023                                                                                              Page 26

RE: CLAIMS ADMINISTRATION AND OBJECTIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 08/03/23 | AULET | REVIEWING 7TH OMNIBUS OBJECTION (2.5) AND DISCUSSING SAME WITH DEBTORS (.4) | 2.90 | 3,480.00 |
| 08/11/23 | SILVERBERG | ANALYSIS OF VCV LOAN RESOLUTIONS (.1); ANALYSIS OF US FARMS RESOLUTION (.2) | 0.30 | 417.00 |
| 08/14/23 | SILVERBERG | ANALYSIS OF CLAIMS ESTIMATION MOTIONS | 1.50 | 2,085.00 |
| 08/24/23 | SILVERBERG | DILIGENCE ISSUES REGARDING KROLL DATA BREACH | 1.00 | 1,390.00 |
| 08/24/23 | RICHARDSON | ANALYSIS OF  KROLL BREACH | 2.00 | 2,050.00 |
| 08/24/23 | AULET | ANALYZING KROLL DATA BREACH AND DISCUSSING WITH CASE PARTIES AND EXPERTS | 4.10 | 4,920.00 |
| 08/25/23 | SILVERBERG | FOLLOW-UP ANALYSIS REGARDING KROLL DATA BREACH, REMEDIATION EFFORTS | 1.00 | 1,390.00 |
| | **Total Hours and Fees** | | **12.80** | **15,732.00** |

**brown**rudnick

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6965832 |
| Date | Sep 18, 2023 |
| Client | 039246 |

RE: TAX

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through August 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0013 | TAX | 3,140.00 | 0.00 | 3,140.00 |
| | **Total** | **3,140.00** | **0.00** | **3,140.00** |

| | |
|---|---|
| Total Current Fees | $3,140.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$3,140.00** |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
September 18, 2023

Invoice 6965832
Page 28

RE: TAX

<div style="background:black;color:white;text-align:center">T I M E   D E T A I L</div>

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 08/02/23 | BOUCHARD | LEGAL ANALYSIS RE: POST-EFFECTIVE DATE STRUCTURE AND DOCUMENTATION FOR SAME | 0.40 | 480.00 |
| 08/03/23 | BOUCHARD | LEGAL ANALYSIS RE: POST-EFFECTIVE DATE WIND-DOWN DEBTOR STRUCTURE AND TAX IMPLICATIONS OF SAME (.9); CONFERENCE WITH BR RESTRUCTURING TEAM RE: SAME (.4) | 1.30 | 1,560.00 |
| 08/16/23 | GUGLIELMOTTI | REVIEW OF CORRESPONDENCE RE: PROTOCOL (.2); PREPARATION OF CORRESPONDENCE IN RESPONSE (.1) | 0.30 | 412.50 |
| 08/17/23 | GUGLIELMOTTI | REVIEW OF CORRESPONDENCE RE: PLAN AND PROTOCOL (.2); STRATEGIZE RE: SAME (.3) | 0.50 | 687.50 |
| | **Total Hours and Fees** | | **2.50** | **3,140.00** |

# brown rudnick

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6965832 |
| Date | Sep 18, 2023 |
| Client | 039246 |

RE: ASSET RECOVERY AND ANALYSIS

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through August 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0017 | ASSET RECOVERY AND ANALYSIS | 8,492.00 | 0.00 | 8,492.00 |
| | **Total** | **8,492.00** | **0.00** | **8,492.00** |

| | |
|---|---|
| Total Current Fees | $8,492.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$8,492.00** |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
September 18, 2023

Invoice 6965832
Page 30

RE: ASSET RECOVERY AND ANALYSIS

| T I M E   D E T A I L | | | | |
|---|---|---|---|---|

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 08/07/23 | SILVERBERG | FOLLOWUP CORRESPONDENCE WITH HB REGARDING US FARMS SALE ISSUE RESOLUTION | 0.10 | 139.00 |
| 08/08/23 | DWOSKIN | REVIEW DOCUMENTS RE PURCHASE OF D&O INSURANCE | 1.30 | 1,332.50 |
| 08/08/23 | SILVERBERG | CONTINUED ANALYSIS OF SEIZURE ADVERSARY PROCEEDING DEVELOPMENTS, GOVERNMENT MOTION TO STAY | 1.00 | 1,390.00 |
| 08/09/23 | SAWYER | DRAFT DEMAND LETTER RE D&O POLICY | 0.80 | 712.00 |
| 08/09/23 | DWOSKIN | DEMAND LETTER RE D&O INSURERS | 1.40 | 1,435.00 |
| 08/09/23 | SILVERBERG | REVIEW ISSUES REGARDING INSURANCE PREMIUM RELATED CLAIMS | 0.30 | 417.00 |
| 08/10/23 | SAWYER | CONTINUE DRAFT DEMAND LETTER RE D&O INSURANCE | 3.10 | 2,759.00 |
| 08/15/23 | DWOSKIN | REVIEW D&O INSURANCE DEMAND LETTER | 0.30 | 307.50 |
| | **Total Hours and Fees** | | **8.30** | **8,492.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**Brown Rudnick LLP** | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

**brown**rudnick

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6965832 |
| Date | Sep 18, 2023 |
| Client | 039246 |

RE: BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED
CREDITORS



Remittance

**Balance Due:  $274,307.60**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: