# Exhibit B

**brownrudnick**

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6965831 |
| Date | Sep 18, 2023 |
| Client | 039246 |

RE: COSTS

## INVOICE

For professional services rendered in connection with the above captioned matter through August 31, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0001 | COSTS | 0.00 | 9,360.76 | 9,360.76 |
| | **Total** | **0.00** | **9,360.76** | **9,360.76** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $9,360.76 |
| **Total Invoice** | **$9,360.76** |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6965831
RE: COSTS  Page 2
September 18, 2023

## COST DETAIL

| Date | Description | Value |
|---|---|---|
| 07/24/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 6.00 |
| 07/24/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 94.00 |
| 07/24/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 15.00 |
| 07/24/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 198.00 |
| 07/24/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 6.00 |
| 07/24/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 45.00 |
| 07/26/23 | MEALS - 5/8/23; VENDOR: STEPHEN D. PALLEY; INVOICE#: 072623; DATE: 7/26/2023 | 228.11 |
| 08/01/23 | PACER | 10.20 |
| 08/01/23 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2002967; DATE: 7/21/2023 | 1,376.85 |
| 08/01/23 | TAXI - VENDOR: ELITE LIMOUSINE PLUS, INC; INVOICE#: 2002967; DATE: 7/21/2023 | 996.35 |
| 08/01/23 | COPIES | 2.30 |
| 08/01/23 | COPIES | 0.10 |
| 08/02/23 | COPIES | 4.70 |
| 08/02/23 | COPIES | 3.20 |
| 08/02/23 | COPIES | 1.10 |
| 08/02/23 | COPIES | 2.40 |
| 08/02/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 08/03/23 | TRAIN TRAVEL - 7/20/23; VENDOR: WILLIAM FRANZESE; INVOICE#: 080323; DATE: 8/3/2023 | 157.00 |
| 08/03/23 | COPIES | 2.40 |
| 08/04/23 | OUTSIDE COPIES - VENDOR: ON PRESS EDISCOVERY; INVOICE#: 5002992; DATE: 7/13/2023 | 447.26 |
| 08/08/23 | MEALS - 3/15/23; VENDOR: ROBERT J. STARK; INVOICE#: 071223; DATE: 7/12/2023 | 116.35 |
| 08/08/23 | OUTSIDE COPIES - VENDOR: ON PRESS EDISCOVERY; INVOICE#: 5003187; DATE: 8/7/2023 | 373.42 |
| 08/09/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 08/09/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 25.00 |
| 08/10/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 08/10/23 | TAXI - 4/26/23; VENDOR: ROBERT J. STARK; INVOICE#: 081023; DATE: 8/10/2023 | 22.70 |
| 08/10/23 | TAXI - 4/27/23; VENDOR: ROBERT J. STARK; INVOICE#: 081023; DATE: 8/10/2023 | 15.96 |
| 08/14/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 59.00 |
| 08/14/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
RE: COSTS  
September 18, 2023

Invoice 6965831  
Page 3

| Date | Description | Value |
|---|---|---|
| 08/14/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 45.00 |
| 08/15/23 | COPIES | 6.00 |
| 08/15/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 70.00 |
| 08/16/23 | COPIES | 2.90 |
| 08/16/23 | COPIES | 2.20 |
| 08/16/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 55.00 |
| 08/17/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 08/18/23 | PROFESSIONAL SERVICES - VENDOR: BR INVESTIGATIONS LLC; INVOICE#: 6964323; DATE: 8/16/2023 | 4,202.50 |
| 08/18/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 08/18/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 143.00 |
| 08/18/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 08/20/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 08/20/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 109.00 |
| 08/20/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 08/21/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 08/21/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 30.00 |
| 08/21/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 08/21/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 40.00 |
| 08/21/23 | MEALS - 07/10/23;VENDOR:  GRUB HUB HOLDINGS INC; INVOICE#: SL-3361-19; DATE: 7/31/2023 | 30.53 |
| 08/21/23 | MEALS - 07/18/23;VENDOR: GRUB HUB HOLDINGS INC; INVOICE#: SL-3361-19; DATE: 7/31/2023 | 30.53 |
| 08/22/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 08/22/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 08/22/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 74.00 |
| 08/23/23 | COPIES | 0.70 |
| 08/23/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 15.00 |
| 08/24/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 08/24/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 25.00 |
| | **Total Costs** | **9,360.76** |

## COST SUMMARY

| Description | Value |
|---|---|
| MEALS | 405.52 |
| OUTSIDE COPIES | 820.68 |
| TRAIN TRAVEL | 157.00 |

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
RE: COSTS  
September 18, 2023

Invoice 6965831  
Page 4

| Description | Value |
|---|---:|
| TAXI | 2,411.86 |
| PROFESSIONAL SERVICES | 4,202.50 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 1,325.00 |
| PACER | 10.20 |
| COPIES | 28.00 |
| **Total Costs** | **9,360.76** |

*INCLUDES ONLY TIME AND COSTS TO DATE*  
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*  
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

| | |
|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>NEW YORK, NY 10036 | Invoice  6965831<br>Date  Sep 18, 2023<br>Client  039246 |

RE: COSTS



Remittance

**Balance Due: $9,360.76**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: