**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF <u>AMENDED</u> AGENDA OF MATTERS SCHEDULED FOR OMNIBUS HEARING ON SEPTEMBER 20, 2023, AT 10:00 A.M. (EASTERN TIME)**

**I.    MATTERS GOING FORWARD AS A STATUS CONFERENCE**

1. *Debtors' Motion to Estimate the Amount of the 3AC Claims Against the Debtors Pursuant to Sections 105(a) and 502(a) of the Bankruptcy Code* [1346].

    **Responses Received**

    - *The Joint Liquidators of Three Arrows Capital, Ltd. (In Liquidation)'s (A) Objection to Debtors' Motion to Estimate the Amount of the 3AC Claims*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd, 1st and 2nd Floors, Hamilton, NJ 08691.

1

*Against the Debtors Pursuant to Sections 105(a) and 502(a) of the Bankruptcy Code (Ecf No. 1346), and (B) Opposition to Debtors' Eighth Omnibus Objection to Claims of Three Arrows Capital, Ltd. (Ecf No. 1375)* [Docket No. 1484].

**Related Documents**

- *Joinder of the Official Committee of Unsecured Creditors to Debtors' Motion to Estimate the Amount of the 3AC Claims Against the Debtors Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code* [Docket No. 1363].

- *Notice of Debtors' Eighth Omnibus Objection to Claims of Three Arrows Capital, Ltd.* [1375].

- *Declaration of Brett Neve in Support of the Joint Liquidators of Three Arrows Capital, Ltd. (In Liquidation)'s (A) Objection to Debtors' Motion to Estimate the Amount of the 3AC Claims Against the Debtors Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code (ECF No. 1346), and (B) Opposition to Debtors Eighth Omnibus Objection to Claims of Three Arrows Capital, Ltd. (ECF No. 1375)* [Docket No. 1486].

**Status**:   This matter is going forward as a status conference.

2. *Debtors' Motion to Estimate the Amount of The FTX Claims Against the Debtors Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code* [1347].

   **Responses Received**

   - *Limited Objection of Emergent Fidelity Technologies Ltd to Debtors' (1) Motion to Estimate FTX Claims and (2) Objection to FTX Claims* [Docket No. 1481].

   - *Preliminary Objection of the FTX Debtors to Blockfi Debtors' Motion to Estimate the Amount of the FTX Claims Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code* [Docket No. 1489].

   **Related Documents**

   - *Notice of BlockFi's Ninth Omnibus Objection to the FTX Claims* [1376].

   - *Reservation of Rights of the FTX Debtors in Connection with the Blockfi Debtors' Ninth Omnibus Objection to the FTX Claims* [1485].

   **Status**:   This matter is going forward as a status conference.

II.   **UNCONTESTED MATTERS GOING FORWARD**

3. *Fee Examiner's Consolidated Final Report Regarding First Interim Fee Applications of Professionals Retained By the Debtors* [Docket No. 1464].

**Responses Received**

- None.

**Related Documents**

- *Interim Application for Compensation for Berkeley Research Group, LLC* [Docket No. 757].

- *Interim Application for Compensation for Cole Schotz P.C.* [Docket No. 888].

- *Interim Application for Compensation for Kroll Restructuring Administration LLC* [Docket No. 893].

- *Interim Application for Compensation for Haynes and Boone LLP* [Docket No. 894].

- *Interim Application for Compensation for Moelis & Company LLC* [Docket No. 897].

- *Interim Application for Compensation for Kirkland & Ellis LLP* [Docket No. 898].

**Status**:   This matter is going forward.

4. *Fee Examiner's Consolidated Final Report Regarding First Interim Fee Applications of Professionals Retained By the Committee* [Docket No. 1465].

    **Responses Received**

    - None.

    **Related Documents**

    - *First Application for Compensation for Brown Rudnick LLP* [Docket No. 1074].

    - *First Application for Compensation for Elementus, Inc.* [Docket No. 1075].

    - *First Application for Compensation for M3 Partners* [Docket No. 1076].

    - *Application for Compensation for McCarter & English, LLP* [Docket No. 1077].

    **Status**:   This matter is going forward.

Dated:  September 19, 2023               */s/ Michael D. Sirota*
                                              **COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and*
*Debtors in Possession*