**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

### NOTICE OF INCREASE IN HOURLY RATES FOR HAYNES AND BOONE, LLP

**PLEASE TAKE NOTICE** that Haynes and Boone, LLP ("Haynes Boone") is hereby providing notice of the upcoming increase of the hourly rates of its professionals, pursuant to paragraph 6 of the *Order Approving the Employment and Retention of Haynes and Boone, LLP as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* [Dkt No. 393] (the "Retention Order").

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

**PLEASE TAKE FURTHER NOTICE** that pursuant to internal operating procedures and past practices, Haynes Boone adjusts its hourly rates on October 1st of each year. The following table reflects the hourly rate increases for the attorneys, professionals and paraprofessionals who have devoted at least 100 hours during the pendency of these cases:

| Name | Title | Hourly Rate Effective November 28, 2022 (Petition Date) | Hourly Rate Effective October 1, 2023 |
|---|---|---|---|
| Richard Anigian | Partner | $1,200 | $1,350 |
| Eli Columbus | Partner | $1,050 | $1,200 |
| Matt Ferris | Partner | $1,000 | $1,150 |
| Brad Foster | Partner | $1,100 | $1,250 |
| Matthew Frankle | Partner | $1,150 | $1,250 |
| Aimee Furness | Partner | $1,000 | $1,125 |
| Alexander Grishman | Partner | $1,075 | $1,250 |
| Charlie M. Jones | Partner | $1,000 | $1,200 |
| Richard Kanowitz | Partner | $1,400 | $1,800 |
| J. Frasher Murphy | Partner | $1,100 | $1,250 |
| Jarom Yates | Counsel | $950 | $1,050 |
| Jordan Chavez | Associate | $775 | $900 |
| Matt Howes | Associate | $840 | $950 |
| ReNecia Sherald | Associate | $630 | $750 |
| Brian Singleterry | Associate | $730 | $825 |
| Lauren Sisson | Associate | $710 | $825 |
| Tom Zavala | Associate | $730 | $850 |
| Kim Morzak | Paralegal | $525 | $575 |

The new billing rates of other Haynes Boone attorneys, professionals and paraprofessionals who may work on these cases from time to time are similar to those rates listed above for attorneys, professionals and paraprofessionals of similar seniority.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: September 20, 2023 | /s/ *Michael D. Sirota* |

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and Debtors in Possession*