**FILED**
JEANNE A. NAUGHTON, CLERK

SEP 20 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.NJ. LBR 9004-1(b)**

B. Russell Horton
Texas State Bar No. 10014450
George Brothers Kincaid & Horton LLC
114 W. 7th Street, Suite 1100
Austin, Texas 78701
rhorton@gbkh.com
(512) 495-1400 Telephone
(512) 499-0094 Facsimile

*Attorneys for SCRATCH SERVICES LLC*

In Re:

BLOCKFI INC., *et al.*,

Debtors.

Chapter 11

Case No. 22-19361-MBK

(Jointly Administered)

Judge: Michael B. Kaplan, Chief Judge

**NOTICE OF SUBSTITUTION OF ATTORNEY**

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that B. Russell Horton , will be

substituted as attorney of record for creditor, SCRATCH SERVICES LLC in this case.[1]

Date: August 31, 2023

*/s/ Eleanor M. Roman*
Signature of Former Attorney

Date: August 31, 2023

*/s/ Donald H. Cram, III*
Signature of Former Attorney

Date: September 13, 2023

Signature of Substituted Attorney[2]

*rev.8/1/16*

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.

13066.0013/16594659.1

ood Tower

7th St

78701

AUSTIN TX 786

US POSTAGE
FIRST-CLASS
062S0010441389
FROM 78701

15 SEP 2023 PM 3 L



Bankruptcy Court
Clarkson F. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

08608-150705