**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Tariful Huq, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 11, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Order Approving the Debtors' Fifth Omnibus Rejection of Executory Contracts and Leases [Docket No. 1470] (the "***Order regarding Fifth Omnibus Contract Rejection***")

- Notice of Hearing on Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Settlement and Release of Claims by and Among BlockFi Lending LLC and US Farms & Mining Opportunity Fund, LLC and (II) Granting Related Relief [Docket No. 1479]

On September 11, 2023, at my direction and under my supervision, employees of Kroll caused the Order regarding Fifth Omnibus Contract Rejection to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit B**.

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691

Dated: September 18, 2023

*/s/ Tariful Huq*
Tariful Huq

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 18, 2023, by Tariful Huq, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

SRF 72798

**Exhibit A**

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Proposed Securities Class Action Lead Plaintiff Cameron Wyatt | Andrews Devalerio LLP | Attn: Daryl Andrews, Glen DeValerio P.O. Box 67101 Chestnut Hill MA 02467 | daryl@andrewsdevalerio.com glen@andrewsdevalerio.com | Email |
| Indenture Trustee | Ankura Trust Company, LLC, as Trustee for the Indenture Dated as of February 28, 2022 | Attn: James J. McGinley 140 Sherman Street, 4th Floor Fairfield CT 06824 | james.mcginley@ankura.com | Email |
| Counsel to Kyle Klaus | Ansell Grimm & Aaron, P.C. | Attn:  Anthony J. D'Artiglio, Joshua S. Bauchner 365 Rifle Camp Road Woodland Park NJ 07424 | ajd@ansellgrimm.com jb@ansellgrimm.com | Email |
| Counsel to Rui Pedro Vaz dos Santos Teixeira | Barclay Damon LLP | Attn: Scott L. Fleischer 1270 Avenue of the Americas Suite 501 New York NY 10020 | sfleischer@barclaydamon.com | Email |
| Counsel to Ge Song | Boyle & Valenti Law, P.C. | Attn: Carrie J. Boyle, Esq. 1940 Route 70 East Suite 4 Cherry Hill NJ 08003 | cboyle@b-vlaw.com | Email |
| Counsel to Proposed Securities Class Action Lead Plaintiff Cameron Wyatt | Bronstein, Gewirtz & Grossman, LLC | Attn: Peretz Bronstein 60 East 42nd Street Suite 4600 New York NY 10165 | peretz@bgandg.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | Attn: Robert J. Stark, Kenneth Aulet, Bennett S. Silverberg 7 Times Square New York NY 10036 | rstark@brownrudnick.com kaulet@brownrudnick.com bsilverberg@brownrudnick.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | Attn: Stephen D. Palley 601 Thirteenth Street NW Washington DC 20005 | spalley@brownrudnick.com | Email |
| Counsel to the Debtors | Cole Schotz P.C. | Attn: Felice R. Yudkin, Michael D. Sirota, Warren A. Usatine 25 Main Street Hackensack NJ 7601 | FYudkin@coleschotz.com Msirota@coleschotz.com wusatine@coleschotz.com | Email |
| State Attorney General | Commonwealth of Puerto Rico | Attn: Bankruptcy Department Apartado 9020192 San Juan PR 00902-0192 | | First Class Mail |
| Counsel to Matthew Gordon | Dorf & Nelson LLP | Attn: Andrew P. Marks The International Corporate Center 555 Theodore Fremd Avenue Rye NY 10580 | amarks@dorflaw.com | Email |
| Environmental Protection Agency - Region 2 | Environmental Protection Agency | Attn: Bankruptcy Division 290 Broadway New York NY 10007-1866 | | First Class Mail |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Environmental Protection Agency | Environmental Protection Agency | Attn: General Counsel<br>Office Of General Counsel 2310A<br>1200 Pennsylvania Ave NW, 2310A<br>Washington DC 20460 | | First Class Mail |
| Counsel to the Official Committee of Unsecured Creditors | Genova Burns LLC | Attn: Daniel M. Stolz, Donald W. Clarke, Gregory S. Kinoian, Esq.<br>110 Allen Road, Suite 304<br>Basking Ridge NJ 07920 | dstolz@genovaburns.com<br>dclarke@genovaburns.com | Email |
| Interested Party | George S. Wynns | Attn: George S. Wynns<br>124 Brewster Street<br>San Francisco CA 94110 | georgewynns@gmail.com | Email |
| Counsel to George J. Gerro | Gerro & Gerro | Attn: George J. Gerro<br>530 S. Glenoaks Blvd.<br>Suite 200<br>Burbank CA 91502 | george@gerrolaw.com | Email |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Gibbons P.C. | Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly<br>One Gateway Center<br>Newark NJ 07102 | rmalone@gibbonslaw.com<br>btheisen@gibbonslaw.com<br>kmcevilly@gibbonslaw.com | Email |
| Counsel to PrimeBlock Operations LLC | Goldstein & McClintock LLLP | Attn: Matthew E. McClintock, Harley Goldstein, Daniel C. Curth<br>111 W Washington Street<br>Suite 1221<br>Chicago IL 60602 | mattm@goldmclaw.com<br>harleyg@restructuringshop.com<br>danc@goldmclaw.com | Email |
| Counsel to Nancy Fout | Gorski & Knowlton Pc | Attn: Carol L. Knowlton, Allen I. Gorski<br>311 Whitehorse Avenue<br>Suite A<br>Hamilton NJ 08610 | cknowlton@gorskiknowlton.com<br>agorski@gorskiknowlton.com | Email |
| Counsel to Undisclosed Creditors having filed Proof of Claim Numbers 1842 and 1998 | Grant & Eisenhofer P.A. | Attn: Jason M. Avellino<br>123 Justison Street<br>Wilmington DE 19801 | | First Class Mail |
| Counsel to the Debtors | Haynes and Boone, LLP | Attn: J. Frasher Murphy, Jordan E. Chavez<br>2323 Victory Ave<br>Suite 700<br>Dallas TX 75219 | frasher.murphy@haynesboone.com<br>jordan.chavez@haynesboone.com | Email |
| Counsel to the Debtors | Haynes and Boone, LLP | Attn: Kenric D. Kattner, Kourtney P. Lyda, Re'Necia Sherald<br>1221 Mckinney Street<br>Suite 4000<br>Houston TX 77010 | kenric.kattner@haynesboone.com<br>kourtney.lyda@haynesboone.com<br>renecia.sherald@haynesboone.com | Email |
| Counsel to the Debtors | Haynes and Boone, LLP | Attn: Richard S. Kanowitz<br>30 Rockefeller Plaza<br>26th Floor<br>New York NY 10112 | richard.kanowitz@haynesboone.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | Attn: Christopher R. Donoho III, Christopher R. Bryant<br>Robert A. Ripin<br>390 Madison Ave<br>New York NY 10017 | robert.ripin@hoganlovells.com<br>chris.donoho@hoganlovells.com<br>chris.bryant@hoganlovells.com | Email |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | Attn: David P. Simonds, Edward J. McNeilly<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles CA 90067 | david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com | Email |
| Counsel to Silvergate Bank | Holland & Knight LLP | Attn: Barbra R. Parlin<br>31 West 52Nd Street<br>New York NY 10019 | barbra.parlin@hklaw.com | Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>1111 Constitution Ave, NW<br>Washington DC 20224 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>1111 Pennsylvania Ave NW<br>Washington DC 20004-2541 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Counsel to John M. Von Pischke | Jack Shrum, P.A. | Attn: "J" Jackson Shrum, Esq.<br>919 N. Market St., Suite 1410<br>Wilmington DE 19801 | jshrum@jshrumlaw.com | Email |
| Counsel to the Debtors | Kirkland & Ellis LLP | Attn: Christine A. Okike, Francis Petrie, Joshua Sussberg<br>601 Lexington Avenue<br>New York NY 10022 | christine.okike@kirkland.com<br>francis.petrie@kirkland.com<br>jsussberg@kirkland.com | Email |
| Counsel to the Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | Attn: Adam S. Ravin, Adam J. Goldberg, Christopher Harris, Brett M. Neve, Nacif Taousse<br>1271 Avenue of the Americas<br>New York NY 10020 | adam.ravin@lw.com<br>adam.goldberg@lw.com<br>christopher.harris@lw.com<br>brett.neve@lw.com<br>nacif.taousse@lw.com | Email |
| Counsel to the Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | Attn: Nima H. Mohebbi, Tiffany M. Ikeda<br>355 South Grand Avenue, Suite 100<br>Los Angeles CA 90071 | nima.mohebbi@lw.com<br>tiffany.ikeda@lw.com | Email |
| Counsel to PrimeBlock Operations LLC | Law Offices of Douglas T. Tabachnik, P.C. | Attn: Douglas T. Tabachnik<br>63 West Main Street, Suite C<br>Freehold NJ 07728-2141 | dtabachnik@dttlaw.com | Email |
| Counsel to Yuri Mushkin | Lazare Potter Giacovas & Moyle LLP | Attn: Anna Pia D. Felix, Michael T. Conway<br>747 Third Avenue, 16th Floor<br>New York NY 10017 | afelix@lpgmlaw.com<br>mconway@lpgmlaw.com | Email |
| Counsel to Renard Ihlenfeld | Lee, LLC | Attn: Peter Y. Lee<br>770 River Road<br>P.O. Box 52<br>Edgewater NJ 07020 | Peter.Lee@LeeAdvocates.Com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Proposed Securities Class Action Lead Plaintiff Cameron Wyatt | Lowenstein Sandler LLP | Attn: Michael S. Etkin, Michael Papandrea One Lowenstein Drive | metkin@lowenstein.com mpapandrea@lowenstein.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | McCarter & English, LLP | Attn: David J. Adler, Joseph R. Scholz Worldwide Plaza 825 Eighth Avenue, 31st Floor New York NY 10019 | dadler@mccarter.com jscholz@mccarter.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | McCarter & English, LLP | Attn: Lisa S. Bonsall Four Gateway Center 100 Mulberry Street Newark NJ 07102 | lbonsall@mccarter.com | Email |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gaston P. Loomis 300 Delaware Ave Suite 1014 Wilmington DE 19801 | gloomis@mdmc-law.com | Email |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein 570 Broad Street Newark NJ 07102 | jbernstein@mdmc-law.com | Email |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard 225 Liberty Street 36th Floor New York NY 10281 | nleonard@mdmc-law.com | Email |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea 1300 Mt. Kemble Avenue PO Box 2075 Morristown NJ 07962-2075 | vshea@mdmc-law.com | Email |
| Counsel to John A. Javes and Wilson Cotrim | Middlebrooks Shapiro, P.C. | Attn: Joseph M. Shapiro P. O. Box 1630 Belmar NJ 07719-1630 | jshapiro@middlebrooksshapiro.com | Email |
| Counsel to Marex Capital Markets Inc. formerly known as E D & F Man Capital Markets, Inc. | Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein 919 Third Avenue New York NY 10022 | KRWalsh@mintz.com TDoherty@mintz.com DBaumstein@mintz.com | Email |
| Counsel to Samuel Bankman-Fried | Montgomery McCracken Walker & Rhoads, LLP | Attn: Edward L. Schnitzer 457 Haddonfield Road 6th Floor Cherry Hill NJ 08002 | | First Class Mail |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild, III, Matthew C. Ziegler 1701 Market Street Philadelphia PA 19103 | john.goodchild@morganlewis.com matthew.ziegler@morganlewis.com | Email |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | Attn: Joshua Dorchak, David K. Shim 101 Park Avenue New York NY 10178 | joshua.dorchak@morganlewis.com david.shim@morganlewis.com | Email |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry 1850 M St., NW 12th Floor Washington DC 20036 | kcordry@naag.org | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the State of Texas | Office of The Attorney General of Texas | Attn: Jason B. Binford and Roma N. Desai Bankruptcy & Collections Division P. O. Box 12548 Austin TX 78711-2548 | roma.desai@oag.texas.gov public.information@oag.state.tx.us | Email |
| TN Dept of Commerce and Insurance | Office of The Tennessee Attorney General | Attn: Bankruptcy Division P.O. Box 20207 Nashville TN 37202-0207 | gina.hantel@ag.tn.gov | Email |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee | Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq One Newark Center 1085 Raymond Boulevard, Suite 2100 Newark NJ 07102 | Lauren.Bielskie@usdoj.gov jeffrey.m.sponder@usdoj.gov USTPRegion03.NE.ECF@usdoj.gov | First Class Mail and Email |
| Counsel to Brian J. McLaughlin | Offit Kurman, P.A. | Attn: Brian J. McLaughlin 222 Delaware Avenue, Suite 1105 Wilmington DE 19801 | brian.mclaughlin@offitkurman.com | Email |
| Counsel to the Moneeb Ahmed Waseem | Offit Kurman, P.A. | Attn: Paul J. Weinterhalter 100 Eagle Rock Avenue Suite 105 East Hanover NJ 07936 | pwinterhalter@offitkurman.com | Email |
| State Attorney General | Pennsylvania Office of The Attorney General | Attn: Bankruptcy Department Strawberry Square 16th Floor Harrisburg PA 17120 | | First Class Mail |
| Counsel to Proposed Securities Class Action Lead Plaintiff Cameron Wyatt | Pomerantz LLP | Attn: Jeremy A. Lieberman, J. Alexander Hood II, Brian Calandra 600 Third Avenue New York NY 10016 | jalieberman@pomlaw.com ahood@pomlaw.com bcalandra@pomlaw.com | Email |
| Counsel to Zachary Lee Prince and Flori Marquez | Porzio, Bromberg & Newman, P.C. | Attn: Robert M. Schechter, Warren J. Martin 100 Southgate Parkway P.O. Box 1997 Morristown NJ 07962 | rmschechter@pbnlaw.com wjmartin@pbnlaw.com | Email |
| Counsel to The Ad Hoc Group of Actual Wallet Holders;  BCF 2020 Investments, LLC, BMB 2020 Investments, LLC, Brent Pratt, Bryant Foulger, Clayton Foulger, FP Equity Investments, LLC and Scott Foulger | Reed Smith LLP | Attn: Kurt F. Gwynne 506 Carnegie Center, Suite 300 Princeton NJ 08540 | kgwynne@reedsmith.com meckard@reedsmith.com | Email |
| Counsel to Bryant F. Foulger | Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo 1201 North Market Street Suite 1500 Wilmington DE 19801 | kgwynne@reedsmith.com jangelo@reedsmith.com | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept Brookfield Place 200 Vesey Street, Ste 400 New York NY 10281-1022 | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept<br>One Penn Center<br>1617 JFK Blvd, Ste 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Headquarters | Securities and Exchange Commission | Secretary of the Treasury<br>100 F. Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Counsel to Scratch Services LLC | Severson & Werson, A Professional Corporation | Attn: Eleanor M. Roman, Donald H. Cram<br>595 Market Street<br>Suite 2600<br>San Francisco CA 94105 | emr@severson.com<br>dhc@severson.com | Email |
| Counsel to Zachary Lee Prince | Shearman & Sterling LLP | Attn: R. Thaddeus Behrens, Daniel H. Gold<br>2601 Olive St., 17th Floor<br>Dallas TX 75201 | thad.behrens@shearman.com<br>dan.gold@shearman.com | Email |
| Counsel to Rui Pedro Vaz dos Santos Teixeira | Singer & Levick, P.C. | Attn: Larry A. Levick<br>16200 Addison Road<br>Suite 140<br>Addison TX 75001 | Levick@singerlevick.com | Email |
| State Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery AL 36130-0152 | | First Class Mail |
| State Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department<br>P.O. Box 110300<br>Juneau AK 99811-0300 | attorney.general@alaska.gov | Email |
| State Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department<br>2005 N Central Ave<br>Phoenix AZ 85004-2926 | BCEIntake@azag.gov | Email |
| State Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department<br>323 Center St.<br>Suite 200<br>Little Rock AR 72201-2610 | | First Class Mail |
| State Attorney General | State of California Attorney General | Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | bankruptcy@coag.gov | Email |
| State Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver CO 80203 | | First Class Mail |
| State Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department<br>165 Capitol Avenue<br>Hartford CT 06106 | attorney.general@ct.gov<br>denise.mondell@ct.gov | Email |
| State Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington DE 19801 | attorney.general@state.de.us | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department<br>The Capitol, Pl 01<br>Tallahassee FL 32399-1050 | | First Class Mail |
| State Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | | First Class Mail |
| State Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu HI 96813 | hawaiiag@hawaii.gov | Email |
| State Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise ID 83720-1000 | | First Class Mail |
| State Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us | Email |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines IA 50319 | webteam@ag.iowa.gov | Email |
| State Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor<br>Topeka KS 66612-1597 | | First Class Mail |
| State Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort KY 40601 | | First Class Mail |
| State Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge LA 70804-4095 | consumerinfo@ag.state.la.us | Email |
| State Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department<br>6 State House Station<br>Augusta ME 04333 | | First Class Mail |
| State Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore MD 21202-2202 | oag@oag.state.md.us | Email |
| State Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department<br>One Ashburton Place<br>Boston MA 02108-1698 | ago@state.ma.us | Email |
| State Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing MI 48909-0212 | miag@michigan.gov | Email |
| State Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul MN 55101-2131 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200 P.O. Box 220<br>Jackson MS 39201 | | First Class Mail |
| State Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City MO 65102 | attorney.general@ago.mo.gov | Email |
| State Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department<br>215 N Sanders, Third Floor<br>P.O. Box 201401<br>Helena MT 59620-1401 | contactdoj@mt.gov | Email |
| State Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln NE 68509-8920 | ago.info.help@nebraska.gov | Email |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City NV 89701 | aginfo@ag.nv.gov | Email |
| State Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord NH 03301 | attorneygeneral@doj.nh.gov | Email |
| State Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department<br>Rj Hughes Justice Complex<br>25 Market Street P.O. Box 080<br>Trenton NJ 08625-0080 | askconsumeraffairs@lps.state.nj.us | Email |
| State Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe NM 87504-1508 | | First Class Mail |
| State Attorney General | State of New York Attorney General | Attn: Bankruptcy Department<br>The Capitol<br>Albany NY 12224-0341 | | First Class Mail |
| State Attorney General | State of North Carolina Attorney General | Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 | | First Class Mail |
| State Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck ND 58505-0040 | ndag@nd.gov | Email |
| State Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus OH 43215 | | First Class Mail |
| State Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department<br>313 NE 21st Street<br>Oklahoma City OK 73105 | | First Class Mail |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department<br>1162 Court Street NE<br>Salem OR 97301 | consumer.hotline@doj.state.or.us<br>david.hart@doj.state.or.us | Email |
| State Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department<br>150 South Main Street<br>Providence RI 02903 | | First Class Mail |
| State Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department<br>P.O. Box 11549<br>Columbia SC 29211-1549 | | First Class Mail |
| State Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department<br>1302 East Highway 14<br>Suite 1<br>Pierre SD 57501-8501 | consumerhelp@state.sd.us | Email |
| State Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department<br>P.O. Box 142320<br>Salt Lake City UT 84114-2320 | uag@utah.gov | Email |
| State Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department<br>109 State St.<br>Montpelier VT 05609-1001 | ago.bankruptcies@vermont.gov | Email |
| State Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department<br>General Financial Recovery Section<br>PO Box 610<br>Richmond VA 23218-0610 | | First Class Mail |
| State Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia WA 98504-0100 | | First Class Mail |
| State Attorney General | State of West Virginia Attorney General | Attn: Bankruptcy Department<br>State Capitol Bldg 1 Room E 26<br>Charleston WV 25305 | consumer@wvago.gov | Email |
| State Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department<br>Wisconsin Department Of Justice<br>State Capitol, Room 114 East P.O. Box 7857<br>Madison WI 53707-7857 | | First Class Mail |
| State Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne WY 82002 | | First Class Mail |
| Counsel to Towards Equilibrium, LLC d/b/a Equi ("Towards Equilibrium") | Stevens & Lee, P.C. | Attn: John C. Kilgannon<br>Princeton Pike Corporate Center<br>100 Lenox Drive, Suite 200<br>Lawrenceville NJ 08648 | john.kilgannon@stevenslee.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Bruce Gilling, Martin Mikolajczyk, Mitchell Eglar, Brian Graddon, Matthew Hoselton, Michiel Hemminga, Kole Kottmeter, Ashton Rincon, William Warburton, Daniel Gusovsky, Clayton Bargsten, Joseph Borremans, Brendan Pena, Alberto Olivo, Steven Lee, Ellison Bak, Scott Aufenanger, Wayne Akey and Andrew Martinez,  Damon Andersson | Straffi & Straffi, LLC | Attn: Daniel E. Straffi 670 Commons Way Toms River NJ 08755 | bkclient@straffilaw.com | Email |
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora 125 Broad Street New York NY 10004 | dietdericha@sullcrom.com bromleyj@sullcrom.com gluecksteinb@sullcrom.com porporam@sullcrom.com | Email |
| Counsel to the Fee Examiner | Traurig Law LLC | Attn: Jeffrey Traurig 43 W 43rd Street | jtraurig@trauriglaw.com | Email |
| Counsel to the Ad Hoc Committee of Wallet Account Holders | Troutman Pepper Hamilton Sanders LLP | Attn: Deborah Kovsky-Apap 875 Third Avenue New York NY 10022 | deborah.kovsky@troutman.com | Email |
| Counsel to The United States Of America | U.S. Department of Justice – Civil Division | Attn: Jessica L. Cole 1100 L Street, NW Room 7110 Washington DC 20005 | jessica.cole@usdoj.gov | Email |
| Counsel to United States of America | U.S. Department of Justice – Civil Division Commercial Litigation Branch | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro, Ben Franklin Station P.O. Box 875 Washington DC 20044-0875 | seth.shapiro@usdoj.gov | Email |
| Counsel to United States of America | U.S. Department of Justice Civil Division | Attn: Seth B. Shapiro 1100 L Street, NW 7th Floor - Room 7114 Washington DC 20005 | seth.shapiro@usdoj.gov | Email |
| State Attorney General | United States of America Attorney General | Attn: Bankruptcy Department Us Dept Of Justice 950 Pennsylvania Ave NW Washington DC 20530-0001 | | First Class Mail |
| Counsel to Cipher Mining Inc. and Cipher Mining Technologies Inc. | Venable LLP | Attn: Andrew J. Currie 600 Massachusetts Avenue NW Washington DC 20001 | AJCurrie@Venable.com | Email |
| Counsel to Cipher Mining Inc. and Cipher Mining Technologies Inc. | Venable LLP | Attn: Michael A. Guerra, Jeffrey S. Sabin and Carol A. Weiner 1270 Avenue of the Americas 24th Floor New York NY 10020 | MAGuerra@Venable.com JSsabin@venable.com CWeinerlevy@venable.com | Email |
| Counsel to Kristen Vorhees | Wadsworth, Garber, Warner and Conrardy, P.C. | Attn: Aaron A. Garber 2580 W. Main St. Littleton CO 80120 | agarber@wgwc-law.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| State Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department<br>441 4th Street, NW<br>Washington DC 20001 | oag@dc.gov | Email |
| Counsel to Timothy Price | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron<br>11400 West Olympic Blvd<br>9th Floor<br>Los Angeles CA 90064-1582 | saron@wrslawyers.com | Email |
| Counsel to Flori Marquez | Zuckerman Gore Brandeis & Crossman, LLP | Attn: John K. Crossman, Karen S. Park, Jeffrey L. Friesen<br>Eleven Times Square, 15th Floor<br>New York NY 10036 | jcrossman@zukermangore.com<br>kpark@zukermangore.com<br>jfriesen@zukermangore.com | Email |

**Exhibit B**

Exhibit B

Notice Parties Service List

Served as set forth below

| ADRID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 10292217 | COGENT COMMUNICATIONS | 2450 N STREET NW | | WASHINGTON | DC | 20037 | terms@cogentco.com | Email and First Class Mail |
| 18235944 | Crown Castle Fiber LLC | Attn: Legal Department - Networks | 2000 Corporate Drive | Canonsburg | PA | 15317 | Adriana.Campbell@crowncastle.com | Email and First Class Mail |
| 18235943 | Iron Mountain | 1 Federal Street | | Boston | MA | 02110 | | First Class Mail |
| 18235939 | Kisi, Inc | 45 Main Street | | Brooklyn | NY | 11201 | support@getkisi.com, legal@getkisi.com | Email and First Class Mail |
| 18235934 | Paperless Inc. d/b/a Paperless Post | Attn: Meg Hirschfeld, CAO | 115 Broadway, 12th Floor | New York | NY | 10006 | meg@paperlesspost.com, jgiampolo@rosenbergestis.com | Email and First Class Mail |
| 10297456 | QUENCH USA | 630 ALLENDALE ROAD | SUITE 200 | KING OF PRUSSIA | PA | 19406 | asuper@quenchwater.com | Email and First Class Mail |
| 18235942 | Rhombus Systems, Inc. | 1919 19th Street | | Sacramento | CA | 95811 | markr@rhombus.com | Email and First Class Mail |