| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jeffrey Traurig<br>**TRAURIG LAW LLC**<br>One University Plaza, Suite 124<br>Hackensack, NJ  07601<br>Tel: (646) 974-8650<br>E-mail:  jtraurig@trauriglaw.com<br>*Counsel for the Fee Examiner* | Order Filed on September 21, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>BLOCKFI INC., *et al.*,[1]<br><br>                    Debtors | Case No. 22-19361 (MBK)<br><br>Judge Michael B. Kaplan<br><br>Chapter 11<br><br>(Jointly Administered) |

## ORDER ALLOWING INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES OF THE RETAINED PROFESSIONALS

The relief set forth on the following pages(s), number two (2) through three (3), is hereby **ORDERED**.

DATED: September 21, 2023

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

(Page 2)

BLOCKFI INC., et al.
Chapter 11, Case No.: 22-19361 (MBK) (Jointly Administered)
**Order Granting Interim Compensation for Retained Professionals**

Upon the interim fee applications (the "Interim Applications") of the professionals retained in the above-captioned Debtors' chapter 11 cases and listed on **Exhibit A** hereto (collectively, the "Retained Professionals" and each a "Retained Professional"), and this Court having previously authorized the employment of the Retained Professionals in the Debtors' cases; and it appearing that all of the requirements of sections 327, 328, 330, and 331 of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the local rules of this Court have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and proper and adequate notice of the Interim Applications has been given and that no other or further notice is necessary; and no objections or other responses having been filed with regard to the Interim Applications; and in consideration of the various recommendations of the fee examiner, Elise S. Frejka (the "Fee Examiner") with respect to the Interim Applications as set forth in the *Fee Examiner's Consolidated Final Report Regarding First Interim Fee Applications of Professionals Retained by the Debtors* [Docket No. 1464] *and the Fee Examiner's Consolidated Final Report Regarding First Interim Fee Applications of Professionals Retained by the Committee* [Docket No. 1465] (collectively, the "Consolidated Report"); and the Court having considered the Interim Applications of the Retained Professionals and the Consolidated Report, and good and sufficient cause appearing therefore, accordingly,

**IT IS HEREBY ORDERED THAT:**

(Page 3)
BLOCKFI INC., et al.
Chapter 11, Case No. : 22-19361 (MBK) (Jointly Administered)
**Order Granting Interim Compensation for Retained Professionals**

1. The Interim Applications are hereby approved in the amounts set forth on **Exhibit A** attached to this Order.

2. The Retained Professionals are hereby granted allowance of compensation and reimbursement of expenses in the amounts set forth on **Exhibit A** under the columns entitled "Total Amount Allowed per Court Order (Fees)" and "Total Amount Allowed per Court Order (Expenses)" (jointly, the "Allowed Professional Claims").

3. The Debtors are hereby authorized and directed to remit to each Retained Professional the full amount of the Allowed Professional Claims less any and all amounts previously paid on account of such fees and expenses. Without limiting the foregoing, any amounts previously held back with respect to the period covered by the Interim Applications may be released in payment of the Allowed Professional Claims.

4. This Order shall constitute a separate order for each Retained Professional and the appeal of any order with respect to any Retained Professional shall have no effect on the authorized fees and expenses of the other Retained Professionals.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

**EXHIBIT A**

BLOCKFI INC., et al. Case No.: 22-19361 (MBK)

| Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustment | Total Amount Allowed per Court Order (Fees) | Total Amount Allowed per Court Order (Expenses) |
|---|---|---|---|---|---|---|---|
| Kirkland & Ellis LLP and Kirkland and Ellis International LLP, *Co-Counsel to the Debtors* (Dkt. No. 898) | 11/28/2022 - 3/31/2023 | $8,324,451.50 | $58,440.50 | $281,026.91 | $7,000.00 | $8,266,011.00 | $274,026.91 |
| Haynes and Boone, LLP, *Co-Counsel to the Debtors* (Dkt. No. 894) | 11/28/2022 - 3/31/2023 | $5,947,082.91 | $13,123.00 | $103,221.45 | $3,585.46 | $5,933,959.91 | $99,635.99 |
| Cole Schotz P.C., *Local Counsel to the Debtors* (Dkt. No. 888) | 11/28/2022 - 3/31/2023 | $498,264.25 | $15,000.00 | $5,752.85 | $1,976.96 | $483,264.25 | $3,775.89 |
| Moelis & Company LLC, *Investment Banker, Capital Markets Advisor, and Financial Advisor to the Debtors* (Dkt. No. 897) | 11/28/2022 - 3/31/2023 | $2,896,250.00 | $0.00 | $57,941.46 | $0.00 | $2,896,250.00 | $57,941.46 |
| Berkeley Research Group, LLC, *Financial Advisors to the Debtors* (Dkt. No. 757) | 11/28/2022 - 12/26/2023 | $1,136,773.00 | $0.00 | $5,383.84 | $0.00 | $1,136,773.00 | $5,383.84 |
| Kroll Restructuring Administration LLC, *Administrative Advisors to the Debtors* (Dkt. No. 893) | 11/28/2022 - 3/31/2023 | $20,302.25 | $0.00 | $0.00 | $0.00 | $20,302.25 | $0.00 |
| Brown Rudnick LLP, *Counsel to the Committee* (Dkt. No. 1074) | 12/29/2022 - 4/30/2023 | $6,637,442.50 | $45,000.00 | $207,522.52 | $1,937.50 | $6,592,442.50 | $205,585.02 |
| Genova Burns LLC, *Local Counsel to the Committee* (Dkt. No. 1073) | 12/29/2022 - 4/30/2023 | $520,095.00 | $20,000.00 | $2,922.43 | $0.00 | $500,095.00 | $2,922.43 |
| McCarter & English, LLP, *Efficiency Counsel to the Committee* (Dkt. No. 1077) | 12/29/2022 - 3/31/2023 | $1,349,094.00 | $27,500.00 | $6,108.63 | $0.00 | $1,321,594.00 | $6,108.63 |
| M3 Advisory Partners, LP, *Financial Advisor to the Committee* (Dkt. No. 1076) | 1/04/2023 - 4/30/2023 | $3,514,143.00 | $20,000.00 | $5,765.91 | $457.48 | $3,494,143.00 | $5,308.43 |

BLOCKFI INC., et al. Case No.: 22-19361 (MBK)

| Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustment | Total Amount Allowed per Court Order (Fees) | Total Amount Allowed per Court Order (Expenses) |
|---|---|---|---|---|---|---|---|
| Elementus, Inc., *Blockchain Intelligence and Forensic Expert to the Committee* (Dkt. No. 1075) | 1/4/2023 - 4/30/2023 | $929,710.00 | $25,000.00 | $237,453.06 | $7,115.63 | $904,710.00 | $230,337.43 |