**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Steven R. Wirth
New Jersey Bar No. 040681998
AKERMAN LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Tel.: (813) 223-7332
Fax: (813) 223-2837
Email: steven.wirth@akerman.com
*Counsel for John Lymn, Creditor*

In Re:

BLOCKFI INC., et al.[1],

Debtors.

Case No.: 22-19361 (MBK)

(Jointly Administered)

Chapter: 11

Judge:   Honorable Michael B. Kaplan

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of John Lymn, a creditor in the above-captioned case. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Steven R. Wirth
New Jersey Bar No. 040681998
AKERMAN LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Tel.: (813) 223-7332
Fax: (813) 223-2837
Email: steven.wirth@akerman.com

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products, LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

72803930;1

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Dated: September 21, 2023

Respectfully submitted,

By: /s/ *Steven R. Wirth*
Steven R. Wirth
New Jersey Bar No. 040681998
Email: steven.wirth@akerman.com
AKERMAN LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Tel.: (813) 223-7332
Fax:  (813) 223-2837

*Counsel for John Lymn, Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By: /s/ *Steven R. Wirth*
Steven R. Wirth

72803930;1