Steven R. Wirth
New Jersey Bar No. 040681998
AKERMAN LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Tel.: (813) 223-7332
Fax: (813) 223-2837
Email:  steven.wirth@akerman.com

*Counsel for John Lymn, Creditor*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| BLOCKFI INC., et al.[1], ) | Case No. 22-19361 (MBK) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**APPLICATION FOR ADMISSION *PRO HAC VICE* FOR JOANNE GELFAND**

I, Steven M. Wirth, am a Partner of the law firm of Akerman LLP and a member in good standing of the bar of this Court.  Pursuant to Rule 101.1 of the Local Rule of the United States District Court of New Jersey and Rule 9010-1 of the Local Rules of Bankruptcy Procedure for the District of New Jersey (the "Local Bankruptcy Rules"), I move for the *pro hac vice* admission of Joanne Gelfand to practice in this Court for the purpose of representing John Lymn, a creditor in the above-captioned case.  In support of this Application, the undersigned respectfully represents to the Court as follows:

1. Ms. Gelfand is Of Counsel of the law firm of Akerman LLP with her office located at 98 Southeast Seventh Street, Suite 1100, Miami, FL 33131.  Ms. Gelfand's telephone

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products, LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

number is (305) 374-5600, and her facsimile number is (305) 374-5095. Ms. Gelfand's e-mail address is joanne.gelfand@akerman.com.

2.  As stated in the Certification of Joanne Gelfand, which is attached hereto as Exhibit A and incorporated herein by reference, Ms. Gelfand has been a member in good standing of the bar of the State of Florida since 1985 and the bar of the State of New York since 1995. Ms. Gelfand is admitted to practice in the United States District Courts and Bankruptcy Courts for the Southern District of Florida and Middle District of Florida and is admitted to practice in the United States District Courts and Bankruptcy Courts for the Eastern District of New York and Southern District of New York. Ms. Gelfand is also admitted to practice in the United States Courts of Appeal for the Second and Eleventh Circuits.

3.  With reference to all matters incident to this case, Ms. Gelfand submits to the disciplinary jurisdiction and the civil jurisdiction of, and agrees to be subject to the orders of, the United States Bankruptcy Court for the District of New Jersey for any alleged misconduct that occurs in the course of this chapter 11 case.

WHEREFORE, the movant respectfully requests that the Court enter an Order, substantially in the form attached hereto as Exhibit B, admitting Joanne Gelfand to appear before the Court *pro hac vice* in this case.

Dated: September 21, 2023            Respectfully submitted,

By: /s/ *Steven R. Wirth*
Steven R. Wirth
New Jersey Bar No. 040681998
E-Mail: steven.wirth@akerman.com
AKERMAN LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Tel.: (813) 223-7332
Fax: (813) 223-2837

*Counsel for John Lymn, Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By: /s/ *Steven R. Wirth*
      Steven R. Wirth