# EXHIBIT A

# Certification of Joanne Gelfand

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| BLOCKFI INC., et al.[1], | ) | Case No. 22-19361 (MBK) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION OF JOANNE GELFAND**
**IN SUPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

Joanne Gelfand, in support of the Application for Admission *Pro Hac Vice* for Joanne Gelfand (the "Application"), certifies as follows:

1. My name is Joanne Gelfand and I am Of Counsel of the law firm of Akerman LLP with my office located at 98 Southeast Seventh Street, Suite 1100, Miami, FL 33131. My telephone number is (305) 374-5600, my facsimile number is (305) 374-5095, and my e-mail address is joanne.gelfand@akerman.com.

2. I have read the Application and understand the contents thereof. The matters and statements alleged therein are true and correct.

3. I have been a member in good standing of the of the Bar of the State of Florida since 1985 and the Bar of the State of New York since 1995. I am admitted to practice in the United States District Courts and Bankruptcy Courts for the Southern District of Florida and Middle District of Florida, Eastern District of New York and Southern District of New York. I am also admitted to practice in the Second and the Eleventh Circuit Court of Appeals.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products, LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

4. I have never been disbarred or suspended in any court in which I am admitted to practice.

5. I have not been the subject of disciplinary action by the bar or courts of any state.

6. I am experienced in bankruptcy matters and am familiar with the provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such rules.

7. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of these chapter 11 cases.

8. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the Southern District of New Jersey.

9. I declare under the penalty of perjury that the foregoing is true and correct.

Date: September 21, 2023

By: /s/ *Joanne Gelfand*
Joanne Gelfand
AKERMAN LLP
98 Southeast Seventh Street
Suite 1100
Miami, FL 33131
Tel.: (305) 374-5600
Fax: (305) 374-5095
Email: joanne.gelfand@akerman.com