UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on September 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BlockFi Inc.

Case No.: 22-19361

Adv. No.:

Hearing Date: 9/21/2023

Judge: Michael B. Kaplan

ORDER GRANTING MOTION TO FILE UNDER SEAL EXHIBIT A TO THE CERTIFICATION OF DAVID E. SKLAR IN SUPPORT OF THE MOTION OF ZACHARY PRINCE AND FLORI MARQUEZ OR AN ORDER LIFTING THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE TO ALLOW INSURED PERSONS TO ACCESS PRIMARY DIRECTORS AND OFFICERS INSURANCE POLICY FOR DEFENSE COSTS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 21, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Warren J. Martin, Esq. (wjmartin@pbnlaw.com)<br>Robert M. Schechter, Esq. (rmschechter@pbnlaw.com)<br>David E. Sklar, Esq. (desklar@pbnlaw.com)<br>*Attorneys for Zachary Prince and Flori Marquez*<br><br>**SHEARMAN & STERLING LLP**<br>R. Thaddeus Behrens, Esq. (*pro hac vice*)<br>Daniel H. Gold, Esq. (*pro hac vice*)<br>2601 Olive Street, 17th Floor<br>Dallas, TX 75201<br>(214) 271-5812<br>thad.behrens@shearman.com<br>dan.gold@shearman.com<br><br>*Attorneys for Zachary Prince*<br><br>**ZUKERMAN GORE**<br>**BRANDEIS & CROSSMAN, LLP**<br>John K. Crossman, Esq. (*pro hac vice*)<br>Karen S. Park, Esq. (*pro hac vice*)<br>Jeffrey L. Friesen, Esq. (*pro hac vice*)<br>Eleven Times Square, 15th Floor<br>New York, NY 10036<br>(212)223-6700<br>jcrossman@zukermangore.com<br>kpark@zukermangore.com<br>jfriesen@zukermangore.com<br><br>*Attorneys for Flori Marquez* |  |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>        Debtors.[1] | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered) |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

7431511

**ORDER GRANTING MOTION TO FILE UNDER SEAL EXHIBIT A TO THE CERTIFICATION OF DAVID E. SKLAR IN SUPPORT OF THE MOTION OF ZACHARY PRINCE AND FLORI MARQUEZ FOR AN ORDER LIFTING THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO ALLOW INSURED PERSONS TO ACCESS PRIMARY DIRECTORS AND OFFICERS INSURANCE POLICY FOR DEFENSE COSTS**

The relief set forth on the following page is hereby **ORDERED.**

7431511

On request of Zachary Prince and Flori Marquez (together, the "Movants"), to seal the following document(s): *Relm Insurance, Ltd. Director and Officer Policy*; and the court having considered the request and any objection there to, it is hereby

☐ ORDERED that the request is denied and the underlying document(s) shall be deleted from the Court's electronic filing system.

☐ ORDERED that the request is granted and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.

7431511