UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted pro hac vice)
Christine A. Okike, P.C. (admitted pro hac vice)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted pro hac vice)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and Debtors in Possession*

In re:

BlockFi Inc., *et al.*[1]

Debtors.

Case No. 22-19361 (MBK)
(Jointly Administered)

Chapter 11

**ORDER ALLOWING SECOND INTERIM APPLICATION
OF KROLL RESTRUCTURING ADMINISTRATION LLC FOR
ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY
<u>EXPENSES INCURRED FROM APRIL 1, 2023 THROUGH JULY 31, 2023</u>**

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

| | |
|---|---|
| Page: | 2 |
| Debtors: | BlockFi Inc., *et al.* |
| Case No: | 22-19361 (MBK) |
| Caption: | Order Allowing Second Interim Application of Kroll Restructuring Administration LLC for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2023 through July 31, 2023 |

---

The relief set forth on the following page, numbered three (3) through four (4), is hereby **ORDERED.**

Page:     3
Debtors:  BlockFi Inc., *et al.*
Case No:  22-19361 (MBK)
Caption:  Order Allowing Second Interim Application of Kroll Restructuring Administration LLC for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2023 through July 31, 2023

---

Upon the *Second Interim Application of Kroll Restructuring Administration LLC for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2023 through July 31, 2023* (the "<u>Application</u>");[2] and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Application in accordance with 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, dated September 18, 2012 (Simandle, C.J.); and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the fees and expenses requested in the Application are reasonable and for necessary services provided to the Debtor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. Kroll Restructuring Administration LLC is hereby allowed an interim allowance of compensation for services rendered to the Debtor in the sum of $34,716.97 and reimbursement for costs incurred in the sum of $0.00 for the period April 1, 2023 through July 31, 2023.

3. The Debtor is authorized and directed to make payment of the outstanding amount of such sums allowed pursuant to paragraph 2 above to Kroll Restructuring Administration LLC within fourteen (14) days of the entry of this Order.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

| | |
|---|---|
| Page: | 4 |
| Debtors: | BlockFi Inc., *et al.* |
| Case No: | 22-19361 (MBK) |
| Caption: | Order Allowing Second Interim Application of Kroll Restructuring Administration LLC for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2023 through July 31, 2023 |

---

4.  This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.