| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>Facsimile: (201) 489-1536<br>Email: msirota@coleschotz.com<br>       wusatine@coleschotz.com<br>*Attorneys for Debtors*<br>*and Debtors in Possession* | |
| In re:<br><br>BLOCKFI INC., *et al.,*<br><br>            Debtors.[1] | Case No.:    22-19361<br><br>Judge:       Hon. Michael B. Kaplan<br><br>Chapter:     11<br><br>Hearing Date:  September 20, 2023 |

## ADJOURNMENT REQUEST

1.    I, <u>Michael D. Sirota, Esq.</u>

      ☒    am the attorney for:  <u>the Debtors/Debtors-in-Possession                 </u>,

      ☐    am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

1.    BlockFi International Ltd.'s Motion for Entry of an Order (I) Enforcing the Automatic Stay, (II) Holding Vrai Nom in Contempt and Imposing Sanctions for Willful Violations of the Automatic Stay and (III) Granting Related Relief [Docket No. 1330].

        a.    Letter Brief in Opposition to BlockFi International Ltd.'s Motion for Entry of an Order (I) Enforcing the Automatic Stay, (II) Holding Vrai Nom in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

65365/0001-45985101v1

Contempt and Imposing Sanctions for Willful Violations of the Automatic Stay and (III) Granting Related Relief [Docket No. 1495]

**Current hearing date and time**: September 20, 2023 at 10:00 a.m.

**New date requested**: October 10, 2023 at 11:00 a.m.

**Reason for adjournment request**: The Debtors and Vrai Nom request an adjournment to accommodate Vrai Nom's counsel and to continue to explore a potential resolution of the Debtors' claims. In accordance with D.N.J. LBR 9013-2(a)(3), Vrai Nom has also agreed to allow the Debtors until October 6, 2023 to file a reply. All other rights of the parties are reserved.

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: September 19, 2023          /s/ Michael D. Sirota
                                   Signature

**COURT USE ONLY:**

The request for adjournment is:

☒    Granted            New hearing date: 10/10/23 @11 ☐    Peremptory

☐    Granted over objection(s)    New hearing date: _____    ☐    Peremptory

☐    Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2

65365/0001-45985101v1