| **UNITED STATES BANKRUPTCY COURT** |
| **DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |

McCARTER & ENGLISH, LLP
David J. Adler
Lisa S. Bonsall
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
dadler@mccarter.com
*Efficiency Counsel to the*
*Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: | Case No. 22-19361 (MBK) |
|---|---|
|  | Judge Michael B. Kaplan |
| BLOCKFI INC., et al.[1] | Chapter 11 |
| Debtors. | Jointly Administered |

**MODIFIED LOCAL FORM CERTIFICATION OF NO**
**OBJECTION REGARDING MONTHLY FEE STATEMENT OF**
**McCARTER & ENGLISH, LLP, EFFICIENCY COUNSEL TO OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE**
**PERIOD AUGUST 2023 [DOCKET NO. 1468]**

The Court authorized, under D.N.J. LBR 2016-3(a), the Administrative Fee Order

Establishing Procedures for the Allowance and Payment of Interim Compensation and

Reimbursement of Expenses of Professionals Retained by Order of this Court [Dkt. No. 307].

Under said Order, objections to the August Monthly Fee Statement of McCarter & English filed on

September 8, 2023 [Dkt. No. 1468] were to be filed and served not later than September 22, 2023.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

I, David J. Adler, certify that, as of September 22, 2023, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed. Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

New York, New York
Date: September 22, 2023

                                      **McCARTER & ENGLISH, LLP**
                                      *Efficiency Counsel for the Official*
                                      *Committee of Unsecured Creditors*

                                      By: */s/ David J. Adler*
                                              DAVID J. ADLER