

## United States Bankruptcy Court
## District of New Jersey

In re BlockFi Inc., *et al.*　　　　　　　　　　　　　　　　　　　　Case No. 22-19361

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **Name (Redacted)** | **Faroe Services, LLC** |
| Address on File | PMB 1149 |
|  | 224 W 35th St Ste 500 |
|  | New York, NY 10001 |
|  | faroe.services@gmail.com |

**Schedule F Claim #**　　5110477
**Schedule F Claim #**　　5118319

**Transferred Claim Amount**　as detailed on Schedule F

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

　　　　　　　　　　　　　　　　　　　　　　　DocuSigned by:
　　　　　　　　　　　　　　　　　　　　　　　*Jing Zhao*　　　　　　　09/14/2023
　　　　　　　　　　　　　　　　　　　　　　　51FEFAFF38524BC...
　　　　　　　　　　　　　　　　　　　　　　　Transferee　　　　　　　　　Date

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



## Identity of Transferor

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.



## KROLL

### Creditor Information - Schedule # 5110477

**Creditor**
Name on file
Address on file

**Debtor Name**
BlockFi International Ltd.
**Date Filed**
n/a

**Claim Number**
n/a
**Schedule Number**
5110477
**Confirmation ID**
n/a

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | $28.34 | | | | $28.34 | Scheduled |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $28.34 | | | | $28.34 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## KROLL

### Creditor Information - Schedule # 5118319

**Creditor**
Name on file
Address on file

**Debtor Name**
BlockFi International Ltd.
**Date Filed**
n/a

**Claim Number**
n/a
**Schedule Number**
5118319
**Confirmation ID**
n/a

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | $12,264.53 | | | | $12,264.53 | Scheduled |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $12,264.53 | | | | $12,264.53 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign