**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 6, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on (ADRID: 12091504), whose name and address have been redacted in the interest of privacy:

- Corrective Letter to Creditors [Docket No. 943] (the "***Corrective Letter***")

On September 8, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on Internal Revenue Service, (ADRID: 10586192), 1111 Pennsylvania Ave NW, Washington, DC, 20004-2541:

- Notice of Amended Confirmation Timeline [Docket No. 1276]

On September 15, 2023, at my direction and under my supervision, employees of Kroll caused the Corrective Letter to be served via First Class Mail on (ADRID: 10291102), whose name and address have been redacted in the interest of privacy.

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691

Dated: September 22, 2023

/s/ *Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 22, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

2

SRF 72294, 72713 & 72884