**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Ishrat Khan, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 18, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via Email on the Master Email Service List attached hereto as **Exhibit A**:

- Notice of Agenda of Matters Scheduled for Omnibus Hearing on September 20, 2023, at 10:00 a.m. (Eastern Time) [Docket No. 1524]

- Fourth Supplemental Declaration of Joshua A. Sussberg in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of November 28, 2022 [Docket No. 1525]

- Application in Lieu of a Motion in Support of Entry of the Stipulation and Agreed Order Between Certain State Governmental Regulatory Claimants and Debtors to Forego Receiving Distributions From Debtors' Bankruptcy Estates [Docket No. 1526]

On September 18, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on Chiesa Shahinian & Giantomasi PC, Attn: Sam Della Fera, JR., sdellafera@csglaw.com:

- Notice of Agenda of Matters Scheduled for Omnibus Hearing on September 20, 2023, at 10:00 a.m. (Eastern Time) [Docket No. 1524]

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691

On September 18, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) via First Class Mail on the Master First Class Mail Service List attached hereto as **Exhibit B**; (2) via First Class Mail and Email on the Notice Parties Service List attached hereto as **Exhibit C**; and (3) via First Class Mail and Email on the Affected Claimants Service List attached hereto as **Exhibit D**:

- Application in Lieu of a Motion in Support of Entry of the Stipulation and Agreed Order Between Certain State Governmental Regulatory Claimants and Debtors to Forego Receiving Distributions From Debtors' Bankruptcy Estates [Docket No. 1526]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: September 22, 2023

/s/ *Ishrat Khan*
Ishrat Khan

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 22, 2023, by Ishrat Khan, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 72978

**Exhibit A**

Case 22-19361-MBK    Doc 1593    Filed 09/23/23    Entered 09/23/23 17:37:29    Desc Main
Document    Page 3 of 15

# Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Proposed Securities Class Action Lead Plaintiff Cameron Wyatt | Andrews Devalerio LLP | daryl@andrewsdevalerio.com<br>glen@andrewsdevalerio.com |
| Indenture Trustee | Ankura Trust Company, LLC, as Trustee for the Indenture Dated as of February 28, 2022 | james.mcginley@ankura.com |
| Counsel to Kyle Klaus | Ansell Grimm & Aaron, P.C. | ajd@ansellgrimm.com<br>jb@ansellgrimm.com |
| Counsel to Rui Pedro Vaz dos Santos Teixeira | Barclay Damon LLP | sfleischer@barclaydamon.com |
| Counsel to Ge Song | Boyle & Valenti Law, P.C. | cboyle@b-vlaw.com |
| Counsel to Proposed Securities Class Action Lead Plaintiff Cameron Wyatt | Bronstein, Gewirtz & Grossman, LLC | peretz@bgandg.com |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | rstark@brownrudnick.com<br>kaulet@brownrudnick.com<br>bsilverberg@brownrudnick.com |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | spalley@brownrudnick.com |
| Counsel to the Debtors | Cole Schotz P.C. | FYudkin@coleschotz.com<br>Msirota@coleschotz.com<br>wusatine@coleschotz.com |
| Counsel to Matthew Gordon | Dorf & Nelson LLP | amarks@dorflaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Genova Burns LLC | dstolz@genovaburns.com<br>dclarke@genovaburns.com |
| Counsel to Scratch Services LLC | George Brothers Kincaid & Horton, LLP | rhorton@gbkh.com |
| Interested Party | George S. Wynns | georgewynns@gmail.com |
| Counsel to George J. Gerro | Gerro & Gerro | george@gerrolaw.com |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Gibbons P.C. | rmalone@gibbonslaw.com<br>btheisen@gibbonslaw.com<br>kmcevilly@gibbonslaw.com |
| Counsel to PrimeBlock Operations LLC | Goldstein & McClintock LLLP | mattm@goldmclaw.com<br>harleyg@restructuringshop.com<br>danc@goldmclaw.com |

# Exhibit A
## Master Email Service List
### Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Nancy Fout | Gorski & Knowlton Pc | cknowlton@gorskiknowlton.com<br>agorski@gorskiknowlton.com |
| Counsel to the Debtors | Haynes and Boone, LLP | frasher.murphy@haynesboone.com<br>jordan.chavez@haynesboone.com |
| Counsel to the Debtors | Haynes and Boone, LLP | kenric.kattner@haynesboone.com<br>kourtney.lyda@haynesboone.com<br>renecia.sherald@haynesboone.com |
| Counsel to the Debtors | Haynes and Boone, LLP | richard.kanowitz@haynesboone.com |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | robert.ripin@hoganlovells.com<br>chris.donoho@hoganlovells.com<br>chris.bryant@hoganlovells.com |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com |
| Counsel to Silvergate Bank | Holland & Knight LLP | barbra.parlin@hklaw.com |
| Counsel to John M. Von Pischke | Jack Shrum, P.A. | jshrum@jshrumlaw.com |
| Counsel to the Debtors | Kirkland & Ellis LLP | christine.okike@kirkland.com<br>francis.petrie@kirkland.com<br>jsussberg@kirkland.com |
| Counsel to the Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | adam.ravin@lw.com<br>adam.goldberg@lw.com<br>christopher.harris@lw.com<br>brett.neve@lw.com<br>nacif.taousse@lw.com |
| Counsel to the Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | nima.mohebbi@lw.com<br>tiffany.ikeda@lw.com |
| Counsel to PrimeBlock Operations LLC | Law Offices of Douglas T. Tabachnik, P.C. | dtabachnik@dttlaw.com |
| Counsel to Yuri Mushkin | Lazare Potter Giacovas & Moyle LLP | afelix@lpgmlaw.com<br>mconway@lpgmlaw.com |
| Counsel to Renard Ihlenfeld | Lee, LLC | Peter.Lee@LeeAdvocates.Com |

# Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Proposed Securities Class Action Lead Plaintiff Cameron Wyatt | Lowenstein Sandler LLP | metkin@lowenstein.com<br>mpapandrea@lowenstein.com |
| Counsel to the Official Committee of Unsecured Creditors | McCarter & English, LLP | dadler@mccarter.com<br>jscholz@mccarter.com |
| Counsel to the Official Committee of Unsecured Creditors | McCarter & English, LLP | lbonsall@mccarter.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | gloomis@mdmc-law.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | jbernstein@mdmc-law.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | nleonard@mdmc-law.com |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | vshea@mdmc-law.com |
| Counsel to John A. Javes and Wilson Cotrim | Middlebrooks Shapiro, P.C. | jshapiro@middlebrooksshapiro.com |
| Counsel to Marex Capital Markets Inc. formerly known as E D & F Man Capital Markets, Inc. | Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | KRWalsh@mintz.com<br>TDoherty@mintz.com<br>DBaumstein@mintz.com |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | john.goodchild@morganlewis.com<br>matthew.ziegler@morganlewis.com |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | joshua.dorchak@morganlewis.com<br>david.shim@morganlewis.com |
| National Association of Attorneys General | National Association of Attorneys General | kcordry@naag.org |
| Counsel to the State of Texas | Office of The Attorney General of Texas | roma.desai@oag.texas.gov<br>public.information@oag.state.tx.us |
| TN Dept of Commerce and Insurance | Office of The Tennessee Attorney General | gina.hantel@ag.tn.gov |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee | Lauren.Bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov<br>USTPRegion03.NE.ECF@usdoj.gov |
| Counsel to Brian J. McLaughlin | Offit Kurman, P.A. | brian.mclaughlin@offitkurman.com |
| Counsel to the Moneeb Ahmed Waseem | Offit Kurman, P.A. | pwinterhalter@offitkurman.com |

# Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to Proposed Securities Class Action Lead Plaintiff Cameron Wyatt | Pomerantz LLP | jalieberman@pomlaw.com ahood@pomlaw.com bcalandra@pomlaw.com |
| Counsel to Zachary Lee Prince and Flori Marquez | Porzio, Bromberg & Newman, P.C. | rmschechter@pbnlaw.com wjmartin@pbnlaw.com |
| Counsel to The Ad Hoc Group of Actual Wallet Holders; BCF 2020 Investments, LLC, BMB 2020 Investments, LLC, Brent Pratt, Bryant Foulger, Clayton Foulger, FP Equity Investments, LLC and Scott Foulger | Reed Smith LLP | kgwynne@reedsmith.com meckard@reedsmith.com |
| Counsel to Bryant F. Foulger | Reed Smith LLP | kgwynne@reedsmith.com jangelo@reedsmith.com |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | secbankruptcy@sec.gov |
| Securities and Exchange Commission - Headquarters | Securities and Exchange Commission | secbankruptcy@sec.gov |
| Counsel to Scratch Services LLC | Severson & Werson, A Professional Corporation | emr@severson.com dhc@severson.com |
| Counsel to Zachary Lee Prince | Shearman & Sterling LLP | thad.behrens@shearman.com dan.gold@shearman.com |
| Counsel to Rui Pedro Vaz dos Santos Teixeira | Singer & Levick, P.C. | Levick@singerlevick.com |
| State Attorney General | State of Alaska Attorney General | attorney.general@alaska.gov |
| State Attorney General | State of Arizona Attorney General | BCEIntake@azag.gov |
| State Attorney General | State of California Attorney General | bankruptcy@coag.gov |
| State Attorney General | State of Connecticut Attorney General | attorney.general@ct.gov denise.mondell@ct.gov |
| State Attorney General | State of Delaware Attorney General | attorney.general@state.de.us |
| State Attorney General | State of Hawaii Attorney General | hawaiiag@hawaii.gov |
| State Attorney General | State of Illinois Attorney General | webmaster@atg.state.il.us |
| State Attorney General | State of Iowa Attorney General | webteam@ag.iowa.gov |

# Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| State Attorney General | State of Louisiana Attorney General | consumerinfo@ag.state.la.us |
| State Attorney General | State of Maryland Attorney General | oag@oag.state.md.us |
| State Attorney General | State of Massachusetts Attorney General | ago@state.ma.us |
| State Attorney General | State of Michigan Attorney General | miag@michigan.gov |
| State Attorney General | State of Missouri Attorney General | attorney.general@ago.mo.gov |
| State Attorney General | State of Montana Attorney General | contactdoj@mt.gov |
| State Attorney General | State of Nebraska Attorney General | ago.info.help@nebraska.gov |
| State Attorney General | State of Nevada Attorney General | aginfo@ag.nv.gov |
| State Attorney General | State of New Hampshire Attorney General | attorneygeneral@doj.nh.gov |
| State Attorney General | State of New Jersey Attorney General | askconsumeraffairs@lps.state.nj.us |
| State Attorney General | State of North Dakota Attorney General | ndag@nd.gov |
| State Attorney General | State of Oregon Attorney General | consumer.hotline@doj.state.or.us  david.hart@doj.state.or.us |
| State Attorney General | State of South Dakota Attorney General | consumerhelp@state.sd.us |
| State Attorney General | State of Utah Attorney General | uag@utah.gov |
| State Attorney General | State of Vermont Attorney General | ago.bankruptcies@vermont.gov |
| State Attorney General | State of West Virginia Attorney General | consumer@wvago.gov |
| Counsel to Towards Equilibrium, LLC d/b/a Equi ("Towards Equilibrium") | Stevens & Lee, P.C. | john.kilgannon@stevenslee.com |
| Counsel to Bruce Gilling, Martin Mikolajczyk, Mitchell Eglar, Brian Graddon, Matthew Hoselton, Michiel Hemminga, Kole Kottmeter, Ashton Rincon, William Warburton, Daniel Gusovsky, Clayton Bargsten, Joseph Borremans, Brendan Pena, Alberto Olivo, Steven Lee, Ellison Bak, Scott Aufenanger, Wayne Akey and Andrew Martinez, Damon Andersson | Straffi & Straffi, LLC | bkclient@straffilaw.com |
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | bromleyj@sullcrom.com  gluecksteinb@sullcrom.com |
| Counsel to the Fee Examiner | Traurig Law LLC | jtraurig@trauriglaw.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to the Ad Hoc Committee of Wallet Account Holders | Troutman Pepper Hamilton Sanders LLP | deborah.kovsky@troutman.com |
| Counsel to The United States Of America | U.S. Department of Justice – Civil Division | jessica.cole@usdoj.gov |
| Counsel to United States of America | U.S. Department of Justice – Civil Division Commercial Litigation Branch | seth.shapiro@usdoj.gov |
| Counsel to United States of America | U.S. Department of Justice Civil Division | seth.shapiro@usdoj.gov |
| Counsel to Cipher Mining Inc. and Cipher Mining Technologies Inc. | Venable LLP | AJCurrie@Venable.com |
| Counsel to Cipher Mining Inc. and Cipher Mining Technologies Inc. | Venable LLP | MAGuerra@Venable.com JSsabin@venable.com CWeinerlevy@venable.com |
| Counsel to Kristen Vorhees | Wadsworth, Garber, Warner and Conrardy, P.C. | agarber@wgwc-law.com |
| State Attorney General | Washington DC Attorney General | oag@dc.gov |
| Counsel to Timothy Price | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | saron@wrslawyers.com |
| Counsel to Flori Marquez | Zuckerman Gore Brandeis & Crossman, LLP | jcrossman@zukermangore.com kpark@zukermangore.com jfriesen@zukermangore.com |

**Exhibit B**

Exhibit B
Master First Class Mail Service List
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTALCODE |
|---|---|---|---|---|---|---|
| Commonwealth of Puerto Rico | Attn: Bankruptcy Department | Apartado 9020192 | | San Juan | PR | 00902-0192 |
| Environmental Protection Agency | Attn: Bankruptcy Division | 290 Broadway | | New York | NY | 10007-1866 |
| Environmental Protection Agency | Attn: General Counsel | Office Of General Counsel 2310A | 1200 Pennsylvania Ave NW, 2310A | Washington | DC | 20460 |
| Grant & Eisenhofer P.A. | Attn: Jason M. Avellino | 123 Justison Street | | Wilmington | DE | 19801 |
| Internal Revenue Service | Centralized Insolvency Operation | 1111 Constitution Ave, NW | | Washington | DC | 20224 |
| Internal Revenue Service | Centralized Insolvency Operation | 1111 Pennsylvania Ave NW | | Washington | DC | 20004-2541 |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 |
| Montgomery McCracken Walker & Rhoads, LLP | Attn: Edward L. Schnitzer | 457 Haddonfield Road | 6th Floor | Cherry Hill | NJ | 08002 |
| Office of the United States Trustee | Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq | One Newark Center | 1085 Raymond Boulevard, Suite 2100 | Newark | NJ | 07102 |
| Pennsylvania Office of The Attorney General | Attn: Bankruptcy Department | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 |
| State of Alabama Attorney General | Attn: Bankruptcy Department | P.O. Box 300152 | | Montgomery | AL | 36130-0152 |
| State of Arkansas Attorney General | Attn: Bankruptcy Department | 323 Center St. | Suite 200 | Little Rock | AR | 72201-2610 |
| State of Colorado Attorney General | Attn: Bankruptcy Department | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| State of Florida Attorney General | Attn: Bankruptcy Department | The Capitol, Pl 01 | | Tallahassee | FL | 32399-1050 |
| State of Georgia Attorney General | Attn: Bankruptcy Department | 40 Capital Square, SW | | Atlanta | GA | 30334-1300 |
| State of Idaho Attorney General | Attn: Bankruptcy Department | 700 W. Jefferson Street | P.O. Box 83720 | Boise | ID | 83720-1000 |
| State of Kansas Attorney General | Attn: Bankruptcy Department | 120 SW 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| State of Kentucky Attorney General | Attn: Bankruptcy Department | 700 Capitol Avenue, Suite 118 | | Frankfort | KY | 40601 |
| State of Maine Attorney General | Attn: Bankruptcy Department | 6 State House Station | | Augusta | ME | 04333 |
| State of Minnesota Attorney General | Attn: Bankruptcy Department | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 |
| State of Mississippi Attorney General | Attn: Bankruptcy Department | Walter Sillers Building | 550 High Street, Suite 1200 P.O. Box 220 | Jackson | MS | 39201 |
| State of New Mexico Attorney General | Attn: Bankruptcy Department | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| State of New York Attorney General | Attn: Bankruptcy Department | The Capitol | | Albany | NY | 12224-0341 |
| State of North Carolina Attorney General | Attn: Bankruptcy Department | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 |
| State of Ohio Attorney General | Attn: Bankruptcy Department | 30 E. Broad St., 14th Floor | | Columbus | OH | 43215 |
| State of Oklahoma Attorney General | Attn: Bankruptcy Department | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| State of Rhode Island Attorney General | Attn: Bankruptcy Department | 150 South Main Street | | Providence | RI | 02903 |
| State of South Carolina Attorney General | Attn: Bankruptcy Department | P.O. Box 11549 | | Columbia | SC | 29211-1549 |
| State of Virginia Attorney General | Attn: Bankruptcy Department | General Financial Recovery Section | PO Box 610 | Richmond | VA | 23218-0610 |
| State of Washington Attorney General | Attn: Bankruptcy Department | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| State of Wisconsin Attorney General | Attn: Bankruptcy Department | Wisconsin Department Of Justice | State Capitol, Room 114 East P.O. Box 7857 | Madison | WI | 53707-7857 |
| State of Wyoming Attorney General | Attn: Bankruptcy Department | 123 Capitol Building | 200 W. 24th Street | Cheyenne | WY | 82002 |
| United States of America Attorney General | Attn: Bankruptcy Department | Us Dept Of Justice | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 |

**Exhibit C**

Exhibit C
Notice Parties Service List
Served via First Class Mail and Email

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Email |
|---|---|---|---|---|---|---|---|
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein, Nicole Leonard | 570 Broad Street, Suite 1500 | | Newark | NJ | 07102 | jbernstein@mdmc-law.com; nleonard@mdmc-law.com |
| Office Of The Attorney General Of Texas Bankruptcy & Collections Division | Attn: Layla D. Milligan, Roma N. Desai, Sean T. Flynn | P. O. Box 12548 | | Austin | TX | 78711-2548 | layla.milligan@oag.texas.gov; roma.desai@oag.texas.gov; sean.flynn@oag.texas.gov |
| TN Attorney General's Office | Attn: Gina Baker Hantel | Bankruptcy Division | P.O. Box 20207 | Nashville | TN | 37202-0207 | gina.hantel@ag.tn.gov |

**Exhibit D**

Exhibit D

Affected Claimants Service List

Served via First Class Mail and Email

| AddressID | Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Email |
|---|---|---|---|---|---|---|---|---|
| 12883260 | The New Jersey Bureau of Securities | McElroy Deutsch Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein | 570 Broad Street, Suite 1401 | Newark | NJ | 07102 | jbernstein@mdmc-law.com; scarney@mdmc-law.com |
| 12883570 | The New Jersey Bureau of Securities | Amy Kopleton, Acting Bureau Chief | 153 Halsey Street, 6th Fl | | Newark | NJ | 07102 | kopletona@dca.njoag.gov |