| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>Facsimile:  (201) 489-1536<br>Email: msirota@coleschotz.com<br>            wusatine@coleschotz.com<br>*Attorneys for Debtors*<br>*and Debtors in Possession* | |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Case No.:           22-19361<br><br>Judge:               Hon. Michael B. Kaplan<br><br>Chapter:            11<br><br>Hearing Date:    September 26, 2023 |

## ADJOURNMENT REQUEST

1.  I, <u>Michael D. Sirota, Esq.</u>

    ☒  am the attorney for:  <u>the Debtors/Debtors-in-Possession                        </u>,

    ☐  am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

<u>First Matter Being Adjourned:</u>

1. Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Transaction Parties in Interest Related to the Debtors' Professional Retention Applications [Docket No. 127]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

65365/0001-46119041v1

2. United States Trustee's Objection to the Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Transaction Parties in Interest Related to the Debtors' Professional Retention Applications [Docket No. 233]

3. Declaration of Brian Tichenor of Moelis & Company, LLC in Support of Debtors' Consolidation and Redaction Motion and Declaration in Support of Debtors' Sealing Motion [Docket No. 277]

Second Matter Being Adjourned:

1. Notice of Motion Application in Support of the Motion of the Official Committee of Unsecured Creditors to Seal the Names of Certain Confidential Transaction Parties Interest Related to the Committee's Professional Retention Applications and for Related Relief [Docket No. 403]

2. United States Trustee's Objection to the Motion of the Official Committee of Unsecured Creditors to Seal the Names of Certain Confidential Transaction Parties Interest Related to the Committee's Professional Retention Applications and for Related Relief [Docket No. 508]

Third Matter Being Adjourned:

1. Debtors' Motion to File Under Seal the Supplemental Declaration of Benjamin J. Steele in Support of Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Docket no. 443]

**Current hearing date and time**: September 26, 2023 at 1:00 p.m.

**New date requested**: October 10, 2023 at 11:00 a.m.

**Reason for adjournment request**: The Debtors, Kroll and the Official Committee of Unsecured Creditors request an adjournment to focus their resources on confirmation of the *Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1564] (the "Plan"). The Debtors also seek additional time to discuss with the estate professionals whether the relief sought in the above referenced matters is necessary if the Court confirms the Plan.

2. Consent to adjournment:

☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below):

The United States Trustee declined the Debtors' request for an adjournment of these matters.

I certify under penalty of perjury that the foregoing is true.

2

Date: September 25, 2023          /s/ Michael D. Sirota
                                  Signature

**COURT USE ONLY:**

The request for adjournment is:

                                                  10/10/2023 at 11:00 am

☒    Granted                     New hearing date: ^        ☐    Peremptory

☐    Granted over objection(s)   New hearing date: _____    ☐    Peremptory

☐    Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**