| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**  **DISTRICT OF NEW JERSEY**  Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| BROWN RUDNICK LLP  Robert J. Stark, Esq.  Kenneth J. Aulet, Esq.  Bennett S. Silverberg, Esq.  Seven Times Square  New York, NY 10036  Telephone: (212) 209-4800  Fax: (212) 209-4801  Email: rstark@brownrudnick.com  kaulet@brownrudnick.com  bsilverberg@brownrudnick.com  *Counsel for the Official Committee of Unsecured Creditors*  -and-  GENOVA BURNS LLC.  Daniel M. Stolz, Esq.  Donald W. Clarke, Esq.  Gregory S. Kinoian, Esq.  110 Allen Rd., Suite 304  Basking Ridge, NJ 07920  Telephone: (973) 230-2095  Fax: (973) 533-1112  Email: DStolz@genovaburns.com  DClarke@genovaburns.com  GKinoian@genovaburns.com  *Local Counsel for the Official Committee of Unsecured Creditors* | BROWN RUDNICK LLP  Stephen D. Palley, Esq.  Patrick E. Gilman, Esq.  601 Thirteenth Street, NW  Washington, DC 20005  Telephone: (202) 536-1700  Fax: (202) 536-1701  Email: spalley@brownrudnick.com  pgilman@brownrudnick.com  BROWN RUDNICK LLP  One Financial Center  Boston, MA 02111  Tristan Axelrod, Esq.  Shari I. Dwoskin, Esq.  Telephone: (617) 856-8200  Fax: (617) 856-8201  Email: taxelrod@brownrudnick.com  sdwoskin@brownrudnick.com |
| In re:  BLOCKFI INC., *et al.,*  Debtors.[1] | Chapter 11  Case No. 22-19361 (MBK)  Jointly Administered |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

### JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO NOTICE OF DEBTORS' AMENDED ELEVENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS

The Official Committee of Unsecured Creditors (the "**Committee**") appointed in the Chapter 11 cases of BlockFi, Inc. and its affiliated debtors (collectively, the "**Debtors**"), by and through its counsel, in its independent capacity as a party-in-interest entitled to object to claims pursuant to Section 502(a), hereby supports and joins in the *Notice of Debtors' Amended Eleventh Omnibus Objection to Certain Claims* [Docket Nos. 1450 (amending Docket No. 1442).

Dated: September 28, 2023

**BROWN RUDNICK LLP**

By: */s/ Kenneth J. Aulet*
    Robert J. Stark, Esq.
    Kenneth J. Aulet, Esq.
    Bennett S. Silverberg, Esq.
Seven Times Square
New York, NY 10036
Tel:   (212) 209-4800
Fax:   (212) 209-4801
Email: rstark@brownrudnick.com
       kaulet@brownrudnick.com
       bsilverberg@brownrudnick.com

Stephen D. Palley, Esq.
601 Thirteenth Street, NW
Washington, DC 20005
Tel:   (202) 536-1700
Fax:   (202) 536-1701
Email: spalley@brownrudnick.com

Tristan G. Axelrod, Esq.
Sharon I. Dwoskin, Esq.
One Financial Center
Boston, MA 02111
Tel:   (617) 856-8200
Fax:   (617) 856-8201
Email: taxelrod@brownrudnick.com
       sdwoskin@brownrudnick.com

*Counsel for the Official Committee of Unsecured Creditors*

- 3 -

**GENOVA BURNS LLC**

By: */s/ Daniel M. Stolz*
    Daniel M. Stolz, Esq.
    Donald W. Clarke, Esq.
    Gregory S. Kinoian, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Tel:   (973) 230-2095
Fax:   (973) 533-1112
Email: DStolz@genovaburns.com
       DClarke@genovaburns.com
       GKinoian@genovaburns.com

*Local Counsel for the Official
Committee of Unsecured Creditors*