## **Exhibit C**

Certified Copy of the Genesis Scheduling Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al*.,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |
| | Related Docket No. 659 |

**ORDER GRANTING**
**DEBTORS' MOTION FOR ENTRY OF A SCHEDULING**
**ORDER CONCERNING THE DEBTORS' SECOND OMNIBUS**
**OBJECTION (SUBSTANTIVE) TO CLAIM NOS. 523, 526, 527, 981, 982 AND**
**990 PURSUANT TO 11 U.S.C. § 502 AND FED. R. BANKR. P. 3007 (NO LIABILITY)**

Upon the *Debtors' Motion for Entry of a Scheduling Order Concerning the Debtors' Second Omnibus Objection (Substantive) to Claim Nos. 523, 526, 527, 981, 982 and 990 Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)* (the "Motion")[2] (ECF No. 659) filed by the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), requesting an order pursuant to the Claims Procedures Order and section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), (i) establishing a schedule regarding the *Debtors' Second Omnibus Objection (Substantive) to Claim Nos. 523, 526, 527, 981, 982 and 990 Pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 (No Liability)* (the "Renewed Objection") (ECF No. 658) and related discovery and motion practice, and (ii) increasing the page limits with respect to the Renewed Objection and related motion practice; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (or equivalent identifier), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); and Genesis Asia Pacific Pte. Ltd. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 250 Park Avenue South, 5th Floor, New York, NY 10003.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Motion.

*Order of Reference* from the United States District Court for the Southern District of New York dated January 31, 2012; and upon the *Objection to the Debtors' Motion for an Entry of a Scheduling Order Concerning Their Second Omnibus Objection to Claims By the Foreign Representatives of Three Arrows Capital, Ltd.* (ECF No. 673), which proposed a competing schedule regarding the Renewed Objection and related discovery and motion practice; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion, as modified by this Order, is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and the Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion was appropriate and no other notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and all objections to the Motion (if any) having been withdrawn or addressed on the record of the hearing; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED to the extent set forth herein, and a discovery schedule regarding the Renewed Objection, as well as the page limit for the Renewed Objection, shall be set as follows:

    a. The Debtors are granted leave, *nunc pro tunc*, to expand the page limit for the Renewed Objection to 90 pages, exclusive of the table of contents, table of authorities and exhibits.

    b. The deadline for the Parties to serve document requests shall be September 15, 2023 at 11:59 p.m. (prevailing Eastern Time).

c. The deadline for document productions shall be October 9, 2023 at 11:59 p.m. (prevailing Eastern Time). The Parties shall endeavor to produce relevant documents on a rolling basis on the earliest possible date, to the extent such documents have not already been produced.

d. The Parties shall schedule any depositions of fact witnesses between October 4, 2023 and October 24, 2023.

e. The deadline for the Parties to identify expert witnesses—including the name, title, and affiliation(s) of each of the proposed experts along with the topic(s) on which each will offer opinions—shall be October 23, 2023 at 11:59 p.m. (prevailing Eastern Time).

f. The Parties shall appear before the Court for a status conference regarding the status of fact discovery and the establishment of a schedule and procedures for expert discovery, pretrial briefing and an evidentiary hearing on **October 24, 2023 at 11:00 a.m.** (prevailing Eastern Time).

g. Absent order of the Court to the contrary, the discovery period as to factual evidence shall close on November 6, 2023 at 11:59 pm (prevailing Eastern Time) (the "Fact Discovery End Date"). The Fact Discovery End Date shall not apply to expert discovery.

2. Each of the Parties expressly reserves its rights with respect to any schedule regarding expert discovery, the submission of opening or rebuttal expert declarations or reports, and any additional motion practice with respect to the Renewed Objection and the Claims.

3. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: September 12, 2023
White Plains, New York

*/s/ Sean H. Lane*
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE



# United States Bankruptcy Court for the Southern District of New York



This page certifies that document is a True Certified Copy



I HEREBY ATTEST AND CERTIFY ON  9/27/2023
THAT THIS DOCUMENT IS A FULL, TRUE AND CORRECT
COPY OF THE ORIGINAL FILED ON THE COURT'S
ELECTRONIC CASE FILING SYSTEM.

CLERK, US BANKRUPTCY COURT, SDNY

BY: /s/ Annya Acosta DEPUTY CLERK