## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 28th day of September, 2023, a true and correct copy of the foregoing Motion was furnished to all ECF Participants via the CM/ECF system.

/s/ *John W. Weiss*
John W. Weiss