| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |

Order Filed on September 29, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BlockFi Inc.

Case No.: 22-19361

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

# ORDER SHORTENING TIME FOR NOTICE OF MOTION FOR COORDINATION AMONG COURTS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 29, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY (TRENTON)** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
|---|---|
| John W. Weiss <br> Joseph C. Barsalona II <br> **PASHMAN STEIN WALDER HAYDEN, P.C.** <br> Bell Works <br> 101 Crawfords Corner Road, Suite 4202 <br> Holmdel, NJ 07733 <br> Telephone: (732) 852-2481 <br> Facsimile: (732) 852-2482 <br> Email:   jweiss@pashmanstein.com <br>            jbarsalona@pashmanstein.com <br><br> Warren E. Gluck (*pro hac vice* pending) <br> **HOLLAND & KNIGHT LLP** <br> 31 West 52nd Street, 12th Floor <br> New York, NY 10019 <br> Telephone: (212) 513-3200 <br> Email:  warren.gluck@hklaw.com <br><br> – and – <br><br> John J. Monaghan (*pro hac vice* pending) <br> **HOLLAND & KNIGHT LLP** <br> 10 St. James Avenue, 11th Floor <br> Boston, MA 02116 <br> Telephone: (617) 573-5834 <br> Email:   john.monaghan@hklaw.com <br><br> *Counsel to the Joint Liquidators* <br> *of Three Arrows Capital, Ltd. (in liquidation)* | Adam J. Goldberg (admitted *pro hac vice*) <br> Christopher Harris (admitted *pro hac vice*) <br> Brett M. Neve  (admitted *pro hac vice*) <br> Nacif Taousse (admitted *pro hac vice*) <br> **LATHAM & WATKINS LLP** <br> 1271 Avenue of the Americas <br> New York, NY 10020 <br> Telephone: (212) 906-1200 <br> Facsimile: (212) 751-4864 <br> Email:   adam.goldberg@lw.com <br>            christopher.harris@lw.com <br>            brett.neve@lw.com <br>            nacif.taousse@lw.com <br><br> – and – <br><br> Nima H. Mohebbi  (admitted *pro hac vice*) <br> Tiffany M. Ikeda  (admitted *pro hac vice*) <br> **LATHAM & WATKINS LLP** <br> 355 South Grand Avenue, Suite 100 <br> Los Angeles, CA 90071 <br> Telephone: (213) 485-1234 <br> Facsimile: (213) 891-8763 <br> Email:   nima.mohebbi@lw.com <br>            tiffany.ikeda@lw.com |
| In Re: <br><br> BLOCKFI INC., *et al*.,[1] <br><br>          Debtors. | Chapter 11 <br><br> Case No. 22-19361 (MBK) <br><br> Jointly Administered |

**ORDER SHORTENING TIME FOR NOTICE OF** <br> **MOTION FOR COORDINATION AMONG COURTS**

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

(Page 2)
Debtors: BlockFi Inc.
Case No. 22-19361(MBK)
Caption of Order: ORDER SHORTENING TIME FOR NOTICE OF MOTION FOR COORDINATION AMONG COURTS

The relief set forth on the following page number two (2) is **ORDERED**.

Upon review of (i) the *Motion of the Joint Liquidators of Three Arrows Capital, Ltd. for Coordination Among Courts* (the "**Coordination Motion**") and (ii) the *Motion for Authorization to File Motion for Coordination Among Courts Under Seal* (the "**Seal Motion**" and together with the Coordination Motion, the "**Motions**"), of the Joint Liquidators of Three Arrows Capital, Ltd. (in liquidation) (the "**3AC Debtor**") for entry of an order (this "**Order**") requesting that the time period for the Motions be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1) and a hearing scheduled at the Court's earliest convenience,

**IT IS HEREBY ORDERED THAT:**

1. A hearing will be conducted on the Motions on October 10, 2023, at 11:00 a.m. prevailing Eastern Time before the Honorable Chief Judge Michael B. Kaplan, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

2. The Joint Liquidators must serve a copy of this Order, and all related documents, to all parties in interest by either overnight mail or email, as applicable.

3. Service must be made on the same day as the date of this Order.

4. Notice by telephone is not required.

5. Any objections to the Motions must be filed with the Court and served on all parties in interest by electronic or overnight mail ___Same day as hearing^___ day(s) prior to the scheduled hearing.

6. Parties may appear remote by contacting Chambers prior to the return date.

US-DOCS\145229009.1