UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on September 29, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

 BlockFi Inc.

Case No.:            22-19361

Adv. No.:

Hearing Date:

Judge:            Michael B. Kaplan

## ORDER SHORTENING TIME FOR NOTICE OF MOTION FOR COORDINATION AMONG COURTS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 29, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY (TRENTON)**
Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| John W. Weiss | Adam J. Goldberg (admitted *pro hac vice*) |
| Joseph C. Barsalona II | Christopher Harris (admitted *pro hac vice*) |
| **PASHMAN STEIN WALDER HAYDEN, P.C.** | Brett M. Neve  (admitted *pro hac vice*) |
| Bell Works | Nacif Taousse (admitted *pro hac vice*) |
| 101 Crawfords Corner Road, Suite 4202 | **LATHAM & WATKINS LLP** |
| Holmdel, NJ 07733 | 1271 Avenue of the Americas |
| Telephone: (732) 852-2481 | New York, NY 10020 |
| Facsimile: (732) 852-2482 | Telephone: (212) 906-1200 |
| Email:    jweiss@pashmanstein.com | Facsimile: (212) 751-4864 |
|          jbarsalona@pashmanstein.com | Email:    adam.goldberg@lw.com |
| | christopher.harris@lw.com |
| Warren E. Gluck (*pro hac vice* pending) | brett.neve@lw.com |
| **HOLLAND & KNIGHT LLP** | nacif.taousse@lw.com |
| 31 West 52nd Street, 12th Floor | |
| New York, NY 10019 | – and – |
| Telephone: (212) 513-3200 | |
| Email:  warren.gluck@hklaw.com | Nima H. Mohebbi  (admitted *pro hac vice*) |
| | Tiffany M. Ikeda  (admitted *pro hac vice*) |
| – and – | **LATHAM & WATKINS LLP** |
| | 355 South Grand Avenue, Suite 100 |
| John J. Monaghan (*pro hac vice* pending) | Los Angeles, CA 90071 |
| **HOLLAND & KNIGHT LLP** | Telephone: (213) 485-1234 |
| 10 St. James Avenue, 11th Floor | Facsimile: (213) 891-8763 |
| Boston, MA 02116 | Email:    nima.mohebbi@lw.com |
| Telephone: (617) 573-5834 | tiffany.ikeda@lw.com |
| Email:    john.monaghan@hklaw.com | |
| | |
| *Counsel to the Joint Liquidators* | |
| *of Three Arrows Capital, Ltd. (in liquidation)* | |
| In Re: | Chapter 11 |
| | |
| BLOCKFI INC., *et al.*,[1] | Case No. 22-19361 (MBK) |
| Debtors. | |
| | Jointly Administered |

### ORDER SHORTENING TIME FOR NOTICE OF
### MOTION FOR COORDINATION AMONG COURTS

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

(Page 2)
Debtors: BlockFi Inc.
Case No.        22-19361(MBK)
Caption of Order:   ORDER        SHORTENING        TIME        FOR        NOTICE        OF
              MOTION FOR COORDINATION AMONG COURTS

The relief set forth on the following page number two (2) is **ORDERED**.

Upon review of (i) the *Motion of the Joint Liquidators of Three Arrows Capital, Ltd. for Coordination Among Courts* (the "**Coordination Motion**") and (ii) the *Motion for Authorization to File Motion for Coordination Among Courts Under Seal* (the "**Seal Motion**" and together with the Coordination Motion, the "**Motions**"), of the Joint Liquidators of Three Arrows Capital, Ltd. (in liquidation) (the "**3AC Debtor**") for entry of an order (this "**Order**") requesting that the time period for the Motions be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1) and a hearing scheduled at the Court's earliest convenience,

**IT IS HEREBY ORDERED THAT:**

1.      A hearing will be conducted on the Motions on October 10, 2023, at 11:00 a.m. prevailing Eastern Time before the Honorable Chief Judge Michael B. Kaplan, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

2.      The Joint Liquidators must serve a copy of this Order, and all related documents, to all parties in interest by either overnight mail or email, as applicable.

3.      Service must be made on the same day as the date of this Order.

4.      Notice by telephone is not required.

5.      Any objections to the Motions must be filed with the Court and served on all parties in interest by electronic or overnight mail ____^____ day(s) prior to the scheduled hearing.
*(Same day as hearing)*

6.      Parties may appear remote by contacting Chambers prior to the return date.

US-DOCS\145229009.1

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 22-19361-MBK

BlockFi Inc.                                                              Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                                    Page 1 of 1

Date Rcvd: Sep 29, 2023                  Form ID: pdf903                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

**Recip ID              Recipient Name and Address**
db                 +  BlockFi Inc., 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691-1910

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2023                     Signature:        /s/Gustava Winters