| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq. (NJ Bar No. 014321986)<br>Warren A. Usatine, Esq. (NJ Bar No. 025881995)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Christine A. Okike, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br>jsussberg@kirkland.com<br>christine.okike@kirkland.com<br><br>**HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Matthew T. Ferris, Esq. (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>matt.ferris@haynesboone.com<br><br>*Attorneys for Debtors and Debtors in Possession* | <br><br>**Order Filed on October 3, 2023**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>    Debtors.[1] | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered) |

# ORDER SHORTENING TIME FOR NOTICE OF DEBTORS' MOTIONS FOR ENTRY OF ORDERS (I) APPROVING THE DEBTORS' SETTLEMENT AGREEMENT WITH DIGISTAR NORWAY AS, NESSIM-SARIEL GAON, AND FIORENZO MANGANIELLO AND (II) AUTHORIZING THE DEBTORS TO FILE UNDER SEAL EXHIBIT A TO THE SETTLEMENT AGREEMENT

**DATED: October 3, 2023**

*[signature]*

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page | 2)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al.* |
| Case No.: | 22-19361(MBK) |
| Caption of Order: | ORDER SHORTENING TIME PERIOD FOR NOTICE OF DEBTORS' MOTIONS FOR ENTRY OF ORDERS (I) APPROVING THE DEBTORS' SETTLEMENT AGREEMENT WITH DIGISTAR NORWAY AS, NESSIM-SARIEL GAON, AND FIORENZO MANGANIELLO AND (II) AUTHORIZING THE DEBTORS TO FILE UNDER SEAL EXHIBIT A TO THE SETTLEMENT AGREEMENT |

The relief set forth on the following pages numbered three (3) through four (4) is **ORDERED**.

(Page | 3)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al.* |
| Case No.: | 22-19361(MBK) |
| Caption of Order: | ORDER SHORTENING TIME PERIOD FOR NOTICE OF DEBTORS' MOTIONS FOR ENTRY OF ORDERS (I) APPROVING THE DEBTORS' SETTLEMENT AGREEMENT WITH DIGISTAR NORWAY AS, NESSIM-SARIEL GAON, AND FIORENZO MANGANIELLO AND (II) AUTHORIZING THE DEBTORS TO FILE UNDER SEAL EXHIBIT A TO THE SETTLEMENT AGREEMENT |

Upon review of the *Application for Order Shortening Time for Notice of Debtors' Motions for Entry of Orders (I) Approving the Debtors' Settlement Agreement with Digistar Norway AS, Nessim-Sariel Gaon, and Fiorenzo Manganiello and (II) Authorizing the Debtors to File Under Seal Exhibit A to the Settlement Agreement* (the "Application")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") requesting that the time period for the Motion to Quash be shortened pursuant to FED. R. BANKR. P. 9006(c)(1) and a hearing scheduled on October 10, 2023,

**IT IS HEREBY ORDERED THAT:**

1. A hearing will be conducted on the Assignment Motion and the Sealing Motion on __Tuesday__, October __10__, 2023 at __11:00am__ prevailing Eastern Time before the Honorable Chief Judge Michael B. Kaplan, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

2. The Debtors must serve a copy of this Order, and all related documents, to all parties in interest by either overnight mail or email, as applicable.

3. Service must be made on the same day as the date of this Order.

4. Notice by telephone is not required.

5. Any objections to the Assignment Motion must be filed by __^ Day of hearing__, October __, 2023 at _____ prevailing Eastern Time.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

(Page | 4)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al.* |
| Case No.: | 22-19361(MBK) |
| Caption of Order: | ORDER SHORTENING TIME PERIOD FOR NOTICE OF DEBTORS' MOTIONS FOR ENTRY OF ORDERS (I) APPROVING THE DEBTORS' SETTLEMENT AGREEMENT WITH DIGISTAR NORWAY AS, NESSIM-SARIEL GAON, AND FIORENZO MANGANIELLO AND (II) AUTHORIZING THE DEBTORS TO FILE UNDER SEAL EXHIBIT A TO THE SETTLEMENT AGREEMENT |

6. Parties may request to appear by phone by contacting Chambers prior to the return date.