**PUTNICK LEGAL, LLC**
Mary E. Putnick
P.O. Box 797
Sewell, New Jersey 08080
(215) 715-4119
marybeth@putnicklegal.com
*Attorney for Certain Creditors*

**UNITED STATES BANKRUPTCY COURT**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: | CHAPTER 11 |
| BLOCKFI INC., *et al.*, | CASE NO. 22-19361 (MBK) |
| Debtors. | (Jointly Administered) |
| | Honorable Michael B. Kaplan |

**APPEARANCE OF COUNSEL**

To:   The Clerk of Court and all parties of record.

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance as Counsel of record for the following Creditors:

| | | |
|---|---|---|
| Taraman, Shaoky | Claim No. 9499 | Creditor |
| Powell, Noah | Claim No. 12863, 25824 | Creditor |

The undersigned further requests that copies of all pleadings, other papers filed (however designated), and notices given be served upon the undersigned at the email address listed below pursuant to Fed. R. Bankr. P. 9010(b).

Date: October 3, 2023.                                    Respectfully submitted,

*/s/ Mary E. Putnick*
Putnick Legal, LLC
Mary E. Putnick
NJ Bar No. 003002007
P.O. Box 797
Sewell, NJ 08080
(215) 715-4119
marybeth@putnicklegal.com

# CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2023, I presented the foregoing document to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing and I hereby certify that I will serve via email or by certified mail this filing to the non-CM/ECF participants.

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted pro hac vice)
Christine A. Okike, P.C. (admitted pro hac vice)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted pro hac vice)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and Debtors in Possession*

Office of the United States Trustee for the District of New Jersey
Attn: Jeffrey Sponder, Esq and Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Jeffrey.M.Sponder@usdoj.gov
Lauren.Bielskie@usdoj.gov
**U.S. Trustee**

**Brown Rudnick LLP**
Seven Times Square
New York, NY 10036
Attn: Robert J. Stark, Esq. and Kenneth Aulet, Esq.
rstark@brownrudnick.com
kaulet@brownrudnick.com

and

**Genova Burns LLC**
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Attn: Daniel M. Stolz, Esq. and Donald W. Clarke, Esq.
DStolz@genovaburns.com
DClarke@genovaburns.com
**Committee**

Dated: October 3, 2023                                Respectfully Submitted,

*/s/ Mary E. Putnick*
Putnick Legal, LLC
Mary E. Putnick
NJ Bar No. 003002007
P.O. Box 797
Sewell, NJ 08080
(215) 715-4119
marybeth@putnicklegal.com
**ATTORNEY FOR VARIOUS
BLOCKFI CREDITORS**