**PUTNICK LEGAL, LLC**
Mary E. Putnick
P.O. Box 797
Sewell, New Jersey 08080
(215) 715-4119
marybeth@putnicklegal.com

*Attorney for Certain Creditors*

**UNITED STATES BANKRUPTCY COURT**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>BLOCKFI INC., *et al.,*<br><br>        Debtors. | CHAPTER 11<br><br>CASE NO. 22-19361 (MBK)<br><br>(Jointly Administered)<br><br>Honorable Michael B. Kaplan |

**RESPONSE OF CERTAIN INDIVIDUAL CREDITORS TO**
**DEBTORS' ELEVENTH OMNIBUS OBJECTION DATED SEPTEMBER 4, 2023**

      Mary E. Putnick, Esq., as counsel to certain Creditors identified herein, hereby submits this statement in response (the "Response") to the *Debtors' Eleventh Omnibus Objection to Certain Claims (books and records, amendments, duplicates, incorrect/improper classification, insufficient documentation, not liable, late filed)* (the "Omnibus Objection"), and states as follows:

      Mary E. Putnick, Esq. is counsel to certain Creditors to which the Debtors have objected in the Omnibus Objection. The table below identifies such Creditors' claims to which the Debtors have objected. However, because the difference in valuation between Debtors value and their own is *de minimis*, the below Creditors do not dispute the Debtors' valuation. Therefore, the Debtors valuation is accepted.

| CLAIM # | OBJECTION DKT. NO. | SCHEDULE # | VALUATION ACCEPTED |
|---|---|---|---|
| 9499 | 22-19361-MBK Dkt. 1442 | 1 | $372,786.70 |
| 12863 | 22-19361-MBK Dkt. 1442 | 1 | $104,347.40 |
| 25824 | 22-19361-MBK Dkt. 1442 | 1 | $104,347.40 |

Dated: October 3, 2023                                     Respectfully Submitted,


                                                           /s/ Mary E. Putnick
                                                           Putnick Legal, LLC
                                                           Mary E. Putnick
                                                           NJ Bar No. 003002007
                                                           P.O. Box 797
                                                           Sewell, NJ 08080
                                                           (215) 715-4119
                                                           marybeth@putnicklegal.com
                                                           **ATTORNEY FOR VARIOUS
                                                           BLOCKFI CREDITORS**

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2023, I presented the foregoing document to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing and I hereby certify that I will serve via email or by certified mail this filing to the non-CM/ECF participants.

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted pro hac vice)
Christine A. Okike, P.C. (admitted pro hac vice)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted pro hac vice)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com

kenric.kattner@haynesboone.com
*Attorneys for Debtors and Debtors in Possession*

Office of the United States Trustee for the District of New Jersey
Attn: Jeffrey Sponder, Esq and Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Jeffrey.M.Sponder@usdoj.gov
Lauren.Bielskie@usdoj.gov
**U.S. Trustee**

**Brown Rudnick LLP**
Seven Times Square
New York, NY 10036
Attn: Robert J. Stark, Esq. and Kenneth Aulet, Esq.
rstark@brownrudnick.com
kaulet@brownrudnick.com

and

**Genova Burns LLC**
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Attn: Daniel M. Stolz, Esq. and Donald W. Clarke, Esq.
DStolz@genovaburns.com
DClarke@genovaburns.com
**Committee**

Dated: October 3, 2023                    Respectfully Submitted,


                                            */s/ Mary E. Putnick*
Putnick Legal, LLC
Mary E. Putnick
NJ Bar No. 003002007
P.O. Box 797
Sewell, NJ 08080
(215) 715-4119
marybeth@putnicklegal.com
**ATTORNEY FOR VARIOUS BLOCKFI CREDITORS**