BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

# BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

## Electronic Proof of Claim ID

If you have an EPOC ID please enter it below and select next to proceed with your claim submission. EPOC IDs can be located on the pre-printed proof of claim forms sent via first-class mail.

EPOC ID

[REDACTED]

EPOC IDs are not required to submit a claim. If you cannot locate your EPOC ID or do not have an EPOC ID, please select next to continue with your claim submission.

## Instructions

**Read the instructions before filling out this form. This form is for making a claim based on assets held in account of the Debtors. <u>Do not</u>** use this form to assert any other pre-petition claims. **<u>Do not</u>** use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed (November 28, 2022).**

☐ Check here to see further instructions on completing your claim form:

## Debtor Selection

**If you have one or more Interest-Bearing accounts (i.e. BlockFi Interest Accounts or BlockFi Private Client Fixed or Open Loans), fill in this information to identify the case:**

◉ U.S. client
○ Non-U.S. client

☐ **BlockFi Interest Account**: BlockFi Inc. (Case No. 22-19361)
☒ **BlockFi Private Client Fixed or Open Loans**: BlockFi Lending LLC (Case No. 22-19365)
☐ Other

## Claim Information

**1. Who is the current creditor?**

Matthew Gordon

Other names the creditor used with the debtor

Customer Identification Number(s):

Email Address Used to Sign Up for your BlockFi Account(s):

[REDACTED]

**2. Has this claim been acquired from someone else?**
◉ No
○ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

**Where should notices to the creditor be sent?**

Name:

Matthew Gordon

Address 1 (Street address, "Care of:", or "Attention To:"):

[redacted]

Address 2:

Address 3:

Address 4:

City:

[redacted]

State or Province (use 2-letter abbreviation if US or Canada):

[redacted]

Zip Code | Postal Code:

[redacted]

Is the creditor address outside of the US?

● No
○ Yes

Contact phone:

[redacted]

Contact email:

[redacted]

Should payments go to a different address?

● No
○ Yes

**Would you like to add any additional noticing addresses?**

● No
○ Yes

**4. Does this claim amend one already filed?**

● No
○ Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

● No
○ Yes

**6. Do you have any number you use to identify the debtor?**

● No
○ Yes

## Claim Amount

**\* 7a. To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022)**

BlockFi Private Client Fixed or Open Loans (BlockFi Lending LLC; Case No. 22-19365)

$13,788.59

**\* 7b. List the number of each type of coin held in your Wallet account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in your Wallet account(s) as of the date the case was filed).**

Please use only numerals and decimals in the BlockFi Interest Account(s) and BlockFi Private Client Fixed or Open Loans fields, up to a maximum of 21 digits or 20 digits and 1 decimal.

| | | Interest Bearing Accounts | |
|---|---|---|---|
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Bitcoin (BTC) | $ 16,206.3000 | | 0.10314418 |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Ethereum (ETH) | $ 1,167.2400 | | 7.10687858 |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Gemini Dollar (GUSD) | $ 1.0000 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| USD Coin (USDC) | $ 1.0000 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| 1inch Network1 (INCH) | $ 0.5170 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Aave (AAVE) | $ 60.1500 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Algorand (ALGO) | $ 0.2359 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Avalanche (AVAX) | $ 12.4500 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Axie Infinity (AXS) | $ 6.5600 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Basic Attention Token (BAT) | $ 0.22322 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Binance Coin (BNB) | $ 292.7865 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Bitcoin Cash (BCH) | $ 109.9100 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Binance USD (BUSD) | $ 1.0000 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Cardano (ADA) | $ 0.3064 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Chainlink (LINK) | $ 7.1940 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Celo (CELO) | $ 0.6170 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Chiliz (CHZ) | $ 0.1642 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Compound (COMP) | $ 37.1600 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Cosmos (ATOM) | $ 9.8590 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Curve DAO Token (CRV) | $ 0.6450 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Decentraland (MANA) | $ 0.3862 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| DogeCoin (DOGE) | $ 0.09506 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| dYdX (DYDX) | $ 1.6660 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Elrond (EGLD) | $ 42.1390 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Enjin Coin (ENJ) | $ 0.2960 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| EOS (EOS) | $ 0.9034 | | |
| Fantom (FTM) | $ 0.2049 | | |
| Filecoin (FIL) | $ 4.2530 | | |
| FTX Token (FTT) | $ 1.2923535 | | |
| Gala (GALA) | $ 0.02478 | | |
| Hedera Hashgraph (HBAR) | $ 0.0486 | | |
| Kusama (KSM) | $ 25.5900 | | |
| Litecoin (LTC) | $ 73.8500 | | 51.74769109 |
| Loopring (LRC) | $ 0.2368 | | |
| Maker (MKR) | $ 645.4100 | | |
| Multi Collateral Dai (DAI) | $ 0.9997 | | |
| Near (NEAR) | $ 1.5900 | | |
| OMG Network (OMG) | $ 1.1605 | | |
| One Coin (ONE) | $ 0.0137 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| PAX Gold (PAXG) | $ 1,740.6400 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Paxos Standard Token (PAX) | $ 1.0000 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Polkadot (DOT) | $ 5.1340 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Polygon (MATIC) | $ 0.8209 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Quant (QNT) | $ 112.4100 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Render Token (RNDR) | $ 0.4672 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Serum (SRM) | $ 0.2330 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Solana (SOL) | $ 13.3200 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Stellar (XLM) | $ 0.087183 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| SushiSwap (SUSHI) | $ 1.3348 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Synthetix (SNX) | $ 1.6620 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Terra 2.0 (LUNA) | $ 0.0001552 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Tether (USDT) | $ 0.9995 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Tezos (XTZ) | $ 0.9750 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| The Graph (GRT) | $ 0.0622 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| The Sandbox (SAND) | $ 0.5531 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| THORchain (RUNE) | $ 1.1670 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Tron (TRX) | $ 0.052973 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| TrueUSD (TUSD) | $ 0.9997 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Uniswap (UNI) | $ 5.2830 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Waves (WAVES) | $ 2.3300 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Yearn.Finance (YFI) | $ 6,266.5000 | | |

Do you hold additional coins in your account not listed above?

◉ No
○ Yes

## Additional Claim Information

**8. What is the basis of the claim?** (limited to 100 characters)

Client Interest Account

**9. Is all or part of the claim secured?**

◉ No
○ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.

☐ Motor vehicle

☐ Other.

**Basis for perfection:**

**Value of property (all amounts in US $ dollars):**

**Amount of the claim that is secured (all amounts in US $ dollars):**

**Amount of the claim that is unsecured (all amounts in US $ dollars):**

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars):**

**Interest Rate Type:**

**Annual Interest Rate (when case was filed) %:**

○ Fixed
○ Variable

**10. Is this claim based on a lease?**

● No
○ Yes

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars).**

**11. Is this claim subject to a right of setoff?**

● No
○ Yes

Identify the property:

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

● No
○ Yes

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other

# E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:
● I am the creditor.
○ I am the creditor's attorney or authorized agent.
○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

| 03/30/2023 |

Signature

[signature redacted]

I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

**Name of the person who is completing and signing this claim:**

First name

| Matthew |

Middle Name

| |

Last name

| Gordon |

Title

| |

Company

| |

Address 1:

| [redacted] |

**Address 2:**

**Address 3:**

**Address 4:**

**City:**
▄▄▄▄▄▄▄▄

**State or Province (use 2-letter abbreviation if US or Canada):**
▄▄

**Zip Code | Postal Code:**
▄▄▄▄

**Is the address outside of the US?**
- ◉ No
- ○ Yes

**Contact phone:**
▄▄▄▄▄▄▄▄▄▄

**Contact email:**
▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**
- ◉ I have supporting documentation
- ○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

NOTATION TO PROOF OF CLAIM.pdf    204 KB

**Attachment Filename**

NOTATION TO PROOF OF CLAIM.pdf

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

## Confirmation of Submission

**Your Form has been successfully submitted...**

| DOCUMENT ID | Submitted Date Time |
|---|---|
| edf4fc71ecf88e591b9c8cf8f7f34ac5b83f98a2 | 2023-03-30T20:21:28.244Z |

| Status | CONFIRMATION ID |
|---|---|
| Submitted | 3275-48-IBVEI-909477358 |

Submission Email Address

[redacted]

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as your Confirmation ID.

**NOTATION TO PROOF OF CLAIM**

This is being submitted as a duplicate to the Electronic Proof of Claim - 3275-48-JPRNC-619689779 in the other bankruptcy BlockFi Inc. (Case No. 22-19361) because I was uncertain which bankruptcy case it should be under.



**Important Update**
Please note, balances displayed on the user interface may not properly reflect underlying balances at the time of the platform pause. Additional information can be found on our blog here.

Dashboard / Interest Account

# Interest Account

Overview

## Updates to your BlockFi Interest Account

×

BlockFi

assets are transferred out of your Interest Account they cannot be transferred back.

Learn more

## Overview

Balance

**$20,476.68**

Transfer

**Interest**

| Total Interest Paid | Accrued Interest | Your interest will be paid in: |
|---|---|---|
| $2,217.31 | $0.00 | Same as asset(s) held |
| | | Edit interest preferences |

## Your Assets

| Asset | Balance/Qty |
|---|---|
| Ethereum ETH | $12,791.74  7.10687858 ETH |
| Litecoin LTC | $4,755.09  51.74769109 LTC |
| Bitcoin BTC | $2,929.84  0.10314418 BTC |

## Recurring Trades

Set up Recurring Buy

| Recurring Trade | Buy Amt Frequency |
|---|---|

You have not set up any recurring trades.

## Transactions

Your transaction history has moved. Visit the Dashboard to view Interest Account transactions.

Go to Dashboard