Andrew P. Marks, Esq.
Dorf & Nelson LLP
555 Theodore Fremd Avenue
Rye, NY 10580
Tel.: (914) 381-7600
Fax: (914) 381-7608
Email: amarks@dorflaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------x

In Re:

BlockFi Inc.

                    Debtor.
-------------------------------------------------------------------x

Case No. 22-19361-MBK

Chapter 11

**STATE OF NEW YORK**

**COUNTY OF WESTCHESTER**  ss.:

      Andrew P. Marks, Esq., an attorney admitted to the practice of law before the various Courts of the State of New York, hereby affirms, pursuant to the F.R.C.P., under penalty of perjury, the following to be true:

      I hereby certify that on October 3 2023, the following documents were filed electronically with the Clerk of Court using CM/ECF system:

> **Matthew Gordon's Response to the Debtors' Amended Eleventh Omnibus Objection to Certain Claims with exhibits 1 – 4.**

Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

DATED:     Rye, New York
                October 3, 2023

                                                                                          _____
                                                                                                                     Andrew P. Marks