UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Gorski & Knowlton PC
By: Allen I. Gorski, Esquire
311 Whitehorse Ave, Suite A
Hamilton, New Jersey 08610
(609) 964-4000
(609) 528-0721 - facsimile
agorski@gorskiknowlton.com
Attorneys for Creditor, Estate of Herman Katzenell

| In Re: | Chapter 11 |
|---|---|
| BlockFi Inc. | Case No.: 22-19361-MBK |
| Debtor(s) | Judge: Michael B. Kaplan |

**OBJECTION OF KATZENELL TO DEBTORS' ELEVENTH OMNIBUS OBJECTION
DATED SEPTEMBER 4, 2023**

Our firm was retained by the Estate of Herman Katzenell today. I am filing a Notice of Appearance on behalf of our firm and this objection to the Eleventh Omnibus claims motion. The Debtor seeks to reduce the creditors claim #15880 in the amount of $255,000.00 to a claim in the amount of $24.42. As our firm has been retained within the last two hours, I will provide additional documentation in support of the objection when it is received. I am optimistic that once documents are exchanged, the claims motion with respect to my client will be resolved.

/s/ Allen I. Gorski
_____
ALLEN I. GORSKI
Gorski & Knowlton PC
Attorneys for Creditor,
Estate of Herman Katzenell