UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

John W. Weiss
Joseph C. Barsalona II
**PASHMAN STEIN WALDER HAYDEN, P.C.**
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
Telephone: (732) 852-2481
Facsimile: (732) 852-2482
Email: jweiss@pashmanstein.com
          jbarsalona@pashmanstein.com

|  |  |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al*.,[1] | Case No. 22-19361 (MBK) |
| Debtors. | (Jointly Administered) |
|  | Judge: Honorable Michael B. Kaplan |

## AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Bankr. P. 2002(g), 9007 and 9010, the undersigned appears for and on behalf of Russell Crumpler and Christopher Farmer, in their capacities as the duly authorized joint liquidators (collectively, the "**Joint Liquidators**") appointed in the British Virgin Islands ("**BVI**") liquidation of Three Arrows Capital, Ltd. (in liquidation) ("**3AC**") and foreign representatives of 3AC, as recognized pursuant to chapter 15 of the Bankruptcy Code in the case captioned *In re Three Arrows Capital, Ltd.*, Case No. 22-10920 (MG) (Bankr. S.D.N.Y. 2022), each a party in interest in the above-captioned chapter 11 case, and requests that all notices given or required to be given in this case and all papers served or required

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

to be served in this case, be given to and served upon the following, and the following be added to any special or limited service lists used in this case:

>John W. Weiss
>Joseph C. Barsalona II
>PASHMAN STEIN WALDER HAYDEN, P.C.
>101 Crawfords Corner Road, Suite 4202
>Holmdel, NJ 07733
>Telephone: (732) 852-2481
>Facsimile: (732) 852-2482
>Email: jweiss@pashmanstein.com
>           jbarsalona@pashmanstein.com
>
>Adam J. Goldberg
>Christopher Harris
>Marissa Alter-Nelson
>Brett M. Neve
>Nacif Taousse
>LATHAM & WATKINS LLP
>1271 Avenue of the Americas
>New York, NY 10020
>Telephone: (212) 906-1200
>Facsimile: (212) 751-4864
>Email:    adam.goldberg@lw.com
>              christopher.harris@lw.com
>              marissa.alter-nelson@lw.com
>              brett.neve@lw.com
>              nacif.taousse@lw.com
>
>               -and-
>
>Nima H. Mohebbi
>Tiffany M. Ikeda
>LATHAM & WATKINS LLP
>355 South Grand Avenue, Suite 100
>Los Angeles, CA 90071
>Telephone: (213) 485-1234
>Facsimile: (213) 891-8763
>Email:    nima.mohebbi@lw.com
>              tiffany.ikeda@lw.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the Joint Liquidators' rights (1) to have final orders in non-core matters entered only after de novo review by a District Judge,

(2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to assert any other rights, claims, actions, setoffs, or recoupment to which the Joint Liquidators' are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupment it expressly reserves. Further, this Notice of Appearance and Request for Service of Papers constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge jurisdiction of any court including, without limitation, the United States Bankruptcy Court for the District of New Jersey, all of which rights are reserved without prejudice.

This Notice of Appearance and Request for Service of Papers does not give express or implied consent by Pashman Stein Walder Hayden, P.C. or Latham & Watkins LLP to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

Dated: October 3, 2023

*/s/ John W. Weiss*
John W. Weiss
**PASHMAN STEIN WALDER HAYDEN, P.C.**
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
Telephone: (732) 852-2481
Facsimile: (732) 852-2482
Email:   jweiss@pashmanstein.com
             jbarsalona@pashmanstein.com

*Counsel to the Foreign Representatives*
*of Three Arrows Capital, Ltd. (in liquidation)*