## **CERTIFICATE OF SERVICE**

I, John W. Weiss hereby certify that on October 3, 2023, I caused a copy of the foregoing *AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS* to be served on all parties who are scheduled to receive notice through the Court's ECF system and the attached Service List via first class mail and email, if available.

*/s/ John W. Weiss*
John W. Weiss
**PASHMAN STEIN WALDER HAYDEN, P.C.**
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
Telephone: (732) 852-2481
Facsimile: (732) 852-2482
Email:   jweiss@pashmanstein.com
            jbarsalona@pashmanstein.com

*Counsel to the Foreign Representatives*
*of Three Arrows Capital, Ltd. (in liquidation)*