## **CERTIFICATE OF SERVICE**

I, John W. Weiss hereby certify that on October 3, 2023, I caused a copy of the foregoing *RESPONSE TO DEBTORS' MOTION TO QUASH THREE ARROWS DEPOSITION NOTICES AND REQUEST FOR PROTECTIVE ORDER* to be served on all parties who are scheduled to receive notice through the Court's ECF system and the attached Service List via first class mail and email, if available.

          **PASHMAN STEIN WALDER HAYDEN, P.C.**

          */s/ John W. Weiss*
          John W. Weiss(
          Joseph C. Barsalona II
          101 Crawfords Corner Road, Suite 4202
          Holmdel, NJ 07733
          Telephone: (732) 852-2481
          Facsimile: (732) 852-2482
          Email:  jweiss@pashmanstein.com
                      jbarsalona@pashmanstein.com

          *Counsel to the Joint Liquidators*
          *of Three Arrows Capital, Ltd. (in liquidation)*