Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−19361−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   BlockFi Inc.
   100 Horizon Center Blvd.
   1st and 2nd Floors
   Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:
   82−2390015

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/6/23 at 10:00 AM

to consider and act upon the following:

*1437* − Document re: Notice of Debtors' Tenth Omnibus Objection to Certain Claims (books and records, amendments, duplicates, incorrect/improper classification, insufficient documentation, not liable, late filed) (related document:609 Order (Generic)) filed by Michael D. Sirota on behalf of BlockFi Inc.. (Sirota, Michael)

Dated: 10/4/23

                                                                             Jeanne Naughton
                                                                             Clerk, U.S. Bankruptcy Court