| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>Facsimile: (201) 489-1536<br>Email: msirota@coleschotz.com<br>          wusatine@coleschotz.com<br>*Attorneys for Debtors*<br>*and Debtors in Possession* | |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>                Debtors.[1] | Case No.:       22-19361<br><br>Judge:           Hon. Michael B. Kaplan<br><br>Chapter:         11<br><br>Hearing Date:   October 10, 2023 |

## ADJOURNMENT REQUEST

1.   I, <u>Michael D. Sirota, Esq.</u>

    ☒   am the attorney for: <u>the Debtors/Debtors-in-Possession and Plaintiff        </u>,

    ☐   am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    1. **Main Case** - BlockFi International Ltd.'s Motion for Entry of an Order (I) Enforcing the Automatic Stay, (II) Holding Vrai Nom in Contempt and Imposing Sanctions for Willful Violations of the Automatic Stay and (III) Granting Related Relief [Docket No. 1330] (the "<u>Motion to Enforce the Stay</u>");

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

65365/0001-46229900

    a. Letter Brief in Opposition to the Motion to Enforce the Stay [Docket No. 1495].

**Current hearing date and time**: October 10, 2023, at 11:00 a.m.

**New date requested**: October 19, 2023, at 1:00 p.m.

**Reason for adjournment request**: The Debtors and Defendant request an adjournment while they continue to explore a potential resolution of these matters. In accordance with D.N.J. LBR 9013-2(a)(3), the Defendant has also agreed to allow the Debtors until October 13, 2023 to file a reply, if necessary.

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: October 4, 2023    /s/ Michael D. Sirota
                                            Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 10/19/2023 at 1:00 p.m.    ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**