| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| BROWN RUDNICK LLP <br> Robert J. Stark, Esq. <br> Kenneth J. Aulet, Esq. <br> Jeffrey L. Jonas, Esq. <br> Michael S. Winograd, Esq. <br> Seven Times Square <br> New York, NY 10036 <br> Telephone: (212) 209-4800 <br> Fax: (212) 209-4801 <br> Email: rstark@brownrudnick.com <br>     kaulet@brownrudnick.com <br>     jjonas@brownrudnick.com <br>     mwinograd@brownrudnick.com <br><br> *Counsel for the Official Committee of Unsecured Creditors* <br><br>   -and- <br><br> GENOVA BURNS LLC. <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> Gregory S. Kinoian, Esq. <br> 110 Allen Rd., Suite 304 <br> Basking Ridge, NJ 07920 <br> Telephone: (973) 230-2095 <br> Fax: (973) 533-1112 <br> Email: DStolz@genovaburns.com <br>     DClarke@genovaburns.com <br>     GKinoian@genovaburns.com <br> *Local Counsel for the Official Committee of Unsecured Creditors* | BROWN RUDNICK LLP <br> One Financial Center <br> Boston, MA 02111 <br> Tristan Axelrod, Esq. <br><br> Telephone: (617) 856-8200 <br> Fax: (617) 856-8201 <br> Email: taxelrod@brownrudnick.com |
| In re: <br><br> BLOCKFI INC., *et al.,* <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 22-19361 (MBK) <br><br> Jointly Administered |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

# JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' OBJECTION TO MOTION OF THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD. FOR ENTRY OF AN ORDER (I) MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(d)(1) AND BANKRUPTCY RULE 4001 AND (II) GRANTING RELATED RELIEF

The Official Committee of Unsecured Creditors (the "**Committee**") appointed in the Chapter 11 cases of BlockFi, Inc. and its affiliated debtors (collectively, the "**Debtors**"), by and through its counsel, hereby supports and joins in the *Debtor's Objection to Motion of the Joint Liquidators of Three Arrows Capital, Ltd. For Entry of an Order (I) Modifying the Automatic Stay Pursuant to 11. U.S.C. 362(d)(1) and Bankruptcy Rule 4001 and (II) Granting Related Relief* [Dkt. 1654].

Dated: October 5, 2023

**BROWN RUDNICK LLP**

By: */s/ Kenneth J. Aulet*
    Robert J. Stark, Esq.
    Kenneth J. Aulet, Esq.
    Jeffrey L. Jonas, Esq.
    Michael S. Winograd, Esq.

Seven Times Square
New York, NY 10036
Tel:    (212) 209-4800
Fax:    (212) 209-4801
Email: rstark@brownrudnick.com
        kaulet@brownrudnick.com
        jjonas@brownrudnick.com
        mwinograd@brownrudnick.com

Tristan G. Axelrod, Esq.
One Financial Center
Boston, MA 02111
Tel:    (617) 856-8200
Fax:    (617) 856-8201
Email: taxelrod@brownrudnick.com

- 3 -

*Counsel for the Official Committee of Unsecured Creditors*

**GENOVA BURNS LLC**

By: */s/ Daniel M. Stolz*
    Daniel M. Stolz, Esq.
    Donald W. Clarke, Esq.
    Gregory S. Kinoian, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Tel:   (973) 230-2095
Fax:   (973) 533-1112
Email: DStolz@genovaburns.com
        DClarke@genovaburns.com
        GKinoian@genovaburns.com

*Local Counsel for the Official Committee of Unsecured Creditors*

65157446 v1-WorkSiteUS-039246/0001