# EXHIBIT A

# Declaration of John Lymn

Steven R. Wirth, Esq.
New Jersey Bar No. 040681998
E-Mail: steven.wirth@akerman.com
AKERMAN LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Tel.: (813) 223-7333
Fax: (813) 223-2837

Joanne Gelfand, Esq.
*Admitted Pro Hac Vice*
E-Mail: joanne.gelfand@akerman.com
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL  33131
Direct: (305) 982-5694
Tel.: (305) 374-5600
Fax: (305) 374-5095

*Counsel for John Lymn, Creditor*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| BLOCKFI INC., et al.,[1] ) | Case No. 22-19361 (MBK) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**DECLARATION OF JOHN LYMN IN SUPPORT OF RESPONSE TO DEBTORS'
ELEVENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS**

I, John Lymn, make this declaration pursuant to 28 U.S.C. § 1746 and state as follows:

1. I am over the age of 18 and *sui juris*.

2. I am a collateral loan creditor in the Blockfi, Inc. chapter 11 case.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products, LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

3. I timely cast my ballot accepting the plan and not opting out of the third party release.

4. At the time I voted to accept the Plan I relied on the Debtors' release of the objection to my proof of claim (the "Debtors' Release").

5. I did not want to release third parties and but for the Debtors' Release, I would have opted out of the third party release in the Plan enabling me to pursue third parties.

6. I relied on the Debtors' Release when opting out of the third party release.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 5, 2023                  /s/ John Lymn_____
                                        John Lymn