Steven R. Wirth, Esq.
New Jersey Bar No. 040681998
E-Mail:  steven.wirth@akerman.com
AKERMAN LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Tel.: (813) 223-7333
Fax: (813) 223-2837

Joanne Gelfand, Esq.
*Admitted Pro Hac Vice*
E-Mail:  joanne.gelfand@akerman.com
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL  33131
Direct: (305) 982-5694
Tel.: (305) 374-5600
Fax: (305) 374-5095

*Counsel for John Lymn, Creditor*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| BLOCKFI INC., et al.,[1] | ) | Case No. 22-19361 (MBK) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION OF SERVICE**

I, Steven R. Wirth, Esq., hereby certify as follows:

1.     I am an attorney and partner with the law firm of Akerman LLP which represents John Lymn, a creditor in the above-captioned jointly administered proceedings.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products, LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

73028342;1

2.  On October 5, 2023, I caused the following document to be electronically filed with the Clerk of the Court and served in this matter via the District of New Jersey's notice of electronic filing system via CM/ECF on those parties registered to receive electronic notices of filing in this case:

> John Lymn's Response to Debtors' Amended Eleventh Omnibus Objection to Certain Claims

3.  On October 5, 2023, the document identified above was also served via email on the "Notice Parties" identified in the Debtors' Amended Eleventh Omnibus Objection to Certain Claims [Docket No. 1450] as listed on the Service List.

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Dated: October 5, 2023         Respectfully submitted,

By: /s/ Steven R. Wirth
Steven R. Wirth, Esq.
New Jersey Bar No. 040681998
E-Mail: steven.wirth@akerman.com
AKERMAN LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Tel.: (813) 223-7333
Fax: (813) 223-2837

Joanne Gelfand, Esq.
*Admitted Pro Hac Vice*
E-Mail: joanne.gelfand@akerman.com
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL  33131
Direct: (305) 982-5694
Tel.: (305) 374-5600
Fax: (305) 374-5095

*Counsel for John Lymn, Creditor*

**SERVICE LIST**

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Haynes and Boone, LLP<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY  10112<br><br>Attention:<br>Richard S. Kanowitz<br>richard.kanowitz@haynesboone.com<br>Jordan E. Chavez<br>jordan.chavez@haynesboone.com<br>Lauren Sisson<br>lauren.sisson@haynesboone.com | Debtors' Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cole Schotz, P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ  07601<br><br>Attention:<br>Michael D. Sirota<br>msirota@coleschotz.com<br>Felice Yudkin<br>fyudkin@coleschotz.com | Debtors' Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other:  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY  10022<br><br>Attention:<br>Joshua A. Sussberg<br>jsussberg@kirkland.com<br>Christine A. Okike<br>christine.okike@kirkland.com | Debtors' Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

73028342;1

**SERVICE LIST**

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brown Rudnick LLP<br>Seven Times Square<br>New York, NY  10036<br><br>Attention:<br>Robert J. Stark<br>rstark@brownrudnick.com<br>Kenneth Aulet<br>kaulet@brownrudnick.com | Committee Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other:  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Genova Burns LLC<br>110 Allen Road<br>Suite 304<br>Basking Ridge, NJ  07920<br><br>Attention:<br>Daniel M. Stolz<br>dstolz@genovaburns.com<br>Donald W. Clarke<br>dclarke@genovaburns.com | Committee Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee for the District of New Jersey<br>One Newark Center<br>Suite 2100<br>Newark, NJ  07102<br><br>Attention:<br>Jeffrey Sponder<br>jeffrey.m.sponder@usdoj.gov<br>Lauren Bielskie<br>lauren.bielskie@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

73028342;1