| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |  |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq. (NJ Bar No. 014321986)<br>Warren A. Usatine, Esq. (NJ Bar No. 025881995)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Christine A. Okike, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br>jsussberg@kirkland.com<br>christine.okike@kirkland.com<br><br>**HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Matthew T. Ferris, Esq. (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>matt.ferris@haynesboone.com<br><br>*Attorneys for Debtors and Debtors in Possession* | **Order Filed on October 3, 2023**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>    Debtors.[1] | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered) |

**ORDER SHORTENING TIME FOR NOTICE OF DEBTORS'
MOTIONS FOR ENTRY OF ORDERS (I) APPROVING THE
DEBTORS' SETTLEMENT AGREEMENT WITH DIGISTAR
NORWAY AS, NESSIM-SARIEL GAON, AND FIORENZO
MANGANIELLO AND (II) AUTHORIZING THE DEBTORS TO
FILE UNDER SEAL EXHIBIT A TO THE SETTLEMENT AGREEMENT**

**DATED: October 3, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page | 2)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al.* |
| Case No.: | 22-19361(MBK) |
| Caption of Order: | ORDER SHORTENING TIME PERIOD FOR NOTICE OF DEBTORS' MOTIONS FOR ENTRY OF ORDERS (I) APPROVING THE DEBTORS' SETTLEMENT AGREEMENT WITH DIGISTAR NORWAY AS, NESSIM-SARIEL GAON, AND FIORENZO MANGANIELLO AND (II) AUTHORIZING THE DEBTORS TO FILE UNDER SEAL EXHIBIT A TO THE SETTLEMENT AGREEMENT |

The relief set forth on the following pages numbered three (3) through four (4) is **ORDERED**.

(Page | 3)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al.* |
| Case No.: | 22-19361(MBK) |
| Caption of Order: | ORDER SHORTENING TIME PERIOD FOR NOTICE OF DEBTORS' MOTIONS FOR ENTRY OF ORDERS (I) APPROVING THE DEBTORS' SETTLEMENT AGREEMENT WITH DIGISTAR NORWAY AS, NESSIM-SARIEL GAON, AND FIORENZO MANGANIELLO AND (II) AUTHORIZING THE DEBTORS TO FILE UNDER SEAL EXHIBIT A TO THE SETTLEMENT AGREEMENT |

Upon review of the *Application for Order Shortening Time for Notice of Debtors' Motions for Entry of Orders (I) Approving the Debtors' Settlement Agreement with Digistar Norway AS, Nessim-Sariel Gaon, and Fiorenzo Manganiello and (II) Authorizing the Debtors to File Under Seal Exhibit A to the Settlement Agreement* (the "Application")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") requesting that the time period for the Motion to Quash be shortened pursuant to FED. R. BANKR. P. 9006(c)(1) and a hearing scheduled on October 10, 2023,

**IT IS HEREBY ORDERED THAT:**

1. A hearing will be conducted on the Assignment Motion and the Sealing Motion on _Tuesday_, October _10_, 2023 at _11:00am_ prevailing Eastern Time before the Honorable Chief Judge Michael B. Kaplan, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

2. The Debtors must serve a copy of this Order, and all related documents, to all parties in interest by either overnight mail or email, as applicable.

3. Service must be made on the same day as the date of this Order.

4. Notice by telephone is not required.

5. Any objections to the Assignment Motion must be filed by ___^___ (Day of hearing), October __, 2023 at _____ prevailing Eastern Time.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

(Page | 4)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al.* |
| Case No.: | 22-19361(MBK) |
| Caption of Order: | ORDER SHORTENING TIME PERIOD FOR NOTICE OF DEBTORS' MOTIONS FOR ENTRY OF ORDERS (I) APPROVING THE DEBTORS' SETTLEMENT AGREEMENT WITH DIGISTAR NORWAY AS, NESSIM-SARIEL GAON, AND FIORENZO MANGANIELLO AND (II) AUTHORIZING THE DEBTORS TO FILE UNDER SEAL EXHIBIT A TO THE SETTLEMENT AGREEMENT |

6. Parties may request to appear by phone by contacting Chambers prior to the return date.

Case 22-19361-MBK    Doc 1669    Filed 10/05/23    Entered 10/06/23 01:29:35    Desc
Imaged Certificate of Notice    Page 4 of 5
(Page | 4)
Debtors: BLOCKFI INC., *et al.*
Case No.: 22-19361(MBK)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19361-MBK |
| BlockFi Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 03, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + BlockFi Inc., 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691-1910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2023      Signature:      /s/Gustava Winters