<mark>Case 22-19361-MBK    Doc 1673    Filed 10/06/23    Entered 10/06/23 08:04:22    Desc Main Document    Page 1 of 3</mark>

| | |
|---|---|
| **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq. (NJ Bar No. 014321986)<br>Warren A. Usatine, Esq. (NJ Bar No. 025881995)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Jordan E. Chavez (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>jordan.chavez@haynesboone.com |
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Christine A. Okike, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br>jsussberg@kirkland.com<br>christine.okike@kirkland.com | *Attorneys for Debtors and Debtors in Possession* |

*Attorneys for Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>            Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

### APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING THE SETTLEMENT AND RELEASE OF CLAIMS BY AND AMONG BLOCKFI INC. AND DESERVE, INC. AND (II) GRANTING RELATED RELIEF

TO:    THE HONORABLE CHIEF JUDGE MICHAEL B. KAPLAN
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

      BlockFi Inc. and its debtor affiliates (collectively, "<u>BlockFi</u>" or the "<u>Debtors</u>"), as debtors

and debtors-in-possession in the above-referenced Chapter 11 cases (the "<u>Chapter 11 Cases</u>"), by

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

1

and through their undersigned counsel hereby file this application (the "Application") and request that the time period to notice a hearing on the *Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Settlement and Release of Claims By and Among BlockFi Inc. and Deserve, Inc. and (II) Granting Related Relief* (the "Deserve Settlement Motion")[2] as required by FED. R. BANKR. P. 2002 be shortened pursuant to FED. R. BANKR. P. 9006(c)(1), for the reason(s) set forth below:

1. Contemporaneously herewith, the Debtors filed the Deserve Settlement Motion. The Deserve Settlement Motion seeks entry of an Order approving BlockFi Inc.'s entry into the Deserve Settlement.

2. The Debtors respectfully request that the Court enter the proposed order (the "Order") attached hereto as **Exhibit A**, scheduling a hearing on the Deserve Settlement Motion for the Court's next omnibus setting in these Chapter 11 Cases on October 10, 2023, at 11:00 a.m. ET. The Debtors request shortened notice to expedite the process for the initial distribution of $4,107,349.99 in settlement funds to the estate.

3. A shortened notice period will not prejudice any parties and is not prohibited under FED. R. BANKR. P. 9006(c)(1). Both Deserve and the Committee are supportive of the Deserve Settlement Motion and this Application for shortened notice. Given that (i) the Deserve Settlement seeks resolution of a two-party dispute between Deserve and BlockFi and (ii) Court approval of the Deserve Settlement will result in an increase in accessible funds to the estate, the Debtors do not anticipate the Deserve Settlement Motion will be contested.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Deserve Settlement Motion.

**WHEREFORE**, the Debtors respectfully request entry of the Order shortening the notice period for the Deserve Settlement Motion, and for such other and further relief as the Court may deem just and appropriate.

Respectfully Submitted,

Dated: October 5, 2023            /s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Jordan E. Chavez (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
jordan.chavez@haynesboone.com

*Attorneys for Debtors and Debtors in Possession*