## **CERTIFICATE OF SERVICE**

I, John W. Weiss hereby certify that on October 6, 2023, I caused a copy of the foregoing *REPLY IN SUPPORT OF THE MOTION OF THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD. FOR ENTRY OF AN ORDER (I) MODIFYING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) AND BANKRUPTCY RULE 4001 AND (II) GRANTING RELATED RELIEF* to be served on all parties who are scheduled to receive notice through the Court's ECF system and the attached Service List via first class mail and email, if available.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ John W. Weiss*
John W. Weiss(
Joseph C. Barsalona II
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
Telephone: (732) 852-2481
Facsimile: (732) 852-2482
Email:  jweiss@pashmanstein.com
           jbarsalona@pashmanstein.com

*Counsel to the Joint Liquidators
of Three Arrows Capital, Ltd. (in liquidation)*