UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOODWIN PROCTER LLP
Meredith L. Mitnick (NJ Bar No. 337002020)
620 Eighth Avenue
New York, New York 10018
(917) 229-7571
(917) 591-0615 Fax
mmitnick@goodwinlaw.com
Counsel to Deserve, Inc.

In Re:

BLOCKFI INC., et al.

Debtors

Case No.:  22-19361 (MBK)

Chapter:  11

Judge:  Kaplan

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____Deserve, Inc._____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Goodwin Procter LLP
620 Eighth Avenue
New York, New York 10018
mmitnick@goodwinlaw.com

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: 10/06/2023

/s/ Meredith L. Mitnick
Signature

*new.8/1/15*