UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)

**Caption in Compliance with D.N.J. LBR 90004-1(b)**

John W. Weiss
Joseph C. Barsalona II
**PASHMAN STEIN WALDER HAYDEN, P.C.**
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
Telephone: (732) 852-2481
Facsimile: (732) 852-2482
Email: jweiss@pashmanstein.com
　　　　jbarsalona@pashmanstein.com

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*[1] | Case No. 22-19361 (MBK) |
| Debtors. | (Jointly Administered) |
| | Judge: Honorable Michael B. Kaplan |

### APPLICATION FOR ADMISSION PRO HAC VICE FOR WARREN E. GLUCK

I, John W. Weiss, am a partner with the law firm Pashman Stein Walder Hayden, P.C. and am a member in good standing of the bar of this Court. Pursuant to Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of Bankruptcy Procedure for the District Court of New Jersey (the "Local Bankruptcy Rules"), I move for the *pro hac vice* admission of Warren E. Gluck to practice in this Court for the purpose of representing Russell Crumpler and Christopher Farmer, in their joint capacities as the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

duly authorized joint liquidators (collectively, the "Joint Liquidators") appointed in the British Virgin Islands ("BVI") liquidation of Three Arrows Capital, Ltd. (in liquidation) ("3AC") as interested parties, in the above-captioned cases. In support of this Application, the undersigned respectfully represents to the Court as follows:

1. Mr. Gluck is a partner of the law firm of Holland & Knight LLP, with his office located at 31 West 52nd Street, 12th Floor, New York, NY 10019. Mr. Gluck's telephone number is (212) 513-3396, and his facsimile number is (212) 385-9010. Mr. Gluck's email address is warren.gluck@hklaw.com.

2. As stated in the Certification of Warren E. Gluck, which is attached hereto as Exhibit A and incorporated herein by reference, Mr. Gluck has been a member in good standing of the Bar of the State of New York since 2009 and is admitted to practice in the United States District Court for the Southern District of New York. Further, as set forth in his Certification, Mr. Gluck is experienced in bankruptcy matters and is familiar with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules.

3. With reference to all matters incident to this case, Mr. Gluck submits to the disciplinary jurisdiction and the civil jurisdiction of, and agrees to be subject to the orders of, the United States Bankruptcy Court for the District of New Jersey for any alleged misconduct that occurs in the course of this chapter 11 case.

WHEREFORE, the movant respectfully requests that the Court enter an Order, substantially in the form attached hereto as Exhibit B, admitting Warren E. Gluck to appear before the Court *pro hac vice* in this case.

Dated: October 6, 2023

/s/ **John W. Weiss**
John W. Weiss
Joseph C. Barcelona II
PASHMAN STEIN WALDER HAYDEN, P.C.
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
Telephone: (732) 852-2481
Facsimile: (732) 852-2482
Email: jweiss@pashmanstein.com
jbarsalona@pashmanstein.com

*Counsel to the Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation)*