# **EXHIBIT A**

Certification of Warren E. Gluck

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)

**Caption in Compliance with D.N.J. LBR 90004-1(b)**

John W. Weiss
Joseph C. Barsalona II
**PASHMAN STEIN WALDER HAYDEN, P.C.**
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
Telephone: (732) 852-2481
Facsimile: (732) 852-2482
Email:  jweiss@pashmanstein.com
               jbarsalona@pashmanstein.com

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*[1] | Case No. 22-19361 (MBK) |
| Debtors. | (Jointly Administered) |
| | Judge: Honorable Michael B. Kaplan |

## CERTIFICATION OF WARREN E. GLUCK
## IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Warren E. Gluck, in support of the *Application for Admission* Pro Hac Vice *for Warren E. Gluck* (the "Application"),[2] certifies as follows:

1.  My name is Warren E. Gluck, and I am a partner of the law firm Holland & Knight LLP, with my office located at 31 West 52nd Street, 12th Floor, New York, NY 10019. My telephone number is (212) 513-3396, and my facsimile number is (212) 385-9010. My email address is warren.gluck@hklaw.com.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

2. I have read the Application and understand the contents thereof. The matters and statement alleged therein are true and correct to the best of my knowledge, information and belief.

3. I have been a member in good standing of the Bar of the State of New York since 2009 and am admitted to practice in the United States District Court for the Southern District of New York.

4. I have never been disbarred or suspended in any court in which I am admitted to practice.

5. I have not been the subject of disciplinary action by the bar or courts of any state.

6. I am experienced in bankruptcy matters and am familiar with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such rules.

7. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the court of these chapter 11 cases.

8. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

9. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: October 6, 2023                             /s/ *Warren E. Gluck*
                                                                  Warren E. Gluck