# EXHIBIT B

**PROPOSED SCHEDULING ORDER (CLAIM OBJECTION; NO ESTIMATION)**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY (TRENTON)**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| John W. Weiss<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>101 Crawfords Corner Road, Suite 4202<br>Holmdel, NJ 07733<br>Telephone: (732) 852-2481<br>Facsimile: (732) 852-2482<br>Email:  jweiss@pashmanstein.com<br><br>*Counsel to the Joint Liquidators*<br>*of Three Arrows Capital, Ltd. (in liquidation)* | Adam J. Goldberg (admitted *pro hac vice*)<br>Christopher Harris (admitted *pro hac vice*)<br>Marissa Alter-Nelson (*pro hac vice* pending)<br>Brett M. Neve (admitted *pro hac vice*)<br>Nacif Taousse (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: adam.goldberg@lw.com<br>         christopher.harris@lw.com<br>         marissa.alter-nelson@lw.com<br>         brett.neve@lw.com<br>         nacif.taousse@lw.com<br><br>-and-<br><br>Nima H. Mohebbi (admitted *pro hac vice*)<br>Tiffany M. Ikeda (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email: nima.mohebbi@lw.com<br>         tiffany.ikeda@lw.com |
| In Re:<br><br>BLOCKFI INC., *et al*.,[1]<br><br>                    Debtors. | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered)<br>**Hearing Date and Time:**<br>**October 10, 2023 at 11:00 a.m. (ET)** |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1

(Page 2)
Debtors:            BLOCKFI INC., *et al.*
Case No.            22-19361 (MBK)
Caption of Order:   SCHEDULING ORDER ON 3AC MATTERS

# SCHEDULING ORDER ON 3AC MATTERS

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

### Process for Each Proceeding

Each party will have 30 minutes for opening and closing at each hearing.

Parties will have the option of submitting witnesses' direct testimony by declaration.[2] Witnesses will be available for cross-examination at the hearing.

### Discovery Available

Parties to discuss appropriate limitations on document requests, interrogatories, and requests for admission after the Debtors file the objection to the amended 3AC proofs of claim.

### Demonstratives

Any contemplated demonstratives to be exchanged no later than 24 hours prior to the day they will be used at the hearing.

### Schedule

| Date and Time | Event |
| --- | --- |
| October 13, 2023, at 5:00 p.m. (prevailing Eastern Time) | Debtors to file objection to amended 3AC proofs of claim |
| October 23, 2023 | Last day to serve additional document requests and Interrogatories |
| November 6, 2023 | Last day to answer interrogatory responses |
| November 20, 2023 | Last day to produce documents |
| November 27, 2023 | Parties to designate experts; preliminary witness lists to be exchanged |
| December 4, 2023, at 5:00 p.m. (prevailing Eastern Time) | Parties must designate any rebuttal experts; Parties to exchange all expert reports |
| December 15, 2023 | Last day to depose fact witnesses |
| December 22, 2023 | Last day to depose expert witnesses |

---

[2] For the avoidance of doubt, direct testimony will be available for any witness not within a party's control.

(Page 3)
Debtors:           BLOCKFI INC., *et al.*
Case No.           22-19361 (MBK)
Caption of Order:  SCHEDULING ORDER ON 3AC MATTERS

| | |
|---|---|
| January 5, 2023, at 5:00 p.m. (prevailing Eastern Time) | 3AC's Response Due |
| January 12, 2023, at 5:00 p.m. (prevailing eastern time) | Debtors' Reply brief due |
| January 22, 2024, at 5:00 p.m. (prevailing eastern time) | Parties must exchange witness and exhibit lists; Parties must file a declaration from each witness it plans to use at the hearing |
| Week of February 5, 2024 | Hearing on Debtors' Objection to 3AC's proofs of claim |