## **EXHIBIT C**

**PROPOSED SCHEDULING ORDER (ESTIMATION AND CLAIM OBJECTION)**

(Page 1)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al.* |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | SCHEDULING ORDER ON 3AC MATTERS |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY (TRENTON)** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| John W. Weiss <br> **PASHMAN STEIN WALDER HAYDEN, P.C.** <br> 101 Crawfords Corner Road, Suite 4202 <br> Holmdel, NJ 07733 <br> Telephone: (732) 852-2481 <br> Facsimile: (732) 852-2482 <br> Email:  jweiss@pashmanstein.com <br><br> *Counsel to the Joint Liquidators* <br> *of Three Arrows Capital, Ltd. (in liquidation)* | Adam J. Goldberg (admitted *pro hac vice*) <br> Christopher Harris (admitted *pro hac vice*) <br> Marissa Alter-Nelson (*pro hac vice* pending) <br> Brett M. Neve (admitted *pro hac vice*) <br> Nacif Taousse (admitted *pro hac vice*) <br> **LATHAM & WATKINS LLP** <br> 1271 Avenue of the Americas <br> New York, NY 10020 <br> Telephone: (212) 906-1200 <br> Facsimile: (212) 751-4864 <br> Email: adam.goldberg@lw.com <br>          christopher.harris@lw.com <br>          marissa.alter-nelson@lw.com <br>          brett.neve@lw.com <br>          nacif.taousse@lw.com <br><br> -and- <br><br> Nima H. Mohebbi (admitted *pro hac vice*) <br> Tiffany M. Ikeda (admitted *pro hac vice*) <br> **LATHAM & WATKINS LLP** <br> 355 South Grand Avenue, Suite 100 <br> Los Angeles, CA 90071 <br> Telephone: (213) 485-1234 <br> Facsimile: (213) 891-8763 <br> Email: nima.mohebbi@lw.com <br>          tiffany.ikeda@lw.com |
| In Re: <br><br> BLOCKFI INC., *et al.*,[1] <br><br>           Debtors. | Chapter 11 <br> Case No. 22-19361 (MBK) <br> (Jointly Administered) <br> **Hearing Date and Time:** <br> **October 10, 2023 at 11:00 a.m. (ET)** |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1

| (Page 2) | |
|---|---|
| Debtors: | BLOCKFI INC., *et al.* |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | SCHEDULING ORDER ON 3AC MATTERS |

## SCHEDULING ORDER ON 3AC MATTERS

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

### Process for Each Proceeding

Each party will have 30 minutes for opening and closing at each hearing.

Parties will have the option of submitting witnesses' direct testimony by declaration.[2] Witnesses will be available for cross-examination at the hearing.

### Discovery Available

Parties to discuss appropriate limitations on document requests, interrogatories, and requests for admission after the Debtors file the objection to the amended 3AC proofs of claim.

### Demonstratives

Any contemplated demonstratives to be exchanged no later than 24 hours prior to the day they will be used at the hearing.

### Schedule

| Date and Time | Event |
|---|---|
| October 13, 2023, at 5:00 p.m. (prevailing Eastern Time) | Debtors to file objection to amended 3AC proofs of claim together with any additional briefing and declarations in support of whether estimation is appropriate |
| October 13, 2023 | Last day to serve document requests and Interrogatories related to Part 1 |
| October 20, 2023 | Last day to answer interrogatory responses and produce documents related to Part 1 |
| October 27, 2023, at 5:00 p.m. (prevailing Eastern Time) | Parties must designate experts; preliminary witness list to be exchanged |
| November 3, 2023, at 5:00 p.m. (prevailing Eastern Time) | Parties must designate any rebuttal experts; Parties to exchange expert reports for all experts |
| Week of November 6, 2023 | Parties may depose fact and expert witnesses |

---

[2] For the avoidance of doubt, direct testimony will be available for any witness not within a party's control.

(Page 3)
Debtors:           BLOCKFI INC., *et al.*
Case No.           22-19361 (MBK)
Caption of Order:  SCHEDULING ORDER ON 3AC MATTERS

| | |
|---|---|
| November 17, 2023, at 5:00 p.m. (prevailing eastern time) | Simultaneous exchange of pre-hearing briefs |
| November 15, 2023, at 5:00 p.m. (prevailing eastern time) | Parties must exchange witness and exhibit lists; Parties must file a declaration from each witness it plans to use at the hearing |
| Week of November 20, 2023 | Hearing on Part One |
| TBD | Merits Hearing on Claims Objections Only or on a combined Claims Objection/Estimation |