<div style="display:flex">

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and
Debtors in Possession*

</div>

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and
Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON OCTOBER 10, 2023 AT 11:00 A.M. (ET)

**I.      UNCONTESTED MATTERS GOING FORWARD**

1. Debtors' Motion to Quash Subpoena for Rule 2004 Examination [Docket No. 1447]

   Responses Received: N/A

   Related Documents: N/A

   **Status:  This matter is going forward.**

---

[1] The Debtors in these chapter 11 cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

2. Motion of Genova Burns LLC for (I) Authority to Seal the Redacted Portions of the Firm's Monthly Fee Statement for August 2023 Regarding Personal Identifiable Information of Members of the Official Committee of Unsecured Creditors, and (II) Granting Related Relief [Docket No. 1518]

   Responses Received: N/A

   Related Documents: N/A

   **Status:  This matter is going forward.**

3. Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Settlement and Release of Claims By and Among BlockFi Inc. and Deserve, Inc. and (II) Granting Related Relief [Docket No. 1672]

   Responses Received: N/A

   Related Documents:

   - Application for Order Shortening Time for Notice of Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Settlement and Release of Claims By and Among BlockFi Inc. and Deserve, Inc. and (II) Granting Related Relief [Docket No. 1673]

   - Order Shortening Time Period for Notice of Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Settlement and Release of Claims By and Among BlockFi Inc. and Deserve, Inc. and (II) Granting Related Relief [Docket No. 1674]

   **Status:  This matter is going forward.**

4. Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Settlement and Release of Claims By and Among BlockFi Lending LLC and US Farms & Mining Opportunity Fund, LLC and (II) Granting Related Relief [Docket No. 1479]

   Responses Received: N/A

   Related Documents: N/A

   **Status:  This matter is going forward.**

5. Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Terms of the Debtors' Settlement with Digistar Norway AS, Nessim-Sarial Gaon, and Fiorenzo Manganiello; (II) Approving BlockFi Lending's Assignment to G72 Capital of all of BlockFi Lending's Rights, Title and Interest in and to the Digistar Norway Transaction Documents Free and Clear of all Claims, Liens, Rights, Interest and Encumbrances; (III) Authorizing BlockFi Lending to Enter Into the Assignment Agreement; and (IV) Granting Related Relief [Docket No. 1637]

Responses Received: N/A

Related Documents:

- Application for Order Shortening Time for Notice of Debtors' Motions for Entry of Orders (I) Approving the Debtors' Settlement Agreement with Digistar Norway AS, Nessim-Sariel Gaon, and Fiorenzo Manganiello and (II) Authorizing the Debtors to File Under Seal Exhibit A to the Settlement Agreement [Docket No. 1639]

- Order Shortening Time for Notice of Debtors' Motions for Entry of Orders (I) Approving the Debtors' Settlement Agreement with Digistar Norway AS, Nessim-Sariel Gaon, and Fiorenzo Manganiello and (II) Authorizing the Debtors to File Under Seal Exhibit A to the Settlement Agreement [Docket No. 1643]

- Certification of Mark A. Renzi in Support of Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Terms of the Debtors' Settlement with Digistar Norway AS, Nessim-Sarial Gaon, and Fiorenzo Manganiello; (II) Approving BlockFi Lending's Assignment to G72 Capital of all of BlockFi Lending's Rights, Title and Interest in and to the Digistar Norway Transaction Documents Free and Clear of all Claims, Liens, Rights, Interest and Encumbrances; (III) Authorizing BlockFi Lending to Enter Into the Assignment Agreement; and (IV) Granting Related Relief [Docket No. 1680]

**Status: This matter is going forward.**

6. Debtors' Motion to File Under Seal Exhibit A to the Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Terms of the Debtors' Settlement with Digistar Norway AS, Nessim-Sarial Gaon, and Fiorenzo Manganiello; (II) Approving BlockFi Lending's Assignment to G72 Capital of all of BlockFi Lending's Rights, Title and Interest in and to the Digistar Norway Transaction Documents Free and Clear of all Claims, Liens, Rights, Interest and Encumbrances; (III) Authorizing BlockFi Lending to Enter Into the Assignment Agreement; and (IV) Granting Related Relief [Docket No. 1638]

Responses Received: N/A

Related Documents:

- Application for Order Shortening Time for Notice of Debtors' Motions for Entry of Orders (I) Approving the Debtors' Settlement Agreement with Digistar Norway AS, Nessim-Sariel Gaon, and Fiorenzo Manganiello and (II) Authorizing the Debtors to File Under Seal Exhibit A to the Settlement Agreement [Docket No. 1639]

- Order Shortening Time for Notice of Debtors' Motions for Entry of Orders (I) Approving the Debtors' Settlement Agreement with Digistar Norway AS, Nessim-

  Sariel Gaon, and Fiorenzo Manganiello and (II) Authorizing the Debtors to File Under Seal Exhibit A to the Settlement Agreement [Docket No. 1643]

  **Status:  This matter is going forward.**

II.  **3AC MATTERS**

7. Motion of the Joint Liquidators of Three Arrows Capital, Ltd. for Entry of an Order (I) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) and Bankruptcy Rule 4001 and (II) Granting Related Relief [Docket No. 1492]

   Responses Received:

   - Debtors' Objection to Motion of the Joint Liquidators of Three Arrows Capital, Ltd. for Entry of an Order (I) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) and Bankruptcy Rule 4001 and (II) Granting Related Relief [Docket No. 1654]

   - Joinder of Official Committee of Unsecured Creditors to Debtors' Objection to Motion of the Joint Liquidators of Three Arrows Capital, Ltd. for Entry of an Order (I) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) and Bankruptcy Rule 4001 and (II) Granting Related Relief [Docket No. 1662]

   Related Documents:

   - Declaration of Grant Carroll in Support of Motion of the Joint Liquidators of Three Arrows Capital, Ltd. for Entry of an Order (I) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) and Bankruptcy Rule 4001 and (II) Granting Related Relief [Docket No. 1493]

   - Reply in Support of the Motion of the Joint Liquidators of Three Arrows Capital, Ltd. for Entry of an Order (I) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362(d)(1) and Bankruptcy Rule 4001 and (II) Granting Related Relief [Docket No. 1675]

   **Status:  This matter is going forward.**

8. Motion for Authorization to File Stay Relief Motion and Related Declaration Under Seal [Docket No. 1494]

   Responses Received: N/A

   Related Documents: N/A

   **Status:  This matter is going forward.**

9. Motion of the Joint Liquidators of Three Arrows Capital, Ltd. for Coordination Among Courts [Docket No. 1623]

Responses Received:

- The Debtors' Response will be filed on October 9, 2023.

Related Documents:

- Application for Order Shortening Time for Notice of (I) Motion for Coordination Among Courts and (II) Motion for Authorization to File Motion for Coordination Among Courts Under Seal [Docket No. 1624]

- Order Shortening Time for Notice of Motion for Coordination Among Courts [Docket No. 1626]

   **Status:  This matter is going forward.**

10. Motion for Authorization to File Motion for Coordination Among Courts Under Seal [Docket No. 1625]

    Responses Received: N/A

    Related Documents:

    - Application for Order Shortening Time for Notice of (I) Motion for Coordination Among Courts and (II) Motion for Authorization to File Motion for Coordination Among Courts Under Seal [Docket No. 1624]

    - Order Shortening Time for Notice of Motion for Coordination Among Courts [Docket No. 1626]

       **Status:  This matter is going forward.**

11. Debtors' Notice of Proposed Scheduling Order on 3AC Matters [Docket No. 1614]

    - Responses Received: Objection to the BlockFi Debtors' Proposed Scheduling Order on 3AC Matters and Notice of Alternative Scheduling Order Proposed by the Joint Liquidators of Three Arrows Capital, Ltd. [Docket No. 1682]

    - The Debtors' Reply to Objection of the JLs to the Proposed Scheduling Order will be filed on October 9, 2023.

    Related Documents: N/A

    **Status:  This matter is going forward. The Debtors are seeking the Court's input and entry of an order scheduling the Motion to Estimate and Claim Objection.**

5

12. Debtors' Motion to Estimate the Amount of the 3AC Claims Against the Debtors Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code [Docket No. 1346]

    Responses Received:

    - The Joint Liquidators of Three Arrows Capital, Ltd. (In Liquidation)'s (A) Objection to Debtors' Motion to Estimate the Amount of the 3AC Claims Against the Debtors Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code (ECF No. 1346), and (B) Opposition to Debtors' Eighth Omnibus Objection to Claims of Three Arrows Capital, Ltd. (ECF No. 1375) [Docket No. 1484]

    Related Documents:

    - Joinder of the Official Committee of Unsecured Creditors to Debtors' Motion to Estimate the Amount of the 3AC Claims Against the Debtors Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code [Docket No. 1363]

    - Declaration of Brett Neve in Support of The Joint Liquidators of Three Arrows Capital, Ltd. (In Liquidation)'s (A) Objection to Debtors' Motion to Estimate the Amount of the 3AC Claims Against the Debtors Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code (ECF No. 1346), and (B) Opposition to Debtors' Eighth Omnibus Objection to Claims of Three Arrows Capital, Ltd. (ECF No. 1375) [Docket No. 1486]

    **Status: This matter is going forward as a status conference.**

13. Debtors' Eighth Omnibus Objection to Claims of Three Arrows Capital, Ltd. (books and records, unliquidated, duplicates, incorrect/improper classification, insufficient documentation, not liable) [Docket No. 1375]

    Responses Received:

    - The Joint Liquidators of Three Arrows Capital, Ltd. (In Liquidation)'s (A) Objection to Debtors' Motion to Estimate the Amount of the 3AC Claims Against the Debtors Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code (ECF No. 1346), and (B) Opposition to Debtors' Eighth Omnibus Objection to Claims of Three Arrows Capital, Ltd. (ECF No. 1375) [Docket No. 1484]

    Related Documents:

    - Declaration of Brett Neve in Support of The Joint Liquidators of Three Arrows Capital, Ltd. (In Liquidation)'s (A) Objection to Debtors' Motion to Estimate the Amount of the 3AC Claims Against the Debtors Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code (ECF No. 1346), and (B) Opposition to Debtors' Eighth Omnibus Objection to Claims of Three Arrows Capital, Ltd. (ECF No. 1375) [Docket No. 1486]

    **Status: This matter is going forward as a status conference.**

14. Debtors' Motion to Quash Three Arrows Deposition Notices and Request for Protective Order [Docket No. 1490]

    Responses Received:

    - Response to Debtors' Motion to Quash Three Arrows Deposition Notices and Request for Protective Order [Docket No. 1653]

    Related Documents:

    - Application for Order Shortening Time for Notice of Debtors' Motion to Quash Three Arrows Deposition Notices and Request for Protective Order [Docket No. 1491]

    - Order Shortening Time Period for Notice of Debtors' Motion to Quash Three Arrows Deposition Notices and Request for Protective Order [Docket No. 1499]

    **Status:  This matter is going forward as a status conference.**

15. Motion of The Joint Liquidators of Three Arrows Capital, Ltd. to Redact Personal Identifiers [Docket No. 1501]

    Responses Received: N/A

    Related Documents: N/A

    **Status:  This matter is unopposed.**

*[Remainder of Page Intentionally Left Blank]*

Dated: October 9, 2023 /s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and
Debtors in Possession*