**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Creditor, Brian Graddon

| In re: | ) | UNITED STATES BANKRUPTCY COURT |
|---|---|---|
|  | ) | FOR THE DISTRICT OF NEW JERSEY |
|  | ) |  |
| BlockFi, Inc. | ) | Chapter 11 Proceeding |
|  | ) | Case No. 22-19361/MBK |
| Debtor(s). | ) |  |

## SUBSTITUTION OF ATTORNEY
## FOR CREDITOR, BRIAN GRADDON

The undersigned hereby consent to the substitution of Daniel E. Straffi, Jr., Esq. as attorney for Creditor, Brian Graddon.

_____
BRIAN GRADDON
Pro-Se Creditor

_____
DANIEL E. STRAFFI, JR., ESQ.
Attorney Withdrawing