**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| BROWN RUDNICK LLP<br>Robert J. Stark, Esq.<br>Kenneth J. Aulet, Esq.<br>Jeffrey L. Jonas, Esq.<br>Michael S. Winograd, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Fax: (212) 209-4801<br>Email: rstark@brownrudnick.com<br>　　　kaulet@brownrudnick.com<br>　　　jjonas@brownrudnick.com<br>　　　mwinograd@brownrudnick.com<br><br>*Counsel for the Official Committee of Unsecured Creditors*<br><br>　-and-<br><br>GENOVA BURNS LLC.<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>Telephone: (973) 230-2095<br>Fax: (973) 533-1112<br>Email: DStolz@genovaburns.com<br>　　　DClarke@genovaburns.com<br>　　　GKinoian@genovaburns.com<br>*Local Counsel for the Official Committee of Unsecured Creditors* | BROWN RUDNICK LLP<br>One Financial Center<br>Boston, MA 02111<br>Tristan Axelrod, Esq.<br><br>Telephone: (617) 856-8200<br>Fax: (617) 856-8201<br>Email: taxelrod@brownrudnick.com |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

**JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO
DEBTORS' OBJECTION TO MOTION OF THE JOINT LIQUIDATORS OF
THREE ARROWS CAPITAL, LTD. FOR COORDINATION AMONG
COURTS**

The Official Committee of Unsecured Creditors (the "**Committee**") appointed in the

Chapter 11 cases of BlockFi, Inc. and its affiliated debtors (collectively, the "**Debtors**"), by and

through its counsel, hereby supports and joins in the *Debtor's Objection to Motion of the Joint*

*Liquidators of Three Arrows Capital, Ltd. For Coordination Among Courts* [Dkt. 1687].

Dated: October 9, 2023

**BROWN RUDNICK LLP**

By: */s/ Kenneth J. Aulet*
      Robert J. Stark, Esq.
      Kenneth J. Aulet, Esq.
      Jeffrey L. Jonas, Esq.
      Michael S. Winograd, Esq.

Seven Times Square
New York, NY 10036
Tel:    (212) 209-4800
Fax:   (212) 209-4801
Email: rstark@brownrudnick.com
       kaulet@brownrudnick.com
       jjonas@brownrudnick.com
       mwinograd@brownrudnick.com

Tristan G. Axelrod, Esq.
One Financial Center
Boston, MA 02111
Tel:    (617) 856-8200
Fax:   (617) 856-8201
Email: taxelrod@brownrudnick.com

*Counsel for the Official Committee of
Unsecured Creditors*

**GENOVA BURNS LLC**

By: */s/  Daniel M. Stolz*
       Daniel M. Stolz, Esq.
       Donald W. Clarke, Esq.
       Gregory S. Kinoian, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Tel:    (973) 230-2095
Fax:   (973) 533-1112
Email: DStolz@genovaburns.com
       DClarke@genovaburns.com
       GKinoian@genovaburns.com

*Local Counsel for the Official*
*Committee of Unsecured Creditors*