John W. Weiss
Joseph C. Barsalona II
**PASHMAN STEIN WALDER HAYDEN, P.C.**
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
Telephone: (732) 852-2481
Facsimile: (732) 852-2482
Email:  jweiss@pashmanstein.com
         jbarsalona@pashmanstein.com

Adam J. Goldberg (admitted *pro hac vice*)
Christopher Harris (admitted *pro hac vice*)
Brett M. Neve (admitted *pro hac vice*)
Nacif Taousse (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  adam.goldberg@lw.com
         christopher.harris@lw.com
         brett.neve@lw.com
         nacif.taousse@lw.com

Nima H. Mohebbi (admitted *pro hac vice*)
Tiffany M. Ikeda (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email:  nima.mohebbi@lw.com
         tiffany.ikeda@lw.com

Warren E. Gluck (*pro hac vice* pending)
**HOLLAND & KNIGHT LLP**
31 West 52nd Street, 12th Floor
New York, NY 10019
Telephone: (212) 513-3200
Email:  warren.gluck@hklaw.com

John J. Monaghan (*pro hac vice* pending)
**HOLLAND & KNIGHT LLP**
10 St. James Avenue, 11th Floor
Boston, MA 02116
Telephone: (617) 573-5834
Email:  john.monaghan@hklaw.com

*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

----------------------------------------------------------- x
In re:                                                      :  Chapter 11
                                                            :
BLOCKFI INC., *et al.*,                                     :  Case No. 22-19361 (MBK)
                                                            :
            Debtors.[1]                                     :  (Jointly Administered)
                                                            :
----------------------------------------------------------- x

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

**NOTICE OF FILING OF REVISED PROPOSED ORDER WITH RESPECT TO THE MOTION OF THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD. FOR COORDINATION AMONG COURTS**

TO :   THE HONORABLE CHIEF JUDGE MICHAEL B. KAPLAN UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

Russell Crumpler and Christopher Farmer, in their capacities as joint liquidators appointed by the Eastern Caribbean Supreme Court in the High Court of Justice Virgin Islands (Commercial Division) (the "**BVI Court**") in the liquidation proceeding of Three Arrows Capital, Ltd. ("**3AC**" or the "**3AC Debtor**") in the British Virgin Islands (the "**BVI Proceeding**") and duly authorized foreign representatives (the "**Joint Liquidators**"), by and through the undersigned counsel, hereby file this *Notice of Alternative Scheduling Order Proposed by the Joint Liquidators of Three Arrows Capital, Ltd.*

On September 28, 2023, the Joint Liquidators filed their *Motion of the Joint Liquidators of Three Arrows Capital, Ltd. For Coordination Among Courts* (the "**Motion**") [Doc.1623].

The Joint Liquidators hereby submit a revised proposed form of order attached hereto as **Exhibit A** (the **"3AC Revised Proposed Coordination Order"**) for this Court's consideration during the hearing on the Motion scheduled for October 10, 2023.

Attached hereto as **Exhibit B** is a redline reflecting revisions made to the 3AC Revised Proposed Coordination Order as compared to the original proposed form of order attached to the Motion.

| | |
|---|---|
| Dated: October 9, 2023<br>Holmdel, New Jersey | Respectfully submitted,<br><br> /s/ John W. Weiss<br>John W. Weiss<br>Joseph C. Barsalona II<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>101 Crawfords Corner Road, Suite 4202<br>Holmdel, NJ 07733<br>Telephone: (732) 852-2481<br>Facsimile: (732) 852-2482<br>Email:   jweiss@pashmanstein.com<br>            jbarsalona@pashmanstein.com<br><br>Christopher Harris (admitted *pro hac vice*)<br>Adam J. Goldberg (admitted *pro hac vice*)<br>Brett M. Neve (admitted *pro hac vice*)<br>Nacif Taousse (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:   chris.harris@lw.com<br>            adam.goldberg@lw.com<br>            brett.neve@lw.com<br>            nacif.taousse@lw.com<br>– and –<br><br>Nima H. Mohebbi (admitted *pro hac vice*)<br>Tiffany M. Ikeda (admitted *pro hac vice*)<br>Emily R. Orman (admitted *pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email:   nima.mohebbi@lw.com<br>            tiffany.ikeda@lw.com<br>            emily.orman@lw.com<br><br>*Counsel to the Joint Liquidators of*<br>*Three Arrows Capital, Ltd.* |