**EXHIBIT B –**

**REDLINE OF REVISED PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------ x
In re:                                                    :     Chapter 11

: 

BLOCKFI INC., *et al.*,[1]                            :     Case No. 22-19361 (MBK)

: 

            Debtors.                              :     (Jointly Administered)

:     **Re: ECF Nos. 1623**
------------------------------------------------------------ x

### ORDER WITH RESPECT TO THE MOTION OF THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD. FOR COORDINATION AMONG COURTS

Upon consideration of the motion (the "**Motion**")[~~1~~ 2] of the Joint Liquidators of Thee Arrows Capital, Ltd., for entry of an order authorizing this Court to conference with the BVI Court, the Genesis Court, ~~the FTX Court, Celsius Court,~~ and the Chapter 15 Court to establish procedures to adjudicate the overlapping and identical issues of fact and law raised by the 3AC Claims in a centralized forum; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); the relief requested in the Motion being in the best interests of the Debtors' estates, creditors, and other parties-in-interest; proper notice having been given under the circumstances and no further notice is necessary; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby:

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

[~~1~~ 2] Capitalized terms not defined herein shall have the meanings ascribed in the Motion.

ORDERED that on or before [ ● ], 2023, ~~this Court~~**to the extent approved by, and subject to the availability of**, the BVI Court, the Genesis Court, ~~the FTX Court, Celsius Court,~~ and the Chapter 15 Court **(collectively, the "Coordinating Courts"), this Court and the Coordinating Courts** shall coordinate in order to establish procedures to adjudicate the common issues of fact and law raised by the 3AC Claims in a centralized forum **to the extent such coordination is also approved by each of the Coordinating Courts**.

ORDERED that this Court shall retain jurisdiction to resolve any disputes arising from or related to this Order, and to interpret, implement, and enforce the provisions of this Order.

Dated: _____, 2023
Trenton, New Jersey

_____
THE HONORABLE MICHAEL B. KAPLAN
UNITED STATES BANKRUPTCY JUDGE

| Summary report: Litera® Change-Pro for Word 10.14.0.46 Document comparison done on 10/9/2023 6:02:47 PM ||
|---|---|
| **Style name:** L&W with Moves ||
| **Intelligent Table Comparison:** Active ||
| **Original filename:** [Original] 3AC - Revised Coordination Order (BlockFi).docx ||
| **Modified DMS:** iw://usdocs.lw.com/US-DOCS/145468492/3 ||
| **Changes:** ||
| **Add** | 6 |
| **Delete** | 7 |
| *Move From* | 0 |
| *Move To* | 0 |
| **Table Insert** | 0 |
| **Table Delete** | 0 |
| *Table moves to* | 0 |
| *Table moves from* | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 13 |