## **CERTIFICATE OF SERVICE**

I, John W. Weiss hereby certify that on October 9, 2023, I caused a copy of the foregoing NOTICE OF FILING OF REVISED PROPOSED ORDER WITH RESPECT TO THE MOTION OF THE JOINT LIQUIDATORS OF THREE ARROWS CAPITAL, LTD. FOR COORDINATION AMONG COURTS to be served on all parties who are scheduled to receive notice through the Court's ECF system.

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ John W. Weiss*
John W. Weiss
Joseph C. Barsalona II
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
Telephone: (732) 852-2481
Facsimile: (732) 852-2482
Email:  jweiss@pashmanstein.com
            jbarsalona@pashmanstein.com

*Counsel to the Joint Liquidators*
*of Three Arrows Capital, Ltd. (in liquidation)*