John W. Weiss
Joseph C. Barsalona II
**PASHMAN STEIN WALDER HAYDEN, P.C.**
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
Telephone: (732) 852-2481
Facsimile: (732) 852-2482
Email: jweiss@pashmanstein.com
       jbarsalona@pashmstein.com

Nima H. Mohebbi (admitted *pro hac vice*)
Tiffany M. Ikeda (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: nima.mohebbi@lw.com
       tiffany.ikeda@lw.com

Adam J. Goldberg (admitted *pro hac vice*)
Christopher Harris (admitted *pro hac vice*)
Brett M. Neve (admitted *pro hac vice*)
Nacif Taousse (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: adam.goldberg@lw.com
      christopher.harris@lw.com
      brett.neve@lw.com
      nacif.taousse@lw.com

*Counsel to the Joint Liquidators of Three Arrows Capital, Ltd. (in liquidation)*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BLOCKFI INC., *et al.*,[1] | : | Case No. 22-19361 (MBK) |
| | : | |
|     Debtors. | : | (Jointly Administered) |

**APPLICATION FOR ADMISSION PRO HAC VICE FOR MARISSA ALTER-NELSON**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

I, John W. Weiss, am a partner with the law firm of Pashman Stein Walder Hayden, P.C and am a member in good standing of the bar of this Court. Pursuant to Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of Bankruptcy Procedure for the District of New Jersey (the "Local Bankruptcy Rules"), I move for the *pro hac vice* admission of Marissa Alter-Nelson to practice in this Court for the purpose of representing Russell Crumpler and Christopher Farmer, in their joint capacities as the duly authorized joint liquidators (collectively, the "**Joint Liquidators**") appointed in the British Virgin Islands ("**BVI**") liquidation of Three Arrows Capital, Ltd. (in liquidation) ("**3AC**") as interested parties, in the above-captioned cases. In support of this Application, the undersigned respectfully represents to the Court as follows:

1. Ms. Alter-Nelson is a partner of the law firm of Latham & Watkins LLP, with her office located at 1271 Avenue of the Americas, New York, NY 10020. Ms. Alter-Nelson's telephone number is (212) 906-1200, and her facsimile number is (212) 751-4864. Ms. Alter-Nelson's e-mail address is marissa.alter-nelson@lw.com.

2. As stated in the Certification of Marissa Alter-Nelson, which is attached hereto as Exhibit A and incorporated herein by reference, Ms. Alter-Nelson has been a member in good standing of the Bar of the State of New York since 2008 and is admitted to practice in the United States District Court for the Southern District of New York. Further, as set forth in his Certification, Ms. Alter-Nelson is experienced in bankruptcy matters and is familiar with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules.

3. With reference to all matters incident to this case, Ms. Alter-Nelson submits to the disciplinary jurisdiction and the civil jurisdiction of, and agrees to be subject to the orders of, the

United States Bankruptcy Court for the District of New Jersey for any alleged misconduct that occurs in the course of this chapter 11 case.

WHEREFORE, the movant respectfully requests that the Court enter an Order, substantially in the form attached hereto as <u>Exhibit B</u>, admitting Marissa Alter-Nelson to appear before the Court *pro hac vice* in this case.

Dated:    October 9, 2023

Respectfully submitted,

*/s/John W. Weiss*
John W. Weiss
Joseph C. Barsalona II
**PASHMAN STEIN WALDER HAYDEN, P.C.**
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
Telephone: (732) 852-2481
Facsimile: (732) 852-2482
Email:  jweiss@pashmanstein.com
           jbarsalona@pashmanstein.com

*Counsel to the Foreign Representatives*
*of Three Arrows Capital, Ltd. (in liquidation)*