## <u>EXHIBIT A</u>

Certification of Marissa Alter-Nelson

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

----------------------------------------------------------- x
In re:                                                                      :    Chapter 11
                                                                            :
BLOCKFI INC., *et al.*,[1]                                        :    Case No. 22-19361 (MBK)
                                                                            :
             Debtors.                                                :    (Jointly Administered)
                                                                            :
                                                                            :
                                                                            :
----------------------------------------------------------- x

**CERTIFICATION OF MARISSA ALTER-NELSON
IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

Marissa Alter-Nelson, in support of the *Application for Admission* Pro Hac Vice *for*

*Marissa Alter-Nelson* (the "<u>Application</u>"),[2] certifies as follows:

1.        My name is Marissa Alter-Nelson, and I am a partner of the law firm of Latham &

Watkins LLP, with my office located at 1271 Avenue of the Americas, New York, NY 10020.  My

telephone number is (212) 906-1200, and facsimile number is (212) 751-4864.  My e-mail address

is <u>marissa.alter-nelson@lw.com</u>.

2.        I have read the Application and understand the contents thereof.  The matters and

statements alleged therein are true and correct to the best of my knowledge, information and belief.

3.        I have been a member in good standing of the Bar of the State of New York since

2008 and I am admitted to practice in the United States District Court for the Southern District of

New York.

4.        I have never been disbarred or suspended in any court in which I am admitted to

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification
number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet
LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC
(2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service
address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

[2]    Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

practice.

5.      I have not been the subject of disciplinary action by the bar or courts of any state.

6.      I am experienced in bankruptcy matters and am familiar with the provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.  I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such rules.

7.      I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of these chapter 11 cases.

8.      I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

9.      I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.


Date:  October 9, 2023                                  */s/Marissa Alter-Nelson*
                                                        Marissa Alter-Nelson