

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**MIDDLEBROOKS SHAPIRO, P.C.**<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey 07081<br>(973) 218-6877<br>(973) 218-6878 (fax)<br>Joseph M. Shapiro, Esq.<br>jshapiro@middlebrooksshapiro.com<br><br>*Withdrawing Attorneys for Wilson Cotrim* |
| In re:<br><br>**BLOCKFI INC., et al.,**<br><br>            Debtors. |

Order Filed on October 10, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-19361-MBK
(Jointly Administered)

Chapter 11

Honorable Michael B. Kaplan, Chief Judge

**CONSENT ORDER AUTHORIZING WITHDRAWAL OF APPEARANCE
BY MIDDLEBROOKS SHAPIRO, P.C. ON BEHALF OF WILSON COTRIM
PURSUANT TO D.N.J. LBR 9010-2(b) AND D.N.J. LBR 9021-1
AND GRANTING RELATED RELIEF**

The relief set forth on the following page, numbered two (2), is **ORDERED**.

**DATED: October 10, 2023**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page (2)
In re: BlockFi Inc., et al.
Case No.: 22-19361-MBK
Caption: Consent Order Authorizing Withdrawal of Appearance By Middlebrooks Shapiro, P.C. on behalf of Wilson Cotrim Pursuant to D.N.J. LBR 9010-2(b) and D.N.J. LBR 9021-1 and Granting Related Relief

Upon the application of Middlebrooks Shapiro, P.C. for entry of a proposed Consent Order pursuant to D.N.J. LBR 9010-2(b) and D.N.J. LBR 9021-1authorizing its withdrawal of appearance on behalf of Wilson Cotrim and granting related relief (the "Application"); and good and sufficient notice of the Motion having been given, and it appearing that no further notice of the relief requested in the Application is required; and after due deliberation and cause appearing therefore;

**IT IS HEREBY ORDERED** that:

1. The Application is granted as set forth herein.

2. Withdrawal of appearance by Middlebrooks Shapiro, P.C. on behalf of Wilson Cotrim is hereby authorized effective as of the entry of this Order.

3. Wilson Cotrim is hereby authorized to proceed in this matter *pro se*.

4. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from this Order.

5. This Order is effective immediately upon entry.

The undersigned consent to the form and entry of the within Consent Order:

**MIDDLEBROOKS SHAPIRO, P.C.**
841 Mountain Avenue, First Floor
Springfield, New Jersey 07081
(973) 218-6877
*Withdrawing Attorneys for Wilson Cotrim*

By: Wilson Cotrim, *pro se*

/s/ Joseph M. Shapiro

By: Joseph M. Shapiro, Esq.