| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>Facsimile:  (201) 489-1536<br>Email: msirota@coleschotz.com<br>           wusatine@coleschotz.com<br>*Attorneys for Debtors*<br>*and Debtors in Possession* | |
| In re:<br><br>BLOCKFI INC., *et al.,*<br><br>　　　　　　　　　Debtors.[1] | Case No.:　　　22-19361<br><br>Judge:　　　　Hon. Michael B. Kaplan<br><br>Chapter:　　　11<br><br>Hearing Date:　October 10, 2023 |

## ADJOURNMENT REQUEST

1.  　I, Michael D. Sirota, Esq.

　　☒　am the attorney for:　the Debtors/Debtors-in-Possession　　　　　　　　　　,

　　☐　am self-represented,

　　and request an adjournment of the following hearing for the reason set forth below.

　　1.  Notice of Debtors' Seventh Omnibus Objection to Certain Claims [Docket No. 1311], solely with respect to Claim Nos. 3419 and 5503; and

　　2.  Notice of Debtors' Seventh Omnibus Objection to Certain Claims [Docket No. 1311], solely with respect to Claim No. 7233.

　　**Current hearing date and time**:  October 10, 2023 at 11:00 a.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

65365/0001-46119041v1

**New date requested**: November 6, 2023 at 10:00 a.m.

**Reason for adjournment request**: The Debtors and Claimants are working towards a resolution of the objection.

2.    Consent to adjournment:

☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: October 6, 2023　　　　　　　　　　　/s/ Michael D. Sirota
　　　　　　　　　　　　　　　　　　　　　　Signature

**COURT USE ONLY:**

The request for adjournment is:

☒    Granted　　　New hearing date: 11/6/2023 at 10:00 a.m.　　☐ Peremptory

☐    Granted over objection(s)   New hearing date: _____　　☐ Peremptory

☐    Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

65365/0001-46119041v1