UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Court Plaza North
25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Facsimile:  (201) 489-1536
Email: msirota@coleschotz.com
           wusatine@coleschotz.com
*Attorneys for Debtors*
*and Debtors in Possession*

---

In re:

BLOCKFI INC., *et al.,*

                         Debtors.[1]

| | |
|---|---|
| Case No.: | 22-19361 |
| Judge: | Hon. Michael B. Kaplan |
| Chapter: | 11 |
| Hearing Date: | October 10, 2023 |

## ADJOURNMENT REQUEST

1. I, <u>Michael D. Sirota, Esq.</u>

    ☒    am the attorney for:  the Debtors/Debtors-in-Possession                              ,

    ☐    am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

1. Debtors' Motion to Estimate the Amount of the FTX Claims Against the Debtors Pursuant to Sections 105(a) and 502(c) of the Bankruptcy Code [Docket No. 1347];

2. Debtors' Ninth Omnibus Objection to Claims of FTX (books and records, unliquidated, duplicates, incorrect/improper classification, insufficient documentation, not liable) [Docket No. 1376]; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

3. Limited Objection of Emergent Fidelity Technologies LTD to Debtors' (1) Motion to Estimate FTX Claims and (2) Objection to FTX Claims [Docket No. 1481].

**Current hearing date and time**: October 10, 2023 at 11:00 a.m.

**New date requested**: November 6, 2023 at 10:00 a.m.

**Reason for adjournment request**: Pursuant to the *Order Resolving Certain Disputes Between the FTX Debtors and BlockFi Debtors* [Docket No. 1644] entered by the Court on October 3, 2023, the Debtors expect to withdraw Docket Nos. 1347 and 1376 on the effective date of the Settlement Agreement. The Settlement Agreement requires that the Bankruptcy Courts for the District of New Jersey and the District of Delaware enter orders approving same. The Delaware Bankruptcy Court is currently scheduled to hear the motion to approve the Settlement Agreement on October 19, 2023.

2.      Consent to adjournment:

☒  I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: October 9, 2023                    */s/ Michael D. Sirota*
                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

|   |   |   | 11/6/2023 at 10:00 a.m. |   |
|---|---|---|---|---|
| ☒ | Granted | New hearing date: _____ | ☐ | Peremptory |
| ☐ | Granted over objection(s) | New hearing date: _____ | ☐ | Peremptory |
| ☐ | Denied |   |   |   |

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2