BROWN RUDNICK LLP  
Robert J. Stark, Esq.  
Kenneth J. Aulet, Esq.  
Bennett S. Silverberg, Esq.  
Seven Times Square  
New York, NY  10036  
Telephone: (212) 209-4800  
Fax: (212) 209-4801  
Email:  rstark@brownrudnick.com  
       kaulet@brownrudnick.com  
       bsilverberg@brownrudnick.com  
*Counsel for the Official Committee*  
 *of Unsecured Creditors*  
   *-and-*  
GENOVA BURNS LLC  
Daniel M. Stolz, Esq.  
Donald W. Clarke, Esq.  
Gregory S. Kinoian, Esq.  
110 Allen Rd., Suite 304  
Basking Ridge, NJ 07920  
Telephone: (973) 230-2095  
Fax: (973) 533-1112  
Email: DStolz@genovaburns.com  
      DClarke@genovaburns.com  
      GKinoian@genovaburns.com  
*Local Counsel for the Official*  
 *Committee of Unsecured Creditors*

BROWN RUDNICK LLP  
Stephen D. Palley, Esq.  
601 Thirteenth Street, NW  
Washington, DC 20005  
Telephone:  (617)536-1766  
Fax: (617)289-0466  
Email:  spalley@brownrudnick.com

UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | Jointly Administered |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154).  The location of the Debtors' service address 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ  08691.

## **CERTIFICATION OF W. LYDELL BENSON, ESQ.**

I, W. Lydell Benson, Esq., hereby certify as follows:

1. I am an attorney with the law firm of Brown Rudnick LLP, counsel to the Official Committee of Unsecured Creditors. My office is located at 7 Times Square, New York, New York 10036. I make this Certification in support of my application to appear in this case *pro hac* vice pursuant to Local Bankruptcy Rule 9010-1.

2. I was admitted to practice law in the State of New York in 2022. I am admitted to Practice in the following jurisdictions:

   - *New York*
   - *United States District Court for the Eastern District of New York*
   - *United States District Court for the Southern District of New York.*

3. I am a member in good standing of the Bar in each of the jurisdictions in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United Stated District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  October 10, 2023                     /s/  *W. Lydell Benson*
                                                                      W. LYDELL BENSON, ESQ.
                                                                       Brown Rudnick LLP
                                                                       Seven Times Square
                                                                       New York, NY  10036
                                                                       Email:  wlbenson@brownrudnick.com

                                                                       *Counsel for the Official Committee of Unsecured Creditors*