| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (TRENTON)<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Allen J. Underwood II (No. 035611997)<br>LITE DEPALMA GREENBERG & AFANADOR, LLC<br>570 Broad Street – Suite 1201<br>Newark, NJ 07102<br>Direct Dial: 973.877.3814<br>Main No.: 973.623.3000<br>Facsimile: 973.623.0858<br>Email: aunderwood@litedepalma.com | |
| In Re:<br><br>**BLOCKFI INC.,** *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Judge: Honorable Michael B. Kaplan |

**APPLICATION FOR AN ORDER FOR ADMISSION**
*PRO HAC VICE* **OF LUKE A. BAREFOOT, ESQ.**

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission pro hac vice of Luke A. Barefoot, Esq. of the law firm of Cleary, Gottlieb, Steen & Hamilton, LLP, to represent the represent Chapter 11 Debtor Genesis Global Holdco, LLC and affiliated Debtors Genesis Global Capital, LLC, and Genesis Asia Pacific PTE. LTD., pending as a main case in the United States Bankruptcy Court for the Southern District of New York, White

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

1

Plains Vicinage, Bankruptcy Judge Sean Lane presiding, jointly administered Case No. 1:23-bk-10063 (collectively "The Genesis Debtors"), as interested parties in this chapter 11 case. In support of this application, counsel submits the attached Certification of Luke A. Barefoot, Esq., and requests that the proposed form of order submitted herewith be entered. Counsel certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

The filing and submission of this *Pro Hac Vice Application* is not in any way a submission by the Genesis Debtors to the jurisdiction or authority of this Court for any purpose and shall not constitute an admission, waiver or consent by the Genesis Debtors of any arguments, rights, claims, actions, defenses, setoffs, recoupments, or other matters of the Genesis Debtors of any kind, whether under any agreements, at law, in equity, or otherwise, including, without limitation, the matters expressly addressed herein.

Date: October 10, 2023

/s/ Allen J. Underwood II, Esq.
LITE DEPALMA GREENBERG & AFANADOR, LLC
570 Broad Street – Suite 1201
Newark, NJ 07102
Direct Dial: 973.877.3814
Main No.: 973.623.3000
Facsimile: 973.623.0858
Email: aunderwood@litedepalma.com