| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (TRENTON)<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Allen J. Underwood II (No. 035611997)<br>LITE DEPALMA GREENBERG & AFANADOR, LLC<br>570 Broad Street – Suite 1201<br>Newark, NJ 07102<br>Direct Dial: 973.877.3814<br>Main No.: 973.623.3000<br>Facsimile: 973.623.0858<br>Email: aunderwood@litedepalma.com | |
| In Re:<br><br>**BLOCKFI INC.,** *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Judge: Honorable Michael B. Kaplan |

# CERTIFICATION OF LUKE A. BAREFOOT, ESQ. IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Luke A. Barefoot, Esq., hereby certify as follows:

1. I am an attorney with the law firm of Cleary Gottlieb, Steen & Hamilton LLP. My office is located at 1 Liberty Plaza, New York, NY 10006. I make this Certification in support of my application to appear in this case pro hac vice pursuant to Local Bankruptcy Rule 9010-1, and subject to further reservations set forth herein.

2. I request admission, *pro hac vice*, before the Honorable Michael B. Kaplan, to

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

represent Chapter 11 Debtor Genesis Global Holdco, LLC and affiliated Debtors Genesis Global Capital, LLC, and Genesis Asia Pacific PTE. LTD., pending as a main case in the United States Bankruptcy Court for the Southern District of New York, White Plains Vicinage, Bankruptcy Judge Sean Lane presiding, jointly administered Case No. 1:23-bk-10063 (collectively "The Genesis Debtors"), as interested parties in the above-referenced cases.

3. I am a member in good standing of the bar of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, and the United States Courts of Appeals for the Second Circuit, Ninth and Tenth Circuits.

4. I am a member in good stating of the Bar in each of the jurisdictions in which I am admitted to practice.

5. No disciplinary proceedings are pending against me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

6. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

7. I further agree to pay all fees to the Clerk of the United Stated District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in the Rules. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

8. The filing and submission of this *Certification* and *Pro Hac Vice Application* is not in any way a submission by the Genesis Debtors to the jurisdiction or authority of this Court for any purpose and shall not constitute an admission, waiver or consent by the Genesis Debtors of any arguments, rights, claims, actions, defenses, setoffs, recoupments, or other matters of the Genesis Debtors of any kind, whether under any agreements, at law, in equity, or otherwise, including, without limitation, the matters expressly addressed herein.

Dated: October 9, 2023                By:    */s/ Luke A. Barefoot*
                                              *Counsel for Chapter 11 Debtor Genesis*
                                              *Global Holdco, LLC and affiliated*
                                              *Debtors Genesis Global Capital, LLC,*
                                              *and Genesis Asia Pacific PTE. LTD.,*