BROWN RUDNICK LLP
Robert J. Stark, Esq.
Kenneth J. Aulet, Esq.
Bennett S. Silverberg, Esq.
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Fax: (212) 209-4801
Email: rstark@brownrudnick.com
         kaulet@brownrudnick.com
         bsilverberg@brownrudnick.com
*Counsel for the Official Committee*
*of Unsecured Creditors*
      -and-
GENOVA BURNS LLC
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
Gregory S. Kinoian, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 230-2095
Fax: (973) 533-1112
Email: DStolz@genovaburns.com
         DClarke@genovaburns.com
         GKinoian@genovaburns.com
*Local Counsel for the Official*
*Committee of Unsecured Creditors*

BROWN RUDNICK LLP
Stephen D. Palley, Esq.
601 Thirteenth Street, NW
Washington, DC 20005
Telephone: (617)536-1766
Fax: (617)289-0466
Email: spalley@brownrudnick.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | Jointly Administered |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

1

## APPLICATION FOR AN ORDER FOR ADMISSION
### *PRO HAC VICE* OF ALEXANDER F. KASNETZ, ESQ.

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the

District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court,

District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the

admission pro hac vice of Alexander F. Kasnetz, Esq. of the law firm of Brown Rudnick LLP, to

represent the Official Committee of Unsecured Creditors in the above-captioned chapter 11 case.

In support of this application, counsel submits the attached Certification of Kenneth J. Aulet, Esq.,

and requests that the proposed form of order submitted herewith be entered.  Counsel certifies that

he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

Date:  October 10, 2023

 */s/ Donald W. Clarke* .
Donald W. Clarke
GENOVA BURNS LLC
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 230-2095
Fax: (973) 533-1112
Email: DClarke@genovaburns.com

*Local Counsel for the Official Committee of Unsecured Creditors*