# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re:

Chapter: _____

Case Number: _____

Civil Number: _____

Adversary Number: _____

Bankruptcy Judge: _____

## TRANSMITTAL OF DOCUMENT(S) TO:
❏ **DISTRICT COURT**     ❏ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

❏ Notice of Appeal     ❏ Order being Appealed     ❏ Appellee's Designation of Record on Appeal

❏ Statement of Issues     ❏ Transcript     ❏ Transcript Ordered On: _____

❏ Motion for Leave to Appeal     ❏ Certification of Failure to File Designation     ❏ Motion to Withdraw the Reference

❏ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____.     The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | _____ | Appellee(s): | _____ |
| Attorney: | _____ | Attorney: | _____ |
| Address: | _____ | Address: | _____ |
| | _____ | | _____ |

Title of Order Appealed: _____

Date Entered On Docket: _____

❏   An appeal has not previously been filed in this case.

❏   The following list contains information regarding all appeals previously filed in this case:

| **District Court Case Number** | **District Court Judge Assigned** | **Date of Transmission of Record to District Court** |
|---|---|---|
| | | |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____     Judge assigned: _____

By: _____     Date: _____

*rev. 8/28/17*