# <u>Exhibit A</u>

**brown**rudnick

| | |
|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice 6967023 |
| NEW YORK, NY 10036 | Date Oct 10, 2023 |
| | Client 039246 |

RE: BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through September 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---:|---:|---:|
| 039246.0002 | CASE ADMINISTRATION | 8,588.00 | 0.00 | 8,588.00 |
| 039246.0003 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 14,944.00 | 0.00 | 14,944.00 |
| 039246.0004 | EMPLOYMENT AND FEE APPLICATIONS | 13,334.50 | 0.00 | 13,334.50 |
| 039246.0006 | PLAN AND DISCLOSURE STATEMENT | 205,636.00 | 0.00 | 205,636.00 |
| 039246.0007 | STAY RELIEF/INJUNCTION LITIGATION | 42,137.50 | 0.00 | 42,137.50 |
| 039246.0009 | NON-WORKING TRAVEL @ 50% | 14,110.75 | 0.00 | 14,110.75 |
| 039246.0013 | TAX | 3,020.00 | 0.00 | 3,020.00 |
| 039246.0020 | CONTESTED MATTERS | 56,304.00 | 0.00 | 56,304.00 |
| | **Total** | **358,074.75** | **0.00** | **358,074.75** |

| | |
|---|---:|
| Total Current Fees | $358,074.75 |
| 20% Holdback Amount | (71,614.95) |
| 80% CURRENT BALANCE DUE | $286,459.80 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$286,459.80** |

# brownrudnick

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6967023 |
| Date | Oct 10, 2023 |
| Client | 039246 |

RE: CASE ADMINISTRATION

## INVOICE

For professional services rendered in connection with the above captioned matter
through September 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0002 | CASE ADMINISTRATION | 8,588.00 | 0.00 | 8,588.00 |
| | **Total** | **8,588.00** | **0.00** | **8,588.00** |

| | |
|---|---|
| Total Current Fees | $8,588.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$8,588.00** |





BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
October 10, 2023

Invoice 6967023
Page 3

RE: CASE ADMINISTRATION

## T I M E  D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/01/23 | SOLIMAN | REVIEW DOCKETS AND UPDATE CALENDAR | 0.60 | 282.00 |
| 09/05/23 | SOLIMAN | FOLLOW UP WITH LOCAL COUNSEL RE UPCOMING HEARING (.2); ADJUST CALENDAR ACCORDINGLY (.3); REVIEW DOCKET (.2) | 0.70 | 329.00 |
| 09/06/23 | SOLIMAN | REVIEW DOCKET AND UPDATE CALENDAR | 0.50 | 235.00 |
| 09/08/23 | SOLIMAN | REVIEW DOCKETS AND UPDATE CALENDAR (.4); CIRCULATE FILINGS (.3) | 0.70 | 329.00 |
| 09/11/23 | SOLIMAN | REVIEW DOCKET AND UPDATE CALENDAR (.2); CIRCULATE FILINGS (.4) | 0.60 | 282.00 |
| 09/12/23 | SOLIMAN | REVIEW DOCKETS | 0.30 | 141.00 |
| 09/13/23 | SOLIMAN | REVIEW DOCKET AND CIRCULATE FILINGS (.8); PREPARE HEARING BINDER FOR STATUS CONFERENCE (.3); CIRCULATE BINDERS TO TEAM (.2); REVIEW DOCKET (.2); CIRCULATE FILINGS (.4) | 1.90 | 893.00 |
| 09/14/23 | SOLIMAN | REVIEW DOCKET AND UPDATE CALENDARS (.4); CIRCULATE FILINGS (.3); EMAILS WITH TEAM RE WHO WILL BE ATTENDING HEARING ON 9/14 (.2); COMPILE AND INDEX HEARING BINDERS FOR 9/20 HEARING (1.7) | 2.60 | 1,222.00 |
| 09/15/23 | SOLIMAN | REVIEW DOCKETS (.2); COMPILE AND INDEX HEARINGS BINDERS FOR 9/21 (1.7) | 1.90 | 893.00 |
| 09/18/23 | BURNS | COMPILE AND INDEX ALL RELEVANT PLEADINGS FOR SEPTEMBER 20 HEARING | 0.80 | 392.00 |
| 09/19/23 | BURNS | COMPILE AND INDEX ALL RELEVANT PLEADINGS FOR SEPTEMBER 21 HEARING | 1.00 | 490.00 |
| 09/20/23 | BURNS | COMPILE AND INDEX ALL RELEVANT PLEADINGS FOR S. DWOSKIN FOR SEPTEMBER 21 HEARING | 1.60 | 784.00 |
| 09/21/23 | BURNS | COMPILE AND INDEX ALL RELEVANT PLEADINGS FOR SEPTEMBER 26 CONFIRMATION HEARING | 1.20 | 588.00 |
| 09/25/23 | SOLIMAN | REVIEW DOCKET AND STATUS UPDATE (.4); UPDATE CALENDAR (.2) | 0.60 | 282.00 |
| 09/25/23 | BURNS | REVIEW THE REDLINE OF 3RD PLAN FOR FORM | 0.20 | 98.00 |
| 09/26/23 | BURNS | COMPILE AND INDEX ALL RELEVANT PLEADINGS FOR AUGUST 30 HEARING | 1.60 | 784.00 |
| 09/26/23 | SOLIMAN | REVIEW DOCKET AND UPDATE CALENDAR | 0.30 | 141.00 |
| 09/27/23 | SOLIMAN | REVIEW DOCKETS AND UPDATE CALENDAR | 0.30 | 141.00 |

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice 6967023
October 10, 2023                                                                        Page 4

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/29/23 | SOLIMAN | REVIEW MAIN AND ADVERSARY DOCKETS AND UPDATE CALENDARS | 0.60 | 282.00 |
| | **Total Hours and Fees** | | **18.00** | **8,588.00** |

**brown**rudnick

| | |
|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS NEW YORK, NY 10036 | Invoice 6967023<br>Date Oct 10, 2023<br>Client 039246 |

RE: MEETINGS AND COMMUNICATIONS WITH CREDITORS

**I N V O I C E**

For professional services rendered in connection with the above captioned matter through September 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0003 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 14,944.00 | 0.00 | 14,944.00 |
| | **Total** | **14,944.00** | **0.00** | **14,944.00** |

| | |
|---|---|
| Total Current Fees | $14,944.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$14,944.00** |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS

October 10, 2023

RE: MEETINGS AND COMMUNICATIONS WITH CREDITORS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/01/23 | LENNON | ATTENTION TO COMMUNICATIONS RELATED TO PLAN VOTE AND OPT-OUT COMMUNICATION | 2.70 | 2,632.50 |
| 09/04/23 | SAWYER | RESPOND TO CREDITOR INQUIRY | 0.20 | 178.00 |
| 09/06/23 | STARK | T/C  COMMITTEE MEMBER RE STATUS AND STRATEGY | 0.50 | 975.00 |
| 09/10/23 | SAWYER | COMMUNICATIONS WITH BR AND M3 TEAMS RE COMMITTEE WORKSTREAM UPDATES | 0.30 | 267.00 |
| 09/11/23 | KASNETZ | ATTEND TO CREDITOR INQUIRIES, CORRESPONDENCE (.9); CALLS WITH CREDITORS (1.4) | 2.30 | 2,047.00 |
| 09/12/23 | KASNETZ | CALL WITH CREDITOR D. COOKE (.5); ATTEND TO CREDITOR INQUIRIES (.1) | 0.60 | 534.00 |
| 09/12/23 | SILVERBERG | ATTEND AND PARTICIPATE ON COMMITTEE CALL RE PLAN CONFIRMATION OBJECTIONS | 0.80 | 1,112.00 |
| 09/12/23 | LENNON | ATTENTION TO WEEKLY UCC MEETING IN ANTICIPATION FOR COMMUNICATIONS AND NEXT STEPS REGARDING OBJECTIONS AND VOTING | 1.50 | 1,462.50 |
| 09/19/23 | KASNETZ | COMMITTEE CALL (.4) AND PREPARE FOR SAME (.3) | 0.70 | 623.00 |
| 09/19/23 | SILVERBERG | ATTEND AND PARTICIPATE ON COMMITTEE CALL | 0.90 | 1,251.00 |
| 09/19/23 | LENNON | PARTICIPATE IN WEEKLY UCC CALL TO DETERMINE NEXT STEPS REGARDING COMMUNICATIONS | 1.50 | 1,462.50 |
| 09/19/23 | AULET | MEETING WITH COMMITTEE TO GO OVER PLAN AND PLAN CONFIRMATION | 1.00 | 1,200.00 |
| 09/22/23 | KASNETZ | COMMITTEE CALL RE FTX STIPULATION (.4) AND PREPARE FOR SAME (.2) | 0.60 | 534.00 |
| 09/22/23 | LENNON | CALL WITH UCC REGARDING ALAMEDA AND FTX DEAL | 0.50 | 487.50 |
| 09/29/23 | KASNETZ | ATTEND TO CREDITOR INQUIRIES | 0.20 | 178.00 |
| | **Total Hours and Fees** | | **14.30** | **14,944.00** |

# brownrudnick

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6967023 |
| Date | Oct 10, 2023 |
| Client | 039246 |

RE: EMPLOYMENT AND FEE APPLICATIONS

**INVOICE**

For professional services rendered in connection with the above captioned matter
through September 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0004 | EMPLOYMENT AND FEE APPLICATIONS | 13,334.50 | 0.00 | 13,334.50 |
| | **Total** | **13,334.50** | **0.00** | **13,334.50** |

| | |
|---|---|
| Total Current Fees | $13,334.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$13,334.50** |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
October 10, 2023

Invoice 6967023
Page 8

RE: EMPLOYMENT AND FEE APPLICATIONS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 09/05/23 | SAWYER | REVIEW AND REVISE SECOND INTERIM FEE APPLICATION | 2.60 | 2,314.00 |
| 09/05/23 | SOLIMAN | REVISIONS TO 2ND INTERIM FEE APPLICATION | 0.50 | 235.00 |
| 09/06/23 | SAWYER | ADDITIONAL REVISIONS TO SECOND INTERIM FEE APPLICTION | 0.40 | 356.00 |
| 09/06/23 | SILVERBERG | CONFERENCE WITH D. DWOSKIN, M. SAWYER, M. MANNING REGARDING INTERIM FEE APPLICATION RESOLUTION (.5); REVIEW AND INSERT RESPONSES TO FEE WORKSHEET (.5); CONFERENCE WITH S. DWOSKIN RE QUARTERLY FEE APPLICATION (.4); RESOLVE 1ST QUARTERLY FEE APPLICATION WITH FEE EXAMINER, S. DWOSKIN (.4) | 1.80 | 2,502.00 |
| 09/06/23 | SAWYER | MEETING WITH BR, GB, ME, AND M3 TEAMS RE FEE EXAMINER COMMENTS TO INTERIM FEE APPLICATION | 0.80 | 712.00 |
| 09/06/23 | DWOSKIN | REVIEW FEE EXAMINER OBJECTIONS (1.2); CALL WITH FEE EXAMINER AND B. SILVERBERG RE SAME (.5) | 1.70 | 1,742.50 |
| 09/07/23 | SILVERBERG | CONFERENCE WITH M. SAWYER REGARDING SECOND INTERIM FEE APPLICATION | 0.20 | 278.00 |
| 09/08/23 | SOLIMAN | PREPARE BR 8TH MONTHLY FEE STATEMENT | 0.60 | 282.00 |
| 09/14/23 | SAWYER | REVISIONS TO FIRST INTERIM PROPOSED ORDER AND CNO (.7); REVISIONS TO SECOND INTERIM FEE APP (.7) | 1.40 | 1,246.00 |
| 09/14/23 | SILVERBERG | REVIEW AND REVISE SECOND INTERIM FEE APPLICATION (.3), CONFERENCE WITH M. SAWYER REGARDING SAME (.1); REVIEW MONTHLY FEE STATEMENT (.2) | 0.60 | 834.00 |
| 09/15/23 | SOLIMAN | COMPILE INTERIM FEE APPLICATION (.3); SEND EMAIL TO LOCAL FOR FILING (.1); CIRCULATE FILING (.1) | 0.50 | 235.00 |
| 09/15/23 | SILVERBERG | REVIEW AND FINALIZE SECOND INTERIM FEE APPLICATION | 0.50 | 695.00 |
| 09/18/23 | SILVERBERG | REVIEW AUGUST MONTHLY FEE STATEMENT | 0.50 | 695.00 |
| 09/18/23 | SILVERBERG | RESPOND TO CORRESPONDENCE REGARDING MOELIS FEE STATEMENT | 0.20 | 278.00 |
| 09/20/23 | SILVERBERG | ATTEND INTERIM FEE APPLICATION HEARING, STATUS CONFERENCES | 0.50 | 695.00 |

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS                 Invoice 6967023
October 10, 2023                                                                              Page 9

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/25/23 | SOLIMAN | DRAFT BR 9TH MONTHLY FEE STATEMENT | 0.50 | 235.00 |
| | **Total Hours and Fees** | | **13.30** | **13,334.50** |

# brownrudnick

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6967023 |
| Date | Oct 10, 2023 |
| Client | 039246 |

RE: PLAN AND DISCLOSURE STATEMENT

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through September 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0006 | PLAN AND DISCLOSURE STATEMENT | 205,636.00 | 0.00 | 205,636.00 |
| | **Total** | **205,636.00** | **0.00** | **205,636.00** |

| | |
|---|---|
| Total Current Fees | $205,636.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$205,636.00** |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS

October 10, 2023

RE: PLAN AND DISCLOSURE STATEMENT

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/01/23 | SILVERBERG | REVIEW OPEN ISSUES FOR PLAN SUPPLEMENT DOCS (.3); ATTENTOION TO PLAN RELATED CREDITOR COMMUNICATIONS (.3) | 0.60 | 834.00 |
| 09/01/23 | AXELROD | REVIEW AND COMMENT RE PLAN SUPPLEMENT DOCUMENTS | 2.70 | 2,700.00 |
| 09/04/23 | AXELROD | REVIEW AND COMMENT RE PLAN SUPPLEMENT | 2.00 | 2,000.00 |
| 09/06/23 | AXELROD | EMAILS WITH DEBTORS RE VOTING COMMUNICATIONS | 0.20 | 200.00 |
| 09/07/23 | SAWYER | MEETING WITH K. AULET, T. AXELROD AND M. MANNING RE PLAN SUPPLEMENT | 0.50 | 445.00 |
| 09/07/23 | SILVERBERG | REVIEW PLAN SUPPLEMENT DOC EXECUTORY CONTRACT CURE SCHEDULE (.2), CONFERENCE WITH T. AXELROD, M. MANNING REGARDING SAME (.2) | 0.40 | 556.00 |
| 09/07/23 | AXELROD | REVIEW DRAFT ASSUMED CONTRACTS CHART AND STRATEGIZE RE SAME, CURE COST AND ASSUMPTION ISSUES (1.2); REVIEW SEC FILINGS AND RELATED RE TRADE ONLY ASSETS (.2) | 1.40 | 1,400.00 |
| 09/07/23 | AXELROD | CALL WITH M3 RE LITIGATION BUDGET DEVELOPMENT | 0.50 | 500.00 |
| 09/07/23 | DWOSKIN | DRAFT PLAN LANGUAGE RE ADVERSARY PROCEEDING | 2.20 | 2,255.00 |
| 09/07/23 | AULET | DISCUSSIONS RE: TRUST BUDGET (.5); RESOLVING BALLOTING ISSUES RAISED BY CREDITORS (1); REVIEWING DOJ LANGUAGE FOR CONFIRMATION ORDER (.3) | 1.80 | 2,160.00 |
| 09/08/23 | SILVERBERG | ANALYSIS OF PROPOSED CLAIMS ESTIMATION RESOLUTION WITH FTX (.4); REVIEW PLAN SUPPLEMENT DOCUMENTATION (WIND DOWN BUDGET, RETAINED ACTION SCHEDULE, ASSUMED CONTRACTS SCHEDULE) (1.0) | 1.40 | 1,946.00 |
| 09/08/23 | AXELROD | STRATEGIZE RE LITIGATION PLAN (.4); REVIEW AND DISCUSS BUDGET SUPPORT MATERIALS (.4); RESEARCH ISSUES IN CONNECTION WITH PROPOSED FTX LITIGATION STIP AND DRAFT SUMMARY FOR TEAM (2.3); STRATEGIZE RE STIP (.2) | 3.30 | 3,300.00 |
| 09/08/23 | DWOSKIN | REVISE CONFIRMATION ORDER | 3.30 | 3,382.50 |

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Invoice 6967023

October 10, 2023

Page 12

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/09/23 | SILVERBERG | CONSULTATION AMONG M3, BRG, BLOCKFI, BR TEAMS REGARDING WIND DOWN BUDGET ISSUES | 0.70 | 973.00 |
| 09/11/23 | SILVERBERG | REVIEW PLAN DEBTOR RELEASE PROVISION (.5); REVIEW UST OBJECTION TO PLAN (.2); CORRESPONDENCE WITH BR, COMMITTEE RE COMMITTEE MEMBER OBJECTION TO PLAN (.5), CONFERENCE WITH K. AULET REGARDING SAME (.1); REVIEW CONFIRMATION OBJECTIONS (1.0) | 2.30 | 3,197.00 |
| 09/11/23 | SAWYER | ANALYZE OBJECTIONS TO PLAN | 1.80 | 1,602.00 |
| 09/11/23 | AXELROD | CALL WITH CREDITOR, REVIEW PLAN RELEASE PROVISIONS, NOTES TO DEBTORS RE SAME (1.3); CALL WITH DEBTORS RE BUDGET ISSUES (.6); CALL WITH DEBTORS RE FTX LITIGATION STRATEGY (.8); REVIEW PROPOSED STIPULATION AND DRAFT NOTES/MEMO RE SAME (2.7); REVIEW PLAN OBJECTIONS (4.2) | 9.60 | 9,600.00 |
| 09/11/23 | DWOSKIN | DRAFT REVISIONS TO PLAN AND CONFIRMATION ORDER | 1.20 | 1,230.00 |
| 09/11/23 | AULET | MEETING WITH COMPANY RE: WIND-DOWN BUDGET (.7); MEETING WITH COMPANY RE: FTX STRATEGY (.6); RESPONDING TO BALLOT INQUIRIES PRIOR TO DEADLINE (1); REVIEWING COMMITTEE MEMBER'S OBJECTION, RESEARCHING ISSUES RAISED BY CIRCUMSTANCES, AND ORGANIZING RESPONSE (2.5) | 4.80 | 5,760.00 |
| 09/12/23 | AXELROD | MEETING PREP AND MESSAGES WITH CLIENTS RE COMMITTEE MEMBER OBJECTION (.7); MEET WITH COMMITTEE RE SAME AND PLAN CONSIDERATIONS (1.5); STRATEGIZE RE FTX VENUE ISSUES (.4) | 2.60 | 2,600.00 |
| 09/12/23 | DWOSKIN | REVIEW CHANGES TO CONFIRMATION ORDER | 1.40 | 1,435.00 |
| 09/12/23 | AULET | MEETING WITH COMMITTEE TO DISCUSS UPDATES AND PLAN ISSUES (1.5); STRATEGIZING RE: FTX SETTLEMENT ISSUES (.5); STRATEGIZING RE: RESPONSE TO JAVES OBJECTION (.5) | 2.50 | 3,000.00 |
| 09/13/23 | AXELROD | RESEARCH AND PREP MEMO ASSIGNMENTS RE FTX LITIGATION ISSUES (2.0); REVIEW FTX, 3AC, SEC OBJECTIONS (.4) | 2.40 | 2,400.00 |
| 09/13/23 | SILVERBERG | REVIEW PROPOSED PLAN MODIFICATIONS, OBJECTIONS | 0.40 | 556.00 |
| 09/13/23 | AULET | DISCUSSIONS WITH OBJECTOR'S COUNSEL RE: OBJECTION (.5); RESPONDING TO CUSTOMER INQUIRIES (.3) | 0.80 | 960.00 |
| 09/14/23 | SILVERBERG | CONSIDER PLAN MODIFICATIONS RE SETOFF, RELEASE | 1.50 | 2,085.00 |

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Invoice 6967023

October 10, 2023

Page 13

| Date | Professional | Description | Hours | Value |
|------|------------|-------------|-------|-------|
| 09/14/23 | AXELROD | RESEARCH RE FTX PROCEEDING STATUS AND LITIGATION | 3.80 | 3,800.00 |
| 09/14/23 | AULET | REVIEWING JPL EDITS (.5); REVIEWING ISSUES RE: PLAN OVERSIGHT BOARD (.6); ANALYZING POTENTIAL LOAN REPAYMENT SOLUTION AND REVISING PROPOSAL (.8) | 1.90 | 2,280.00 |
| 09/14/23 | JONAS | CORRESPONDENCE RE POSSIBLE STIP W/FTX AND RELATED ISSUES | 0.40 | 660.00 |
| 09/15/23 | SOLIMAN | COMPILE AND INDEX HEARINGS BINDERS FOR CONFIRMATION HEARING ON 9/26 (2.1); CIRCULATE BINDER TO TEAM (.2) | 2.30 | 1,081.00 |
| 09/15/23 | AXELROD | STRATEGIZE RE FTX AND 3AC FORUM ISSUES | 0.80 | 800.00 |
| 09/15/23 | SILVERBERG | REVIEW PLAN MODIFICATIONS | 0.50 | 695.00 |
| 09/15/23 | AULET | RESOLVING LOAN REPAYMENT ISSUES (.7); RESOLVING OVERSIGHT BOARD SIZE REDUCTION ISSUES (.8); CONFIRMATION HEARING PREP (1.3) | 2.80 | 3,360.00 |
| 09/18/23 | SILVERBERG | CONSIDER ISSUES REGARDING PLAN REVISIONS, OVERSIGHT BOARD COMPOSITION | 0.20 | 278.00 |
| 09/18/23 | AXELROD | STRATEGIZE WITH DEBTOR COUNSEL AND FOLLOWUP RE FTX VENUE ISSUES AND STIPULATION (1.3); STRATEGIZE AND REVISE PLAN ADMINISTRATOR AGREEMENT (1.0) | 2.30 | 2,300.00 |
| 09/18/23 | JONAS | PREPARE FOR CALL FTX SETTLEMENT W/DEBTORS' COUNSELS (1.2); FOLLOW UP REVIEW OF RESEARCH (.3) | 1.50 | 2,475.00 |
| 09/18/23 | WINOGRAD | REVIEW DOCS RE FTX SETTLEMENT | 1.00 | 1,280.00 |
| 09/18/23 | AULET | MEETING WITH COCHAIRS RE: OVERSIGHT BOARD ISSUES (.5); STRATEGIZING WITH DEBTORS RE: FTX CLAIMS AND PLAN OBJECTIONS (1.0); MEETING WITH DEBTORS RE: CORE SCI ISSUES (.4) | 1.90 | 2,280.00 |
| 09/19/23 | BOUCHARD | REVIEW TECHNICAL MODIFICATIONS TO PLAN | 0.80 | 960.00 |
| 09/19/23 | AXELROD | EMAILS WITH DEBTORS AND CLIENT RE PHISHING ATTEMPTS (.2); REVIEW AND REDLINE DRAFT PLAN WITH TECHNICAL MODIFICATIONS, RELATED SUPPLEMENT DOCUMENTS (3.3); RESEARCH RE FORUM AND PLAN RESOLUTION ISSUES (.8); MEET WITH COMMITTEE RE SAME, CONFIRMATION PREP (.8); MEET WITH DEBTORS RE CONFIRMATION ISSUES (.5); MEET WITH COUNSEL FOR ANKURA RE PLAN OBJECTION (.5); STRATEGIZE RE PLAN REPLY (.6) | 6.70 | 6,700.00 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Invoice 6967023

October 10, 2023

Page 14

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/19/23 | SILVERBERG | CONFERENCE AMONG BR, K&E TEAMS TO PREPARE FOR PLAN CONFIRMATION (.4); TELEPHONE CONFERENCE WITH ANKURA COUNSEL HOGAN LOVELLS, K. AULET REGARDING CONFIRMATION OBJECTION (.5); FOLLOWUP RESEARCH REGARDING APPLICABILITY OF INDENTURE PROVSIONS (.7); CONFERENCE WITH L. BONSALL (.1); D. ADLER (.4); REGARDING INDENTURE ISSUES; FOLLOWUP CONFERRING WITH K. AULET (.2); REVIEW PROPOSED PLAN MODIFICATIONS (.3) | 2.60 | 3,614.00 |
| 09/19/23 | JONAS | CORRESPONDENCE REGARDING FTX RESOLUTION STATUS | 0.20 | 330.00 |
| 09/19/23 | STARK | T/C M. MEGHJI RE STATUS AND STRATEGY | 0.50 | 975.00 |
| 09/19/23 | AULET | MEETING WITH DEBTORS TO DISCUSS PLAN CONFIRMATION AND ASSOCIATED ISSUES (.7); MEETING WITH DEBTORS RE: CLAIMS ESTIMATION ISSUES (.5); MEETING WITH ANKURA'S COUNSEL RE: OBJECTION (.7); PLAN ADMINISTRATOR AGREEMENT REVISIONS AND REVIEW (1.2); OUTLINING ISSUES WITH FTX STIPULATION (2.6) | 5.70 | 6,840.00 |
| 09/20/23 | AXELROD | DRAFT CONFIRMATION REPLY BRIEF (3.6); ATTEND JUDICIAL MEETING RE ANKURA RE PLAN OBJECTION (.8) | 4.40 | 4,400.00 |
| 09/20/23 | SILVERBERG | CONFERENCE WITH K. AULET RE STATUS CONFERENCE (.1); STATUS CONFERENCE RE COUNSEL FOR ANKURA CONFIRMATION OBJECTION (.6); FOLLOWUP CONFERENCE WITH K. AULET, M. SLADE (.4) | 1.10 | 1,529.00 |
| 09/20/23 | AULET | MEETING TO DISCUSS LOAN REPAYMENT ISSUES (.4); DISCUSSIONS IN COURT CONFERENCE AND WITH ANKURA COUNSEL RE: ANKURA OBJECTION (1.2); STRATEGIZING REGARDING RESPONSE TO FTX INTERCOMPANY OBJECTIONS (.7) | 2.30 | 2,760.00 |
| 09/21/23 | AXELROD | REVISE MEMO RE FTX STIPULATION AND STRATEGIZE RE RESPONSE (3.3); REVIEW PROPOSED CHANGES AND REVISE PLAN AND SUPPLEMENT DOCUMENTS (3.6) | 6.90 | 6,900.00 |
| 09/21/23 | JONAS | CORRESPONDENCE RE GOV CLAIMS, CONFIRMATION HEARING | 0.20 | 330.00 |
| 09/21/23 | SILVERBERG | ANALYSIS OF FTX STIPULATION TO RESOLVE CONFIRMATION OBJECTION | 0.30 | 417.00 |
| 09/22/23 | AXELROD | REVIEW FTX STIP LANGUAGE, REVISE MEMO RE SAME (2.1); REVIEW CHANGES TO PLAN DOCUMENTS AND RESPOND TO DEBTOR COMMENT REQUESTS (2.5) | 4.60 | 4,600.00 |
| 09/22/23 | JONAS | CORRESPONDENCE AND PLEADINGS RE CONFIRMATION | 0.60 | 990.00 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
October 10, 2023

Invoice 6967023
Page 15

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/22/23 | AULET | REVIEW AND NEGOTIATION OVER ANKURA RESOLUTION LANGUAGE (.7); MEETING WITH FTX RE: STIP ISSUES (.5); RESEARCHING SETOFF ISSUES (2.1); MEETING WITH COMMITTEE RE: FTX STIP ISSUES (.5); PREPARING FOR SEALING MOTION HEARING (1); PREPARING FOR CONFIRMATION HEARING (2.9) | 7.70 | 9,240.00 |
| 09/22/23 | SILVERBERG | CORRESPONDENCE WITH BR, K&E REGARDING FTX STIPULATION RESOLVING PLAN CONFIRMATION OBJECTION (.3); ATTEND AND PARTICIPATE ON COMMITTEE CALL REGARDING CONSIDERATION OF FTX SETTLEMENT (.4), ANALYSIS OF CONSIDERATION OF FTX REVISIONS TO APPROVED SETTLEMENT (.5) | 1.20 | 1,668.00 |
| 09/23/23 | SILVERBERG | REVIEW PREPARATIONS FOR CONFIRMATION HEARING (1.0); REVIEW PROPOSED RESOLUTIONS TO CONFIRMATION OBJECTIONS (2.0) | 3.00 | 4,170.00 |
| 09/23/23 | AULET | NEGOTIATING FTX STIPULATION | 2.20 | 2,640.00 |
| 09/24/23 | KASNETZ | CONFIRMATION HEARING PREPARATIONS | 0.20 | 178.00 |
| 09/24/23 | AXELROD | REVIEW AND COMMENT RE FTX STIP LANGUAGE | 1.00 | 1,000.00 |
| 09/24/23 | SILVERBERG | REVIEW REVISIONS TO PLAN CONFIRMATION MATERIALS | 2.50 | 3,475.00 |
| 09/24/23 | AULET | RESOLVING FTX ISSUES | 1.80 | 2,160.00 |
| 09/25/23 | KASNETZ | ANALYZE ISSUES RE MODIFIED 3AC PLAN TREATMENT | 0.40 | 356.00 |
| 09/25/23 | KASNETZ | ANALYZE ISSUES RE FINAL DRAFT OF FTX STIPULATION | 0.60 | 534.00 |
| 09/25/23 | AXELROD | MEET WITH COMMITTEE CO-CHAIR RE CONFIRMATION PREP (.6); REVIEW AND COMMENT RE PLAN AND RELATED FILINGS (1.8) | 2.40 | 2,400.00 |
| 09/25/23 | STARK | T/C K. AULET RE CONFIRMATION HEARING | 0.50 | 975.00 |
| 09/25/23 | BURNS | COMPILE AND INDEX ALL RELEVANT PLEADINGS FOR 9/26 CONFIRMATION HEARING | 1.50 | 735.00 |
| 09/25/23 | BURNS | ARRANGE AND COORDINATE WITH VENDOR TO PRINT BINDERS FOR 9/26 CONFIRMATION HEARING | 0.50 | 245.00 |
| 09/25/23 | AULET | CALL WITH COMMITTEE CO-CHAIRS RE: PLAN CONFIRMATION HEARING (.7); REVISING PLAN REPLY (2.1); PLAN CONFIRMATION PREP (2.7); SEALING MOTION PREP (1.5) | 7.00 | 8,400.00 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice 6967023
October 10, 2023                                                                      Page 16

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/25/23 | SILVERBERG | REVIEW AND REVISE STATEMENT IN SUPPORT OF PLAN CONFIRMATION (.2); REVIEW CONFIRMATION OBJECTIONS (.5); CONSIDER PROPOSED LANGUAGE TO ADDRESS CONFIRMATION OBJECTIONS (.2) | 0.90 | 1,251.00 |
| 09/26/23 | KASNETZ | CONFIRMATION HEARING PREP | 0.20 | 178.00 |
| 09/26/23 | KASNETZ | (VIRTUALLY) ATTEND CONFIRMATION HEARING. | 0.60 | 534.00 |
| 09/26/23 | SAWYER | ATTEND CONFIRMATION HEARING | 3.80 | 3,382.00 |
| 09/26/23 | AXELROD | ATTEND PLAN CONFIRMATION | 3.50 | 3,500.00 |
| 09/26/23 | STARK | PREPARE FOR AND CONDUCT CONFIRMATION HEARING | 8.00 | 15,600.00 |
| 09/26/23 | LENNON | VIRTUAL ATTENDANCE OF CONFIRMANTION HEARING | 3.50 | 3,412.50 |
| 09/26/23 | JONAS | REVIEW OUTCOME OF CONFIRMATION HEARING | 0.50 | 825.00 |
| 09/26/23 | SILVERBERG | CONFIRMATION HEARING PREPARATIONS (.4); ATTEND CONFIRMATION HEARING (VIRTUAL AND IN PERSON) (4.5) | 4.90 | 6,811.00 |
| 09/26/23 | AULET | PREPARING FOR HEARING (2.4); ATTENDING PLAN CONFIRMATION HEARING (4.3) | 6.70 | 8,040.00 |
| 09/28/23 | KASNETZ | ANALYZE CONFIRMATION HEARING TRANSCRIPT | 1.30 | 1,157.00 |
| 09/29/23 | KASNETZ | ANALYZE ISSUES RE 3AC COORDINATION MOTION | 0.60 | 534.00 |
| 09/29/23 | AXELROD | STRATEGIZE RE EFFECTIVE DATE PREP MATTERS | 1.70 | 1,700.00 |
| 09/29/23 | JONAS | FOLLOW UP RE FTX LITIGATION | 0.50 | 825.00 |
| | **Total Hours and Fees** | | **177.80** | **205,636.00** |

# brownrudnick

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6967023 |
| Date | Oct 10, 2023 |
| Client | 039246 |

RE: STAY RELIEF/INJUNCTION LITIGATION

## INVOICE

For professional services rendered in connection with the above captioned matter
through September 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0007 | STAY RELIEF/INJUNCTION LITIGATION | 42,137.50 | 0.00 | 42,137.50 |
| | **Total** | **42,137.50** | **0.00** | **42,137.50** |

| | |
|---|---|
| Total Current Fees | $42,137.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$42,137.50** |



RE: STAY RELIEF/INJUNCTION LITIGATION

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/12/23 | DWOSKIN | REVIEW CASE LAW TO PREPARE FOR MOTION TO DISMISS HEARING | 2.40 | 2,460.00 |
| 09/13/23 | DWOSKIN | REVIEW MATERIALS FOR MOTION TO DISMISS HEARING | 1.90 | 1,947.50 |
| 09/15/23 | DWOSKIN | DRAFT MOTION FOR SUMMARY JUDGMENT RE DOJ SEIZURE | 2.80 | 2,870.00 |
| 09/18/23 | DWOSKIN | OUTLINE MOTION FOR SUMMARY JUDGMENT (3.4); PREPARE FOR MOTION TO DISMISS HEARING (4.5) | 7.90 | 8,097.50 |
| 09/19/23 | DWOSKIN | DRAFT MOTION FOR SUMMARY JUDGMENT (5.2); DRAFT OUTLINE FOR ARGUMENT ON MOTION TO DISMISS (3.1) | 8.30 | 8,507.50 |
| 09/20/23 | KASNETZ | ATTEND SEPTEMBER 20 HEARING | 0.50 | 445.00 |
| 09/20/23 | DWOSKIN | PREPARE FOR HEARING ON MOTION TO DISMISS | 3.60 | 3,690.00 |
| 09/21/23 | AULET | PREPARING FOR (1.0) AND ATTENDING HEARING ON DOJ MOTION TO DISMISS SEIZURE WARRANT ADVERSARY (1.2) | 2.20 | 2,640.00 |
| 09/21/23 | DWOSKIN | PREPARE FOR (1.0) AND CONDUCT (1.5) HEARING ON MOTION TO DISMISS | 2.50 | 2,562.50 |
| 09/22/23 | DWOSKIN | DRAFT SUMMARY JUDGMENT MOTION | 3.30 | 3,382.50 |
| 09/26/23 | DWOSKIN | DRAFT SUMMARY JUDGMENT MOTION | 1.60 | 1,640.00 |
| 09/29/23 | DWOSKIN | DRAFT MOTION FOR SUMMARY JUDGMENT | 3.80 | 3,895.00 |
| | **Total Hours and Fees** | | **40.80** | **42,137.50** |

# brown rudnick

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6967023 |
| Date | Oct 10, 2023 |
| Client | 039246 |

RE: NON-WORKING TRAVEL @ 50%

## I N V O I C E

For professional services rendered in connection with the above captioned matter
through September 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0009 | NON-WORKING TRAVEL @ 50% | 14,110.75 | 0.00 | 14,110.75 |
| | **Total** | **14,110.75** | **0.00** | **14,110.75** |

| | |
|---|---|
| Total Current Fees | $14,110.75 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$14,110.75** |

 BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS          Invoice 6967023
October 10, 2023                                                                Page 20

RE: NON-WORKING TRAVEL @ 50%

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/12/23 | AXELROD | NON-WORKING RETURN TRAVEL FROM NYC | 4.30 | 2,150.00 |
| 09/20/23 | DWOSKIN | NON -WORKING TRAVEL FOR HEARING ON MOTION TO DISMISS | 3.20 | 1,640.00 |
| 09/20/23 | AULET | NON -WORKING TRAVEL TO/FROM HEARING | 2.90 | 1,740.00 |
| 09/21/23 | AULET | NON -WORKING TRAVEL TO (1.5) AND FROM (1.4) DOJ SEIZURE WARRANT HEARING. | 2.90 | 1,740.00 |
| 09/21/23 | DWOSKIN | NON -WORKING TRAVEL TO/FROM NJ FOR HEARING | 1.50 | 768.75 |
| 09/21/23 | DWOSKIN | NON -WORKING TRAVEL BACK FROM HEARING ON MOTION TO DISMISS | 4.00 | 2,050.00 |
| 09/26/23 | SILVERBERG | NON-WORKING RETURN TO NY FROM CONFIRMATION HEARING (TRENTON, NJ) | 1.60 | 1,112.00 |
| 09/26/23 | AULET | NON-WORKING RETURNING FROM HEARING | 1.60 | 960.00 |
| 09/26/23 | STARK | NON-WORKING TRAVEL TO/FROM COURT | 2.00 | 1,950.00 |
| | **Total Hours and Fees** | | **24.00** | **14,110.75** |

# brown rudnick

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6967023 |
| Date | Oct 10, 2023 |
| Client | 039246 |

RE: TAX

## INVOICE

For professional services rendered in connection with the above captioned matter
through September 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0013 | TAX | 3,020.00 | 0.00 | 3,020.00 |
| | **Total** | **3,020.00** | **0.00** | **3,020.00** |

| | |
|---|---|
| Total Current Fees | $3,020.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$3,020.00** |



RE: TAX

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 05/22/23 | HEALY | CF W/ L. WATT AND N.BOUCHARD RE DISPUTE W/ RS RE FILED PROOF OF CLAIM | 0.50 | 462.50 |
| 09/07/23 | GUGLIELMOTTI | REVIEW OF INCOMING CORRESPONDENCE RE: AVAILABLE CUSTOMES DEDUCTIONS (.3): PREPARATION OF RESPONSE TO SAME (.2); STRATEGIZE RE: SAME (.4) | 0.90 | 1,237.50 |
| 09/07/23 | BOUCHARD | REVIEW OF TAX ANALYSIS PREPARED BY LOCAL COUNSEL | 0.70 | 840.00 |
| 09/11/23 | BOUCHARD | REVIEW AND ANALYZE MEMORANDUM PREPARED BY LOCAL COUNSEL | 0.40 | 480.00 |
| | **Total Hours and Fees** | | **2.50** | **3,020.00** |

**brown**rudnick

| | | |
|---|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS NEW YORK, NY 10036 | Invoice | 6967023 |
| | Date | Oct 10, 2023 |
| | Client | 039246 |

RE: CONTESTED MATTERS

## INVOICE

For professional services rendered in connection with the above captioned matter through September 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0020 | CONTESTED MATTERS | 56,304.00 | 0.00 | 56,304.00 |
| | **Total** | **56,304.00** | **0.00** | **56,304.00** |

| | |
|---|---|
| Total Current Fees | $56,304.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$56,304.00** |

RE: CONTESTED MATTERS

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 09/08/23 | JONAS | PROFESSIONALS CALL RE STRATEGY (.5); CALL W/DEBTORS' PROFESSIONALS RE STRATEGY (.6); CORRESPONDENCE RE LIT STRATEGY (.3) | 1.40 | 2,310.00 |
| 09/08/23 | AULET | RESEARCHING ISSUES SURROUNDING POTENTIAL FTX STIPULATION (1.9); DISCUSSING WITH TEAM (.5); DISCUSSIONS WITH DEBTORS (.3) | 2.70 | 3,240.00 |
| 09/12/23 | AXELROD | STRATEGIZE RE FTX LITIGATION VENUE ISSUES | 1.30 | 1,300.00 |
| 09/12/23 | WINOGRAD | REVIEW DOCS (1); EMAILS AND CALL RE STIPULATION AND STRATEGY (.8) | 1.80 | 2,304.00 |
| 09/13/23 | KASNETZ | CONDUCT RESEARCH RE FTX LITIGATION | 2.10 | 1,869.00 |
| 09/14/23 | KASNETZ | CONDUCT LEGAL RESEARCH RE ISSUES IN CONNECTION WITH FTX PROPOSED STIPULATION | 1.80 | 1,602.00 |
| 09/14/23 | KASNETZ | CONDUCT LEGAL RESEARCH RE ISSUES IN CONNECTION WITH FTX PROPOSED STIPULATION | 0.30 | 267.00 |
| 09/15/23 | KASNETZ | ANALYZE ISSUES RE FTX PROPOSED STIPULATION (.9) AND CONDUCT LEGAL RESEARCH IN CONNECTION WITH SAME (2.1) | 3.00 | 2,670.00 |
| 09/16/23 | KASNETZ | ANALYZE ISSUES RE FTX PROPOSED STIPULATION (.2) AND CONDUCT LEGAL RESEARCH IN CONNECTION WITH SAME (.4) | 0.70 | 623.00 |
| 09/17/23 | KASNETZ | ANALYZE ISSUES RE FTX LITIGATION (1.1); CONDUCT LEGAL RESEARCH IN CONNECTION WITH FTX STIPULATION ISSUES (2.3) | 3.40 | 3,026.00 |
| 09/18/23 | KASNETZ | ANALYZE ISSUES RE FTX PROPOSED STIPULATION (2.9) AND CONDUCT LEGAL RESEARCH IN CONNECTION WITH SAME (3.4); DRAFT LEGAL RESEARCH MEMORANDUM (3.1) | 9.40 | 8,366.00 |
| 09/19/23 | KASNETZ | ANALYZE ISSUES RE FTX PROPOSED STIPULATION (1.3) AND CONDUCT LEGAL RESEARCH IN CONNECTION WITH SAME (1.1); DRAFT CLIENT MEMORANDUM (1.3) | 3.70 | 3,293.00 |
| 09/20/23 | KASNETZ | ANALYZE ISSUES RE FTX PROPOSED STIPULATION (1.3) AND CONDUCT LEGAL RESEARCH IN CONNECTION WITH SAME (2.1); DRAFT CLIENT MEMORANDUM (5.9) | 9.30 | 8,277.00 |
| 09/20/23 | AULET | PREPARING FOR AND ATTENDING RE: FTX/3AC CLAIM OBJECTION ISSUES | 1.00 | 1,200.00 |



| Date | Professional | Description | Hours | Value |
|------|--------------|-------------|-------|-------|
| 09/21/23 | KASNETZ | ANALYZE ISSUES RE REVISED FTX STIPULATION (1.5) AND CONDUCT LEGAL RESEARCH IN CONNECTION WITH SAME (3.3); DRAFT RESEARCH MEMORANDUM (1.5) | 6.30 | 5,607.00 |
| 09/21/23 | AULET | REVIEWING RESEARCH AND REVISING MEMO RE: FTX STIPULATION (2.1); INTERNAL DISCUSSIONS RE: STRATEGY FOR FTX STIPULATION (.6); REVIEW OF PROPOSED NEW STIPULATION AND DISCUSSION WITH DEBTORS (1.8) | 4.50 | 5,400.00 |
| 09/22/23 | KASNETZ | ANALYZE ISSUES RE FURTHER REVISED STIPULATION (.9) AND CONDUCT LEGAL RESEARCH RE SAME (.5) | 1.40 | 1,246.00 |
| 09/22/23 | SAWYER | MEETING WITH PROFESSIONALS AND COMMITTEE RE FTX STIPULATION | 0.40 | 356.00 |
| 09/23/23 | KASNETZ | ANALYZE ISSUES RE FTX CLAIM DEFENSES (.7); ANALYZE CLAIM FORUM ISSUES (.3) | 1.00 | 890.00 |
| 09/24/23 | KASNETZ | ANALYZE ISSUES RE FTX FORUM STIPULATION. | 0.20 | 178.00 |
| 09/29/23 | AULET | DISCUSSIONS RE: STAY OF DOJ ADVERSARY IN THE EVENT OF GOVERNMENT SHUTDOWN AND DRAFTING PROPOSED TERMS | 1.90 | 2,280.00 |
| | **Total Hours and Fees** | | **57.60** | **56,304.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6967023 |
| Date | Oct 10, 2023 |
| Client | 039246 |

RE: BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED
CREDITORS



Remittance

**Balance Due:  $286,459.80**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: