# Exhibit B

**brownrudnick**

| | | | | |
|---|---|---|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice | | 6967022 |
| | | Date | | Oct 10, 2023 |
| NEW YORK, NY 10036 | | Client | | 039246 |

RE: COSTS

## INVOICE

For professional services rendered in connection with the above captioned matter through September 30, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0001 | COSTS | 0.00 | 9,625.01 | 9,625.01 |
| | **Total** | **0.00** | **9,625.01** | **9,625.01** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $9,625.01 |
| **Total Invoice** | **$9,625.01** |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6967022
RE: COSTS  Page 2
October 10, 2023

## COST DETAIL

| Date | Description | Value |
|---|---|---|
| 08/28/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 15.00 |
| 08/29/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 40.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 253.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 3,069.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 15.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 6.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 85.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 6.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 200.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 1,188.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 138.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 792.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 60.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 30.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 594.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 25.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 84.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 198.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 25.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 495.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 25.00 |
| 09/02/23 | COPIES | 0.40 |
| 09/06/23 | COPIES | 0.20 |
| 09/06/23 | TAXI - 09/05/23; VENDOR: TRISTAN AXELROD; INVOICE#: 090623; DATE: 9/6/2023 | 28.60 |
| 09/06/23 | TAXI - 09/05/23; VENDOR: TRISTAN AXELROD; INVOICE#: 090623; DATE: 9/6/2023 | 22.69 |
| 09/07/23 | COPIES | 6.00 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6967022
RE: COSTS                                                Page 3
October 10, 2023

| Date | Description | Value |
| --- | --- | --- |
| 09/08/23 | COPIES | 1.50 |
| 09/08/23 | COPIES | 3.90 |
| 09/08/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 09/08/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 50.00 |
| 09/13/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 15.00 |
| 09/13/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 09/13/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 09/13/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 09/14/23 | COPIES | 0.20 |
| 09/14/23 | TRAIN TRAVEL - 9/11-9/12/23; VENDOR: TRISTAN AXELROD; INVOICE#: 091423; DATE: 9/14/2023 | 590.45 |
| 09/14/23 | TAXI - 9/12/23; VENDOR: TRISTAN AXELROD; INVOICE#: 091423; DATE: 9/14/2023 | 38.22 |
| 09/14/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 09/14/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 09/14/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 09/15/23 | COPIES | 7.90 |
| 09/15/23 | COPIES | 1.00 |
| 09/15/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 09/15/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 340.00 |
| 09/15/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 198.00 |
| 09/16/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 49.00 |
| 09/17/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 09/17/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 84.00 |
| 09/18/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 251.00 |
| 09/19/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 09/19/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 35.00 |
| 09/19/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 15.00 |
| 09/20/23 | COPIES | 3.20 |
| 09/20/23 | COPIES | 1.80 |
| 09/20/23 | COPIES | 0.50 |
| 09/20/23 | COPIES | 0.90 |
| 09/20/23 | COPIES | 1.90 |
| 09/20/23 | COPIES | 1.70 |
| 09/20/23 | COPIES | 0.40 |
| 09/20/23 | COPIES | 1.20 |
| 09/20/23 | COPIES | 9.20 |
| 09/20/23 | COPIES | 0.40 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
RE: COSTS  
October 10, 2023

Invoice 6967022  
Page 4

| Date | Description | Value |
|---|---|---|
| 09/20/23 | COPIES | 1.80 |
| 09/20/23 | COPIES | 4.10 |
| 09/20/23 | COPIES | 2.30 |
| 09/20/23 | COPIES | 0.20 |
| 09/20/23 | COPIES | 0.20 |
| 09/20/23 | COPIES | 0.20 |
| 09/20/23 | COPIES | 2.50 |
| 09/20/23 | COPIES | 0.20 |
| 09/20/23 | COPIES | 2.40 |
| 09/20/23 | COPIES | 0.30 |
| 09/20/23 | COPIES | 8.00 |
| 09/20/23 | COPIES | 11.80 |
| 09/20/23 | COPIES | 8.60 |
| 09/20/23 | COPIES | 9.10 |
| 09/26/23 | TAXI - 9/26/23; VENDOR: BENNETT SILVERBERG; INVOICE#: 092623; DATE: 9/26/2023 | 8.75 |
| 09/26/23 | TAXI - 9/26/23; VENDOR: BENNETT SILVERBERG; INVOICE#: 092623; DATE: 9/26/2023 | 15.30 |
| 09/26/23 | TRAIN TRAVEL - 9/26/23; VENDOR: BENNETT SILVERBERG; INVOICE#: 092623; DATE: 9/26/2023 | 133.00 |
| 09/26/23 | COPIES | 0.70 |
| 09/26/23 | COPIES | 1.40 |
| 09/26/23 | COPIES | 0.80 |
| 09/26/23 | COPIES | 3.10 |
| 09/26/23 | COPIES | 5.30 |
| 09/26/23 | COPIES | 1.60 |
| 09/26/23 | COPIES | 1.30 |
| 09/26/23 | COPIES | 0.70 |
| 09/26/23 | COPIES | 0.80 |
| 09/26/23 | COPIES | 8.20 |
| 09/26/23 | COPIES | 1.60 |
| 09/27/23 | COPIES | 11.60 |
| 09/27/23 | COPIES | 0.70 |
| 09/27/23 | COPIES | 1.40 |
| 09/27/23 | COPIES | 2.10 |
| 09/27/23 | COPIES | 4.60 |
| 09/27/23 | COPIES | 5.00 |
| 09/27/23 | COPIES | 2.00 |

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
RE: COSTS  
October 10, 2023  

Invoice 6967022  
Page 5

| Date | Description | Value |
|---|---|---:|
| 09/27/23 | COPIES | 0.70 |
| 09/27/23 | COPIES | 1.50 |
| 09/27/23 | COPIES | 0.20 |
| 09/27/23 | COPIES | 0.10 |
| 09/28/23 | COPIES | 3.00 |
| 09/28/23 | COPIES | 3.00 |
| 09/28/23 | COPIES | 11.60 |
| 09/28/23 | COPIES | 3.00 |
| | **Total Costs** | **9,625.01** |

## COST SUMMARY

| Description | Value |
|---|---:|
| TRAIN TRAVEL | 723.45 |
| TAXI | 113.56 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 8,618.00 |
| COPIES | 170.00 |
| **Total Costs** | **9,625.01** |

*INCLUDES ONLY TIME AND COSTS TO DATE*  
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*  
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

| | | |
|---|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>NEW YORK, NY 10036 | Invoice<br>Date<br>Client | 6967022<br>Oct 10, 2023<br>039246 |

RE: COSTS



## Remittance

**Balance Due:  $9,625.01**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: