| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY (TRENTON)** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| John W. Weiss <br> Joseph C. Barsalona II <br> **PASHMAN STEIN WALDER HAYDEN, P.C.** <br> 101 Crawfords Corner Road, Suite 4202 <br> Holmdel, NJ 07733 <br> Telephone: (732) 852-2481 <br> Facsimile: (732) 852-2482 <br> Email:   jweiss@pashmanstein.com <br>             jbarsalona@pashmanstein.com <br><br> *Counsel to the Joint Liquidators* <br> *of Three Arrows Capital, Ltd. (in liquidation)* | **Order Filed on October 12, 2023** <br> **by Clerk** <br> **U.S. Bankruptcy Court** <br> **District of New Jersey** |
| In Re: <br><br> BLOCKFI INC., *et al.*,[1] <br>             Debtors. | Chapter 11 <br><br> Case No. 22-19361 (MBK) <br><br> Jointly Administered |

## ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

The relief set forth on the following page is **ORDERED**.

**DATED: October 12, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On request of the Joint Liquidators of Three Arrows Capital, Ltd. (in liquidation) (the "**Joint Liquidators**"), by and through the Joint Liquidators' counsel, to seal the following documents: (i) the *Motion of the Joint Liquidators of Three Arrows Capital, LTD. for Coordination Among Courts* [Dkt. No. 1623] (the "**Coordination Motion**"); and (ii) the *Declaration of Russell Crumpler in Support of the Motion of the Joint Liquidators for Authorization to File Motion for Coordination Among Courts Under Seal* [Dkt. No. 1625-1] ("**Crumpler Declaration**"), each filed on September 28, 2023, and the court having considered the request and any objection there to, it is

☐ ORDERED that the request is denied and the underlying document(s) shall be deleted from the court's electronic filing system.

☐ ORDERED that the request is granted and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.

FURTHER ORDERED that the Coordination Motion and the Crumpler Declaration of Russell Crumpler shall be unredacted to the extent the BVI Claims Information is unsealed in the BVI Court.