| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**MIDDLEBROOKS SHAPIRO, P.C.**<br>841 Mountain Avenue, First Floor<br>Springfield, New Jersey 07081<br>(973) 218-6877<br>(973) 218-6878 (fax)<br>Joseph M. Shapiro, Esq.<br>jshapiro@middlebrooksshapiro.com<br><br>*Withdrawing Attorneys for Wilson Cotrim* | Order Filed on October 10, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>**BLOCKFI INC.**, et al.,<br><br>    Debtors. | Case No.: 22-19361-MBK<br>(Jointly Administered)<br><br>Chapter 11<br><br>Honorable Michael B. Kaplan, Chief Judge |

**CONSENT ORDER AUTHORIZING WITHDRAWAL OF APPEARANCE
BY MIDDLEBROOKS SHAPIRO, P.C. ON BEHALF OF WILSON COTRIM
PURSUANT TO D.N.J. LBR 9010-2(b) AND D.N.J. LBR 9021-1
AND GRANTING RELATED RELIEF**

The relief set forth on the following page, numbered two (2), is **ORDERED**.

**DATED: October 10, 2023**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page (2)
In re: BlockFi Inc., et al.
Case No.: 22-19361-MBK
Caption: Consent Order Authorizing Withdrawal of Appearance By Middlebrooks Shapiro, P.C. on behalf of Wilson Cotrim Pursuant to D.N.J. LBR 9010-2(b) and D.N.J. LBR 9021-1 and Granting Related Relief

Upon the application of Middlebrooks Shapiro, P.C. for entry of a proposed Consent Order pursuant to D.N.J. LBR 9010-2(b) and D.N.J. LBR 9021-1 authorizing its withdrawal of appearance on behalf of Wilson Cotrim and granting related relief (the "Application"); and good and sufficient notice of the Motion having been given, and it appearing that no further notice of the relief requested in the Application is required; and after due deliberation and cause appearing therefore;

**IT IS HEREBY ORDERED** that:

1. The Application is granted as set forth herein.

2. Withdrawal of appearance by Middlebrooks Shapiro, P.C. on behalf of Wilson Cotrim is hereby authorized effective as of the entry of this Order.

3. Wilson Cotrim is hereby authorized to proceed in this matter *pro se*.

4. This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from this Order.

5. This Order is effective immediately upon entry.

The undersigned consent to the form and entry of the within Consent Order:

                                      **MIDDLEBROOKS SHAPIRO, P.C.**
                                      841 Mountain Avenue, First Floor
                                      Springfield, New Jersey 07081
                                      (973) 218-6877
                                      *Withdrawing Attorneys for Wilson Cotrim*

By Wilson Cotrim, *pro se*                  /s/ Joseph M. Shapiro

                                      By: Joseph M. Shapiro, Esq.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19361-MBK |
| BlockFi Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 10, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2023:**

**Recip ID        Recipient Name and Address**
db             + BlockFi Inc., 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691-1910

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 12, 2023            Signature:        /s/Gustava Winters