| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY (TRENTON)**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| John W. Weiss<br>Joseph C. Barsalona II<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>101 Crawfords Corner Road, Suite 4202<br>Holmdel, NJ 07733<br>Telephone: (732) 852-2481<br>Facsimile: (732) 852-2482<br>Email:    jweiss@pashmanstein.com<br>            jbarsalona@pashmanstein.com<br><br><br>*Counsel to the Joint Liquidators*<br>*of Three Arrows Capital, Ltd. (in liquidation)* | Order Filed on October 12, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>BLOCKFI INC., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |

CORRECTED

**ORDER CONCERNING REQUEST TO SEAL DOCUMENTS**

The relief set forth on the following page is **ORDERED**.

**DATED: October 12, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On request of the Joint Liquidators of Three Arrows Capital, Ltd. (in liquidation) (the "**Joint Liquidators**"), by and through the Joint Liquidators' counsel, to seal the following documents: (i) the *Motion of the Joint Liquidators of Three Arrows Capital, LTD. for Coordination Among Courts* [Dkt. No. 1623] (the "**Coordination Motion**"); and (ii) the *Declaration of Russell Crumpler in Support of the Motion of the Joint Liquidators for Authorization to File Motion for Coordination Among Courts Under Seal* [Dkt. No. 1625-1] ("**Crumpler Declaration**"), each filed on September 28, 2023, and the court having considered the request and any objection there to, it is

☐ ORDERED that the request is denied and the underlying document(s) shall be deleted from the court's electronic filing system.

☒ ORDERED that the request is granted and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.

FURTHER ORDERED that the Coordination Motion and the Crumpler Declaration of Russell Crumpler shall be unredacted to the extent the BVI Claims Information is unsealed in the BVI Court.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19361-MBK |
| BlockFi Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 12, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + BlockFi Inc., 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691-1910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2023          Signature:     /s/Gustava Winters