**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BlockFi Inc., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Andrew Chan, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

Dated: October 13, 2023

*/s/ Andrew Chan*
Andrew Chan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 13, 2023, by Andrew Chan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] The Debtors in these chapter 11 cases, and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

**<u>Exhibit A</u>**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 605 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | April 21, 2023 |
| 628 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | April 21, 2023 |
| 881 | Name on File<br>Address on File | SHZ Aviation LLC<br>Attn: Ziki Slav<br>3 Columbus Circle<br>New York, NY 10019 | June 16, 2023 |
| 882 | Name on File<br>Address on File | SHZ Aviation LLC<br>Attn: Ziki Slav<br>3 Columbus Circle<br>New York, NY 10019 | May 26, 2023 |
| 883 | Name on File<br>Address on File | SHZ Aviation LLC<br>Attn: Ziki Slav<br>3 Columbus Circle<br>New York, NY 10019 | June 16, 2023 |
| 884 | Name on File<br>Address on File | SHZ Aviation LLC<br>Attn: Ziki Slav<br>3 Columbus Circle<br>New York, NY 10019 | October 13, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 885 | Name on File<br>Address on File | SHZ Aviation LLC<br>Attn: Ziki Slav<br>3 Columbus Circle<br>New York, NY 10019 | October 13, 2023 |
| 890 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | May 26, 2023 |
| 975 | Name on File<br>Address on File | Novawulf Digital Master Fund, L.P.<br>Attn: Michael Abbate<br>9 Federal Street<br>Easton, MD 21601 | June 16, 2023 |
| 976 | Name on File<br>Address on File | Novawulf Digital Master Fund, L.P.<br>Attn: Michael Abbate<br>9 Federal Street<br>Easton, MD 21601 | June 16, 2023 |
| 977 | Name on File<br>Address on File | Novawulf Digital Master Fund, L.P.<br>Attn: Michael Abbate<br>9 Federal Street<br>Easton, MD 21601 | June 16, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1121 | Name on File<br>Address on File | NovaWulf Digital Master Fund, L.P.<br>Attn: Michael Abbate<br>9 Federal Street<br>Easton, MD 21601 | June 30, 2023 |
| 1228 | Name on File<br>Address on File | SHZ Aviation LLC<br>Attn: Ziki Slav<br>3 Columbus Circle<br>New York, NY 10019 | July 28, 2023 |
| 1344 | Name on File<br>Address on File | BFCP IV LLC<br>c/o Nexxus Holdings Operations LLC<br>Attn: Timothy Babich<br>800 Miramonte Dr., Suite 380<br>Santa Barbara, CA 93109 | October 13, 2023 |
| 1355 | Name on File<br>Address on File | Faroe Services LLC<br>PMB 1149<br>224 W 35th St. Ste 500<br>New York, NY 19122 | October 13, 2023 |
| 1413 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | September 18, 2023 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1426 | Name on File<br>Address on File | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1384 Broadway, Suite 906<br>New York, NY 10018 | September 18, 2023 |