George S. Wynns
124 Brewster Street
San Francisco, CA 94110-5304
415-279-7397
georgewynns@gmail.com

**FILED**
JEANNE A. NAUGHTON, CLERK
OCT 16 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:  BLOCKFI, INC., Et al.<br><br>Debtors. | ) Case No. 22-19361  Chapter 11<br>)<br>) **MOTION OF SECURED**<br>) **CREDITOR GEORGE WYNNS**<br>) **FOR RETURN OF HIS 4.22**<br>) **BITCOIN IN EXCHANGE FOR**<br>) **OWED UPON LOAN.**<br>)<br>)<br>)<br>) Motion Hearing:  November 6,<br>) 2023, 11:00 a.m.<br>)<br>) Honorable Michael B. Kaplan, Judge |

Secured Creditor George S. Wynns respectfully requests that the present

1

Motion shall be heard at the same time as his Objection and Response to the Debtor's Tenth Omnibus Objection to Certain Claims, and said Debtor's Objection are heard, on November 6, 2023, by this Honorable Court.

The present Motion reiterates the secured creditor's ("Wynns's") request made in his Objection and Response timely filed with the Court October 2, 2023 and served via email and U.S. Mail (Docket No. 1633).

Wynns's supporting Affidavit was timely filed with the Court on October 3, 2023, (Docket No. 1652), and his accompanying Affidavit of Service was received on the same date and should have been filed by the Court under the same docket number. However, it appears that the Court Clerk apparently filed the supporting Affidavit twice and did not file the accompanying Affidavit of Service. Accordingly, that affidavit of service is Appended hereto as Exhibit A.

Wynns respectfully relies upon the arguments and authorities cited in his Objection and Response (Docket No. 1633) and supporting Affidavit (Docket 1652) for the present motion.

Wynns argues that he is entitled to the return of his 4.22 Bitcoin, which he still owns and placed with the Debtor solely the purpose of securing his loans from the Debtor, as detailed in his Objection and Response and Affidavit Supporting on file with the Court. Wynns was current on payments required for

2

the loans at the time the present bankruptcy proceeding was filed and had never been in default on the loans. The Debtor had promised to return Wynns's Bitcoin upon payment of the amount owing on the loans.

Wynns respectfully requests that the Court Order that counsel for the Debtor will make arrangements with Wynns for the return of his Bitcoin in exchange for Wynns's payment of the amount owed on the loans, which Wynns is presently ready, willing and able to pay.

Wynns intends to appear at the November 6th hearing via Zoom. However, if for any reason Wynns is unable to appear, he respectfully requests that the order requested shall be granted based upon Wynns's proof of claim submitted in January 2023 (which is appended as an Exhibit to his Objection and Response), and based upon the papers submitted.

Dated: October 14, 2023

Respectfully submitted.

*[signature]*

George S. Wynns

3