# EXHIBIT A

George S. Wynns
124 Brewster Street
San Francisco, CA 94110-5304
415-279-7397
georgewynns@gmail.com

**FILED**
JEANNE A. NAUGHTON, CLERK
OCT 16 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: BLOCKFI, INC., Et al.<br><br>Debtors. | ) Case No. 22-19361  Chapter 11<br>)<br>) **AFFIDAVIT OF SERVICE BY**<br>) **CREDITOR GEORGE WYNNS**<br>) **OF CREDITOR'S**<br>) **OBJECTION TO DEBTOR'S**<br>) **TENTH OMNIBUS**<br>) **OBJECTION TO CERTAIN**<br>) **CLAIMS AND SUPPORTING**<br>) **AFFIDAVIT.**<br>)<br>)<br>) Motion Hearing: October 10, 2023<br>) 11:00 a.m.<br>)<br>) Honorable Michael B. Kaplan |

**AFFIDAVIT OF SERVICE VIA EMAIL AND FIRST-CLASS MAIL**

I, George Wynns, declare as follows:

1

1.      I have been given express permission by the Debtor's Counsel and Committee counsel to serve them with my Objection to the Debtor's Tenth Omnibus Objection to Certain Claims via email and supporting Affidavit, which I have done. I also telephoned the Office of the United States Trustee to receive the same permission. They have not yet returned my call, but I believe it is safe to presume that their Office has no objection to service via email of my Objection and supporting Affidavit.

2.      On October 14, 2023, I served the attorneys for the Debtor's Counsel, the Committee Counsel, and the United States Trustee with the present Motion via email, in accordance with the directions found on page 10 of the Tenth Omnibus Objection at the following email addresses as follows:

Richard.kanowitz@hayesboone.com; Jordan.chavez@hayesboone.com; lauren.sisson@hayesboone.com; msirota@coleschotz.com; fyudkin@coleschotz.com; rstark@brownrudkin.com; kaulet@brownrudkin.com; dstolz@genovaburns.com; dclarke@genovaburns.com; Jeffrey.m.sponder@usdoj.gov; and lauren.bielskie@usdoj.gov.

3.      I have also served the counsel to the Debtor, Haynes Boone, LLP, with the same by United States mail, first-class postage prepaid, to their New York office address at 30 Rockefeller Plaza, 26th Floor, New York, NY with attention to their

2

attorney representatives for the present case and in the same manner to Committee Counsel at Seven Times Square, New York, NY 10036, and to the United States Trustee for the District of New Jersey at One Newark Center, Suite 2100, Newark, NJ 07102, with attention to the appropriate representatives for the present case. Said service was made via U.S. Mail, first-class postage prepaid, from San Francisco, California on October 14, 2023, by deposit into a U.S. Mail mailbox or receptacle.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

Dated: October 14, 2023

/s/ George S. Wynns

George S. Wynns

George S. Wynns
124 Brewster Street
San Francisco, CA 94110
415-279-7397
georgewynns@gmail.com

**FILED**
JEANNE A. NAUGHTON, CLERK
OCT 16 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

Oct. 14, 2023

Clerk of the Court
U.S. Bankruptcy Court
402 E. State St.
Trenton, NJ 08608-1507
608-858-933

Re No 22-19367 MBK

Dear Clerk of the Court:

Please file the enclosed Motion for the hearing on November 6, 2023 on the date received. I am sending it via Fedex to be delivered on Monday, October 16, 2023.

Envelope enclosed for file-stamped copies    *ALSO, AFFIDAVIT OF SERVICE*

Thank you very much.

George Wynns
Secured Creditor.