George S. Wynns
124 Brewster Street
San Francisco, CA 94110-5304
415-279-7397
georgewynns@gmail.com

**FILED**
JEANNE A. NAUGHTON, CLERK

OCT 16 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

In re: BLOCKFI, INC., Et al.

Debtors.

) Case No. 22-19361  Chapter 11
)
) **AFFIDAVIT OF SERVICE BY**
) **CREDITOR GEORGE WYNNS**
) **OF CREDITOR'S**
) **OBJECTION TO DEBTOR'S**
) **TENTH OMNIBUS**
) **OBJECTION TO CERTAIN**
) **CLAIMS AND SUPPORTING**
) **AFFIDAVIT.**
)
)
) Motion Hearing:  October 10, 2023
) 11:00 a.m.
)
)  Honorable Michael B. Kaplan

**AFFIDAVIT OF SERVICE VIA EMAIL AND FIRST-CLASS MAIL**

I, George Wynns, declare as follows:

1

1.      I have been given express permission by the Debtor's Counsel and Committee counsel to serve them with my Objection to the Debtor's Tenth Omnibus Objection to Certain Claims via email and supporting Affidavit, which I have done.  I also telephoned the Office of the United States Trustee to receive the same permission.  They have not yet returned my call, but I believe it is safe to presume that their Office has no objection to service via email of my Objection and supporting Affidavit.

2.      I served the attorneys for the Debtor's Counsel, the Committee Counsel, and the United States Trustee, in accordance with the directions found on page 10 of the Tenth Omnibus Objection at the following email addresses as follows:

Richard.kanowitz@hayesboone.com; Jordan.chavez@hayesboone.com; lauren.sisson@hayesboone.com; msirota@coleschotz.com; fyudkin@coleschotz.com; rstark@brownrudkin.com; kaulet@brownrudkin.com; dstolz@genovaburns.com; dclarke@genovaburns.com; Jeffrey.m.sponder@usdoj.gov; and lauren.bielskie@usdoj.gov.

3.      I have also served the counsel to the Debtor, Haynes Boone, LLP, with the same by United States mail, first-class postage prepaid, to their New York office address at 30 Rockefeller Plaza, 26th Floor, New York, NY with attention to their attorney representatives for the present case and in the same manner to Committee

Counsel at Seven Times Square, New York, NY 10036, and to the United States

Trustee for the District of New Jersey at One Newark Center, Suite 2100,

Newark, NJ 07102, with attention to the appropriate representatives for the

present case.

     I declare under penalty of perjury under the laws of the United States the

foregoing is true and correct.

Dated:  October 2, 2023

/s/  George S. Wynns

George S. Wynns