# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Case No.: _____

Hearing Date: _____

Chapter: _____

Judge: _____

## NOTICE OF HEARING

You are hereby notified of a hearing before _____,
in the United States Bankruptcy Court, District of New Jersey.

**Reason for Hearing:** _____

_____

**Location of Hearing:**  Hearings may be conducted by Zoom, telephone, or in person.

- If by **Zoom**, please see the Judge's page on the Court's website for the Zoom link:
    http://www.njb.uscourts.gov/content/honorable-michael-b-kaplan

- If by **Telephone**, please sign up through Court-Solutions
    (visit www.court-solutions.com or the Court's website, www.njb.uscourts.gov, for more information)

- If **In-Person**, at the following address:    Courtroom No. ____

**Date/Time of Hearing:** _____, or as soon thereafter as counsel may be heard.

| **Court Appearances:** | **Required by Zoom** | **Required In-Person** |
| --- | --- | --- |
| | **Required by Telephone** | **Are NOT Required** |

DATE: _____    JEANNE A. NAUGHTON, Clerk
                                  By: _____, Deputy Clerk

_____

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____ this notice was served on the following:

JEANNE A. NAUGHTON, Clerk
By: _____, Deputy Clerk

*rev. 8/24/23*