**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500

*Bankruptcy Counsel for Cameron Wyatt*

| | |
|---|---|
| In re: | Chapter 11 |
| BlockFi Inc., *et al.*,[1] | Case No. 22-19361 (MBK) |
| Debtors. | |

## CERTIFICATION OF SERVICE

1. I, Elizabeth Lawler, pursuant to 28 U.S.C. § 1746, certify as follows:

   ☐ I represent _____ in this matter.

   ☒ I am a paralegal employed by the law firm of Lowenstein Sandler LLP, bankruptcy counsel to Cameron Wyatt in the above-captioned case.

   ☐ I am the _____ in this case and am representing myself.

2. On October 17, 2023, the following document was electronically filed with the Court, using the Court's Electronic Filing System and served via the court's CM/ECF system on the parties that have consented to electronic service of all court filings:

   (i) *Cameron Wyatt's Notice Of Appeal Of Revised Findings Of Fact, Conclusions Of Law, And Order (I) Approving The Disclosure Statement Relating To The Third Amended Joint Chapter 11 Plan Of Blockfi Inc. And Its Debtor Affiliates Pursuant*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

-2-

*To Chapter 11 Of The Bankruptcy Code On A Final Basis And (Ii) Confirming The Third Amended Joint Chapter 11 Plan Of Blockfi Inc. And Its Debtor Affiliates Pursuant To Chapter 11 Of The Bankruptcy Code (Additional Technical Modifications)* [Docket No. 1745]

3. Also on October 17, 2023, I caused the foregoing document to be served on the parties listed on Exhibit A in the manner listed therein.

I certify under penalty of perjury that the above-referenced document was sent using the mode of service indicated.

Date:   October 17, 2023                         */s/ Elizabeth Lawler*
                                                 Elizabeth Lawler

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Cole Schotz, PC<br>E-mail: msirota@coleschotz.com<br>E-mail: wusatine@coleschotz.com | Co-Counsel to Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joshua A. Sussberg, Esq.<br>Christine Okike, Esq.<br>Kirkland & Ellis LLP<br>E-mail: joshua.sussberg@kirkland.com<br>E-mail: christine.okike@kirkland.com | Counsel to Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Richard S. Kanowitz, Esq.<br>Kenric D. Kattner, Esq.<br>Haynes and Boone, LLP<br>E-mail: richard.Kanowitz@haynesboone.com<br>E-mail: kenric.kattner@haynesboone.com | Co-counsel for the Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the US Trustee<br>Jeffrey Sponder, Esq.<br>Lauren Bielskie, Esq.<br>United States Department of Justice<br>One Newark Center, Suite 2100<br>Newark, NJ   07102<br>E-mail: jeffrey.m.sponder@usdoj.gov<br>E-mail: lauren.bielskie@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert J. Stark, Esq.<br>Kenneth J. Aulet, Esq.<br>Bennett S. Silverberg, Esq.<br>Susan Sieger-Grimm, Esq.<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>Email: rstark@brownrudnick.com<br>E-mail: kaulet@brownrudnick.com<br>E-mail:  bsilverberg@brownrudnick.com<br>E-mail:  ssieger-grimm@brownrudnick.com | Counsel for the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |

44531/2
10/17/2023 **214710723**.1

-4-

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Stephen D. Palley, Esq.<br>Brown Rudnick LLP<br>601 Thirteenth Street, NW<br>Washington, DC 20005<br>E-mail: spalley@brownrudnick.com | Counsel for the Official Committee of Unsecured Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>Genova Burns LLC<br>E-mail: dstolz@genovaburns.com<br>E-mail: dclarke@genovaburns.com<br>E-mail: gkinoian@genovaburns.com | Local Counsel for the Committee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: E- Mail (As authorized by the Court or by rule. Cite the rule if applicable.) |