| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D. N.J. LBR 9004-2(c) <br><br> **GOODWIN PROCTER LLP** <br> Howard S. Steel, Esq. (*pro hac vice* pending) <br> Meghan K. Spillane, Esq. (*pro hac vice* pending) <br> Meredith Mitnick, Esq. (NJ Bar No. 337002020) <br> The New York Times Building <br> 620 Eighth Avenue <br> New York, NY 10018 <br> 212-813-8800 <br> hsteel@goodwinlaw.com <br> mspillane@goodwinlaw.com <br> mmitnick@goodwinlaw.com <br> *Counsel to Deserve, Inc.* |  <br><br> Order Filed on October 16, 2023 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In re <br><br> BlockFi, Inc., et al.,[1] <br><br>                     Debtors. | Case No. 22-19361 (MBK) <br><br> Chapter 11 <br><br> (Jointly Administered) |

### ORDER FOR ADMISSION OF PRO HAC VICE

    The relief set forth on the following page is hereby ORDERED.

Debtors:          BLOCKFI, INC., et al.
Case No.        22-19361 (MBK)
Caption of Order:   ORDER GRANTING PRO HAC VICE ADMISSION FOR MEGHAN K. SPILLANE, ESQ.

    This matter having been brought before the Court on application for an Order for Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant,

**DATED: October 16, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

outof-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc. 78, D.N.J. L.Civ.R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that Meghan K. Spillane, Esq. be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ.R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders; and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L.Civ.R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order; and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102
*Attention*: Pro Hac Vice Admissions

and it is further ORDERED that the applicant shall be bound by the Local Rules of the

ACTIVE/121810848.1

United State District Court for the District of New Jersey and the Local Rules of Bankruptcy

Procedure for the District of New Jersey; and it is further

**ORDERED** that the Clerk shall forward a copy of this order to the Treasurer of New

Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

ACTIVE/121810848.1

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19361-MBK |
| BlockFi Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 16, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2023:**

**Recip ID          Recipient Name and Address**
db                  + BlockFi Inc., 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691-1910

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 18, 2023                              Signature:        /s/Gustava Winters