**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Moheen Ahmad, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 11, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Fee Application Service List attached hereto as **Exhibit A**:

- Sixth Monthly Fee Statement of Deloitte Tax LLP as Tax Services Provider to the Debtors and Debtors-in-possession for the Period from August 1, 2023 Through August 31, 2023 [Docket No. 1705]

- Monthly Fee Statement of Brown Rudnick LLP for the Month of September 2023. Objections due by October 25, 2023 [Docket No. 1712]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691

Dated: October 16, 2023

/s/ *Moheen Ahmad*
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 16, 2023, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**<u>Exhibit A</u>**

Exhibit A
Fee Application Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | NOTICE NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to John Lymn | Akerman LLP | | Attn: Steven R. Wirth | steven.wirth@akerman.com | Email |
| Counsel to Proposed Securities Class Action Lead Plaintiff Cameron Wyatt | Andrews Devalerio LLP | | Attn: Daryl Andrews, Glen DeValerio | daryl@andrewsdevalerio.com glen@andrewsdevalerio.com | Email |
| Counsel to Kyle Klaus | Ansell Grimm & Aaron, P.C. | | Attn: Anthony J. D'Artiglio, Joshua S. Bauchner | ajd@ansellgrimm.com jb@ansellgrimm.com | Email |
| Counsel to Rui Pedro Vaz dos Santos Teixeira | Barclay Damon LLP | | Attn: Scott L. Fleischer | sfleischer@barclaydamon.com | Email |
| Counsel to Ge Song | Boyle & Valenti Law, P.C. | | Attn: Carrie J. Boyle, Esq. | cboyle@b-vlaw.com | Email |
| Counsel to Proposed Securities Class Action Lead Plaintiff Cameron Wyatt | Bronstein, Gewirtz & Grossman, LLC | | Attn: Peretz Bronstein | peretz@bgandg.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | | Attn: Robert J. Stark, Kenneth Aulet, Bennett S. Silverberg | rstark@brownrudnick.com kaulet@brownrudnick.com bsilverberg@brownrudnick.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP | | Attn: Stephen D. Palley | spalley@brownrudnick.com | Email |
| Counsel to Matthew Gordon | Dorf & Nelson LLP | | Attn: Andrew P. Marks | amarks@dorflaw.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Genova Burns LLC | | Attn: Daniel M. Stolz, Donald W. Clarke, Gregory S. Kinoian, Esq. | dstolz@genovaburns.com dclarke@genovaburns.com | Email |
| Counsel to Scratch Services LLC | George Brothers Kincaid & Horton, LLP | | Attn: B.Russell Horton | rhorton@gbkh.com | Email |
| Interested Party | George S. Wynns | | Attn: George S. Wynns | georgewynns@gmail.com | Email |
| Counsel to George J. Gerro | Gerro & Gerro | | Attn: George J. Gerro | george@gerrolaw.com | Email |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Gibbons P.C. | | Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly | rmalone@gibbonslaw.com btheisen@gibbonslaw.com kmcevilly@gibbonslaw.com | Email |
| Counsel to PrimeBlock Operations LLC | Goldstein & McClintock LLLP | | Attn: Matthew E. McClintock, Harley Goldstein, Daniel C. Curth | mattm@goldmclaw.com harleyg@restructuringshop.com danc@goldmclaw.com | Email |
| Counsel to Deserve, Inc. | Goodwin Procter LLP | | Attn: Meredith L. Mitnick | mmitnick@goodwinlaw.com | Email |
| Counsel to Nancy Fout and Estate of Herman Katzenell | Gorski & Knowlton Pc | | Attn: Carol L. Knowlton, Allen I. Gorski | cknowlton@gorskiknowlton.com agorski@gorskiknowlton.com | Email |
| Counsel to Undisclosed Creditors having filed Proof of Claim Numbers 1842 and 1998 | Grant & Eisenhofer P.A. | Attn: Jason M. Avellino 123 Justison Street Wilmington DE 19801 | Attn: Jason M. Avellino | | First Class Mail |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | | Attn: Christopher R. Donoho III, Christopher R. Bryant | robert.ripin@hoganlovells.com chris.donoho@hoganlovells.com chris.bryant@hoganlovells.com | Email |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP | | Attn: David P. Simonds, Edward J. McNeilly | david.simonds@hoganlovells.com edward.mcneilly@hoganlovells.com | Email |
| Counsel to Silvergate Bank | Holland & Knight LLP | | Attn: Barbra R. Parlin | barbra.parlin@hklaw.com | Email |
| Counsel to John M. Von Pischke | Jack Shrum, P.A. | | Attn: "J" Jackson Shrum | jshrum@jshrumlaw.com | Email |
| Counsel to the Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | | Attn: Adam S. Ravin, Adam J. Goldberg, Christopher Harris, Brett M. Neve, Nacif Taousse, Marissa Alter-Nelson | adam.ravin@lw.com adam.goldberg@lw.com christopher.harris@lw.com brett.neve@lw.com nacif.taousse@lw.com marissa.alter-nelson@lw.com | Email |
| Counsel to the Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP | | Attn: Nima H. Mohebbi, Tiffany M. Ikeda | nima.mohebbi@lw.com tiffany.ikeda@lw.com | Email |
| Counsel to PrimeBlock Operations LLC | Law Offices of Douglas T. Tabachnik, P.C. | | Attn: Douglas T. Tabachnik | dtabachnik@dttlaw.com | Email |
| Counsel to Yuri Mushkin | Lazare Potter Giacovas & Moyle LLP | | Attn: Anna Pia D. Felix, Michael T. Conway | afelix@lpgmlaw.com mconway@lpgmlaw.com | Email |

Exhibit A
Fee Application Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | NOTICE NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Renard Ihlenfeld | Lee, LLC | | Attn: Peter Y. Lee | Peter.Lee@LeeAdvocates.Com | Email |
| Counsel to Proposed Securities Class Action Lead Plaintiff Cameron Wyatt | Lowenstein Sandler LLP | | Attn: Michael S. Etkin, Michael Papandrea | metkin@lowenstein.com  mpapandrea@lowenstein.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | McCarter & English, LLP | | Attn: David J. Adler, Joseph R. Scholz | dadler@mccarter.com  jscholz@mccarter.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | McCarter & English, LLP | | Attn: Lisa S. Bonsall | lbonsall@mccarter.com | Email |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | | Attn: Gaston P. Loomis | gloomis@mdmc-law.com | Email |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | | Attn: Jeffrey Bernstein | jbernstein@mdmc-law.com | Email |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | | Attn: Nicole Leonard | nleonard@mdmc-law.com | Email |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | | Attn: Virginia T. Shea | vshea@mdmc-law.com | Email |
| Counsel to John A. Javes and Wilson Cotrim | Middlebrooks Shapiro, P.C. | | Attn: Joseph M. Shapiro | jshapiro@middlebrooksshapiro.com | Email |
| Counsel to Marex Capital Markets Inc. formerly known as E D & F Man Capital Markets, Inc. | Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | | Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein | KRWalsh@mintz.com  TDoherty@mintz.com  DBaumstein@mintz.com | Email |
| Counsel to Samuel Bankman-Fried | Montgomery McCracken Walker & Rhoads, LLP | Attn: Edward L. Schnitzer  457 Haddonfield Road  6th Floor  Cherry Hill NJ 08002 | Attn: Edward L. Schnitzer | | First Class Mail |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | | Attn: John C. Goodchild, III, Matthew C. Ziegler | john.goodchild@morganlewis.com  matthew.ziegler@morganlewis.com | Email |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP | | Attn: Joshua Dorchak, David K. Shim | joshua.dorchak@morganlewis.com  david.shim@morganlewis.com | Email |
| TN Dept of Commerce and Insurance | Office of The Tennessee Attorney General | | Attn: Bankruptcy Division | gina.hantel@ag.tn.gov | Email |
| Counsel to Brian J. McLaughlin | Offit Kurman, P.A. | | Attn: Brian J. McLaughlin | brian.mclaughlin@offitkurman.com | Email |
| Counsel to the Moneeb Ahmed Waseem | Offit Kurman, P.A. | | Attn: Paul J. Weinterhalter | pwinterhalter@offitkurman.com | Email |
| Counsel to Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Pashman Stein Walder Hayden, P.C. | | Attn: John W. Weiss, Joseph C. Barsalona II | jweiss@pashmanstein.com  jbarsalona@pashmanstein.com | Email |
| Counsel to Proposed Securities Class Action Lead Plaintiff Cameron Wyatt | Pomerantz LLP | | Attn: Jeremy A. Lieberman, J. Alexander Hood II, Brian Calandra | jalieberman@pomlaw.com  ahood@pomlaw.com  bcalandra@pomlaw.com | Email |
| Counsel to Zachary Lee Prince and Flori Marquez | Porzio, Bromberg & Newman, P.C. | | Attn: Robert M. Schechter, Warren J. Martin | rmschechter@pbnlaw.com  wjmartin@pbnlaw.com | Email |
| Counsel to Shaoky Taraman and Noah Powell | Putnick Legal, LLC | | Attn: Mary E. Putnick | marybeth@putnicklegal.com | Email |
| Counsel to The Ad Hoc Group of Actual Wallet Holders; BCF 2020 Investments, LLC, BMB 2020 Investments, LLC, Brent Pratt, Bryant Foulger, Clayton Foulger, FP Equity Investments, LLC and Scott Foulger | Reed Smith LLP | | Attn: Kurt F. Gwynne | kgwynne@reedsmith.com  meckard@reedsmith.com | Email |
| Counsel to Bryant F. Foulger | Reed Smith LLP | | Attn: Kurt F. Gwynne, Jason D. Angelo | kgwynne@reedsmith.com  jangelo@reedsmith.com | Email |
| Counsel to Zachary Lee Prince | Shearman & Sterling LLP | | Attn: R. Thaddeus Behrens, Daniel H. Gold | thad.behrens@shearman.com  dan.gold@shearman.com | Email |
| Counsel to Rui Pedro Vaz dos Santos Teixeira | Singer & Levick, P.C. | | Attn: Larry A. Levick | Levick@singerlevick.com | Email |
| Counsel to Towards Equilibrium, LLC d/b/a Equi ("Towards Equilibrium") | Stevens & Lee, P.C. | | Attn: John C. Kilgannon | john.kilgannon@stevenslee.com | Email |

In re: BlockFi Inc., et al.
Case No. 22-19361 (MBK)

Page 2 of 4

Exhibit A
Fee Application Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | NOTICE NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Bruce Gilling, Martin Mikolajczyk, Mitchell Eglar, Brian Graddon, Matthew Hoselton, Michiel Hemminga, Kole Kottmeter, Ashton Rincon, William Warburton, Daniel Gusovsky, Clayton Bargsten, Joseph Borremans, Brendan Pena, Alberto Olivo, Steven Lee, Ellison Bak, Scott Aufenanger, Wayne Akey and Andrew Martinez, Damon Andersson | Straffi & Straffi, LLC | | Attn: Daniel E. Straffi | bkclient@straffilaw.com | Email |
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP | | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora | dietdericha@sullcrom.com bromleyj@sullcrom.com gluecksteinb@sullcrom.com porporam@sullcrom.com | Email |
| Counsel to the Fee Examiner | Traurig Law LLC | | Attn: Jeffrey Traurig | jtraurig@trauriglaw.com | Email |
| Counsel to the Ad Hoc Committee of Wallet Account Holders | Troutman Pepper Hamilton Sanders LLP | | Attn: Deborah Kovsky-Apap | deborah.kovsky@troutman.com | Email |
| Counsel to The United States Of America | U.S. Department of Justice – Civil Division | | Attn: Jessica L. Cole | jessica.cole@usdoj.gov | Email |
| Counsel to United States of America | U.S. Department of Justice – Civil Division Commercial Litigation Branch | | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro, | seth.shapiro@usdoj.gov | Email |
| Counsel to United States of America | U.S. Department of Justice Civil Division | | Attn: Seth B. Shapiro | seth.shapiro@usdoj.gov | Email |
| Counsel to Cipher Mining Inc. and Cipher Mining Technologies Inc. | Venable LLP | | Attn: Andrew J. Currie | AJCurrie@Venable.com | Email |
| Counsel to Cipher Mining Inc. and Cipher Mining Technologies Inc. | Venable LLP | | Attn: Michael A. Guerra, Jeffrey S. Sabin and Carol A. Weiner | MAGuerra@Venable.com JSsabin@venable.com CWeinerlevy@venable.com | Email |
| Counsel to Kristen Vorhees | Wadsworth, Garber, Warner and Conrardy, P.C. | | Attn: Aaron A. Garber | agarber@wgwc-law.com | Email |
| Counsel to Timothy Price | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | | Attn: Simon Aron | saron@wrslawyers.com | Email |
| Counsel to Flori Marquez | Zuckerman Gore Brandeis & Crossman, LLP | | Attn: John K. Crossman, Karen S. Park, Jeffrey L. Friesen | jcrossman@zukermangore.com kpark@zukermangore.com jfriesen@zukermangore.com | Email |
| Berkeley Research Group | Berkeley Research Group | | Attn: Mark Renzi | mrenzi@thinkbrg.com | Email |
| Brown Rudnick LLP | Brown Rudnick LLP | | Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq. | rstark@brownrudnick.com; kaulet@brownrudnick.com; bsilverberg@brownrudnick.com | Email |
| Brown Rudnick LLP | Brown Rudnick LLP | | Attn: Stephen D. Palley, Esq. | spalley@brownrudnick.com | Email |
| Cole Schotz P.C. | Cole Schotz P.C. | | Attn: Michael D. Sirota, Warren A. Usatine | Msirota@coleschotz.com; wusatine@coleschotz.com | Email |
| Fee Examiner | Fee Examiner | | Attn: Elise S. Frejka | efrejka@frejka.com | Email |
| Haynes and Boone, LLP | Haynes and Boone, LLP | | Attn: Richard S. Kanowitz | richard.kanowitz@haynesboone.com | Email |
| Haynes and Boone, LLP | Haynes and Boone, LLP | | Attn: J. Frasher Murphy, Jordan E. Chavez | frasher.murphy@haynesboone.com; jordan.chavez@haynesboone.com | Email |
| Kirkland & Ellis LLP | Kirkland & Ellis LLP | | Attn: Christine A. Okike, Francis Petrie, Joshua Sussberg | christine.okike@kirkland.com; francis.petrie@kirkland.com; jsussberg@kirkland.com | Email |
| Kroll Restructuring Administration LLC | Kroll Restructuring Administration LLC | | Attn: Legal Department | legal@kbs.kroll.com; Gabriel.brunswick@kroll.com; shira.weiner@kroll.com | Email |
| Moelis & Company | Moelis & Company | | Attn: Barak Klein, Jared Dermont | barak.klein@moelis.com; jared.dermont@moelis.com | Email |
| Office of the United States Trustee | Office of the United States Trustee | | Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq. | Lauren.Bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov | Email |

Exhibit A
Fee Application Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | NOTICE NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Traurig Law LLC | Traurig Law LLC | | Attn: Jeffrey Traurig | jtraurig@trauriglaw.com | Email |