|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D. N.J. LBR 9004-2(c) <br><br> **GOODWIN PROCTER LLP** <br> Howard S. Steel, Esq.  (*pro hac vice* pending) <br> Meghan K. Spillane, Esq. (*pro hac vice* pending) <br> Meredith Mitnick, Esq. (NJ Bar No. 337002020) <br> The New York Times Building <br> 620 Eighth Avenue <br> New York, NY 10018 <br> 212-813-8800 <br> hsteel@goodwinlaw.com <br> mspillane@goodwinlaw.com <br> mmitnick@goodwinlaw.com <br> *Counsel to Deserve, Inc.* |  |
| In re <br><br> BlockFi, Inc., et al.,[1] <br><br>                      Debtors. | Case No. 22-19361 <br><br> Chapter 11 |

# Certificate of Service

I, Abby Morin, hereby certify as follows:

1. I am employed at Goodwin Procter LLP, counsel for Deserve, Inc., a Creditor in this matter.

2. On October 10, 2023, I caused the following pleading(s) and/or document(s) to be served by the method set forth on the Master Service List:

    a. Application for Attorney Meghan K. Spillane to Appear Pro Hac Vice

    b. Application for Attorney Howard S. Steel to Appear Pro Hac Vice

New York, New York
Dated: October 19, 2023

                                                        */s/ Abby Morin*
                                                        Abby Morin