UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on October 19, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BlockFi Inc.

| | |
|---|---|
| Case No.: | 22-19361 (MBK) |
| Chapter: | 11 |
| Hearing Date: | n/a |
| Judge: | Michael B. Kaplan |

**ORDER GRANTING IN PART and DENYING IN PART DEBTORS' Motion re: For Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of Top 50 Unsecured Creditors and Consolidated List of Creditors, (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information of Individual Creditors, Clients, Equity Holders, and Current and Former Employees, (III) Authorizing Client Name Redaction, (IV) Waiving the Requirement to File an Equity List and Provide Notices Directly to Equity Security Holders, and (V) Granting Related Relief**

The relief set forth on the following pages, numbered two (2) through    2    is **ORDERED**.

**DATED: October 19, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the Debtors' Motion (ECF No. 4) seeking entry of an Order (I) Authorizing the Debtors to File a Consolidated List of Top 50 Unsecured Creditors and Consolidated List of Creditors, (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information of Individual Creditors, Clients,, Equity Holders, and Current and Former Employees, (III) Authorizing Client Name Redaction, (IV) Waiving the Requirement to File an Equity List and Provide Notices Directly to Equity Security Holders, and (V) Granting Related Relief (the "Motion")1; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 157 and Standing Order 12-1 (Simandle, C.J.), Standing Order of Reference to the Bankruptcy Court Under Title 11, dated September 18, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the United States Trustee for Region 3, Andrew R. Vara, having filed an Objection to the Motion (ECF No. 232) (the "Objection"); and the Court having reviewed the Motion and the Objection; and the Court having held a hearing (the "Hearing") on the Motion; and the Court having fully reviewed the parties' submissions and the arguments set forth on the record, IT IS HEREBY

ORDERED that Debtors' Motion is GRANTED as to all individual creditors, clients, equity holders, and current and former employees; and it is further

ORDERED that Debtors' Motion is DENIED as to all corporations or other business entities; and it is further

ORDERED that Debtors are authorized to file any lists, schedules, statements, and other documents required pursuant to this ruling within 30 days of entry of this Order.