# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re: 

Chapter: _____

Case Number: _____

Civil Number: _____

Adversary Number: _____

Bankruptcy Judge: _____

## TRANSMITTAL OF DOCUMENT(S) TO:
❑ **DISTRICT COURT**   ❑ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

❑ Notice of Appeal  ❑ Order being Appealed  ❑ Designation of Record on Appeal

❑ Statement of Issues  ❑ Transcript  ❑ Transcript Ordered On: _____

❑ Motion for Leave to Appeal  ❑ Certification of Failure to File Designation  ❑ Motion to Withdraw the Reference

❑ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____. The parties to the appeal are:

Appellant(s): _____   Appellee(s): _____

Attorney: _____   Attorney: _____

Address: _____   Address: _____

_____   _____

Title of Order Appealed: #1655 and #1660 Revised Findings of Fact, Conclusions of Law and Order (I) Approving The Disclosure Statement Relating to the Third Amended Joint Chapter 11 Plan of Blockfi Inc, and Its

Date Entered On Docket: debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code on a Final Basis and (II) Confirming

❑  An appeal has not previously been filed in this case.

❑  The following list contains information regarding all appeals previously filed in this case:

| **District Court Case Number** | **District Court Judge Assigned** | **Date of Transmission of Record to District Court** |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____   Judge assigned: _____

By: _____   Date: _____

*rev. 8/28/17*