**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD**
**AUGUST 1ST, 2023 THROUGH AUGUST 31TH, 2023**

| | | | | |
|---|---|---|---|---|
| Debtor: | BlockFi Inc. | | Applicant: | M3 Partners |
| Case No.: | 22-19361(MBK) | | Client: | Unsecured Creditors Committee |
| Chapter: | 11 | | Case Filed: | November 28, 2022 |

**SECTION 1**
**FEE SUMMARY**

Monthly Fee Statement No.  8         or  ☐  Final Fee Application

Summary of Amounts Requested for the Period from August 1, 2023 through August 31, 2023

| | |
|---|---|
| Total Fees: | $471,146.00 |
| Total Disbursements: | $312.76 |
| Minus 20% holdback of Fees ($94,229.20): | $376,916.80 |
| Amount Sought at this Time: | $377,229.56 |

| Professional | Position | Rate | Hours | Fees |
|---|---|---|---|---|
| Mohsin Meghji | Managing Partner | $1,350 | 33.5 | $45,225.00 |
| Matthew Manning | Managing Director | $1,150 | 99.0 | $113,850.00 |
| Ken Ehrler | Managing Director | $1,150 | 3.8 | $4,370.00 |
| Seth Herman | Director | $945 | 1.8 | $1,701.00 |
| Brian Bostwick | Vice President | $750 | 107.5 | $80,625.00 |
| Daniel O'Connell | Senior Associate | $650 | 131.9 | $85,735.00 |
| Matthew Altman | Associate | $550 | 30.2 | $16,610.00 |
| Brennan Lytle | Associate | $550 | 189.0 | $103,950.00 |
| Steven Peters | Analyst | $450 | 42.4 | $19,080.00 |
| **Total** | | | **639.1** | **$471,146.00** |

| | |
|---|---|
| Fee Totals: | $471,146.00 |
| Disbursements Totals: | $312.76 |
| Total Fee Application | $471,458.76 |

**SECTION II SUMMARY
OF SERVICES**

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Sales:**<br>On an ongoing basis, M3 will meet with the Debtors' advisors and management to evaluate potential transactions, including sales and settlements of loans and other assets, as well as conducting due diligence on negotiations and counterparties. | 29.6 | $23,511.00 |
| b) | **Case Administration**<br>On an ongoing basis, M3 conferred with the UCC Committee, its advisors, and the Debtors' advisors to monitor various case issues, develop and execute its work plan, and manage risks and progress in these Chapter 11 Cases. | 81.2 | $71,770.00 |
| c) | **Cash Budget**<br>On an ongoing basis, M3 will evaluate, and diligence the Debtors' cash forecast and potential sources of liquidity including variances to prior cash forecasts, evaluating need for alternative liquidity sources, and expected and actual changes in crypto asset (coin) balances. | 0.0 | $0.00 |
| d) | **Claims/Liabilities Subject to Compromise**<br>On an ongoing basis, M3 will estimate and evaluate the claims pool and conduct analysis into potential recoveries under various scenarios affecting distributable value, claims class definition, priority, and issues relevant in the case such as asset ownership and claim type (e.g., coin type). | 67.5 | $43,575.00 |
| e) | **Court Attendance/Participation**<br>On an ongoing basis, M3 will prepare for and attend appropriate Court Hearings associated with the Chapter 11 process to represent the UCC and monitor case progress. inquires. | 0.8 | $920.00 |
| f) | **Fee Application**<br>On an ongoing basis, M3 will prepare employment and fee applications for itself. | 7.9 | $5,725.00 |
| g) | **Financial & Operational Matters**<br>On an ongoing basis, M3 will analyze the Debtor-in-possession's post-filing operations and issues related to its financial performance, liquidity, operating efficiency, and assess risks that may impact creditor recoveries or the businesses' viability. | 331.0 | $213,260.00 |
| h) | **General Correspondence with Debtors & Debtors' Professionals**<br>On an ongoing basis, M3 will communicate with the Debtors' professionals throughout the restructuring process, including in pursuit of diligence requests, requesting additional information from management, or addressing questions from the Debtors. | 19.3 | $17,365.00 |
| i) | **General Correspondence with UCC & UCC Counsel**<br>On an ongoing basis, M3 will communicate with the UCC Committee members, its counsel, and other advisors on topics including case strategy, workstream organization and progress, risk management, and addressing questions from other stakeholders and their advisors. | 21.9 | $23,955.00 |

| | | | |
|---|---|---|---|
| j) | **Miscellaneous Motions** | 0.0 | $0.00 |
| | On an ongoing basis, M3 supports counsel through preparing diligence for motions and objections, reviewing the monthly operating reports, and preparing counsel and Committee members for hearings (e.g., First Day, 341A, motion approvals). | | |
| k) | **Plan of Reorganization/Disclosure Statement** | 79.9 | $71,065.00 |
| | On an ongoing basis, M3 will complete analysis to maximize the value of the assets through due diligence and distribution schedules needed to create a Plan of Reorganization and Disclosure Statements. M3 will review and diligence analysis completed by the Debtors related to confirmation and solicitation. | | |
| l) | **Potential Avoidance Actions/Litigation Matters** | 0.0 | $0.00 |
| | On an ongoing basis, M3 will complete analysis associated with potential investigations and in support of avoidance actions and any litigation matters. | | |
| m) | **SOFAs & SOALs** | 0.0 | $0.00 |
| | On an ongoing basis, M3 will complete analysis of the Debtors' filed schedules and statements, including but not limited to reconciling filings with underlying support information and performing detailed diligence to assess the completeness and accuracy of information reported, as well as conduct ad-hoc analyses with SOFA/SOAL information. | | |
| | **SERVICE TOTALS:** | 639.1 | $471,146.00 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Taxi / Car Service** | $124.02 |
| b) | **Air Travel** | $0.00 |
| c) | **Train** | $0.00 |
| d) | **Mileage** | $0.00 |
| e) | **Hotels** | $0.00 |
| f) | **Business Meals** | $134.58 |
| g) | **Parking** | $0.00 |
| h) | **Conference Calls** | $54.16 |
| **DISBURSEMENTS TOTAL:** | | $312.76 |

I certify under penalty of perjury that the above is true.

Date: October 19, 2023

*/s/ Mohsin Y. Meghji*

MOHSIN Y. MEGHJI

M3 Advisory Partners, LP ("M3 Partners") submits this Eighth Monthly Fee Statement of M3 Partners for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor for The Official Committee of Unsecured Creditors for the Period from August 1, 2023 through August 31, 2023 ("Eighth Monthly Fee Statement"), pursuant to the Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court entered on January 17, 2023 [Docket No. 307] (the "Interim Compensation Order").

Exhibit "A" sets forth the detailed time records for the services performed for the period covered by this Eighth Monthly Fee Statement. Exhibit "B" sets forth a detailed breakdown of all out-of-pocket disbursements necessarily incurred.

WHEREFORE, M3 Partners respectfully requests payment of fees for the Eighth Monthly Fee Statement in the sum of $376,916.80, together with expenses of $312.76, for a total requested payment of $377,229.56, in accordance with the terms of the Interim Compensation Order.

Dated: October 19, 2023

        **M3 PARTNERS**
        *Financial Advisor to the Official Committee of Unsecured Creditors*

        By: /s/ Mohsin Y. Meghji
        Mohsin Y. Meghji