# Exhibit "B"

44

**Exhibit B - Summary of Expenses by Category**

| Description | Total |
|---|---:|
| Taxi/Car Service | $124.02 |
| Train | $0.00 |
| Parking | $0.00 |
| Hotels | $0.00 |
| Business Meals | $134.58 |
| Conference calls | $54.16 |
| **Total (a)** | **$312.76** |

**Note:**

   Total amounts are based on M3's expense reporting system as of the date of this Monthly Report and may not be reflective of all expenses incurred during the Reporting Period.  As such, future
(a)   monthly reports may include expenses incurred during the Reporting Period.

| Date | Amount | Category | Payer | Notes |
|---|---|---|---|---|
| 7/12/2023 | $ 30.95 | Taxi/Car Service | Steven Peters | Late night car home from office |
| 8/8/2023 | $ 22.55 | Business Meals | Brennan Lytle | Business Meals: Local Working Dinner |
| 8/8/2023 | $ 25.93 | Taxi/Car Service | Brennan Lytle | Late night car home from office |
| 8/11/2023 | $ 30.00 | Business Meals | Brennan Lytle | Business Meals: Local Working Dinner |
| 8/11/2023 | $ 33.66 | Business Meals | Steven Peters | Business Meals: Local Working Dinner |
| 8/14/2023 | $ 18.37 | Business Meals | Steven Peters | Business Meals: Local Working Dinner |
| 8/16/2023 | $ 30.00 | Business Meals | Brennan Lytle | Business Meals: Local Working Dinner |
| 8/16/2023 | $ 19.33 | Taxi/Car Service | Brennan Lytle | Late night car home from office |
| 8/17/2023 | $ 19.90 | Taxi/Car Service | Brennan Lytle | Late night car home from office |
| 8/17/2023 | $ 27.91 | Taxi/Car Service | Brennan Lytle | Late night car home from office |
| 8/31/2023 | $ 54.16 | Conference Calls | M3 Team | Conference call system |