# Exhibit "A"

| Task Category | Hours | Fees |
|---|---|---|
| Asset Sales | 5.5 | $4,842.50 |
| Case Administration | 56.3 | $57,775.00 |
| Claims/Liabilities Subject to Compromise | 27.8 | $20,100.00 |
| Court Attendance/Participation | 16.7 | $15,935.00 |
| Fee Application | 17.4 | $12,400.00 |
| Financial & Operational Matters | 147.9 | $99,065.00 |
| General Correspondence with Debtor & Debtors' Professionals | 17.1 | $19,825.00 |
| General Correspondence with UCC & UCC Counsel | 18.2 | $19,530.00 |
| Plan of Reorganization/Disclosure Statement | 144.9 | $127,765.00 |
| SOFAs & SOALs | 6.0 | $3,900.00 |
| **Total** | **457.8** | **$381,137.50** |

*Asset Sales*

On an ongoing basis, M3 will meet with the Debtors' advisors and management to evaluate potential transactions, including sales and settlements of loans and other assets, as well as conducting due diligence on negotiations and counterparties.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | - | $0.00 |
| Manning, Matthew | Managing Director | $1,150 | 2.3 | $2,645.00 |
| Ehrler, Ken | Managing Director | $1,150 | - | $0.00 |
| Herman, Seth | Director | $945 | 0.5 | $472.50 |
| Bostwick, Brian | Vice President | $750 | - | $0.00 |
| O'Connell, Daniel | Senior Associate | $650 | 2.4 | $1,560.00 |
| Lytle, Brennan | Associate | $550 | 0.3 | $165.00 |
| **Total** | | | **5.5** | **$4,842.50** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 9/3/2023 | Lytle, Brennan | Asset Sales | Review sale process materials for details re: creditor | 0.3 |
| 9/4/2023 | Herman, Seth | Asset Sales | Review information from marketing process related to inbound interest from crypto lender | 0.3 |
| 9/5/2023 | O'Connell, Daniel | Asset Sales | Research related to mining loan counterparty, in response to proposed loan settlement provided by counterparty | 1.6 |
| 9/5/2023 | O'Connell, Daniel | Asset Sales | Iteration of loan settlement proposal presentation materials for UCC based on feedback provided by M. Manning and B. Bostwick (M3) | 0.8 |
| 9/5/2023 | Herman, Seth | Asset Sales | Call with B Tichenor (Moelis) re: inbound from crypto lender | 0.2 |
| 9/6/2023 | Manning, Matthew | Asset Sales | Review Digistar situation and recommendation | 0.3 |
| 9/8/2023 | Manning, Matthew | Asset Sales | Correspondence with M. Mestayer (Moelis) re: potential counterparty | 0.1 |
| 9/12/2023 | Manning, Matthew | Asset Sales | Correspondence with J. Chu (Company) re: JV | 0.2 |
| 9/13/2023 | Manning, Matthew | Asset Sales | Correspondence with J. Chu (Company) re: JV (.2); correspondence with D. O'Connell (M3) re: same (.1) | 0.3 |
| 9/14/2023 | Manning, Matthew | Asset Sales | Correspondence with J. Chu (Company) re: JV | 0.1 |
| 9/25/2023 | Manning, Matthew | Asset Sales | Review proposed Deserve settlement (.2) and correspondence with T. Axelrod (BR) re: same (.1) | 0.3 |
| 9/27/2023 | Manning, Matthew | Asset Sales | Correspondence with K. Stoyanov (Company) re: JV | 0.1 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 9/29/2023 | Manning, Matthew | Asset Sales | Review Digistar documentation provided by Debtors | 0.9 |

***Case Administration***

On an ongoing basis, M3 conferred with the UCC Committee, its advisors, and the Debtors' advisors to monitor various case issues, develop and execute its work plan, and manage risks and progress in these Chapter 11 Cases.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | 13.9 | $18,765.00 |
| Manning, Matthew | Managing Director | $1,150 | 22.2 | $25,530.00 |
| Ehrler, Ken | Managing Director | $1,150 | - | $0.00 |
| Herman, Seth | Director | $945 | - | $0.00 |
| Bostwick, Brian | Vice President | $750 | 3.5 | $2,625.00 |
| O'Connell, Daniel | Senior Associate | $650 | 16.7 | $10,855.00 |
| Lytle, Brennan | Associate | $550 | - | $0.00 |
| **Total** | | | **56.3** | **$57,775.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 9/4/2023 | Manning, Matthew | Case Administration | Prepare for (.3) and participate in meeting with Committee Members (.4); correspondence with UCC members and BR team re: same (.2) | 0.9 |
| 9/6/2023 | Manning, Matthew | Case Administration | Discussion with BR, GB, ME, M3 teams re: fee examiner comments to interim fee applications (.5); correspondence with the same parties re: same (.2); review of M3 interim fee application and responses (.4) | 1.1 |
| 9/6/2023 | Meghji, Mohsin | Case Administration | Discussions regarding fee examiner preliminary report (.4) and correspondence regarding same (.3) | 0.7 |
| 9/7/2023 | Manning, Matthew | Case Administration | Discussion with B. Bostwick, D. O'Connell (M3) re: workstreams and next steps | 0.6 |
| 9/7/2023 | Manning, Matthew | Case Administration | Discussion and correspondence with Fee Examiner re: first interim fee application (.2); review fee examiner filing draft (.2) and correspondence with BR team re: same (.2) | 0.6 |
| 9/7/2023 | O'Connell, Daniel | Case Administration | Meeting with M. Manning and B. Bostwick (M3) to discuss key workstream updates | 0.6 |
| 9/8/2023 | Manning, Matthew | Case Administration | Discussions with M. Meghji (M3) re: case status | 0.3 |
| 9/8/2023 | Meghji, Mohsin | Case Administration | Discuss with M. Manning regarding case status | 0.3 |
| 9/9/2023 | O'Connell, Daniel | Case Administration | Call with M. Manning, B. Bostwick, and B. Lytle (M3) to discuss key workstream updates | 0.4 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 9/11/2023 | Meghji, Mohsin | Case Administration | Review correspondence regarding next steps with respect to plan supplement and operations | 0.9 |
| 9/12/2023 | Bostwick, Brian | Case Administration | Meet with M. Manning, D. O'Connell, B. Lytle (M3) to discuss workstreams | 0.5 |
| 9/12/2023 | O'Connell, Daniel | Case Administration | Meeting with M. Manning and B. Bostwick (M3) to discuss outcomes and next steps following weekly UCC meeting | 0.8 |
| 9/12/2023 | Manning, Matthew | Case Administration | Prepare for (.9) and participate in UCC update call (1.5) | 2.4 |
| 9/13/2023 | O'Connell, Daniel | Case Administration | Participate in meeting with M. Manning and B. Bostwick (M3) to discuss key workstream updates | 0.3 |
| 9/13/2023 | Manning, Matthew | Case Administration | Review and revise weekly tracker for UCC with D. O'Connell (M3) | 0.3 |
| 9/13/2023 | Bostwick, Brian | Case Administration | Call with M. Manning, D. O'Connell (M3) to discuss workstreams | 0.5 |
| 9/13/2023 | O'Connell, Daniel | Case Administration | Meeting with M. Manning (M3) to discuss updates to Operating Spend and Workstream Tracker for the period August 16-31, 2023 | 0.7 |
| 9/13/2023 | O'Connell, Daniel | Case Administration | Review and synthesis of various filings related to FTX and 3AC objections as well as other individual creditors | 0.8 |
| 9/14/2023 | Meghji, Mohsin | Case Administration | Review and give comments to UCC materials | 0.7 |
| 9/19/2023 | Meghji, Mohsin | Case Administration | Prepare (.7) and attend strategy and next steps meeting (.9) | 1.6 |
| 9/19/2023 | Manning, Matthew | Case Administration | Prepare for (.4) and participate in discussion with UCC and advisors (.9) re: strategy and next steps | 1.3 |
| 9/20/2023 | Manning, Matthew | Case Administration | Correspondence with Company and M. Meghji (M3) re: meeting | 0.3 |
| 9/20/2023 | Meghji, Mohsin | Case Administration | Review various correspondence regarding litigation and key case updates | 1.1 |
| 9/20/2023 | Manning, Matthew | Case Administration | Correspondence with M. Meghji (M3) re: litigation | 0.2 |
| 9/21/2023 | Manning, Matthew | Case Administration | Correspondence with Oversight Committee on outstanding items | 0.2 |
| 9/22/2023 | Meghji, Mohsin | Case Administration | Correspondence with Elementus and BR regarding sealing disputes (.6) and various other correspondence and discussions on workstreams, case updates and next steps (1.1) | 0.6 |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 9/22/2023 | Manning, Matthew | Case Administration | Correspondence with M. Galka (Elementus) and K. Aulet (BR) and M. Meghji (M3) re: sealing disputes and preparation for hearing | 0.8 |
| 9/22/2023 | Manning, Matthew | Case Administration | Correspondence with UCC advisors re: first interim fee application holdbacks (.7); review amounts due and reconciliation of same (.4) | 1.1 |
| 9/22/2023 | O'Connell, Daniel | Case Administration | Meeting with B. Lytle (M3) to discuss reconciliation analysis of the first interim fee application | 0.3 |
| 9/23/2023 | O'Connell, Daniel | Case Administration | Meeting with B. Lytle and M. Manning (M3) to discuss presentation materials related to a potential stipulation agreement with FTX/Alameda | 0.5 |
| 9/25/2023 | Manning, Matthew | Case Administration | Correspondence with Oversight Committee members re: in person meeting | 0.3 |
| 9/25/2023 | O'Connell, Daniel | Case Administration | Call with M. Manning (M3) to review materials related to a potential claim settlement between Company and counterparty | 0.3 |
| 9/26/2023 | Manning, Matthew | Case Administration | Review presentations ahead of discussions re: FTX (.6); correspondence with M. Meghji (M3) re: same (.2) | 0.8 |
| 9/27/2023 | Manning, Matthew | Case Administration | Participate in meeting with M. Meghji, D. O'Connell (M3), BlockFi Oversight Board, and litigation firm to discuss case strategy | 1.0 |
| 9/27/2023 | Manning, Matthew | Case Administration | Participate in meeting with M. Meghji (M3), BlockFi Oversight Board, and litigation firm to discuss case strategy | 1.0 |
| 9/27/2023 | O'Connell, Daniel | Case Administration | Review materials from counsel re: post emergence litigation for BlockFi Oversight Board | 2.8 |
| 9/27/2023 | O'Connell, Daniel | Case Administration | Attend call with M. Manning, M. Meghji (M3), Oversight Boarding members, and legal counsel to discuss case strategy | 1.0 |
| 9/27/2023 | Manning, Matthew | Case Administration | Debrief with M. Meghji (M3) and BlockFi Oversight Board re: prior meetings (.5) and review materials re: same (.3) | 0.8 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 9/27/2023 | Manning, Matthew | Case Administration | Participate in meeting with M. Meghji, D. O'Connell (M3), BlockFi Oversight Board, and litigation firm to discuss case strategy | 1.0 |
| 9/27/2023 | O'Connell, Daniel | Case Administration | Review materials from counsel re: post emergence litigation | 1.4 |
| 9/27/2023 | Bostwick, Brian | Case Administration | Review presentations ahead of FTX discussions | 2.0 |
| 9/27/2023 | Meghji, Mohsin | Case Administration | Review presentations in preparation to the FTX meeting | 0.6 |
| 9/27/2023 | Meghji, Mohsin | Case Administration | Debrief discussions and correspondence with Matt Manning (M3) and BlockFi Oversight Board regarding case strategy | 1.0 |
| 9/27/2023 | O'Connell, Daniel | Case Administration | Meeting with M. Manning (M3) to discuss key workstream updates | 0.5 |
| 9/27/2023 | Meghji, Mohsin | Case Administration | Attend meetings with BlockFi Oversight Board, litigation firm and M. Manning, D. O'Connell (M3) to discuss case strategy | 3.2 |
| 9/27/2023 | Manning, Matthew | Case Administration | Review presentations ahead of discussions re: FTX (.4); correspondence with M. Meghji (M3) re: same (.2) | 0.6 |
| 9/28/2023 | O'Connell, Daniel | Case Administration | Meeting with M. Meghji (M3), BlockFi Oversight Board, and law firm to discuss potential post-emergence litigation strategy | 1.0 |
| 9/28/2023 | Manning, Matthew | Case Administration | Meet with D. O'Connell, B. Bostwick (M3) to discuss workstreams | 0.5 |
| 9/28/2023 | Meghji, Mohsin | Case Administration | Various calls and correspondence regarding workstreams | 1.1 |
| 9/28/2023 | O'Connell, Daniel | Case Administration | Participate in meeting with M3 (M. Manning, M. Meghji), BlockFi Oversight Board, and litigation firm to discuss case strategy | 1.0 |
| 9/28/2023 | Manning, Matthew | Case Administration | Participate in meeting with M. Meghji, D. O'Connell (M3), BlockFi Oversight Board, and litigation firm to discuss case strategy | 1.0 |
| 9/28/2023 | Meghji, Mohsin | Case Administration | Attend meetings with BlockFi Oversight Board, D. O'Connell (M3) and litigation firm to discuss case strategy | 1.2 |
| 9/28/2023 | Bostwick, Brian | Case Administration | Meet with M. Manning, D. O'Connell (M3) to discuss workstreams | 0.5 |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 9/28/2023 | Manning, Matthew | Case Administration | Review and prepare materials re: FTX discussions | 0.7 |
| 9/28/2023 | O'Connell, Daniel | Case Administration | Review materials from counsel re: post emergence litigation | 2.4 |
| 9/29/2023 | Manning, Matthew | Case Administration | Participate in meeting with D. O'Connell (M3) to iterate comparable crypto case analysis | 0.9 |
| 9/29/2023 | O'Connell, Daniel | Case Administration | Participate in meeting with M. Manning (M3) to iterate comparable crypto case analysis | 0.9 |
| 9/29/2023 | Meghji, Mohsin | Case Administration | Litigation Firm Debrief meetings with Oversight Committee (1) and discussions with law firms regarding same (.4) | 0.9 |
| 9/29/2023 | O'Connell, Daniel | Case Administration | Participate in call with M. Manning (M3) to review presentation materials to be provided to BlockFi Oversight Board | 1.0 |
| 9/29/2023 | Manning, Matthew | Case Administration | Participate in call with D. O'Connell (M3) to review presentation materials to be provided to BlockFi Oversight Board (1); review and prepare materials for Committee Members (1.9); discussions and correspondence with M. Meghji (M3) re: same (.6) | 3.5 |

*Claims/Liabilities Subject to Compromise*

On an ongoing basis, M3 will estimate and evaluate the claims pool and conduct analysis into potential recoveries under various scenarios affecting distributable value, claims class definition, priority, and issues relevant in the case such as asset ownership and claim type (e.g., coin type).

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | 0.9 | $1,215.00 |
| Manning, Matthew | Managing Director | $1,150 | 4.1 | $4,715.00 |
| Ehrler, Ken | Managing Director | $1,150 | - | $0.00 |
| Herman, Seth | Director | $945 | - | $0.00 |
| Bostwick, Brian | Vice President | $750 | - | $0.00 |
| O'Connell, Daniel | Senior Associate | $650 | 16.3 | $10,595.00 |
| Lytle, Brennan | Associate | $550 | 6.5 | $3,575.00 |
| **Total** | | | **27.8** | **$20,100.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 9/1/2023 | Manning, Matthew | Claims/Liabilities Subject to Compromise | Review creditor inquiry (.7); correspondence with creditor lawyer re: same (.1); discussions with creditor lawyer re: same (.3); correspondence with M3 team re: claim objections (.2); review claims objections (.3); review creditor inquiry passed through D. Stolz (GB) and related correspondence (.3) | 1.9 |
| 9/1/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Review 10th and 11th claim objection exhibits and prepare feedback/comments to the Debtors' advisors | 1.2 |
| 9/4/2023 | Manning, Matthew | Claims/Liabilities Subject to Compromise | Review creditor inquiry (.2) and correspondence with D. O'Connell, B. Lytle (M3) re: same (.2) | 0.4 |
| 9/5/2023 | Manning, Matthew | Claims/Liabilities Subject to Compromise | Correspondence with M3 team and K. Aulet (BR) re: creditor inquiry (.3); correspondence with S. Herman (M3) re: discussion with Moelis team (.1) | 0.4 |
| 9/6/2023 | O'Connell, Daniel | Claims/Liabilities Subject to Compromise | Iteration of Core Scientific recovery presentation materials based on latest update/information provided by the Debtors' advisors | 2.1 |
| 9/6/2023 | O'Connell, Daniel | Claims/Liabilities Subject to Compromise | Development of scenario analysis related to potential recoveries re: Core Scientific | 1.8 |
| 9/8/2023 | Manning, Matthew | Claims/Liabilities Subject to Compromise | Correspondence with creditor re: balloting (.3) and correspondence with K. Aulet (BR) re: same (.2) | 0.5 |
| 9/9/2023 | Manning, Matthew | Claims/Liabilities Subject to Compromise | Correspondence with creditor re: balloting | 0.3 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 9/11/2023 | O'Connell, Daniel | Claims/Liabilities Subject to Compromise | Review and synthesis of Objection to the Confirmation of the Third Amended Joint Chapter 11 Plan filed as of September 11, 2023 | 1.1 |
| 9/11/2023 | O'Connell, Daniel | Claims/Liabilities Subject to Compromise | Reconciliation of a BIA and BIA interest amounts within schedule F in relation to specific creditor inquiry | 0.5 |
| 9/12/2023 | O'Connell, Daniel | Claims/Liabilities Subject to Compromise | Gathering and synthesis of relevant documents related to FTX counterparty | 1.4 |
| 9/20/2023 | O'Connell, Daniel | Claims/Liabilities Subject to Compromise | Review documents, including draft settlement, provided by Debtor counsel regarding a potential claim settlement with specific counterparty | 1.2 |
| 9/21/2023 | O'Connell, Daniel | Claims/Liabilities Subject to Compromise | Development of analysis related to potential claim settlement between the Company and specific counterparty | 2.6 |
| 9/21/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Prepare analysis on FTX and 3AC claims for discussions | 2.9 |
| 9/21/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Revise analysis on FTX and 3AC claims for discussions after meetings with Sr. team members | 1.7 |
| 9/21/2023 | O'Connell, Daniel | Claims/Liabilities Subject to Compromise | Creation of presentation materials related to potential claim settlement to be presented to members of the UCC | 2.1 |
| 9/21/2023 | O'Connell, Daniel | Claims/Liabilities Subject to Compromise | Development of summary analysis related to FTX and 3AC claims, including claims filed by each party, in preparation for discussions with potential third party legal team | 1.8 |
| 9/21/2023 | Lytle, Brennan | Claims/Liabilities Subject to Compromise | Revise analysis on FTX and 3AC claims for discussions | 0.7 |
| 9/21/2023 | Meghji, Mohsin | Claims/Liabilities Subject to Compromise | Review of FTX situation | 0.9 |
| 9/22/2023 | O'Connell, Daniel | Claims/Liabilities Subject to Compromise | Refinement of analysis and presentation materials related to potential claim settlement between Company and counterparty | 1.7 |
| 9/23/2023 | Manning, Matthew | Claims/Liabilities Subject to Compromise | Correspondence with M. Meghji (M3) and lawyers re: FTX matters | 0.3 |
| 9/25/2023 | Manning, Matthew | Claims/Liabilities Subject to Compromise | Call with D. O'Connell (M3) to review materials related to a potential claim settlement between Company and counterparty | 0.3 |

*Court Attendance/Participation*

On an ongoing basis, M3 will prepare for and attend appropriate Court Hearings associated with the Chapter 11 process to represent the UCC and monitor case progress.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | 2.9 | $3,915.00 |
| Manning, Matthew | Managing Director | $1,150 | 5.3 | $6,095.00 |
| Ehrler, Ken | Managing Director | $1,150 | - | $0.00 |
| Herman, Seth | Director | $945 | - | $0.00 |
| Bostwick, Brian | Vice President | $750 | 4.0 | $3,000.00 |
| O'Connell, Daniel | Senior Associate | $650 | 4.5 | $2,925.00 |
| Lytle, Brennan | Associate | $550 | - | $0.00 |
| **Total** | | | **16.7** | **$15,935.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 9/20/2023 | Manning, Matthew | Court Attendance/Participation | Attend interim fee application hearing and status conference (.5); correspondence with B. Silverberg (BR) re: same (.2) | 0.7 |
| 9/26/2023 | O'Connell, Daniel | Court Attendance/Participation | Attend (in person) confirmation hearing in Trenton, NJ | 4.5 |
| 9/26/2023 | Meghji, Mohsin | Court Attendance/Participation | Virtually attend confirmation hearing | 2.9 |
| 9/26/2023 | Manning, Matthew | Court Attendance/Participation | Prepare for (.4) and attend confirmation hearing in person (4); correspondence with GB team re: same (.2) | 4.6 |
| 9/26/2023 | Bostwick, Brian | Court Attendance/Participation | Attend BlockFi Confirmation hearing | 4.0 |

*Fee Application*

On an ongoing basis, M3 will prepare employment and fee applications for itself.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | - | $0.00 |
| Manning, Matthew | Managing Director | $1,150 | 3.9 | $4,485.00 |
| Ehrler, Ken | Managing Director | $1,150 | - | $0.00 |
| Herman, Seth | Director | $945 | - | $0.00 |
| Bostwick, Brian | Vice President | $750 | - | $0.00 |
| O'Connell, Daniel | Senior Associate | $650 | 4.9 | $3,185.00 |
| Lytle, Brennan | Associate | $550 | 8.6 | $4,730.00 |
| **Total** | | | **17.4** | **$12,400.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 9/6/2023 | Lytle, Brennan | Fee Application | Prepare June fee statement in accordance with local rules | 1.7 |
| 9/11/2023 | Manning, Matthew | Fee Application | Correspondence with M. Sawyer (BR) re: second interim fee application | 0.2 |
| 9/12/2023 | Lytle, Brennan | Fee Application | Prepare updated July fee application in accordance with local rules | 2.4 |
| 9/12/2023 | Manning, Matthew | Fee Application | Review and prepare fee application | 0.6 |
| 9/13/2023 | Manning, Matthew | Fee Application | Prepare fee application (.2) and correspondence with B. Silverberg (BR) re: same (.1) | 0.3 |
| 9/13/2023 | Lytle, Brennan | Fee Application | Prepare updated second interim fee application in accordance with local rules | 2.9 |
| 9/14/2023 | Lytle, Brennan | Fee Application | Prepare revisions to the second interim fee application in accordance with local rules | 1.6 |
| 9/14/2023 | Manning, Matthew | Fee Application | Review and prepare second interim fee application (1.1) and correspondence with B. Silverberg (BR), D. Clarke and D. Stolz (GB) re: same (.6) | 1.7 |
| 9/15/2023 | Manning, Matthew | Fee Application | Review second interim fee application (.6); correspondence with fee examiner re: same (.1); correspondence with D. Clarke (GB) re: same (.4) | 1.1 |
| 9/15/2023 | O'Connell, Daniel | Fee Application | Review and reconciliation of monthly fees and hours incurred in support of second interim fee application to be filed | 2.2 |
| 9/22/2023 | O'Connell, Daniel | Fee Application | Reconciliation analysis, by advisor, regarding the first interim fee application | 2.7 |

*Financial & Operational Matters*

On an ongoing basis, M3 will analyze the Debtor-in-possession's post-filing operations and issues related to its financial performance, liquidity, operating efficiency, and assess risks that may impact creditor recoveries or the businesses' viability.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | 1.1 | $1,485.00 |
| Manning, Matthew | Managing Director | $1,150 | 8.5 | $9,775.00 |
| Ehrler, Ken | Managing Director | $1,150 | - | $0.00 |
| Herman, Seth | Director | $945 | - | $0.00 |
| Bostwick, Brian | Vice President | $750 | 2.9 | $2,175.00 |
| O'Connell, Daniel | Senior Associate | $650 | 111.6 | $72,540.00 |
| Lytle, Brennan | Associate | $550 | 23.8 | $13,090.00 |
| **Total** | | | **147.9** | **$99,065.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 9/1/2023 | O'Connell, Daniel | Financial & Operational Matters | Iteration of operating spend and workstream tracker for cash flow reporting for the week ended 8/19/23, including variances to forecast | 2.1 |
| 9/1/2023 | O'Connell, Daniel | Financial & Operational Matters | Development of operating spend and workstream tracker for the Company and all advisors for the period August 16, 2023 through August 31, 2023 | 2.4 |
| 9/1/2023 | Manning, Matthew | Financial & Operational Matters | Correspondence with potential third party distributor | 0.1 |
| 9/4/2023 | O'Connell, Daniel | Financial & Operational Matters | Research into crypto lender in response to interest expressed to refinance creditor loans | 0.9 |
| 9/4/2023 | O'Connell, Daniel | Financial & Operational Matters | Iteration of bi-weekly operating spend and workstream deliverable for UCC based on latest financial reporting provided by the Company | 1.4 |
| 9/5/2023 | O'Connell, Daniel | Financial & Operational Matters | Development of asset and liability analysis re: financial reporting by coin provided by the Company as of 8/12/23 | 2.3 |
| 9/5/2023 | O'Connell, Daniel | Financial & Operational Matters | Development and reconciliation of analysis related to month-to-date billing figures for the periods August 1-15, 2023 and August 16-31, 2023 | 1.9 |
| 9/6/2023 | Manning, Matthew | Financial & Operational Matters | Correspondence with potential third party distributor | 0.2 |
| 9/6/2023 | O'Connell, Daniel | Financial & Operational Matters | Analysis related to customer claims by coin and reconciliation to illustrative portfolio rebalancing exercise provided by the Debtors | 2.8 |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 9/7/2023 | O'Connell, Daniel | Financial & Operational Matters | Development of Operating Spend and Workstream tracker for the period Aug 16-31 for updates provided by UCC advisors | 2.2 |
| 9/8/2023 | O'Connell, Daniel | Financial & Operational Matters | Development of operating spend and workstream tracker for the period August 16, 2023 through August 31, 2023 for key workstream updates by advisor | 2.7 |
| 9/8/2023 | O'Connell, Daniel | Financial & Operational Matters | Creation of budget variance analysis for Company operating spend and advisor billings for the month of August, 2023 to compare to agreed upon term sheet | 2.6 |
| 9/8/2023 | Manning, Matthew | Financial & Operational Matters | Correspondence with BRG and M3 team re: BRG workstreams and case budgets | 0.2 |
| 9/8/2023 | Bostwick, Brian | Financial & Operational Matters | Review weekly reporting from BRG | 0.5 |
| 9/9/2023 | Manning, Matthew | Financial & Operational Matters | Correspondence with M. Renzi (BRG) re: budget | 0.2 |
| 9/10/2023 | O'Connell, Daniel | Financial & Operational Matters | Iteration of Operating Spend and Workstream tracker for the period August 16, 2023 through August 31, 2023 based on latest cash flow reporting provided by the Debtors | 2.4 |
| 9/10/2023 | O'Connell, Daniel | Financial & Operational Matters | Iteration of Operating Spend and Workstream tracker for the period August 16-31, 2023 for key workstream and billing updates provided by UCC advisors | 1.2 |
| 9/11/2023 | O'Connell, Daniel | Financial & Operational Matters | Iteration of illustrative rebalancing exercise to summarize, by Debtor entity, the total cash and liquid assets compared to customer liabilities dated as of the Petition Date | 2.8 |
| 9/11/2023 | Manning, Matthew | Financial & Operational Matters | Correspondence with M. Henry (Company) re: third party distributor inquiries | 0.2 |
| 9/11/2023 | Manning, Matthew | Financial & Operational Matters | Correspondence with D. O'Connell (M3) and M. Henry (Company) re: rebalancing | 0.3 |
| 9/11/2023 | O'Connell, Daniel | Financial & Operational Matters | Development of illustrative portfolio rebalancing exercise | 2.9 |
| 9/11/2023 | O'Connell, Daniel | Financial & Operational Matters | Reconciliation of coin quantities and daily prices as provided by the Debtors | 2.6 |
| 9/12/2023 | O'Connell, Daniel | Financial & Operational Matters | Analyze comparable cases | 1.2 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 9/12/2023 | Manning, Matthew | Financial & Operational Matters | Review rebalancing model | 0.3 |
| 9/12/2023 | O'Connell, Daniel | Financial & Operational Matters | Iteration of illustrative rebalancing model | 2.7 |
| 9/13/2023 | O'Connell, Daniel | Financial & Operational Matters | Development of cash flow analysis for the period September 3, 2023 through expected date of emergence based on latest Debtor provided forecast | 2.3 |
| 9/13/2023 | O'Connell, Daniel | Financial & Operational Matters | Analyze comparable liquidating plans | 2.2 |
| 9/13/2023 | O'Connell, Daniel | Financial & Operational Matters | Review and reconciliation of coin quantities and pricing contained within Company provided dataset in support of illustrative rebalancing model | 1.9 |
| 9/13/2023 | O'Connell, Daniel | Financial & Operational Matters | Update of Operating Spend & Workstream tracker for the full month of August, 2023 based on initial MTD billing figures provided by Debtor and UCC advisors | 1.0 |
| 9/14/2023 | O'Connell, Daniel | Financial & Operational Matters | Development of comparative analysis of estimated wind down budgets | 2.9 |
| 9/15/2023 | O'Connell, Daniel | Financial & Operational Matters | Development of analysis related to employee transition plans | 1.6 |
| 9/15/2023 | Lytle, Brennan | Financial & Operational Matters | Attend discussion with D. O'Connell (M3) regarding recovery analysis | 1.2 |
| 9/15/2023 | Manning, Matthew | Financial & Operational Matters | Review weekly BRG update | 0.5 |
| 9/15/2023 | O'Connell, Daniel | Financial & Operational Matters | Analysis of latest cash flow forecast provided by the Debtors including comparison to historical actuals and summarization by month through expected emergence | 2.4 |
| 9/15/2023 | O'Connell, Daniel | Financial & Operational Matters | Development of Operating Spend and Workstream tracker for the period September 1st-15th for latest Cash flow forecast as provided by the Debtors | 2.8 |
| 9/18/2023 | O'Connell, Daniel | Financial & Operational Matters | Reconciliation of coin prices to week over week asset value changes for the period September 2-9 | 1.7 |
| 9/18/2023 | O'Connell, Daniel | Financial & Operational Matters | Creation of Asset versus Liability analysis to compare week over week asset values for the period September 2-9 | 2.8 |
| 9/18/2023 | O'Connell, Daniel | Financial & Operational Matters | Analysis of week-to-date cash flow reporting to determine reasons for variance to forecast by cash flow line item | 1.1 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 9/18/2023 | O'Connell, Daniel | Financial & Operational Matters | Development of Operating Spend and Workstream tracker for all Debtor and UCC advisors for the period September 1-15 | 2.9 |
| 9/18/2023 | O'Connell, Daniel | Financial & Operational Matters | Analysis of illustrative creditor recoveries based on latest Debtor provided financial reporting | 1.7 |
| 9/19/2023 | O'Connell, Daniel | Financial & Operational Matters | Development of illustrative employee transition scenarios for post-effective date planning | 1.2 |
| 9/20/2023 | Manning, Matthew | Financial & Operational Matters | Meeting with Company and K. Aulet (BR) to discuss loan repayment issues | 0.4 |
| 9/20/2023 | O'Connell, Daniel | Financial & Operational Matters | Review materials prepared regarding historical intercompany transactions | 0.7 |
| 9/20/2023 | Meghji, Mohsin | Financial & Operational Matters | Correspondence with UCC, company and M3 wallet | 1.1 |
| 9/20/2023 | O'Connell, Daniel | Financial & Operational Matters | Development of post-emergence workplan including mapping high level business functions to identified workstreams | 2.8 |
| 9/20/2023 | Manning, Matthew | Financial & Operational Matters | Correspondence with UCC, M. Meghji (M3) and F. Marquez (Company) re: wallet withdrawals | 0.8 |
| 9/20/2023 | O'Connell, Daniel | Financial & Operational Matters | Creation of workstream mapping to the identified short term and long term goals/workstreams for the post-emergence period | 2.9 |
| 9/20/2023 | O'Connell, Daniel | Financial & Operational Matters | Continue to develop workstream mapping to the identified short term and long term goals/workstreams for the post-emergence period | 1.8 |
| 9/20/2023 | Manning, Matthew | Financial & Operational Matters | Correspondence with T. Axelrod (BR) re: Deserve settlement and review of same (.4); correspondence with M3 team re: same (.1) | 0.5 |
| 9/21/2023 | Lytle, Brennan | Financial & Operational Matters | Analyze and prepare analysis related to settlement agreement with a third party | 1.9 |
| 9/22/2023 | Lytle, Brennan | Financial & Operational Matters | Prepare interim fee application analysis of holdback payments for UCC advisors | 1.8 |
| 9/22/2023 | Lytle, Brennan | Financial & Operational Matters | Revise recovery model analyzing the effects of certain claims | 2.5 |
| 9/22/2023 | Lytle, Brennan | Financial & Operational Matters | Prepare revised recovery model analyzing the effects of certain claims | 2.9 |
| 9/22/2023 | Lytle, Brennan | Financial & Operational Matters | Further preparation and revision to recovery model analyzing effects of certain claims | 2.7 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 9/22/2023 | Manning, Matthew | Financial & Operational Matters | Correspondence with M. Henry (Company) re: cash accounts (.3); review of existing cash accounts and situation (.4) | 0.7 |
| 9/22/2023 | Manning, Matthew | Financial & Operational Matters | Review BRG weekly update | 0.6 |
| 9/22/2023 | O'Connell, Daniel | Financial & Operational Matters | Iteration of comparable crypto cases analysis and presentation materials related to same | 2.1 |
| 9/23/2023 | O'Connell, Daniel | Financial & Operational Matters | Creation of presentation materials requested by UCC counsel related to potential stipulation agreement with FTX/Alameda | 2.6 |
| 9/23/2023 | O'Connell, Daniel | Financial & Operational Matters | Iteration of illustrative creditor recovery model related to illustrative changes in creditor recoveries for potential changes in claims | 2.8 |
| 9/23/2023 | O'Connell, Daniel | Financial & Operational Matters | Continued development of analysis related to illustrative changes in creditor recoveries for potential changes in claims | 2.9 |
| 9/23/2023 | Lytle, Brennan | Financial & Operational Matters | Revise recovery model based on various comments legal team | 2.5 |
| 9/23/2023 | Lytle, Brennan | Financial & Operational Matters | Prepare revisions to the recovery model based on various comments from Sr. M3 team | 2.6 |
| 9/23/2023 | O'Connell, Daniel | Financial & Operational Matters | Development of analysis related to illustrative changes in creditor recoveries for potential changes in claims | 2.9 |
| 9/23/2023 | Manning, Matthew | Financial & Operational Matters | Correspondence with D. Clarke (GB) re: interim compensation order | 0.2 |
| 9/24/2023 | Lytle, Brennan | Financial & Operational Matters | Prepare interim fee application analysis of holdback payments for Elementus | 0.4 |
| 9/25/2023 | Manning, Matthew | Financial & Operational Matters | Review interim compensation schedule by advisor (.5) and correspondence with M. Henry (Company) and advisors re: same (.3) | 0.8 |
| 9/25/2023 | O'Connell, Daniel | Financial & Operational Matters | Iteration of bi-weekly Operating Spend and Workstream tracker as requested by the UCC to review month-to-date spend of the Company and all professionals | 1.1 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 9/25/2023 | O'Connell, Daniel | Financial & Operational Matters | Development of cash flow variance analysis for week-to-date and month-to-date discrepancies between forecast and actual based on financial reporting provided by the Debtors | 2.9 |
| 9/25/2023 | O'Connell, Daniel | Financial & Operational Matters | Analysis of weekly coin position by entity based on reporting provided by the Debtors for the week ended September 16 | 2.6 |
| 9/26/2023 | O'Connell, Daniel | Financial & Operational Matters | Development of comparable case presentation materials | 2.7 |
| 9/26/2023 | O'Connell, Daniel | Financial & Operational Matters | Iteration of Operating Spend and Workstream tracker for the two week period ended September 16, 2023 to reconcile cash flow variances and generate reporting insights to the UCC | 2.5 |
| 9/26/2023 | Manning, Matthew | Financial & Operational Matters | Correspondence with M. Canale (BRG) re: cash accounts | 0.2 |
| 9/27/2023 | O'Connell, Daniel | Financial & Operational Matters | Review and summarization of materials provided by outside counsel regarding anticipated litigation against select counterparties | 1.6 |
| 9/27/2023 | O'Connell, Daniel | Financial & Operational Matters | Iteration of comparable case analysis for Voyager and Celsius to document figures and key terms | 0.4 |
| 9/28/2023 | O'Connell, Daniel | Financial & Operational Matters | Research and development of comparable case analysis | 2.8 |
| 9/28/2023 | O'Connell, Daniel | Financial & Operational Matters | Research and documentation of Plan Supplement details including comparable analysis | 1.5 |
| 9/28/2023 | Manning, Matthew | Financial & Operational Matters | Correspondence with insurance broker re: policies | 0.6 |
| 9/28/2023 | O'Connell, Daniel | Financial & Operational Matters | Development of potential employee transition plan based on Debtor provided information | 2.6 |
| 9/29/2023 | Manning, Matthew | Financial & Operational Matters | Correspondence with insurance broker re: policies | 1.1 |
| 9/29/2023 | Manning, Matthew | Financial & Operational Matters | Discussion with F. Marquez (Company) (.3) and correspondence with F. Marquez (Company) re: board update (.3) | 0.6 |
| 9/29/2023 | O'Connell, Daniel | Financial & Operational Matters | Development of comparable case analysis for Employee Transition Plan | 2.4 |
| 9/29/2023 | O'Connell, Daniel | Financial & Operational Matters | Development of comparable presentation materials | 1.4 |
| 9/29/2023 | Bostwick, Brian | Financial & Operational Matters | Call with B. Lytle (M3) to discuss asset values | 0.4 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 9/29/2023 | Bostwick, Brian | Financial & Operational Matters | Review financial estimates of assets at emergence | 1.5 |
| 9/29/2023 | Lytle, Brennan | Financial & Operational Matters | Review and revise analysis of assets at emergence | 2.4 |
| 9/29/2023 | Lytle, Brennan | Financial & Operational Matters | Prepare analysis of assets at emergence | 2.9 |
| 9/29/2023 | Bostwick, Brian | Financial & Operational Matters | Review weekly variance reporting provided by Debtors | 0.5 |

**General Correspondence with Debtor & Debtors' Professionals**

On an ongoing basis, M3 will communicate with the Debtors' professionals throughout
the restructuring process, including in pursuit of diligence requests, requesting additional information from
management, or addressing questions from the Debtors.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | 6.3 | $8,505.00 |
| Manning, Matthew | Managing Director | $1,150 | 8.6 | $9,890.00 |
| Ehrler, Ken | Managing Director | $1,150 | - | $0.00 |
| Herman, Seth | Director | $945 | - | $0.00 |
| Bostwick, Brian | Vice President | $750 | - | $0.00 |
| O'Connell, Daniel | Senior Associate | $650 | 2.2 | $1,430.00 |
| Lytle, Brennan | Associate | $550 | - | $0.00 |
| **Total** | | | **17.1** | **$19,825.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 9/1/2023 | Manning, Matthew | General Correspondence with Debtor & Debtors' Professionals | Correspondence with R. Loban (Company) re: meeting | 0.1 |
| 9/5/2023 | Manning, Matthew | General Correspondence with Debtor & Debtors' Professionals | Correspondence with M. Canale (BRG) re: cash accounts | 0.1 |
| 9/5/2023 | Meghji, Mohsin | General Correspondence with Debtor & Debtors' Professionals | Call with Zac Prince (Company) to discuss litigation issues | 0.6 |
| 9/7/2023 | Manning, Matthew | General Correspondence with Debtor & Debtors' Professionals | Correspondence with M. Ferris (HB) re: open issues | 0.2 |
| 9/11/2023 | Manning, Matthew | General Correspondence with Debtor & Debtors' Professionals | Participate in discussion with M. Renzi, B. Witherell (BRG), Company management, R. Kanowitz (HB), C. Okike (Kirkland), M. Meghji (M3), K. Aulet, T. Axelrod (BR) re: estimated wind down budget (.7); correspondence with Z. Prince, et al (Company), R. Kanowitz (HB), M. Renzi (BRG), M. Meghji (M3) re: same (.2) | 0.9 |
| 9/11/2023 | Meghji, Mohsin | General Correspondence with Debtor & Debtors' Professionals | Various calls and discussions with BRG, Management, M3, Kirkland and BT estimated wind down budget | 1.4 |
| 9/12/2023 | Manning, Matthew | General Correspondence with Debtor & Debtors' Professionals | Discussion with M. Crowell (Company) re: post-effective date planning | 0.4 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 9/13/2023 | Manning, Matthew | General Correspondence with Debtor & Debtors' Professionals | Participate in discussion with J. Mayers (Company), M. Meghji (M3) and certain UCC members re: strategy and post-effective date planning (1); discussion with R. Kanowitz (HB), K. Aulet (BR) and M. Meghji (M3) re: next steps on objections (.2); discussion with Company management re: post-effective date employee planning (.7) | 1.9 |
| 9/13/2023 | Meghji, Mohsin | General Correspondence with Debtor & Debtors' Professionals | Prepare for (.5) and participate in discussion with Company, M. Manning (M3) and UCC members re: strategy and planning (1) | 1.5 |
| 9/13/2023 | Meghji, Mohsin | General Correspondence with Debtor & Debtors' Professionals | Various discussions with Company, HB, BR and M3 re: objections and post-effective date employee planning | 1.0 |
| 9/14/2023 | O'Connell, Daniel | General Correspondence with Debtor & Debtors' Professionals | Participate in discussion with Committee Members, Company management and D. O'Connell (M3) re: staffing plans post-effective date | 1.2 |
| 9/15/2023 | Manning, Matthew | General Correspondence with Debtor & Debtors' Professionals | Correspondence with K. Aulet (BR), C. Okike, F. Petrie (Kirkland), R. Kanowitz (HB) re: plan confirmation preparation (.6); correspondence with M. Meghji (M3) re: same (.2); correspondence with M. Ferris (HB) re: Core Scientific (.1) | 0.9 |
| 9/18/2023 | Manning, Matthew | General Correspondence with Debtor & Debtors' Professionals | Discussion with M. Ferris (HB) and K. Aulet (BR) re: Core Scientific plan | 0.2 |
| 9/19/2023 | Manning, Matthew | General Correspondence with Debtor & Debtors' Professionals | Correspondence with D. O'Connell (M3) and M. Henry (Company) re: schedules | 0.2 |
| 9/19/2023 | Manning, Matthew | General Correspondence with Debtor & Debtors' Professionals | Correspondence with F. Marquez, M. Henry (Company) re: next steps and workstreams (.3); correspondence with Oversight Committee re: same (.2) | 0.5 |
| 9/19/2023 | Meghji, Mohsin | General Correspondence with Debtor & Debtors' Professionals | Correspondence and discussions with management regarding workstreams | 1.0 |
| 9/19/2023 | Manning, Matthew | General Correspondence with Debtor & Debtors' Professionals | Participate in discussion with Kirkland, HB, K. Aulet, T. Axelrod (BR), M. Meghji (M3) re: confirmation hearing planning | 0.4 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 9/21/2023 | O'Connell, Daniel | General Correspondence with Debtor & Debtors' Professionals | Participate in meeting with BlockFi (J. Chu, K. Stoyanov, W. Tjosvold), and M3 (M. Manning) to discuss current status of Hosting JV site | 1.0 |
| 9/21/2023 | Manning, Matthew | General Correspondence with Debtor & Debtors' Professionals | Prepare for (.3) and participate in meeting with F. Marquez, M. Cromwell, M. Henry (Company) and D. O'Connell (M3) to discuss key operational workstream updates (.9) | 1.2 |
| 9/21/2023 | Manning, Matthew | General Correspondence with Debtor & Debtors' Professionals | Prepare for (.6) and participate in meeting with J. Chu, K. Stoyanov, W. Tjosvold (Company) and D. O'Connell (M3) to discuss current status of Hosting JV site (1) | 1.6 |
| 9/29/2023 | Meghji, Mohsin | General Correspondence with Debtor & Debtors' Professionals | Discussions with the Company regarding board update and next steps | 0.8 |

*General Correspondence with UCC & UCC Counsel*

On an ongoing basis, M3 will communicate with the UCC Committee members, its counsel, and other advisors on topics including case strategy, workstream organization and progress, risk management, and addressing questions from other stakeholders and their advisors.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | 9.4 | $12,690.00 |
| Manning, Matthew | Managing Director | $1,150 | 2.5 | $2,875.00 |
| Ehrler, Ken | Managing Director | $1,150 | - | $0.00 |
| Herman, Seth | Director | $945 | - | $0.00 |
| Bostwick, Brian | Vice President | $750 | 1.5 | $1,125.00 |
| O'Connell, Daniel | Senior Associate | $650 | 2.0 | $1,300.00 |
| Lytle, Brennan | Associate | $550 | 2.8 | $1,540.00 |
| **Total** | | | **18.2** | **$19,530.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 9/1/2023 | Manning, Matthew | General Correspondence with UCC & UCC Counsel | Correspondence with K. Aulet, T. Axelrod (BR) re: settlement term sheet | 0.3 |
| 9/4/2023 | Manning, Matthew | General Correspondence with UCC & UCC Counsel | Correspondence with T. Axelrod, K. Aulet (BR) re: wind down budget and communications with Debtor advisors (.4); review information re: same (.3) | 0.7 |
| 9/5/2023 | Meghji, Mohsin | General Correspondence with UCC & UCC Counsel | Correspondence with BR and M3 regarding claims and post emergence plans | 0.9 |
| 9/6/2023 | Meghji, Mohsin | General Correspondence with UCC & UCC Counsel | Various calls and emails regarding materials for committee meeting | 0.8 |
| 9/8/2023 | Manning, Matthew | General Correspondence with UCC & UCC Counsel | Discussion with UCC member re: Plan and next steps | 0.2 |
| 9/12/2023 | Bostwick, Brian | General Correspondence with UCC & UCC Counsel | Call with K. Aulet (BR), M. Manning, D. O'Connell, B. Lytle (M3) and UCC | 1.5 |
| 9/12/2023 | O'Connell, Daniel | General Correspondence with UCC & UCC Counsel | Attend weekly UCC meeting alongside Brown Rudnick and M3 team to discuss key case matter updates | 1.5 |
| 9/12/2023 | Lytle, Brennan | General Correspondence with UCC & UCC Counsel | Attend meeting with the UCC re: updates to case status and various objections filed | 1.6 |
| 9/13/2023 | Manning, Matthew | General Correspondence with UCC & UCC Counsel | Correspondence with UCC and K. Aulet (BR) re: staffing plan meeting logistics | 0.4 |
| 9/15/2023 | Meghji, Mohsin | General Correspondence with UCC & UCC Counsel | Attend Oversight Committee/Plan Administrator call | 0.6 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 9/18/2023 | Meghji, Mohsin | General Correspondence with UCC & UCC Counsel | Various discussions with Committee member regarding post-effective date planning and staffing | 1.6 |
| 9/18/2023 | Manning, Matthew | General Correspondence with UCC & UCC Counsel | Participate in discussion with Committee member and M. Meghji (M3) re: post-effective date planning | 0.5 |
| 9/19/2023 | Meghji, Mohsin | General Correspondence with UCC & UCC Counsel | Various calls and correspondence regarding hearing planning with M3 and BR teams | 0.7 |
| 9/19/2023 | Lytle, Brennan | General Correspondence with UCC & UCC Counsel | Attend meeting with the BlockFi UCC re: updates to case status and oversight committee | 1.0 |
| 9/20/2023 | O'Connell, Daniel | General Correspondence with UCC & UCC Counsel | Participate in meeting with Brown Rudnick (K. Aulet), and M3 (M. Manning, K. Ehrler) to discuss key case matter updates | 0.5 |
| 9/20/2023 | Meghji, Mohsin | General Correspondence with UCC & UCC Counsel | Calls and correspondence regarding loan repayment issues (.4) and hearing preparation (.8) with BR and M3 teams | 1.2 |
| 9/20/2023 | Lytle, Brennan | General Correspondence with UCC & UCC Counsel | Prepare Wallet CID's | 0.2 |
| 9/22/2023 | Meghji, Mohsin | General Correspondence with UCC & UCC Counsel | Attend FTX Stipulation Meeting (.5) and review of stipulation and related correspondence with BR team, UCC and M3 team (.8) | 1.3 |
| 9/25/2023 | Meghji, Mohsin | General Correspondence with UCC & UCC Counsel | Review various correspondence regarding Deserve settlement, interim compensation schedule, UCC meeting logistics and confirmation prep | 1.4 |
| 9/26/2023 | Manning, Matthew | General Correspondence with UCC & UCC Counsel | Correspondence with Committee members re: in person meeting | 0.4 |
| 9/28/2023 | Meghji, Mohsin | General Correspondence with UCC & UCC Counsel | Correspondence regarding plan administration budget | 0.9 |

**Plan of Reorganization/Disclosure Statement**

On an ongoing basis, M3 will complete analysis to maximize the value of the assets through due diligence and distribution schedules needed to create a Plan of Reorganization and Disclosure Statements. M3 will review and diligence analysis completed by the Debtors related to confirmation and solicitation.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | 18.4 | $24,840.00 |
| Manning, Matthew | Managing Director | $1,150 | 39.5 | $45,425.00 |
| Ehrler, Ken | Managing Director | $1,150 | 0.4 | $460.00 |
| Herman, Seth | Director | $945 | - | $0.00 |
| Bostwick, Brian | Vice President | $750 | 23.1 | $17,325.00 |
| O'Connell, Daniel | Senior Associate | $650 | 47.9 | $31,135.00 |
| Lytle, Brennan | Associate | $550 | 15.6 | $8,580.00 |
| **Total** | | | **144.9** | **$127,765.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 9/1/2023 | Bostwick, Brian | Plan of Reorganization/Disclosure Statement | Update budget materials | 0.2 |
| 9/1/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Iteration of illustrative wind down budget based on feedback provided by UCC counsel | 1.2 |
| 9/1/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Review and prepare wind down budget (.6); prepare correspondence re: same (.7); discussions with K. Aulet, T. Axelrod (BR) and M. Meghji (M3) re: same (.3) | 1.6 |
| 9/5/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Review draft materials from Company re: post emergence operational plans (.6); prepare and revise same (.4) | 1.0 |
| 9/5/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Correspondence with M. Meghji (M3) and K. Aulet (BR) re: claims to pursue | 0.3 |
| 9/5/2023 | Bostwick, Brian | Plan of Reorganization/Disclosure Statement | Prepare preliminary analysis re: operational plans | 1.1 |
| 9/5/2023 | Bostwick, Brian | Plan of Reorganization/Disclosure Statement | Review rebalancing analysis provided by Debtors | 1.4 |
| 9/5/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Development of illustrative recovery model | 2.7 |
| 9/5/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Discussion with R. Loban (Company) re: operational next steps | 0.2 |
| 9/6/2023 | Meghji, Mohsin | Plan of Reorganization/Disclosure Statement | Review correspondence regarding wind down budget | 0.5 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 9/6/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Creation of deliverable related to estimated Wind Down Budget | 1.7 |
| 9/6/2023 | Lytle, Brennan | Plan of Reorganization/Disclosure Statement | Prepare analysis of excluded causes of action per the DS | 2.9 |
| 9/6/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Review and analyze wind down budget materials (.6) and correspondence with M3 team and K. Aulet, T. Axelrod (BR) re: same (.2) | 0.8 |
| 9/6/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Review and iteration of Oversight Committee materials ahead of meeting with the Committee and Company | 1.4 |
| 9/6/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Prepare materials for Committee meeting (.4) and correspondence with F. Marquez (Company) re: same (.2) | 0.6 |
| 9/6/2023 | Bostwick, Brian | Plan of Reorganization/Disclosure Statement | Prepare wind down budget analysis (2.1) and prepare and revise related deliverable (1.7) | 3.9 |
| 9/7/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Call with K. Aulet (BR), M. Manning (M3) to discuss wind down budget | 0.5 |
| 9/7/2023 | Bostwick, Brian | Plan of Reorganization/Disclosure Statement | Call with M. Meghji, M. Manning, D. O'Connell (M3) and UCC | 1.5 |
| 9/7/2023 | Bostwick, Brian | Plan of Reorganization/Disclosure Statement | Continue to prepare and revise wind down budget deliverable | 1.7 |
| 9/7/2023 | Bostwick, Brian | Plan of Reorganization/Disclosure Statement | Prepare and revise wind down budget deliverable | 2.5 |
| 9/7/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Attend call with BlockFi (F. Marquez, M. Henry, M. Cromwell), M3 (M. Manning, M. Meghji), and Committee Oversight Board to discuss initial workplan post-emergence | 1.5 |
| 9/7/2023 | Bostwick, Brian | Plan of Reorganization/Disclosure Statement | Continue to prepare and revise wind down budget deliverable | 2.5 |
| 9/7/2023 | Bostwick, Brian | Plan of Reorganization/Disclosure Statement | Continue to prepare and revise wind down budget deliverable | 2.5 |
| 9/7/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Development of wind down budget supporting materials | 2.9 |
| 9/7/2023 | Bostwick, Brian | Plan of Reorganization/Disclosure Statement | Call with K. Aulet (BR), M. Manning (M3) to discuss wind down budget | 0.5 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 9/7/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Development of comparative Wind Down Budget analysis | 2.8 |
| 9/7/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Participate in discussion with F. Marquez, M. Henry, M. Crowell (Company), M. Meghji, D. O'Connell, B. Bostwick (M3) and Oversight Committee to discuss initial workplan post-emergence | 1.5 |
| 9/7/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Discussion with B. Silverberg (BR) re: cure schedule (.2); review of same (.4) | 0.6 |
| 9/7/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Development of detailed presentation materials related to detailed Wind-Down Budget figures | 2.1 |
| 9/7/2023 | Meghji, Mohsin | Plan of Reorganization/Disclosure Statement | Participate in discussion with Company, M3 team and Oversight Committee to discuss initial workplan post-emergence | 1.5 |
| 9/8/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Review and prepare wind down budget materials (1.2); discussions with M. Renzi (BRG) and F. Marquez (Company) re: same (.4); correspondence with M. Meghji, et al (M3) and K. Aulet, T. Axelrod, B. Silverberg (BR) re: same (.6); correspondence with UCC re: same (.7) | 2.9 |
| 9/8/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Analyze illustrative coin rebalancing exercise | 1.7 |
| 9/8/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Review plan supplement schedules including causes of action, assumed contracts and employee transition plan (1.3); correspondence with M. Crowell (Company), F. Petrie (Kirkland), B. Silverberg, K. Aulet (BR), M. Meghji (M3) re: same (.9); correspondence with UCC re: same (.8) | 3.0 |
| 9/8/2023 | Meghji, Mohsin | Plan of Reorganization/Disclosure Statement | Review correspondence and various discussions with M3 team and BR team regarding wind down budget materials | 1.1 |
| 9/8/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Development of latest illustrative recovery estimates by entity based on latest financial reporting provided by the Debtors | 1.4 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 9/9/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Analyze wind down budget and impact to recoveries (.8); discussion with B. Bostwick, D. O'Connell, B. Lytle (M3) re: same (.4) | 1.2 |
| 9/9/2023 | Meghji, Mohsin | Plan of Reorganization/Disclosure Statement | Various Discussions with BRG, M3 and management team regarding wind down budget | 1.8 |
| 9/9/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Discussions with M. Meghji (M3), M. Renzi (BRG), F. Marquez, Z. Prince (Company) re: wind down budget | 1.4 |
| 9/9/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Correspondence between UCC advisors (BR, M3, GB), Company, HB and Kirkland teams, and BRG team re: wind down budget and next steps | 0.9 |
| 9/9/2023 | Lytle, Brennan | Plan of Reorganization/Disclosure Statement | Prepare analysis of wind down costs re: various wind down budget scenarios | 2.9 |
| 9/9/2023 | Bostwick, Brian | Plan of Reorganization/Disclosure Statement | Prepare analysis of wind down budget effect on recoveries | 2.8 |
| 9/9/2023 | Lytle, Brennan | Plan of Reorganization/Disclosure Statement | Prepare for (.9) and attend meeting with with M. Manning, B. Bostwick, D. O'Connell (M3) re: wind down costs (.4) | 1.3 |
| 9/10/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Review and revise analysis on budget (1) and correspondence with M. Meghji (M3) and K. Aulet (BR) re: call with Debtors (.2) | 1.2 |
| 9/10/2023 | Bostwick, Brian | Plan of Reorganization/Disclosure Statement | Prepare analysis of wind down budget effect on recoveries | 2.5 |
| 9/10/2023 | Meghji, Mohsin | Plan of Reorganization/Disclosure Statement | Various calls and correspondence regarding wind down budget | 1.8 |
| 9/12/2023 | Meghji, Mohsin | Plan of Reorganization/Disclosure Statement | Correspondence with BR and M3 team regarding Balloting (.3) and discussions re: post effective date planning with M. Manning (M3) (.2) | 0.5 |
| 9/12/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Development of employee transition scenarios related to phased Wind Down | 2.4 |
| 9/12/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Correspondence with M. Henry (Company) re: balloting (.3) and correspondence with BR team and M3 team re: same (.2) | 0.5 |
| 9/13/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Participate in discussion with B. Bostwick, D. O'Connell (M3) re: wind down budget | 0.3 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 9/14/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Prepare UCC materials (.9) and correspondence with F. Marquez, M. Crowell, M. Henry (Company), M. Meghji, D. O'Connell (M3) re: same (.3) | 1.2 |
| 9/14/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Meeting with B. Lytle (M3) to discuss and review presentation materials regarding Wind Down plan | 1.2 |
| 9/14/2023 | Lytle, Brennan | Plan of Reorganization/Disclosure Statement | Prepare analysis of various wind down budget scenarios | 2.9 |
| 9/14/2023 | Lytle, Brennan | Plan of Reorganization/Disclosure Statement | Revise analysis of various wind down budget scenarios | 2.7 |
| 9/14/2023 | Lytle, Brennan | Plan of Reorganization/Disclosure Statement | Prepare wind down budget comparison deliverable at the request of Sr. M3 team | 2.9 |
| 9/14/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Participate in discussion with Committee Members, Company management and D. O'Connell (M3) re: staffing plans post-effective date | 1.2 |
| 9/14/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Development of Wind Down Budget benchmarks for comparable cases | 2.2 |
| 9/14/2023 | Meghji, Mohsin | Plan of Reorganization/Disclosure Statement | Attend Staffing Plan Discussion with Committee, Company and M3 team | 1.1 |
| 9/14/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Creation of presentation materials related to Wind Down | 2.7 |
| 9/15/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Meeting with B. Lytle (M3) to discuss Wind Down Budget scenario analysis and potential impact on creditor recoveries | 1.2 |
| 9/15/2023 | Meghji, Mohsin | Plan of Reorganization/Disclosure Statement | Discussions with M. Manning (M3) and Company regarding staffing plan | 0.9 |
| 9/15/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Discussion with Committee Member re: staffing plan (1); discussions with M. Crowell (Company) and M. Meghji (M3) re: same (.9); review related correspondence (.7); prepare and review materials re: same (.9) | 3.5 |
| 9/18/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Correspondence with Oversight Committee on next steps (.3); correspondence with JPLs re: budget (.2) | 0.5 |
| 9/18/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Correspondence with M. Meghji (M3) and J. Mayers (Company) re: planning | 0.2 |

| Date | Name | Task Category | Detail | Hours |
|------|------|--------------|--------|-------|
| 9/18/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Correspondence with M. Crowell (Company) re: staffing (.1); correspondence with F. Marquez, M. Crowell, M. Henry (Company) and M. Meghji (M3) re: bi-weekly calls (.2) | 0.3 |
| 9/19/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Development of illustrative post-emergence workplan based on short term/long term goals identified as associated workstreams | 2.1 |
| 9/19/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Prepare for (.4) and participate in discussion with the JPLs re: post-effective date planning (1) | 1.4 |
| 9/19/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Discussion with K. Aulet (BR) re: plan confirmation prep (.2); correspondence re: same (.1) | 0.3 |
| 9/20/2023 | Ehrler, Ken | Plan of Reorganization/Disclosure Statement | Attend call with M Manning (M3), K Aulet (BR) re: interco accounting and confirmation hearing | 0.4 |
| 9/20/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Participate in call with K. Ehrler (M3), K. Aulet (BR) re: interco and confirmation hearing (.4); review related interco materials (.7) | 1.1 |
| 9/21/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Participate in meeting with BlockFi (F. Marquez, M. Cromwell, M. Henry) and M3 (M. Manning) to discuss key operational workstream updates | 0.9 |
| 9/21/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Development of presentation materials related to Employee Transition plans | 1.1 |
| 9/21/2023 | Meghji, Mohsin | Plan of Reorganization/Disclosure Statement | Discussions with M3 and BR regarding JPL protocol (.5) and review of JPL protocol for plan supplement (1.4) | 1.2 |
| 9/21/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Research and analysis related to Employee Transition Plan | 2.4 |
| 9/21/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Discussions with M. Meghji (M3) and T. Axelrod (BR) re: JPL protocol for plan supplement (.3); correspondence re: same (.3); review of same (.4) | 1.0 |
| 9/21/2023 | Meghji, Mohsin | Plan of Reorganization/Disclosure Statement | Various calls and correspondence regarding outstanding items and workstream updates with Company, M3 team and BR team | 1.3 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 9/22/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Discussions with D. O'Connell, B. Lytle (M3) re: stipulation and setoff analysis (.4); review and analyze setoffs (2.3) | 2.7 |
| 9/22/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Discussions with M. Meghji (M3) re: JPL protocol for plan supplement (.4); correspondence re: same with M. Meghji (M3) and T. Axelrod (BR) (.4); review of same (.4) | 1.2 |
| 9/22/2023 | Meghji, Mohsin | Plan of Reorganization/Disclosure Statement | Discussions with M3 and BR regarding JPL protocol for plan supplement (.4) and review of documents and related correspondence (1.2) | 2.7 |
| 9/22/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Review and analysis of latest Plan of Reorganization as provided by Debtor counsel, including language surrounding FTX claims | 1.4 |
| 9/22/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Review and analyze FTX stipulation (.4) and participate in call with UCC, M3 and BR teams re: same (.5) | 0.9 |
| 9/23/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Review and analyze setoffs and FTX stipulation (2.1); discussions with K. Aulet (BR), D. O'Connell, B. Lytle (M3) re: same (1.4) | 3.5 |
| 9/25/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Review and summarization of Objection to Debtors' Notice of Filing Technical Modifications to Third Amended Chapter 11 Plan (docket 1600) and associated UCC Response in support of the Plan (docket 1606) | 1.4 |
| 9/25/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Correspondence with K. Aulet, T. Axelrod (BR), Elementus team re: confirmation prep (.6); correspondence with GB team re: confirmation hearing (.2) | 0.8 |
| 9/27/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Meeting with M. Manning (M3) to discuss employee transition plan cost estimates for Company post-effective date | 1.6 |
| 9/28/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Development of analysis of Plan Administration Budget | 2.3 |
| 9/28/2023 | Meghji, Mohsin | Plan of Reorganization/Disclosure Statement | Discussions with M. Manning (M3) and correspondence regarding employee transition plans and development of same | 1.2 |

| Date | Name | Task Category | Detail | Hours |
|------|------|---------------|--------|-------|
| 9/28/2023 | Meghji, Mohsin | Plan of Reorganization/Disclosure Statement | Review and analyze materials related to FTX | 1.2 |
| 9/28/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Develop employee transition plan proposal (.8) and correspondence and discussions with M. Meghji (M3) re: same (.4) | 1.2 |
| 9/29/2023 | Meghji, Mohsin | Plan of Reorganization/Disclosure Statement | Review and give comments to presentation materials for BlockFi Oversight Board | 1.6 |
| 9/29/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Development of presentation materials for BlockFi Oversight Board regarding Employee Transition Plans | 2.9 |
| 9/29/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Development of Employee Transition Plan analysis and key assumptions | 2.7 |

*SOFAs & SOALs*

On an ongoing basis, M3 will complete analysis of the Debtors' filed schedules and statements, including but not limited to reconciling filings with underlying support information and performing detailed diligence to assess the completeness and accuracy of information reported, as well as conduct ad-hoc analyses with SOFA/SOAL information.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | - | $0.00 |
| Manning, Matthew | Managing Director | $1,150 | - | $0.00 |
| Ehrler, Ken | Managing Director | $1,150 | - | $0.00 |
| Herman, Seth | Director | $945 | - | $0.00 |
| Bostwick, Brian | Vice President | $750 | - | $0.00 |
| O'Connell, Daniel | Senior Associate | $650 | 6.0 | $3,900.00 |
| Lytle, Brennan | Associate | $550 | - | $0.00 |
| **Total** | | | **6.0** | **$3,900.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 9/18/2023 | O'Connell, Daniel | SOFAs & SOALs | Review and analysis related to amended SOAL schedules as filed by the Debtors | 0.9 |
| 9/19/2023 | O'Connell, Daniel | SOFAs & SOALs | Development of comparison analysis for BlockFi International based on Amended Schedules A/B filed by the Debtors | 2.8 |
| 9/19/2023 | O'Connell, Daniel | SOFAs & SOALs | Comparative analysis between initial SOAL schedule and amended SOAL schedule filed for BlockFi Lending | 2.3 |