# Exhibit "B"

**Exhibit B - Summary of Expenses by Category**

| Description | Total |
|---|---:|
| Taxi/Car Service | $0.00 |
| Train | $261.00 |
| Parking | $21.00 |
| Hotels | $576.11 |
| Business Meals | $0.00 |
| Conference calls | $62.11 |
| **Total (a)** | **$920.22** |

**Note:**

(a) Total amounts are based on M3's expense reporting system as of the date of this Monthly Report and may not be reflective of all expenses incurred during the Reporting Period. As such, future monthly reports may include expenses incurred during the Reporting Period.

| Date | Amount | Category | Payer | Notes |
|---|---|---|---|---|
| 9/26/2023 | $ 220.00 | Train | Matthew Manning | Train from BOS to NJ for hearing |
| 9/26/2023 | $ 41.00 | Train | Matthew Manning | Train from NJ to NYC following hearing |
| 9/26/2023 | $ 21.00 | Parking | Matthew Manning | Parking at station |
| 9/26/2023 | $ 576.11 | Hotels | Matthew Manning | Hotel following hearing |
| 9/30/2023 | $ 62.11 | Conference Calls | M3 Team | Conference call system |