| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (TRENTON)<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Allen J. Underwood II (No. 035611997)<br>LITE DEPALMA GREENBERG & AFANADOR, LLC<br>570 Broad Street – Suite 1201<br>Newark, NJ 07102<br>Direct Dial: 973.877.3814<br>Main No.: 973.623.3000<br>Facsimile: 973.623.0858<br>Email: aunderwood@litedepalma.com | Order Filed on October 19, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**BLOCKFI INC.**, *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Judge: Honorable Michael B. Kaplan |

## ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following page is **ORDERED**.

**DATED: October 19, 2023**

                                                Honorable Michael B. Kaplan
                                                United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

**THIS MATTER**, having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc. 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

**ORDERED** that LUKE A. BAREFOOT, ESQ. be permitted to appear pro hac vice; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

**ORDERED** that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

**ORDERED** that the fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further

**ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

**ORDERED** that The filing and submission of this *Pro Hac Vice Order* is not in any way a submission by the Genesis Debtors to the jurisdiction or authority of this Court for any purpose and shall not constitute an admission, waiver or consent by the Genesis Debtors of any arguments, rights, claims, actions, defenses, setoffs, recoupments, or other matters of the Genesis Debtors of any kind, whether under any agreements, at law, in equity, or otherwise, including, without limitation, the matters expressly addressed herein.

**ORDERED** that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

United States Bankruptcy Court

District of New Jersey

In re:  
BlockFi Inc.  
    Debtor

Case No. 22-19361-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 8 |
| Date Rcvd: Oct 19, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + BlockFi Inc., 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691-1910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Garber | on behalf of Creditor Kristen Vorhees agarber@wgwc-law.com |
| Adam S. Ravin | on behalf of Interested Party The Foreign Representatives of Three Arrows Capital Ltd. (in liquidation) adam.ravin@lw.com |
| Alan Stuart Maza | on behalf of Creditor Securities and Exchange Commission mazaa@sec.gov  mazaa@sec.gov |
| Allen I Gorski | on behalf of Creditor Nancy Fout agorski@gorskiknowlton.com |
| Allen I Gorski | on behalf of Creditor Estate of Herman Katzenell agorski@gorskiknowlton.com |
| Allen Joseph Underwood, II | on behalf of Interested Party Genesis Global Holdco LLC  Genesis Global Capital, LLC and Genesis Asia Pacific Pte. Ltd. |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 8 |
| Date Rcvd: Oct 19, 2023 | Form ID: pdf903 | Total Noticed: 1 |

    aunderwood@litedepalma.com, ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Andrew Marks
    on behalf of Creditor Matthew Gordon jcardenas@dorflaw.com

Anna Pia Felix
    on behalf of Creditor Yuri Mushkin afelix@lpgmlaw.com

Anthony J D'Artiglio
    on behalf of Creditor Kyle Klaus ADARTIGLIO@ANSELL.LAW  courtfilings@ansell.law;jbauchner@ansell.law

Barbra Rachel Parlin
    on behalf of Creditor Silvergate Bank barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Brett S. Theisen
    on behalf of Unknown Role Type Ankura Trust Company  LLC btheisen@gibbonslaw.com, nmitchell@gibbonslaw.com

Bryan Russell Horton
    on behalf of Interested Party Scratch Services LLC rhorton@gbkh.com

Carol L. Knowlton
    on behalf of Creditor George J. Gerro cknowlton@gorskiknowlton.com

Carrie J. Boyle
    on behalf of Creditor Ge Song cboyle@b-vlaw.com
    tking@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net;jpryor@b-vlaw.com

Catherine B. Heitzenrater
    on behalf of Creditor Chubb Companies cebeideman@duanemorris.com

Daniel Stolz
    on behalf of Attorney Brown Rudnick LLP dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Other Prof. Elementus  Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Other Prof. M3 Partners dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Committee Official Committee of Unsecured Creditors dstolz@genovaburns.com
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors dstolz@genovaburns.com
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Plaintiff Official Committee Of Unsecured Creditors dstolz@genovaburns.com
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel E. Straffi
    on behalf of Creditor Daniel Gusovsky bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor Andrew Martinez bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor Kole Kottmeier bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor Ashton Rincon bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor Joseph Borremans bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor Martin Mikolajczyk bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor Damon Andersson bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 8 |
| Date Rcvd: Oct 19, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Daniel E. Straffi
    on behalf of Creditor Steven Lee bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor Matthew Hoselton bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor Mitchell Eglar bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor William Warburton bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor Brendan Pena bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor Alberto Olivo bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor Bruce Gilling bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor Wayne Akey bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor Scott Aufenanger bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor Ellison Bak bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor Michiel Hemminga bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor Clayton Bargsten bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

David E. Sklar
    on behalf of Creditor Zachary Lee Prince desklar@pbnlaw.com
    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

David E. Sklar
    on behalf of Creditor Flori Marquez desklar@pbnlaw.com
    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

David J. Adler
    on behalf of Creditor Committee McCarter & English  LLP DAdler@McCarter.com

David J. Adler
    on behalf of Attorney McCarter & English DAdler@McCarter.com

David J. Adler
    on behalf of Creditor Committee Official Committee of Unsecured Creditors DAdler@McCarter.com

Deborah Kovsky Apap
    on behalf of Interested Party Ad Hoc Committee of Wallet Account Holders deborah.kovsky@troutman.com

Donald W Clarke
    on behalf of Attorney Brown Rudnick LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Creditor Committee Official Committee of Unsecured Creditors dclarke@genovaburns.com
    dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors dclarke@genovaburns.com
    dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
    on behalf of Other Prof. Elementus  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke

Case 22-19361-MBK    Doc 1775    Filed 10/21/23    Entered 10/22/23 00:18:10    Desc
Imaged Certificate of Notice    Page 7 of 11

| District/off: 0312-3 | User: admin | Page 4 of 8 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Donald W Clarke | on behalf of Other Prof. M3 Partners dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Attorney Genova Burns LLC dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Plaintiff Official Committee Of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Douglas J. McGill | on behalf of Creditor Ad Hoc Committee of Collaterized Loan Account Holders dmcgill@webbermcgill.com |
| Douglas J. McGill | on behalf of Creditor Gary Ford dmcgill@webbermcgill.com |
| Douglas T Tabachnik | on behalf of Defendant Primeblock Operations LLC dtabachnik@dttlaw.com rdalba@dttlaw.com |
| Elisabeth Bruce | on behalf of Interested Party Internal Revenue Service elisabeth.m.bruce@usdoj.gov ari.d.kunofsky@usdoj.gov;eastern.taxcivil@usdoj.gov |
| Felice R. Yudkin | on behalf of Debtor BlockFi Inc. fyudkin@coleschotz.com fpisano@coleschotz.com |
| Frank F. Velocci | on behalf of Interested Party Bermuda Joint Provisional Liquidators of BlockFi International Ltd. frank.velocci@faegredrinker.com cathy.greer@faegredrinker.com |
| Gaston P. Loomis, II | on behalf of Creditor New Jersey Bureau of Securities gloomis@mdmc-law.com scarney@mdmc-law.com |
| Gregory S. Kinoian | on behalf of Creditor Committee Official Committee of Unsecured Creditors gkinoian@genovaburns.com |
| Gregory S. Kinoian | on behalf of Creditor Committee Official Committee Of Unsecured Creditors gkinoian@genovaburns.com |
| Gregory S. Kinoian | on behalf of Plaintiff Official Committee Of Unsecured Creditors gkinoian@genovaburns.com |
| Jack Shrum | on behalf of Creditor John M. Von Pischke jshrum@jshrumlaw.com |
| James L Bromley | on behalf of Interested Party FTX Trading Ltd and Affiliated Debtors bromleyj@sullcrom.com |
| Jason D. Angelo | on behalf of Creditor Bryant F. Foulger JAngelo@reedsmith.com sshidner@mdmc-law.com;smullen@mdmc-law.com |
| Jason M. Avellino | on behalf of Creditor Undisclosed Creditors javellino@gelaw.com 7661309420@filings.docketbird.com;gnovod@gelaw.com;cnevers@gelaw.com |
| Jeffrey Bernstein | on behalf of Creditor New Jersey Bureau of Securities jbernstein@mdmc-law.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jeffrey M. Traurig | on behalf of Examiner Elise S. Frejka jtraurig@trauriglaw.com |
| Jessica Cole | on behalf of Defendant United States of America jessica.cole@usdoj.gov |
| Jessica Cole | on behalf of Interested Party United States of America jessica.cole@usdoj.gov |
| Joao Ferreira Magalhaes | on behalf of Creditor John William Van Tubergen Jr. jmagalhaes@connellfoley.com |
| John Piskora | on behalf of Creditor Deferred 1031 LLC jpiskora@loeb.com nydocket@loeb.com,dbesikof@loeb.com |
| John Piskora | on behalf of Creditor Deferred 1031 Series 4 LLC jpiskora@loeb.com nydocket@loeb.com,dbesikof@loeb.com |
| John C. Goodchild | on behalf of Defendant Emergent Fidelity Technologies Ltd. john.goodchild@morganlewis.com |
| John C. Goodchild | on behalf of Interested Party Emergent Fidelity Technologies Ltd john.goodchild@morganlewis.com |

Case 22-19361-MBK    Doc 1775    Filed 10/21/23    Entered 10/22/23 00:18:10    Desc
Imaged Certificate of Notice    Page 8 of 11

| District/off: 0312-3 | User: admin | Page 5 of 8 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| John C. Goodchild | on behalf of Creditor Emergent Fidelity Technologies Ltd. john.goodchild@morganlewis.com |
| John C. Kilgannon | on behalf of Interested Party Towards Equilibrium LLC john.kilgannon@stevenslee.com |
| John W. Weiss | on behalf of Interested Party The Foreign Representatives of Three Arrows Capital Ltd. (in liquidation) jweiss@pashmanstein.com |
| Joseph M. Shapiro | on behalf of Creditor Wilson Cotrim jshapiro@middlebrooksshapiro.com |
| Joseph M. Shapiro | on behalf of Creditor John A. Javes jshapiro@middlebrooksshapiro.com |
| Joshua S. Bauchner | on behalf of Creditor Kyle Klaus jbauchner@mblawfirm.com courtfilings@ansellgrimm.com;ajd@ansellgrimm.com |
| Kaitlin R. Walsh | on behalf of Defendant ED&F Man Capital Markets Inc. krwalsh@mintz.com, docketing@mintz.com |
| Kaitlin R. Walsh | on behalf of Creditor Marex Capital Markets Inc. krwalsh@mintz.com docketing@mintz.com |
| Kaitlin R. Walsh | on behalf of Defendant Marex Capital Markets Inc. f/k/a ED&F Man Capital Markets Inc. krwalsh@mintz.com, docketing@mintz.com |
| Kenneth Aulet | on behalf of Creditor Committee Official Committee of Unsecured Creditors hcohen@brownrudnick.com |
| Kurt F. Gwynne | on behalf of Creditor Bryant F. Foulger kgwynne@reedsmith.com |
| Kurt F. Gwynne | on behalf of Interested Party Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com |
| Kurt F. Gwynne | on behalf of Creditor The Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com |
| Kurt F. Gwynne | on behalf of Interested Party The Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com |
| Kyle McEvilly | on behalf of Unknown Role Type Ankura Trust Company LLC kmcevilly@gibbonslaw.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Mary E Putnick | on behalf of Creditor Shaoky Taraman marybeth@putnicklegal.com hpenrose@awkolaw.com |
| Mary E Putnick | on behalf of Creditor Noah Powell marybeth@putnicklegal.com hpenrose@awkolaw.com |
| Meredith Mitnick | on behalf of Creditor Deserve Inc. mmitnick@goodwinlaw.com |
| Michael Anthony Guerra | on behalf of Interested Party Cipher Mining Technologies Inc. maguerra@venable.com nylitigationdocketing@venable.com |
| Michael Anthony Guerra | on behalf of Interested Party Cipher Mining Inc. maguerra@venable.com nylitigationdocketing@venable.com |
| Michael D. Sirota | on behalf of Defendant BlockFi Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Defendant BlockFi Trading LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Services Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz |

District/off: 0312-3 User: admin Page 6 of 8
Date Rcvd: Oct 19, 2023 Form ID: pdf903 Total Noticed: 1

| | | |
|---|---|---|
| | | .com |
| Michael D. Sirota | | |
| | on behalf of Defendant BlockFi Lending LLC msirota@coleschotz.com | |
| | fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com | |
| Michael D. Sirota | | |
| | on behalf of Plaintiff BlockFi Lending LLC msirota@coleschotz.com | |
| | fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com | |
| Michael D. Sirota | | |
| | on behalf of Defendant BlockFi Lending II LLC msirota@coleschotz.com | |
| | fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com | |
| Michael D. Sirota | | |
| | on behalf of Defendant BlockFi Ventures LLC msirota@coleschotz.com | |
| | fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com | |
| Michael D. Sirota | | |
| | on behalf of Plaintiff BlockFi Trading  LLC msirota@coleschotz.com, | |
| | fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com | |
| Michael D. Sirota | | |
| | on behalf of Debtor BlockFi Investment Products LLC msirota@coleschotz.com | |
| | fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com | |
| Michael D. Sirota | | |
| | on behalf of Plaintiff BlockFi Inc. msirota@coleschotz.com | |
| | fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com | |
| Michael D. Sirota | | |
| | on behalf of Debtor BlockFi Trading LLC msirota@coleschotz.com | |
| | fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com | |
| Michael D. Sirota | | |
| | on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com | |
| | fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com | |
| Michael D. Sirota | | |
| | on behalf of Defendant BlockFi International Ltd. msirota@coleschotz.com | |
| | fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com | |
| Michael D. Sirota | | |
| | on behalf of Plaintiff BlockFi International Ltd. msirota@coleschotz.com | |
| | fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com | |
| Michael D. Sirota | | |
| | on behalf of Plaintiff BlockFi Investment Products LLC msirota@coleschotz.com | |
| | fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com | |
| Michael D. Sirota | | |
| | on behalf of Plaintiff BlockFi Wallet LLC msirota@coleschotz.com | |
| | fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com | |
| Michael D. Sirota | | |
| | on behalf of Plaintiff BlockFi Ventures LLC msirota@coleschotz.com | |
| | fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com | |
| Michael D. Sirota | | |
| | on behalf of Defendant BlockFi Investment Products LLC msirota@coleschotz.com | |
| | fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com | |
| Michael D. Sirota | | |
| | on behalf of Plaintiff BlockFi Lending II LLC msirota@coleschotz.com | |
| | fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com | |
| Michael D. Sirota | | |

Case 22-19361-MBK    Doc 1775    Filed 10/21/23    Entered 10/22/23 00:18:10    Desc
Imaged Certificate of Notice    Page 10 of 11

| District/off: 0312-3 | User: admin | Page 7 of 8 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor BlockFi Lending II LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Lending LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi International Ltd. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Services Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Defendant BlockFi Services Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Ventures LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Wallet LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Defendant BlockFi Wallet LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael S. Etkin | on behalf of Interested Party Proposed Lead Plaintiff in Securities Class Action metkin@lowenstein.com |
| Michael S. Etkin | on behalf of Interested Party Cameron Wyatt metkin@lowenstein.com |
| Nicole A. Leonard | on behalf of Creditor New Jersey Bureau of Securities nleonard@mdmc-law.com gbressler@mdmc-law.com;dprimack@mdmc-law.com;sshidner@mdmc-law.com |
| Paul J. Winterhalter | on behalf of Creditor Moneeb Waseem pwinterhalter@offitkurman.com cballasy@offitkurman.com |
| Peter Y. Lee | on behalf of Creditor Renard Ihlenfeld peter.lee@leeadvocates.com |
| Richard Kanowitz | on behalf of Debtor BlockFi Inc. richard.kanowitz@haynesboone.com |
| Richard Kanowitz | on behalf of Plaintiff BlockFi Inc. richard.kanowitz@haynesboone.com |
| Richard Kanowitz | on behalf of Plaintiff BlockFi International Ltd. richard.kanowitz@haynesboone.com |
| Richard Kanowitz | on behalf of Plaintiff BlockFi Lending LLC richard.kanowitz@haynesboone.com |
| Richard G. Placey | on behalf of Stockholder Samuel L. Bankman-Fried rplacey@mmwr.com plorenz@mmwr.com;pat-lorenz-montgomery-mccracken-walker-rhoads-llp-7123@ecf.pacerpro.com |
| Robert Malone | on behalf of Unknown Role Type Ankura Trust Company LLC rmalone@gibbonslaw.com, nmitchell@gibbonslaw.com |
| Robert M. Schechter | on behalf of Creditor Flori Marquez rmschechter@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Robert M. Schechter | on behalf of Creditor Zachary Lee Prince rmschechter@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Sam Della Fera, Jr | |

District/off: 0312-3  User: admin  Page 8 of 8
Date Rcvd: Oct 19, 2023  Form ID: pdf903  Total Noticed: 1

| Name | Representation |
|---|---|
| | on behalf of Defendant Vrai Nom Investment Limited sdellafera@csglaw.com |
| Sam Della Fera, Jr | on behalf of Creditor Vrai Nom Investment Limited sdellafera@csglaw.com |
| Scott Fleischer | on behalf of Creditor Rui Pedro Vaz dos Santos Teixeira sfleischer@barclaydamon.com |
| Sean James Mack | on behalf of Defendant Digistar Norway AS smack@pashmanstein.com smack@pashmanstein.com;Jpadilla@pashmanstein.com |
| Sean James Mack | on behalf of Defendant Nessim-Sariel Gaon smack@pashmanstein.com smack@pashmanstein.com;Jpadilla@pashmanstein.com |
| Sean James Mack | on behalf of Defendant Fiorenzo Manganiello smack@pashmanstein.com smack@pashmanstein.com;Jpadilla@pashmanstein.com |
| Seth Brandon Shapiro | on behalf of Interested Party United States of America seth.shapiro@usdoj.gov |
| Seth Brandon Shapiro | on behalf of Defendant United States of America seth.shapiro@usdoj.gov |
| Steven R. Wirth | on behalf of Creditor John Lymn steven.wirth@akerman.com caren.collier@akerman.com;Jennifer.meehan@akerman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia T. Shea | on behalf of Creditor New Jersey Bureau of Securities vshea@mdmc-law.com gbressler@mdmc-law.com |
| Warren A. Usatine | on behalf of Debtor BlockFi Inc. wusatine@coleschotz.com fpisano@coleschotz.com |
| Warren J. Martin, Jr. | on behalf of Creditor Zachary Lee Prince wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;sakelly@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com |
| Warren J. Martin, Jr. | on behalf of Creditor Flori Marquez wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;sakelly@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com |
| Wendy M Simkulak | on behalf of Creditor Chubb Companies wmsimkulak@duanemorris.com |

TOTAL: 155