**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Tariful Huq, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 18, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Fee Application Service List attached hereto as **Exhibit A**:

- Monthly Fee Statement of Moelis & Company LLC for the Month of August 1 - 31, 2023. Objections due by November 1, 2023 [Docket No. 1748]

Dated: October 23, 2023

/s/ *Tariful Huq*
Tariful Huq

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 23, 2023, by Tariful Huq, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691

SRF 73748

**Exhibit A**

Exhibit A
Fee Application Service List
Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Akerman LLP | Attn: Steven R. Wirth | steven.wirth@akerman.com | Email |
| Andrews Devalerio LLP | Attn: Daryl Andrews, Glen DeValerio | daryl@andrewsdevalerio.com; glen@andrewsdevalerio.com | Email |
| Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Joshua S. Bauchner | ajd@ansellgrimm.com; jb@ansellgrimm.com | Email |
| Barclay Damon LLP | Attn: Scott L. Fleischer | sfleischer@barclaydamon.com | Email |
| Boyle & Valenti Law, P.C. | Attn: Carrie J. Boyle, Esq. | cboyle@b-vlaw.com | Email |
| Bronstein, Gewirtz & Grossman, LLC | Attn: Peretz Bronstein | peretz@bgandg.com | Email |
| Brown Rudnick LLP | Attn: Robert J. Stark, Kenneth Aulet, Bennett S. Silverberg | rstark@brownrudnick.com; kaulet@brownrudnick.com; bsilverberg@brownrudnick.com | Email |
| Brown Rudnick LLP | Attn: Stephen D. Palley | spalley@brownrudnick.com | Email |
| Dorf & Nelson LLP | Attn: Andrew P. Marks | amarks@dorflaw.com | Email |
| Genova Burns LLC | Attn: Daniel M. Stolz, Donald W. Clarke, Gregory S. Kinoian, Esq. | dstolz@genovaburns.com; dclarke@genovaburns.com | Email |
| George Brothers Kincaid & Horton, LLP | Attn: B.Russell Horton | rhorton@gbkh.com | Email |
| George S. Wynns | Attn: George S. Wynns | georgewynns@gmail.com | Email |
| Gerro & Gerro | Attn: George J. Gerro | george@gerrolaw.com | Email |

Exhibit A
Fee Application Service List
Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Gibbons P.C. | Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly | rmalone@gibbonslaw.com; btheisen@gibbonslaw.com; kmcevilly@gibbonslaw.com | Email |
| Goldstein & McClintock LLLP | Attn: Matthew E. McClintock, Harley Goldstein, Daniel C. Curth | mattm@goldmclaw.com; harleyg@restructuringshop.com; danc@goldmclaw.com | Email |
| Goodwin Procter LLP | Attn: Meredith L. Mitnick | mmitnick@goodwinlaw.com | Email |
| Gorski & Knowlton Pc | Attn: Carol L. Knowlton, Allen I. Gorski | cknowlton@gorskiknowlton.com; agorski@gorskiknowlton.com | Email |
| Hogan Lovells US LLP | Attn: Christopher R. Donoho III, Christopher R. Bryant | robert.ripin@hoganlovells.com; chris.donoho@hoganlovells.com; chris.bryant@hoganlovells.com | Email |
| Hogan Lovells US LLP | Attn: David P. Simonds, Edward J. McNeilly | david.simonds@hoganlovells.com; edward.mcneilly@hoganlovells.com | Email |
| Holland & Knight LLP | Attn: Barbra R. Parlin | barbra.parlin@hklaw.com | Email |
| Jack Shrum, P.A. | Attn: "J" Jackson Shrum | jshrum@jshrumlaw.com | Email |
| Latham & Watkins LLP | Attn: Adam S. Ravin, Adam J. Goldberg, Christopher Harris, Brett M. Neve, Nacif Taousse, Marissa Alter-Nelson | adam.ravin@lw.com; adam.goldberg@lw.com; christopher.harris@lw.com; brett.neve@lw.com; nacif.taousse@lw.com; marissa.alter-nelson@lw.com | Email |
| Latham & Watkins LLP | Attn: Nima H. Mohebbi, Tiffany M. Ikeda | nima.mohebbi@lw.com; tiffany.ikeda@lw.com | Email |
| Law Offices of Douglas T. Tabachnik, P.C. | Attn: Douglas T. Tabachnik | dtabachnik@dttlaw.com | Email |
| Lazare Potter Giacovas & Moyle LLP | Attn: Anna Pia D. Felix, Michael T. Conway | afelix@lpgmlaw.com; mconway@lpgmlaw.com | Email |
| Lee, LLC | Attn: Peter Y. Lee | Peter.Lee@LeeAdvocates.Com | Email |

Exhibit A

Fee Application Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Lowenstein Sandler LLP | Attn: Michael S. Etkin, Michael Papandrea | metkin@lowenstein.com;  mpapandrea@lowenstein.com | Email |
| McCarter & English, LLP | Attn: David J. Adler, Joseph R. Scholz | dadler@mccarter.com; jscholz@mccarter.com | Email |
| McCarter & English, LLP | Attn: Lisa S. Bonsall | lbonsall@mccarter.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard | nleonard@mdmc-law.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gaston P. Loomis | gloomis@mdmc-law.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein | jbernstein@mdmc-law.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea | vshea@mdmc-law.com | Email |
| Middlebrooks Shapiro, P.C. | Attn: Joseph M. Shapiro | jshapiro@middlebrooksshapiro.com | Email |
| Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein | KRWalsh@mintz.com; TDoherty@mintz.com; DBaumstein@mintz.com | Email |
| Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild, III, Matthew C. Ziegler | john.goodchild@morganlewis.com; matthew.ziegler@morganlewis.com | Email |
| Morgan, Lewis & Bockius LLP | Attn: Joshua Dorchak, David K. Shim | joshua.dorchak@morganlewis.com; david.shim@morganlewis.com | Email |
| Office of The Tennessee Attorney General | Attn: Bankruptcy Division | gina.hantel@ag.tn.gov | Email |
| Offit Kurman, P.A. | Attn: Paul J. Weinterhalter | pwinterhalter@offitkurman.com | Email |

Exhibit A

Fee Application Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Offit Kurman, P.A. | Attn: Brian J. McLaughlin | brian.mclaughlin@offitkurman.com | Email |
| Pashman Stein Walder Hayden, P.C. | Attn: John W. Weiss, Joseph C. Barsalona II | jweiss@pashmanstein.com; jbarsalona@pashmanstein.com | Email |
| Pomerantz LLP | Attn: Jeremy A. Lieberman, J. Alexander Hood II, Brian Calandra | jalieberman@pomlaw.com; ahood@pomlaw.com; bcalandra@pomlaw.com | Email |
| Porzio, Bromberg & Newman, P.C. | Attn: Robert M. Schechter, Warren J. Martin | rmschechter@pbnlaw.com; wjmartin@pbnlaw.com | Email |
| Putnick Legal, LLC | Attn: Mary E. Putnick | marybeth@putnicklegal.com | Email |
| Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo | kgwynne@reedsmith.com; jangelo@reedsmith.com | Email |
| Reed Smith LLP | Attn: Kurt F. Gwynne | kgwynne@reedsmith.com; meckard@reedsmith.com | Email |
| Shearman & Sterling LLP | Attn: R. Thaddeus Behrens, Daniel H. Gold | thad.behrens@shearman.com; dan.gold@shearman.com | Email |
| Singer & Levick, P.C. | Attn: Larry A. Levick | Levick@singerlevick.com | Email |
| Stevens & Lee, P.C. | Attn: John C. Kilgannon | john.kilgannon@stevenslee.com | Email |
| Straffi & Straffi, LLC | Attn: Daniel E. Straffi | bkclient@straffilaw.com | Email |
| Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora | dietdericha@sullcrom.com; bromleyj@sullcrom.com; gluecksteinb@sullcrom.com; porporam@sullcrom.com | Email |
| Traurig Law LLC | Attn: Jeffrey Traurig | jtraurig@trauriglaw.com | Email |

Exhibit A

Fee Application Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Troutman Pepper Hamilton Sanders LLP | Attn: Deborah Kovsky-Apap | deborah.kovsky@troutman.com | Email |
| U.S. Department of Justice – Civil Division | Attn: Jessica L. Cole | jessica.cole@usdoj.gov | Email |
| U.S. Department of Justice – Civil Division Commercial Litigation Branch | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro, | seth.shapiro@usdoj.gov; | Email |
| U.S. Department of Justice Civil Division | Attn: Seth B. Shapiro | seth.shapiro@usdoj.gov | Email |
| Venable LLP | Attn: Michael A. Guerra, Jeffrey S. Sabin and Carol A. Weiner | MAGuerra@Venable.com; JSsabin@venable.com; CWeinerlevy@venable.com | Email |
| Venable LLP | Attn: Andrew J. Currie | AJCurrie@Venable.com | Email |
| Wadsworth, Garber, Warner and Conrardy, P.C. | Attn: Aaron A. Garber | agarber@wgwc-law.com | Email |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | saron@wrslawyers.com | Email |
| Zuckerman Gore Brandeis & Crossman, LLP | Attn: John K. Crossman, Karen S. Park, Jeffrey L. Friesen | jcrossman@zukermangore.com; kpark@zukermangore.com; jfriesen@zukermangore.com | Email |
| Berkeley Research Group | Attn: Mark Renzi | mrenzi@thinkbrg.com | Email |
| Cole Schotz P.C. | Attn: Michael D. Sirota, Warren A. Usatine | Msirota@coleschotz.com; wusatine@coleschotz.com | Email |
| Fee Examiner | Attn: Elise S. Frejka | efrejka@frejka.com | Email |
| Haynes and Boone, LLP | Attn: Richard S. Kanowitz | richard.kanowitz@haynesboone.com | Email |

Exhibit A

Fee Application Service List

Served as set forth below

| NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|
| Haynes and Boone, LLP | Attn: J. Frasher Murphy, Jordan E. Chavez | frasher.murphy@haynesboone.com; jordan.chavez@haynesboone.com | Email |
| Kirkland & Ellis LLP | Attn: Christine A. Okike, Francis Petrie, Joshua Sussberg | christine.okike@kirkland.com; francis.petrie@kirkland.com; jsussberg@kirkland.com | Email |
| Moelis & Company | Attn: Barak Klein, Jared Dermont | barak.klein@moelis.com; jared.dermont@moelis.com | Email |
| Office of the United States Trustee | Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq | Lauren.Bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov | Email |
| Grant & Eisenhofer P.A. | Attn: Jason M. Avellino<br>123 Justison Street<br>Wilmington CA 19801 | | First Class Mail |
| Montgomery McCracken Walker & Rhoads, LLP | Attn: Edward L. Schnitzer<br>457 Haddonfield Road<br>6th Floor<br>Cherry Hill NJ 08002 | | First Class Mail |