| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**OFFIT KURMAN, P.A.**<br>Paul J. Winterhalter, Esq. (006961986)<br>100 Eagle Rock Avenue, Suite 105<br>East Hanover, NJ 07936<br>Telephone: (267) 338-1370<br>Facsimile: (267) 338-1335<br>E-mail: pwinterhalter@offitkurman.com<br><br>**OFFIT KURMAN, P.A.**<br>Brian J. McLaughlin, Esq.<br>222 Delaware Avenue, Suite 1105<br>Wilmington, DE 19801<br>Telephone:    (302) 351-0916<br>Facsimile:     (302) 351-0915<br>Email: brian.mclaughlin@offitkurman.com<br><br>*Counsel for Moneeb Ahemd Waseem ("Waseem")* | |
| In re:<br><br>BLOCKFI INC.,<br>                                             Debtor. | Case No.: 22-19361 (MBK)<br><br>Chapter: 11<br><br>Judge: Hon. Michael B. Kaplan |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF
### PAUL J. WINTERHALTER, ESQUIRE AND
### <u>BRIAN J. MCLAUGHLIN, ESQUIRE</u>

**TO THE CLERK AND ALL INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN to withdrawal the Notice of Appearance of Paul J. Winterhalter, Esquire and Brian J. McLaughlin, Esquire on behalf of MONEEB AHMED

WASEEM at Docket Entry 1213 and 1279 in the above referenced Bankruptcy proceeding.

                                          **OFFIT KURMAN, P.A.**

By:*/S/ P.J. Winterhalter*
     PAUL J. WINTERHALTER
100 Eagle Rock Avenue, Suite 105
East Hanover, NJ 07936
267.338.1370
Email: pwinterhalter@offitkurman.com

                                            And

BRIAN J. MCLAUGHLIN
222 Delaware Avenue, Suite 1105
Wilmington, DE 19801
302.351.0916
Brian.mclaughlin@offitkurman.com
*Co-Counsel for Moneeb Ahmed Waseem*

Dated: October 24, 2023

4862-6811-1242, v. 1