## Schedule 1

## Disputed Claims

**Debtor: BlockFi Inc** *et al.*

**Omnibus Objection to 3AC Claims**

**Legend: Basis for Objection**

| | | | |
|---|---|---|---|
| BR-NI | Claimant is not identifiable as a customer or counterparty of BlockFi | TOU | Claim includes amounts in violation of Terms of Use, including fraud or disabled account |
| BR - A | Inconsistent with Books and Records - Incorrect Crypto Amount, Correct Dollar Amount | IC | Claims are classified incorrectly or improperly |
| BR - B | Inconsistent with Books and Records - Incorrect Dollar Amount, Correct Crypto Amount | ID | Claims fail to specify the basis for claim or provide sufficient documentation |
| BR - C | Inconsistent with Books and Records - Incorrect Dollar and Crypto Amount | NL | Seeks recovery for amounts for which the Debtors are not liable |
| UL | Claims fail to specify the asserted claim amount or list 'unliquidated' | NDF | Non-debtor has satisfied the claim in full |
| AMD | Claim amended by subsequently filed proof of claim | L | Late filed claim after bar date |
| DUP | Duplicative claim | O | Other; see Notes for more information |

| Filed Claim | | | | | | Surviving Claim | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection | Surviving Claim No. | Estate - Debtor Entity | Estate - Surviving Claim Amount | Wallet - Debtor Entity | Wallet Coins - Surviving Claim Amount [1] | Notes | Action [2] |
| 15592 | Three Arrows Capital Ltd (in liquidation) | 3/31/2023 | BlockFi Inc. | Unliquidated/contingent | AMD, UL, DUP, IC, ID, NL | N/A | N/A | N/A | | | | Expunge |
| 25958 | Three Arrows Capital Ltd (in liquidation) | 3/31/2023 | BlockFi Wallet LLC | Unliquidated/contingent | AMD, UL, DUP, IC, ID, NL | N/A | N/A | N/A | | | | Expunge |
| 25961 | Three Arrows Capital Ltd (in liquidation) | 3/31/2023 | BlockFi Investment Products LLC | Unliquidated/contingent | AMD, UL, DUP, IC, ID, NL | N/A | N/A | N/A | | | | Expunge |
| 25923 | Three Arrows Capital Ltd (in liquidation) | 3/31/2023 | BlockFi Trading LLC | Unliquidated/contingent | AMD, UL, DUP, IC, ID, NL | N/A | N/A | N/A | | | | Expunge |
| 25985 | Three Arrows Capital Ltd (in liquidation) | 3/31/2023 | BlockFi Ventures LLC | Unliquidated/contingent | AMD, UL, DUP, IC, ID, NL | N/A | N/A | N/A | | | | Expunge |
| 25984 | Three Arrows Capital Ltd (in liquidation) | 3/31/2023 | BlockFi Services Inc. | Unliquidated/contingent | AMD, UL, DUP, IC, ID, NL | N/A | N/A | N/A | | | | Expunge |
| 26292 | Three Arrows Capital Ltd (in liquidation) | 3/31/2023 | BlockFi Lending LLC | Unliquidated/contingent | AMD, UL, ID, NL | N/A | N/A | N/A | | | | Expunge |
| 25953 | Three Arrows Capital Ltd (in liquidation) | 3/31/2023 | BlockFi International Ltd. | Unliquidated/contingent | AMD, UL, DUP, IC, ID, NL | N/A | N/A | N/A | | | | Expunge |
| 25964 | Three Arrows Capital Ltd (in liquidation) | 3/31/2023 | BlockFi Lending II LLC | Unliquidated/contingent | AMD, UL, DUP, IC, ID, NL | N/A | N/A | N/A | | | | Expunge |
| 33526 | Three Arrows Capital Ltd (in liquidation) | 9/13/2023 | BlockFi Inc. | Unliquidated/contingent | UL, DUP, IC, ID, NL | N/A | N/A | N/A | | | | Expunge |
| 33518 | Three Arrows Capital Ltd (in liquidation) | 9/13/2023 | BlockFi Wallet LLC | Unliquidated/contingent | UL, DUP, IC, ID, NL | N/A | N/A | N/A | | | | Expunge |
| 33525 | Three Arrows Capital Ltd (in liquidation) | 9/13/2023 | BlockFi Investment Products LLC | Unliquidated/contingent | UL, DUP, IC, ID, NL | N/A | N/A | N/A | | | | Expunge |
| 33523 | Three Arrows Capital Ltd (in liquidation) | 9/13/2023 | BlockFi Trading LLC | Unliquidated/contingent | UL, DUP, IC, ID, NL | N/A | N/A | N/A | | | | Expunge |
| 33521 | Three Arrows Capital Ltd (in liquidation) | 9/13/2023 | BlockFi Ventures LLC | Unliquidated/contingent | UL, DUP, IC, ID, NL | N/A | N/A | N/A | | | | Expunge |
| 33524 | Three Arrows Capital Ltd (in liquidation) | 9/13/2023 | BlockFi Services Inc. | Unliquidated/contingent | UL, DUP, IC, ID, NL | N/A | N/A | N/A | | | | Expunge |

[1] Claims that did not assert Wallet as part of their proof of claim may still have Wallet balances but may be listed as "N/A" to this particular claim.

[2] Claims that the Debtors are seeking to modify are subject to future objection.

**Legend: Basis for Objection**

| | | | |
|---|---|---|---|
| BR-NI | Claimant is not identifiable as a customer or counterparty of BlockFi | TOU | Claim includes amounts in violation of Terms of Use, including fraud or disabled account |
| BR - A | Inconsistent with Books and Records - Incorrect Crypto Amount, Correct Dollar Amount | IC | Claims are classified incorrectly or improperly |
| BR - B | Inconsistent with Books and Records - Incorrect Dollar Amount, Correct Crypto Amount | ID | Claims fail to specify the basis for claim or provide sufficient documentation |
| BR - C | Inconsistent with Books and Records - Incorrect Dollar and Crypto Amount | NL | Seeks recovery for amounts for which the Debtors are not liable |
| UL | Claims fail to specify the asserted claim amount or list 'unliquidated' | NDF | Non-debtor has satisfied the claim in full |
| AMD | Claim amended by subsequently filed proof of claim | L | Late filed claim after bar date |
| DUP | Duplicative claim | O | Other; see Notes for more information |

| Filed Claim | | | | | | Surviving Claim | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection | Surviving Claim No. | Estate - Debtor Entity | Estate - Surviving Claim Amount | Wallet - Debtor Entity | Wallet Coins - Surviving Claim Amount [1] | Notes | Action [2] |
| 33522 | Three Arrows Capital Ltd (in liquidation) | 9/13/2023 | BlockFi Lending LLC | Unliquidated/contingent | UL, ID, NL | N/A | N/A | N/A | | | | Expunge |
| 33520 | Three Arrows Capital Ltd (in liquidation) | 9/13/2023 | BlockFi International Ltd. | Unliquidated/contingent | UL, DUP, IC, ID, NL | N/A | N/A | N/A | | | | Expunge |
| 33519 | Three Arrows Capital Ltd (in liquidation) | 9/13/2023 | BlockFi Lending II LLC | Unliquidated/contingent | UL, DUP, IC, ID, NL | N/A | N/A | N/A | | | | Expunge |

[1] Claims that did not assert Wallet as part of their proof of claim may still have Wallet balances but may be listed as "N/A" to this particular claim.

[2] Claims that the Debtors are seeking to modify are subject to future objection.