## **CERTIFICATE OF SERVICE**

   I, John C. Goodchild, III, hereby certify that on October 25, 2023, I caused to be served copies of the foregoing to all parties consenting to service through the Court's CM/ECF system.

Dated: October 25, 2023          **MORGAN, LEWIS & BOCKIUS LLP**

                  /s/ John C. Goodchild, III
                  John C. Goodchild, III (NJ Bar No. 024031994)
                  1701 Market Street
                  Philadelphia, PA 19103
                  Telephone: (215) 963-5020
                  Email: john.goodchild@morganlewis.com