**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 11, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Master Mailing Service List attached hereto **Exhibit A**:

- Notice of Hearing to Consider (I) The Adequacy of the Disclosure Statement, (II) Confirmation of the Chapter 11 Plan Filed by The Debtors, and (III) Related Voting and Objection Deadlines a copy of which is attached hereto as **Exhibit B:**

On October 11, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the CF Benchmarks LTD, (ADRID: 18173239), 6th Floor, One London Wall, London, EC2Y 5EB, United Kingdom:

- Notice of Debtors' Fourth Omnibus Rejection of Executory Contracts and Leases [Docket No. 1328]

On October 12, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the (ADRID: 10347244), whose name and address have been redacted in the interest of privacy:

- Corrective Letter to Creditors [Docket No. 943]

On October 13, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the (ADRID: 11697666), whose name and address have been redacted in the interest of privacy.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691

- Order (I) Authorizing Conversion of Trade Only Assets in Wallet Accounts into Withdrawable Digital Assets and (II) Granting Related Relief [Docket No. 1451]

Dated: October 24, 2023

/s/ *Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 24, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

2

SRF 73524, 73527, 73533 & 73596

**Exhibit A**

Exhibit A

Supplemental Master Mailing Service List

Served via First Class Mail

| Addresss ID | NAME | ADDRESS1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 11736292 | Name On File | Address on File | | | | |
| 11468370 | Name On File | Address on File | | | | |
| 11629500 | Name On File | Address on File | | | | |
| 11475701 | Name On File | Address on File | | | | |
| 11737749 | Name On File | Address on File | | | | |
| 11506184 | Name On File | Address on File | | | | |
| 11520113 | Name On File | Address on File | | | | |
| 11763456 | Name On File | Address on File | | | | |
| 11750731 | Name On File | Address on File | | | | |
| 11727413 | Name On File | Address on File | | | | |
| 11583415 | Name On File | Address on File | | | | |
| 11622631 | Name On File | Address on File | | | | |
| 10297204 | DUKAS LINDEN PUBLIC RELATIONS, INC. | PO BOX 769 | | TEANECK | NJ | 07666-0769 |
| 11514097 | Name On File | Address on File | | | | |
| 11738309 | Name On File | Address on File | | | | |
| 11701396 | Name On File | Address on File | | | | |
| 10291102 | Name On File | Address on File | | | | |
| 11729706 | Name On File | Address on File | | | | |
| 12053767 | Name On File | Address on File | | | | |
| 11478955 | Name On File | Address on File | | | | |
| 11698069 | Name On File | Address on File | | | | |
| 11678417 | Name On File | Address on File | | | | |
| 12066630 | Name On File | Address on File | | | | |
| 11478083 | Name On File | Address on File | | | | |
| 11793968 | Name On File | Address on File | | | | |
| 11503387 | Name On File | Address on File | | | | |
| 11646657 | Name On File | Address on File | | | | |
| 11696509 | Name On File | Address on File | | | | |
| 11673955 | Name On File | Address on File | | | | |
| 10297830 | Name On File | Address on File | | | | |

Exhibit A
Supplemental Master Mailing Service List
Served via First Class Mail

| Addresss ID | NAME | ADDRESS1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 12062993 | Name On File | Address on File | | | | |
| 11452157 | Name On File | Address on File | | | | |
| 11788150 | Name On File | Address on File | | | | |
| 11705044 | Name On File | Address on File | | | | |
| 11742056 | Name On File | Address on File | | | | |
| 11553888 | Name On File | Address on File | | | | |
| 11776235 | Name On File | Address on File | | | | |
| 11515908 | Name On File | Address on File | | | | |
| 11537962 | Name On File | Address on File | | | | |
| 10545043 | Name On File | Address on File | | | | |
| 11730417 | Name On File | Address on File | | | | |
| 11520565 | Name On File | Address on File | | | | |
| 11641987 | Name On File | Address on File | | | | |
| 11478842 | Name On File | Address on File | | | | |
| 12072008 | Name On File | Address on File | | | | |
| 11519246 | Name On File | Address on File | | | | |
| 11527229 | Name On File | Address on File | | | | |
| 11452472 | Name On File | Address on File | | | | |
| 11734411 | Name On File | Address on File | | | | |
| 11558774 | Name On File | Address on File | | | | |
| 10297699 | Name On File | Address on File | | | | |
| 10297760 | Name On File | Address on File | | | | |
| 12091504 | Name On File | Address on File | | | | |
| 11701090 | Name On File | Address on File | | | | |
| 11679502 | Name On File | Address on File | | | | |
| 11495284 | Name On File | Address on File | | | | |
| 11555807 | Name On File | Address on File | | | | |
| 10299052 | Name On File | Address on File | | | | |
| 11730987 | Name On File | Address on File | | | | |

In re: BlockFi Inc., *et al.*
Case No. 22-19361 (MBK)

Exhibit A

Supplemental Master Mailing Service List

Served via First Class Mail

| Addresss ID | NAME | ADDRESS1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 11696598 | Name On File | Address on File | | | | |
| 12074831 | Name On File | Address on File | | | | |
| 11454384 | Name On File | Address on File | | | | |
| 11755228 | Name On File | Address on File | | | | |
| 11513255 | Name On File | Address on File | | | | |
| 11621591 | Name On File | Address on File | | | | |
| 12075067 | Name On File | Address on File | | | | |
| 11665640 | Name On File | Address on File | | | | |
| 11774171 | Name On File | Address on File | | | | |
| 11727471 | Name On File | Address on File | | | | |
| 11570721 | Name On File | Address on File | | | | |
| 11741708 | Name On File | Address on File | | | | |
| 11469464 | Name On File | Address on File | | | | |
| 12077496 | Name On File | Address on File | | | | |
| 11715338 | Name On File | Address on File | | | | |
| 11735069 | Name On File | Address on File | | | | |
| 11522498 | Name On File | Address on File | | | | |
| 11679152 | Name On File | Address on File | | | | |
| 11542958 | Name On File | Address on File | | | | |
| 11498634 | Name On File | Address on File | | | | |
| 11736926 | Name On File | Address on File | | | | |
| 10299272 | Name On File | Address on File | | | | |
| 11738506 | Name On File | Address on File | | | | |
| 11499190 | Name On File | Address on File | | | | |
| 11488436 | Name On File | Address on File | | | | |
| 11834266 | Name On File | Address on File | | | | |
| 10299131 | Name On File | Address on File | | | | |
| 12245106 | Name On File | Address on File | | | | |
| 11504582 | Name On File | Address on File | | | | |
| 11737563 | Name On File | Address on File | | | | |

Exhibit A

Supplemental Master Mailing Service List

Served via First Class Mail

| Addresss ID | NAME | ADDRESS1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 10297610 | Name On File | Address on File | | | | |
| 11632682 | Name On File | Address on File | | | | |
| 11583384 | Name On File | Address on File | | | | |
| 12059883 | Name On File | Address on File | | | | |
| 11604917 | Name On File | Address on File | | | | |
| 12085720 | Name On File | Address on File | | | | |
| 12067517 | Name On File | Address on File | | | | |
| 10345781 | Name On File | Address on File | | | | |
| 11471260 | Name On File | Address on File | | | | |
| 10343231 | Name On File | Address on File | | | | |
| 11667765 | Name On File | Address on File | | | | |
| 11741712 | Name On File | Address on File | | | | |
| 11745707 | Name On File | Address on File | | | | |
| 11741446 | Name On File | Address on File | | | | |
| 11748768 | Name On File | Address on File | | | | |
| 12067433 | Name On File | Address on File | | | | |
| 10298425 | Name On File | Address on File | | | | |
| 11699384 | Name On File | Address on File | | | | |
| 11657619 | Name On File | Address on File | | | | |
| 11685118 | Name On File | Address on File | | | | |
| 11740669 | Name On File | Address on File | | | | |
| 10347840 | Name On File | Address on File | | | | |
| 11726435 | Name On File | Address on File | | | | |
| 10592429 | Name On File | Address on File | | | | |
| 11822927 | Name On File | Address on File | | | | |
| 11806114 | Name On File | Address on File | | | | |
| 11486226 | Name On File | Address on File | | | | |
| 11515105 | Name On File | Address on File | | | | |
| 11780428 | Name On File | Address on File | | | | |
| 11663122 | Name On File | Address on File | | | | |

In re: BlockFi Inc., *et al.*

Case No. 22-19361 (MBK)

Exhibit A

Supplemental Master Mailing Service List

Served via First Class Mail

| Addresss ID | NAME | ADDRESS1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 11757116 | Name On File | Address on File | | | | |
| 11464627 | Name On File | Address on File | | | | |
| 10346104 | Name On File | Address on File | | | | |
| 12119231 | Name On File | Address on File | | | | |
| 11631870 | Name On File | Address on File | | | | |
| 10592332 | Name On File | Address on File | | | | |
| 11496256 | Name On File | Address on File | | | | |
| 11493552 | Name On File | Address on File | | | | |
| 11496532 | Name On File | Address on File | | | | |
| 11510537 | Name On File | Address on File | | | | |
| 12062973 | Name On File | Address on File | | | | |
| 11694515 | Name On File | Address on File | | | | |
| 11692909 | Name On File | Address on File | | | | |
| 11670400 | Name On File | Address on File | | | | |
| 11509127 | Name On File | Address on File | | | | |
| 12242943 | Name On File | Address on File | | | | |
| 11674352 | Name On File | Address on File | | | | |
| 12835454 | Name On File | Address on File | | | | |
| 11461675 | Name On File | Address on File | | | | |
| 10345113 | Name On File | Address on File | | | | |
| 11509934 | Name On File | Address on File | | | | |
| 10592007 | Name On File | Address on File | | | | |
| 11731616 | Name On File | Address on File | | | | |
| 11571600 | Name On File | Address on File | | | | |
| 10347956 | Name On File | Address on File | | | | |
| 11524177 | Name On File | Address on File | | | | |
| 11621255 | Name On File | Address on File | | | | |
| 11779941 | Name On File | Address on File | | | | |
| 11739801 | Name On File | Address on File | | | | |
| 11596907 | Name On File | Address on File | | | | |

In re: BlockFi Inc., *et al.*

Case No. 22-19361 (MBK)

Exhibit A
Supplemental Master Mailing Service List
Served via First Class Mail

| Addresss ID | NAME | ADDRESS1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 11693245 | Name On File | Address on File | | | | |
| 11485799 | Name On File | Address on File | | | | |
| 11483912 | Name On File | Address on File | | | | |
| 11712309 | Name On File | Address on File | | | | |
| 11741678 | Name On File | Address on File | | | | |
| 11582824 | Name On File | Address on File | | | | |
| 11490313 | Name On File | Address on File | | | | |
| 11448441 | Name On File | Address on File | | | | |
| 11481411 | Name On File | Address on File | | | | |
| 11727685 | Name On File | Address on File | | | | |
| 11711005 | Name On File | Address on File | | | | |
| 11507533 | Name On File | Address on File | | | | |
| 11729820 | Name On File | Address on File | | | | |
| 10297944 | Name On File | Address on File | | | | |
| 10299295 | Name On File | Address on File | | | | |
| 11460909 | Name On File | Address on File | | | | |
| 11667454 | Name On File | Address on File | | | | |
| 10591892 | Alteryx | 17200 Laguna Canyon Rd | Ste 100 | Irvine | CA | 92618-5403 |
| 11492493 | Name On File | Address on File | | | | |
| 11727878 | Name On File | Address on File | | | | |
| 11647312 | Name On File | Address on File | | | | |
| 11739005 | Name On File | Address on File | | | | |
| 11729236 | Name On File | Address on File | | | | |
| 11637364 | Name On File | Address on File | | | | |
| 11637466 | Name On File | Address on File | | | | |
| 11458835 | Name On File | Address on File | | | | |
| 11682138 | Name On File | Address on File | | | | |
| 11813461 | Name On File | Address on File | | | | |
| 12065520 | Name On File | Address on File | | | | |
| 11528933 | Name On File | Address on File | | | | |

In re: BlockFi Inc., *et al.*
Case No. 22-19361 (MBK)

Exhibit A

Supplemental Master Mailing Service List

Served via First Class Mail

| Addresss ID | NAME | ADDRESS1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 11761677 | Name On File | Address on File | | | | |
| 11736485 | Name On File | Address on File | | | | |
| 11654187 | Name On File | Address on File | | | | |
| 12088893 | Name On File | Address on File | | | | |
| 10347244 | Name On File | Address on File | | | | |
| 11782098 | Name On File | Address on File | | | | |

**Exhibit B**

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and*
*Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF HEARING TO CONSIDER (I) THE ADEQUACY OF**
**THE DISCLOSURE STATEMENT, (II) CONFIRMATION OF THE CHAPTER 11**
**PLAN FILED BY THE DEBTORS, AND (III) RELATED VOTING AND OBJECTION DEADLINES**

**PLEASE TAKE NOTICE THAT** on August 2, 2023, the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") entered an order [Docket No. 1306] (the "Conditional Disclosure Statement Order")  (a) authorizing BlockFi Inc., and its affiliated debtors and debtors in possession (collectively, the "Debtors"), to solicit acceptances for the *Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1300] (as modified, amended, or supplemented from time to time, the "Plan");[2] (b) conditionally approving the *Disclosure Statement Relating to the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1301] (as modified, amended, or supplemented from time to time, the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

[2]     Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Plan or the Disclosure Statement, as applicable.

SRF 71901-73524

to be included in the solicitation packages (the "Solicitation Packages"); and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing at which the Bankruptcy Court will consider final approval of the Disclosure Statement and Confirmation of the Plan (the "Combined Hearing") will commence on **September 26, 2023 at 1:00 p.m. (prevailing Eastern Time)**, or such other time that the Bankruptcy Court determines, before the Honorable Chief Judge Michael B. Kaplan, in the United States Bankruptcy Court for the District of New Jersey, located at Courtroom #8, 402 East State Street, Trenton, New Jersey 08608.

---

**PLEASE BE ADVISED**:  THE COMBINED HEARING MAY BE CONTINUED FROM TIME TO TIME BY THE BANKRUPTCY COURT OR THE DEBTORS **WITHOUT FURTHER NOTICE** OTHER THAN BY SUCH ADJOURNMENT BEING ANNOUNCED IN OPEN COURT OR BY A NOTICE OF ADJOURNMENT FILED WITH THE BANKRUPTCY COURT AND SERVED ON ALL PARTIES ENTITLED TO NOTICE.

---

## CRITICAL INFORMATION REGARDING VOTING ON THE PLAN

**Voting Record Date**.  The voting record date is **July 26, 2023** (the "Voting Record Date"), which is the date for determining which Holders of Claims are entitled to vote on the Plan.

**Voting Deadline**.  The deadline for voting on the Plan is **September 11, 2023 at 4:00 p.m. (prevailing Eastern Time)** (the "Voting Deadline").  If you received a Solicitation Package, including a Ballot and intend to vote on the Plan you **must**:  (a) follow the instructions carefully; (b) complete **all** of the required information on the ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is **actually received** by the Debtors' claims, noticing, and solicitation agent Kroll Restructuring Administration LLC, (the "Claims, Noticing, and Solicitation Agent") on or before the Voting Deadline.  **A failure to follow such instructions may disqualify your vote**.

## CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN

**Objection Deadline**.  The deadline for filing objections to the Plan is **September 11, 2023 at 4:00 p.m. (prevailing Eastern Time)** (the "Confirmation Objection Deadline").  All objections to the relief sought at the Combined Hearing **must**:  (a) be in writing; (b) state with particularity the basis of the objection; and (c) be filed with the Clerk of the Bankruptcy Court electronically by (i) attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, (ii) by all other parties-in-interest, if not otherwise filed with the Clerk of the Bankruptcy Court electronically, via hard copy, and shall be served in accordance with the General Order and the Supplemental Commentary upon the following parties so as to be **actually received** on or before the Confirmation Objection Deadline:

| Debtors |
|---|
| **BlockFi, Inc.** |
| 100 Horizon Center Blvd., 1st and 2nd Floors |
| Hamilton, NJ 08691 |

| *Counsel for the Debtors* | *Counsel for the Debtors* |
|---|---|
| **Kirkland & Ellis LLP** <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Attention:  Joshua A. Sussberg; Christine A. Okike; Francis Petrie | **Haynes and Boone, LLP** <br> Rockefeller Plaza, 26th Floor <br> New York, NY 10112 <br> Attention:  Richard S. Kanowitz; Jordan Chavez |

| *Counsel for the Committee* |
| :---: |
| **Brown Rudnick LLP** <br> 7 Times Square <br> New York, NY 10036 <br> Attention:  Robert J. Stark; Kenneth J. Aulet; Bennett S. Silverberg |
| *United States Trustee* |
| **Office of the United States Trustee** <br> **United States Trustee, Regions 3 & 9** <br> One Newark Center, Suite 2100 <br> Newark, NJ 07102 <br> Attention:  Jeffrey M. Sponder; Lauren Bielskie |

**ARTICLE VIII** OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND **ARTICLE VIII.B CONTAINS A THIRD-PARTY RELEASE**.  THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.

YOU MAY ELECT NOT TO GRANT AND RECEIVE THE RELEASES CONTAINED IN **ARTICLE VIII** OF THE PLAN ONLY IF YOU RETURN A BALLOT CHECKING THE BOX TO "OPT OUT" FROM THE THIRD-PARTY RELEASE.  SUBJECT TO ANY FINAL ORDER OF THE BANKRUPTCY COURT TO THE CONTRARY, REGARDLESS OF WHETHER THE BANKRUPTCY COURT DETERMINES THAT YOU HAVE A RIGHT TO OPT OUT OF THE RELEASE, IF YOU (A) VOTE TO ACCEPT THE PLAN, (B) FAIL TO SUBMIT A BALLOT BY THE VOTING DEADLINE, (C) SUBMIT THE BALLOT BUT ABSTAIN FROM VOTING TO ACCEPT OR REJECT THE PLAN, OR (D) VOTE TO REJECT THE PLAN AND, IN EACH CASE, FAIL TO CHECK THE BOX TO "OPT OUT" FROM THE THIRD PARTY RELEASE, YOU WILL BE DEEMED TO CONSENT TO THE RELEASES SET FORTH IN **ARTICLE VIII.B** OF THE PLAN.  IF YOU DO NOT OPT OUT OF THE THIRD-PARTY RELEASE THE DEBTORS WILL RELEASE ANY CLAIMS AND CAUSES OF ACTION THE DEBTORS HAVE AGAINST YOU, EXCEPT FOR RETAINED PREFERENCE CLAIMS, IF APPLICABLE.  IF YOU OPT OUT OF THE THIRD-PARTY RELEASE THE WIND-DOWN TRUSTEE MAY PURSUE ANY CLAIMS AND CAUSES OF ACTION THE DEBTORS HAVE AGAINST YOU.  IF YOU VOTE TO ACCEPT THE PLAN, YOU WILL BE DEEMED TO GRANT THE THIRD-PARTY RELEASE IN ARTICLE VIII.B OF THE PLAN.

### ADDITIONAL INFORMATION

**Obtaining Solicitation Materials**.  The materials in the Solicitation Package are intended to be self-explanatory.  If you should have any questions or if you would like to obtain additional solicitation materials (or paper copies of solicitation materials if you received the materials in electronic format), please feel free to contact the Debtors' Claims, Noticing, and Solicitation Agent, by emailing the Claims, Noticing, and Solicitation Agent at blockfiinfo@ra.kroll.com with a reference to "In re: BlockFi - Solicitation Inquiry" in the subject line.  You may also obtain copies of any pleadings filed with the Bankruptcy Court for free by visiting the Debtors' restructuring website, https://restructuring.ra.kroll.com/blockfi, or the Bankruptcy Court's website at https://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.  Please be advised that the Claims, Noticing, and Solicitation Agent is authorized to answer questions about, and provide additional copies of, solicitation materials, but may **not** advise you as to whether you should vote to accept or reject the Plan.

**Filing the Plan Supplement**.  The Debtors will file the Plan Supplement (as defined in the Plan) on or before **September 4, 2023** and will serve notice on all Holders of Claims entitled to vote on the Plan, which will: (a) inform parties that the Debtors filed the Plan Supplement; (b) list the information contained in the Plan Supplement; and (c) explain how parties may obtain copies of the Plan Supplement.

3

SRF 71901-73524

---

**BINDING NATURE OF THE PLAN**

IF CONFIRMED, THE PLAN SHALL BIND ALL HOLDERS OF CLAIMS AND INTERESTS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH HOLDER WILL RECEIVE OR RETAIN ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, HAS FILED A PROOF OF CLAIM IN THESE CHAPTER 11 CASES, OR FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN OR VOTED TO REJECT THE PLAN.

---

*[Remainder of page intentionally left blank]*

SRF 71901-73524

Dated: August 3, 2023                    /s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and*
*Debtors in Possession*