**|UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

## MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD
### SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023

| | | | |
|---|---|---|---|
| Debtor: | BlockFi Inc. | Applicant: | Genova Burns LLC |
| Case No.: | 22-19361(MBK) | Client: | Unsecured Creditors Committee |
| Chapter: | 11 | Case Filed: | November 28, 2022 |

## SECTION 1
## FEE SUMMARY

X   Monthly Fee Statement No.   9          or   ☐  Final Fee Application

Summary of Amounts Requested for the Period from September 1, 2023 through September 30, 2023
(the "Ninth Statement Period")

| | | |
|---|---|---|
| Total Fees: | $ | 82,472.50* |
| Total Disbursements: | $ | 489.43 |
| Minus 20% holdback of Fees: | $ | 16,494.50 |
| Amount Sought at this Time to Genova Burns: | $ | 66,467.43 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.   Daniel M. Stolz, Partner | 1980 | 48.80 | 800.00 | $39,040.00 |
| 2.   Daniel M. Stolz, Partner | 1980 | 5.20 | 400.00 | $2,080.00 |
| 3.   Donald W. Clarke, Partner | 2008 | 51.50 | 600.00 | $30,900.00 |
| 4.   Donald W. Clarke, Partner | 2008 | 4.60` | 300.00 | $1,380.00 |
| 5.   Sydney S. Schubert, Junior Associate | 2022 | 15.90 | 275.00 | $4,372.50 |
| 6.   Lorrie Denson | Paralegal | 18.80 | 250.00 | $4,700.00 |

| | |
|---|---|
| Fee Totals: | $   82,472.50* |
| Disbursements Totals: | $      489.43 |
| Total Fee Application | $   82,961.93 |

*The time of Gregory Kinoian, Esq. during this billing period is not included.  Mr. Kinoian's time for this billing period will be included in subsequent bills.

**SECTION II SUMMARY**
**OF SERVICES**

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) **Asset Analysis and Recovery:** <br> Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) **Asset Disposition** <br> Sales, leases, abandonment and related transaction work. | | |
| c) **Avoidance Action Litigation** <br> Preference and fraudulent transfer litigation. | | |
| d) **Business Operations** <br> Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) **Case Administration** <br> Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 36.90 | 22,062.50 |
| f) **Claims Administration and Objections** <br> Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | 2.90 | 2,075.00 |
| g) **Employee Benefits/Pensions** <br> Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) **Fee/Employment Applications** <br> Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 35.00 | 14,857.50 |
| i) **Fee/Employment Objections** <br> Review of an objections to the employment and fee applications of others. | | |
| j) **Financing** <br> Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) **Litigation** <br> Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 13.60 | 9,150.00 |
| l) **Meetings of Creditors** <br> Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 18.50 | 11,762.50 |
| m) **Plan and Disclosure Statement** <br> Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 28.10 | 19,105.00 |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| n) **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o) **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) **Travel Time** | 9.80 | 3,460.00 |
| **SERVICE TOTALS:** | 144.80 | $82,472.50 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) **Filing Fees**<br>Payable to Clerk of Court. | |
| b) **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | 16.23 |
| c) **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) **Fax**<br>Include per page fee charged. | |

| e) | **Case Specific Telephone/Conference Call Charges** Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services** Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services** Including scanning services. | |
| h) | **Other Research** Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting** Transcripts. | 373.05 |
| j) | **Travel** Mileage, tolls, airfare, parking. | 43.00 |
| k) | **Courier & Express Carriers** Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify) meals** | 57.15 |
| | **DISBURSEMENTS TOTAL:** | $489.43 |

I certify under penalty of perjury that the above is true.


Dated:  October 27, 2023

        ___/s/  Daniel M. Stolz_____
        DANIEL M. STOLZ