# EXHIBIT A

GENOVA BURNS LLC

October 27, 2023
Invoice No.:    503388

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/24/23 | LD | B190 | File Opposition to DOJ motion to dismiss adversary proceeding. | .30 | 250.00 | 75.00 |
| 9/01/23 | DMS | B320 | Email with Kress, attorney for creditor, regarding voting issues. | .30 | 800.00 | 240.00 |
| 9/01/23 | DWC | B190 | Rvw draft DOJ letter to Kirsch; email co counsel comments | .40 | 600.00 | 240.00 |
| 9/01/23 | LD | B160 | Conference call to review time records. | .50 | 250.00 | 125.00 |
| 9/01/23 | SS | B160 | Conference call to review time. | .50 | 275.00 | 137.50 |
| 9/01/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 9/05/23 | DMS | B150 | Review Moxo entries and email regarding meeting cancellation. | .20 | 800.00 | 160.00 |
| 9/05/23 | DMS | B190 | Review DOJ letter to Judge Kirsh and send to co-counsel. | .20 | 800.00 | 160.00 |
| 9/05/23 | DWC | B190 | Review docket and contact chambers to confirm PrimeBlock pre-trial going forward | .30 | 600.00 | 180.00 |
| 9/05/23 | DWC | B110 | Email cocounsel re pretrial for PrimeBlock | .20 | 600.00 | 120.00 |
| 9/05/23 | DWC | B160 | Rvw fee application and detail; email memo to timekeepers | 2.30 | 600.00 | 1,380.00 |
| 9/05/23 | DWC | B160 | Draft letter to examiner | 1.20 | 600.00 | 720.00 |
| 9/05/23 | DWC | B150 | Rvw email draft to creditor | .20 | 600.00 | 120.00 |
| 9/05/23 | DWC | B190 | Email from and to chambers re primeblock pretrial conference and status of case | .30 | 600.00 | 180.00 |
| 9/05/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .40 | 275.00 | 110.00 |
| 9/05/23 | SS | B150 | Updating creditor spreadsheet. | .20 | 275.00 | 55.00 |

GENOVA BURNS LLC

October 27, 2023
Invoice No.:    503388

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 9/05/23 | SS | B150 | Sending DMS and GSK summary of creditor email and proposed response. | .10 | 275.00 | 27.50 |
| 9/05/23 | SS | B150 | Email responding to creditor question. | .10 | 275.00 | 27.50 |
| 9/05/23 | SS | B160 | Reviewing letter to fee examiner regarding time. | .20 | 275.00 | 55.00 |
| 9/05/23 | SS | B110 | Updating attorney calendars based on court notice. | .10 | 275.00 | 27.50 |
| 9/06/23 | DMS | B110 | Call with DWC regarding post confirmation issues. | .20 | 800.00 | 160.00 |
| 9/06/23 | DMS | B160 | Emails with M3 regarding fees. | .30 | 800.00 | 240.00 |
| 9/06/23 | DMS | B110 | Emails regarding budgets and workstreams for Creditors Committee. | .30 | 800.00 | 240.00 |
| 9/06/23 | DMS | B310 | Emails with Aulet regarding negotiation with FTX on claims. | .30 | 800.00 | 240.00 |
| 9/06/23 | DMS | B110 | Review SEC response regarding conversion of assets. | .20 | 800.00 | 160.00 |
| 9/06/23 | DMS | B160 | Email with Dworkin regarding fee hearing logistics. | .20 | 800.00 | 160.00 |
| 9/06/23 | DMS | B110 | Emails with Fee Examiner regarding logistics of report etc. | .20 | 800.00 | 160.00 |
| 9/06/23 | DWC | B110 | Call with KA regarding post confirmation issues concerning board and trustee | .30 | 600.00 | 180.00 |
| 9/06/23 | DWC | B110 | Call from DMS to discuss post confirmation issues and committee requests for information from professionals | .30 | 600.00 | 180.00 |
| 9/06/23 | DWC | B110 | Email from M3 re fee examiner requests | .10 | 600.00 | 60.00 |
| 9/06/23 | DWC | B160 | Incorporate changes proposed by co counsel GK into ltr to examiner | .40 | 600.00 | 240.00 |
| 9/06/23 | DWC | B110 | Call with KA re status of plan confirmation and discuss proposed post confirmation steps | .40 | 600.00 | 240.00 |
| 9/06/23 | DWC | B110 | Email response to M3 re examiner | .10 | 600.00 | 60.00 |
| 9/06/23 | DWC | B110 | Develop workstream input per committee request | .60 | 600.00 | 360.00 |

GENOVA BURNS LLC

October 27, 2023
Invoice No.:   503388

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|-------------------------------|-------|------|--------|
| 9/06/23 | DWC | B110 | Multiple emails re scope of workstream information sought | .20 | 600.00 | 120.00 |
| 9/06/23 | DWC | B160 | Rvw committee member expenses proofs; forward to LD for prep and drafting | .40 | 600.00 | 240.00 |
| 9/06/23 | DWC | B150 | Rvw multiple voicemails from creditors; forward to SS to address with instructions | .30 | 600.00 | 180.00 |
| 9/06/23 | DWC | B160 | Rvw timekeeper detail entries | .40 | 600.00 | 240.00 |
| 9/06/23 | DWC | B160 | Rvw and compare original and amended DMS cert | .20 | 600.00 | 120.00 |
| 9/06/23 | LD | B110 | Review, organize and redact member expense receipts. | .50 | 250.00 | 125.00 |
| 9/06/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 9/06/23 | SS | B110 | Comparing calendars to docket changes. | .20 | 275.00 | 55.00 |
| 9/06/23 | SS | B160 | Reviewing correspondence and attachments regarding letter to fee examiner. | .20 | 275.00 | 55.00 |
| 9/06/23 | SS | B150 | Reviewing creditor voicemail transcripts. | .20 | 275.00 | 55.00 |
| 9/06/23 | SS | B150 | Updating creditor question spreadsheet. | .20 | 275.00 | 55.00 |
| 9/07/23 | DMS | B190 | Review Gerro Notice of Appeal. | .20 | 800.00 | 160.00 |
| 9/07/23 | DMS | B190 | Review FTX proposal and email with Aulet and BR team regarding same. | .50 | 800.00 | 400.00 |
| 9/07/23 | DMS | B110 | Review Reservation of Rights by SEC and send to Creditors Committee. | .30 | 800.00 | 240.00 |
| 9/07/23 | DMS | B110 | Review SEC objection to conversion of wallet accounts and share with creditors committee. | .30 | 800.00 | 240.00 |
| 9/07/23 | DMS | B110 | Additional email with Aulet regarding FTX negotiation. | .20 | 800.00 | 160.00 |
| 9/07/23 | DMS | B160 | Email with Frejka regarding procedure for fee order. | .20 | 800.00 | 160.00 |
| 9/07/23 | DMS | B110 | Emails with Court regarding Sept. 20 and 21st calendar. | .30 | 800.00 | 240.00 |
| 9/07/23 | DWC | B160 | Emails establishing meeting time | .20 | 600.00 | 120.00 |

GENOVA BURNS LLC

October 27, 2023
Invoice No.:    503388

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/07/23 | DWC | B150 | Two calls with blockFi creditors re status; expectation on distribution | .80 | 600.00 | 480.00 |
| 9/07/23 | DWC | B190 | Rvw draft plan language from the DOJ re seized account litigation; multiple emails on assessment to co counsel | .80 | 600.00 | 480.00 |
| 9/07/23 | DWC | B190 | Rvw proposed settlement from FTX | .60 | 600.00 | 360.00 |
| 9/07/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 9/07/23 | SS | B150 | Multiple attempts to email creditor in response to inquiries. | .20 | 275.00 | 55.00 |
| 9/08/23 | DMS | B150 | Call with Creditors Committee regarding expenses. | .20 | 800.00 | 160.00 |
| 9/08/23 | DMS | B110 | Emails with co-counsel regarding FTX proposal and response. | .30 | 800.00 | 240.00 |
| 9/08/23 | DMS | B110 | Posts with M3 regarding executory contracts. | .20 | 800.00 | 160.00 |
| 9/08/23 | DMS | B310 | Review decisions in other crypto cases regarding FTX claims. | .30 | 800.00 | 240.00 |
| 9/08/23 | DMS | B110 | Call with co-counsel regarding FTX and 3AC strategy. | .50 | 800.00 | 400.00 |
| 9/08/23 | DMS | B110 | Emails with Axelrod regarding call with Debtor on FTX. | .20 | 800.00 | 160.00 |
| 9/08/23 | DWC | B150 | Email and return calls to creditors with plan and claim questions | .90 | 600.00 | 540.00 |
| 9/08/23 | DWC | B110 | Draft and forward proposed Genova workstream and budget | .80 | 600.00 | 480.00 |
| 9/08/23 | DWC | B110 | Rvw email from KAulet with more FTX settlement discussions | .40 | 600.00 | 240.00 |
| 9/08/23 | DWC | B190 | Rvw email memo from TAxel re FTX; rvw cases from TA | .70 | 600.00 | 420.00 |
| 9/08/23 | DWC | B160 | Email and draft response from Elements to examiner | .40 | 600.00 | 240.00 |

**GENOVA BURNS LLC**

October 27, 2023
Invoice No.:    503388

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 9/08/23 | DWC | B320 | Rvw amended plan supplement and related docs filed by the debtor | .70 | 600.00 | 420.00 |
| 9/08/23 | DWC | B190 | Rvw final drat of DOJ language from ShariDwoskin | .40 | 600.00 | 240.00 |
| 9/08/23 | LD | B160 | Prepare CNO re GB July fee statement. | .30 | 250.00 | 75.00 |
| 9/08/23 | LD | B160 | File CNO re GB July fee statement. | .20 | 250.00 | 50.00 |
| 9/08/23 | LD | B160 | Email filed CNO and re July fee statement to Debtor. | .10 | 250.00 | 25.00 |
| 9/08/23 | LD | B160 | File Amended Affidavit of DMS to GB first fee application. | .30 | 250.00 | 75.00 |
| 9/08/23 | LD | B160 | Email to E. Frejka filed Amended Affidavit of DMS. | .10 | 250.00 | 25.00 |
| 9/08/23 | SS | B150 | Updating creditor spreadsheet. | .10 | 275.00 | 27.50 |
| 9/08/23 | SS | B150 | Phone call to creditor responding to question. | .10 | 275.00 | 27.50 |
| 9/08/23 | SS | B150 | Phone call to creditor regarding creditor question. | .10 | 275.00 | 27.50 |
| 9/08/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |
| 9/09/23 | DWC | B190 | Rvw revised proposed DOJ language; forward proposed language to Shari Dwoskin | .60 | 600.00 | 360.00 |
| 9/11/23 | DMS | B320 | Moxo posts with creditors committee and co-counsel regarding voting on Plan. | .30 | 800.00 | 240.00 |
| 9/11/23 | DMS | B320 | Several telephone calls and email with creditors with voting questions. | .60 | 800.00 | 480.00 |
| 9/11/23 | DMS | B190 | Call with Debtor's counsel, Aulet, et al regarding FTX disputes. | .60 | 800.00 | 480.00 |
| 9/11/23 | DMS | B320 | Review Javes confirmation objection and email with Aulet and DWC regarding same. | .30 | 800.00 | 240.00 |
| 9/11/23 | DMS | B320 | Review US Trustee objection to confirmation and emails with Aulet regarding same. | .50 | 800.00 | 400.00 |
| 9/11/23 | DMS | B150 | Emails with DWC and Aulet regarding Javes' participation on creditor committee call. | .30 | 800.00 | 240.00 |

GENOVA BURNS LLC

October 27, 2023
Invoice No.:    503388

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 9/11/23 | DMS | B150 | Posts to Creditors Committee regarding call with Debtor on FTX. | .20 | 800.00 | 160.00 |
| 9/11/23 | DMS | B110 | Email with Aulet regarding Javes counsel. | .20 | 800.00 | 160.00 |
| 9/11/23 | DMS | B190 | Review and file Response to DOJ MTD. | .30 | 800.00 | 240.00 |
| 9/11/23 | DMS | B320 | Review 3AC objection to confirmation and share with Creditors Committee. | .30 | 800.00 | 240.00 |
| 9/11/23 | DMS | B320 | Review US Trustee objection to confirmation and share with creditors' committee. | .30 | 800.00 | 240.00 |
| 9/11/23 | DWC | B160 | Email M3 re schedule of fee app timeline; rvw docket for examiner order and related schedule | .60 | 600.00 | 360.00 |
| 9/11/23 | DWC | B160 | Rvw current time detail; email internal professionals re final prep and review process per examiners prior concerns | .60 | 600.00 | 360.00 |
| 9/11/23 | DWC | B150 | Call with multiple creditors with questions on plan and claim process; follow up with docs to creditor Kara O'Rourke | .90 | 600.00 | 540.00 |
| 9/11/23 | DWC | B110 | Email co counsel re possible phishing fallout from Kroll hack | .40 | 600.00 | 240.00 |
| 9/11/23 | DWC | B160 | Emails with committee professionals re timing of fee applications | .40 | 600.00 | 240.00 |
| 9/11/23 | DWC | B160 | Begin prep for genova final fee app | .60 | 600.00 | 360.00 |
| 9/11/23 | DWC | B320 | Rvw committee member objection; emails re implications of same | .70 | 600.00 | 420.00 |
| 9/11/23 | LD | B160 | Prepare draft second interim fee application for GB. | 2.00 | 250.00 | 500.00 |
| 9/11/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |
| 9/11/23 | SS | B160 | Reviewing time entries and analyzing codes. | .40 | 275.00 | 110.00 |
| 9/11/23 | SS | B110 | Adjusting attorney calendars based on court notice. | .10 | 275.00 | 27.50 |

GENOVA BURNS LLC

October 27, 2023
Invoice No.:    503388

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 9/12/23 | DMS | B320 | Review class and Ankura objections to confirmation. | .30 | 800.00 | 240.00 |
| 9/12/23 | DMS | B320 | Emails with Aulet and posts with creditors committee regarding objections to confirmation. | .50 | 800.00 | 400.00 |
| 9/12/23 | DMS | B110 | Emails with Court regarding 20th and 21st calendars. | .20 | 800.00 | 160.00 |
| 9/12/23 | DMS | B150 | Creditor Committee Meeting by Zoom. | 1.60 | 800.00 | 1,280.00 |
| 9/12/23 | DMS | B310 | Review emergent limited objection to FTX claims motion. | .20 | 800.00 | 160.00 |
| 9/12/23 | DWC | B160 | Rvw m3 proposed fee application and detail | .60 | 600.00 | 360.00 |
| 9/12/23 | DWC | B110 | Emails re contact with committee member's person attorney | .20 | 600.00 | 120.00 |
| 9/12/23 | DWC | B150 | Committee meeting to discuss plan; post plan; member objection et al | 1.60 | 600.00 | 960.00 |
| 9/12/23 | LD | B160 | Review May and June timesheets for code revisions. | .60 | 250.00 | 150.00 |
| 9/12/23 | LD | B160 | Finalize and file M3 Partners June fee statement. | .50 | 250.00 | 125.00 |
| 9/12/23 | LD | B160 | Email to Kroll for service of M3 June fee statement. | .10 | 250.00 | 25.00 |
| 9/12/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .10 | 275.00 | 27.50 |
| 9/13/23 | DMS | B150 | Review creditor committee posts on moxo. | .20 | 800.00 | 160.00 |
| 9/13/23 | DMS | B310 | Review and send to creditor committee Cotrin response to claim objection. | .30 | 800.00 | 240.00 |
| 9/13/23 | DMS | B310 | Review Shapiro response regarding Javes claim. | .20 | 800.00 | 160.00 |
| 9/13/23 | DWC | B110 | Call/email from chambers re fee applications scheduled for hearing but not on docket | .40 | 600.00 | 240.00 |
| 9/13/23 | DWC | B110 | Rvw docket per request from chambers re fee applications scheduled for hearing but not on docket; email chambers proposed resolution | .60 | 600.00 | 360.00 |
| 9/13/23 | DWC | B160 | Emails from BR re cert of no objection for fee apps | .30 | 600.00 | 180.00 |

**GENOVA BURNS LLC**

October 27, 2023
Invoice No.:    503388

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 9/13/23 | DWC | B160 | Draft proposed cert of no objection to conform with fee apps and address examiner information; draft proposed order authorizing professionals fees | 1.20 | 600.00 | 720.00 |
| 9/13/23 | DWC | B160 | Rvw fee statement for genova June time | .40 | 600.00 | 240.00 |
| 9/13/23 | DWC | B110 | Find and circulate unredacted 3AC filing under seal | .30 | 600.00 | 180.00 |
| 9/13/23 | LD | B160 | Draft CNO re GB first interim fee application. | .30 | 250.00 | 75.00 |
| 9/13/23 | LD | B160 | Draft CNO re BR first interim fee application. | .30 | 250.00 | 75.00 |
| 9/13/23 | LD | B160 | Draft CNO re Elementus first interim fee application. | .30 | 250.00 | 75.00 |
| 9/13/23 | LD | B160 | Draft CNO re M3 first interim fee application. | .30 | 250.00 | 75.00 |
| 9/13/23 | LD | B160 | Draft revised Order approving first interim fee application for GB. | .40 | 250.00 | 100.00 |
| 9/13/23 | LD | B160 | Draft revised Order approving first interim fee application for BR. | .40 | 250.00 | 100.00 |
| 9/13/23 | LD | B160 | Draft revised Order approving first interim fee application for Elementus. | .40 | 250.00 | 100.00 |
| 9/13/23 | LD | B160 | Draft revised Order approving first interim fee application for M3. | .40 | 250.00 | 100.00 |
| 9/13/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |
| 9/13/23 | SS | B150 | Listening to voicemail from creditor. | .10 | 275.00 | 27.50 |
| 9/13/23 | SS | B150 | Updating creditor spreadsheet. | .10 | 275.00 | 27.50 |
| 9/13/23 | SS | B150 | Sending email to creditor in response to voicemail. | .10 | 275.00 | 27.50 |
| 9/13/23 | SS | B150 | Listening to creditor's second voicemail. | .10 | 275.00 | 27.50 |
| 9/13/23 | SS | B150 | Updating creditor spreadsheet based on second voicemail. | .10 | 275.00 | 27.50 |
| 9/13/23 | SS | B150 | Summarizing creditor questions to DWC to discuss next steps. | .10 | 275.00 | 27.50 |

GENOVA BURNS LLC

October 27, 2023
Invoice No.:    503388

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 9/14/23 | DMS | B320 | Review FTX objection to confirmation and send to creditors committee. | .30 | 800.00 | 240.00 |
| 9/14/23 | DMS | B320 | Review SEC objection to confirmation and send to creditors committee. | .30 | 800.00 | 240.00 |
| 9/14/23 | DMS | B150 | Review story on FTX sale of crypto and share with creditors committee. | .20 | 800.00 | 160.00 |
| 9/14/23 | DMS | B190 | Review Debtor Motion to quash 3AC subpoenas and application to shorten time. | .30 | 800.00 | 240.00 |
| 9/14/23 | DMS | B190 | Review Order Shortening Time on Motion to quash, email with Aulet regarding coverage and share with creditors committee. | .40 | 800.00 | 320.00 |
| 9/14/23 | DMS | B190 | Review FTX objection to estimation motion and share with creditors committee. | .30 | 800.00 | 240.00 |
| 9/14/23 | DMS | B190 | Review 3AC stay motion and share with creditors committee. | .30 | 800.00 | 240.00 |
| 9/14/23 | DMS | B190 | Review Vrai NOM objecting to sanctions and share with creditors committee. | .20 | 800.00 | 160.00 |
| 9/14/23 | DMS | B310 | Review Van T. objection to claim motion and send to creditors committee. | .30 | 800.00 | 240.00 |
| 9/14/23 | DMS | B110 | Review agenda regarding Sept. 20 and 21 and emails with Aulet regarding coverage. | .30 | 800.00 | 240.00 |
| 9/14/23 | DMS | B190 | Email with DWC and Aulet regarding 3AC motion to quash. | .20 | 800.00 | 160.00 |
| 9/14/23 | DMS | B110 | Emails with Court regarding September 20 and 21 calendars. | .30 | 800.00 | 240.00 |
| 9/14/23 | DMS | B190 | Review 3AC redaction motion. | .20 | 800.00 | 160.00 |
| 9/14/23 | DMS | B190 | Email with Court regarding 3AC motion to quash. | .20 | 800.00 | 160.00 |
| 9/14/23 | DWC | B160 | Rvw professionals' fee applications prior to submission | 1.30 | 600.00 | 780.00 |
| 9/14/23 | DWC | B160 | Email from and to DAdler re timing of fee applications | .20 | 600.00 | 120.00 |

**GENOVA BURNS LLC**

October 27, 2023
Invoice No.:    503388

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 9/14/23 | DWC | B160 | Email professionals with draft cert of no objection and proposed orders | .50 | 600.00 | 300.00 |
| 9/14/23 | DWC | B160 | Email from and to examiner re proposed orders and cert of no objection | .40 | 600.00 | 240.00 |
| 9/14/23 | DWC | B110 | Email professionals re panelist rights for 3 arrows hearing | .30 | 600.00 | 180.00 |
| 9/14/23 | DWC | B110 | Call from chambers re adjournment of 3AC hearing; email team re same | .20 | 600.00 | 120.00 |
| 9/14/23 | LD | B160 | Revise and update fee application #2 cover sheet with new codes. | .30 | 250.00 | 75.00 |
| 9/14/23 | LD | B160 | Prepare draft first fee application for Miller Nash. | 1.00 | 250.00 | 250.00 |
| 9/14/23 | LD | B160 | Finalize/file M3 Partners July fee statement. | .50 | 250.00 | 125.00 |
| 9/14/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |
| 9/14/23 | SS | B110 | Updating attorney calendars based on court notice. | .20 | 275.00 | 55.00 |
| 9/15/23 | DMS | B110 | Review Law360 article on FTX dispute and texts with creditors committee regarding same. | .30 | 800.00 | 240.00 |
| 9/15/23 | DMS | B150 | Moxo posts with creditors committee regarding Javes Plan objection. | .30 | 800.00 | 240.00 |
| 9/15/23 | DMS | B320 | Call with Abramowitz Esq. regarding Plan voting questions. | .30 | 800.00 | 240.00 |
| 9/15/23 | DMS | B160 | Email with Frejka regarding backup for fee applications. | .20 | 800.00 | 160.00 |
| 9/15/23 | DMS | B150 | Email with creditor committee chair regarding call. | .20 | 800.00 | 160.00 |
| 9/15/23 | DWC | B160 | Review and recirculate Miller Nash fee application | .30 | 600.00 | 180.00 |
| 9/15/23 | DWC | B160 | Revise final proposed certs of no objection; prep for court confirmation on process | .80 | 600.00 | 480.00 |

GENOVA BURNS LLC

October 27, 2023
Invoice No.:    503388

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 9/15/23 | DWC | B160 | Email from and to examiner re excel spreadsheet from each professional with fee detail; email each professional to pass on request | .30 | 600.00 | 180.00 |
| 9/15/23 | DWC | B110 | Rvw and forward sealed documents from Connell Foley | .70 | 600.00 | 420.00 |
| 9/15/23 | LD | B160 | Revise BR's CNO and Amended Order re first interim fee application. | .20 | 250.00 | 50.00 |
| 9/15/23 | LD | B190 | Assemble and email unredacted adversary pleadings to BR. | .30 | 250.00 | 75.00 |
| 9/15/23 | LD | B160 | Draft proposed Order re BR 2nd fee application. | .30 | 250.00 | 75.00 |
| 9/15/23 | LD | B160 | Draft proposed order re Elementus 2nd fee application and finalize documents. | .50 | 250.00 | 125.00 |
| 9/15/23 | LD | B160 | Finalize and file GB second fee application. | .50 | 250.00 | 125.00 |
| 9/15/23 | LD | B160 | Finalize and file BR second fee application. | .50 | 250.00 | 125.00 |
| 9/15/23 | LD | B160 | Finalize and file M3 Partners second fee application. | .50 | 250.00 | 125.00 |
| 9/15/23 | LD | B160 | Finalize and file Elementus second fee application. | .50 | 250.00 | 125.00 |
| 9/15/23 | LD | B160 | Email to Kroll for service of filed fee applications. | .10 | 250.00 | 25.00 |
| 9/15/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |
| 9/15/23 | SS | B110 | Updating attorney calendars based on court notices. | .20 | 275.00 | 55.00 |
| 9/16/23 | DMS | B150 | Call with Brendon I. (creditor committee chair) regarding FTX and other issues. | .30 | 800.00 | 240.00 |
| 9/18/23 | DMS | B110 | Emails with Dworkin and Silverberg regarding September 20th and 21st calendars and coverage. | .50 | 800.00 | 400.00 |
| 9/18/23 | DMS | B150 | Review Moelis monthly fee and texts with creditors committee regarding termination. | .30 | 800.00 | 240.00 |
| 9/18/23 | DMS | B110 | Review Ankura request for chambers conference and email with Aulet regarding same. | .30 | 800.00 | 240.00 |

**GENOVA BURNS LLC**

October 27, 2023
Invoice No.:    503388

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/18/23 | DMS | B190 | Review Javes withdrawal of objection and texts with creditors committee regarding same. | .30 | 800.00 | 240.00 |
| 9/18/23 | DMS | B320 | Review and post Chubb Plan objection. | .30 | 800.00 | 240.00 |
| 9/18/23 | DMS | B110 | Review Lending amended schedules and share with creditors' committee. | .40 | 800.00 | 320.00 |
| 9/18/23 | DMS | B110 | Review International amended schedules and send to creditors committee. | .40 | 800.00 | 320.00 |
| 9/18/23 | DWC | B110 | Follow up via phone and email with Miller Nash re fee statement input requested | .60 | 600.00 | 360.00 |
| 9/18/23 | DWC | B110 | Email re redaction of member personal information | .20 | 600.00 | 120.00 |
| 9/18/23 | DWC | B110 | Emails assigning motion to seal | .40 | 600.00 | 240.00 |
| 9/18/23 | DWC | B110 | Rvw final redacted application and motion to seal | .40 | 600.00 | 240.00 |
| 9/18/23 | DWC | B160 | Post miller nash fee app to MOXO for committee rvw | .30 | 600.00 | 180.00 |
| 9/18/23 | DWC | B150 | Call with Vince Mettle re claim, plan and need for his own atty for specific questions | .60 | 600.00 | 360.00 |
| 9/18/23 | DWC | B110 | Emails from professionals re court hearings and appearances | .40 | 600.00 | 240.00 |
| 9/18/23 | DWC | B110 | Outside counsel emails with filings and other documents | .40 | 600.00 | 240.00 |
| 9/18/23 | LD | B160 | Prepare draft August fee statement for GB with member expense. | .70 | 250.00 | 175.00 |
| 9/18/23 | LD | B160 | Review and redact member receipts for filing. | .60 | 250.00 | 150.00 |
| 9/18/23 | LD | B160 | Finalize and file GB August fee statement. | .50 | 250.00 | 125.00 |
| 9/18/23 | LD | B160 | Finalize and file motion to seal re GB August fee statement with member expense. | .50 | 250.00 | 125.00 |
| 9/18/23 | LD | B160 | Revise and circulate Miller Nash fee application for filing. | .50 | 250.00 | 125.00 |
| 9/18/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |

**GENOVA BURNS LLC**

October 27, 2023
Invoice No.:    503388

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 9/18/23 | SS | B110 | Reviewing court website for updated Zoom information on upcoming hearings. | .10 | 275.00 | 27.50 |
| 9/18/23 | SS | B150 | Updating creditor spreadsheet. | .10 | 275.00 | 27.50 |
| 9/18/23 | SS | B150 | Summarizing creditor question to DWC. | .10 | 275.00 | 27.50 |
| 9/18/23 | SS | B150 | Listening to voicemail from creditor. | .10 | 275.00 | 27.50 |
| 9/19/23 | DMS | B150 | Review and reply to creditor committee moxo posts. | .50 | 800.00 | 400.00 |
| 9/19/23 | DMS | B110 | Email with Yudkin regarding September 20 hearings. | .20 | 800.00 | 160.00 |
| 9/19/23 | DMS | B150 | Review exclusivity Order and post to moxo. | .20 | 800.00 | 160.00 |
| 9/19/23 | DMS | B150 | Review and send to creditors committee agenda for September 20 hearings. | .20 | 800.00 | 160.00 |
| 9/19/23 | DMS | B150 | Review posts with creditors committee regarding oversight committee. | .20 | 800.00 | 160.00 |
| 9/19/23 | DMS | B150 | Creditor Committee zoom meeting. | .90 | 800.00 | 720.00 |
| 9/19/23 | DMS | B110 | Emails with Aulet et al regarding preference for September 20th hearings. | .30 | 800.00 | 240.00 |
| 9/19/23 | DMS | B320 | Emails with Aulet regarding Ankura fees and Plan. | .30 | 800.00 | 240.00 |
| 9/19/23 | DMS | B110 | Review amended agenda for September 20th. | .10 | 800.00 | 80.00 |
| 9/19/23 | DWC | B160 | Online hearings | .40 | 600.00 | 240.00 |
| 9/19/23 | DWC | B150 | Committee meeting | 1.40 | 600.00 | 840.00 |
| 9/19/23 | DWC | B110 | Email from and to other professional re cert of no objection and proposed fee order | .20 | 600.00 | 120.00 |
| 9/19/23 | DWC | B110 | Email professionals re in person and zoom hearing participation; email court info for hearing | .40 | 600.00 | 240.00 |
| 9/19/23 | DWC | B110 | Email with debtor counsel re appearance plans; update team | .30 | 600.00 | 180.00 |
| 9/19/23 | DWC | B110 | Email from and to co counsel re local motion procedure | .30 | 600.00 | 180.00 |

**GENOVA BURNS LLC**

October 27, 2023
Invoice No.:    503388

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 9/19/23 | DWC | B110 | Register co counsel for panelist zoom rights | .30 | 600.00 | 180.00 |
| 9/19/23 | DWC | B190 | Emails from co counsel re ankura trust and other confirmation issues | .30 | 600.00 | 180.00 |
| 9/19/23 | LD | B160 | File BR August fee statement. | .50 | 250.00 | 125.00 |
| 9/19/23 | LD | B160 | File Miller Nash first interim fee application. | .50 | 250.00 | 125.00 |
| 9/19/23 | SS | B110 | Updating attorney calendars based on adjournment notice. | .20 | 275.00 | 55.00 |
| 9/19/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |
| 9/20/23 | DMS | B195 | Travel to US Bankruptcy Court in Trenton from Basking Ridge, NJ. | 1.30 | 400.00 | 520.00 |
| 9/20/23 | DMS | B195 | Travel from US Bankruptcy Court in Trenton, NJ to Basking Ridge, NJ. | 1.30 | 400.00 | 520.00 |
| 9/20/23 | DMS | B160 | Review K&E July fee statement. | .20 | 800.00 | 160.00 |
| 9/20/23 | DMS | B110 | Review Kirsch opinion regarding withdrawal of reference and email with Aulet regarding same. | .30 | 800.00 | 240.00 |
| 9/20/23 | DMS | B110 | Email with Silverberg regarding September 21st agenda. | .20 | 800.00 | 160.00 |
| 9/20/23 | DMS | B320 | Email with Aulet and K&E regarding US Trustee objections to confirmation. | .20 | 800.00 | 160.00 |
| 9/20/23 | DMS | B110 | Hearings and meeting with counsel. | .90 | 800.00 | 720.00 |
| 9/20/23 | DWC | B160 | Email professionals re issue resolution on fee orders used by court | .30 | 600.00 | 180.00 |
| 9/20/23 | DWC | B190 | Brief review of order and opinion denying withdrawal of reference; forward to professionals | .40 | 600.00 | 240.00 |
| 9/20/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |
| 9/20/23 | SS | B110 | Updating attorney calendars based on rescheduling. | .20 | 275.00 | 55.00 |

**GENOVA BURNS LLC**

October 27, 2023
Invoice No.:    503388

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 9/21/23 | DMS | B160 | Email with Manning regarding coordination of fee payment. | .20 | 800.00 | 160.00 |
| 9/21/23 | DMS | B190 | Court Hearing on DOJ MTD. | 1.00 | 800.00 | 800.00 |
| 9/21/23 | DMS | B190 | Follow up emails with Aulet and DWC after hearing. | .40 | 800.00 | 320.00 |
| 9/21/23 | DMS | B190 | Review Order sealing Prince and Flori information. | .10 | 800.00 | 80.00 |
| 9/21/23 | DMS | B190 | Review Order granting stay relief for Zach and Flori. | .10 | 800.00 | 80.00 |
| 9/21/23 | DMS | B160 | Email with Manning regarding fee processing. | .20 | 800.00 | 160.00 |
| 9/21/23 | DMS | B110 | Email with BR and LD regarding Transcript. | .20 | 800.00 | 160.00 |
| 9/21/23 | DMS | B110 | Review August Monthly Operating Reports. | .60 | 800.00 | 480.00 |
| 9/21/23 | DWC | B195 | Travel to and from Trenton for hearings | 2.40 | 300.00 | 720.00 |
| 9/21/23 | DWC | B190 | Court hearings | 1.00 | 600.00 | 600.00 |
| 9/21/23 | DWC | B110 | Multiple emails from co counsel re access to zoom hearings | .40 | 600.00 | 240.00 |
| 9/21/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .50 | 275.00 | 137.50 |
| 9/21/23 | SS | B110 | Updating attorney calendars based on rescheduling notices. | .20 | 275.00 | 55.00 |
| 9/22/23 | DMS | B320 | Emails with Aulet and M3 regarding preparation for confirmation hearing. | .50 | 800.00 | 400.00 |
| 9/22/23 | DMS | B110 | Email with Aulet and DWC regarding FTX. | .30 | 800.00 | 240.00 |
| 9/22/23 | DMS | B110 | Review new term sheet regarding FTX and email with Aulet regarding same. | .70 | 800.00 | 560.00 |
| 9/22/23 | DMS | B150 | Moxo texts with Creditors Committee regarding FTX deal. | .30 | 800.00 | 240.00 |
| 9/22/23 | DMS | B320 | Email with Leaton investor regarding Plan. | .20 | 800.00 | 160.00 |
| 9/22/23 | DMS | B150 | Review article on SBF and share.with creditors committee | .20 | 800.00 | 160.00 |

GENOVA BURNS LLC

October 27, 2023
Invoice No.:    503388

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|------:|-----:|-------:|
| 9/22/23 | DMS | B320 | Emails with Court regarding preparation for Confirmation hearings. | .30 | 800.00 | 240.00 |
| 9/22/23 | DMS | B190 | Email with Aulet and US Trustee regarding sealing motion. | .20 | 800.00 | 160.00 |
| 9/22/23 | DWC | B150 | Zoom with committee to discuss FTX stipulation | .50 | 600.00 | 300.00 |
| 9/22/23 | DWC | B190 | Review multiple drafts of FTX offer with redlines; review moxo chat Q&A re draft FTX stipulations | 1.20 | 600.00 | 720.00 |
| 9/22/23 | DWC | B110 | Email internals timekeepers; rvw prior fees; formulate budget and staffing for committee | .60 | 600.00 | 360.00 |
| 9/22/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .50 | 275.00 | 137.50 |
| 9/23/23 | DMS | B110 | Emails and texts with Aulet and creditor committee regarding potential FTX settlement. | .70 | 800.00 | 560.00 |
| 9/23/23 | DMS | B320 | Call with DWC regarding preparation for confirmation hearings. | .30 | 800.00 | 240.00 |
| 9/23/23 | DMS | B320 | Emails with US Trustee and Aulet regarding confirmation hearing. | .30 | 800.00 | 240.00 |
| 9/23/23 | DWC | B110 | Email from M3 re interim fee order results | .20 | 600.00 | 120.00 |
| 9/24/23 | DMS | B150 | Texts and emails with creditors committee and Aulet regarding FTX settlement. | .70 | 800.00 | 560.00 |
| 9/24/23 | DMS | B320 | Emails with co-counsel, M3 et al regarding confirmation hearing preparation. | .50 | 800.00 | 400.00 |
| 9/24/23 | DWC | B110 | Multiple emails with all professionals re in person and zoom protocol | .40 | 600.00 | 240.00 |
| 9/25/23 | DMS | B110 | Emails with Court and Elementus regarding Galka appearance by zoom. | .30 | 800.00 | 240.00 |
| 9/25/23 | DMS | B320 | Review Ackerman objection to confirmation and share with creditors committee. | .30 | 800.00 | 240.00 |
| 9/25/23 | DMS | B110 | Emails with Aulet regarding 3AC. | .30 | 800.00 | 240.00 |

GENOVA BURNS LLC

October 27, 2023
Invoice No.:    503388

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/25/23 | DMS | B320 | Review draft of confirmation brief and emails with Aulet regarding same. | .90 | 800.00 | 720.00 |
| 9/25/23 | DMS | B110 | Emails with Aulet, DWC and LD regarding preparation for filing. | .30 | 800.00 | 240.00 |
| 9/25/23 | DMS | B110 | Email with Axelrod and Aulet regarding sealing. | .30 | 800.00 | 240.00 |
| 9/25/23 | DMS | B310 | Review Claims Order. | .20 | 800.00 | 160.00 |
| 9/25/23 | DMS | B110 | Review filing regarding BF/FTX agreement. | .20 | 800.00 | 160.00 |
| 9/25/23 | DMS | B320 | Review Lynn  objection to confirmation. | .20 | 800.00 | 160.00 |
| 9/25/23 | DMS | B320 | Review Kroll certification in support of confirmation. | .30 | 800.00 | 240.00 |
| 9/25/23 | DMS | B320 | More emails with Court regarding confirmation hearing. | .30 | 800.00 | 240.00 |
| 9/25/23 | DMS | B320 | Review Third Modification of Plan. | .60 | 800.00 | 480.00 |
| 9/25/23 | DWC | B110 | Multiple emails from co counsel re in person and virtual appearance protocol | .60 | 600.00 | 360.00 |
| 9/25/23 | DWC | B110 | Multiple email from and to co counsel re coordination of filing joinder by 5pm deadline; e-file joinder | .50 | 600.00 | 300.00 |
| 9/25/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .50 | 275.00 | 137.50 |
| 9/25/23 | SS | B110 | Sending Zoom information to professionals and committee members for upcoming hearing. | .10 | 275.00 | 27.50 |
| 9/25/23 | SS | B110 | Adjusting calendars based on adjournments. | .20 | 275.00 | 55.00 |
| 9/25/23 | SS | B110 | Reviewing UCC reply in support of confirmation. | .10 | 275.00 | 27.50 |
| 9/26/23 | DMS | B320 | Review proposed findings of fact, conclusions of law and confirmation order. | .60 | 800.00 | 480.00 |
| 9/26/23 | DMS | B320 | Email with Aulet regarding confirmation order. | .20 | 800.00 | 160.00 |
| 9/26/23 | DMS | B320 | Review notice and third amended Plan. | 1.00 | 800.00 | 800.00 |
| 9/26/23 | DMS | B110 | Emails with DWC and Aulet regarding hearing preparation and call with DWC. | .40 | 800.00 | 320.00 |

GENOVA BURNS LLC

October 27, 2023
Invoice No.:     503388

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|--------------------------------|-------|------|--------|
| 9/26/23 | DMS | B195 | Travel from Basking Ridge, NJ to US Bankruptcy Court, Trenton, NJ | 1.30 | 400.00 | 520.00 |
| 9/26/23 | DMS | B195 | Travel from US Bankruptcy Court, Trenton, NJ to Basking Ridge, NJ. | 1.30 | 400.00 | 520.00 |
| 9/26/23 | DMS | B320 | Meeting with co-counsel and Court appearance at Confirmation hearing. | 5.20 | 800.00 | 4,160.00 |
| 9/26/23 | DWC | B320 | Confirmation hearing and prehearing meeting and prep | 5.50 | 600.00 | 3,300.00 |
| 9/26/23 | DWC | B195 | Drive to and from trenton for confirmation | 2.20 | 300.00 | 660.00 |
| 9/26/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 9/26/23 | SS | B320 | (NO CHARGE) Attending plan confirmation hearing. | 3.80 | 275.00 | 1,045.00 |
| 9/27/23 | DMS | B310 | Review Order regarding States' waiver of claims. | .20 | 800.00 | 160.00 |
| 9/27/23 | DMS | B150 | Text to creditors committee regarding when Plan effective date will occur. | .20 | 800.00 | 160.00 |
| 9/27/23 | DMS | B320 | Email with Aulet regarding confirmation order and JPL. | .30 | 800.00 | 240.00 |
| 9/27/23 | DMS | B310 | Email with Kanowitz and Aulet regarding Lynn claim. | .20 | 800.00 | 160.00 |
| 9/27/23 | DMS | B110 | Review and approve joinder in Lynn objection. | .20 | 800.00 | 160.00 |
| 9/27/23 | DMS | B320 | Emails with Aulet regarding confirmation order and transcript. | .30 | 800.00 | 240.00 |
| 9/27/23 | DWC | B310 | Emails from and to BR re drafting joinder to Lymn claim objection; assign to GK | .40 | 600.00 | 240.00 |
| 9/27/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |
| 9/27/23 | SS | B110 | Updating attorney calendars based on court notices. | .20 | 275.00 | 55.00 |
| 9/28/23 | DMS | B110 | Review transcripts of September 21 and September 26 hearings. | .70 | 800.00 | 560.00 |
| 9/28/23 | DMS | B150 | Post transcripts to creditors committee and send to Aulet. | .30 | 800.00 | 240.00 |

GENOVA BURNS LLC

October 27, 2023
Invoice No.:    503388

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|------|------|------|----------------------------------|-------|------|--------|
| 9/28/23 | DWC | B150 | Email from non committee creditor | .20 | 600.00 | 120.00 |
| 9/28/23 | DWC | B150 | Call with creditor Paul Escroll | .70 | 600.00 | 420.00 |
| 9/28/23 | LD | B110 | Distribute transcripts of 9/21/23 and 9/26/23 hearings to counsel. | .20 | 250.00 | 50.00 |
| 9/28/23 | LD | B160 | Prepare and file CNO re M3 Partners June fee statement. | .50 | 250.00 | 125.00 |
| 9/28/23 | LD | B310 | File Joinder to Debtors' Amended Eleventh Omnibus Objection to Claims. | .30 | 250.00 | 75.00 |
| 9/28/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 9/28/23 | SS | B150 | Reviewing emails from creditor. | .20 | 275.00 | 55.00 |
| 9/28/23 | SS | B150 | Responding to email from creditor. | .10 | 275.00 | 27.50 |
| 9/28/23 | SS | B150 | Updating creditor spreadsheet with creditor questions. | .20 | 275.00 | 55.00 |
| 9/29/23 | DMS | B110 | Review 3AC Motion for Judges to confer and emails with Aulet and creditors committee regarding same. | .70 | 800.00 | 560.00 |
| 9/29/23 | DWC | B110 | Rvw all docket filings from the past week | .60 | 600.00 | 360.00 |
| 9/29/23 | DWC | B110 | Rvw emails and MOXO from past week | .40 | 600.00 | 240.00 |
| 9/29/23 | LD | B160 | Prepare and file CNO re M3 Partners' July fee statement. | .50 | 250.00 | 125.00 |
| 9/29/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 9/29/23 | SS | B110 | Updating attorney calendars based on court notice. | .10 | 275.00 | 27.50 |

**TOTAL PROFESSIONAL SERVICES**                   **$ 82,472.50**

GENOVA BURNS LLC

October 27, 2023
Invoice No.:    503388

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|------|-------------|------:|-----:|------:|
| Daniel M Stolz | Partner | 5.20 | 400.00 | 2,080.00 |
| Daniel M Stolz | Partner | 48.80 | 800.00 | 39,040.00 |
| Donald W. Clarke | Partner | 4.60 | 300.00 | 1,380.00 |
| Donald W. Clarke | Partner | 51.50 | 600.00 | 30,900.00 |
| Lorrie Denson | Paralegal | 18.80 | 250.00 | 4,700.00 |
| Sydney Schubert | Junior Associate | 15.90 | 275.00 | 4,372.50 |
| **TOTALS** | | **144.80** | | **$ 82,472.50** |

**\*The time of Gregory Kinoian during this billing period is not included. Mr. Kinoian's time for this billing period will be included in subsequent bills.**