# EXHIBIT B

GENOVA BURNS LLC

October 27, 2023
Invoice No.:    503388

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---:|
| 7/14/23 | Parking - Station Plaza Trenton, NJ - parking for mediation - Amex Period Ending 7-30-DWC | 11.00 |
| 7/14/23 | Meals - Dunkin Donuts for co-counsel - Amex Period Ending 7-30-DWC | 57.15 |
| 7/18/23 | Parking - Station Plaza Parking, Trention, NJ, parking for in person mediation in Trenton, NJ - Amex Period Ending 7-30-DWC | 11.00 |
| 8/21/23 | WestLaw Research - WestLaw Research, Thomson Reuters - West Payment Center, 848930993 | 16.23 |
| 9/21/23 | Parking, Station Plaza Garage, 000988 - Parking Fee - Amex Period Ending 9-30-DWC | 10.00 |
| 9/26/23 | Parking, Station Plaza Garage, 001168 - Parking Fee - Amex Period Ending 9-30-DWC | 11.00 |
| 9/27/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-01966 - fee for Court Reporter services, 1 orig. & 1 copy 45 pages, Federal Court Expedited on 9/21/23, U.S. Bankruptcy Court , Newark NJ (22-19361 ADV 23-1144) | 218.25 |
| 9/28/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-02006 -  Court Reporter fees for 1 copy of 129 pages Federal Court Daily on 9/26/23, U.S. Bankruptcy Court , Trenton NJ. | 154.80 |
| | **TOTAL DISBURSEMENTS** | **$ 489.43** |