**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and*
*Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF HEARING ON INTERIM COMPENSATION APPLICATIONS

**PLEASE TAKE NOTICE** that the following applications (collectively, the "Interim Compensation Applications") were filed seeking payment of fees for services rendered and expenses incurred for the period April 1, 2023 through and including July 31, 2023[2]:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

[2] The application of Deloitte Tax LLP seeks payment of fees for services rendered and expenses incurred for the period March 1, 2023 through July 31, 2023.

| APPLICANT and APPLICATION | FEES | EXPENSES |
|---|---|---|
| Cole Schotz P.C., Co-Counsel to the Debtors<br><br>Second Interim Compensation Application<br>[Docket No. 1572] | $348,436.50 | $4,960.63 |
| Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors<br><br>Second Interim Compensation Application<br>[Docket No. 1571] | $34,716.97 | $0.00 |
| Haynes and Boone, LLP, Co-Counsel to the Debtors<br><br>Second Interim Compensation Application<br>[Docket No. 1575] | $4,499,553.40 | $92,745.16 |
| Moelis & Company LLC, Investment Banker, Capital Markets Advisor and Financial Advisor to the Debtors<br><br>Second Interim Compensation Application<br>[Docket No. 1580] | $800,000.00 | $20,766.63 |
| Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Co-Counsel to the Debtors<br><br>Second Interim Compensation Application<br>[Docket No. 1616] | $6,283,704.00 | $1,065,031.40 |
| Deloitte Tax LLP, Tax Services Provider to the Debtors<br><br>First Interim Compensation Application<br>[Docket No. 1513] | $608,099.50 | $0.00 |

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Interim Compensation Applications will be held on **December 11, 2023, at 11:00 a.m. (ET),** before the Honorable Michael B. Kaplan, U.S.B.J., at the United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Courtroom #8, Trenton, N.J. 08608.  Attendance by creditors is welcome, but not required.

**PLEASE TAKE FURTHER NOTICE** that copies of the Interim Compensation Applications may be obtained at no charge at https://restructuring.ra.kroll.com/blockfi/Home-DocketInfo or via PACER at the http://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that, except as set forth in the *Order Appointing an Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 925], parties that wish to object to the Interim Compensation Applications must file an objection on or before **December 4, 2023 at 5:00 p.m.** Objections must be filed with the Court and served on the applicant and all other interested parties.

Dated: October 30, 2023

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and Debtors in Possession*

65365/0001-46303769v1