**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

In re:

BLOCKFI INC., *et al.,*

Debtors.[1]

**Order Filed on October 30, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Hearing Date: November 6, 2023 @ 11:00 a.m. ET

Case No. 22-19361 (MBK)

# ORDER SHORTENING TIME PERIOD FOR NOTICE OF WIND-DOWN DEBTORS' MOTION TO QUASH SUBPOENA FOR RULE 2004 EXAMINATION

The relief set forth on the following page number two (2) is **ORDERED**.

**DATED: October 30, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

[2] On October 3, 2023, the Court entered an order confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications). [Docket No. 1609]

(Page 2)
Debtors: BlockFi Inc.
Case No. 22-19361(MBK)
Caption of Order: ORDER SHORTENING TIME PERIOD FOR NOTICE OF WIND-DOWN DEBTORS' MOTION TO QUASH SUBPOENA FOR RULE 2004 EXAMINATION

---

| | |
|---|---|
| **BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617)856-8300<br>taxelrod@brownrudnick.com<br><br>*Attorneys for the Plan Administrator*<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>*Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator* |

Upon review of the *Application for Order Shortening Time for Notice of Debtors' Motion to Quash Subpoena for Rule 2004 Examination* (the "Application")[1] of the above-captioned debtors and debtors in possession (collectively, the "Wind-Down Debtors") for entry of an order (this "Order") requesting that the time period for the Motion to Quash be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1) and a hearing scheduled at the Court's earliest convenience,

**IT IS HEREBY ORDERED THAT:**

---
[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

(Page 4)
Debtors: BlockFi Inc., et. al.
Case No. 22-19361(MBK)
Caption of Order: ORDER SHORTENING TIME PERIOD FOR NOTICE OF DEBTORS' MOTION TO QUASH SUBPOENA FOR RULE 2004 EXAMINATION

1. A hearing will be conducted on the Motion to Quash on November  6  , 2023 at  10:00 am  prevailing Eastern Time before the Honorable Chief Judge Michael B. Kaplan, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

2. The Debtors must serve a copy of this Order, and all related documents, to all parties in interest by either overnight mail or email, as applicable.

3. Service must be made on the same day as the date of this Order.

4. Notice by telephone is not required.

5. Any objections to the Motion to Quash may be presented orally at the hearing.

6. Parties may request to appear by Zoom by contacting Chambers prior to the return date.

17291379v1 (25400.002)