**BRIAN GRADDON**
1081 Village Drive
Oceanside, CA 92057
(619) 889-9957
brgraddon@gmail.com
Self-representing Creditor

| | |
|---|---|
| In re: | ) UNITED STATES BANKRUPTCY COURT |
| | ) FOR THE DISTRICT OF NEW JERSEY |
| | ) |
| | ) Chapter 11 Proceeding |
| Blockfi, Inc. | ) Case No: 22-19361/MBK |
| . | ) |
| | ) **CERTIFICATION IN REPLY TO** |
| Debtors. | ) **DEBTORS' OBJECTION TO** |
| | ) **CLAIM # 23497** |
| | ) |

Brian Graddon, being of full age, hereby certifies as follows:

1. On March 30, 2023 I filed claim #23497. A copy of the filed claim is attached hereto as Exhibit "A".

2. My claim is in the amount of 8.32 Bitcoin. My claim is denominated in Bitcoin. My claim is not denominated in US Dollars.

3. The Debtors have filed an objection to my claim, stating that my claim is in the amount of $225,151.75, and that this is inconsistent with books and records.

4. This is false. My claim is in Bitcoin, not in US Dollars. The 8.32 Bitcoin listed on my claim is consistent with books and records. In my filed claim, I show the amount of $225,151.75 in parentheses only for reference, representing the present amount of the Bitcoin at the time my claim was filed. This is an arbitrary amount based on the shifting US Dollar value of Bitcoin, and was only

included for reference, demonstrating the US Dollar value of my Bitcoin denominated claim at the time of my claim filing.

5. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: 10/25/2023

_____
Brian Graddon