NOVAWULF DIGITAL MASTER FUND, L.P.
9 Federal Street
Easton, MD 21601

NOTICE OF CHANGE OF ADDRESS

October 30, 2023

Haynes and Boone, LLP
30 Rockefeller Plaza, 26th Floor
New York, NY   10112
Attn:  Richard S. Kanowitz

RE: BlockFi Lending LLC, Case No. 22-19365 - Claim #: 9625

To Whom It May Concern:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

**NOVAWULF DIGITAL MASTER FUND, L.P., ASSIGNEE OF [REDACTED]**
c/o TAF Investments LLC
185 Riverside Avenue
Riverside, CT 06876
Attn:    Michael Abbate
Tel:      (646) 620-4371
Email:   mike@novawulf.io

You are hereby directed to send all future distributions and correspondence to the address stated above.  This change of address should also be reflected on the official claims register for the above-referenced Case.

Very truly yours,

**NOVAWULF DIGITAL MASTER FUND, L.P., ASSIGNEE OF [REDACTED]**

By:
Name:  Michael Abbate
Title:  Director
Email:

Cc:    Berkeley Research Group: BRG                United States Bankruptcy Court
       99 High Street, 27th Floor                   District of New Jersey
       Boston, MA   02110                           402 East State Street
       Attn: Bob Duffy                              Trenton, NJ   08608
       Re: BlockFi Lending LLC, et al.              Re: BlockFi Lending LLC, et al.

NCA 2022-1