**Genova Burns LLC**
494 Broad Street, Newark, NJ 07102
Tel: 973.533.0777  Fax: 973.533.1112
Web: www.genovaburns.com

**Donald W. Clarke, Esq.**
Partner
Member of the NJ & NY Bar
dclarke@genovaburns.com
Direct: 973-387-7804

November 2, 2023

Honorable Michael B. Kaplan
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

  Re: **BlockFi, Inc., et al.**
    **Case No. 22-19361 MBK**
    **Motion to Quash Subpoena and Motion Shortening Time**

Dear Judge Kaplan:

  This firm serves as local counsel for the Plan Administrator in the above-referenced consolidated proceedings. We write to respectfully request to withdraw the Wind-Down Debtors' Motion to Quash Subpoena for Rule 2004 Examination [Doc 1814] and Motion Shortening Time for Notice of Wind-Down Debtors' Motion to Quash Subpoena for Rule 2004 Examination [Doc 1815] (collectively, the "Motions"), scheduled for hearing on Monday, November 6, 2023, at 10:00 a.m. ET.

  Thank you for your time and attention to this matter.

                Respectfully submitted,

                **GENOVA BURNS LLC**

                */s/ Donald W. Clarke*
                DONALD W. CLARKE

  cc: All Counsel of Record via e-filing