### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| BlockFi Inc., *et al.*, [1] | ) | **Case No. 22-19361 (MBK)** |
| | ) | |
| Reorganized Debtors. | ) | **(Jointly Administered)** |
| | ) | |

### SEVENTH MONTHLY FEE STATEMENT OF DELOITTE TAX LLP AS TAX SERVICES PROVIDER TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH OCTOBER 3, 2023

| | | |
|---|---|---|
| Name of Applicant: | Deloitte Tax LLP | |
| Authorized to Provide Professional Services as: | Tax Services Provider | |
| Date of Retention: | *Nunc Pro Tunc* to March 1, 2023 | |
| Period for which Compensation and Reimbursement is Sought: | September 1, 2023 through October 3, 2023 | |
| Total Amount of Fees Requested: | $ | 162,870.00 |
| Less: 20% Holdback | $ | (32,574.00) |
| 80% of Compensation Sought as Actual, Reasonable, and Necessary | $ | 130,296.00 |
| Amount of Expense Reimbursement Sought | $ | - |
| **Total Amount of Fees and Expense:** | **$** | **130,296.00** |

This is an: __X__ Monthly    __Interim    __Final Application

---

[1] The Reorganized Debtors in these Chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Reorganized Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

Deloitte Tax LLP ("Deloitte Tax") hereby submits this seventh monthly fee statement (the

"Seventh Monthly Statement") for allowance of compensation for services rendered as tax services

providers to the Debtors for the period from September 1, 2023, through October 3, 2023, pursuant

to the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of*

*Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this*

*Court* [Docket No. 307] (the "Administrative Fee Order").

WHEREFORE, Deloitte Tax respectfully requests total payment in the amount of

$130,296.00 (80% of $162,870.00) as compensation sought for actual and necessary services

rendered, in accordance with the terms of the Administrative Fee Order.

Date: November 2, 2023
    New York, New York

                            Respectfully submitted,

                            DELOITTE TAX LLP

                            /s/ Kenneth Schulhof
                            Kenneth Schulhof
                            Partner
                            30 Rockefeller Plaza
                            New York, NY 10112
                            Telephone:  212.436.5370
                            Facsimile:  212.653.5254

## CUMULATIVE TIME SUMMARY BY PROFESSIONAL
### For the Period of September 1, 2023 through October 3, 2023

| Professional | Level | | Hours | Fees |
|---|---|---|---|---|
| **Tax Compliance Services** | | | | |
| Gibian, Craig | Partner/Principal | | 2.9 | |
| Lang, Mary Jo | Partner/Principal | | 2.0 | |
| Schulhof, Ken | Partner/Principal | | 4.9 | |
| Gardyn, Jordon | Senior Manager | | 20.5 | |
| Lee, Sarah | Senior Manager | | 0.6 | |
| Polster, Andrew | Manager | | 57.7 | |
| Wojtas, Mike | Senior Consultant | | 15.4 | |
| Jordan, Kinsey | Consultant | | 76.5 | |
| Meng, Zhaoyu | Consultant | | 90.2 | |
| Zhou, Amber | Consultant | | 35.4 | |
| **Professional Subtotal:** | | | **306.1** | **$154,540.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Tax Restructuring Services** | | | | |
| Gardyn, Jordon | Senior Manager | $1,020.00 | 0.4 | $408.00 |
| Hindes, Mark | Senior Manager | $1,020.00 | 0.2 | $204.00 |
| Lee, Sarah | Senior Manager | $1,020.00 | 0.4 | $408.00 |
| Hah, Morgan | Manager | $750.00 | 1.6 | $1,200.00 |
| **Professional Subtotal:** | | | **2.6** | **$2,220.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Preparation of Fee Applications** | | | | |
| Gardyn, Jordon | Senior Manager | $1,020.00 | 2.0 | $2,040.00 |
| Gutierrez, Dalia | Consultant | $250.00 | 2.6 | $650.00 |
| Praful, Jain | Consultant | $225.00 | 12.5 | $2,812.50 |
| Verma, Anshu | Consultant | $225.00 | 2.7 | $607.50 |
| **Professional Subtotal:** | | | **19.8** | **$6,110.00** |
| **Total** | | **Blended Hourly Rate: $495.80** | **328.5** | **$162,870.00** |

## CUMULATIVE FEES BY CATEGORY SUMMARY
### For the Period of September 1, 2023 through October 3, 2023

| Categories | Hours | Fees |
|---|---|---|
| Preparation of Fee Applications | 19.8 | $6,110.00 |
| Tax Compliance Services | 306.1 | $154,540.00 |
| Tax Restructuring Services | 2.6 | $2,220.00 |
| **Fees Category Subtotal :** | **328.5** | **$162,870.00** |

## **EXHIBIT A**

Professional Fees for the Period from
September 1, 2023 through October 3, 2023

# BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|

## *Preparation of Fee Applications*

**09/06/2023**

| | | | | |
|---|---|---|---|---|
| Gutierrez, Dalia | Organize August 2023 data in preparation for the monthly fee application. | $250.00 | 0.7 | $175.00 |

**09/07/2023**

| | | | | |
|---|---|---|---|---|
| Praful, Jain | Prepare fee detail of BlockFi Tax Aug-23 file for fee application preparation. | $225.00 | 4.0 | $900.00 |

**09/11/2023**

| | | | | |
|---|---|---|---|---|
| Verma, Anshu | Review fee detail for the period of August 2023 fee application. | $225.00 | 2.7 | $607.50 |

**09/12/2023**

| | | | | |
|---|---|---|---|---|
| Gardyn, Jordon | Update the billing summary file for July 2023 hours for the monthly fee statement submissions. | $1,020.00 | 1.0 | $1,020.00 |

**09/13/2023**

| | | | | |
|---|---|---|---|---|
| Gardyn, Jordon | Provide comments on the July-23 monthly billing statement and the expense holdback submission request. | $1,020.00 | 1.0 | $1,020.00 |
| Praful, Jain | Update time detail for the period of Aug 2023 fee application. | $225.00 | 1.1 | $247.50 |

**09/14/2023**

| | | | | |
|---|---|---|---|---|
| Praful, Jain | Continue to update time detail period of Aug 2023 for the fee application. | $225.00 | 0.9 | $202.50 |

**09/15/2023**

| | | | | |
|---|---|---|---|---|
| Praful, Jain | Continue to update time detail period of Aug 2023 for the fee application. | $225.00 | 1.2 | $270.00 |

**09/20/2023**

| | | | | |
|---|---|---|---|---|
| Praful, Jain | Continue to update time detail period of Aug 2023 for the fee application. | $225.00 | 0.8 | $180.00 |

**09/22/2023**

| | | | | |
|---|---|---|---|---|
| Praful, Jain | Continue to update time detail period of Aug 2023 for the fee application. | $225.00 | 0.5 | $112.50 |

**09/25/2023**

| | | | | |
|---|---|---|---|---|
| Praful, Jain | Continue to review fee detail for the period of Aug 2023 fee application. | $225.00 | 2.2 | $495.00 |

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Preparation of Fee Applications*

09/25/2023

| | | | | |
|------|-------------|------|-------|------|
| Praful, Jain | Continue to update time detail from multiple Deloitte professionals for the period of Aug 2023 fee application. | $225.00 | 0.8 | $180.00 |

09/26/2023

| | | | | |
|------|-------------|------|-------|------|
| Gutierrez, Dalia | Review August-23 fee detail in preparation for the monthly fee application. | $250.00 | 1.9 | $475.00 |
| Praful, Jain | Continue to review fee detail for the period of Aug 2023 fee application. | $225.00 | 1.0 | $225.00 |
| Subtotal for Preparation of Fee Applications: | | | 19.8 | $6,110.00 |

### *Tax Compliance Services*

09/01/2023

| | | | | |
|------|-------------|------|-------|------|
| Gardyn, Jordon | Call with K. Schulhof (Deloitte) to review updated book-to-tax schedule for 2022 and the resulting changes from the initial draft shared with R. Loban (BlockFi). | $0.00 | 0.5 | $0.00 |
| Gardyn, Jordon | Call with K. Schulhof, S. Lee (Deloitte), A. Sexton (Kirkland & Ellis), R. Loban (BlockFi) discussing updated 2022 federal taxable income. | $0.00 | 0.3 | $0.00 |
| Gardyn, Jordon | Send an email to S. Bailey and R. Loban (BlockFi) regarding 2021 BlockFi Inc amended federal tax return workpaper for their review. | $0.00 | 0.3 | $0.00 |
| Gardyn, Jordon | Incorporate investment K-1 received for BV Power into 2022 BlockFi Inc federal tax return workpapers. | $0.00 | 0.6 | $0.00 |
| Gardyn, Jordon | Email M. Dipaolo (Deloitte) regarding updated tax return workpapers for 2022. | $0.00 | 0.5 | $0.00 |
| Gardyn, Jordon | Email S. Bailey, R. Loban (BlockFi) regarding the 2022 BlockFi Inc federal tax return workpaper. | $0.00 | 0.3 | $0.00 |
| Lee, Sarah | Call with J. Gardyn, K. Schulhof (Deloitte), A. Sexton (Kirkland & Ellis), R. Loban (BlockFi) discussing updated 2022 federal taxable income. | $0.00 | 0.3 | $0.00 |

2

# BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 09/01/2023 | | | | |
| Meng, Zhaoyu | Call with A. Zhou, M. Wojtas (Deloitte) to discuss updated BlockFi & Subs 2021 amended return work paper and process of implementing numbers into Corptax. | $0.00 | 0.5 | $0.00 |
| Meng, Zhaoyu | Set up tax compliance software, Corptax, for BlockFi Inc and Subs' eliminations. | $0.00 | 2.0 | $0.00 |
| Meng, Zhaoyu | Set up tax compliance software, Corptax, for BlockFi Services Inc 2021 amended tax return. | $0.00 | 2.5 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn, S. Lee (Deloitte), A. Sexton (Kirkland & Ellis), R. Loban (BlockFi) discussing updated 2022 federal taxable income. | $0.00 | 0.3 | $0.00 |
| Schulhof, Ken | Review updated amended 2021 BlockFi Inc federal tax return workpapers provided by J. Gardyn (Deloitte). | $0.00 | 0.7 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn (Deloitte) to review updated book-to-tax schedule for 2022 and the resulting changes from the initial draft shared with R. Loban (BlockFi). | $0.00 | 0.5 | $0.00 |
| Wojtas, Mike | Call with A. Zhou, Z. Meng (Deloitte) to discuss updated BlockFi & Subs 2021 amended return work paper and process of implementing numbers into Corptax. | $0.00 | 0.5 | $0.00 |
| Wojtas, Mike | Update 2022 BlockFi Inc & Subs tax return in Corptax based on revisions to workpaper for book to tax adjustments and return presentation. | $0.00 | 2.0 | $0.00 |
| Zhou, Amber | Call with M. Wojtas, Z. Meng (Deloitte) to discuss updated BlockFi & Subs 2021 amended return work paper and process of implementing numbers into Corptax. | $0.00 | 0.5 | $0.00 |
| Zhou, Amber | Set up 2021 Blockfi & Subs amended return in Corptax. | $0.00 | 3.5 | $0.00 |

# BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Compliance Services* | | | | |
| 09/02/2023 | | | | |
| Meng, Zhaoyu | Set up tax compliance software, Corptax, for BlockFi Inc and Subs 2021 amended consolidated tax return. | $0.00 | 3.0 | $0.00 |
| Wojtas, Mike | Update 2022 BlockFi Inc & Subs tax return in Corptax based on revisions to workpaper for book to tax adjustments and return presentation. | $0.00 | 2.0 | $0.00 |
| 09/03/2023 | | | | |
| Gardyn, Jordon | Review draft BlockFi Inc and Subs federal consolidated tax return for updates related to foreign entities included in the federal return. | $0.00 | 1.2 | $0.00 |
| 09/04/2023 | | | | |
| Meng, Zhaoyu | Summarize 2021 amended tax return workpaper changes in order to make adjustment in tax compliance software. | $0.00 | 4.0 | $0.00 |
| 09/05/2023 | | | | |
| Gardyn, Jordon | Respond to K. Schulhof (Deloitte) comments on 2022 federal tax return workpapers related to the write-off of deferred tax assets from historical years. | $0.00 | 0.7 | $0.00 |
| Polster, Andrew | Review TY22 South Carolina state return for BlockFi Inc. | $0.00 | 2.2 | $0.00 |
| Polster, Andrew | Review TY22 Mississippi state return for BlockFi Inc. | $0.00 | 1.4 | $0.00 |
| Polster, Andrew | Review TY22 Tennessee state return for BlockFi Inc. | $0.00 | 1.4 | $0.00 |
| 09/06/2023 | | | | |
| Polster, Andrew | Review amended return state apportionment workpaper. | $0.00 | 1.6 | $0.00 |
| Polster, Andrew | Continue to review amended return state apportionment workpaper. | $0.00 | 1.4 | $0.00 |
| 09/07/2023 | | | | |
| Meng, Zhaoyu | Set up tax compliance software, Corptax, for BlockFi Inc 2021 amended proforma tax return. | $0.00 | 4.0 | $0.00 |

## BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Compliance Services* | | | | |
| 09/07/2023 | | | | |
| Polster, Andrew | Create TY21 amended return obligations in Corptax for BlockFi Inc and Subs. | $0.00 | 3.2 | $0.00 |
| Polster, Andrew | Create TY21 amended return obligations in Corptax for BlockFi Inc. | $0.00 | 2.8 | $0.00 |
| 09/08/2023 | | | | |
| Gardyn, Jordon | Call with R. Loban, S. Bailey (BlockFi), A. Sexton (Kirkland & Ellis) discussing potential changes to the investment K-1 received for BPV Power investment for tax purposes. | $0.00 | 0.3 | $0.00 |
| Meng, Zhaoyu | Set up tax compliance software, Corptax, for BlockFi Inc & Subs 2021 amended tax return. | $0.00 | 4.0 | $0.00 |
| 09/10/2023 | | | | |
| Meng, Zhaoyu | Update schedule D (capital gains and losses) on tax compliance software, Corptax, for BlockFi Inc and Subs 2021 amended tax return. | $0.00 | 3.5 | $0.00 |
| 09/12/2023 | | | | |
| Meng, Zhaoyu | Update 2021 amended consolidated tax returns in tax compliance software, Corptax for amended tax return workpaper. | $0.00 | 4.0 | $0.00 |
| 09/13/2023 | | | | |
| Meng, Zhaoyu | Update 2021 amended BlockFi Inc and Subs consolidated schedule M-3 (net income (loss) reconciliation) for corporations with total assets of USD 10 million or more in tax compliance software, Corptax for amended tax return workpaper. | $0.00 | 1.5 | $0.00 |
| Meng, Zhaoyu | Update 2021 amended BlockFi Inc. proforma schedule M-3 (net income (loss) reconciliation) for corporations with total assets of USD 10 million or more in tax compliance software, Corptax for amended tax return workpaper. | $0.00 | 3.5 | $0.00 |

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Tax Compliance Services*

**09/14/2023**

| | | | | |
|------|-------------|------|-------|------|
| Gardyn, Jordon | Review the federal partnership return provided by S. Bailey (BlockFi) for the BV Power Alpha LLC investment of BlockFi. | $0.00 | 1.1 | $0.00 |
| Meng, Zhaoyu | Prepare 2021 amended BlockFi Inc and Subs consolidated return from tax compliance software. | $0.00 | 4.0 | $0.00 |

**09/18/2023**

| | | | | |
|------|-------------|------|-------|------|
| Gardyn, Jordon | Update the 2022 federal tax return workpapers for BlockFi Inc based on the updated support for investments provided by S. Bailey (BlockFi). | $0.00 | 0.8 | $0.00 |
| Jordan, Kinsey | Meeting with A. Polster and Kinsey Jordan (Deloitte) to review client background, tax preparation software and state return tracker for TY22. | $0.00 | 1.2 | $0.00 |
| Jordan, Kinsey | Meeting with A. Polster (Deloitte) to walkthrough methodology and how to use Modification and Apportionment in the Data Collection Wizard used for return preparation. | $0.00 | 0.9 | $0.00 |
| Jordan, Kinsey | Meeting with A. Polster (Deloitte) to review methodology and how to use Franchise Tax Workpaper for return preparation on applicable states. | $0.00 | 0.4 | $0.00 |
| Jordan, Kinsey | Meeting with A. Polster (Deloitte) to review preparation of Arkansas Return for BlockFi Inc. | $0.00 | 0.6 | $0.00 |
| Jordan, Kinsey | Meeting with A. Polster (Deloitte) to review process of creating and qualifying E-File Package for Arkansas Return for BlockFi Inc. | $0.00 | 0.4 | $0.00 |
| Jordan, Kinsey | Meeting with A. Polster (Deloitte) to review process of preparing Florida Return for BlockFi Inc. | $0.00 | 0.5 | $0.00 |
| Jordan, Kinsey | Meeting with A. Polster (Deloitte) to discuss comments on tax returns prepared for BlockFi Inc Alabama and Georgia. | $0.00 | 1.2 | $0.00 |

6

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Compliance Services** | | | | |
| 09/18/2023 | | | | |
| Jordan, Kinsey | Prepare Maryland tax return for BlockFi Inc. | $0.00 | 1.2 | $0.00 |
| Jordan, Kinsey | Prepare Arkansas tax return for BlockFi Inc. | $0.00 | 1.8 | $0.00 |
| Meng, Zhaoyu | Update 2022 BlockFi Inc tax return in tax compliance software. | $0.00 | 4.7 | $0.00 |
| Meng, Zhaoyu | Update 2022 BlockFi Inc and Subs consolidated tax return per updated return workpaper in tax compliance software. | $0.00 | 3.3 | $0.00 |
| Polster, Andrew | Meeting with K. Jordan (Deloitte) to discuss comments on tax returns prepared for BlockFi Inc Alabama and Georgia. | $0.00 | 1.2 | $0.00 |
| Polster, Andrew | Review state tax return tracker for potential payment liabilities for BlockFi Inc. | $0.00 | 0.8 | $0.00 |
| Polster, Andrew | Meeting with K. Jordan (Deloitte) to review client background, tax preparation software, and state return tracker for TY22 | $0.00 | 1.2 | $0.00 |
| Polster, Andrew | Meeting with K. Jordan (Deloitte) to review methodology and how to use Modification and Apportionment in the Data Collection Wizard used for return preparation. | $0.00 | 0.9 | $0.00 |
| Polster, Andrew | Meeting with K. Jordan (Deloitte) to review methodology and how to use Franchise Tax Workpaper for return preparation on applicable states | $0.00 | 0.4 | $0.00 |
| Polster, Andrew | Meeting with K. Jordan (Deloitte) to walkthrough preparation of Arkansas Return for BlockFi Inc. | $0.00 | 0.6 | $0.00 |
| Polster, Andrew | Meeting with K. Jordan (Deloitte) to review process of creating and qualifying E-File Package for Arkansas Return for BlockFi Inc. | $0.00 | 0.4 | $0.00 |
| Polster, Andrew | Meeting with K. Jordan (Deloitte) to review process of preparing Florida Return for BlockFi Inc. | $0.00 | 0.5 | $0.00 |

BlockFi, Inc

# Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 09/18/2023 | | | | |
| Zhou, Amber | Update 2022 Blockfi & Subs federal tax return. | $0.00 | 1.0 | $0.00 |
| 09/19/2023 | | | | |
| Gardyn, Jordon | Call with K. Schulhof (Deloitte) to discuss status of the 2022 federal tax return preparation. | $0.00 | 0.5 | $0.00 |
| Gardyn, Jordon | Call with Z. Meng, A. Zhou (Deloitte) to discuss updated Blockfi & Subs 2022 federal return workpaper and return delivery timeline. | $0.00 | 0.4 | $0.00 |
| Gardyn, Jordon | Review initial draft of the 2022 forms 5471 (information return for foreign controlled entities) that is included in the consolidated BlockFi Inc federal tax return. | $0.00 | 1.4 | $0.00 |
| Gardyn, Jordon | Call with C. Gibian, MJ. Lang and S. Lee (Deloitte) to discuss updates to the disclosure statement to be attached to the BlockFi Inc 2021 amended tax return. | $0.00 | 0.3 | $0.00 |
| Gibian, Craig | Call with J. Gardyn, MJ. Lang and S. Lee (Deloitte) to discuss updates to the disclosure statement to be attached to the BlockFi Inc 2021 amended tax return. | $0.00 | 0.3 | $0.00 |
| Jordan, Kinsey | Review comments on Arkansas tax return. | $0.00 | 1.9 | $0.00 |
| Jordan, Kinsey | Review comments on Maryland tax return. | $0.00 | 1.5 | $0.00 |
| Jordan, Kinsey | Meeting with A. Polster (Deloitte) to discuss comments on tax returns prepared for BlockFi Inc Mississippi and North Carolina. | $0.00 | 1.1 | $0.00 |
| Jordan, Kinsey | Prepare Alabama tax return. | $0.00 | 2.3 | $0.00 |
| Jordan, Kinsey | Review the Alabama tax return. | $0.00 | 0.2 | $0.00 |

BlockFi, Inc

# Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Tax Compliance Services*

09/19/2023

| | | | | |
|------|-------------|------|-------|------|
| Lang, Mary Jo | Call with J. Gardyn, C. Gibian, S. Lee (Deloitte) to discuss updates to the disclosure statement to be attached to the BlockFi Inc 2021 amended tax return. | $0.00 | 0.3 | $0.00 |
| Lee, Sarah | Call with J. Gardyn, C. Gibian, MJ. Lang (Deloitte) to discuss updates to the disclosure statement to be attached to the BlockFi Inc 2021 amended tax return. | $0.00 | 0.3 | $0.00 |
| Meng, Zhaoyu | Prepare 2022 BlockFi Inc and Subs consolidated tax return from tax compliance software. | $0.00 | 3.0 | $0.00 |
| Meng, Zhaoyu | Call with J. Gardyn, A. Zhou (Deloitte) to discuss updated Blockfi & Subs 2022 federal return workpaper and return delivery timeline. | $0.00 | 0.4 | $0.00 |
| Meng, Zhaoyu | Update 2022 BlockFi Inc and Subs consolidated tax return per updated return workpaper in tax compliance software. | $0.00 | 1.0 | $0.00 |
| Meng, Zhaoyu | Update 2021 amended BlockFi Inc and Subs consolidated tax return per updated return workpaper in tax compliance software. | $0.00 | 1.0 | $0.00 |
| Meng, Zhaoyu | Tie out book income/loss on schedule M-3 (net income (loss) reconciliation) to schedule M-2 (analysis of unappropriated retained earnings per books) on 2022 BlockFi Inc and Subs consolidated tax return in tax compliance software. | $0.00 | 0.5 | $0.00 |
| Meng, Zhaoyu | Tie out taxable income on schedule M-3 (net income (loss) reconciliation) and page 1 of form 1120 (US corporate income tax return) on 2022 BlockFi Inc and Subs consolidated tax return in tax compliance software. | $0.00 | 0.6 | $0.00 |

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Compliance Services* | | | | |
| 09/19/2023 | | | | |
| Polster, Andrew | Meeting with K. Jordan (Deloitte) to discuss comments on tax returns prepared for BlockFi Inc Mississippi and North Carolina. | $0.00 | 1.1 | $0.00 |
| Polster, Andrew | Review Arkansas Return for BlockFi Inc. | $0.00 | 0.8 | $0.00 |
| Polster, Andrew | Review South Carolina Return for BlockFi Inc. | $0.00 | 0.9 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn (Deloitte) to discuss status of the 2022 federal tax return preparation. | $0.00 | 0.5 | $0.00 |
| Zhou, Amber | Update 2022 Blockfi & Subs federal return Form 1120 (US corporate income tax return). | $0.00 | 2.0 | $0.00 |
| Zhou, Amber | Call with Z. Meng, J. Gardyn (Deloitte) to discuss updated Blockfi & Subs 2022 federal return workpaper and return delivery timeline. | $0.00 | 0.4 | $0.00 |
| Zhou, Amber | Update Blockfi & Subs international form 5471 (information return of U.S. persons with respect to certain foreign corporations). | $0.00 | 1.1 | $0.00 |
| Zhou, Amber | Update Blockfi & Subs international form 8858 (information return of U.S. persons with respect to foreign disregarded entities and foreign branches). | $0.00 | 0.9 | $0.00 |
| Zhou, Amber | Prepare Blockfi & Subs international form 5471 (information return of U.S. persons with respect to certain foreign corporations). | $0.00 | 0.7 | $0.00 |
| Zhou, Amber | Prepare Blockfi & Subs international form 8858 (information return of U.S. persons with respect to foreign disregarded entities and foreign branches). | $0.00 | 0.8 | $0.00 |
| 09/20/2023 | | | | |
| Jordan, Kinsey | Meeting with A. Polster (Deloitte) to discuss tax returns for BlockFi Inc and Subs West Virginia and Utah. | $0.00 | 0.8 | $0.00 |

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 09/20/2023 | | | | |
| Jordan, Kinsey | Review Alabama business privilege tax return and annual report. | $0.00 | 1.3 | $0.00 |
| Jordan, Kinsey | Review Tennessee tax return. | $0.00 | 1.4 | $0.00 |
| Jordan, Kinsey | Review Idaho tax return. | $0.00 | 2.6 | $0.00 |
| Jordan, Kinsey | Review North Carolina tax return. | $0.00 | 2.0 | $0.00 |
| Meng, Zhaoyu | Call with M. Wojtas and A. Zhou (Deloitte) to discuss Blockfi & Subs 2022 federal return. | $0.00 | 1.0 | $0.00 |
| Meng, Zhaoyu | Prepare 2022 BlockFi Inc and Subs consolidated tax return from tax compliance software. | $0.00 | 2.6 | $0.00 |
| Meng, Zhaoyu | Update 2022 BlockFi Inc and Subs consolidated tax return in tax compliance software. | $0.00 | 3.4 | $0.00 |
| Polster, Andrew | Meeting with K. Jordan (Deloitte) to discuss tax returns for BlockFi Inc and Subs West Virginia and Utah. | $0.00 | 0.8 | $0.00 |
| Polster, Andrew | Review Alabama Franchise Tax Return for BlockFi Inc. | $0.00 | 0.7 | $0.00 |
| Wojtas, Mike | Call with Z. Meng and A. Zhou (Deloitte) to discuss Blockfi & Subs 2022 federal return. | $0.00 | 1.0 | $0.00 |
| Zhou, Amber | Call with Z. Meng and M. Wojtas (Deloitte) to discuss Blockfi & Subs 2022 federal return. | $0.00 | 1.0 | $0.00 |
| Zhou, Amber | Prepare 2021 amended federal return of Blockfi and Subs. | $0.00 | 5.0 | $0.00 |
| Zhou, Amber | Update 2022 federal return of Blockfi & Subs. | $0.00 | 2.9 | $0.00 |
| 09/21/2023 | | | | |
| Jordan, Kinsey | Meeting with A. Polster (Deloitte) to discuss tax returns for BlockFi Inc and Subs Nebraska and Maine. | $0.00 | 1.4 | $0.00 |
| Jordan, Kinsey | Review Ohio tax return. | $0.00 | 1.3 | $0.00 |
| Jordan, Kinsey | Review Massachusetts tax return. | $0.00 | 2.3 | $0.00 |
| Jordan, Kinsey | Review Minnesota tax return. | $0.00 | 1.0 | $0.00 |
| Jordan, Kinsey | Review South Carolina tax return. | $0.00 | 1.1 | $0.00 |

11

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Tax Compliance Services*

**09/21/2023**

| | | | | |
|------|-------------|------|-------|------|
| Jordan, Kinsey | Review Texas tax return. | $0.00 | 1.9 | $0.00 |
| Meng, Zhaoyu | Print 2022 BlockFi Inc and Subs consolidated tax return from tax compliance software. | $0.00 | 2.0 | $0.00 |
| Polster, Andrew | Meeting with K. Jordan (Deloitte) to discuss tax returns for BlockFi Inc and Subs Nebraska and Maine. | $0.00 | 1.4 | $0.00 |
| Polster, Andrew | Review Massachusetts franchise tax return for BlockFi Inc and subs. | $0.00 | 1.1 | $0.00 |
| Polster, Andrew | Review Massachusetts income tax return for BlockFi Inc and Subs. | $0.00 | 1.5 | $0.00 |
| Wojtas, Mike | Review 2022 BlockFi Inc & Subs tax return. | $0.00 | 1.5 | $0.00 |
| Zhou, Amber | Update 2022 Blockfi & Subs federal return. | $0.00 | 3.1 | $0.00 |
| Zhou, Amber | Print 2022 Blockfi & Subs federal return. | $0.00 | 2.9 | $0.00 |

**09/22/2023**

| | | | | |
|------|-------------|------|-------|------|
| Gardyn, Jordon | Call with K. Schulhof (Deloitte) to discuss timing to receive the federal 2022 tax return for review and status of the state and local tax returns. | $0.00 | 0.8 | $0.00 |
| Jordan, Kinsey | Review Alabama business privilege tax return and annual report. | $0.00 | 0.4 | $0.00 |
| Jordan, Kinsey | Review Arkansas tax return. | $0.00 | 1.3 | $0.00 |
| Jordan, Kinsey | Review Florida tax return. | $0.00 | 0.8 | $0.00 |
| Polster, Andrew | Review Oklahoma financial institution tax return. | $0.00 | 0.8 | $0.00 |
| Polster, Andrew | Review Tennessee income and franchise tax return. | $0.00 | 0.7 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn (Deloitte) to discuss timing to receive the federal 2022 tax return for review and status of the state and local tax returns. | $0.00 | 0.8 | $0.00 |
| Wojtas, Mike | Review 2022 BlockFi Inc & Subs tax return to provide return J. Gardyn (Deloitte) for review. | $0.00 | 2.5 | $0.00 |

12

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Compliance Services* | | | | |
| 09/22/2023 | | | | |
| Zhou, Amber | Prepare 2021 amended federal return of Blockfi and Subs. | $0.00 | 1.5 | $0.00 |
| Zhou, Amber | Update form 8949 (report sales and exchanges of capital assets) for 2022 federal return of BlockFi and Subs. | $0.00 | 0.5 | $0.00 |
| 09/24/2023 | | | | |
| Gardyn, Jordon | Review the BlockFi Inc and subsidiaries federal corporate tax return. | $0.00 | 1.1 | $0.00 |
| Gardyn, Jordon | Review the updated forms for the controlled foreign corporations owned by BlockFi Inc. | $0.00 | 0.8 | $0.00 |
| Gardyn, Jordon | Update federal tax return workpapers to include additional breakout calculations of the balance sheet and taxable income for BlockFi International Ltd and BlockFi Cayman LLC. | $0.00 | 1.2 | $0.00 |
| Gardyn, Jordon | Email M. Wojtas and Z. Meng (Deloitte) with comments on updated on the consolidated federal tax return for BlockFi Inc and Subs. | $0.00 | 0.9 | $0.00 |
| Gardyn, Jordon | Review the 2022 balance sheet presentation for BlockFi Inc and Subsidiaries included in the draft of the 2022 federal corporate tax return for BlockFi Inc. | $0.00 | 0.7 | $0.00 |
| Meng, Zhaoyu | Update 2022 BlockFi Inc tax return in tax compliance software per J. Gardyn's (Deloitte) comment. | $0.00 | 4.5 | $0.00 |
| Wojtas, Mike | Review BlockFi Inc & Subs tax return for international form 5471 (information return of U.S. persons with respect to certain foreign corporations) updates and other federal 1120 (US corporate income tax return) comments. | $0.00 | 2.0 | $0.00 |
| 09/25/2023 | | | | |
| Gibian, Craig | Draft disclosure for 2021 and 2022 federal income tax returns. | $0.00 | 1.1 | $0.00 |

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Tax Compliance Services** | | | | |
| 09/25/2023 | | | | |
| Jordan, Kinsey | Review Mississippi tax return. | $0.00 | 0.6 | $0.00 |
| Jordan, Kinsey | Review timing expectations for preparation of state and local tax returns by reviewing the excel sheet that summarizes each of the state tax return filing obligations. | $0.00 | 0.2 | $0.00 |
| Jordan, Kinsey | Review Arkansas tax return. | $0.00 | 1.0 | $0.00 |
| Jordan, Kinsey | Review Louisiana tax return. | $0.00 | 2.0 | $0.00 |
| Jordan, Kinsey | Review Iowa tax return. | $0.00 | 0.5 | $0.00 |
| Jordan, Kinsey | Update Blockfi excel sheet state tracker. | $0.00 | 0.5 | $0.00 |
| Jordan, Kinsey | Review Maryland tax return. | $0.00 | 0.5 | $0.00 |
| Lang, Mary Jo | Review disclosure statement for BlockFi Inc. 2021 tax return. | $0.00 | 0.3 | $0.00 |
| Meng, Zhaoyu | Print 2022 Blockfi Inc and Subs's tax return from tax compliance software. | $0.00 | 4.0 | $0.00 |
| Polster, Andrew | Clear review notes on North Carolina state tax return for BlockFi Inc. | $0.00 | 1.0 | $0.00 |
| Polster, Andrew | Research e-file error solutions for Mississippi state tax return for BlockFi Inc. | $0.00 | 0.8 | $0.00 |
| Polster, Andrew | Clear review notes on Mississippi state tax return for BlockFi Inc. | $0.00 | 1.2 | $0.00 |
| Zhou, Amber | Clear notes to 2022 Blockfi and Subs federal return. | $0.00 | 4.7 | $0.00 |
| 09/26/2023 | | | | |
| Gibian, Craig | Prepare disclosure statements for 2021 federal income tax return. | $0.00 | 0.6 | $0.00 |
| Gibian, Craig | Prepare disclosure statements for 2022 federal income tax return. | $0.00 | 0.6 | $0.00 |
| Jordan, Kinsey | Review Mississippi tax return. | $0.00 | 1.5 | $0.00 |
| Jordan, Kinsey | Review Missouri tax return. | $0.00 | 2.0 | $0.00 |
| Jordan, Kinsey | Review Oklahoma tax return. | $0.00 | 1.7 | $0.00 |
| Jordan, Kinsey | Review Pennsylvania tax return. | $0.00 | 1.3 | $0.00 |
| Lang, Mary Jo | Review disclosure statements for 2021 and 2022 BlockFi Inc. tax returns. | $0.00 | 0.5 | $0.00 |

14

BlockFi, Inc

# Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 09/26/2023 | | | | |
| Polster, Andrew | Review Hawaii e-file package for BlockFi Inc and Subs. | $0.00 | 0.3 | $0.00 |
| Polster, Andrew | Research Hawaii e-file errors solutions for BlockFi Inc and Subs. | $0.00 | 0.7 | $0.00 |
| Polster, Andrew | Review Hawaii state tax return for BlockFi Inc and Subs. | $0.00 | 1.1 | $0.00 |
| Wojtas, Mike | Continue to review BlockFi Inc & Subs tax return for international form 5471 (information return of U.S. persons with respect to certain foreign corporations) updates and other federal 1120 (US corporate income tax return) comments. | $0.00 | 2.0 | $0.00 |
| 09/27/2023 | | | | |
| Gardyn, Jordon | Call with MJ. Lang, C. Gibian, K. Schulhof (Deloitte) to discuss BlockFi Inc tax return disclosure attachments for mark to market adjustment reporting. | $0.00 | 0.3 | $0.00 |
| Gibian, Craig | Call with J. Gardyn, MJ. Lang, K. Schulhof (Deloitte) to discuss BlockFi Inc tax return disclosure attachments for mark to market adjustment reporting. | $0.00 | 0.3 | $0.00 |
| Jordan, Kinsey | Call with A. Polster (Deloitte) to research software issues on BlockFi Inc tax year 2022 state tax returns. | $0.00 | 2.4 | $0.00 |
| Jordan, Kinsey | Clear review comments for Arizona tax return for BlockFi Inc. | $0.00 | 2.0 | $0.00 |
| Jordan, Kinsey | Clear review comments for California tax return for BlockFi Inc. | $0.00 | 2.2 | $0.00 |
| Jordan, Kinsey | Clear review comments for Georgia tax return for BlockFi inc. | $0.00 | 2.5 | $0.00 |
| Jordan, Kinsey | Clear review comments for Pennsylvania tax return for BlockFi inc. | $0.00 | 1.0 | $0.00 |
| Jordan, Kinsey | Clear review comments for Virginia tax return for BlockFi inc. | $0.00 | 0.2 | $0.00 |

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Tax Compliance Services*

09/27/2023

| | | | | |
|------|-------------|------|-------|------|
| Lang, Mary Jo | Call with J. Gardyn, C. Gibian, K. Schulhof (Deloitte) to discuss BlockFi Inc tax return disclosure attachments for mark to market adjustment reporting. | $0.00 | 0.3 | $0.00 |
| Polster, Andrew | Call with K. Jordan (Deloitte) to research software issues on BlockFi Inc tax year 2022 state tax returns. | $0.00 | 2.4 | $0.00 |
| Polster, Andrew | Review district of Columbia tax return for BlockFi Inc and Subs. | $0.00 | 0.8 | $0.00 |
| Schulhof, Ken | Call with J. Gardyn, MJ. Lang, C. Gibian (Deloitte) to discuss BlockFi Inc tax return disclosure attachments for mark to market adjustment reporting. | $0.00 | 0.3 | $0.00 |

09/28/2023

| | | | | |
|------|-------------|------|-------|------|
| Jordan, Kinsey | Prepared BlockFi Inc Florida return for e-file and look into errors. | $0.00 | 0.1 | $0.00 |
| Jordan, Kinsey | Prepare and clear comments for District of Columbia tax return for BlockFi Inc. | $0.00 | 2.5 | $0.00 |
| Jordan, Kinsey | Prepare the BlockFi Inc North Carolina tax return for e-file. | $0.00 | 0.1 | $0.00 |
| Jordan, Kinsey | Prepare the BlockFi Inc South Carolina tax return for e-file. | $0.00 | 0.2 | $0.00 |
| Jordan, Kinsey | Prepare the BlockFi Inc Tennessee tax return for e-file. | $0.00 | 0.2 | $0.00 |
| Jordan, Kinsey | Prepare and clear comments for Rhode Island tax return for BlockFi Inc. | $0.00 | 0.3 | $0.00 |
| Jordan, Kinsey | Prepare and clear comments for Arizona tax return for BlockFi Inc. | $0.00 | 0.3 | $0.00 |
| Jordan, Kinsey | Prepare and clear comments for California tax return for BlockFi Inc. | $0.00 | 2.2 | $0.00 |
| Jordan, Kinsey | Prepare and clear comments for Colorado tax return for BlockFi Inc. | $0.00 | 0.3 | $0.00 |
| Jordan, Kinsey | Prepare and clear comments for Hawaii tax return for BlockFi Inc. | $0.00 | 3.0 | $0.00 |
| Jordan, Kinsey | Prepare and clear comments for Maine tax return for BlockFi Inc. | $0.00 | 0.4 | $0.00 |

16

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 09/28/2023 | | | | |
| Jordan, Kinsey | Prepare and clear comments for Nebraska tax return for BlockFi Inc. | $0.00 | 0.1 | $0.00 |
| Jordan, Kinsey | Prepare and clear comments for Utah tax return for BlockFi Inc. | $0.00 | 0.1 | $0.00 |
| Jordan, Kinsey | Prepare and clear comments for West Virginia tax return for BlockFi Inc. | $0.00 | 0.3 | $0.00 |
| Meng, Zhaoyu | Update 2022 Blockfi Inc and Subs tax return workpaper per comments on international tax forms. | $0.00 | 1.5 | $0.00 |
| Meng, Zhaoyu | Update form 5471, information return of United States persons with respect to certain foreign corporations for Blockfi Inc and Subs in tax compliance software. | $0.00 | 1.7 | $0.00 |
| Meng, Zhaoyu | Update form 8858, information return of United States persons with respect to foreign disregarded entities and foreign branches for 2022 Blockfi Inc and Subs tax return. | $0.00 | 1.5 | $0.00 |
| Polster, Andrew | Clear review comments for Colorado state tax return for BlockFi Inc and Subs. | $0.00 | 0.9 | $0.00 |
| Polster, Andrew | Research solution for e-file issue for District of Columbia tax return for BlockFi Inc and Subs. | $0.00 | 0.6 | $0.00 |
| Polster, Andrew | Review e-file package for Colorado state tax return for BlockFi inc and Subs. | $0.00 | 0.5 | $0.00 |
| Schulhof, Ken | Review the foreign forms 5471, information return for controlled foreign corporations included in the 2022 BlockFi Inc and Subs federal tax return. | $0.00 | 1.1 | $0.00 |
| Zhou, Amber | Clear notes for 2022 Blockfi & Subs international tax return. | $0.00 | 0.5 | $0.00 |
| 09/29/2023 | | | | |
| Gardyn, Jordon | Call with K. Schulhof (Deloitte) to discuss timing for review of 2022 federal corporate tax return for BlockFi Inc. | $0.00 | 0.7 | $0.00 |

17

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Compliance Services* | | | | |
| 09/29/2023 | | | | |
| Gardyn, Jordon | Update the 2022 BlockFi Incorporation tax return workpapers to adjust for rounding differences on the PDF of the 2022 federal tax return compared to the tax return workpapers. | $0.00 | 0.8 | $0.00 |
| Gardyn, Jordon | Email M. Diapolo, A. Polster (Deloitte) with draft BlockFi Incorporation and Subs 2022 federal tax return and workpapers, noting forms included in the tax return that may have state and local tax implications. | $0.00 | 0.6 | $0.00 |
| Jordan, Kinsey | Prepare e-file for Arkansas tax return for BlockFi Inc. | $0.00 | 0.1 | $0.00 |
| Jordan, Kinsey | Prepared e-file for Iowa tax return for BlockFi Inc. | $0.00 | 0.5 | $0.00 |
| Jordan, Kinsey | Prepare e-file for Alabama tax return for BlockFi Inc. | $0.00 | 0.4 | $0.00 |
| Jordan, Kinsey | Prepare e-file for Arizona tax return for BlockFi Inc. | $0.00 | 0.2 | $0.00 |
| Jordan, Kinsey | Prepare e-file for Mississippi tax return for BlockFi Inc. | $0.00 | 0.3 | $0.00 |
| Jordan, Kinsey | Prepare e-file for Colorado tax return for BlockFi Inc. | $0.00 | 0.2 | $0.00 |
| Jordan, Kinsey | Prepare e-file for District of Columbia tax return for BlockFi Inc. | $0.00 | 0.1 | $0.00 |
| Jordan, Kinsey | Prepare e-file for Georgia tax return for BlockFi Inc. | $0.00 | 0.2 | $0.00 |
| Jordan, Kinsey | Prepare e-file for Hawaii tax return for BlockFi Inc. | $0.00 | 0.6 | $0.00 |
| Jordan, Kinsey | Prepare e-file for Idaho tax return for BlockFi Inc. | $0.00 | 0.6 | $0.00 |
| Jordan, Kinsey | Prepare e-file for Utah tax return for BlockFi Inc. | $0.00 | 0.4 | $0.00 |
| Jordan, Kinsey | Prepare e-file for Louisiana tax return for BlockFi Inc. | $0.00 | 0.4 | $0.00 |
| Jordan, Kinsey | Prepare e-file for Maine tax return for BlockFi Inc. | $0.00 | 0.1 | $0.00 |
| Jordan, Kinsey | Prepare e-file for Maryland tax return for BlockFi Inc. | $0.00 | 0.3 | $0.00 |

BlockFi, Inc

# Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 09/29/2023 | | | | |
| Jordan, Kinsey | Prepare e-file for Massachusetts tax return for BlockFi Inc. | $0.00 | 0.2 | $0.00 |
| Jordan, Kinsey | Prepare e-file for Minnesota tax return for BlockFi Inc. | $0.00 | 0.1 | $0.00 |
| Jordan, Kinsey | Prepare e-file for Nebraska tax return for BlockFi Inc. | $0.00 | 0.2 | $0.00 |
| Jordan, Kinsey | Prepare e-file for New Mexico tax return for BlockFi Inc. | $0.00 | 0.4 | $0.00 |
| Jordan, Kinsey | Prepare e-file for Oklahoma tax return for BlockFi Inc. | $0.00 | 0.1 | $0.00 |
| Jordan, Kinsey | Prepare e-file for Pennsylvania tax return for BlockFi Inc. | $0.00 | 0.2 | $0.00 |
| Jordan, Kinsey | Prepare e-file for Rhode Island tax return for BlockFi Inc. | $0.00 | 0.2 | $0.00 |
| Jordan, Kinsey | Prepare e-file for Virginia tax return for BlockFi Inc. | $0.00 | 0.2 | $0.00 |
| Jordan, Kinsey | Prepare e-file for West Virginia tax return for BlockFi Inc. | $0.00 | 0.2 | $0.00 |
| Jordan, Kinsey | Review and clear comments for Hawaii tax return for BlockFi inc. | $0.00 | 0.5 | $0.00 |
| Meng, Zhaoyu | Prepare 2022 BlockFi Inc and Subs tax return from tax compliance software. | $0.00 | 4.0 | $0.00 |
| Meng, Zhaoyu | Update 2022 BlockFi Inc and Subs tax return workpaper per comments from J. Lee (Deloitte). | $0.00 | 1.0 | $0.00 |
| Meng, Zhaoyu | Update 2022 BlockFi Inc and Subs tax return in tax compliance software per comments from J. Lee (Deloitte). | $0.00 | 2.5 | $0.00 |
| Polster, Andrew | Research solution for e-file issue for Rhode Island return for BlockFi Inc and Subs. | $0.00 | 0.4 | $0.00 |
| Polster, Andrew | Review e-file package for Rhode Island state tax return for BlockFi inc and Subs. | $0.00 | 0.7 | $0.00 |
| Polster, Andrew | Review Utah state tax return for BlockFi inc and Subs. | $0.00 | 0.9 | $0.00 |

# BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Tax Compliance Services*

**09/29/2023**

| | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Schulhof, Ken | Call with J. Gardyn (Deloitte) to discuss timing for review of 2022 federal corporate tax return for BlockFi Inc. | $0.00 | 0.7 | $0.00 |
| Wojtas, Mike | Review additional foreign updates provided by international tax specialist J. Lee (Deloitte) for 5471 and 8858 forms relating to BlockFi Inc & Subs 2022 tax return. | $0.00 | 1.5 | $0.00 |
| Zhou, Amber | Clear notes for 2022 Blockfi & Subs International tax return. | $0.00 | 1.6 | $0.00 |

**09/30/2023**

| | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Jordan, Kinsey | Revise the Arizona tax return for Blockfi Inc. | $0.00 | 0.3 | $0.00 |
| Jordan, Kinsey | Revise the Georgia tax return for Blockfi Inc. | $0.00 | 0.1 | $0.00 |
| Jordan, Kinsey | Revise the Idaho tax return for Blockfi Inc. | $0.00 | 0.2 | $0.00 |
| Jordan, Kinsey | Revise the Louisiana tax return for Blockfi Inc. | $0.00 | 0.5 | $0.00 |
| Jordan, Kinsey | Revise the Minnesota tax return for Blockfi Inc. | $0.00 | 0.3 | $0.00 |
| Jordan, Kinsey | Revise the Pennsylvania tax return Blockfi Inc. | $0.00 | 1.0 | $0.00 |
| Polster, Andrew | Update state return tracker for manager and senior manager assignments for BlockFi inc and Sub tax year 2022 returns due 10/16/2023. | $0.00 | 0.2 | $0.00 |

**10/01/2023**

| | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| DiPaolo, Michele | Clear review notes on Utah state tax return. | $0.00 | 0.3 | $0.00 |
| DiPaolo, Michele | Clear review notes on Wisconsin state tax return. | $0.00 | 0.5 | $0.00 |
| DiPaolo, Michele | Clear review notes on Nebraska state tax return. | $0.00 | 0.4 | $0.00 |
| DiPaolo, Michele | Clear review notes on New Mexico state tax return. | $0.00 | 0.5 | $0.00 |

BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 10/01/2023 | | | | |
| DiPaolo, Michele | Clear review notes on North Carolina state tax return. | $0.00 | 0.5 | $0.00 |
| DiPaolo, Michele | Clear review points on Rhode Island state tax return. | $0.00 | 0.4 | $0.00 |
| DiPaolo, Michele | Clear review notes on Georgia state tax return. | $0.00 | 0.4 | $0.00 |
| DiPaolo, Michele | Clear review notes on Idaho state tax return. | $0.00 | 0.2 | $0.00 |
| DiPaolo, Michele | Clear review notes on Louisiana state tax return. | $0.00 | 0.4 | $0.00 |
| DiPaolo, Michele | Clear review notes on Mississippi state tax xreturn. | $0.00 | 0.4 | $0.00 |
| Polster, Andrew | Clear review notes on BlockFi Inc California state tax return. | $0.00 | 4.9 | $0.00 |
| 10/02/2023 | | | | |
| DiPaolo, Michele | Call with A. Polster, A. Zhou, Z. Meng, J. Gardyn, K. Jordan, A. Tilley, M. Wojtas (all Deloitte) to discuss federal and state tax return status. | $0.00 | 0.4 | $0.00 |
| Gardyn, Jordon | Call with A. Polster, A. Zhou, Z. Meng, K. Jordan, A. Tilley, M. Wojtas and M. DiPaolo (all Deloitte) to discuss federal and state tax return status. | $0.00 | 0.4 | $0.00 |
| Gardyn, Jordon | Detail review of 2022 BlockFi Inc corporate federal tax return. | $0.00 | 1.1 | $0.00 |
| Gardyn, Jordon | Draft additional comments on the presentation of taxable loss for BlockFi International Ltd for Z. Meng (Deloitte) to update for on the 2022 corporate federal tax return | $0.00 | 0.3 | $0.00 |
| Gardyn, Jordon | Update 2022 corporate federal tax return for BlockFi Inc. | $0.00 | 0.7 | $0.00 |
| Jordan, Kinsey | Call with A. Polster, A. Zhou, Z. Meng, K. Jordan, A. Tilley, M. Wojtas and M. DiPaolo (all Deloitte) to discuss federal and state tax return status. | $0.00 | 0.4 | $0.00 |

## BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 10/02/2023 | | | | |
| Meng, Zhaoyu | Call with A. Polster, A. Zhou, J. Gardyn, K. Jordan, A. Tilley, M. Wojtas and M. DiPaolo (all Deloitte) to discuss federal and state tax return status. | $0.00 | 0.4 | $0.00 |
| Meng, Zhaoyu | Prepare 2022 BlockFi Inc corporate tax return from tax compliance software | $0.00 | 2.5 | $0.00 |
| Meng, Zhaoyu | Prepare 2021 BlockFi Inc corporate tax return from tax compliance software | $0.00 | 0.6 | $0.00 |
| Polster, Andrew | Call with A. Zhou, Z. Meng, J. Gardyn, K. Jordan, A. Tilley, M. Wojtas and M. DiPaolo (all Deloitte) to discuss federal and state tax return status. | $0.00 | 0.4 | $0.00 |
| Polster, Andrew | Review final BlockFi Calafornia state tax return. | $0.00 | 1.7 | $0.00 |
| Wojtas, Mike | Call with A. Polster, A. Zhou, Z. Meng, J. Gardyn, K. Jordan, A. Tilley, and M. DiPaolo (all Deloitte) to discuss federal and state tax return status. | $0.00 | 0.4 | $0.00 |
| Zhou, Amber | Call with A. Polster, Z. Meng, J. Gardyn, K. Jordan, A. Tilley, M. Wojtas and M. DiPaolo (all Deloitte) to discuss federal and state tax return status. | $0.00 | 0.4 | $0.00 |
| Zhou, Amber | Update 2022 Blockfi Inc international tax return. | $0.00 | 0.4 | $0.00 |
| 10/03/2023 | | | | |
| Gardyn, Jordon | Reviewed updates to presentation made to the 2021 federal amended corporate tax return workpaper for BlockFi Inc. | $0.00 | 0.9 | $0.00 |
| Lang, Mary Jo | Review balance sheet related to BlockFi Inc. 2022 tax return filing | $0.00 | 0.6 | $0.00 |
| Meng, Zhaoyu | Prepare 2021 BlockFi Inc amended corporate tax return from tax compliance software | $0.00 | 2.0 | $0.00 |
| Meng, Zhaoyu | Review BlockFi Lending LLC's beging balance for Schedule L to prior year ending balance in tax compliance software for California state tax return. | $0.00 | 1.0 | $0.00 |

BlockFi, Inc

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Tax Compliance Services* | | | | |
| 10/03/2023 | | | | |
| Meng, Zhaoyu | Review BlockFi Lending LLC's income in tax compliance software to workpaper for California state tax return. | $0.00 | 1.0 | $0.00 |
| Meng, Zhaoyu | Review BlockFi Trading LLC's beging balance for Balance Sheet to prior year ending balance in tax compliance software for California state tax return. | $0.00 | 1.0 | $0.00 |
| Meng, Zhaoyu | Review BlockFi Trading LLC's income in tax compliance software to workpaper for California state tax return. | $0.00 | 1.0 | $0.00 |
| Polster, Andrew | Review BlockFi Trading LLC California state tax return. | $0.00 | 2.2 | $0.00 |
| Polster, Andrew | Review BlockFi Lending LLC California state tax return. | $0.00 | 1.8 | $0.00 |
| Subtotal for Tax Compliance Services: | | | 306.1 | $0.00 |
| *Tax Restructuring Services* | | | | |
| 09/11/2023 | | | | |
| Hah, Morgan | Update writeup documenting recovery of basis with respect to IRC section 174 (deduct or amortize certain R&D costs) capitalized costs. | $750.00 | 1.6 | $1,200.00 |
| 09/29/2023 | | | | |
| Gardyn, Jordon | Call with S. Lee (Deloitte), A. Sexton (Kirkland & Ellis), R. Loban, S. Bailey (BlockFi) discussing ability for certain customers to repay their loans and the impacts on the recoverability in bankruptcy. | $1,020.00 | 0.4 | $408.00 |
| Hindes, Mark | Analyze IRC section 174(d) (deduct or amortize certain R&D costs). | $1,020.00 | 0.2 | $204.00 |

## BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 09/29/2023 | | | | |
| Lee, Sarah | Call with J. Gardyn (Deloitte), A. Sexton (Kirkland & Ellis), R. Loban, S. Bailey (BlockFi) discussing ability for certain customers to repay their loans and the impacts on the recoverability in bankruptcy. | $1,020.00 | 0.4 | $408.00 |
| Subtotal for Tax Restructuring Services: | | | 2.6 | $2,220.00 |
| **Total** | | | **328.5** | **$8,330.00** |

| Adjustment | | | | |
|---|---|---|---|---|
| Fixed Fee: Tax Compliance Services | | | | $154,540.00 |
| **Adjustment Subtotal :** | | | | **$154,540.00** |
| **Total** | | | **328.5** | **$162,870.00** |

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Gardyn, Jordon | $1,020.00 | 2.4 | $2,448.00 |
| Hindes, Mark | $1,020.00 | 0.2 | $204.00 |
| Lee, Sarah | $1,020.00 | 0.4 | $408.00 |
| Hah, Morgan | $750.00 | 1.6 | $1,200.00 |
| Gutierrez, Dalia | $250.00 | 2.6 | $650.00 |
| Praful, Jain | $225.00 | 12.5 | $2,812.50 |
| Verma, Anshu | $225.00 | 2.7 | $607.50 |
| DiPaolo, Michele | $0.00 | 4.4 | $0.00 |
| Gardyn, Jordon | $0.00 | 20.5 | $0.00 |
| Gibian, Craig | $0.00 | 2.9 | $0.00 |
| Jordan, Kinsey | $0.00 | 76.5 | $0.00 |
| Lang, Mary Jo | $0.00 | 2.0 | $0.00 |
| Lee, Sarah | $0.00 | 0.6 | $0.00 |

# BlockFi, Inc

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

September 01, 2023 - October 03, 2023

### Recapitulation

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Meng, Zhaoyu | $0.00 | 90.2 | $0.00 |
| Polster, Andrew | $0.00 | 53.3 | $0.00 |
| Schulhof, Ken | $0.00 | 4.9 | $0.00 |
| Wojtas, Mike | $0.00 | 15.4 | $0.00 |
| Zhou, Amber | $0.00 | 35.4 | $0.00 |
| Fixed Fee: Tax Compliance Services | | | $154,540.00 |
| **Total** | | **328.5** | **$162,870.00** |