## **Exhibit B**

Cotrim Claims Affidavit

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)

N/A

Case No. 22-19361

Plaintiff

-vs-

N/A

Defendant

### AFFIDAVIT

I, Wilson Cotrim, of Goodyear, Arizona, in Maricopa County, Arizona, MAKE OATH AND SAY THAT:

1. I, Wilson Cotrim, transferred 40 BTC and 4000 ETH to my Blockfi Earn Account ID #95beeb0c as well as 40 BTC and 4000 ETH to my Blockfi Wallet Account also ID #95beeb0c on September 15th, 2022.

2. The cryptocurrency funds were posted on both my Blockfi Earn Account and Blockfi Wallet Account on September 16th, 2022.

3. The funds I, Wilson Cotrim, had originally transfer into my Blockfi accounts were not withdrawn by me or anyone authorized by me at any time during the period in between funding the accounts back in September 2022 and Blockfi Bankruptcy filing, on November 28th, 2022.

Page 1 of 3

4. On December 2nd, 2022, after finding out Blockfi had recently filled for bankruptcy protection, I decided to check both my account balances and I was not able to login into my accounts.

5. I, Wilson Cotrim, decided to wait up and see how Blockfi Chapter 11 case would unfold once everything was very confusing to me at that moment of finding out I was not allowed to look into my accounts balances, history or account information on the website portal or app.

6. On or around February 12th 2023, I received a letter in the mail with the 410 prof of claim forms to be filled out and mailed back with the amounts I have in my accounts.

7. I, Wilson Cotrim, filled out two proof of claim forms, one for my Blockfi Earn Account and one for my Blockfi Wallet Account.

8. I, Wilson Cotrim, mailed the completed forms on February 21st, 2023 and shortly after got confirmation that it was received by Kroll Restructuring Administration.

9. On June 13th, 2023, I received an emailed addressed to myself, Wilson Cotrim, requesting for more documentation in order to support the proof of claim documents.

10. On June 13th, 2023, for the first time after Blockfi's bankruptcy filing, I was successfully able to login into my Blockfi Wallet Account ID #95beeb0c which was showing a balance of $0.00 (zero dollars and zero cents) and the balance of $0.04 (zero dollars and four cents) for my Earn Account ID # 95beeb0c.

11. Until the present date, I, Wilson Cotrim, do not have access to the history of both my Wallet Account and Earn Account.

STATE OF ARIZONA

COUNTY OF MARICOPA

SUBSCRIBED AND SWORN TO BEFORE ME, on the __18th__ day of __June__, __2023__

Signature _____ (Seal)
NOTARY PUBLIC

My Commission expires:
03/03/2027

_____ (Signature)

Wilson Cotrim

**Candice N Cress**

ID NUMBER
134232935
COMMISSION EXPIRES
March 3, 2027

Notarized online using audio-video communication