**IN THE UNITED STATES BANKRUPTCY**
**COURT FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| BLOCKFI., *et al.,* | § | CASE NO. 22-19361 (MBK) |
| Debtors. | § | |
| | § | |
| | § | |

---

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to New Jersey District Court Local Rule 101.1(b), I, DANIEL J. THORNBURGH, move to be admitted *pro hac vice* to the bar of this Court for the purpose of representing certain holders of BlockFi Claims in this matter.  In support of this motion, I submit the following information as required by Rule 101.1(b):

1.  I am a member of the following Court(s):
    a.  All Florida Federal District and State Courts, and
    b.  All Minnesota Federal District and State Courts.

2.  I am a member of the following Bar(s):
    a.  Florida State Bar (number 0042661), and
    b.  Minnesota State Bar (number 0388712).

3.  I am a member in good standing of all the above bars and am not under suspension or disbarment, nor is any member of my firm. Attached herewith as Exhibit "A" are Certificates of Good Standing from the Florida Bar Association and Minnesota Bar Association, respectively.

4.  Mary E. Putnick of Putnick Legal, LLC in Sewell, New Jersey has already entered her appearance in this case and will be associated counsel.

I hereby attest under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted *pro hac vice* to the bar of this Court to appear in this matter.

1

Respectfully submitted,


*/s/ Daniel J. Thornburgh*_____
Aylstock, Witkin, Kreis & Overholtz, PLLC
Daniel J. Thornburgh, Esq.
FL Bar:   0042661
803 N. Palafox Street
Pensacola, FL  32503
Phone: (850) 202-1010
Fax:     (850) 916-7449
dthornburgh@awkolaw.com
hpenrose@awkolaw.com

and


*/s/ Mary E. Putnick*_____
Putnick Legal, LLC
Mary E. Putnick
NJ Bar No. 003002007
P.O. Box 797
Sewell, NJ 08080
(215) 715-4119
marybeth@putnicklegal.com

**ATTORNEYS FOR CERTAIN CREDITORS**

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel J. Thornburgh, do hereby certify that I have this date transmitted this Electronic

Case Filing as it appears on this date in the Court registered e-filers of CMECF to the below

parties:

Service Provided via Notice of Electronic Filing (NEF) through ECF system:

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS
INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted pro hac vice)
Christine A. Okike, P.C. (admitted pro hac vice)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted pro hac vice)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com
*Attorneys for Debtors and Debtors in Possession*

Office of the United States Trustee for the District of New Jersey
Attn: Jeffrey Sponder, Esq and Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Jeffrey.M.Sponder@usdoj.gov
Lauren.Bielskie@usdoj.gov
**U.S. Trustee**

**Brown Rudnick LLP**
Seven Times Square
New York, NY 10036
Attn: Robert J. Stark, Esq. and Kenneth Aulet, Esq.
rstark@brownrudnick.com
kaulet@brownrudnick.com

and

**Genova Burns LLC**
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Attn: Daniel M. Stolz, Esq. and Donald W. Clarke, Esq.
DStolz@genovaburns.com
DClarke@genovaburns.com
**Committee**

3

Dated: November 3, 2023.                    Respectfully Submitted,

*/s/ Daniel J. Thornburgh*
Daniel J. Thornburgh, Fla. Bar No. 42661
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
Email: dthornburgh@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449
**ATTORNEY FOR VARIOUS
BLOCKFI CREDITOR CLAIMANTS**

# EXHIBIT "A"



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida          )

County of Leon           )

In Re:  0042661
Daniel James Thornburgh
Aylstock, Witkin, Kreis & Overholtz
17 E Main St Ste 200
Pensacola, FL 32502-5998

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 19, 2007**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  16th  day of **October, 2023**.



Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-252940

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

DANIEL JAMES THORNBURGH

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

June 18, 2008

Given under my hand and seal of this court on

November 03, 2023

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration