| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617)856-8300<br>taxelrod@brownrudnick.com<br><br>*General Counsel for the Plan Administrator*<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>*Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator* |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Wind-Down Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered under a Confirmed Plan[2]) |

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
# HEARING ON NOVEMBER 6, 2023 AT 10:00 A.M. (ET)

---

[1] The Wind-Down Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691

[2] On October 3, 2023, the Court entered an order [Docket No. 1660] (the "Confirmation Order") confirming the *Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications)* [Docket No. 1609] (as amended and supplemented, the "Plan"). Unless otherwise indicated, capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

1

I.  **UNCONTESTED MATTERS GOING FORWARD IN MAIN CASE**

1. Notice of Debtors' Motion to File Under Seal the Supplemental Declaration of Benjamin J. Steele in Support of Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Docket No. 443]

    Responses Received: N/A

    Related Documents: N/A

    **Status:  This matter is going forward as a Status Conference.**

2. Debtors' Motion for Entry of an Order (I) Approving the Sale and Assignment of Certain of the Debtors' Institutional Loans Free and Clear of all Claims, Liens, Rights, Interests and Encumbrances, (II) Authorizing the Debtors to Enter Into the Assignment Agreements, and (III) Granting Related Relief [Docket No. 701]

    Responses Received: N/A

    Related Documents:

    - Certification of Mark A. Renzi in Support of Debtors' Motion for Entry of an Order (I) Approving the Sale and Assignment of Certain of the Debtors' Institutional Loans Free and Clear of all Claims, Liens, Rights, Interests and Encumbrances, (II) Authorizing the Debtors to Enter Into the Assignment Agreements, and (III) Granting Related Relief [Docket No. 706]

    **Status:  This matter is going forward as a Status Conference.**

3. Debtors' Motion to File Under Seal Exhibit A to the Debtors' Motion for Entry of an Order (I) Approving the Sale and Assignment of Certain of the Debtors' Institutional Loans Free and Clear of all Claims, Liens, Rights, Interests and Encumbrances, (II) Authorizing the Debtors to Enter Into the Assignment Agreements, and (III) Granting Related Relief [Docket No. 701][Docket No. 702]

    Responses Received: N/A

    Related Documents: N/A

    **Status:  This matter is going forward as a Status Conference.**

4. Motion of Genova Burns LLC for (I) Authority to Seal the Redacted Portions of the Firm's Monthly Fee Statement for August 2023 Regarding Personal Identifiable Information of Members of the Official Committee of Unsecured Creditors, and (II) Granting Related Relief [Docket No. 1518]

Responses Received: N/A

Related Documents: N/A

**Status: This matter is going forward as a Status Conference.**

II. **CONTESTED MATTERS GOING FORWARD IN MAIN CASE**

5. Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Transaction Parties in Interest Related to the Debtors' Professional Retention Applications [Docket No. 127]

    Responses Received:

    - United States Trustee's Objection to the Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Transaction Parties in Interest Related to the Debtors' Professional Retention Applications [Docket No. 233]

    Related Documents:

    - Declaration of Brian Tichenor of Moelis & Company, LLC in Support of Debtors' Consolidation and Redaction Motion and Declaration in Support of Debtors' Sealing Motion [Docket No. 277]

    **Status: This matter is going forward as a status conference; Wind-Down Debtors will be filing unredacted declarations.**

6. Application in Support of the Motion of the Official Committee of Unsecured Creditors to Seal the Names of Certain Confidential Transaction Parties in Interest Related to the Committee's Professional Retention Applications and for Related Relief [Docket No. 403]

    Responses Received:

    - United States Trustee's Objection to the Motion of the Official Committee of Unsecured Creditors to Seal the Names of Certain Confidential Transaction Parties in Interest Related to the Committee's Professional Retention Applications and for Related Relief [Docket No. 508]

    Related Documents: N/A

    **Status: This matter is going forward as a Status Conference.**

7. Debtors' Seventh Omnibus Objection to Certain Claims (books and records, amendments, duplicates, incorrect/improper classification, insufficient documentation, not liable, late filed) [Docket No. 1311] Solely with respect to Claim Nos. 5503 and 3419

3

Responses Received:

- Certification of Wilson Cotrim in Response to Debtors' Seventh Omnibus Objection to Certain Claims [Docket No. 1483]

- Wind-Down Debtors' Reply to Response to Debtors' Seventh Omnibus Objection to Claim Nos. 5503 and 3419 [Docket No. 1835]

Related Documents:

- Order Granting Debtors' Seventh Omnibus Objection to Certain Claims [Docket No. 1446]

- Order Granting Debtors' Seventh Omnibus Objection to Certain Claims (books and records, amendments, duplicates, incorrect/improper classification, insufficient documentation, not liable, late filed) [Docket No. 1604]

**Status: This matter is going forward as to the Cotrim objections.**

8. Debtors' Tenth Omnibus Objection to Certain Claims (books and records, amendments, duplicates, incorrect/improper classification, insufficient documentation, not liable, late filed) [Docket No. 1437]

    Responses Received:

    - Creditor George Wynns' Objection and Response to Tenth Omnibus Objection to Certain Claims [Docket No. 1633]

    Related Documents:

    - Affidavit in Support of Creditor George Wynns' Objection and Response to Tenth Omnibus Objection to Certain Claims [Docket No. 1652]

    - Wind-Down Debtors' Reply to George Wynns' Objection and Response to Tenth Omnibus Objection to Certain Claims [Docket No. 1831]

    **Status: This matter is going forward.**

9. Debtors' Amended Eleventh Omnibus Objection to Certain Claims (books and records, amendments, duplicates, incorrect/improper classification, insufficient documentation, not liable, late filed) [Docket No. 1450]

    Responses Received:

    - Response of Certain Individual Creditors to Debtors' Eleventh Omnibus Objection Dated September 4, 2023 [Docket No. 1647]

- Matthew Gordon's Response to the Debtors' Amended Eleventh Omnibus Objection to Certain Claims [Docket No. 1648]

- Objection of Estate of Herman Katzenell to Debtors' Eleventh Omnibus Objection Dated September 4, 2023 [Docket No. 1650]

- John Lymn's Response to Debtors' Amended Eleventh Omnibus Objection to Certain Claims [Docket No. 1667]

- Brian Graddon Response to Debtors' Amended Eleventh Omnibus Objection to Certain Claims [Docket No. 1822]

- Brian Graddon Response to Debtors' Amended Eleventh Omnibus Objection to Certain Claims [Docket No. 1823]

Related Documents:

- Joinder of Official Committee of Unsecured Creditors to Notice of Debtors' Amended Eleventh Omnibus Objection to Certain Claims [Docket No. 1622]

- Wind-Down Debtors' Omnibus Reply to Resolved Responses to Amended Eleventh Omnibus Objection to Certain Claims [Docket No. 1830]

- Wind-Down Debtors' Reply to John Lymn's Response to Amended Eleventh Omnibus Objection to Certain Claims [Docket No. 1834]

- Wind-Down Debtors' Omnibus Reply to Graddon Responses to Amended Eleventh Omnibus Objection to Certain Claims [Docket No. 1836]

**Status: This matter is going forward.**

10. Motion of Secured Creditor George Wynns for Return of his 4.22 Bitcoin in Exchange for Owed Upon Loan [Docket No. 1741]

Responses Received:

- Wind-Down Debtors' Objection to Motion of Secured Creditor George Wynns for Return of his 4.22 Bitcoin in Exchange for Owed Upon Loan [Docket No. 1811]

- Wind-Down Debtors' Reply to George Wynns's Objection and Response to Debtors' Tenth Omnibus Objection to Certain Claims [Docket No. 1831]

Related Documents:

- Notice of Hearing [Docket No. 1742]

**Status: This matter is going forward.**

Dated: November 3, 2023 /s/ *Donald W. Clarke*

**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
(973) 230-2095
DStolz@genovaburns.com
DClarke@genovaburns.com

*Local Counsel to the Plan Administrator*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Lauren M. Sisson, Esq. (NJ Bar No. 394182022)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
lauren.sisson@haynesboone.com

*Attorneys for the Plan Administrator*

**BROWN RUDNICK LLP**
Kenneth J. Aulet, Esq. (admitted pro hac vice)
Seven Times Square
New York, New York 10036
(212) 209-4800
kaulet@brownrudnick.com

**BROWN RUDNICK LLP**
Tristan Axelrod, Esq. (admitted pro hac vice)
One Financial Center
Boston, MA 02111
(617)856-8300
taxelrod@brownrudnick.com

*General Counsel to the Plan Administrator*