Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

        Case No.: 22–19361–MBK  
        Chapter: 11  
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   BlockFi Inc.  
   100 Horizon Center Blvd.  
   1st and 2nd Floors  
   Hamilton, NJ 08691

Social Security No.:

Employer's Tax I.D. No.:  
   82–2390015

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on November 6, 2023, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 1841 – 1741  
ORDER DENYING MOTION OF SECURED CREDITOR GEORGE WYNNS FOR RETURN OF 4.22 BITCOIN IN EXCHANGE FOR OWED UPON LOAN. (Related Doc # 1741). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/6/2023. (wiq)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 6, 2023  
JAN: wiq

                                        Jeanne Naughton  
                                        Clerk