George S. Wynns
124 Brewster Street
San Francisco, CA 94110-5304
415-279-7397
georgewynns@gmail.com

**FILED**
JEANNE A. NAUGHTON, CLERK
NOV - 6 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: BLOCKFI, INC., Et al.<br><br>Debtors. | ) Case No. 22-19361  Chapter 11<br>)<br>) **SECURED CREDITOR**<br>) **GEORGE S. WYNNS'S**<br>) **NOTICE OF NO OBJECTIONS**<br>) **TO HIS MOTION FOR**<br>) **THE RETURN OF HIS 4.22**<br>) **BITCOIN IN EXCHANGE**<br>) **FOR FULL REPAYMENT OF**<br>) **SECURED LOANS.**<br>) Motion Hearing: Nov. 6, 2023<br>) 10:00 a.m. (Via Zoom).<br>)<br>) Honorable Michael B. Kaplan, Judge |

**NOTICE OF NO OBJECTIONS FILED TO SECURED CREDITOR
GEORGE S. WYNNS' MOTION FOR RETURN OF HIS
4.22 BITCOIN HELD IN DEBTOR'S CHAPTER 11
BANKRUPTCY ESTATE, IN EXCHANGE FOR HIS
REPYAMENT OF LOANS OWING TO THE DEBTOR.**

1

To the Honorable Michael B. Kaplan, Chief Bankruptcy Judge for United States Bankruptcy Court for the District of New Jersey, to Counsel for the Debtor, Blockfi, Inc, to Counsel for the Official Committee of Unsecured Creditors, to the United States Trustee, and to all other interested persons and parties, PLEASE TAKE NOTICE THAT:

To the best of Secured Creditor Wynns's knowledge, there have been no objections or any oppositions filed or served to Wynns's Motion for return of his 4.22 Bitcoin in exchange for his repayment of the loans owing by Wynns to the Debtor, filed October 16, 2023 (Docket No. 1741), nor any objection to his Proof of Secured Claim, filed January 10, 2023 (Exhibit A to Objection and Response to Debtor's Tenth Omnibus Objection to Certain Claims, filed October 2, 2023, Docket No. 1633), nor any Objection or Response to Wynns's aforementioned Objection and Response.

PLEASE TAKE FURTHER NOTICE THAT: This Court may, in its discretion, grant an unopposed motion for good cause shown. See, e.g., In re Franklin (Bankr. N.D. Ill. 1997) 210 B.R. 560.

Dated: November 2, 2023.

Respectfully submitted,

*George Wynns* /s/

George S. Wynns, Secured Creditor.

2