George S. Wynns
124 Brewster Street
San Francisco, CA 94110-5304
415-279-7397
georgewynns@gmail.com

**FILED**
JEANNE A. NAUGHTON, CLERK
NOV - 6 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: BLOCKFI, INC., Et al.<br><br>Debtors. | ) Case No. 22-19361  Chapter 11<br>)<br>) **AFFIDAVIT OF SERVICE BY**<br>) **SECURED CREDITOR**<br>) **GEORGE WYNNS OF**<br>) **NOTICE OF NO OBJECTIONS**<br>) **OPPOSITIONS TO MOTION.**<br>)<br>) Motion Hearing: Nov. 6, 2023<br>) 10:00 a.m. (Via Zoom)<br>)<br>) Honorable Michael B. Kaplan |

**AFFIDAVIT OF SERVICE VIA EMAIL AND FIRST-CLASS MAIL**

I, George Wynns, declare as follows:

1.     On November 2, 2023 I electronically served via email the attorneys for the

Debtor's Counsel, the Committee Counsel, and the United States Trustee, in

1

accordance with the directions found on page 10 of the Tenth Omnibus Objection at the following email addresses as follows:

Richard.kanowitz@hayesboone.com; Jordan.chavez@hayesboone.com; lauren.sisson@hayesboone.com; msirota@coleschotz.com; fyudkin@coleschotz.com; rstark@brownrudkin.com; kaulet@brownrudkin.com; dstolz@genovaburns.com; dclarke@genovaburns.com; Jeffrey.m.sponder@usdoj.gov; and lauren.bielskie@usdoj.gov.

2.	On the same date, I have also served the counsel to the Debtor, Haynes Boone, LLP, with the same by United States mail, first-class postage prepaid, to their New York office address at 30 Rockefeller Plaza, 26th Floor, New York, NY , and in the same manner to Committee Counsel at Seven Times Square, New York, NY 10036, and to the United States Trustee for the District of New Jersey at One Newark Center, Suite 2100, Newark, NJ 07102,

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

Dated: November 2, 2023

/s/ George S. Wynns

George S. Wynns
124 Brewster Street
San Francisco, CA 94110
415-279-7397
georgewynns@gmail.com

November 2, 2023

Clerk of the Court
U.S. Bankruptcy Court
402 E. State St.
Trenton, NJ  08608-1507
608-858-933

Re No 22-19367 MBK

Dear Clerk of the Court:

Please file the enclosed Notice of No Oppositions or Objections to Motion along with the Affidavit of Service.

Envelope enclosed for file-stamped copies.

Thank you very much.

*George Wynns*
George Wynns
Secured Creditor.

**FILED**
JEANNE A. NAUGHTON, CLERK

NOV - 6 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

