Document    Page 1 of 16

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>BLOCKFI INC., *et al.*,<br>　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

**FOURTH SUPPLEMENTAL DECLARATION OF RICHARD KANOWITZ IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 327(a), 330 AND 1107(b) AUTHORIZING THE EMPLOYMENT AND RETENTION OF HAYNES AND BOONE, LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF THE PETITION DATE PURSUANT TO LOCAL BANKRUPTCY RULE 2014-1(B)(1)**

I, Richard Kanowitz, being duly sworn, state the following under penalty of perjury:

1.　　I am a partner in the law firm of Haynes and Boone LLP ("Haynes and Boone"), 30 Rockefeller Plaza, 26th Floor, New York, New York 10112. I am a member in good standing

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A)); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

of the Bars of the State of New Jersey and New York, and I am admitted to practice before the U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Third Circuit, U.S. Court of Appeals for the Fourth Circuit, U.S. District Court for the District of New Jersey, U.S. District Court for the Southern District of New York, U.S. District Court for the Eastern District of New York, and the U.S. District Court for the Northern District of New York. There are no disciplinary proceedings pending against me.

2. On November 28, 2022 (the "Petition Date"), BlockFi Inc. and its debtor affiliates (collectively, "BlockFi" or the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

3. On December 22, 2022, the Debtors filed their *Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of Haynes and Boone LLP as Attorneys for the Debtors and Debtors in Possession Effective as of the Petition Date Pursuant to Local Bankruptcy Rule 2014-1(B)(1)* [Docket No. 134] (the "Retention Application").[2] Concurrently therewith, the Debtors filed the *Declaration of Richard Kanowitz in Support of the Debtors' Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of Haynes and Boone LLP as Attorneys for the Debtors and Debtors in Possession Effective as of the Petition Date Pursuant to Local Bankruptcy Rule 2014-1(B)(1)* [Docket No. 134, Ex. A] (the "Original Declaration").

4. On January 24, 2023, Haynes and Boone filed the *Supplemental Declaration of Richard Kanowitz in Support of the Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Haynes and Boone LLP as Attorneys for the Debtors and Debtors*

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

*in Possession Effective as of the Petition Date Pursuant to Local Bankruptcy Rule 2014-1(B)(1)* [Docket No. 376] (the "First Supplemental Declaration").

5. On January 24, 2023, the Court entered its *Order Approving the Employment and Retention of Haynes and Boone, LLP as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 393] (the "Retention Order").

6. On February 24, 2023, Haynes and Boone filed the *Second Supplemental Declaration of Richard Kanowitz in Support of the Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Haynes and Boone LLP as Attorneys for the Debtors and Debtors in Possession Effective as of the Petition Date Pursuant to Local Bankruptcy Rule 2014-1(B)(1)* [Docket No. 555] (the "Second Supplemental Declaration").

7. On May 24, 2023, Haynes and Boone filed the *Third Supplemental Declaration of Richard Kanowitz in Support of the Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Haynes and Boone LLP as Attorneys for the Debtors and Debtors in Possession Effective as of the Petition Date Pursuant to Local Bankruptcy Rule 2014-1(B)(1)* [Docket No. 989] (the "Third Supplemental Declaration", and together with the Original Declaration, First Supplemental Declaration and Second Supplemental Declaration, the "Supplemental Declarations").

8. In connection with the Retention Application and the Supplemental Declarations, I submit this fourth supplemental declaration (the "Fourth Supplemental Declaration") to provide additional disclosures in accordance with Bankruptcy Rules 2014(a) and 2016(b) and as required under the Retention Order. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3

**Supplemental Disclosures**

9. This Fourth Supplemental Declaration makes certain additional disclosures. As stated in the Original Declaration, Haynes and Boone represented that "[t]he Firm recognizes its continuing responsibility to be aware of, and to further disclose, any relationship or connection between it and other parties-in-interest to the Debtors' bankruptcy estates and the Chapter 11 Cases as they appear or become recognized during the Chapter 11 Cases. Accordingly, the Firm reserves the right to supplement this disclosure if necessary, as more information becomes available to the Firm." *See* Original Decl., ¶ 28. Consistent with this representation, Haynes and Boone has continued to review its files for any new relevant facts or relationships regarding all the entities disclosed in the Original Declaration, and any connections to any additional entities not disclosed in the Original Declaration or the Supplemental Declaration. **Schedule 1** attached hereto includes additional parties-in-interest that Haynes and Boone has run conflict searches on since the Second Supplemental Declaration was filed.

10. Additionally, **Schedule 1** discloses the names of the potential M&A counterparties that were previously sealed due to the ongoing sale process, which has now been completed. For example, in the Original Declaration, "Paxos" was included on the parties-in-interest list under the Custodian category. They were listed as a Haynes and Boone client in the Original Declaration, but not redacted because of their status as a Custodian. "Paxos Trust Company, LLC" was included in the supplemental parties-in-interest list under the Potential M&A Counterparties category. Paxos was again listed as a Haynes and Boone client in Schedule 2 to the Second Supplemental Declaration but was redacted because of its status as a Potential M&A Counterparty. Haynes and Boone did not receive any payments from Paxos in either 2022 or 2021, and their payments to

4

Haynes and Boone in 2020 were de minimis. Paxos is now fully disclosed in the Schedules 1 and 2 attached hereto.

11. In the Second Supplemental Declaration, Haynes and Boone disclosed several connections to potential parties-in-interest in the Chapter 11 Cases that are current clients of Haynes and Boone. Over the last two years, each of those clients constituted a de minimis amount of the firm's yearly revenue and were in total less than two percent (2%) of the firm's total yearly revenue.

12. In the Third Supplemental Declaration, Haynes and Boone made certain additional disclosures of certain Parties-in-Interest to whom Haynes and Boone originally had no connections but subsequently became new firm clients on unrelated matters.

13. Since the filing of the Third Supplemental Declaration, additional parties-in-interest have appeared in the case which were not previously run through the firm's conflicts system. The names of those parties-in-interest are listed on **Schedule 1** attached hereto, along with the unredacted names of the Potential M&A Counterparties. **Schedule 2** contains the names of entities that became parties-in-interest since the filing of the Second Supplemental Declaration that are current clients (or affiliates thereof) of Haynes and Boone on unrelated matters and repeats disclosures made in previous declarations, only this time Haynes and Boone does not redact the names of the Potential M&A Counterparties or any other entities. None of these current clients represented more than two percent (2%) of Haynes and Boone's yearly fee receipts for the last two years.

14. Pursuant to the Debtors' *Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Retention Applications* [Docket No. 127] (the "Motion to Seal"), and to avoid

prejudicing the Debtors' sale processes, the Debtors redacted the names of "Potential M&A Counterparties" in each of the Prior Declarations. On March 24, 2023, the Bankruptcy Court entered the *Order (I) Approving the Sale of Certain of the Debtors' Self-Mining Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (II) Authorizing the Debtors to Enter Into and Perform Their Obligations Under the Asset Purchase Agreement, and (III) Granting Related Relief* [Docket No. 669] authorizing the sale of certain of the Debtors' self-mining assets to U.S. Farms & Mining Opportunity Fund LLC ("U.S. Farms").

15. Upon finalizing the sale to U.S. Farms, and the conclusion of the sale process for the Debtors' self-mining assets and the marketing process for the potential sale of the Debtors' other assets, the Debtors (which are now the Wind-Down Debtors), at the request of the United States Trustee for the District of New Jersey, agreed to disclose publicly those certain Potential M&A Counterparties that related to the sale process (the "Unredacted Potential M&A Counterparties"), which are included in Schedule 1(c).

16. As more fully disclosed in Schedule 2, the connections set forth on Schedule 2 do not constitute a disqualifying conflict of interest.[3] Haynes and Boone's representation of the Debtors is now complete, and Haynes and Boone represents the Plan Administrator and Wind-Down Debtors post-effective date.

17. As of the date of this Fourth Supplemental Declaration, based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, I believe that Haynes and Boone remains (a) a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the

---

[3] Section "327(a) is written in the present tense: it bars the retention of professionals who 'hold or represent' adverse interests. It only allows disqualifications for adverse interests that exist at the time of retention." *In re Boy Scouts of Am.*, 35 F.4th 149, 158, n. 5 (3d Cir. 2022).

Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) has no connection to the Debtors, their creditors, or other parties in interest.

18. Accordingly, Haynes and Boone reserves the right to further supplement this disclosure if necessary. The foregoing constitutes my supplemental declaration and that of Haynes and Boone pursuant to section 327 of the Bankruptcy Code and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure.

I declare under penalty of perjury under the laws of the United States, that the foregoing statements are true and correct.

Dated: November 7, 2023                                Respectfully submitted,

                                                        */s/ Richard S. Kanowitz*
                                                        Richard S. Kanowitz
                                                        Partner, Haynes and Boone LLP

# SCHEDULE 1
**List of Schedules**

| **Schedule** | **Category** |
|---|---|
| 1(a) | Additional Non-Debtor Professionals |
| 1(b) | Additional Potential M&A Counterparties |
| 1(c) | Unredacted Potential M&A Counterparties |

# SCHEDULE 1(a)

## Additional Non-Debtor Professionals

Andrews Devalerio LLP
Bronstein, Gewirtz & Grossman, LLC
Gerro & Gerro
Goldstein & McClintock LLLP
Grant & Eisenhofer P.A.
Jack Shrum, P.A.
Latham & Watkins LLP
Law Offices of Douglas T. Tabachnik, P.C.
Lazare Potter Giacovas & Moyle LLP
Lowenstein Sandler LLP
Middlebrooks Shapiro, P.C.
Montgomery McCracken Walker & Rhoads, LLP
Offit Kurman, P.A.
Pomerantz LLP
Porzio, Bromberg & Newman, P.C.
Shearman & Sterling LLP
Zuckerman Gore Brandeis & Crossman, LLP

## SCHEDULE 1(b)

### Additional Potential M&A Counterparties

Amalgamated Token Services, Inc.
Castle Island Ventures
GXD Labs LLC
Nine Realms, Inc.
Van Eck Absolute Return Advisors Corporation

# SCHEDULE 1(c)

## Unredacted Potential M&A Transaction Counterparties

| | |
|---|---|
| 21.co | Blockware Solutions LLC |
| 3iQ Corp. | Blue Owl Capital Inc. |
| AB CarVal Investors LP | Brevan Howard |
| Abrams Capital LLC | Brigade Capital |
| Aeagean Group Holdings, LLC | BTC Mining Company |
| Amun Holdings Limited | Cadenza Ventures |
| Anchorage Capital Group LLC | Canyon Capital Advisors |
| Antalpha Capital (BVI) Ltd | Castlelake |
| Antalpha Technologies Ltd. | Centerbridge |
| AP Capital Investment Limited | Cerberus Capital Management |
| Apollo Global Management Inc. | Chicago Atlantic |
| Arca | Cipher |
| Ares Management Corp. | CleanSpark |
| ARK Investment Management LLC | Columbia Pacific |
| Arkon Energy | Compass Mining |
| Aspen Creek Digital Corporation | ConsenSys |
| Atalaya Capital Management LP | Cormint Data Systems Inc. |
| Atlas Holdings LLC | Cross Tower |
| Atlas Power | Crusoe Energy |
| Atlas Power Group | Cumberland DRW LLC |
| Atlas Technology Group LLC | Cumulus Coin LLC |
| AVGSF - BlockFi 2021, LLC | D&P Recovery Services |
| Bain Capital LP | D.E. Shaw |
| Bain Capital Partnership Strategies | Davidson Kempner |
| Bakkt | Diameter Capital Partners |
| BankProv | Digihost Technology |
| Baupost Group LLC, The | Discovery Capital Management |
| BC Partners | Disrupt Ventures LLC |
| Big Brain | Dragonfly Capital |
| Binance US | EJF Capital |
| Binance.com | Elliott Investment Management |
| Bitdeer | Energy Miner LLC |
| Bitfarms Ltd. | Enhanced Digital Group Inc. |
| BitFuFu | EQT |
| BitOoda Holdings Inc. | eToro |
| Bitrush, Inc. | FalconX |
| Bitso | Figment Inc. |
| Bitstamp Limited | Fir Tree Partners |
| Blackbird Advisory | Flowdesk |
| BlackRock Inc. | Forest Road Asset Management LLC |
| Blackstone Inc. | Fortress Investment Group |
| Block Inc. | Foundry Digital |
| Blockstream Corp. Inc. | Framework Ventures |

| | |
|---|---|
| Francisco Partners | New York Digital Investment Group LLC |
| FRNT Financial Inc. | Nexo Inc. |
| Galaxy Digital Holdings | NextEra Energy Inc. |
| Gemini Trust Co. | Nixon Peabody LLP |
| Genesis Digital Assets | North Rock Digital LLP |
| GIC Special Opportunities | NovaWulf Digital Management LP |
| Gilley Enterprises LLC | NYDIG Asset Management LLC |
| Global X Management Co. LLC | Oak Hill Capital Management LLC |
| GoldenTree Asset Management LP | Oaktree |
| Gordon, Angelo | One River Asset Management LLC |
| GSR Markets Limited | Outset Global Trading Limited |
| HPS Investment Partners LLC | Owl Creek |
| Hudson Bay Capital Management LP | P. Schoenfeld Asset Management LP |
| Hunting Hill Global Capital, LLC | Paloma Partners LLC |
| Hut 8 Mining | ParaFi Capital LP |
| Icebreaker Finance Pty Ltd. | Parataxis Capital |
| ICONIQ Capital LLC | Paribu |
| Iman Capital Partners Ltd. | Paxos Trust Company, LLC |
| INX | Payward Inc. |
| Iris Energy Ltd. | Peak Rock Capital LLC |
| Jane Street Group LLC | Pentwater Capital Management LP |
| Jane Street Group, LLC | Pepper Hu LTD |
| Kennedy Lewis Investment Management LLC | Pi Consulting |
| | Pivotal Group Inc. |
| King Street Capital Management LP | Public Holdings, Inc. |
| Kingsway Capital Partners Ltd. | Quantum Technoloy |
| KKR & Co. Inc. | Redwood Capital Management LLC |
| Kryptovault | Riot Blockchain Inc. |
| Ledn Inc. | SAI.TECH |
| Luxor Technologies Inc. | Sculptor Capital Management Inc. |
| M1 Finance | Senator Investment Group LP |
| Macquarie Group Ltd. | Serene Investment Management LLC |
| Magnetar Capital LLC | Sesterce US Inc. |
| Maple Finance | Silver Point Capital LP |
| Marathon Digital Holdings Inc. | Sixth Street |
| Mariner Investment Group LLC | SkyBridge Capital |
| Matrixport Technologies Ltd. | SpiderMining Inc. |
| MaxBoring LLC | Statar Energy US Inc. |
| Medallion Consulting Services LLC | Stonepeak |
| Merkle Standard | Stronghold |
| Metavesco, Inc. | SunnySide Digital |
| Milo Holdings, Inc. | Supplybit |
| Mission Lane LLC | Talen Energy |
| Monarch Alternative Capital LP | Talos Trading, Inc. |
| Morgan Stanley | Temasek |
| Murchinson Ltd. | Thoma Bravo |

2

Thoma Bravo LP
Thomas H. Lee
Thomas H. Lee Partners LP
Thunder Bridge Capital LLC
U.S. Data Group, Inc.
US Farms and Mining Inc
VCV Digital
Vistra Group
WhiteHawk Capital Partners
WhiteHawk Capital Partners LP
Wisdom Tree
WonderFi Technologies Inc.
XBTO

3

# SCHEDULE 2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Current or Former HB Client | Status |
|---|---|---|
| Bain Capital Partnership Strategies | Bain Capital Credit | The Firm represents Bain Capital Credit on matters unrelated to the Debtors or the Chapter 11 Cases. This client was previously disclosed but redacted in public filings. |
| Davidson Kempner | Davidson Kempner Capital Management LP | The Firm represents Davidson Kempner Capital Management LP on matters unrelated to the Debtors or the Chapter 11 Cases. This client was previously disclosed but redacted in public filings. |
| Dragonfly Capital | Dragonfly Ventures, LP | The Firm represents Dragonfly Ventures, LP, an affiliate of Dragonfly Capital, on matters unrelated to the Debtors or the Chapter 11 Cases. This client was previously disclosed but redacted in public filings. |
| Forest Road Asset Management LLC | Forest Road Asset Management | The Firm represents Forest Road Asset Management on matters unrelated to the Debtors or the Chapter 11 Cases. This client was previously disclosed but redacted in public filings. |
| Fortress Investment Group | Fortress Investment Group, LLC | The Firm represents Fortress Investment Group, LLC on matters unrelated to the Debtors or the Chapter 11 Cases. This client was previously disclosed but redacted in public filings. |
| Hudson Bay Capital Management | Hudson Bay Capital Management, LP | The Firm represents Hudson Bay Capital Management, LP on matters unrelated to the Debtors or the Chapter 11 Cases. This client was previously disclosed but redacted in public filings. |
| Jane Street Group, LLC | Jane Street Capital | The Firm represents Jane Street Capital on matters unrelated to the Debtors or the Chapter 11 Cases. This client was previously disclosed but redacted in public filings. |
| KKR | The Crosby Group and Gardner Denver | The Firm represents The Crosby Group and Gardner Denver, affiliates of KKR, on matters unrelated to the Debtors or the Chapter 11 Cases. This client was previously disclosed but redacted in public filings. |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Current or Former HB Client | Status |
|---|---|---|
| Latham & Watkins LLP | Latham & Watkins LLP | The Firm was retained by Latham & Watkins LLP to performs certain intellectual property litigation services on behalf of Avadel Pharmaceuticals in matters unrelated to the Debtors or the Chapter 11 Cases. Although Latham & Watkins LLP is listed as a client of the firm, the work is not performed on their behalf and is no way related to these Chapter 11 Cases. |
| Macquarie Group | Macquarie Bank Limited | The Firm represents Macquarie Bank Limited, an affiliate of Macquarie Group, on matters unrelated to the Debtors or the Chapter 11 Cases. This client was previously disclosed but redacted in public filings. |
| Monarch Alternative Capital | Monarch Alternative Capital | The Firm represents Monarch Alternative Capital on matters unrelated to the Debtors or the Chapter 11 Cases. This client was previously disclosed but redacted in public filings. |
| Morgan Stanley | Morgan Stanley Bank | The Firm represents Morgan Stanley Bank on matters unrelated to the Debtors or the Chapter 11 Cases. This client was previously disclosed but redacted in public filings. |
| Murchinson, Ltd. | Murchinson LP | The Firm represents Murchinson LP on matters unrelated to the Debtors or the Chapter 11 Cases. This client was previously disclosed but redacted in public filings. |
| NextEra Energy | NextEra Energy, Inc. | The Firm represents NextEra Energy, Inc. on matters unrelated to the Debtors or the Chapter 11 Cases. This client was previously disclosed but redacted in public filings. |
| Paxos Trust Company, LLC | Paxos Trust Company, LLC | The Firm represents Paxos Trust Company, LLC on matters unrelated to the Debtors or the Chapter 11 Cases. This client was previously disclosed but redacted in public filings. |
| Sculptor Capital Management | Sculptor Capital Investments, LLC | The Firm represents Sculptor Capital Investments, LLC on matters unrelated to the Debtors or the Chapter 11 Cases. This client was previously disclosed but redacted in public filings. |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a Current or Former HB Client | Status |
|---|---|---|
| Silver Point Capital | Silver Point Capital | The Firm represents Silver Point Capital on matters unrelated to the Debtors or the Chapter 11 Cases. This client was previously disclosed but redacted in public filings. |
| Stronghold | Stronghold Resource Partners | The Firm represents Stronghold Resource Partners on matters unrelated to the Debtors or the Chapter 11 Cases. This client was previously disclosed but redacted in public filings. |

3