**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

*Attorneys for Debtors and*
*Debtors in Possession*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Reorganized Debtors.[1] | (Jointly Administered) |

**FIFTH SUPPLEMENTAL**
**DECLARATION OF JOSHUA A. SUSSBERG**
**IN SUPPORT OF THE DEBTORS' APPLICATION FOR**
**ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND**
**EMPLOYMENT OF KIRKLAND & ELLIS LLP AND KIRKLAND &**
**ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR THE DEBTORS**
**AND DEBTORS IN POSSESSION EFFECTIVE AS OF NOVEMBER 28, 2022**

I, Joshua A. Sussberg, being duly sworn, state the following under penalty of perjury:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

1.      I am the president of Joshua A. Sussberg, P.C., a partner of the law firm of Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, New York 10022, and a partner of Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP, collectively, "Kirkland").  I am one of the lead attorneys from Kirkland working on the above captioned Chapter 11 Cases.  I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in the United States Court of Appeals for the Fifth Circuit, the United States District Court for the Northern District of Illinois, and the United States District Court for the Southern District of New York.  There are no disciplinary proceedings pending against me.

2.      I submit this fifth supplemental declaration (the "Fifth Supplemental Declaration") in further support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of November 28, 2022* [Docket No. 133] (the "Application").[2]

### Background

3.      On November 28, 2022 (the "Petition Date"), each of the above-captioned reorganized debtors (before the effective date of their chapter 11 plan, collectively, the "Debtors" and after the effective date of their chapter 11 plan, collectively, the "Reorganized Debtors") filed a petition with this Court under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  On December 22, 2022, the Debtors filed the Application pursuant to sections 327(a) and 330 of the Bankruptcy Code, rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application or the Prior Declarations (as defined herein), as applicable.

(the "Bankruptcy Rules"), and rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the

District of New Jersey (the "Local Rules").  My original declaration in support of the Application

(the "Original Declaration") was attached to the Application as Exhibit B.

4.    On January 31, 2023, the Debtors filed the *Supplemental Declaration of Joshua A.*

*Sussberg in Support of the Debtors' Application for Entry of an Order Authorizing the Retention*

*and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for*

*the Debtors and Debtors in Possession Effective as of November 28, 2022* [Docket No. 445]

(the "First Supplemental Declaration") in further support of the Application.

5.    On February 1, 2023, the Court entered the *Order Authorizing the Retention and*

*Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the*

*Debtors and Debtors in Possession Effective as of November 28, 2022* [Docket No. 448]

(the "Retention Order").

6.    On February 24, 2023, the Debtors filed the *Second Supplemental Declaration of*

*Joshua A. Sussberg in Support of the Debtors' Application for Entry of an Order Authorizing the*

*Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as*

*Attorneys for the Debtors and Debtors in Possession Effective as of November 28, 2022*

[Docket No. 556] (the "Second Supplemental Declaration") in further support of the Application.

7.    On May 24, 2023, the Debtors filed the *Third Supplemental Declaration of Joshua*

*A. Sussberg in Support of the Debtors' Application for Entry of an Order Authorizing the Retention*

*and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for*

*the Debtors and Debtors in Possession Effective as of November 28, 2022* [Docket No. 990]

(the "Third Supplemental Declaration") in further support of the Application.

8.      On September 18, 2023, the Debtors filed the *Fourth Supplemental Declaration of Joshua A. Sussberg in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of November 28, 2022* [Docket No. 1525]   (the "Fourth Supplemental Declaration"   and   together   with   the Original Declaration, the First Supplemental Declaration, the Second Supplemental Declaration, and the Third Supplemental Declaration, the "Prior Declarations") in further support of the Application.

9.      On October 19, 2023, the Court entered the *ORDER GRANTING IN PART and DENYING IN PART DEBTORS' Motion re: for Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of Top 50 Unsecured Creditors and Consolidated List of Creditors, (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information of Individual Creditors, Clients, Equity Holders, and Current and Former Employees, (III) Authorizing Client Name Redaction, (IV) Waiving the Requirement to File an Equity List and Provide Notices Directly to Equity Security Holders, and (V) Granting Related Relief* [Docket No. 1757] (the "Redaction Order").

10.      In connection with the Application, I submit this Fifth Supplemental Declaration in further support of the Application and to supplement the Prior Declarations by unredacting the disclosures set forth in the Prior Declarations in accordance with Bankruptcy Rules 2014(a) and 2016(b) and the Redaction Order.   Except as otherwise indicated in this Fifth Supplemental Declaration, all facts stated in this Fifth Supplemental Declaration are based upon my personal knowledge of Kirkland's practices and Kirkland's representation of the Debtors and information learned from my review of relevant documents and information supplied to me by other parties,

including partners or employees of Kirkland.  No one individual at Kirkland has personal knowledge of all of the facts set forth in this Fifth Supplemental Declaration.

11.    Kirkland has searched its electronic database of representations for connections to parties in interest in these Chapter 11 Cases and disclosed certain connections in the Prior Declarations.  Since the Petition Date, Kirkland has updated those conflicts searches and has searched additional parties as Kirkland became aware of additional parties in interest in these Chapter 11 Cases.  In the Prior Declarations, Kirkland searched its electronic database for the Potential M&A Counterparties listed on **Schedule 1** attached hereto and disclosed certain connections.  Pursuant to the Redaction Order, Kirkland has unredacted all of the Potential M&A Counterparties listed on the Prior Declarations and attached hereto as **Schedule 1**.

**Category**
Potential M&A Counterparties

12.    I have unredacted and disclosed the results of Kirkland's conflicts searches of the entities included in the above-listed category on **Schedule 2** to this Fifth Supplemental Declaration.[3]  All current and prior representations of the parties identified on **Schedule 2** are in matters unrelated to the Debtors and these Chapter 11 Cases.

13.    As disclosed on **Schedule 2**, certain parties in interest in these Chapter 11 Cases are current or former Kirkland clients.  Kirkland has not represented, nor will Kirkland represent,

---

[3]    As referenced in **Schedule 2**, the term "current" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 12 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "former" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted between 12 and 36 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "closed" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 36 months preceding the Petition Date, but for which the client representation has been closed.  Whether an actual client relationship exists can only be determined by reference to the documents governing Kirkland's representation rather than its potential listing in Kirkland's conflicts search system.  The list generated from Kirkland's conflicts search system is over-inclusive.  As a general matter, Kirkland discloses connections with "former" or "closed" clients for whom time was posted in the last 36 months, but does not disclose connections if time was billed more than 36 months before the Petition Date.

any of these parties or any of their affiliates in any matter related to these Chapter 11 Cases.  I do not believe these representations preclude Kirkland from being disinterested under the Bankruptcy Code.

14.      As set forth in the Original Declaration and herein, Kirkland in the past may have represented, may currently represent, and likely in the future will represent, entities that may be parties in interest in these Chapter 11 Cases in connection with matters unrelated (except as otherwise disclosed in the Prior Declarations and herein) to the Debtors and these Chapter 11 Cases.  None of the representations set forth on **Schedule 2** are materially adverse to the interests of the Debtors' estates.  Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors or other parties in interest in matters unrelated to these Chapter 11 Cases.

15.      Generally, it is Kirkland's policy to disclose entities in the capacity that they first appear in a conflicts search.  For example, if an entity already has been disclosed in the Original Declaration in one capacity (*e.g.*, a customer), and the entity appears in a subsequent conflicts search in a different capacity (*e.g.*, a vendor), Kirkland does not disclose the same entity again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

16.      Of the entities listed on **Schedule 2**, none represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on November 30, 2022.

17.      Based on the conflicts search conducted to date and described herein, I do not believe these representations preclude Kirkland from being disinterested under the Bankruptcy Code.

## **Affirmative Statement of Disinterestedness**

18.     Based on the conflicts searches conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code and does not hold or represent an interest adverse to the Debtors' estates, and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Prior Declarations and herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  November 7, 2023                          Respectfully submitted,

                                                     */s/ Joshua A. Sussberg*
                                                    Joshua A. Sussberg
                                                    as President of Joshua A. Sussberg, P.C., as
                                                    Partner of Kirkland & Ellis LLP; and as Partner
                                                    of Kirkland & Ellis International LLP

## SCHEDULE 1

### Potential M&A Counterparties

21.co
3iQ Corp.
AB CarVal Investors LP
Abrams Capital LLC
Amalgamated Token Services Inc.
Amun Holdings Ltd.
Anchorage Capital Group LLC
Antalpha Capital (BVI) Ltd.
Antalpha Technologies Ltd.
AP Capital
Apollo Global Management Inc.
Arca
Ares Management Corp.
ARK Investment Management LLC
Arkon Energy
Aspen Creek Digital Corp.
Atalaya Capital Management LP
Atlas Holdings LLC
Atlas Power
Atlas Power Group
Atlas Technology Group LLC
AVGSF - BlockFi 2021 LLC
Backbone Mining Solutions
Bain Capital LP
Bain Capital Partnership Strategies LP
Bakkt Holdings Inc.
BankProv
Baupost Group LLC, The
BC Partners
Big Brain Holdings
Binance
Binance US
Binance.com
Bitdeer
Bitfarms Ltd.
BitFuFu
BitOoda Holdings Inc.
Bitso
Bitstamp Ltd.
Blackbird Advisory
BlackRock Inc.
Blackstone Inc.
Block Inc.
Blockstream Corp. Inc.
Blockware Solutions LLC
Blue Owl Capital Inc.

Brevan Howard
Brigade Capital
BTC Mining Co.
Cadenza Ventures
Canyon Capital Advisors
Castle Island Ventures
Castlelake
Centerbridge
Cerberus Capital Management
Chicago Atlantic Group LLC
Cipher
CleanSpark
Compass Mining Inc.
ConsenSys
Cormint Data Systems Inc.
CP BF Lending LLC
Cross Tower Inc.
Crusoe Energy
Cumberland DRW LLC
Cumulus Coin LLC
D&P Recovery Services
D.E. Shaw
Davidson Kempner
Diameter Capital Partners
Digihost Technology
Discovery Capital Management
Disrupt Ventures LLC
Dragonfly Capital
EJF Capital
Elliott Investment Management
Energy Miner LLC
Enhanced Digital Group Inc.
EQT
eToro Group Ltd.
FalconX Ltd.
Figment Inc.
Fir Tree Partners
Flowdesk
Forest Road Asset Management LLC
Fortress Investment Group
Foundry Digital
Framework Ventures LP
Francisco Partners
FRNT Financial Inc.
Galaxy Digital Holdings
Gemini Trust Co.

Genesis Digital Assets
GIC Special Opportunities
Gilley Enterprises LLC
Global X Management Co. LLC
GoldenTree Asset Management LP
Gordon, Angelo
GSR Markets Ltd.
GXD Labs LLC
HPS Investment Partners LLC
Hudson Bay Capital Management LP
Hunting Hill Global Capital LLC
Hut 8 Mining
Icebreaker Finance Pty Ltd.
ICONIQ Capital LLC
Iman Capital Partners Ltd.
INX
Iris Energy Ltd.
Jane Street Group LLC
Kennedy Lewis Investment Management LLC
King Street Capital Management LP
Kingsway Capital Partners Ltd.
KKR & Co. Inc.
KryptoVault
Ledn Inc.
Luxor Technologies Inc.
M1 Finance
Macquarie Group Ltd.
Magnetar Capital LLC
Maple Finance
Marathon Digital Holdings Inc.
Mariner Investment Group LLC
Matrixport Technologies Ltd.
MaxBoring LLC
Medallion Consulting Services LLC
Merkle Standard
Metavesco Inc.
Milo Holdings Inc.
Mission Lane LLC
Monarch Alternative Capital LP
Morgan Stanley
Murchinson Ltd.
New York Digital Investment Group LLC
Nexo Inc.
NextEra Energy Inc.
Nine Realms Inc.
Nixon Peabody LLP
North Rock Digital LLP
NovaWulf Digital Management LP

NYDIG Asset Management LLC
Oak Hill Capital Management LLC
Oaktree
One River Asset Management LLC
Outset Global Trading Ltd.
Owl Creek
P. Schoenfeld Asset Management LP
Paloma Partners LLC
ParaFi Capital LP
Parataxis Capital
Paribu
Payward Inc.
Peak Rock Capital LLC
Pentwater Capital Management LP
Pepper Hu Ltd.
Pi Consulting
Pivotal Group Inc.
Public Holdings Inc.
Quantum Technology
Redwood Capital Management LLC
Riot Blockchain Inc.
SAI.TECH
Sculptor Capital Management Inc.
Senator Investment Group LP
Serene Investment Management LLC
Sesterce US Inc.
Silver Point Capital LP
Sixth Street
SkyBridge Capital
Stonepeak
Stronghold
SunnySide Digital
SupplyBit
Talen Energy
Talos Trading Inc.
Temasek
Thoma Bravo LP
Thomas H. Lee Partners LP
Thunder Bridge Capital LLC
US Data Group Inc.
US Farms & Mining Inc.
Van Eck Absolute Return Advisors Corp.
VCV Digital Group LLC
Vistra Group
WhiteHawk Capital Partners LP
Wisdom Tree
WonderFi Technologies Inc.
XBTO

**SCHEDULE 2**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| AB CarVal Investors LP | AB CarVal Investors LP | Current |
| Anchorage Capital Group LLC | Anchorage Capital Group | Former |
| | Anchorage Capital Partners Pty Limited | Closed |
| Apollo Global Management Inc. | AEPF III 34 S.à r.l. | Closed |
| | Apollo Capital Management, L.P. | Current |
| | Apollo Global Management, Inc. | Current |
| | Apollo Global Real Estate Management LP | Current |
| | Apollo Infrastructure Opportunities Fund II LP | Closed |
| | Apollo Management International LLP | Current |
| | Apollo Principal Holdings IX LP | Current |
| | Marc Rowan | Current |
| Ares Management Corp. | American Capital Equity Management II, LLC | Current |
| | Ares Acquisition Corporation | Current |
| | Ares Acquisition Corporation II | Current |
| | Ares Alternative Credit Management LLC | Current |
| | Ares Capital Corporation | Current |
| | Ares Capital Management LLC | Current |
| | Ares Commercial Real Estate Corporation | Current |
| | Ares Corporate Opportunities Fund V LP | Former |
| | Ares Corporate Opportunities Fund VI, L.P. | Former |
| | Ares Energy Investors Fund V, L.P. | Closed |
| | Ares Energy Opportunities Fund LP | Former |
| | Ares European Real Estate Fund III, L.P. | Former |
| | Ares Management Corp. and certain of its affiliates | Current |
| | Ares Management LLC | Current |
| | Ares Management Ltd. | Former |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Ares Private Markets Fund | Current |
| | Ares Special Opportunities Fund LP | Current |
| | Ares SSG Capital Management Ltd. | Current |
| | Ares Strategic Income Fund | Current |
| | Ares US Real Estate Fund X, L.P. | Current |
| | Ares US Real Estate Opportunity Fund II, L.P. | Current |
| | Ares US Real Estate Opportunity Fund III, L.P. | Current |
| | Landmark Equity Advisors, LLC | Current |
| | RLG Parent L.P. | Current |
| | Stichting Ares European Clo XI | Current |
| ARK Investment Management LLC | ARK Investment Management LLC | Current |
| Bain Capital LP | Angela Liu | Current |
| Bain Capital Partnership Strategies LP | Ashish Kotecha | Current |
| | Bain Capital Credit (Asia), LLC | Current |
| | Bain Capital Credit LP | Current |
| | Bain Capital Credit Ltd. | Closed |
| | Bain Capital Double Impact | Current |
| | Bain Capital Double Impact Fund LP | Closed |
| | Bain Capital Europe, LLC | Current |
| | Bain Capital Insurance Solutions LP | Current |
| | Bain Capital Investors LLC | Closed |
| | Bain Capital Private Equity (Asia), LLC | Current |
| | Bain Capital Private Equity (Europe) LLP | Current |
| | Bain Capital Private Equity LP | Current |
| | Bain Capital Public Equity, LP | Current |
| | Bain Capital Tech Opportunities LP | Current |
| | Bain Gamma Limited | Closed |
| | Bain Propulsion Bidco SLU | Closed |
| | BC Investments X Limited | Current |
| | BCC Investments SARL SICAF-RAIF | Current |
| | BCIP Double Impact Associates LP | Closed |
| | BCPE Cycle Buyer Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | BCPE Cycle Holdings GP LLC | Current |
| | BCPE Cycle Holdings LP | Current |
| | BCPE Seminole Holdings LP | Closed |
| | Emily Man | Current |
| | Heejin Koo | Current |
| | James Hildebrandt | Current |
| | Kevin Zhang | Current |
| | Mark Nunnelly | Former |
| | Michel G.P. Plantevin | Current |
| | Nidda Healthcare GmbH | Current |
| | Paul Edgerley | Former |
| | Pavninder Singh | Current |
| | Stephen Zide | Closed |
| | Wilma Choi | Closed |
| Barkhouse, Angela | Barkhouse, Angela | Current |
| Baupost Group LLC, The | Baupost Group LLC, The | Former |
| | The Baupost Group | Current |
| BC Partners | BC Partners | Current |
| | BC Partners Credit | Closed |
| | BC Partners Lending Corp. | Current |
| BlackRock Inc. | BlackRock Inc. | Current |
| | BlackRock Investment Management (UK) Limited | Current |
| | Mark B. Florian | Current |
| | Pam Chan | Current |
| Blackstone Inc. | BCP VII SBS Holdings LLC | Current |
| | BEP II SBS Holdings LLC | Current |
| | Blackstone Advisors India Pvt. Ltd. | Current |
| | Blackstone Alliance LLC | Current |
| | Blackstone Alternative Asset Management LP | Closed |
| | Blackstone Alternative Credit Advisors LP | Current |
| | Blackstone Alternative Solutions LLC | Closed |
| | Blackstone Asia | Current |
| | Blackstone Capital Partners VII NQ LP | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Blackstone CQP Holdco LP | Closed |
| | Blackstone Energy Family Investment Partnership II ESC NQ LP | Current |
| | Blackstone Energy Family Investment Partnership II SMD LP | Current |
| | Blackstone Energy Partners | Former |
| | Blackstone Energy Partners II F NQ LP | Current |
| | Blackstone Energy Partners II NQ LP | Current |
| | Blackstone Family Investment Partnership VII ESC NQ LP | Current |
| | Blackstone Family Real Estate Partnership (Offshore) VIISMD L.P. | Closed |
| | Blackstone Family Real Estate Partnership Europe IV-SMD L.P. | Closed |
| | Blackstone Group International Partners LLP, The | Closed |
| | Blackstone Group, The | Former |
| | Blackstone Growth LP | Current |
| | Blackstone Inc. | Current |
| | Blackstone Infrastructure Partners LP | Current |
| | Blackstone ISG-I Advisors LLC | Closed |
| | Blackstone ISG-II Advisors LLC | Closed |
| | Blackstone Life Sciences Advisors LLC | Former |
| | Blackstone Management Partners LLC | Current |
| | Blackstone Mortgage Trust Inc. | Closed |
| | Blackstone Property Partners Europe Holdings SARL | Current |
| | Blackstone Property Partners LP | Closed |
| | Blackstone Real Estate Advisors | Closed |
| | Blackstone Real Estate Advisors LP | Closed |
| | Blackstone Real Estate Holdings (Offshore) VII-NQ L.P. | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Blackstone Real Estate Holdings (Offshore) Vll-NQ - ESC L.P. | Closed |
| | Blackstone Real Estate Holdings Europe IV-NQ ESC L.P. | Closed |
| | Blackstone Real Estate Investment Trust | Current |
| | Blackstone Real Estate Partners | Current |
| | Blackstone Real Estate Partners (Offshore) Vll.F-NQ L.P. | Closed |
| | Blackstone Real Estate Partners (Offshore) Vll.TE.1-8-NQ L.P. | Closed |
| | Blackstone Real Estate Partners (Offshore) Vll-NQ L.P. | Closed |
| | Blackstone Real Estate Partners Europe IV-NQ L.P. | Closed |
| | Blackstone Real Estate Partners Limited | Closed |
| | Blackstone Real Estate Special Situations Advisors LLC | Closed |
| | Blackstone Singapore Pte. Ltd. | Current |
| | Blackstone Strategic Capital Holdings LP | Current |
| | Blackstone Strategic Opportunity Fund | Current |
| | Blackstone Strategic Partners | Former |
| | Blackstone Tactical Opportunities Advisors LLC | Current |
| | Blackstone Tactical Opportunities Fund LP | Current |
| | BPP Parker Towers Property Owner LLC | Closed |
| | BRE Atlas Property Owner LLC | Closed |
| | Bruce McEvoy | Current |
| | BX CQP Target Holdco LLC | Current |
| | David I. Foley | Current |
| | John-Paul Munfa | Former |
| | Khan, Bilal | Current |
| | Kush Patel | Current |
| | Prakash A. Melwani | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Strategic Partners Fund Solutions | Current |
| | The Blackstone Group International Partners LLP | Current |
| | Vikram Suresh | Current |
| Block Inc. | Akash Garg | Closed |
| | Victory Park Capital Advisors, LLC | Current |
| Blue Owl Capital Inc. | Black Owl Managing LLC | Current |
| | Blue Owl Capital, Inc. | Current |
| | Blue Owl Strategic Solutions Fund | Current |
| | Owl Rock Capital Corp. | Current |
| | Owl Rock Capital Partners LP | Current |
| Brigade Capital | Brigade Capital Management, LP | Current |
| Canyon Capital Advisors | Canyon Capital Advisors LLC | Current |
| | ICE Canyon LLC | Former |
| Castlelake | Castlelake Aviation IV Stable Yield LP | Current |
| | Castlelake II LP | Current |
| | Castlelake Income Opportunities Fund | Current |
| | Castlelake Partners III LP | Closed |
| | Castlelake V LP | Current |
| | Castlelake VI LP | Current |
| | Castlelake, L.P. | Current |
| Centerbridge | 1CS Holdings LLC | Current |
| | Centerbridge Partners Europe LLP | Former |
| | Centerbridge Partners LP | Current |
| Cerberus Capital Management | Cerberus Capital Management LP | Current |
| | Cerberus European Investments LLC | Closed |
| | Cerberus Security and Technology Acquisition Corp. | Current |
| | Cerberus Security and Technology Holdings LLC | Current |
| | Cerberus Telecom Acquisition Corp. II | Current |
| | Cerberus Telecom Acquisition II Holdings LLC | Current |
| | Steven Mayer | Former |
| Cumulus Coin LLC | Riverstone Holdings LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Talen Energy | Talen Energy Corporation | Closed |
| D.E. Shaw | Geoffroy Moreau | Current |
| | Manish Dwivedi | Current |
| Davidson Kempner | Davidson Kempner | Current |
| | Davidson Kempner Capital Management LP | Current |
| | Davidson Kempner European Partners LLP | Current |
| | Davidson Kempner Partners | Current |
| Diameter Capital Partners | Diameter Capital Partners LP | Current |
| Disrupt Ventures LLC | Disrupt Limited | Closed |
| Elliott Investment Management | Elliott Management Corporation | Closed |
| | LogMeIn, Inc. | Current |
| | Mark Cicirelli | Current |
| EQT | Baring Private Equity Asia Limited | Current |
| Vistra Group | EMMC II S.à r.l., MMC2 (EUR Levered) Investments I S.à r.l, MMC2 (EUR Unlevered) Investments I S.à r.l. | Closed |
| | EQT AB | Current |
| | EQT Exeter Holdings US Inc. | Current |
| | EQT IX Investments SARL | Current |
| | EQT Partners Inc. | Current |
| | EQT Partners UK Advisors LLP | Current |
| | EQT Public Value Fund | Closed |
| | EQT VII Ltd. | Closed |
| FalconX Ltd. | Andrew M. Almeida | Current |
| Figment Inc. | Jennifer J. Alper | Current |
| Thoma Bravo LP | Kenneth J. Virnig II | Current |
| | Orlando Bravo | Current |
| | Paul Holden Spaht, Jr. | Current |
| | Robert Sayle | Current |
| | Scott Crabill | Current |
| | Seth J. Boro | Current |
| | Thoma Bravo Advantage | Current |
| | Thoma Bravo Discover Fund III LP | Current |
| | Thoma Bravo Europe Fund, LP | Current |
| | Thoma Bravo Fund XII LP | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Thoma Bravo Fund XIII LP | Closed |
| | Thoma Bravo Fund XV LP | Current |
| | Thoma Bravo Growth Fund LP | Current |
| | Thoma Bravo LLC | Current |
| | Thoma Bravo LP | Current |
| | Thoma Bravo Oasis Fund LP | Current |
| | Thoma Bravo Topco LLC | Current |
| Fir Tree Partners | Fir Tree Partners, L.P. | Current |
| Forest Road Asset Management LLC | Forest Road Acquisition Corp. | Closed |
| | Forest Road Acquisition Corp. II | Current |
| | Forest Road Acquisition Corp. III | Current |
| | Forest Road Acquisition Sponsor III LLC | Current |
| | The Forest Road Company LLC | Current |
| Fortress Investment Group | Andrew Zloto | Former |
| | Bingbai Hou | Former |
| | CF H33 LLC | Former |
| | Daniel N. Bass | Current |
| | David Brooks | Current |
| | Dean Dakolias | Current |
| | Drew McKnight | Current |
| | Fortress Credit Corporation | Current |
| | Fortress Investment Fund III | Current |
| | Fortress Investment Fund V | Current |
| | Fortress Investment Group | Current |
| | Joshua A. Pack | Current |
| | Kofman, Andrew | Closed |
| | Luna Dai | Former |
| | MicroFinancial Incorporated | Current |
| | Palistar Capital LP | Current |
| | Peter Briger | Current |
| | SB Energy Global, LLC | Current |
| | SB Group US, Inc. | Current |
| | SB Investment Advisers (UK) Limited | Current |
| | SB Investment Advisers (US) Inc. | Current |
| | SBLA Advisers Corp. | Current |
| | SMART Financial Holdings, LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | SoftBank Group Corp. | Closed |
| | SoftBank Vision Fund II-2 LP | Current |
| | SoftBank Vision Fund LP | Closed |
| | SVF 2 | Former |
| | SVF Holdco (UK) Ltd. | Closed |
| | Yang Du | Closed |
| Foundry Digital | HQ Digital LLC | Current |
| Francisco Partners | Francisco Partners Consulting LLC | Current |
| | Francisco Partners GP Splitter, LLC | Current |
| | Francisco Partners II (Cayman) L.P. | Current |
| | Francisco Partners II, LP | Current |
| | Francisco Partners III (Cayman), L.P. | Current |
| | Francisco Partners III (Domestic AIV) Feeder, LLC | Current |
| | Francisco Partners III (Domestic AIV), L.P. | Current |
| | Francisco Partners III LP | Current |
| | Francisco Partners IV, L.P. | Current |
| | Francisco Partners IV-A, L.P. | Current |
| | Francisco Partners Management LP | Current |
| | Francisco Partners Parallel Fund II L.P. | Current |
| | Francisco Partners Parallel Fund III (Cayman), L.P. | Current |
| | Francisco Partners Parallel Fund III, L.P. | Current |
| | LogMeIn, Inc. | Current |
| Galaxy Digital Holdings | Galaxy Digital Holdings Ltd. | Current |
| GIC Special Opportunities | Exeter Europe Investment Partnership II S.C.Sp | Current |
| | Exeter Europe Investment Partnership S.C.Sp | Current |
| | GIC Infra Holdings Pte Ltd. | Current |
| | GIC Private Markets Private Limited | Current |
| | GIC Pte. Ltd. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | GIC Ventures Pte. Ltd | Current |
| | GSA Club GBP LP | Current |
| | LoanCore Capital, LLC | Current |
| | Ora Investment Pte. Ltd. | Closed |
| | Proxima 1 LP | Current |
| | Sepang Investment Pte Ltd | Former |
| HPS Investment Partners LLC | HPS Investment Partners LLC | Current |
| | Scott B. Kapnick | Current |
| ICONIQ Capital LLC | ICONIQ Capital, LLC | Current |
| | IPI Partners LLC | Current |
| Iman Capital Partners Ltd. | IMAN Capital Partners LLC | Current |
| KKR & Co. Inc. | Joulon Holdings LP | Current |
| | KKR Asia Limited | Current |
| | KKR Credit Advisors (EMEA) LLP | Closed |
| | KKR Credit Advisors (UK) LLP | Closed |
| | KKR Credit Advisors (US) LLC | Current |
| | KKR Financial Services Company LLC | Current |
| | KKR Real Estate Select Trust Inc. | Closed |
| | Kohlberg Kravis Roberts & Co. LP | Current |
| | Peter Stavros | Closed |
| | Terrence Ing | Current |
| Macquarie Group Ltd. | Macquarie Agricultural Funds Management Limited | Current |
| | Macquarie Asset Management Inc. | Current |
| | Macquarie Asset Management Strategic Solutions LLC | Current |
| | Macquarie Capital (USA) Inc. | Current |
| | Macquarie Capital Group Ltd., U.K. Branch | Current |
| | Macquarie Capital Investment Management LLC | Closed |
| | Macquarie Capital Ltd. | Closed |
| | Macquarie Capital USA Inc. | Current |
| | Macquarie Crop Partners Feeder, L.P. | Current |
| | Macquarie Crop Partners, L.P. | Current |
| | Macquarie Energy Partners Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Macquarie European Infrastructure Fund 7 (MEIF7) | Current |
| | Macquarie Fund Advisers Pty Ltd | Current |
| | Macquarie GIG Renewable Energy Fund 2 SC | Former |
| | Macquarie Global Infrastructure Fund SCSp | Current |
| | Macquarie Group | Closed |
| | Macquarie Holdings (U.S.A.) Inc. | Closed |
| | Macquarie Infrastructure & Real Assets (Europe) Limited | Current |
| | Macquarie Infrastructure and Real Assets | Current |
| | Macquarie Infrastructure and Real Assets, Inc. | Current |
| | Macquarie Infrastructure Management (Asia) Pty Limited, Singapore Branch | Former |
| | Macquarie Infrastructure Partners II | Current |
| | Macquarie Infrastructure Partners III, L.P. | Current |
| | Macquarie Infrastructure Partners Inc. | Current |
| | Macquarie Infrastructure Partners IV, LP (MIP IV) | Current |
| | Macquarie Infrastructure Partners V | Former |
| | Macquarie Infrastructure Partners V, LP (MIP V) | Current |
| | Macquarie Infrastructure Partners VI, LP (MIP VI) | Current |
| | Macquarie Investment Management Business Trust | Current |
| | Macquarie Investments US Inc. | Closed |
| | Macquarie PF Inc. | Current |
| | Macquarie Principal Finance Pty Limited, UK Branch | Current |
| | Macquarie Private Debt Asset Management LLC | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Macquarie Real Estate Investments Holdings (North America) Inc. | Current |
| | RHP Partners, L.P. | Closed |
| Magnetar Capital LLC | Alec Litowitz | Current |
| | Magnetar Capital LLC | Current |
| Mariner Investment Group LLC | Mariner Group Capital Markets, LLC | Closed |
| | Mariner Investment (Europe) LLP | Closed |
| | Mariner Investment Group LLC | Closed |
| Mission Lane LLC Oaktree | Alexander A. Taubman | Current |
| | BCP IV RTP Holdings Ltd. | Current |
| | BPR REIT Services LLC | Current |
| | Brookfield Asset Management Inc. | Former |
| | Brookfield Asset Management, LLC | Current |
| | Brookfield Business Partners LP | Closed |
| | Brookfield Capital Partners Ltd. | Closed |
| | Brookfield Infrastructure Credit Fund | Closed |
| | Brookfield Infrastructure Debt Fund II LP | Current |
| | Brookfield Properties Development LLC | Current |
| | Brookfield Renewable Partners LP | Current |
| | Brookfield Special Investments LLC | Current |
| | GFI Energy Group of Oaktree Capital Management | Current |
| | Jordon Kruse | Current |
| | Matthew Wilson | Current |
| | Oaktree Acquisition Corp. | Closed |
| | Oaktree Acquisition Corp. II | Current |
| | Oaktree ATI Investors LP | Current |
| | Oaktree Capital Management LP | Current |
| | Oaktree Lending Partners Corporation | Current |
| | Oaktree Maritime Finance Holdings XI Ltd. | Closed |
| | Oaktree Maritime Finance II, LLC | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
| --- | --- | --- |
| | Oaktree Middle-Market Direct Lending Unlevered JPN-A 2017 Fund, L.P | Closed |
| | Oaktree Power Opportunities Fund IV (Parallel) LP | Current |
| | Oaktree Power Opportunities Fund IV LP | Current |
| | Oaktree Power Opportunities Fund V, L.P. | Closed |
| | Oaktree Specialty Lending Corporation | Current |
| | Oaktree Strategic Credit | Closed |
| | Ronald N. Beck | Former |
| Monarch Alternative Capital LP | Monarch Alternative Capital L.P. | Current |
| Morgan Stanley | Morgan Stanley | Current |
| | Morgan Stanley & Co. LLC | Closed |
| | Morgan Stanley AIP GP LP | Closed |
| | Morgan Stanley Asia Limited | Current |
| | Morgan Stanley Infrastructure Inc. | Current |
| | Morgan Stanley Infrastructure Partners | Current |
| | Morgan Stanley Investment Management Limited | Current |
| | Morgan Stanley Mezzanine Partners | Closed |
| | Morgan Stanley Real Estate Investing | Current |
| | Morgan, Stanley & Co. | Current |
| NextEra Energy Inc. | NextEra Energy Capital Holdings Inc. | Current |
| | NextEra Energy Constructors LLC | Current |
| | NextEra Energy Inc. | Current |
| | NextEra Energy Marketing LLC | Current |
| | NextEra Energy Operating Services LLC | Current |
| | NextEra Energy Project Management LLC | Current |
| | NextEra Energy Resources LLC | Current |
| | NextEra Energy Transmission Asset Acquisition Holdings LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | NextEra Energy Transmission LLC | Current |
| | NextEra Energy Transmission Southwest LLC | Current |
| | NextEra Energy, Inc. | Current |
| | NextEra Grid Holdings LLC | Current |
| Oak Hill Capital Management LLC | EN-IT Meta S.à r.l. | Closed |
| | Oak Hill Advisors (U.K. Services) Limited | Current |
| | Oak Hill Capital Management | Current |
| Owl Creek | Owl Creek Asset Management, L.P. | Current |
| Paloma Partners LLC | Paloma Partners Management Company | Current |
| Peak Rock Capital LLC | Peak Rock Capital LLC | Current |
| Redwood Capital Management LLC | Redwood Capital Management LLC | Current |
| Sculptor Capital Management Inc. | Sculptor Capital LP | Closed |
| Silver Point Capital LP | Silver Point Capital | Current |
| | Silver Point Capital LP | Current |
| Sixth Street | Sixth Street Partners LLC | Current |
| Stonepeak | Stonepeak Infrastructure Partners | Closed |
| | Stonepeak Partners, LP | Current |
| Temasek | Azalea Investment Management Pte Ltd. | Current |
| | Temasek Capital Private Ltd. | Closed |
| | Temasek Holdings (Pte.) Ltd. | Current |
| | Temasek Trust Asset Management Pte. Ltd. | Current |
| | Vertex Venture Management Pte Ltd. | Current |
| Thomas H. Lee Partners LP | Thomas H. Lee Partners | Current |
| | Thomas H. Lee Partners LP | Current |
| US Data Group Inc. | U.S. Data King Mountain LLC | Current |
| | U.S. Data Mining Group, Inc. | Current |
| | U.S. Mining Infrastructure Operations LLC | Current |
| Van Eck Absolute Return Advisors Corp. Van Eck Associates Corp. | VanEck New Finance Income Fund LP | Current |