**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

In re:

BLOCKFI INC., *et al.,*

          Debtors.[1]

**Order Filed on November 7, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Chapter 11

Case No. 22-19361 (MBK)

(Jointly Administered under a Confirmed Plan[2])

## ORDER GRANTING DEBTORS' TENTH OMNIBUS
## OBJECTION TO CERTAIN CLAIMS
**(books and records, amendments, duplicates, incorrect/improper**
**classification, insufficient documentation, not liable, late filed)**

      The relief set forth on the following pages, numbered two (2) through five (5) and Schedule

1 is **ORDERED**.

DATED: November 7, 2023

Honorable Michael B. Kaplan
United States Bankruptcy Judge

———

(Page 2)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al.* |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | ORDER GRANTING DEBTORS' TENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (books and records, amendments, duplicates, incorrect/improper classification, insufficient documentation, not liable, late filed) |

<table>
<tr>
<td>

**BROWN RUDNICK LLP**
Kenneth J. Aulet, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
(212) 209-4800
kaulet@brownrudnick.com

**BROWN RUDNICK LLP**
Tristan Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
(617)856-8300
taxelrod@brownrudnick.com

*Attorneys for the Plan Administrator*

**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
(973) 230-2095
DStolz@genovaburns.com
DClarke@genovaburns.com

*Local Counsel for the Plan Administrator*

</td>
<td>

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Lauren M. Sisson, Esq. (NJ Bar No. 394182022)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
lauren.sisson@haynesboone.com

*Attorneys for the Plan Administrator*

</td>
</tr>
</table>

Upon consideration of the *Debtors' Tenth Objection to Certain Claims* (the "Objection")[3]; and the

Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28

U.S.C. § 157 and Standing Order 12-1 (Simandle, C.J.), *Standing Order of Reference to the*

*Bankruptcy Court Under Title 11*, dated September 18, 2012; and consideration of the Objection

and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue

being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice

of the Objection having been provided; and it appearing that no other or further notice need be

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

(Page 3)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al.* |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | ORDER GRANTING DEBTORS' TENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (books and records, amendments, duplicates, incorrect/improper classification, insufficient documentation, not liable, late filed) |

provided; and it appearing that no other or further notice of the Objection need be provided; and all responses, if any, to the Objection having been withdrawn, resolved, or overruled; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Wind-Down Debtors, their respective estates and creditors, and all parties-in-interest; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon the Certification of Michelle Henry attached to the Objection, the record herein, and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.     The Objection is SUSTAINED as set forth herein.

2.     The Disputed Claims listed on Schedule 1 attached hereto are hereby deemed disallowed, reclassified, reduced, and/or adjusted as detailed on Schedule 1.

3.     Kroll Restructuring Administration LLC (the "Claims and Noticing Agent") is hereby authorized and directed to disallow, reclassify, reduce, and/or adjust each Disputed Claim on Schedule 1.

4.     To the extent a Disputed Claim on Schedule 1 improperly asserted priority or secured status, the Claims and Noticing Agent is hereby authorized and directed to correct the registry to reflect the correct status of such Disputed Claims as general unsecured claims.

5.     To the extent a Disputed Claim on Schedule 1 was asserted against the incorrect Debtor entity, the Claims and Noticing Agent is hereby authorized and directed to correct the registry to reflect the correct Debtor entity.

(Page 4)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al.* |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | ORDER GRANTING DEBTORS' TENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (books and records, amendments, duplicates, incorrect/improper classification, insufficient documentation, not liable, late filed) |

6.      The Wind-Down Debtors are authorized to take all steps necessary or appropriate to carry out the relief granted in this Order.

7.      The terms, conditions, and provisions of this Order shall be immediately effective and enforceable upon its entry.

8.      Notwithstanding anything to the contrary in the Objection, this Order, or any findings announced at the hearing, nothing in the Objection, this Order, or announced at the hearing constitutes a finding under the federal securities laws as to whether crypto tokens or transactions involving crypto tokens are securities, and the right of the United States Securities and Exchange Commission to challenge transactions involving crypto tokens on any basis are expressly reserved.

9.      Nothing contained in this Objection or any actions taken pursuant to any order granting the relief requested by this Objection is intended or should be construed as: (a) an admission as to the validity of any particular claim against the Wind-Down Debtors, (b) a waiver of the Wind-Down Debtors' rights to dispute any particular claim on any grounds, (c) a promise or requirement to pay any particular claim, (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection, (e) a request or authorization to assume any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code, (f) a waiver or limitation of the Wind-Down Debtors' rights under the Bankruptcy Code or any other applicable law; or (g) a concession by the Wind-Down Debtors that any liens (contractual, common law, statutory, or otherwise) satisfied pursuant to the Objection are valid, and the Wind-Down Debtors expressly reserve their rights to contest the extent, validity, or perfection or seek avoidance of all such liens. If the Court grants the

| (Page 5) | |
|---|---|
| Debtors: | BLOCKFI INC., *et al.* |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | ORDER GRANTING DEBTORS' TENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (books and records, amendments, duplicates, incorrect/improper classification, insufficient documentation, not liable, late filed) |

relief sought herein, any transfer made pursuant to the Court's Order is not intended and should not be construed as an admission as to the validity of any particular claim or a waiver of the Wind-Down Debtors' rights to subsequently dispute such claim.

10.     The objection to each Disputed Claim addressed in the Objection and as set forth on **Schedule 1** attached hereto constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim that is the subject of the Objection and this Order. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter that involves such claimant and shall not stay the applicability and/or finality of this Order with respect to any other contested matters addressed in the Objection and this Order.

11.     The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Objection or is otherwise waived.

12.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

## Schedule 1

**Disputed Claims**

Debtor: BlockFi Inc et al.
Relevant Case Numbers: BlockFi Inc. 22-19361; BlockFi Lending LLC 22-19365; BlockFi Wallet LLC 22-19366; BlockFi International Ltd. 22-19368
Tenth Omnibus Objection

**Legend: Basis for Objection**

| | | |
|---|---|---|
| BR-NI | Claimant is not identifiable as a customer or counterparty of BlockFi | TOU | Claim includes amounts in violation of Terms of Use, including fraud or disabled account |
| BR-A | Inconsistent with Books and Records - Incorrect Crypto Amount, Correct Dollar Amount | IC | Claims are classified incorrectly or improperly |
| BR-B | Inconsistent with Books and Records - Incorrect Dollar Amount, Correct Crypto Amount | ID | Claims fail to specify the basis for claim or provide sufficient documentation |
| BR-C | Inconsistent with Books and Records - Incorrect Dollar and Crypto Amount | NL | Seeks recovery for amounts for which the Debtors are not liable |
| UL | Claims fail to specify the asserted claim amount or list 'unliquidated' | NDF | Non-debtor has satisfied the claim in full |
| AMD | Claim amended by subsequently filed proof of claim | L | Late filed claim after bar date |
| DUP | Duplicative claim | O | Other; see Notes for more information |

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection | Surviving Claim No. | Estate - Debtor Entity | Estate - Surviving Claim Amount | Wallet - Debtor Entity | Wallet Coins - Surviving Claim Amount[1] | Notes | Action[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15264 | *Redacted* | 3/28/2023 | BlockFi Wallet LLC | $0.00 | BR-C | N/A | N/A | N/A | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 17469 | *Redacted* | 3/30/2023 | BlockFi Inc. and BlockFi Lending LLC | $0.00 | BR-C, IC | 17469 | BlockFi Lending LLC | $5,291,436.87 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 1304 | *Redacted* | 1/12/2023 | BlockFi Investment Products LLC | $9,790.75 | BR-C, IC, ID | 1304 | BlockFi Inc. | $9,525.65 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 2594 | *Redacted* | 2/3/2023 | BlockFi Investment Products LLC | $24,500.00 | BR-C, IC | 2594 | BlockFi International Ltd | 16877.06 | N/A | N/A | | Modify |
| 884 | *Redacted* | 12/29/2022 | BlockFi Trading LLC | $75.00 | BR-C, IC, ID | 884 | BlockFi Inc. | $82.47 | BlockFi Wallet LLC | N/A | | Modify |
| 17782 | *Redacted* | 2/13/2023 | BlockFi Trading LLC | $388.24 | BR-C, IC | 17782 | BlockFi Inc. | $71.38 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 2334 | *Redacted* | 1/29/2023 | BlockFi Ventures LLC | $4,936.93 | BR-C, DUP, IC | 31970 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2356 | *Redacted* | 1/29/2023 | BlockFi Inc. | $4,936.93 | BR-C, DUP, IC | 31970 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2322 | *Redacted* | 1/29/2023 | BlockFi Inc. | $4,936.93 | AMD | 31970 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2352 | *Redacted* | 1/29/2023 | BlockFi Services, Inc. | $4,936.93 | BR-C, DUP, IC | 31970 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2358 | *Redacted* | 1/29/2023 | BlockFi Wallet LLC | $4,936.93 | AMD | 31970 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2367 | *Redacted* | 1/29/2023 | BlockFi Inc. | $4,936.93 | BR-C, DUP | 31970 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 3340 | *Redacted* | 2/5/2023 | BlockFi Wallet LLC | $3,874.43 | BR-B, DUP, IC | 31970 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 5912 | *Redacted* | 2/5/2023 | BlockFi Inc. | $3,874.43 | BR-C, DUP | 31970 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 7182 | *Redacted* | 2/17/2023 | BlockFi Wallet LLC | - | BR-C, DUP, IC | 31970 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 31970 | *Redacted* | 2/8/2023 | BlockFi Inc. | $3,874.43 | BR-B | 31970 | BlockFi Inc. | $3,869.70 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |

[1] Claims that did not assert Wallet as part of their proof of claim may still have Wallet balances but may be listed as "N/A" to this particular claim.

[2] Claims that the Debtors are seeking to modify are subject to future objection.

**Legend: Basis for Objection**

| | |
|---|---|
| BR-NI | Claimant is not identifiable as a customer or counterparty of BlockFi. |
| BR-A | Inconsistent with Books and Records - Incorrect Crypto Amount, Correct Dollar Amount |
| BR-B | Inconsistent with Books and Records - Incorrect Dollar Amount, Correct Crypto Amount |
| BR-C | Inconsistent with Books and Records - Incorrect Dollar and Crypto Amount |
| UL | Claims fail to specify the asserted claim amount or list 'unliquidated' |
| AMD | Claim amended by subsequently filed proof of claim |
| DUP | Duplicative claim |

| | |
|---|---|
| TOU | Claim includes amounts in violation of Terms of Use, including fraud or disabled account |
| IC | Claims are classified incorrectly or improperly |
| ID | Claims fail to specify the basis for claim or provide sufficient documentation |
| NL | Seeks recovery for amounts for which the Debtors are not liable |
| NDF | Non-debtor has satisfied the claim in full |
| L | Late filed claim after bar date |
| O | Other; see Notes for more information |

| Proof of Claim No. | Filed Claim | | | | Basis for Objection | Surviving Claim No. | Estate - Debtor Entity | Estate - Surviving Claim Amount | Surviving Claim | | Notes | Action[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | | | | | Wallet - Debtor Entity | Wallet Coins - Surviving Claim | | |
| 9496 | Redacted | 3/5/2023 | BlockFi Investment Products LLC | $5,000.00 | BR-B, IC | 9423 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 9423 | Redacted | 3/5/2023 | BlockFi Inc. | $400.78 | BR-B, IC | 9423 | BlockFi Inc. | $3,656.71 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 3140 | Redacted | 2/16/2023 | BlockFi Trading LLC | $1,100.00 | BR-C, IC, ID | N/A | N/A | N/A | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | Claim for BlockFi Wallet balance | Expunge |
| 2788 | Redacted | 2/7/2023 | BlockFi Ventures LLC | $25,455.68 | BR-C, DUP, IC | 2826 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 2801 | Redacted | 2/7/2023 | BlockFi Lending LLC | $25,455.68 | BR-C, DUP, IC | 2826 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 2804 | Redacted | 2/7/2023 | BlockFi Wallet LLC | $25,455.68 | BR-C, DUP, IC | 2826 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 2807 | Redacted | 2/7/2023 | BlockFi International Ltd. | $25,455.68 | BR-C, DUP, IC | 2826 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 2811 | Redacted | 2/7/2023 | BlockFi Investment Products LLC | $25,455.68 | BR-C, DUP, IC | 2826 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 2814 | Redacted | 2/7/2023 | BlockFi Lending II LLC | $25,455.68 | BR-C, DUP, IC | 2826 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 2826 | Redacted | 2/7/2023 | BlockFi Inc. | $25,455.68 | BR-C, IC | 2826 | BlockFi Inc. | $17,841.71 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 2842 | Redacted | 2/7/2023 | BlockFi Trading LLC | $25,455.68 | BR-C, DUP, IC | 2826 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 2846 | Redacted | 2/7/2023 | BlockFi Services, Inc. | $25,455.68 | BR-C, DUP, IC | 2826 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 1546 | Redacted | 1/12/2023 | BlockFi Inc. | $21,100.00 | AMD | N/A | N/A | N/A | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | Amended by claim #32234 | Expunge |
| 1548 | Redacted | 1/12/2023 | BlockFi Trading LLC | $21,100.00 | BR-C, IC | 32234 | BlockFi Inc. | $14,211.47 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 1573 | Redacted | 1/12/2023 | BlockFi Wallet LLC | $21,100.00 | AMD | N/A | N/A | N/A | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | Amended by claim #32209 | Expunge |
| 32209 | Redacted | 6/12/2023 | BlockFi Wallet LLC | $6,712.26 | BR-C | N/A | N/A | N/A | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 32234 | Redacted | 6/12/2023 | BlockFi Inc. | $15,358.15 | BR-C | 32234 | BlockFi Inc. | 14211.47 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 2524 | Redacted | 2/1/2023 | BlockFi Investment Products LLC | $51,654.34 | BR-C, IC, ID | 2524 | BlockFi Inc. | $51,712.17 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |

[1] Claims that did not assert Wallet as part of their proof of claim may still have Wallet balances but may be listed as "N/A" to this particular claim.

[2] Claims that the Debtors are seeking to modify are subject to future objection.

**Legend: Basis for Objection**

| | |
|---|---|
| BR-NI | Claimant is not identifiable as a customer or counterparty of BlockFi. |
| BR-A | Inconsistent with Books and Records – Incorrect Crypto Amount, Correct Dollar Amount |
| BR-B | Inconsistent with Books and Records – Incorrect Dollar Amount, Correct Crypto Amount |
| BR-C | Inconsistent with Books and Records – Incorrect Dollar and Crypto Amount |
| UL | Claims fail to specify the asserted claim amount or list "unliquidated" |
| AMD | Claim amended by subsequently filed proof of claim |
| DUP | Duplicative claim |

| | |
|---|---|
| TOU | Claim includes amounts in violation of Terms of Use, including fraud or disabled account |
| IC | Claims are classified incorrectly or improperly |
| ID | Claims fail to specify the basis for claim or provide sufficient documentation |
| NL | Seeks recovery for amounts for which the Debtors are not liable |
| NDF | Non-debtor has satisfied the claim in full |
| L | Late filed claim after bar date |
| O | Other; see Notes for more information |

| Filed Claim | | | | | | Surviving Claim | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection | Surviving Claim No. | Estate – Debtor Entity | Estate – Surviving Claim Amount | Wallet – Debtor Entity | Wallet Coins – Surviving Claim Amount | Notes | Action[2] |
| 1239 | Redacted | 1/19/2023 | BlockFi Services, Inc. | $30,131.26 | BR-C, DUP, IC | 1442 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 1241 | Redacted | 1/19/2023 | BlockFi Investment Products LLC | $30,131.26 | BR-C, DUP, IC | 1442 | BlockFi Inc. | 0 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 1407 | Redacted | 1/19/2023 | BlockFi Lending II LLC | $30,131.26 | BR-C, DUP, IC | 1442 | BlockFi Inc. | 0 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 1408 | Redacted | 1/19/2023 | BlockFi Wallet LLC | $30,131.26 | BR-C, DUP, IC | 1442 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 1409 | Redacted | 1/19/2023 | BlockFi Lending LLC | $30,131.26 | BR-C, DUP, IC | 1442 | BlockFi Inc. | 0 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 1416 | Redacted | 1/19/2023 | BlockFi Ventures LLC | $30,131.26 | BR-C, DUP, IC | 1442 | BlockFi Inc. | 0 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 1421 | Redacted | 1/19/2023 | BlockFi Trading LLC | $30,131.26 | BR-C, DUP, IC | 1442 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 1424 | Redacted | 1/19/2023 | BlockFi International Ltd. | $30,131.26 | BR-C, DUP, IC | 1442 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 1442 | Redacted | 1/19/2023 | BlockFi Inc. | $30,131.26 | BR-C | 1442 | BlockFi Inc. | $31,256.11 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 80 | Redacted | 1/25/2022 | BlockFi Investment Products LLC | $4,852.00 | BR-B, IC | 80 | BlockFi Inc. | 4837.5 | N/A | N/A | | Modify |
| 9729 | Redacted | 3/17/2023 | BlockFi Trading LLC | $160.41 | BR-B, IC | 9729 | BlockFi Inc. | 155.36 | N/A | N/A | | Modify |
| 2726 | Redacted | 2/6/2023 | BlockFi Trading LLC | $56,049.28 | IC | 2726 | BlockFi International Ltd | 56049.28 | N/A | N/A | | Modify |
| 828 | Redacted | 12/28/2022 | BlockFi Trading LLC | $22,610.55 | BR-C, DUP, IC, ID | 1451 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 1451 | Redacted | 1/18/2023 | BlockFi Inc. | $22,610.55 | BR-C, ID | 1451 | BlockFi Inc. | $21,750.62 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 10678 | Redacted | 3/6/2023 | BlockFi Inc. | $39.14 | BR-C, ID | 1451 | BlockFi Inc. | 0 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2006 | Redacted | 1/16/2023 | BlockFi Trading LLC | $10,700.00 | BR-C, IC | N/A | N/A | N/A | BlockFi Wallet LLC | | Claim for BlockFi Wallet balance | Expunge |
| 2511 | Redacted | 2/1/2023 | BlockFi Trading LLC | $40,240.00 | BR-C, IC, ID | 2511 | BlockFi International Ltd | $15,765.73 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 3024 | Redacted | 2/14/2023 | BlockFi Trading LLC | $40.00 | BR-C, IC, ID | 3024 | BlockFi Inc. | $21.98 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |

[1] Claims that did not assert Wallet balances as part of their proof of claim may still have Wallet balances but may be listed as "N/A" to this particular claim.

[2] Claims that the Debtors are seeking to modify are subject to future objection.

**Legend: Basis for Objection**

| | |
|---|---|
| BR-NI | Claimant is not identifiable as a customer or counterparty of BlockFi |
| BR-A | Inconsistent with Books and Records - Incorrect Crypto Amount, Correct Dollar Amount |
| BR-B | Inconsistent with Books and Records - Incorrect Dollar Amount, Correct Crypto Amount |
| BR-C | Inconsistent with Books and Records - Incorrect Dollar and Crypto Amount |
| UL | Claims fail to specify the asserted claim amount or list "unliquidated" |
| AMD | Claim amended by subsequently filed proof of claim |
| DUP | Duplicative claim |

| | |
|---|---|
| TOU | Claim includes amounts in violation of Terms of Use, including fraud or disabled account |
| IC | Claims are classified incorrectly or improperly |
| ID | Claims fail to specify the basis for claim or provide sufficient documentation |
| NL | Seeks recovery for amounts for which the Debtors are not liable |
| NDF | Non-debtor has satisfied the claim in full |
| L | Late filed claim after bar date |
| O | Other; see Notes for more information |

| Proof of Claim No. | Filed Claim | | | | | Surviving Claim | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection | Surviving Claim No. | Estate - Debtor Entity | Estate - Surviving Claim Amount | Wallet - Debtor Entity | Wallet Coins - Surviving Claim | Notes | Action[2] |
| 1691 | Redacted | 1/14/2023 | BlockFi Investment Products LLC | $11,216.45 | BR-C, IC | 1691 | BlockFi International Ltd | $8,795.34 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 3137 | Redacted | 2/17/2023 | BlockFi Investment Products LLC | $45.00 | BR-C, IC | 3137 | BlockFi International Ltd | $16.77 | N/A | N/A | | Modify |
| 2020 | Redacted | 1/16/2023 | BlockFi Trading LLC | $510.00 | BR-C, IC | 2020 | BlockFi International Ltd | $382.72 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 2005 | Redacted | 1/16/2023 | BlockFi Investment Products LLC | $1,868.76 | BR-C, IC | 2005 | BlockFi Inc. | $1,867.97 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 1174 | Redacted | 1/9/2023 | BlockFi Investment Products LLC | $7,500.00 | BR-B, IC | 1174 | BlockFi Inc. | $6,554.11 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 979 | Redacted | 1/3/2023 | BlockFi Trading LLC | $386.26 | BR-C, IC | N/A | N/A | N/A | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | Claim for BlockFi Wallet balance | Expunge |
| 982 | Redacted | 1/3/2023 | BlockFi Inc. | $90,964.48 | BR-B | 982 | BlockFi Inc. | $69,643.10 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 1954 | Redacted | 1/20/2023 | BlockFi Trading LLC | $10,000.00 | BR-C, IC | 1954 | BlockFi Inc. | $6,981.64 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 526 | Redacted | 12/19/2022 | BlockFi Trading LLC | $293.46 | IC | 526 | BlockFi Inc. | $293.55 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 485 | Redacted | 12/19/2022 | BlockFi Wallet LLC | $153,390.77 | BR-B | N/A | N/A | N/A | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | Claim for BlockFi Wallet balance | Expunge |
| 10537 | Redacted | 3/22/2023 | BlockFi Trading LLC | $160.01 | BR-C, IC | 10481 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | Claim for BlockFi Wallet balance | Expunge |
| 10481 | Redacted | 3/22/2023 | BlockFi Inc. | $70.90 | BR-A | 10481 | BlockFi Inc. | $73.72 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 1619 | Redacted | 1/14/2023 | BlockFi Lending LLC | $50,830.00 | BR-C, DUP, IC | 5116 | BlockFi International Ltd | 0 | N/A | N/A | | Expunge |
| 1621 | Redacted | 1/14/2023 | BlockFi Services, Inc. | $50,830.00 | BR-C, DUP, IC | 5116 | BlockFi International Ltd | $0.00 | N/A | N/A | | Expunge |
| 1622 | Redacted | 1/14/2023 | BlockFi Inc. | $50,840.00 | BR-C, DUP, IC | 5116 | BlockFi International Ltd | 0 | N/A | N/A | | Expunge |
| 1623 | Redacted | 1/14/2023 | BlockFi International Ltd. | $50,830.00 | BR-C, DUP, IC | 5116 | BlockFi International Ltd | $0.00 | N/A | N/A | | Expunge |
| 1624 | Redacted | 1/14/2023 | BlockFi Wallet LLC | $50,830.00 | BR-C, DUP, IC | 5116 | BlockFi International Ltd | $0.00 | N/A | N/A | | Expunge |
| 1629 | Redacted | 1/14/2023 | BlockFi Trading LLC | $50,830.00 | BR-C, DUP, IC | 5116 | BlockFi International Ltd | $0.00 | N/A | N/A | | Expunge |
| 1631 | Redacted | 1/14/2023 | BlockFi Ventures LLC | $50,830.00 | BR-C, DUP, IC | 5116 | BlockFi International Ltd | $0.00 | N/A | N/A | | Expunge |
| 1664 | Redacted | 1/14/2023 | BlockFi Investment Products LLC | $50,830.00 | BR-C, DUP, IC | 5116 | BlockFi International Ltd | $0.00 | N/A | N/A | | Expunge |

[1] Claims that did not assert Wallet as part of their proof of claim may still have Wallet balances but may be listed as "N/A" to this particular claim.

[2] Claims that the Debtors are seeking to modify are subject to future objection.

**Legend: Basis for Objection**

| | |
|---|---|
| BR-NI | Claimant is not identifiable as a customer or counterparty of BlockFi |
| BR-A | Inconsistent with Books and Records – Incorrect Crypto Amount, Correct Dollar Amount |
| BR-B | Inconsistent with Books and Records – Incorrect Dollar Amount, Correct Crypto Amount |
| BR-C | Inconsistent with Books and Records – Incorrect Dollar and Crypto Amount |
| UL | Claims fail to specify the asserted claim amount or list "unliquidated" |
| AMD | Claim amended by subsequently filed proof of claim |
| DUP | Duplicative claim |

| | |
|---|---|
| TOU | Claim includes amounts in violation of Terms of Use, including fraud or disabled account |
| IC | Claims are classified incorrectly or improperly |
| ID | Claims fail to specify the basis for claim or provide sufficient documentation |
| NL | Seeks recovery for amounts for which the Debtors are not liable |
| NDF | Non-debtor has satisfied the claim in full |
| L | Late filed claim after bar date |
| O | Other; see Notes for more information |

| Proof of Claim No. | Claimant Name | Date Filed | Filed Claim — Filed Debtor Entity | Asserted Claim Amount | Basis for Objection | Surviving Claim No. | Estate - Debtor Entity | Estate - Surviving Claim Amount | Surviving Claim — Wallet - Debtor Entity | Surviving Claim — Wallet Coins - Surviving Claim Amount | Notes | Action[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1712 | Redacted | 1/14/2023 | BlockFi Lending II LLC | $50,830.00 | BR-C, DUP, IC | 5116 | BlockFi International Ltd | $0.00 | N/A | N/A | | Expunge |
| 5116 | Redacted | 2/13/2023 | BlockFi International Ltd. | $50,856.80 | BR-C, IC | 5116 | BlockFi International Ltd | $50,856.80 | N/A | N/A | Claimant asserting amounts for Wallet on Wallet Account Holder form, but all funds are in BIA; objecting to clarify estate portion of claim | Modify |
| 3131 | Redacted | 2/16/2023 | BlockFi Investment Products LLC | $27,451.50 | BR-C, IC, ID | 3131 | BlockFi Inc. | $23,481.69 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 26800 | Redacted | 3/27/2023 | BlockFi Lending II LLC | $21.58 | DUP, BR-C, IC, ID | 13879 | BlockFi International Ltd | $0.00 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 13879 | Redacted | 3/27/2023 | BlockFi International Ltd. | $21.58 | BR-C, ID | 13879 | BlockFi International Ltd | $21.63 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 1596 | Redacted | 1/13/2023 | BlockFi Investment Products LLC | $728.65 | BR-B, IC | 1596 | BlockFi International Ltd | $728.50 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 1604 | Redacted | 1/13/2023 | BlockFi Wallet LLC | $3,543.01 | BR-B, IC | N/A | N/A | N/A | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 27434 | Redacted | 3/26/2023 | BlockFi Trading LLC | – | BR-B, IC, ID | N/A | N/A | N/A | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | Wallet balance claim for International client account | Modify |
| 22850 | Redacted | 3/23/2023 | BlockFi Trading LLC | – | BR-B, IC, ID | 22850 | BlockFi International Ltd | $750.02 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 1364 | Redacted | 1/17/2023 | BlockFi Investment Products LLC | $1,085.79 | AMD | 20000 | BlockFi International Ltd | $0.00 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 20000 | Redacted | 2/27/2023 | Multiple Debtors Asserted | $1,110.93 | BR-B, IC, ID | 20000 | BlockFi International Ltd | $1,080.73 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 1876 | Redacted | 1/25/2023 | BlockFi Trading LLC | $1,437.74 | BR-B, DUP, IC | 1880 | BlockFi International Ltd | $0.00 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 1881 | Redacted | 1/25/2023 | BlockFi Investment Products LLC | $1,437.74 | BR-B, DUP, IC | 1880 | BlockFi International Ltd | $0.00 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 1896 | Redacted | 1/25/2023 | BlockFi Lending II LLC | $1,437.74 | BR-B, DUP, IC | 1880 | BlockFi International Ltd | $0.00 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 1620 | Redacted | 1/12/2023 | BlockFi Inc. | $1,437.74 | AMD | 1880 | BlockFi International Ltd | $0.00 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 1835 | Redacted | 1/25/2023 | BlockFi Inc. | $1,437.74 | BR-B, DUP, IC | 1880 | BlockFi International Ltd | $0.00 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | Amended by claim #1835 | Expunge |
| 1877 | Redacted | 1/25/2023 | BlockFi Lending LLC | $1,437.74 | BR-B, DUP, IC | 1880 | BlockFi International Ltd | $0.00 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |

[1] Claims that did not assert Wallet as part of their proof of claim may still have Wallet balances but may be listed as "N/A" to this particular claim.

[2] Claims that the Debtors are seeking to modify are subject to future objection.

**Legend: Basis for Objection**

| | |
|---|---|
| BR-NI | Claimant is not identifiable as a customer or counterparty of BlockFi. |
| BR-A | Inconsistent with Books and Records - Incorrect Crypto Amount, Correct Dollar Amount |
| BR-B | Inconsistent with Books and Records - Incorrect Dollar Amount, Correct Crypto Amount |
| BR-C | Inconsistent with Books and Records - Incorrect Dollar and Crypto Amount |
| UL | Claims fail to specify the asserted claim amount or list "unliquidated" |
| AMD | Claim amended by subsequently filed proof of claim |
| DUP | Duplicative claim |

| | |
|---|---|
| TOU | Claim includes amounts in violation of Terms of Use, including fraud or disabled account |
| IC | Claims are classified incorrectly or improperly |
| ID | Claims fail to specify the basis for claim or provide sufficient documentation |
| NL | Seeks recovery for amounts for which the Debtors are not liable |
| NDF | Non-debtor has satisfied the claim in full |
| L | Late filed claim after bar date |
| O | Other; see Notes for more information |

| | | Filed Claim | | | | | Surviving Claim | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection | Surviving Claim No. | Estate - Debtor Entity | Estate - Surviving Claim Amount | Wallet - Debtor Entity | Wallet Coins - Surviving Claim | Notes | Action[2] |
| 1880 | Redacted | 1/25/2023 | BlockFi International Ltd. | $1,437.74 | BR-B | 1880 | BlockFi International Ltd | $1,203.65 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 1883 | Redacted | 1/25/2023 | BlockFi Wallet LLC | $1,437.74 | BR-B, DUP, IC | 1880 | BlockFi International Ltd | $0.00 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 2332 | Redacted | 1/27/2023 | BlockFi Investment Products LLC | $6,256.11 | BR-B, IC | 2332 | BlockFi Inc. | $4,349.60 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 2987 | Redacted | 2/12/2023 | BlockFi Investment Products LLC | $2,445.58 | BR-C, IC | 2987 | BlockFi Inc. | $2,409.68 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 2957 | Redacted | 2/12/2023 | BlockFi Inc. | $2,445.56 | AMD | 2987 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 2052 | Redacted | 1/17/2023 | BlockFi Wallet LLC | $13,215.26 | BR-B | N/A | N/A | N/A | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | Claim for BlockFi Wallet balance | Expunge |
| 1910 | Redacted | 1/17/2023 | BlockFi Investment Products LLC | $23,762.79 | BR-C, IC | 1910 | BlockFi Inc. | $17,734.68 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 2368 | Redacted | 1/30/2023 | BlockFi Trading LLC | $903.14 | BR-C, IC | 2368 | BlockFi Inc. | $799.49 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 189 | Redacted | 12/6/2022 | BlockFi Wallet LLC | $51,986.94 | BR-C | 215 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 215 | Redacted | 12/7/2022 | BlockFi Inc. | $68,024.82 | BR-B | 215 | BlockFi Inc. | $66,154.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 223 | Redacted | 12/6/2022 | BlockFi Investment Products LLC | $15,971.44 | BR-B, IC | 215 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 1995 | Redacted | 1/25/2023 | BlockFi Trading LLC | $2,406.30 | IC | 1995 | BlockFi International Ltd | $2,406.29 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 1741 | Redacted | 1/15/2023 | BlockFi Investment Products LLC | $108.87 | BR-C, IC | 1741 | BlockFi Inc. | $108.82 | N/A | N/A | | Modify |
| 1525 | Redacted | 1/13/2023 | BlockFi Trading LLC | $1,125.32 | BR-C, IC, ID | 1525 | BlockFi Inc. | $921.33 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 1694 | Redacted | 1/13/2023 | BlockFi Wallet LLC | $1,002.01 | BR-C, ID | 1525 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 10603 | Redacted | 3/21/2023 | BlockFi Investment Products LLC | $8,000.00 | BR-C, IC, ID | 10603 | BlockFi Inc. | $2,651.95 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 1551 | Redacted | 1/11/2023 | BlockFi Investment Products LLC | $6,731.38 | BR-C, IC | 1551 | BlockFi Inc. | $5,909.44 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 1531 | Redacted | 1/11/2023 | BlockFi Wallet LLC | $78.32 | BR-B | N/A | N/A | N/A | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | Claim for BlockFi Wallet balance | Expunge |

[1] Claims that did not assert Wallet as part of their proof of claim may still have Wallet balances but may be listed as "N/A" to this particular claim.

[2] Claims that the Debtors are seeking to modify are subject to future objection.

**Legend: Basis for Objection**

| | |
|---|---|
| BR-NI | Claimant is not identifiable as a customer or counterparty of BlockFi |
| BR-A | Inconsistent with Books and Records - Incorrect Crypto Amount, Correct Dollar Amount |
| BR-B | Inconsistent with Books and Records - Incorrect Dollar Amount, Correct Crypto Amount |
| BR-C | Inconsistent with Books and Records - Incorrect Dollar and Crypto Amount |
| U/L | Claims fail to specify the asserted claim amount or list "unliquidated" |
| AMD | Claim amended by subsequently filed proof of claim |
| DUP | Duplicative claim |

| | |
|---|---|
| TOU | Claim includes amounts in violation of Terms of Use, including fraud or disallowed account |
| IC | Claims are classified incorrectly or improperly |
| ID | Claims fail to specify the basis for claim or provide sufficient documentation |
| NL | Seeks recovery for amounts for which the Debtors are not liable |
| NDF | Non-debtor has satisfied the claim in full |
| L | Late Filed claim after bar date |
| O | Other; see Notes for more information |

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection | Surviving Claim No. | Estate - Debtor Entity | Estate - Surviving Claim Amount | Wallet - Debtor Entity | Wallet Coins - Surviving Claim Amount | Notes | Action[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3867 | Redacted | 3/3/2023 | BlockFi Investment Products LLC | $4,509.00 | BR-C, IC, ID | 3867 | BlockFi International Ltd | $4,340.21 | N/A | N/A | | Modify |
| 1932 | Redacted | 1/26/2023 | BlockFi Trading LLC | $12,600.00 | BR-C, IC | 1932 | BlockFi Inc. | $4,356.25 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 2125 | Redacted | 1/18/2023 | BlockFi Investment Products LLC | $10,776.00 | BR-B, DUP, IC | 2148 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2148 | Redacted | 1/18/2023 | BlockFi Inc. | $10,776.00 | BR-B | 2148 | BlockFi Inc. | $8,154.50 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 13452 | Redacted | 3/27/2023 | BlockFi Lending LLC | - | BR-B, IC | 13452 | BlockFi Lending LLC | $240,323.68 | N/A | N/A | | Modify |
| 1532 | Redacted | 1/11/2023 | BlockFi Trading LLC | $100,000.00 | BR-C, IC | 13525 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | See accepted Claim #13525 for surviving claim amount | Expunge |
| 26478 | Redacted | 3/22/2023 | BlockFi Wallet LLC | $55,830.22 | BR-B, IC | 13525 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | See accepted Claim #13525 for surviving claim amount | Expunge |
| 1767 | Redacted | 1/23/2023 | BlockFi Trading LLC | $16,671.94 | BR-B, IC | 1767 | BlockFi Inc. | $16,200.25 | N/A | N/A | | Modify |
| 2988 | Redacted | 2/9/2023 | BlockFi Investment Products LLC | $1,898.21 | BR-C, IC, ID | 2988 | BlockFi International Ltd | $1,309.83 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 1983 | Redacted | 1/18/2023 | BlockFi Trading LLC | $15,812.04 | BR-A, IC | 1983 | BlockFi International Ltd | $15,812.04 | N/A | N/A | | Modify |
| 5539 | Redacted | 2/14/2023 | BlockFi Trading LLC | $28.00 | BR-B, IC, ID | 5539 | BlockFi International Ltd | $25.41 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 2821 | Redacted | 2/7/2023 | BlockFi Investment Products LLC | $3,658.31 | BR-C, DUP, IC | 2831 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2822 | Redacted | 2/7/2023 | BlockFi Wallet LLC | $3,658.31 | BR-C, DUP | 2831 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2831 | Redacted | 2/7/2023 | BlockFi Inc. | $3,658.31 | BR-C | 2831 | BlockFi Inc. | $926.09 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 32119 | Redacted | 6/9/2023 | BlockFi Wallet LLC | - | L | N/A | N/A | N/A | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 16822 | Redacted | 3/15/2023 | BlockFi Investment Products LLC | $9,494.00 | BR-B, IC | 16822 | BlockFi International Ltd | $7,460.50 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 2053 | Redacted | 1/17/2023 | BlockFi Investment Products LLC | $6,857.02 | BR-B, DUP, IC | 1949 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 1949 | Redacted | 1/17/2023 | BlockFi Inc. | $6,864.64 | BR-B | 1949 | BlockFi Inc. | $5,240.21 | N/A | N/A | | Modify |
| 1292 | Redacted | 1/13/2023 | BlockFi Trading LLC | $12,957.06 | BR-C, IC | 1292 | BlockFi Inc. | $11,966.49 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |

[1] Claims that did not assert Wallet as part of their proof of claim may still have Wallet balances but may be listed as "N/A" to this particular claim.

[2] Claims that the Debtors are seeking to modify are subject to future objection.

**Legend: Basis for Objection**

| | |
|---|---|
| BR-NI | Claimant is not identifiable as a customer or counterparty of BlockFi |
| BR-A | Inconsistent with Books and Records – Incorrect Crypto Amount, Correct Dollar Amount |
| BR-B | Inconsistent with Books and Records – Incorrect Dollar Amount, Correct Crypto Amount |
| BR-C | Inconsistent with Books and Records – Incorrect Dollar and Crypto Amount |
| UL | Claims fail to specify the asserted claim amount or list "unliquidated" |
| AMD | Claim amended by subsequently filed proof of claim |
| DUP | Duplicative claim |

| | |
|---|---|
| TOU | Claim includes amounts in violation of Terms of Use, including fraud or disabled account |
| IC | Claims are classified incorrectly or improperly |
| ID | Claims fail to specify the basis for claim or provide sufficient documentation |
| NL | Seeks recovery for amounts for which the Debtors are not liable |
| NDF | Non-debtor has satisfied the claim in full |
| L | Late filed claim after bar date |
| O | Other; see Notes for more information |

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection | Surviving Claim No. | Estate – Debtor Entity | Estate – Surviving Claim Amount | Wallet – Debtor Entity[1] | Wallet Coins – Surviving Claim Amount | Notes | Action[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 619 | *Redacted* | 12/21/2022 | BlockFi Trading LLC | $41,392.00 | BR-B, IC | 619 | BlockFi Inc. | $40,651.21 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 2201 | *Redacted* | 1/24/2023 | BlockFi Investment Products LLC | $8,906.52 | BR-C, IC, ID | 2201 | BlockFi Inc. | $8,592.92 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 1295 | *Redacted* | 1/13/2023 | BlockFi Investment Products LLC | $11,535.45 | BR-B, DUP | 1295 | BlockFi Inc. | $0.00 | N/A | N/A | | Expunge |
| 1322 | *Redacted* | 1/13/2023 | BlockFi International Ltd. | $11,535.45 | BR-B, DUP | 1295 | BlockFi Inc. | $0.00 | N/A | N/A | | Expunge |
| 1352 | *Redacted* | 1/13/2023 | BlockFi Inc. | $11,535.45 | BR-B | 1295 | BlockFi Inc. | $11,522.20 | N/A | N/A | | Modify |
| 1362 | *Redacted* | 1/13/2023 | BlockFi Wallet LLC | $11,535.45 | BR-B, DUP | 1295 | BlockFi Inc. | $0.00 | N/A | N/A | | Expunge |
| 1374 | *Redacted* | 1/13/2023 | BlockFi Trading LLC | $11,535.45 | BR-B, DUP | 1295 | BlockFi Inc. | $0.00 | N/A | N/A | | Expunge |
| 1375 | *Redacted* | 1/13/2023 | BlockFi Lending II LLC | $11,535.45 | BR-B, DUP | 1295 | BlockFi Inc. | $0.00 | N/A | N/A | | Expunge |
| 1376 | *Redacted* | 1/13/2023 | BlockFi Lending LLC | $11,535.45 | BR-B, DUP | 1295 | BlockFi Inc. | $0.00 | N/A | N/A | | Expunge |
| 1377 | *Redacted* | 1/13/2023 | BlockFi Services, Inc. | $11,535.45 | BR-B, DUP | 1295 | BlockFi Inc. | $0.00 | N/A | N/A | | Expunge |
| 1429 | *Redacted* | 1/13/2023 | BlockFi Ventures LLC | $11,535.45 | BR-B, DUP | 1295 | BlockFi Inc. | $0.00 | N/A | N/A | | Expunge |
| 1155 | *Redacted* | 1/9/2023 | BlockFi Investment Products LLC | $3,874.83 | BR-B, IC | 1155 | BlockFi International Ltd | $3,679.41 | N/A | N/A | | Modify |
| 1871 | *Redacted* | 1/18/2023 | BlockFi Investment Products LLC | $1,285.00 | BR-B, DUP, IC | 1982 | BlockFi Inc. | $0.00 | N/A | N/A | | Expunge |
| 1982 | *Redacted* | 1/18/2023 | BlockFi Inc. | $1,285.00 | BR-B | 1982 | BlockFi Inc. | $1,262.50 | N/A | N/A | | Modify |
| 1845 | *Redacted* | 1/24/2023 | BlockFi Inc. | $22,000.00 | AMD | 2258 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | N/A | | Expunge |
| 2258 | *Redacted* | 1/28/2023 | BlockFi Inc. | $150,218.00 | BR-C, ID | 2258 | BlockFi Inc. | $15,832.53 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 2956 | *Redacted* | 2/11/2023 | BlockFi Investment Products LLC | $22,107.00 | BR-C, IC, ID | 2258 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 6034 | *Redacted* | 3/9/2023 | BlockFi Lending II LLC | $266.09 | BR-C, ID | 6034 | BlockFi Inc. | $0.01 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 10099 | *Redacted* | 3/9/2023 | BlockFi Wallet LLC | $81.03 | BR-C | N/A | N/A | N/A | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | Claim for BlockFi Wallet balance | Expunge |
| 1306 | *Redacted* | 1/12/2023 | BlockFi Investment Products LLC | $63,263.53 | BR-C, IC | 1306 | BlockFi International Ltd | $60,917.61 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 7366 | *Redacted* | 2/18/2023 | BlockFi Investment Products LLC | - | BR-C, IC | 7366 | BlockFi Inc. | $1.99 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |

[1] Claims that did not assert Wallet as part of their proof of claim may still have Wallet balances but may be listed as "N/A" to this particular claim.

[2] Claims that the Debtors are seeking to modify are subject to future objection.

**Legend: Basis for Objection**

| | |
|---|---|
| BR-NI | Claimant is not identifiable as a customer or counterparty of BlockFi |
| BR-A | Inconsistent with Books and Records - Incorrect Crypto Amount, Correct Dollar Amount |
| BR-B | Inconsistent with Books and Records - Incorrect Dollar Amount, Correct Crypto Amount |
| BR-C | Inconsistent with Books and Records - Incorrect Dollar and Crypto Amount |
| UL | Claims fail to specify the asserted claim amount or list "unliquidated" |
| AMD | Claim amended by subsequently filed proof of claim |
| DUP | Duplicative claim |

| | |
|---|---|
| TOU | Claim includes amounts in violation of Terms of Use, including fraud or disabled account |
| IC | Claims are classified incorrectly or improperly |
| ID | Claims fail to specify the basis for claim or provide sufficient documentation |
| NL | Seeks recovery for amounts for which the Debtors are not liable |
| NDF | Non-debtor has satisfied the claim in full |
| L | Late filed claim after bar date |
| O | Other; see Notes for more information |

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection | Surviving Claim No. | Estate - Debtor Entity | Estate - Surviving Claim Amount | Wallet - Debtor Entity | Wallet Coins - Surviving Claim Amount[1] | Notes | Action[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1351 | Redacted | 1/13/2023 | BlockFi Trading LLC | $3,901.28 | BR-C, IC | 1351 | BlockFi Inc. | $3,599.45 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 748 | Redacted | 12/23/2022 | BlockFi Inc. | $20,433.71 | BR-B | 748 | BlockFi Inc. | $15,995.86 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 796 | Redacted | 12/23/2022 | BlockFi Wallet LLC | $63.07 | IC, ID, NL | N/A | N/A | N/A | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | Claim for Credit Card Reward Points | Expunge |
| 759 | Redacted | 12/23/2022 | BlockFi Investment Products LLC | $20,433.71 | BR-B, DUP, IC | 748 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 1493 | Redacted | 1/11/2023 | BlockFi Trading LLC | $334.42 | BR-C, IC, ID | 1493 | BlockFi Inc. | $292.36 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 2998 | Redacted | 2/10/2023 | BlockFi Trading LLC | $10,529.44 | BR-C, IC | 2998 | BlockFi International Ltd | $10,525.09 | N/A | N/A | | Modify |
| 3035 | Redacted | 2/13/2023 | BlockFi Trading LLC | $44,300.00 | BR-C, IC | 3035 | BlockFi International Ltd | $29,520.71 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 3095 | Redacted | 2/14/2023 | BlockFi Trading LLC | $5,815.00 | BR-C, IC | 3095 | BlockFi Inc. | $5,814.16 | N/A | N/A | | Modify |
| 5719 | Redacted | 3/6/2023 | BlockFi Trading LLC | $5,000.00 | BR-C, IC, ID | 5719 | BlockFi Inc. | $1,179.08 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 2233 | Redacted | 1/19/2023 | BlockFi Investment Products LLC | $7,440.47 | BR-C, IC | 2233 | BlockFi International Ltd | $5,808.32 | N/A | N/A | | Modify |
| 1901 | Redacted | 1/25/2023 | BlockFi Trading LLC | $3,000.34 | BR-C, IC | 1901 | BlockFi Inc. | $2,125.51 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 2213 | Redacted | 1/25/2023 | BlockFi Investment Products LLC | $6,045.54 | BR-C, IC | 2213 | BlockFi Inc. | $6,040.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 14500 | Redacted | 3/29/2023 | BlockFi International Ltd. | $9,025.06 | BR-B, IC | N/A | N/A | N/A | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | Wallet balance claim for International client account | Expunge |
| 15258 | Redacted | 3/29/2023 | BlockFi International Ltd. | $32,220.16 | BR-B | 15258 | BlockFi International Ltd | $32,252.85 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Modify |
| 803 | Redacted | 12/27/2022 | BlockFi Inc. | $12,500.50 | BR-C | 803 | BlockFi Inc. | $12,569.17 | N/A | N/A | | Modify |
| 6352 | Redacted | 3/6/2023 | BlockFi Investment Products LLC | $12,501.08 | BR-C, DUP, IC | 803 | BlockFi Inc. | $0.00 | N/A | N/A | | Expunge |
| 2605 | Redacted | 2/6/2023 | BlockFi Investment Products LLC | $41,000.00 | BR-C, IC, ID | 17201 | BlockFi International Ltd | $0.00 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 2768 | Redacted | 2/7/2023 | BlockFi Wallet LLC | $326.63 | AMD | 2768 | BlockFi International Ltd | N/A | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | | Expunge |
| 4327 | Redacted | 2/13/2023 | BlockFi International Ltd. | $0.00 | BR-C, ID | N/A | N/A | N/A | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/b lockfi/EPOC-Index | Wallet balance claim for International client account | Expunge |

[1] Claims that did not assert Wallet as part of their proof of claim may still have Wallet balances but may be listed as "N/A" to this particular claim.

[2] Claims that the Debtors are seeking to modify are subject to future objection.

**Legend: Basis for Objection**

| | |
|---|---|
| BR-NI | Claimant is not identifiable as a customer or counterparty of BlockFi. |
| BR-A | Inconsistent with Books and Records – Incorrect Crypto Amount, Correct Dollar Amount |
| BR-B | Inconsistent with Books and Records – Incorrect Dollar Amount, Correct Crypto Amount |
| BR-C | Inconsistent with Books and Records – Incorrect Dollar and Crypto Amount |
| U/L | Claims fail to specify the asserted claim amount or list "unliquidated" |
| AMD | Claim amended by subsequently filed proof of claim |
| DUP | Duplicative claim |

| | |
|---|---|
| TOU | Claim includes amounts in violation of Terms of Use, including fraud or disabled account |
| IC | Claims are classified incorrectly or improperly |
| ID | Claims fail to specify the basis for claim or provide sufficient documentation |
| NL | Seeks recovery for amounts for which the Debtors are not liable |
| NDF | Non-debtor has satisfied the claim in full |
| L | Late Filed claim after due date |
| O | Other; see Notes for more information |

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection | Surviving Claim No. | Estate – Debtor Entity | Estate – Surviving Claim Amount | Wallet – Debtor Entity | Wallet Coins – Surviving Claim | Notes | Action[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17201 | Redacted | 2/13/2023 | BlockFi International Ltd. | $0.00 | BR-B, ID | 17201 | BlockFi International Ltd | $29,121.84 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 18368 | Redacted | 2/13/2023 | BlockFi International Ltd. | $0.00 | BR-C, IC, ID | N/A | N/A | N/A | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 28611 | Redacted | 3/5/2023 | BlockFi Trading LLC | $1,305.52 | BR-C, IC, ID | 28611 | BlockFi International Ltd | $1,280.02 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 2649 | Redacted | 2/4/2023 | BlockFi Trading LLC | $8,625.00 | BR-C, DUP, IC | 2672 | BlockFi International Ltd | $0.00 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2661 | Redacted | 2/4/2023 | BlockFi Lending II LLC | $8,625.00 | BR-C, DUP, IC | 2672 | BlockFi International Ltd | $0.00 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2673 | Redacted | 2/4/2023 | BlockFi Ventures LLC | $8,625.00 | BR-C, DUP, IC | 2672 | BlockFi International Ltd | $0.00 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2674 | Redacted | 2/4/2023 | BlockFi Investment Products LLC | $8,625.00 | BR-C, DUP, IC | 2672 | BlockFi International Ltd | $0.00 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2600 | Redacted | 2/4/2023 | BlockFi Inc. | $8,625.00 | BR-C, DUP, IC | 2672 | BlockFi International Ltd | $0.00 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2651 | Redacted | 2/4/2023 | BlockFi Lending LLC | $8,625.00 | BR-C, DUP, IC | 2672 | BlockFi International Ltd | $0.00 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2670 | Redacted | 2/4/2023 | BlockFi Wallet LLC | $8,625.00 | BR-C, DUP, IC | 2672 | BlockFi International Ltd | $0.00 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2672 | Redacted | 2/4/2023 | BlockFi International Ltd. | $8,625.00 | BR-C | 2672 | BlockFi International Ltd | $7.23 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 2687 | Redacted | 2/4/2023 | BlockFi Services, Inc. | $8,625.00 | BR-C, DUP, IC | 2672 | BlockFi International Ltd | $0.00 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 8335 | Redacted | 2/20/2023 | BlockFi Investment Products LLC | $121.05 | AMD | 8507 | BlockFi International Ltd | $0.00 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 8507 | Redacted | 2/20/2023 | BlockFi International Ltd. | $121.05 | BR-B, IC | 8507 | BlockFi Inc. | $89.83 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 3216 | Redacted | 2/14/2023 | BlockFi Wallet LLC | $2,667.82 | BR-B, IC, AM | 3216 | BlockFi Inc. | $2,535.24 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 960 | Redacted | 1/3/2023 | BlockFi Trading LLC | $23,000.00 | BR-C, IC | 960 | BlockFi Inc. | $16,146.34 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 32734 | Redacted | 7/13/2023 | BlockFi International Ltd. | $23,000.00 | L | N/A | N/A | N/A | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 1774 | Redacted | 1/23/2023 | BlockFi Trading LLC | $640.00 | BR-C, IC, ID | 1801 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |

[1] Claims that did not assert Wallet as part of their proof of claim may still have Wallet balances but may be listed as "N/A" to this particular claim.

[2] Claims that the Debtors are seeking to modify are subject to future objection.

**Legend: Basis for Objection**

BR-NI — Claimant is not identifiable as a customer or counterparty of BlockFi.
BR-A — Inconsistent with Books and Records - Incorrect Crypto Amount, Correct Dollar Amount
BR-B — Inconsistent with Books and Records - Incorrect Dollar Amount, Correct Crypto Amount
BR-C — Inconsistent with Books and Records - Incorrect Dollar and Crypto Amount
U/L — Claims fail to specify the asserted claim amount or list "unliquidated"
AMD — Claim amended by subsequently filed proof of claim
DUP — Duplicative claim

TOU — Claim includes amounts in violation of Terms of Use, including fraud or disabled account
IC — Claims are classified incorrectly or improperly
ID — Claims fail to specify the basis for claim or provide sufficient documentation
NL — Seeks recovery for amounts for which the Debtors are not liable
NDF — Non-debtor has satisfied the claim in full
L — Late filed claim after bar date
O — Other; see Notes for more information

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection | Surviving Claim No. | Estate - Debtor Entity | Estate - Surviving Claim Amount | Wallet - Debtor Entity | Wallet Coins - Surviving Claim | Notes | Action[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1801 | Redacted | 1/23/2023 | BlockFi Trading LLC | $24,000.00 | BR-C, IC, ID | 1801 | BlockFi Inc. | $21,730.34 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 16922 | Redacted | 3/12/2023 | BlockFi Trading LLC | $1,074.51 | BR-B, IC | 16922 | BlockFi Inc. | $1,073.43 | N/A | N/A | | Modify |
| 2787 | Redacted | 2/7/2023 | BlockFi Trading LLC | $24,000.00 | BR-B, IC | N/A | N/A | N/A | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | Claim for BlockFi Wallet balance | Expunge |
| 2832 | Redacted | 2/7/2023 | BlockFi Investment Products LLC | $3,632.04 | BR-C, IC | 2832 | BlockFi Inc. | $2,580.09 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 609 | Redacted | 12/21/2022 | BlockFi Inc. | $96,142.55 | BR-C | 609 | BlockFi Inc. | $84,384.06 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 9620 | Redacted | 3/12/2023 | BlockFi Ventures LLC | $95,627.75 | BR-C, DUP, IC | 609 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 10046 | Redacted | 3/12/2023 | BlockFi Services, Inc. | $95,627.75 | BR-C, DUP, IC | 609 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 12114 | Redacted | 3/12/2023 | BlockFi Trading LLC | $95,627.75 | BR-C, DUP, IC | 609 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 12116 | Redacted | 3/12/2023 | BlockFi Wallet LLC | $95,627.75 | BR-C, DUP, IC | 609 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 21871 | Redacted | 3/12/2023 | BlockFi Investment Products LLC | $95,627.75 | BR-C, DUP, IC | 609 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2697 | Redacted | 2/6/2023 | BlockFi Trading LLC | $4,500.00 | BR-C, IC | 2697 | BlockFi Inc. | $7,095.58 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 1725 | Redacted | 1/20/2023 | BlockFi Lending II LLC | $478.70 | BR-C, DUP, IC | 1988 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 1743 | Redacted | 1/20/2023 | BlockFi Investment Products LLC | $478.70 | BR-C, DUP, IC | 1988 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2288 | Redacted | 1/20/2023 | BlockFi Ventures LLC | $478.70 | BR-C, DUP, IC | 1988 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 1728 | Redacted | 1/19/2023 | BlockFi Trading LLC | $478.70 | BR-C, DUP, IC | 1988 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 1988 | Redacted | 1/18/2023 | BlockFi Inc. | $478.70 | BR-C | 1988 | BlockFi Inc. | $360.90 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 2241 | Redacted | 1/20/2023 | BlockFi Lending LLC | $478.70 | BR-C, DUP, IC | 1988 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2277 | Redacted | 1/20/2023 | BlockFi Wallet LLC | $478.70 | BR-C, DUP, IC | 1988 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |

[1] Claims that did not assert Wallet as part of their proof of claim may still have Wallet balances but may be listed as "N/A" to this particular claim.

[2] Claims that the Debtors are seeking to modify are subject to future objection.

**Legend: Basis for Objection**

BR-NI — Claimant is not identifiable as a customer or counterparty of BlockFi
BR-A — Inconsistent with Books and Records – Incorrect Crypto Amount, Correct Dollar Amount
BR-B — Inconsistent with Books and Records – Incorrect Dollar Amount, Correct Crypto Amount
BR-C — Inconsistent with Books and Records – Incorrect Dollar and Crypto Amount
UL — Claims fail to specify the asserted claim amount or list "unliquidated"
AMD — Claim amended by subsequently filed proof of claims
DUP — Duplicative claim

TOU — Claim includes amounts in violation of Terms of Use, including fraud or disabled account
IC — Claims are classified incorrectly or improperly
ID — Claims fail to specify the basis for claim or provide sufficient documentation
NL — Seeks recovery for amounts for which the Debtors are not liable
NDF — Non-debtor has satisfied the claim in full
L — Late Filed claim after bar date
O — Other; see Notes for more information

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection | Surviving Claim No. | Estate – Debtor Entity | Estate – Surviving Claim Amount | Surviving Claim Wallet – Debtor Entity | Wallet Coins – Surviving Claim | Notes | Action[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2280 | Redacted | 1/20/2023 | BlockFi International Ltd. | $478.70 | BR-C, DUP, IC | 1988 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2283 | Redacted | 1/20/2023 | BlockFi Services, Inc. | $478.70 | BR-C, DUP, IC | 1988 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 1978 | Redacted | 1/26/2023 | BlockFi Investment Products LLC | $13,995.00 | BR-B, IC | 1978 | BlockFi Inc. | $13,413.86 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 2793 | Redacted | 2/7/2023 | BlockFi Trading LLC | $4,250.00 | BR-C, IC, ID | 2793 | BlockFi Inc. | $2,845.97 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 275 | Redacted | 1/29/2022 | BlockFi Trading LLC | $10,500.00 | BR-B, DUP, IC | 254 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 219 | Redacted | 1/29/2022 | BlockFi Wallet LLC | $10,500.00 | BR-B, DUP, IC | 254 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 254 | Redacted | 1/29/2022 | BlockFi Inc. | $10,500.00 | BR-C | 254 | BlockFi Inc. | $7,074.54 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 259 | Redacted | 1/29/2022 | BlockFi International Ltd. | $10,500.00 | BR-B, DUP, IC | 254 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 280 | Redacted | 1/29/2022 | BlockFi Ventures LLC | $10,500.00 | BR-B, DUP, IC | 254 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 282 | Redacted | 1/29/2022 | BlockFi Lending LLC | $10,500.00 | BR-B, DUP, IC | 254 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 31710 | Redacted | 5/29/2023 | BlockFi Inc. | $788,299.65 | L | N/A | N/A | N/A | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 1906 | Redacted | 1/25/2023 | BlockFi Trading LLC | $71,250.00 | BR-B, DUP, IC | 2137 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2137 | Redacted | 1/25/2023 | BlockFi Inc. | $71,250.00 | BR-B | 2137 | BlockFi Inc. | $63,341.77 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 1633 | Redacted | 1/15/2023 | BlockFi Trading LLC | $1,728.86 | BR-C, IC | 1633 | BlockFi Inc. | $1,420.09 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 1744 | Redacted | 1/19/2023 | BlockFi Lending II LLC | $32,000.00 | BR-C, DUP, IC | 2087 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 1894 | Redacted | 1/19/2023 | BlockFi International Ltd. | $32,000.00 | BR-C, DUP, IC | 2087 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 1920 | Redacted | 1/19/2023 | BlockFi International Ltd. | $32,000.00 | BR-C, DUP, IC | 2087 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 1964 | Redacted | 1/19/2023 | BlockFi Investment Products LLC | $32,000.00 | BR-C, DUP, IC | 2087 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |

[1] Claims that did not assert Wallet balances as part of their proof of claim may still have Wallet balances but may be listed as "N/A" to this particular claim.

[2] Claims that the Debtors are seeking to modify are subject to future objection.

**Legend: Basis for Objection**

| | |
|---|---|
| BR-NI | Claimant is not identifiable as a customer or counterparty of BlockFi. |
| BR-A | Inconsistent with Books and Records - Incorrect Crypto Amount, Correct Dollar Amount |
| BR-B | Inconsistent with Books and Records - Incorrect Dollar Amount, Correct Crypto Amount |
| BR-C | Inconsistent with Books and Records - Incorrect Dollar and Crypto Amount |
| UL | Claims fail to specify the asserted claim amount or list 'unliquidated' |
| AMD | Claim amended by subsequently filed proof of claim |
| DUP | Duplicative claim |

| | |
|---|---|
| TOU | Claim includes amounts in violation of Terms of Use, including fraud or disabled account |
| IC | Claims are classified incorrectly or improperly |
| ID | Claims fail to specify the basis for claim or provide sufficient documentation |
| NL | Seeks recovery for amounts for which the Debtors are not liable |
| NDF | Non-debtor has satisfied the claim in full |
| L | Late filed claim after bar date |
| O | Other: see Notes for more information |

| Proof of Claim No. | Filed Claim | | | | Basis for Objection | Surviving Claim No. | Surviving Claim | | | | | Action[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | | | Estate - Debtor Entity | Estate - Surviving Claim Amount | Wallet - Debtor Entity | Wallet Coins - Surviving Claim | Notes | |
| 2087 | *Redacted* | 1/19/2023 | BlockFi Inc. | $32,000.00 | BR-C | 2087 | BlockFi Inc. | $25,754.84 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 2065 | *Redacted* | 1/19/2023 | BlockFi Lending LLC | $32,000.00 | BR-C, DUP, IC | 2087 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2096 | *Redacted* | 1/19/2023 | BlockFi Trading LLC | $32,000.00 | BR-C, DUP, IC | 2087 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2229 | *Redacted* | 1/19/2023 | BlockFi Ventures LLC | $32,000.00 | BR-C, DUP, IC | 2087 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2239 | *Redacted* | 1/19/2023 | BlockFi Wallet LLC | $32,000.00 | BR-C | 2239 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2244 | *Redacted* | 1/19/2023 | BlockFi Services, Inc. | $32,000.00 | BR-C, DUP, IC | 2087 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 13392 | *Redacted* | 2/23/2023 | BlockFi Trading LLC | $289.05 | BR-B, IC | 2244 | BlockFi Inc. | $5.74 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 1958 | *Redacted* | 1/27/2023 | BlockFi Trading LLC | $11,000.00 | BR-C, IC, ID | 1958 | BlockFi Inc. | $8,164.51 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 2928 | *Redacted* | 2/10/2023 | BlockFi Trading LLC | $10,481.00 | BR-C, IC, ID | 2928 | BlockFi International Ltd | $3,724.49 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 2263 | *Redacted* | 1/19/2023 | BlockFi Trading LLC | $12,078.42 | BR-B, IC | 2263 | BlockFi International Ltd | $10,919.03 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 1298 | *Redacted* | 1/13/2023 | BlockFi Trading LLC | $5,500.00 | BR-C, IC | 1298 | BlockFi Inc. | $2,415.80 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 19946 | *Redacted* | 2/17/2023 | BlockFi Investment Products LLC | $3,768.53 | BR-B, IC, ID | 19946 | BlockFi International Ltd | $3,790.43 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 3007 | *Redacted* | 2/13/2023 | BlockFi Trading LLC | $3,000.00 | BR-C, IC, ID | N/A | N/A | N/A | BlockFi Wallet LLC | Claim for BlockFi Wallet balance | Expunge |
| 2769 | *Redacted* | 2/6/2023 | BlockFi Trading LLC | $2,900.00 | BR-C, IC | 2769 | BlockFi Inc. | $1,411.44 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 1324 | *Redacted* | 1/10/2023 | BlockFi Inc. | $79,180.00 | BR-C, IC | 1324 | BlockFi Inc. | $1,999.79 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 3052 | *Redacted* | 2/14/2023 | BlockFi Trading LLC | $79,180.00 | BR-C, IC | 3052 | BlockFi Lending LLC | $68,213.10 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 3061 | *Redacted* | 2/14/2023 | BlockFi Ventures LLC | $79,180.00 | BR-C, DUP, IC | 3052 | BlockFi Lending LLC | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 3067 | *Redacted* | 2/14/2023 | BlockFi Lending II LLC | $79,180.00 | BR-C, DUP, IC | 3052 | BlockFi Lending LLC | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |

[1] Claims that did not assert Wallet as part of their proof of claim may still have Wallet balances but may be listed as "N/A" to this particular claim.

[2] Claims that the Debtors are seeking to modify are subject to future objection.

**Legend: Basis for Objection**

| | |
|---|---|
| BR-NI | Claimant is not identifiable as a customer or counterparty of BlockFi. |
| BR - A | Inconsistent with Books and Records – Incorrect Crypto Amount, Correct Dollar Amount |
| BR - B | Inconsistent with Books and Records – Incorrect Dollar Amount, Correct Crypto Amount |
| BR - C | Inconsistent with Books and Records – Incorrect Dollar and Crypto Amount |
| UL | Claims fail to specify the asserted claim amount or list "unliquidated" |
| AMD | Claim amended by subsequently filed proof of claim |
| DUP | Duplicative claim |

| | |
|---|---|
| TOU | Claim includes amounts in violation of Terms of Use, including fraud or disabled account |
| IC | Claims are classified incorrectly or improperly |
| ID | Claims fail to specify the basis for claim or provide sufficient documentation |
| NL | Seeks recovery for amounts for which the Debtors are not liable |
| NDF | Non-debtor has satisfied the claim in full |
| L | Late filed claim after bar date |
| O | Other; see Notes for more information |

| Proof of Claim No. | Filed Claim | | | | Basis for Objection | Surviving Claim No. | Surviving Claim | | | | Notes | Action[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | | | Estate – Debtor Entity | Estate – Surviving Claim Amount | Wallet – Debtor Entity | Wallet Coins – Surviving Claim[1] | | |
| 3071 | Redacted | 2/14/2023 | BlockFi Wallet LLC | $79,180.00 | BR-C, DUP, IC | 1324 | BlockFi Lending LLC | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 3072 | Redacted | 2/14/2023 | BlockFi Services LLC | $79,180.00 | BR-C, DUP, IC | 3052 | BlockFi Lending LLC | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 2360 | Redacted | 1/30/2023 | BlockFi Trading LLC | $4,090.00 | BR-C, IC, ID | 2360 | BlockFi Inc. | $2,969.08 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 2107 | Redacted | 1/18/2023 | BlockFi Inc. | $30,000.00 | BR-C, IC | 2107 | BlockFi International Ltd | $26,784.89 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 2417 | Redacted | 1/27/2023 | BlockFi Trading LLC | $29,000.00 | BR-C, IC | 2107 | BlockFi International Ltd | $0.00 | BlockFi International Ltd | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 1652 | Redacted | 1/13/2023 | BlockFi Inc. | $58,802.39 | BR-C | 1652 | BlockFi Inc. | $15,901.89 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 1654 | Redacted | 1/13/2023 | BlockFi Investment Products LLC | $58,802.39 | BR-C, DUP, IC | 1652 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 181 | Redacted | 12/7/2022 | BlockFi Investment Products LLC | $7,867.90 | BR-C, DUP, IC | 258 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 204 | Redacted | 12/7/2022 | BlockFi International Ltd. | $7,867.90 | BR-C, DUP, IC | 258 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 258 | Redacted | 12/7/2022 | BlockFi Inc. | $7,867.90 | BR-C | 258 | BlockFi Inc. | $7,691.07 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 930 | Redacted | 12/30/2022 | BlockFi Trading LLC | $2,577.02 | BR-C, DUP, IC | 931 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 931 | Redacted | 12/30/2022 | BlockFi Inc. | $2,577.02 | BR-C | 931 | BlockFi Inc. | $2,374.37 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 2910 | Redacted | 2/9/2023 | BlockFi Investment Products LLC | $2,540.58 | BR-C, IC, ID | 2910 | BlockFi Inc. | $2,628.12 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 1860 | Redacted | 1/24/2023 | BlockFi Trading LLC | $75,000.00 | AMD | 32466 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |
| 32466 | Redacted | 6/20/2023 | BlockFi Inc. | $74,191.48 | BR-C | 32466 | BlockFi Inc. | $63,253.73 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 16773 | Redacted | 2/14/2023 | BlockFi Trading LLC | $401.97 | BR-C, IC | 16773 | BlockFi Inc. | $937.54 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Modify |
| 2400 | Redacted | 1/28/2023 | BlockFi Trading LLC | $6,800.00 | BR-C, DUP, IC | 2318 | BlockFi Inc. | $0.00 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | Expunge |

[1] Claims that did not assert Wallet as part of their proof of claim may still have Wallet balances but may be listed as "N/A" to this particular claim.

[2] Claims that the Debtors are seeking to modify are subject to future objection.

**Legend: Basis for Objection**

| | |
|---|---|
| BR-NI | Claimant is not identifiable as a customer or counterparty of BlockFi |
| BR - A | Inconsistent with Books and Records - Incorrect Crypto Amount, Correct Dollar Amount |
| BR - B | Inconsistent with Books and Records - Incorrect Dollar Amount, Correct Crypto Amount |
| BR - C | Inconsistent with Books and Records - Incorrect Dollar and Crypto Amount |
| UL | Claims fail to specify the asserted claim amount or list 'unliquidated' |
| AMD | Claim amended by subsequently filed proof of claim |
| DUP | Duplicative claim |

| | |
|---|---|
| TOU | Claim includes amounts in violation of Terms of Use, including fraud or disabled account |
| IC | Claims are classified incorrectly or improperly |
| ID | Claims fail to specify the basis for claim or provide sufficient documentation |
| NL | Seeks recovery for amounts for which the Debtors are not liable |
| NDF | Non-debtor has satisfied the claim in full |
| L | Late filed claim after bar date |
| O | Other; see Notes for more information |

| Filed Claim | | | | | Basis for Objection | Surviving Claim | | | | | | | | Action[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | | Surviving Claim No. | Estate - Debtor Entity | Estate - Surviving Claim Amount | Wallet - Debtor Entity | Wallet Coins - Surviving Claim Amount[1] | Notes | | | |
| 2318 | *Redacted* | 1/28/2023 | BlockFi Inc. | $6,800.00 | BR-C | 2318 | BlockFi Inc. | $3,885.36 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index | | | | Modify |

---

[1] Claims that did not assert Wallet as part of their proof of claim may still have Wallet balances but may be listed as "N/A" to this particular claim.

[2] Claims that the Debtors are seeking to modify are subject to future objection.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 22-19361-MBK

BlockFi Inc.                                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                                    Page 1 of 8
Date Rcvd: Nov 07, 2023                      Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2023:**

**Recip ID**             **Recipient Name and Address**
db               +  BlockFi Inc., 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691-1910

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2023 at the address(es) listed
below:**

**Name**                         **Email Address**

Aaron Garber
                         on behalf of Creditor Kristen Vorhees agarber@wgwc-law.com

Adam S. Ravin
                         on behalf of Interested Party The Foreign Representatives of Three Arrows Capital  Ltd. (in liquidation) adam.ravin@lw.com

Alan Stuart Maza
                         on behalf of Creditor Securities and Exchange Commission mazaa@sec.gov  mazaa@sec.gov

Allen I Gorski
                         on behalf of Creditor Nancy Fout agorski@gorskiknowlton.com

Allen I Gorski
                         on behalf of Creditor Estate of Herman Katzenell agorski@gorskiknowlton.com

Allen Joseph Underwood, II
                         on behalf of Interested Party Genesis Global Holdco LLC  Genesis Global Capital, LLC and Genesis Asia Pacific Pte. Ltd.

District/off: 0312-3                         User: admin                              Page 2 of 8
Date Rcvd: Nov 07, 2023                      Form ID: pdf903                      Total Noticed: 1

aunderwood@litedepalma.com, ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Andrew Marks

on behalf of Creditor Matthew Gordon jcardenas@dorflaw.com

Anna Pia Felix

on behalf of Creditor Yuri Mushkin afelix@lpgmlaw.com

Anthony J D'Artiglio

on behalf of Creditor Kyle Klaus ADARTIGLIO@ANSELL.LAW  courtfilings@ansell.law

Barbra Rachel Parlin

on behalf of Creditor Silvergate Bank barbra.parlin@hklaw.com
elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Brett S. Theisen

on behalf of Unknown Role Type Ankura Trust Company  LLC btheisen@gibbonslaw.com, nmitchell@gibbonslaw.com

Bryan Russell Horton

on behalf of Interested Party Scratch Services LLC rhorton@gbkh.com

Carol L. Knowlton

on behalf of Creditor George J. Gerro cknowlton@gorskiknowlton.com

Carrie J. Boyle

on behalf of Creditor Ge Song cboyle@b-vlaw.com
tking@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net;jpryor@b-vlaw.com

Catherine B. Heitzenrater

on behalf of Creditor Chubb Companies cebeideman@duanemorris.com

Daniel Stolz

on behalf of Attorney Brown Rudnick LLP dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Other Prof. Elementus  Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Other Prof. M3 Partners dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Creditor Committee Official Committee of Unsecured Creditors dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Other Prof. Plan Administrator  On Behalf of the Post-Confirmation Debtor dstolz@genovaburns.com,
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Creditor Committee Official Committee Of Unsecured Creditors dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz

on behalf of Plaintiff Official Committee Of Unsecured Creditors dstolz@genovaburns.com
dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel E. Straffi

on behalf of Creditor Daniel Gusovsky bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Andrew Martinez bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Kole Kottmeier bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Ashton Rincon bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Joseph Borremans bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Martin Mikolajczyk bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Case 22-19361-MBK    Doc 1864    Filed 11/09/23    Entered 11/10/23 00:16:30    Desc
Imaged Certificate of Notice    Page 24 of 29
District/off: 0312-3                               User: admin                                    Page 3 of 8
Date Rcvd: Nov 07, 2023                            Form ID: pdf903                              Total Noticed: 1

Daniel E. Straffi
on behalf of Creditor Damon Andersson bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Steven Lee bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Matthew Hoselton bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Mitchell Eglar bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor William Warburton bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Brendan Pena bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Alberto Olivo bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Bruce Gilling bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Wayne Akey bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Scott Aufenanger bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Ellison Bak bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Michiel Hemminga bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Clayton Bargsten bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

David E. Sklar
on behalf of Creditor Zachary Lee Prince desklar@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

David E. Sklar
on behalf of Creditor Flori Marquez desklar@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

David J. Adler
on behalf of Creditor Committee McCarter & English  LLP DAdler@McCarter.com

David J. Adler
on behalf of Attorney McCarter & English DAdler@McCarter.com

David J. Adler
on behalf of Creditor Committee Official Committee of Unsecured Creditors DAdler@McCarter.com

Deborah Kovsky Apap
on behalf of Interested Party Ad Hoc Committee of Wallet Account Holders deborah.kovsky@troutman.com

Donald W Clarke
on behalf of Plaintiff Official Committee Of Unsecured Creditors dclarke@genovaburns.com
dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
on behalf of Attorney Brown Rudnick LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
on behalf of Creditor Committee Official Committee of Unsecured Creditors dclarke@genovaburns.com
dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

District/off: 0312-3                                    User: admin                                    Page 4 of 8
Date Rcvd: Nov 07, 2023                                Form ID: pdf903                              Total Noticed: 1

Donald W Clarke
on behalf of Creditor Committee Official Committee Of Unsecured Creditors dclarke@genovaburns.com
dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
on behalf of Other Prof. Elementus  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
on behalf of Other Prof. M3 Partners dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
on behalf of Other Prof. Plan Administrator  On Behalf of the Post-Confirmation Debtor dclarke@genovaburns.com,
dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Donald W Clarke
on behalf of Attorney Genova Burns LLC dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Douglas J. McGill
on behalf of Creditor Ad Hoc Committee of Collaterized Loan Account Holders dmcgill@webbermcgill.com

Douglas J. McGill
on behalf of Creditor Gary Ford dmcgill@webbermcgill.com

Douglas T Tabachnik
on behalf of Defendant Primeblock Operations LLC dtabachnik@dttlaw.com  rdalba@dttlaw.com

Elisabeth Bruce
on behalf of Interested Party Internal Revenue Service elisabeth.m.bruce@usdoj.gov
ari.d.kunofsky@usdoj.gov;eastern.taxcivil@usdoj.gov

Felice R. Yudkin
on behalf of Debtor BlockFi Inc. fyudkin@coleschotz.com  fpisano@coleschotz.com

Frank F. Velocci
on behalf of Interested Party Bermuda Joint Provisional Liquidators of BlockFi International Ltd.
frank.velocci@faegredrinker.com  cathy.greer@faegredrinker.com

Gaston P. Loomis, II
on behalf of Creditor New Jersey Bureau of Securities gloomis@mdmc-law.com  scarney@mdmc-law.com

Gregory S. Kinoian
on behalf of Creditor Committee Official Committee of Unsecured Creditors gkinoian@genovaburns.com

Gregory S. Kinoian
on behalf of Creditor Committee Official Committee Of Unsecured Creditors gkinoian@genovaburns.com

Gregory S. Kinoian
on behalf of Plaintiff Official Committee Of Unsecured Creditors gkinoian@genovaburns.com

Jack Shrum
on behalf of Creditor John M. Von Pischke jshrum@jshrumlaw.com

James L Bromley
on behalf of Interested Party FTX Trading Ltd and Affiliated Debtors bromleyj@sullcrom.com

Jason D. Angelo
on behalf of Creditor Bryant F. Foulger JAngelo@reedsmith.com  sshidner@mdmc-law.com;smullen@mdmc-law.com

Jason M. Avellino
on behalf of Creditor Undisclosed Creditors javellino@gelaw.com
7661309420@filings.docketbird.com;gnovod@gelaw.com;cnevers@gelaw.com

Jeffrey Bernstein
on behalf of Creditor New Jersey Bureau of Securities jbernstein@mdmc-law.com

Jeffrey M. Sponder
on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jeffrey M. Traurig
on behalf of Examiner Elise S. Frejka jtraurig@trauriglaw.com

Jessica Cole
on behalf of Defendant United States of America jessica.cole@usdoj.gov

Jessica Cole
on behalf of Interested Party United States of America jessica.cole@usdoj.gov

Joao Ferreira Magalhaes
on behalf of Creditor John William Van Tubergen Jr. jmagalhaes@connellfoley.com

John Piskora
on behalf of Creditor Deferred 1031 LLC jpiskora@loeb.com  nydocket@loeb.com,dbesikof@loeb.com

District/off: 0312-3                          User: admin                          Page 5 of 8
Date Rcvd: Nov 07, 2023                        Form ID: pdf903                       Total Noticed: 1

John Piskora
                    on behalf of Creditor Deferred 1031 Series 4 LLC jpiskora@loeb.com nydocket@loeb.com,dbesikof@loeb.com

John C. Goodchild
                    on behalf of Defendant Emergent Fidelity Technologies Ltd. john.goodchild@morganlewis.com

John C. Goodchild
                    on behalf of Interested Party Emergent Fidelity Technologies Ltd john.goodchild@morganlewis.com

John C. Goodchild
                    on behalf of Creditor Emergent Fidelity Technologies Ltd. john.goodchild@morganlewis.com

John C. Kilgannon
                    on behalf of Interested Party Towards Equilibrium  LLC john.kilgannon@stevenslee.com

John W. Weiss
                    on behalf of Interested Party The Foreign Representatives of Three Arrows Capital  Ltd. (in liquidation)
                    jweiss@pashmanstein.com

Joseph M. Shapiro
                    on behalf of Creditor Wilson Cotrim jshapiro@middlebrooksshapiro.com

Joseph M. Shapiro
                    on behalf of Creditor John A. Javes jshapiro@middlebrooksshapiro.com

Joshua S. Bauchner
                    on behalf of Creditor Kyle Klaus jbauchner@mblawfirm.com  courtfilings@ansellgrimm.com;ajd@ansellgrimm.com

Kaitlin R. Walsh
                    on behalf of Defendant ED&F Man Capital Markets  Inc. krwalsh@mintz.com, docketing@mintz.com

Kaitlin R. Walsh
                    on behalf of Creditor Marex Capital Markets Inc. krwalsh@mintz.com  docketing@mintz.com

Kaitlin R. Walsh
                    on behalf of Defendant Marex Capital Markets Inc. f/k/a ED&F Man Capital Markets  Inc. krwalsh@mintz.com,
                    docketing@mintz.com

Kenneth Aulet
                    on behalf of Creditor Committee Official Committee of Unsecured Creditors hcohen@brownrudnick.com

Kurt F. Gwynne
                    on behalf of Creditor Bryant F. Foulger kgwynne@reedsmith.com

Kurt F. Gwynne
                    on behalf of Interested Party Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com

Kurt F. Gwynne
                    on behalf of Creditor The Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com

Kurt F. Gwynne
                    on behalf of Interested Party The Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com

Kyle McEvilly
                    on behalf of Unknown Role Type Ankura Trust Company  LLC kmcevilly@gibbonslaw.com

Lauren Bielskie
                    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Lisa Faucher
                    lfaucher@cherokeeacq.com

Mary E Putnick
                    on behalf of Creditor Shaoky Taraman marybeth@putnicklegal.com  hpenrose@awkolaw.com

Mary E Putnick
                    on behalf of Creditor Noah Powell marybeth@putnicklegal.com  hpenrose@awkolaw.com

Meredith Mitnick
                    on behalf of Creditor Deserve  Inc. mmitnick@goodwinlaw.com

Michael Anthony Guerra
                    on behalf of Interested Party Cipher Mining Technologies Inc. maguerra@venable.com  nylitigationdocketing@venable.com

Michael Anthony Guerra
                    on behalf of Interested Party Cipher Mining Inc. maguerra@venable.com  nylitigationdocketing@venable.com

Michael D. Sirota
                    on behalf of Debtor BlockFi Wallet LLC msirota@coleschotz.com
                    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
                    .com

Michael D. Sirota

on behalf of Defendant BlockFi Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Defendant BlockFi Trading LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor BlockFi Services  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor BlockFi Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Defendant BlockFi Lending LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Plaintiff BlockFi Lending LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Defendant BlockFi Lending II LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Defendant BlockFi Ventures LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Plaintiff BlockFi Trading  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor BlockFi Investment Products LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Plaintiff BlockFi Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Debtor BlockFi Trading LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Defendant BlockFi International Ltd. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Plaintiff BlockFi International Ltd. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Plaintiff BlockFi Investment Products LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota

on behalf of Plaintiff BlockFi Wallet LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz
.com

Michael D. Sirota
on behalf of Plaintiff BlockFi Ventures LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Defendant BlockFi Investment Products LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Plaintiff BlockFi Lending II LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor BlockFi Lending II LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor BlockFi Lending LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor BlockFi International Ltd. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Plaintiff BlockFi Services  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Defendant BlockFi Services  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor BlockFi Ventures LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Defendant BlockFi Wallet LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael S. Etkin
on behalf of Interested Party Proposed Lead Plaintiff in Securities Class Action metkin@lowenstein.com

Michael S. Etkin
on behalf of Interested Party Cameron Wyatt metkin@lowenstein.com

Nicole A. Leonard
on behalf of Creditor New Jersey Bureau of Securities nleonard@mdmc-law.com
gbressler@mdmc-law.com;dprimack@mdmc-law.com;sshidner@mdmc-law.com

Paul J. Winterhalter
on behalf of Creditor Moneeb Waseem pwinterhalter@offitkurman.com  cballasy@offitkurman.com

Peter Y. Lee
on behalf of Creditor Renard Ihlenfeld peter.lee@leeadvocates.com

Richard Kanowitz
on behalf of Debtor BlockFi Inc. richard.kanowitz@haynesboone.com

Richard Kanowitz
on behalf of Plaintiff BlockFi Inc. richard.kanowitz@haynesboone.com

Richard Kanowitz
on behalf of Plaintiff BlockFi International Ltd. richard.kanowitz@haynesboone.com

Richard Kanowitz
on behalf of Plaintiff BlockFi Lending LLC richard.kanowitz@haynesboone.com

Richard G. Placey
on behalf of Stockholder Samuel L. Bankman-Fried rplacey@mmwr.com
plorenz@mmwr.com;pat-lorenz-montgomery-mccracken-walker-rhoads-llp-7123@ecf.pacerpro.com

Robert Malone

District/off: 0312-3                                              User: admin                                              Page 8 of 8
Date Rcvd: Nov 07, 2023                                      Form ID: pdf903                                      Total Noticed: 1

on behalf of Unknown Role Type Ankura Trust Company  LLC rmalone@gibbonslaw.com, nmitchell@gibbonslaw.com

Robert M. Schechter

on behalf of Creditor Flori Marquez rmschechter@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Robert M. Schechter

on behalf of Creditor Zachary Lee Prince rmschechter@pbnlaw.com
mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Sam Della Fera, Jr

on behalf of Defendant Vrai Nom Investment Limited sdellafera@csglaw.com

Sam Della Fera, Jr

on behalf of Creditor Vrai Nom Investment Limited sdellafera@csglaw.com

Scott Fleischer

on behalf of Creditor Rui Pedro Vaz dos Santos Teixeira sfleischer@barclaydamon.com

Sean James Mack

on behalf of Defendant Digistar Norway AS smack@pashmanstein.com  smack@pashmanstein.com;Jpadilla@pashmanstein.com

Sean James Mack

on behalf of Defendant Nessim-Sariel Gaon smack@pashmanstein.com  smack@pashmanstein.com;Jpadilla@pashmanstein.com

Sean James Mack

on behalf of Defendant Fiorenzo Manganiello smack@pashmanstein.com
smack@pashmanstein.com;Jpadilla@pashmanstein.com

Seth Brandon Shapiro

on behalf of Interested Party United States of America seth.shapiro@usdoj.gov

Seth Brandon Shapiro

on behalf of Defendant United States of America seth.shapiro@usdoj.gov

Steven R. Wirth

on behalf of Creditor John Lymn steven.wirth@akerman.com  caren.collier@akerman.com;Jennifer.meehan@akerman.com

Sydney Schubert

on behalf of Attorney Genova Burns LLC sschubert@genovaburns.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea

on behalf of Creditor New Jersey Bureau of Securities vshea@mdmc-law.com  gbressler@mdmc-law.com

Warren A. Usatine

on behalf of Debtor BlockFi Inc. wusatine@coleschotz.com  fpisano@coleschotz.com

Warren J. Martin, Jr.

on behalf of Creditor Zachary Lee Prince wjmartin@pbnlaw.com
mpdermatis@pbnlaw.com;sakelly@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com

Warren J. Martin, Jr.

on behalf of Creditor Flori Marquez wjmartin@pbnlaw.com
mpdermatis@pbnlaw.com;sakelly@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com

Wendy M Simkulak

on behalf of Creditor Chubb Companies wmsimkulak@duanemorris.com


TOTAL: 159