

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: | | Chapter 11 |
|---|---|---|
| BlockFi Inc., *et al* | | Case No. 22-19361 |
| | Debtors | (Jointly Administered) |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) Fed. R. of Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor | Name of Transferee |
|---|---|
| **[CONFIDENTIAL CREDITOR]** | **Faroe Services, LLC** |
| Transferor's Address:<br>[Address on File] | Transferee's address for notices and payment:<br>PMB 1149<br>224 W 35th St Ste 500<br>New York, NY 10001<br>Jing Zhao<br>faroe.services@gmail.com |

| | Debtor | Case No. | Claim Identifier(s) | Claim Amount (USD) |
|---|---|---|---|---|
| Claim(s) | BlockFi Inc. | 22-19361 | Schedule # (Schedule E/F): 4381415 | $23,830.16 |
| | BlockFi Inc. | 22-19361 | Schedule # (Schedule E/F): 4338813 | $32.58 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Jing Zhao* (DocuSigned by: 51FEFAFF38524BC...)   Date: 11/08/2023

Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____   _____
Clerk of the Court



**Identity of Transferor**

Transferee has in its possession an Evidence of Transfer signed by the Transferor.

To protect the identity of the Transferor, Transferee has not disclosed the Transferor's name or address, and has not attached the signed Evidence of Transfer to this Notice of Transfer of Claim.

Upon written request, Transferee is prepared to provide a copy of the signed Evidence of Transfer to the Bankruptcy Court, the Debtors, and appropriate professionals.



**EXHIBIT A**

**SCHEDULED CLAIM(S)**

Excerpts from BlockFi/Kroll website:

### Creditor Information - Schedule # 4381415

**Creditor**
Name on file
Address on file

**Debtor Name**
BlockFi Inc.
**Date Filed**
n/a

**Claim Number**
n/a
**Schedule Number**
4381415
**Confirmation ID**
n/a

#### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | $23,830.16 | | | | $23,830.16 | Scheduled |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $23,830.16 | | | | $23,830.16 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

### Creditor Information - Schedule # 4338813

**Creditor**
Name on file
Address on file

**Debtor Name**
BlockFi Inc.
**Date Filed**
n/a

**Claim Number**
n/a
**Schedule Number**
4338813
**Confirmation ID**
n/a

#### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | $32.58 | | | | $32.58 | Scheduled |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $32.58 | | | | $32.58 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign