**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

# SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 27, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Amended Plan Supplement [Docket No. 1467]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

Dated: November 9, 2023

/s/ *Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 9, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Supplemental Notice Parties Service List
Served via First Class Mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|---|
| 10294750 | ATLASSIAN | LEVEL 6, 341 GEORGE ST | | | SYDNEY, NSW | | 2000 | Australia |
| 18337960 | Relm Insurance, Ltd. | 31 Victoria Street | Victoria Place | 5th Floor West | Hamilton | | HM 10 | Bermuda |
| 18337966 | Digistar Norway AS | c/o Simonsen Vogt Wigg, Filipstad Brygge | Attn: Christine Tan Lauten | Frydenbergveien 46B | Oslo | | 0575 | Norway |
| 18337977 | Alteryx | 17200 Laguna Canyon Rd | Ste 100 | | Irvine | CA | 92618-5403 | |