**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
110 Allen Rd., Suite 304
Basking Ridge, New Jersey 07920
(201) 489-3000
DStolz@genovaburns.com
DClarke@genovaburns.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Michael B. Slade (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
(312) 862-2000
mslade@kirkland.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
George W. Hicks (*pro hac vice* to be filed)
1301 Pennsylvania Avenue, N.W.
Washington, D.C., 20004
(202) 389-5000
george.hicks@kirkland.com

*Attorneys for the Debtors and Wind-Down Debtors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Wind-Down Debtors.[1] | (Jointly Administered) |

**DEBTORS AND WIND-DOWN DEBTORS'**
**STATEMENT OF ISSUES ON APPEAL AND DESIGNATION**
**OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to 8009(a)(2) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the above captioned Debtors and wind-down debtors (together the "Wind-Down Debtors" or the "Appellees") hereby submit this statement of issues to be presented and designate the items identified below (together with all exhibits, schedules, and other attachments thereto) to be

---

[1] The Wind-Down Debtors in these Chapter 11 Cases, along with the last four digits of each Wind-Down Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

included in the record in connection with the appeal of Cameron Wyatt (the "Appellant") from the *Revised Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement Relating to the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code on a Final Basis and (II) Confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications)* [Docket Nos. 1655 and 1660] (the "Confirmation Order").

The Wind-Down Debtors reserve their rights to supplement of amend the statements of issues to be presented on appeal and/or to designate additional items for inclusion as part of the record for the appeal. The below is merely a preliminary list based on the issues that may be raised by Appellant in his submission.

### STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1. Does the Appellant have standing to object to provisions of the Confirmation Order that do not affect him?

2. Given that the Confirmation Order has gone effective, certain transactions required by it have been implemented and closed, and Appellant did not seek or obtain a stay of the Confirmation Order, is his appeal moot?

3. Did the Bankruptcy Court appropriately confirm the *Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Technical Modifications)* [Docket No. 1564] (as may be amended, the "Plan") and enter the Confirmation Order?

# DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL[2]

*In re BlockFi, Inc., et al.*
**United States Bankruptcy Court, District of New Jersey, Case No. 22-19361-MBK**

| Docket No. | Date Filed / Entry Date | Document |
|---|---|---|
| 17 | 11/28/2022 | Declaration of Mark A. Renzi in Support of Debtors' Chapter 11 Petitions and First-Day Motions |
| 22 | 11/28/2022 | Joint Plan of Reorganization of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 48 | 11/30/2022 | Order Pursuant to 28 U.S.C. § 156(c) and 11 U.S.C. § 105(a) For Entry of an Order Authorizing the Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent *Nunc Pro Tunc* to the Petition Date |
| 54 | 11/30/2022 | Order Granting Debtors' Motion to Establish Certain Notice, Case Management and Administrative Procedures |
| 130 | 12/21/2022 | Notice of Appointment of Official Committee of Unsecured Creditors |
| 131 | 12/22/2022 | Amended Notice of Appointment of Official Committee of Unsecured Creditors |
| 348 | 1/23/2023 | Omnibus Reply in Support of Debtors' Motion for Entry of an Order (I) Approving the Debtors' Retention Programs and (II) Granting Related Relief |
| 349 | 1/23/2023 | Declaration of Josephine Gartrell in Support of Debtors' Motion for Entry of an Order (I) Approving the Debtors' Retention Programs And (II) Granting Related Relief |
| 350 | 1/23/2023 | Declaration of Chief People Officer, Megan Crowell, in Support of the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Retention Programs and (II) Granting Related Relief |
| 440 | 1/30/2023 | Order (I) Setting Bar Dates for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, (III) Approving Notice Thereof, and (IV) Granting Related Relief |
| 608 | 3/13/2023 | Debtors' Adversary Complaint to Extend Automatic Stay or, in the Alternative, for Injunctive Relief Enjoining Prosecution of Pending Litigation Against the Debtors' Directors and Officers |
| 733 | 4/12/2023 | Objection of the Official Committee of Unsecured Creditors to Debtors' Motion to Extend Exclusivity Period |

---

[2] Again, the Wind-Down Debtors reserve their rights to add to this list of record items depending on the ultimate content of Appellant's appellate submission(s).

| Docket No. | Date Filed / Entry Date | Document |
|---|---|---|
| 740 | 4/14/2023 | Debtors' Reply in Support of Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief |
| 742 | 4/17/2023 | Declaration of Christina Pullo of Kroll Restructuring Administration LLC Regarding the Debtors' Solicitation Timeline |
| 743 | 4/17/2023 | Declaration of Mark A. Renzi in Support of Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptance Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief |
| 756 | 4/20/2023 | Transcript of Hearing on Exclusivity Motion<br>Hearing Before the Honorable Michael B. Kaplan United States Bankruptcy Court Chief Judge |
| 760 | 4/21/2023 | Order Approving the Stipulation Staying Litigation and Related Discovery Concerning the Robinhood Assets |
| 804 | 4/29/2023 | Declaration of Amit Cheela, Chief Financial Officer of BlockFi Inc., in Support of the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor Withdrawals from Wallet Accounts, (B) Update the User Interface to Properly Reflect Transactions and Assets as of the Platform Pause, and (C) Conduct Ordinary Course Reconciliation of Accounts, and (II) Granting Related Relief |
| 822 | 5/2/2023 | Amended Declaration of Amit Cheela, Chief Financial Officer of BlockFi Inc., in Support of the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor Withdrawals from Wallet Accounts, (B) Update the User Interface to Properly Reflect Transactions and Assets as of the Platform Pause, and (C) Conduct Ordinary Course Reconciliation of Accounts, and (II) Granting Related Relief |
| 853 | 5/9/2023 | Transcript of Hearing on Wallet Withdrawal Motion<br>Hearing Before the Honorable Michael B. Kaplan United States Bankruptcy Court Chief Judge |
| 874 | 5/12/2023 | Disclosure Statement Relating to the First Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 875 | 5/12/2023 | First Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 876 | 5/12/2023 | Debtors' Motion for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Notice Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto |

| Docket No. | Date Filed / Entry Date | Document |
|---|---|---|
| 899 | 5/15/2023 | Statement of the Official Committee of Unsecured Creditors Respecting the Debtors' Amended Joint Chapter 11 Plan |
| 928 | 5/18/2023 | Application in Support of the Motion of the Official Committee of Unsecured Creditors for (I) Authority to File Under Seal the Preliminary Report of the Official Committee of Unsecured Creditors and (II) Other Related Relief |
| 1013 | 5/30/2023 | Order Appointing a Mediator and Governing Mediation Procedures |
| 1131 | 6/27/2023 | Cross-Motion of the Official Committee of Unsecured Creditors for an Order (A) Appointing a Chapter 11 Trustee, (B) Terminating the Debtors' Exclusivity Periods or, Alternatively, (C) Converting These Cases to Chapter 7 Proceedings, and (D) for Other Related Relief |
| 1132 | 6/28/2023 | Notice of Filing of Second Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1133 | 6/28/2023 | Notice of Filing of Revised Disclosure Statement Relating to the Second Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1167 | 7/7/2023 | Ad Hoc Group of Actual Wallet Holders' Objection to the Cross-Motion of the Official Committee of Unsecured Creditors for an Order (A) Appointing a Chapter 11 Trustee, (B) Terminating the Debtors' Exclusivity Periods or, Alternatively, (C) Converting These Cases to Chapter 7 Proceedings, and (D) for Other Related Relief |
| 1173 | 7/10/2023 | Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Settlement and Release of Claims and Causes of Action by and Among the Debtors and Certain of the Debtors' Insiders and (II) Granting Related Relief |
| 1174 | 7/10/2023 | Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certain Information in Connection with the Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Settlement and Release of Claims and Causes of Action by and Among the Debtors and Certain of the Debtors' Insiders and (II) Granting Related Relief |
| 1175 | 7/10/2023 | Reply Memorandum in Support of the Debtors' Second Motion to Extend Exclusivity Periods |
| 1202 | 7/14/2023 | Preliminary Report Addressing Question Posed by the Official Committee of Unsecured Creditors: Why Did BlockFi Fail? |

| Docket No. | Date Filed / Entry Date | Document |
|---|---|---|
| 1294 | 7/30/2023 | Debtors' Supplemental Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Replying to Objections to the Disclosure Statement |
| 1300 | 7/31/2023 | Notice of Filing of Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1301 | 7/31/2023 | Notice Of Filing of Revised Disclosure Statement Relating to the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1302 | 7/31/2023 | Notice of Filing of Revised Exhibits of Debtors' Proposed Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, and (IV) Scheduling Certain Dates with Respect Thereto |
| 1305 | 8/1/2023 | Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief |
| 1306 | 8/2/2023 | Order (I) Conditionally Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, and (IV) Scheduling Certain Dates with Respect Thereto |
| 1307 | 8/2/2023 | Order Shortening Time Period for Notice |
| 1309 | 8/2/2023 | Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Solicitation Version) |
| 1310 | 8/3/2023 | Disclosure Statement Relating to the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Solicitation Version) |
| 1443 | 9/4/2023 | Notice of Filing of Plan Supplement |
| 1582 | 9/22/2023 | Declaration of Mark A. Renzi, Chief Restructuring Officer of BlockFi Inc., in Support of (I) Final Approval of the Disclosure Statement and (II) Confirmation of the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1583 | 9/22/2023 | Declaration of Brett Witherell, Managing Director of Berkeley Research Group, LLC, in Support of Final Approval of the Disclosure Statement For, and Confirmation of, the Debtors' Chapter 11 Plan |

| Docket No. | Date Filed / Entry Date | Document |
|---|---|---|
| 1584 | 9/22/2023 | Declaration of Scott D. Vogel, Independent Director and Member of the Special Committee of the Board of Directors of BlockFi Inc., in Support of (I) Final Approval of the Disclosure Statement and (II) Confirmation of the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1585 | 9/22/2023 | Notice of Filing of Second Amended Plan Supplement |
| 1606 | 9/25/2023 | Statement of the Official Committee of Unsecured Creditors in Support of Confirmation of Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1607 | 9/25/2023 | Declaration of James Daloia of Kroll Restructuring Administration LLC Regarding the Solicitation and Tabulation of Votes on the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |
| 1612 | 9/27/2023 | Audio File |
| 1621 | 9/28/2023 | Transcript of Hearing on Disclosure Statement Motion and Confirmation Hearing Before the Honorable Michael B. Kaplan United States Bankruptcy Court Chief Judge |
| 1655 | 10/3/2023 | Revised Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement Relating to the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code on a Final Basis and (II) Confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications) |
| 1660 | 10/3/2023 | Revised Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement Relating to the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code on a Final Basis and (II) Confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications) |
| 1740 | 10/16/2023 | Notice of Clarification Regarding Confirmation Order |
| 1788 | 10/24/2023 | Notice of (I) Entry of the Order (A) Approving the Disclosure Statement on a Final Basis and (B) Confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications) and (II) Occurrence of the Effective Date |

*And items from adversary proceeding captioned*

*In re BlockFi Inc., et al. v. Green & Elas*
**United States Bankruptcy Court, District of New Jersey, Adv. Pro. No. 23-01071-MBK**

| Docket No. | Entry Date | Document |
|---|---|---|
| 1 | 3/13/2023 | Debtors' Adversary Complaint to Extend Automatic Stay or, in the Alternative, for Injunctive Relief Enjoining Prosecution of Pending Litigation Against the Debtors' Directors and Officers |
| 3 | 3/14/2023 | Summons and Notice of Pretrial Conference in an Adversary Proceeding |
| 4 | 3/16/2023 | Debtors' Motion to Extend the Automatic Stay or, in the Alternative, for Injunctive Relief Enjoining Prosecution of Certain Pending Litigation |
| 6 | 3/22/2023 | Application for Order to Show Cause re Injunctive Relief |
| 10 | 3/23/2023 | Order to Show Cause with Temporary Restraints |
| 16 | 4/6/2023 | Agreed Stipulation and Order Granting Preliminary Injunction and Related Relief |
| 18 | 4/12/2023 | Letter re: Debtors and Adversary Defendants Entered into an Agreed Stipulation and Order |
| 20 | 8/14/2023 | Motion of Proposed Lead Plaintiff for Entry of an Order Modifying the Stipulated Injunctive Relief |
| 26 | 8/18/2023 | Transcript regarding hearing held 8/17/2023 |
| 28 | 8/23/2023 | Response in Opposition to Motion to Modify the Stipulated Injunctive Relief |
| 29 | 8/28/2023 | Response to Opposition to Motion to Modify the Stipulated Injunctive Relief |
| 31 | 8/31/2023 | Transcript regarding hearing held 8/31/2023 |
| 32 | 10/30/2023 | Consent Order Modifying the Stipulated Injunctive Relief Order |

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: November 14, 2023 | */s/ Daniel M. Stolz* |

**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
110 Allen Rd., Suite 304
Basking Ridge, New Jersey 07920
(201) 489-3000
DStolz@genovaburns.com
DClarke@genovaburns.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Michael B. Slade (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
(312) 862-2000
mslade@kirkland.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
George W. Hicks (*pro hac vice* to be filed)
1301 Pennsylvania Avenue, N.W.
Washington, D.C., 20004
(202) 389-5000
george.hicks@kirkland.com

*Attorneys for the Debtors and Wind-Down Debtors*