# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on November 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: _____ 22-19361 _____ |
| BlockFi Inc. | Hearing Date: _____ 11/6/2023 _____ |
| | Judge: _____ Michael B. Kaplan _____ |
| | Chapter: _____ 11 _____ |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER DENYING MOTION OF SECURED CREDITOR GEORGE WYNNS FOR RETURN OF 4.22 BITCOIN IN EXCHANGE FOR OWED UPON LOAN

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 6, 2023**

*Michael B. Kaplan*

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____ October 16 _____, 20 23  by

George S. Wynns _____ for entry of an order as set forth above, all

interested parties having been duly served, the Court having considered all of the papers

submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion is denied for the reasons set forth on the record.

The successful party shall serve this order on the debtor, any trustee and all parties who

entered an appearance on this matter.

*Rev. 7 1 04; jml*

2