George S. Wynns
124 Brewster Street
San Francisco, CA 94110-5304
415-279-7397
georgewynns@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: BLOCKFI, INC., et al. | ) Case No. 22-19361 Chapter 11 <br> ) <br> ) **AFFIDAVIT OF SERVICE BY** <br> ) **CREDITOR GEORGE WYNNS** <br> ) **OF NOTICE OF APPEAL.** <br> ) |
| Debtors. | ) Honorable Michael B. Kaplan, <br> ) Chief Bankruptcy Judge <br> ) <br> ) <br> ) |

**AFFIDAVIT OF SERVICE VIA EMAIL AND FIRST-CLASS MAIL**

I, George Wynns, declare as follows:

1. On November 15, 2023 I served the counsel to the Debtor, Haynes Boone, LLP, with the Noice of Appeal by United States mail, first-class postage prepaid,

1

to their New York office address at 30 Rockefeller Plaza, 26th Floor, New York, NY 10112, with attention to their attorney representatives for the present case and in the same manner to Committee Counsel at Seven Times Square, New York, NY 10036, and to the United States Trustee for the District of New Jersey at One Newark Center, Suite 2100, Newark, NJ 07102, with attention to the appropriate representatives for the present case. Said service was made via U.S. Mail, first-class postage prepaid, from San Francisco, California on November 15, 2023, by deposit into a U.S. Mail mailbox or receptacle.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

Dated: November 15, 2023

/s/ George S. Wynns

George S. Wynns

George S. Wynns
124 Brewster Street
San Francisco, CA 94110
415-279-7397
georgewynns@gmail.com

Nov. 15, 2023

Clerk of the Court
U.S. Bankruptcy Court
402 E. State St.
Trenton, NJ 08608-1507
608-858-933

Re No 22-19367 MBK

Dear Clerk of the Court:


Please file the enclosed Notice of Appeal of Judge Kaplan's Orders Denying my Motion for Return of my 4.22 Bitcoin in exchange for payment of the loans and Granting the Tenth Omnibus Objection to Certain Claims, effectively overruling my Response and Objection. Also, Affidavit of Service.

$298.00 money order enclosed.

Envelope enclosed for file-stamped copies of Notice of Appeal (without Exhibits Attached) and Affidavit of Service.


Thank you very much.

*[signature]*
George Wynns
Secured Creditor.

