| | |
|---|---|
| **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq. (NJ Bar No. 014321986)<br>Warren A. Usatine, Esq. (NJ Bar No. 025881995)<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Kenric D. Kattner, Esq. (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>kenric.kattner@haynesboone.com |
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Christine A. Okike, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800<br>jsussberg@kirkland.com<br>christine.okike@kirkland.com | *Attorneys for Debtors and*<br>*Debtors in Possession* |

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

# NOTICE OF HEARING ON FINAL COMPENSATION APPLICATIONS

**PLEASE TAKE NOTICE** that the following applications (collectively, the "Final Compensation Applications") were filed seeking payment of fees for services rendered and expenses incurred for duration of the above-captioned chapter 11 cases:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

| APPLICANT and APPLICATION | FEES | EXPENSES |
|---|---|---|
| Cole Schotz P.C., Co-Counsel to the Debtors<br><br>Final Compensation Application<br>[Docket No. 1897] | $970,374.79 | $11,303.81 |
| Kirkland & Ellis LLP and<br>Kirkland & Ellis International LLP, Co-Counsel to the Debtors<br><br>Final Compensation Application<br>[Docket No. 1896] | $16,310,597.00 | $1,632,145.55 |

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Final Compensation Applications will be held on **December 11, 2023, at 11:00 a.m. (ET),** before the Honorable Michael B. Kaplan, U.S.B.J., at the United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Courtroom #8, Trenton, N.J. 08608.  Attendance by creditors is welcome, but not required.

**PLEASE TAKE FURTHER NOTICE** that copies of the Final Compensation Applications may be obtained at no charge at https://restructuring.ra.kroll.com/blockfi/Home-DocketInfo or via PACER at the http://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that, except as set forth in the *Order Appointing an Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 925], parties that wish to object to the Final Compensation Applications must file an objection on or before **December 4, 2023 at 5:00 p.m.** Objections must be filed with the Court and served on the applicant and all other interested parties.

| | |
|---|---|
| Dated: November 20, 2023 | /s/ *Michael D. Sirota* |
| | **COLE SCHOTZ P.C.** |
| | Michael D. Sirota, Esq. (NJ Bar No. 014321986) |
| | Warren A. Usatine, Esq. (NJ Bar No. 025881995) |
| | Court Plaza North, 25 Main Street |
| | Hackensack, New Jersey 07601 |
| | (201) 489-3000 |
| | msirota@coleschotz.com |
| | wusatine@coleschotz.com |
| | |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| | Christine A. Okike, P.C. (admitted *pro hac vice*) |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | (212) 446-4800 |
| | jsussberg@kirkland.com |
| | christine.okike@kirkland.com |
| | |
| | **HAYNES AND BOONE, LLP** |
| | Richard S. Kanowitz, Esq. (NJ Bar No. 047911992) |
| | Kenric D. Kattner, Esq. (admitted *pro hac vice*) |
| | 30 Rockefeller Plaza, 26th Floor |
| | New York, New York 10112 |
| | (212) 659-7300 |
| | richard.kanowitz@haynesboone.com |
| | kenric.kattner@haynesboone.com |
| | |
| | *Attorneys for Debtors and* |
| | *Debtors in Possession* |