| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| WHITE AND WILLIAMS LLP<br>James C. Vandermark, Esq.<br>7 Times Square, Suite 2900<br>New York, NY 10036<br>(212) 244-9500<br>vandermarkj@whiteandwilliams.com<br>*Counsel to Slack Technologies, Inc.* | |
| In re:<br><br>BLOCKFI INC., *et al.*,<br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

## **CERTIFICATE OF SERVICE**

　　　　I, James C. Vandermark, hereby certify that on November 21, 2023, I caused to be served a true and correct copy of:

- *Request for Payment of Administrative Expense by Slack Technologies, Inc.*

through the Court's CM/ECF system on all participants in the case as registered CM/ECF users, including counsel for the Debtors and Wind-Down Debtors.

Dated:　November 21, 2023　　　　　　　　*/s/ James C. Vandermark*
　　　　　　　　　　　　　　　　　　　　　James C. Vandermark
　　　　　　　　　　　　　　　　　　　　　*Counsel to Slack Technologies, Inc.*

30382198v.1