**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 3, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Core Scientific Operating Company, (ADRID: 18337989), Attn: Ronit J. Berkovich, 210 Barton Springs Road, Austin, TX, 78704:

- Notice of Filing of Amended Plan Supplement [Docket No. 1467] (the "***Amended Plan Supplement***")

On November 8, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on Digistar Norway AS, (ADRID: 10592471), Frydenbergveien 46b, Oslo, 0575, Norway:

- Notice Of Filing of Plan Supplement [Docket No. 1443]

On November 13, 2023, at my direction and under my supervision, employees of Kroll caused the Amended Plan Supplement to be served via first class mail on Core Scientific, Inc., (ADRID: 18337992), Core Scientific, Inc., Attn: Ronit J. Berkovich, 210 Barton Springs Road, Suite 300, Austin, TX, 78704.

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

Dated: November 22, 2023

/s/ *Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me November 22, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 74110, 74306 & 74404