# EXHIBIT A

GENOVA BURNS LLC

November 28, 2023
Invoice No.:    504451

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/22/23 | DMS | B320 | Review amendments to Plan. | .40 | 800.00 | 320.00 |
| 10/02/23 | DMS | B150 | Review FTX, 3AC stories and post to moxo. | .60 | 800.00 | 480.00 |
| 10/02/23 | DMS | B190 | Review Wynn's objection to motion. | .20 | 800.00 | 160.00 |
| 10/02/23 | DWC | B190 | Rvw docket filing re stipulation settling Digistar litigation | .30 | 600.00 | 180.00 |
| 10/02/23 | DWC | B190 | Rvw docket filing re motion to seal stipulation settling Digistar litigation | .30 | 600.00 | 180.00 |
| 10/02/23 | DWC | B190 | Rvw new pacer emails of docket filings (wynn objection) | .20 | 600.00 | 120.00 |
| 10/02/23 | DWC | B190 | Rvw objection (.5) and affidavit in support (.3) for wynn objection to claims objection | .80 | 600.00 | 480.00 |
| 10/02/23 | DWC | B190 | Email from RK re wynn objection | .20 | 600.00 | 120.00 |
| 10/02/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |
| 10/03/23 | DMS | B110 | Review Digistar Order. | .10 | 800.00 | 80.00 |
| 10/03/23 | DMS | B190 | Review Motion to seal. | .20 | 800.00 | 160.00 |
| 10/03/23 | DMS | B110 | Review FTX order. | .10 | 800.00 | 80.00 |
| 10/03/23 | DMS | B150 | Emails with creditor committee members regarding expense reimbursement. | .30 | 800.00 | 240.00 |
| 10/03/23 | DWC | B110 | Internal emails to SS re case deadlines | .30 | 600.00 | 180.00 |
| 10/03/23 | DWC | B110 | Rvw pacer flings | .40 | 600.00 | 240.00 |
| 10/03/23 | DWC | B110 | Emails with DS, LD and EC re committee member expenses | .40 | 600.00 | 240.00 |
| 10/03/23 | DWC | B110 | Coordinate retention of and request for reimbursement of committee member expenses | .40 | 600.00 | 240.00 |

**GENOVA BURNS LLC**

November 28, 2023
Invoice No.:    504451

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/23 | DWC | B110 | Rvw EC expenses to confirm reimbursable | .30 | 600.00 | 180.00 |
| 10/03/23 | DWC | B110 | Email with IT re access to EC expense file | .20 | 600.00 | 120.00 |
| 10/03/23 | DWC | B110 | Rvw PACER emails and service emails | .30 | 600.00 | 180.00 |
| 10/03/23 | LD | B160 | Prepare and file CNO re GB August fee statement. | .50 | 250.00 | 125.00 |
| 10/03/23 | LD | B160 | Email filed CNO and August fee statement to BlockFi for payment. | .10 | 250.00 | 25.00 |
| 10/03/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .40 | 275.00 | 110.00 |
| 10/04/23 | DMS | B170 | Emails regarding retention as local counsel for Plan Administrator. | .30 | 800.00 | 240.00 |
| 10/04/23 | DMS | B150 | Emails with John and Elisabeth (creditor committee) regarding expense reimbursement. | .40 | 800.00 | 320.00 |
| 10/04/23 | DMS | B190 | Review appeal designations. | .20 | 800.00 | 160.00 |
| 10/04/23 | DMS | B320 | Review Confirmation Order. | .20 | 800.00 | 160.00 |
| 10/04/23 | DWC | B110 | Email (x6) to and from client and internal re access to member expenses for reimbursement | .60 | 600.00 | 360.00 |
| 10/04/23 | DWC | B110 | Call with KA re plan admin retention under reorg plan | .30 | 600.00 | 180.00 |
| 10/04/23 | DWC | B110 | Emails from and to co counsel re PHV for MW and JJ; coordinate pr and filing of same | .40 | 600.00 | 240.00 |
| 10/04/23 | LD | B160 | Prepare and file CNO re BR August fee statement. | .50 | 250.00 | 125.00 |
| 10/04/23 | LD | B160 | Prepare PHV application for M. Winograd. | 1.00 | 250.00 | 250.00 |
| 10/04/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 10/04/23 | SS | B110 | Updating attorney calendars with new hearing dates. | .20 | 275.00 | 55.00 |
| 10/05/23 | DMS | B150 | Post to creditors committee regarding creditor committee expenses. | .20 | 800.00 | 160.00 |
| 10/05/23 | DMS | B320 | Emails with Aulet regarding timing of effective date. | .40 | 800.00 | 320.00 |

**GENOVA BURNS LLC**

November 28, 2023
Invoice No.:    504451

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/05/23 | DMS | B190 | Email to US Trustee regarding potential appeal. | .20 | 800.00 | 160.00 |
| 10/05/23 | DMS | B190 | Email with SEC regarding possible appeal. | .20 | 800.00 | 160.00 |
| 10/05/23 | DMS | B190 | Emails with US Trustee and SEC regarding potential appeal. | .40 | 800.00 | 320.00 |
| 10/05/23 | DMS | B190 | Email with Dwoskin regarding DOJ. | .20 | 800.00 | 160.00 |
| 10/05/23 | DMS | B320 | More emails with M3 and Aulet regarding effective date. | .30 | 800.00 | 240.00 |
| 10/05/23 | DMS | B190 | Review and prepare objection to 3AC and email with Aulet regarding same. | .50 | 800.00 | 400.00 |
| 10/05/23 | DWC | B110 | Multiple emails re appeal of confirmation order, finality of confirmation order, ballot results, optout results | .70 | 600.00 | 420.00 |
| 10/05/23 | DWC | B110 | Emails from and to EC expenses | .20 | 600.00 | 120.00 |
| 10/05/23 | DWC | B190 | Multiple emails to and from co counsel re filing joinder to debtors' motion to 3AC motion to lift stay | .40 | 600.00 | 240.00 |
| 10/05/23 | DWC | B190 | Rvw joinder to objection to 3ac motion and prep for filing | .60 | 600.00 | 360.00 |
| 10/05/23 | DWC | B110 | Rvw draft PHV for JJ, DW, and MW | .50 | 600.00 | 300.00 |
| 10/05/23 | DWC | B110 | Rvw email and disclosures from ad hoc committee to Jdg Shipp at district court | .50 | 600.00 | 300.00 |
| 10/05/23 | DWC | B110 | Emails from and to co counsel re docket entry | .20 | 600.00 | 120.00 |
| 10/05/23 | DWC | B110 | Rvw various pacer emails | .30 | 600.00 | 180.00 |
| 10/05/23 | LD | B110 | File Joinder re Motion of Three Arrows Capital. | .30 | 250.00 | 75.00 |
| 10/05/23 | LD | B160 | Finalize and file MSW PHV application. | .50 | 250.00 | 125.00 |
| 10/05/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 10/05/23 | SS | B110 | Adjusting attorney calendars based on adjournment notices. | .20 | 275.00 | 55.00 |

GENOVA BURNS LLC

November 28, 2023
Invoice No.:    504451

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 10/06/23 | DMS | B150 | Text to creditors committee regarding possibility of appeals. | .20 | 800.00 | 160.00 |
| 10/06/23 | DMS | B160 | Email with M3 regarding unpaid fees. | .20 | 800.00 | 160.00 |
| 10/06/23 | DMS | B160 | Emails with staff regarding chart of unpaid fees. | .30 | 800.00 | 240.00 |
| 10/06/23 | DMS | B190 | Review settlement motion with Deserve. | .20 | 800.00 | 160.00 |
| 10/06/23 | DMS | B190 | Review Order Shortening Time regarding Deserve motion. | .10 | 800.00 | 80.00 |
| 10/06/23 | DMS | B110 | Email with Aulet regarding October 10th calendar. | .20 | 800.00 | 160.00 |
| 10/06/23 | DMS | B110 | Email with M3 regarding fee budget. | .20 | 800.00 | 160.00 |
| 10/06/23 | DMS | B190 | Review pleadings regarding Digistar settlement. | .20 | 800.00 | 160.00 |
| 10/06/23 | DMS | B190 | Review Delaware Motion regarding FTX settlement. | .20 | 800.00 | 160.00 |
| 10/06/23 | DMS | B110 | Review 3AC objection to schedulling. | .20 | 800.00 | 160.00 |
| 10/06/23 | LD | B160 | Prepare chart of outstanding fees and expenses through September. | .50 | 250.00 | 125.00 |
| 10/06/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 10/06/23 | SS | B110 | Adjusting attorney calendars based on court notice. | .10 | 275.00 | 27.50 |
| 10/09/23 | DWC | B110 | Rvw PACER emails | .40 | 600.00 | 240.00 |
| 10/09/23 | DWC | B110 | Emails and calls from co counsel re attendance at hearing, zoom availability, prep for in person appearance | .80 | 600.00 | 480.00 |
| 10/09/23 | DWC | B110 | Draft adjournment request per calls and emails with co counsel and UST for hearing on motion to seal | .70 | 600.00 | 420.00 |
| 10/09/23 | DWC | B110 | Rvw docket and agenda per co counsel request to confirm whether motion to seal will go forward | .40 | 600.00 | 240.00 |
| 10/09/23 | DWC | B190 | Rvw draft joinder to objection to 3ac consolidated motion; prep for filing | .70 | 600.00 | 420.00 |

GENOVA BURNS LLC

November 28, 2023
Invoice No.:    504451

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/09/23 | LD | B110 | File joinder re Debtors' objection to 3AC's coordination motion. | .30 | 250.00 | 75.00 |
| 10/09/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .40 | 275.00 | 110.00 |
| 10/09/23 | SS | B110 | Sending hearing information to all professionals and committee members. | .10 | 275.00 | 27.50 |
| 10/10/23 | DMS | B160 | Emails with MS and MD regarding member expense payment. | .30 | 800.00 | 240.00 |
| 10/10/23 | DMS | B150 | Text to creditors committee regarding expense reimbursement. | .20 | 800.00 | 160.00 |
| 10/10/23 | DMS | B190 | Review Opinion denying DOJ MTD. | .30 | 800.00 | 240.00 |
| 10/10/23 | DMS | B190 | Send Opinion to creditors committee. | .20 | 800.00 | 160.00 |
| 10/10/23 | DMS | B110 | Emails with Court regarding zoom hearings. | .30 | 800.00 | 240.00 |
| 10/10/23 | DWC | B110 | Hearings on seal and 3ac motions | 3.00 | 600.00 | 1,800.00 |
| 10/10/23 | DWC | B110 | Multiple emails from co counsel and court re coordinating electronic appearance at hearings | .60 | 600.00 | 360.00 |
| 10/10/23 | DWC | B190 | Rvw and circulate opinion denying DOJ motion to withdraw reference | .70 | 600.00 | 420.00 |
| 10/10/23 | LD | B160 | Finalize and file Benson PHV. | .50 | 250.00 | 125.00 |
| 10/10/23 | LD | B160 | Finalize and file Weinstein PHV. | .50 | 250.00 | 125.00 |
| 10/10/23 | LD | B160 | Finalize and file Kasnetz PHV. | .50 | 250.00 | 125.00 |
| 10/10/23 | LD | B160 | Prepare letter to member enclosing reimbursement of expense check. | .20 | 250.00 | 50.00 |
| 10/10/23 | LD | B160 | Review and redact personal information from member expense receipts. | .30 | 250.00 | 75.00 |
| 10/10/23 | SS | B110 | Reviewing notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 10/10/23 | SS | B110 | Updating attorney calendars three times based on adjournment notice. | .60 | 275.00 | 165.00 |

GENOVA BURNS LLC

November 28, 2023
Invoice No.:    504451

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/11/23 | DMS | B150 | Moxo posts with creditors committee regarding DOJ and 3AC. | .40 | 800.00 | 320.00 |
| 10/11/23 | DMS | B110 | Review settlement order regarding US Farms. | .10 | 800.00 | 80.00 |
| 10/11/23 | DMS | B190 | Review Deserve settlement order. | .10 | 800.00 | 80.00 |
| 10/11/23 | DWC | B110 | Multiple PACER entries | .30 | 600.00 | 180.00 |
| 10/11/23 | LD | B160 | Redact and file BR September fee statement. | .50 | 250.00 | 125.00 |
| 10/11/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .60 | 275.00 | 165.00 |
| 10/11/23 | SS | B110 | Drafting list of adjourned hearings and new dates. | .20 | 275.00 | 55.00 |
| 10/12/23 | DMS | B150 | Review October 10th Transcript, send to Aulet and post to creditors committee. | .60 | 800.00 | 480.00 |
| 10/12/23 | DMS | B160 | Review M3 chart of fees due. | .20 | 800.00 | 160.00 |
| 10/12/23 | DMS | B150 | Review Seal Order and send to creditors committee. | .20 | 800.00 | 160.00 |
| 10/12/23 | DWC | B190 | Follow up re DOJ order denying withdrawal of referecne | .30 | 600.00 | 180.00 |
| 10/12/23 | DWC | B110 | Rvw proposed professional budget and request from M# for more input | .40 | 600.00 | 240.00 |
| 10/12/23 | DWC | B160 | Rvw fee examiner email and second interim report | .80 | 600.00 | 480.00 |
| 10/12/23 | SS | B110 | Updating attorney calendars based on adjournment notices. | .40 | 275.00 | 110.00 |
| 10/12/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .10 | 275.00 | 27.50 |
| 10/13/23 | DMS | B160 | Review Coles monthly bill. | .10 | 800.00 | 80.00 |
| 10/13/23 | DWC | B190 | Rvw final order denying DOJ motion to withdraw; coordinate filing | .40 | 600.00 | 240.00 |
| 10/13/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |

**GENOVA BURNS LLC**

November 28, 2023
Invoice No.: 504451

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/13/23 | SS | B110 | Updating attorney calendars based on adjournment notice. | .20 | 275.00 | 55.00 |
| 10/14/23 | DMS | B190 | Review Wynn's Motion for return of bitcoin. | .20 | 800.00 | 160.00 |
| 10/14/23 | DWC | B190 | Rvw GWynn motion to return bitcoin | .40 | 600.00 | 240.00 |
| 10/16/23 | DMS | B150 | Review article on Prince testimony and send to creditors committee. | .30 | 800.00 | 240.00 |
| 10/16/23 | DMS | B320 | Email with Aulet regarding Plan effective date. | .20 | 800.00 | 160.00 |
| 10/16/23 | DMS | B150 | Review Debtor's notice of clarification and send to creditors committee. | .20 | 800.00 | 160.00 |
| 10/16/23 | DWC | B170 | Rvw examiner comments to second fee app; review file and respond | 2.30 | 600.00 | 1,380.00 |
| 10/16/23 | DWC | B160 | Rvw examiner comments and input responses | 1.80 | 600.00 | 1,080.00 |
| 10/16/23 | DWC | B110 | Emails with co counsel re effective date and control of contested matters | .40 | 600.00 | 240.00 |
| 10/16/23 | LD | B160 | Review and redact member receipts. | .40 | 250.00 | 100.00 |
| 10/16/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .40 | 275.00 | 110.00 |
| 10/17/23 | DMS | B110 | Call with Aulet regarding continuing admin and mediation. | .30 | 800.00 | 240.00 |
| 10/17/23 | DMS | B190 | Review Wyatt notice of appeal and email with Aulet regarding same. | .30 | 800.00 | 240.00 |
| 10/17/23 | DWC | B110 | Forward filed doc to co counsel per request | .20 | 600.00 | 120.00 |
| 10/17/23 | DWC | B110 | Emails with co counsel re wyatt appeal | .40 | 600.00 | 240.00 |
| 10/17/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 10/17/23 | SS | B110 | Updating attorney calendars based on hearing notice. | .10 | 275.00 | 27.50 |
| 10/18/23 | DMS | B150 | Texts with Aulet and creditors committee regarding appeal and effective date. | .30 | 800.00 | 240.00 |

GENOVA BURNS LLC

November 28, 2023
Invoice No.: 504451

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/18/23 | DMS | B320 | Emails with Aulet regarding appeal and effective date. | .30 | 800.00 | 240.00 |
| 10/18/23 | DMS | B150 | Texts with creditor committee regarding FTX/investor deal. | .20 | 800.00 | 160.00 |
| 10/18/23 | DMS | B320 | Email with Aulet regarding Plan Effective date. | .30 | 800.00 | 240.00 |
| 10/18/23 | DWC | B110 | Emails with co counsel re Prince testimony on FTX | .40 | 600.00 | 240.00 |
| 10/18/23 | DWC | B110 | Rvw M3 fee app for aug 2023 | .40 | 600.00 | 240.00 |
| 10/18/23 | DWC | B160 | Rvw M3 sept fee app | .40 | 600.00 | 240.00 |
| 10/18/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .10 | 275.00 | 27.50 |
| 10/19/23 | DMS | B110 | Emails with Aulet and creditors committee regarding scam emails to investors. | .30 | 800.00 | 240.00 |
| 10/19/23 | DMS | B320 | Review and reply to Aulet emails regarding Plan going effective. | .30 | 800.00 | 240.00 |
| 10/19/23 | DMS | B110 | Review US Trustee edits to Redaction Order. | .20 | 800.00 | 160.00 |
| 10/19/23 | DWC | B160 | Emails from M3 re aug and sept fee applications | .20 | 600.00 | 120.00 |
| 10/19/23 | DWC | B110 | Email from court and co counsel re draft proposed order on redaction issues | .30 | 600.00 | 180.00 |
| 10/19/23 | LD | B160 | File M3 Partners August fee statement. | .50 | 250.00 | 125.00 |
| 10/19/23 | LD | B160 | File M3 Partners September fee statement. | .50 | 250.00 | 125.00 |
| 10/19/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .50 | 275.00 | 137.50 |
| 10/20/23 | DMS | B320 | Emails and texts regarding effective date. | .30 | 800.00 | 240.00 |
| 10/20/23 | DMS | B110 | Review class transmittal of record and email to Aulet regarding same. | .30 | 800.00 | 240.00 |
| 10/20/23 | DMS | B150 | Review side letter regarding effective date and email with Aulet and text with creditors committee regarding same. | .60 | 800.00 | 480.00 |

GENOVA BURNS LLC

November 28, 2023
Invoice No.: 504451

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/20/23 | DWC | B110 | Coordinate retention and distribution of transcripts | .30 | 600.00 | 180.00 |
| 10/20/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .20 | 275.00 | 55.00 |
| 10/21/23 | DMS | B110 | Email with Sawyer regarding October 10th Transcript. | .20 | 800.00 | 160.00 |
| 10/23/23 | DMS | B110 | Review October 10th Transcript and send to BR. | .50 | 800.00 | 400.00 |
| 10/23/23 | DMS | B320 | Review Third Amended Plan. | .40 | 800.00 | 320.00 |
| 10/23/23 | DWC | B110 | Rvw various pacer filings | .60 | 600.00 | 360.00 |
| 10/23/23 | DWC | B110 | Status of Miller Nash payments | .60 | 600.00 | 360.00 |
| 10/23/23 | LD | B110 | Email 10/10/23 transcript to committee. | .10 | 250.00 | 25.00 |
| 10/23/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .40 | 275.00 | 110.00 |

**TOTAL PROFESSIONAL SERVICES**     **$ 32,847.50**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Daniel M Stolz | Partner | 16.10 | 800.00 | 12,880.00 |
| Donald W. Clarke | Partner | 27.00 | 600.00 | 16,200.00 |
| Lorrie Denson | Paralegal | 7.70 | 250.00 | 1,925.00 |
| Sydney Schubert | Junior Associate | 6.70 | 275.00 | 1,842.50 |
| **TOTALS** | | **57.50** | | **$ 32,847.50** |