# EXHIBIT B

GENOVA BURNS LLC

November 28, 2023
Invoice No.: 504451

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 10/23/23 | Court Reporter, J&J Court Transcribers, Inc., 2023-02158 - Court Reporter fee for 1 copy of 117 pages Federal Court Expedited on 10/10/23, Court: U.S. Bankruptcy Court , Trenton NJ (22-19361). | 117.00 |
| | **TOTAL DISBURSEMENTS** | **$ 117.00** |