EXHIBIT MEMBER #1

- $7,949.27

30.08.23, 17:20    Case 22-19361-MBK    FWD: Your SWISS flight Zurich (ZRH) - Newark (EWR) on 21/06/2023
Filed 11/28/23   Entered 11/28/23 12:33:49    Desc
Member #1 Expenses    Page 2 of 12

# Gmail

**FWD: Your SWISS flight Zurich (ZRH) - Newark (EWR) on 21/06/2023**
1 message

Sun, Jun 18, 2023 at 12:48 AM

Date: 17 Jun 2023, 19:43
From: booking@information.swiss.com
To: DC-BOOKING@tuta.io
Subject: Your SWISS flight Zurich (ZRH) - Newark (EWR) on 21/06/2023

## SWISS
## Booking confirmation



## Booking reference: K4V2R4

**Dear** ███████████

Thank you for flying with us. Please find your booking confirmation details below. We wish you a pleasant flight - and see you soon.

✓   Use your booking reference to edit bookings at any time

✓ You will receive your boarding pass(es) automatically 20 hours before departure

**All names in this booking:**

# Flight information

## Outbound flight

| ZRH | ✈ | EWR |
|---|---|---|
| | 8h 50m | |
| Zurich | | Newark |
| 21 Jun 2023 | | 21 Jun 2023 |
| 17:20 | | 20:10 |

**LX 18**
**Confirmed**

Wednesday 21 June 2023
17:20 ZRH ✈ 20:10 EWR
Operated by Swiss International Air Lines

Airbus Industrie A330-300

**Your itinerary contains an airport change.**
Business Basic Plus - C
Pre-reserved Seat 12K**

## Return flight

| JFK | ✈ | ZRH |
|---|---|---|
| | 7h 45m | |
| New York | | Zurich |

|  |  |  |
|---|---|---|
| 25 Jun 2023 16:30 | | 26 Jun 2023 06:15 |

 **LX 17**
**Confirmed**

Sunday 25 June 2023
16:30 JFK ➔ 06:15 ZRH **+1**
Operated by Swiss International Air Lines

Airbus Industrie A330-300



Business Basic Plus - D
Pre-reserved Seat 08G**

**Please note**

All times are local times

The fare is only valid if all the flights are fully flown in the booked sequence. Otherwise the fare will be recalculated based on the actual flight routing.

In accordance with current EU law, you have the right to provide SWISS with the name and address of an additional contact person.

** You have purchased a seat in a defined seat category. This may change in the event of a change in aircraft for operational reasons. You will find further information at swiss.com.

Depending on the chosen fare, your ticket might only allow you to travel with hand baggage. Check the conditions of your fare.

Additional baggage fees may apply

You can book your additional item of baggage online (23kg, circumference 158 cm), which saves you time and money.
1st additional item of baggage charge online and at check-in: CHF 75/EUR 65/USD 75.
2nd additional item of baggage online charge: CHF 85/EUR 80/USD 85. Charge at check-in: CHF 100/EUR 90/USD 100.

Symbols
**+1** Arrival/Departure the following day.

# Baggage information


**Zurich (ZRH) – Newark (EWR)**    Wed. 21.06.2023

    2 baggage items of up to 70lb / 32kg

**New York (JFK) – Zurich (ZRH)**    Sun. 25.06.2023

2 baggage items of up to 70lb / 32kg

**Baggage information**

- Checked baggage
- Excess baggage
- Baggage provisions on codeshares and interline partners

# Selected Services

| NAME | RECEIPT NUMBER | TICKET AND SERVICES | |
|---|---|---|---|
| | 7242330898314 | Fare | CHF 5190.00 |
| | | International Surcharge (YQ) | 600.00 |
| | | Fees* | 25.00 |
| | | Airport Passenger Security & Noise Charge (CH) | 35.00 |
| | | Passenger Civil Aviation Security Fee (AY) | 5.05 |
| | | Transportation Tax (US) | 18.95 |
| | | Transportation Tax (US) | 18.95 |
| | | Aphis Passenger Fee (XA) | 3.45 |
| | | Immigration User Fee (XY) | 6.30 |
| | | Customs User Fee (YC) | 5.90 |
| | | Passenger Facility Charge (XF) | 4.05 |

CHF 5912.65

**Grand total**                                                                CHF 5912.65

* The amount includes fees such as e.g. service fee, OPC, etc. For details please contact your nearest SWISS Service Center.

# Important Information / Immigration Formalities

**Important: Please inform yourself about the entry regulations for your trip**

Please note that it is your responsibility to adhere to the entry regulations of all countries you are visiting on your trip. Kindly inform yourself in due time, and again shortly before the trip. On this page you can find this and other important information regarding your trip, as well as related links (without any guarantee of completeness):

Travel Information to Newark

**Mandatory wearing of masks**

Depending on the country of departure and arrival, you may be required to wear a mask on board your SWISS flight.
Please inform yourself in good time about the respective regulations and be sure to listen to the announcements at the gate and on board.
On all flights to Switzerland operated by SWISS, Edelweiss Air und Helvetic Airways the use of masks is no longer required.

Learn more

Apply for approval

## Quicklinks


Manage your booking


Complete immigration formalities


SWISS Choice


Ask our Chatbot

   



Legal notice    Data protection
Conditions of carriage    Contact

A STAR ALLIANCE MEMBER 

---

**2 attachments**

📄 **1_ZRH-EWR.ics**
2K

📄 **2_JFK-ZRH.ics**
2K

Swiss International Air Lines Ltd.
Tel.+41 848 700 700
info.ch@swiss.com



Freitag, 22. September 2023

### Rechnung für Ihre SWISS-Buchung K4V2R4

███████████████,

anbei senden wir Ihnen gerne die gewünschte Auflistung aller Kosten für das folgende Ticket:

| | |
|---|---|
| Referenz: | K4V2R4 |
| E-Ticket: | 724-2330898314 |
| Passagier: | ███████████ |
| Routing: | ZRH-EWR-JFK-ZRH |

### Tarif Details

| | | |
|---|---|---|
| Tarif: | CHF | 5190.00 |
| Steuern: | CHF | 697.65 |
| SWISS Servicegebühr: | CHF | 25.00 |
| **Grand Total:** | **CHF** | **5912.65** |

Referenz: 724-2330898314.

Für weitere Anliegen oder Fragen stehen wir Ihnen gerne zur Verfügung. Unter der Rufnummer +41 (0)848 700 700 sind wir 24 Stunden am Tag, sieben Tage die Woche für Sie erreichbar.

Mit freundlichen Grüßen,

Doganay Demirci
Email Service Center Team G1I

Swiss International Air Lines Ltd.
**SWISS.**COM

# Uber

June 25, 2023

## Here's your receipt for your ride, ▮

We hope you enjoyed your ride this evening.

| | |
|---|---|
| **Total** | **$85.92** |

| | |
|---|---|
| Trip fare | $65.29 |

| | |
|---|---|
| Subtotal | $65.29 |
| Queens Midtown Tunnel Eastbound | $6.55 |
| JFK Airport Surcharge | $2.50 |
| NY Congestion Fee | $2.75 |
| NY State Black Car Fund | $2.23 |
| Sales Tax | $6.60 |

## Payments

 **Uber** ▮  $85.92
6/26/23 12:34 AM

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Visit the trip page for more information, including invoices (where available)

---

You rode with Awilda

License Plate: T773953C

FHV License Number: 5892393

Driver's TLC License Number: 5868086

**UberX**   16.86 miles | 53 min

**1:42 PM** | 300 W 44th St, New York City, NY 10036, US

**2:36 PM** | Terminal 1, John F. Kennedy International Airport (JFK), New York, NY 11430, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.



# InterContinental
## NEW YORK TIMES SQUARE

06-25-23

| | | |
|---|---|---|
| 00 | Folio No. : 1450965 | Room No. : 0402 |
| New York NY 10036 | A/R Number : | Arrival : 06-21-23 |
| United States | Group Code : | Departure : 06-25-23 |
| | Company : Brown Rudnick Berlack Israel | Conf. No. : 27077541 |
| | Membership No. : PC  257091342 | Rate Code : IL1BB |
| | Invoice No. : | Page No. : 1 of 2 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 06-21-23 | Accommodation (Pkg) | | 262.65 | |
| 06-21-23 | Sales Tax 8.875% | | 23.31 | |
| 06-21-23 | City Occ Tax 5.875% | | 15.43 | |
| 06-21-23 | Hotel Room Occ Tax | | 2.00 | |
| 06-21-23 | Javits Conv Ctr Tax $1.50 | | 1.50 | |
| 06-22-23 | The Stinger Brkfst | Room# 0402 : CHECK# 92390 | 39.33 | |
| 06-22-23 | Accommodation (Pkg) | | 262.65 | |
| 06-22-23 | Sales Tax 8.875% | | 23.31 | |
| 06-22-23 | City Occ Tax 5.875% | | 15.43 | |
| 06-22-23 | Hotel Room Occ Tax | | 2.00 | |
| 06-22-23 | Javits Conv Ctr Tax $1.50 | | 1.50 | |
| 06-23-23 | Accommodation (Pkg) | | 254.15 | |
| 06-23-23 | Sales Tax 8.875% | | 22.56 | |
| 06-23-23 | City Occ Tax 5.875% | | 14.93 | |
| 06-23-23 | Hotel Room Occ Tax | | 2.00 | |
| 06-23-23 | Javits Conv Ctr Tax $1.50 | | 1.50 | |
| 06-24-23 | Accommodation (Pkg) | | 347.65 | |
| 06-24-23 | Sales Tax 8.875% | | 30.85 | |
| 06-24-23 | City Occ Tax 5.875% | | 20.42 | |
| 06-24-23 | Hotel Room Occ Tax | | 2.00 | |
| 06-24-23 | Javits Conv Ctr Tax $1.50 | | 1.50 | |
| 06-25-23 | Visa | XXXXXXXXXXX7223 | | 1,346.67 |

300 W. 44th St. New York, NY 10036    Telephone: (212) 803-4500 Fax: (212) 803-4501



**INTERCONTINENTAL**
NEW YORK TIMES SQUARE

06-25-23

| | | |
|---|---|---|
| 00<br>New York NY 10036<br>United States | Folio No. : 1450965<br>A/R Number :<br>Group Code :<br>Company : Brown Rudnick Berlack Israel<br>Membership No. : PC   257091342<br>Invoice No. : | Room No. : 0402<br>Arrival : 06-21-23<br>Departure : 06-25-23<br>Conf. No. : 27077541<br>Rate Code : IL1BB<br>Page No. : 2 of 2 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Total | 1,346.67 | 1,346.67 |
| | Balance | 0.00 | |

Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account. Please tell us about your stay by writing a review here - www.ihg.com/reviews. We look forward to welcoming you back soon.

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

300 W. 44th St. New York, NY 10036    Telephone: (212) 803-4500 Fax: (212) 803-4501

Scanned with SwiftScan



**PORT AUTHORITY NY NJ**
AIR LAND SEA RAIL

Thank You For Choosing
Newark Liberty International Airport

DRIVER WILL NEED TO SEE YOUR FARE SHEET
THIS FARE SHEET IS FOR THE PASSENGER
DO NOT LEAVE FARE SHEET IN CAB OR WITH DRIVER

CAB    446

Dispatched by Valerie Thompson
Departure terminal EWR Terminal B1 at 06/21/2023 08:52 PM

| | |
|---|---|
| Destination NY - MANHATTAN Zone 2- 24 St & W58 St Between 24th St. and W. 58th St. | $55.00 |
| Fuel long trip surcharge | $10.00 |
| Fare including Luggage Fee | $65.00 |

**ESTIMATED ADDITIONAL FEES**

| | |
|---|---|
| Credit card fee (>= $30) | $5.95 |
| Roundtrip tolls | $23.92 |
| Airport access fee | $1.75 |

ROUND TRIP TOLLS MAY VARY BY ROUTE AND TIME OF THE DAY AND WILL BE CALCULATED BY YOUR DRIVER.
TIPS ARE NOT INCLUDED IN FARE

ABM Taxi Dispatch services
Lost property Call - (973) 432-2641

Complaint or comments Call - (862) 307-7472

Elizabeth Taxi Commission Terminal A
Call - (908) 820-4182

Newark Taxi Commission Terminal B & C
Call - (973) 733-8912

Scanned with SwiftScan