EXHIBIT MEMBER #2

- $2,560.36

**From:** ███████████████████████
**Sent:** Wednesday, October 4, 2023 3:06 PM
**To:** Daniel M. Stolz; Maria Sousa; Lorrie Denson
**Subject:** Re: ███ expenses June Mediation
**Attachments:** IMG-1120.jpg

| | |
|---|---|
| ewr to phx | 59.54 |
| ewr to phx | 278.9 |
| taxi | 25.3 |
| taxi | 29.2 |
| food | 133.79 |
| taxi | 43.68 |
| taxi | 37.44 |
| taxi | 13.44 |
| food | 18.99 |
| taxi | 27.97 |
| taxi | 31.92 |
| hotel | 1521.75 |
| subtotal | **2221.92** |
| | |
| estimated phx to ewr | 59.54 |
| estimated phx to ewr | 278.9 |
| | |
| Total: | 2,560.36 |

1

www.citicards.com



## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Payments, Credits and Adjustments** | | | |
| ~~06/11~~ | | ~~ONLINE PAYMENT, THANK YOU~~ | ~~████~~ |
| ~~06/11~~ | | ~~ONLINE PAYMENT, THANK YOU~~ | ~~████~~ |
| 05/31 | | ~~HOWARDS ACE HARDWARE PHOENIX AZ~~ | ~~████~~ |
| **Standard Purchases** | | | |
| 05/18 | 05/18 | ~~THE DOCTORS OF PHYSICAL████~~ | ~~████~~ |
| 05/19 | 05/19 | ~~FAMOUS FOOTWEAR████ PHOENIX~~ | ~~████~~ |
| 05/27 | 05/27 | ~~EXPEDIA████~~ | ~~████~~ |
| 05/27 | 05/27 | ~~EXPEDIA████~~ | ~~████~~ |
| 05/27 | 05/27 | ~~AMTRAK████ WASHINGTON████~~ | ~~████~~ |
| | | ~~NAME: HAYES/JOHN~~ | |
| | | ~~DEPART: 06/04/23~~ | |
| | | ~~NLX  TO NYP : V2 : CLASS: VD : STOP:O~~ | |
| 05/27 | 05/27 | AMERICAN00183085740084  SEATTLE      WA | $59.54 |
| | | NAME: ████ | |
| | | DEPART: 06/07/23 | |
| | | EWR   TO PHX  : AA: CLASS: X : STOP:X | |
| 05/27 | 05/27 | AMERICAN00179507837062  SEATTLE      WA | $278.90 |
| | | NAME: ████ | |
| | | DEPART: 06/07/23 | |
| | | EWR   TO PHX  : AA: CLASS: V : STOP:O | |
| 05/27 | 05/27 | ~~AMERICAN00179507859413 SEATTLE    WA~~ | ~~$27.90~~ |
| | | ~~NAME: HAYES/JOHN AND████~~ | |
| | | ~~DEPART: 05/31/23~~ | |
| | | ~~PHX   TO DCA  : AA: CLASS: G : STOP:O~~ | |
| 05/27 | 05/27 | ~~AMERICAN00183085740095 SEATTLE    WA~~ | ~~████~~ |
| | | ~~NAME: LARAGARCIA/ALIN~~ | |
| | | ~~DEPART: 06/07/23~~ | |
| | | ~~EWR   TO PHX  : AA: CLASS: X : STOP:X~~ | |
| 05/27 | 05/27 | ~~AMERICAN00179507837026 SEATTLE    WA~~ | ~~$278.90~~ |
| | | ~~NAME: LARAGARCIA/ALIN~~ | |
| | | ~~DEPART: 06/07/23~~ | |
| | | ~~EWR   TO PHX  : AA: CLASS: V : STOP:O~~ | |
| 05/27 | 05/27 | ~~AMERICAN00179507859414 SEATTLE    WA~~ | ~~$27.90~~ |
| | | ~~NAME: LARAGARCIA/ALIN~~ | |
| | | ~~DEPART: 05/31/23~~ | |
| | | ~~PHX   TO DCA  : AA: CLASS: G : STOP:O~~ | |
| 05/30 | 05/30 | ~~THE DOCTORS OF████~~ | ~~████~~ |
| 05/31 | 05/31 | ~~HOWARDS ACE HARDWARE PHOENIX AZ~~ | ~~████~~ |
| 06/04 | 06/04 | CURB NYC TAXI        QUEENS       NY | $25.30 |
| 06/05 | 06/05 | CURB NYC TAXI        QUEENS       NY | $29.20 |
| 06/06 | 06/06 | BUONA NOTTE          NEW YORK     NY | $133.79 |
| 06/06 | 06/06 | CURB NYC TAXI        QUEENS       NY | $43.68 |
| 06/06 | 06/06 | CURB NYC TAXI        LONG IS CITY NY | $37.44 |
| ~~06/07~~ | ~~06/07~~ | ~~████~~ | ~~████~~ |
| 06/07 | 06/07 | CURB NYC TAXI        QUEENS       NY | $13.44 |
| 06/07 | 06/07 | EVOLVE BY HUD ST2324 NEWARK      NJ | $18.99 |
| 06/07 | 06/07 | MAYFLOWER CAB CO LLC PHOENIX     AZ | $27.97 |
| 06/07 | 06/07 | CURB NYC TAXI        QUEENS       NY | $31.92 |
| 06/07 | 06/07 | BEST WESTERN SOHO    NEW YORK    NY | $1,521.75 |



**AADVANTAGE® MILES EARNED THIS PERIOD:**

**82,325**

| | |
|---|---|
| Purchase | 5,816 |
| Bonus | 76,509 |
| **Accumulated This Period** | **82,325** |

» Visit **aa.com/aadvantage** to redeem miles, book flights and much more

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months' notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage® miles earned through this promotion/offer do not count toward AAdvantage® status qualification or AAdvantage Million Miler™ status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage.
American Airlines, American Eagle, AAdvantage®, AAdvantage Million Miler™, MileSAAver, Business Extra, Flagship, Admirals Club, AirPass, ConciergeKey, AAdvantage Executive Platinum®, AAdvantage  Platinum Pro®, AAdvantage Platinum®, AAdvantage Gold®, AAdvantage® MileUp®, AA Cargo™, the Flight Symbol logo and the Tail Design are marks of American Airlines, Inc.