EXHIBIT MEMBER #3

███████████ - $3,453.05



# INTERCONTINENTAL
## NEW YORK BARCLAY

06-07-23

| | | |
|---|---|---|
| Folio No. : 1851934 | Room No. : 1530 |
| A/R Number : | Arrival : 06-03-23 |
| Group Code : | Departure : 06-07-23 |
| Company : | Conf. No. : 20175814 |
| Membership No. : PC  254928156 | Rate Code : IDME0 |
| Invoice No. : | Page No. : 2 of 2 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 06-05-23 | Amenity Fee Sales Tax | | 3.51 | |
| 06-05-23 | Amenity Fee City Tax | | 2.32 | |
| 06-06-23 | Mini-Bar - Barclay Water | Room# 1530 : Barclay Water : CHECK#749200 | 13.07 | |
| 06-06-23 | Mini-Bar - Barclay Water | Room# 1530 : Barclay Water : CHECK#749252 | 13.07 | |
| 06-06-23 | Accommodation (Pkg) | | 775.03 | |
| 06-06-23 | Sales Tax 8.875% | | 68.78 | |
| 06-06-23 | City Tax 5.875% | | 45.53 | |
| 06-06-23 | Occupancy Tax | | 2.00 | |
| 06-06-23 | Javits Conv Center Tax | | 1.50 | |
| 06-06-23 | Amenity Fee | | 39.50 | |
| 06-06-23 | Amenity Fee Sales Tax | | 3.51 | |
| 06-06-23 | Amenity Fee City Tax | | 2.32 | |
| 06-07-23 | American Express | XXXXXXXXXXXX1002 | | 2,549.14 |

Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihgrewardsclub.com/review.  We look forward to welcoming you back soon.

**Total** 2,549.14  2,549.14

**Balance** 0.00

Guest Signature: _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

111 East 48th Street, New York, NY 10017
Telephone:  (212) 755-5900  Fax:  (212) 644-0079
Website: icbarclay.com







