UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## ATTORNEY MONTHLY FEE STATEMENT COVER SHEET
## FOR THE PERIOD OCTOBER 1, 2023 THROUGH OCTOBER 3, 2023

In re BlockFi Inc., *et al.*[1]

Case No. 22-19361 (MBK)

Chapter 11

Applicant: Haynes and Boone, LLP

Client:  Debtors and Debtors in Possession

Case Filed: November 28, 2022

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

RETENTION ORDER ATTACHED.

 */s/ Richard S. Kanowitz*      November 29, 2023
RICHARD S. KANOWITZ             Date

---

[1]      The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

| | |
|---|---|
| **SECTION I**<br>**FEE SUMMARY** | |

Summary of Amounts Requested for the Period
October 1, 2023 through October 3, 2023 (the "**Compensation Period**")

| | |
|---|---|
| Fee Total | $145,425.00 |
| Less: 15% Agreed Discount | $21,813.77 |
| Total Fees Requested | $123,611.23 |
| Disbursements Total | $1,259.07 |
| Total Fees Plus Disbursements | **$124,870.30** |

Summary of Amounts Requested for Previous Periods

| | |
|---|---|
| Total Previous Fees and Expenses Requested: | $12,745,098.22 |
| Total Fees and Expenses Allowed to Date: | $6,033,595.90 |
| Total Retainer Remaining: | $750,000.00 |
| Total Holdback: | $1,087,376.90 |
| Total Received by Applicant: | $10,483,534.95[2] |

---

[2] Applicant has not yet received payment for its September fee statement in the amounts of $917,391.69 (80% of $1,146,739.62) in fees and $10,738.28 in expenses for a total amount due of $928,129.97.

| Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|
| Richard D. Anigian Partner | 1985 | 11.2 | $1,350.00 | $15,120.00 |
| Eli Columbus Partner | 2000 | 1.2 | $1,200.00 | $1,440.00 |
| Matt Ferris Partner | 2004 | 21.3 | $1,150.00 | $24,495.00 |
| Matthew Frankle Partner | 2000 | 5.3 | $1,250.00 | $6,625.00 |
| Aimee Furness Partner | 2000 | 11.2 | $1,125.00 | $12,600.00 |
| Alexander Grishman Partner | 2006 | 4.5 | $1,250.00 | $5,625.00 |
| Erin Hennessy Partner | 1996 | 0.5 | $1,100.00 | $550.00 |
| Richard Kanowitz Partner | 1992 | 15.0 | $1,800.00 | $27,000.00 |
| Ben Mesches Partner | 2001 | 0.8 | $1,275.00 | $1,020.00 |
| J. Frasher Murphy Partner | 1999 | 2.3 | $1,250.00 | $2,875.00 |
| Jordan Chavez Associate | 2018 | 17.0 | $900.00 | $15,300.00 |
| Brian Singleterry Associate | 2015 | 0.6 | $825.00 | $495.00 |
| Lauren Sisson Associate | 2018 | 15.8 | $825.00 | $13,035.00 |
| Tom Zavala Associate | 2019 | 16.0 | $850.00 | $13,600.00 |
| Kim Morzak Paralegal | N/A | 8.6 | $575.00 | $4,945.00 |
| Cathy O'Brien Paralegal | N/A | 0.4 | $500.00 | $200.00 |
| DiAnna Gaeta Discovery Project Manager | N/A | 1.0 | $500.00 | $500.00 |
| **TOTALS** | | **132.7** | | **$145,425.00** |

# SECTION II
## SUMMARY OF SERVICES

| Services Rendered | Hours | Fees |
|---|---|---|
| Asset Analysis | 3.0 | $3,570.00 |
| Business Operations | 7.1 | $8,995.00 |
| Case Administration | 1.7 | $1,352.50 |
| Claims Administration & Objections | 10.7 | $11,607.50 |
| Fee/Employment Applications | 9.1 | $6,257.50 |
| Contested Matters | 5.1 | $5,115.00 |
| General Litigation | 1.4 | $1,680.00 |
| Hearings and Court Matters | 2.3 | $1,620.00 |
| Emergent Proceedings | 1.1 | $1,485.00 |
| FTX/Alameda Proceedings | 7.4 | $10,850.00 |
| International Issues | 0.5 | $625.00 |
| Corporate Governance/Securities/Board Matters | 0.8 | $1,440.00 |
| Reporting | 0.3 | $172.50 |
| Communications with Creditors | 5.3 | $5,865.00 |
| Trademark Issues | 0.9 | $750.00 |
| Core Scientific Issues | 2.3 | $2,705.00 |
| Three Arrows Proceedings / Claims | 40.0 | $46,550.00 |
| BlockFi Wallet | 0.4 | $360.00 |
| Digistar Recovery | 18.6 | $18,860.00 |
| Vrai Nom Litigation | 14.7 | $15,565.00 |
| **SERVICES TOTALS** | **132.7** | **$145,425.00** |
| Less: 15% Agreed Discount | | ($21,813.77) |
| **TOTAL REQUESTED FEES** | | **$123,611.23** |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| Disbursements | Amount |
|---|---|
| Federal Express | $25.54 |
| Filing Fee Expense | $826.13 |
| Pacer Service Center | $13.10 |
| Professional Service Expense – Marks & Clerk LLP | $385.96 |
| Wire Transfer Fee | $8.34 |
| **DISBURSEMENTS TOTAL** | **$1,259.07** |

<div style="border: 1px solid black">

**SECTION IV**
**CASE HISTORY**

</div>

(1)      Date cases filed:  November 28, 2022

(2)      Chapter under which case commenced: Chapter 11

(3)      Date of retention: January 25, 2023, *nunc pro tunc* to November 28, 2022. *See* **Exhibit A**.

     If limit on number of hours or other limitations to retention, set forth: n/a

(4)      Summarize in brief the benefits to the estate and attach supplements as needed:[3]

(a)      The Applicant continued coordination with the Department of Justice with respect to the shares at issue in the adversary proceeding against Emergent and the FTX/Emergent chapter 11 cases. The Applicant continued coordination with the FTX Debtors regarding their proposed treatment of the Debtors' claims in the FTX chapter 11 cases.

(b)      The Applicant continued prosecuting and negotiating certain contested matters and plan treatment in Core Scientific pending chapter 11 case in the USBC: SDTX, Case No. 22-90341.

(c)      The Applicant continued coordination with the joint provisional liquidators of BlockFi International and its counsel in connection with the company's wind-up petition pending in the Supreme Court of Bermuda and the Plan in the Chapter 11 Cases.

(d)      The Applicant negotiated with multiple governmental agencies, including the Department of Justice and state authorities, on the Debtors' regulatory requirements, including the government's seizure warrants and licensing requirements.

(e)      The Applicant participated in numerous, extensive formal and informal negotiations with the Debtors' other advisors, the Committee and other parties in interest relating to the Debtors' Chapter 11 Cases, the confirmed Plan, and matters concerning the administration of the Debtors' estates, including but not limited to wallet withdrawals and certain of the matters indicated herein.

---

[3] The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of the Debtors and for the benefit of the estates; it is not intended to itemize each and every professional service which the Applicant performed.

(f)     The Applicant maintained extensive communication with the Debtors' large client base to answer inquiries related to the Chapter 11 Cases, including inquiries related to wallet withdrawals, Plan treatment, and the claims reconciliation process.

(g)     The Applicant reviewed filed claims and prepared strategies, analyses, and claim objections.

(h)     The Applicant prepared responsive pleadings to motions filed by Three Arrows Capital, Ltd. ("Three Arrows") in which Three Arrows sought to lift the automatic stay and seek consolidation of various claims against BlockFi and other cryptocurrency debtors. The Applicant also prepared and submitted discovery requests to Three Arrows and prepared responsive production and objections to discovery from Three Arrows.

(i)     The Applicant rendered all other services set forth on the invoices attached hereto as **Exhibit B**.[4]

---

[4]   The invoices attached hereto as Exhibit B contain detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period. These invoices have been redacted to protect attorney-client privileged communications, descriptions of attorney research, and attorney-created materials under the work-product doctrine.

(5)     Anticipated distribution to creditors:

   (a)     Administrative expenses: Paid in full.

   (b)     Secured creditors: N/A

   (c)     Priority creditors: To be paid in accordance with the *Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1309 as modified by Docket Nos. 1564 and 1609] (the "Plan").

   (d)     General unsecured creditors: To be paid in accordance with the Plan.

(6)     Final disposition of case and percentage of dividend paid to creditors: The Plan was confirmed on October 3, 2023, and went effective on October 24, 2023. The treatment of creditors is set forth in the Plan.

## Exhibit A

**Retention Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Proposed Attorneys for Debtors and Debtors in Possession*

**Order Filed on January 24, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

BLOCKFI INC., *et al*.,

    Debtors.[1]

Chapter 11
Case No. 22-19361 (MBK)
(Jointly Administered)

## ORDER APPROVING THE EMPLOYMENT AND RETENTION OF HAYNES AND BOONE, LLP AS BANKRUPTCY CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through seven (7) is

**ORDERED**.
**DATED: January 24, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

[1]

(Page 2)

Debtors:            BlockFi Inc.
Case No.            22-19361(MBK)
Caption of Order:   ORDER APPROVING THE EMPLOYMENT AND RETENTION
OF HAYNES AND BOONE, LLP AS BANKRUPTCY CO-COUNSEL FOR THE
DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF THE PETITION
DATE

Upon consideration of the application (the "Application")[1] of BlockFi Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned Chapter 11 Cases (collectively, the "Debtors"), pursuant to sections 327(a), 329, and 330 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, authorizing the Debtors to employ and retain Haynes and Boone, LLP ("Haynes and Boone") as their bankruptcy co-counsel in these proceedings effective as of the Petition Date; and the Court having jurisdiction to decide the Application and the relief requested therein in accordance with 28. U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Application having been given as provided in the Application, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice of the Application need be provided; and upon the Declarations of Richard Kanowitz, Esq. and Zachary Prince in support thereof; and the Court being satisfied that Haynes and Boone does not hold or represent any interest adverse to the Debtors, their estates, or their creditors, and is a disinterested person within the meaning of sections 327 and 101(14) of the Bankruptcy Code, and that said employment would be in the best interest of the Debtors and their respective estates, and that the legal and factual bases set forth in the Application establish just

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

(Page 3)

Debtors:           BlockFi Inc.
Case No.           22-19361(MBK)
Caption of Order:     ORDER APPROVING THE EMPLOYMENT AND RETENTION
OF HAYNES AND BOONE, LLP AS BANKRUPTCY CO-COUNSEL FOR THE
DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF THE PETITION
DATE

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor,

**IT IS HEREBY ORDERED THAT:**

1.     The Application is **GRANTED** to the extent set forth herein.

2.     In accordance with sections 327(a), 329, and 330 of the Bankruptcy Code, the

Debtors are hereby authorized and empowered to employ and retain Haynes and Boone as their

bankruptcy co-counsel in these Chapter 11 Cases effective as of the Petition Date.

3.     Any and all compensation to be paid to Haynes and Boone for services rendered on

the Debtors' behalf shall be fixed by application to this Court in accordance with sections 330 and

331 of the Bankruptcy Code, such Federal Rules and Local Rules as may then be applicable, and

any orders entered in these cases governing the compensation and reimbursement of professionals

for services rendered and charges and disbursements incurred. Haynes and Boone also shall make

a reasonable effort to comply with the U.S. Trustee's requests for information and additional

disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases

Effective as of November 1, 2013 (the "U.S. Trustee Guidelines"), both in connection with the

Application and the interim and final fee applications to be filed by Haynes and Boone in the

Chapter 11 Cases.

4.     The Debtors are authorized to take all actions necessary to carry out this Order.

3

(Page 4)

Debtors:                    BlockFi Inc.
Case No.                    22-19361(MBK)
Caption of Order:          ORDER APPROVING THE EMPLOYMENT AND RETENTION
OF HAYNES AND BOONE, LLP AS BANKRUPTCY CO-COUNSEL FOR THE
DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF THE PETITION
DATE

5.      In order to avoid any duplication of effort and provide services to the Debtors in

the most efficient and cost-effective manner, Haynes and Boone shall coordinate with Cole Schotz,

P.C., Kirkland & Ellis LLP, Kirkland & Ellis International LLP, and any additional firms the

Debtors retain regarding their respective responsibilities in these Chapter 11 Cases. As such,

Haynes and Boone shall use its best efforts to avoid duplication of services provided by any of the

Debtors' other retained professionals in these Chapter 11 Cases.

6.      Prior to applying any increases in its hourly rates beyond the rates set forth in the

Application, Haynes and Boone shall provide ten (10) business days' prior notice of any such

increases to the Debtors, the United States Trustee, and any official committee appointed in the

Debtors' Chapter 11 Cases, which shall set forth the requested rate increase and explain the basis

for the requested rate increase, and shall file such notice with the Court. All parties-in-interest

retain all rights to object to any rate increase on all grounds, including the reasonableness standard

set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate

increase pursuant to section 330 of the Bankruptcy Code.

7.      Haynes and Boone (i) shall only bill 50% for non-working travel; (ii) shall not seek

the reimbursement of any fees or costs, including attorney fees and costs, arising from the defense

of any of Haynes and Boone's fee applications in this case; (iii) shall use billing and expense

categories that include those set forth in the US Trustee Guidelines (Exhibit D-1 "Summary of

Compensation Requested by Project Category"); and (iv) shall provide any and all monthly fee

(Page 5)
Debtors:          BlockFi Inc.
Case No.          22-19361(MBK)
Caption of Order:    ORDER APPROVING THE EMPLOYMENT AND RETENTION
OF HAYNES AND BOONE, LLP AS BANKRUPTCY CO-COUNSEL FOR THE
DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF THE PETITION
DATE

statements, interim fee applications, and final fee applications in "LEDES" format to the United

States Trustee.

8.      Upon entry of a Final Order on the Motion to Redact all Personally Identifiable

Information [Docket No. 4] (the "Redaction Motion"), Haynes and Boone will disclose the

information that the Court orders to be unredacted, if any, through a supplemental declaration.

Further, if the Court denies the Motion to Seal Confidential Transaction Parties on the Retention

Applications [Docket No. 127], Haynes and Boone will, through a supplemental declaration,

disclose the identities of all counterparties that were filed under seal, and the connections of

Haynes and Boone to such potential counterparties.

9.      Notwithstanding anything in the Application or the Kanowitz Declarations to the

contrary, Haynes and Boone shall seek reimbursement from the Debtors' estates for its

engagement-related expenses at the firm's actual cost paid.

10.     Notwithstanding anything in the Application and the Kanowitz Declarations to the

contrary, Haynes and Boone shall (i) to the extent that Haynes and Boone uses the services of

independent contractors (collectively, the "Contractors") in these cases, pass through the cost of

such Contractors at the same rate that Haynes and Boone pays the Contractors; (ii) seek

reimbursement for actual costs only; (iii) ensure that the Contractors are subject to the same

conflicts checks as required for Haynes and Boone; (iv) file with the Court such disclosures

required by Bankruptcy Rule 2014; and (v) attach any such Contractor invoices to its monthly fee

statements, interim fee applications and/or final fee applications filed in these Chapter 11 Cases.

(Page 6)
Debtors:        BlockFi Inc.
Case No.        22-19361(MBK)
Caption of Order:    ORDER APPROVING THE EMPLOYMENT AND RETENTION
OF HAYNES AND BOONE, LLP AS BANKRUPTCY CO-COUNSEL FOR THE
DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF THE PETITION
DATE

11.    Notwithstanding anything in the Application and Kanowitz Declarations to the
contrary, all parties-in-interest reserve the right to object to any application for the payment of pre-
petition fees to the extent those fees are not specifically related to the preparation and the filing of
the Debtors' Chapter 11 Cases.

12.    No agreement or understanding exists between Haynes and Boone and any other
person, other than as permitted by Bankruptcy Code section 504, to share compensation received
for services rendered in connection with these Chapter 11 Cases, nor shall Haynes and Boone share
or agree to share compensation received for services rendered in connection with these Chapter 11
Cases with any other person other than as permitted by Bankruptcy Code section 504.

13.    Notwithstanding anything to the contrary in the November 11, 2022 retainer
agreement by and between the Debtors and Haynes and Boone, the $750,000 retainer balance as
of the petition date is a security retainer and may be held during the Chapter 11 Cases and applied
upon order of the Court after approval of a final fee application.

14.    Notwithstanding anything to the contrary in the November 11, 2022 retainer
agreement by and between the Debtors and Haynes and Boone, during the pendency of these
Chapter 11 Cases, any reference to arbitration shall not be applicable. The Court shall have
exclusive jurisdiction over Haynes and Boone's engagement during the pendency of these Chapter
11 Cases.

15.    Notwithstanding anything to the contrary in the November 11, 2022 retainer
agreement by and between the Debtors and Haynes and Boone, during the pendency of these

(Page 7)
Debtors:            BlockFi Inc.
Case No.            22-19361(MBK)
Caption of Order:    ORDER APPROVING THE EMPLOYMENT AND RETENTION
OF HAYNES AND BOONE, LLP AS BANKRUPTCY CO-COUNSEL FOR THE
DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF THE PETITION
DATE

---

Chapter 11 Cases, termination of Haynes and Boone will only be allowed upon entry of an Order

by the Court.

16.     The Debtors are authorized to take all actions necessary to carry out this Order.

17.     To the extent the Application, the Kanowitz Declarations, or any engagement

agreement pertaining to this retention is inconsistent with this Order, the terms of this Order shall

govern.

18.     This Court shall retain jurisdiction to hear and determine all matters arising from

or related to the implementation, interpretation, and/or enforcement of this Order.

## Exhibit B

**October 1, 2023 – October 3, 2023 Invoices**

# HAYNES BOONE

Invoice Number: 21619786
Invoice Date:  November 28, 2023
Matter Name: Asset Analysis
Client/Matter Number: 0063320.00002
Billing Attorney: Alexander Grishman

BlockFi, Inc.
Flori Marquez
115 Broadway
11th Floor
New York, NY  10006

---

## REMITTANCE PAGE
*For Professional Services Through  October 03, 2023*

| | |
|---|---:|
| Total Fees | $3,570.00 |
| Adjustment (15% Discount) | $ (535.50) |
| **Total Adjusted Fees** | **$3,034.50** |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$3,034.50** |
| **Total Invoice Balance Due** | **USD  $3,034.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21619786** ● Client Number **0063320.00002** ● Attorney **Alexander Grishman**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21619786
Matter Name: Asset Analysis
Client/Matter Number: 0063320.00002
Billing Attorney: Alexander Grishman

November 28, 2023
Page 2 of 2

*For Professional Services Through  October 03, 2023*

## Professional Fees

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/02/23 | Matt Ferris | Review and respond to correspondence to/from BlockFi team regarding ██████ settlement discussion and due diligence. | 0.40 |
| 10/03/23 | Matt Ferris | Correspond with UCC team regarding institutional loan matters. | 0.20 |
| 10/03/23 | Matt Ferris | Prepare for and participate in institutional loan status update call with BlockFi/ BlockFi Legal teams (.7); review and consideration of status and next steps with respect to pending loan collection proceedings (.5). | 1.20 |
| 10/03/23 | Matthew Frankle | Participate on Institutional loan call with BlockFi and BlockFi legal teams. | 0.70 |
| 10/03/23 | Matthew Frankle | Participate on call with ██████ regarding settlement discussion. | 0.50 |

**Chargeable Hours    3.00**

**Total Fees**                                                          **$3,570.00**

Adjustment (15% Discount)                                    $ (535.50)

**Total Adjusted Fees**                                        **$3,034.50**

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|-----------|-------|------|--------|
| Matt Ferris | 1.80 | $1,150.00 | $2,070.00 |
| Matthew Frankle | 1.20 | $1,250.00 | $1,500.00 |
| **Total Professional Summary** | | | **$3,570.00** |

**Total Fees, Expenses and Charges**                    **$3,034.50**

**Total Amount Due**                              **USD  $3,034.50**

# HAYNES BOONE

Invoice Number: 21619787
Invoice Date:  November 28, 2023
Matter Name: Business Operations
Client/Matter Number: 0063320.00005
Billing Attorney: Alexander Grishman

BlockFi, Inc.
Flori Marquez
115 Broadway
11th Floor
New York, NY  10006

---

### REMITTANCE PAGE
*For Professional Services Through  October 03, 2023*

| | |
|---|---:|
| Total Fees | $8,995.00 |
| Adjustment (15% Discount) | $ (1,349.25) |
| **Total Adjusted Fees** | **$7,645.75** |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$7,645.75** |
| **Total Invoice Balance Due** | **USD  $7,645.75** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

#### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

#### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

#### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21619787** ● Client Number **0063320.00005** ● Attorney **Alexander Grishman**

#### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21619787  
Matter Name: Business Operations  
Client/Matter Number: 0063320.00005  
Billing Attorney: Alexander Grishman

November 28, 2023  
Page 2 of 3

*For Professional Services Through  October 03, 2023*

### Professional Fees

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/02/23 | Matt Ferris | Review and respond to correspondence to/from BlockFi team regarding JV strategy development. | 0.50 |
| 10/02/23 | Matthew Frankle | Attend call with BlockFi JV team on strategy regarding ▮▮▮ (1.5); review of Co-License Agreement regarding default remedies (.4); analysis regarding local representation (.3). | 2.20 |
| 10/02/23 | Matthew Frankle | Draft bullet point email to BlockFi regarding governance of JV. | 0.40 |
| 10/02/23 | Richard Kanowitz | Review and respond to emails to/from BlockFi legal and financial teams and counsel to Kroll regarding Kroll security breach and customer PII. | 0.60 |
| 10/03/23 | Matt Ferris | Correspondence with BlockFi team regarding JV matters. | 0.50 |
| 10/03/23 | Matt Ferris | Multiple calls and emails with BlockFi team and local S. Carolina counsel regarding strategy development with respect to JV tenant defaults. | 1.10 |
| 10/03/23 | Matthew Frankle | Participate on call with JV team regarding potential litigation with tenant (.5); telephone call with local S. Carolina counsel regarding same (.5). | 1.00 |
| 10/03/23 | Alexander Grishman | Strategize regarding questions on intellectual property protection and other legal workstreams. | 0.80 |

**Chargeable Hours    7.10**

**Total Fees**                                                                              **$8,995.00**

Adjustment (15% Discount)                                                         $ (1,349.25)

**Total Adjusted Fees**                                                               **$7,645.75**

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Alexander Grishman | 0.80 | $1,250.00 | $1,000.00 |
| Matt Ferris | 2.10 | $1,150.00 | $2,415.00 |
| Matthew Frankle | 3.60 | $1,250.00 | $4,500.00 |
| Richard Kanowitz | 0.60 | $1,800.00 | $1,080.00 |

**Total Professional Summary**                              **$8,995.00**

Invoice Number: 21619787

November 28, 2023

Matter Name: Business Operations

Page 3 of 3

Client/Matter Number: 0063320.00005

Billing Attorney: Alexander Grishman

**Total Fees, Expenses and Charges**                                                        **$7,645.75**

**Total Amount Due**                                                              **USD  $7,645.75**

# HAYNES BOONE

Invoice Number: 21619788
Invoice Date:  November 28, 2023
Matter Name: Case Administration
Client/Matter Number: 0063320.00006
Billing Attorney: Alexander Grishman

BlockFi, Inc.
Flori Marquez
115 Broadway
11th Floor
New York, NY  10006

---

### REMITTANCE PAGE
*For Professional Services Through  October 03, 2023*

| | |
|---|---:|
| Total Fees | $1,352.50 |
| Adjustment (15% Discount) | $ (202.88) |
| **Total Adjusted Fees** | **$1,149.62** |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$1,149.62** |
| **Total Invoice Balance Due** | **USD  $1,149.62** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

#### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

#### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

#### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21619788** ● Client Number **0063320.00006** ● Attorney **Alexander Grishman**

#### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21619788
Matter Name: Case Administration
Client/Matter Number: 0063320.00006
Billing Attorney: Alexander Grishman

November 28, 2023
Page 2 of 2

*For Professional Services Through  October 03, 2023*

## Professional Fees

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 10/02/23 | Lauren Sisson | Participate in workstream discussion with Brown Rudnick team. | 0.80 |
| 10/03/23 | Kimberly Morzak | Upload entered orders to database. | 0.20 |
| 10/03/23 | Lauren Sisson | Review and edit matters list for hearing on 10/10 (.3); correspondence with R. Kanowitz on same (.2); correspondence with local counsel regarding dates for adjournments of adversary matters (.2). | 0.70 |

**Chargeable Hours    1.70**

| | |
|---|---|
| **Total Fees** | **$1,352.50** |
| Adjustment (15% Discount) | $ (202.88) |
| **Total Adjusted Fees** | **$1,149.62** |

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| Lauren Sisson | 1.50 | $825.00 | $1,237.50 |
| Kimberly Morzak | 0.20 | $575.00 | $115.00 |
| **Total Professional Summary** | | | **$1,352.50** |

| | |
|---|---|
| **Total Fees, Expenses and Charges** | **$1,149.62** |
| **Total Amount Due** | **USD  $1,149.62** |

# HAYNES BOONE

Invoice Number: 21619789
Invoice Date:  November 28, 2023
Matter Name: Claims Administration and Objections
Client/Matter Number: 0063320.00007
Billing Attorney: Alexander Grishman

BlockFi, Inc.
Flori Marquez
115 Broadway
11th Floor
New York, NY  10006

---

## REMITTANCE PAGE
*For Professional Services Through  October 03, 2023*

| | |
|---|---|
| Total Fees | $11,607.50 |
| Adjustment (15% Discount) | $ (1,741.13) |
| **Total Adjusted Fees** | **$9,866.37** |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$9,866.37** |
| **Total Invoice Balance Due** | **USD  $9,866.37** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21619789** ● Client Number **0063320.00007** ● Attorney **Alexander Grishman**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21619789                                                    November 28, 2023
Matter Name: Claims Administration and Objections                                   Page 2 of 3
Client/Matter Number: 0063320.00007
Billing Attorney: Alexander Grishman

*For Professional Services Through  October 03, 2023*

### Professional Fees

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/02/23 | Richard Kanowitz | Review and respond to emails to/from creditors concerning responses to 10th and 11th omnibus objection to claims | 0.40 |
| 10/02/23 | J. Frasher Murphy | Emails with creditors regarding 10th and 11th omnibus objection to claims. | 0.40 |
| 10/02/23 | Lauren Sisson | Review proofs of claim, scheduled claims, and objection exhibits to prepare for responses to creditor inquiries (1.1); correspondence with client and UCC regarding claim objections (.4); correspondence with local counsel regarding adjournments (.2); analyze claims on omnibus objections (.7); participate in call with opposing counsel on claim objection (.4). | 2.80 |
| 10/03/23 | Jordan Chavez | Strategize with BlockFi regarding claims reconciliation process and next steps. | 0.30 |
| 10/03/23 | Alexander Grishman | Review ███ objection to 10th Omnibus claims objection. | 0.70 |
| 10/03/23 | Richard Kanowitz | Review and respond to emails to/from BlockFi legal and financial teams concerning BlockFi reply to responses by claimants ██████████ ███████ | 0.40 |
| 10/03/23 | Richard Kanowitz | Review and analyze responses to 10th and 11th omnibus objection to claims by claimants ███████████. | 1.20 |
| 10/03/23 | J. Frasher Murphy | Review written responses filed by various creditors to 10th and 11th omnibus claim objections. | 0.80 |
| 10/03/23 | Lauren Sisson | Correspondence with opposing counsel on responses to claim objections on Omni 10 and 11. | 0.80 |
| 10/03/23 | Lauren Sisson | Correspondence with client regarding creditor inquiries regarding claim objections and revised orders for upcoming omnibus objections (.6); review proofs of claim, schedules, and objection to prepare responses to creditor inquiries (.7); correspondence with R. Kanowitz and K. Aulet about claims reconciliation and possible responses to objections (.4); review and analyze responses filed to claim objections (1.2). | 2.90 |

| | |
|---|---|
| **Chargeable Hours    10.70** | |
| **Total Fees** | **$11,607.50** |
| Adjustment (15% Discount) | $ (1,741.13) |
| **Total Adjusted Fees** | **$9,866.37** |

Invoice Number: 21619789
Matter Name: Claims Administration and Objections
Client/Matter Number: 0063320.00007
Billing Attorney: Alexander Grishman

November 28, 2023
Page 3 of 3

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Alexander Grishman | 0.70 | $1,250.00 | $875.00 |
| J. Frasher Murphy | 1.20 | $1,250.00 | $1,500.00 |
| Richard Kanowitz | 2.00 | $1,800.00 | $3,600.00 |
| Jordan Chavez | 0.30 | $900.00 | $270.00 |
| Lauren Sisson | 6.50 | $825.00 | $5,362.50 |
| **Total Professional Summary** | | | **$11,607.50** |

| | |
|---|---|
| **Total Fees, Expenses and Charges** | **$9,866.37** |
| **Total Amount Due** | **USD  $9,866.37** |

# HAYNES BOONE

Invoice Number: 21619790
Invoice Date:  November 28, 2023
Matter Name: Fee/Employment Applications
Client/Matter Number: 0063320.00009
Billing Attorney: Alexander Grishman

BlockFi, Inc.
Flori Marquez
115 Broadway
11th Floor
New York, NY  10006

---

### REMITTANCE PAGE
*For Professional Services Through  October 03, 2023*

| | |
|---|---:|
| Total Fees | $6,257.50 |
| Adjustment (15% Discount) | $ (938.63) |
| **Total Adjusted Fees** | **$5,318.87** |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$5,318.87** |
| **Total Invoice Balance Due** | **USD  $5,318.87** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N**  ●  **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21619790**  ●  Client Number **0063320.00009**  ●  Attorney **Alexander Grishman**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21619790
Matter Name: Fee/Employment Applications
Client/Matter Number: 0063320.00009
Billing Attorney: Alexander Grishman

November 28, 2023
Page 2 of 2

*For Professional Services Through  October 03, 2023*

### Professional Fees

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/02/23 | Jordan Chavez | Review, revise, and finalize ninth monthly fee statement. | 2.40 |
| 10/02/23 | Richard Kanowitz | Review and approve HB 9th monthly fee application. | 0.20 |
| 10/02/23 | Kimberly Morzak | Finalize redacting invoices (2.3); assemble ninth monthly fee and expense statement for filing (.4); telephone conference with Ms. Chavez regarding updates to monthly statement (.1). | 2.80 |
| 10/03/23 | Kimberly Morzak | Communications with fee examiner regarding HB's ninth monthly fee statement and backup documentation (.2); begin review of September invoices for privilege and to identify redactions (3.5). | 3.70 |

**Chargeable Hours    9.10**

**Total Fees**                                                                    **$6,257.50**

Adjustment (15% Discount)                                            $ (938.63)

**Total Adjusted Fees**                                                    **$5,318.87**

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Richard Kanowitz | 0.20 | $1,800.00 | $360.00 |
| Jordan Chavez | 2.40 | $900.00 | $2,160.00 |
| Kimberly Morzak | 6.50 | $575.00 | $3,737.50 |
| **Total Professional Summary** | | | **$6,257.50** |

**Total Fees, Expenses and Charges**                        **$5,318.87**

**Total Amount Due**                                        **USD  $5,318.87**

# HAYNES BOONE

Invoice Number: 21619791
Invoice Date:  November 28, 2023
Matter Name: Contested Matters
Client/Matter Number: 0063320.00012
Billing Attorney: Alexander Grishman

BlockFi, Inc.
Flori Marquez
115 Broadway
11th Floor
New York, NY  10006

---

**REMITTANCE PAGE**

*For Professional Services Through  October 03, 2023*

| | |
|---|---:|
| Total Fees | $5,115.00 |
| Adjustment (15% Discount) | $ (767.25) |
| **Total Adjusted Fees** | **$4,347.75** |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$4,347.75** |
| **Total Invoice Balance Due** | **USD  $4,347.75** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N**  ●  **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21619791**  ●  Client Number **0063320.00012**  ●  Attorney **Alexander Grishman**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21619791
Matter Name: Contested Matters
Client/Matter Number: 0063320.00012
Billing Attorney: Alexander Grishman

November 28, 2023
Page 2 of 3

*For Professional Services Through  October 03, 2023*

## Professional Fees

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/02/23 | Jordan Chavez | Strategy discussions regarding Gerro record supplementation and appellate briefing (.3); correspond with Cole Schotz regarding designation of supplemental record (.2). | 0.50 |
| 10/02/23 | Eli Columbus | Review and analysis of Gerro's designation of issues and record on appeal of ruling on claim objection (.3); develop strategy for counter designation of record (.4). | 0.70 |
| 10/02/23 | Ben Mesches | Review record designations (.4); confer with bankruptcy team regarding counter-designations and next steps (.4). | 0.80 |
| 10/02/23 | Lauren Sisson | Review Gerro statement of issues on appeal (.2); review documents included in appeal record (.8); pursue strategy regarding issues raised in Gerro appeal (.3). | 1.30 |
| 10/03/23 | Jordan Chavez | Review and revise record designation for Gerro appeal (.2); review and revise Deserve 9019 motion (.4); correspond with Deserve counsel regarding same (.2). | 0.80 |
| 10/03/23 | Eli Columbus | Review and comment on draft notice of counter designation of record on appeal related to Gerro's appeal of ruling on claim objection. | 0.50 |
| 10/03/23 | Lauren Sisson | Strategy development on supplementing the record for the Gerro appeal. | 0.50 |

**Chargeable Hours    5.10**

| | |
|---|---|
| **Total Fees** | **$5,115.00** |
| Adjustment (15% Discount) | $ (767.25) |
| **Total Adjusted Fees** | **$4,347.75** |

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| Ben Mesches | 0.80 | $1,275.00 | $1,020.00 |
| Eli Columbus | 1.20 | $1,200.00 | $1,440.00 |
| Jordan Chavez | 1.30 | $900.00 | $1,170.00 |
| Lauren Sisson | 1.80 | $825.00 | $1,485.00 |
| **Total Professional Summary** | | | **$5,115.00** |

Invoice Number: 21619791

Matter Name: Contested Matters

Client/Matter Number: 0063320.00012

Billing Attorney: Alexander Grishman

November 28, 2023

Page 3 of 3

**Total Fees, Expenses and Charges**                                    **$4,347.75**

**Total Amount Due**                                    **USD  $4,347.75**

# HAYNES BOONE

Invoice Number: 21619792
Invoice Date:  November 28, 2023
Matter Name: General Litigation
Client/Matter Number: 0063320.00016
Billing Attorney: Alexander Grishman

BlockFi, Inc.
Flori Marquez
115 Broadway
11th Floor
New York, NY  10006

---

### REMITTANCE PAGE
*For Professional Services Through  October 03, 2023*

| | |
|---|---:|
| Total Fees | $1,680.00 |
| Adjustment (15% Discount) | $ (252.00) |
| **Total Adjusted Fees** | **$1,428.00** |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$1,428.00** |
| **Total Invoice Balance Due** | **USD  $1,428.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N  ●  SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21619792**  ●  Client Number **0063320.00016**  ●  Attorney **Alexander Grishman**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21619792
Matter Name: General Litigation
Client/Matter Number: 0063320.00016
Billing Attorney: Alexander Grishman

November 28, 2023
Page 2 of 2

*For Professional Services Through  October 03, 2023*

**Professional Fees**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/02/23 | Matt Ferris | Correspond with PrimeBlock's counsel and BlockFi team regarding adversary proceeding status and proposed adjournment of hearing dates and deadlines (.5); review notice of adjournment (.1). | 0.60 |
| 10/03/23 | Richard D. Anigian | Review document summary and communications in connection with document platform. | 0.50 |
| 10/03/23 | Matt Ferris | Review and respond to correspondence to/from BlockFi team and PrimeBlock's counsel regarding supplemental diligence requests. | 0.20 |
| 10/03/23 | Tom Zavala | Discuss follow-up questions regarding PrimeBlock operations with PrimeBlock. | 0.10 |

**Chargeable Hours    1.40**

**Total Fees** — **$1,680.00**

Adjustment (15% Discount) — $ (252.00)

**Total Adjusted Fees** — **$1,428.00**

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Amount |
|-----------|-------|------|--------|
| Matt Ferris | 0.80 | $1,150.00 | $920.00 |
| Richard D. Anigian | 0.50 | $1,350.00 | $675.00 |
| Tom Zavala | 0.10 | $850.00 | $85.00 |
| **Total Professional Summary** | | | **$1,680.00** |

**Total Fees, Expenses and Charges** — **$1,428.00**

**Total Amount Due** — **USD  $1,428.00**

# HAYNES BOONE

Invoice Number: 21619793
Invoice Date:  November 28, 2023
Matter Name: Hearings and Court Matters
Client/Matter Number: 0063320.00017
Billing Attorney: Alexander Grishman

BlockFi, Inc.
Flori Marquez
115 Broadway
11th Floor
New York, NY  10006

---

### REMITTANCE PAGE
*For Professional Services Through  October 03, 2023*

| | |
|---|---:|
| Total Fees | $1,620.00 |
| Adjustment (15% Discount) | $ (243.00) |
| **Total Adjusted Fees** | **$1,377.00** |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$1,377.00** |
| **Total Invoice Balance Due** | **USD  $1,377.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21619793** ● Client Number **0063320.00017** ● Attorney **Alexander Grishman**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21619793
Matter Name: Hearings and Court Matters
Client/Matter Number: 0063320.00017
Billing Attorney: Alexander Grishman

November 28, 2023
Page 2 of 2

*For Professional Services Through  October 03, 2023*

## Professional Fees

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/03/23 | Jordan Chavez | Prepare materials for October 10 hearing. | 0.30 |
| 10/03/23 | Matt Ferris | Review and respond to correspondence regarding October 10 hearing and related scheduling matters. | 0.30 |
| 10/03/23 | Kimberly Morzak | Prepare and revise detailed list of matters set for hearing on October 10. | 1.60 |
| 10/03/23 | Tom Zavala | Assist in preparation of agenda for Oct. 10 hearing. | 0.10 |

**Chargeable Hours    2.30**

| | |
|---|---|
| **Total Fees** | **$1,620.00** |
| Adjustment (15% Discount) | $ (243.00) |
| **Total Adjusted Fees** | **$1,377.00** |

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Matt Ferris | 0.30 | $1,150.00 | $345.00 |
| Jordan Chavez | 0.30 | $900.00 | $270.00 |
| Tom Zavala | 0.10 | $850.00 | $85.00 |
| Kimberly Morzak | 1.60 | $575.00 | $920.00 |
| **Total Professional Summary** | | | **$1,620.00** |

| | |
|---|---|
| **Total Fees, Expenses and Charges** | **$1,377.00** |
| **Total Amount Due** | **USD  $1,377.00** |

# HAYNES BOONE

Invoice Number: 21619794
Invoice Date:  November 28, 2023
Matter Name: Emergent Proceedings
Client/Matter Number: 0063320.00021
Billing Attorney: Alexander Grishman

BlockFi, Inc.
Flori Marquez
115 Broadway
11th Floor
New York, NY  10006

---

**REMITTANCE PAGE**
*For Professional Services Through  October 03, 2023*

| | |
|---|---:|
| Total Fees | $1,485.00 |
| Adjustment (15% Discount) | $ (222.75) |
| **Total Adjusted Fees** | **$1,262.25** |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$1,262.25** |
| **Total Invoice Balance Due** | **USD  $1,262.25** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

**CHECK PAYMENT INSTRUCTIONS**
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

**ACH PAYMENT INSTRUCTIONS**
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

**WIRE PAYMENT INSTRUCTIONS**
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N**  ●  **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21619794**  ●  Client Number **0063320.00021**  ●  Attorney **Alexander Grishman**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

Invoice Number: 21619794

November 28, 2023

Matter Name: Emergent Proceedings

Page 2 of 2

Client/Matter Number: 0063320.00021

Billing Attorney: Alexander Grishman

*For Professional Services Through  October 03, 2023*

**Professional Fees**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/02/23 | Richard D. Anigian | Analysis of issues relating to ▮▮▮▮▮▮ (.4); draft memorandum regarding same (.7). | 1.10 |

**Chargeable Hours    1.10**

| | |
|---|---|
| **Total Fees** | **$1,485.00** |
| Adjustment (15% Discount) | $ (222.75) |
| **Total Adjusted Fees** | **$1,262.25** |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Amount |
|-----------|-------|------|--------|
| Richard D. Anigian | 1.10 | $1,350.00 | $1,485.00 |
| **Total Professional Summary** | | | **$1,485.00** |

| | |
|---|---|
| **Total Fees, Expenses and Charges** | **$1,262.25** |
| **Total Amount Due** | **USD  $1,262.25** |

# HAYNES BOONE

Invoice Number: 21619795
Invoice Date:  November 28, 2023
Matter Name: FTX/Alameda Proceedings
Client/Matter Number: 0063320.00023
Billing Attorney: Alexander Grishman

BlockFi, Inc.
Flori Marquez
115 Broadway
11th Floor
New York, NY  10006

---

**REMITTANCE PAGE**

*For Professional Services Through  October 03, 2023*

| | |
|---|---:|
| Total Fees | $10,850.00 |
| Adjustment (15% Discount) | $ (1,627.50) |
| **Total Adjusted Fees** | **$9,222.50** |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$9,222.50** |
| **Total Invoice Balance Due** | **USD  $9,222.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

**CHECK PAYMENT INSTRUCTIONS**
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

**ACH PAYMENT INSTRUCTIONS**
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

**WIRE PAYMENT INSTRUCTIONS**
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N**  ●  **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21619795**  ●  Client Number **0063320.00023**  ●  Attorney **Alexander Grishman**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

Invoice Number: 21619795
Matter Name: FTX/Alameda Proceedings
Client/Matter Number: 0063320.00023
Billing Attorney: Alexander Grishman

November 28, 2023
Page 2 of 3

*For Professional Services Through  October 03, 2023*

<p style="text-align:center"><strong>Professional Fees</strong></p>

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> |
|---|---|---|---|
| 10/02/23 | Richard D. Anigian | Conference call with Brown Rudnick to coordinate regarding ███ ███ (.5); follow-up communications regarding same (.7); review pleadings having potential impact on BlockFi (.4). | 1.60 |
| 10/02/23 | Jordan Chavez | Review and analyze prepetition transactions. | 0.40 |
| 10/02/23 | Richard Kanowitz | Review and analyze pleadings, notices and presentations filed by FTX debtors in FTX proceedings concerning treatment of BlockFi liens, claims and interests. | 1.90 |
| 10/02/23 | Brian Singleterry | Review and analyze new communications from Brown Rudnick regarding ██████████ (.4); analyze ██████ (.2). | 0.60 |
| 10/03/23 | Richard D. Anigian | Communications with BlockFi team related to ██████. | 0.20 |
| 10/03/23 | Alexander Grishman | Review stipulation and settlement agreement with FTX Trading. | 1.30 |
| 10/03/23 | Richard Kanowitz | Review and respond to emails to/from BlockFi legal team concerning ██ ██████████████ | 0.80 |
| 10/03/23 | Richard Kanowitz | Review and respond to emails to/from BlockFi legal team and counsel to FTX debtors concerning approval of stipulation on claim objection and estimation by Judges Kaplan and Dorsey. | 0.60 |

**Chargeable Hours    7.40**

| | |
|---|---|
| **Total Fees** | **$10,850.00** |
| Adjustment (15% Discount) | $ (1,627.50) |
| **Total Adjusted Fees** | **$9,222.50** |

Invoice Number: 21619795

Matter Name: FTX/Alameda Proceedings

Client/Matter Number: 0063320.00023

Billing Attorney: Alexander Grishman

November 28, 2023

Page 3 of 3

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Alexander Grishman | 1.30 | $1,250.00 | $1,625.00 |
| Richard D. Anigian | 1.80 | $1,350.00 | $2,430.00 |
| Richard Kanowitz | 3.30 | $1,800.00 | $5,940.00 |
| Brian Singleterry | 0.60 | $825.00 | $495.00 |
| Jordan Chavez | 0.40 | $900.00 | $360.00 |
| **Total Professional Summary** | | | **$10,850.00** |

**Total Fees, Expenses and Charges**                                                    **$9,222.50**

**Total Amount Due**                                                        USD  **$9,222.50**

# HAYNES BOONE

Invoice Number: 21619796
Invoice Date:  November 28, 2023
Matter Name: International Issues
Client/Matter Number: 0063320.00025
Billing Attorney: Alexander Grishman

BlockFi, Inc.
Flori Marquez
115 Broadway
11th Floor
New York, NY  10006

---

## REMITTANCE PAGE
*For Professional Services Through  October 03, 2023*

| | |
|---|---:|
| Total Fees | $625.00 |
| Adjustment (15% Discount) | $ (93.75) |
| **Total Adjusted Fees** | **$531.25** |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$531.25** |
| **Total Invoice Balance Due** | **USD  $531.25** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N**  ●  **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21619796**  ●  Client Number **0063320.00025**  ●  Attorney **Alexander Grishman**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21619796                                                                                    November 28, 2023
Matter Name: International Issues                                                                                    Page 2 of 2
Client/Matter Number: 0063320.00025
Billing Attorney: Alexander Grishman

*For Professional Services Through  October 03, 2023*

### Professional Fees

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/02/23 | J. Frasher Murphy | Review finalized documents in connection with recognition order (.3); emails with Walkers and BRG regarding same (.2). | 0.50 |

**Chargeable Hours    0.50**

| | |
|---|---|
| **Total Fees** | **$625.00** |
| Adjustment (15% Discount) | $ (93.75) |
| **Total Adjusted Fees** | **$531.25** |

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|-----------|-------|------|--------|
| J. Frasher Murphy | 0.50 | $1,250.00 | $625.00 |
| **Total Professional Summary** | | | **$625.00** |

| | |
|---|---|
| **Total Fees, Expenses and Charges** | **$531.25** |
| **Total Amount Due** | **USD  $531.25** |

# HAYNES BOONE

Invoice Number: 21619798
Invoice Date:  November 28, 2023
Matter Name: Corporate Governance/Securities/Board Matters
Client/Matter Number: 0063320.00028
Billing Attorney: Alexander Grishman

BlockFi, Inc.
Flori Marquez
115 Broadway
11th Floor
New York, NY  10006

---

### REMITTANCE PAGE
*For Professional Services Through  October 03, 2023*

| | |
|---|---:|
| Total Fees | $1,440.00 |
| Adjustment (15% Discount) | $ (216.00) |
| **Total Adjusted Fees** | **$1,224.00** |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$1,224.00** |
| **Total Invoice Balance Due** | **USD  $1,224.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21619798** ● Client Number **0063320.00028** ● Attorney **Alexander Grishman**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21619798                                                                                                          November 28, 2023
Matter Name: Corporate Governance/Securities/Board Matters                                                    Page 2 of 2
Client/Matter Number: 0063320.00028
Billing Attorney: Alexander Grishman

*For Professional Services Through  October 03, 2023*

## Professional Fees

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/03/23 | Richard Kanowitz | Prepare for and conduct conference calls with CRO, CEO, COO and BlockFi legal and financial teams concerning ███████████. | 0.80 |

**Chargeable Hours    0.80**

**Total Fees**                         **$1,440.00**

Adjustment (15% Discount)         $ (216.00)

**Total Adjusted Fees**             **$1,224.00**

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|-----------|-------|------|--------|
| Richard Kanowitz | 0.80 | $1,800.00 | $1,440.00 |
| **Total Professional Summary** | | | **$1,440.00** |

**Total Fees, Expenses and Charges**        **$1,224.00**

**Total Amount Due**                  **USD  $1,224.00**

# HAYNES BOONE

Invoice Number: 21619800
Invoice Date:  November 28, 2023
Matter Name: Reporting
Client/Matter Number: 0063320.00032
Billing Attorney: Alexander Grishman

BlockFi, Inc.
Flori Marquez
115 Broadway
11th Floor
New York, NY  10006

---

### REMITTANCE PAGE
*For Professional Services Through  October 03, 2023*

| | |
|---|---|
| Total Fees | $172.50 |
| Adjustment (15% Discount) | $ (25.88) |
| **Total Adjusted Fees** | **$146.62** |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$146.62** |
| **Total Invoice Balance Due** | **USD  $146.62** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21619800** ● Client Number **0063320.00032** ● Attorney **Alexander Grishman**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21619800                                                    November 28, 2023
Matter Name: Reporting                                                              Page 2 of 2
Client/Matter Number: 0063320.00032
Billing Attorney: Alexander Grishman

*For Professional Services Through  October 03, 2023*

## Professional Fees

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/02/23 | Kimberly Morzak | Assemble accumulated fee data in response to UCC request. | 0.30 |

**Chargeable Hours    0.30**

**Total Fees**                                                                   **$172.50**

Adjustment (15% Discount)                                                        $ (25.88)

**Total Adjusted Fees**                                                          **$146.62**

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|-----------|-------|------|--------|
| Kimberly Morzak | 0.30 | $575.00 | $172.50 |
| **Total Professional Summary** | | | **$172.50** |

**Total Fees, Expenses and Charges**                                            **$146.62**

**Total Amount Due**                                                    **USD  $146.62**

# HAYNES BOONE

Invoice Number: 21619802
Invoice Date:  November 28, 2023
Matter Name: Communications with Creditors
Client/Matter Number: 0063320.00034
Billing Attorney: Alexander Grishman

BlockFi, Inc.
Flori Marquez
115 Broadway
11th Floor
New York, NY  10006

---

## REMITTANCE PAGE
*For Professional Services Through  October 03, 2023*

| | |
|---|---:|
| Total Fees | $5,865.00 |
| Adjustment (15% Discount) | $ (879.75) |
| **Total Adjusted Fees** | **$4,985.25** |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$4,985.25** |
| **Total Invoice Balance Due** | **USD  $4,985.25** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N**  ●  **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21619802**  ●  Client Number **0063320.00034**  ●  Attorney **Alexander Grishman**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21619802
Matter Name: Communications with Creditors
Client/Matter Number: 0063320.00034
Billing Attorney: Alexander Grishman

November 28, 2023
Page 2 of 2

*For Professional Services Through  October 03, 2023*

## Professional Fees

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/02/23 | Jordan Chavez | Correspond with committee counsel regarding post-confirmation workstreams (1.2); compile September fee estimate (.3); correspond with M3 and BlockFi regarding same (.2). | 1.70 |
| 10/02/23 | Richard Kanowitz | Review and respond to emails and voicemail from creditors concerning return of assets, plan confirmation and claim issues. | 0.80 |
| 10/02/23 | Lauren Sisson | Respond to various creditors' inquiries regarding objections and Wallet. | 1.60 |
| 10/03/23 | Richard Kanowitz | Review and respond to emails and voicemails by claimants concerning status and developments in chapter 11 cases, including return of assets and confirmation of plan. | 0.60 |
| 10/03/23 | Lauren Sisson | Respond to creditor inquiries on claim objections and case status. | 0.60 |

**Chargeable Hours    5.30**

| | |
|---|---|
| **Total Fees** | **$5,865.00** |
| Adjustment (15% Discount) | $ (879.75) |
| **Total Adjusted Fees** | **$4,985.25** |

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| Richard Kanowitz | 1.40 | $1,800.00 | $2,520.00 |
| Jordan Chavez | 1.70 | $900.00 | $1,530.00 |
| Lauren Sisson | 2.20 | $825.00 | $1,815.00 |
| **Total Professional Summary** | | | **$5,865.00** |

| | |
|---|---|
| **Total Fees, Expenses and Charges** | **$4,985.25** |
| **Total Amount Due** | **USD  $4,985.25** |

# HAYNES BOONE

Invoice Number: 21619803
Invoice Date:  November 28, 2023
Matter Name: Trademark Issues
Client/Matter Number: 0063320.00035
Billing Attorney: Alexander Grishman

BlockFi, Inc.
Flori Marquez
115 Broadway
11th Floor
New York, NY  10006

---

### REMITTANCE PAGE
*For Professional Services Through  October 03, 2023*

| | |
|---|---:|
| Total Fees | $750.00 |
| Adjustment (15% Discount) | $ (112.50) |
| **Total Adjusted Fees** | **$637.50** |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$637.50** |
| **Total Invoice Balance Due** | **USD  $637.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21619803** ● Client Number **0063320.00035** ● Attorney **Alexander Grishman**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21619803

November 28, 2023

Matter Name: Trademark Issues

Page 2 of 2

Client/Matter Number: 0063320.00035

Billing Attorney: Alexander Grishman

*For Professional Services Through  October 03, 2023*

## Professional Fees

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|------:|
| 10/02/23 | Erin Hennessy | Review BlockFi domain name watch notices. | 0.50 |
| 10/03/23 | Cathy O'Brien | Prepare trademark portfolio report for BlockFi marks. | 0.40 |

**Chargeable Hours    0.90**

| | |
|---|---:|
| **Total Fees** | **$750.00** |
| Adjustment (15% Discount) | $ (112.50) |
| **Total Adjusted Fees** | **$637.50** |

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|------------|------:|-----:|-------:|
| Erin Hennessy | 0.50 | $1,100.00 | $550.00 |
| Cathy O'Brien | 0.40 | $500.00 | $200.00 |
| **Total Professional Summary** | | | **$750.00** |

| | |
|---|---:|
| **Total Fees, Expenses and Charges** | **$637.50** |
| **Total Amount Due** | **USD  $637.50** |

# HAYNES BOONE

Invoice Number: 21619804
Invoice Date:  November 28, 2023
Matter Name: Core Scientific Issues
Client/Matter Number: 0063320.00036
Billing Attorney: Alexander Grishman

BlockFi, Inc.
Flori Marquez
115 Broadway
11th Floor
New York, NY  10006

---

## REMITTANCE PAGE

*For Professional Services Through  October 03, 2023*

| | |
|---|---:|
| Total Fees | $2,705.00 |
| Adjustment (15% Discount) | $ (405.75) |
| **Total Adjusted Fees** | **$2,299.25** |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$2,299.25** |
| **Total Invoice Balance Due** | **USD  $2,299.25** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21619804** ● Client Number **0063320.00036** ● Attorney **Alexander Grishman**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21619804          November 28, 2023
Matter Name: Core Scientific Issues          Page 2 of 2
Client/Matter Number: 0063320.00036
Billing Attorney: Alexander Grishman

*For Professional Services Through  October 03, 2023*

### Professional Fees

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/02/23 | Matt Ferris | Review agenda and demonstrative exhibit for hearing on Debtors' emergency motion to approve Celsius settlement (.3); review Celsius settlement order and supporting documents (.3). | 0.60 |
| 10/02/23 | Matt Ferris | Review and consideration of case status and next steps (.5); correspond with certain equipment lender advisors regarding same (.1). | 0.60 |
| 10/02/23 | J. Frasher Murphy | Correspondence with advisors for equipment lenders regarding plan treatment. | 0.30 |
| 10/03/23 | Matt Ferris | Correspond with equipment lender advisors regarding status of plan term sheets. | 0.20 |
| 10/03/23 | Matt Ferris | Review and respond to correspondence from Debtors' counsel regarding extension of mediation and related matters. | 0.30 |
| 10/03/23 | J. Frasher Murphy | Communications with Debtors' counsel and other case professionals regarding mediation and related confirmation matters. | 0.30 |

**Chargeable Hours    2.30**

| | |
|---|---|
| **Total Fees** | **$2,705.00** |
| Adjustment (15% Discount) | $ (405.75) |
| **Total Adjusted Fees** | **$2,299.25** |

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| J. Frasher Murphy | 0.60 | $1,250.00 | $750.00 |
| Matt Ferris | 1.70 | $1,150.00 | $1,955.00 |
| **Total Professional Summary** | | | **$2,705.00** |

| | |
|---|---|
| **Total Fees, Expenses and Charges** | **$2,299.25** |
| **Total Amount Due** | **USD $2,299.25** |

# HAYNES BOONE

Invoice Number: 21619805
Invoice Date:  November 28, 2023
Matter Name: Three Arrows Proceedings / Claims
Client/Matter Number: 0063320.00042
Billing Attorney: Alexander Grishman

BlockFi, Inc.
Flori Marquez
115 Broadway
11th Floor
New York, NY  10006

---

### REMITTANCE PAGE
*For Professional Services Through  October 03, 2023*

| | |
|---|---:|
| Total Fees | $46,550.00 |
| Adjustment (15% Discount) | $ (6,982.50) |
| **Total Adjusted Fees** | **$39,567.50** |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$39,567.50** |
| **Total Invoice Balance Due** | **USD  $39,567.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N**  ●  **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21619805**  ●  Client Number **0063320.00042**  ●  Attorney **Alexander Grishman**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

*For Professional Services Through  October 03, 2023*

### Professional Fees

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/01/23 | Richard D. Anigian | Analyze 3AC's motion for consolidation (1.4); draft revisions to response to 3AC's motion to lift stay (1.8); analyze authorities regarding same (.6); review communications regarding CTFC subpoena (.3). | 4.10 |
| 10/01/23 | Jordan Chavez | Review and revise objection to 3AC lift stay motion. | 3.10 |
| 10/02/23 | Richard D. Anigian | Review and discuss Parker declaration (.4); draft comments to response to motion to lift stay (1.1); conference call with Brown Rudnick to coordinate regarding claims and defenses (.5); follow-up communications regarding above (.4). | 2.40 |
| 10/02/23 | Jordan Chavez | Review and revise response to lift stay motion (2.0); review Parker declaration (.4); correspond with BlockFi and committee counsel regarding same (.3); strategy discussions regarding October 10 hearing on 3AC matters (.5); correspond with committee counsel regarding 3AC discovery (.2). | 3.40 |
| 10/02/23 | Aimee M. Furness | Prepare for conference with expert (1.3); attend conference with expert (.5); review declaration (.5); review and revise Objection to Motion to Lift Stay (1.1); review and revise responses to requests for production (1.0). | 4.40 |
| 10/02/23 | DiAnna Gaeta | Prepare new link to document production for A. Furness. | 1.00 |
| 10/02/23 | Richard Kanowitz | Prepare for and attend conference call with KC Parker regarding declaration in support of objection to 3AC motion to lift stay to prosecute preference action against BlockFi in BVI. | 0.80 |
| 10/02/23 | Richard Kanowitz | Review and respond to emails to/from BlockFi legal team concerning ███████████████ | 0.30 |
| 10/02/23 | Richard Kanowitz | Review and revise objection to 3AC motion to lift stay to prosecute preference action against BlockFi in BVI. | 2.60 |
| 10/02/23 | Lauren Sisson | Participate in conference call with BVI expert to discuss declaration for lift stay response (.3); analyze Parker declaration in support of lift stay (.6); review and revise response to lift stay (1.2). | 2.10 |
| 10/03/23 | Richard D. Anigian | Review follow-up demand from 3AC's JLs regarding first document requests and communications regarding same (.3); strategy development regarding response to same (.5); review response to motion to quash depositions (.2). | 1.00 |
| 10/03/23 | Jordan Chavez | Review and revise objection to lift stay motion (3.0); correspond with committee counsel regarding discovery responses (.4); develop strategy regarding objection to consolidation motion (.3). | 3.70 |

Invoice Number: 21619805
Matter Name: Three Arrows Proceedings / Claims
Client/Matter Number: 0063320.00042
Billing Attorney: Alexander Grishman

November 28, 2023
Page 3 of 3

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/03/23 | Aimee M. Furness | Analyze ██████████████████████████ ██ (2.3); draft, review, and revise letter in response to 3AC JLs' complaints (1.8); review prior statements by 3AC JLs (2.5); review objection to motion to quash (.2). | 6.80 |
| 10/03/23 | Alexander Grishman | Review Three Arrows motion to quash. | 0.60 |
| 10/03/23 | Richard Kanowitz | Review and respond to emails to/from BlockFi legal team and counsel to 3AC concerning outstanding discovery disputes. | 0.70 |
| 10/03/23 | Richard Kanowitz | Prepare objections and responses to 3AC document demands. | 0.70 |
| 10/03/23 | Richard Kanowitz | Review and respond to emails to/from BlockFi legal team concerning ██ ████████████████████ | 0.60 |
| 10/03/23 | Lauren Sisson | Revise to lift stay response and declaration (.9); prepare and finalize same for filing (.3); review letter from opposing counsel regarding discovery (.3); revise response to motion to quash (.2). | 1.70 |

| | | |
|--|--|--|
| **Chargeable Hours**   40.00 | | |
| **Total Fees** | | **$46,550.00** |
| Adjustment (15% Discount) | | $ (6,982.50) |
| **Total Adjusted Fees** | | **$39,567.50** |

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|-----------|-------|------|--------|
| Aimee M. Furness | 11.20 | $1,125.00 | $12,600.00 |
| Alexander Grishman | 0.60 | $1,250.00 | $750.00 |
| Richard D. Anigian | 7.50 | $1,350.00 | $10,125.00 |
| Richard Kanowitz | 5.70 | $1,800.00 | $10,260.00 |
| Jordan Chavez | 10.20 | $900.00 | $9,180.00 |
| Lauren Sisson | 3.80 | $825.00 | $3,135.00 |
| DiAnna Gaeta | 1.00 | $500.00 | $500.00 |
| **Total Professional Summary** | | | **$46,550.00** |

| | |
|--|--|
| **Total Fees, Expenses and Charges** | **$39,567.50** |
| **Total Amount Due** | **USD  $39,567.50** |

# HAYNES BOONE

Invoice Number: 21619806
Invoice Date:  November 28, 2023
Matter Name: BlockFi Wallet
Client/Matter Number: 0063320.00043
Billing Attorney: Alexander Grishman

BlockFi, Inc.
Flori Marquez
115 Broadway
11th Floor
New York, NY  10006

---

## REMITTANCE PAGE
*For Professional Services Through  October 03, 2023*

| | |
|---|---:|
| Total Fees | $360.00 |
| Adjustment (15% Discount) | $ (54.00) |
| **Total Adjusted Fees** | **$306.00** |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$306.00** |
| **Total Invoice Balance Due** | **USD  $306.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21619806** ● Client Number **0063320.00043** ● Attorney **Alexander Grishman**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21619806
Matter Name: BlockFi Wallet
Client/Matter Number: 0063320.00043
Billing Attorney: Alexander Grishman

November 28, 2023
Page 2 of 2

*For Professional Services Through  October 03, 2023*

**Professional Fees**

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 10/02/23 | Jordan Chavez | Correspond with BlockFi regarding wallet withdrawal processing. | 0.40 |

**Chargeable Hours    0.40**

| | |
|---|---|
| **Total Fees** | **$360.00** |
| Adjustment (15% Discount) | $ (54.00) |
| **Total Adjusted Fees** | **$306.00** |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| Jordan Chavez | 0.40 | $900.00 | $360.00 |
| **Total Professional Summary** | | | **$360.00** |

| | |
|---|---|
| **Total Fees, Expenses and Charges** | **$306.00** |
| **Total Amount Due** | **USD $306.00** |

# HAYNES BOONE

Invoice Number: 21619807
Invoice Date:  November 28, 2023
Matter Name: Digistar Recovery
Client/Matter Number: 0063320.00044
Billing Attorney: Alexander Grishman

BlockFi, Inc.
Flori Marquez
115 Broadway
11th Floor
New York, NY  10006

---

### REMITTANCE PAGE
*For Professional Services Through  October 03, 2023*

| | |
|---|---:|
| Total Fees | $18,860.00 |
| Adjustment (15% Discount) | $ (2,829.00) |
| **Total Adjusted Fees** | **$16,031.00** |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$16,031.00** |
| **Total Invoice Balance Due** | **USD  $16,031.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

#### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

#### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

#### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N**  ⬤  **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21619807**  ⬤  Client Number **0063320.00044**  ⬤  Attorney **Alexander Grishman**

#### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21619807

Matter Name: Digistar Recovery

Client/Matter Number: 0063320.00044

Billing Attorney: Alexander Grishman

November 28, 2023

Page 2 of 3

*For Professional Services Through  October 03, 2023*

**Professional Fees**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/01/23 | Matt Ferris | Review and comment on revised draft of response to motion to dismiss (.6); review and consideration of open issues and next steps (.3); correspond with BlockFi team regarding same (.2). | 1.10 |
| 10/02/23 | Matt Ferris | Correspond with Digistar's counsel regarding status of settlement documents and next steps with respect to same (.6); review matters regarding October 10 hearing on Digistar's motion to dismiss and correspond with BlockFi team regarding same (.5); review and comment on motions to seal and for shortened notice of settlement and sealing motions (.6); review and analysis of further revised drafts of settlement documents (.5); correspond with Digistar's counsel and BlockFi team regarding same (.5); review correspondence with notice parties regarding updated drafts of settlement documents (.3); finalize settlement documents and pleadings (1.0); analyze service matters related to settlement documents (.3); correspond with Schjodt team regarding status update (.3). | 4.60 |
| 10/02/23 | Matt Ferris | Prepare for and participate in status update call with JPL team. | 0.50 |
| 10/02/23 | Richard Kanowitz | Review and respond to emails to/from BlockFi legal and financial teams concerning terms and conditions of final settlement documents. | 0.60 |
| 10/02/23 | Tom Zavala | Review, analyze and revise multiple iterations of settlement documents and approval pleadings (7.6); correspond with BlockFi, BlockFi legal team, Committee, U.S. Trustee and SEC regarding same (1.0); draft adjournment request and correspond with Digistar regarding same (.6). | 9.20 |
| 10/03/23 | Matt Ferris | Correspond with BlockFi team regarding status update (.4); review adjournment notice and follow up correspondence regarding scheduling matters (.2). | 0.60 |
| 10/03/23 | Alexander Grishman | Review Digistar 9019 Motion, Motion to Seal and Motion to Shorten Time. | 1.10 |
| 10/03/23 | Tom Zavala | Revise adjournment request (.5) correspond with local counsel and opposing counsel regarding same (.4). | 0.90 |

| | | |
|---|---|---|
| **Chargeable Hours** | **18.60** | |
| **Total Fees** | | **$18,860.00** |
| Adjustment (15% Discount) | | $ (2,829.00) |
| **Total Adjusted Fees** | | **$16,031.00** |

Invoice Number: 21619807
Matter Name: Digistar Recovery
Client/Matter Number: 0063320.00044
Billing Attorney: Alexander Grishman

November 28, 2023
Page 3 of 3

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Alexander Grishman | 1.10 | $1,250.00 | $1,375.00 |
| Matt Ferris | 6.80 | $1,150.00 | $7,820.00 |
| Richard Kanowitz | 0.60 | $1,800.00 | $1,080.00 |
| Tom Zavala | 10.10 | $850.00 | $8,585.00 |
| **Total Professional Summary** | | | **$18,860.00** |

**Total Fees, Expenses and Charges**                                                           **$16,031.00**

**Total Amount Due**                                                                    USD  **$16,031.00**

# HAYNES BOONE

Invoice Number: 21619808
Invoice Date:  November 28, 2023
Matter Name: Vrai Nom Litigation
Client/Matter Number: 0063320.00045
Billing Attorney: Alexander Grishman

BlockFi, Inc.
Flori Marquez
115 Broadway
11th Floor
New York, NY  10006

---

### REMITTANCE PAGE
*For Professional Services Through  October 03, 2023*

| | |
|---|---:|
| Total Fees | $15,565.00 |
| Adjustment (15% Discount) | $ (2,334.75) |
| **Total Adjusted Fees** | **$13,230.25** |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$13,230.25** |
| **Total Invoice Balance Due** | **USD  $13,230.25** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ⬤ **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21619808** ⬤ Client Number **0063320.00045** ⬤ Attorney **Alexander Grishman**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21619808  
Matter Name: Vrai Nom Litigation  
Client/Matter Number: 0063320.00045  
Billing Attorney: Alexander Grishman  

November 28, 2023  
Page 2 of 3

*For Professional Services Through  October 03, 2023*

**Professional Fees**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/01/23 | Matt Ferris | Review and analysis of supplemental authority in support of motion to enforce the automatic stay (.4); review and comment on revised draft of reply to letter brief and certification in support (.7); consideration of next steps and correspond with BlockFi team regarding same (.4). | 1.50 |
| 10/01/23 | Tom Zavala | Research and analyze ███████████ ████ (1.0); revise Vrai Nom reply to incorporate same (.2); further revise Vrai Nom reply to develop arguments (.8); discuss same with BlockFi legal team (.2). | 2.20 |
| 10/02/23 | Matt Ferris | Review and comment on revised draft of reply (1.5); correspond with BlockFi team regarding same (.6); further review and revise reply (.8); review and analysis of damages model and correspond with BlockFi team regarding same (.5); correspond with Vrai Nom's counsel (.2). | 3.60 |
| 10/02/23 | Matthew Frankle | Prepare for and telephone conference with JPLs regarding Vrai Nom settlement offer. | 0.50 |
| 10/02/23 | Richard Kanowitz | Prepare for and conduct conference call with Bermuda JPLs concerning status of settlement negotiations and related issues. | 0.40 |
| 10/02/23 | Tom Zavala | Review and revise Reply to Vrai Nom's opposition to stay violation motion (1.4); correspond with BlockFi, BlockFi legal team, Commitee and JPLs regarding same (.5). | 1.90 |
| 10/03/23 | Richard D. Anigian | Review updated draft of reply in support of stay violation motion against Vrai Nom. | 0.30 |
| 10/03/23 | Matt Ferris | Correspond with BlockFi team regarding upcoming settlement conference (.4); prepare for and participate in settlement conference with Vrai Nom's counsel (1.0); review and analysis of, and work on revising, draft damages model (.7); review and consideration of litigation status and strategy in light of settlement discussions (.6). | 2.70 |
| 10/03/23 | Tom Zavala | Discuss settlement counteroffer with opposing counsel (.4); discuss Vrai Nom's Answer and affirmative defenses with BlockFi legal team (.1); recalculate damages and prepare damages calculation for opposing counsel's review (1.0); discuss same with BlockFi legal team (.1). | 1.60 |

**Chargeable Hours    14.70**

**Total Fees**                                                    **$15,565.00**

Invoice Number: 21619808
Matter Name: Vrai Nom Litigation
Client/Matter Number: 0063320.00045
Billing Attorney: Alexander Grishman

November 28, 2023
Page 3 of 3

Adjustment (15% Discount)                                               $ (2,334.75)

**Total Adjusted Fees**                                                 **$13,230.25**

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Matt Ferris | 7.80 | $1,150.00 | $8,970.00 |
| Matthew Frankle | 0.50 | $1,250.00 | $625.00 |
| Richard D. Anigian | 0.30 | $1,350.00 | $405.00 |
| Richard Kanowitz | 0.40 | $1,800.00 | $720.00 |
| Tom Zavala | 5.70 | $850.00 | $4,845.00 |

**Total Professional Summary**                             **$15,565.00**

**Total Fees, Expenses and Charges**                                    **$13,230.25**

**Total Amount Due**                                              **USD  $13,230.25**

# HAYNES BOONE

Invoice Number: 21619801
Invoice Date:  November 28, 2023
Matter Name: Expenses
Client/Matter Number: 0063320.00033
Billing Attorney: Alexander Grishman

BlockFi, Inc.
Flori Marquez
115 Broadway
11th Floor
New York, NY  10006

---

## REMITTANCE PAGE

*For Professional Services Through  October 03, 2023*

| | |
|---|---:|
| Total Fees | $0.00 |
| Total Expenses | $1,259.07 |
| **Total Fees, Expenses and Charges** | **$1,259.07** |
| **Total Invoice Balance Due** | **USD  $1,259.07** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21619801** ● Client Number **0063320.00033** ● Attorney **Alexander Grishman**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21619801
Matter Name: Expenses
Client/Matter Number: 0063320.00033
Billing Attorney: Alexander Grishman

November 28, 2023
Page 2 of 2

*For Professional Services Through  October 03, 2023*

## Expenses

| <u>Date</u> | <u>Code</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|
| 06/30/23 | FEE | Capitol Services, Inc. - Filing Fee Expense | $487.26 |
| 08/30/23 | PSE | Marks & Clerk - Professional Service Expense | $385.96 |
| 08/30/23 | WIRE | Marks & Clerk - Wire Transfer Fee | $8.34 |
| 10/02/23 | PSC | Pacer Service Center | $13.10 |
| 10/03/23 | FEE | American Express - Filing Fee Expense Elective Dues - Kimberly Morzak - Annual dues for New Jersey Lawyers' Fund - LAWYERS REG 0000 TRENTON NJ | $338.87 |
| 10/03/23 | FedEx | Federal Express Corporation - To: Richard Kanowitz Airbill#: 784518094663 Sender: Richard Kanowitz | $25.54 |

**Total Expenses**                                                                                                    **$1,259.07**

## Expenses Summary

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Pacer Service Center | $13.10 |
| Filing Fee Expense | $826.13 |
| Professional Service Expense | $385.96 |
| Wire Transfer Fee | $8.34 |
| Federal Express | $25.54 |
| **Total Expenses** | **$1,259.07** |

**Total Fees, Expenses and Charges**                                                                **$1,259.07**

**Total Amount Due**                                                                              **USD  $1,259.07**