**UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY**

**AMENDED AS TO GENOVA BURNS LLC TIME
<u>MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD
OCTOBER 1, 2023 THROUGH OCTOBER 2, 2023</u>**

| | | | |
|---|---|---|---|
| Debtor: | <u>BlockFi Inc.</u> | Applicant: | <u>Genova Burns LLC</u> |
| Case No.: | <u>22-19361(MBK)</u> | Client: | <u>Unsecured Creditors Committee</u> |
| Chapter: | <u>11</u> | Case Filed: | <u>November 28, 2022</u> |

**SECTION 1
FEE SUMMARY**

X    Monthly Fee Statement No. <u>  10        </u> or  ☐ Final Fee Application

Summary of Amounts Requested for the Period from October 1, 2023 through October 2, 2023 (the "Ninth Statement Period")

| | |
|---|---|
| Total Fees: | $ 2,122.50 |
| Total Disbursements: | $ .00 |
| Minus 20% holdback of Fees: | $ 424.50 |
| Amount Sought at this Time to Genova Burns: | $ 1,698.00 |
| Member Expense sought at this time: | $ 13,962.68 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Daniel M. Stolz, Partner | 1980 | 1.20 | 800.00 | $960.00 |
| 2.  Donald W. Clarke, Partner | 2008 | 1.80 | 600.00 | $1,080.00 |
| 3.  Sydney S. Schubert, Junior Associate | 2022 | .30 | 275.00 | $82.50 |

| | |
|---|---|
| Fee Totals: | $    2,122.50 |
| Disbursements Totals: | $       0.00 |
| Total Fee Application | $    2,122.50 |

2

**SECTION II SUMMARY
OF SERVICES**

| | **SERVICES RENDERED** | **HOURS** | **FEE** |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | .30 | 82.50 |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | | |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | | |
| j) | **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 2.00 | 1,240.00 |
| l) | **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | .60 | 480.00 |
| m) | **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | .40 | 320.00 |

3

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) | **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | | |
| **SERVICE TOTALS:** | | 3.30 | $2,122.50 |

### SECTION III
### SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax**<br>Include per page fee charged. | |

| | | |
|---|---|---|
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify)** | |
| | **DISBURSEMENTS TOTAL:** | $0.00 |

I certify under penalty of perjury that the above is true.

Dated: November 30, 2023

                                                      */s/ Daniel M. Stolz*
                                                    DANIEL M. STOLZ

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| BROWN RUDNICK LLP<br>Robert J. Stark, Esq.<br>Kenneth J. Aulet, Esq.<br>Bennett S. Silverberg, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Fax: (212) 209-4801<br>Email: rstark@brownrudnick.com<br>          kaulet@brownrudnick.com<br>          bsilverberg@brownrudnick.com<br>*Counsel for the Official Committee of Unsecured Creditors*<br>  -and-<br>GENOVA BURNS LLC.<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Gregory S. Kinoian, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>Telephone: (973) 230-2095<br>Fax: (973) 533-1112<br>Email: DStolz@genovaburns.com<br>          DClarke@genovaburns.com<br>          GKinoian@genovaburns.com<br>*Local Counsel for the Official*<br>*Committee of Unsecured Creditors* | BROWN RUDNICK LLP<br>Stephen D. Palley, Esq.<br>601 Thirteenth Street, NW<br>Washington, DC 20005<br>Telephone: (617)536-1766<br>Fax: (617)289-0466<br>Email: spalley@brownrudnick.com |
| In re:<br><br>BLOCKFI INC., *et al.,*<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

**AMENDED AS TO GENOVA BURNS LLC TIME ONLY**

**MONTHLY FEE STATEMENT OF GENOVA BURNS LLC,
LOCAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD OCTOBER 1, 2023 THROUGH OCTOBER 2, 2023**

Genova Burns LLC ("Genova") submits this Monthly Fee Statement for Services Rendered and Expenses Incurred as Local Counsel to the Official Committee of Unsecured Creditors (the "Statement") for the period commencing October 1, 2023 and ending October 2, 2023 (the "Statement Period"), pursuant to the Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of this Court entered on January 17, 2023 (the "Interim Compensation Order").

The billing invoices for the Statement Period are annexed hereto as Exhibit "A". These invoices detail the services performed. The fees sought in the within Statement Period is as follows:

| Fees | Less 20% | Fee Payment Requested | Expense Reimbursement (100%) |
|---|---|---|---|
| $2,122.40 | ($424.50) | $1,698.00 | $0.00 |

WHEREFORE, Genova respectfully requests interim payment of fees for this Statement Period in the sum $1,698.00, together with expenses of $0.00, for a total requested interim payment of $1,698.00, in accordance with the terms of the Interim Compensation Order.

**MEMBER EXPENSES**

In addition, Genova Burns submits herewith expenses on behalf of certain Committee Members incurred in connection with their appearances at hearings. These expenses are on behalf

of three Committee Members and total $13,962.68.  **These exhibits were previously filed at docket #1923**.

| Member #1 | $7,949.27 |
| --- | --- |
| Member #2 | $2,560.36 |
| Member #3 | $3,453.05 |

**WHEREFORE,** Genova Burns respectfully requests that the member expenses be paid directly to the respective Committee Member in accordance with the terms of the Interim Compensation Order.

                                         **GENOVA BURNS LLC**
                                         **LOCAL COUNSEL FOR OFFICIAL**
                                         **COMMITTEE OF UNSECURED CREDITORS**

Dated: November 30, 2023          By: */s/ Daniel M. Stolz*
                                                       **DANIEL M. STOLZ**

# EXHIBIT A

GENOVA BURNS LLC

November 29, 2023
Invoice No.:   505171

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/22/23 | DMS | B320 | Review amendments to Plan. | .40 | 800.00 | 320.00 |
| 10/02/23 | DMS | B150 | Review FTX, 3AC stories and post to moxo. | .60 | 800.00 | 480.00 |
| 10/02/23 | DMS | B190 | Review Wynn's objection to motion. | .20 | 800.00 | 160.00 |
| 10/02/23 | DWC | B190 | Rvw docket filing re stipulation settling Digistar litigation | .30 | 600.00 | 180.00 |
| 10/02/23 | DWC | B190 | Rvw docket filing re motion to seal stipulation settling Digistar litigation | .30 | 600.00 | 180.00 |
| 10/02/23 | DWC | B190 | Rvw new pacer emails of docket filings (wynn objection) | .20 | 600.00 | 120.00 |
| 10/02/23 | DWC | B190 | Rvw objection (.5) and affidavit in support (.3) for wynn objection to claims objection | .80 | 600.00 | 480.00 |
| 10/02/23 | DWC | B190 | Email from RK re wynn objection | .20 | 600.00 | 120.00 |
| 10/02/23 | SS | B110 | Reviewing court notices for deadline and hearing updates. | .30 | 275.00 | 82.50 |

**TOTAL PROFESSIONAL SERVICES** $ 2,122.50

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Daniel M Stolz | Partner | 1.20 | 800.00 | 960.00 |
| Donald W. Clarke | Partner | 1.80 | 600.00 | 1,080.00 |
| Sydney Schubert | Junior Associate | .30 | 275.00 | 82.50 |
| **TOTALS** | | **3.30** | | **$ 2,122.50** |

**TOTAL THIS INVOICE** $ 2,122.50