**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Moheen Ahmad, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 21, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail and Email on the Office of the United States Trustee, Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq, One Newark Center, 1085 Raymond Boulevard, Suite 2100, Newark NJ 07102:

- Chapter 11 Monthly Operating Report for Case Number 22-19361 (BlockFi Inc.) for the Month Ending: 10/24/2023 [Docket No. 1904]

- Chapter 11 Monthly Operating Report for Case Number 22-19363 (BlockFi Trading LLC) for the Month Ending: 10/24/2023 [Docket No. 1905]

- Chapter 11 Monthly Operating Report for Case Number 22-19365 (BlockFi Lending LLC) for the Month Ending: 10/24/2023 [Docket No. 1906]

- Chapter 11 Monthly Operating Report for Case Number 22-19366 (BlockFi Wallet LLC) for the Month Ending: 10/24/2023 [Docket No. 1907]

- Chapter 11 Monthly Operating Report for Case Number 22-19367 (BlockFi Ventures LLC) for the Month Ending: 10/24/2023 [Docket No. 1908]

- Chapter 11 Monthly Operating Report for Case Number 22-19368 (BlockFi International Ltd.) for the Month Ending: 10/24/2023 [Docket No. 1909]

- Chapter 11 Monthly Operating Report for Case Number 22-19370 (BlockFi Investment Products LLC) for the Month Ending: 10/24/2023 [Docket No. 1910]

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). ). The location of the Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

- Chapter 11 Monthly Operating Report for Case Number 22-19371 (BlockFi Services, Inc.) for the Month Ending: 10/24/2023 [Docket No. 1911]

- Chapter 11 Monthly Operating Report for Case Number 22-19374 (BlockFi Lending II LLC) for the Month Ending: 10/24/2023 [Docket No. 1912]

Dated: November 29, 2023

/s/ *Moheen Ahmad*
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 29, 2023, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025