| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |

Order Filed on December 4, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case Number: _____

Hearing Date: _____

Judge: _____

Chapter: _____

Recommended Local Form:  ☐ Followed   ☐ Modified

# ORDER RE EXTENSION OF TIME TO FILE APPELLANT'S NOTICE DESIGNATION RECORD ON APPEAL, STATEMENT OF ISSUES AND DECLARATION OF APPELLANT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 4, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to Appellant's Designation of Record on Appeal, Statement of Issues and Declaration of Appellant, and for good cause shown, it is

ORDERED that the debtor's request is:

☐ Granted.  The deadline to file schedules is extended to _____.

☐ Denied.

*Rev. 7/1/04; jml*