Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22–19361–MBK
Chapter:  11
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  BlockFi Inc.
  c/o M3 Partners
  1700 Broadway, 19th Floor
  New York, NY 10019

Social Security No.:

Employer's Tax I.D. No.:
  82–2390015

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on December 4, 2023, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 1935 – 1934
Order Granting Motion to Extend DECEMBER 20, 2023 to File Appellant's Notice Designation Record on Appeal and Statement of Issues; Declaration of Appellant (Related Doc # 1934). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/4/2023. (wiq)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 4, 2023
JAN: wiq

Jeanne Naughton
Clerk