Jeffrey M. Traurig, Esq.
TRAURIG LAW LLC
One University Plaza, Ste. 124
Hackensack, NJ 07601
(646) 974-8650
jtraurig@trauriglaw.com
*Counsel for the Fee Examiner*

-and-

Elise S. Frejka
FREJKA PLLC
415 East 52nd Street | Suite 3
New York, New York 10022
Telephone: (212) 641-0800
*Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., et al.,[1]<br><br>     Debtors. | Case No. 22-19361 (MBK)<br><br>Judge Michael B. Kaplan<br><br>Chapter 11<br><br>(Jointly Administered) |

**SUMMARY COVER SHEET FOR**
**FIRST AND FINAL FEE APPLICATION OF TRAURIG LAW LLC**
**FOR ALLOWANCE OF FEES AND EXPENSES AS COUNSEL TO THE FEE**
**EXAMINER FOR THE PERIOD MAY 17, 2023 THROUGH OCTOBER 3, 2023**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, New York 10019.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Debtors:  BlockFi Inc., *et al.*                    Applicant: Traurig Law LLC

Case No.:  22-19261-MBK                      Client: Elise S. Frejka, the Fee Examiner
      (Jointly Administered)

Chapter:  11                                        Case Filed:  November 28, 2022

_____

**SECTION I**

**FEE SUMMARY**

☐ Interim Fee Application No. _____     or     ☒ Final Fee Application

Summary of Amounts Requested for the Period from May 17, 2023 through
October 3, 2023 (the "Compensation Period").

|  | FEES | EXPENSES |
|---|---|---|
| Total Previous Fees Requested: | $0.00 | $0.00 |
| Total Fees Allowed to Date: | $0.00 | $0.00 |
| Total Retainer (If Applicable): | $0.00 | $0.00 |
| Total Holdback (If Applicable): | $0.00 | $0.00 |
| Total Received by Applicant: | $0.00 | $0.00 |

Fee Total for the Compensation Period:          $   8,685.00
Disbursement Total:                             $        0.00
**Total Fee and Expense Application:**          **$   8,685.00**

## COMPENSATION BY PROFESSIONAL

The attorney(s) who rendered professional services in this chapter 11 case during the Compensation Period:

| Name of Professional: Partner/Member | Year Admitted | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| Jeffrey Traurig | 1997 | $450.00 | 19.3 | $ 8,685.00 |

The total fees for the Compensation Period are:

| Professionals | Blended Rate | Total Hours Billed | Total Fees |
|---|---|---|---|
| Partner/Member: | $450.00 | 19.3 | $ 8,685.00 |
| **Blended Attorney Rate:** | $450.00 | 19.3 | $ 8,685.00 |
| **Blended Rate for All Timekeepers:** | $450.00 | 19.3 | $ 8,685.00 |
| **Total Fees Incurred:** | **$450.00** | **19.3** | **$ 8,685.00** |

## SUMMARY OF SERVICES BY TASK CODE

| DESCRIPTION | HOURS | AMOUNT |
|---|---|---|
| Case Administration/General | 3.6 | $ 1,620.00 |
| Employment and Fee Applications | 4.7 | $ 2,115.00 |
| Employment and Fee Reports/Objections | 7.2 | $ 3,240.00 |
| Genova | 3.8 | $ 1,710.00 |
| **Total Fees Requested** | **19.3** | **$ 8,685.00** |

## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| N/A | $0 |
| **DISBURSEMENTS  TOTALS** | $0 |

## SECTION II

(1) Date case filed: November 28, 2022

(2) Chapter under which case commenced: Chapter 11

(3) Date of Retention Order:  May 26, 2023. *See Exhibit B*

    If limit on number of hours or other limitations to retention, set forth: N/A

(4) Summarize in brief the benefits to the estate and attach supplements as needed: *See* narrative
    portion of fee application.

(5) Anticipated distribution to creditors:

    (a) Administration expense: To be paid in accordance with the *Third Amended Joint
    Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the
    Bankruptcy Code (Additional Technical Modifications) [Docket No. 1609] (the "Plan").
    See Exhibit A to the Revised Findings of Fact, Conclusions of Law, and Order (I)
    Approving the Disclosure Statement Relating to the Third Amended Joint Chapter 11
    Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy
    Code on a Final Basis and (II) Confirming the Third Amended Joint Chapter 11 Plan of
    BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code
    (Additional Technical Modifications)* [Docket No. 1655].

    (b) Secured creditors: To be paid in accordance with the Plan.

    (c) Priority creditors: To be paid in accordance with the Plan.

    (d) General unsecured creditors: To be paid in accordance with the Plan.

(6) Final disposition of case and percentage of dividend paid to creditors (if applicable):
    Distributions to creditors will be made in accordance with the Plan.

I certify under penalty of perjury that the above is true.

Date:  December  7, 2023                      */s/Jeffrey Traurig*_____
                                          Jeffrey Traurig

Jeffrey M. Traurig, Esq.
TRAURIG LAW LLC
One University Plaza, Ste. 124
Hackensack, NJ 07601
(646) 974-8650
jtraurig@trauriglaw.com
*Counsel for the Fee Examiner*

*-and-*

Elise S. Frejka
FREJKA PLLC
415 East 52nd Street | Suite 3
New York, New York 10022
Telephone: (212) 641-0800
*Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., et al.,[1]<br><br>Debtors. | Case No. 22-19361 (MBK)<br><br>Judge Michael B. Kaplan<br><br>Chapter 11<br><br>(Jointly Administered) |

**FIRST AND FINAL FEE APPLICATION OF TRAURIG LAW LLC**
**FOR ALLOWANCE OF FEES AND EXPENSES AS COUNSEL TO THE FEE**
**EXAMINER FOR THE PERIOD MAY 17, 2023 THROUGH OCTOBER 3, 2023**

Traurig Law LLC ("Traurig Law"), counsel to the Fee Examiner, Elise S. Frejka,

Esq. (the "Fee Examiner"), submits its first and final fee application for allowance of fees of

$8,685.00 for the period from May 17, 2023 through October 3, 2023 (the "Compensation Period")

in accordance with the *Order Appointing an Independent Fee Examiner and Establishing Related*

*Procedures for the Review of Fee Applications of Retained Professionals* (the "*Fee Examiner*

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, New York 10019.

*Order*") [Docket No. 925].  In support of this Application, Traurig Law respectfully represents as follows:

1.      During the Compensation Period, Traurig Law did not receive any payments or promises of payment from any other source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this application. There is no agreement or understanding between the Traurig Law and any other person, for sharing of compensation to be received for services rendered in this case.

2.      The fees and expenses charged by Traurig Law in this case are billed in accordance with its existing billing rates and procedures in effect during the Compensation Period. Such fees and expenses are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable nonbankruptcy cases in a competitive national legal market.

3.      Pursuant to Rule 2016-1 of the Local Rules of the United States Bankruptcy Court of New Jersey (the "Local Rules") and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 (the "Guidelines"), included herewith are (a) a schedule setting forth all Traurig Law professionals who have performed services in this chapter 11 case during the Compensation Period, the hourly billing rate charged by Traurig Law for the services performed by such individual, the aggregate number of hours expended in this case during the Compensation Period and fees billed therefor and the year in which each professional was first licensed to practice law, (b) a summary of services by billing category for services rendered by Traurig Law during the Compensation Period, and (c) a schedule setting for the actual and necessary expenses that Traurig Law incurred during the Compensation Period in connection with the performance of professional services for the Fee Examiner and for which it seeks reimbursement.

4.      Traurig Law's itemized time records for professionals performing services for the Fee Examiner during the Compensation Period are attached as Exhibit A to this Application.

5.      The compensation requested in this proceeding is reasonable based on the nature and extent of the services rendered, the size and complexity of these Chapter 11 cases, the time, labor, and special expertise brought to bear on the questions presented, and other related factors.

6.      As described in further detail below, during the Compensation Period, the professional services performed by Traurig Law were necessary and appropriate to protect the rights and fulfill the obligations of the Fee Examiner given the nature and complexity of the issues at hand, were in the best interests of the Fee Examiner and other parties in interest, and were performed in an expeditious and efficient manner. As such, Traurig Law submits that the compensation and reimbursement of expenses sought herein is reasonable within the meaning of sections 330 of the Bankruptcy Code.

7.      This application complies with sections 330 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Fee Examiner Order, the Guidelines, and the Local Rules.

**Background**

8.      On November 28, 2022 (the "Petition Date"), the Debtors commenced this reorganization case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey. The Debtors were authorized to continue to manage their property and operate their business as a debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.[2]

---

[2]   This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

9.      On May 17, 2023, the Court entered the Fee Examiner Order, which, among other things, appointed Elise S. Frejka, Esq, as an independent fee examiner.

10.     On May 26, 2023 the Court entered an order [Dkt. No. 1007], attached hereto as Exhibit B, authorizing the retention of Traurig Law as the Fee Examiner's counsel.

11.     An order confirming the *Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications)* [Docket No. 1609] (as may be modified, the "Plan") and approving the Disclosure Statement on a final basis (the "Confirmation Order"), which the Clerk of the United States Bankruptcy Court for the District of New Jersey (the "Court") docketed on October 3, 2023.

12.     On October 24, 2023, the Effective Date (as defined in the Plan) of the Plan occurred.  *See Notice of (I) Entry of the Order (A) Approving the Disclosure Statement on a Final Basis and (B) Confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications) and (II) Occurrence of the Effective Date* [Docket No. 1788].

## Summary of Services Rendered

13.     As set forth in the Application cover sheet and itemized time records submitted herewith, Traurig Law rendered a total of 19.3 hours of professional services during the Compensation Period, for which it seeks compensation of $8,685.00.[3]

14.     To apprise this Court of the legal services rendered during the Compensation Period, Traurig Law sets forth the following summary. This summary is intended only to highlight certain categories of services in which Traurig Law devoted time and attention on behalf of the Fee Examiner.

(a)     Case Administration/General: This category relates to general case administration in connection relating to the Fee Examiner and Traurig

---

[3] The fees requested do not include voluntary reductions and other time expended which was not recorded.

-4-

Law's engagement and duties.  During the Compensation Period, Traurig Law (a) reviewed and revised the initial memorandum to retained professionals, (b) reviewed docket filings, and (c) communicated with the Fee Examiner regarding the case status and coordination of work to be performed.

Fees: $1,620.00; Hours: 3.6

(b)   Employment and Fee Applications:  This category relates to work in connection with the employment retention and appointment of the Fee Examiner. During the Compensation Period, Traurig Law, among other things, (a) drafted and filed the retention application and exhibits for Traurig Law; (b) review and filed the Fee Examiner's declaration of disinterestedness, (c) coordinate with the Fee Examiner regarding fee statement and fee application issues related to Traurig Law and the Fee Examiner.

Fees: $2,115.00; Hours: 4.7

(c)   Employment and Fee Reports/Objections:  This category relates to work in connection with objections and reports regarding the employment retention and fee applications of retained professionals in the Debtors' Chapter 11 cases. During the Compensation Period, Traurig Law communicated with the Fee Examiner on issues regarding the Fee Examiner's first interim fee report and Orders regarding retained professionals' fees. Traurig Law reviewed and filed the Fee Examiner report for the first interim final fee report. Traurig Law also attended the hearing on the first interim fee applications and reports for retained professionals.

Fees:  $3,240.00;  Hours 7.2

(d)   Genova:  This category relates to work in connection with assisting and advising the Fee Examiner in connection with the review of the first interim fee application (the "Genova Application") filed by Genova Burns LLC ("Genova"). During the Compensation Period, Traurig Law reviewed the first interim fee application for filed by Genova, communicated with the Fee Examiner regarding Genova and participated in calls with Genova and the Fee Examiner regarding the Genova Application.

Fees:  $1,710.00;  Hours 3.8

## Expenses Incurred By Traurig Law

15.     Section 330 of the Bankruptcy Code authorizes "reimbursement for actual, necessary expenses" incurred by professionals employed in a chapter 11 case. Traurig Law is not seeking reimbursement for expenses during the Compensation Period

## Statement of the Applicant

16.     Pursuant to section C5 of the Guidelines, Traurig Law makes the following statements:

a.      Traurig Law did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees or terms for services that were provided during the Compensation Period.

b.      The fees sought in this application are not in excess of any budgeted amount.

c.      The hourly rates of Traurig Law included in this application have not been varied based on the geographic location of this case.

d.      This application does not include any time or fees related to reviewing, revising or preparing invoices.

e.      This application does not include any rate increases since Traurig Law's retention.

17.     The fees requested herein by Traurig Law are billed in accordance with its existing billing rates and procedures in effect during the Compensation Period. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable nonbankruptcy cases in a competitive national legal market.

18.     No agreement or understanding exists between Traurig Law or any third person for the sharing of compensation.

19.     All of the services for which compensation is requested hereunder were rendered at the request of and solely on behalf of the Fee Examiner, and not on behalf of any other entity.

20.     In accordance with the Guidelines, the Certification of Jeffrey Traurig is attached hereto as <u>Exhibit C</u> and incorporated herein by reference.

## Notice

21.     Notice of this application will be provided to: (a) the U.S. Trustee; (b) the wind-down Debtors (c) the Committee; (d) the United States Attorney's Office for the District of New Jersey; (d) the Internal Revenue Service; (e) the U.S. Securities and Exchange Commission; (f) the attorneys general in the states where the Debtors conduct their business operations; and (g) any party that has requested notice pursuant to Bankruptcy Rule 2002.

## No Prior Request

22.     No prior application for the relief requested herein has been made to this or any other court.

## Conclusion

23.     WHEREFORE, Traurig Law respectfully requests that the Court (a) allow on a final basis compensation of $8,685.00 for services rendered by Traurig Law during the Compensation Period, (b) authorize payment of these allowed fees to Traurig Law and (c) grant such other and further relief to Traurig Law as the Court may deem proper.

Dated:  December 7, 2023                          Respectfully submitted,

                                          _/s/ Jeffrey Traurig_____
                                          Jeffrey Traurig, Esq.
                                          TRAURIG LAW LLC
                                          One University Plaza, Suite 124
                                          Hackensack, NJ  07601
                                          Tel: (646) 974-8650
                                          E-mail:  jtraurig@trauriglaw.com

                                          *Counsel for the Fee Examiner*

**<u>EXHIBIT A</u>**

Itemized Time Records

**Traurig Law LLC**
One University Plaza, Ste 124
Hackensack, NJ 07601



**Elise S. Frejka - Fee Examiner**
Elise Frejka
415 East 52nd Street, Suite 3
New York, NY 10022

**Invoice 23049**

| | |
|---:|:---|
| **Date** | Nov 30, 2023 |
| **Terms** | Court Order |
| **Service Thru** | Oct 03, 2023 |

In Reference To: BLOCKFI INC., et al. (Fees)

| Date | By | Services | Rate | Hours | Amount |
|------|-----|----------|------|-------|--------|
| **Case Administration/General** | | | | | |
| 06/05/2023 | JT | Call with E. Frejka re case status, upcoming Fee Examiner reports and deadlines (.3). | $ 450.00 | 0.30 | $ 135.00 |
| 06/06/2023 | JT | Review/revise and comment on Fee Examiner memo to retained professionals regarding review process (.9); review references, citations in memo in connection with same (.8). | $ 450.00 | 1.70 | $ 765.00 |
| 06/07/2023 | JT | Review revised Fee Examiner memo to professionals, email with E. Frejka on same (.2). | $ 450.00 | 0.20 | $ 90.00 |
| 06/09/2023 | JT | Review email from M. Sirota re C-Street retained professional status, review docket in connection with same, follow-up with E. Frejka on same (.1) | $ 450.00 | 0.10 | $ 45.00 |
| 08/25/2023 | JT | Call with E. Frejka regarding case status and open issues including upcoming deadlines, monthly fee statements, Fee Examiner reports (.4). | $ 450.00 | 0.40 | $ 180.00 |
| 09/05/2023 | JT | Review proposed plan regarding treatment of Fee Examiner and prior Fee Examiner retention order in connection with same (.2), email to E. Frejka re various admin issues including Fee Examiner role post-confirmation/effective date, Fee Examiner reports and monthly statements (.2) | $ 450.00 | 0.40 | $ 180.00 |
| 09/18/2023 | JT | Review agenda for 9/20 hearing, emails with E. Frejka regarding same and proposed orders (.1). | $ 450.00 | 0.10 | $ 45.00 |
| 09/19/2023 | JT | Review various docket entries related to 9/20 hearing, email to E. Frejka re 9/20 hearing appearances (.1). | $ 450.00 | 0.10 | $ 45.00 |
| 10/03/2023 | JT | Review confirmation order re Fee Examiner role, emails with E. Frejka in connection with same (.3). | $ 450.00 | 0.30 | $ 135.00 |
| | | **Case Administration/General Total:** | | **3.60** | **$1,620.00** |

**Employment and Fee Applications**

**Traurig Law LLC**
One University Plaza, Ste 124
Hackensack, NJ 07601



**Elise S. Frejka - Fee Examiner**
Elise Frejka
415 East 52nd Street, Suite 3
New York, NY 10022

**Invoice 23049**

| Date | Nov 30, 2023 |
|---|---|
| **Terms** | Court Order |
| **Service Thru** | Oct 03, 2023 |

| | | | | | |
|---|---|---|---|---|---|
| 05/17/2023 | JT | Drafting retention application for Traurig Law (.8), certification (.6) and proposed order (.2); emails and call with E. Frejka regarding retention application, notice and service issues/coordination for same (.2); review case procedures order and docket in connection with retention application and notice issues (.1); | $ 450.00 | 1.90 | $ 855.00 |
| 05/18/2023 | JT | Review email and comments from J. Sponder to proposed form of order and revise proposed order for Traurig Law (.3); finalize Traurig Law retention application and attachments for filing (.3); emails with E. Frejka regarding finalizing Traurig Law retention documents (.1); review Fee Examiner's Declaration of Disinterestedness (.2); file Fee Examiner's Declaration of Disinterestedness (.2); file retention application for Traurig Law (.2); review Chamber rules regarding courtesy copies and further review case management procedures in connection with same and service (.2); email to and call with J. Berman at Kroll coordinating service of Fee Examiner's Declaration of Disinterestedness and Traurig Law retention application (.2); follow-up emails to E. Frejka regarding filing and service of Fee Examiner's Declaration of Disinterestedness and Traurig Law retention application (.1). | $ 450.00 | 1.80 | $ 810.00 |
| 06/21/2023 | JT | Begin drafting monthly fee statement for Traurig law for May 2023. | $ 450.00 | 0.60 | $ 270.00 |
| 07/24/2023 | JT | Prepare joint monthly statement for May and June for Traurig Law, email to E. Frejka re same (.4). | $ 450.00 | 0.40 | $ 180.00 |
| | | **Employment and Fee Applications Total:** | | **4.70** | **$2,115.00** |

**Employment and Fee Reports/Objections**

| | | | | | |
|---|---|---|---|---|---|
| 08/29/2023 | JT | Initial drafting of proposed order for first first interim fee report (.5); email to E. Frejka regarding proposed order (.1). | $ 450.00 | 0.60 | $ 270.00 |

**Traurig Law LLC**
One University Plaza, Ste 124
Hackensack, NJ 07601



**Elise S. Frejka - Fee Examiner**
Elise Frejka
415 East 52nd Street, Suite 3
New York, NY 10022

**Invoice 23049**

| Date | Nov 30, 2023 |
|---|---|
| **Terms** | Court Order |
| **Service Thru** | Oct 03, 2023 |

| | | | | | |
|---|---|---|---|---|---|
| 09/06/2023 | JT | Review docket in connection with applications filed by professionals and Fee Examiner report (.2); review/analyze Fee Examiner report (.2); review/analyze email from E. Frejka re Fee Examiner report, status and notice for same (.1); review Fee Examiner order in connection with report (.1); review/analyze Fee Examiner draft report re debtor professionals (.6); revise/comment on Fee Examiner Report (.2); further multiple emails with E. Frejka re Fee Examiner report, service issues, and additional comments/questions/revisions to Fee Examiner report (.2). | $ 450.00 | 1.60 | $ 720.00 |
| 09/07/2023 | JT | Multiple calls with E. Frejka re Fee Examiner reports, additional revisions and related noticing issues (.6); review further revised Fee Examiner reports re Debtor's counsel (.1); draft notice re Fee Examiner report for Debtor report (.3); draft notice for report re Committee (.1); email to E. Frejka re notice re Debtor and Committee reports (.1); multiples emails with E. Frejka re interim reports re Debtor and Committee professionals, noticing/coordination issues (.2); review/analyze Fee Examiner report re Committee professionals (.6); email to E. Frejka with comments to same (.2). | $ 450.00 | 2.20 | $ 990.00 |
| 09/08/2023 | JT | Call with E. Frejka regarding finalizing reports for Debtor and Committee professionals, orders for same and open Genova for report (.5); further call with E. Frejka finalizing proposed orders for interim fee applications and exhibits thereto (.2); review/revised forms of order, comment on same (.3); prepare Fee Examiner reports for filing and review finals versions re Debtor and Committee professional (.2); file Fee Examiner report for Debtor professionals and follow-up email to E. Frejka on same (.2); file Fee Examiner Report for Committee professionals, follow-up email to E. Frejka re same (.2). | $ 450.00 | 1.60 | $ 720.00 |

**Traurig Law LLC**
One University Plaza, Ste 124
Hackensack, NJ 07601



**Elise S. Frejka - Fee Examiner**
Elise Frejka
415 East 52nd Street, Suite 3
New York, NY 10022

**Invoice 23049**

| Date | Nov 30, 2023 |
|---|---|
| Terms | Court Order |
| Service Thru | Oct 03, 2023 |

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/14/2023 | JT | Review emails from E. Frejka and D. Clarke re interim fee orders, certifications in connection with same and docket entries re hearing scheduling (.2); call with E. Frejka regarding proposed fee orders from Committee, including comparing proposed orders in connection with same (.3). | $ 450.00 | 0.50 | $ 225.00 |
| 09/20/2023 | JT | Prepare for hearing regarding Fee Examiner report (.1); attend hearing telephonically on Fee Examiner report on interim fee applications and case status conference (.6 REDUCED TO .4); follow-up call with E. Frejka re fee hearing and submitting orders (.1); finalize proposed order for submission and email same to Court (.1). | $ 450.00 | 0.70 | $ 315.00 |
| | | **Employment and Fee Reports/Objections Total:** | | **7.20** | **$3,240.00** |
| **Legal** | | | | | |
| 06/10/2023 | JT | Review follow-up emails with E. Frejka, M. Sirota and J. Henes re C-Street status (.1 - NO CHARGE). | $ 450.00 | 0.00 | No Charge |
| | | **Legal Total:** | | **0.00** | **$0.00** |
| **T-Genova** | | | | | |
| 08/03/2023 | JT | Review/analyze emails from E. Frejka re Genova fee application review and preliminary report (.1); review/analyze Genova fee application including time detail with Fee Examiner comments/notations (.6); review UST guidelines in connection with same (.3); review case law/reports regarding fee application review in connection with Genova compliance (.2). | $ 450.00 | 1.20 | $ 540.00 |
| 08/04/2023 | JT | Call with E. Frejka re Genova fee application, UST guidelines, review standard and compliance. | $ 450.00 | 0.60 | $ 270.00 |
| 08/08/2023 | JT | Call with E. Frejka, D. Clarke (joined in part by D. Stolz) regarding Genova's first interim fee application (.7); follow-up call with E. Frejka regarding Genova first interim fee application (.7). | $ 450.00 | 1.40 | $ 630.00 |
| 08/25/2023 | JT | Review email from E. Frejka re Genova fee statement issues (.1). | $ 450.00 | 0.10 | $ 45.00 |

**Traurig Law LLC**
One University Plaza, Ste 124
Hackensack, NJ 07601



**Elise S. Frejka - Fee Examiner**                                                    **Invoice 23049**
Elise Frejka
415 East 52nd Street, Suite 3
New York, NY 10022

| | |
|---|---|
| **Date** | Nov 30, 2023 |
| **Terms** | Court Order |
| **Service Thru** | Oct 03, 2023 |

| | | | | | |
|---|---|---|---|---|---|
| 09/08/2023 | JT | Review/analyze Genova response to Fee Examiner inquiry, review revised Genova certification (.2); Call with D. Stolz, G. Kinoian, E. Frejka re Genova first interim application (.3). | $ 450.00 | 0.50 | $ 225.00 |
| | | **T-Genova Total:** | | **3.80** | **$1,710.00** |
| | | **Total Fees Amount:** | | **19.30** | **$8,685.00** |

| | |
|---|---|
| **Total Hours** | 19.30 hrs |
| **Total Fees** | $ 8,685.00 |
| **Total Invoice Amount** | $ 8,685.00 |
| **Previous Balance** | **$ 0.00** |
| **Balance (Amount Due)** | **$ 8,685.00** |

## **EXHIBIT B**

Retention Order

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

Jeffrey Traurig
**TRAURIG LAW LLC**
One University Plaza, Suite 124
Hackensack, NJ  07601
Tel: (646) 974-8650
E-mail:  jtraurig@trauriglaw.com
*Proposed Counsel for the Fee Examiner*

Order Filed on May 26, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., et al.,[1]<br><br>　　　　　　　Debtors | Case No. 22-19361 (MBK)<br><br>Judge Michael B. Kaplan<br><br>Chapter 11<br><br>(Jointly Administered) |

## ORDER AUTHORIZING RETENTION OF TRAURIG LAW LLC
## AS COUNSEL TO THE FEE EXAMINER

　　　　The relief set forth on the following pages two (2) and three (3) is hereby
**ORDERED**.

**DATED: May 26, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

BLOCKFI INC, et al.
Chapter 11, Case No.: 22-19361 (MBK) (Jointly Administered)
Order Authorizing Retention of Traurig Law LLC As Counsel To The Fee Examiner_____

Upon the applicant's, Elise S. Frejka (the "Fee Examiner"), request for authorization to retain Traurig Law LLC ("Traurig Law") as counsel to the Fee Examiner, it is hereby **ORDERED**:

1.     The Fee Examiner is authorized to retain Traurig Law in the professional capacity noted in the Application.

     The professional's address is: Traurig Law LLC
                                      One University Plaza, Suite 124
                                      Hackensack, NJ  07601

2.     As provided in the *Order Appointing an Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 925], the "fees and expenses of the Fee Examiner and any Court-approved professional for the Fee Examiner shall be subject to application and review pursuant to section 330 of the Bankruptcy Code and shall be paid from the Debtors' estates as an expense of administration under Bankruptcy Code section 503(b)(2) and in accordance with the procedures in the Administrative Fee Order, except that neither the Fee Examiner nor any professional retained by her shall review their own fee applications. The Fee Examiner's compensation shall not be contingent, dependent or based on any element of success or result."  Traurig Law's fees and expenses and those of any counsel retained pursuant to court order, shall be subject to the information detail requirements set forth in D.N.J. LBR 2016-1.

3.     Traurig Law will only bill 50% for non-working travel and shall not seek the reimbursement of any fees or costs, including attorney fees and costs, arising from the defense of any of Traurig's fee applications in this case.

4.     Traurig Law will use the billing and expense categories set forth in the U.S. Trustee Guidelines (Exhibit D-1 "Summary of Compensation Requested by Project Category), among other categories.

5.     Traurig Law will provide all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format or other satisfactory format to the United States Trustee.

6.	Traurig Law will agree to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "U.S. Trustee Guidelines").

7.	Traurig Law shall not charge a markup with respect to fees billed by contract attorneys or independent contractors or subcontractors who are hired by Traurig to provide services in this matter and shall ensure that any such contract attorneys or independent contractors or subcontractors are subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code and Bankruptcy Rules.

8.	No agreement or understanding exists between Traurig Law and any other person, other than as permitted by section 504 of the Bankruptcy Code, to share compensation received for services rendered in connection with this case, nor shall Traurig Law share or agree to share compensation received for services rendered in connection with this case with any other person other than as permitted by section 504 of the Bankruptcy Code

9.	If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

	☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.
	☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

10.	The effective date of retention is the date the application was filed with the Court.

## **EXHIBIT C**

Certification of Jeffrey Traurig

Jeffrey M. Traurig, Esq.
TRAURIG LAW LLC
One University Plaza, Ste. 124
Hackensack, NJ 07601
(646) 974-8650
jtraurig@trauriglaw.com
*Counsel for the Fee Examiner*

*-and-*

Elise S. Frejka
FREJKA PLLC
415 East 52nd Street | Suite 3
New York, New York 10022
Telephone: (212) 641-0800
*Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., et al.,[1]<br><br>                 Debtors. | Case No. 22-19361 (MBK)<br><br>Judge Michael B. Kaplan<br><br>Chapter 11<br><br>(Jointly Administered) |

**<u>CERTIFICATION OF JEFFREY TRAURIG</u>**

Jeffrey Traurig, under penalty of perjury, certifies as follows:

      1.      I am the sole member of Traurig Law LLC, I make this certification in accordance with the Local Rules of the United States Bankruptcy Court of New Jersey (the "<u>Local Rules</u>") regarding the contents of application for compensation.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, New York 10019.

2.      I have read the First and Final Fee Application of Traurig Law for Allowance of
Fees and Expenses as Counsel to the Fee Examiner for the Period from May 17, 2023
through October 3, 2023 (the "Fee Application").[2]

3.      The Fee Examiner has been provided with copies of the Fee Application and
itemized time records referenced therein.

4.      I have reviewed the requirements of the Fee Examiner Order, the Guidelines, and
the Local Rules, and I believe the Fee Application complies therewith.

Date:  December 7, 2023                              _/s/ Jeffrey Traurig_____
                                                      Jeffrey Traurig

---

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Fee Application.