Jeffrey M. Traurig, Esq.
TRAURIG LAW LLC
One University Plaza, Ste. 124
Hackensack, NJ 07601
(646) 974-8650
jtraurig@trauriglaw.com
*Counsel for the Fee Examiner*

-and-

Elise S. Frejka
FREJKA PLLC
415 East 52nd Street | Suite 3
New York, New York 10022
Telephone: (212) 641-0800
*Fee Examiner*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re:<br><br>BLOCKFI INC., et al.,[1]<br><br>        Debtors. | Case No. 22-19361 (MBK)<br><br>Judge Michael B. Kaplan<br><br>Chapter 11<br><br>(Jointly Administered) |
|---|---|

## NOTICE OF HEARING ON FINAL COMPENSATION APPLICATIONS OF THE FEE EXAMINER AND TRAURIG LAW LLC

**PLEASE TAKE NOTICE** that the following applications (collectively, the "Final Compensation Applications") were filed seeking payment of fees for services rendered and expenses incurred for duration of the above-captioned chapter 11 cases:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, New York 10019.

| APPLICANT and APPLICATION | FEES | EXPENSES |
|---|---|---|
| Elise S. Frejka, Fee Examiner<br>First Interim and Final Fee Application<br><br>[Docket No. 1946] | $168,500.00 | $0.00 |
| Traurig Law LLC<br>First and Final Fee Application<br><br>[Docket No. 1945] | $8,685.00 | $0.00 |

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Final Compensation Applications will be held on January 25, 2024, at 11:30 a.m. (ET), before the Honorable Michael B. Kaplan, U.S.B.J., at the United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Courtroom #8, Trenton, N.J. 08608. Attendance by creditors is welcome, but not required.

**PLEASE TAKE FURTHER NOTICE** that copies of the Final Compensation Applications may be obtained at no charge at https://restructuring.ra.kroll.com/blockfi/HomeDocketInfo or via PACER at the http://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that, except as set forth in the *Order Appointing an Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 925], parties that wish to object to the Final Compensation Applications must file an objection on or before January 18, 2024 at 5:00 p.m. Objections must be filed with the Court and served on the applicant and all other interested parties.

Date: December 7, 2023    /s/ Jeffrey Traurig _____
Jeffrey Traurig
TRAURIG LAW LLC
One University Plaza, Suite 124
Hackensack, NJ  07601
Tel: (646) 974-8650
E-mail:  jtraurig@trauriglaw.com