| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617)856-8300<br>taxelrod@brownrudnick.com<br><br>*General Counsel for the Plan Administrator*<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>*Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator* |
| In re:<br><br>BLOCKFI INC., *et al*.,<br>                    Debtors.[1] | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered under a Confirmed Plan[2]) |

## NOTICE OF FILING OF THIRD AMENDED PLAN SUPPLEMENT

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

[2] On October 3, 2023, the Court entered an order confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications) (the "Plan") [Docket No. 1609].

1

**PLEASE TAKE NOTICE THAT** on September 26, 2023, the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") confirmed the *Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications)* [Docket No. 1609] (the "Plan").

**PLEASE TAKE FURTHER NOTICE THAT** on October 3, 2023, the Bankruptcy Court entered its *Revised Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement Relating to the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code on a Final Basis and (II) Confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications)* [Docket No. 1660] (the "Confirmation Order") confirming the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** on September 4, 2023, the Debtors filed the plan supplement (the "Plan Supplement") [Docket No. 1443].

**PLEASE TAKE FURTHER NOTICE THAT** on September 8, 2023, the Debtors filed the *Notice of Filing of Amended Plan Supplement* [Docket No. 1467].

**PLEASE TAKE FURTHER NOTICE THAT** on September 22, 2023, the Debtors filed the *Notice of Filing of Second Amended Plan Supplement* [Docket No. 1585].

**PLEASE TAKE FURTHER NOTICE THAT** the Wind-Down Debtors hereby file this third amended plan supplement (the "Third Amended Plan Supplement") as contemplated by the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the Third Amended Plan Supplement includes the following documents:

| **Exhibit** | **Description** |
|---|---|
| A | Schedule of Revised Assumed Executory Contracts |
| A-1 | Redline of Schedule of Assumed Executory Contracts |

Dated: December 8, 2023         /s/ *Daniel M. Stolz*

**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
(973) 230-2095
DStolz@genovaburns.com
DClarke@genovaburns.com

*Local Counsel to the Plan Administrator*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Lauren M. Sisson, Esq. (NJ Bar No. 394182022)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
lauren.sisson@haynesboone.com

*Attorneys for the Plan Administrator*

**BROWN RUDNICK LLP**
Kenneth J. Aulet, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
(212) 209-4800
kaulet@brownrudnick.com

**BROWN RUDNICK LLP**
Tristan Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
(617)856-8300
taxelrod@brownrudnick.com

*General Counsel to the Plan Administrator*

# **EXHIBIT A**

### **Schedule of Revised Assumed Executory Contracts and Unexpired Leases**

On the Effective Date, except as otherwise provided in the Plan or in any contract, instrument, release, indenture, or other agreement or document entered into in connection with the Plan, all Executory Contracts and Unexpired Leases of the Debtors, including any employee benefit plans, severance plans, or other Executory Contracts under which employee obligations arise, shall be deemed rejected by the Debtors or Wind-Down Debtors, as applicable, without the need for any further notice to or action, order, or approval of the Bankruptcy Court, unless such Executory Contract and Unexpired Lease: (a) was previously assumed, assumed and assigned, or rejected by the Debtors; (b) previously expired or terminated pursuant to its own terms; (c) is the subject of a motion to assume, assume and assign, or reject Filed on or before the Confirmation Date that is pending on the Effective Date; or (d) is designated specifically, or by category, as an Executory Contract or Unexpired Lease on the Schedule of Assumed Executory Contracts and Unexpired Leases, if any.

Pursuant to sections 365(a) and 1123 of the Bankruptcy Code, entry of the Confirmation Order shall constitute a Bankruptcy Court order approving the rejection, assumption, or assumption and assignment, as applicable, of such Executory Contracts or Unexpired Leases as provided for in the Plan, effective as of the Effective Date unless otherwise specified. Each Executory Contract or Unexpired Lease assumed pursuant to the Plan or by Bankruptcy Court order but not assigned to a third party before the Effective Date shall re-vest in and be fully enforceable by the applicable contracting Wind-Down Debtor according to its terms, except as such terms may have been modified by the provisions of the Plan or any order of the Bankruptcy Court authorizing and providing for its assumption or assumption and assignment under applicable federal law. Any motions to assume any Executory Contracts or Unexpired Leases pending on the Effective Date shall be subject to approval by the Bankruptcy Court on or after the Effective Date (or as soon as reasonably practicable thereafter) by a Final Order. **Notwithstanding anything to the contrary in the Plan, the Debtors or the Wind-Down Debtors, as applicable, shall have the right to alter, amend, modify, or supplement the Schedule of Assumed Executory Contracts and Unexpired Leases identified in this Plan Supplement at any time through and including forty-five days after the Effective Date.**

To the maximum extent permitted by law, to the extent that any provision in any Executory Contract or Unexpired Lease assumed or assumed and assigned pursuant to the Plan restricts or prevents, or purports to restrict or prevent, or is breached or deemed breached by, the assumption or assumption and assignment of such Executory Contract or Unexpired Lease (including any "change of control" provision), such provision shall be deemed modified such that the transactions contemplated by the Plan shall not entitle the non-Debtor party thereto to terminate such Executory Contract or Unexpired Lease or to exercise any other default-related rights with respect thereto. Modifications, amendments, supplements, and restatements to prepetition Executory Contracts and Unexpired Leases that have been executed by the Debtors during the Chapter 11 Cases shall not be deemed to alter the prepetition nature of the Executory Contract or Unexpired Lease or the validity, priority, or amount of any Claims that may arise in connection therewith.

**Schedule of Revised Assumed Executory Contracts[1]**

| Counterparty Name | Address | Description | Debtor Name | Cure Amount |
|---|---|---|---|---|
| Segment.io, Inc. | 100 California Street Suite 700, San Francisco, California 94111 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Twilio | 375 Beale Street Suite 300 San Francisco, CA 94105 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Amplitude, Inc. | 201 3rd Street Suite 200 San Francisco, CA 94103 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Lending LLC | $0.00 |
| Catamorphic Co DBA LaunchDarkly | 1999 Harrison St. Suite 1100 Oakland, California 94612 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| SendGrid | 1801 California Street Suite 500 Denver, CO 80202 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Persona | 981 Mission St #95 San Francisco, California 94013 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Amazon Web Services | 410 Terry Avenue North Seattle, Washington 98109-5210 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Datadog | 620 8th Avenue 45th Floor New York, NY 10018-1741 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| DocRaptor | 407 Fulton Street Suite 103 Indianapolis, IN 46202 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |

---

[1] Notwithstanding anything to the contrary in the Plan, the Debtors or the Wind-Down Debtors, as applicable, shall have the right to alter, amend, modify, or supplement the Schedule of Assumed Executory Contracts and Unexpired Leases identified in this Plan Supplement at any time through and including forty-five days after the Effective Date.

| Counterparty Name | Address | Description | Debtor Name | Cure Amount |
|---|---|---|---|---|
| Infura | Consensys Software Inc. (Infura) 49 Bogart Street NY 11206 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Cloudflare | 101 Townsend Street San Francisco, California 94107 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Github | 88 Colin P Kelly Jr S San Francisco, California 94107 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Pulumi | 1525 4th Avenue Suite 800 Seattle, Washington 98101 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| BitGo | 445 Sherman Avenue Suite 200 Palo Alto, CA 94304 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Trading LLC | $0.00 |
| Adobe | 345 Park Avenue San Jose, California 95110 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Braze, Inc. | 330 W 34th Street 18th floor New York, New York 10001 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Auth0 | 10800 NE 8th Suite 700 Bellevue, Washington 98004 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Okta, Inc. | 100 First Street 6th Floor San Francisco, California 94105 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Aon | 8 Devonshire Square London, UK EC2M 4PL | All policies and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Aon Employ Liability Insurance | 8 Devonshire Square London, UK EC2M 4PL | All policies and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |

| Counterparty Name | Address | Description | Debtor Name | Cure Amount |
|---|---|---|---|---|
| Papaya Global Inc. | 228 Park Avenue S., PMB 22154<br>New York, New York 10003-1502 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| TriNet | One Park Place<br>Suite 600<br>Dublin, California 94568 | All executory contracts and policies and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc.<br>BlockFi Services Inc. | $0.00 |
| Empower | 8515 E. Orchard Road<br>Greenwod Village, Colorado 80111 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| bambooHR | 335 South 560<br>West Lindon, Utah 84042-1911 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Pensionmark Financial Group | 24 E. Cota Street<br>Suite 200<br>Santa Barbara, CA 93101 | All engagement letters and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Details Management Ltd. | Melbourne House<br>11 Parliament Street, Suite 202<br>Hamilton, Bermuda HM 12 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi International Ltd. | $0.00 |
| Deel | 650 2nd Street<br>San Francisco, California, 94107, | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Services, Inc. | $0.00 |
| Chainalysis Inc | 11 E 26th Street<br>New York, NY 10010 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $8,861.45 |
| NordVPN | PH F&F TOWER<br>50th Street & 56th Street<br>Suite #32-D, Floor 32<br>Panama City, Republic of Panama | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Blockdaemon | 1 Grants Row<br>Dublin, Dublin 2 D02 HX96<br>Ireland | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Lending LLC<br>BlockFi International Ltd. | $0.00 |
| Atlassian | 1098 Harrison Street<br>San Francisco, California 94103-4521 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |

| Counterparty Name | Address | Description | Debtor Name | Cure Amount |
|---|---|---|---|---|
| Ivanti | 10377 South Jordan Gateway Suite 110 South Jordan, Utah 84095 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Jamf Software | 100 Washington Ave S Suite 1100 Minneapolis, Minnesota 55401 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| GoTo Technologies USA, Inc. | 333 Summer Street Boston MA 02210 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| AT&T | 208 S. Akard Street Dallas, TX 75202 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Microsoft | One Microsoft Way Redmond, Washington 98052-6399 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Google Workspace/Cloud/Voice | Googleplex 1600 Amphitheatre Parkway Mountain View, California 94043 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Slack | 500 Howard Street San Francisco, California 94105 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| NMLS | 1300 I Street, NW Suite 700 East Washington, DC 20005 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Trading LLC | $0.00 |
| CSC | 251 Little Falls Drive Wilmington, DE 19808-1674 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Trading LLC | $0.00 |
| National Registered Agents Inc | Wolters Kluwer NRAI 250 West Pratt Street Baltimore, MD 21201 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Trading LLC | $0.00 |
| Capitol Corporate Services, Inc. | P.O. Box 1831 Austin, TX 78767 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Trading LLC | $0.00 |

| Counterparty Name | Address | Description | Debtor Name | Cure Amount |
|---|---|---|---|---|
| Sage Intacct | 300 Park Avenue Suite 1400 San Jose, California 95110 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Airbase, Inc. | 220 Montgomery Street San Francisco, CA 94105 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Deloitte & Touche LLP | 200 Berkley Street 10th Floor Boston, MA 02116 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Foundry Digital LLC | 1100 Pittsford Victor Road Pittsford, NY 14534 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Lending LLC | $0.00 |
| Fly Over the City | 244 Fifth Ave # G-233 New York, NY 10001 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| CrowdStrike | 150 Mathilda Place Sunnyvale, CA 94086 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Splunk Inc. | 270 Brennan Street San Francisco, California 94107 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Alteryx | 3345 Michelson Drive Suite 400 Irvine, CA 92612 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Mazars via Papaya Global (HK) Limited | 135 Cecil Street #10-01 Singapore 069536 | All engagement letters and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Services, Inc. | $0.00 |
| Fireblocks, Inc. | 500 7th Avenue New York, NY 10018 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Johnson Gardiner | 45C5+9C6, St Mary's Street St John's, Antigua & Barbuda | All engagement letters and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi International Ltd. | $0.00 |

| Counterparty Name | Address | Description | Debtor Name | Cure Amount |
|---|---|---|---|---|
| Walkers | 190 Elgin Avenue<br>George Town, Grand Cayman KY1-9001<br>Cayman Islands | All engagement letters and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc.<br>BlockFi International Ltd. | $45,049.55 |
| Morris, Nichols, Arsht and Tunnel | 1201 North Market Street<br>16th Floor<br>Wilmington, DE 19899-1347 | All engagement letters and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Germanolaw LLC | 460 Bloomfield Avenue<br>Suite 200<br>Montclair, New Jersey 07042 | All engagement letters and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $3,822.50 |
| Covington & Burling LLP | The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405 | All engagement letters and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $9,205.50 |
| Schjodt | Tordenskiolds Gate 12<br>P.O. Box 2444<br>NO-0201 Oslo | All engagement letters and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| CohnReznick LLP | 14 Sylvan Way<br>3rd Floor<br>Parsippany, New Jersey 07054 | All engagement letters and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| AXIS Insurance Company – A+ | 1211 Avenue of the Americas<br>24th Floor<br>New York, NY 10036 | All policies and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | [$0.00] |
| Atlantic Specialty Insurance Company | 605 Highway 169 North<br>Suite 800<br>Plymouth, MN 55441 | All policies and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | [$0.00] |
| Scottsdale Insurance Company | One Nationwide Plaza<br>Columbus, OH 43215 | All policies and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | [$0.00] |
| Westchester Surplus Lines Insurance Company | 11575 Great Oaks Way<br>Suite 200<br>Alpharetta, GA 32002 | All policies and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | [$0.00] |

| Counterparty Name | Address | Description | Debtor Name | Cure Amount |
|---|---|---|---|---|
| Relm Insurance, Ltd. | Phase 1 Washington Mall Suite 202 20 Church Street Hamilton HM 11, Bermuda | All policies and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | [$0.00] |
| ACE American Insurance Co. | 15 Mountain View Road Warren, NJ 07059 | All policies and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | [$0.00] |
| WeWork | 115 Broadway Street 5th Floor New York, NY 10006 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Wordpress.com | 60 29th St 343 San Francisco, California, 94110 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| The Cincinnati Insurance Companies | P.O. Box 145496 Cincinnati, OH 45250-5496 | All policies and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Scott Insurance | 1301 Old Graves Mill Road Lynchburg, VA 24502 | All policies and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Luxor Technology Corporation | 1100 Bellevue Way NE Suite 8A #514 Bellevue, WA 98004 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |

# EXHIBIT A-1

**Redline of Schedule of Assumed Executory Contracts**

**Schedule of Assumed Executory Contracts[1]**

| Counterparty Name | Address | Description | Debtor Name | Cure Amount |
|---|---|---|---|---|
| Segment.io, Inc. | 100 California Street Suite 700, San Francisco, California 94111 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Twilio | 375 Beale Street Suite 300 San Francisco, CA 94105 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Amplitude, Inc. | 201 3rd Street Suite 200 San Francisco, CA 94103 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Lending LLC | $0.00 |
| Catamorphic Co DBA LaunchDarkly | 1999 Harrison St. Suite 1100 Oakland, California 94612 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| SendGrid | 1801 California Street Suite 500 Denver, CO 80202 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Persona | 981 Mission St #95 San Francisco, California 94013 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Amazon Web Services | 410 Terry Avenue North Seattle, Washington 98109-5210 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Datadog | 620 8th Avenue 45th Floor | All executory contracts and all amendments, modifications, schedules, and other attachments | BlockFi Inc. | $0.00 |

---

[1] Notwithstanding anything to the contrary in the Plan, the Debtors or the Wind-Down Debtors, as applicable, shall have the right to alter, amend, modify, or supplement the Schedule of Assumed Executory Contracts and Unexpired Leases identified in this Plan Supplement at any time through and including forty-five days after the Effective Date.

| Counterparty Name | Address | Description | Debtor Name | Cure Amount |
|---|---|---|---|---|
| | New York, NY 10018-1741 | thereto, to the extent applicable | | |
| DocRaptor | 407 Fulton Street Suite 103 Indianapolis, IN 46202 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Infura | Consensys Software Inc. (Infura) 49 Bogart Street NY 11206 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Cloudflare | 101 Townsend Street San Francisco, California 94107 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Github | 88 Colin P Kelly Jr S San Francisco, California 94107 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Pulumi | 1525 4th Avenue Suite 800 Seattle, Washington 98101 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| BitGo | 445 Sherman Avenue Suite 200 Palo Alto, CA 94304 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Trading LLC | $0.00 |
| Adobe | 345 Park Avenue San Jose, California 95110 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Braze, Inc. | 330 W 34th Street 18th floor New York, New York 10001 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Auth0 | 10800 NE 8th Suite 700 Bellevue, Washington 98004 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Okta, Inc. | 100 First Street 6th Floor San Francisco, California 94105 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Aon | 8 Devonshire Square London, UK EC2M 4PL | All policies and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Aon Employ Liability | 8 Devonshire Square | All policies and all amendments, modifications, | BlockFi Inc. | $0.00 |

| Counterparty Name | Address | Description | Debtor Name | Cure Amount |
|---|---|---|---|---|
| Insurance | London, UK EC2M 4PL | schedules, and other attachments thereto, to the extent applicable | | |
| Papaya Global Inc. | 228 Park Avenue S., PMB 22154 New York, New York 10003-1502 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| TriNet | One Park Place Suite 600 Dublin, California 94568 | All executory contracts and policies and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. BlockFi Services Inc. | $0.00 |
| Empower | 8515 E. Orchard Road Greenwod Village, Colorado 80111 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| bambooHR | 335 South 560 West Lindon, Utah 84042-1911 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Pensionmark Financial Group | 24 E. Cota Street Suite 200 Santa Barbara, CA 93101 | All engagement letters and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Details Management Ltd. | Melbourne House 11 Parliament Street, Suite 202 Hamilton, Bermuda HM 12 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi International Ltd. | $0.00 |
| Deel | 650 2nd Street San Francisco, California, 94107, | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Services, Inc. | $0.00 |
| ~~Carta~~ | ~~333 Bush Street Floor 23, Suite 2300 San Francisco, CA 94104~~ | ~~All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable~~ | ~~BlockFi Inc.~~ | ~~$0.00~~ |
| Chainalysis Inc | 11 E 26th Street New York, NY 10010 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $8,861.45 |
| NordVPN | PH F&F TOWER 50th Street & 56th Street Suite #32-D, Floor 32 Panama City, Republic of Panama | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Blockdaemon | 1 Grants Row Dublin, Dublin 2 D02 HX96 Ireland | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Lending LLC BlockFi | $0.00 |

3

| Counterparty Name | Address | Description | Debtor Name | Cure Amount |
|---|---|---|---|---|
| | | | International Ltd. | |
| Atlassian | 1098 Harrison Street<br>San Francisco, California 94103-4521 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| ~~Zoom~~ | ~~55 Almaden Boulevard~~<br>~~San Jose, California 95113-1608~~ | ~~All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable~~ | ~~BlockFi Inc.~~ | ~~$0.00~~ |
| Ivanti | 10377 South Jordan Gateway<br>Suite 110<br>South Jordan, Utah 84095 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Jamf Software | 100 Washington Ave S<br>Suite 1100<br>Minneapolis, Minnesota 55401 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| GoTo Technologies USA, Inc. | 333 Summer Street<br>Boston MA 02210 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| AT&T | 208 S. Akard Street<br>Dallas, TX 75202 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Microsoft | One Microsoft Way<br>Redmond, Washington 98052-6399 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Google Workspace/Cloud/Voice | Googleplex<br>1600 Amphitheatre Parkway<br>Mountain View, California 94043 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Slack | 500 Howard Street<br>San Francisco, California 94105 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| ~~Etherscan~~ | ~~2 Huobi~~<br>~~Mackay, Queensland, Australia~~ | ~~All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable~~ | ~~BlockFi Inc.~~ | ~~$0.00~~ |
| NMLS | 1300 I Street, NW<br>Suite 700 East<br>Washington, DC 20005 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Trading LLC | $0.00 |
| CSC | 251 Little Falls Drive | All executory contracts and all amendments, | BlockFi Trading | $0.00 |

4

| Counterparty Name | Address | Description | Debtor Name | Cure Amount |
|---|---|---|---|---|
| | Wilmington, DE 19808-1674 | modifications, schedules, and other attachments thereto, to the extent applicable | LLC | |
| National Registered Agents Inc | Wolters Kluwer NRAI 250 West Pratt Street Baltimore, MD 21201 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Trading LLC | $0.00 |
| Capitol Corporate Services, Inc. | P.O. Box 1831 Austin, TX 78767 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Trading LLC | $0.00 |
| Sage Intacct | 300 Park Avenue Suite 1400 San Jose, California 95110 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Airbase, Inc. | 220 Montgomery Street San Francisco, CA 94105 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Deloitte & Touche LLP | 200 Berkley Street 10th Floor Boston, MA 02116 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Foundry Digital LLC | 1100 Pittsford Victor Road Pittsford, NY 14534 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Lending LLC | $0.00 |
| Fly Over the City | 244 Fifth Ave # G-233 New York, NY 10001 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| CrowdStrike | 150 Mathilda Place Sunnyvale, CA 94086 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Splunk Inc. | 270 Brennan Street San Francisco, California 94107 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Alteryx | 3345 Michelson Drive Suite 400 Irvine, CA 92612 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |

5

| Counterparty Name | Address | Description | Debtor Name | Cure Amount |
|---|---|---|---|---|
| Mazars via Papaya Global (HK) Limited | 135 Cecil Street #10-01 Singapore 069536 | All engagement letters and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Services, Inc. | $0.00 |
| Fireblocks, Inc. | 500 7th Avenue New York, NY 10018 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Johnson Gardiner | 45C5+9C6, St Mary's Street St John's, Antigua & Barbuda | All engagement letters and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi International Ltd. | $0.00 |
| Walkers | 190 Elgin Avenue George Town, Grand Cayman KY1-9001 Cayman Islands | All engagement letters and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. BlockFi International Ltd. | $45,049.55 |
| Morris, Nichols, Arsht and Tunnel | 1201 North Market Street 16th Floor Wilmington, DE 19899-1347 | All engagement letters and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Germanolaw LLC | 460 Bloomfield Avenue Suite 200 Montclair, New Jersey 07042 | All engagement letters and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $3,822.50 |
| Covington & Burling LLP | The New York Times Building 620 Eighth Avenue New York, NY 10018-1405 | All engagement letters and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $9,205.50 |
| Schjodt | Tordenskiolds Gate 12 P.O. Box 2444 NO-0201 Oslo | All engagement letters and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| CohnReznick LLP | 14 Sylvan Way 3rd Floor Parsippany, New Jersey 07054 | All engagement letters and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| AXIS Insurance Company – A+ | 1211 Avenue of the Americas 24th Floor New York, NY 10036 | All policies and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | [$0.00] |
| Atlantic Specialty Insurance Company | 605 Highway 169 North Suite 800 Plymouth, MN 55441 | All policies and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | [$0.00] |

6

| Counterparty Name | Address | Description | Debtor Name | Cure Amount |
|---|---|---|---|---|
| Scottsdale Insurance Company | One Nationwide Plaza Columbus, OH 43215 | All policies and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | [$0.00] |
| Westchester Surplus Lines Insurance Company | 11575 Great Oaks Way Suite 200 Alpharetta, GA 32002 | All policies and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | [$0.00] |
| Relm Insurance, Ltd. | Phase 1 Washington Mall Suite 202 20 Church Street Hamilton HM 11, Bermuda | All policies and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | [$0.00] |
| ACE American Insurance Co. | 15 Mountain View Road Warren, NJ 07059 | All policies and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | [$0.00] |
| WeWork | 115 Broadway Street 5th Floor New York, NY 10006 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Wordpress.com | 60 29th St 343 San Francisco, California, 94110 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| The Cincinnati Insurance Companies | P.O. Box 145496 Cincinnati, OH 45250-5496 | All policies and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Scott Insurance | 1301 Old Graves Mill Road Lynchburg, VA 24502 | All policies and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |
| Luxor Technology Corporation | 1100 Bellevue Way NE Suite 8A #514 Bellevue, WA 98004 | All executory contracts and all amendments, modifications, schedules, and other attachments thereto, to the extent applicable | BlockFi Inc. | $0.00 |

7