**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

BROWN RUDNICK LLP
Robert J. Stark, Esq.
Kenneth J. Aulet, Esq.
Bennett S. Silverberg, Esq.
Seven Times Square
New York, NY  10036
Telephone: (212) 209-4800
Fax: (212) 209-4801
Email: rstark@brownrudnick.com
          kaulet@brownrudnick.com
          bsilverberg@brownrudnick.com
*Counsel for the Official Committee of Unsecured*
*Creditors*

  -and-

GENOVA BURNS LLC.
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
Gregory S. Kinoian, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 230-2095
Fax: (973) 533-1112
Email: DStolz@genovaburns.com
          DClarke@genovaburns.com
          GKinoian@genovaburns.com
*Local Counsel for the Official*
*Committee of Unsecured Creditors*

Order Filed on December 8, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

BLOCKFI INC., *et al.*,

                    Debtors.[1]

Chapter 11

Case No. 22-19361 (MBK)

Jointly Administered

## ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

**DATED: December 8, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The relief set forth on the following page is **ORDERED**.

On request of Genova Burns LLC ("**GB**") (Docket No. 1518), local counsel to the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the Chapter 11 cases of BlockFi, Inc. and its affiliated debtors (collectively, the "**Debtors**"), to seal the following document: the redacted portions of the *Monthly Fee Statement of Genova Burns LLC, Local Counsel to Official Committee of Unsecured Creditors for the Period August 1, 2023 through August 31, 2023* (the "**GB Monthly Fee Statement**"), filed on July 13, 2023 (Docket No. 1517), and the court having considered the request and any objection there to, it is

☐      ORDERED that the request is denied and the underlying document(s) shall be deleted from the court's electronic filing system.

☒      ORDERED that the request is granted and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.