**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET**
**FOR THE PERIOD AUGUST 1, 2023 THROUGH OCTOBER 2, 2023**

| | | | |
|---|---|---|---|
| Debtor: | BlockFi Inc. | Applicant: | Genova Burns LLC |
| Case No.: | 22-19361(MBK) | Client: | Off'l Comm of Unsecured Cred. |
| Chapter: | 11 | Case Filed: | November 28, 2022 |

# SECTION 1
# FEE SUMMARY

☐  Interim Fee Application No. ___ or   X   Final Fee Application

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $ 879,657.50 | $ 5,084.30 |
| Total Fees Allowed To Date: | $ 500,095.00 | $ 5,084.30 |
| Total Retainer (If Applicable) | $ 0.00 | $ 0.00 |
| Total Holdback (If Applicable) | $ 289,449.50 | $ 0.00 |
| Total Received By Applicant | $ 910,371.00 | $ 14,359.23 |

Summary of Amounts Requested for the Period from August 1, 2023 through October 2, 2023 (the "Final Fee Application")

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.  Daniel M. Stolz, Partner | 1980 | 94.00 | 800.00 | 75,200.00 |
| 2.  Daniel M. Stolz, Partner | 1980 | 5.20 | 400.00 | 2,080.00 |
| 3.  Donald W. Clarke, Partner | 2008 | 70.20 | 600.00 | 42,120.00 |
| 4.  Donald W. Clarke, Partner | 2008 | 4.60 | 300.00 | 1,380.00 |
| 5.  Gregory S. Kinoian, Counsel | 1992 | 80.30 | 600.00 | 48,180.00 |
| 6.  Sydney S. Schubert, Jr. Associate | 2022 | 32.20 | 275.00 | 8,855.00 |
| 7.  Lorrie Denson | Paralegal | 24.60 | 250.00 | 6,150.00 |
| 8.  Maria A. Sousa | Paraprofessional | .20 | 200.00 | 40.00 |

Fee Totals: $184,005.00

Disbursements Totals: $   1,476.00

Total Fee Application $185,481.00

**SECTION II SUMMARY
OF SERVICES**

| | SERVICES RENDERED | HOURS | FEE |
|---|---|---|---|
| a) | **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) | **Asset Disposition** Sales, leases, abandonment and related transaction work. | | |
| c) | **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) | **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) | **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 74.30 | 43,307.50 |
| f) | **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | 23.20 | 14,775.00 |
| g) | **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) | **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 64.00 | 38,015.00 |
| i) | **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | | |
| j) | **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) | **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 36.80 | 24,590.00 |
| l) | **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 41.40 | 25,852.50 |
| m) | **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 49.90 | 32,865.00 |

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | 1.60 | 960.00 |
| o) | **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis**<br>Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | .30 | 180.00 |
| s) | **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation**<br>Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | 9.80 | 3,460.00 |
| **SERVICE TOTALS:** | | 301.30 | $184,005.00 |

### SECTION III
### SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | 16.23 |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax**<br>Include per page fee charged. | |

| | | |
|---|---|---|
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | 407.70 |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | 714.92 |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify) meals; subpoena services** | 337.15 |
| | **DISBURSEMENTS TOTAL:** | $1,476.00 |

I certify under penalty of perjury that the above is true.

Date: December 8, 2023                    _/s/ Daniel M. Stolz_
                                          DANIEL M. STOLZ