# EXHIBIT B

GENOVA BURNS LLC

December 8, 2023
Invoice No.:    506180

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 9/01/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/01/23 | GSK | B310 | Review debtors' tenth omnibus objection to claims. | .50 | 600.00 | 300.00 |
| 9/02/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/04/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/04/23 | GSK | B310 | Review debtors' eleventh omnibus objection to claims. | .50 | 600.00 | 300.00 |
| 9/05/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/05/23 | GSK | B320 | Review plan supplement filed by debtors. | 1.00 | 600.00 | 600.00 |
| 9/05/23 | GSK | B310 | Review signed order granting debtors' seventh omnibus objection to claims. | .30 | 600.00 | 180.00 |
| 9/05/23 | GSK | B190 | Review debtors' motion to quash rule 2004 subpoena. | .30 | 600.00 | 180.00 |
| 9/06/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |
| 9/06/23 | GSK | B310 | Review debtors' amended eleventh omnibus objection to claims. | .50 | 600.00 | 300.00 |
| 9/06/23 | GSK | B310 | Review signed order authorizing conversion of trade only assets in Wallet Accounts into withdrawable digital assets. | .10 | 600.00 | 60.00 |
| 9/06/23 | GSK | B310 | Review notice of appeal by creditor G. Gerro re order granting debtors' 4th omnibus objection to claims. | .10 | 600.00 | 60.00 |
| 9/06/23 | GSK | B110 | Review and update calendar. | .10 | 600.00 | 60.00 |
| 9/06/23 | GSK | B160 | Prepare revised and supplemented DMS affidavit in support of GB's first interim fee app (0.5); corresp with DMS, DWC and LD re same (0.1). | .60 | 600.00 | 360.00 |
| 9/07/23 | GSK | B110 | Review Court notices. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

December 8, 2023
Invoice No.:    506180

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 9/07/23 | GSK | B310 | Review SEC's reservation of rights re debtors' application for order authorizing conversion of trade only assets in Wallet Accounts into withdrawable digital assets. | .10 | 600.00 | 60.00 |
| 9/08/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 9/08/23 | GSK | B160 | Tel with fee examiner re GB's 1st interim fee application (0.6); conf call with fee examiner and DMS re GB's 1st interim fee application (0.2). | .80 | 600.00 | 480.00 |
| 9/08/23 | GSK | B160 | Review fee examiner's final report re debtors' professionals' first interim fee apps (0.3); review fee examiner's final report re committee's professionals' first interim fee apps (0.3) | .60 | 600.00 | 360.00 |
| 9/09/23 | GSK | B320 | Review debtors' amended plan supplement. | .30 | 600.00 | 180.00 |
| 9/11/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 9/11/23 | GSK | B310 | Review signed order granting debtors' fifth omnibus objection to claims. | .30 | 600.00 | 180.00 |
| 9/11/23 | GSK | B320 | Review J. Javes objection to plan confirmation. | .80 | 600.00 | 480.00 |
| 9/11/23 | GSK | B320 | Review 3 Arrows limited objection to plan confirmation. | .20 | 600.00 | 120.00 |
| 9/11/23 | GSK | B320 | Review C. Wyatt objection to plan confirmation and disclosure statement. | .50 | 600.00 | 300.00 |
| 9/11/23 | GSK | B320 | Review UST's objection to plan confirmation. | .50 | 600.00 | 300.00 |
| 9/11/23 | GSK | B320 | Review Akura Trust limited objection to plan confirmation. | .50 | 600.00 | 300.00 |
| 9/11/23 | GSK | B190 | Review debtors' motion for approval of settlement with US Farms. | .50 | 600.00 | 300.00 |
| 9/11/23 | GSK | B190 | Review Bermuda JPLs' statement re committee's adversary proceeding against US DOJ re asset seizure. | .10 | 600.00 | 60.00 |
| 9/12/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

December 8, 2023
Invoice No.:    506180

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/12/23 | GSK | B320 | Review FTX's limited objection to plan confirmation. | .20 | 600.00 | 120.00 |
| 9/13/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 9/13/23 | GSK | B310 | Review creditor W. Cotrim's response to debtors' 7th omnibus objection to claims. | .20 | 600.00 | 120.00 |
| 9/13/23 | GSK | B310 | Review 3 Arrows joint liquidators' objection to debtors' claim estimation motion and 8th omnibus claims objection and supporting declaration. | 1.00 | 600.00 | 600.00 |
| 9/13/23 | GSK | B310 | Review FTX's objection to debtors' ninth omnibus objection to claims. | .10 | 600.00 | 60.00 |
| 9/13/23 | GSK | B320 | Review SEC's limited objection to plan confirmation. | .10 | 600.00 | 60.00 |
| 9/13/23 | GSK | B320 | Review FTX's objection to plan confirmation and disclosure statement. | .20 | 600.00 | 120.00 |
| 9/13/23 | GSK | B320 | Review FTX's objection to debtors' claims estimation motion. | .20 | 600.00 | 120.00 |
| 9/13/23 | GSK | B190 | Review debtors' motion to quash 3 Arrows subpoena (0.5) and related application for hearing on short notice (0.1). | .60 | 600.00 | 360.00 |
| 9/13/23 | GSK | B140 | Review 3 Arrows joint liquidators' stay relief motion (0.5) and related motion to seal (0.3). | .80 | 600.00 | 480.00 |
| 9/13/23 | GSK | B140 | Review Vrai Nom Investment's opposition to debtors' stay enforcement motion. | .20 | 600.00 | 120.00 |
| 9/14/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 9/14/23 | GSK | B310 | Review creditor J. Van Tubergen's response to debtors' 7th omnibus claims objection. | .50 | 600.00 | 300.00 |
| 9/14/23 | GSK | B190 | Review signed order scheduling debtors' motion to quash 3 Arrows subpoena (0.1). | .10 | 600.00 | 60.00 |
| 9/14/23 | GSK | B110 | Review text order re 9/20 and 9/21 calendars (0.1); corresp to co-counsel re same (0.1). | .20 | 600.00 | 120.00 |
| 9/14/23 | GSK | B110 | Review and update calendar. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

December 8, 2023
Invoice No.:    506180

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 9/14/23 | GSK | B160 | Review and revise GB's draft 2nd interim fee app (0.5); corresp with DWC and LD re same (0.1). | .60 | 600.00 | 360.00 |
| 9/15/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 9/15/23 | GSK | B160 | Corresp with LD and DWC re finalizing and filing GB's 2nd interim fee app. | .10 | 600.00 | 60.00 |
| 9/16/23 | GSK | B110 | Review Court notice. | .10 | 600.00 | 60.00 |
| 9/18/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 9/18/23 | GSK | B320 | Review J. Javes' withdrawal of plan objection. | .10 | 600.00 | 60.00 |
| 9/18/23 | GSK | B160 | Prepare motion to seal re member receipts and invoices attached to GB's August 2023 fee statement (0.7); corresp with DWC and LD re same (0.1). | .80 | 600.00 | 480.00 |
| 9/18/23 | GSK | B320 | Review Chubb's limited objection to plan confirmation. | .20 | 600.00 | 120.00 |
| 9/18/23 | GSK | B110 | Review debtors' amended schedules for BlockFi Lending and BlockFi International. | .80 | 600.00 | 480.00 |
| 9/18/23 | GSK | B110 | Review debtors' notice of agenda for 9/20 hearing (0.1); review docket (0.1). | .20 | 600.00 | 120.00 |
| 9/19/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 9/19/23 | GSK | B160 | Review supplemental declaration in support of debtors' retention of K&E. | .20 | 600.00 | 120.00 |
| 9/19/23 | GSK | B310 | Review debtors' application for approval of settlement with certain state regulators. | .20 | 600.00 | 120.00 |
| 9/19/23 | GSK | B320 | Review signed order extending debtors' exclusivity periods. | .10 | 600.00 | 60.00 |
| 9/19/23 | GSK | B110 | Review signed order amendment to BlockFi International schedules. | .10 | 600.00 | 60.00 |
| 9/19/23 | GSK | B110 | Review debtors' notice of amended agenda for 9/20 hearing. | .10 | 600.00 | 60.00 |

GENOVA BURNS LLC

December 8, 2023
Invoice No.:    506180

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 9/19/23 | GSK | B110 | Review debtors' notice of agenda for 9/21 hearing (0.1); review docket (0.1). | .20 | 600.00 | 120.00 |
| 9/19/23 | GSK | B110 | Review and update calendar. | .10 | 600.00 | 60.00 |
| 9/19/23 | GSK | B160 | Review Court minute re 1st interim fee apps. | .10 | 600.00 | 60.00 |
| 9/20/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 9/20/23 | GSK | B310 | Review G. Gerro's statement of issues on appeal, etc. | .10 | 600.00 | 60.00 |
| 9/20/23 | GSK | B110 | Review and update calendar. | .10 | 600.00 | 60.00 |
| 9/20/23 | GSK | B110 | Review Court minutes. | .10 | 600.00 | 60.00 |
| 9/20/23 | GSK | B190 | Review District Court's order and opinion denying US DOJ's motion to withdraw reference of Committee's adversary proceeding re asset seizure. | .20 | 600.00 | 120.00 |
| 9/21/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 9/21/23 | GSK | B110 | Review signed orders granting 1st interim fee applications. | .10 | 600.00 | 60.00 |
| 9/21/23 | GSK | B140 | Review signed order granting Z. Prince and F. Marquez stay relief re D&O insurance. | .10 | 600.00 | 60.00 |
| 9/21/23 | GSK | B110 | Review debtors' August MORs. | .50 | 600.00 | 300.00 |
| 9/21/23 | GSK | B320 | Review debtors' modifications to proposed plan. | .50 | 600.00 | 300.00 |
| 9/21/23 | GSK | B110 | Review Court minutes. | .10 | 600.00 | 60.00 |
| 9/22/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 9/22/23 | GSK | B310 | Review signed order granting debtors' 7th omnibus objection to claims. | .10 | 600.00 | 60.00 |
| 9/23/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 9/23/23 | GSK | B320 | Review debtors' declarations in support of plan confirmation (1.0); review debtors' amended plan supplement (0.5). | 1.50 | 600.00 | 900.00 |
| 9/23/23 | GSK | B320 | Review debtors' proposed plan confirmation order, etc. | .80 | 600.00 | 480.00 |

GENOVA BURNS LLC

December 8, 2023
Invoice No.:    506180

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 9/23/23 | GSK | B110 | Review debtor's supplement to amended response to UST's objection to debtors' consolidation motion. | .10 | 600.00 | 60.00 |
| 9/25/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 9/25/23 | GSK | B320 | Review J. Lynn's objection to debtors' modifications to proposed plan. | .10 | 600.00 | 60.00 |
| 9/25/23 | GSK | B320 | Review debtors' notice of settlement of FTX's objections to plan and disclosure statement and proposed order. | .50 | 600.00 | 300.00 |
| 9/25/23 | GSK | B320 | Review final filed version of Committee's statement in support of plan confirmation. | .10 | 600.00 | 60.00 |
| 9/25/23 | GSK | B320 | Review Kroll declaration re ballots re plan confirmation. | .20 | 600.00 | 120.00 |
| 9/25/23 | GSK | B320 | Review debtors' memo of law in support of plan confirmation. | 1.20 | 600.00 | 720.00 |
| 9/26/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 9/26/23 | GSK | B320 | Review debtors' additional modifications to proposed plan. | .50 | 600.00 | 300.00 |
| 9/26/23 | GSK | B320 | Review debtors' revised proposed plan confirmation order, etc. | .80 | 600.00 | 480.00 |
| 9/26/23 | GSK | B110 | Review debtors' notice of agenda for 9/26 hearing (0.1); review docket (0.1). | .20 | 600.00 | 120.00 |
| 9/26/23 | GSK | B110 | Review Court minutes. | .10 | 600.00 | 60.00 |
| 9/26/23 | GSK | B110 | Review and update calendar. | .10 | 600.00 | 60.00 |
| 9/27/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 9/27/23 | GSK | B310 | Review signed stipulation and order resolving certain regulators' claims. | .20 | 600.00 | 120.00 |
| 9/27/23 | GSK | B310 | Review debtors' proposed scheduling order re various contested matters involving 3 Arrows. | .20 | 600.00 | 120.00 |

GENOVA BURNS LLC

December 8, 2023
Invoice No.:    506180

| Date | Atty | Task | Description Of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/28/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 9/28/23 | GSK | B310 | Review Committee's joinder in debtors' 11th omnibus objection to claims. | .10 | 600.00 | 60.00 |
| 9/28/23 | GSK | B310 | Review 3 Arrows joint liquidators' motion for order coordinating matters among courts (0.5), related application for hearing on short notice (0.1); and related motion to seal (0.2); review signed order scheduled hearing on motion (0.1). | .90 | 600.00 | 540.00 |
| 9/29/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 10/01/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 10/02/23 | DMS | B160 | Reviewing and finalizing final fee application. | 2.50 | 800.00 | 2,000.00 |
| 10/02/23 | GSK | B110 | Review various Court notices. | .10 | 600.00 | 60.00 |
| 10/02/23 | GSK | B310 | Review creditor G. Wynn's objection and response to debtors' 10th omnibus objection to claims. | .50 | 600.00 | 300.00 |
| 10/02/23 | GSK | B310 | Review debtors' motion for approval of settlement with Digistar Norway, et al. (0.5), related motion to seal (0.2); and related application for hearing on short notice (0.1). | .80 | 600.00 | 480.00 |

**TOTAL PROFESSIONAL SERVICES** $ 20,600.00

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Daniel M Stolz | Partner | 2.50 | 800.00 | 2,000.00 |
| Gregory S. Kinoian | Counsel | 31.00 | 600.00 | 18,600.00 |
| **TOTALS** | | **33.50** | | **$ 20,600.00** |

GENOVA BURNS LLC

December 8, 2023
Invoice No.:    506180

**DISBURSEMENTS**

| | Description | Amount |
|---|---|---|
| 5/17/23 | Subpoena Service, Guaranteed Subpoena Service, Inc., 20230502115745 - Dkt. #22 19361 MBK, fee for subpoena service, Entity Served: Stefan Cohen. | 205.00 |
| 5/18/23 | Subpoena Service, Guaranteed Subpoena Service, Inc., 20230630160500 - Dkt. 22 19361 MBK, fee for subpoena service, Entity Served: AON PLC, Attn: Darren Zeidel, General Counsel. | 75.00 |
| | **TOTAL DISBURSEMENTS** | **$ 280.00** |