# Exhibit "B"

| Task Category | Hours | Fees |
|---|---:|---:|
| Case Administration | 0.6 | $390.00 |
| Financial & Operational Matters | 6.0 | $4,530.00 |
| General Correspondence with Debtor & Debtors' Professionals | 0.3 | $345.00 |
| General Correspondence with UCC & UCC Counsel | 0.3 | $405.00 |
| Plan of Reorganization/Disclosure Statement | 9.1 | $8,115.00 |
| **Total** | **16.3** | **$13,785.00** |

*Case Administration*
On an ongoing basis, M3 conferred with the UCC Committee, its advisors, and the Debtors' advisors to monitor various case issues, develop and execute its work plan, and manage risks and progress in these Chapter 11 Cases.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | - | $0.00 |
| Manning, Matthew | Managing Director | $1,150 | - | $0.00 |
| Bostwick, Brian | Vice President | $750 | - | $0.00 |
| O'Connell, Daniel | Senior Associate | $650 | 0.6 | $390.00 |
| **Total** | | | **0.6** | **$390.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 10/2/2023 | O'Connell, Daniel | Case Administration | Participate in meeting with M. Manning (M3) to discuss and iterate post-effective headcount analysis | 0.6 |

2

*Financial & Operational Matters*

On an ongoing basis, M3 will analyze the Debtor-in-possession's post-filing operations and issues related to its financial performance, liquidity, operating efficiency, and assess risks that may impact creditor recoveries or the businesses' viability.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | 0.4 | $540.00 |
| Manning, Matthew | Managing Director | $1,150 | 0.7 | $805.00 |
| Bostwick, Brian | Vice President | $750 | - | $0.00 |
| O'Connell, Daniel | Senior Associate | $650 | 4.9 | $3,185.00 |
| **Total** | | | **6.0** | **$4,530.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 10/2/2023 | O'Connell, Daniel | Financial & Operational Matters | Analysis of latest cash flow reporting for the week end and month end September 2023 to identify variances versus forecast | 2.8 |
| 10/2/2023 | O'Connell, Daniel | Financial & Operational Matters | Analysis of week over week change in asset and liability values based on underlying coin prices and/or asset dispositions | 2.1 |
| 10/2/2023 | Manning, Matthew | Financial & Operational Matters | Correspondence with committee members and M. Meghji (M3) re: discussion with third party platform | 0.2 |
| 10/2/2023 | Manning, Matthew | Financial & Operational Matters | Correspondence with B. Silverberg (BR) and M. Henry (company) re: payments | 0.1 |
| 10/2/2023 | Manning, Matthew | Financial & Operational Matters | Review JV situation (.2) and correspondence with M. Meghji (M3) and HB team re: same (.2) | 0.4 |
| 10/2/2023 | Meghji, Mohsin | Financial & Operational Matters | Various correspondence regarding JV situation | 0.4 |

*General Correspondence with Debtor & Debtors' Professionals*
On an ongoing basis, M3 will communicate with the Debtors' professionals throughout
the restructuring process, including in pursuit of diligence requests, requesting additional information from
management, or addressing questions from the Debtors.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | - | $0.00 |
| Manning, Matthew | Managing Director | $1,150 | 0.3 | $345.00 |
| Bostwick, Brian | Vice President | $750 | - | $0.00 |
| O'Connell, Daniel | Senior Associate | $650 | - | $0.00 |
| **Total** | | | **0.3** | **$345.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 10/2/2023 | Manning, Matthew | General Correspondence with Debtor & Debtors' Professionals | Correspondence with M. Henry (company) re: cash flow reporting and withdrawals (.2); correspondence with A. Lee (BRG) re: same (.1) | 0.3 |

4

***General Correspondence with UCC & UCC Counsel***
On an ongoing basis, M3 will communicate with the UCC Committee members, its counsel, and other advisors on topics including case strategy, workstream organization and progress, risk management, and addressing questions from other stakeholders and their advisors.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | 0.3 | $405.00 |
| Manning, Matthew | Managing Director | $1,150 | - | $0.00 |
| Bostwick, Brian | Vice President | $750 | - | $0.00 |
| O'Connell, Daniel | Senior Associate | $650 | - | $0.00 |
| **Total** | | | **0.3** | **$405.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 10/2/2023 | Meghji, Mohsin | General Correspondence with UCC & UCC Counsel | Correspondence with committee members regarding discussion with third party platform | 0.3 |

5

*Plan of Reorganization/Disclosure Statement*
On an ongoing basis, M3 will complete analysis to maximize the value of the assets through due diligence and distribution schedules needed to create a Plan of Reorganization and Disclosure Statements. M3 will review and diligence analysis completed by the Debtors related to confirmation and solicitation.

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Meghji, Mohsin | Managing Partner | $1,350 | 1.6 | $2,160.00 |
| Manning, Matthew | Managing Director | $1,150 | 2.0 | $2,300.00 |
| Bostwick, Brian | Vice President | $750 | 0.8 | $600.00 |
| O'Connell, Daniel | Senior Associate | $650 | 4.7 | $3,055.00 |
| **Total** | | | **9.1** | **$8,115.00** |

| Date | Name | Task Category | Detail | Hours |
|---|---|---|---|---|
| 10/2/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Development of analysis and respective workplan for proposed BlockFi headcount for the six month period beginning as of the effective date | 2.9 |
| 10/2/2023 | O'Connell, Daniel | Plan of Reorganization/Disclosure Statement | Iteration of post-effective date headcount analysis to include mapping to workstreams | 1.8 |
| 10/2/2023 | Bostwick, Brian | Plan of Reorganization/Disclosure Statement | Review and analyze proposed employee transition plan | 0.8 |
| 10/2/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Discussion with D. O'Connell (M3) re: post effective date employee planning (.6); review and prepare materials re: same (.7); discussion with M. Meghji (M3) re: same (.2); correspondence with Committee re: same (.2) | 1.7 |
| 10/2/2023 | Manning, Matthew | Plan of Reorganization/Disclosure Statement | Correspondence with proposed oversight committee re: meetings and logistics (.3) | 0.3 |
| 10/2/2023 | Meghji, Mohsin | Plan of Reorganization/Disclosure Statement | Review various document regarding post effective date employee planning | 0.9 |
| 10/2/2023 | Meghji, Mohsin | Plan of Reorganization/Disclosure Statement | Discussion with M3 team regarding post effective date employee planning | 0.7 |

**Summary of Expenses by Category**

| Description | Total |
|---|---:|
| Train | $89.00 |
| Business Meals | $29.86 |
| **Total (a)** | **$118.86** |

**Note:**

(a) Total amounts are based on M3's expense reporting system as of the date of this Monthly Report and may not be reflective of all expenses incurred during the Reporting Period.  As such, future monthly reports may include expenses incurred during the Reporting Period.

| Date | Amount | Category | Payer | Notes |
|---|---|---|---|---|
| 9/26/2023 | $58.00 | Train | Daniel O'Connell | Travel to/from hearing |
| 9/26/2023 | $31.00 | Train | Daniel O'Connell | Travel to/from hearing |
| 9/27/2023 | $29.86 | Business Meals | Daniel O'Connell | Business Meals: Local Working Dinner |