**UNITED STATES BANKRUPTCY
COURT  DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET FOR THE PERIOD
DECEMBER 29, 2022 THROUGH OCTOBER 2, 2023**

| | | | |
|---|---|---|---|
| Debtor: | BlockFi, Inc. *et al.*,[1] | Applicant: | Brown Rudnick LLP |
| Case No.: | 21-19361 (MBK) | Client: | Official Committee of Unsecured Creditors |
| Chapter: | 11 | Case Filed: | November 28, 2022 |

## SECTION 1
## FEE SUMMARY

☐ Monthly Fee Application No. _ or ☐ Interim Fee Application No. _ or ☒ Final Fee Application

Summary of Amounts Requested for the Period from December 29, 2022 through October 2, 2023 (the "Final Fee Application").

| | |
|---|---|
| **Total Fees and Disbursements Requested:** | **$11,033,422.24** |
| Total Fees Requested: | $10,739,931.00[2] [3] |
| Total Disbursements Requested: | $293,491.24[4] |
| | |
| **Total Fees and Disbursements Sought:** | **$10,988,422.24[5]** |
| | |
| **Holdbacks Due:** | **$810,672.40** |
| (20% holdback of Fees From 8th through 9th. | |
| Monthly Fee Statements) | $140,191.85 |

---

[1]  The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

[2]  Brown Rudnick excluded fees in the amount of $179,611.00 in respect of transient timekeepers and other voluntary reductions.

[3]  The total fees requested in this Final Fee Application includes $30,421.00 for time spent in connection with the preparation and filing of this Final Fee Application.

[4]  Brown Rudnick has voluntarily excluded a total of $28,435.17 in costs during the Final Fee Application Period, including $3,403.58 in costs previously requested on the Monthly Fee Statements.

[5]  Reflects $45,000 reduction of fees allowed pursuant to the Court's *Order Allowing Interim Compensation for Services Rendered and Reimbursement of Expenses of the Retained Professionals* [Docket No. 1545].

Second Interim Application:                               $670,480.55[6]

**Amount Due not Previously Requested:**
October 1, 2023 – October 2, 2023 Fees and Expenses:    $26,170.43
Fees Incurred in Preparation of Final Fee Application:    $30,241.00
Previously Unbilled Cost                                  $2,040.00

---

[6]    The hearing date for Brown Rudnick's Second Interim Application is set for December 19, 2023.

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1.   Robert J. Stark | Partner 1995 | 664.0 | $1,950 | $1,283,147.50 |
| 2.   Jeffrey L. Jonas | Partner 1988 | 62.9 | $1,650 | $103,689.00 |
| 3.   William R. Baldiga | Partner 1983 | .9 | $1,650 | $1,485.00 |
| 4.   Steven B. Levine | Partner 1981 | 22.4 | $1,525 | $34,160.00 |
| 5.   Bennett S. Silverberg | Partner 2001 | 612.2 | $1,390 | $839,111.50 |
| 6.   Stephen D. Palley | Partner 1998 | 257.2 | $1,390 | $336,026.00 |
| 7.   Vincent J. Guglielmotti | Partner 2005 | 62.2 | $1,375 | $85,525.00 |
| 8.   Barbara J. Kelly | Partner 1982 | .8 | $1,375 | $1,100.00 |
| 9.   Michael S. Winograd | Partner 2001 | 13.6 | $1,280 | $17,408.00 |
| 10. Nicole M. Bouchard | Partner 2009 | 163.7 | $1,200 | $196,440.00 |
| 11. Andrew M. Carty | Partner 2013 | 20.8 | $1,200 | $24,960.00 |
| 12. Kenneth J. Aulet | Partner 2012 | 1,095.8 | $1,200 | $1,303,895.00 |
| 13. Patrick E. Gilman | Partner 2005 | 657.2 | $1,195 | $775,653.50 |
| 14. Cameron D. Moxley | Partner 2005 | 31.7 | $1,105 | $35,028.50 |
| 15. Rodney A. Bedow | Partner 2011 | 38.4 | $1,060 | $40,704.00 |
| 16. Susan Sieger-Grimm | Counsel 1997 | 71.9 | $1,055 | $75,854.50 |
| 17. Shari I. Dwoskin | Partner 2014 | 453.1 | $1,025 | $459,968.75 |
| 18. Jonathan Fahey | Counsel 2000 | 12.7 | $1,025 | $13,017.50 |
| 19. Matthew Richardson | Partner 2022 | 11.0 | $1,025 | $6,918.75 |
| 20. Tristan G. Axelrod | Partner 2015 | 581.9 | $1,000 | $565,695.50 |
| 21. Eileen H. Citron | Counsel 2009 | 264.7 | $1,000 | $264,700.00 |
| 22. Harold S. Laidlaw | Associate 2015 | 17.0 | $975 | $16,575.00 |
| 23. Hailey Lennon | Partner 2012 | 438.3 | $975 | $427,342.50 |
| 24. Christine Connell | Associate 2016 | 52.9 | $955 | $50,519.50 |
| 25. Franklin S. Krbechek | Associate 2018 | 111.6 | $940 | $104,904.00 |
| 26. Anthony F. Buscarino | Associate 2017 | 838.5 | $940 | $788,190.00 |
| 27. Isabelle R. Jacobs | Associate 2018 | 111.1 | $940 | $104,434.00 |
| 28. Jason R.U. Rotstein | Associate 2019 | 135.6 | $940 | $127,464.00 |
| 29. Daniel J. Healy | Partner 1999 | 7.4 | $925 | $6,845.00 |
| 30. Matthew A. Sawyer | Associate 2019 | 498.5 | $890 | $438,386.00 |
| 31. Ivan Chaykovskiy | Associate 2012 | 6.9 | $890 | $6,141.00 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 32.  Alexander F. Kasnetz | Associate 2018 | 305.5 | $890 | $271,895.00 |
| 33.  Martha Baselga | Associate 2014 | 137.6 | $870 | $119,712.00 |
| 34.  Lydell W. Benson, Jr. | Associate 2022 | 150.0 | $765 | $114,750.00 |
| 35.  Luis Vargas Rivera | Associate 2021 | 73.5 | $765 | $56,227.50 |
| 36.  Alessandra Maldonado | Associate 2021 | 30.6 | $765 | $23,409.00 |
| 37.  Nicholas Joynson | Associate 2021 | 573.2 | $765 | $438,498.00 |
| 38.  Jennifer M. Schein | Associate 2017 | 54.8 | $765 | $41,922.00 |
| 39.  Natasha Ertzbischoff | Associate 2021 | 180.9 | $685 | $123,916.50 |
| 40.  Ethan Lin | Associate 2022 | 50.9 | $685 | $34,866.50 |
| 41.  Andrew Rizkalla | Associate 2021 | 595.5 | $685 | $377,895.00 |
| 42.  David Weinstein | Associate 2020 | 2.4 | $685 | $1,644.00 |
| 42.  Trip Franzese | Associate 2022 | 554.7 | $635 | $347,789.50 |
| 43.  Isabella K. Blanes | Associate 2021 | 8.2 | $635 | $5,207.00 |
| 44.  Chloe Kealey | Associate 2021 | 114.1 | $605 | $69,030.50 |
| 45.  Harriet E. Cohen | Paralegal | 131.9 | $490 | $64,631.00 |
| 46.  Thomas Burns | Paralegal | 8.4 | $490 | $4,116.00 |
| 47.  Susan G. Oldham | Paralegal | 62.8 | $485 | $30,213.00 |
| 48.  Carlene M. Mercier | Paralegal | 5.5 | $485 | $2,667.50 |
| 49.  Julie W. Ramirez | Paralegal | 39.1 | $470 | $18,377.00 |
| 50.  Madelyn A. Soliman | Paralegal | 110.5 | $470 | $51,935.00 |
| 51.  Alexa R. Zackasee | Marketing Staff | 18.0 | $330 | $5,940.00 |
| **TOTALS** | | **10,525.0** | | **$10,739,931.00** |

Fee Totals:                          $10,739,931

Disbursements Totals:            $293,491.24

Total Fee Application            $11,033,491.24

**SECTION II**
**SUMMARY OF SERVICES**

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) **Asset Analysis and Recovery:**<br>Identification and review of potential assets including causes of action and non-litigation recoveries. | 143.0 | $171,688.50 |
| b) **Asset Disposition**<br>Sales, leases, abandonment and related transaction work. | 0.0 | $0.00 |
| c) **Avoidance Action Litigation**<br>Preference and fraudulent transfer litigation. | 17.6 | $18,858.00 |
| d) **Business Operations**<br>Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | 0.0 | $0.00 |
| e) **Case Administration**<br>Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 249.2 | $145,925.50 |
| f) **Claims Administration and Objections**<br>Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | 366.9 | $351,650.00 |
| g) **Employee Benefits/Pensions**<br>Review issues such as severance, retention, 401K coverage and continuance of pension plan. | 0.0 | $0.00 |
| h) **Fee/Employment Applications**<br>Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | 318.9 | $263,192.00 |
| i) **Fee/Employment Objections**<br>Review of an objections to the employment and fee applications of others | 87.5 | $102,810.00 |
| j) **Financing**<br>Matters under 361, 363 and 364 including cash collateral and secured claims; loan document analysis. | 0.0 | $0.00 |
| k) **Litigation/Contested Matters**<br>Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 365.5 | $394,922.50 |
| l) **Meetings of Creditors**<br>Preparing for and attending the conference of creditors, the 341(a) meeting and creditors' committee meetings. | 889.1 | $1,085,737.00 |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| **m)** **Plan and Disclosure Statement** <br> Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 1,880.0 | $2,239,239.00 |
| **n)** **Relief from Stay Proceedings** <br> Matters relating to termination or continuation of automatic stay under 362 | 495.6 | $509,537.50 |
| **o)** **Accounting/Auditing** <br> Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | 0.0 | $0.00 |
| **p)** **Business Analysis** <br> Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | 0.0 | $0.00 |
| **q)** **Corporate Finance** <br> Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | 0.0 | $0.00 |
| **r)** **Data Analysis** <br> Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | 0.0 | $0.00 |
| **s)** **Litigation Consulting** <br> Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 0.0 | $0.00 |
| **t)** **Reconstruction Accounting** <br> Reconstructing books and records from past transactions and bringing accounting current. | 0.0 | $0.00 |
| **u)** **Tax Issues** <br> Analysis of tax issues and preparation of state and federal tax returns. | 286.7 | $337,549.50 |
| **v)** **Valuation** <br> Appraise or review appraisals of assets. | 0.0 | $0.00 |
| **w)** **Travel Time (billed @ 50%)** | 163.3 | $95,609.00 |
| **x)** **Committee Governance Matters** <br> Analysis regarding committee governance matters, including creation of by-laws and addressing other governance matters. | 4.1 | $3,375.50 |
| **y)** **Investigation and Due Diligence** <br> **(Committee Investigation)** <br> Investigation and analysis of prepetition transactions and activities of the Debtor and related entities and assessment of potential claims and causes of action. | 4,577.6 | $4,264,262.50 |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| z) **Hearings**<br>Preparation for and attendance at hearings. | 153.6 | $211,538.50 |
| aa) **Wallet Motion and Related Analysis**<br>Investigation and analysis of return of Wallet funds. | 434.6 | $438,280.00 |
| bb) **BlockFi v. Emergent Fidelity Technologies**<br>Issues relating to adversary proceeding against Emergent Fidelity Technologies related to, among other things, competing claims to Robin Hood equity securities and certain cash. | 72.9 | $87,780.00 |
| cc) **Regulatory Issues**<br>Investigation and analysis of regulatory issues and assessment of impact on proceedings. | 18.9 | $17,976.00 |
| **SERVICE TOTALS:** | **10,525.0** | **$10,739,931.00** |

## SECTION III
## FEE APPLICATIONS FILED IN ACCORDANCE WITH
## INTERIM FEE ORDER MONTHLY FEE
## APPLICATIONS

| | Fee Period | Date & Docket No. | Requested Fees | Requested Expenses | Previously Allowed Fees (80%) | Previously Allowed Expenses (100%) | Fee Holdback (20%) | Total Remaining to Be Paid |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/29/22 – 1/31/23 | 3/14/23 Docket No. 617 | $1,493,625.00 | $10,129.53 | $1,194,900.00 | $10,129.53 | $298,725.00 | $0.00 |
| 2 | 2/1/23 – 2/28/23 | 3/29/23 Docket No. 698 | $1,390,971.00 | $32,544.62 | $1,112,776.80 | $32,544.62 | $278,194.20 | $0.00 |
| 3 | 3/1/23 – 3/31/23 | 4/12/23 Docket No. 734 | $2,219,085.00 | $82,428.76 | $1,775,268.00 | $82,428.76 | $443,817.00 | $0.00 |
| 4 | 4/1/23 – 4/30/23 | 5/12/23 Docket No. 872 | $1,533,761.50 | $82,419.61 | $1,227,009.20 | $82,419.61 | $306,752.30 | $0.00 |
| 5 | 5/1/23 – 5/31/23 | 6/16/23 Docket No. 1087 | $1,278,613.75 | $22,308.15 | $1,022,891.00 | $22,308.15 | $255,722.75 | $255,722.75 |
| 6 | 6/1/23 – 6/30/23 | 7/12/23 Docket No. 1189 | $1,159,495.50 | $16,623.99 | $927,596.40 | $16,623.99 | $231,899.10 | $231,899.10 |
| 7 | 7/1/23 – 7/31/23 | 8/11/23 Docket No. 1345 | $914,293.50 | $18,725.88 | $731,434.80 | $18,725.88 | $182,858.70 | $182,858.70 |
| 8 | 8/1/23 – 8/31/23 | 9/19/23 Docket No. 1534 | $342,884.50 | $9,360.76 | $274,307.60 | $9,360.76 | $68,576.90 | $68,576.90 |
| 9 | 9/1/23 – 9/30/23 | 10/11/23 Docket No. 1712 | $358,074.75 | $9,625.01 | $286,459.80 | $9,625.01 | $71,614.95 | $71,614.95 |
| | 10/1/23 – 10/2/23 Not Previously Submitted | N/A | $18,885.50 | $9,324.93[7] | N/A | N/A | N/A | $28,210.43 |
| | Time Spent Preparing Final Fee Application | N/A | $30,241.00 | $0.00 | N/A | N/A | N/A | $30,241.00 |
| | | **TOTAL** | **$10,739,931.00** | **$293,491.24** | **$8,552,643.60** | **$284,166.31** | **$2,138,160.90** | **$869,123.83** |

---

[7]    Includes $2,040.00 of costs not previously included on a monthly fee application.

**SECTION IV**
**INTERIM FEE APPLICATIONS**

| | Fee Period | Date & Docket No. | Fees Requested | Expenses Requested | Fee Examiners Recommended Fee Adjustments | Fees Allowed | Allowed Expenses | Fee Holdback (20%) | Total Remaining to be Paid |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/29/23 - 4/30/23 | 6/15/23 Docket No. 1074 | $6,637,422.50 | $207,522.52 | $45,000.00 | $6,592,422.50 | $205,585.02 | $1,327,488.50 | $0.00 |
| 2 | 5/1/23 - 7/31/23 [8] | 9/15/23 Docket No. 1507 | $3,352,402.75 | $57,658.02 | TBD | TBD | TBD | $670,480.55 | $670,480.55 |
| | | **TOTAL** | **$9,989,825.25** | **$265,180.54** | | **$6,592,422.50** | **$205,585.02** | **$1,997,969.05** | **$670,480.55** |

---

[8]    The hearing date for Brown Rudnick's Second Interim Application is set for December 19, 2023.

**SECTION V**
**SUMMARY OF DISBURSEMENTS**

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | $1,013.08 |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated.  Westlaw and LEXIS at vendor cost. | $74,158.23 |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | $531.00 |
| d) | **Fax**<br>Include per page fee charged. | $0.00 |
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges.  Court-Solutions | $0.00 |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | $9,064.25 |
| g) | **Outside Reproduction Services**<br>Including scanning services.  This includes trial preparation. | $10,912.96 |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | $229.00 |
| i) | **Court Reporting**<br>Transcripts. | $14,324.82 |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | $79,592.60 |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | $650.14 |
| l) | **Postage** | $21.00 |
| m) | **Other (specify) Professional Services**<br>In-House Investigative Services. | $62,924.00 |
| n) | **Other (specify) Meals** | $4,801.66 |

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| o) | **Messenger** | $342.91 |
| p) | **Consulting**<br>Cyber Team Six, LLC | $25,000.00 |
| q) | **Website and Hosting** | $7,885.59 |
| r) | **Case Management Software** | $2,040.00 |
| | **DISBURSEMENTS TOTAL:** | **$293,491.24** |

I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date:  December 8, 2023                    */s/ Robert J. Stark*