# EXHIBIT B
**(Final Invoice October 1, 2023 through October 2, 2023)**

# brownrudnick

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6969446 |
| Date | Nov 30, 2023 |
| Client | 039246 |

RE: BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS

## I N V O I C E

For professional services rendered in connection with the above captioned matter through October 2, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0002 | CASE ADMINISTRATION | 673.00 | 0.00 | 673.00 |
| 039246.0003 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 267.00 | 0.00 | 267.00 |
| 039246.0006 | PLAN AND DISCLOSURE STATEMENT | 17,945.50 | 0.00 | 17,945.50 |
| | **Total** | **18,885.50** | **0.00** | **18,885.50** |

| | |
|---|---|
| Total Current Fees | $18,885.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$18,885.50** |

**brownrudnick**

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
NEW YORK, NY 10036

Invoice 6969446
Date Nov 30, 2023
Client 039246

RE: CASE ADMINISTRATION

# INVOICE

For professional services rendered in connection with the above captioned matter through October 2, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0002 | CASE ADMINISTRATION | 673.00 | 0.00 | 673.00 |
| | **Total** | **673.00** | **0.00** | **673.00** |

| | |
|---|---|
| Total Current Fees | $673.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$673.00** |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6969446
November 30, 2023  Page 3

RE: CASE ADMINISTRATION

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 10/02/23 | SOLIMAN | REVIEW MAIN AND ADVERSARY DOCKETS AND UPDATE CALENDARS | 0.60 | 282.00 |
| 10/02/23 | OLDHAM | COMPILE AND CIRCULATE RECENT FILINGS | 0.20 | 97.00 |
| 10/02/23 | COHEN | STRATEGIZE REGARDING CIRCULATION OF FILINGS AND COMPILATION OF DOCUMENTS | 0.60 | 294.00 |
|  | **Total Hours and Fees** |  | **1.40** | **673.00** |

**brownrudnick**

| | |
|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>NEW YORK, NY 10036 | Invoice 6969446<br>Date Nov 30, 2023<br>Client 039246 |

RE: MEETINGS AND COMMUNICATIONS WITH CREDITORS

# I N V O I C E

For professional services rendered in connection with the above captioned matter through October 2, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0003 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 267.00 | 0.00 | 267.00 |
| | **Total** | **267.00** | **0.00** | **267.00** |

| | |
|---|---|
| Total Current Fees | $267.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$267.00** |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6969446
November 30, 2023  Page 5

RE: MEETINGS AND COMMUNICATIONS WITH CREDITORS

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 10/02/23 | KASNETZ | CALL WITH CREDITOR RE: CASE INQUIRIES | 0.30 | 267.00 |
|  | **Total Hours and Fees** |  | **0.30** | **267.00** |

**brownrudnick**

| | |
|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>NEW YORK, NY 10036 | Invoice 6969446<br>Date Nov 30, 2023<br>Client 039246 |

RE: PLAN AND DISCLOSURE STATEMENT

# INVOICE

For professional services rendered in connection with the above captioned matter through October 2, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0006 | PLAN AND DISCLOSURE STATEMENT | 17,945.50 | 0.00 | 17,945.50 |
| | **Total** | **17,945.50** | **0.00** | **17,945.50** |

| | |
|---|---|
| Total Current Fees | $17,945.50 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$17,945.50** |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6969446
November 30, 2023  Page 7

RE: PLAN AND DISCLOSURE STATEMENT

## TIME DETAIL

| Date | Professional | Description | Hours | Value |
|---|---|---|---|---|
| 10/02/23 | KASNETZ | STRATEGIZE RE POST-CONFIRMATION ISSUES (2.0); CALL WITH CO-COUNSEL RE SAME (.8) | 2.80 | 2,492.00 |
| 10/02/23 | BENSON, JR. | ADMINISTRATION PLANNING FOR CONFIRMATION (1.1); CALL WITH CO-COUNSEL RE SAME (.8) | 1.90 | 1,453.50 |
| 10/02/23 | WINOGRAD | RESEARCH AND OUTLINING RE POTENTIAL CLAIMS (2.7); EMAILS RE STRATEGY (.2); STRATEGY CALL WITH CO-COUNSEL (.8) | 3.70 | 4,736.00 |
| 10/02/23 | AXELROD | REVIEW WORKSTREAMS AND CASE PLAN FOR CONFIRMATION AND EFFECTIVE DATE (.2); ALIGNMENT CALL WITH CLIENT RE SAME (.5); CALL WITH HB RE FTX AND 3AC LITIGATION PLANS (.8) | 1.50 | 1,500.00 |
| 10/02/23 | JONAS | STRATEGIZE RE POST-CONFIRMATION ISSUES (.8) AND CALL W/BR AND HB TEAMS RE SAME (.8) | 1.60 | 2,640.00 |
| 10/02/23 | WEINSTEIN | MEETINGS WITH BR TEAM REGARDING POST-CONFIRMATION ISSUES | 2.40 | 1,644.00 |
| 10/02/23 | AULET | ORGANIZING FTX/3AC LITIGATION STRATEGY FOR POST-CONFIRMATION TRUST (1.5); STRATEGIC DISCUSSIONS WITH TEAM MEMBERS (.4) | 1.90 | 2,280.00 |
| 10/02/23 | AULET | ORGANIZING VARIOUS GOING-EFFECTIVE TASKSTREAMS | 1.00 | 1,200.00 |
| | **Total Hours and Fees** | | **16.80** | **17,945.50** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brownrudnick**

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
NEW YORK, NY 10036

| | |
|---|---|
| Invoice | 6969446 |
| Date | Nov 30, 2023 |
| Client | 039246 |

RE: BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS



Remittance

**Balance Due: $18,885.50**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:

# brownrudnick

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
NEW YORK, NY 10036

Invoice 6969447  
Date Nov 30, 2023  
Client 039246

RE: COSTS

## INVOICE

For professional services rendered in connection with the above captioned matter through October 2, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0001 | COSTS | 0.00 | 7,284.93 | 7,284.93 |
| | **Total** | **0.00** | **7,284.93** | **7,284.93** |

| | |
|---|---|
| Total Current Fees | $0.00 |
| Total Current Costs | $7,284.93 |
| **Total Invoice** | **$7,284.93** |




BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6969447
RE: COSTS  Page 2
November 30, 2023

## C O S T   D E T A I L

| Date | Description | Value |
|---|---|---|
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 495.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 25.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 198.00 |
| 09/01/23 | COPIES | 0.40 |
| 09/01/23 | COPIES | 0.40 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 59.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 49.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 396.00 |
| 09/01/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 4.00 |
| 09/14/23 | TRAVEL AGENT FEE - 1/2 8590206340 08/31/23;VENDOR: DINERS CLUB; INVOICE#: 091423CTSRC; DATE: 9/14/2023 | 15.00 |
| 09/14/23 | TRAIN TRAVEL - 1/2 09/05/23; VENDOR: DINERS CLUB; INVOICE#: 091423CTSRC; DATE: 9/14/2023 | 81.00 |
| 09/14/23 | TRAVEL AGENT FEE - 1/2 8590206336 08/31/23; VENDOR: DINERS CLUB; INVOICE#: 091423CTSRC; DATE: 9/14/2023 | 15.00 |
| 09/14/23 | TRAIN TRAVEL - 09/11/23; VENDOR: DINERS CLUB; INVOICE#: 091423CTSRC; DATE: 9/14/2023 | 324.00 |
| 09/14/23 | AIRFARE - 1/2 LGA/BOS 09/05/23; VENDOR: DINERS CLUB; INVOICE#: 091423CTSRC; DATE: 9/14/2023 | 114.45 |
| 09/14/23 | TRAVEL AGENT FEE - 8590196820 08/31/23; VENDOR: DINERS CLUB; INVOICE#: 091423CTSRC; DATE: 9/14/2023 | 30.00 |
| 09/14/23 | TRAVEL AGENT FEE - 8590258431 09/11/23; VENDOR: DINERS CLUB; INVOICE#: 091423CTSRC; DATE: 9/14/2023 | 30.00 |
| 09/14/23 | TRAIN TRAVEL - NYP/BOS 09/12/23; VENDOR: DINERS CLUB; INVOICE#: 091423CTSRC; DATE: 9/14/2023 | 97.00 |
| 09/14/23 | TRAIN TRAVEL - 09/11/23; VENDOR: DINERS CLUB; INVOICE#: 091423CTSRC; DATE: 9/14/2023 | (33.00) |
| 09/14/23 | TRAVEL AGENT FEE - 8590264005 09/11/23; VENDOR: DINERS CLUB; INVOICE#: 091423CTSRC; DATE: 9/14/2023 | 30.00 |
| 09/14/23 | TRAVEL AGENT FEE - 09/11/23; VENDOR: DINERS CLUB; INVOICE#: 091423CTSRC; DATE: 9/14/2023 | (125.00) |
| 09/14/23 | TRAIN TRAVEL - 09/12/23; VENDOR: DINERS CLUB; INVOICE#: 091423CTSRC; DATE: 9/14/2023 | 61.00 |
| 09/14/23 | TRAIN TRAVEL - 09/13/23; VENDOR: DINERS CLUB; INVOICE#: 091423CTSRC; DATE: 9/14/2023 | 574.00 |
| 09/14/23 | TRAVEL AGENT FEE - 8590264160 09/12/23; VENDOR: DINERS CLUB; | 30.00 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS     Invoice 6969447
RE: COSTS     Page 3
November 30, 2023

| Date | Description | Value |
|---|---|---|
| | INVOICE#: 091423CTSRC; DATE: 9/14/2023 | |
| 09/14/23 | MISC. EXPENSES - WEB HOSTING VENDOR: DINERS CLUB; INVOICE#: 091423JBRC; DATE: 9/14/2023 | 2,100.00 |
| 09/14/23 | MISC. EXPENSES - WEB HOSTING VENDOR: DINERS CLUB; INVOICE#: 091423JBRC; DATE: 9/14/2023 | 375.00 |
| 09/20/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 09/20/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 388.00 |
| 09/20/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 09/21/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 20.00 |
| 09/21/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 14.00 |
| 09/21/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 292.00 |
| 09/21/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 09/22/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 10.00 |
| 09/23/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 285.00 |
| 09/23/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 495.00 |
| 09/24/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 09/24/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 25.00 |
| 09/24/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 50.00 |
| 09/24/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 09/25/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 09/26/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 15.00 |
| 09/26/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 30.00 |
| 09/26/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 99.00 |
| 09/27/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 09/27/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 09/27/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 15.00 |
| 09/27/23 | MEALS - 9/26/23; VENDOR: ALEXANDER KASNETZ; INVOICE#: 092723; DATE: 9/27/2023 | 27.38 |
| 09/29/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 2.00 |
| 09/29/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 75.00 |
| 10/01/23 | PACER | 3.90 |
| 10/01/23 | PACER | 26.90 |
| 10/02/23 | WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 5.00 |
| 10/02/23 | COPIES | 1.50 |
| | **Total Costs** | **7,284.93** |

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6969447
RE: COSTS  Page 4
November 30, 2023

## COST SUMMARY

| Description | Value |
|---|---:|
| MEALS | 27.38 |
| MISC. EXPENSES | 2,475.00 |
| TRAVEL AGENT FEE | 25.00 |
| TRAIN TRAVEL | 1,104.00 |
| AIRFARE | 114.45 |
| WESTLAW ONLINE TRANSACTIONAL SEARCHES / DOCS | 3,506.00 |
| PACER | 30.80 |
| COPIES | 2.30 |
| **Total Costs** | **7,284.93** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

| | |
|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>NEW YORK, NY 10036 | Invoice      6969447<br>Date    Nov 30, 2023<br>Client          039246 |

RE: COSTS



Remittance

**Balance Due:  $7,284.93**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number:

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200