**EXHIBIT C**
**(Previously Unbilled Cost)**

**brownrudnick**

| | | | | |
|---|---|---|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice | | 6970010 |
| | | Date | | Dec 7, 2023 |
| NEW YORK, NY 10036 | | Client | | 039246 |

RE: COSTS

## INVOICE

For professional services rendered in connection with the above captioned matter through December 7, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0001 | COSTS | 0.00 | 2,040.00 | 2,040.00 |
| | **Total** | **0.00** | **2,040.00** | **2,040.00** |

| | |
|---|---:|
| Total Current Fees | $0.00 |
| Total Current Costs | $2,040.00 |
| **Total Invoice** | **$2,040.00** |

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice 6970010
RE: COSTS  Page 2
December 7, 2023

## COST DETAIL

| Date | Description | Value |
|---|---|---|
| 08/14/23 | MISC. EXPENSES - CASE SFOTWARE MGMT 07/27/23; VENDOR: DINERS CLUB; INVOICE#: 081423KSRC; DATE: 8/14/2023 | 2,040.00 |
| | **Total Costs** | **2,040.00** |

## COST SUMMARY

| Description | Value |
|---|---|
| MISC. EXPENSES | 2,040.00 |
| **Total Costs** | **2,040.00** |

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

Brown Rudnick LLP | brownrudnick.com | One Financial Center, Boston, MA, 02111 | 1.617.856.8200

# brownrudnick

| | |
|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>NEW YORK, NY 10036 | Invoice 6970010<br>Date Dec 7, 2023<br>Client 039246 |

RE: COSTS



Remittance remit

**Balance Due: $2,040.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number:
SWIFT Code:

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: