## EXHIBIT D
### (Final Invoice Fee Application Preparation)

**brown**rudnick

| | |
|---|---|
| BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS NEW YORK, NY 10036 | Invoice    6970011 Date    Dec 7, 2023 Client    039246 |

RE: EMPLOYMENT AND FEE APPLICATIONS

### I N V O I C E

For professional services rendered in connection with the above captioned matter through December 7, 2023:

| Matter No. | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 039246.0004 | EMPLOYMENT AND FEE APPLICATIONS | 30,241.00 | 0.00 | 30,241.00 |
| | **Total** | **30,241.00** | **0.00** | **30,241.00** |

| | |
|---|---|
| Total Current Fees | $30,241.00 |
| Total Current Costs | $0.00 |
| **Total Invoice** | **$30,241.00** |

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice 6970011
RE: EMPLOYMENT AND FEE APPLICATIONS                                                         Page 2
December 7, 2023

## T I M E   D E T A I L

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 10/25/23 | COHEN | STRATEGIZE REGARDING FINAL FEE APPLICATION | 0.30 | 147.00 |
| 10/26/23 | COHEN | WORK ON FINAL FEE APPLICATION | 0.40 | 196.00 |
| 10/26/23 | SOLIMAN | FACILITATE FILING OF CNO FOR 9TH MONTHLY FEE STATEMENT (.2); CIRCULATE FOR PAYMENT REQUEST (.2) | 0.40 | 188.00 |
| 10/27/23 | COHEN | WORK ON FINAL FEE APPLICATION | 0.60 | 294.00 |
| 10/27/23 | RIZKALLA | REVISIONS FOR OCTOBER FEE STATEMENT | 1.40 | 959.00 |
| 10/30/23 | COHEN | WORK ON FINAL FEE APPLICATION | 0.70 | 343.00 |
| 11/01/23 | COHEN | STRATEGIZE REGARDING PRE AND POST ED AND FINAL FEE APPLICATIONS (.3) AND WORK ON DRAFT FINAL FEE APPLICATION (.5) | 0.80 | 392.00 |
| 11/02/23 | COHEN | STRATEGIZE REGARDING ISSUES RELATING TO (.2) AND WORK ON FINAL FEE APPLICATION (.4) | 0.60 | 294.00 |
| 11/03/23 | COHEN | STRATEGIZE REGARDING AND WORK ON FINAL FEE APPLICATION | 0.70 | 343.00 |
| 11/06/23 | COHEN | STRATEGIZE REGARDING AND WORK ON FINAL FEE APPLICATION; INQUIRIES REGARDING LEDES AND SUBMIT SEPTEMBER LEDES TO FEE EXAMINER | 1.00 | 490.00 |
| 11/06/23 | SAWYER | CALL WITH FEE EXAMINER RE FINAL FEE APPLICATION | 0.60 | 534.00 |
| 11/06/23 | SILVERBERG | ATTENTION TO PREPARATION OF FINAL FEE APPLICATIONS, TIMING & PROCESS | 0.40 | 556.00 |
| 11/06/23 | SOLIMAN | EMAIL RE LEDES FOR FEE EXAMINER TO H.COHEN | 0.30 | 141.00 |
| 11/07/23 | COHEN | STRATEGIZE REGARDING AND WORK ON FINAL FEE APPLICATION | 0.60 | 294.00 |
| 11/07/23 | SOLIMAN | WORK ON BLOCKFI FINAL FEE APPLICATION COVER SHEET | 1.70 | 799.00 |
| 11/08/23 | COHEN | STRATEGIZE REGARDING AND WORK ON FINAL FEE APPLICATION | 0.70 | 343.00 |
| 11/08/23 | SOLIMAN | WORK ON BR FINAL FEE APPLICATION COVER SHEET (1.5); PHONE CALL WITH H.COHEN RE CHARTS ON FINAL APP (.2) | 1.70 | 799.00 |
| 11/09/23 | COHEN | STRATEGIZE REGARDING AND WORK ON FINAL FEE APPLICATION | 0.90 | 441.00 |
| 11/10/23 | COHEN | STRATEGIZE REGARDING AND WORK ON FINAL FEE APPLICATION | 0.70 | 343.00 |
| 11/11/23 | COHEN | WORK ON FINAL FEE APPLICATION | 1.90 | 931.00 |



BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
RE: EMPLOYMENT AND FEE APPLICATIONS
December 7, 2023

Invoice 6970011
Page 3

| Date | Professional | Description | Hours | Value |
|------|-------------|-------------|-------|-------|
| 11/13/23 | SILVERBERG | REVIEW FEE EXAMINER COMMENTS TO 2ND INTERIM FEE APPLICATION | 0.20 | 278.00 |
| 11/15/23 | RIZKALLA | WORK ON FINAL FEE APPLICATION | 2.00 | 1,370.00 |
| 11/15/23 | SOLIMAN | EDITS TO FINAL FEE STATEMENT COVER PAGE (.3); CIRCULATE TO TEAM FOR REVIEW (.1) | 0.40 | 188.00 |
| 11/17/23 | RIZKALLA | CORRESPONDENCE W/ BR TEAM RE: FINAL FEE APP | 0.30 | 205.50 |
| 11/29/23 | COHEN | ISSUES RELATING TO FINAL FEE APPLICATION | 0.70 | 343.00 |
| 11/29/23 | SAWYER | REVIEW TIME ENTRIES RE OCTOBER | 0.50 | 445.00 |
| 11/29/23 | SILVERBERG | ATTENTION TO 2ND INTERIM FEE APPLICATION, FINAL FEE APPLICATION | 0.20 | 278.00 |
| 11/29/23 | SAWYER | RESOLVE FEE EXAMINER COMMENTS TO SECOND INTERIM | 0.50 | 445.00 |
| 11/29/23 | RIZKALLA | CORRESPONDENCE W/ BR TEAM RE: FINAL FEE APP | 0.30 | 205.50 |
| 11/30/23 | COHEN | WORK ON FINAL FEE APPLICATION COVER SHEET AND RECONCILIATION | 2.90 | 1,421.00 |
| 11/30/23 | RIZKALLA | WORK ON FINAL FEE APPLICATION (3.5) AND COVER SHEET (.7) | 4.20 | 2,877.00 |
| 12/01/23 | COHEN | WORK ON FINAL FEE APPLICATION AND COVER SHEET AND WORK WITH A. RIZKALLA TO FINALIZE SAME | 3.90 | 1,911.00 |
| 12/01/23 | RIZKALLA | REVISIONS TO FINAL FEE APP (2.8); RELATED COMMUNICATIONS W/ BR TEAM RE: SAME (.4) | 3.20 | 2,192.00 |
| 12/03/23 | SAWYER | REVIEW AND COMMENT RE FINAL FEE APPLICATION AND COVER SHEET | 2.90 | 2,581.00 |
| 12/03/23 | COHEN | WORK ON FINAL FEE APPLICATION | 0.40 | 196.00 |
| 12/03/23 | RIZKALLA | REVISIONS TO FINAL APP COVER SHEET (.6); CORRESPONDENCE W/ BR TEAM RE: SAME (.2) | 0.80 | 548.00 |
| 12/04/23 | SAWYER | CONTINUE REVISIONS TO FINAL FEE APPLICATION | 3.00 | 2,670.00 |
| 12/04/23 | SOLIMAN | COST REVIEW RE CYBER SIX INVOICE AT THE REQUEST OF H.COHEN | 0.30 | 141.00 |
| 12/04/23 | COHEN | PREPARE DETAILED BUDGET AND STAFFING PLAN FOR FINAL FEE APPLICATION; CONTINUED WORK ON FINAL FEE APPLICATION AND COVER SHEET | 2.90 | 1,421.00 |
| 12/04/23 | RIZKALLA | COMMUNICATIONS W/ BR TEAM RE: FINAL FEE APP | 0.40 | 274.00 |
| 12/05/23 | SAWYER | ADDITIONAL REVISIONS RE BR FINAL FEE APPLICATION | 1.60 | 1,424.00 |
| | **Total Hours and Fees** | | **48.00** | **30,241.00** |

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice 6970011
RE: EMPLOYMENT AND FEE APPLICATIONS                                               Page 4
December 7, 2023

*INCLUDES ONLY TIME AND COSTS TO DATE*
*KINDLY RETURN ATTACHED REMITTANCE PAGE WITH YOUR PAYMENT*
*PAYABLE WITHIN 30 DAYS*

*TAX IDENTIFICATION # 04-3108175*

**brown**rudnick

BLOCKFI INC. OFFICIAL COMMITTEE OF UNSECURED
CREDITORS
NEW YORK, NY 10036

| Invoice | 6970011 |
|---|---|
| Date | Dec 7, 2023 |
| Client | 039246 |

RE: EMPLOYMENT AND FEE APPLICATIONS



Remittance *remit*

**Balance Due:  $30,241.00**

To ensure proper credit to your account, please include this page with your payment.

**Remittance Address**
Brown Rudnick LLP
P.O. Box 23079
New York, NY 10087-3079

**Wire Instructions**
JP Morgan Chase
270 Park Avenue
New York, NY 10017
ABA Number: ▮▮▮▮▮▮
SWIFT Code: ▮▮▮▮▮▮

**For Credit To**
Brown Rudnick LLP Deposit Account
Account Number: ▮▮▮▮▮▮