**EXHIBIT E**
**(Budget)**

**BlockFi Inc.,** *et al.***, Case No. 22-19361 (MBK)**

**Budget and Staffing Plan of Brown Rudnick LLP Counsel to the Official Committee of Unsecured Creditors for the Period December 29, 2022 through October 2, 2023**

### BUDGET

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES |
|---|---|---|
| 002 Case Administration | 220-280 | $120,000-$175,000 |
| 003 Meetings and Communications with Creditors | 850-1,000 | $950,000-$1,200,000 |
| 004 Employment and Fee Applications | 250-385 | $200,000-$275,000 |
| 005 Employment and Fee Application Objections | 75-100 | $80,000-$110,000 |
| 006 Plan and Disclosure Statement | 1,750-2,150 | $2,050,000-$2,550,000 |
| 007 Stay Relief / Injunction Litigation | 475-525 | $480,000-$520,000 |
| 008 Committee Governance Matters | 10-20 | $10,000-$20,000 |
| 009 Non-Working Travel (Billed @ 50%) | 155-185 | $57,000-$102,000 |
| 010 Committee Investigation | 4,250-4,750 | $4,150,000-$4,350,000 |
| 011 Wallet Motion and Related Analysis | 425-465 | $425,000-$460,000 |
| 012 Claims Administration and Objections | 345-375 | $337,500-$362,500 |
| 013 Tax | 275-335 | $285,000-$345,000 |
| 014 Emergent Fidelity Technologies Ltd. Issues | 60-85 | $65,000-$90,000 |
| 015 Hearings | 135-185 | $185,000-$225,000 |
| 016 Regulatory | 10-20 | $15,000-$25,000 |
| 017 Asset Recovery and Analysis | 135-170 | $145,000-$175,000 |
| 018 Avoidance Action (Insiders) | 10-20 | $15,000-$25,000 |
| 019 Avoidance Action (Non-Insiders) | 10-20 | $15,000-$25,000 |
| 020 Contested Matters | 350-400 | $375,000-$415,000 |
| **TOTAL** | **9,790-11,470** | **$9,975,500-$11,431,500** |

## STAFFING PLAN

| Category of timekeeper | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate |
|---|---|---|
| Partners and Counsel | 15-20 | $1,375 |
| Associates | 17-23 | $795 |
| Paralegals and Other Paraprofessionals | 6-10 | $450 |

65196404 v1