| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| **BROWN RUDNICK LLP** <br> Kenneth J. Aulet, Esq. (admitted *pro hac vice*) <br> Seven Times Square <br> New York, New York 10036 <br> (212) 209-4800 <br> kaulet@brownrudnick.com <br><br> **BROWN RUDNICK LLP** <br> Tristan Axelrod, Esq. (admitted *pro hac vice*) <br> One Financial Center <br> Boston, MA 02111 <br> (617)856-8300 <br> taxelrod@brownrudnick.com <br><br> *Attorneys for the Plan Administrator* <br><br> **GENOVA BURNS LLC** <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> 110 Allen Rd., Suite 304 <br> Basking Ridge, NJ 07920 <br> (973) 230-2095 <br> DStolz@genovaburns.com <br> DClarke@genovaburns.com <br><br> *Local Counsel for the Plan Administrator* | |
| In re: <br><br> BLOCKFI INC., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 22-19361 (MBK) <br><br> *Jointly Administered under a Confirmed Plan*[2] |

## NOTICE OF HEARING ON FINAL COMPENSATION APPLICATIONS

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

[2] On October 3, 2023, the Court entered an order confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications). [Docket No. 1609]

**PLEASE TAKE NOTICE** that the following applications (collectively, the "**Final Compensation Applications**") were filed seeking payment of fees for services rendered and expenses incurred for the period ending October 2, 2023:

| APPLICANT and APPLICATION | FEES | EXPENSES |
|---|---|---|
| Genova Burns LLC, Local Counsel to the Committee<br><br>Final Compensation Application<br>[Docket No. 1954] | $184,005.00 | $1,476.00 |
| Brown Rudnick LLP, Counsel to the Committee<br><br>Final Compensation Application<br>[Docket No. 1955] | $10,739,931.10 | $293,491.24 |
| M3 Partners, LP, Financial Advisor to the Committee<br><br>Final Compensation Application<br>[Docket No. 1956] | $5,841,624.00 | $10,655.65 |

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Final Compensation Applications will be held on **January 25, 2024, at 11:30 a.m. (ET)**, before the Honorable Michael B. Kaplan, U.S.B.J., at the United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Courtroom #8, Trenton, N.J. 08608. Attendance by creditors is welcome, but not required.

**PLEASE TAKE FURTHER NOTICE** that copies of the Final Compensation Applications may be obtained at no charge at https://restructuring.ra.kroll.com/blockfi/Home-DocketInfo or via PACER at the http://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that, except as set forth in the *Order Appointing an Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 925], parties that wish to object to the Final Compensation Applications must file an objection on or before **January 18, 2024 at 5:00 p.m.** Objections mut be filed with the Court and served on the applicant and all other interested parties.

Dated:  December 11, 2023

/s/  Donald W. Clarke
**DONALD W. CLARKE**
**GENOVA BURNS LLC**
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
(973) 387-7804
dclarke@genovaburns.com

17338462v1 (25400.002)