| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| BROWN RUDNICK LLP <br> Robert J. Stark, Esq. <br> Kenneth J. Aulet, Esq. <br> Bennett S. Silverberg, Esq. <br> Seven Times Square <br> New York, NY  10036 <br> Telephone: (212) 209-4800 <br> Fax: (212) 209-4801 <br> Email: rstark@brownrudnick.com <br>       kaulet@brownrudnick.com <br>       bsilverberg@brownrudnick.com <br> *Counsel for the Official Committee of Unsecured Creditors* <br>   -and- <br> GENOVA BURNS LLC. <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> Gregory S. Kinoian, Esq. <br> 110 Allen Rd., Suite 304 <br> Basking Ridge, NJ 07920 <br> Telephone: (973) 230-2095 <br> Fax: (973) 533-1112 <br> Email: DStolz@genovaburns.com <br>       DClarke@genovaburns.com <br>       GKinoian@genovaburns.com <br> *Local Counsel for the Official Committee of Unsecured Creditors* | BROWN RUDNICK LLP <br> Stephen D. Palley, Esq. <br> 601 Thirteenth Street, NW <br> Washington, DC  20005 <br> Telephone: (202) 536-1700 <br> Fax: (202) 536-1701 <br> Email: spalley@brownrudnick.com <br><br> BROWN RUDNICK LLP <br> One Financial Center <br> Boston, MA  02111 <br> Tristan Axelrod, Esq. <br> Sharon I. Dwoskin, Esq. <br> Telephone: (617) 856-8300 <br> Fax:  (617) 856-8201 <br> Email: taxelrod@brownrudnick.com <br>       sdwoskin@brownrudnick.com |
| In re: <br><br> BLOCKFI INC., *et al.,* <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 22-19361 (MBK) <br><br> Jointly Administered |

### SUPPLEMENTAL DECLARATION OF KENNETH J. AULET REGARDING BROWN RUDNICK LLP'S CONNCECTIONS TO CERTAIN PARTIES IN THE CASES OF BLOCKFI INC., ET AL.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

I, Kenneth J. Aulet, declare under the penalty of perjury:

1. I am an attorney admitted to practice in the State of New York and am a member of the law firm of Brown Rudnick LLP ("Brown Rudnick"), resident in Brown Rudnick's New York office at Seven Times Square, New York, NY 10036.

2. I submit this Supplemental Declaration (the "Supplemental Declaration") in accordance with paragraph 9 of the *Order Authorizing and Approving the Employment and Retention of Brown Rudnick LLP as Counsel for the Official Committee of Unsecured Creditors of BlockFi Inc, et al Nunc Pro Tunc to December 29 2022* [Docket No. 544] (the "Retention Order"), ordering Brown Rudnick to disclose any information that the Court orders to be unredacted through a supplemental declaration.

3. Except as otherwise indicated herein, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

## BACKGROUND

4. On November 28, 2022, the Debtors filed, in the United States Bankruptcy Court for the District of New Jersey (the "Court"), voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

5. On December 21, 2022, the United States Trustee for the District of New Jersey (the "United States Trustee") filed the Notice of Appointment of Official Committee of Unsecured Creditors (the "Notice of Appointment") [Docket No. 130].[2]

6. Following the Committee's appointment, on December 29, 2022, the Committee selected Brown Rudnick to serve as its counsel.

---

[2] An Amended Notice of Appointment of Official Committee of Unsecured Creditors was filed on December 22, 2022 to reflect certain non-substantive additions. [Docket No. 131].

7. On February 23, 2023, the Court entered the Retention Order approving the *Application for Order Authorizing the Employment and Retention of Brown Rudnick LLP as Counsel for the Official Committee of Unsecured Creditors of BlockFi Inc., et al., Nunc Pro Tunc to December 29, 2022* [Docket No. 400] (the "Retention Application").

## SUPPLEMENTAL DISCLOSURE

8. As disclosed in the Retention Application, Brown Rudnick conducted a review of Brown Rudnick's connections to certain parties in these cases (the "Connections Check"). The results of the Connections Check are attached as Schedule 2 to Exhibit B of the Retention Application. Certain of Brown Rudnick's connections in these cases are to parties that at that time were potential M&A counterparties. These potential M&A counterparties were redacted to facilitate a potential sale process of certain or all of the Debtors' assets.

9. On October 19, 2023, the Court issued an order granting the Debtors' request to seal individual creditors, clients, equity holders, and current and former employees, and denying its request to seal all corporations and other business entities [Docket No. 1757]. Although this order is specific as to the Debtors' request, the parties agree that the Committee is to take similar direction therefrom.

10. I now submit this Supplemental Declaration as directed by the Court and as ordered pursuant to paragraph 9 of the Retention Order. Attached hereto as Schedule 1[3] is a supplemental connections list (the "Supplemental Connections List") summarizing the results of the Connections Check as to the previously redacted potential M&A counterparties.

11. As disclosed in the Retention Application, Brown Rudnick previously ran a Connections Check, including as to those parties listed in the Supplemental Connections List, at

---

[3] The disclosures identified in Schedule 1 are as of the date of the Retention Application.

which Brown Rudnick believed that, notwithstanding these connections, Brown Rudnick was a disinterested person and did not hold or represent an interest adverse to the Debtors' estates with respect to the matters for which Brown Rudnick was to be employed, as required by Bankruptcy Code section 328(c).  I continue to believe that that statement is true and accurate, including as to the parties disclosed on the Supplemental Connections List.

Pursuant to 11 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: December 12, 2023

/s/ *Kenneth J. Aulet*
Kenneth J. Aulet

## **Schedule 1**

(Supplemental Connections List)

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client [X=Yes] | Former Client [X=Yes] | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (Applicable to Searched Entity or Affiliate of Searched Entity) [X=Yes] |
|---|---|---|---|---|---|
| | AB CarVal Investors LP | Potential M&A Transaction Counterparties | | | x |
| | Abrams Capital LLC | Potential M&A Transaction Counterparties | | | x |
| | Anchorage Capital Group LLC | Potential M&A Transaction Counterparties | x (applicable to affiliate of searched entity) | | x |
| | Angelo Gordon | Potential M&A Transaction Counterparties | | x | x |
| | Apollo Global Management Inc. | Potential M&A Transaction Counterparties | | | x |
| | Ares Management Corp. | Potential M&A Transaction Counterparties | x (applicable to affiliate of searched entity) | | x |
| | ARK Investment Management LLC | Potential M&A Transaction Counterparties | | | x |
| | Atalaya Capital Management LP | Potential M&A Transaction Counterparties | | x | |
| | Bain Capital LP | Potential M&A Transaction Counterparties | | | x |
| | Baupost Group LLC, The | Potential M&A Transaction Counterparties | | | x |
| | BC Partners | Potential M&A Transaction Counterparties | | | x |
| | Binance US | Potential M&A Transaction Counterparties | x | x (applicable to affiliates of searched entity) | x |
| | Binance.com | Potential M&A Transaction Counterparties | x | x (applicable to affiliates of searched entity) | x |
| | BlackRock Inc. | Potential M&A Transaction Counterparties | | | x |
| | Blackstone Inc. | Potential M&A Transaction Counterparties | x (applicable to affiliate of searched entity) | x (applicable to affiliate of searched entity) | |
| | Blue Owl Capital Inc. | Potential M&A Transaction Counterparties | | | x |
| | Brigade Capital | Potential M&A Transaction Counterparties | x | | x |
| | Canyon Capital Advisors | Potential M&A Transaction Counterparties | | | x |
| | Castlelake | Potential M&A Transaction Counterparties | | x | x |
| | Centerbridge | Potential M&A Transaction Counterparties | x | | x |
| | Cerberus Capital Management | Potential M&A Transaction Counterparties | | x | x |
| | D.E. Shaw | Potential M&A Transaction Counterparties | x | | x (applicable to affilite of searched entity) |
| | Davidson Kempner | Potential M&A Transaction Counterparties | x | x (applicable to affiliate of searched entity) | x (applicable to searched entity and affiliates of searched entity) |
| | Diameter Capital Partners | Potential M&A Transaction Counterparties | | | x |
| | EQT | Potential M&A Transaction Counterparties | | x (applicable to affiliate of searched entity) | x |
| | Fir Tree Partners | Potential M&A Transaction Counterparties | | x | x |
| | Fortress Investment Group | Potential M&A Transaction Counterparties | x (applicable to searched entity and affiliates of searched entity) | | x |
| | Francisco Partners | Potential M&A Transaction Counterparties | | | x |
| | Gemini Trust Co. | Potential M&A Transaction Counterparties | | | x |
| | Genesis Digital Assets | Potential M&A Transaction Counterparties | | | x |
| | GIC Special Opportunities | Potential M&A Transaction Counterparties | | | x |
| | GoldenTree Asset Management LP | Potential M&A Transaction Counterparties | x | | x |
| | HPS Investment Partners LLC | Potential M&A Transaction Counterparties | | | x |
| | Hudson Bay Capital Management LP | Potential M&A Transaction Counterparties | x | | |
| | Hut 8 Mining | Potential M&A Transaction Counterparties | | | x |
| | King Street Capital Management LP | Potential M&A Transaction Counterparties | | x | x |
| | KKR & Co. Inc. | Potential M&A Transaction Counterparties | | | x |
| | Macquarie Group Ltd. | Potential M&A Transaction Counterparties | x (applicable to affiliates of searched entity) | x (applicable to affiliate of searched entity) | x |
| | Magnetar Capital LLC | Potential M&A Transaction Counterparties | | | x |
| | Monarch Alternative Capital LP | Potential M&A Transaction Counterparties | | x | x |
| | Morgan Stanley | Potential M&A Transaction Counterparties | | | x |
| | NextEra Energy Inc. | Potential M&A Transaction Counterparties | | | x |
| | Nixon Peabody LLP | Potential M&A Transaction Counterparties | | | x |
| | NYDIG Asset Management LLC | Potential M&A Transaction Counterparties | | | x |

BlockFi Inc.
Schedule 2 - Results of Connections Check

| Individual's First Name | Individual's Last Name/Entity Name | Bankruptcy Role | Current Client [X=Yes] | Former Client [X=Yes] | Adverse To Or Aligned With Current Or Former Clients In Unrelated Matters (Applicable to Searched Entity or Affiliate of Searched Entity) [X=Yes] |
|---|---|---|---|---|---|
| | Oak Hill Capital Management LLC | Potential M&A Transaction Counterparties | | x (applicable to affiliate of searched entity) | x |
| | Oaktree | Potential M&A Transaction Counterparties | x (applicable to affiliate of searched entity) | x | x |
| | P. Schoenfeld Asset Management LP | Potential M&A Transaction Counterparties | | | x |
| | Paloma Partners LLC | Potential M&A Transaction Counterparties | | | x |
| | Pentwater Capital Management LP | Potential M&A Transaction Counterparties | | | x |
| | Redwood Capital Management LLC | Potential M&A Transaction Counterparties | | | x |
| | Riot Blockchain Inc. | Potential M&A Transaction Counterparties | | | x |
| | SAI.TECH | Potential M&A Transaction Counterparties | | | x |
| | Sculptor Capital Management Inc. | Potential M&A Transaction Counterparties | x | | x |
| | Senator Investment Group LP | Potential M&A Transaction Counterparties | | | x |
| | Silver Point Capital LP | Potential M&A Transaction Counterparties | | | x |
| | SkyBridge Capital | Potential M&A Transaction Counterparties | | | x |
| | Talen Energy | Potential M&A Transaction Counterparties | | | x |
| | Temasek | Potential M&A Transaction Counterparties | | | x |
| | Vistra Group | Potential M&A Transaction Counterparties | x (applicable to affiliate of searched entity) | | |