# **Exhibit A**

**Subject:** Re: BlockFi Loan Status ---Margin Call
**From:** jvt ███████████
**Date:** 6/8/21, 10:18 AM
**To:** ████████████████@blockfi.com>
**CC:** ████████████████████@blockfi.com>

This was never told to me before. You guys keep changing things as you go. This is not acceptable.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
**From:** ████████████████@blockfi.com>
**Date:** 6/8/21 11:14 AM (GMT-05:00)
**To:** jvt ███████████
**Cc:** ████████████████████@blockfi.com>
**Subject:** Re: BlockFi Loan Status ---Margin Call

Hi John,

In a meeting now but will give you a call shortly. I don't see any reported outages for web or mobile though.

I see that you just added some funds via instant ACH. Please note you will NOT be able to use these funds to post additional collateral as ACH transfers require a 5-day hold period. You will need to deposit crypto or trade Link in order to be able to immediately use those funds.

████

On Tue, Jun 8, 2021 at 11:02 AM jvt ████████████ wrote:
> Hi ████
> You site is down again.
> I can't post collateral. Please call me asap. I tried ████ as well.
> ████████████
>
> Sent from my Verizon, Samsung Galaxy smartphone
>
> -------- Original message --------
> From: ████████████████@blockfi.com>
> Date: 6/8/21 10:30 AM (GMT-05:00)
> To: "J. VanTubergen" ████████████████
> Cc: ████████████████████@blockfi.com>
> Subject: Re: BlockFi Loan Status ---Margin Call
>
> Hi John,
>
> Happy to help if need any assistance with Loan ID 250568f4 and Loan ID 176fcbc3.
>
> Both loans are currently at 77% LTV with liquidation price points of **$30,578.20** and **$30,500.96.**
>
> The only way to immediately cure margin is to post more BTC to these loans.
>
> Alternatively, we can process a stablecoin payment but these are processed manually on our end and so can't guarantee the loan will not be liquidated if price drops and our team has not yet processed the request.
>
> Let me know if you require any assistance.
>
> Best,
> ████
>
> On Tue, Jun 8, 2021 at 9:51 AM ████████████████████@blockfi.com> wrote:
>> Morning John,
>>
>> As we continue to experience volatility, I have cc'd my colleague, ████████, ████ and his team will be your contact going forward should any questions arise and you need guidance on the two loans that are in Margin Call.
>>
>> Thank you,
>> ████
>> BlockFi
>>
>> ████████████

Private Client Team

Institutional Sales Manager

█████@blockfi.com

Telegram: ████████

C | ████████

On Mon, Jun 7, 2021 at 9:15 PM ████████████@blockfi.com> wrote:
> John,
>
> I'm reaching out to let you know that two of your loans ( 176fcbc3 and 250568f4 ) are in margin call and your action is required.
>
> Please do note that if prices continue to drop and your LTV reaches 80%, your loan will be in Default and may be subject to liquidation. If this happens, collateral liquidations cannot be reversed and transaction details will be provided to you.
>
> The fastest and recommended way to cure your margin is to send additional crypto to your Loan, as the system will pick that up immediately. If you have crypto in your Interest Account, you can transfer it directly to your Loan through your Dashboard (steps below).
>
> Navigate to the specific Loan:
> Click Deposit Collateral
> Select Interest Account
> Enter the amount and submit
>
> You may also send stablecoin to your Interest Account wallet, and we can transfer the funds internally to apply to your loan, however that requires a level of manual work that may cause slight delay, so we cannot guarantee this will be processed in time. Lastly, you could also wire us directly, or make a payment via Scratch, although Scratch ACH will definitely be the longest to process and is not recommended. Cash moves much slower than crypto and cash payments are processed on a best effort basis, so we recommend posting collateral as the best option.
>
> Please let me know if you have any questions or concerns.
>
> Best,
> ████
> BlockFi
>
>
> Private Client Team
>
> Institutional Sales Manager
>
> █████@blockfi.com
>
> Telegram: ████████
>
> C | ████████

--

████████
Client Relationship Manager, Team Lead
████████@blockfi.com
O | ████████
C | ████████

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see [BlockFi's Terms of Service](#).

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

--





Client Relationship Manager, Team Lead

██████@blockfi.com
O | ██████████
C | ██████████

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see [BlockFi's Terms of Service](#).

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.