# **<u>Exhibit B</u>**

**Subject:** Re: Connect with Leadership <> Collateral Reinstatement
**From:** jvt ███████
**Date:** 6/29/21, 9:45 AM
**To:** ███████@blockfi.com>
**CC:** ███████@blockfi.com>

Hi ███,
My number is ███████. Thank you


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
**From:** ███████@blockfi.com>
**Date:** 6/29/21 10:42 AM (GMT-05:00)
**To:** jvt ███████
**Cc:** ███████@blockfi.com>
**Subject:** Re: Connect with Leadership <> Collateral Reinstatement

Hi ███,

I am available for the next 30 minutes. What's the best number to reach you?

| BlockFi | ███████ |
|---|---|
| | ███████ |
| | ███ @blockfi.com |
| | Twitter ███████ |
| | C \| ███████ |
| | O \| ███████ |

On Tue, Jun 29, 2021 at 10:35 AM jvt ███████> wrote:
> Good Morning ███,
> Following up on this as prices continue to climb. I'd like to discuss resolving this before it's gets to a point of costing more damages. Please let me know a time that works for you. Thanks
>
>
> Sent from my Verizon, Samsung Galaxy smartphone
>
>
> -------- Original message --------
> From: jvt ███████>
> Date: 6/28/21 6:49 PM (GMT-05:00)
> To: ███████@blockfi.com>
> Cc: ███████@blockfi.com>
> Subject: RE: Connect with Leadership <> Collateral Reinstatement
>
> Thanks ███.
>
> Hi ███. Please let me know a time that you and I can get on a call to discuss what happened and how to best resolve this issue. I appreciate your time. Thank you.
>
>
> Sent from my Verizon, Samsung Galaxy smartphone
>
>
> -------- Original message --------
> From: ███████@blockfi.com>
> Date: 6/28/21 5:36 PM (GMT-05:00)
> To: "J. VanTubergen" ███████
> Cc ███████@blockfi.com>
> Subject: Connect with Leadership <> Collateral Reinstatement
>
> Hi John,
>
> I have CC'd ███████ ███, who is familiar with this situation. She will be best able to assist with the collateral reinstatement offer.
>
> To very briefly summarize the collateral reinstatement offer, BlockFi is willing to repurchase the ETH sold during liquidation, and pass on the full cost to reacquire the assets to you in a new loan via refinance, but require the new loan to originate at a Healthy LTV level (<65%).

Best,

██

--



██████████
Client Relationship Manager, Team Lead

██████@blockfi.com
O | ██████
C | ██████

Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.