# **<u>Exhibit D</u>**

**Subject:** RE: another problem
**From:** jvt ███████████████
**Date:** 5/11/22, 10:08 AM
**To:** ████████@blockfi.com
**CC:** ████@blockfi.com

I've lost close to $9.5 million dollars while working with Blockfi. I shouldn't even have any loan balances at this point.
 I'm now lost all 3000 eth and have 35 btc left out of the 111 btc that I had with blockfi, with a loan balance still of over $800k. I've paid over $1million in monthly fees to blockfi. How can this be?

This should not be this way. I need help please.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: jvt ███████████████████
Date: 5/11/22 9:58 AM (GMT-05:00)
To: ████████@blockfi.com
Cc: ████@blockfi.com
Subject: another problem

I asked to liquidate my Eth loan as long as it paid off my btc smaller loan.
They did not do that and liquidated massively under the btc loan amount which now I can't pay that off. I need help. I've been calling all morning.

I need the liquidation reverse asap.

Sent from my Verizon, Samsung Galaxy smartphone

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.