# **<u>Exhibit E</u>**

**Subject:** Re: Refinance request.
**From:** "J. VanTubergen" ████████
**Date:** 2/23/21, 4:47 PM
**To:** ████████@blockfi.com>
**CC:** ████████@blockfi.com>

Hi ████ and ████,

If was nice to meet both. You mentioned some OTC options. Or any other options that you have for my concerns, please send me the details for that as well.
Thanks

Best regards,



J. VanTubergen
P.
C.
F.

On Tue, Feb 23, 2021 at 5:16 PM ████████@blockfi.com> wrote:
> Hi Jonathan,
>
> Pleasure to meet you earlier today. As discussed, please feel free to reach out to privateclient@blockfi.com for any future needs so that we can help in a more timely fashion.
>
> Regarding partnership opportunities, I spoke with ████. Unfortunately, we are not ready for that type of partnership at this time. That being said, definitely feel free to touch base down the road as things progress quite quickly over here. Thanks Jonathan
>
> BlockFi
> ████████
> **Global Digital Markets**
> ████████@blockfi.com
> C | ████████

On Fri, Feb 19, 2021 at 8:43 PM ████████@blockfi.com> wrote:
> Perfect- I've just sent over a calendar invite with call-in details. Thanks John and looking forward to it!
>
> BlockFi
> ████████
> **Global Digital Markets**
> ████████@blockfi.com
> C | ████████

On Fri, Feb 19, 2021 at 4:49 PM jvt ████████ wrote:
> Hi ████
> Nice to meet you as well. Tuesday at 130pm est works for me. Talk to you then. Thank you
>
> Sent from my Verizon, Samsung Galaxy smartphone
>
> -------- Original message --------
> **From:** ████████@blockfi.com>
> **Date:** 2/19/21 4:34 PM (GMT-05:00)
> **To:** jvt ████████
> **Cc:** ████████@blockfi.com>, ████████@blockfi.com>
> **Subject:** Re: Refinance request.
>
> Pleasure to meet you here ████ and I would be happy to hop on a call and discuss our Private Client Program further. How does Tuesday at 1:30PM EST work for you? If not, please feel free to let me know some times/dates that work better on your end.
>
> Thanks J and looking forward to it!
>
> BlockFi
> ████████
> **Global Digital Markets**
> ████████@blockfi.com
> C ████████

On Fri, Feb 19, 2021 at 4:29 PM jvt ▇▇▇ wrote:
> Thanks for the introduction ▇▇▇.
> H▇▇ and ▇▇ please let me know a good day and time that works for you next week to do an introduction call. Thank you
>
> Sent from my Verizon, Samsung Galaxy smartphone
>
> -------- Original message --------
> From: ▇▇▇ <▇▇▇@blockfi.com>
> Date: 2/18/21 1:34 PM (GMT-05:00)
> To: jvt ▇▇▇
> Cc: ▇▇▇ <▇▇▇@blockfi.com>, ▇▇▇ <▇▇▇@blockfi.com>
> Subject: Re: Refinance request.
>
> Hi J,
>
> My pleasure! As discussed over the phone, I am cc'ing 2 of my colleagues from our Private Client team for the possibility of developing a relationship.
>
> ▇▇▇ and ▇▇▇, I will let you guys take it from here.
>
> Best,
>
> ▇▇▇
>
> On Thu, Feb 18, 2021 at 1:28 PM jvt ▇▇▇ wrote:
>> Thanks for the call ▇▇▇. Looking forward to speaking with ▇▇ as well. Please let me know when we can set that up. Thanks again!
>>
>> Sent from my Verizon, Samsung Galaxy smartphone
>>
>> -------- Original message --------
>> From: ▇▇▇ <▇▇▇@blockfi.com>
>> Date: 2/18/21 12:37 PM (GMT-05:00)
>> To: "J. VanTubergen" <▇▇▇>
>> Subject: Re: Refinance request.
>>
>> Hi J,
>>
>> I can give you a call now if you are free. If not I'll be booked from 1-3 PM EST and can talk after.
>>
>> Let me know.
>>
>> Best,
>>
>> ▇▇▇
>>
>> On Thu, Feb 18, 2021 at 12:35 PM J. VanTubergen ▇▇▇ wrote:
>>> Please call me regarding payoff options. I need more clarification. What time is good for you?
>>> Best regards,
>>>
>>> 
>>>
>>> ▇▇▇
>>> J. VanTubergen
>>> ▇▇▇
>>> P. ▇▇▇
>>> C. ▇▇▇
>>> F. ▇▇▇
>>>
>>> On Thu, Feb 18, 2021 at 12:17 PM ▇▇▇ <▇▇▇@blockfi.com> wrote:
>>>> Hi J,
>>>>
>>>> Morning batch is going out soon. As soon as they send them out it will go together with the batch, should not be much longer. For payoffs, if you want to pay via wire you can do that through Scratch. This form takes from 3-5 days to process and collateral to be returned. The quickest method is via stablecoin which is done via request through me. I enter this payoff in and collateral is returned by the end of the day.
>>>> The payoff amount is determined by our finance team taking into account interest and principal calculations to the day of payoff.
>>>>
>>>> Best,
>>>>
>>>> ▇▇▇
>>>>
>>>> On Thu, Feb 18, 2021 at 12:14 PM jvt ▇▇▇ wrote:
>>>>> Nothing funded yet. please check.
>>>>>
>>>>> Sent from my Verizon, Samsung Galaxy smartphone
>>>>>
>>>>> -------- Original message --------
>>>>> From: jvt ▇▇▇

Date: 2/18/21 11:13 AM (GMT-05:00)
To: ███████████████@blockfi.com>
Subject: Re: Refinance request.

Also.
If I go in and want to payoff my loans.
Do I need to go thru you or is it possible to do it on my own? And is that instant or does it take a day or more to complete the payoff process? What determines the payoff amount and what triggers it?


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: ███████████████@blockfi.com>
Date: 2/18/21 10:26 AM (GMT-05:00)
To: jvt ███████████████
Subject: Re: Refinance request.

Hi J,

Got this in and one member of my ops team was kind enough to get this in for processing shortly and should be in your account soon!

Best,

███████

On Thu, Feb 18, 2021 at 9:35 AM ███████████████@blockfi.com> wrote:
> Good Morning J,
>
> Putting this in for you as we speak! This should go out in the morning batch. Ill go ahead and let my ops team know.
>
> Best,
>
> ███████
>
> On Thu, Feb 18, 2021 at 9:34 AM jvt ███████████████ wrote
>> Good Morning ███████
>> please update on status of this. Thanks
>>
>>
>> Sent from my Verizon, Samsung Galaxy smartphone
>>
>>
>> -------- Original message --------
>> From: jvt ███████████████
>> Date: 2/17/21 6:44 PM (GMT-05:00)
>> To: ███████████████@blockfi.com>
>> Subject: Re: Refinance request.
>>
>> Hi ███████
>> I've created the loan and signed it. Please take the existing collateral in the refinanced loans and also use my eth in my interest account to make up the difference.
>> Please take care of this so it can be funded in the morning. Thank you.
>> Please confirm. Thanks.
>>
>>
>> Sent from my Verizon, Samsung Galaxy smartphone
>>
>>
>> -------- Original message --------
>> From: jvt ███████████████
>> Date: 2/17/21 3:40 PM (GMT-05:00)
>> To: ███████████████@blockfi.com>
>> Subject: Re: Refinance request.
>>
>> Yes this is still OK. Please proceed.
>>
>>
>> Sent from my Verizon, Samsung Galaxy smartphone
>>
>>
>> -------- Original message --------
>> From: ███████████████@blockfi.com>
>> Date: 2/17/21 3:39 PM (GMT-05:00)
>> To: jvt ███████████████
>> Subject: Re: Refinance request.
>>
>> Hi J,
>>
>> Unfortunately we are past cutoff for today, however, the best I can do is have them for tomorrow mornings batch.
>>
>> Please let me know and I will submit the applications for you to review, accept, and sign.
>>
>> Best,

On Wed, Feb 17, 2021 at 3:37 PM jvt wrote:
> Hi
> Please set up refinance combining these three loans for today.
> #a6624419
> #bad2222c
> #e8fec1e7
> Please bring these three to 50 % ratio using the collateral in these accounts.
>
> Please set this up so we can fund today. Thanks
>
>
> Sent from my Verizon, Samsung Galaxy smartphone

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.




Client Relationship Manager

@blockfi.com

O |

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

--




Client Relationship Manager

@blockfi.com

O

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*

--




Client Relationship Manager

@blockfi.com

O |

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official*

*statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.




Client Relationship Manager
@blockfi.com
O |

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

--




Client Relationship Manager
@blockfi.com
O |

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than

the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

--




Client Relationship Manager

@blockfi.com

O |

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.