# **Exhibit F**

**Subject:** Re: I need a call to discuss payoff of account today
**From:** "J. VanTubergen" <███████████>
**Date:** 1/4/21, 3:49 PM
**To:** <███████████████@blockfi.com>

Hi ██████,

Sorry to bother you again. Im trying to log into my account but its timing out and wont access.
I tried from my laptop and phone. Is the system down?

Best regards,

███████████████████

J. VanTubergen
███████████
P. ██████████
C. ██████████
F. ██████████

> On Mon, Jan 4, 2021 at 1:59 PM ███████████████ <@blockfi.com> wrote:
>
> Hi J,
>
> I can confirm all is done and all details are in.
>
> You should expect to be funded by the end of the day.
>
> Best,
>
> ████████
>
>> On Mon, Jan 4, 2021 at 1:12 PM jvt <███████████> wrote:
>> Loans have been signed again.
>> Please confirm everything is correct and let me know once its funded to my blockfi usdc account. Thank you for you help on this.
>>
>>
>> Sent from my Verizon, Samsung Galaxy smartphone
>>
>>
>> -------- Original message --------
>> From: ███████████████ <@blockfi.com>
>> Date: 1/4/21 12:59 PM (GMT-05:00)
>> To: "J. VanTubergen" <███████████>
>> Subject: Re: I need a call to discuss payoff of account today
>>
>> Hi J,
>>
>> These changes have been made and the 2 loan applications are ready for you to sign. Please understand we are dealing with record volume these days, therefore, you are being processed as a priority and there may be certain delays.
>>
>> However, please let me know when these are signed so that I can get them in for you.
>>
>> Best,
>>
>> ████████
>>
>>> On Mon, Jan 4, 2021 at 12:46 PM J. VanTubergen <███████████> wrote:
>>> I want it sent to my Blockfi USDC address as instructed in  my previous email please.
>>> Please confirm once completed. I hope this isnt going to slow up the process.
>>>
>>> Best regards,
>>>
>>> ███████████████████
>>>
>>> J. VanTubergen
>>> ███████████
>>> P. ██████████
>>> C. ██████████
>>> F. ██████████
>>>
>>>> On Mon, Jan 4, 2021 at 12:33 PM ███████████████ <@blockfi.com> wrote:
>>>> Hi J,
>>>>
>>>> I copied the funding address from your previous loans, which appears to be an external USDC wallet address you have. If you would like, I can cancel these and resubmit them with your BlockFi USDC address. Please let me know how you would like to proceed.
>>>>
>>>> Best,
>>>>
>>>> ████████
>>>>
>>>>> On Mon, Jan 4, 2021 at 11:57 AM jvt <███████████> wrote:

Loan docs have been signed. Please move over needed collateral and fund the loan. Please put the funds in USDC in my Blockfi account. Please confirm once completed. Thank you.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: [redacted]@blockfi.com>
Date: 1/4/21 11:38 AM (GMT-05:00)
To: jvt [redacted]
Subject: Re: I need a call to discuss payoff of account today

Hi J,

I have just submitted both loan applications for you to review, accept, and sign.

Once signed, please reply to this email so I can get them processed for you.

Best,

On Mon, Jan 4, 2021 at 10:42 AM jvt [redacted] wrote:
> Yes please proceed with both. Thank you.
>
>
> Sent from my Verizon, Samsung Galaxy smartphone
>
>
> -------- Original message --------
> From: [redacted]@blockfi.com>
> Date: 1/4/21 10:08 AM (GMT-05:00)
> To: jvt [redacted]
> Subject: Re: I need a call to discuss payoff of account today
>
> Hi J,
>
> A refinance for the ETH loan would look as follows:

| Loan ID | Payoff Amount |
|---|---|
| b1bd8bd0 | $ 152,071.55 |

| | |
|---|---|
| Collateral | 596.07000000 |
| LTV | 50% |
| Price of Collateral | $ 1,030.00 |

| | |
|---|---|
| New Loan Amt | $ 306,976.05 |

| | |
|---|---|
| New OF | $ 6,139.52 |
| New OF % | 2.00% |

| | |
|---|---|
| Monthly Payment | $ 2,494.18 |

| | |
|---|---|
| Submit Loan For | $ 306,976.05 |
| Netting Additional | $ 154,904.50 |

and the BTC loan would look as follows:

| Loan ID | Payoff Amount |
|---|---|
| 144f3d3a | $ 323,696.04 |

| | |
|---|---|
| Collateral | 35.06000000 |
| LTV | 50% |
| Price of Collateral | $ 32,000.00 |

| | |
|---|---|
| New Loan Amt | $ 560,960.00 |

| | |
|---|---|
| New OF | $ 11,219.20 |
| New OF % | 2.00% |

| | |
|---|---|
| Monthly Payment | $ 4,557.80 |

| | |
|---|---|
| Submit Loan For | $ 560,960.00 |

<u>Netting Additional</u>   $     237,263.96

Let me know what you think and if you would like to move foward.

Best!

On Mon, Jan 4, 2021 at 9:26 AM ████████████████ @blockfi.com> wrote:
> Hi J,
>
> Working on this now for you. Apologize for the delay as volume today is crazy. Ill get back to you shortly with the cash out options.
>
> Best,
>
>
> On Mon, Jan 4, 2021 at 8:19 AM jvt ████████████ wrote:
>> Please send me my cash out options for each loan this morning. Thanks.
>>
>>
>> Sent from my Verizon, Samsung Galaxy smartphone
>>
>> -------- Original message --------
>> From: ████████████████ @blockfi.com>
>> Date: 12/31/20 11:18 AM (GMT-05:00)
>> To: jvt ████████████
>> Subject: Re: I need a call to discuss payoff of account today
>>
>> Hi J,
>>
>> We are currently not processing any refinance requests or loan fundings today, however, I will be glad to reach out to you on Monday to help you with this!
>>
>> Have a happy New Year!
>>
>> Best,
>>
>>
>> On Wed, Dec 30, 2020 at 9:55 PM jvt ████████████ wrote:
>>> Hi ████████,
>>> Please send me an updated loan refinance cash out options. Please separate out each loan by assets on what I could receive by each separately.
>>> Thanks
>>>
>>>
>>> Sent from my Verizon, Samsung Galaxy smartphone
>>>
>>> -------- Original message --------
>>> From: ████████████████ @blockfi.com>
>>> Date: 12/29/20 5:45 PM (GMT-05:00)
>>> To: jvt ████████████
>>> Subject: Re: I need a call to discuss payoff of account today
>>>
>>> Hi J,
>>>
>>> Any chance I can give you a call first thing tomorrow?
>>>
>>> How does 9:30AM EST work for you?
>>>
>>> Best,
>>>
>>>
>>> On Tue, Dec 29, 2020 at 5:17 PM jvt ████████████ wrote:
>>>> ████████████. When you are available please call. Thanks
>>>>
>>>>
>>>> Sent from my Verizon, Samsung Galaxy smartphone
>>>>
>>>> -------- Original message --------
>>>> From: ████████████████ @blockfi.com>
>>>> Date: 12/29/20 4:48 PM (GMT-05:00)
>>>> To: jvt ████████████
>>>> Subject: Re: I need a call to discuss payoff of account today
>>>>
>>>> Hi J,
>>>>
>>>> Let me know when is a good time and a number to call you at to help you with this.
>>>>
>>>> Best,

On Tue, Dec 29, 2020 at 3:11 PM jvt ▇▇▇▇▇ wrote:
> Hi ▇▇▇▇
> I can't get thru on the phone but I need to speak about paying off account today please
>
> Sent from my Verizon, Samsung Galaxy smartphone

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

--



▇▇▇▇▇▇▇▇▇▇
Client Relationship Manager

▇▇▇▇▇▇@blockfi.com
O | ▇▇▇▇▇▇

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*



Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

--



▇▇▇▇▇▇▇▇▇▇
Client Relationship Manager

▇▇▇▇▇▇@blockfi.com
O ▇▇▇▇▇▇

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*



Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any

printouts.

--




Client Relationship Manager

@blockfi.com
O |

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

--




Client Relationship Manager

@blockfi.com
O |

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*




Client Relationship Manager

@
646.360.0834

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

--




    Client Relationship Manager

    @blockfi.com

    O |

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see [BlockFi's Terms of Service](#).

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

--




    Client Relationship Manager

    @blockfi.com

    O |

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see [BlockFi's Terms of Service](#).

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

--




    Client Relationship Manager

    @blockfi.com

    O |

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of

BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see [BlockFi's Terms of Service](#).

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.





Client Relationship Manager

o@blockfi.com
O |

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see [BlockFi's Terms of Service](#).

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.