# **Exhibit G**

**Subject:** Re: New loan request
**From:** jvt ███████████
**Date:** 1/7/21, 9:15 AM
**To:** ███████████████@blockfi.com>

Thank you that would be great :)

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
**From:** ███████████████@blockfi.com>
**Date:** 1/7/21 9:22 AM (GMT-05:00)
**To:** jvt ███████████
**Subject:** Re: New loan request

Hi J,

I can confirm funds will be deposited to your USDC BlockFi Interest Account. I'll have my operations team try and get this in the first loans batch of the day.

Let me know if there is anything else I can help you with!

Best,

███████

On Thu, Jan 7, 2021 at 9:20 AM jv ███████████████ wrote:
> Signed. Please confirm that the funds will go into my usdc blockfi account. Thanks for getting this done.
>
> Sent from my Verizon, Samsung Galaxy smartphone
>
> -------- Original message --------
> **From:** ███████████████@blockfi.com>
> **Date:** 1/7/21 9:14 AM (GMT-05:00)
> **To:** jvt ███████████
> **Subject:** Re: New loan request
>
> Hi J,
>
> I have just submitted this loan for you to review, accept, and sign.
>
> Once signed, we will have it processed and funded by the end of the day.
>
> Please let me know if you have any questions.
>
> Best,
>
> ███████
>
> On Thu, Jan 7, 2021 at 12:29 AM jvt ███████████████ wrote:
>> H███████,
>> Please create a new loan using the 650 Eth in my collateral account at 50%  Should be around $390k.
>> Please have this done first thing in the morning. Thank you.
>>
>> Sent from my Verizon, Samsung Galaxy smartphone
>>
>> This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

--

███████████
Client Relationship Manager

███████@blockfi.com

O | 

Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

--



Client Relationship Manager

@blockfi.com

O | 

Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.