# **<u>Exhibit H</u>**

**Subject:** Re: Refi cash out
**From:** "J. VanTubergen" <███████████>
**Date:** 2/5/21, 2:14 PM
**To:** <███████████@blockfi.com>

Perfect, and these this new loan with be funding to my USDC account I believe?
If everything is good on your end and you've deposited the collateral. I think we are good to go. Thank you!

Best regards,

J. VanTubergen

P. ███████████
C. ███████████
F ███████████

> On Fri, Feb 5, 2021 at 3:09 PM <███████████@blockfi.com> wrote:
> Hi J,
>
> Scratch refunds any extra funds that were overpaid once the full payoff has been completed. They will ACH this to you to the account on record.
>
> Let me know if you have any other questions!
>
> Best,
>
> ███████
>
> > On Fri, Feb 5, 2021 at 3:03 PM J. VanTubergen <███████████> wrote:
> > Perfect. Thank you :)
> > Can you please let me know what happens to the interest payments that were made on those two loans since they weren't due until the end of this month?
> >
> > Best regards,
> >
> > J. VanTubergen
> >
> > P ███████████
> > C. ███████████
> > F. ███████████
> >
> > > On Fri, Feb 5, 2021 at 2:53 PM <███████████@blockfi.com> wrote:
> > > Hi J,
> > >
> > > Just got this in for you and should be funded within the next couple of hours at most.
> > >
> > > Have a great weekend,
> > >
> > > ███████
> > >
> > > > On Fri, Feb 5, 2021 at 2:38 PM J. VanTubergen <███████████> wrote:
> > > > Hi ███████
> > > > I have signed the loan offer. Please submit the collateral from the refied loans for me.
> > > > Please confirm this is completed and that it will be funded today. Thank you.
> > > >
> > > > Best regards,
> > > >
> > > > J. VanTubergen
> > > >
> > > > P. ███████████
> > > > C. ███████████
> > > > F. ███████████
> > > >
> > > > > On Fri, Feb 5, 2021 at 2:29 PM <███████████@blockfi.com> wrote:
> > > > > Hi J,
> > > > >
> > > > > Just submitted this loan app for you to review, accept, and sign.

Please shoot me an email through here letting me know when signed so I can get it in before 3PM cutoff.

Best,

On Fri, Feb 5, 2021 at 1:44 PM ▮▮▮▮▮▮▮▮▮▮▮▮▮@blockfi.com> wrote:
> Hi J,
>
> Looking at this now. Ill get an application in for you to sign shortly.
>
> Best,
>
> On Fri, Feb 5, 2021 at 12:34 PM jvt▮▮▮▮▮▮▮▮▮▮▮ > wrote:
>> You can actually combine this loan #fc7fc2c2 and #fade3835 with total eth of 1273.82. You can just do the max total. Which might be $405k. Which is fine too. Please confirm
>>
>> Sent from my Verizon, Samsung Galaxy smartphone
>>
>> -------- Original message --------
>> From: jvt▮▮▮▮▮▮▮▮▮▮▮
>> Date: 2/5/21 12:08 PM (GMT-05:00)
>> To: ▮▮▮▮▮▮▮▮▮▮▮▮▮@blockfi.com>
>> Subject: Refi cash out
>>
>> Hi ▮▮▮▮▮▮
>> Hope you are doing well.
>> Id like to refinance a
>> #fade3835 that has 595.80 eth as collateral and update the loan size to pull an additional $500k out put into my usdc account.
>> Id like to get this done today. Please confirm.
>>
>> Sent from my Verizon, Samsung Galaxy smartphone
>>
>> This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.
>
> --
> ▮▮▮▮▮▮▮▮▮▮▮
> Client Relationship Manager
>
> ▮▮▮▮▮▮@▮▮▮▮▮▮
> 646.360.0834

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*

▮▮▮▮▮▮▮▮▮▮▮
Client Relationship Manager

▮▮▮▮▮▮▮▮@blockfi.com
O | ▮▮▮▮▮▮▮▮▮

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

--




Client Relationship Manager

███████@blockfi.com
O | ██████████

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

--




Client Relationship Manager

███████@blockfi.com
O | ██████████

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.

This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see [BlockFi's Terms of Service](#).

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.