Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                         Case No.: 22–19361–MBK
                         Chapter:  11
                         Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   BlockFi Inc.
   c/o M3 Partners
   1700 Broadway, 19th Floor
   New York, NY 10019

Social Security No.:

Employer's Tax I.D. No.:
   82–2390015

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on December 13, 2023, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 1965 – 1571
Order Granting Application For Compensation for Kroll Restructuring Administration LLC, fees awarded: $34716.97, expenses awarded: $0.00 (Related Doc # 1571). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/13/2023. (wiq)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 13, 2023
JAN: wiq

                                                                Jeanne Naughton
                                                                Clerk