|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> Jeffrey Traurig <br> **TRAURIG LAW LLC** <br> One University Plaza, Suite 124 <br> Hackensack, NJ  07601 <br> Tel: (646) 974-8650 <br> E-mail:  jtraurig@trauriglaw.com <br> *Counsel for the Fee Examiner* | Order Filed on December 13, 2023 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In re: <br><br> BLOCKFI INC., *et al.*,[1] <br><br><br>                     Debtors | Case No. 22-19361 (MBK) <br><br> Judge Michael B. Kaplan <br><br> Chapter 11 <br><br> (Jointly Administered) |

# ORDER ALLOWING INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES OF THE DEBTORS' RETAINED PROFESSIONALS

      The relief set forth on the following pages(s), number two (2) through three (3), is hereby **ORDERED**.

**DATED: December 13, 2023**

*Honorable Michael B. Kaplan* <br>
United States Bankruptcy Judge

(Page 2)
BLOCKFI INC., et al.
Chapter 11, Case No.: 22-19361 (MBK) (Jointly Administered)
**Order Granting Interim Compensation for the Debtors' Retained Professionals**

Upon the interim fee applications (the "Interim Applications") of the professionals retained in the above-captioned Debtors' chapter 11 cases and listed on **Exhibit A** hereto (collectively, the "Retained Professionals" and each a "Retained Professional") by the Debtors, and this Court having previously authorized the employment of the Retained Professionals in the Debtors' cases; and it appearing that all of the requirements of sections 327, 328, 330, and 331 of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the local rules of this Court have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and proper and adequate notice of the Interim Applications has been given and that no other or further notice is necessary; and no objections or other responses having been filed with regard to the Interim Applications; and in consideration of the various recommendations of the fee examiner, Elise S. Frejka (the "Fee Examiner") with respect to the Interim Applications as set forth in the *Fee Examiner's Consolidated Final Report Regarding Second Interim Fee Applications of Professionals Retained by the Debtors* [Docket No. ____]; and the Court having considered the Interim Applications of the Retained Professionals and the Consolidated Report, and good and sufficient cause appearing therefore, accordingly,

**IT IS HEREBY ORDERED THAT:**

(Page 3)
BLOCKFI INC., et al.
Chapter 11, Case No. : 22-19361 (MBK) (Jointly Administered)
**Order Granting Interim Compensation for the Debtors' Retained Professionals**

1. The Interim Applications are hereby approved in the amounts set forth on **Exhibit A** attached to this Order.

2. The Retained Professionals are hereby granted allowance of compensation and reimbursement of expenses in the amounts set forth on **Exhibit A** under the columns entitled "Total Amount Allowed per Court Order (Fees)" and "Total Amount Allowed per Court Order (Expenses)" (jointly, the "Allowed Professional Claims").

3. The Wind-Down Debtors[2] are hereby authorized and directed to remit to each Retained Professional the full amount of the Allowed Professional Claims less any and all amounts previously paid on account of such fees and expenses. Without limiting the foregoing, any amounts previously held back with respect to the period covered by the Interim Applications may be released in payment of the Allowed Professional Claims.

4. This Order shall constitute a separate order for each Retained Professional and the appeal of any order with respect to any Retained Professional shall have no effect on the authorized fees and expenses of the other Retained Professionals.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

---

[2] As defined in the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications).

Case 22-19361-MBK  Doc 1319-2  Filed 02/15/23  Entered 02/01/23 14:24:07  Desc Document  Page 4 of 6

**EXHIBIT A**

BLOCKFI INC., et al. Case No.: 22-19361 (MBK)

| Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustment | Total Amount Allowed per Court Order (Fees) | Total Amount Allowed per Court Order (Expenses) |
|---|---|---|---|---|---|---|---|
| Kirkland & Ellis LLP and Kirkland and Ellis International LLP, *Co-Counsel to the Debtors* (Dkt. No. 1616) | 04/01/2023 – 07/31/2023 | $6,283,704.00 | $15,000.00 | $1,065,031.40 | $0.00 | $6,268,704.00 | $1,065,031.40 |
| Haynes and Boone, LLP, *Co-Counsel to the Debtors* (Dkt. No. 1575) | 04/01/2023 – 07/31/2023 | $4,499,553.40 | $0.00 | $92,745.16 | $0.00 | $4,499,553.40 | $92,745.16 |
| Cole Schotz P.C., *Local Counsel to the Debtors* (Dkt. No. 1572) | 04/01/2023 – 07/31/2023 | $348,436.50 | $0.00 | $4,960.63 | $2,755.71 | $348,436.50 | $2,204.92 |
| Moelis & Company LLC, *Investment Banker, Capital Markets Advisor, and Financial Advisor to the Debtors* (Dkt. No. 1580) | 04/01/2023 – 07/31/2023 | $800,000.00 | $0.00 | $20,766.63 | $0.00 | $800,000.00 | $26,766.63 |
| Deloitte Tax LLP (*Tax Services Provider to the Debtors*) (Dkt. No. 1513) | 03/01/2023 – 7/31/2023 | 608,099.50 | $1,000.00 | $0.00 | $0.00 | $607,099.50 | $0.00 |
| Kroll Restructuring Administration LLC, *Administrative Advisors to the Debtors* (Dkt. No. 1571) | 04/01/2023 – 07/31/2023 | $34,716.97 | $0.00 | $0.00 | $0.00 | $34,716.97 | $0.00 |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19361-MBK |
| BlockFi Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 13, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BlockFi Inc., c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019-5905 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2023    Signature:    /s/Gustava Winters