| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| **BROWN RUDNICK LLP** <br> Kenneth J. Aulet, Esq. (admitted *pro hac vice*) <br> Seven Times Square <br> New York, New York 10036 <br> (212) 209-4800 <br> kaulet@brownrudnick.com <br><br> **BROWN RUDNICK LLP** <br> Tristan Axelrod, Esq. (admitted *pro hac vice*) <br> One Financial Center <br> Boston, MA 02111 <br> (617)856-8300 <br> taxelrod@brownrudnick.com <br><br> *General Counsel for the Plan Administrator* <br><br> **GENOVA BURNS LLC** <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> 110 Allen Rd., Suite 304 <br> Basking Ridge, NJ 07920 <br> (973) 230-2095 <br> DStolz@genovaburns.com <br> DClarke@genovaburns.com <br><br> *Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP** <br> Richard S. Kanowitz, Esq. (NJ Bar No. 047911992) <br> Lauren M. Sisson, Esq. (NJ Bar No. 394182022) <br> 30 Rockefeller Plaza, 26th Floor <br> New York, New York 10112 <br> (212) 659-7300 <br> richard.kanowitz@haynesboone.com <br> lauren.sisson@haynesboone.com <br><br> *Attorneys for the Plan Administrator* |
| In re: <br><br> BLOCKFI INC., *et al.*, <br><br>       Wind-Down Debtors.[1] | Chapter 11 <br><br> Case No. 22-19361 (MBK) <br><br> (Jointly Administered under a Confirmed Plan[2]) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 19, 2023 AT 10:00 A.M. (ET)

---

[1] The Wind-Down Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691

[2] On October 3, 2023, the Court entered an order [Docket No. 1660] (the "Confirmation Order") confirming the *Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications)* [Docket No. 1609] (as amended and supplemented, the "Plan"). Unless otherwise indicated, capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

## I.    UNCONTESTED MATTERS GOING FORWARD IN MAIN CASE

1.  Second Interim Fee Applications

    a.  Second Application for Compensation for Genova Burns LLC [Docket No. 1506]
    b.  Second Application for Compensation for Brown Rudnick LLP [Docket No. 1507]
    c.  Second Application for Compensation for M3 Partners [Docket No. 1508]
    d.  Second Application for Compensation for Elementus, Inc. [Docket No. 1509]
    e.  Second Application for Compensation for McCarter and English LLP [Docket No. 1511]

    Responses Received: N/A

    Related Documents:

    - Notice of Hearing on Interim Compensation Applications [Docket No. 1919]

    - Amended Notice of Hearing on Interim Compensation Applications [Docket No. 1927]

    - Notice of the Fee Examiner's Consolidated Final Report Regarding Second Interim Fee Applications of Professionals Retained by the Committee [Docket No. 1947]

    **Status:  This court will be deciding on papers. Accordingly, a hearing is no longer necessary with regard to this matter.**

2.  Final Fee Applications

    a.  Final Application for Compensation for Moelis & Company LLC [Docket No. 1796]
    b.  Final Application for Compensation for Kirkland & Ellis LLP. [Docket No. 1896]
    c.  Final Application for Compensation for Cole Schotz P.C. [Docket No. 1897]

    Responses Received: N/A

    Related Documents:

    - Notice of Hearing on Final Compensation Applications [Docket No. 1898]

    - Notice of Adjourned Hearing on Final Compensation Applications [Docket No. 1932]

    - Notice of the Fee Examiner's Consolidated Final Report Regarding Fee Applications of (I) Kirkland & Ellis LLP and Kirkland & Ellis International LLP (II) Cole Schotz P.C.; and (III) Moelis and Company LLC [Docket No. 1958]

**Status:  This court will be deciding on papers. Accordingly, a hearing is no longer necessary with regard to this matter.**

*[Remainder of Page Intentionally Left Blank]*

Dated: December 18, 2023            */s/ Donald W. Clarke*

**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
(973) 230-2095
DStolz@genovaburns.com
DClarke@genovaburns.com

*Local Counsel to the Plan Administrator*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Lauren M. Sisson, Esq. (NJ Bar No. 394182022)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
lauren.sisson@haynesboone.com

*Attorneys for the Plan Administrator*

**BROWN RUDNICK LLP**
Kenneth J. Aulet, Esq. (admitted pro hac vice)
Seven Times Square
New York, New York 10036
(212) 209-4800
kaulet@brownrudnick.com

**BROWN RUDNICK LLP**
Tristan Axelrod, Esq. (admitted pro hac vice)
One Financial Center
Boston, MA 02111
(617)856-8300
taxelrod@brownrudnick.com

*General Counsel to the Plan Administrator*