| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| **BROWN RUDNICK LLP** <br> Kenneth J. Aulet, Esq. (admitted *pro hac vice*) <br> Seven Times Square <br> New York, New York 10036 <br> (212) 209-4800 <br> kaulet@brownrudnick.com <br><br> **BROWN RUDNICK LLP** <br> Tristan Axelrod, Esq. (admitted *pro hac vice*) <br> One Financial Center <br> Boston, MA 02111 <br> (617)856-8300 <br> taxelrod@brownrudnick.com <br><br> *Attorneys for the Plan Administrator* <br><br> **GENOVA BURNS LLC** <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> 110 Allen Rd., Suite 304 <br> Basking Ridge, NJ 07920 <br> (973) 230-2095 <br> DStolz@genovaburns.com <br> DClarke@genovaburns.com <br><br> *Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP** <br> Richard S. Kanowitz, Esq. (NJ Bar No. 047911992) <br> Lauren M. Sisson, Esq. (NJ Bar No. 394182022) <br> 30 Rockefeller Plaza, 26th Floor <br> New York, New York 10112 <br> (212) 659-7300 <br> richard.kanowitz@haynesboone.com <br> lauren.sisson@haynesboone.com <br><br> *Attorneys for the Plan Administrator* |
| In re: <br><br> BLOCKFI INC., *et al.,* <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 22-19361 (MBK) <br><br> *Jointly Administered under a Confirmed Plan[2]* |

## ADJOURNMENT REQUEST

---

[1]     The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

[2]     On October 3, 2023, the Court entered an order confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications). [Docket No. 1609]

1.      I, <u>Donald W. Clarke, Esq.</u>

  ☒  am the attorney for:  <u>the Plan Administrator           </u>,

  ☐  am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

1. Debtors' Motion for Entry of an Order (I) Approving the Sale and Assignment of Certain of the Debtors' Institutional Loans Free and Clear or All Claims, Liens, Rights, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter into the Assignment Agreements, and (III) Granting Related Relief [Docket No. 701].

2. Debtors' Motion to File Under Seal Exhibit A to the Debtors' Motion for Entry of an Order (I) Approving the Sale and Assignment of Certain of the Debtors' Institutional Loans Free and Clear or All Claims, Liens, Rights, Interests, and Encumbrances, (II) Authorizing the Debtors to Enter into the Assignment Agreements, and (III) Granting Related Relief [Docket No. 702].

**Current hearing date and time**:  <u>December 19, 2023 at 10:00 a.m.</u>

**New date requested**:  <u>January 16, 2024 at 11:00 a.m.</u>

**Reason for adjournment request**:  The Wind-Down Debtor/Plan Administrator is considering the transaction and other business matters to be addressed between the Parties.

2.      Consent to adjournment:

☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below):

No timely objection has been filed, but the Wind-Down Debtor/Plan Administrator requests additional time prior to seeking entry of an order on the motion.

I certify under penalty of perjury that the foregoing is true.

  Date: <u>December 19, 2023   </u>  <u>*/s/ Donald W. Clarke*     </u>
                  Signature

**COURT USE ONLY:**

The request for adjournment is:

                 1/16/2024 at 11:00 am

☒  Granted   New hearing date:  <u> x </u>  ☐  Peremptory

☐  Granted over objection(s)  New hearing date: <u>  </u>  ☐  Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested
parties who are not electronic filers of the new hearing date.**