**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

### SUPPLEMENT AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 28, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the following clients of the Debtors, whose names and addresses are undisclosed due to privacy concerns:

| Description of Clients Served | Number of Clients Served |
|---|---|
| Customers | 139 |

- Notice of (I) Entry of the Order (A) Approving the Disclosure Statement on a Final Basis and (B) Confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications) and (II) Occurrence of the Effective Date [Docket No. 1788] (the ***"Notice of Effective Date"***)

On November 30, 2023, at my direction and under my supervision, employees of Kroll caused the Notice of Effective Date to be served via First Class Mail on the Supplemental Service List attached hereto as **Exhibit A.**

*[Remainder of the page intentionally left blank]*

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

Dated: December 14, 2023

        /s/ *Paul Pullo*
        Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 14, 2023, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

# Exhibit A

Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 10290199 | Name on File | Address on File | | | | | |
| 10297851 | Name on File | Address on File | | | | | |
| 10294867 | Name on File | Address on File | | | | | |
| 10293090 | Name on File | Address on File | | | | | |
| 12050903 | Name on File | Address on File | | | | | |
| 10293093 | Name on File | Address on File | | | | | |
| 10294168 | Name on File | Address on File | | | | | |
| 10294808 | ALTERYX | ATTN: CHASE ASCARI | 17200 LAGUNA CANYON RD STE 100 | | IRVINE | CA | 92618-5403 |
| 10596401 | Anchorage Digital | 101 S Reid St Ste 307 | | | Sioux Falls | SD | 57103-7045 |
| 11826683 | Name on File | Address on File | | | | | |
| 11629997 | Name on File | Address on File | | | | | |
| 10297903 | Name on File | Address on File | | | | | |
| 12053803 | Name on File | Address on File | | | | | |
| 10294397 | Name on File | Address on File | | | | | |
| 10290287 | Name on File | Address on File | | | | | |
| 11682130 | Name on File | Address on File | | | | | |
| 12054596 | Name on File | Address on File | | | | | |
| 10297562 | Name on File | Address on File | | | | | |
| 11482832 | Name on File | Address on File | | | | | |
| 11532216 | Name on File | Address on File | | | | | |
| 10293413 | Name on File | Address on File | | | | | |
| 10292778 | Name on File | Address on File | | | | | |
| 11605670 | Name on File | Address on File | | | | | |
| 12055916 | Name on File | Address on File | | | | | |
| 10290332 | Name on File | Address on File | | | | | |
| 11585848 | Name on File | Address on File | | | | | |
| 10298136 | Name on File | Address on File | | | | | |
| 10296078 | Name on File | Address on File | | | | | |
| 10295249 | CAMERONONYOUTUBE | ATTN: CAMERON STARKE | 1107 LILAC LN | | ONTARIO | OR | 97914-4239 |
| 11564313 | Name on File | Address on File | | | | | |
| 10294289 | Name on File | Address on File | | | | | |
| 10297924 | Name on File | Address on File | | | | | |
| 11743014 | Name on File | Address on File | | | | | |
| 10298711 | Name on File | Address on File | | | | | |
| 10296657 | CHIENB | ATTN: BRETT CHIEN | 4 WILLOW WAY | | LAKE FOREST | CA | 92630-7237 |

Exhibit A

Supplemental Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 10294094 | Name on File | Address on File | | | | | |
| 10290408 | Name on File | Address on File | | | | | |
| 10296124 | Name on File | Address on File | | | | | |
| 10290411 | Name on File | Address on File | | | | | |
| 10295337 | CQUALLS | ATTN: QUALLS CAROL | 906 MAPLE AVE | | GRAFTON | WV | 26354-1828 |
| 10294586 | Name on File | Address on File | | | | | |
| 10290425 | Name on File | Address on File | | | | | |
| 10295026 | CRYPTOCASA | ATTN: ROBERT GEISSLER | 454 MORTON AVE | | MILLVILLE | NJ | 08332-9790 |
| 10294886 | CRYPTONEWSNERD22 | ATTN: ALEXANDER ELHART | 314 WOODLAWN DR | | CALDWELL | ID | 83605-4565 |
| 12059251 | Name on File | Address on File | | | | | |
| 11529627 | Name on File | Address on File | | | | | |
| 11694187 | Name on File | Address on File | | | | | |
| 10292704 | Name on File | Address on File | | | | | |
| 10296229 | Name on File | Address on File | | | | | |
| 10296227 | Name on File | Address on File | | | | | |
| 10294063 | Name on File | Address on File | | | | | |
| 11784899 | Name on File | Address on File | | | | | |
| 11623235 | Name on File | Address on File | | | | | |
| 10296264 | DAYON | ATTN: DAYON COTTON | 301 PARISH LN APT 5103 | | ROANOKE | TX | 76262-6757 |
| 11465526 | Name on File | Address on File | | | | | |
| 11701694 | Name on File | Address on File | | | | | |
| 11684954 | Name on File | Address on File | | | | | |
| 10293468 | Name on File | Address on File | | | | | |
| 10592469 | Name on File | Address on File | | | | | |
| 12060760 | Name on File | Address on File | | | | | |
| 11711322 | Name on File | Address on File | | | | | |
| 11488976 | Name on File | Address on File | | | | | |
| 10592484 | Name on File | Address on File | | | | | |
| 11478355 | Name on File | Address on File | | | | | |
| 10295411 | EDMSAUCE | ATTN: STEVEN JACOBS | 2621 ARION CIR | | AUSTIN | TX | 78730-4212 |
| 12061745 | Name on File | Address on File | | | | | |
| 11497214 | Name on File | Address on File | | | | | |
| 11823876 | Name on File | Address on File | | | | | |
| 10290487 | Name on File | Address on File | | | | | |
| 10292461 | Name on File | Address on File | | | | | |

# Exhibit A
Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 10293967 | Name on File | Address on File | | | | | |
| 10294951 | FA40 | ATTN: ZIV AVIV | 9 DUNCANNON AVE | APT 5 | WORCESTER | MA | 01604-5112 |
| 10290501 | Name on File | Address on File | | | | | |
| 11707337 | Name on File | Address on File | | | | | |
| 12062560 | Name on File | Address on File | | | | | |
| 12144703 | Name on File | Address on File | | | | | |
| 10295216 | FINANCE MAGE | ATTN: ANTHONY MOODY | 8829 Thornton Town Fl | | Raleich | NC | 27616-8062 |
| 10592526 | Name on File | Address on File | | | | | |
| 10345357 | Name on File | Address on File | | | | | |
| 12063925 | Name on File | Address on File | | | | | |
| 10592538 | Name on File | Address on File | | | | | |
| 10299018 | Name on File | Address on File | | | | | |
| 11838118 | Name on File | Address on File | | | | | |
| 10294080 | Name on File | Address on File | | | | | |
| 11709439 | Name on File | Address on File | | | | | |
| 10290591 | Name on File | Address on File | | | | | |
| 11687796 | Name on File | Address on File | | | | | |
| 12065969 | Name on File | Address on File | | | | | |
| 10347170 | Name on File | Address on File | | | | | |
| 11705316 | Name on File | Address on File | | | | | |
| 20642465 | Name on File | Address on File | | | | | |
| 10293510 | Name on File | Address on File | | | | | |
| 10298792 | Name on File | Address on File | | | | | |
| 10298130 | Name on File | Address on File | | | | | |
| 11743797 | Name on File | Address on File | | | | | |
| 12216429 | Name on File | Address on File | | | | | |
| 10290626 | Name on File | Address on File | | | | | |
| 12067361 | Name on File | Address on File | | | | | |
| 11536956 | Name on File | Address on File | | | | | |
| 10295513 | HOBBY MINER | ATTN: BRIAN BANKE | 430 COX RD | | GREER | SC | 29651-7260 |
| 10299503 | Name on File | Address on File | | | | | |
| 10297895 | Name on File | Address on File | | | | | |
| 10293196 | Name on File | Address on File | | | | | |
| 11740731 | Name on File | Address on File | | | | | |
| 10295203 | INFORMAL CRYPTO | ATTN: DANIEL RUBINOV | 3485 E APPALOOSA RD | | GILBERT | AZ | 85296-0634 |

Exhibit A
Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 10295914 | IRV OFFICIAL | ATTN: IRVIN PENA | 5961 WOODEN PINE DR | | ORLANDO | FL | 32829-7410 |
| 10296672 | ISAT LLC | ATTN: DONNIE HATCH | 5317 BROWNS LANDING DR | | CHANDLER | TX | 75758-8793 |
| 12233737 | Name on File | Address on File | | | | | |
| 10293421 | Name on File | Address on File | | | | | |
| 10292557 | Name on File | Address on File | | | | | |
| 10294427 | Name on File | Address on File | | | | | |
| 10295557 | Name on File | Address on File | | | | | |
| 10592634 | Name on File | Address on File | | | | | |
| 12069222 | Name on File | Address on File | | | | | |
| 11709696 | Name on File | Address on File | | | | | |
| 11826399 | Name on File | Address on File | | | | | |
| 12069226 | Name on File | Address on File | | | | | |
| 11502140 | Name on File | Address on File | | | | | |
| 10293326 | Name on File | Address on File | | | | | |
| 11490525 | Name on File | Address on File | | | | | |
| 11824368 | Name on File | Address on File | | | | | |
| 10545386 | Name on File | Address on File | | | | | |
| 10295404 | Name on File | Address on File | | | | | |
| 10592651 | Name on File | Address on File | | | | | |
| 11814255 | Name on File | Address on File | | | | | |
| 11733821 | Name on File | Address on File | | | | | |
| 10297268 | KHIP-FM | 80 GARDEN COURT | STE 102 | | MONTEREY | CA | 93940-5367 |
| 10296168 | KILLERMSQUAD | ATTN: JOSELUIS ZAMBRANO | 519 BECKHAM AVE | | ALICE | TX | 78332-6145 |
| 12070588 | Name on File | Address on File | | | | | |
| 11471318 | Name on File | Address on File | | | | | |
| 11738508 | Name on File | Address on File | | | | | |
| 11821655 | Name on File | Address on File | | | | | |
| 10294314 | Name on File | Address on File | | | | | |
| 11520568 | Name on File | Address on File | | | | | |
| 11712447 | Name on File | Address on File | | | | | |
| 10290776 | Name on File | Address on File | | | | | |
| 10290782 | Name on File | Address on File | | | | | |
| 10350963 | Name on File | Address on File | | | | | |
| 10295594 | Name on File | Address on File | | | | | |
| 10294892 | LJROONEY | ATTN: LISA ROONEY | 2101 OLD ALVIN RD | | PEARLAND | TX | 77581-3511 |

Exhibit A

Supplemental Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 12164737 | Luxor Technology Corporation | Jon Conley | Business Operations Manager | 11380 Canal Grande Dr | Fort Myers | FL | 33913-9482 |
| 10296027 | LYNALDEN | ATTN: MADELYN ALDEN SCHWARTZER | 200 SPYGLASS CT | | EGG HBR TWP | NJ | 08234-7753 |
| 10592731 | Name on File | Address on File | | | | | |
| 12073485 | Name on File | Address on File | | | | | |
| 11544817 | Name on File | Address on File | | | | | |
| 10293490 | Name on File | Address on File | | | | | |
| 10297935 | Name on File | Address on File | | | | | |
| 11529495 | Name on File | Address on File | | | | | |
| 10296077 | Name on File | Address on File | | | | | |
| 11482797 | Name on File | Address on File | | | | | |
| 11455933 | Name on File | Address on File | | | | | |
| 10290860 | Name on File | Address on File | | | | | |
| 12074949 | Name on File | Address on File | | | | | |
| 11464811 | Name on File | Address on File | | | | | |
| 12220159 | Name on File | Address on File | | | | | |
| 12075495 | Name on File | Address on File | | | | | |
| 10294196 | Name on File | Address on File | | | | | |
| 10294198 | Name on File | Address on File | | | | | |
| 10290911 | Name on File | Address on File | | | | | |
| 11826897 | Name on File | Address on File | | | | | |
| 11649541 | Name on File | Address on File | | | | | |
| 11621408 | Name on File | Address on File | | | | | |
| 12076230 | Name on File | Address on File | | | | | |
| 11681400 | Name on File | Address on File | | | | | |
| 11715302 | Name on File | Address on File | | | | | |
| 10290943 | Name on File | Address on File | | | | | |
| 11608989 | Name on File | Address on File | | | | | |
| 11645587 | Name on File | Address on File | | | | | |
| 10292718 | Name on File | Address on File | | | | | |
| 10294254 | Name on File | Address on File | | | | | |
| 11545373 | Name on File | Address on File | | | | | |
| 10297328 | NINJA RMM | 301 CONGRESS AVE | STE 400 | | AUSTIN | TX | 78701-4717 |
| 11636262 | Name on File | Address on File | | | | | |
| 11737632 | Name on File | Address on File | | | | | |
| 10295095 | OPTIONSELLERROI | ATTN: GIANCARLO VIVENZIO | 20 NOBLE ST | | DUDLEY | MA | 01571-5786 |

Exhibit A
Supplemental Service List
Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 11457355 | Name on File | Address on File | | | | | |
| 10294433 | Name on File | Address on File | | | | | |
| 10295527 | PATRICK PROMMEL | ATTN: PATRICK PROMMEL | 16 WHITEWOOD CT | | HUNTINGTON | NY | 11743-6025 |
| 10291525 | Name on File | Address on File | | | | | |
| 10293540 | Name on File | Address on File | | | | | |
| 10291011 | Name on File | Address on File | | | | | |
| 11740837 | Name on File | Address on File | | | | | |
| 11530451 | Name on File | Address on File | | | | | |
| 12079599 | Name on File | Address on File | | | | | |
| 11473479 | Name on File | Address on File | | | | | |
| 11735038 | Name on File | Address on File | | | | | |
| 10291028 | Name on File | Address on File | | | | | |
| 10299495 | Name on File | Address on File | | | | | |
| 10592004 | PrepDD | 101 S REID ST | STE 307 | | SIOUX FALLS | SD | 57103-7045 |
| 10297045 | PREPDD, INC. | 101 S REID ST | STE 307 | | SIOUX FALLS | SD | 57103-7045 |
| 10592890 | Name on File | Address on File | | | | | |
| 11791625 | Name on File | Address on File | | | | | |
| 10592906 | Name on File | Address on File | | | | | |
| 10545688 | Name on File | Address on File | | | | | |
| 10297583 | Name on File | Address on File | | | | | |
| 11758836 | Name on File | Address on File | | | | | |
| 11836628 | Name on File | Address on File | | | | | |
| 10294346 | Name on File | Address on File | | | | | |
| 10291541 | Name on File | Address on File | | | | | |
| 10291109 | Name on File | Address on File | | | | | |
| 10291111 | Name on File | Address on File | | | | | |
| 10297803 | Name on File | Address on File | | | | | |
| 10291123 | Name on File | Address on File | | | | | |
| 11761123 | Name on File | Address on File | | | | | |
| 11517979 | Name on File | Address on File | | | | | |
| 12083630 | Name on File | Address on File | | | | | |
| 11784388 | Name on File | Address on File | | | | | |
| 11539146 | Name on File | Address on File | | | | | |
| 11531657 | Name on File | Address on File | | | | | |
| 11793646 | Name on File | Address on File | | | | | |

# Exhibit A

Supplemental Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 10297376 | SC MEDIA LLC | ATTN: SAMANTHA CHEN | 420 MISSION BAY BLVD N | UNIT 503 | SAN FRANCISCO | CA | 94158-2182 |
| 11513244 | Name on File | Address on File | | | | | |
| 10294160 | Name on File | Address on File | | | | | |
| 10592950 | Name on File | Address on File | | | | | |
| 10592951 | Name on File | Address on File | | | | | |
| 10295444 | Name on File | Address on File | | | | | |
| 10291196 | Name on File | Address on File | | | | | |
| 10293509 | Name on File | Address on File | | | | | |
| 11695676 | Name on File | Address on File | | | | | |
| 10298993 | Name on File | Address on File | | | | | |
| 12085898 | Name on File | Address on File | | | | | |
| 11447797 | Name on File | Address on File | | | | | |
| 11485445 | Name on File | Address on File | | | | | |
| 11804508 | Name on File | Address on File | | | | | |
| 10299051 | Name on File | Address on File | | | | | |
| 11727697 | Name on File | Address on File | | | | | |
| 11657079 | Name on File | Address on File | | | | | |
| 11796399 | Name on File | Address on File | | | | | |
| 11740707 | Name on File | Address on File | | | | | |
| 11763864 | Name on File | Address on File | | | | | |
| 11733120 | Name on File | Address on File | | | | | |
| 10291244 | Name on File | Address on File | | | | | |
| 11749506 | Name on File | Address on File | | | | | |
| 12087346 | Name on File | Address on File | | | | | |
| 11519717 | Name on File | Address on File | | | | | |
| 10294195 | Name on File | Address on File | | | | | |
| 10293493 | Name on File | Address on File | | | | | |
| 11752363 | Name on File | Address on File | | | | | |
| 11486440 | Name on File | Address on File | | | | | |
| 12088303 | Name on File | Address on File | | | | | |
| 11663156 | Name on File | Address on File | | | | | |
| 10296530 | Name on File | Address on File | | | | | |
| 10294483 | Name on File | Address on File | | | | | |
| 11791000 | Name on File | Address on File | | | | | |
| 10291292 | Name on File | Address on File | | | | | |

# Exhibit A

Supplemental Service List

Served via First Class Mail

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 11449347 | Name on File | Address on File | | | | | |
| 10294123 | Name on File | Address on File | | | | | |
| 10295699 | UI MAGAZINE | ATTN: BRIAN GRIFFO | 1899 LAKE RD | | SILVER CREEK | NY | 14136-9725 |
| 10291332 | Name on File | Address on File | | | | | |
| 12177049 | Name on File | Address on File | | | | | |
| 10291337 | Name on File | Address on File | | | | | |
| 11752738 | Name on File | Address on File | | | | | |
| 11671553 | Name on File | Address on File | | | | | |
| 10291351 | Name on File | Address on File | | | | | |
| 11740111 | Name on File | Address on File | | | | | |
| 10348062 | Name on File | Address on File | | | | | |
| 10343953 | Name on File | Address on File | | | | | |
| 10593118 | Name on File | Address on File | | | | | |
| 10593119 | Name on File | Address on File | | | | | |
| 10297722 | Name on File | Address on File | | | | | |
| 10294409 | Name on File | Address on File | | | | | |