1

2

3

4

5

George S. Wynns
124 Brewster Street
San Francisco, CA 94110-5304
415-279-7397
georgewynns@gmail.com
Secured Creditor, Appellant pro se.

**FILED**
JEANNE A. NAUGHTON, CLERK

DEC 2 0 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ

BY _____ DEPUTY

6

7

8

9

10

11

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

12

13

14

15

16

17

18

19

20

21

In re:  BLOCKFI, INC., Et al.

               Debtors.

_____

)  Case No. 22-19361  Chapter 11
)
) **SECURED CREDITOR**
) **AND APPELLANT**
) **GEORGE WYNNS'S**
) **NOTICE DESIGNATING .**
)  **RECORD ON APPEAL AND**
)  **STATEMENT OF ISSUES;**
)
)
)
)  Hon. Michael B. Kaplan, Judge

22

23

24

25

26

27

28

NOTICE DESIGNATING RECORD ON APPEAL
AND STATEMENT OF ISSUES

          Appellant George S. Wynns, pro se, respectfully designates the following

record for the appeal and states the following issues:

1

<u>Statement of Issues on Appeal</u>

A.   Did the Bankruptcy Court err in Refusing to Recognize Wynns's
     Status as a secured creditor?

B.   Did the Bankruptcy Court err in Refusing to Grant Wynns's Motion for
     Return of his 4.22 Bitcoin lodged as Security for his Loans from Debtors?

C.   Did the Bankruptcy Court Err in Considering the Debtor's Late-Filed
     Objections to Wynns's Motion for Return of his 4.22 BTC?

D.   Did the Bankruptcy Court Err in Considering the Debtor's Late-Filed
     Response to Wynns's Response and Objection to the Tenth Omnibus
     Objection to Certain Claims.

E.   Did the Bankruptcy Court's and/or Debtors' Failure to Serve Wynns with
     All of the Court's Notices and Documents as Requested by Wynns in his
     Request for Notice (Doc. 119, 12/19/2022) Invalidate Subsequent Orders
     and Proceedings as to Wynns?

Dated, December 18, 2023

Respectfully submitted,

*George Wynns*

George S. Wynns
Appellant pro se

3



FedEx

Envelope
I'm recycl

RT 369
FZ
1
17:00 A
8096
12.20

ORIGIN ID:JCCA    (415) 279-7397
GEORGE WYNNS
GEORGE S WYNNS
124 BREWSTER ST

SHIP DATE: 18DEC23
ACTWGT: 0.20 LB
CAD: 69946865/SSFE24460

SAN FRANCISCO, CA 94110
UNITED STATES US

BILL THIRD PARTY

TO CLERK
US BANKRUPTCY COURT
402 E. STATE STREET

TRENTON NJ 08608

(609) 858-9333
INV:
PO:                    REF:
                       DEPT:

TRK# 7882 4208 8096
0201

SE TTNA

WED – 20 DEC 5:00P
** 2DAY **

08608
NJ-US EWR

FedEx
Express

E

J234023101501uv