George S. Wynns
124 Brewster Street
San Francisco, CA 94110-5304
415-279-7397
georgewynns@gmail.com

FILED
JEANNE A. NAUGHTON, CLERK
DEC 20 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: BLOCKFI, INC., et al.<br><br>Debtors. | ) Case No. 22-19361 Chapter 11<br>)<br>) AFFIDAVIT OF SERVICE BY<br>) CREDITOR GEORGE WYNNS<br>) OF NOTICE DESIGNATING<br>) RECORD ON APPEAL AND<br>) STATEMENT OF ISSUES.<br>)<br>) Honorable Michael B. Kaplan,<br>) Chief Bankruptcy Judge<br>)<br>)<br>) |

**AFFIDAVIT OF SERVICE BY FIRST-CLASS MAIL**

I, George Wynns, declare as follows:

1

1. On December 18, 2023 I served the counsel to the Debtor, Haynes Boone, LLP, with the Noice of Appeal by United States mail, first-class postage prepaid, to their New York office address at 30 Rockefeller Plaza, 26th Floor, New York, NY 10112, and in the same manner to Committee Counsel at Seven Times Square, New York, NY 10036, and to the United States Trustee for the District of New Jersey at One Newark Center, Suite 2100, Newark, NJ  07102, Said service was made via U.S. Mail, first-class postage prepaid, from San Francisco, California on December 18, 2023, by deposit into a U.S. Mail mailbox or receptacle.

    I declare under penalty of perjury under the laws of the United States the foregoing is true and correct.

Dated:  December 18, 2023

/s/  George S. Wynns

George S. Wynns

2