# SCHEDULE C

| Claim# | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s)? |
|---|---|---|---|---|---|---|
| 14140 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 15941 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 16101 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 16106 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 17342 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 17888 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 18252 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 18466 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 19118 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 19566 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 19806 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 19816 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 19825 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 21150 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 21841 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 22287 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 23020 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 24138 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 24527 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 24528 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 24713 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 25146 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 25429 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 25448 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 26881 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 27400 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 27423 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 3118 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 13556 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 19137 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 20647 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 21873 | asdsadasdas | $0 | $0 | $0 | $0 | No |
| 23501 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 24298 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 27147 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 30640 | Department of Treasury - Internal Revenue Service | $0 | $0 | $0 | $0 | No |
| 31583 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 31740 | Texas Department of Banking | $0 | $0 | $0 | $0 | No |
| 31746 | Texas Department of Banking | $0 | $0 | $0 | $0 | No |
| 31748 | New York State Department of Financial Services | $0 | $0 | $0 | $0 | No |
| 31752 | New York State Department of Financial Services | $0 | $0 | $0 | $0 | No |
| 31755 | New York State Department of Financial Services | $0 | $0 | $0 | $0 | No |
| 31757 | New York State Department of Financial Services | $0 | $0 | $0 | $0 | No |
| 31759 | New York State Department of Financial Services | $0 | $0 | $0 | $0 | No |
| 31760 | New York State Department of Financial Services | $0 | $0 | $0 | $0 | No |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0

| Claim# | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s)? |
|---|---|---|---|---|---|---|
| 31761 | New York State Department of Financial Services | $0 | $0 | $0 | $0 | No |
| 31762 | New York State Department of Financial Services | $0 | $0 | $0 | $0 | No |
| 31763 | New York State Department of Financial Services | $0 | $0 | $0 | $0 | No |
| 31767 | Connecticut Department of Banking | $0 | $0 | $0 | $0 | No |
| 32923 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 33450 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 33547 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 33642 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 33682 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 33767 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 33825 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 33850 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 33852 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 33869 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 33874 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 33877 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 33895 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 33903 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 33918 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 33944 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 33946 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 33961 | -Redacted- | $0 | $0 | $0 | $0 | No |
| 948 | Franchise Tax Board | $0 | $0 | $0 | $0 | No |
| 951 | Franchise Tax Board | $0 | $0 | $0 | $0 | No |
| 12942 | Chubb Insurance Company of New Jersey | $0 | $0 | $0 | $0 | No |
| 12945 | Chubb Insurance Company of New Jersey | $0 | $0 | $0 | $0 | No |
| 13138 | ACE American Insurance Company | $0 | $0 | $0 | $0 | No |
| 13432 | Illinois Union Insurance Company | $0 | $0 | $0 | $0 | No |
| 13435 | ACE American Insurance Company | $0 | $0 | $0 | $0 | No |
| 13440 | ACE American Insurance Company | $0 | $0 | $0 | $0 | No |
| 13532 | Illinois Union Insurance Company | $0 | $0 | $0 | $0 | No |
| 13591 | ACE American Insurance Company | $0 | $0 | $0 | $0 | No |
| 13592 | ACE American Insurance Company | $0 | $0 | $0 | $0 | No |
| 13605 | ACE American Insurance Company | $0 | $0 | $0 | $0 | No |
| 13613 | ACE American Insurance Company | $0 | $0 | $0 | $0 | No |
| 13635 | Chubb Insurance Company of New Jersey | $0 | $0 | $0 | $0 | No |
| 13844 | Westchester Surplus Lines Insurance Company | $0 | $0 | $0 | $0 | No |
| 13856 | CMT Digital Ventures Fund I LLC | $0 | $0 | $0 | $0 | No |
| 14068 | Chubb Insurance Company of New Jersey | $0 | $0 | $0 | $0 | No |
| 14295 | Westchester Surplus Lines Insurance Company | $0 | $0 | $0 | $0 | No |
| 14305 | ACE American Insurance Company | $0 | $0 | $0 | $0 | No |
| 14306 | ACE American Insurance Company | $0 | $0 | $0 | $0 | No |
| 14312 | Chubb Insurance Company of New Jersey | $0 | $0 | $0 | $0 | No |
| 14314 | Chubb Insurance Company of New Jersey | $0 | $0 | $0 | $0 | No |
| 14315 | Illinois Union Insurance Company | $0 | $0 | $0 | $0 | No |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0

SCHEDULE C

| Claim# | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s)? |
|---|---|---|---|---|---|---|
| 14316 | Illinois Union Insurance Company | $0 | $0 | $0 | $0 | No |
| 14480 | Illinois Union Insurance Company | $0 | $0 | $0 | $0 | No |
| 14499 | Chubb Insurance Company of New Jersey | $0 | $0 | $0 | $0 | No |
| 14524 | Westchester Surplus Lines Insurance Company | $0 | $0 | $0 | $0 | No |
| 14534 | Chubb Insurance Company of New Jersey | $0 | $0 | $0 | $0 | No |
| 14711 | Westchester Surplus Lines Insurance Company | $0 | $0 | $0 | $0 | No |
| 14830 | Westchester Surplus Lines Insurance Company | $0 | $0 | $0 | $0 | No |
| 14920 | Chubb Insurance Company of New Jersey | $0 | $0 | $0 | $0 | No |
| 14932 | Illinois Union Insurance Company | $0 | $0 | $0 | $0 | No |
| 14940 | Illinois Union Insurance Company | $0 | $0 | $0 | $0 | No |
| 14946 | Illinois Union Insurance Company | $0 | $0 | $0 | $0 | No |
| 14954 | Illinois Union Insurance Company | $0 | $0 | $0 | $0 | No |
| 14963 | Westchester Surplus Lines Insurance Company | $0 | $0 | $0 | $0 | No |
| 14972 | Westchester Surplus Lines Insurance Company | $0 | $0 | $0 | $0 | No |
| 14975 | Westchester Surplus Lines Insurance Company | $0 | $0 | $0 | $0 | No |
| 15099 | Westchester Surplus Lines Insurance Company | $0 | $0 | $0 | $0 | No |
| 15490 | Celsius Network LLC Class Creditor of Class Action described in Adv Pro : Mangano et al v | $0 | $0 | $0 | $0 | No |
| 16066 | Block Fi, et al | $0 | $0 | $0 | $0 | No |
| 26961 | AIG Property Casualty, Inc. | $0 | $0 | $0 | $0 | No |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0