# UNITED STATES BANKRUPTCY COURT

## District of New Jersey

In re:

BlockFi Inc.

| | |
|---|---|
| Chapter: | 11 |
| Case Number: | 22-19361-MBK |
| Civil Number: | |
| Adversary Number: | |
| Bankruptcy Judge: | Kaplan |

## TRANSMITTAL OF DOCUMENT(S) TO:

☒ **DISTRICT COURT**   ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal ☒ Order being Appealed ☐ Designation of Record on Appeal

☐ Statement of Issues ☐ Transcript ☐ Transcript Ordered On: _____

☐ Motion for Leave to Appeal ☐ Certification of Failure to File Designation ☐ Motion to Withdraw the Reference

☐ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on  11/20/23 _____.   The parties to the appeal are:

Appellant(s):   George S. Wynns

Attorney:   _____

Address:   124 Brewsteer Street

San Francisco, CA 94110

Appellee(s):   BlockFi Inc.

Attorney:   Michael D. Sirota Cole Schotz P.C.

Address:   25 Main St.

Hackensack, NJ 07601

Title of Order Appealed:   ORDER DENYING MOTION OF SECURED CREDITOR GEORGE WYNNS FOR RETURN OF 4.22 BITCOIN IN EXCHANGE FOR OWED UPON LOAN

Date Entered On Docket:   11/6/23

☐   An appeal has not previously been filed in this case.

☒   The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| 23-CV-21306-ZNQ | Judge Zahid N. Quraishi | 10/20/23 |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____

By: _____

Judge assigned: _____

Date: _____

*rev. 8/28/17*