| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| **BROWN RUDNICK LLP** <br> Kenneth J. Aulet, Esq. (admitted *pro hac vice*) <br> Seven Times Square <br> New York, New York 10036 <br> (212) 209-4800 <br> kaulet@brownrudnick.com <br><br> **BROWN RUDNICK LLP** <br> Tristan Axelrod, Esq. (admitted *pro hac vice*) <br> One Financial Center <br> Boston, MA 02111 <br> (617)856-8300 <br> taxelrod@brownrudnick.com <br><br> *General Counsel for the Plan Administrator* <br><br> **GENOVA BURNS LLC** <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> 110 Allen Rd., Suite 304 <br> Basking Ridge, NJ 07920 <br> (973) 230-2095 <br> DStolz@genovaburns.com <br> DClarke@genovaburns.com <br><br> *Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP** <br> Richard S. Kanowitz, Esq. (NJ Bar No. 047911992) <br> Lauren M. Sisson, Esq. (NJ Bar No. 394182022) <br> 30 Rockefeller Plaza, 26th Floor <br> New York, New York 10112 <br> (212) 659-7300 <br> richard.kanowitz@haynesboone.com <br> lauren.sisson@haynesboone.com <br><br> *Attorneys for the Plan Administrator* |

| | |
|---|---|
| In re: <br><br> BLOCKFI INC., *et al.*, <br><br>                    Debtors.[1] | Chapter 11 <br><br> Case No. 22-19361 (MBK) <br><br> *Jointly Administered under a Confirmed Plan*[2] |

### APPELLEE/WIND-DOWN DEBTORS' COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

[2] On October 3, 2023, the Court entered an order confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications). [Docket No. 1609]

In accordance with Fed. R. Bankr. P. 8009(a)(2), Appellee BlockFi, Inc. ("Appellee") respectfully submits the following counter-designation of additional items to be included on the record on appeal. Appellant George S. Wynns ("Appellant") appeals from the November 6, 2023 Order of the U.S. Bankruptcy Court for the District of New Jersey (Hon. Michael B. Kaplan, U.S.B.J.) [ECF No. 1841] and the November 7, 2023 Order granting Debtors' Tenth Omnibus Objection to Certain Claims [ECF No. 1841], which has been docketed as *George S. Wynns v. BlockFi, Inc.*, No. 3:23-cv-21306-ZNQ, in the U.S. District Court for the District of New Jersey [ECF No. 1895].

On December 20, 2023, Appellant filed a document titled "Notice Designating Record on Appeal and Statement of Issues" [ECF No. 2003]. Appellant's Notice failed to list any items to be included in the record on appeal and Appellant has not indicated it has ordered the relevant transcripts as required by Fed. R. Bankr. P. 8009(b).

## DESIGNATION OF ADDITIONAL ITEMS
## TO BE INCLUDED IN RECORD ON APPEAL

Appellee cross-designates the following items to be included in the record on appeal, including the relevant transcripts that have already been ordered and filed on the record of the Bankruptcy Court, as noted below:

| ECF No. | Filing Date | Description |
| --- | --- | --- |
| 17 | 11/28/22 | Declaration Of Mark A. Renzi In Support Of Debtors' Chapter 11 Petitions And First-Day Motions |
| 121 | 12/19/22 | Debtors' Motion For Entry Of An Order (I) Authorizing The Debtors To (A) Honor Withdrawals From Wallet Accounts, (B) Update The User Interface To Properly Reflect Transactions And Assets As Of The Platform Pause, And (C) Conduct Ordinary Course Reconciliation Of Accounts, And (II) Granting Related Relief |
| 609 | 3/13/23 | Order Granting Debtors' Motion For Entry Of An Order (A) Approving The (I) Omnibus Claims Objection Procedures And Form Of Notice, (II) Omnibus Substantive Claims Objections, And (III) |

2

| ECF No. | Filing Date | Description |
|---|---|---|
| | | Satisfaction Procedures And Form Of Notice, (B) Waiving Bankruptcy Rule 3007(E), And (C)Granting Related Relief |
| 822 | 5/2/23 | Amended Declaration Of Amit Cheela, Chief Financial Officer Of Blockfi Inc., In Support Of The Debtors' Motion For Entry Of An Order (I) Authorizing The Debtors To (A) Honor Withdrawals From Wallet Accounts, (B) Update The User Interface To Properly Reflect Transactions And Assets As Of The Platform Pause, And (C) Conduct Ordinary Course Reconciliation Of Accounts, And (II) Granting Related Relief |
| 842 | 5/7/23 | Stipulated Facts as to Wallet Motion |
| 853 | 5/9/23 | Transcript of Hearing Held 5/8/23 |
| 923 | 5/27/23 | Order (I) Authorizing The Debtors To (A) Honor Withdrawals From Wallet Accounts, (B) Update The User Interface To Properly Reflect Transactions And Assets As Of The Platform Pause, And (C) Conduct Ordinary Course Reconciliation Of Accounts, And (II) Granting Related Relief |
| 1309 | 8/3/23 | Third Amended Joint Chapter 11 Plan Of Blockfi Inc. And Its Debtor Affiliates Pursuant To Chapter 11 Of The Bankruptcy Code |
| 1310 | 8/3/23 | Disclosure Statement Relating to the Third Amended Joint Chapter 11 Plan Of Blockfi Inc. And Its Debtor Affiliates Pursuant To Chapter 11 Of The Bankruptcy Code |
| 1437 | 9/1/23 | Debtors' Tenth Omnibus Objection to Certain Claims |
| 1510 | 9/15/23 | Affidavit of Service |
| 1573 | 9/22/23 | Affidavit of Service |
| 1588 | 9/23/23 | Affidavit of Service |
| 1633 | 10/2/23 | Objection and Response of Secured Creditor George Wynns to Tenth Omnibus Objection to Certain Claims |
| 1652 | 10/3/23 | Affidavit of Secured Creditor George Wynns in Support of Creditor's Objection to Debtors' Tenth Omnibus Objection to Certain Claims |
| 1655 | 10/3/23 | Revised Findings Of Fact, Conclusions Of Law, And Order (I) Approving The Disclosure Statement Relating To The Third Amended Joint Chapter 11 Plan Of Blockfi Inc. And Its Debtor Affiliates Pursuant To Chapter 11 Of The Bankruptcy Code On A Final Basis And (II) Confirming The Third Amended Joint Chapter 11 Plan Of Blockfi Inc. And Its Debtor Affiliates Pursuant To Chapter 11 Of The Bankruptcy Code (Additional Technical Modifications) |
| 1741 | 10/16/23 | Motion of Secured Creditor George Wynns For Return of His 4.22 Bitcoin in Exchange for Owed Upon Loan |
| 1811 | 10/30/23 | Wind-Down Debtors' Objection To Motion Of Secured Creditor George Wynns For Return Of His 4.22 Bitcoin In Exchange For Owed Upon Loan |

| ECF No. | Filing Date | Description |
|---|---|---|
| 1831 | 11/2/23 | Wind-Down Debtors' Reply To George Wynns's Objection And Response To Debtors' Tenth Omnibus Objection To Certain Claims |
| 1841 | 11/6/23 | Order Denying Motion Of Secured Creditor George Wynns For Return Of 4.22 Bitcoin In Exchange For Owed Upon Loan |
| 1846 | 11/7/23 | Order Granting Debtors' Tenth Omnibus Objection To Certain Claims |
| 1858 | 11/8/23 | Transcript of Hearing Held 11/6/23 |
| 1867 | 11/10/23 | Affidavit of Service |
| 1895 | 11/20/23 | Notice of Appeal to District Court |

## **RESERVATION**

Appellee reserves the right to amend, modify, and/or supplement the foregoing Counter-Designation.

Dated: January 3, 2024                    Respectfully submitted,

**GENOVA BURNS LLC**

By:  _/s/ Daniel M. Stolz_____
       Daniel M. Stolz, Esq.
       Donald W. Clarke, Esq.
       Lawrence Bluestone, Esq.
       110 Allen Rd., Suite 304
       Basking Ridge, NJ 07920
       (973) 230-2095
       DStolz@genovaburns.com
       DClarke@genovaburns.com
       LBluestone@genovaburns.com


**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq.
Lauren M. Sisson, Esq.
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
lauren.sisson@haynesboone.com


17358851v1 (25400.002)

4