# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEWJERSEY

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 |
| BLOCKFI., *et al.,* | § § | CASE NO. 22-19361 (MBK) |
| Debtors. | § § § | |

## RESPONSE OF INDIVIDUAL CLAIMANTS TO
## DEBTORS' TWELFTH OMNIBUS OBJECTION

Daniel J. Thornburgh, Esq., as counsel to certain Creditors identified herein, hereby submits this statement in response (the "Response") to the *Debtors' Twelfth Omnibus Objection to Claims Filed Against BlockFi Wallet LLC (Wallet Account Funds Are Not Property of the Estate and Are Available for Withdrawal in Full)* (the "Omnibus Objection")[1], and states as follows:

Daniel J. Thornburgh, Esq. is counsel to certain Creditors to which the Debtors have objected in the Omnibus Objections. The below Creditors do not dispute the Debtors' objections to the following Wallet claims:

| | | |
|---|---|---|
| 25801 | 25965 | 26808 |
| 15007 | 15411 | 27160 |
| 26629 | 29522 | 26470 |
| 14104 | 15825 | 8015 |
| 13033 | 26467 | 14484 |
| 26547 | 14227 | 27017 |
| 26675 | 14217 | 8511 |
| 26669 | 25824 | 13520 |
| 15127 | 26593 | 15685 |
| 26532 | 6753 | 14222 |
| 26559 | 25823 | 26580 |

---

[1] Docket Entry ("DE") 1878.

Dated: January 4, 2024                              Respectfully submitted,

*/s/ Daniel J. Thornburgh*
Daniel J. Thornburgh (*pro hac vice*)
FL Bar No. 42661
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
*Attorney for Various BlockFi Creditor Claimants*

## **CERTIFICATE OF SERVICE**

I, Daniel J. Thornburgh, do hereby certify that I have this date transmitted this Electronic Case Filing as it appears on this date in the Court registered e-filers of CMECF, a true and correct copy of the above and foregoing Response of Individual Claimants to Debtors' Omnibus Objections dated January 4, 2024 to the below parties:

Service Provided via Notice of Electronic Filing (NEF) through ECF system:

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted pro hac vice)
Christine A. Okike, P.C. (admitted pro hac vice)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted pro hac vice)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and Debtors in Possession*

Office of the United States Trustee for the District of New Jersey
Attn: Jeffrey Sponder, Esq and Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Jeffrey.M.Sponder@usdoj.gov
Lauren.Bielskie@usdoj.gov
**U.S. Trustee**

**Brown Rudnick LLP**
Seven Times Square
New York, NY 10036
Attn: Robert J. Stark, Esq. and Kenneth Aulet, Esq.
rstark@brownrudnick.com
kaulet@brownrudnick.com

and

**Genova Burns LLC**
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Attn: Daniel M. Stolz, Esq. and Donald W. Clarke, Esq.
DStolz@genovaburns.com
DClarke@genovaburns.com
**Committee**

Dated: January 4, 2024    Respectfully submitted,

/s/ Daniel J. Thornburgh
Daniel J. Thornburgh (*pro hac vice*)
FL Bar No. 42661
Aylstock, Witkin, Kreis, & Overholtz
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
*Attorney for Various BlockFi Creditor Claimants*