# **CERTIFICATE OF SERVICE**

I, JOHN C. KILGANNON, ESQUIRE, hereby certify that on this 4th day of January, 2024, the foregoing *Limited Objection of Equi Funds to Twelfth and Fourteenth Omnibus Claims Objections* was served via first-class mail, postage prepaid to the following and to all parties who receive notice through the Court's ECF system:

U.S. Department of Justice
Office of U.S. Trustee
One Newark Center
Suite 1401
Newark, NJ  07102

Cole Schotz, P.C.
Michael D. Sirota, Esquire
Warren A. Usatine, Esquire
Court Plaza North, 25 Main Street
Hackensack, NJ 07601

Kirkland & Ellis LLP
Kirkland & Ellis International LLP
Joshua A. Sussberg, P.C.
Christine A. Okike, P.C.
601 Lexington Avenue
New York, NY 10022

Haynes And Boone, LLP
Richard S. Kanowitz, Esquire
Kenric D. Kattner, Esquire
30 Rockefeller Plaza, 26th Floor
New York, NY 10112
(212) 659-7300

*/s/ John C. Kilgannon*
John C. Kilgannon

01/04/2024 SL1 1967704v1 116577.00001