**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Nicholas Vass, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused the following document to be served via email on the following parties of the Twelfth Omnibus Objection Claimants, whose names, and email addresses are undisclosed due to privacy concerns:

- Amended Certification of Amit Cheela in Support of Wind-Down Debtors' Twelfth Omnibus Objection to Claims Filed Against BlockFi Wallet Inc [Docket No. 2009]

| Date of Service | Method of Service | Description of Parties Served | Number of Clients Served |
|---|---|---|---|
| December 22, 2023 | Email | Twelfth Omnibus Objection Claimants | 11,798 |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

Dated: January 5, 2024

                                                          */s/ Nicholas Vass*
                                                          Nicholas Vass

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 5, 2024, by Nicholas Vass, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024