# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re: 

| | |
|---|---|
| Chapter: | _____ |
| Case Number: | _____ |
| Civil Number: | _____ |
| Adversary Number: | _____ |
| Bankruptcy Judge: | _____ |

**TRANSMITTAL OF DOCUMENT(S) TO:**
❑ **DISTRICT COURT**    ❑ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

❑ Notice of Appeal    ❑ Order being Appealed    ❑ Counter-Designation of Record on Appeal

❑ Statement of Issues    ❑ Transcript    ❑ Transcript Ordered On: _____

❑ Motion for Leave to Appeal    ❑ Certification of Failure to File Designation    ❑ Motion to Withdraw the Reference

❑ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____. The parties to the appeal are:

Appellant(s): _____        Appellee(s): _____

Attorney: _____        Attorney: _____

Address: _____        Address: _____

_____        _____

Title of Order Appealed: _____

Date Entered On Docket: _____

❑ An appeal has not previously been filed in this case.

❑ The following list contains information regarding all appeals previously filed in this case:

| **District Court Case Number** | **District Court Judge Assigned** | **Date of Transmission of Record to District Court** |
|---|---|---|
| | | |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____        Judge assigned: _____

By: _____        Date: _____

*rev. 8/28/17*