# **EXHIBIT Z**

# Ann Murphy

| | |
|---|---|
| **From:** | J. VanTubergen <jvt@eagd2d.com> |
| **Sent:** | Wednesday, December 13, 2023 12:42 PM |
| **To:** | Joao F. Magalhaes |
| **Subject:** | Fwd: Request For Blockfi Liquidation Documentation |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**External email: careful w/links or attachments.**

---------- Forwarded message ---------
From: **AGENT 7**
Date: Thu, Aug 25, 2022 at 10:30 AM
Subject: Re: Request For Blockfi Liquidation Documentation
To: jvt <jvt@eagd2d.com>
Cc: **AGENT6**

Hi J,

See below the requested info. The green highlight indicates what the collateral account was at before the first sale. The red highlight indicates what the collateral account would have been at after the last sale on the loan.

| Loan ID | Date | Time (UTC) | Transaction Type | Collateral Type | Pre-Sale Collateral Balance | Collateral Sold | Dollars Raised | Post-Sale Collateral Balance |
|---|---|---|---|---|---|---|---|---|
| 736435a7 | 1/21/2022 | 3:30 AM | Forced | BTC | 72.05 | 31.35437598 | $1,203,243.90 | 40.69562402 |
| 736435a7 | 5/9/2022 | 10:58 AM | Forced | BTC | 40.69562402 | 17.55770306 | $569,607.41 | 23.13792096 |
| 736435a7 | 5/12/2022 | 9:03 PM | Voluntary | BTC | 26.13792096 | 19.40627623 | $548,455.56 | 6.73164473 |
| 5be66333 | 1/22/2022 | 10:08 AM | Forced | ETH | 841.0927540 | 363.2473198510 | $843,997.44 | 477.8454341490 |
| 5be66333 | 5/11/2022 | 1:00 PM | Voluntary | ETH | 477.8454341490 | 370.6578508570 | $793,510.13 | 107.1875832920 |
| oo7f64cd | 1/21/2022 | 3:33 AM | Forced | BTC | 39.1216986 | 17.40247679 | $664,855.46 | 21.71922281000 |
| ce7f64ed | 5/9/2022 | 2:53 PM | Forced | BTC | 21.71922281000 | 9.2020154 | $297,662.82 | 12.5172074100 |
| 558207a5 | 5/19/2021 | 8:39 PM | Forced | ETH | 3283.602400 | 1565.244200 | $3,540,582.38 | 1,718.3582000 |
| 25056814 | 6/22/2021 | 11:13 AM | Forced | BTC | 78.383300 | 6.325708128 | $183,780.59 | 72.05759187 |
| 176fcbc3 | 6/22/2021 | 11:13 AM | Forced | BTC | 42.49461405 | 3.429410672 | $99,634.56 | 39.06520338 |
| 1a118e43 | 7/13/2021 | 11:59 PM | Forced | ETH | 3334.9282 | 1781.305297 | $3,471,443.75 | 1,553.62290300 |
| 1a118e43 | 7/19/2021 | 11:59 PM | Forced | ETH | 1,553.62290300 | 818.4278968 | $1,429,954.44 | 735.19500623 |

Best,
**AGENT 7**

On Wed, Aug 24, 2022 at 12:04 PM jvt <jvt@eagd2d.com> wrote:

**AGENT 7** and **AGENT6**

Please send over all of my cryptocurrency balances before and after each liquidation.
What My balances were for each currency and what my balances were after each liquidation along with date and time stamps.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------

1

From: **AGENT 7**
Date: 6/28/22 5:22 PM (GMT-05:00)
To: jvt <jvt@eagd2d.com>
Cc: **AGENT6**
Subject: Re: Request For Blockfi Liquidation Documentation

Hi John,

Similar to other exchanges (non-defi), our transactions are done internally and are not recorded on-chain. The liquidations are done automatically when the Loan's LTV trigger hits.

You would have also received an email after each liquidation with a trade summary.

**AGENT 7**

On Tue, Jun 28, 2022 at 4:15 PM jvt <jvt@eagd2d.com> wrote:
> Josh,
> How are these transactions confirmed and identified on chain?
> What are /where the transaction ids identifiers? hash id#, wallet id, etc,
>
> Where they sold individually for each loan, batched together with the other loans, or in tranches with other clients?
>
> I need to be able to see and review this on chain data to track and confirm these transactions.
>
> Please assist.
>
>
>
> Sent from my Verizon, Samsung Galaxy smartphone
>
>
> -------- Original message --------
> From: **AGENT6**
> Date: 6/28/22 3:47 PM (GMT-05:00)
> To: jvt <jvt@eagd2d.com>
> Cc: **AGENT 7**
> Subject: Re: Request For Blockfi Liquidation Documentation
>
> Hello John,
>
> Attached is the updated liquidation summary that includes timestamps (note that these are in UTC timezone) and also a designation for forced and voluntary liquidations.



**AGENT6**

**AGENT6**

On Mon, Jun 27, 2022 at 1:47 PM jvt <jvt@eagd2d.com> wrote:
Please indicate the time stamps of each transaction as well as which transacations were forced liquidations and which were voluntary payoffs and which were refinances.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From:           **AGENT6**
Date: 6/27/22 2:33 PM (GMT-05:00)
To: jvt <jvt@eagd2d.com>
Cc:           **AGENT 7**
Subject: Re: Request For Blockfi Liquidation Documentation

Hi John,

Please see the attached file for the summary of loan liquidations performed.



**AGENT6**

On Mon, Jun 27, 2022 at 10:19 AM jvt <jvt@eagd2d.com> wrote:
Ok Thank you

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From:           **AGENT6**
Date: 6/27/22 12:46 PM (GMT-05:00)
To: jvt <jvt@eagd2d.com>,           **AGENT 7**
Subject: Re: Request For Blockfi Liquidation Documentation

Hi John,

3

We are in receipt of your request and have begun working to pull together the requested documentation. BlockFi will do its best to deliver this content to you as you requested but it may take us several days in order to fully complete.



AGENT6

On Mon, Jun 27, 2022 at 6:58 AM jvt <jvt@eagd2d.com> wrote:
> Please email over any and all confirmation documents of each forced liquidation in regards to all accounts for John VanTubergen.
> Including but not limited to liquidation dates, times, amounts, crypto, fiat, and fees totals.of each liquidation transaction.
>
> Please have this sent over by the end of the day. Thank you.
>
> Sincerely,
> John VanTubergen
>
>
>
> This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.
This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.
This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.
This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

--

**AGENT 7**

*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.
This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see BlockFi's Terms of Service.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

--



*Disclaimer: Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer. Additionally, any discussions around more favorable terms/prices to your loan are merely conversations exploring alternatives that could potentially improve your experience as a BlockFi client and do not constitute formal offers on behalf of BlockFi.*

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of BlockFi Inc or its affiliated entities. To the extent this e-mail contains a specifically indicated offer, such offer shall be immediately terminated upon the occurrence of either (i) a 1% movement in the value of the relevant cryptocurrency or (ii) 48 hours from the time of offer.
This e-mail is meant only for the intended recipient of this transmission, and may contain trade secrets and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (646) 779-9688 or by return email and promptly delete this message from your system

For more information, please see [BlockFi's Terms of Service](#).

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.