# EXHIBIT AA

| Liquidation Date & Time (E.T.) | BlockFi Lending Loan ID No. | Transaction Type | LSA Loan Amount | Posted Collateral Value (Per entry LTV of 50%, 2X Loan Amount*) | Cryptocurrency Collateral Posted at Time of LSA | Required LTV (per LSA § 6(a)) | Maximum (Liquidation Point) LTV (per LSA § 7(a)) | Additional Crypto Collateral Posted per BlockFi Demands |
|---|---|---|---|---|---|---|---|---|
| 5/19/2021 at 3:39PM (per BlockFi) / or 5/20/2021 (factual record) | 558207a5 | FORCED | $6,300,300.00 | $12,600,600.00 | 3047.14 ETH | 70% | 80% | 236.4624 ETH |
| 6/22/2021 at 6:13AM | 250568f4 | FORCED | $1,856,300.00 | $3,712,600.00 | 64.03 BTC | 70% | 80% | 14.3533 BTC |
| 6/22/2021 at 6:13AM | 176fcbc3 | FORCED | $1,003,000.00 | $2,006,000.00 | 34.87 BTC | 70% | 80% | 7.62461405 BTC |
| 7/13/2021 at 6:59PM | 1a118e43 | FORCED | $5,928,830.21 | $12,600,600.00 (purported reinstatement of LSA 558207a5) | 3334.9282 ETH [Should have been 4,230.12 ETH; 895.1918 ETH missing due to BlockFi Lending] | 80% | 90% | N/A |
| 7/19/2021 at 6:59PM | 1a118e43 | FORCED | 5,928,930.21 | $12,600,600.00 | 3334.9282 ETH [Should have been 4,230.12 ETH; 895.1918 ETH missing due to BlockFi Lending] | 80% | 90% | N/A |
| 1/21/2022 at 10:30PM | 736435a7 | FORCED | $2,298,300.00 | $2,298,300.00 (purported refinance of LSA 25056f4) | 72.05 BTC | 70% | 80% | N/A |
| 1/21/2022 at 10:33PM | ce7f64ed | FORCED | $1,245,949.14 | $2,491,898.28 (purported refinance of LSA 176fcbc3) | 39.05 BTC | 70% | 80% | $63,813.016 per BTC 0.0716986 Btc |
| 1/22/2022 at 5:08AM | 5be66333 | FORCED | $1,622,000.00 | $3,244,000.00 (purported refinance of LSA 1a118e43) | 719.83 ETH | 70% | 80% | $4,506.619 per ETH 121.262754 Eth |
| 5/9/2022 at 5:58AM | 736435a7 | FORCED | $2,298,300.00 | Continued LSA 736435a7 | 72.05 BTC | 70% | 80% | Continued LSA 736435a7 |
| 5/9/2022 at 9:53AM | ce7f64ed | FORCED | $1,245,949.14 | Continued LSA ce7f64ed | 39.05 BTC | 70% | 80% | Continued LSA ce7f64ed |
| 5/11/2022 at 8:00AM | 5be66333 | Voluntary | $1,622,000.00 | FINAL ETH LSA 5be66333 | 719.83 ETH | 70% | 80% | Continued LSA 5be66333 |
| 5/12/2022 at 4:03PM | 736435a7 | Voluntary | $2,298,300.00 | FINAL BTC LSA 736435a7 | 72.05 BTC | 70% | 80% | Continued LSA 736435a7 |
| | | | | *Except for LSA 1a118e43 w/ entry LTV of 60% | | | | |

| BlockFi Lending Loan ID No. | Loan Balance Pre-Liquidation | Total Posted Collateral Pre-Liquidation (per Liquidation Summary unless otherwise noted) | Value of Collateral Pre-Liquidation (per Gemini pricing data) | Loan-to-Value (LTV) @ Liquidation (per Gemini pricing data) | Units of Collateral Liquidated at Date & Time (Column A)*** | Crypto Collateral Post-Liquidation Balance | Percentage (%) of Collateral Liquidated |
|---|---|---|---|---|---|---|---|
| 558207a5 | $6,300,300.00 | 3283.6024 ETH [+ Surplus 558207a5 Collateral**] | May 19: $8,544,294.60 [+ $1,917,703.78 = $10,461,998.40]; May 20: $8,923,419.37 [+ $1,917,703.78 = $10,841,123.20] | May 19: 73.74% [60.22%]; May 20: 70.60% [58.11%] | 1565.2442 | 1,718.36 | 47.67% |
| 250568f4 | $1,856,300.00 | 78.3833 BTC | $2,472,015.60 | 75.09% | 6.325708128 | 72.05759187 | 8.07% |
| 176fcbc3 | $1,003,000.00 | 42.49461405 BTC | $1,340,175.10 | 74.64% | 3.429410672 | 39.06520338 | 8.07% |
| 1a118e43 | $5,928,830.21 | 3334.9282 ETH [should have been 4,230.12 ETH] | $6,474,529.60 [should have been $8,212,481.87] | 91.57% [should have been 72.19%] | 1781.305297 | 1,553.62 | 53.41% |
| 1a118e43 | 2,457,386.46 | 1553.622903 ETH [should have been 2,448.8147 ETH] | $2,825,030.2 [should have been $4,452,802.21] | 86.99% [should have been 55.19%] | 818.4278968 | 735.1950062 | 52.68% |
| 736435a7 | $2,298,300.00 | 72.05 BTC | $2,788,871 | 82.40% | 31.35437598 | 40.69562402 | 43.52% |
| ce7f64ed | $1,245,949.14 | 39.1216986 BTC | $1,503,792.20 | 82.85% | 17.40247579 | 21.71922281 | 44.48% |
| 5be66333 | $1,622,000.00 | 841.092754 BTC | $1,968,939.20 | 82.40% | 363.2473199 | 477.8454341 | 43.19% |
| 736435a7 | $1,095,056.10 | 40.69562402 BTC | $1,331,594.50 | 82.24% | 17.55770306 | 23.13792096 | 43.14% |
| ce7f64ed | $581,093.68 | 21.71922281 BTC | $707,217.18 | 82.17% | 9.2020154 | 12.51720741 | 42.37% |
| 5be66333 | $778,002.56 | 477.845434149 ETH | $1,033,350.20 | 75.29% | 370.6578509 | 107.1875833 | 77.57% |
| 736435a7 | $525,448.69 | 26.13792096 ETH | $743,356.69 | 70.69% | 19.40627623 | 6.73164473 | 74.25% |
| | | ** As explained by Claimant's Supplemental Certification, the Surplus 558207a5 Collateral consisted of ETH, USD Coin and Chainlink with a value of approximately $1,917,703.78 | | | *** With regard to LSA 558207a5, it is believed that same was actually manually liquidated on 5/20/2021, instead of automatically on 5/19/2021. | | |

| BlockFi Lending Loan ID No. | Loan Balance After Liquidation | Liquidation Proceeds Generated by BlockFi (per BlockFi's unknown valuation) | USD % of Collateral Sold vs Loan Amount (per BlockFi's unknown valuation) | BlockFi Lending's Per Unit (ETH/BTC) Value Realized @ Liquidation | Actual Gemini Per Unit (ETH/BTC) Price @ Time of Liquidation | Gemini USD Fair Market Value of Units Liquidated | Gemini % of USD Collateral Sold |
|---|---|---|---|---|---|---|---|
| 558207a5 | $2,759,717.62 | $3,540,582.38 | 56.20% | $2,262 PER ETH | 5-19-21: $2,602.11 / 5-20-21 $2,717.57 | $4,072,937.58 / $4,253,660.68 | 64.6% / 67.5% |
| 250568f4 | $1,672,519.41 | $183,780.59 | 9.90% | $29,053 PER BTC | $31,537.53 | $199,497.20 | 10.75% |
| 176fcbc3 | $99,634.56 | $99,634.56 | 9.93% | $29,056.45 PER BTC | $31,537.53 | $108,155.14 | 10.78% |
| 1a118e43 | $2,457,386.46 | $3,471,443.75 | 58.55% | $1948.82 PER ETH | $1,941.43 | $3,458,279.54 | 58.33% |
| 1a118e43 | 1,027,432.02 | $1,429,954.44 | 41.81% | $1747.20 PER ETH | $1,818.35 | $1,488,192.19 | 61% |
| 736435a7 | $1,095,056.10 | $1,203,243.90 | 52.35% | $38375.63 PER BTC | $38,707.44 | $1,213,647.63 | 52.80% |
| ce7f64ed | $581,093.68 | $664,855.46 | 53.36% | $38203.50 PER BTC | $38,438.83 | $668,930.81 | 53.70% |
| 5be66333 | $778,002.56 | $843,997.44 | 52.03% | $2323.48 PER ETH | $2,340.63 | $850,227.57 | 52.40% |
| 736435a7 | $525,448.69 | $569,607.41 | 52.02% | $32442.03 PER BTC | $32,720.83 | $574,502.62 | 52.46% |
| ce7f64ed | $283,430.86 | $297,662.82 | 51.22% | $32347.57 PER BTC | $32,561.81 | $299,634.28 | 51.56% |
| 5be66333 | ($15,507.57) | $793,510.13 | 101.99% | $2140.82 PER ETH | $2,162.52 | $801,555.01 | 103% |
| 736435a7 | ($23,006.87) | $548,455.56 | 104.38% | $28261.77 PER BTC | $28,439.78 | $551,910.23 | 105% |

| BlockFi Lending Loan ID No. | Dollar ($) Difference of BlockFi Liquidations Vs. Fair Market Value |
|---|---|
| 558207a5 | $3,540,582.38 vs. $4,072,926.6 [DELTA: -$532,344.30] [NOTE: ETH was sold for average price of $2,262, which was well under the Gemini exchange rate] |
| 250568f4 | $183,780.59 vs. $199,497.2 [DELTA: -$15,716.61] |
| 176fcbc3 | $99,634.56 vs. $108,155.13 [DELTA: -$8,520.57] |
| 1a118e43 | $3,471,443.75 vs. $3,458,279.3 [DELTA: +$13,164.4] |
| 1a118e43 | $1,429,954.44 vs. $1,488,188.3 [DELTA: -$58,233.9] |
| 736435a7 | $1,203,243.9 vs. $1,213,647.5 [DELTA: -$10,403.6] |
| ce7f64ed | $664,855.46 vs. $668,930.77 [DELTA: -$4,075.31] |
| 5be66333 | $843,997.44 vs. $850,336.52 [DELTA: -$6,339.08] |
| 736435a7 | $569,607.41 vs. $574,502.61 [DELTA: -$4,895.2] |
| ce7f64ed | $297,662.82 vs. $299,634.27 [DELTA: -$1,971.45] |
| 5be66333 | N/A (voluntary) |
| 736435a7 | N/A (voluntary) |
| | Total Delta of Liquidation Value Realized: (-$629,335.62) |