# **EXHIBIT BB**

| BlockFi Lending Loan ID No. | LSA Origination Date | 12 Month Payment Collected Upfront | Total Payments at payoff on TIL | Loan Payments Start Date | Scratch Monthly Payment Amount |
|---|---|---|---|---|---|
| 60ffa605 | 4/18/2019 | $3,368.75 | $28,368.75 | 5/19/2019 | $239.07 |
| fab2891f | 6/11/2019 | $4,011.75 | $34,011.75 | 7/12/2019 | $309.32 |
| 24f055b9 | 7/11/2019 | $6,882.55 | $59,882.55 | 8/12/2019 | $548.55 |
| 4b0e5e19 | 6/11/2020 | $3,801.76 | $34,836.46 | 7/12/2020 | $316.81 |
| 34fb9e8d | 7/20/2020 | $13,199.25 | $145,199.28 | 8/3/2020 | $1,074.94 |
| f0a08ea1 | 10/28/2020 | $22,851.75 | $253,851.72 | 11/29/2020 | $1,879.31 |
| 144f3d3a | 11/23/2020 | $31,626.75 | $352,626.72 | 12/24/2020 | $2,610.56 |
| b1bd8bd0 | 11/27/2020 | $14,721.00 | $166,221 | 12/28/2020 | $1,201.75 |
| 03274f48 | 1/4/2021 | $53,240.47 | $596,240.46 | 2/5/2021 | $4,414.08 |
| fade3835 | 1/4/2021 | $29,283.46 | $326,283.48 | 2/5/2021 | $2,415.54 |
| a624419 | 1/7/2021 | $39,183.00 | $437,683.00 | 2/8/2021 | $3,240.25 |
| fc7fc2c2 | 1/8/2021 | $37,379.25 | $417,379.28 | 2/9/2021 | $3,089.94 |
| 99086abc | 1/26/2021 | $21,194.25 | $235,194.28 | 2/27/2021 | $1,741.19 |
| bad2222c | 1/26/2021 | $17,391.75 | $192,391.72 | 2/27/2021 | $1,424.31 |
| e8fec1e7 | 2/1/2021 | $13,784.25 | $151,784.28 | 3/2/2021 | $1,123.69 |
| a9fe83a5 | 2/5/2021 | $105,824.25 | $1,187,824.28 | 3/6/2021 | $8,793.69 |
| 56e73195 | 2/17/2021 | $107,579.25 | $1,207,579.28 | 3/18/2021 | $8,939.94 |
| 7fca3f81 | 2/22/2021 | $39,329.25 | $439,329.28 | 3/24/2021 | $3,252.42 |
| f537298b | 3/8/2021 | $31,041.75 | $346,041.72 | 4/9/2021 | $2,561.81 |
| c9490cf9 | 4/12/2021 | $25,874.25 | $287,874.28 | 5/13/2021 | $2,131.19 |
| 8fc40a2a | 4/22/2021 | $380,579.25 | $4,280,579.28 | 5/23/2021 | $31,689.94 |
| c5203594 | 4/22/2021 | $130,979.25 | $1,470,979.28 | 5/23/2021 | $10,889.94 |
| 331657a6 | 4/22/2021 | $129,478.34 | $1,454,478.36 | 5/23/2021 | $10,767.78 |
| ac5d1f9d | 4/23/2021 | $35,916.75 | $400,916.72 | 5/24/2021 | $2,968.06 |
| 2b348571 | 5/3/2021 | $491,729.25 | $5,531,729.28 | 6/4/2021 | $40,952.44 |
| 250568f4 | 5/3/2021 | $181,289.25 | $2,037,289.28 | 6/4/2021 | $15,082.44 |
| 176fcbc3 | 5/5/2021 | $97,829.25 | $1,097,829.28 | 6/6/2021 | $8,127.44 |
| 558207a5 | 5/12/2021 | $614,579.25 | $6,914,579.28 | 6/13/2021 | $51,189.94 |
| 1a118e43 | 7/7/2021 | $578,060.95 | $6,506,891.21 | 8/8/2021 | $48,171.75 |
| fe468a0c | 8/23/2021 | $119,217.79 | $1,339,217.76 | 9/24/2021 | $9,914.48 |
| fb98fe03 | 9/1/2021 | $133,202.50 | $1,496,005.10 | 10/2/2021 | $11,075.21 |
| a3cdfade**** | 9/2/2021 | $133,202.50 | $1,496,005.10 | 10/3/2021 | $11,075.21 |
| cb452ec4 | 9/2/2021 | $176,316.75 | $1,981,316.72 | 10/3/2021 | $14,668.06 |
| 5be66333 | 11/2/2021 | $158,145.00 | $1,780,145.00 | 12/3/2021 | $13,178.75 |
| 736435a7 | 11/2/2021 | $224,084.25 | $2,522,384.28 | 12/3/2021 | $18,673.69 |
| ce7f64ed | 11/2/2021 | $121,729.18 | $1,367,429.22 | 12/3/2021 | $10,123.34 |
| | | Total Not including: a3cdfade loan**** | | | |
| | | Total Finance Charges $4194705.76 | | | |

| BlockFi Lending Loan ID No. | Scratch Interest Payment Period Estimates | LSA Payment Amount | Estimated Total Months | Total Estimated Scratch Payment Accordiing to LSA | Approximate Loan Balance Pre-Liquidation If Fee / Interest deducted from Loan proceeds (as required by LSA § 1 etc.) |
|---|---|---|---|---|---|
| 60ffa605 | | | | | |
| fab2891f | | | | | |
| 24f055b9 | | | | | |
| 4b0e5e19 | | | | | |
| 34fb9e8d | | | | | |
| f0a08ea1 | | | | | |
| 144f3d3a | | | | | |
| b1bd8bd0 | | | | | |
| 03274f48 | | | | | |
| fade3835 | | | | | |
| a624419 | | | | | |
| fc7fc2c2 | | | | | |
| 99086abc | | | | | |
| bad2222c | | | | | |
| e8fec1e7 | | | | | |
| a9fe83a5 | | | | | |
| 56e73195 | | | | | |
| 7fca3f81 | | | | | |
| f537298b | | | | | |
| c9490cf9 | | | | | |
| 8fc40a2a | | | | | |
| c5203594 | | | | | |
| 331657a6 | | | | | |
| ac5d1f9d | | | | | |
| 2b348571 | | | | | |
| 250568f4 | May 2021 to November 2021 | $15,082.44 | 9 | $135,741.96 | $1,675,010.75 |
| 176fcbc3 | May 2021 to November 2021 | $8,127.44 | 7 | $56,892.08 | $902,470.75 |
| 558207a5 | May 2021 to July 2021 | $51,189.94 | 2 | $102,379.88 | $5,685,720.75 |
| 1a118e43 | July 2021 to November 2021 | $48,171.75 | 5 | $240,858.75 | $5,350,769.26 |
| fe468a0c | | | | | |
| fb98fe03 | | | | | |
| a3cdfade**** | | | | | |
| cb452ec4 | | | | | |
| 5be66333 | November 2021 to May 2022 | $13,178.75 | 7 | $92,251.25 | $1,463,855.00 |
| 736435a7 | November 2021 to May 2022 | $18,673.69 | 7 | $130,715.83 | $2,074,215.75 |
| ce7f64ed | November 2021 to May 2022 | $10,123.34 | 7 | $70,863.38 | $1,124,219.96 |

| BlockFi Lending Loan ID No. | Total Posted Collateral Pre-Liquidation (per Liquidation Summary unless otherwise noted) | Gemini Per Unit (ETH/BTC) Price @ Time of Liquidation | Value of Collateral Pre-Liquidation (per Gemini pricing data) |
|---|---|---|---|
| 60ffa605 | | | |
| fab2891f | | | |
| 24f055b9 | | | |
| 4b0e5e19 | | | |
| 34fb9e8d | | | |
| f0a08ea1 | | | |
| 144f3d3a | | | |
| b1bd8bd0 | | | |
| 03274f48 | | | |
| fade3835 | | | |
| a624419 | | | |
| fc7fc2c2 | | | |
| 99086abc | | | |
| bad2222c | | | |
| e8fec1e7 | | | |
| a9fe83a5 | | | |
| 56e73195 | | | |
| 7fca3f81 | | | |
| f537298b | | | |
| c9490cf9 | | | |
| 8fc40a2a | | | |
| c5203594 | | | |
| 331657a6 | | | |
| ac5d1f9d | | | |
| 2b348571 | | | |
| 250568f4 | 6.325708128 BTC | $31,537.53 | $2,472,015.60 |
| 176fcbc3 | 42.49461405 BTC | $31,537.53 | $1,340,175.10 |
| 558207a5 | 3283.6024 ETH [+ Surplus 558207a5 Collateral*] | 5-19-21: $2,602.11 / 5-20-21 $2,717.57 | May 19: $8,544,294.60 [+ $1,917,703.78 = $10,461,998.40]; May 20: $8,923,419.37 [+ $1,917,703.78 = $10,841,123.20] |
| 1a118e43 | 3334.9282 ETH [should have been 4,230.12 ETH] | $1,941.43 | $6,474,529.60 [should have been $8,212,481.87] |
| fe468a0c | | | |
| fb98fe03 | | | |
| a3cdfade**** | | | |
| cb452ec4 | | | |
| 5be66333 | 841.092754 ETH | $2,340.63 | $1,968,939.20 |
| 736435a7 | 72.05 BTC | $38,707.44 | $2,788,871 |
| ce7f64ed | 39.1216986 BTC | $38,438.83 | $1,503,792.20 |
| | *As explained by Claimant's Supplemental Certification, the Surplus 558207a5 Collateral consisted of ETH, USD Coin and Chainlink with a value of approximately $1,917,703.78 | | |
| | | | |

| BlockFi Lending Loan ID No. | Loan-to-Value (LTV) @ Liquidation If Fee / Interest deducted from Loan proceeds (per Gemini pricing data)** |
|---|---|
| 60ffa605 | |
| fab2891f | |
| 24f055b9 | |
| 4b0e5e19 | |
| 34fb9e8d | |
| f0a08ea1 | |
| 144f3d3a | |
| b1bd8bd0 | |
| 03274f48 | |
| fade3835 | |
| a624419 | |
| fc7fc2c2 | |
| 99086abc | |
| bad2222c | |
| e8fec1e7 | |
| a9fe83a5 | |
| 56e73195 | |
| 7fca3f81 | |
| f537298b | |
| c9490cf9 | |
| 8fc40a2a | |
| c5203594 | |
| 331657a6 | |
| ac5d1f9d | |
| 2b348571 | |
| 250568f4 | 67.76% |
| 176fcbc3 | 67.34% |
| 558207a5 | May 19: 66.54% [54.35%]; May 20: 63.72% [52.45%] |
| 1a118e43 | 82.64% [should have been 65.15%] |
| fe468a0c | |
| fb98fe03 | |
| a3cdfade**** | |
| cb452ec4 | |
| 5be66333 | 74.35% |
| 736435a7 | 74.37% |
| ce7f64ed | 74.76% |
| | **In instances where a loan was subject to multiple liquidations, data hereunder will reflect the first liquidation |
| | |