# **EXHIBIT CC**

| TOTAL ORIGINAL POSTED USD COLLATERAL | Total Original Posted CRYPTO COLLATERAL | ADDITIONAL CRYPTO COLLATERAL POSTED TO LSA USD Value | Additional LSA Collateral Crypto Value at start time of LSA | ADD. Collateral Price at Liquidation Per Gemini | Add Collateral Liquidation USD Price Value Per Gemini | Interest Payments made via Scratch Services (in connection with 7 key LSAs) |
|---|---|---|---|---|---|---|
| **$18,335,032.86** | **3047.14 ETH** | Line 2 total $977,824.05 | $4135.22 per ETH 236.4624 Eth | $2717.57 per Eth 236.4624 | $642,603.13 | $829,703.13 (not including BlockFi Lending's fees) |
| | **98.9 BTC** | Line 3 total $832,235.77 | $57,982.19 per BTC 14.3533 Btc | $31,537.53 per BTC 14.3533 | $452,667.63 | |
| | | Line 4 total $438,628.49 | $57,527.96 per BTC 7.62461405 Btc | $31,537.53 per BTC 7.62461404 | $240,461.49 | |
| | | Line 8 total $4575.30 | $63,813.016 per BTC 0.0716986 Btc | $38,438.83 per BTC .0716986 | $2,756.01 | |
| | | Line 9 total $546,485.03 | $4,506.619 per ETH 121.262754 Eth | $2340.93 per Eth 121.262754 | $283,867.62 | |
| | | **$2,799,748.64** | | | $1,622,355.88 | |

| Combined Damages / Losses | Original Totals | Not Included In Original Total: Missing 895.1918 ETH from Loan No. 1a118e43 | Original Loan Amounts: | Final Cash-Out From BlockFi Lending |
|---|---|---|---|---|
| Posted Original Collateral | $18,335,032.86 | 895.1918 missing ETH valued $2335.95 per ETH | $6,300,300.00 | $396,614.10 |
| Additional Collateral Posted | $2,799,748.64 | Total missing ETH USD Value $2,091,123.29 | $1,856,300.00 | |
| Payments made via Scratch (not Including BlockFi Lending's Fees) | $829,703.13 | | $1,003,000.00 | |
| | Original Combined Collateral Totals: | | Original Combined Loan Amount Totals: | Final Cash Out from Blockfi: |
| | $21,964,484.63 | | $9,159,600.00 | $396,614.10 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| TOTAL LOSS |
|---|
| $21,948,651.77 |
| ($9,159,600.00) |
| ($396,614.10) |
| $12,408,270.53 |
| + Missing ETH USD Value $2,091,123.29 |
| Including Missing Eth total:- $14,499,393.82 |
| If using Gemini time of liquidation totals deduct $1,177,391.76 |
| Altrenative total:- $11,230,878 |
| Alternative including missing ETH total: $13,322,002 |