# **EXHIBIT DD**

| DATE | TIME (UCT) | TIME (EST) | BTC | ETH |
|---|---|---|---|---|
| 5/19/2021 | 8:39PM | 3:39PM | $ 38,521.10 | $ 2,602.11 |
| 5/20/2021 | 5:12PM | 12:12PM | $ 39,498.26 | $ 2,717.57 |
| 6/22/2021 | 11:13AM | 6:13AM | $ 31,537.53 | $ 1,880.76 |
| 7/13/2021 | 11:59PM | 6:59PM | $ 32,714.31 | $ 1,941.43 |
| 7/19/2021 | 11:59PM | 6:59PM | $ 30,828.83 | $ 1,818.35 |
| 1/21/2022 | 3:30AM | 10:30PM | $ 38,707.44 | $ 2,826.70 |
| 1/21/2022 | 3:33AM | 10:33PM | $ 38,438.83 | $ 2,826.16 |
| 1/22/2022 | 10:08AM | 5:08AM | $ 34,483.73 | $ 2,340.93 |
| 5/9/2022 | 10:58AM | 5:58AM | $ 32,720.83 | $ 2,368.22 |
| 5/9/2022 | 2:53PM | 9:53AM | $ 32,561.81 | $ 2,391.78 |
| 5/11/2022 | 1:00PM | 8:00AM | $ 29,153.43 | $ 2,162.52 |
| 5/12/2022 | 9:03PM | 4:03PM | $ 28,439.78 | $ 1,918.22 |

**Ann Murphy**

---

| | |
|---|---|
| **From:** | J VanTubergen <jvt@livesolar.com> |
| **Sent:** | Wednesday, January 3, 2024 6:29 PM |
| **To:** | Joao F. Magalhaes |
| **Subject:** | Fwd: Historical Data Request |
| **Attachments:** | JT_SolarClient_HistoricalPrices.xlsx |

**External email: careful w/links or attachments.**

---------- Forwarded message ---------
From: **Support Team** <support@cryptodatadownload.com>
Date: Fri, Nov 24, 2023 at 5:37 PM
Subject: Re: Historical Data Request
To: jvt <jvt@livesolar.com>


Hi J,

I think that date was missing due a duplicate of 6/22/21 in your original file. Either way, we've updated. Below and attached.

| DATE | TIME (UCT) | TIME (EST) | BTC | ETH |
|---|---|---|---|---|
| 5/19/2021 | 8:39PM | 3:39PM | $38,521.10 | $2,602.11 |
| 5/20/2021 | 5:12PM | 12:12PM | $39,498.26 | $2,717.57 |
| 6/22/2021 | 11:13AM | 6:13AM | $31,537.53 | $1,880.76 |
| 7/13/2021 | 11:59PM | 6:59PM | $32,714.31 | $1,941.43 |
| 7/19/2021 | 11:59PM | 6:59PM | $30,828.83 | $1,818.35 |
| 1/21/2022 | 3:30AM | 10:30PM | $38,707.44 | $2,826.70 |
| 1/21/2022 | 3:33AM | 10:33PM | $38,438.83 | $2,826.16 |
| 1/22/2022 | 10:08AM | 5:08AM | $34,483.73 | $2,340.93 |
| 5/9/2022 | 10:58AM | 5:58AM | $32,720.83 | $2,368.22 |
| 5/9/2022 | 2:53PM | 9:53AM | $32,561.81 | $2,391.78 |
| 5/11/2022 | 1:00PM | 8:00AM | $29,153.43 | $2,162.52 |
| 5/12/2022 | 9:03PM | 4:03PM | $28,439.78 | $1,918.22 |

Thank you,
CDD Team

> On 11/24/2023 2:24 PM PST jvt <jvt@livesolar.com> wrote:
>
> Hello,
> I need in an excel file please. Also, I noticed one date missing. Please add this date for me please and send with the rest of the requested in an excel file.

1

Thu, May 20, 2021 at 12:12 PM est
5-20-2021 12:12pm est



Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: Support Team <support@cryptodatadownload.com>
Date: 11/24/23 5:13 PM (GMT-05:00)
To: jvt <jvt@livesolar.com>
Subject: Re: Historical Data Request

Hi,

Payment received. Thank you for reaching out to us for this data issue. I've copied the information into the body of the email below. Please let me know if you need a raw CSV or Excel file.



Thanks,
CDD Team

> On 11/24/2023 8:28 AM PST jvt <jvt@livesolar.com> wrote:
>
>
> Hello,
> Please confirm receipt, time to receive back from you, and cost. Thanks again for your assistance.
>
>
> Sent from my Verizon, Samsung Galaxy smartphone
>
>
> -------- Original message --------
> From: J VanTubergen <jvt@livesolar.com>
> Date: 11/23/23 7:18 PM (GMT-05:00)
> To: Support <support@cryptodatadownload.com>
> Subject: Re: Historical Data Request
>
> HI Cdd team,
> This would be great, I need the pricing for each Bitcoin and Ethereum on these dates but more importantly at these specific times,
> If possible please pull it from Gemini pricing exchange data,
> Please let me know if you have any other questions. Id like to get this completed as soon as possible.
> Here are the dates and times. Thanks Again, I appreciate your assistance!

2

| DATE | TIME (UCT) | TIME (EST) |
|---|---|---|
| 5/19/2021 | 8:39PM | 3:39PM |
| 6/22/2021 | 11:13AM | 6:13AM |
| 6/22/2021 | 11:13AM | 6:13AM |
| 7/13/2021 | 11:59PM | 6:59PM |
| 7/19/2021 | 11:59PM | 6:59PM |
| 1/21/2022 | 3:30AM | 10:30PM |
| 1/21/2022 | 3:33AM | 10:33PM |
| 1/22/2022 | 10:08AM | 5:08AM |
| 5/9/2022 | 10:58AM | 5:58AM |
| 5/9/2022 | 2:53PM | 9:53AM |
| 5/11/2022 | 1:00PM | 8:00AM |
| 5/12/2022 | 9:03PM | 4:03PM |

On Thu, Nov 23, 2023 at 5:35 PM Support <support@cryptodatadownload.com> wrote:

> Hi J,
>
> This is something we can accommodate - if you send the dates, we can send you a quote for providing the information (it won't be much but will compensate for our time)
>
>
> Thanks,
> CDD Team
>
>
>> On Nov 22, 2023 at 7:33 PM, <J VanTubergen> wrote:
>>
>> Hello,
>> I have about 10 historical dates and times that I'm looking for pricing information on Bitcoin and Etheruem for exact times of the days in my request. If I supply you with those dates and times could you supply me with the exact pricing of Bitcoin and Eterheum at those times?
>> Any information would help, if this is something that you cant do but could refer me to someone that can. Please let me know.
>> I appreciate your assistance!

3

--
Best Regards,

**LiveSolar.com**
J. VanTubergen
P.800.81.SOLAR (800.817.6527)
C. 616.406.8070
F. 800.611.7849
jvt@livesolar.com

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

--
Best Regards,

**LiveSolar.com**
J. VanTubergen
P.800.81.SOLAR (800.817.6527)
C. 616.406.8070
F. 800.611.7849
jvt@livesolar.com

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

--
Best Regards,



**LiveSolar.com**
J. VanTubergen
P.800.81.SOLAR (800.817.6527)
C. 616.406.8070
F. 800.611.7849
jvt@livesolar.com

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

5