# **EXHIBIT EE**



1. May 12, 2021
2. May 12, 2021
3. May 12, 2021
4. May 12, 2021
5. May 12, 2021

11431999-1







### 6. May 12, 2021

**AGENT 3**

ok thanks
9:16 PM

unfortunately i got nothing on honoring the price - but asking them to lower your trading spread right now
9:24 PM

man. that's a $108k loss on that trade not getting in
9:26 PM

i can try to escalate it tomorrow with some higher ups to see if I can get anything done
9:26 PM

yes please. I don't

### 7. May 12, 2021

**AGENT 3**

yes please. I don't mean to be a pain but that's alot of money to just say oh well. I messaged you as soon as I could after trying many times.
9:28 PM

I completely agree and understand. Im going to escalate it
9:29 PM

thanks. I'm not going to put in another trade on it until then. Unless you think I should?
9:30 PM

Im not sure which way the market will

### 8. May 12, 2021

**AGENT 3**

9:30 PM

Im not sure which way the market will go so I really cant give an opinion on that. But we have a record through here that I can bring up tomorrow. Do you have any screenshots of the trades or were they placed with an error so there is a trace?
9:32 PM

no screenshots but I was getting error messages that the trade couldn't go thru
9:33 PM

Im going to talk to

### 9. May 12, 2021

**AGENT 3**

Im going to talk to my team lead in the morning to see what I can do - i tried to get a hold of him now but couldnt
9:33 PM

ok np. I appreciate it. Thanks again
9:34 PM

No problem - I understand the frustration completely
9:34 PM

for what its worth I was able to get your trading spread down 25 bps and am working with one of my colleagues now to

### 10. May 12-13, 2021

**AGENT 3**

May 12, 2021

for what its worth I was able to get your trading spread down 25 bps and am working with one of my colleagues now to get it potentially get it lowered another tier for you.
9:36 PM

that's nice of you thanks
9:36 PM

Thursday, May 13, 2021

Hi J - just to keep you in the loop - spoke to my manager about the situation and he is going to see what we can do about

11431999-1

16. May 17, 2021

17. May 17-18, 2021

18. May 19, 2021

19. May 19, 2021

20. May 19, 2021

11431999-1







31. May 19, 2021
32. May 19, 2021
33. May 19, 2021
34. May 19, 2021
35. May 19, 2021











36. May 19, 2021

**AGENT 3**

5:09 PM

i would recommend at least 70% to be safer - gives you more comfort

5:11 PM

J - at this point I would strongly recommend at least posting some additional ETH to the loan to avoid the liquidation. If the prices drop quicker than we can react, I cant guarantee that it wont get liquidated. I think being precautious would be best here.

5:21 PM

37. May 19, 2021

**AGENT 3**

ok I'm doing it now

5:22 PM

hi. what to do next?

8:41 PM

Hi J - Going to need to convert some more to post against against both loans to bring them below 80%

8:46 PM

38. May 20, 2021

**AGENT 3**

Good morning J - looks like we made it through the night and out the other side. Still going to keep an eye on the market but all looks good for now!

11:15 AM

Yes man. You helped me save my account. I won't forget it. I just want to make sure we are truly out before we celebrate. Hopefully no more days like yesterday. I won't forget that one.

11:17 AM

If you see or hear anything in the market

39. May 20, 2021

**AGENT 3**

If you see or hear anything in the market ahead of time please text me anytime

I really appreciate it! Thank you. 😊

11:18 AM

Will do - ill be watching it closely and set some market alerts to be safe!

my pleasure!

11:21 AM

Hi J - have my manager looking into this now to see what we can do. Will update with any new

12:49 PM

40. May 20, 2021

**AGENT 3**

1:18 PM, May 20

J - just to update. Spoke to my manager and looped him in. Now we just sent an inquiry to speak with the head of our finance where I will give him all the details and plead the case to see what we can do. Going to give it my best effort to get this sorted. Will revert back as soon as I get a response.

Copy text Share More

11431999-1

61. May 20, 2021

62. May 20, 2021

