# **EXHIBIT FF**



1. June 17, 2021
2. July 20, 2021
3. July 20, 2021
4. July 20, 2021
5. July 20, 2021

14409251-1