# **<u>EXHIBIT HH</u>**

