# **EXHIBIT II**



J. VanTubergen <jvt@eagd2d.com>

---

**BlockFi | Your Collateral Could Be Sold.**
2 messages

---

**BlockFi Support** <support@blockfi.com>　　　　　　　　　　　　　　　Wed, May 19, 2021 at 7:41 AM
To: jvt@eagd2d.com



# Your BlockFi Loan is in Default: Collateral Eligible for Sale.

**John,**

The value of your collateral has dropped since we last notified you. As a result, your loan-to-value (LTV) ratio has risen to 80% or higher.

In accordance with your Loan and Security Agreement, your loan is now in Default. Here's what that means:

BlockFi reserves the right to initiate a sale of your collateral to restore your LTV to a healthy level. The trading team is actively liquidating positions for loans that have failed to meet their margin calls. If your collateral has already been liquidated, the details of the sale will be made available to you within the next 12-24 business hours as the trading team allocates trades. Your Dashboard will be updated accordingly.

We strongly recommend that you deposit additional collateral as soon as possible to help prevent further liquidations if prices continue to drop.

We're here to help. Please reach out: call us at 646-779-9688 or send us an email at support@blockfi.com and let us know if you have any

questions or concerns.

**Loan Id:** 558207a5

Thanks,
The BlockFi Team



 

Please do not respond to this email as the inbox is not actively monitored. If you'd like to get in touch, please contact us via our Help Center

© BlockFi. All rights reserved.

201 Montgomery Street, Suite 263
Jersey City, NJ 07302

Disclaimer:

Rates for BlockFi products are subject to change. Digital currency is not legal tender, is not backed by the government, and crypto interest accounts are not subject to FDIC or SIPC protections.

For more information, please see BlockFi's Terms of Service

Privacy Policy  |  Licenses & Disclosures   |  Help Center  |  Our Blog

---

**jvt** <jvt@eagd2d.com>                                              Wed, May 19, 2021 at 7:46 AM
To: BlockFi Support <support@blockfi.com>

Hello.
I've been trying to reach out for hours now. I have collateral in my interest account. I do not want to get liquidated. Please assist. Thanks.

Sent from my Verizon, Samsung Galaxy smartphone
[Quoted text hidden]