# **EXHIBIT KK**

                                                                              J. VanTubergen <jvt@eagd2d.com>

**BlockFi | Your Trade Was Executed**
4 messages

**BlockFi Support** <support@blockfi.com>                                             Wed, May 19, 2021 at 5:27 PM
To: jvt@eagd2d.com



# Trade Execution Confirmation

**John,**

Your recently submitted trade for 150.57580186 ETH was executed on 2021-05-19 21:27:42. This balance is now available in your Interest Account. Below is a summary of the transaction for your records:

**Completed Date:** 2021-05-19 21:27:42
**Order Action:** LINK => ETH
**Received Quantity:** 150.57580186 ETH
**Paid Quantity:** 13823.35248374 LINK
**Conversion Rate:** 0.01089285 ETH
**Trade Submission ID:** 186280f8-be05-4aca-ad12-8194dae4e9e2
**Payment Method:** LINK Interest Account

RETURN/CANCELLATION POLICY

All transactions are final. You are responsible for reviewing this receipt for accuracy and for notifying BlockFi of any suspected errors via email at support@blockfi.com within 24 hours of when this receipt was sent.

**BEWARE OF FRAUD**

Cryptocurrencies and money transfer services can be targeted by hackers and criminals who commit fraud. If you believe you are a victim of fraud, please contact us at (646) 779-9688. For more information on how to protect against fraud, visit the Consumer Financial Protection Bureau's website at https://www.consumerfinance.gov/consumer-tools/fraud/.

    

 

Please do not respond to this email as the inbox is not actively monitored. If you'd like to get in touch, please contact us via our Help Center

© BlockFi. All rights reserved.

201 Montgomery Street, Suite 263
Jersey City, NJ 07302

Disclaimer:

Rates for BlockFi products are subject to change. Digital currency is not legal tender, is not backed by the government, and crypto interest accounts are not subject to FDIC or SIPC protections.

For more information, please see BlockFi's Terms of Service

Privacy Policy  |  Licenses & Disclosures   |  Help Center  |  Our Blog

---

**BlockFi Support** <support@blockfi.com>                          Wed, May 19, 2021 at 8:37 PM
To: jvt@eagd2d.com



# Trade Execution Confirmation

**John,**

Your recently submitted trade for 914739.37148790 USDC was executed on 2021-05-20 00:37:45. This balance is now available in your Interest Account. Below is a summary of the transaction for your records:

**Completed Date:** 2021-05-20 00:37:45
**Order Action:** LINK => USDC
**Received Quantity:** 914739.37148790 USDC
**Paid Quantity:** 36555.00000000 LINK
**Conversion Rate:** 25.02364578 USDC
**Trade Submission ID:** 2f65f72c-3290-42f9-a877-48c0078152f7
**Payment Method:** LINK Interest Account

RETURN/CANCELLATION POLICY

All transactions are final. You are responsible for reviewing this receipt for accuracy and for notifying BlockFi of any suspected errors via email at support@blockfi.com within 24 hours of when this receipt was sent.

BEWARE OF FRAUD

Cryptocurrencies and money transfer services can be targeted by hackers and criminals who commit fraud. If you believe you are a victim of fraud, please contact us at (646) 779-9688. For more information on how to protect against fraud, visit the Consumer Financial Protection Bureau's website at https://www.consumerfinance.gov/consumer-tools/fraud/.





Please do not respond to this email as the inbox is not actively monitored. If you'd like to get in touch, please contact us via our Help Center

© BlockFi. All rights reserved.

201 Montgomery Street, Suite 263
Jersey City, NJ 07302

Disclaimer:

Rates for BlockFi products are subject to change. Digital currency is not legal tender, is not backed by the government, and crypto interest accounts are not subject to FDIC or SIPC protections.

For more information, please see BlockFi's Terms of Service

Privacy Policy | Licenses & Disclosures | Help Center | Our Blog

---

**BlockFi Support** <support@blockfi.com>  Wed, May 19, 2021 at 9:21 PM
To: jvt@eagd2d.com



# Trade Execution Confirmation

**John,**

Your recently submitted trade for 132.00000000 ETH was executed on 2021-05-20 01:21:16. This balance is now available in your Interest Account. Below is a summary of the transaction for your records:

**Completed Date:** 2021-05-20 01:21:16
**Order Action:** USDC => ETH
**Received Quantity:** 132.00000000 ETH
**Paid Quantity:** 308464.25913600 USDC

9/21/23, 4:59 AM LiveBlockMail - Hooray! Your Trade Was Executed

Case 22-19361-MBK    Doc 2039-14    Filed 01/10/24    Entered 01/10/24 18:00:30    Desc
Exhibit KK    Page 6 of 8

**Conversion Rate:** 2336.85044800 USDC

**Trade Submission ID:** 8f337909-5a0b-4c50-830a-3bd35bb3cf32

**Payment Method:** USDC Interest Account

RETURN/CANCELLATION POLICY

All transactions are final. You are responsible for reviewing this receipt for accuracy and for notifying BlockFi of any suspected errors via email at support@blockfi.com within 24 hours of when this receipt was sent.

BEWARE OF FRAUD

Cryptocurrencies and money transfer services can be targeted by hackers and criminals who commit fraud. If you believe you are a victim of fraud, please contact us at (646) 779-9688. For more information on how to protect against fraud, visit the Consumer Financial Protection Bureau's website at https://www.consumerfinance.gov/consumer-tools/fraud/.

    

 

Please do not respond to this email as the inbox is not actively monitored. If you'd like to get in touch, please contact us via our Help Center

© BlockFi. All rights reserved.

201 Montgomery Street, Suite 263
Jersey City, NJ 07302

Disclaimer:

Rates for BlockFi products are subject to change. Digital currency is not legal tender, is not backed by the government, and crypto interest accounts are not subject to FDIC or SIPC protections.

For more information, please see BlockFi's Terms of Service

Privacy Policy  |  Licenses & Disclosures  |  Help Center  |  Our Blog

---

**BlockFi Support** <support@blockfi.com>    Wed, May 19, 2021 at 11:54 PM
To: jvt@eagd2d.com



# Trade Execution Confirmation

**John,**

Your recently submitted trade for 10000.00000000 LINK was executed on 2021-05-20 03:54:01. This balance is now available in your Interest Account. Below is a summary of the transaction for your records:

**Completed Date:** 2021-05-20 03:54:01
**Order Action:** USDC => LINK
**Received Quantity:** 10000.00000000 LINK
**Paid Quantity:** 267671.09910000 USDC
**Conversion Rate:** 26.76710991 USDC
**Trade Submission ID:** 4a0b3bd0-3723-4eb2-8775-70f9166f342c
**Payment Method:** USDC Interest Account

RETURN/CANCELLATION POLICY

All transactions are final. You are responsible for reviewing this receipt for accuracy and for notifying BlockFi of any suspected errors via email at support@blockfi.com within 24 hours of when this receipt was sent.

BEWARE OF FRAUD

Cryptocurrencies and money transfer services can be targeted by hackers and criminals who commit fraud. If you believe you are a victim of fraud, please contact us at (646) 779-9688. For more information on how to protect against fraud, visit the Consumer Financial Protection Bureau's website at https://www.consumerfinance.gov/consumer-tools/fraud/.









Please do not respond to this email as the inbox is not actively monitored. If you'd like to get in touch, please contact us via our Help Center

© BlockFi. All rights reserved.

201 Montgomery Street, Suite 263
Jersey City, NJ 07302

Disclaimer:

Rates for BlockFi products are subject to change. Digital currency is not legal tender, is not backed by the government, and crypto interest accounts are not subject to FDIC or SIPC protections.

For more information, please see BlockFi's Terms of Service

Privacy Policy  |  Licenses & Disclosures   |  Help Center  |  Our Blog