# EXHIBIT LL

## Ann Murphy

**From:** jvt <jvt@eagd2d.com>
**Sent:** Wednesday, December 13, 2023 5:20 PM
**To:** Joao F. Magalhaes
**Subject:** FW: RE: BlockFi Loan 558207a5 - Collateral Transaction Details

**External email: careful w/links or attachments.**

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: jvt <jvt@eagd2d.com>
Date: 5/20/21 12:46 PM (GMT-05:00)
To: BlockFi Support <support@blockfi.com>
Subject: RE: BlockFi Loan 558207a5 - Collateral Transaction Details

This is an error.
I posted the collateral and was on the phone with my rep last night with him on the phone. He confirmed everything was fine and today's market also removed us out of that risk. I need my money returned right away. Please contact me asap.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: BlockFi Support <support@blockfi.com>
Date: 5/20/21 12:12 PM (GMT-05:00)
To: jvt@eagd2d.com
Subject: BlockFi Loan 558207a5 - Collateral Transaction Details



Dear John,

Given the recent market activity and your Loan ID 558207a5 entering Default, a collateral liquidation was triggered to lower your LTV. Please note this liquidation was triggered on 2021-05-19 when your LTV reached 80% (Default), per the terms of your executed Loan and Security Agreement.

1

Please see transaction details below:
**BlockFi Loan ID:** 558207a5
**Date:** 2021-05-19
**Collateral Sold:** 1565.24 ETH
**USD Raised:** 3540582.38

Our backend and Risk Management systems have been updated to reflect this information. If your frontend dashboard does not reflect this information, it will be updated very shortly. These transactions cannot be reversed or undone.

Please contact us if you have any questions.

As always please let us know if you have any questions and thank you for choosing BlockFi.

 BlockFi

www.blockfi.com
(646) 779-9688
support@blockfi.com
201 Montgomery Street,
2 Floor, Suite 263.
Jersey City, New Jersey. 07302

## Stay Updated

Follow us on our blog for company news and updates.

https://blockfi.com/blog









*Copyright © 2020 BlockFi, All rights reserved.*

**Our mailing address is:**
201 Montgomery Street, 2 Floor, Suite 263.
Jersey City, New Jersey. 07302

This e-mail message and any attachment(s) to it are intended only for the use of the addressee(s). This e-mail and any files transmitted with it may include confidential and proprietary material and may be subject to legal privilege. The reading or dissemination of this e-mail by anyone other than the intended recipient is strictly prohibited. If you believe you have received this e-mail in error, please notify the sender immediately and permanently delete this e-mail, any attachments and all copies thereof from any drives or storage media and destroy any printouts.

3