# EXHIBIT NN

Notes
* Yellow highlights are closest to noon EST = 5pm UTC
* Each of the filtered data points under Column I, TRUE means that price traded in that m...
* Pinpointing based on a specific price can be difficult because price could trade around a...
* To confirm an exact price traded on the exchange, you would need to analyze the raw tr...
* Red highlights in Close (Column G) represent closing prices within $1 of $2335.95 price

| unix | date UTC | symbol | open | high | low | close | Volume ET | Volume USD | above | below | both |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.6257E+ | 7/7/2021 22:35 | ETH/USD | 2334.14 | 2336.08 | 2333.01 | 2333.03 | 6.77758 | 15,812 | TRUE | TRUE | TRUE |
| 1.6257E+ | 7/7/2021 22:34 | ETH/USD | 2337.46 | 2337.46 | 2333.57 | 2334.14 | 1.568851 | 3,662 | TRUE | TRUE | TRUE |
| 1.6257E+ | 7/7/2021 22:33 | ETH/USD | 2338 | 2338 | 2333.57 | 2337.57 | 0.395423 | 923 | TRUE | TRUE | TRUE |
| 1.6257E+ | 7/7/2021 22:29 | ETH/USD | 2335.53 | 2338.6 | 2335.11 | 2338.31 | 0.047745 | 112 | TRUE | TRUE | TRUE |
| 1.6257E+ | 7/7/2021 22:12 | ETH/USD | 2334.49 | 2336.66 | 2334.49 | 2335.15 | 4.750846 | 11,094 | TRUE | TRUE | TRUE |
| 1.6257E+ | 7/7/2021 22:11 | ETH/USD | 2336.83 | 2336.83 | 2334.49 | 2334.49 | 3.449207 | 8,052 | TRUE | TRUE | TRUE |
| 1.6257E+ | 7/7/2021 22:10 | ETH/USD | 2335.49 | 2336.83 | 2333.07 | 2336.83 | 0.863623 | 2,018 | TRUE | TRUE | TRUE |
| 1.6257E+ | 7/7/2021 22:09 | ETH/USD | 2337.32 | 2337.63 | 2335.23 | 2335.49 | 9.560048 | 22,327 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 21:21 | ETH/USD | 2354.02 | 2354.02 | 2345 | 2343.64 | 16.27358 | 38,139 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 16:10 | ETH/USD | 2336.02 | 2336.91 | 2331.89 | 2336.91 | 1.770628 | 4,138 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 16:08 | ETH/USD | 2335.72 | 2338.33 | 2333.63 | 2335.72 | 0.146159 | 342 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 16:07 | ETH/USD | 2333.63 | 2338.33 | 2333.63 | 2335.72 | 3.564561 | 8,326 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 16:05 | ETH/USD | 2341.56 | 2341.56 | 2335.54 | 2335.55 | 2.511873 | 5,867 | TRUE | TRUE | TRUE |
| 1.6257E+ | 7/7/2021 15:57 | ETH/USD | 2336.05 | 2337.19 | 2333.83 | 2337.19 | 4.709829 | 11,008 | TRUE | TRUE | TRUE |
| 1.6257E+ | 7/7/2021 15:56 | ETH/USD | 2338.34 | 2338.34 | 2334.1 | 2336.05 | 7.059705 | 16,492 | TRUE | TRUE | TRUE |
| 1.6257E+ | 7/7/2021 15:55 | ETH/USD | 2330.99 | 2338.77 | 2330.99 | 2338.34 | 0.688044 | 1,609 | TRUE | TRUE | TRUE |
| 1.6257E+ | 7/7/2021 15:53 | ETH/USD | 2344.91 | 2344.91 | 2334.3 | 2334.3 | 4.55554 | 10,629 | TRUE | TRUE | TRUE |
| 1.6257E+ | 7/7/2021 15:33 | ETH/USD | 2335 | 2341.77 | 2335 | 2338.37 | 3.701882 | 8,656 | TRUE | TRUE | TRUE |
| 1.6257E+ | 7/7/2021 15:32 | ETH/USD | 2348.34 | 2348.34 | 2335 | 2335 | 146.07 | 341,073 | TRUE | TRUE | TRUE |
| 1.6257E+ | 7/7/2021 14:19 | ETH/USD | 2335.62 | 2340.32 | 2335.62 | 2340.08 | 4.905181 | 11,479 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 4:16 | ETH/USD | 2337.25 | 2337.25 | 2334.15 | 2334.15 | 0.326872 | 763 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 4:06 | ETH/USD | 2333.78 | 2339.38 | 2333.78 | 2339.38 | 0.104451 | 244 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 4:03 | ETH/USD | 2340.93 | 2340.93 | 2335.62 | 2335.62 | 9.447596 | 22,064 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 3:55 | ETH/USD | 2335.78 | 2336.39 | 2335.78 | 2336.39 | 0.714199 | 1,669 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 3:54 | ETH/USD | 2336.6 | 2336.75 | 2335.78 | 2335.78 | 0.197522 | 461 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 3:53 | ETH/USD | 2334.97 | 2336.6 | 2333.62 | 2336.6 | 6.059855 | 14,159 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 3:46 | ETH/USD | 2335.16 | 2336.27 | 2332.2 | 2332.2 | 0.505906 | 1,180 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 3:45 | ETH/USD | 2339.08 | 2342.13 | 2334.73 | 2335.16 | 28.00982 | 65,407 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 3:40 | ETH/USD | 2335.13 | 2339.61 | 2335.13 | 2339.61 | 16.35489 | 38,264 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 3:39 | ETH/USD | 2337.23 | 2337.51 | 2334.25 | 2335.13 | 27.89288 | 65,133 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 3:34 | ETH/USD | 2334.82 | 2336.78 | 2334.82 | 2336.26 | 11.15043 | 26,050 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 3:33 | ETH/USD | 2338.88 | 2339.19 | 2334.82 | 2334.82 | 25.92032 | 60,519 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 3:32 | ETH/USD | 2335.75 | 2339.26 | 2335.73 | 2338.88 | 75.93042 | 177,592 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 3:31 | ETH/USD | 2333.18 | 2337.09 | 2333.18 | 2335.75 | 16.04114 | 37,468 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 1:26 | ETH/USD | 2336.4 | 2336.06 | 2334.6 | 2334.6 | 9.40227 | 21,951 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 0:15 | ETH/USD | 2337 | 2336.77 | 2335.52 | 2335.52 | 0.229567 | 536 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 0:13 | ETH/USD | 2337.11 | 2338.51 | 2335.47 | 2336.03 | 0.874074 | 2,042 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 0:12 | ETH/USD | 2340.56 | 2342 | 2335.36 | 2337.11 | 7.842816 | 18,330 | TRUE | TRUE | TRUE |
| 1.6256E+ | 7/7/2021 0:09 | ETH/USD | 2329.21 | 2339.1 | 2329.21 | 2339.1 | 86.89387 | 203,253 | TRUE | TRUE | TRUE |
| 1.6255E+ | 7/6/2021 13:05 | ETH/USD | 2334.4 | 2340.01 | 2333.13 | 2333.13 | 81.11091 | 189,242 | TRUE | TRUE | TRUE |
| 1.6255E+ | 7/6/2021 13:03 | ETH/USD | 2329.89 | 2336.43 | 2329.89 | 2333.63 | 46.39039 | 108,258 | TRUE | TRUE | TRUE |
| 1.6255E+ | 7/6/2021 12:53 | ETH/USD | 2332.93 | 2336 | 2327.92 | 2330.2 | 216.7596 | 505,093 | TRUE | TRUE | TRUE |
| 1.6255E+ | 7/6/2021 12:51 | ETH/USD | 2334.26 | 2337 | 2334.06 | 2334.88 | 6.104026 | 14,252 | TRUE | TRUE | TRUE |
| 1.6255E+ | 7/6/2021 9:11 | ETH/USD | 2341.56 | 2341.56 | 2328.54 | 2328.54 | 606.8891 | 1,413,165 | TRUE | TRUE | TRUE |
| 1.6255E+ | 7/6/2021 9:10 | ETH/USD | 2336.76 | 2337.97 | 2335.83 | 2336.87 | 23.2089 | 54,275 | TRUE | TRUE | TRUE |
| 1.6255E+ | 7/6/2021 9:01 | ETH/USD | 2337.41 | 2337.41 | 2316.9 | 2324.18 | 34.32642 | 79,781 | TRUE | TRUE | TRUE |
| 1.6255E+ | 7/6/2021 8:20 | ETH/USD | 2334.43 | 2337.15 | 2334.43 | 2337.15 | 11.47463 | 26,818 | TRUE | TRUE | TRUE |
| 1.6255E+ | 7/6/2021 8:15 | ETH/USD | 2338.22 | 2338.22 | 2329.33 | 2329.33 | 4.743668 | 11,050 | TRUE | TRUE | TRUE |
| 1.6255E+ | 7/6/2021 8:06 | ETH/USD | 2337.7 | 2338.43 | 2335.07 | 2338.43 | 2.613237 | 6,110.872 | TRUE | TRUE | TRUE |
| 1.6255E+ | 7/6/2021 8:02 | ETH/USD | 2336.61 | 2345.74 | 2334.09 | 2345.74 | 89.74648 | 210,522 | TRUE | TRUE | TRUE |
| 1.6255E+ | 7/6/2021 7:56 | ETH/USD | 2338.52 | 2339.52 | 2335.83 | 2336.87 | 29.82965 | 69708.01 | TRUE | TRUE | TRUE |
| 1.6255E+ | 7/6/2021 7:56 | ETH/USD | 2336.56 | 2342.7 | 2334.23 | 2341.84 | 44.40006 | 105,980 | TRUE | TRUE | TRUE |
| 1.6255E+ | 7/6/2021 7:56 | ETH/USD | 2338.56 | 2337.1 | 2316.59 | 2336.56 | 19.60851 | 45,816 | TRUE | TRUE | TRUE |
| 1.6255E+ | 7/6/2021 6:10 | ETH/USD | 2326.97 | 2336.69 | 2326.76 | 2333.71 | 55.71196 | 130,016 | TRUE | TRUE | TRUE |

inute interval both less than 2335.95 and above 2335.95
price without closing at that price exactly
de prints for prices around certain timestamps (we do not have those for Gemini)