**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**MONTHLY FEE STATEMENT COVER SHEET FOR THE PERIOD**
**SEPTEMBER 1, 2023 THROUGH OCTOBER 3, 2023**

| | | | |
|---|---|---|---|
| Debtor: | BlockFi Inc. | Applicant: | McCarter & English, LLP |
| Case No.: | 22-19361(MBK) | Client: | Unsecured Creditors Committee |
| Chapter: | 11 | Case Filed: | November 28, 2022 |

**SECTION 1**
**FEE SUMMARY**

X  Monthly Fee Statement No.  9          or  ☐ Final Fee Application

Summary of Amounts Requested for the Period from September 1, 2023 through October 3, 2023 (the "**Ninth Statement Period**")

| | |
|---|---|
| Total Fees: | $43,867.50 |
| Total Disbursements: | $3,127.98 |
| Minus 20% holdback of Fees ($8,773.50): | $35,094.00 |
| Amount Sought at this Time: | $38,221.98 |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| David J. Adler, Parter | 1991 | 21.50 | $900.00 | $19,350.00 |
| Lisa S. Bonsall, Partner | 1988 | 27.00 | $835.00 | $22,545.00 |
| Jessica J. Macarone, Special Counsel | 2001 | 3.10 | $595.00 | $1,844.50 |
| Linda Restivo, Paralegal | | .20 | $310.00 | $62.00 |
| Michael F. Finkler, Litigation Technology Manager | | .40 | $165.00 | $66.00 |

Fee Totals: $43,867.50

Disbursements Totals: $3,127.98

Total Fee Application $46,995.48

## SECTION II SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a)  **Asset Analysis and Recovery:**  Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b)  **Asset Disposition**  Sales, leases, abandonment and related transaction work. | 21.70 | $19.412.0 |
| c)  **Avoidance Action Litigation**  Preference and fraudulent transfer litigation. | | |
| d)  **Business Operations**  Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e)  **Case Administration**  Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 1.70 | $1,419.5 |
| f)  **Claims Administration and Objections**  Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g)  **Employee Benefits/Pensions**  Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h)  **Fee/Employment Applications**  Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | | |
| i)  **Fee/Employment Objections**  Review of an objections to the employment and fee applications of others. | | |
| j)  **Financing**  Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k)  **Litigation**  Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l)  **Meetings of Creditors**  Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | .80 | $668.0 |
| m)  **Plan and Disclosure Statement**  Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| n) **Relief from Stay Proceedings** Matters relating to termination or continuation of automatic stay under 362. | | |
| o) **Accounting/Auditing** Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) **Business Analysis** Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) **Corporate Finance** Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) **Data Analysis** Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) **Litigation Consulting** Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) **Reconstruction Accounting** Reconstructing books and records from past transactions and brining accounting current. | | |
| u) **Tax Issues** Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) **Valuation** Appraise or review appraisals of assets. | | |
| w) **Travel Time** | 1.50 | 1,252.50 |
| x) **Investigation and Due Diligence** Committee Investigation – Document Review | 26.50 | $21,115.50 |
| **SERVICE TOTALS:** | 52.20 | $43.867.50 |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---|
| a) **Filing Fees**<br>Payable to Clerk of Court. | |
| b) **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| c) **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) **Fax**<br>Include per page fee charged. | |
| e) **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) **Outside Reproduction Services**<br>Including scanning services. | |
| h) **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) **Court Reporting**<br>Transcripts. | |
| j) **Travel**<br>Mileage, tolls, airfare, parking. | |
| k) **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) **Postage** | |
| m) **Other (specify) Meals – E-Discovery Vendor Litigation** | $3,127.48 |
| **DISBURSEMENTS TOTAL:** | $3,127.48 |

I certify under penalty of perjury that the above is true.

/s/  David J. Adler
DAVID J. ADLER

Dated:  January 15, 2024

5

**Exhibit A**



BlockFi, Inc. Official Committee of
Unsecured Creditors
New York, NY 10036

Invoice Date: October 24, 2023

Invoice Number: 9072905

Matter Number: 138158-00001

Client**:**    Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:    Committee matters

*For professional services rendered through September 30, 2023*

Currency: USD

Fees                                              $40,120.00

_____

Total Due This Invoice                           $40,120.00

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
*McCarter & English, LLP*
*Four Gateway Center*
*100 Mulberry Street*
*Newark, NJ 07102*
*Tel  973.622.4444*
*Fax 973.624.7070*
*www.mccarter.com*
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number: 2020080016953*
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**



## MULTIPAYOR BREAKDOWN

TOTAL DUE FOR FEES BLOCKFI, INC. OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
(80.00%)...................................................................................$32,096.00

TOTAL DUE FOR COSTS BLOCKFI, INC.
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS .....................................................................................$0.00

TOTAL DUE FOR FEES HOLDBACK (20.00%)....................$8,024.00

TOTAL DUE FOR COSTS HOLDBACK ....................................$0.00

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*                        *Electronic Payment Instructions:*
*McCarter & English, LLP*          AccountsReceivable@McCarter.com
*Four Gateway Center*              *Account Name:  McCarter & English, LLP*
*100 Mulberry Street*              *Account Number: 2020080016953*
*Newark, NJ 07102*                 *Financial Institution:  Wells Fargo Bank, N.A.*
*Tel  973.622.4444*                *ACH ABA: 021200025*
*Fax 973.624.7070*                 *Wire Transfer ABA: 121000248*
*www.mccarter.com*                 *SWIFT: WFBIUS6S  (International payments)*
*Tax I.D. # 22-1534652*            **(Please Reference Invoice Number)**

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:  Committee matters

Invoice Date: October 24, 2023

Invoice Number: 9072905

Matter Number: 138158-00001

---

**Time Detail**

| : | | B110 - Case Administration | | |
|---|---|---|---|---|
| 09/27/23 | Lisa S. Bonsall | Follow up re: payment (.2). | 0.20 | 167.00 |
| 09/27/23 | Lisa S. Bonsall | Review communications related to confirmation (.1). | 0.10 | 83.50 |
| | B110 - Case Administration | | **0.30** | **$250.50** |

| : | | B120 - Asset Analysis and Recovery | | |
|---|---|---|---|---|
| 09/06/23 | Lisa S. Bonsall | Conference call with professionals about status and strategy. | 0.20 | 167.00 |
| 09/06/23 | Lisa S. Bonsall | Review UCC communications. | 0.50 | 417.50 |
| 09/06/23 | Lisa S. Bonsall | Communications with M. Manning regarding committee requested information. | 0.30 | 250.50 |
| 09/06/23 | Lisa S. Bonsall | Confer with D. Adler regarding remaining creditor issues. | 0.20 | 167.00 |
| 09/06/23 | Lisa S. Bonsall | Answer creditor questions about plan and process. | 0.90 | 751.50 |
| 09/07/23 | Lisa S. Bonsall | Follow up with L. Sannicandro and D. Adler regarding final tax loss deduction memo. | 0.10 | 83.50 |
| 09/11/23 | Lisa S. Bonsall | Assist creditor with ballot and voting. | 1.30 | 1,085.50 |
| 09/11/23 | Lisa S. Bonsall | Confer with D. Adler regarding plan revisions. | 0.90 | 751.50 |
| 09/11/23 | Lisa S. Bonsall | Review BlockFi third Amended Plan to ascertain whether potential resolution would work, and what language changes might be necessary. | 2.20 | 1,837.00 |
| 09/11/23 | Lisa S. Bonsall | Confer with D. Adler about potential resolution of issue relating to low basis borrowers. | 0.50 | 417.50 |
| 09/11/23 | Lisa S. Bonsall | Review emails from D. Adler to B. Rudnick addressing plan issue with lenders and tax consequences. | 0.20 | 167.00 |
| 09/12/23 | Lisa S. Bonsall | Follow up regarding plan revisions and options regarding lease financing. | 0.30 | 250.50 |

Client: Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter: Committee matters

Invoice Date: October 24, 2023

Invoice Number: 9072905

Matter Number: 138158-00001

| | | | | |
|---|---|---|---|---|
| 09/12/23 | Lisa S. Bonsall | Call from, confer with creditor regarding objection and confirmation issues. | 0.30 | 250.50 |
| 09/12/23 | Lisa S. Bonsall | Prepare for call/review Moxo. | 0.70 | 584.50 |
| 09/12/23 | Lisa S. Bonsall | Attend weekly call with committee and provide loan update. | 1.50 | 1,252.50 |
| 09/12/23 | Lisa S. Bonsall | Follow up confer with D. Adler regarding plan revisions. | 0.90 | 751.50 |
| 09/12/23 | Lisa S. Bonsall | Revise plan to incorporate payment option. | 2.10 | 1,753.50 |
| 09/13/23 | Lisa S. Bonsall | Follow up regarding revisions to plan to accommodate loan payoff. | 0.10 | 83.50 |
| 09/15/23 | Lisa S. Bonsall | Confer with D. Adler regarding fee application and description of entries. | 0.30 | 250.50 |
| 09/19/23 | Lisa S. Bonsall | Confer with D. Adler regarding status of litigation issues and hearing. | 0.30 | 250.50 |
| 09/20/23 | Lisa S. Bonsall | Review Ankura analysis and follow up regarding same. | 0.20 | 167.00 |
| 09/22/23 | Lisa S. Bonsall | Call with client creditor committee to discuss issues in connection with FTX stipulation. | 1.00 | 835.00 |
| 09/22/23 | Lisa S. Bonsall | Review draft stipulation regarding FTX, comments, and summary of issues and related communications and topics. | 0.40 | 334.00 |
| 09/26/23 | Lisa S. Bonsall | Review UCC Communication and recent filings. | 1.50 | 1,252.50 |
| 09/26/23 | Lisa S. Bonsall | Travel to hearing in Trenton. | 1.50 | 1,252.50 |
| 09/26/23 | Lisa S. Bonsall | Attendance at confirmation hearing in Trenton. | 3.80 | 3,173.00 |
| | **B120 - Asset Analysis and Recovery** | | **22.20** | **$18,537.00** |

| | | | | |
|---|---|---|---|---|
| **:** | B150 - Meetings of and Communications with Creditors | | | |
| 09/19/23 | Lisa S. Bonsall | Attend creditor committee call regarding status of negotiations, resolution, plan and post-confirmation litigation. | 0.80 | 668.00 |
| | **B150 - Meetings of and Communications with Creditors** | | **0.80** | **$668.00** |

**:**   B195 - Non-

Client:   Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:   Committee matters

Invoice Date: October 24, 2023

Invoice Number: 9072905

Matter Number: 138158-00001

---

|  |  | Working Travel |  |  |
|---|---|---|---|---|
| 09/26/23 | Lisa S. Bonsall | Travel back from hearing. | 1.50 | 1,252.50 |
|  | **B195 - Non-Working Travel** |  | **1.50** | **$1,252.50** |
| : | B320 - Plan and Disclosure Statement (including Business Plan) |  |  |  |
| 09/05/23 | Linda Restivo | Communications with L. Bonsall re the hearing on the plan of confirmation. | 0.10 | 31.00 |
| 09/05/23 | Linda Restivo | Review the claims agent's website re the plan confirmation hearing. | 0.10 | 31.00 |
| 09/05/23 | David J. Adler | Prepare and file CNOs for July Monthly Statement. | 0.40 | 360.00 |
| 09/06/23 | David J. Adler | Review and respond to emails with respect to establishment of professional fee reserve. | 0.60 | 540.00 |
| 09/07/23 | David J. Adler | Review emails with respect to tax deduction issues. | 0.30 | 270.00 |
| 09/08/23 | David J. Adler | Prepare and file August Monthly Statement for M&E. | 0.50 | 450.00 |
| 09/11/23 | David J. Adler | Follow up on outstanding fees. | 0.30 | 270.00 |
| 09/12/23 | David J. Adler | Attend to issues with respect to amendment to plan regarding loan repayment option. | 0.40 | 360.00 |
| 09/13/23 | David J. Adler | Further attending to plan revision to allow borrowers to repay their loans and attend to structure and timing of repayment. | 1.70 | 1,530.00 |
| 09/14/23 | David J. Adler | Emails with respect to modification of plan with respect to repayment of loans. | 0.60 | 540.00 |
| 09/15/23 | David J. Adler | Attend to confirmation related matters. | 0.40 | 360.00 |
| 09/18/23 | David J. Adler | Prepare and file second interim fee application. | 1.90 | 1,710.00 |
| 09/19/23 | David J. Adler | Attend to confirmation related matters. | 2.10 | 1,890.00 |
| 09/20/23 | David J. Adler | Examine issues with respect to indenture trustee and issues regarding payment of fees and discuss with brown rudnick. | 2.30 | 2,070.00 |

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter: Committee matters

Invoice Date: October 24, 2023

Invoice Number: 9072905

Matter Number: 138158-00001

---

| 09/21/23 | David J. Adler | Further review of plan modifications and review status of issues with indenture trustee (Ankura) | 1.20 | 1,080.00 |
|---|---|---|---|---|
| 09/22/23 | David J. Adler | Prepare and file CNO with respect to August 2023 fees (.60); consideration of issues with respect to modification to plan to permit repayment of loans (1.10); review emails with respect to plan confirmation (.30); review issues with respect to first fee application. | 2.20 | 1,980.00 |
| 09/25/23 | David J. Adler | Reviewing emails with respect to confirmation hearing on 9/26 (.40); review modifications to plan with respect to loans and treatment of indenture trustee fees (1.20); review declarations submitted in connection with confirmation (.50). | 2.10 | 1,890.00 |
| 09/26/23 | David J. Adler | Participate telephonically in confirmation hearing (3.80); review outstanding issues with respect to first interim fee application (.20); review declarations and brief filed in support of confirmation. | 4.50 | 4,050.00 |
| | | **B320 - Plan and Disclosure Statement (including Business Plan)** | **21.70** | **$19,412.00** |
| **Total** | | | **46.50** | **$40,120.00** |



BlockFi, Inc. Official Committee of
Unsecured Creditors
New York, NY 10036

Invoice Date: October 24, 2023
Invoice Number: 9072905
Matter Number: 138158-00001

**REMITTANCE COPY**

**Committee matters**

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| Current Invoice | | |
| 10/24/23 | 9072905 | $32,096.00 |
| **Balance Due** | | $32,096.00 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
*McCarter & English, LLP*
*Four Gateway Center*
*100 Mulberry Street*
*Newark, NJ 07102*
*Tel 973.622.4444*
*Fax 973.624.7070*
*www.mccarter.com*
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number: 2020080016953*
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**



BlockFi, Inc. Official Committee of
Unsecured Creditors
New York, NY 10036

Invoice Date: December 27, 2023

Invoice Number: 9072906

Matter Number: 138158-00002

---

Client: Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter: Document Review

*For professional services rendered through October 03, 2023*

Currency: USD

| | |
|---|---|
| Fees | $3,413.50 |
| Disbursements | $3,127.98 |
| | ————————— |
| Total Due This Invoice | $6,541.48 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*
*McCarter & English, LLP*
*Four Gateway Center*
*100 Mulberry Street*
*Newark, NJ 07102*
*Tel  973.622.4444*
*Fax 973.624.7070*
*www.mccarter.com*
*Tax I.D. # 22-1534652*

*Electronic Payment Instructions:*
AccountsReceivable@McCarter.com
*Account Name:  McCarter & English, LLP*
*Account Number: 2020080016953*
*Financial Institution:  Wells Fargo Bank, N.A.*
*ACH ABA: 021200025*
*Wire Transfer ABA: 121000248*
*SWIFT: WFBIUS6S  (International payments)*
**(Please Reference Invoice Number)**



## MULTIPAYOR BREAKDOWN

TOTAL DUE FOR FEES HOLDBACK (20.00%)......................$682.70

TOTAL DUE FOR COSTS HOLDBACK ...............................$0.00

TOTAL DUE FOR FEES BLOCKFI, INC. OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
(80.00%)...........................................................................$2,730.80

TOTAL DUE FOR COSTS BLOCKFI, INC.
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS .............................................................$3,127.98

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

| *Mail To:* | *Electronic Payment Instructions:* |
|---|---|
| *McCarter & English, LLP* | AccountsReceivable@McCarter.com |
| *Four Gateway Center* | *Account Name:  McCarter & English, LLP* |
| *100 Mulberry Street* | *Account Number: 2020080016953* |
| *Newark, NJ 07102* | *Financial Institution:  Wells Fargo Bank, N.A.* |
| *Tel  973.622.4444* | *ACH ABA: 021200025* |
| *Fax 973.624.7070* | *Wire Transfer ABA: 121000248* |
| *www.mccarter.com* | *SWIFT: WFBIUS6S  (International payments)* |
| *Tax I.D. # 22-1534652* | **(Please Reference Invoice Number)** |

| Client: | Official Committee of Unsecured Creditors of BlockFi, Inc. | Invoice Date: December 27, 2023 |
| Matter: | Document Review | Invoice Number: 9072906 |
| | | Matter Number: 138158-00002 |

---

**Time Detail**

| : | B110 - Case Administration | | | |
|---|---|---|---|---|
| 09/25/23 | Lisa S. Bonsall | Communications relating to confirmation hearing (.10). | 0.10 | 83.50 |
| 09/25/23 | Lisa S. Bonsall | Review most recent draft of proposed disclosure statement and related papers (.70). | 0.70 | 584.50 |
| 09/27/23 | Lisa S. Bonsall | Email Hailey Lemmon regarding litigation-related database issues (.2). | 0.20 | 167.00 |
| 09/27/23 | Lisa S. Bonsall | Communications related to post-confirmation litigation database and preservation future litigation (.4). | 0.40 | 334.00 |
| | B110 - Case Administration | | **1.40** | **$1,169.00** |
| : | B120 - Asset Analysis and Recovery | | | |
| 09/20/23 | Jessica J. Macarone | Email communications with M. Finkler re: open licenses and next steps re: database. | 0.10 | 59.50 |
| 09/20/23 | Jessica J. Macarone | Reviewing information related to open licenses and next steps re: database. | 0.10 | 59.50 |
| 09/21/23 | Michael F. Finkler | Compile list of all Relativity user licenses assigned to the BlockFi matter and identify the active licenses as per legal team request. | 0.20 | 33.00 |
| 09/26/23 | Lisa S. Bonsall | Consider and discuss status of database for future litigation, options for cost-savings. | 0.40 | 334.00 |
| 09/26/23 | Jessica J. Macarone | Reviewing archiving options and information re: BlockFi database housing production to determine next steps. | 0.30 | 178.50 |
| 09/26/23 | Jessica J. Macarone | Preparing email communication to H. Lennon, Esq. re: details and proposed options with respect to database housing document productions and next steps. | 1.00 | 595.00 |
| 09/26/23 | Jessica J. Macarone | Conferring with L. Bonsall, Esq. re: database archive options and next steps. | 0.20 | 119.00 |

Client:  Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:  Document Review

Invoice Date: December 27, 2023

Invoice Number: 9072906

Matter Number: 138158-00002

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/27/23 | Jessica J. Macarone | Reviewing information provided by vendor re: database and related hosting information. | 0.20 | 119.00 |
| 09/27/23 | Jessica J. Macarone | Additional email communications with L. Bonsall, Esq. re: strategy for proceeding with database. | 0.20 | 119.00 |
| 09/27/23 | Jessica J. Macarone | Reviewing email communication from L. Bonsall, Esq. to H. Lennon, Esq. re: strategy for proceeding with database. | 0.10 | 59.50 |
| 09/27/23 | Jessica J. Macarone | Email communications with vendor re: standing charges, database status and related inquiries. | 0.30 | 178.50 |
| 09/29/23 | Michael F. Finkler | Review active Relativity user licenses and disable requested licenses. | 0.20 | 33.00 |
| 09/29/23 | Jessica J. Macarone | Email communications with vendor and M. Finkler re: database access and treatment. | 0.30 | 178.50 |
| 09/29/23 | Jessica J. Macarone | Reviewing information from vendor re: database access information. | 0.10 | 59.50 |
| 10/03/23 | Jessica J. Macarone | Responding to inquiry of L. Bonsall, Esq. re: access to BlockFi database. | 0.20 | 119.00 |
| | | B120 - Asset Analysis and Recovery | **3.90** | **$2,244.50** |

| | | | | |
|---|---|---|---|---|
| **Total** | | | **5.30** | **$3,413.50** |
| **Total Disbursements** | | | | **$3,127.98** |
| **Total Due** | | | | **$6,541.48** |

**Disbursement Detail**

| Description | Quantity | Amount |
|---|---|---|
| E-Discovery (Epiq) | 4.00 | 3,127.98 |
| **Total** | | **$3,127.98** |



BlockFi, Inc. Official Committee of
Unsecured Creditors
New York, NY 10036

Invoice Date: December 27, 2023
Invoice Number: 9072906
Matter Number: 138158-00002

**REMITTANCE COPY**

**Document Review**

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| Current Invoice | | |
| 12/27/23 | 9072906 | $5,858.78 |
| **Balance Due** | | $5,858.78 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*                     *Electronic Payment Instructions:*
*McCarter & English, LLP*      AccountsReceivable@McCarter.com
*Four Gateway Center*          *Account Name:  McCarter & English, LLP*
*100 Mulberry Street*          *Account Number:* 2020080016953
*Newark, NJ 07102*             *Financial Institution:  Wells Fargo Bank, N.A.*
*Tel  973.622.4444*            *ACH ABA:* 021200025
*Fax 973.624.7070*             *Wire Transfer ABA:* 121000248
*www.mccarter.com*             *SWIFT: WFBIUS6S  (International payments)*
*Tax I.D. # 22-1534652*        **(Please Reference Invoice Number)**



BlockFi, Inc. Official Committee of
Unsecured Creditors
New York, NY 10036

Invoice Date: October 24, 2023

Invoice Number: 9072907

Matter Number: 138158-00003

Client**:**    Official Committee of Unsecured Creditors of BlockFi, Inc.

Matter:    Tax Matters

*For professional services rendered through September 30, 2023*

Currency: USD

Fees                                                            $334.00

Total Due This Invoice                                          $334.00

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*                          *Electronic Payment Instructions:*
*McCarter & English, LLP*        AccountsReceivable@McCarter.com
*Four Gateway Center*            *Account Name:  McCarter & English, LLP*
*100 Mulberry Street*            *Account Number: 2020080016953*
*Newark, NJ 07102*               *Financial Institution:  Wells Fargo Bank, N.A.*
*Tel  973.622.4444*              *ACH ABA: 021200025*
*Fax 973.624.7070*               *Wire Transfer ABA: 121000248*
*www.mccarter.com*               *SWIFT: WFBIUS6S  (International payments)*
*Tax I.D. # 22-1534652*          **(Please Reference Invoice Number)**



**MULTIPAYOR BREAKDOWN**

TOTAL DUE FOR FEES BLOCKFI, INC. OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
(80.00%)................................................................................$267.20

TOTAL DUE FOR COSTS BLOCKFI, INC.
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS ......................................................................$0.00

TOTAL DUE FOR FEES HOLDBACK (20.00%)......................$66.80

TOTAL DUE FOR COSTS HOLDBACK ...............................$0.00

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

*Mail To:*                        *Electronic Payment Instructions:*
*McCarter & English, LLP*         AccountsReceivable@McCarter.com
*Four Gateway Center*             *Account Name:  McCarter & English, LLP*
*100 Mulberry Street*             *Account Number: 2020080016953*
*Newark, NJ 07102*                *Financial Institution:  Wells Fargo Bank, N.A.*
*Tel  973.622.4444*               *ACH ABA: 021200025*
*Fax 973.624.7070*                *Wire Transfer ABA: 121000248*
*www.mccarter.com*                *SWIFT: WFBIUS6S  (International payments)*
*Tax I.D. # 22-1534652*           **(Please Reference Invoice Number)**

| Client: | Official Committee of Unsecured Creditors of BlockFi, Inc. | Invoice Date: October 24, 2023 |
|---|---|---|
| Matter: | Tax Matters | Invoice Number: 9072907 |
| | | Matter Number: 138158-00003 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/06/23 | Lisa S. Bonsall | Final review of tax loss memo and prepare to send to committee. | 0.20 | 835.00 | 167.00 |
| 09/07/23 | Lisa S. Bonsall | Draft email to Brown Rudnick tax and bankruptcy team enclosing final tax loss deduction memo. | 0.20 | 835.00 | 167.00 |
| **Total Hourly** | | | **0.40** | | **$334.00** |
| **Total Fees** | | | **0.40** | | **$334.00** |



| BlockFi, Inc. Official Committee of Unsecured Creditors<br>New York, NY 10036 | Invoice Date: October 24, 2023<br>Invoice Number: 9072907<br>Matter Number: 138158-00003 |
|---|---|

**REMITTANCE COPY**

**Tax Matters**

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| Current Invoice | | |
| 10/24/23 | 9072907 | $267.20 |
| **Balance Due** | | $267.20 |

**Payment Due Upon Receipt Unless Otherwise Negotiated**

**Please Remit to:**

| **Mail To:** | **Electronic Payment Instructions:** |
|---|---|
| *McCarter & English, LLP* | AccountsReceivable@McCarter.com |
| *Four Gateway Center* | *Account Name:  McCarter & English, LLP* |
| *100 Mulberry Street* | *Account Number: 2020080016953* |
| *Newark, NJ 07102* | *Financial Institution:  Wells Fargo Bank, N.A.* |
| *Tel  973.622.4444* | *ACH ABA: 021200025* |
| *Fax 973.624.7070* | *Wire Transfer ABA: 121000248* |
| *www.mccarter.com* | *SWIFT: WFBIUS6S  (International payments)* |
| *Tax I.D. # 22-1534652* | **(Please Reference Invoice Number)** |