# EXHIBIT B

| Claim # | Schedule | Redacted Claimant | Change Type | Old Value | New Value |
|---|---|---|---|---|---|
| 44 | Schedule B | Crawford Capital Consulting, LLC | Updated Unsecured Capped Amount | $0-BlockFi Lending LLC | $553556.25-BlockFi Lending LLC |
| 145 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $5260.01-BlockFi Inc. | $7853.27-BlockFi Inc. |
| 414 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $15245.87-BlockFi Inc. | $15245.87-BlockFi Inc. $14476.26-BlockFi Lending LLC |
| 502 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0 | $33283.2-BlockFi Lending LLC |
| 553 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $96224.66-BlockFi Inc. | $96224.66-BlockFi Inc. $85652.07-BlockFi Lending LLC |
| 651 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $15.13-BlockFi Inc. | $15.13-BlockFi Inc. $76169.61-BlockFi Lending LLC |
| 693 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $220903-BlockFi Inc. | $221915.76-BlockFi Inc. |
| 811 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $0.17-BlockFi Inc. $15366.17-BlockFi Lending LLC | $0.17-BlockFi Inc. $33871.16-BlockFi Lending LLC |
| 970 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $95000-BlockFi Inc. | $187000-BlockFi Inc. |
| 1052 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $59396.91-BlockFi Inc. | $59396.91-BlockFi Inc. $57503.48-BlockFi Lending LLC |
| 1057 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $21488-BlockFi Inc. | $21488-BlockFi Inc. $18961.71-BlockFi Lending LLC |
| 1065 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $32387.02-BlockFi Inc. $42188.19-BlockFi Services, Inc. | $32387.02-BlockFi Inc. $7019.1-BlockFi Lending LLC $42188.19-BlockFi Services, Inc. |
| 1086 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $42188.19-BlockFi Inc. | $42188.19-BlockFi Inc. $7019.1-BlockFi Lending LLC |
| 1289 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $14.68-BlockFi Inc. $50454.98-BlockFi Lending LLC | $14.68-BlockFi Inc. $123876.98-BlockFi Lending LLC |
| 1437 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $0.43-BlockFi Inc. | $0.43-BlockFi Inc. $32975.14-BlockFi Lending LLC |
| 1475 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $8.17-BlockFi Inc. $55772.35-BlockFi Wallet LLC | $8.17-BlockFi Inc. $265465.26-BlockFi Lending LLC $55772.35-BlockFi Wallet LLC |
| 1810 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $0 | $18961.71-BlockFi Lending LLC |
| 1973 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $14600.39-BlockFi Inc. | $14600.39-BlockFi Inc. $22850.88-BlockFi Lending LLC |
| 1976 | Schedule A | KR1004 Corp | Updated Unsecured Capped Amount | $16106.87-BlockFi Inc. | $16106.87-BlockFi Inc. $20733.34-BlockFi Lending LLC |
| 1985 | Schedule A | KR1004 Corp | Updated Unsecured Capped Amount | $27511.98-BlockFi Inc. | $27511.98-BlockFi Inc. $20733.34-BlockFi Lending LLC |
| 2208 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $15141.17-BlockFi Inc. | $15141.17-BlockFi Inc. $9447.73-BlockFi Lending LLC |
| 2325 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $0.22-BlockFi Inc. | $0.22-BlockFi Inc. $25079.03-BlockFi Lending LLC |
| 2479 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $14017.03-BlockFi Inc. | $14017.03-BlockFi Inc. $42622.56-BlockFi Lending LLC |
| 2484 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $13325.37-BlockFi Inc. $37337.91-BlockFi Lending LLC | $13325.37-BlockFi Inc. $42622.56-BlockFi Lending LLC |
| 2549 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $79.35-BlockFi Inc. | $79.35-BlockFi Inc. $6812.18-BlockFi Lending LLC |
| 2643 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $0.04-BlockFi Inc. | $0.04-BlockFi Inc. $45396.38-BlockFi Lending LLC |
| 2897 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $2.44-BlockFi Inc. $36302-BlockFi Lending LLC | $2.44-BlockFi Inc. $57999.9-BlockFi Lending LLC |
| 2951 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $19285.52-BlockFi Inc. $30589.25-BlockFi Lending LLC | $19285.52-BlockFi Inc. $30589.82-BlockFi Lending LLC |
| 2997 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $19285.52-BlockFi Inc. | $19285.52-BlockFi Inc. $30589.82-BlockFi Lending LLC |
| 3069 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0.52-BlockFi Inc. | $0.52-BlockFi Inc. $23191.47-BlockFi Lending LLC |
| 3445 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $0 | $35017.2-BlockFi Lending LLC |
| 3914 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $2.44-BlockFi Inc. $36302.11-BlockFi Lending LLC | $2.44-BlockFi Inc. $57999.9-BlockFi Lending LLC |
| 3915 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0.03-BlockFi Inc. | $0.03-BlockFi Inc. $29646.55-BlockFi Lending LLC |
| 3924 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $4.33-BlockFi Inc. | $4.33-BlockFi Inc. $14625.11-BlockFi Lending LLC |
| 3926 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $4.21-BlockFi Inc. | $4.21-BlockFi Inc. $16051.37-BlockFi Lending LLC |
| 3928 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $142.67-BlockFi Inc. | $142.67-BlockFi Inc. $13560.04-BlockFi Lending LLC |
| 3929 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0 | $87838.14-BlockFi Lending LLC |
| 3931 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0.03-BlockFi Inc. | $0.03-BlockFi Inc. $29646.55-BlockFi Lending LLC |
| 3932 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $2.58-BlockFi Inc. | $2.58-BlockFi Inc. $19215.3-BlockFi Lending LLC |
| 3933 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $0.01-BlockFi Inc. | $0.01-BlockFi Inc. $13341.16-BlockFi Lending LLC |
| 3934 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $161.71-BlockFi Inc. | $161.71-BlockFi Inc. $104681.73-BlockFi Lending LLC |
| 3940 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0.29-BlockFi Inc. | $0.29-BlockFi Inc. $75933.29-BlockFi Lending LLC |
| 3945 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $437.31-BlockFi Inc. | $437.31-BlockFi Inc. $57547.57-BlockFi Lending LLC |
| 4078 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $2.44-BlockFi Inc. $21696.99-BlockFi Lending LLC | $2.44-BlockFi Inc. $57999.9-BlockFi Lending LLC |
| 4080 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $43173.43-BlockFi Inc. | $43173.43-BlockFi Inc. $4722.63-BlockFi Lending LLC |
| 4118 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $18790-BlockFi Inc. | $18790-BlockFi Inc. $9666.91-BlockFi Lending LLC |
| 4948 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $7413.85-BlockFi International LTD. | $10000-BlockFi International LTD. |
| 5391 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $2.79-BlockFi Inc. | $2.79-BlockFi Inc. $49484.51-BlockFi Lending LLC |
| 5404 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $0 | $54793.35-BlockFi Lending LLC |
| 5409 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0.04-BlockFi Inc. | $0.04-BlockFi Inc. $11834.29-BlockFi Lending LLC |
| 5422 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $2-BlockFi Inc. | $2-BlockFi Inc. $20970.29-BlockFi Lending LLC |
| 5424 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $7.62-BlockFi Inc. $61691-BlockFi Lending LLC | $7.62-BlockFi Inc. $61757.89-BlockFi Lending LLC |

## CHANGE SUMMARY - SCHEDULES A & B

| Claim # | Schedule | Redacted Claimant | Change Type | Old Value | New Value |
|---|---|---|---|---|---|
| 5425 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $247.45-BlockFi Inc. | $247.45-BlockFi Inc. $30467.84-BlockFi Lending LLC |
| 5427 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $18961.37-BlockFi Lending LLC | $18961.53-BlockFi Lending LLC |
| 5437 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $2.65-BlockFi Inc. | $2.65-BlockFi Inc. $22480.47-BlockFi Lending LLC |
| 5447 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $8.07-BlockFi Inc. $5538-BlockFi Lending LLC | $8.07-BlockFi Inc. $43597.36-BlockFi Lending LLC |
| 5498 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $217.68-BlockFi Inc. | $217.68-BlockFi Inc. $71307.72-BlockFi Lending LLC |
| 5546 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $1.65-BlockFi Inc. | $1.65-BlockFi Inc. $26895-BlockFi Lending LLC |
| 5565 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $10.91-BlockFi Inc. | $10.91-BlockFi Inc. $87575.6-BlockFi Lending LLC |
| 5587 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $2.73-BlockFi Inc. | $2.73-BlockFi Inc. $13127.1-BlockFi Lending LLC |
| 5620 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $48.62-BlockFi Inc. | $48.62-BlockFi Inc. $16283.23-BlockFi Lending LLC |
| 5629 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $0.49-BlockFi Inc. $38733-Multiple Debtors Asserted | $0.49-BlockFi Inc. $38733.05-BlockFi Lending LLC $38733-Multiple Debtors Asserted |
| 5638 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0.56-BlockFi Inc. | $0.56-BlockFi Inc. $53316.78-BlockFi Lending LLC |
| 5640 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0.41-BlockFi Inc. | $0.41-BlockFi Inc. $5762.49-BlockFi Lending LLC |
| 5641 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $6.18-BlockFi Inc. | $6.18-BlockFi Inc. $24046.75-BlockFi Lending LLC |
| 5647 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $6.35-BlockFi Inc. | $6.35-BlockFi Inc. $21554.37-BlockFi Lending LLC |
| 5649 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $4.8-BlockFi Inc. | $4.8-BlockFi Inc. $71307.72-BlockFi Lending LLC |
| 5652 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $2.56-BlockFi Inc. | $2.56-BlockFi Inc. $1381.89-BlockFi Lending LLC |
| 5682 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0 | $17988.99-BlockFi International LTD. |
| 5702 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $1174.8-BlockFi Inc. $3.39-BlockFi Lending LLC | $1174.8-BlockFi Inc. $54939.35-BlockFi Lending LLC |
| 5786 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $5.26-BlockFi Inc. $17024.42-BlockFi Lending LLC | $5.26-BlockFi Inc. $39424.42-BlockFi Lending LLC |
| 5842 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $330012.38-BlockFi Lending LLC | $1018780.13-BlockFi Lending LLC |
| 5968 | Schedule B | Siteline Contractor Surveys LLC | Updated Unsecured Capped Amount | $0.03-BlockFi Inc. | $0.03-BlockFi Inc. $29646.55-BlockFi Lending LLC |
| 5983 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $40.34-BlockFi Inc. $64339-BlockFi Lending LLC | $40.34-BlockFi Inc. $64339.01-BlockFi Lending LLC |
| 6024 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $0.26-BlockFi Inc. | $0.26-BlockFi Inc. $45153.97-BlockFi Lending LLC |
| 6033 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $45.13-BlockFi Inc. | $45.13-BlockFi Inc. $4542.57-BlockFi Lending LLC |
| 6035 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $0 | $11082.13-BlockFi Lending LLC |
| 6040 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $0.03-BlockFi Inc. $40.76-BlockFi Inc. and BlockFi Lending LLC | $0.03-BlockFi Inc. $29646.55-BlockFi Lending LLC $40.76-BlockFi Inc. and BlockFi Lending LLC |
| 6078 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $25.26-BlockFi Inc. | $25.26-BlockFi Inc. $60314.27-BlockFi Lending LLC |
| 6082 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $15.17-BlockFi Inc. $62357-BlockFi Lending LLC | $15.17-BlockFi Inc. $123977.86-BlockFi Lending LLC |
| 6084 | Schedule B | To Life! Fitness, LLC | Updated Unsecured Capped Amount | $0 | $71294.75-BlockFi Lending LLC |
| 6134 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $16.7-BlockFi Inc. | $16.7-BlockFi Inc. $19691.33-BlockFi Lending LLC |
| 6160 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $24.96-BlockFi Inc. | $24.96-BlockFi Inc. $149924.15-BlockFi Lending LLC |
| 6351 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $20090.33-BlockFi Inc. | $37547.02-BlockFi Inc. |
| 7208 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $0.35-BlockFi Inc. $33362.63-BlockFi Lending LLC | $0.35-BlockFi Inc. $33413.85-BlockFi Lending LLC |
| 7216 | Schedule B | Blackfyre Capital, LLC | Updated Unsecured Capped Amount | $0.21-BlockFi Inc. | $0.21-BlockFi Inc. $97110.88-BlockFi Lending LLC |
| 7229 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $26.95-BlockFi Inc. | $26.95-BlockFi Inc. $104839.52-BlockFi Lending LLC |
| 7250 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $27.25-BlockFi Inc. $24471.51-BlockFi Lending LLC | $27.25-BlockFi Inc. $24504.87-BlockFi Lending LLC |
| 8146 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $43618.04-Multiple Debtors Asserted | $43618.03-BlockFi Lending LLC $43618.04-Multiple Debtors Asserted |
| 8412 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $1.36-BlockFi Inc. | $1.36-BlockFi Inc. $14296.45-BlockFi Lending LLC |
| 9682 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $4.21-BlockFi Inc. | $4.21-BlockFi Inc. $16051.37-BlockFi Lending LLC |
| 10809 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $43173.43-BlockFi Inc. | $43173.43-BlockFi Inc. $4722.63-BlockFi Lending LLC |
| 10868 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $12.73-BlockFi Inc. $22250-BlockFi Inc. and BlockFi Lending LLC | $12.73-BlockFi Inc. $9666.91-BlockFi Lending LLC $22250-BlockFi Inc. and BlockFi Lending LLC |
| 11138 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $25.26-BlockFi Inc. | $25.26-BlockFi Inc. $60314.27-BlockFi Lending LLC |
| 11279 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $627.66-BlockFi Lending LLC | $198668.65-BlockFi Lending LLC |
| 11313 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0 | $26037.68-BlockFi Lending LLC |
| 11314 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $3507.84-BlockFi Inc. | $3507.84-BlockFi Inc. $347819.44-BlockFi Lending LLC |
| 11315 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $6.35-BlockFi Inc. | $6.35-BlockFi Inc. $87309.55-BlockFi Lending LLC |
| 11318 | Schedule B | Scratch | Updated Unsecured Capped Amount | $2.99-BlockFi Inc. | $2.99-BlockFi Inc. $14047.05-BlockFi Lending LLC |
| 11870 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $2014.87-BlockFi Inc. | $2014.87-BlockFi Inc. $16465.6-BlockFi Lending LLC |
| 11883 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $6445.89-BlockFi Inc. | $6445.89-BlockFi Inc. $6445.89-BlockFi Lending LLC |
| 11884 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $3.61-BlockFi Inc. | $3.61-BlockFi Inc. $90669.91-BlockFi Lending LLC |
| 11906 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $4.24-BlockFi Lending LLC | $295943.75-BlockFi Lending LLC |

**CHANGE SUMMARY - SCHEDULES A/B**

| Claim # | Schedule | Redacted Claimant | Change Type | Old Value | New Value |
|---|---|---|---|---|---|
| 11915 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $397.58-BlockFi Inc. | $397.58-BlockFi Inc. $38362.01-BlockFi Lending LLC |
| 11919 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $34.87-BlockFi Lending LLC | $399520.17-BlockFi Lending LLC |
| 11939 | Schedule A | VAC Investment Trust | Updated Unsecured Capped Amount | $131895.08-BlockFi Inc. | $131895.08-BlockFi Inc. $78600.55-BlockFi Lending LLC |
| 12276 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $100.41-BlockFi Inc. $18312.78-BlockFi Lending LLC | $100.41-BlockFi Inc. $18313.41-BlockFi Lending LLC |
| 12285 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $3.13-BlockFi Inc. $20073.12-BlockFi Inc. and BlockFi Lending LLC | $3.13-BlockFi Inc. $6940.07-BlockFi Lending LLC $20073.12-BlockFi Inc. and BlockFi Lending LLC |
| 12307 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $13.9-BlockFi Inc. | $13.9-BlockFi Inc. $114578.54-BlockFi Lending LLC |
| 12311 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0-BlockFi Lending LLC | $1245543.24-BlockFi Lending LLC |
| 12314 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $154.64-BlockFi Inc. | $154.64-BlockFi Inc. $62886.64-BlockFi Lending LLC |
| 12316 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $0.84-BlockFi Inc. | $0.84-BlockFi Inc. $131138.81-BlockFi Lending LLC |
| 12318 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0 | $26308.89-BlockFi Lending LLC |
| 12325 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $80.45-BlockFi Inc. | $80.45-BlockFi Inc. $513846.83-BlockFi Lending LLC |
| 12327 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $23990-BlockFi Inc. | $23990-BlockFi Inc. $21901.73-BlockFi Lending LLC |
| 12335 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $3-BlockFi Inc. $88717.06-BlockFi Lending LLC | $3-BlockFi Inc. $114485.08-BlockFi Lending LLC |
| 12344 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $540.8-BlockFi Inc. | $540.8-BlockFi Inc. $42946.69-BlockFi Lending LLC |
| 12346 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $66.9-BlockFi Inc. | $66.9-BlockFi Inc. $30038.75-BlockFi Lending LLC |
| 12348 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0 | $40185.81-BlockFi Lending LLC |
| 12349 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0 | $7362.36-BlockFi Lending LLC |
| 12355 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $30557.81-BlockFi Inc. | $30557.81-BlockFi Inc. $24745.48-BlockFi Lending LLC |
| 12356 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $15.81-BlockFi Inc. $9188.38-BlockFi Lending LLC | $15.81-BlockFi Inc. $28034.23-BlockFi Lending LLC |
| 12365 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $40.63-BlockFi Lending LLC | $2239801.38-BlockFi Lending LLC |
| 12368 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $3007.56-BlockFi Inc. | $3007.56-BlockFi Inc. $13937.41-BlockFi Lending LLC |
| 12372 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $133.12-BlockFi Inc. | $133.12-BlockFi Inc. $393191.75-BlockFi Lending LLC |
| 12375 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $1910.56-BlockFi Lending LLC | $495230.33-BlockFi Lending LLC |
| 12378 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0-BlockFi Inc. | $0-BlockFi Inc. $83462.44-BlockFi Lending LLC |
| 12381 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $1785.95-BlockFi Inc. $15648.6-BlockFi Lending LLC | $1785.95-BlockFi Inc. $15648.61-BlockFi Lending LLC |
| 12384 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $2499.77-BlockFi Inc. | $2499.77-BlockFi Inc. $33709.1-BlockFi Lending LLC |
| 12387 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0 | $22526.75-BlockFi Lending LLC |
| 12388 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $73.83-BlockFi Inc. | $73.83-BlockFi Inc. $8774.11-BlockFi Lending LLC |
| 12390 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $0.04-BlockFi Inc. $84272-BlockFi Lending LLC | $0.04-BlockFi Inc. $84336.65-BlockFi Lending LLC |
| 12393 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $32.25-BlockFi Inc. | $32.25-BlockFi Inc. $525042.14-BlockFi Lending LLC |
| 12394 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $8.45-BlockFi Inc. | $8.45-BlockFi Inc. $24288.44-BlockFi Lending LLC |
| 12396 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0.34-BlockFi Inc. | $0.34-BlockFi Inc. $142453.38-BlockFi Lending LLC |
| 12411 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $25.58-BlockFi Inc. | $25.58-BlockFi Inc. $83275.25-BlockFi Lending LLC |
| 12456 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $66054.2-BlockFi Lending LLC | $252750.78-BlockFi Lending LLC |
| 12512 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $235.22-BlockFi Inc. | $235.22-BlockFi Inc. $404378.62-BlockFi Lending LLC |
| 12528 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $3.46-BlockFi Inc. | $3.46-BlockFi Inc. $57694.42-BlockFi Lending LLC |
| 12549 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $64.93-BlockFi Inc. | $64.93-BlockFi Inc. $20666.59-BlockFi Lending LLC |
| 12668 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $43173.43-BlockFi Inc. | $43173.43-BlockFi Inc. $4722.63-BlockFi Lending LLC |
| 12757 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $80.45-BlockFi Inc. | $80.45-BlockFi Inc. $121385.07-BlockFi Lending LLC |
| 12807 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $15.08-BlockFi Inc. | $15.08-BlockFi Inc. $233701.75-BlockFi Lending LLC |
| 12821 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $32692.04-BlockFi Inc. $91845-Multiple Debtors Asserted | $32692.04-BlockFi Inc. $59152.99-BlockFi Lending LLC $91845-Multiple Debtors Asserted |
| 12843 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $4055.16-BlockFi Inc. | $4055.16-BlockFi Inc. $14747.73-BlockFi Lending LLC |
| 12905 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0.68-BlockFi Lending LLC | $371432.65-BlockFi Lending LLC |
| 13232 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $186596.5-BlockFi International LTD. | $350000-BlockFi International LTD. |
| 13244 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $226497.2-BlockFi Lending LLC | $712200.01-BlockFi Lending LLC |
| 13248 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0-BlockFi Inc. | $0-BlockFi Inc. $109431.72-BlockFi Lending LLC |
| 13431 | Scheudle A | SALESFORCE, INC. | Updated Unsecured Capped Amount | $101958.25-BlockFi Lending LLC | $164809.25-BlockFi Lending LLC |
| 13752 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0 | $936074.26-BlockFi Lending LLC |
| 13761 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0-BlockFi Lending LLC | $191305.37-BlockFi Lending LLC |
| 13772 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $25.58-BlockFi Inc. $8487.98-Multiple Debtors Asserted | $25.58-BlockFi Inc. $83275.25-BlockFi Lending LLC $8487.98-Multiple Debtors Asserted |
| 13815 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0.19-BlockFi Inc. | $0.19-BlockFi Inc. $16505.65-BlockFi Lending LLC |

## CHANGE SUMMARY - SCHEDULES A & B

| Claim # | Schedule | Redacted Claimant | Change Type | Old Value | New Value |
|---|---|---|---|---|---|
| 13863 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0.87-BlockFi Inc. | $0.87-BlockFi Inc. $32318.97-BlockFi Lending LLC |
| 13889 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0.97-BlockFi Lending LLC | $429525.55-BlockFi Lending LLC |
| 13893 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $1785.95-BlockFi Inc. | $1785.95-BlockFi Inc. $15648.61-BlockFi Lending LLC |
| 13904 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0 | $15882.17-BlockFi Lending LLC |
| 13908 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0-BlockFi Inc. | $0-BlockFi Inc. $108057.5-BlockFi Lending LLC |
| 13951 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0 | $28361.02-BlockFi International LTD. |
| 13990 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $29.04-BlockFi Inc. | $29.04-BlockFi Inc. $16096.23-BlockFi Lending LLC |
| 14284 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $226497.2-BlockFi Lending LLC | $712200.01-BlockFi Lending LLC |
| 14670 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $375288.4-BlockFi Lending LLC | $530280.77-BlockFi Lending LLC |
| 14826 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $16000-BlockFi Inc. | $16000-BlockFi Inc. $14263.16-BlockFi Lending LLC |
| 14951 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $9485.61-BlockFi Inc. | $9485.61-BlockFi Inc. $66473.53-BlockFi Lending LLC |
| 14976 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $32.93-BlockFi Inc. | $32.93-BlockFi Inc. $54696.65-BlockFi Lending LLC |
| 15023 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $32.25-BlockFi Inc. | $32.25-BlockFi Inc. $525042.14-BlockFi Lending LLC |
| 15026 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $32713.46-BlockFi Inc. | $32713.46-BlockFi Inc. $32505.63-BlockFi Lending LLC |
| 15030 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $1.78-BlockFi Inc. | $1.78-BlockFi Inc. $26254.2-BlockFi Lending LLC |
| 15032 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $375288.4-BlockFi Lending LLC | $530280.77-BlockFi Lending LLC |
| 15033 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0 | $2833332.94-BlockFi Lending LLC |
| 15034 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $9485.61-BlockFi Inc. $66445.83-BlockFi Lending LLC | $9485.61-BlockFi Inc. $66473.53-BlockFi Lending LLC |
| 15041 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $32.93-BlockFi Inc. | $32.93-BlockFi Inc. $54696.65-BlockFi Lending LLC |
| 15046 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $3.87-BlockFi Inc. $13289.16-BlockFi Lending LLC | $3.87-BlockFi Inc. $13899.57-BlockFi Lending LLC |
| 15052 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $1.91-BlockFi Inc. | $1.91-BlockFi Inc. $148067.87-BlockFi Lending LLC |
| 15057 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $8.02-BlockFi Inc. | $8.02-BlockFi Inc. $24767.19-BlockFi Lending LLC |
| 15063 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $3.57-BlockFi Inc. | $3.57-BlockFi Inc. $109890.3-BlockFi Lending LLC |
| 15065 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $66761.93-BlockFi Inc. | $66761.93-BlockFi Inc. $153643.8-BlockFi Lending LLC |
| 15069 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $3.57-BlockFi Inc. | $3.57-BlockFi Inc. $109890.3-BlockFi Lending LLC |
| 15073 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $7.79-BlockFi Inc. | $7.79-BlockFi Inc. $20575.62-BlockFi Lending LLC |
| 15074 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $6682.55-BlockFi Inc. | $6682.55-BlockFi Inc. $65951.93-BlockFi Lending LLC |
| 15082 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0.11-BlockFi Inc. | $0.11-BlockFi Inc. $42437.31-BlockFi Lending LLC |
| 15083 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $1.87-BlockFi Inc. | $1.87-BlockFi Inc. $32829.77-BlockFi Lending LLC |
| 15235 | Schedule A | Silicon Valley Bank | Updated Secured Capped Amount | $5080000-BlockFi Inc. | $4000000-BlockFi Inc. |
| 15252 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0-BlockFi Lending LLC | $2975931.08-BlockFi Lending LLC |
| 15261 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $24.86-BlockFi Lending LLC | $2311248.66-BlockFi Lending LLC |
| 15315 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $78.75-BlockFi Lending LLC | $3717641.9-BlockFi Lending LLC |
| 15346 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $240.66-BlockFi Inc. | $240.66-BlockFi Inc. $31278.15-BlockFi Lending LLC |
| 15379 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $1.42-BlockFi Lending LLC | $1684756.37-BlockFi Lending LLC |
| 15437 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $7.45-BlockFi Inc. | $7.45-BlockFi Inc. $50239.53-BlockFi Lending LLC |
| 15692 | Schedule A | VAC Investment Trust | Updated Unsecured Capped Amount | $131895.08-BlockFi Inc. $7768.8-BlockFi Wallet LLC | $131895.08-BlockFi Inc. $78600.55-BlockFi Lending LLC $7768.8-BlockFi Wallet LLC |
| 15739 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $50.21-BlockFi Inc. | $50.21-BlockFi Inc. $120563.52-BlockFi Lending LLC |
| 15746 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $540.8-BlockFi Inc. | $540.8-BlockFi Inc. $42946.69-BlockFi Lending LLC |
| 15748 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $129.56-BlockFi Inc. | $129.56-BlockFi Inc. $230143.4-BlockFi Lending LLC |
| 15750 | Schedule A | Linares Land Capital, LLC | Updated Unsecured Capped Amount | $8.91-BlockFi Inc. $83624.51-BlockFi Lending LLC | $8.91-BlockFi Inc. $83679.66-BlockFi Lending LLC |
| 15755 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0 | $8315.81-BlockFi Lending LLC |
| 15765 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $3.94-BlockFi Inc. | $3.94-BlockFi Inc. $43757.01-BlockFi Lending LLC |
| 15767 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $259.77-BlockFi Lending LLC | $4292984.51-BlockFi Lending LLC |
| 15769 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $133.54-BlockFi Inc. | $133.54-BlockFi Inc. $23265.53-BlockFi Lending LLC |
| 15772 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0 | $25930.08-BlockFi International LTD. |
| 15774 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $18774.73-BlockFi Inc. | $18774.73-BlockFi Inc. $24633.57-BlockFi Lending LLC |
| 15777 | Schedule B | Schultz Paper Co | Updated Unsecured Capped Amount | $502.83-BlockFi Inc. | $502.83-BlockFi Inc. $3311.27-BlockFi Lending LLC |
| 15778 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $27.69-BlockFi Inc. $7677-BlockFi Lending LLC | $27.69-BlockFi Inc. $29487.96-BlockFi Lending LLC |
| 15780 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $6.14-BlockFi Inc. | $6.14-BlockFi Inc. $169168.84-BlockFi Lending LLC |
| 15782 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $1.22-BlockFi Inc. | $1.22-BlockFi Inc. $121285.84-BlockFi Lending LLC |
| 15802 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $9.89-BlockFi Inc. | $9.89-BlockFi Inc. $79082.09-BlockFi Lending LLC |
| 15905 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $66054.2-BlockFi Lending LLC | $252750.78-BlockFi Lending LLC |

## CHANGE SUMMARY - SCHEDULES A & B

| Claim # | Schedule | Redacted Claimant | Change Type | Old Value | New Value |
|---|---|---|---|---|---|
| 15987 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $6754.35-BlockFi Inc. | $6754.35-BlockFi Inc. $2892.68-BlockFi Lending LLC |
| 16122 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $5640.07-BlockFi Inc. | $5640.07-BlockFi Inc. $21263.61-BlockFi Lending LLC |
| 16263 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $29.04-BlockFi Inc. | $29.04-BlockFi Inc. $16096.23-BlockFi Lending LLC |
| 16453 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $48.75-BlockFi Inc. | $140-BlockFi Inc. |
| 16804 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $48.62-BlockFi Inc. | $48.62-BlockFi Inc. $16283.23-BlockFi Lending LLC |
| 17072 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $43.27-BlockFi Inc. | $43.27-BlockFi Inc. $53882.7-BlockFi Lending LLC |
| 17238 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $4678.39-BlockFi Inc. | $4678.39-BlockFi Inc. $16206.3-BlockFi Lending LLC |
| 17286 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $240.66-BlockFi Inc. | $240.66-BlockFi Inc. $31278.15-BlockFi Lending LLC |
| 17354 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $2451.44-BlockFi Inc. | $2451.44-BlockFi Inc. $19447.56-BlockFi Lending LLC |
| 17450 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $12612.47-BlockFi Inc. | $12612.47-BlockFi Inc. $129974.52-BlockFi Lending LLC |
| 17738 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $74843.17-BlockFi Inc. | $74843.17-BlockFi Inc. $52414.87-BlockFi Lending LLC |
| 18651 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $68.42-BlockFi Inc. | $68.42-BlockFi Inc. $33238.72-BlockFi Lending LLC |
| 18803 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $69384.23-BlockFi Inc. | $147348.17-BlockFi Inc. |
| 18902 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $108.83-BlockFi Lending LLC | $564415.28-BlockFi Lending LLC |
| 18907 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $8.85-BlockFi Lending LLC | $874634.81-BlockFi Lending LLC |
| 18924 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $266.42-BlockFi Inc. | $266.42-BlockFi Inc. $16206.3-BlockFi Lending LLC |
| 18939 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $3.57-BlockFi Inc. | $3.57-BlockFi Inc. $109890.3-BlockFi Lending LLC |
| 18963 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $2485.97-BlockFi Inc. | $2485.97-BlockFi Inc. $11200.81-BlockFi Lending LLC |
| 18969 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $3.57-BlockFi Inc. | $3.57-BlockFi Inc. $109890.3-BlockFi Lending LLC |
| 18974 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $3.57-BlockFi Inc. | $3.57-BlockFi Inc. $109890.3-BlockFi Lending LLC |
| 18981 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $0.57-BlockFi Inc. | $0.57-BlockFi Inc. $28468.98-BlockFi Lending LLC |
| 18989 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $7458.55-BlockFi Inc. | $7458.55-BlockFi Inc. $17223.15-BlockFi Lending LLC |
| 18993 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $3.57-BlockFi Inc. | $3.57-BlockFi Inc. $109890.3-BlockFi Lending LLC |
| 18999 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $69365.99-BlockFi International LTD. | $90000-BlockFi International LTD. |
| 19005 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $50.21-BlockFi Inc. | $50.21-BlockFi Inc. $120563.52-BlockFi Lending LLC |
| 19038 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $5.43-BlockFi Inc. | $5.43-BlockFi Inc. $16206.3-BlockFi Lending LLC |
| 19049 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $99.07-BlockFi Inc. | $99.07-BlockFi Inc. $40839.87-BlockFi Lending LLC |
| 19450 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $2538.01-BlockFi Inc. $70759.56-BlockFi Inc. and BlockFi Lending LLC | $2538.01-BlockFi Inc. $68228.23-BlockFi Lending LLC $70759.56-BlockFi Inc. and BlockFi Lending LLC |
| 19716 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $2496.49-BlockFi Inc. | $2496.49-BlockFi Inc. $77035.48-BlockFi Lending LLC |
| 19877 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $330012.38-BlockFi Lending LLC | $1018780.13-BlockFi Lending LLC |
| 19938 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $1422.47-BlockFi Inc. $7708.72-Multiple Debtors Asserted | $1422.47-BlockFi Inc. $3184.59-BlockFi Lending LLC $7708.72-Multiple Debtors Asserted |
| 20004 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $1757.59-BlockFi Inc. $32.11-BlockFi Inc. and BlockFi Lending LLC | $1757.59-BlockFi Inc. $37688.52-BlockFi Lending LLC $32.11-BlockFi Inc. and BlockFi Lending LLC |
| 20258 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $2960.97-BlockFi Inc. | $2960.97-BlockFi Inc. $34846.08-BlockFi Lending LLC |
| 20442 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $4669.68-BlockFi Inc. $16615-BlockFi Inc. and BlockFi Lending LLC | $4669.68-BlockFi Inc. $42460.5-BlockFi Lending LLC $16615-BlockFi Inc. and BlockFi Lending LLC |
| 20534 | Schedule A | C8102R11, LLC | Updated Unsecured Capped Amount | $13477.14-BlockFi Inc. | $25000-BlockFi Inc. |
| 20672 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $58658.34-BlockFi Inc. | $58658.34-BlockFi Inc. $76010.66-BlockFi Lending LLC |
| 21706 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $232.84-BlockFi Inc. | $232.84-BlockFi Inc. $85652.07-BlockFi Lending LLC |
| 21834 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $18054.56-BlockFi Inc. | $18054.56-BlockFi Inc. $60638.11-BlockFi Lending LLC |
| 21883 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $80.32-BlockFi Inc. | $80.32-BlockFi Inc. $193364.55-BlockFi Lending LLC |
| 22136 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $6.35-BlockFi Inc. | $6.35-BlockFi Inc. $87309.55-BlockFi Lending LLC |
| 22291 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $5.48-BlockFi Inc. | $5.48-BlockFi Inc. $6876.69-BlockFi Lending LLC |
| 22591 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $4608.44-BlockFi Inc. $17887.46-BlockFi Inc. and BlockFi Lending LLC | $4608.44-BlockFi Inc. $13289.16-BlockFi Lending LLC $17887.46-BlockFi Inc. and BlockFi Lending LLC |
| 22681 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $20204.72-BlockFi Inc. $36011.95-BlockFi Inc. and BlockFi Lending LLC | $20204.72-BlockFi Inc. $15882.17-BlockFi Lending LLC $36011.95-BlockFi Inc. and BlockFi Lending LLC |
| 22821 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $74616.78-BlockFi Inc. | $74616.78-BlockFi Inc. $114170.22-BlockFi Lending LLC |
| 22852 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $32692.04-BlockFi Inc. $98873-Multiple Debtors Asserted | $32692.04-BlockFi Inc. $59152.99-BlockFi Lending LLC $98873-Multiple Debtors Asserted |
| 23016 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0-BlockFi Inc. | $0-BlockFi Inc. $78886.8-BlockFi Lending LLC |
| 23102 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $73.83-BlockFi Inc. | $73.83-BlockFi Inc. $8774.11-BlockFi Lending LLC |

| Claim # | Schedule | Redacted Claimant | Change Type | Old Value | New Value |
|---|---|---|---|---|---|
| 23150 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $17220.53-BlockFi Inc. | $37067-BlockFi Inc. |
| 23230 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $66761.93-BlockFi Inc. | $66761.93-BlockFi Inc. $153643.8-BlockFi Lending LLC |
| 23300 | Schedule B | Turquoise Property Maintenance, LLC. | Updated Unsecured Capped Amount | $2340.01-BlockFi Inc. | $2340.01-BlockFi Inc. $2199.42-BlockFi Lending LLC |
| 23329 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $460.15-BlockFi Inc. | $724.37-BlockFi Inc. |
| 23443 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $25890.03-BlockFi Inc. | $25890.03-BlockFi Inc. $210513.07-BlockFi Lending LLC |
| 23466 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $4055.16-BlockFi Inc. | $4055.16-BlockFi Inc. $14747.73-BlockFi Lending LLC |
| 23514 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $2296.94-BlockFi Inc. | $2296.94-BlockFi Inc. $39581.86-BlockFi Lending LLC |
| 23525 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $2115.51-BlockFi Lending LLC | $611940.05-BlockFi Lending LLC |
| 23561 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $2452.38-BlockFi Inc. | $2452.38-BlockFi Inc. $81655.63-BlockFi Lending LLC |
| 23771 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $7458.55-BlockFi Inc. | $7458.55-BlockFi Inc. $17223.15-BlockFi Lending LLC |
| 23898 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $3132.26-BlockFi Inc. | $3132.26-BlockFi Inc. $35098.7-BlockFi Lending LLC |
| 24078 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $4725-BlockFi Inc. | $4725-BlockFi Inc. $11894.17-BlockFi Lending LLC |
| 24205 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $68201.64-BlockFi Inc. | $68201.64-BlockFi Inc. $35167.67-BlockFi Lending LLC |
| 24213 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $13680.89-BlockFi Inc. | $13680.89-BlockFi Inc. $65959.64-BlockFi Lending LLC |
| 24284 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $89471.8-BlockFi Inc. | $89471.8-BlockFi Inc. $39219.24-BlockFi Lending LLC |
| 24413 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $1.73-BlockFi Inc. | $1.73-BlockFi Inc. $1287.78-BlockFi Lending LLC |
| 24625 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $2014.87-BlockFi Inc. | $2014.87-BlockFi Inc. $16465.6-BlockFi Lending LLC |
| 24889 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $30306.41-BlockFi Inc. | $30306.41-BlockFi Inc. $21901.73-BlockFi Lending LLC |
| 25003 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $9.25-BlockFi Inc. | $9.25-BlockFi Inc. $9561.71-BlockFi Lending LLC |
| 25025 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $34.65-BlockFi Inc. | $34.65-BlockFi Inc. $2929.28-BlockFi Lending LLC |
| 25099 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $4569.58-BlockFi Inc. $6482.52-BlockFi Inc. and BlockFi Lending LLC | $4569.58-BlockFi Inc. $600.75-BlockFi Lending LLC $6482.52-BlockFi Inc. and BlockFi Lending LLC |
| 25384 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $45.13-BlockFi Inc. | $45.13-BlockFi Inc. $4542.57-BlockFi Lending LLC |
| 25406 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $35412.34-BlockFi Inc. | $100000-BlockFi Inc. |
| 25440 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $397.58-BlockFi Inc. | $397.58-BlockFi Inc. $38362.01-BlockFi Lending LLC |
| 25616 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $5.26-BlockFi Inc. | $5.26-BlockFi Inc. $39424.42-BlockFi Lending LLC |
| 25638 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $250.89-BlockFi Inc. | $250.89-BlockFi Inc. $17924.16-BlockFi Lending LLC |
| 26329 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0 | $285510.27-BlockFi Lending LLC |
| 26341 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $64371.51-BlockFi International LTD. | $146100-BlockFi International LTD. |
| 26544 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $8377.68-BlockFi Inc. | $8377.68-BlockFi Inc. $12098.92-BlockFi Lending LLC |
| 26851 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0-BlockFi International LTD. | $42488.71-BlockFi International LTD. |
| 26865 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $2296.94-BlockFi Inc. | $2296.94-BlockFi Inc. $39581.86-BlockFi Lending LLC |
| 26869 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $1.22-BlockFi Inc. | $1.22-BlockFi Inc. $121285.84-BlockFi Lending LLC |
| 26884 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $8.85-BlockFi Lending LLC | $874634.81-BlockFi Lending LLC |
| 26899 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $3.57-BlockFi Inc. | $3.57-BlockFi Inc. $109890.3-BlockFi Lending LLC |
| 26904 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $2.46-BlockFi Inc. | $2.46-BlockFi Inc. $57572.41-BlockFi Lending LLC |
| 26909 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $1709.56-BlockFi Inc. | $1709.56-BlockFi Inc. $15104.18-BlockFi Lending LLC |
| 26913 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $25890.03-BlockFi Inc. | $25890.03-BlockFi Inc. $210513.07-BlockFi Lending LLC |
| 26917 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $68.42-BlockFi Inc. $33222.91-BlockFi Lending LLC | $68.42-BlockFi Inc. $33238.72-BlockFi Lending LLC |
| 26923 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $12612.47-BlockFi Inc. | $12612.47-BlockFi Inc. $129974.52-BlockFi Lending LLC |
| 26959 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0 | $33283.2-BlockFi Lending LLC |
| 27007 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $171.41-BlockFi Lending LLC | $271435.41-BlockFi Lending LLC |
| 27015 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $96.48-BlockFi Lending LLC | $198351.78-BlockFi Lending LLC |
| 27125 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $78.75-BlockFi Lending LLC | $3717641.9-BlockFi Lending LLC |
| 27350 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $0-BlockFi Inc. $3034.69-BlockFi Wallet LLC | $0-BlockFi Inc. $109413.27-BlockFi Lending LLC $3034.69-BlockFi Wallet LLC |
| 28333 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $12789.32-BlockFi International LTD. | $32091.71-BlockFi International LTD. |
| 28657 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0.4-BlockFi Lending LLC | $716584.5-BlockFi Lending LLC |
| 28928 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0.97-BlockFi Lending LLC | $429525.55-BlockFi Lending LLC |
| 30471 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $36302.11-BlockFi International LTD. | $36383.08-BlockFi International LTD. |
| 30721 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $36302.11-BlockFi International LTD. | $36383.08-BlockFi International LTD. |
| 31569 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $0.01-BlockFi Inc. | $0.01-BlockFi Inc. $13341.16-BlockFi Lending LLC |
| 31591 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $1174.8-BlockFi Inc. | $1174.8-BlockFi Inc. $54939.36-BlockFi Lending LLC |

| Claim # | Schedule | Redacted Claimant | Change Type | Old Value | New Value |
|---|---|---|---|---|---|
| 32037 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $58008.93-BlockFi Inc. | $63266.77-BlockFi Inc. |
| 32381 | Schedule A | Salesforce, Inc. | Updated Unsecured Capped Amount | $203916.5-BlockFi Lending LLC | $164809.23-BlockFi Lending LLC |
| 32460 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $0.04-BlockFi Inc. | $0.04-BlockFi Inc. $11834.29-BlockFi Lending LLC |
| 32574 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $1347.05-BlockFi International LTD. | $1616.46-BlockFi International LTD. |
| 32973 | Schedule B | -Redacted- | Updated Unsecured Capped Amount | $14600.39-BlockFi Inc. | $14600.39-BlockFi Inc. $22850.88-BlockFi Lending LLC |
| 32989 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $14600.39-BlockFi Inc. $21208.54-BlockFi Lending LLC | $14600.39-BlockFi Inc. $22850.88-BlockFi Lending LLC |
| 33397 | Schedule A | -Redacted- | Updated Unsecured Capped Amount | $79.35-BlockFi Inc. | $79.35-BlockFi Inc. $6812.18-BlockFi Lending LLC |
| 1466 | Scheudle A | -Redacted- | Updated Secured Claim Amount | $0 | $1148.96-BlockFi Inc. |
| 22323 | Schedule B | -Redacted- | Updated Secured Claim Amount | $0 | $4324.02-BlockFi Inc. |
| 1466 | Schedule A | -Redacted- | Updated Admin Claim Amount | $0 | $1148.96-BlockFi Inc. |
| 13431 | Scheudle A | SALESFORCE, INC. | Updated Admin Claim Amount | $0 | $39107.27 -BlockFi Lending LLC |
| 32381 | Schedule A | Salesforce, Inc. | Updated Admin Claim Amount | $0 | $39107.27 -BlockFi Lending LLC |
| 30837 | Schedule A | Vermont Department of Financial Regulation | Removed Claim from Schedule | | |
| 31294 | Schedule A | Texas State Securities Board | Removed Claim from Schedule | | |
| 31295 | Schedule A | Texas State Securities Board | Removed Claim from Schedule | | |
| 31606 | Schedule A | The New Jersey Bureau of Securities | Removed Claim from Schedule | | |
| 31608 | Schedule A | The New Jersey Bureau of Securities | Removed Claim from Schedule | | |
| 31609 | Schedule A | The New Jersey Bureau of Securities | Removed Claim from Schedule | | |
| 31610 | Schedule A | The New Jersey Bureau of Securities | Removed Claim from Schedule | | |
| 31611 | Schedule A | The New Jersey Bureau of Securities | Removed Claim from Schedule | | |
| 31612 | Schedule A | The New Jersey Bureau of Securities | Removed Claim from Schedule | | |
| 31613 | Schedule A | The New Jersey Bureau of Securities | Removed Claim from Schedule | | |
| 31614 | Schedule A | The New Jersey Bureau of Securities | Removed Claim from Schedule | | |
| 31615 | Schedule A | The New Jersey Bureau of Securities | Removed Claim from Schedule | | |
| 15208 | Schedule A | Arch Insurance Company | Added Claim to Schedule | | |
| 15224 | Schedule A | Arch Insurance Company | Added Claim to Schedule | | |
| 15893 | Schedule A | Arch Insurance Company | Added Claim to Schedule | | |