RECEIVED

JAN 10 2024

KROLL RESTRUCTURING
ADMINISTRATION

January 9, 2024

Kroll Restructuring Administration LLC
The "Claims and Noticing Agent"

RE: Blockfi BIA Client ▮▮▮▮▮ Claim No. 158
Administrator's Motion for an Order Capping the Maximum Allowable Amounts and
Establishing a Reserve for All Claims to Enable the First Interim Distribution

To whom it may concern,

Please accept this letter as confirmation of my objection to the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution.

Specifically, my objection follows the plan's failure to include and reference my specific claim number# 158 in Schedule A of the plan distribution estimates. Additionally, I unequivocally object to any attempts by either Blockfi or its agent Plan Administrator to institute any proposed Caps on my claim number# 158 in the amount of $466,465.60 against the Blockfi organization.

Respectfully submitted,

▮▮▮▮▮▮▮▮▮▮

**Debtor: BlockFi Inc et al.**
**Relevant Case Numbers: BlockFi Inc. 22-19361; BlockFi Lending LLC 22-19365; BlockFi Wallet LLC 22-19366; BlockFi International Ltd. 22-19368**
**Eleventh Omnibus Objection**

### Legend: Basis for Objection

| Code | Description |
|---|---|
| BK-NI | Claimant is not identifiable as a customer or counterparty of BlockFi |
| BK-A | Inconsistent with Books and Records - Incorrect Crypto Amount, Correct Dollar Amount |
| BR-B | Inconsistent with Books and Records - Incorrect Dollar Amount, Correct Crypto Amount |
| BR-C | Inconsistent with Books and Records - Incorrect Dollar and Crypto Amount |
| UL | Claims fail to specify the asserted claim amount or list 'unliquidated' |
| AMD | Claim amended by subsequently filed proof of claim |
| DUP | Duplicative claim |
| TOU | Claim includes amounts in violation of Terms of Use, including fraud or disabled account |
| IC | Claims are classified incorrectly or improperly |
| ID | Claims fail to specify the basis for claim or provide sufficient documentation |
| NL | Seeks recovery for amounts for which the Debtors are not liable |
| NDF | Non-debtor has satisfied the claim in full |
| L | Late filed claim after bar date |
| O | Other; see Notes for more information |

### Filed Claim

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection | Action [2] |
|---|---|---|---|---|---|---|
| 158 | [redacted] | 12/06/22 | BlockFi Inc. | $466,460.75 | BR-B | Modify |

### Surviving Claim

| Surviving Claim No. | Estate - Debtor Entity | Estate - Surviving Claim Amount | Wallet - Debtor Entity | Wallet Coins - Surviving Claim Amount [1] |
|---|---|---|---|---|
| 158 | BlockFi Inc. | $466,465.60 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index |

### Notes

[1] Claims that did not assert Wallet as part of their proof of claim may still have Wallet balances but may be listed as "N/A" to this particular claim.

[2] Claims that the Debtors are seeking to modify are subject to future objection.



**RECEIVED**

**JAN 10 2024**

**KROLL RESTRUCTURING ADMINISTRATION**

BlockFi Inc. 14th Omnibus Objection Response
Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232