# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

[REDACTED]

○ Where can I find my Unique ID?

## Claim Information

Claim Number

145

Claim Name

[REDACTED]

Claimant Address on File

[REDACTED]

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 🗎  Blockfi Capping Motion.pdf | 125 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

███████

Email Address

██████████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

IN RE: ) Case No. 22-19361 (MG) ) BLOCKFI INC., et al., ) ) Debtors. ) ) Chapter 11

**MOTION TO AMEND THE CAPPED AMOUNT OF UNSECURED CLAIM**

NOW COMES ▮▮▮▮▮▮▮▮, a creditor in the Chapter 11 proceedings of BlockFi Inc., et al., Case No. 22-19361 (MG), hereby submits this Motion to Amend the Capped Amount of Unsecured Claim and respectfully represents:

1. I am a holder of unsecured claims against BlockFi Inc. arising from digital asset holdings within their platform. I have reviewed the claims register filed by BlockFi Inc. that lists my capped unsecured claim at $5,260.01.

2. However, the true value of my digital assets currently held with BlockFi Inc. exceeds the capped amount listed in the claims register and is as follows:

   o Gemini USD: 2016.10 GUSD = $2,016.10 USD

   o Ethereum (ETH): 1.09781195 = $2,598.55 USD

   o Bitcoin (BTC): 0.07157732 = $3,238.72 USD

   o **Total Valuation of Assets: $7,853.27 USD**

3. Based upon the current market value of these digital assets, my claim's total correct valuation stands at $7,853.27 USD, instead of the provisional amount of $5,260.01 USD.

4. The undervaluation of my claim is detrimental and unjust as it does not accurately reflect the sum owed to me by BlockFi Inc.

WHEREFORE, I respectfully move this Honorable Court to amend the capped amount of my unsecured claim to $7,853.27 USD so that it correctly reflects the market value of my digital assets held with BlockFi Inc. A redress in the claim amount would ensure just and equitable treatment of my claim in accordance with the prevailing market conditions of the assets in question.

Respectfully submitted, this 2nd day of January, **2024**.



Claim Number: 145

Unique ID: ▮▮▮▮▮▮▮▮

Creditor in the above-captioned case

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of January**, 2024**, I caused a copy of this Motion to Amend the Capped Amount of Unsecured Claim to be served via the Court's electronic filing system, and/or by U.S. First Class Mail to the Debtors' counsel and other parties in interest in accordance with the Federal Rules of Bankruptcy Procedure and the local rules of this Court.

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion").  If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion.  This email contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  Make one submission per Unique ID number.  Each Unique ID may be used only once.

Please enter your Unique ID here

▮▮▮▮▮▮▮

○ Where can I find my Unique ID?

## Claim Information

Claim Number

152

Claim Name

▮▮▮▮

Claimant Address on File

▮▮▮▮▮▮▮

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

BlockFi Capping Motion Response Portal

Street2

City

State

Zip

Country

Telephone Number

█████████

Email Address

████████████

To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.

Upload Here

| | | |
|---|---|---|
| 📄 | Screenshot 2023-12-26 at 11.27.19 AM 2.pdf | 34 KB |
| 📄 | BlockFi.pdf | 873 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra.kroll.com.

| Cryptocurrency | Amount | Transaction Type | Exchange Rate Per Coin (USD) | Confirmed At |
|---|---|---|---|---|
| GUSD | -11.00000000 | Withdrawal Fee | | 2023-10-13 13:35:18 |
| GUSD | -46.40000000 | Withdrawal | | 2023-10-13 13:35:18 |
| BTC | 1.02228838 | UI Update: Wallet to BIA Transfer Request Not Executed | | 2022-11-12 23:59:59 |
| ETH | 6.79645873 | UI Update: Wallet to BIA Transfer Request Not Executed | | 2022-11-12 23:59:59 |
| ETH | 6.79645873 | BIA Withdraw | | 2022-11-12 13:01:04 |
| BTC | 1.02228838 | BIA Withdraw | | 2022-11-12 13:00:42 |
| ETH | 1.00000000 | UI Update: Wallet to BIA Transfer Request Not Executed | | 2022-11-11 23:59:59 |
| ETH | 1.00000000 | BIA Withdraw | | 2022-11-11 20:17:24 |
| ETH | 0.01502167 | Interest Payment | | 2022-10-31 23:59:59 |
| BTC | 0.00184574 | Interest Payment | | 2022-10-31 23:59:59 |
| GUSD | 57.40000000 | Bonus Payment | | 2022-10-20 23:59:59 |
| ETH | 0.01451340 | Interest Payment | | 2022-09-30 23:59:59 |
| BTC | 0.00178320 | Interest Payment | | 2022-09-30 23:59:59 |
| BTC | 0.00183954 | Interest Payment | | 2022-08-31 23:59:59 |
| ETH | 0.01497207 | Interest Payment | | 2022-08-31 23:59:59 |
| ETH | 0.01494696 | Interest Payment | | 2022-07-31 23:59:59 |
| BTC | 0.00183644 | Interest Payment | | 2022-07-31 23:59:59 |
| BTC | 0.00050820 | Interest Payment | | 2022-06-30 23:59:59 |
| ETH | 0.00859260 | Interest Payment | | 2022-06-30 23:59:59 |
| ETH | 0.00887685 | Interest Payment | | 2022-05-31 23:59:59 |
| BTC | 0.00052514 | Interest Payment | | 2022-05-31 23:59:59 |
| ETH | 0.00984330 | Interest Payment | | 2022-04-30 23:59:59 |
| BTC | 0.00059220 | Interest Payment | | 2022-04-30 23:59:59 |
| ETH | 0.01147682 | Interest Payment | | 2022-03-31 23:59:59 |
| BTC | 0.00065534 | Interest Payment | | 2022-03-31 23:59:59 |
| ETH | 0.01036420 | Interest Payment | | 2022-02-28 23:59:59 |
| BTC | 0.00059192 | Interest Payment | | 2022-02-28 23:59:59 |
| ETH | 0.01147217 | Interest Payment | | 2022-01-31 23:59:59 |
| BTC | 0.00065534 | Interest Payment | | 2022-01-31 23:59:59 |
| ETH | 0.01422311 | Interest Payment | | 2021-12-31 23:59:59 |
| BTC | 0.00065494 | Interest Payment | | 2021-12-31 23:59:59 |
| BTC | 0.00563090 | Crypto Transfer | | 2021-12-20 22:55:09 |
| BTC | 0.00063360 | Interest Payment | | 2021-11-30 23:59:59 |
| ETH | 0.01374750 | Interest Payment | | 2021-11-30 23:59:59 |
| BTC | 0.00046733 | Cc Referral Boost | | 2021-11-12 17:38:56 |
| BTC | 0.00015395 | Referral Bonus | | 2021-11-11 21:20:55 |
| BTC | 0.00040200 | Interest Payment | | 2021-10-31 23:59:59 |
| ETH | 0.00870808 | Interest Payment | | 2021-10-31 23:59:59 |

| BTC | 1.00248520 | Crypto Transfer | | 2021-10-12 21:58:34 |
| ETH | 7.62970000 | Crypto Transfer | | 2021-10-12 21:17:02 |
| ETH | 0.01000000 | Crypto Transfer | | 2021-10-06 21:20:31 |
| BTC | 0.00100000 | Crypto Transfer | | 2021-10-06 21:19:25 |
| BTC | 0.00002740 | Crypto Transfer | | 2021-09-10 16:50:10 |

Hi,

I respectfully object the amount in appendix A of the capped amounts presented by BlockFi. As you can check in my interest account I have 1.02228838 BTC and 7.79645873 ETH. As you requested I selected a single payout in BTC but the amount needs to be closer to what I have in the account that is more than 1 BTC. Converting the ETH to BTC for a single payout may take the total to 1.40 BTC.

I shouldn't be losing money for BlockFi lack of risk management, the crypto assets are my property and I have patiently wait for this company to allow access to my funds.

Best regards

█████████

Attached screenshot from my interest account showing the amounts I have on bitcoin and ethereum



◆ BlockFi    ≡

Dashboard / Interest Account

## Interest Account



Overview    ˅

### Your Assets

| Asset | Quantity | |
|---|---|---|
| Ethereum ETH | 7.79645873 ETH | › |
| Bitcoin BTC | 1.02228838 BTC | › |

### Recurring Trades

| Recurring Trade | Buy Amt Frequency |
|---|---|

🔒 app.blockfi.com



♦ BlockFi    ≡

Dashboard / **Interest Account** / Bitcoin

## Interest Account



| 🅑 Bitcoin BTC | ⌄ |

---

🅑 **Bitcoin** BTC

Balance
**1.02228838**

---

**Recurring Trades**

| Recurring Trade | Buy Amt Frequency |
| --- | --- |

You have not set up any recurring trades

🔒 app.blockfi.com



# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

| ███████████ |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 217 |
|---|

Claim Name

| ███████████ |
|---|

Claimant Address on File

| ███████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ██████████ |
|---|

Street1

| ██████████ |
|---|

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Capping Motion Response Portal

Upload Here

| | |
|---|---|
| 📄 scan0495.jpg | 255 KB |
| 📄 Interest account BlockFi.JPG | 62 KB |
| 📄 BlockFi Account.JPG | 37 KB |

## Signature

Sign Here



Print Name

█████████████

Email Address

█████████████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Objection to Claim Capping Motion

I, ████████████, the claimant in this suit, hereby express my objection to the motion seeking to impose a cap on my funds in the interest account. It is my explicit desire to receive the entire sum of $5,158 without any limitations. I have provided evidence of the funds held in my interest account, yet they are presently being withheld.

Date: 12/28/2023



 **BlockFi**   Dashboard   Accounts ⌄   Withdraw

Profile Settings

Reports

Log Out

- Wallet withdrawal requests must be submitted before the window closes on **December 31, 2023 at 11:59 PM UTC**.
- Identity Verification information requests must be responded to and completed by **January 12, 2024 at 11:59 PM UTC**.

More information about withdrawals and balances can be found in our FAQ **here**.

Dashboard / Interest Account

# Interest Account

### Assets

 Overview

Gemini USD GUSD

**Your Assets**

| Asset | Quantity | |
|-------|----------|---|
| Gemini USD GUSD | 5,158.96 GUSD | › |
| Bitcoin BTC | 0.00000003 BTC | › |





BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

▊▊▊▊▊▊▊▊▊

○ Where can I find my Unique ID?

## Claim Information

Claim Number

357

Claim Name

▊▊▊▊▊▊▊▊▊

Claimant Address on File

▊▊▊▊▊▊▊▊▊

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

▊▊▊▊▊▊▊

Street1

▊▊▊▊▊

Street2

City

████

State

████

Zip

██

Country

████

Telephone Number

Email Address

██████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 0032783988771982.pdf | 138 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 357 | ████████ | $0 | $0 | $0 | $1922.1-BlockFi Inc. | No |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

▉▉▉▉▉▉▉▉

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: ▉▉▉▉▉▉▉
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

BlockFi Capping Motion Response Portal

## Claim Information

Claim Number

379

Claim Name

▮▮▮▮▮▮▮

Claimant Address on File

▮▮▮▮▮▮▮▮▮▮

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

BlockFi Capping Motion Response Portal

**Zip**

**Country**

**Telephone Number**

**Email Address**

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Monthly_Statement.pdf | 24 KB |
| 📄 Screenshot 2023-12-22 at 3.24.19 PM.pdf | 231 KB |

## Signature

Sign Here

Print Name

Email Address

BlockFi Capping Motion Response Portal

☑  I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

 BlockFi    Dashboard    Accounts ⌄    Withdraw     IR ⌄

> ⓘ **Important Update**
> All eligible clients are reminded to complete their Wallet withdrawal request and process in line with the following key dates. **All remaining Wallet balances will be converted to cash after the deadlines indicated below, and will be distributed to clients in U.S. dollars.**
>
> - Wallet withdrawal requests must be submitted before the window closes on **December 31, 2023 at 11:59 PM UTC**.
> - Identity Verification information requests must be responded to and completed by **January 12, 2024 at 11:59 PM UTC**.
>
> More information about withdrawals and balances can be found in our FAQ **here**.

Dashboard / Interest Account / Gemini USD

# Interest Account

| Assets | |
|---|---|
| 🔵 Overview | |
| ₿ Bitcoin BTC | |
| 🔵 Gemini USD GUSD | |

 **Gemini USD** GUSD

Balance

## 30,884.76866926

Recurring Trades

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022 BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**     October 31, 2022

You earned approximately
**$0.00 \*** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$20,492.00 | 0 | 0 | **0.25453701**<br>$5,215.97 |
| **Total\*** in USD | **$0.00** | **$0.00** | **$5,215.97** |

# October 2022  BlockFi Interest Account Statement

**Flex Selection**                    ---
**Month Ending**                    October 31, 2022

You earned approximately
**$178.01 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00000155<br>$0.03 | 0.00055277<br>$11.33 |
| **1 GUSD**<br>$1.00 | 177.97722294<br>$177.98 | 30,884.76866926<br>$30,884.77 |
| **Total\*** in USD | **$178.01** | **$30,896.10** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

▓▓▓▓▓▓▓▓

○ Where can I find my Unique ID?

## Claim Information

Claim Number

544

Claim Name

▓▓▓▓▓▓▓▓

Claimant Address on File

▓▓▓▓▓▓▓▓▓▓▓

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| Monthly_Statement (2).pdf | 25 KB |
| ██████████ .pdf | 265 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here

█████████████████████████████████████████████

Print Name

████████████

Email Address

████████████

☑  I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**


**Account ID**
**Month Ending**          October 31, 2022

You earned approximately
**$0.00 *** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$20,492.00 | 0 | 0 | **0.02037231**<br>$417.47 |
| **1 GUSD**<br>$1.00 | 0 | 0 | **0.00813388**<br>$0.01 |
| **1 USDC**<br>$1.00 | 0 | 0 | **965.05440900**<br>$965.05 |
| **Total*** in USD | **$0.00** | **$0.00** | **$1,382.53** |

# October 2022  BlockFi Interest Account Statement

**Flex Selection**                     ---
**Month Ending**                    October 31, 2022

You earned approximately
## $208.66 * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | **0.00006417**<br>$1.31 | **0.02205306**<br>$451.91 |
| **1 GUSD**<br>$1.00 | **0.59537577**<br>$0.60 | **97.23400149**<br>$97.23 |
| **1 USDC**<br>$1.00 | **206.74890419**<br>$206.75 | **36,713.22885172**<br>$36,713.23 |
| **Total*** in USD | **$208.66** | **$37,262.37** |

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.



12/26/2023

Re: Claim No.

I object to being capped
at $0. Please find attached bitcoin
purchases from my BlockFi account
page. While fee adjustments to
my claim may be correct, please
identify that adjustment.
$0 is inaccurate and unjust.
Please advise.

**❗ Important Update**

All eligible clients are reminded to complete their Wallet withdrawal request and process in line with the following key dates. **All remaining Wallet balances will be converted to cash after the deadlines indicated below, and will be distributed to clients in U.S. dollars.**

- Wallet withdrawal requests must be submitted before the window closes on **December 31, 2023 at 11:59 PM UTC.**
- Identity Verification information requests must be responded to and completed by **January 12, 2024 at 11:59 PM UTC.**

More information about withdrawals and balances can be found in our FAQ **here**.

## Accounts

### Wallet

0 Active Crypto Balances

### Interest Account



## Transactions

Date ⌄    Type ⌄    ⤓

| Date | Description | Type |
| --- | --- | --- |
| Oct 16 | -0.00010000 BTC | Crypto Transfer Fee ⌄ |
| Oct 16 | -0.00918904 BTC | Crypto Transfer ⌄ |
| Oct 31 | 0.00220072 BTC | Interest Payment ⌄ |
| Oct 14 | 0.00036305 BTC | Credit Card Rewards ⌄ |

| Date | Description | Type |
|---|---|---|
| Sep 30 | 0.00212912 BTC | Interest Payment ⌄ |
| Sep 09 | 0.00238025 BTC | Credit Card Rewards ⌄ |
| Aug 31 | 0.00219577 BTC | Interest Payment ⌄ |
| Aug 12 | 0.00112861 BTC | Bonus Payment ⌄ |
| Aug 12 | 0.00140636 BTC | Credit Card Rewards ⌄ |
| Jul 31 | 0.00218318 BTC | Interest Payment ⌄ |
| Jul 08 | 0.00095438 BTC | Credit Card Rewards ⌄ |
| Jun 30 | 0.00057162 BTC | Interest Payment ⌄ |
| Jun 10 | 0.00052786 BTC | Credit Card Rewards ⌄ |
| May 31 | 0.00057223 BTC | Interest Payment ⌄ |
| May 13 | 0.00062189 BTC | Credit Card Rewards ⌄ |
| Apr 30 | 0.00063314 BTC | Interest Payment ⌄ |
| Apr 08 | 0.00099196 BTC | Credit Card Rewards ⌄ |
| Mar 31 | 0.00069498 BTC | Interest Payment ⌄ |
| Mar 11 | 0.00062633 BTC | Credit Card Rewards ⌄ |
| Feb 28 | 0.00063570 BTC | Interest Payment ⌄ |
| Feb 11 | 0.00028835 BTC | Credit Card Rewards ⌄ |
| Jan 31 | 0.00070453 BTC | Interest Payment ⌄ |
| Jan 14 | 0.00029161 BTC | Credit Card Rewards ⌄ |

| Date | Description | Type |
|------|-------------|------|
| Jan 14 | 0.00052532 BTC | Credit Card Trading Rebate ⌄ |
| Dec 31 | 0.00087490 BTC | Interest Payment ⌄ |
| Dec 10 | 0.00068425 BTC | Credit Card Rewards ⌄ |
| Dec 04 (BUY) | 0.18324364 BTC | Trade ⌄ |
| Nov 30 | 0.00174952 BTC | Interest Payment ⌄ |
| Nov 12 | 0.00097766 BTC | Credit Card Rewards ⌄ |
| Nov 12 | 0.00036187 BTC | Credit Card Trading Rebate ⌄ |
| Oct 31 | 0.00120412 BTC | Interest Payment ⌄ |
| Oct 14 SELL | -0.15976482 BTC | Trade ⌄ |
| Oct 08 | 0.00054525 BTC | Credit Card Rewards ⌄ |
| Oct 08 | 0.00112602 BTC | Credit Card Trading Rebate ⌄ |
| Sep 30 | 0.00062273 BTC | Interest Payment ⌄ |
| Sep 23 (BUY) | 0.56777956 BTC | Trade ⌄ |
| Sep 23 | 25,000.00000000 GUSD | ACH Transfer ⌄ |
| Sep 23 (BUY) | 0.00239382 BTC | Trade ⌄ |
| Sep 10 | 0.00119423 BTC | Credit Card Rewards ⌄ |
| Aug 31 | 0.00127805 BTC | Interest Payment ⌄ |
| Aug 31 | 0.65265353 GUSD | Interest Payment ⌄ |
| Aug 13 | 0.01000000 GUSD | Bonus Payment ⌄ |

| Date | Description | Type |
|---|---|---|
| Aug 13 | 0.00001614 BTC | Credit Card Rewards ⌄ |
| Aug 13 | 0.00069009 BTC | Credit Card Trading Rebate ⌄ |
| Jul 31 | 0.64862168 GUSD | Interest Payment ⌄ |
| Jul 31 | 0.00090359 BTC | Interest Payment ⌄ |
| Jul 28 (BUY) | 0.32429201 BTC | Trade ⌄ |
| Jul 28 | 13,000.00000000 GUSD | ACH Transfer ⌄ |
| Jun 30 | 0.00103620 BTC | Interest Payment ⌄ |
| Jun 30 | 0.70908540 GUSD | Interest Payment ⌄ |
| May 31 | 0.72762301 GUSD | Interest Payment ⌄ |
| May 31 | 0.00106640 BTC | Interest Payment ⌄ |
| Apr 30 | 0.69940890 GUSD | Interest Payment ⌄ |
| Apr 30 | 0.00122700 BTC | Interest Payment ⌄ |
| Mar 31 | 0.71769371 GUSD | Interest Payment ⌄ |
| Mar 31 | 0.00122898 BTC | Interest Payment ⌄ |
| Mar 04 (BUY) | 0.05110359 BTC | Trade ⌄ |
| Feb 27 | 2.500.00000000 GUSD | ACH Transfer ⌄ |

◆ **BlockFi**                                         ≡

| Date | Description | Type |
|---|---|---|
| Feb 28 | 1.20567742 GUSD | Interest Payment ⌄ |
| Feb 06 (BUY) | 0.06436670 BTC | Trade ⌄ |

| Date | Description | Type |
|---|---|---|
| Feb 02 | 2,500.00000000 GUSD | ACH Transfer ⌄ |
| Feb 02 (BUY) | 0.06936467 BTC | Trade ⌄ |
| Jan 28 | 2,500.00000000 GUSD | ACH Transfer ⌄ |
| Jan 31 | 0.92876547 GUSD | Interest Payment ⌄ |
| Jan 31 | 0.00018926 BTC | Interest Payment ⌄ |
| Jan 19 (BUY) | 0.01355866 BTC | Trade ⌄ |
| Jan 14 | 500.00000000 GUSD | ACH Transfer ⌄ |
| Jan 19 (BUY) | 0.01344260 BTC | Trade ⌄ |
| Jan 13 | 500.00000000 GUSD | ACH Transfer ⌄ |
| Jan 13 (BUY) | 0.01318946 BTC | Trade ⌄ |
| Jan 08 | 500.00000000 GUSD | ACH Transfer ⌄ |
| Jan 13 (BUY) | 0.01423919 BTC | Trade ⌄ |
| Jan 07 | 500.00000000 GUSD | ACH Transfer ⌄ |
| Jan 06 (BUY) | 0.01408770 BTC | Trade ⌄ |
| Dec 31 | 500.00000000 GUSD | ACH Transfer ⌄ |
| Dec 31 | 0.29303274 GUSD | Interest Payment ⌄ |
| Dec 14 | 100.00000000 GUSD | ACH Transfer ⌄ |

Showing 78 of 78





Received

DEC 29 2023

Kroll Restructuring Administration

BlockFi Cap Response Processing Center
c/o Kroll Restructuring Administration LLC

Grand Central Station
PO Box 4850
NY, NY 10163-4850

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion").  If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion.  This email contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  Make one submission per Unique ID number.  Each Unique ID may be used only once.

Please enter your Unique ID here

[REDACTED]

○ Where can I find my Unique ID?

## Claim Information

Claim Number

651

Claim Name

[REDACTED]

Claimant Address on File

[REDACTED]

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

BlockFi Capping Motion Response Portal

Street2

City

State

Zip

Country

Telephone Number

███████████

Email Address

███████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 BlockFi 20240101 asserted claim.pdf | 528 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

Claim 651, which I filed early on, was incorrect and replaced by the *correct* claim 33507. 651 should be replaced by 33507. Thank you.

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 651 | ██████ | $43020.76-BlockFi Inc. | $43020.76-BlockFi Inc. | $0 | $15.13-BlockFi Inc. | Yes |

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 33507 | ██████ | $0 | $0 | $0 | $15.13-BlockFi Inc. $76169.61-BlockFi Lending LLC | Yes |

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion").  If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion.  This email contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  Make one submission per Unique ID number.  Each Unique ID may be used only once.

Please enter your Unique ID here

[redacted]

○ Where can I find my Unique ID?

## Claim Information

Claim Number

693

Claim Name

[redacted]

Claimant Address on File

[redacted]

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Claim 693 Capped Total Objection.pdf | 295 KB |
| 📄 Exhibit A Asserted Claims.pdf | 193 KB |
| 📄 BlockFi Inc. Schedule and Wallet Information Portal.pdf | 130 KB |

## Signature

Sign Here



Print Name

██████████

Email Address

██████████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

12/29/2023

I object to the capping amount for my claim 693 at this time as my "capped unsecured" total appears to be inaccurate. My wife and I both have claims. For her claim 722, she has her "capped unsecured" total reflecting both her claim amount ($214176.96) plus a last interest payment ($982.84) with a total of $215159.80.

My claim does not reflect the addition of a last interest payment. I have looked through all the schedules trying to find a claim showing my interest amount as a stand alone claim, but it does not exist. I argue my correct "capped unsecured" total should be both my claim amount ($220903.01) and my last interest payment ($1012.75) for a total of $221915.76. I base this belief on how my wife's claim is being shown with a single total calculated.

Attached you will find pdfs supporting this argument.

1. Exhibit A Asserted Claims pdf: Both my own and wife's claims for reference (mine showing only $220903 "capped unsecured" total and her's showing a total consisting of both her claim and her last interest payment together at $215159.80.

2. BlockFi Inc. Schedule and Wallet Information Portal pdf: Both my own and wife's claims showing our claims and interest owed which should total our "capped unsecured" totals. Her total "capped unsecured" amount is accurate (technically off by $.01) and mine is missing the $1012.75 shown here.

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 693 | ■ | $0 | $0 | $0 | $220903-BlockFi Inc. | No |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 722 | ■■■■■■ | $0 | $214176.96-BlockFi Inc. | $0 | $215159.8-BlockFi Inc. | Yes |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

BlockFi Inc. Schedule and Wallet Information Portal

# BlockFi Inc. Schedule and Wallet Information Portal

## Schedule and Wallet Information Overview

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, the "Debtors") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). The cases are jointly administered under Case No. 22-19361.

**On January 30, 2023, the Court entered an Order setting March 31, 2023, at 5:00 p.m. (prevailing Eastern time) as the General Claims Bar Date in these cases (the "Bar Date Order").** To view the Bar Date Order, please click here.

Prior to the entry of the Bar Date Order, on January 12, 2023, the Debtors filed their Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("SOFA"). All known creditors of the Debtors, as of the November 28, 2022, petition date, are listed on the Debtors' Schedules. In addition, the Debtors listed certain amounts held in wallet accounts on their SOFAs in response to Question 21. Note that client coin balances reflected in SOFA Question 21 are as of November 10, 2022, at 8:15 p.m. ET (i.e., 1:15 UTC on November 11, 2022) (the "Platform Pause"). Coin values presented in SOFA Question 21 utilize market prices as of 11:59 UTC on November 28, 2022 (the "Petition Date"). Client coin balances are not impacted by the user interface updates that have been approved by the United States Bankruptcy Court for the District of New Jersey pursuant to the Wallet Order [Docket No. 923]. (This portal was updated on June 6, 2023, to reflect updates since the Petition to the wallet balances of certain clients in connection with certain post-Platform Pause deposits, ACH returns, and government seizures.)

To protect the confidentiality of individual clients, the names and addresses of these parties are not detailed on the publicly filed Schedules and Statements. If you are a client whose claim is scheduled by one or more of the Debtors, you were sent an email and/or first-class mail package from Kroll with information on the amount and nature of your scheduled claim.

If you are unable to locate your personalized schedule claim information in your email or mailbox, the Debtors have set up this portal to assist you with locating this information. Please follow the instructions below to obtain information on (i) whether or how the Debtors have scheduled your claim and/or (ii) your wallet balance as of, or after, the November 28, 2022, petition date.

For additional information on these cases or to submit a claim, please go to https://restructuring.ra.kroll.com/blockfi/Home-Index.

## Customer Identification

**Important note: you will need to fill out this form twice. Once to receive a Unique ID and a second time to see your claims. Read and follow the steps carefully.**

Please follow these steps to confirm your identity as a BlockFi client.

**Step 1:** Enter the email address you use to login into your BlockFi account below.

**Step 2:** If this is your first time entering your information, click "No" for the question asking, "Have you already received your Kroll issued Unique ID?" A new field will display to enter your BlockFi Account ID.

**Step 3:** Enter your BlockFi Account ID and click "Submit."

**Step 4:** Check your email. You should receive a 16-digit unique ID issued from Kroll to use in the form.

**Step 5:** Click the first blue link to bring up a refreshed version of the same information portal.

**Step 6:** Enter your email address again.

**Step 7:** Click "Yes" to the question, "Have you already received your Kroll issued Unique ID?"

**Step 8:** A new field will display where you can input your Kroll issued Unique ID from the email.

**Step 9:** Once you input your Unique ID, your Claims and Wallet Account information will automatically display on the screen.

Please note, if you cannot find your account number on this portal, you should check to see if you have a balance in your account on BlockFi.com. Accounts with $0 balances on BlockFi.com will not appear on this portal.

**Email Address on file with BlockFi:**

████████████████

**Have you already received your Kroll issued Unique ID (XXXX-XXXX-XXXX-XXXX) via email to view how you were listed in the Debtors' Schedules and/or Statements?**

◉ Yes
○ No

To access your scheduled claim and custodial wallet account information, please enter the Unique ID you received via email in the field below.

BlockFi Inc. Schedule and Wallet Information Portal

**Kroll issued Unique ID**

▮▮▮▮▮▮▮▮▮▮

Don't have a Kroll issued Unique ID?  Please click 'No' above, enter your BlockFi Email address, BlockFi Account ID, and click Submit to obtain your Unique ID.

## Claim Information

| EPOC ID(s)* | Scheduled Debtor Name (s) | Schedule Number (s) | Claim Type(s) | Claim Amount | Scheduled as Contingent, Unliquidated, or Disputed (C, U, or D)? | Amount, Nature, and Priority of Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| ▮▮▮▮▮ | BlockFi Inc. | ▮▮▮▮▮ | BIA | $220,903.01 | | Debtor BlockFi Inc. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in the amount of USD $220,903.01. The basis of this claim is BIA. If you agree with the claim amount and characterization, you do not need to submit a claim form. If you disagree, you must timely file a proof of claim form or be forever barred from further recovery. |
| ▮▮▮▮4 | BlockFi Inc. | ▮▮▮▮▮ | BIA Interest | $1,012.75 | | Debtor BlockFi Inc. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in the amount of USD $1,012.75. The basis of this claim is BIA Interest. If you agree with the claim amount and characterization, you do not need to submit a claim form. If you disagree, you must timely file a proof of claim form or be forever barred from further recovery. |

*Your E-POC ID is your Electronic Proof of Claim ID. Your Electronic Proof of Claim ID is also found on the pre-printed claim form sent to you via first-class mail. If you disagree with the scheduled amount and/or categorization of your claim, please utilize your Electronic Proof of Claim ID to tie your filed claim to your scheduled claim when submitting an electronic proof of claim form at https://restructuring.ra. kroll.com/blockfi/EPOC-Index.

BlockFi Inc. Schedule and Wallet Information Portal

Custodial Wallet Account contents as of, or after, the November 28, 2022, Petition Date

BlockFi Inc. Schedule and Wallet Information Portal

# BlockFi Inc. Schedule and Wallet Information Portal

## Schedule and Wallet Information Overview

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, the "Debtors") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). The cases are jointly administered under Case No. 22-19361.

**On January 30, 2023, the Court entered an Order setting March 31, 2023, at 5:00 p.m. (prevailing Eastern time) as the General Claims Bar Date in these cases (the "Bar Date Order").**  To view the Bar Date Order, please click here.

Prior to the entry of the Bar Date Order, on January 12, 2023, the Debtors filed their Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("SOFA").  All known creditors of the Debtors, as of the November 28, 2022, petition date, are listed on the Debtors' Schedules.  In addition, the Debtors listed certain amounts held in wallet accounts on their SOFAs in response to Question 21.  Note that client coin balances reflected in SOFA Question 21 are as of November 10, 2022, at 8:15 p.m. ET (i.e., 1:15 UTC on November 11, 2022) (the "Platform Pause").  Coin values presented in SOFA Question 21 utilize market prices as of 11:59 UTC on November 28, 2022 (the "Petition Date"). Client coin balances are not impacted by the user interface updates that have been approved by the United States Bankruptcy Court for the District of New Jersey pursuant to the Wallet Order [Docket No. 923]. (This portal was updated on June 6, 2023, to reflect updates since the Petition to the wallet balances of certain clients in connection with certain post-Platform Pause deposits, ACH returns, and government seizures.)

To protect the confidentiality of individual clients, the names and addresses of these parties are not detailed on the publicly filed Schedules and Statements. If you are a client whose claim is scheduled by one or more of the Debtors, you were sent an email and/or first-class mail package from Kroll with information on the amount and nature of your scheduled claim.

If you are unable to locate your personalized schedule claim information in your email or mailbox, the Debtors have set up this portal to assist you with locating this information.  Please follow the instructions below to obtain information on (i) whether or how the Debtors have scheduled your claim and/or (ii) your wallet balance as of, or after, the November 28, 2022, petition date.

For additional information on these cases or to submit a claim, please go to https://restructuring.ra.kroll.com/blockfi/Home-Index.

## Customer Identification

**Important note: you will need to fill out this form twice. Once to receive a Unique ID and a second time to see your claims. Read and follow the steps carefully.**

Please follow these steps to confirm your identity as a BlockFi client.

**Step 1:** Enter the email address you use to login into your BlockFi account below.

**Step 2:** If this is your first time entering your information, click "No" for the question asking, "Have you already received your Kroll issued Unique ID?" A new field will display to enter your BlockFi Account ID.

**Step 3:** Enter your BlockFi Account ID and click "Submit."

**Step 4:** Check your email. You should receive a 16-digit unique ID issued from Kroll to use in the form.

**Step 5:** Click the first blue link to bring up a refreshed version of the same information portal.

**Step 6:** Enter your email address again.

**Step 7:** Click "Yes" to the question, "Have you already received your Kroll issued Unique ID?"

**Step 8:** A new field will display where you can input your Kroll issued Unique ID from the email.

**Step 9:** Once you input your Unique ID, your Claims and Wallet Account information will automatically display on the screen.

Please note, if you cannot find your account number on this portal, you should check to see if you have a balance in your account on BlockFi.com. Accounts with $0 balances on BlockFi.com will not appear on this portal.

**Email Address on file with BlockFi:**

███████████████

**Have you already received your Kroll issued Unique ID (XXXX-XXXX-XXXX-XXXX) via email to view how you were listed in the Debtors' Schedules and/or Statements?**

◉ Yes
○ No

To access your scheduled claim and custodial wallet account information, please enter the Unique ID you received via email in the field below.

**Kroll issued Unique ID**

████████████

Don't have a Kroll issued Unique ID?  Please click 'No' above, enter your BlockFi Email address, BlockFi Account ID, and click Submit to obtain your Unique ID.

## Claim Information

| EPOC ID(s)* | Scheduled Debtor Name (s) | Schedule Number (s) | Claim Type(s) | Claim Amount | Scheduled as Contingent, Unliquidated, or Disputed (C, U, or D)? | Amount, Nature, and Priority of Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| ████████ | BlockFi Inc. | ████████ | BIA | $214,176.96 | | Debtor BlockFi Inc. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in the amount of USD $214,176.96. The basis of this claim is BIA. If you agree with the claim amount and characterization, you do not need to submit a claim form. If you disagree, you must timely file a proof of claim form or be forever barred from further recovery. |
| ████████ | BlockFi Inc. | ████████ | BIA Interest | $982.85 | | Debtor BlockFi Inc. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in the amount of USD $982.85. The basis of this claim is BIA Interest. If you agree with the claim amount and characterization, you do not need to submit a claim form. If you disagree, you must timely file a proof of claim form or be forever barred from further recovery. |

*Your E-POC ID is your Electronic Proof of Claim ID. Your Electronic Proof of Claim ID is also found on the pre-printed claim form sent to you via first-class mail. If you disagree with the scheduled amount and/or categorization of your claim, please utilize your Electronic Proof of Claim ID to tie your filed claim to your scheduled claim when submitting an electronic proof of claim form at https://restructuring.ra. kroll.com/blockfi/EPOC-Index.

BlockFi Inc. Schedule and Wallet Information Portal

Custodial Wallet Account contents as of, or after, the November 28, 2022, Petition Date

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

[██████████████]

○ Where can I find my Unique ID?

## Claim Information

Claim Number

750

Claim Name

[██████████]

Claimant Address on File

[████████████████████]

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

BlockFi Capping Motion Response Portal

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| kroll.pdf | 389 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.



1881

## Claim Information

| EPOC ID(s)* | Scheduled Debtor Name(s) | Schedule Number(s) | Claim Type(s) | Claim Amount | Scheduled as Contingent, Unliquidated, or Disputed (C, U, or D)? | Amount, Nature, and Priority of Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| ■ | BlockFi Inc. | ■ | BIA | $2,605.36 | | |

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

████████████████

○ Where can I find my Unique ID?

## Claim Information

Claim Number

754

Claim Name

████████████████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

BlockFi Capping Motion Response Portal

Street2

[                                                                    ]

City

[                                                                    ]

State

[                                                                    ]

Zip

[                                                                    ]

Country

[                                                                    ]

Telephone Number

[                                                                    ]

Email Address

[                                                                    ]

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

[                                                                    ]

Street1

[                                                                    ]

Street2

[                                                                    ]

City

[                                                                    ]

State

[                                                                    ]

Zip

[                                                                    ]

Country

[                                                                    ]

Telephone Number

[                                                                    ]

Email Address

[                                                                    ]

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 blockfi.pdf | 11 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

I do not understand why my claim is not matched . I submitted my last balance when my account was locked .

I dispute this , it seems reasonable that I would be eligible for some of the settlement.

Thanks,

████████████████    Claim #754

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion").  If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion.  This email contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  Make one submission per Unique ID number.  Each Unique ID may be used only once.

Please enter your Unique ID here

�*[redacted]*

○ Where can I find my Unique ID?

## Claim Information

Claim Number

970

Claim Name

*[redacted]*

Claimant Address on File

*[redacted]*

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| Blockfi Letter.pdf | 73 KB |
| Blockfi Statement.pdf | 24 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.



Re: BlockFI Account

To Whom it may concern,

I object to the proposed settlement and value of my claim.

My account has slightly more than 4 bitcoin and over 6 eth as a balance. The current value of my account is now worth over $187,000.

It is unfair to use the value of the account a year ago and the value should be based on the current value of the assets in my account.



Claim Number 970

**Unique ID :**

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022 BlockFi Wallet Statement

**Name**
**Email**
**Address**


**Account ID**
**Month Ending**        October 31, 2022

You earned approximately
**$45.91 \*** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
| --- | --- | --- | --- |
| **1 GUSD**<br>$1.00 | 0 | 45.91000000<br>$45.91 | 45.91000000<br>$45.91 |
| **Total\* in USD** | **$0.00** | **$45.91** | **$45.91** |

# October 2022 BlockFi Interest Account Statement

**Flex Selection**          Earn all interest in BTC
**Month Ending**            October 31, 2022

You earned approximately
**$168.75 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00823474<br>$168.75 | 4.26286274<br>$87,354.58 |
| **1 ETH**<br>$1,572.90 | 0 | 6.21209573<br>$9,771.01 |
| **Total\*** in USD | **$168.75** | **$97,125.59** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

████████

○ Where can I find my Unique ID?

## Claim Information

Claim Number

1058

Claim Name

████████

Claimant Address on File

████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 🗎 BlockFi_Claim.pdf | 135 KB |
|---|---|

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 1058 | ████████ | $0 | $0 | $0 | $250-BlockFi Inc. | No |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

[ ▮▮▮▮▮▮▮▮ ]

○ Where can I find my Unique ID?

## Claim Information

Claim Number

[ 1062 ]

Claim Name

[ ▮▮▮▮▮▮▮ ]

Claimant Address on File

[ ▮▮▮▮▮▮▮▮▮▮ ]

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

[ ]

Street1

[ ]

BlockFi Capping Motion Response Portal

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄  231222_Objection BlockFi.pdf | 109 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.



Kroll Restructuring Administration LLC

| Your message from | Your reference | Date |
|---|---|---|
| December 22, 2023 | | December 22, 2023 |

**Objection to Order Capping**
**Claim Number: 1062**

Dear Sir or Madam,
I object to the order capping (cf.
[Notice of the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for all Claims to Enable the First Interim Distribution](#) [Docket No. 2006]).
I request to be distributed the full amount owed by BlockFI.

Best regards,



# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

[REDACTED]

○ Where can I find my Unique ID?

## Claim Information

Claim Number

1131

Claim Name

[REDACTED]

Claimant Address on File

[REDACTED]

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 2 █████ pdf | 427 KB |
| 📄 1 IMG_6630.PDF.pdf | 437 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

████████

Email Address

████████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**9:06**

**+ USD** **$380,207.84** 

| **Assets** | **History** |

| Qty. Total | Current P/L ··· | Price |
|---|---|---|
| **ETH 78.017**<br>$175,059.55 | $27,755.69<br>▲ 18.84% | **$2,243.87** |
| **BTC 3.55015114**<br>$155,997.98 | $144,561.28<br>▲ 1,264% | **$43,941.22** |
| **ATOM 557.23**<br>$5,753.15 | $5,753.15<br>▲ 0% | **$10.32** |
| **MANA 12,372**<br>$5,637.83 | $5,637.83<br>▲ 0% | **$0.45569** |
| **LINK 314.09**<br>$4,440.32 | $4,440.32<br>▲ 0% | **$14.14** |
| **UNI 532.66**<br>$3,413.01 | -$10,532.04<br>▼ 75.53% | **$6.407** |
| **XRP 5,772**<br>$3,295.57 | $3,295.57<br>▲ 0% | **$0.57101** |
| **AAVE 28.648**<br>$2,924.14 | $2,924.14<br>▲ 0% | **$102.07** |
| **LTC 31.467**<br>$2,053.78 | -$3,434.93<br>▼ 62.58% | **$65.27** |

| Main | Portfolio | | Alerts | More |



# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

973J-448S-157Z-933R

○ Where can I find my Unique ID?

## Claim Information

Claim Number

1133

Claim Name

██████████

Claimant Address on File

████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Capping Motion Response Portal

Upload Here

| | | |
|---|---|---|
| 🖹 | IMG_2789.jpeg | 277 KB |
| 🖹 | IMG_2788.jpeg | 165 KB |
| 🖹 | IMG_2791.jpeg | 314 KB |

## Signature

Sign Here



Print Name

█████

Email Address

████████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**Profile**

## Personal Info

Legal First Name

██████████

Legal Last Name

██████████

Account Type

**Individual**

Date of Birth

██████████████

Referral Code Used ⓘ

## Contact Info

Phone Number

███████████████████

Email Address

████████████████████

## Location

Address

████████████████████

# Interest Account

# $3,955.82

## Total Interest Paid ⓘ
## $577.03

## Accrued Interest ⓘ
## $0.00

Transfer



GUSD
83.89%

ETH

BTC

# Balances

| | | |
|---|---|---|
| **Gemini USD** GUSD | **$3,318.41** 3,318.41896616 | › |
| **Ethereum** ETH | **$478.43** 0.39383197 | › |
| **Bitcoin** BTC | **$158.88** 0.00952577 | › |



**BlockFi**

# Overview

Balance
## $3,946.99

Transfer

## Interest

Total Interest Paid
## $576.61

Accrued Interest
## $0.00

Your interest will be paid in:

**Same as asset(s) held**

Edit interest preferences

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

[REDACTED]

○ Where can I find my Unique ID?

## Claim Information

Claim Number

1233

Claim Name

[REDACTED]

Claimant Address on File

[REDACTED]

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

[REDACTED]

Street1

[REDACTED]

Street2

████████████████████████████████████████████████████████████

City

██████████

State

██████

Zip

████

Country

██████████

Telephone Number

█████████

Email Address

███████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

████████████████████████████████████████████████████████████

Street1

████████████████████████████████████████████████████████████

Street2

████████████████████████████████████████████████████████████

City

████████████████████████████████████████████████████████████

State

████████████████████████████████████████████████████████████

Zip

████████████████████████████████████████████████████████████

Country

████████████████████████████████████████████████████████████

Telephone Number

████████████████████████████████████████████████████████████

Email Address

████████████████████████████████████████████████████████████

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 Motion.pdf | 138 KB |
|---|---|

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑  I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 1233 | ▆▆▆ | $0 | $0 | $0 | $10760.49-BlockFi Inc. | Yes |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

███████████

○ Where can I find my Unique ID?

## Claim Information

Claim Number

1300

Claim Name

███████████

Claimant Address on File

███████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

BlockFi Capping Motion Response Portal

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Motion response .pdf | 138 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 1300 | ■■■■ | $0 | $0 | $0 | $21863.18-BlockFi Inc. | Yes |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion").  If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion.  This email contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  Make one submission per Unique ID number.  Each Unique ID may be used only once.

Please enter your Unique ID here

▢ █████████

○ Where can I find my Unique ID?

## Claim Information

Claim Number

1357

Claim Name

██████████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

BlockFi Capping Motion Response Portal

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Kroll Motion to Cap.doc | 25 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

12/22/2022
11:00 AM PST



RE: Claim 1357

Dear Kroll and Associates

RE: Response to Motion on Capped Amount
Unique ID: ███████████

I am submitting a response as requested at approximately 11 am PST regarding motion to cap submitted claims.

In reference to my claim submitted in the cash value amount of 16,618.  I had derived that amount of the claim based on the cash value of Bitcoin and Ethereum at the time of the original claim submission.

The amount or Bitcoin and Ethereum I have invested in the Interest Account has remained the same since the start of the hold on Nov 10, 2022.  When I logged into BlockFi to access my information today it still reflects the same amount of BTC and ETHE.   Of course, the cash value will move up or down depending on the latest market value.

The value of booth are as follows:

Bitcoin owned = .47956700
Ethereum owned = 3.47971396

My question is given that both Bitcoin and Ethereum have increased in value since my original claim, is there consideration of retrieving any amounts higher than the capped amount.   Or is there an option where my account can be re-opened and I can retrieve both Bitcoin and Ethereum in the same manner your firm allowed us to defund our wallet.

If the capped amount stated of 16,618 is paid, and there is still a positive Delta between the amount paid and what my intrinsic worth of both Bitcoin and Ethereum is as of today, will there be consideration to receive the difference, if positive

Here is what the math is as of today's notice of the motion to cap.

Bitcoin value = $43,724 x .47956700 = $20,968
Ethereum Value = $2331 x 3.47971396 = $8111

Total Asset worth = $29,079 - $16,618 Delta = $12,461  .  Based on today's value I am losing $12, 461

Bottom line is what happens to that $12,461? And is there any probability of me receiving more than capped if Bitcoin and Ethereum continue to stay at today's value and exceed the capped amount.

If I could choose today, I would prefer receiving my Bitcoin and Ethereum back based on what's listed in my Block-Fi account and receive in similar way my wallet was re-opened.

Thanks kindly for your hard work.  I am thankful to receive the capped amount as listed, however just voicing my opinion and questions on the lost value of $12,461 as of the time of this letter.

Yours Truly

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

███████████

○ Where can I find my Unique ID?

## Claim Information

Claim Number

1457

Claim Name

███████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

██████

Street1

█████

BlockFi Capping Motion Response Portal

Street2

████

City

████

State

███

Zip

███

Country

████

Telephone Number

████

Email Address

██████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Capping Motion Response Portal

Upload Here

| | |
|---|---|
| 📄 Blockfi Claim documents.pdf | 2 MB |
| 📄 Blockfi Claim.pdf | 2 MB |
| 📄 Monthly_Statement (11).pdf | 25 KB |

## Signature

Sign Here



Print Name

██████████

Email Address

██████████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**Proceeds from Broker nd Barter Exchange Transactions** Page 110 of 321   **TAX YEAR 2021** | **FORM 1099-B**
COPY B for RECIPIENT INFORMATION | OMB No.1545-0715

# RECIPIENT INFORMATION







| Section 1 - Short-Term Capital Gains and Losses - Assets Held One Year or Less (Box 2) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description of Property (1a) | Date Acquired (1b) | Date Disposed (1c) | Proceeds (1d) | Cost Basis (1e) | Wash Sale Loss Disallowed (1g) | Federal Income Tax Withheld (4) | State (14) / State Tax Withheld(16) |
| 100.00 GUSD | 6/8/2021 | 6/8/2021 | 100.00 | 100.00 | 0.00 | 0.00 | |
| 0.01658413 BTC | * | 10/16/2021 | 1000.00 | * | 0.00 | 0.00 | |
| 1000.00 GUSD | 10/16/2021 | 10/20/2021 | 1000.00 | 1000.00 | 0.00 | 0.00 | |
| 0.07679099 BTC | * | 10/20/2021 | 5000.00 | * | 0.00 | 0.00 | |
| 5000.00 USDC | 10/20/2021 | 10/22/2021 | 5000.00 | 5000.00 | 0.00 | 0.00 | |
| 0.07410184 BTC | * | 11/5/2021 | 4512.50 | * | 0.00 | 0.00 | |
| 2.17 USDC | 10/31/2021 | 11/8/2021 | 2.17 | 2.17 | 0.00 | 0.00 | |
| 0.03 BTC | * | 11/9/2021 | 2025.71 | * | 0.00 | 0.00 | |
| 2025.70501752 GUSD | 11/9/2021 | 11/9/2021 | 2025.71 | 2025.71 | 0.00 | 0.00 | |
| 0.86498248 GUSD | 10/31/2021 | 11/9/2021 | 0.86 | 0.86 | 0.00 | 0.00 | |
| **Totals** | | | **$28428.23** | **$11205.48** | | | |

\* - Asset was transferred onto exchange. Cost basis obtainment originated off exchange.

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

**Proceeds from Broker nd Barter Exchange Transactions**
**COPY B for RECIPIENT INFORMATION**

**TAX YEAR 2021**

**FORM 1099-B**
OMB No.1545-0715

| Section 1 - Short-Term Capital Gains and Losses - Assets Held One Year or Less (Box 2) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description of Property (1a) | Date Acquired (1b) | Date Disposed (1c) | Proceeds (1d) | Cost Basis (1e) | Wash Sale Loss Disallowed (1g) | Federal Income Tax Withheld (4) | State (14) / State Tax Withheld(16) |
| 2020.46567884 USDC | 11/9/2021 | 11/10/2021 | 2020.47 | 2020.47 | 0.00 | 0.00 | |
| 0.01010221 ETH | * | 11/10/2021 | 46.77 | * | 0.00 | 0.00 | |
| 1.00 ETH | * | 11/10/2021 | 4638.60 | * | 0.00 | 0.00 | |
| 6.10432116 USDC | 11/9/2021 | 11/11/2021 | 6.10 | 6.10 | 0.00 | 0.00 | |
| 0.00567884 USDC | 10/31/2021 | 11/11/2021 | 0.01 | 0.01 | 0.00 | 0.00 | |
| 0.00459566 ETH | 11/30/2021 | 12/7/2021 | 21.10 | 21.27 | 0.00 | 0.00 | |
| 0.060744 ETH | 12/2/2021 | 12/7/2021 | 278.90 | 278.90 | 0.00 | 0.00 | |
| 49.32500366 DAI | 12/2/2021 | 12/11/2021 | 49.33 | 49.99 | 0.00 | 0.00 | |
| 300.00 USDC | 12/21/2021 | 12/22/2021 | 300.00 | 300.00 | 0.00 | 0.00 | |
| 400.00 USDC | 12/21/2021 | 12/23/2021 | 400.00 | 400.00 | 0.00 | 0.00 | |
| **Totals** | | | **$28428.23** | **$11205.48** | | | |

* - Asset was transferred onto exchange. Cost basis obtainment originated off exchange.

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

**Proceeds from Broker nd Barter Exchange Transactions**
**COPY B for RECIPIENT INFORMATION**

**TAX YEAR 2021**

**FORM 1099-B**
OMB No.1545-0715

| Section 2 - Long-Term Capital Gains and Losses - Assets Longer than One Year (Box 2) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description of Property (1a) | Date Acquired (1b) | Date Disposed (1c) | Proceeds (1d) | Cost Basis (1e) | Wash Sale Loss Disallowed (1g) | Federal Income Tax Withheld (4) | State (14) / State Tax Withheld(16) |
| **Totals** | | | **$0.00** | **$0.00** | | | |

\* - Asset was transferred onto exchange. Cost basis obtainment originated off exchange.

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

**1099-B Instructions for Recipient**

Form 1099-B reports proceeds from (and in some cases, basis for) the disposition of capital asset transactions. This form is delivered to both you and the IRS.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account Number:** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1a:** Shows a brief description of the asset and quantity for which amounts are being reported. This asset and quantity represent what was being disposed of (sent).

**Box 1b: (Date Acquired).** Shows the date that the asset being disposed of was acquired. This box may be blank if the acquisition originated on another platform. If Date Acquired is blank, the Cost Basis (see below) will also be blank, representing the fact that cost basis and the associated cost basis acquisition date are unknown. An unknown asset acquisition date and cost basis results from assets being transferred onto the platform.

**Box 1c:** Shows the disposal date of the sale or exchange of a capital asset.

**Box 1d:** Shows the USD proceeds, reduced by any commissions or transfer taxes related to the disposition.

**Cost Basis.** Shows the cost basis of the asset being disposed of. If Cost Basis is blank, Date Acquired (see above) will also be blank, representing the fact that cost basis and the associated cost basis acquisition date are unknown. An unknown asset acquisition date and cost basis results from assets being transferred onto the platform.

**Box 1g.** Shows the amount of a wash sale loss that is disallowed.

**Box 2:** The short-term and long-term boxes pertain to short-term gain or loss and long-term gain or loss.

**Box 4.** Shows the amount of backup withholding applied, if any.

**Box 5:** If checked, the property being disposed of were noncovered securities and boxes 1b and 1e may be blank.

**Box 14.** Shows the state of the recipient, if separate State filing is applicable.

**Box 16.** Shows the amount of state taxes withheld, if any.

For additional information relating to Form 1099-B and its instructions, go to www.irs.gov/Form1099B

---

**Instructions for Completing IRS 8949**

As a US citizen or resident that transacted virtual currency ("cryptocurrency"), it is your responsibility to furnish an IRS Form 8949 and include the form with your tax return. Each transaction reported on Form 1099-B is to be reported by you on Form 8949. Instructions on how to report each transaction on Form 8949 are as follows:

Transactions with Cost Basis

If Box 1b, Date Acquired and Box 1e, Cost Basis, are populated for a given transaction, then you should directly transpose the information for each transaction onto IRS Form 8949 with Box "A" checked for short-term transactions and Box "D" checked for long-term transactions.

Transactions with Missing Cost Basis

If Box 1b, Date Acquired, and Box 1e, Cost Basis, are missing for a given transaction, then you should transpose the available information for each transaction onto IRS Form 8949 with Box "B" for short-term transactions and Box "E" for long-term transactions. It is your responsibility to fill in your asset acquisition dates and cost basis information on Form 8949 for such transactions.

Taxpayers may fill in any missing cost basis information themselves or with the help of an accountant. BlockFi has partnered with cryptocurrency tax software and accounting firm TaxBit in order to automatically aggregate a user's transactions across platforms, accurately fill in cost basis information, and produce their completed IRS Form 8949's in a variety of formats compatible with popular tax filing software. BlockFi users can receive a 10% discount, start a free TaxBit trial account, and complete their cryptocurrency tax filings here: https://taxbit.com/invite/blockfi.



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022 BlockFi Wallet Statement

**Name**
**Email**
**Address**



**Account ID**
**Month Ending**    October 31, 2022

You earned approximately
**$16.06 *** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$20,492.00 | 0 | 0 | **0.08701566**<br>$1,783.12 |
| **1 ETH**<br>$1,572.90 | 0 | 0 | **0.65577390**<br>$1,031.47 |
| **1 GUSD**<br>$1.00 | 0 | **16.06000000**<br>$16.06 | **16.06000000**<br>$16.06 |
| **Total*** in USD | **$0.00** | **$16.06** | **$2,830.65** |

# October 2022 BlockFi Interest Account Statement

**Flex Selection** --- 
**Month Ending** October 31, 2022

You earned approximately
**$19.97 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC** $20,492.00 | **0.00070711** $14.49 | **0.34467580** $7,063.10 |
| **1 DAI** $1.00 | **0.00059644** $0.00 | **0.12084283** $0.12 |
| **1 ETH** $1,572.90 | **0.00348440** $5.48 | **1.19440733** $1,878.68 |
| **1 GUSD** $1.00 | **0.00005580** $0.00 | **0.00914492** $0.01 |
| **1 USDC** $1.00 | **0.00490699** $0.00 | **0.80140033** $0.80 |
| **Total\*** in USD | **$19.97** | **$8,942.71** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# September 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**



**Account ID**
**Month Ending**          September 30, 2022

You earned approximately
**$0.00 \*** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$19,414.22 | 0 | 0 | **0.08701566**<br>$1,689.34 |
| **1 ETH**<br>$1,328.08 | 0 | 0 | **0.98577390**<br>$1,309.19 |
| **Total\*** in USD | **$0.00** | **$0.00** | **$2,998.53** |

# September 2022 BlockFi Interest Account Statement

**Flex Selection**          ---
**Month Ending**            September 30, 2022

You earned approximately
**$17.73 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC** $19,414.22 | **0.00068310** $13.26 | **0.34396869** $6,677.88 |
| **1 DAI** $1.00 | **0.00057450** $0.00 | **0.12024639** $0.12 |
| **1 ETH** $1,328.08 | **0.00336240** $4.47 | **1.19092293** $1,581.64 |
| **1 GUSD** $1.00 | **0.00005370** $0.00 | **0.00908912** $0.01 |
| **1 USDC** $1.00 | **0.00472050** $0.00 | **0.79649334** $0.80 |
| **Total\*** in USD | **$17.73** | **$8,260.45** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.



**BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# January 2022 BlockFi Wallet Statement

**Name**
**Email**
**Address**



**Account ID**
**Month Ending**    January 31, 2022

You earned approximately
**$0.75 \*** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| 1 BTC<br>$38,483.13 | 0 | 0.00001957<br>$0.75 | 0 |
| **Total\* in USD** | **$0.00** | **$0.75** | **$0.00** |

# January 2022 BlockFi Interest Account Statement

**Flex Selection** ---
**Month Ending** January 31, 2022

You earned approximately
**$36.27 *** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
| --- | --- | --- |
| 1 BTC<br>$38,483.13 | 0.00060667<br>$23.35 | 0.43927484<br>$16,904.67 |
| 1 DAI<br>$1.00 | 0.00083886<br>$0.00 | 0.11507736<br>$0.12 |
| 1 ETH<br>$2,688.28 | 0.00480407<br>$12.91 | 1.16184373<br>$3,123.36 |
| 1 GUSD<br>$1.00 | 0.00006293<br>$0.00 | 0.00866217<br>$0.01 |
| 1 USDC<br>$1.00 | 0.00553412<br>$0.01 | 0.75896715<br>$0.76 |
| **Total* in USD** | **$36.27** | **$20,028.92** |

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary based on activity, rates, and compliance with BlockFi's terms & conditions.



**BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# February 2022 BlockFi Wallet Statement

**Name**
**Email**
**Address**



**Account ID**
**Month Ending**         February 28, 2022

You earned approximately
**$0.00 *** worth of crypto.

# February 2022 BlockFi Interest Account Statement

**Flex Selection**          ---
**Month Ending**            February 28, 2022

You earned approximately
## $36.39 * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| 1 BTC<br>$43,193.23 | 0.00054796<br>$23.67 | 0.43982280<br>$18,997.37 |
| 1 DAI<br>$1.00 | 0.00074284<br>$0.00 | 0.11582020<br>$0.12 |
| 1 ETH<br>$2,919.20 | 0.00435736<br>$12.72 | 1.16620109<br>$3,404.37 |
| 1 GUSD<br>$1.00 | 0.00005572<br>$0.00 | 0.00871789<br>$0.01 |
| 1 USDC<br>$1.00 | 0.00490084<br>$0.00 | 0.76386799<br>$0.76 |
| **Total*** in USD | **$36.39** | **$22,402.63** |

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.

Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

# March 2022 BlockFi Interest Account Statement

**Flex Selection**          ---
**Month Ending**            March 31, 2022

You earned approximately
**$43.54 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| 1 BTC $45,538.68 | 0.00060698 $27.64 | 0.44042978 $20,056.59 |
| 1 DAI $1.00 | 0.00075919 $0.00 | 0.11657939 $0.12 |
| 1 ETH $3,281.64 | 0.00484220 $15.89 | 1.17104329 $3,842.94 |
| 1 GUSD $1.00 | 0.00005704 $0.00 | 0.00877493 $0.01 |
| 1 USDC $1.00 | 0.00500898 $0.01 | 0.76887697 $0.77 |
| **Total\* in USD** | **$43.54** | **$23,900.43** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# March 2022 BlockFi Wallet Statement

**Name**
**Email**
**Address**



**Account ID**
**Month Ending**           March 31, 2022

You earned approximately
**$0.00 *** worth of crypto.

# April 2022 BlockFi Interest Account Statement

**Flex Selection**        ---
**Month Ending**          April 30, 2022

You earned approximately
## $30.79 * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| 1 BTC $37,714.88 | 0.00054286 $20.47 | 0.34097264 $12,859.74 |
| 1 DAI $1.00 | 0.00067260 $0.00 | 0.11725199 $0.12 |
| 1 ETH $2,730.19 | 0.00378090 $10.32 | 1.17482419 $3,207.49 |
| 1 GUSD $1.00 | 0.00005040 $0.00 | 0.00882533 $0.01 |
| 1 USDC $1.00 | 0.00443610 $0.00 | 0.77331307 $0.77 |
| **Total* in USD** | **$30.79** | **$16,068.13** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

# April 2022 BlockFi Interest Account Statement

**Flex Selection**           ---
**Month Ending**             April 30, 2022

You earned approximately
**$30.79 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| 1 BTC<br>$37,714.88 | 0.00054286<br>$20.47 | 0.34097264<br>$12,859.74 |
| 1 DAI<br>$1.00 | 0.00067260<br>$0.00 | 0.11725199<br>$0.12 |
| 1 ETH<br>$2,730.19 | 0.00378090<br>$10.32 | 1.17482419<br>$3,207.49 |
| 1 GUSD<br>$1.00 | 0.00005040<br>$0.00 | 0.00882533<br>$0.01 |
| 1 USDC<br>$1.00 | 0.00443610<br>$0.00 | 0.77331307<br>$0.77 |
| **Total\* in USD** | **$30.79** | **$16,068.13** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.



**BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

## June 2022 BlockFi Wallet Statement

**Name**
**Email**
**Address**



**Account ID**
**Month Ending**          June 30, 2022

You earned approximately
**$0.00 \*** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$19,953.40 | 0 | 0 | **0.10000000**<br>$1,995.34 |
| **Total\*** in USD | **$0.00** | **$0.00** | **$1,995.34** |

# June 2022 BlockFi Interest Account Statement

**Flex Selection**     ---
**Month Ending**     June 30, 2022

You earned approximately
## $11.95 * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| 1 BTC<br>$19,953.40 | 0.00044520<br>$8.88 | 0.34187726<br>$6,821.61 |
| 1 DAI<br>$1.00 | 0.00056610<br>$0.00 | 0.11849358<br>$0.12 |
| 1 ETH<br>$1,070.51 | 0.00286470<br>$3.07 | 1.18064164<br>$1,263.89 |
| 1 GUSD<br>$1.00 | 0.00004920<br>$0.00 | 0.00892537<br>$0.01 |
| 1 USDC<br>$1.00 | 0.00433710<br>$0.00 | 0.78210642<br>$0.78 |
| **Total* in USD** | **$11.95** | **$8,086.41** |

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary based on activity, rates, and compliance with BlockFi's terms & conditions.

# July 2022 BlockFi Interest Account Statement

**Flex Selection** --- 
**Month Ending** July 31, 2022

You earned approximately
**$22.20 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| 1 BTC<br>$23,311.21 | 0.00070370<br>$16.40 | 0.34258096<br>$7,985.98 |
| 1 DAI<br>$1.00 | 0.00058776<br>$0.00 | 0.11908134<br>$0.12 |
| 1 ETH<br>$1,680.29 | 0.00345433<br>$5.80 | 1.18409597<br>$1,989.62 |
| 1 GUSD<br>$1.00 | 0.00005487<br>$0.00 | 0.00898024<br>$0.01 |
| 1 USDC<br>$1.00 | 0.00481833<br>$0.00 | 0.78692475<br>$0.79 |
| **Total\* in USD** | **$22.20** | **$9,976.52** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# July 2022 BlockFi Wallet Statement

**Name**
**Email**
**Address**



**Account ID**
**Month Ending**          July 31, 2022

You earned approximately
## $0.00 * worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| 1 BTC<br>$23,311.21 | 0 | 0 | 0.10000000<br>$2,331.12 |
| 1 ETH<br>$1,680.29 | 0 | 0 | 0.28507573<br>$479.01 |
| **Total\* in USD** | **$0.00** | **$0.00** | **$2,810.13** |

# September 2022 BlockFi Interest Account Statement

**Flex Selection**          ---
**Month Ending**          September 30, 2022

You earned approximately
## $17.73 * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| 1 BTC<br>$19,414.22 | 0.00068310<br>$13.26 | 0.34396869<br>$6,677.88 |
| 1 DAI<br>$1.00 | 0.00057450<br>$0.00 | 0.12024639<br>$0.12 |
| 1 ETH<br>$1,328.08 | 0.00336240<br>$4.47 | 1.19092293<br>$1,581.64 |
| 1 GUSD<br>$1.00 | 0.00005370<br>$0.00 | 0.00908912<br>$0.01 |
| 1 USDC<br>$1.00 | 0.00472050<br>$0.00 | 0.79649334<br>$0.80 |
| **Total*** in USD | $17.73 | $8,260.45 |

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# September 2022 BlockFi Wallet Statement

**Name**
**Email**
**Address**



**Account ID**
**Month Ending**                September 30, 2022

You earned approximately
**$0.00 *** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| 1 BTC<br>$19,414.22 | 0 | 0 | 0.08701566<br>$1,689.34 |
| 1 ETH<br>$1,328.08 | 0 | 0 | 0.98577390<br>$1,309.19 |
| **Total*** in USD | **$0.00** | **$0.00** | **$2,998.53** |



**Important Update**
Please note, balances displayed on the user interface may not properly reflect underlying balances at the time of the platform pause. Additional information can be found on our blog **here**.

## Accounts

**Wallet**

Balance
$2,405.45

3 Active Crypto Balances

**Interest Account**

Balance
$7,596.28

5 Active Crypto Balances

Total Interest Paid
$302.04

Accrued Interest
$0.00

**Loans**

Borrow cash while you hold crypto. Mind-blowing rates. Same-day USD loans. No credit check or prepayment penalties.

Borrow now

Total Assets Value
$12,223.16
$32.88 (+0.27%) 24 Hour Change

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion").  If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion.  This email contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  Make one submission per Unique ID number.  Each Unique ID may be used only once.

Please enter your Unique ID here

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

> Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.
>
> Claim Number: 1234
> Claimant Name:
> Link to Your Objection Information: click here to download
> Unique ID: XXXX-XXXX-XXXX-XXXX
>
> This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

1466

Claim Name

███████

Claimant Address on File

████████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

BlockFi Capping Motion Response Portal

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 BlockFi1466.pdf | 55 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

BlockFi Capping Motion Response Portal

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

Claim Number: 1466

With pursuant to the claim number 1466, since it matched with scheduled claim, I hereby object the $0 capped admin, $0 capped secured, where I should have received the full amount of $1148.96 as a base amount.

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion").  If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion.  This email contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  Make one submission per Unique ID number.  Each Unique ID may be used only once.

Please enter your Unique ID here

⊙ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name:
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

BlockFi Capping Motion Response Portal

## Claim Information

Claim Number

1554

Claim Name

████████

Claimant Address on File

████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Motion to blockfi.pdf | 342 KB |

## Signature

Sign Here

████████████████████

Print Name

████

Email Address

██████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

BlockFi Capping Motion Response Portal

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra.kroll.com.

██████████

████████████████████

Re: Response to Motion for the Return of Funds

Dear Attorney,
I hope this letter finds you well. I am writing in response to the motion filed and seeking the return of $50,000 worth of USDC from BlockFi. I appreciate your prompt communication on this matter.

I have a unique situation where the USDC is stored on a cronos network intead of erc20 . You can verify
using this link here:

████████████████████████████████████████

██████████████████████

 If you match the wallet address to my bitcoin account that is the address of my bitcoin account.

I have been working diligently with the support team of bitgo and block fi to retrieve they asset. They do have plan to support cronos network in the future. Unfortunately, they went bankrupt before this could be retrieved

I attached proof of communication with bitgo and blockfi and also from crypto.com team to confirm that the fund is below to block fi

Thank you for your attention to this matter. I look forward to your response and the possibility of reaching a fair resolution.
Sincerely,

████

██████████████

Attached: Proof of Ownership



(BlockFi)

May 12, 2022, 2:20 PM EDT

Hi ▮,

▮ here, I am part Team Lead for the team that works on these types of inquiries. To answer your question as transparently as possible, there is a chance that if our custodian supports Cronos in the future that it will be recoverable. But we cannot promise that. I know this is extremely frustrating and a huge loss for you. I give you my sincerest apologies. If you have any other questions on any of this, please let me know. I am here to help in any way that I can.

Kindly,

▮



9:04

blockchain it cannot be cancelled or reversed.

I remain at your disposal if there is anything else I could possibly assist you with.

Is there a way to reverse the withdrawal?

We no longer have control over your funds. If this withdrawal ended up on the BlockFi platform we suggest following the official announcement for possible updates regarding the customer's funds on their platform.

Please do not hesitate to contact us if more questions arise.

Nov 30, 2022

Help ████ understand how they're doing:

Rate your conversation

😠  🙁  😐  😃  🤩

Your conversation has ended



# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

███████████

⦿ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name:
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

BlockFi Capping Motion Response Portal

## Claim Information

Claim Number

1580

Claim Name

██████████

Claimant Address on File

████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

BlockFi Capping Motion Response Portal

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 BlockFi : Kroll 12:29:23.pdf | 20 KB |

## Signature

Sign Here

Print Name

███████

Email Address

███████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra.kroll.com.



Block Inc Bankruptcy
Kroll Restructuring Administration LLC
55 East 52nd Street, 17th Floor
New York, NY.10055

December 29, 2023

**Claim Number: 1580**

███████████████

**OBJECTION**

I do not agree to receive less than $32,865.00.

I did not receive any schedule for repayment.

Sincerely,

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

████████████████████

○ Where can I find my Unique ID?

## Claim Information

Claim Number

1616

Claim Name

███████████

Claimant Address on File

█████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

███████████

Street1

███████████

Street2

City

█████

State

██

Zip

████

Country

██████

Telephone Number

████████

Email Address

████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| scan0495.jpg | 255 KB |
| Interest account BlockFi.JPG | 62 KB |
| BlockFi Account.JPG | 37 KB |

## Signature

Sign Here



Print Name

Email Address

tanyapham11@gmail.com

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

 BlockFi

Dashboard        Accounts ⌄        Withdraw

Profile Settings

Reports

Log Out

- Wallet withdrawal requests must be submitted before the window closes on **December 31, 2023 at 11:59 PM UTC**.
- Identity Verification information requests must be responded to and completed by **January 12, 2024 at 11:59 PM UTC**.

More information about withdrawals and balances can be found in our FAQ **here**.

Dashboard  /  Interest Account

# Interest Account



### Assets

**⊘ Overview**

**⊘ Gemini USD** GUSD

**Your Assets**

| Asset | Quantity | |
|---|---|---|
| ⊘ Gemini USD GUSD | 5,158.96 GUSD | › |
| ₿ Bitcoin BTC | 0.00000003 BTC | › |

Objection to Claim Capping Motion

I, ███████████, the claimant in this suit, hereby express my objection to the motion seeking to impose a cap on my funds in the interest account. It is my explicit desire to receive the entire sum of $5,158 without any limitations. I have provided evidence of the funds held in my interest account, yet they are presently being withheld.

Date: 12/28/2023





# ◆ BlockFi

Dashboard    Accounts ⌄    Withdraw

TG ⌄

Profile

Security

Crypto Addresses

Reports

Beneficiaries

# Profile

Account ID: ████████

## Personal Information

Legal First Name                    Legal Last Name

████████████████████████████████

Email Address

████████████████████

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion").  If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion.  This email contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  Make one submission per Unique ID number.  Each Unique ID may be used only once.

Please enter your Unique ID here

███████████

○ Where can I find my Unique ID?

## Claim Information

Claim Number

1749

Claim Name

████████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

█████████

Street1

███████████

Street2

███

City

████████

State

███

Zip

███

Country

███

Telephone Number

████

Email Address

███████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄  Blockfi Claim.pdf | 38 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

I have a claim with id ███████████████ that is not correct and I want to cancel it with claim number 1749, I have another one that is the same I don't know why it has been duplicated but it is correct with claim number 25955 and unique ID ████████████████, this has the correct return.

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

███████████

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name:
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

BlockFi Capping Motion Response Portal

## Claim Information

Claim Number

1755

Claim Name

██████████

Claimant Address on File

██████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

██████████

Street1

██████████

Street2

City

████

State

██

Zip

████

Country

████████

Telephone Number

██████

Email Address

████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

██████████

Street1

██████████

Street2

City

Dallas

State

██

Zip

███

Country

███████

Telephone Number

██████

Email Address

█████████████

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 BlockFi Inc Claim response..pdf | 143 KB |
| 📄 BlockFi Account Screenshot 2024-01-05_13-18-02.pdf | 97 KB |

## Signature

Sign Here



Print Name

████████

Email Address

█████████████

BlockFi Capping Motion Response Portal

☑  I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

 **BlockFi**          Dashboard          Accounts ▾          Withdraw          EM ▾

---

⚠ **Important Update**

As previously notified, **Wallet withdrawals were suspended on December 31, 2023, at 11:59 PM UTC**. Any remaining wallet balances will be converted to cash and distributed to BlockFi clients in U.S. dollars.

- Clients that initiated a withdrawal request and need to verify their identity must complete the Identity Verification requests by January 12, 2024, at 11:59 PM UTC.

More information about withdrawals and balances can be found in our FAQ **here**.

**Dashboard** / Interest Account

# Interest Account

## Assets

| Assets |
|---|
| 🔵 Overview |
| ₿ Bitcoin BTC |
| ◆ Ethereum ETH |

### Your Assets

| Asset | Quantity | |
|---|---|---|
| ◆ Ethereum ETH | 4.25594578 ETH | › |
| ₿ Bitcoin BTC | 1.44417728 BTC | › |

### Recurring Trades

| Recurring Trade | Buy Amount | Frequency | Scheduled |
|---|---|---|---|

You have not set up any recurring trades.

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850



To whom it may concern:

My claim amount is $40,245.91 based on the total amount of digital currency that was in my
BIA account at the time the claim was submitted {1/23/23} for ETH: 4.25594578 | BTC:
1.44417728.

The US BIA amount on the notice was $28,372.48 with interest of $47.04. If this is the amount
that is going to be refunded, can you please provide a date that this conversion was calculated.
It may be correct, I'm just unaware of the conversion date that is being given per the
aforementioned amount of digital currency that is being held withheld.

Please advise.



Email:
Phone:

**Debtors: BlockFi Inc *et al*.**
**14th Omnibus Objection**

Legend: Basis for Objection

BR      Asserted claim amount does not match BlockFi's books and records

IC      Asserted against incorrect debtor entity or improperly assert priority or secured status

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 1755 | | 01/23/23 | BlockFi Inc. | $40,245.91 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 1755 | 28,372.48 | 47.04 | - | - | - | - | - | - | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

████████████

○ Where can I find my Unique ID?

## Claim Information

Claim Number

1819

Claim Name

████████████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

BlockFi Capping Motion Response Portal

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| ▆▆▆▆▆▆ Claim#1819.pdf | 77 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

I received the below information.

I need to know what the new amount is. I am only told **"Matched with Scheduled Claim(s): No"**

**What is the new amount then**?

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 1819 | █████ | $0 | $0 | $0 | $78847.79-BlockFi Inc. | No |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

Thank you,

████

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

███████████████

○ Where can I find my Unique ID?

## Claim Information

Claim Number

1862

Claim Name

████████

Claimant Address on File

██████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

BlockFi Capping Motion Response Portal

Street2

City

State

Zip

Country

Telephone Number

▇▇▇▇▇▇▇▇

Email Address

▇▇▇▇▇▇▇▇▇▇▇

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| Response_to_Motion.pdf | 117 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.



*Pro Se Creditor*

# UNITED STATES BANKRUPTCY COURT DISTRICT
# OF NEW JERSEY

| | |
|---|---|
| In re<br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK) |

**RESPONSE TO THE PLAN ADMINISTRATOR'S MOTION FOR AN ORDER CAPPING THE MAXIMUM ALLOWABLE AMOUNTS**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

## I. INTRODUCTION

1.        ████████, a creditor in the case of BlockFi Inc., et al., hereby submits this response to the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts (the "Motion").

## II. FACTUAL BACKGROUND

2.        The creditor has a secured claim against the debtor, collateralized by 1.66 Bitcoin, with a petition date value of $26,918.61.

3.        The loan amount associated with the claim is $11,925.30, resulting in a net claim value of $14,993.31, equating to approximately 0.9245 Bitcoin at the petition date price.

## III. ARGUMENT

4.        In-Kind Recovery of Collateral: The creditor's secured claim should result in the return of the Bitcoin collateral in kind, reflecting Bitcoin's recognized status as a distinct asset class akin to property or a commodity by regulatory authorities. This treatment underscores the importance of preserving the integrity and value of such assets in their original form.

5.        Petition Date Valuation: The valuation for the purpose of distribution should reflect the petition date value of Bitcoin, ensuring creditors benefit from the full value of their collateral as of the bankruptcy filing.

6.        Protection Against Diminished Recovery: The Motion should not undermine the creditor's right to recover the full amount of Bitcoin collateral, regardless of the appreciation in value since the filing date.

7.      Acknowledgment of Recovery Rate Uncertainties: While the creditor is aware that the final recovery rate for creditors is subject to various factors, including ongoing litigations, the primary concern is the imposition of an arbitrary cap that may unjustly diminish the creditor's claim's value. The recovery rate should apply uniformly and fairly to all creditors without additional penalization through capping.

8.      Asserting Against Disproportionate Reduction: The creditor asserts that the cap should not reduce the Bitcoin distribution more than what the eventual recovery rate would dictate. Imposing a cap that further diminishes the claim beyond the general impact of the recovery rate is not only unfair but also undermines the equitable treatment of secured claims.

### IV. CALCULATION OF CLAIM

9.      The creditor's remaining claim in Bitcoin, after subtracting the loan amount from the collateral value, should be recognized as 0.9245 Bitcoin based on the petition date price.

### V. CONCLUSION

10.      Firm Request for Equitable Treatment: The creditor respectfully acknowledges the complex nature of determining a final recovery rate for all creditors due to ongoing litigations and other factors. However, the creditor firmly requests that the Court ensures any cap does not impose an additional, disproportionate burden on the recovery. The distribution should reflect the value of the collateral at the petition date, and any recovery rate applied should do so equitably across all similar claims.

11.     Denial of the Motion: The creditor respectfully requests that the Court deny the Motion

to the extent it would cap the creditor's claim in a manner that would result in anything less than the

recovery of 0.9245 Bitcoin or its full value based on the petition date price.


[*Remainder of page intentionally left blank*]

Respectfully Submitted,

Dated: January 6, 2024

*Pro Se Creditor*

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion").  If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion.  This email contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  Make one submission per Unique ID number.  Each Unique ID may be used only once.

Please enter your Unique ID here

███████████

○ Where can I find my Unique ID?

## Claim Information

Claim Number

1941

Claim Name

██████

Claimant Address on File

█████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

BlockFi Capping Motion Response Portal

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| text.pdf | 215 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

December 22, 2023

To Whom It May Concern:

I object to the caps set on my claim #1941. I request no caps across all
categories.

12/22/2023

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

[ ████████████ ]

○ Where can I find my Unique ID?

## Claim Information

Claim Number

[ 1978 ]

Claim Name

[ ████████████ ]

Claimant Address on File

[ ████████████████████ ]

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

[ ███████████ ]

Street1

[ ████████ ]

BlockFi Capping Motion Response Portal

Street2

City

██████

State

██

Zip

████

Country

████████

Telephone Number

████████

Email Address

███████████████████

To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 📄 BlockFi Docket 2006 Objection.pdf | | 688 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

December 28, 2023

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

Objection Notice in reference to Docket 2006

To Whom it may concern:

The following should identify me in your system.

Name: ███████████████

Claim Number:    1978

Unique ID: ███████████████

Did I not do something correctly? My desire is to be awarded as much as possible up to my
claimed value of $13,413.86.

As you can see in page 2 of this submission and comparing to Docket 2006 schedule A, B, and
C, I did not see my claim mentioned.

Should my prior submission have indicated "Yes" within the Matched with Scheduled
Claim(s)? Additionally, I am unsure of is if I am entitled to anything other than the Capped
Unsecured amount of $13,413.86. Most importantly do I have a scheduled claim?

Please call or advise me by email of any corrected status before Jan 9, 2023.



page 2

## Debtor: BlockFi Inc., et al.
### Jointly Administered Case Number: 22-19361 (MBK)
### Exhibit A: Asserted Claims

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 1978 | ███ | $0  R. | $0  R. | $0  R. | $13413.86-BlockFi Inc. | Yes / No |

Objection Notice:

Signed By: ___

12/28/2023

phone: ___

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion").  If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion.  This email contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  Make one submission per Unique ID number.  Each Unique ID may be used only once.

Please enter your Unique ID here

███████████

○ Where can I find my Unique ID?

## Claim Information

Claim Number

2110

Claim Name

████████████

Claimant Address on File

██████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

BlockFi Capping Motion Response Portal

Street2

City

State

Zip

Country

███████

Telephone Number

███████

Email Address

██████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 blockfi total 2.pdf | 701 KB |
| 📄 blockfi total.pdf | 761 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.



TOTAL BIA AS OF 11/28/22

14,752.76



# BlockFi

| Asset | Quantity |
|---|---|
| Litecoin LTC | 57.94662205 LTC > |
| Ethereum ETH | 2.12453842 ETH > |
| Bitcoin BTC | 0.47971578 BTC > |

## Recurring Trades

| Recurring Trade | Buy Amt Frequency |
|---|---|

You have not set up any recurring trades.

## Transactions

🔒 app.blockfi.com

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

▭

○ Where can I find my Unique ID?

## Claim Information

Claim Number

2161

Claim Name

▭

Claimant Address on File

▭

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

▭

Street1

▭

Street2

████████████

City

Hong Kong

State

Zip

██

Country

██████

Telephone Number

██████████

Email Address

██████████

To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.

Upload Here

| | |
|---|---|
| 📄 1225538960549850.pdf | 138 KB |
| 📄 ████████████.pdf | 37 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 2161 | ██████ | $0 | $0 | $0 | $6000-BlockFi International LTD. | No |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

Dear Sir/Madam,

For the file ███████████, my capped Admin, capped secured and Capped Priority all are $0, while Capped unsecured is $6000 , and Matched with scheduled Claim show No , may I know if my claim is still $6000, but just waiting for court decision? Or my claim already become $0?

Sorry I am not a legal professional and may not able to understand all the condition showing in the doc.

Please kindly advise or I have to raise a objection to the claim information.

By the way, my personal information should be follow
Sure Name: ██████████
Last Name: ████
I understand there is a Grammer different between English and Chinese name, I just wanna make sure it won't affect my claims.

Thanks very much

Best Regards,
██████████████

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion").  If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion.  This email contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  Make one submission per Unique ID number.  Each Unique ID may be used only once.

Please enter your Unique ID here

███████████

○ Where can I find my Unique ID?

## Claim Information

Claim Number

2297

Claim Name

███████

Claimant Address on File

████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

████████

Street1

███████

BlockFi Capping Motion Response Portal

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 ██████ - Kroll BlockFi proof of claim.pdf | 585 KB |
| 📄 ██████ - BlockFi Capping Motion Response 2023-12-22.pdf | 751 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

# Claimant Response

December 22, 2023

Dear BlockFi Inc Bankruptcy Plan Administrators,

I hope this email finds you well, and wish you a restful holiday break in between helping Claimants like myself.

I wanted to provide my IDs in this email for my claim to be scheduled per today's email (see the following pages for details). Please associate them with my claim so it can be scheduled. Per the documentation below, I am expecting a distribution of **$11740.37.**

My BlockFi CID / Account ID: ▉▉▉▉▉.
Kroll issued Unique ID: ▉▉▉▉▉▉▉▉
Claim Number: 2297
Unique ID: ▉▉▉▉▉▉▉

Please note I am writing this before the response deadline of January 9, 2024. Please let me know if you have any questions or need any additional information to process my claim.

Very Respectfully,



# Details

**Figure 1: a screenshot from my BlockFi profile with my Account ID**



**Figure 2: a screenshot from my BlockFi reports page with my Account ID**



**Figure 3: the "BlockFi Bankruptcy Notice" email I received**

**BlockFi Bankruptcy Notice** ⟳   Inbox ×

**BlockFi Inc Bankruptcy Noticing** <BlockFiBankruptcyNoticing@noticing.ra.kroll.com>                9:47 AM (13 minutes ago)
to me ▾

Please find below links to the following important documents, related to the bankruptcy
proceeding of BlockFi Inc., *et al.*, Case No. 22-19361, United States Bankruptcy Court for the
District of New Jersey.

Notice of the Plan Administrator's Motion for an Order Capping the Maximum Allowable
Amounts and Establishing a Reserve for all Claims to Enable the First Interim Distribution
[Docket No. 2006]

Responses, if any, to the Objection must be filed with Kroll Restructuring Administration LLC, so
as to be received no later than **January 9, 2024, at 4:00 p.m. (prevailing Eastern Time)**.
Responses may be filed electronically or by mail.  For more information on filing a response,
please visit https://restructuring.ra.kroll.com/blockfi.

**Claim Number: 2297**
**Claimant Name:** ███████████
**Link to Your Objection Information:** ████████████████████████████████████████████████
**Unique ID:** ███████████████

BlockFi Inc Bankruptcy Noticing
Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055
Unsubscribe - Unsubscribe Preferences

**Figure 4: my Objection Information showing my claim for $11750.91 that I filed last year - this was changed in my proof of claim to $11740.37**

Debtor: BlockFi Inc., *et al.*
Jointly Administered Case Number: 22-19361 (MBK)
Exhibit A: Asserted Claims

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 2297 | ███ | $0 | $0 | $0 | $11750.91-BlockFi Inc. | No |

**Figure 5: the linked** [Notice of the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for all Claims to Enable the First Interim Distribution](#) **[Docket No. 2006] that states "Where a claim has been matched to a CID, BlockFi has determined that claim is associated with the scheduled claim for that CID. However, numerous claims that may be customer claims have not yet been associated with a CID – and, thus, not yet associated with a scheduled claim."**

**BlockFi / Kroll has a CID for me (provided above in the Claimant Response), so my claim should be scheduled.**



**Figure 6: the same notice that states "By this Motion, the Plan Administrator requests that… the Court… establish a Capped Amount that is the higher of the scheduled claim or the filed claim (if such filed claim is associated with a scheduled claim), or in the event no scheduled claim has been identified, in the amount asserted."**

**My claim has been filed (see proof of claim, Figure 8), and should be scheduled (see Figure 5).**



**Relief Requested**

24.    By this Motion, the Plan Administrator requests that, pursuant to sections 105(a), 502(a), and 502(c), the Court:

  i.    Cap the maximum allowable amount and priority of the Capped Claims set forth on the Motion Schedules (the "Capped Amount").

  ii.    Specifically, with respect to the Asserted Dollar Claims at Schedule A, establish a Capped Amount that is the **higher of** the scheduled claim or the filed claim (if such filed claim is associated with a scheduled claim),[5] or in the event no scheduled claim has been identified, in the amount asserted.[6]

  iii.    With respect to the Identified Unliquidated Claims at Schedule B, establish a Capped Amount that is the amount of the scheduled claim(s) associated with the claimant's BlockFi account.

---

[5]    Schedule A reflects if the claim was associated with a scheduled claim as of the filing of Schedule A.

[6]    There is one exception to the methodology set forth herein: Ankura Trust Company filed a claim (the "Ankura Claim") based on an indenture associated with BIA holders. The unsecured portion of that claim is entirely duplicative of the claims of BIA holders, and accordingly this Motion seeks to estimate that portion of the Ankura Claim at zero. This does not affect any rights of Ankura with respect to any claims for reimbursement of fees and expenses pursuant to Paragraph 127 of the *Revised Findings Of Fact, Conclusions Of Law, And Order (I) Approving The Disclosure Statement Relating To The Third Amended Joint Chapter 11 Plan Of Blockfi Inc. And Its Debtor Affiliates Pursuant To Chapter 11 Of The Bankruptcy Code On A Final Basis And (II) Confirming The Third Amended Joint Chapter 11 Plan Of Blockfi Inc. And Its Debtor Affiliates Pursuant To Chapter 11 Of The Bankruptcy Code (Additional Technical Modifications)* (Docket No. 1660, the "Plan Order") (and all rights of the Plan Administrator with respect to such fees and expenses are reserved). Failure to do so would require that the Plan Administrator reserve twice against all BlockFi Inc BIA accounts, halving potential distributions.

11

**Figure 7: the same notice that states "Bankruptcy Rule 3003(c)(4) provides that the filing of a proof of claim supersedes any scheduling of that claim or interest."**

**I have filed a proof of claim (see Figure 8), so even with any initial error in scheduling, I should still receive my claim.**



**Figure 8: my proof of claim for $59.15 + $11681.22 = $11740.37.**



BlockFi Inc. Schedule and Wallet Information Portal

## Schedule and Wallet Information Overview

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, the "Debtors") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). The cases are jointly administered under Case No. 22-19361.

**On January 30, 2023, the Court entered an Order setting March 31, 2023, at 5:00 p.m. (prevailing Eastern time) as the General Claims Bar Date in these cases (the "Bar Date Order").**  To view the Bar Date Order, please click here.

Prior to the entry of the Bar Date Order, on January 12, 2023, the Debtors filed their Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("SOFA").  All known creditors of the Debtors, as of the November 28, 2022, petition date, are listed on the Debtors' Schedules.  In addition, the Debtors listed certain amounts held in wallet accounts on their SOFAs in response to Question 21.  Note that client coin balances reflected in SOFA Question 21 are as of November 10, 2022, at 8:15 p.m. ET (i.e., 1:15 UTC on November 11, 2022) (the "Platform Pause").  Coin values presented in SOFA Question 21 utilize market prices as of 11:59 UTC on November 28, 2022 (the "Petition Date"). Client coin balances are not impacted by the user interface updates that have been approved by the United States Bankruptcy Court for the District of New Jersey pursuant to the Wallet Order [Docket No. 923]. (This portal was updated on June 6, 2023, to reflect updates since the Petition to the wallet balances of certain clients in connection with certain post-Platform Pause deposits, ACH returns, and government seizures.)

To protect the confidentiality of individual clients, the names and addresses of these parties are not detailed on the publicly filed Schedules and Statements. If you are a client whose claim is scheduled by one or more of the Debtors, you were sent an email and/or first-class mail package from Kroll with information on the amount and nature of your scheduled claim.

If you are unable to locate your personalized schedule claim information in your email or mailbox, the Debtors have set up this portal to assist you with locating this information.  Please follow the instructions below to obtain information on (i) whether or how the Debtors have scheduled your claim and/or (ii) your wallet balance as of, or after, the November 28, 2022, petition date.

For additional information on these cases or to submit a claim, please go to https://restructuring.ra.kroll.com/blockfi/Home-Index.

## Customer Identification

**Important note: you will need to fill out this form twice. Once to receive a Unique ID and a second time to see your claims. Read and follow the steps carefully.**

Please follow these steps to confirm your identity as a BlockFi client.

**Step 1:** Enter the email address you use to login into your BlockFi account below.

**Step 2:** If this is your first time entering your information, click "No" for the question asking, "Have you already received your Kroll issued Unique ID?" A new field will display to enter your BlockFi Account ID.

**Step 3:** Enter your BlockFi Account ID and click "Submit."

**Step 4:** Check your email. You should receive a 16-digit unique ID issued from Kroll to use in the form.

**Step 5:** Click the first blue link to bring up a refreshed version of the same information portal.

**Step 6:** Enter your email address again.

**Step 7:** Click "Yes" to the question, "Have you already received your Kroll issued Unique ID?"

**Step 8:** A new field will display where you can input your Kroll issued Unique ID from the email.

**Step 9:** Once you input your Unique ID, your Claims and Wallet Account information will automatically display on the screen.

Please note, if you cannot find your account number on this portal, you should check to see if you have a balance in your account on BlockFi.com. Accounts with $0 balances on BlockFi.com will not appear on this portal.

**Email Address on file with BlockFi:**

███████████

**Have you already received your Kroll issued Unique ID (XXXX-XXXX-XXXX-XXXX) via email to view how you were listed in the Debtors' Schedules and/or Statements?**

Yes
No

To access your scheduled claim and custodial wallet account information, please enter the Unique ID you received via email in the field below.

**Kroll issued Unique ID**

███████████

Don't have a Kroll issued Unique ID?  Please click 'No' above, enter your BlockFi Email address, BlockFi Account ID, and click Submit to obtain your Unique ID.

## Claim Information

| EPOC ID(s)* | Scheduled Debtor Name(s) | Schedule Number(s) | Claim Type(s) | Claim Amount | Scheduled as Contingent, Unliquidated, or Disputed (C, U, or D)? | Amount, Nature, and Priority of Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| | | | | | | |

BlockFi Inc.

Debtor BlockFi Inc. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in the amount of USD $59.15. The basis of this claim is BIA Interest. If you agree with the claim amount and characterization, you do not need to submit a claim form. If you disagree, you must timely file a proof of claim form or be forever barred from further recovery.

| | BlockFi Inc. | | | |
|---|---|---|---|---|

Debtor BlockFi Inc. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in the amount of USD $11,681.22. The basis of this claim is BIA. If you agree with the claim amount and characterization, you do not need to submit a claim form. If you disagree, you must timely file a proof of claim form or be forever barred from further recovery.

*Your E-POC ID is your Electronic Proof of Claim ID. Your Electronic Proof of Claim ID is also found on the pre-printed claim form sent to you via first-class mail. If you disagree with the scheduled amount and/or categorization of your claim, please utilize your Electronic Proof of Claim ID to tie your filed claim to your scheduled claim when submitting an electronic proof of claim form at
https://restructuring.ra.kroll.com/blockfi/EPOC-Index.

Custodial Wallet Account contents as of, or after, the November 28, 2022, Petition Date

| Wallet Debtor Name | Wallet In-Kind Coin Balance | Wallet Digital Asset Coin | |
|---|---|---|---|
| | | | |

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

███████████

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

> Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.
>
> Claim Number: 1234
> Claimant Name:
> Link to Your Objection Information: click here to download
> Unique ID: XXXX-XXXX-XXXX-XXXX
>
> This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

BlockFi Capping Motion Response Portal

## Claim Information

Claim Number

2381

Claim Name

██████████

Claimant Address on File

████████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 BlockFiCustomerBIAProofofClaimForm SIGNED ███████████ .pdf | 232 KB |

## Signature

Sign Here

Print Name

███████

Email Address

███████████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

BlockFi Capping Motion Response Portal

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**United States Bankruptcy Court, District of New Jersey (Trenton)**

| | |
|---|---|
| If you have one or more Interest-Bearing accounts (i.e. BlockFi Interest Accounts or BlockFi Private Client Fixed or Open Loans), fill in this information to identify the case: | |

**If you are a U.S. client:**

BlockFi Interest Account: ☒ BlockFi Inc. (Case No. 22-19361)

BlockFi Private Client Fixed or Open Loans: ☐ BlockFi Lending LLC (Case No. 22-19365)

**If you are a non-U.S. client:** ☐ BlockFi International Ltd. (Case No. 22-19368)

**Other:** ☐

_____
(Debtor Name)

_____
(Case Number)

## Modified Official Form 410

# Interest Bearing Account Holder Proof of Claim Form   04/22

**Read the instructions before filling out this form. This form is for making a claim based on assets held in account of the Debtors. Do not use this form to assert any other pre-petition claims. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed (November 28, 2022).**

| Part 1: | Identify the Claim |
|---|---|

| | | |
|---|---|---|
| 1. | Who is the current creditor? | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |
| | | **Wallet:** ▇▇▇▇▇▇ |
| | | Customer Identification Number(s): ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| | | Email Address Used to Sign Up for your BlockFi Account(s): _ |
| 2. | Has this claim been acquired from someone else? | ☒ No ☐ Yes. From whom? _____ |
| 3. | Where should notices and payments to the creditor be sent? Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| ▇▇▇▇▇▇▇▇▇▇▇ | **SAME** |
| Name | Name |
| ▇▇▇▇▇▇▇ | |
| Number    Street | Number    Street |
| ▇▇▇ ▇▇ ▇▇▇ | |
| City      State      ZIP Code | City      State      ZIP Code |
| Country (If outside of the US) | Country (If outside of the US) |
| Contact phone ▇▇▇▇▇▇ | Contact phone _____ |
| Contact email ▇▇▇▇▇▇▇▇▇▇ | Contact email _____ |

| | | |
|---|---|---|
| **4. Does this claim amend one already filed?** | ☒ No ☐ Yes. Claim number on court claims registry (if known)_____ | Filed on _____ <br> MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No ☐ Yes. Who made the earlier filing? _____ | |

**Part 2:    Give Information About the Claim as of November 28, 2022**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☒ No <br> ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

**7a.  To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022)**

**U.S. Clients:**

BlockFi Interest Account (BlockFi Inc.; Case No. 22-19361)      $_____

BlockFi Private Client Fixed or Open Loans
(BlockFi Lending LLC; Case No. 22-19365)      $_____

**Non-U.S. Clients:**

BlockFi Interest Account
(BlockFi International Ltd.; Case No. 22-19368)      $_____

BlockFi Private Client Fixed or Open Loans
(BlockFi International Ltd.; Case No. 22-19368)      $_____

**7b.  List the number of each type of coin held in Interest Bearing Account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in Interest Bearing Account(s) as of the date the case was filed).**

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Interest Bearing Accounts | |
|---|---|---|---|
| | | **BlockFi Interest Account(s)** | **BlockFi Private Client Fixed or Open Loans** |
| **Bitcoin (BTC)** | $16,206.3000 | 0.24742084 BTC = $5,721.36 | |
| **Ethereum (ETH)** | $1,167.2400 | 4.42042252 ETH = $6,996.86 | |
| **Gemini Dollar (GUSD)** | $1.0000 | | |
| **USD Coin (USDC)** | $1.0000 | | |
| **1inch Network1 (INCH)** | $0.5170 | | |
| **Aave (AAVE)** | $60.1500 | | |
| **Algorand (ALGO)** | $0.2359 | | |
| **Avalanche (AVAX)** | $12.4500 | | |
| **Axie Infinity (AXS)** | $6.5600 | | |
| **Basic Attention Token (BAT)** | $0.22322 | | |
| **Binance Coin (BNB)** | $292.7865 | | |
| **Bitcoin Cash (BCH)** | $109.9100 | | |
| **Binance USD (BUSD)** | $1.0000 | | |
| **Cardano (ADA)** | $0.3064 | | |
| **Chainlink (LINK)** | $7.1940 | | |
| **Celo (CELO)** | $0.6170 | | |
| **Chiliz (CHZ)** | $0.1642 | | |
| **Compound (COMP)** | $37.1600 | | |
| **Cosmos (ATOM)** | $9.8590 | | |
| **Curve DAO Token (CRV)** | $0.6450 | | |
| **Decentraland (MANA)** | $0.3862 | | |
| **DogeCoin (DOGE)** | $0.09506 | | |
| **dYdX (DYDX)** | $1.6660 | | |
| **Elrond (EGLD)** | $42.1390 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Interest Bearing Accounts | |
| | | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Enjin Coin (ENJ) | $0.2960 | | |
| EOS (EOS) | $0.9034 | | |
| Fantom (FTM) | $0.2049 | | |
| Filecoin (FIL) | $4.2530 | | |
| FTX Token (FTT) | $1.2923535 | | |
| Gala (GALA) | $0.02478 | | |
| Hedera Hashgraph (HBAR) | $0.0486 | | |
| Kusama (KSM) | $25.5900 | | |
| Litecoin (LTC) | $73.8500 | | |
| Loopring (LRC) | $0.2368 | | |
| Maker (MKR) | $645.4100 | | |
| Multi Collateral Dai (DAI) | $0.9997 | | |
| Near (NEAR) | $1.5900 | | |
| OMG Network (OMG) | $1.1605 | | |
| One Coin (ONE) | $0.0137 | | |
| PAX Gold (PAXG) | $1,740.6400 | | |
| Paxos Standard Token (PAX) | $1.0000 | | |
| Polkadot (DOT) | $5.1340 | | |
| Polygon (MATIC) | $0.8209 | | |
| Quant (QNT) | $112.4100 | | |
| Render Token (RNDR) | $0.4672 | | |
| Serum (SRM) | $0.2330 | | |
| Solana (SOL) | $13.3200 | | |
| Stellar (XLM) | $0.087183 | | |
| SushiSwap (SUSHI) | $1.3348 | | |
| Synthetix (SNX) | $1.6620 | | |
| Terra 2.0 (LUNA) | $0.0001552 | | |
| Tether (USDT) | $0.9995 | | |
| Tezos (XTZ) | $0.9750 | | |
| The Graph (GRT) | $0.0622 | | |
| The Sandbox (SAND) | $0.5531 | | |
| THORchain (RUNE) | $1.1670 | | |
| Tron (TRX) | $0.052973 | | |
| TrueUSD (TUSD) | $0.9997 | | |
| Uniswap (UNI) | $5.2830 | | |
| Waves (WAVES) | $2.3300 | | |
| Yearn.Finance (YFI) | $6,266.5000 | | |
| _____ Other (Please Specify) | | | |

| | |
|---|---|
| **8. What is the basis of the claim?** | Examples: Client Account, goods sold, money loaned, lease, services performed, or personal injury/wrongful death.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>**I have an interest bearing account with Blockfi as a customer.** |
| **9. Is all or part of the claim secured?** | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>    **Nature of property:**<br>    ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>    ☐ Motor vehicle<br>    ☐ Other. Describe: _____<br><br>    **Basis for perfection:** _____<br>    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>    **Value of property:**      $_____<br><br>    **Amount of the claim that is secured:**      $_____<br><br>    **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>    **Amount necessary to cure any default as of the date of the petition:**    $_____<br><br>    **Annual Interest Rate** (when case was filed) _____%<br>    ☐ Fixed<br>    ☐ Variable |
| **10. Is this claim based on a lease?** | ☒ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____ |
| **11. Is this claim subject to a right of setoff?** | ☒ No<br>☐ Yes. Identify the property: _____ |
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, | ☒ No<br>☐ Yes. *Check one:*                                **Amount entitled to priority**<br><br>    ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____<br><br>    ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____<br><br>    ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____<br><br>    ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____<br><br>    ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____<br><br>    ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(  ) that applies.    $_____<br><br>        * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. |

| Part 3: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   1/31/2023   (mm/dd/yyyy)

████████████████          ████████████████████████
Signature

**Name of the person who is completing and signing this claim:**

Name
_____
First name                    Middle name                    Last name

Title
_____

Company
_____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address
_____
Number          Street

_____
City                                        State      ZIP Code

Contact phone  _____          Email  _____

**Interest Bearing Account Holder Proof of Claim Form**                    page 5

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

○ Where can I find my Unique ID?

## Claim Information

Claim Number

2473

Claim Name

Claimant Address on File

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

BlockFi Capping Motion Response Portal

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| Electronic Proof of Claim – ███████████ | 5 MB |
| BlockFi_Transactions.pdf | 62 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

trade_report_all (1)

| Cryptocurrency | Amount | Transaction Type | Confirmed At |
|---|---|---|---|
| GUSD | -600.00000000 | Trade | 2021-11-19 13:13:25 |
| ETH | 0.14263234 | Trade | 2021-11-19 13:13:25 |
| GUSD | -400.00000000 | Trade | 2021-11-19 13:12:40 |
| BTC | 0.00693196 | Trade | 2021-11-19 13:12:40 |
| GUSD | 1000.00000000 | Ach Deposit | 2021-11-16 17:33:19 |
| GUSD | -504.00000000 | Trade | 2021-09-02 12:20:54 |
| ETH | 0.13104373 | Trade | 2021-09-02 12:20:54 |
| GUSD | -250.00000000 | Trade | 2021-08-06 17:43:04 |
| ETH | 0.08545835 | Trade | 2021-08-06 17:43:04 |
| GUSD | -250.00000000 | Trade | 2021-08-06 17:42:49 |
| BTC | 0.00573711 | Trade | 2021-08-06 17:42:49 |
| GUSD | 1000.00000000 | Ach Deposit | 2021-08-06 17:42:18 |
| GUSD | -100.00000000 | Trade | 2021-05-27 15:34:55 |
| ETH | 0.03520204 | Trade | 2021-05-27 15:34:55 |
| GUSD | -100.00000000 | Trade | 2021-05-27 15:34:34 |
| BTC | 0.00249339 | Trade | 2021-05-27 15:34:34 |
| GUSD | 200.00000000 | Ach Deposit | 2021-05-27 15:34:10 |
| GUSD | -250.00000000 | Trade | 2021-05-17 13:20:26 |
| ETH | 0.07126780 | Trade | 2021-05-17 13:20:26 |
| GUSD | -250.00000000 | Trade | 2021-05-17 13:20:09 |
| BTC | 0.00551599 | Trade | 2021-05-17 13:20:09 |
| GUSD | 500.00000000 | Ach Deposit | 2021-05-17 13:18:55 |
| GUSD | -309.00000000 | Trade | 2021-05-09 03:42:40 |
| ETH | 0.07772013 | Trade | 2021-05-09 03:42:40 |
| GUSD | -300.00000000 | Trade | 2021-05-09 03:41:54 |
| BTC | 0.00502971 | Trade | 2021-05-09 03:41:54 |
| GUSD | -100.00000000 | Trade | 2021-04-25 19:55:30 |
| ETH | 0.04359222 | Trade | 2021-04-25 19:55:30 |
| GUSD | -100.00000000 | Trade | 2021-04-25 19:55:01 |

| BTC | 0.00200251 | Trade | 2021-04-25 19:55:01 |
|------|------------|-------|---------------------|
| GUSD | -100.00000000 | Trade | 2021-04-13 05:46:59 |
| ETH | 0.04568069 | Trade | 2021-04-13 05:46:59 |
| GUSD | -100.00000000 | Trade | 2021-04-13 05:46:44 |
| BTC | 0.00162923 | Trade | 2021-04-13 05:46:44 |
| GUSD | -200.00000000 | Trade | 2021-03-30 10:16:58 |
| ETH | 0.10758951 | Trade | 2021-03-30 10:16:58 |
| GUSD | -100.00000000 | Trade | 2021-03-26 06:16:42 |
| BTC | 0.00187978 | Trade | 2021-03-26 06:16:42 |
| GUSD | 1000.00000000 | Ach Deposit | 2021-03-19 22:18:57 |
| GUSD | 300.00000000 | Ach Deposit | 2021-03-17 22:19:39 |
| GUSD | -100.00000000 | Trade | 2021-03-12 00:46:39 |
| BTC | 0.00173490 | Trade | 2021-03-12 00:46:39 |
| GUSD | 100.00000000 | Ach Deposit | 2021-03-11 23:33:30 |

## Fill in this information to identify the case (Select only one Debtor per claim form):

| | | |
|---|---|---|
| ☒ BlockFi Inc. (Case No. 22-19361) | ☐ BlockFi Wallet LLC (Case No. 22-19366) | ☐ BlockFi Investment Products LLC (Case No. 22-19370) |
| ☐ BlockFi Trading LLC (Case No. 22-19363) | ☐ BlockFi Ventures LLC (Case No. 22-19367) | ☐ BlockFi Services Inc. (Case No. 22-19371) |
| ☐ BlockFi Lending LLC (Case No. 22-19365) | ☐ BlockFi International Ltd. (Case No. 22-19368) | ☐ BlockFi Lending II LLC (Case No. 22-19374) |

Modified Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

| **Part 1:** | **Identify the Claim** |
|---|---|

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Address1: ███████ | Address1: |
| Address2: ███████ | Address2: |
| Address3: | Address3: |
| Address4: | Address4: |
| City: ███████ | City: |
| State: ███ | State: |
| Postal Code: ███████ | Postal Code: |
| Country: | Country: |
| Contact phone ███████ | Contact phone _____ |
| Contact email ███████ | Contact email _____ |

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known)_____   Filed on ___ / ___ / ___
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**   $ 4100   . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

I used BlockFi for crypto purchase which is not available to me now.

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $_____

**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:**   $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**Proof of Claim**                                                                                       page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(      ) that applies.

$_____

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**

$_____

---

| **Part 3:** | **Sign Below** |
| --- | --- |

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

02/01/2023

_____          _____
Electronic Signature                                      Date

**Name of the person who is completing and signing this claim**

Name          ████████                ████████                ████████
                   First name                Middle name               Last name

Title          _____

Company    _____
                   Identify the corporate servicer as the company if the authorized agent is a servicer.
                   ████████

Address     _____
                   ████████
                   Number          Street
                   ████████                ████████
                   City                          State              ZIP Code        Country

Contact phone    ████████                          Email    ████████

---

**Proof of Claim**                                                                                          page 3

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

☑ Yes
☐ No

-------------------------------------------------------------------------------------------------------------

Attachment Filename:

BlockFi_Transactions.pdf

**KROLL**

Electronic Proof of Claim Confirmation: █████████████████████

Claim Electronically Submitted on (UTC) : 2023-02-01T18:06:10.833Z

Submitted by: ████████████████
████████████████████

**KROLL**

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion").  If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion.  This email contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  Make one submission per Unique ID number.  Each Unique ID may be used only once.

Please enter your Unique ID here

⬤ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name:
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

BlockFi Capping Motion Response Portal

## Claim Information

Claim Number

2559

Claim Name

██████████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

██████████

Street1

██████████

Street2

City

██████████

State

██

Zip

████

Country

██████████

Telephone Number

██████████

Email Address

████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

██████████.

Street2

City

██████████

State

██

BlockFi Capping Motion Response Portal

Zip

▮▮▮▮

Country

▮▮▮▮▮▮

Telephone Number

▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 Blockfi 2.pdf | 88 KB |

## Signature

Sign Here

Print Name

▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮

☑  I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

BlockFi Capping Motion Response Portal

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Debtor: BlockFi Inc., *et al.*
## Jointly Administered Case Number: 22-19361 (MBK)
## Exhibit A: Asserted Claims

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 2559 | | $0 | $0 | $0 | $10951.63-BlockFi Inc. | No |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion").  If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion.  This email contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  Make one submission per Unique ID number.  Each Unique ID may be used only once.

Please enter your Unique ID here

███████████

○ Where can I find my Unique ID?

## Claim Information

Claim Number

2720

Claim Name

███████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 📄 | ▓▓▓▓▓_Objection to the Motion for Order Capping Claim Amounts and Establishing.pdf | 123 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑  I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.



Date: 12/23/2023

Clerk of the Court United States Bankruptcy Court District of New Jersey

Re: **Objection to the Motion for Order Capping Claim Amounts and Establishing Reserve for All Claims Case No. 22-19361 (MBK)**

Dear Clerk of the Court,

I am writing in response to the Motion filed by the Plan Administrator on December 20, 2023, in the Chapter 11 Bankruptcy case of BlockFi Inc., et al., Case No. 22-19361 (MBK). As the holder of Claim No. █████████████████, I have a vested interest in the outcomes of the proposed actions. My claim is based on a cryptocurrency portfolio comprising 0.15759363 BTC, valued at $2561.35, as managed by BlockFi for interest accrual purposes.

I respectfully submit this objection to the Motion for capping claim amounts and establishing a reserve for the following reasons:

1. **Accurate Valuation of Cryptocurrency Assets**: The Motion proposes estimation methodologies that may not fully capture the value of cryptocurrency assets as of the Petition Date. My claim, which includes a cryptocurrency portfolio comprising 0.15759363 BTC, is predicated on the accurate valuation of these assets. Any estimation should reflect the actual value of my digital assets, considering the volatile nature of cryptocurrency.

2. **Treatment of Customer Claims**: The Motion discusses the reconciliation of customer claims and the intended interim distribution. I stress that my claim, based on the cryptocurrency portfolio, should be reconciled accurately and that the value determined as of the Petition Date should be recognized in full.

3. **Equitable Treatment**: The estimation and capping of claims should be done equitably, ensuring that all creditors, including myself, are treated fairly and in accordance with the amounts rightfully owed as per the records of BlockFi.

4. **Claims Reconciliation**: I understand the necessity for the Plan Administrator to reconcile claims for the First Interim Distribution; however, I request assurance that my claim will be reconciled accurately, reflecting the full value of the cryptocurrency assets held.

5. **Limited Waiver of Rule 3003(c)(4)**: While I acknowledge the necessity of waiving Bankruptcy Rule 3003(c)(4), I require confirmation that such waiver will not adversely affect my right to recover the accurate value of my claim upon resolution.

I reserve all rights to address the merits of my claim at a later date and to receive an appropriate distribution upon the allowance of my claim. I am prepared to cooperate with the Plan Administrator to resolve these matters out of court and reach a fair determination of my claim's value.

Thank you for your consideration of this matter.

Sincerely,



BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

[BLACK BOX]

○ Where can I find my Unique ID?

## Claim Information

Claim Number

2778

Claim Name

[BLACK BOX]

Claimant Address on File

[BLACK BOX]

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

BlockFi Capping Motion Response Portal

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 📄 | ███ Claim 2778 Blockfi report Oct 2022 .pdf | 24 KB |
| 📄 | ███ 2778 email 5-18-23 UPDATE proof of claim.pdf | 93 KB |
| 📄 | Claim 2778 ███ Response 12-23-23.pdf | 135 KB |

## Signature

Sign Here



Print Name

███

Email Address

███

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**



**Account ID**
**Month Ending**  October 31, 2022

You earned approximately
**$273.94 *** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC** $20,492.00 | 0 | 0 | **1.61704308** $33,136.45 |
| **1 ETH** $1,572.90 | 0 | 0 | **4.57052422** $7,188.98 |
| **1 GUSD** $1.00 | 0 | **273.94000000** $273.94 | **3,767.39486998** $3,767.39 |
| **Total*** in USD | **$0.00** | **$273.94** | **$44,092.82** |

# October 2022  BlockFi Interest Account Statement

| | |
|---|---|
| **Flex Selection** | --- |
| **Month Ending** | October 31, 2022 |

You earned approximately
**$306.58 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | **0.01060200**<br>$217.26 | **6.23292768**<br>$127,725.15 |
| **1 BUSD**<br>$1.00 | **0.00461249**<br>$0.00 | **0.75329517**<br>$0.75 |
| **1 ETH**<br>$1,572.90 | **0.05671078**<br>$89.20 | **32.60506368**<br>$51,284.50 |
| **1 GUSD**<br>$1.00 | **0.11883323**<br>$0.12 | **19.40731256**<br>$19.41 |
| **Total\*** in USD | **$306.58** | **$179,029.81** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

TO Blockfi Bankruptcy Administrator                12-23-23

Claim 2778

██████████████

Hello

I am NOT objecting to the claim but could find no other avenue to submit addition information that may be helpful in expediting payment of the claim.

 I see in  Attachment A, claim 2778 (my claim) it is not linked to a scheduled claim ?

I presume because there is no Account CID linked to the claim ??

So I am providing this information,which I had previously submitted, but maybe is still in process or got lost somewhere in the process.

1. Here is the information from email I received 5-18-23 (copy attached):

Claimant Name: ████████████
Claim Number: 2778
UniqueID: ████████████████

2. This is Account ID (CID) related to claim 2778– see attached copy of statement from Oct 2022
 Account ID ████████

3. As far as email addresses:the one I use for log in to my account is: ███████████████████
But I also use, and may have provided, ██████████████   for various claim submissions and correspondence related to my account and claim 2778. I may be contacted at either email if you have any responses or questions.

If there is anything else I need to provide please contact me.

Thanks

██████████████

**BlockFi Inc Bankruptcy Noticing <blockfibankruptcynoticing@noticing.ra.kroll.com>**

5/18/2023 4:38 PM

# Update regarding your proof of claim

To ████████████████████

---

Hi BlockFi Customer,

We are writing to provide you with an update regarding your proof of claim(s) and account information.  Kroll Restructuring Administration LLC, BlockFi's claims and noticing agent, received your proof of claim form, however the information included in your claim did not provide an email address or Account ID. This information is necessary for BlockFi to identify your account and status as a BlockFi client.

To verify this information, we kindly request you visit the online portal Kroll set up for this purpose at www.blockficlaim.com, using the **Unique ID**(s) below.  _Note:  Make one submission per Unique ID.  Each Unique ID may be used only once._  Provide your Account ID, first and last name, and the email address you used to create and login to your BlockFi account.  **Please provide this information on or before May 25, 2023.  If you do not provide this information in support of your claim, the Debtors may be forced to object to your claim.**

In order to locate your Account ID, please follow these steps on the BlockFi website.

- Login to your BlockFi account: https://app.blockfi.com/signin.
- Go to the top right corner, click the arrow, and select "Reports."
- Select "2022" from the "Earnings Statements" drop down and download your October 2022 Earnings Statement.
- Your Account ID is an 8 character alpha-numeric code and can be found at the top left of the statement.

Alternatively, you may provide the email address you used to create and login into your BlockFi account.

If you have any additional questions please feel free to reach us directly at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), email blockfiinfo@ra.kroll.com, or visit their website at https://restructuring.ra.kroll.com/blockfi.

Thank you.

Kroll

Claimant Name: ████████████

Claim Number: 2781

**UniqueID:** ██████████████

Claimant Name: ██████████

Claim Number: 2778

**UniqueID:** █████████████

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

⬛⬛⬛⬛⬛⬛⬛⬛⬛

○ Where can I find my Unique ID?

## Claim Information

Claim Number

2784

Claim Name

▮▮▮▮▮▮▮▮

Claimant Address on File

▮▮▮▮▮▮▮▮▮▮▮▮

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

BlockFi Capping Motion Response Portal

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| Screenshot 2023-12-22 at 6.19.15 PM.pdf | 278 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.



◆ BlockFi

Dashboard    Accounts ⌄    Withdraw

Profile Settings
Reports
Log Out

❗ **Important Update**
All eligible clients are reminded to complete their Wallet withdrawal request and process in line with the following key dates. **All remaining Wallet balances will be con**
**the deadlines indicated below, and will be distributed to clients in U.S. dollars.**

• Wallet withdrawal requests must be submitted before the window closes on **December 31, 2023 at 11:59 PM UTC.**
• Identity Verification information requests must be responded to and completed by **January 12, 2024 at 11:59 PM UTC.**

More information about withdrawals and balances can be found in our FAQ **here.**

Dashboard / **Interest Account** / Bitcoin

# Interest Account

**Assets**

🌐 Overview

₿ Bitcoin BTC

₿ Bitcoin BTC

Balance
1.39116704

**Recurring Trades**

Recurring Trade    Buy Amount    Frequency    Scheduled

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

[REDACTED]

○ Where can I find my Unique ID?

## Claim Information

Claim Number

3922

Claim Name

[REDACTED]

Claimant Address on File

[REDACTED]

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

BlockFi Capping Motion Response Portal

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Monthly_Statement.pdf | 24 KB |
| 📄 trade_report_all.pdf | 87 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**        October 31, 2022

You earned approximately
**$15.73 *** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 GUSD**<br>$1.00 | 0 | **15.73000000**<br>$15.73 | **15.73000000**<br>$15.73 |
| **Total*** in USD | **$0.00** | **$15.73** | **$15.73** |

# October 2022  BlockFi Interest Account Statement

**Flex Selection**              ---
**Month Ending**                October 31, 2022

You earned approximately
**$13.90 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
| --- | --- | --- |
| **1 BTC**<br>$20,492.00 | 0.00023622<br>$4.84 | 0.08105272<br>$1,660.93 |
| **1 ETH**<br>$1,572.90 | 0.00575949<br>$9.06 | 2.13971184<br>$3,365.55 |
| **Total\*** in USD | **$13.90** | **$5,026.48** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

trade_report_all (1)

| Cryptocurrency | Amount | Transaction Type | Exchange Rate Per Coin (USD) | Confirmed At |
|---|---|---|---|---|
| BTC | 0.00023622 | Interest Payment | | 2022-10-31 23:59:59 |
| ETH | 0.00575949 | Interest Payment | | 2022-10-31 23:59:59 |
| GUSD | 15.73000000 | Bonus Payment | | 2022-10-20 23:59:59 |
| ETH | 0.00556230 | Interest Payment | | 2022-09-30 23:59:59 |
| BTC | 0.00022800 | Interest Payment | | 2022-09-30 23:59:59 |
| BTC | 0.00023498 | Interest Payment | | 2022-08-31 23:59:59 |
| ETH | 0.00549692 | Interest Payment | | 2022-08-31 23:59:59 |
| BTC | 0.00023436 | Interest Payment | | 2022-07-31 23:59:59 |
| ETH | 0.00548762 | Interest Payment | | 2022-07-31 23:59:59 |
| BTC | 0.00019440 | Interest Payment | | 2022-06-30 23:59:59 |
| ETH | 0.00444900 | Interest Payment | | 2022-06-30 23:59:59 |
| BTC | 0.00020026 | Interest Payment | | 2022-05-31 23:59:59 |
| ETH | 0.00459141 | Interest Payment | | 2022-05-31 23:59:59 |
| ETH | 0.00569130 | Interest Payment | | 2022-04-30 23:59:59 |
| BTC | 0.00025650 | Interest Payment | | 2022-04-30 23:59:59 |
| ETH | 0.00717960 | Interest Payment | | 2022-03-31 23:59:59 |
| BTC | 0.00029636 | Interest Payment | | 2022-03-31 23:59:59 |
| BTC | 0.00021630 | Interest Payment | | 2022-02-28 23:59:59 |
| ETH | 0.00523964 | Interest Payment | | 2022-02-28 23:59:59 |
| BTC | 0.05983079 | BIA Deposit | | 2022-02-07 21:57:03 |
| ETH | 1.68443085 | BIA Deposit | | 2022-02-07 21:31:31 |
| BTC | 0.05983079 | Crypto Transfer | | 2022-02-07 21:16:01 |
| ETH | 1.68443085 | Crypto Transfer | | 2022-02-07 21:11:28 |
| BTC | 0.00007130 | Interest Payment | | 2022-01-31 23:59:59 |
| ETH | 0.00167803 | Interest Payment | | 2022-01-31 23:59:59 |
| ETH | 0.00167090 | Interest Payment | | 2021-12-31 23:59:59 |
| BTC | 0.00007099 | Interest Payment | | 2021-12-31 23:59:59 |
| BTC | 0.00006840 | Interest Payment | | 2021-11-30 23:59:59 |
| ETH | 0.00161070 | Interest Payment | | 2021-11-30 23:59:59 |
| BTC | 0.00007037 | Interest Payment | | 2021-10-31 23:59:59 |
| ETH | 0.00165757 | Interest Payment | | 2021-10-31 23:59:59 |
| BTC | 0.00006780 | Interest Payment | | 2021-09-30 23:59:59 |
| ETH | 0.00159750 | Interest Payment | | 2021-09-30 23:59:59 |
| ETH | 0.00132215 | Interest Payment | | 2021-08-31 23:59:59 |
| BTC | 0.00006231 | Interest Payment | | 2021-08-31 23:59:59 |
| ETH | 0.00131750 | Interest Payment | | 2021-07-31 23:59:59 |

| BTC | 0.00006200 | Interest Payment | | 2021-07-31 23:59:59 |
| ETH | 0.00142620 | Interest Payment | | 2021-06-30 23:59:59 |
| BTC | 0.00007440 | Interest Payment | | 2021-06-30 23:59:59 |
| ETH | 0.00146847 | Interest Payment | | 2021-05-31 23:59:59 |
| BTC | 0.00007657 | Interest Payment | | 2021-05-31 23:59:59 |
| BTC | 0.00008670 | Interest Payment | | 2021-04-30 23:59:59 |
| ETH | 0.00164460 | Interest Payment | | 2021-04-30 23:59:59 |
| BTC | 0.00063474 | Bonus Payment | | 2021-04-15 23:59:59 |
| BTC | 0.00008773 | Interest Payment | | 2021-03-31 23:59:59 |
| ETH | 0.00169291 | Interest Payment | | 2021-03-31 23:59:59 |
| ETH | 0.00152320 | Interest Payment | | 2021-02-28 23:59:59 |
| BTC | 0.00007868 | Interest Payment | | 2021-02-28 23:59:59 |
| ETH | 0.00113904 | Interest Payment | | 2021-01-31 23:59:59 |
| BTC | 0.00008184 | Interest Payment | | 2021-01-31 23:59:59 |
| BTC | -0.01310770 | Trade | | 2021-01-10 18:24:38 |
| ETH | 0.38607495 | Trade | | 2021-01-10 18:24:38 |
| BTC | 0.01459756 | Crypto Transfer | | 2021-01-10 14:20:18 |
| BTC | 0.00609884 | Crypto Transfer | | 2021-01-01 17:40:55 |
| BTC | 0.00594202 | Crypto Transfer | | 2021-01-01 17:24:42 |
| BTC | 0.00400000 | Crypto Transfer | | 2021-01-01 16:13:16 |

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion").  If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion.  This email contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  Make one submission per Unique ID number.  Each Unique ID may be used only once.

Please enter your Unique ID here

▮▮▮▮▮▮▮▮▮

○ Where can I find my Unique ID?

## Claim Information

Claim Number

4884

Claim Name

▮▮▮▮▮▮▮▮

Claimant Address on File

▮▮▮▮▮▮▮▮▮▮▮

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Capping Motion Response Portal

Upload Here

| | |
|---|---|
| OBJECTION_ANSWER.pdf | 80 KB |
| ▇▇▇▇▇▇_Objection_Info.pdf | 138 KB |
| Electronic Proof of Claim - 3▇▇▇▇▇.pdf | 161 KB |

## Signature

Sign Here



Print Name

▇▇▇▇▇▇

Email Address

▇▇▇▇▇▇

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**DECEMBER 22th, 2023**

**To whom it may concern,**

By this means, in reference to the Motion of December 20, 2023 presented by BlockFi, I inform that I do not agree with its Objection, so I maintain my request for the return of my retained funds.

Attach my Claim Number 4884.

Thank you so much.



**Debtor: BlockFi Inc., *et al.*
Jointly Administered Case Number: 22-19361 (MBK)
Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 4884 | ███ | $0 | $0 | $0 | $83.47-BlockFi Inc. $66.19-BlockFi International LTD. | Yes |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

BlockFi Inc. Wallet Account Holder Proof of Claim Form

## BlockFi Inc. Wallet Account Holder Proof of Claim Form

### Instructions

**Read the instructions before filling out this form. This form is for making a claim based on assets held in account of the Debtors.** **Do not** use this form to assert any other pre-petition claims. **Do not** use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed (November 28, 2022).**

☑ Check here to see further instructions on completing your claim form:

### Debtor Selection

**If you have one or more BlockFi Wallet account(s), fill in this information to identify the case:**

○ U.S. client
◉ Non-U.S. client

☐ BlockFi International Ltd. (Case No. 22-19368)
☑ Other

      ◉ BlockFi Inc. (Case No. 22-19361)
      ○ BlockFi Investment Products LLC (Case No. 22-19370)
      ○ BlockFi Lending LLC (Case No. 22-19365)
      ○ BlockFi Lending II LLC (Case No. 22-19374)
      ○ BlockFi Services Inc. (Case No. 22-19371)
      ○ BlockFi Trading LLC (Case No. 22-19363)
      ○ BlockFi Ventures LLC (Case No. 22-19367)
      ○ BlockFi Wallet LLC (Case No. 22-19366)

### Claim Information

**1. Who is the current creditor?**

███████████████████████████

Other names the creditor used with the debtor

███████

Customer Identification Number(s):

██████

Email Address Used to Sign Up for your BlockFi Account(s):

██████████████████████

**2. Has this claim been acquired from someone else?**

◉ No
○ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

**Where should notices to the creditor be sent?**

Name:

████████████████████

Address 1 (Street address, "Care of:", or "Attention To:"):

██████████

Address 2:

███████████

Address 3:

████████

Address 4:

City:

██████

State or Province (use 2-letter abbreviation if US or Canada):

██

Zip Code | Postal Code:

████

Is the creditor address outside of the US?

○ No
◉ Yes

Country (if outside of the US):

██████

Contact phone:

████████████

Contact email:

██████████████

Should payments go to a different address?

◉ No
○ Yes

**Would you like to add any additional noticing addresses?**

◉ No
○ Yes

**4. Does this claim amend one already filed?**

◉ No
○ Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

◉ No
○ Yes

**6. Do you have any number you use to identify the debtor?**

◉ No
○ Yes

## Claim Amount

**\* 7a. To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022)**

Other Debtor Claim Amount

83.47

**\* 7b. List the number of each type of coin held in your Wallet account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in your Wallet account(s) as of the date the case was filed).**

Please use only numerals and decimals in the Wallet field, up to a maximum of 21 digits or 20 digits and 1 decimal.

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Bitcoin (BTC) | $ 16,206.3000 | ████████ |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Ethereum (ETH) | $ 1,167.2400 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Gemini Dollar (GUSD) | $ 1.0000 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| USD Coin (USDC) | $ 1.0000 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| 1inch Network1 (INCH) | $ 0.5170 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Aave (AAVE) | $ 60.1500 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Algorand (ALGO) | $ 0.2359 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Avalanche (AVAX) | $ 12.4500 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Axie Infinity (AXS) | $ 6.5600 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Basic Attention Token (BAT) | $ 0.22322 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Binance Coin (BNB) | $ 292.7865 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Bitcoin Cash (BCH) | $ 109.9100 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Binance USD (BUSD) | $ 1.0000 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Cardano (ADA) | $ 0.3064 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Chainlink (LINK) | $ 7.1940 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Celo (CELO) | $ 0.6170 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Chiliz (CHZ) | $ 0.1642 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Compound (COMP) | $ 37.1600 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Cosmos (ATOM) | $ 9.8590 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Curve DAO Token (CRV) | $ 0.6450 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Decentraland (MANA) | $ 0.3862 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| DogeCoin (DOGE) | $ 0.09506 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| dYdX (DYDX) | $ 1.6660 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Elrond (EGLD) | $ 42.1390 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Enjin Coin (ENJ) | $ 0.2960 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| EOS (EOS) | $ 0.9034 | |

BlockFi Inc. Wallet Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Fantom (FTM) | $ 0.2049 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Filecoin (FIL) | $ 4.2530 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| FTX Token (FTT) | $ 1.2923535 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Gala (GALA) | $ 0.02478 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Hedera Hashgraph (HBAR) | $ 0.0486 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Kusama (KSM) | $ 25.5900 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Litecoin (LTC) | $ 73.8500 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Loopring (LRC) | $ 0.2368 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Maker (MKR) | $ 645.4100 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Multi Collateral Dai (DAI) | $ 0.9997 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Near (NEAR) | $ 1.5900 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| OMG Network (OMG) | $ 1.1605 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| One Coin (ONE) | $ 0.0137 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| PAX Gold (PAXG) | $ 1,740.6400 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Paxos Standard Token (PAX) | $ 1.0000 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Polkadot (DOT) | $ 5.1340 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Polygon (MATIC) | $ 0.8209 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Quant (QNT) | $ 112.4100 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Render Token (RNDR) | $ 0.4672 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Serum (SRM) | $ 0.2330 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Solana (SOL) | $ 13.3200 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Stellar (XLM) | $ 0.087183 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| SushiSwap (SUSHI) | $ 1.3348 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Synthetix (SNX) | $ 1.6620 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Terra 2.0 (LUNA) | $ 0.0001552 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Tether (USDT) | $ 0.9995 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Tezos (XTZ) | $ 0.9750 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| The Graph (GRT) | $ 0.0622 | |

BlockFi Inc. Wallet Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| The Sandbox (SAND) | $ 0.5531 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| THORchain (RUNE) | $ 1.1670 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Tron (TRX) | $ 0.052973 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| TrueUSD (TUSD) | $ 0.9997 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Uniswap (UNI) | $ 5.2830 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Waves (WAVES) | $ 2.3300 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Yearn.Finance (YFI) | $ 6,266.5000 | |

Do you hold additional coins in your account not listed above?

◉ No
○ Yes

## Additional Claim Information

**8. What is the basis of the claim?** (limited to 100 characters)

Client Account

**9. Is all or part of the claim secured?**

◉ No
○ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.

☐ Motor vehicle

☐ Other.

**Basis for perfection:**

**Value of property (all amounts in US $ dollars):**

**Amount of the claim that is secured (all amounts in US $ dollars):**

**Amount of the claim that is unsecured (all amounts in US $ dollars):**

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars):**

**Interest Rate Type:**

○ Fixed
○ Variable

**Annual Interest Rate (when case was filed) %:**

**10. Is this claim based on a lease?**

◉ No
○ Yes

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars).**

**11. Is this claim subject to a right of setoff?**

◉ No
○ Yes

Identify the property:

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

◉ No
○ Yes

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

◉ I am the creditor.
○ I am the creditor's attorney or authorized agent.
○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

BlockFi Inc. Wallet Account Holder Proof of Claim Form

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

| 02/13/2023 |
|---|

Signature

I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

**Name of the person who is completing and signing this claim:**

First name

| ▓▓▓▓▓ |
|---|

Middle Name

| ▓▓▓▓▓ |
|---|

Last name

| ▓▓▓▓▓▓▓ |
|---|

Title

| ▓ |
|---|

Company

| |
|---|

Address 1:

| ▓▓▓▓▓ |
|---|

Address 2:

▮▮▮▮▮▮▮▮

Address 3:

▮▮▮▮

Address 4:

City:

▮▮▮▮

State or Province (use 2-letter abbreviation if US or Canada):

▮

Zip Code | Postal Code:

▮▮▮  —

Is the address outside of the US?

○ No
◉ Yes

Country (if outside of the US):

▮▮▮

Contact phone:

▮▮▮▮▮▮

Contact email:

▮▮▮▮▮▮▮

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

◉ I have supporting documentation
○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

| 🗎 Monthly_Statement_OCT_2022.pdf | 23 KB |
|---|---|

**Attachment Filename**

| Monthly_Statement_OCT_2022.pdf |
|---|

## Confirmation of Submission

### Your Form has been successfully submitted...

| DOCUMENT ID | Submitted Date Time |
|---|---|
| ▮▮▮▮▮▮▮▮ | 2023-02-13T20:25:28.544Z |

| Status | CONFIRMATION ID |
|---|---|
| Submitted | ▮▮▮▮▮▮ |

| Submission Email Address |
|---|
| ▮▮▮▮▮ |

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as your Confirmation ID.

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

| ████████████████ |
| --- |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 4948 |
| --- |

Claim Name

| ██████████ |
| --- |

Claimant Address on File

| ████████████████████████████ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ██████████ |
| --- |

Street1

| ████ |
| --- |

Street2

███████████

City

████

State

████

Zip

████

Country

█████████

Telephone Number

██████████

Email Address

███████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| Response.pdf | 24 KB |
|---|---|

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

The Balance on my Blockfi account is significantly larger than the equivalent in USD you mentioned (USD 7,413.85). The actual balance is below which exceeds USD 10,000 in equivalent.

1. 3662.17 GUSD
2. 0.61074467 ETH
3. 0.13013806 BTC

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

▢ ███████████

○ Where can I find my Unique ID?

## Claim Information

Claim Number

5441

Claim Name

███████

Claimant Address on File

████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

██████

Street1

███████

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Capping Motion Response Portal

Upload Here

| | |
|---|---|
| 📄 8182729609148390 $238.67 Modify.pdf | 196 KB |
| 📄 0384437954838196 $9775 No Match.pdf | 139 KB |
| 📄 1207461421646380 $6756.33 MATCH.pdf | 139 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**Debtor: BlockFi Inc.,** *et al.*
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 17106 | ███████ | $0 | $0 | $0 | $9775.09-BlockFi Inc. | No |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi's books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 5441 | ███████ | 02/21/23 | BlockFi Inc. | $238.67 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 5441 | 6,742.18 | 14.16 | - | - | - | - | - | - | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 5441 | ███████ | $0 | $0 | $0 | $6756.33-BlockFi Inc. | Yes |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

████████████

○ Where can I find my Unique ID?

## Claim Information

Claim Number

5542

Claim Name

████████

Claimant Address on File

█████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

██████████

Email Address

██████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Monthly_Statement ███████ Oct 22 (2).pdf | 25 KB |
| 📄 Blockfi Capping Motion ██████ .pdf | 65 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.



1/3/23

*Re:*
**Proof of Claim Number:** *5542*
**BlockFi Debtor Entity:** *BlockFi Inc.*
**Claim Amount:** *Unliquidated*
**Claim Image:**

**UNIQUE ID***:*

Proof of claim received February 24th 2023 includes unliquidated breakdown of digital assets in my account on the platform freeze date of November 28th, 2022. These digital asset totals are clearly listed in my account balances (see attached Oct 2022 statement). Additionally, it is clear in my account history that the balance of BTC, ETH, and LTC remained at these levels or higher for a period of more than a year before the platform freeze.

It is my argument that this claim should be listed and distributed in digital asset value at the time of the platform freeze instead of the listed USD amount calculated on the day of the platform freeze. (1) I was never notified of a liquidation of my digital assets, (2) never consented to a conversion of those assets, and (3) have clear proof that these assets were held in account for an extended period of time.

As of 1/3/24, the value of noted above assets are more than 2x the value listed on the day of the platform freeze. I will not accept this extreme devaluation of my assets under any condition of the capping motion.


Thank you,

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# January 2022  BlockFi Wallet Statement

| | |
|---|---|
| **Name** |  |
| **Email** | |
| **Address** | |
| **Account ID** | |
| **Month Ending** | January 31, 2022 |

You earned approximately
## $544.42 * worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$38,483.13 | **0.01028531**<br>$395.81 | **0.00386164**<br>$148.61 | 0 |
| **Total\* in USD** | **$395.81** | **$148.61** | **$0.00** |

# January 2022  BlockFi Interest Account Statement

**Flex Selection**          Earn all interest in USDC
**Month Ending**            January 31, 2022

You earned approximately
**$1,500.76 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$38,483.13 | 0 | **2.00000000**<br>$76,966.26 |
| **1 ETH**<br>$2,688.28 | 0 | **8.00000000**<br>$21,506.24 |
| **1 GUSD**<br>$1.00 | 0 | **0.00161185**<br>$0.00 |
| **1 LINK**<br>$17.24 | 0 | **0.00000000**<br>$0.00 |
| **1 LTC**<br>$109.59 | 0 | **40.00000000**<br>$4,383.60 |
| **1 USDC**<br>$1.00 | 1,500.75524116<br>$1,500.76 | **201,356.04528375**<br>$201,356.05 |
| **Total\*** in USD | **$1,500.76** | **$304,212.15** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion").  If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion.  This email contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  Make one submission per Unique ID number.  Each Unique ID may be used only once.

Please enter your Unique ID here

○ Where can I find my Unique ID?

## Claim Information

Claim Number

5546

Claim Name

Claimant Address on File

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

BlockFi Capping Motion Response Portal

Street2

<span style="background-color:black">████</span>

City

<span style="background-color:black">████</span>

State

<span style="background-color:black">█</span>

Zip

<span style="background-color:black">███</span>

Country

<span style="background-color:black">█████</span>

Telephone Number

<span style="background-color:black">█████</span>

Email Address

<span style="background-color:black">█████████</span>

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 Blockfi Claim.doc | 22 KB |

## Signature

Sign Here



Print Name

██████████

Email Address

██████████████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

To whom this may concern:

The amount of $1.65 USD is incorrect. The amount submitted in my last claim dispute in the amount of 1.65 BTC was converted to dollars.

If the amount of BTC is to be converted into dollars at the time of bankruptcy, the amount $26,895 would be accurate. Please let update my unsecured claim in the records.

Have a good day.



# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

⬛⬛⬛⬛⬛⬛⬛

○ Where can I find my Unique ID?

## Claim Information

Claim Number

5638

Claim Name

⬛⬛⬛

Claimant Address on File

⬛⬛⬛⬛

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

⬛⬛⬛

Street1

⬛⬛

BlockFi Capping Motion Response Portal

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| STMT OF LIMITED OPPOSITION.pdf | 78 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑  I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

████████
████████████
██████████████
██████
████████████████

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                )
                                      )
        Blockfi, Inc., *et al*.,      )        Chapter 11
                                      )
                                      )        Case No. 22-19361 (MBK)
        Debtor                        )        Hearing Date:  January 16, 2024 at 11:00 a.m.
_____)


**STATEMENT OF LIMITED OPPOSITION TO
PLAN ADMINISTRATOR'S MOTION FOR AN ORDER
CAPPING THE MAXIMUM ALLOWABLE AMOUNTS AND ESTABLISHING A
RESERVE FOR ALL CLAIMS TO ENABLE THE FIRST INTERIM DISTRIBUTION**

        I, ████████, hold an unsecured claim in the Blockfi, Inc. case.  I timely filed a

proof of claim on or about March 6, 2023.  I do not see a reference to my claim in Schedules

A, B or C attached to the Plan Administrator's Motion.  I do not oppose an interim

distribution but, in an abundance of caution, object to the language of the motion that would

appear to preclude any future distribution on account of my claim.


Dated: January 9, 2024

                        By: ██████████████

                        Claim Holder

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

[REDACTED]

○ Where can I find my Unique ID?

## Claim Information

Claim Number

5662

Claim Name

[REDACTED]

Claimant Address on File

[REDACTED]

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| blockfi claim.pdf | 225 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.



Dashboard > Loans Overview

Outstanding Balance ⓘ
**$8,650.27**

Total Collateral Value ⓘ
**$12,904.93**

Total Loan Amount ⓘ
**$105,060.00**

**New Loan**

**Funded Loans** ∧



Loan #
**$105,060.00**

Collateral Amount
**0.80 BTC**

Principal Balance
**$8,650.27**

At Risk (67% LTV)    Opened Oct 14

**Loan Applications** ∧

**Archive** ∧



Loan #
**$51,000.00**

Paid In Full    Opened Apr 18



Loan #
**$51,000.00**

Paid In Full    Opened Feb 23

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion").  If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion.  This email contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  Make one submission per Unique ID number.  Each Unique ID may be used only once.

Please enter your Unique ID here

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name:
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

BlockFi Capping Motion Response Portal

## Claim Information

Claim Number

5824

Claim Name

███████

Claimant Address on File

████████████████████████

To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.

Name:

███████

Street1

███████████████████████

Street2

████████████

City

██████

State

Zip

███

Country

██████

Telephone Number

████████

Email Address

██████████████

To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Adobe%20Scan%202023%E5%B9%B412%E6%9C%8823%E6%97%A5%20%281%29.pdf | 1 MB |
| 📄 Adobe%20Scan%202023%E5%B9%B412%E6%9C%8823%E6%97%A5.pdf | 1 MB |

## Signature

Sign Here



Print Name

Email Address

BlockFi Capping Motion Response Portal

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.



民航處
CIVIL AVIATION
DEPARTMENT

香港大嶼山香港國際機場
東輝路1號民航處總部
Civil Aviation Department Headquarters
1 Tung Fai Road, Hong Kong International Airport,
Lantau, Hong Kong

檔案編號  Our ref:       ISDHKG-230328-0031-0019
來函編號  Your ref:

香港特別行政區政府
The Government of the Hong Kong Special Administrative Region

29 Mar 2023



Sir/Madam,

### Application for Registration of Small Unmanned Aircraft ("SUA")

I refer to your application for registration of SUA with particulars as below:

| SUA Type | Manufacturer | Model | Serial No | Registration No |
|---|---|---|---|---|
| Multi Rotors | DJI (大疆創新) | Mavic Air 2S | ████ | ████ |

Please find enclosed the registration label (i.e. the rectangular sticker with the laser and QR code) as well as the verification code for the above-mentioned SUA. Please follow the steps below in order to complete the SUA registration procedures.

(1) **Stick** – Stick the registration label on a clean and dry area of the main body of the SUA. The label must be displayed on the external surface of the SUA and be clearly visible;

(2) **Snap** – Take a picture of the SUA with the affixed label clearly seen in the picture;

(3) **Verify** – Login to eSUA (https://esua.cad.gov.hk/), go to "SUA Registration" page, select the relevant SUA, input the 4-digit verification code printed below the label and upload the picture taken in step (2).

*Upon completion of registration, the SUA Registration Certificate will be sent to your registered email address. If the photo uploaded does not fulfil the requirements specified above, you will be asked to re-submit another photo, and the validity of the SUA registration will be affected until the photo is confirmed in order.*

If there is any change in the information or document provided in relation to the registration of the SUA, please notify the Civil Aviation Department within fourteen calendar days. If you need to de-register this SUA after the SUA is lost, discarded or sold, please login to eSUA, select this SUA registration record, then choose "De-register" after verification.

Should you have any questions, please contact us at esua@cad.gov.hk.

Unmanned Aircraft Office
Civil Aviation Department



註冊編號/ Reg. no. →
二維碼/ QR Code →
驗證碼/
Verification code →   2L24

HK0022374(5)
ISDL-230328-0031-0019

BC v2.0.4 - 88E2        總數1頁的第1頁

 水務署
**Water Supplies Department**

付款通知書          發出日期：16/12/2023

13570768          用水樓宇地址 

用戶編號：▇▇▇▇▇▇

| 用水量 | 每日平均用水量 |
|---|---|
| 35 立方米/118日 | 0.297立方米 (297 公升) |

立方米



每日平均用水量

應繳總額
**$164.10**
繳款限期
**11/01/2024**
在此日期後加收5%附加費

繳款單編號：▇▇▇▇▇

| 水錶編號 | 日期 | 度數 | 日期 | 度數 |
|---|---|---|---|---|
| ▇▇▇▇ | 15/08/2023 | 1,234A | 11/11/2023 | 1,269A |

A：抄錶度數   E：估計度數   S：客戶報讀度數

上次繳款日期：24/09/2023
上次繳款金額：$189.00
現存按金款額：$400.00
爭議金額：$0.00
分期付款金額：$0.00

供水性質： 住宅供水(010030)

| 水費 | $ | 排污費 | $ |
|---|---|---|---|
| 15/08/2023 - 11/12/2023 | | 15/08/2023 - 11/12/2023 | |
| 第一級 11.641 立方米 @ $0.00 | 0.00 | 第一級 11.641 立方米 @ $0.00 | 0.00 |
| 第二級 23.359 立方米 @ $4.16 | 97.17 | 第二級 23.359 立方米 @ $2.92 | 68.20 |
| 款額轉撥 | 0.68 CR | 款額轉撥 | 0.49 CR |
| 小計 | 96.49 | 小計 | 67.71 |
| | | 收費總額 | 164.20 |
| | | 餘額撥入下期 | 0.10 CR |
| | | 應繳款額 | **164.10** |

有關上述用水樓宇或收費項目的帳單附註：
- 香港人均每日用水量為130公升，而全球的人均每日用水量為110公升。
- 將貴戶的每日平均用水量297公升除以用水期間的人數便可得出貴戶的人均每日用水量。

CCBS/002 (09/2023)

如以支票付款，請把本郵付款回條連同支票寄上。          繳款單編號：▇▇▇▇

繳費靈
商戶編號「08」

CRC131

節省用水
節省金錢

應繳總額          繳款限期
**$164.10**          **11/01/2024**
在此日期後加收5%附加費


轉數快FPS

870611310000000001641011012024291242109300



發出日期：16/12/2023

BC v2.0.4 - 88E2          總數1頁的第1頁

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion").  If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion.  This email contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  Make one submission per Unique ID number.  Each Unique ID may be used only once.

Please enter your Unique ID here

▉▉▉▉▉▉▉▉▉▉▉▉▉

○ Where can I find my Unique ID?

## Claim Information

Claim Number

6201

Claim Name

▉▉▉▉▉▉▉

Claimant Address on File

▉▉▉▉▉▉▉▉▉▉▉

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

▉▉▉▉▉

Street1

▉▉▉▉▉▉

BlockFi Capping Motion Response Portal

Street2

City

State

Zip

Country

Telephone Number

Email Address

To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| ▣ ██████████ pdf | 138 KB |
| ▣ █████████████████ .pdf | 31 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

I agree to the reimbursement of $1022.66- owed to me by BlockFi

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit B: Identifiable Unliquidated Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 6201 | ██████ | $0 | $0 | $0 | $1022.66-BlockFi Inc. | Yes |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

[_____]

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 6351 |

Claim Name

[_____]

Claimant Address on File

[_____]

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

[_____]

Street1

[_____]

BlockFi Capping Motion Response Portal

Street2

City

Toccoa

State

GA

Zip

████

Country

████████

Telephone Number

████████

Email Address

███████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 🗎 Objection to Capped Claim - ██████████.pdf | 65 KB |
|---|---|

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | ) | Case No. 22-19361 (MBK) |
| | ) | Chapter 11 |
| BLOCKFI INC., *et. al.*, | ) | |
| | ) | OBJECTION TO MOTION FOR AN |
| Debtors. | ) | ORDER CAPPING THE MAXIMUM |
| | ) | ALLOWABLE AMOUNTS AND |
| | ) | ESTABLISHING A RESERVE FOR ALL |
| | ) | CLAIMS TO ENABLE THE FIRST |
| | ) | INTERIM DISTRIBUTION |

1.  I, ███████████, the below undersigned, am objecting to the proposed estimated amount of my capped claim under Schedule A of the Debtors' Chapter 11 Plan.

2.  On February 23, 2023, I submitted an asserted dollar claim amount of $20,057.958 with a corresponding Bitcoin value of 1.23766436 BTC.

3.  In schedule A, my claim, claim #6351, is valued at $20,090.33.

4.  These valuations do not account for the change in value of the 1.23766436 BTC in my interest account.

5.  I would request for the recovery of the bitcoin itself, 1.23766436 BTC; however, this is not allowed under the current Chapter 11 Plan.

6.  In lieu of full recovery of the 1.23766436 BTC in my interest account, I am requesting that the proposed estimated amount of my capped claim under Schedule A be adjusted to reflect the change in value of Bitcoin within the past year:

    a.  On December 27, 2022, Bitcoin was valued at $16,521.

    b.  On December 27, 2023, Bitcoin was valued at $44,153.

    c.  These two valuations result in an average of $30,337.

    d.  Multiplying that average, $30,337, by the Bitcoin in my interest account, 1.23766436 BTC, results in an adjusted capped claim of $37,547.02.

7.  As a result, I am requesting that the value of my capped claim be changed to $37,547.02 to better reflect the fluctuation in value of Bitcoin throughout the past year and the lost investment opportunity that resulted from the Debtors' bankruptcy.

Respectfully Submitted,



Dated: December 27, 2023