# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

▮▮▮▮▮▮▮▮

○ Where can I find my Unique ID?

## Claim Information

Claim Number

18933

Claim Name

▮▮▮▮▮▮

Claimant Address on File

▮▮▮▮▮▮▮▮▮▮▮▮

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

▮▮▮▮▮▮

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

████████████████

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

████████████████

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Objection to Motion Filed in the Chapter 11 Case of BlockFi.pdf | 98 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

██████████

Email Address

██████████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**Objection to Motion Filed in the Chapter 11 Case of BlockFi**

To: The Honorable Judge Michael B. Kaplan of the United States Bankruptcy Court for the District of New Jersey

Re: Case No. 22-19361 (MBK) - Objection to Plan Administrator's Motion

**Introduction**

This objection is filed in response to the recent motion by BlockFi's Plan Administrator, proposing to cap claims and establish a reserve for all claims for interim distribution (filed on 20 December 2023 as Doc 2006 in the BlockFi case docket). I, ███████████████, strongly object to the proposed capping and valuation methodology as applied to cryptocurrency holdings. This is a matter of principle objection, both for myself and for other creditors holding crypto assets with BlockFi.

**Argument Points**

1. **Unique Nature of Cryptocurrency Assets:** Unlike traditional assets, cryptocurrencies like Bitcoin represent a new paradigm in asset valuation and security. My investments in Bitcoin were not merely financial but also ideological, reflecting a lack of faith in traditional fiat currencies. This unique nature of cryptocurrency and cryptocurrency investors should be recognized distinctly in bankruptcy proceedings. It would be ironic to dollarize the assets of customers who expressly chose to flee away from fiat currencies like the US dollar. For this reason, I hold that cryptocurrencies should not be dollarized at all, as they are a new form of currency, distinct from fiat currencies like the U.S. dollar. Customer claims should simply reflect the amount of each cryptocurrency that was held with the company.

2. **Unfair Valuation Method:** Given the volatile nature of cryptocurrencies and the unique circumstances of BlockFi's failure, a standard dollarization approach for claim valuation is especially inappropriate and fails to recognize the distinct qualities of assets like Bitcoin. A dollarization date as long ago as the petition filing date in 2022 leads to a disproportional reduction of the value of BlockFi customers' claims. Even more so for creditors with a claim for loan collateral, because the loan amount is subtracted from the reduced valuation, after which not much may be left.

1

3. **Disproportionate Impact of Dollarization Method:** Employing the customary dollarization method at the petition filing date for a cryptocurrency business like BlockFi, can cause disproportionate harm to regular customers who invested in digital assets. This approach fails to consider the dynamic nature of cryptocurrency markets and the significant fluctuations in value that can occur. This method of claim valuation has far-reaching implications, affecting the future plans of many investors. For individuals like myself, who had plans to support families, start businesses, or contribute to charitable causes by establishing foundations, the impact is particularly devastating. The reduction in claim value directly translates to a loss of potential for these future endeavors.

4. **Global Nature of Cryptocurrency Investments:** Many creditors, including myself, are not U.S. nationals and have chosen to invest in Bitcoin due to its global and decentralized nature. The proceedings should respect the international diversity of the creditor base and their reasons for choosing cryptocurrency investments. The U.S. dollar is less relevant to international customers, who are not U.S. nationals and do not have U.S. bank accounts.

5. **Misrepresentation of Risk:** The situation is made worse in light of a report by the Official Committee of Unsecured Creditors ("Why Did BlockFi Fail?", filed on 14 July 2023 as Doc 1202 in the BlockFi case docket), which highlights significant misrepresentations by BlockFi to customers regarding its risk management practices and financial situation (the latter especially after the 3 Arrows collapse), made on their website and in social media (some of which were the subject of charges brough against BlockFi by the SEC). This misleading information has given me and other customers a false sense of security. In this sense, I feel I and others have been misled. This has also resulted in the unjust situation where such creditors are now being asked to accept reduced claims, as a result of BlockFi executives apparently ignoring the warnings of their own risk management team.

6. **Unclear What Went Wrong**: Before accepting a haircut as proposed by this Motion, I would like, as a creditor who has become a victim of BlockFi's collapse, to have more clarity as to what actually went wrong that caused this unfotunate outcome. It seems like mistakes were made when it comes to risk management, again according to the "Why Did BlockFi Fail?" report, which so far to my knowledge have not properly been discussed in this case. Creditors are now expected to bear the brunt of the damages arising from these apparent mistakes, as if they were somehow responsible for

making them in the first place. Before proceeding with a settlement which disadvantages regular customers, it should be investigated what exactly went wrong. In particular, I am surprised how much risk seems to have been taken with loan collateral, which was supposed to serve to mitigate BlockFi's risk as a lender.

**Conclusion**

I request the court to reconsider the proposed methodology for valuing cryptocurrency claims and acknowledge the unique, volatile nature of such assets. As a consequence of the unique and new nature of cryptocurrencies, a new paradigm in bankruptcy proceedings for cryptocurrency businesses should be considered. My objections are not just for personal gain but are raised on the principle of fair and equitable treatment of all creditors. I feel creditors who held cryptocurrency with BlockFi should be returned as much of their cryptocurrency as possible, without first having to reduce their claim to a dollarized value as of the petition filing date. I understand it will be hard to return all assets, but reducing the claims to this extent beforehand seems unjust. Especially as it is not yet clear how large recoveries will ultimately be.

Respectfully submitted,

█████████████

████████████

9 January 2024

██████████████████

3

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion").  If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion.  This email contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  Make one submission per Unique ID number.  Each Unique ID may be used only once.

Please enter your Unique ID here

███████████

○ Where can I find my Unique ID?

## Claim Information

Claim Number

19004

Claim Name

████████

Claimant Address on File

██████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| BlockFi_22-19361(MBK).pdf | 138 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 19004 | ███████ | $0 | $0 | $0 | $1129.23-BlockFi International LTD. | No |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

▉▉▉▉▉▉▉▉▉▉▉▉

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: 
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

BlockFi Capping Motion Response Portal

## Claim Information

Claim Number

19014

Claim Name

███████████

Claimant Address on File

████████████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Octubre 2022.pdf | 24 KB |
| 📄 Septiembre 2022.pdf | 23 KB |
| 📄 Agosto 2022.pdf | 23 KB |

## Signature

Sign Here

Print Name

Pedro Aragon Acosta

Email Address

paragonacosta@gmail.com

☑  I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# September 2022 BlockFi Wallet Statement



| | |
|---|---|
| **Name** | █████████ |
| **Email** | ██████████ |
| **Address** | ███████████ |
| | |
| **Account ID** | █████ |
| **Month Ending** | September 30, 2022 |

You earned approximately
**$0.00 \*** worth of crypto.

# September 2022 BlockFi Interest Account Statement

**Flex Selection**                    ---
**Month Ending**                      September 30, 2022

You earned approximately
**$0.67 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
| --- | --- | --- |
| **1 BTC**<br>$19,414.22 | **0.00001770**<br>$0.34 | **0.00628952**<br>$122.11 |
| **1 ETH**<br>$1,328.08 | **0.00024840**<br>$0.33 | **0.08803799**<br>$116.92 |
| **Total\*** in USD | **$0.67** | **$239.03** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's **terms & conditions.**

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# August 2022  BlockFi Wallet Statement



**Name**
**Email**
**Address**

**Account ID**
**Month Ending**    August 31, 2022

---

You earned approximately
**$0.00 \*** worth of crypto.

# August 2022  BlockFi Interest Account Statement

| | |
|---|---|
| **Flex Selection** | --- |
| **Month Ending** | August 31, 2022 |

You earned approximately
**$0.77 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,048.63 | 0.00001829<br>$0.37 | 0.00627182<br>$125.74 |
| **1 ETH**<br>$1,554.55 | 0.00025606<br>$0.40 | 0.08778959<br>$136.47 |
| **Total\*** in USD | **$0.77** | **$262.21** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**          October 31, 2022

You earned approximately
**$0.65 \*** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
| --- | --- | --- | --- |
| **1 GUSD**<br>$1.00 | 0 | **0.65000000**<br>$0.65 | **0.65000000**<br>$0.65 |
| **Total\*** in USD | **$0.00** | **$0.65** | **$0.65** |

# October 2022  BlockFi Interest Account Statement

**Flex Selection**                          ---
**Month Ending**                            October 31, 2022

You earned approximately
**$0.77 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | **0.00001829**<br>$0.37 | **0.00630781**<br>$129.26 |
| **1 ETH**<br>$1,572.90 | **0.00025730**<br>$0.40 | **0.08829529**<br>$138.88 |
| **Total\*** in USD | **$0.77** | **$268.14** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion").  If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion.  This email contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  Make one submission per Unique ID number.  Each Unique ID may be used only once.

Please enter your Unique ID here

▢ ██████████

○ Where can I find my Unique ID?

## Claim Information

Claim Number

19103

Claim Name

██████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

██████

Street2

City

████████

State

████████

Zip

██████

Country

████████

Telephone Number

██████████

Email Address

██████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 ████████ .pdf | 96 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

 Belastingdienst

Postbus 2688, 6401 DD Heerlen

**Aangiftebrief 2022**
Inkomstenbelasting
Premie volksverzekeringen
Bijdrage Zvw

28 februari 2023

**Kenmerk**
ELB03

**Burgerservicenummer**
1809.99.527



Betreft: Aangifte doen voor de inkomstenbelasting

Geachte heer/mevrouw,

U krijgt deze brief omdat u aangifte inkomstenbelasting over 2022 moet doen.

**Hoe doet u aangifte?**
U kunt vanaf 1 maart 2023 aangifte doen met de online aangifte op Mijn Belastingdienst of met de aangifte-app.

**Aangifte inkomstenbelasting als ondernemer?**
Doet u aangifte inkomstenbelasting als ondernemer? Dan kunt u de aangifte-app niet gebruiken.

**Tot wanneer kunt u aangifte doen?**
Zorg ervoor dat uw aangifte vóór 1 mei 2023 bij ons binnen is. Controleer de gegevens in uw aangifte goed en vul aan waar nodig.

Doet u aangifte vóór 1 april 2023, dan krijgt u vóór 1 juli 2023 bericht.

**Meer informatie**
Kijk op belastingdienst.nl/aangifte voor meer informatie.

Met vriendelijke groet,

de inspecteur

drs. J.M. Melsen
Belastingdienst/Centrale administratieve processen

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

| ███████████ |
| --- |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 19187 |
| --- |

Claim Name

| ████████████ |
| --- |

Claimant Address on File

| ████████████████████████ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ███████████ |
| --- |

Street1

| █████████████ |
| --- |

BlockFi Capping Motion Response Portal

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| Screenshot_2023-12-22-13-45-05-05_40deb401b9ffe8e1df2f1cc5ba480b12.jpg | 244 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.



## BlockFi

# Interest Account

Overview

## Your Assets

| Asset | Quantity | |
|---|---|---|
| USD Coin USDC | 14.93 USDC | › |
| Gemini USD GUSD | 14.79 GUSD | › |
| Ethereum ETH | 0.00227502 ETH | › |

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

○ Where can I find my Unique ID?

## Claim Information

Claim Number

19570

Claim Name

Claimant Address on File

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄  Blockfi .pdf | 12 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

Blockfi response to motion:

I am not seeing a physical document to upload.
May this document show, my intention is to remove 2 crypto currencies from the blockfi platform.


2 currencies - Bitcoin and Litecoin
Litecoin = 1.08488555
Bitcoin = 0.01845774



May this document show, I ███████████ wish to remove the crypto currency from Blockfi to a new wallet.

Bitcoin wallet = ██████████████████████

Litecoin wallet = ███████████████████████


Thank you

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion").  If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion.  This email contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  Make one submission per Unique ID number.  Each Unique ID may be used only once.

Please enter your Unique ID here

███████████

○ Where can I find my Unique ID?

## Claim Information

Claim Number

19607

Claim Name

███████

Claimant Address on File

██████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 4735313872846540.pdf | 129 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 19607 | ███████ | $0 | $0 | $0 | $1387.19-BlockFi Inc. | No |

I Agree to be paid $1387.19



For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion").  If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion.  This email contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  Make one submission per Unique ID number.  Each Unique ID may be used only once.

Please enter your Unique ID here

| ███████████ |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 19730 |
|---|

Claim Name

| ████████ |
|---|

Claimant Address on File

| ██████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ██████████ |
|---|

Street1

| ███████████ |
|---|

BlockFi Capping Motion Response Portal

Street2

_____

City

█████████████

State

██

Zip

████

Country

█████████

Telephone Number

█████████

Email Address

████████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

███████████

Street1

████████████████

Street2

_____

City

█████████████

State

██

Zip

████

Country

█████████

Telephone Number

█████████

Email Address

████████████████████

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| blockfi interest.pdf | 208 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.



Dashboard    Accounts ⌄    Withdraw    TW ⌄

Dashboard / Interest Account

# Interest Account



### Assets

- 🔵 Overview
- 🟠 Bitcoin BTC
- 🔵 Litecoin LTC

### Your Assets

| Asset | Quantity | |
|-------|----------|---|
| 🔵 Litecoin LTC | 20.23534142 LTC | › |
| 🟠 Bitcoin BTC | 0.53981597 BTC | › |

### Recurring Trades

| Recurring Trade | Buy Amount | Frequency | Scheduled |
|-----------------|------------|-----------|-----------|
| You have not set up any recurring trades. | | | |

### Transactions

Your transaction history has moved. Visit the Dashboard to view Interest Account transactions.

**Go to Dashboard**

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion").  If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion.  This email contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  Make one submission per Unique ID number.  Each Unique ID may be used only once.

Please enter your Unique ID here

<span style="background:black">████████████</span>

○ Where can I find my Unique ID?

## Claim Information

Claim Number

20440

Claim Name

<span style="background:black">██████████</span>

Claimant Address on File

<span style="background:black">████████████████████</span>

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

<span style="background:black">████████</span>

Street1

<span style="background:black">██████████</span>

BlockFi Capping Motion Response Portal

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 8108723972245020.pdf | 138 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑  I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 20440 | ███████ | $0 | $0 | $0 | $1406.86-BlockFi International LTD. | Yes |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

[REDACTED]

○ Where can I find my Unique ID?

## Claim Information

Claim Number

20534

Claim Name

[REDACTED]

Claimant Address on File

[REDACTED]

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

[REDACTED]

Street1

[REDACTED]

BlockFi Capping Motion Response Portal

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| Blockfi Objection.pdf | 49 KB |
|---|---|

BlockFi Capping Motion Response Portal

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.



12/28/2023

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

Re: Objection to Claim Number: 20534
Claimant Name: C8102R11, LLC

Dear Kroll Restructuring Administration LLC,

I am writing to formally object to the proposed capped settlement amount of $13,477.14 for Claim Number 20534 on behalf of C8102R11, LLC, in response to the BlockFi Capping Motion and seeks to request a **revised settlement cap amount of $25,000**.

This account contains 4.3 Ethereum tokens and .51 Bitcoin tokens, with a market value effective today @ 1630p on December 28, 2023 of $31,798.

C8102R11, LLC believes that the **requested cap of $25,000** is a fair and reasonable amount based on the merits of the claim and in accordance with the terms outlined in the BlockFi Capping Motion. We have carefully considered the circumstances surrounding the claim and have taken into account all relevant factors in arriving at this proposed settlement cap.

We kindly request a thorough review of this objection and ask for your reconsideration of the settlement amount. If necessary, we are prepared to provide any additional documentation or information to support our position and facilitate a fair resolution.

Please do not hesitate to contact us at ████████ or ████████████ if further clarification or information is needed. We appreciate your attention to this matter and look forward to a prompt and equitable resolution.

Thank you for your understanding and cooperation.

Sincerely,

████████

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

▓▓▓▓▓▓▓▓▓▓▓▓

○ Where can I find my Unique ID?

## Claim Information

Claim Number

▓▓▓▓

Claim Name

▓▓▓▓▓▓

Claimant Address on File

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

▓▓▓▓▓

Street1

▓▓▓▓▓▓

Street2

City

█████

State

█

Zip

███

Country

██████

Telephone Number

██████

Email Address

██████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

██████

Street1

█████████

Street2

City

██████

State

█

Zip

███

Country

██████

Telephone Number

█████

Email Address

██████████

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 123.pdf | 48 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

BlockFi Insufficient Documentation Portal

## BlockFi Insufficient Documentation Portal

---

BlockFi: Claim Documentation Portal

---

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, the "Debtors") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey.  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against the Debtors, arising prior to November 28, 2022, to timely file a proof of claim.

You previously filed a claim against the Debtors in these cases.  Unfortunately, your filed claim(s) do not contain sufficient documentation to support the amount asserted. Therefore, the Debtors plan to object to your claim(s) unless you provide sufficient additional supporting documentation to support your claim(s).

Kroll Restructuring Administration LLC has set up this portal to assist you with providing documentation to support your claim(s).  To submit this documentation, please logon to this portal using the 16-digit code sent to you and provide the relevant documentation. **The deadline to submit additional information is June 20, 2023.**

BlockFi reserves the right to object to the claim after receipt and review of additional documentation that is submitted by the claimant.

To the extent the Debtors object to your claim, you will be notified.

*Please note*: Proofs of claim are filed under penalty of perjury and there are severe penalties for filing fraudulent proofs of claim pursuant to title 18 of the U.S. Code, sections 152, 157 and 3571, as indicated on page 3 of the claim forms you signed.

Please follow the steps below to logon to this portal and to submit your information to BlockFi.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

---

Authorization

---

On June 13, 2023, Kroll sent you an email regarding an update to your BlockFi proof of claim.  This email contains a 16-digit Unique ID number. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter the Unique ID number in the field below to enter this portal.

|  |
|--|

○ Where can I find my Unique ID?

---

Claim Information

---

Claimant Name

|  |
|--|

| Claim Number | Asserted Claim Amount | Is there an Unliquidated portion to this claim? |
|--------------|----------------------|-----------------------------------------------|
| 20758 | ▇▇ | Y |

Please provide documentation in support of your claim. You may upload your documentation in either .PDF or .JPG format. Each document may be up to 20 MBs or 30 MBs across all documents.

| 📄 1.pdf | 24 KB |
|----------|-------|

Email Address:

|  |
|--|

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

███████████████

○ Where can I find my Unique ID?

## Claim Information

Claim Number

21074

Claim Name

███████████

Claimant Address on File

████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

██████████

Street1

███████████

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Response to Kroll Motion.pdf | 1 MB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

██████████

Email Address

███████████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

I HEREBY SUBMIT MY RESPONE

FOR MY CAPPED UNSERED CLAIM

OF $5363.38-

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

██████████████

○ Where can I find my Unique ID?

## Claim Information

Claim Number

21253

Claim Name

██████████████

Claimant Address on File

███████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

BlockFi Capping Motion Response Portal

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 9907357071946790.pdf | 138 KB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

██████████

Email Address

██████████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 21253 | ■■■■■ | $0 | $0 | $0 | $267.85-BlockFi International LTD. | No |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

BlockFi Capping Motion Response Portal

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

███████████████

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: [                    ]
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new secure document download link.

BlockFi Capping Motion Response Portal

## Claim Information

Claim Number

21260

Claim Name

██████████████

Claimant Address on File

████████████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

██████████████████

Street1

██████████████████

Street2

████████

City

██████████

State

████████

Zip

██████

Country

████████

Telephone Number

██████████

Email Address

████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

BlockFi Capping Motion Response Portal

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 ID card.jpg | 110 KB |
| 📄 Passport.jpg | 164 KB |
| 📄 Kroll.pdf | 189 KB |

## Signature

Sign Here

Print Name

████████

Email Address

████████

BlockFi Capping Motion Response Portal

☑  I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 21260 |  | $0 | $0 | $0 | $428.65-BlockFi International LTD. | No |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

# BlockFi Capping Motion Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 20, 2023, BlockFi, as supervised by the Plan Administrator, filed the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution (the "Motion"). If you filed a claim against BlockFi and your claim is affected by the Motion, the Motion and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on December 26, 2023.

In order to assist the Court with collecting responses to the Motion, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

BlockFi Inc. Cap Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Motion. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Authorization

On December 26, 2023, Kroll sent you an email regarding BlockFi's Motion. This email contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. Make one submission per Unique ID number. Each Unique ID may be used only once.

Please enter your Unique ID here

▮▮▮▮▮▮▮▮

○ Where can I find my Unique ID?

## Claim Information

Claim Number

21267

Claim Name

▮▮▮▮▮▮

Claimant Address on File

▮▮▮▮▮▮▮▮▮▮

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

BlockFi Capping Motion Response Portal

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Motion in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| image.jpg | 2 MB |

BlockFi Capping Motion Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

 **GIVE ME BACK MY MONEY**

File     Edit     View

GIVE ME BACK MY MONEY|