**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Moheen Ahmad, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 26, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth below on the following clients of the Debtors, whose names, addresses, and email addresses are undisclosed due to privacy concerns:

- Notice of the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution [Docket No. 2006]

- Notice of the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution, customized to include the claim number, Capped Admin, Capped Secured, Capped Priority, Capped Unsecured, Matched with Scheduled Claim(s) for each counterparty, a blank copy of which is attached hereto as **Exhibit A**

| Method of Service | Description of Clients Served | Number of Client(s) Served |
|---|---|---|
| First Class Mail | Claim Capping Schedule Claimants | 417 |
| Email | | 16,867 |

On December 28, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the following clients of the Debtors, whose names and addresses are undisclosed due to privacy concerns:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

- Notice of the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for All Claims to Enable the First Interim Distribution, customized to include the claim number, Capped Admin, Capped Secured, Capped Priority, Capped Unsecured, Matched with Scheduled Claim(s), and UniqueID for each counterparty, a blank copy of which is attached hereto as **Exhibit B**

| Method of Service | Description of Clients Served | Number of Client(s) Served |
|---|---|---|
| First Class Mail | Claim Capping Schedule Claimants | 417 |

Dated: January 8, 2024

/s/ *Moheen Ahmad*
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 8, 2024, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| | | | | | | |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

**Exhibit B**

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**

On December 20, 2023, the BlockFi Inc., and its affiliated debtors, as supervised by the Plan Administrator, filed *The Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing A Reserve for All Claims to Enable the First Interim Distribution* (Docket Number 2006) (the "Motion").  The Motion seeks to cap the maximum allowable amount of all claims affected by the Motion, among other things.  To review the Motion, please visit Kroll Restructuring Administration's website at: https://restructuring.ra.kroll.com/blockfi/.

On December 26, 2023, Kroll mail you a copy of the Motion along with the below information on your affected claim.  Instructions on responding to the Motion are available by reviewing the Motion or Kroll's website.  To the extent you would like to respond to the Motion electronically, you can access the portal Kroll set up for this purpose by visiting Kroll's website at: https://restructuring.ra.kroll.com/blockfi/ using the Unique ID below.

**Please note, for your response to be timely, it must be received by Kroll on or before January 9, 2024 at 4:00 p.m. prevailing Eastern Time.**

**UNIQUE ID:**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| | | | | | | |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.