| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **PULLMAN & COMLEY, LLC**<br>Kristin B. Mayhew, Esq. (NJ Bar No. 021921995)<br>850 Main Street, 8th Floor<br>PO Box 7006<br>Bridgeport, CT 06601-7006<br>(203) 330-2000<br>kmayhew@pullcom.com<br><br>*Attorneys for State of Connecticut Department of Banking* | |
| In re:<br><br>BLOCKFI INC., *et al*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br>(Jointly Administered)<br><br>January 18, 2024 |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned appears for the STATE OF CONNECTICUT, DEPARTMENT OF BANKING, and pursuant to Rules 2002 and 9007 of the Bankruptcy Rules, demands that all notices given or required to be given in this case and all papers, documents, and/or pleadings filed herein, served or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the office address, fax number, email address and telephone number set forth below.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, every order, application, motion, petition, pleading, plan, request, complaint, demand, or other document which is filed with or brought before this Court or which affects the Debtor or the property of the Debtor or of the estate (and any and all notices of hearing with respect to any of the foregoing), whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, facsimile transmission, email, telex or otherwise.

Respectfully submitted,

By:    /s/ Kristin B. Mayhew
       Kristin B. Mayhew
       Pullman & Comley, LLC
       850 Main Street, P.O. Box 7006
       Bridgeport, CT 06601-7006
       Tel: 203-330-2198
       Fax: 203-576-8888
       kmayhew@pullcom.com
       *Counsel for State of Connecticut, Department of Banking*

## **CERTIFICATE OF SERVICE**

  I, Kristin B. Mayhew, hereby certify that a copy of the foregoing Notice of Appearance was filed electronically with the Court on January 18, 2024.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

                /s/ Kristin B. Mayhew
                Kristin B. Mayhew

ACTIVE/85095.1/KMAYHEW/15085934v1