| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **PULLMAN & COMLEY, LLC**<br>Kristin B. Mayhew, Esq. (NJ Bar No. 021921995)<br>850 Main Street, 8th Floor<br>PO Box 7006<br>Bridgeport, CT 06601-7006<br>(203) 330-2000<br>kmayhew@pullcom.com<br><br>*Attorneys for State of Connecticut, Department of Banking* | |
| In re:<br><br>BLOCKFI INC., *et al*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br>(Jointly Administered)<br><br>January 22, 2024 |

## APPLICATION FOR *PRO HAC VICE* ADMISSION
## OF IRVE J. GOLDMAN

TO: HONORABLE MICHAEL B. KAPLAN,
CHIEF UNITED STATES BANKRUPTCY JUDGE:

      Kristin B. Mayhew, a member of the bar of this Court, hereby moves for the entry of an

Order granting the admission *pro hac vice* of Irve J. Goldman, Esq. of Pullman & Comley, LLC

to practice before this Court on behalf of the State of Connecticut, Department of Banking (the

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

"Connecticut Banking Department"), a creditor and party-in-interest, in connection with the above-captioned cases. In support of the Application, the undersigned represents as follows:

1. I am an attorney at law duly admitted to practice before the courts of the States of New Jersey and Connecticut and the Commonwealth of Pennsylvania. I am admitted to practice in the United States District Court for the District of New Jersey, the United States District Court for the Eastern and Middle Districts of Pennsylvania, the United States District Court for the Southern District of New York, the United States District Court for the District of Connecticut and the United States Court of Appeals for the Second Circuit and a member of the law firm Pullman & Comley, LLC. Pullman & Comley has been retained to serve as counsel to the Connecticut Banking Department in these cases.

2. I submit this Application pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1(b) of the Local Rules of the United States Bankruptcy Court for the District of New Jersey in support of the entry of an order granting the admission *pro hac vice* of Irve J. Goldman, Esq. to this Court.

3. Mr. Goldman is a member of the law firm of Pullman & Comley, LLC, which maintains an office at 850 Main Street, Bridgeport, CT 06601-7006.

4. In support of this Application, counsel submits the Certification of Irve J. Goldman (the "Certification") attached hereto as **Exhibit A**. As the Certification demonstrates, Mr. Goldman is a member in good standing of the Bar of the highest court in which he is admitted and in the various federal courts set forth in the Certification.

5. Mr. Goldman has previously represented the State of Connecticut in a variety of bankruptcy matters, and because of his familiarity with the facts and circumstances relevant to

the Connecticut Banking Department in this matter, the undersigned respectfully requests that he be permitted to appear on its behalf in connection with these proceedings.

WHEREFORE, Applicant respectfully requests the Court enter an Order, substantially in the form filed herewith, permitting Mr. Goldman to appear *pro hac vice* in association with the Applicant as counsel to the Connecticut Banking Department, a creditor and party-in-interest in these proceedings and grant such other and further relief as is just.

| | |
|---|---|
| Dated: January 22, 2024<br>Bridgeport, Connecticut | **PULLMAN & COMLEY, LLC**<br>*Counsel for the State of Connecticut,*<br>*Department of Banking*<br><br>By: */s/Kristin B. Mayhew*<br>     Kristin B. Mayhew |