| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **PULLMAN & COMLEY, LLC**<br>Kristin B. Mayhew, Esq. (NJ Bar No. 021921995)<br>850 Main Street, 8th Floor<br>PO Box 7006<br>Bridgeport, CT 06601-7006<br>(203) 330-2000<br>kmayhew@pullcom.com<br><br>*Attorneys for State of Connecticut, Department of Banking* | |
| In re:<br><br>BLOCKFI INC., *et al*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br>(Jointly Administered)<br><br>January 22, 2024 |

## CERTIFICATION OF IRVE J. GOLDMAN
## IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Irve J. Goldman, Esq., pursuant to 28 U.S.C. § 1746, hereby states as follows:

1. I am an attorney at law and a member of the law firm of Pullman & Comley, LLC which maintains an office at 850 Main Street, Bridgeport, Connecticut 06601-7006.

2. I make this Certification in support of the accompanying Application for my admission *pro hac vice*. I was admitted to practice law in the State of Connecticut in 1988. My Connecticut bar number is 307696. In addition, I am admitted to practice before the following

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

courts: United States District Court for the Eastern District of Pennsylvania (1985); United States District Court for the District of Connecticut (1988), the United States District Court for the Eastern District of New York (1990), the United States District Court for the Northern District of New York (2002), the United States District Court for the Southern District of New York (1990), the United States Court of Appeals for the Second Circuit (2007), the United States Court of Appeals for the Third Circuit (1985) and the United States Supreme Court (2013).

3. I am a member in good standing of the Bar in every jurisdiction in which I am admitted to practice.

4. I have never been suspended or disbarred from the practice of law. There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. I have obtained a copy of the Local Rules of this Court and am generally familiar with such Rules.

6. I agree to be bound by the Rules of this Court upon my admission.

7. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

8. I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases: Kristin B. Mayhew.

9. For the foregoing reasons, I respectfully request that my application for admission *pro hac vice* be granted.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: January 22, 2024  
       Bridgeport, Connecticut

Respectfully submitted,

By: *Irve J. Goldman*  
    Irve J. Goldman