**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jeffrey Traurig
**TRAURIG LAW LLC**
One University Plaza, Suite 124
Hackensack, NJ  07601
Tel: (646) 974-8650
E-mail:  jtraurig@trauriglaw.com
*Counsel for the Fee Examiner*

Order Filed on January 25, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

BLOCKFI INC., *et al.*,[1]

Wind-Down Debtors.

Case No. 22-19361 (MBK)

Judge Michael B. Kaplan

Chapter 11

(Jointly Administered)

## ORDER ALLOWING FINAL COMPENSATION FOR SERVICES RENDERED OF TRAURIG LAW LLC

The relief set forth on the following page, number two (2), is hereby **ORDERED**.

**DATED: January 25, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, New York 10019.

(Page 2)
BLOCKFI INC., et al.
Chapter 11, Case No.: 22-19361 (MBK) (Jointly Administered)
**ORDER ALLOWING FINAL COMPENSATION FOR**
**SERVICES RENDERED OF TRAURIG LAW LLC**

Upon the first and final fee application (the "Fee Application") [Dkt. No. 1945] of Traurig Law LLC, counsel to Elise S. Frejka, the fee examiner (the "Fee Examiner") in the above-captioned Debtors' chapter 11 cases, and this Court having previously authorized the appointment of Traurig Law in the Debtors' cases; and it appearing that all of the requirements of sections 327 and 330 of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the local rules of this Court have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and proper and adequate notice of the Fee Application has been given and that no other or further notice is necessary; and no objections or other responses having been filed with regard to the Fee Application; and the Court having considered the Fee Application, and good and sufficient cause appearing therefore, accordingly,

**IT IS HEREBY ORDERED THAT:**

1. The Fee Application is hereby approved, on a final basis, in the amount set forth on **Exhibit A** attached to this Order.

2. Traurig Law LLC is hereby granted allowance of compensation, on a final basis, in the amount set forth on **Exhibit A** under the column entitled "Total Allowed Fees" (the "Allowed Fees").

3. The Wind-Down Debtors are hereby authorized and directed to remit to Traurig Law LLC the full amount of the Allowed Fees.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

**EXHIBIT A**

| APPLICANT and APPLICATION | TOTAL ALLOWED FEES | TOTAL ALLOWED EXPENSES |
|---|---|---|
| Traurig Law LLC<br>First and Final Fee Application<br><br>[Docket No. 1945] | $8,685.00 | $0.00 |