UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert Drain
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
robert.drain@skadden.com

Mediator

In Re:

BLOCKFI INC., et al.,

(Wind-Down Debtors).

Case No.: 22-19361 (MBK)

Adv. Pro. No.: (Jointly Administered)

Chapter: 11

Judge: Michael B. Kaplan

# MEDIATION REPORT

By order of this court dated _____November 14, 2023_____, this matter was referred to mediation.

1. A settlement of this matter:

   ☒ was reached    ☐ was not reached

2. [*If a settlement was reached:*] The party designated to file the settlement document(s) is: _____the Wind-Down Debtors_____ [*identify party by name*]. The settlement document(s) will be filed on or before _____January 18, 2024_____ [*date*].

3. Resolution of Adversary Proceeding:

   ☐ All outstanding issues have been resolved and the case may be closed in the normal course.

   ☐ There are issues that have not been resolved and the case shall remain open.

   ☒ The matter addressed by mediation does not apply to an adversary proceeding.

Dated: January 26, 2024

/s/ Robert Drain
Mediator's Signature

*rev.8/1/16*