Order Filed on January 25, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Jeffrey Traurig
TRAURIG LAW LLC
One University Plaza, Suite 124
Hackensack, NJ 07601
Tel: (646) 974-8650
E-mail: jtraurig@trauriglaw.com
*Counsel for the Fee Examiner*

In re:

BLOCKFI INC., *et al.*,[1]

Wind-Down Debtors.

Case No. 22-19361 (MBK)

Judge Michael B. Kaplan

Chapter 11

(Jointly Administered)

## ORDER ALLOWING FINAL COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES OF FEE APPLICATIONS OF (I) HAYNES AND BOONE, LLP; (II) DELOITTE TAX LLP; (III) BERKELEY RESEARCH GROUP, LLC; AND (IV) KROLL RESTRUCTURING ADMINISTRATION LLC

The relief set forth on the following pages(s), number two (2) through four (4), is hereby
**ORDERED**.

**DATED: January 25, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

BLOCKFI INC., et al.
Chapter 11, Case No.: 22-19361 (MBK) (Jointly Administered)
ORDER ALLOWING FINAL COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES OF FEE APPLICATIONS OF (I) HAYNES AND BOONE, LLP; (II) DELOITTE TAX LLP;
(III) BERKELEY RESEARCH GROUP, LLC; AND (IV) KROLL RESTRUCTURING ADMINISTRATION
LLC

Upon the final fee applications (the "Fee Applications") of (I) Haynes and Boone, LLP,

Co-Counsel to the Debtors [Dkt. No. 1950]; (II) Deloitte Tax LLP, Tax Advisory Services Provider

to the Debtors [Dkt. No. 1939]; (III) Berkeley Research Group, LLC, Financial Advisors to the

Debtors [Dkt. 1941]; and (IV) Kroll Restructuring Administration LLC, Administrative Advisors

to the Debtors [Dkt. No. 1937] retained by the Debtors in the above-captioned chapter 11 cases

(collectively, the "Retained Professionals" and each a "Retained Professional"), and this Court

having previously authorized the employment of the Retained Professionals in the Debtors' cases;

and it appearing that all of the requirements of sections 327, 328, 330, and 331 of title 11 of the

United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the

local rules of this Court have been satisfied; and it further appearing that the fees and expenses

incurred were reasonable and necessary; and proper and adequate notice of the Fee Applications

has been given and that no other or further notice is necessary; and no objections or other responses

having been filed with regard to the Fee Applications; and in consideration of the various

recommendations of the fee examiner, Elise S. Frejka (the "Fee Examiner") with respect to the

Fee Applications as set forth in the *Fee Examiner's Consolidated Final Report Regarding Final*

*Fee Applications of (I) Haynes and Boone, LLP; (II) Deloitte Tax LLP; (III) Berkeley Research*

*Group, LLC; and (IV) Kroll Restructuring Administration LLC* (the "Consolidated Report")

[Docket No. 2045]; and the Court having considered the Fee Applications of the Retained

Professionals and the Consolidated Report, and good and sufficient cause appearing therefore,

accordingly,

(Page 3)

BLOCKFI INC., et al.
Chapter 11, Case No. : 22-19361 (MBK) (Jointly Administered)
ORDER ALLOWING FINAL COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES OF FEE APPLICATIONS OF (I) HAYNES AND BOONE, LLP; (II) DELOITTE TAX LLP;
(III) BERKELEY RESEARCH GROUP, LLC; AND (IV) KROLL RESTRUCTURING ADMINISTRATION
LLC

### IT IS HEREBY ORDERED THAT:

1.      The Fee Applications are hereby approved in the amounts set forth on **Exhibit A**

attached to this Order.

2.      The Retained Professionals are hereby granted allowance of compensation and

reimbursement of expenses in the amounts set forth on **Exhibit A** under the columns entitled

"Total Amount Allowed per Court Order (Fees)" and "Total Amount Allowed per Court Order

(Expenses)" (jointly, the "Allowed Interim Professional Claims") for the Third Interim Fee Period

(as defined in the Consolidated Report).

3.      The Retained Professionals are hereby granted allowance of compensation and

reimbursement of expenses, on a final basis, in the amounts set forth on **Exhibit A** under the

columns entitled "Total Amount Allowed per Court Order (Final Fees)" and "Total Amount

Allowed per Court Order (Final Expenses)" (jointly, the "Allowed Final Professional Claims") for

the Compensation Period (as defined in the Consolidated Report).

4.      The Wind-Down Debtors are hereby authorized and directed to remit to each

Retained Professional the full amount of the Allowed Final Professional Claims less any and all

amounts previously paid on account of such fees and expenses after application of any retainer

remaining. Without limiting the foregoing, any amounts previously held back with respect to the

period covered by the Fee Applications may be released in payment of the Allowed Final

Professional Claims.

(Page 4)

BLOCKFI INC., et al.
Chapter 11, Case No. : 22-19361 (MBK) (Jointly Administered)
**ORDER ALLOWING FINAL COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES OF FEE APPLICATIONS OF (I) HAYNES AND BOONE, LLP; (II) DELOITTE TAX LLP;
(III) BERKELEY RESEARCH GROUP, LLC; AND (IV) KROLL RESTRUCTURING ADMINISTRATION
LLC**

5.      This Order shall constitute a separate order for each Retained Professional and the

appeal of any order with respect to any Retained Professional shall have no effect on the authorized

fees and expenses of the other Retained Professionals.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from

or related to the implementation or interpretation of this Order.

**EXHIBIT A**

BLOCKFI INC., et al. Case No.: 22-19361 (MBK)

Third Interim Period

| Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustment | Total Amount Allowed per Court Order (Fees) | Total Amount Allowed per Court Order (Expenses) |
|---|---|---|---|---|---|---|---|
| Haynes and Boone, LLP Co-Counsel to the Debtors [Dkt. No. 1950] | 08/01/2023 - 10/03/2023 | $2,207,681.92 | $0.00 | $19,683.68 | $0.00 | $2,207,681.92 | $19,683.68 |
| Deloitte Tax LLP Tax Advisory Services Provider to the Debtors [Dkt. No. 1939] | 08/01/2023 - 10/03/2023 | $339,800.00 | $0.00 | $0.00 | $0.00 | $339,800.00 | $0.00 |
| Kroll Restructuring Administration LLC Administrative Advisors to the Debtors [Dkt. No. 1937] | 08/01/2023 - 10/03/2023 | $158,542.84 | $0.00 | $244.00 | $0.00 | $158,542.84 | $244.00 |

BLOCKFI INC., et al. Case No.: 22-19361 (MBK)

Final Fee Period

| Applicant | Compensation Period | Total Amount Allowed per Court Order (Final Fees) | Total Amount Allowed per Court Order (Final Expenses) |
|---|---|---|---|
| Haynes and Boone, LLP<br>*Co-Counsel to the Debtors*<br>[Dkt. No. 1950] | 11/28/2022 - 10/03/2023 | $12,641,195.23 | $212,064.83 |
| Deloitte Tax LLP<br>*Tax Advisory Services Provider to the Debtors*<br>[Dkt. No. 1939] | 03/01/2023 - 10/03/2023 | $947,899.80 | $0.00 |
| Berkeley Research Group, LLC<br>Financial Advisors to the Debtors<br>[Dkt. No. 1941] | 11/28/2022 - 12/26/2022 | $1,136,773.00 | $5,383.84 |
| Kroll Restructuring Administration LLC<br>Administrative Advisors to the Debtors<br>[Dkt. No. 1937] | 11/28/2022 - 10/03/2023 | $213,562.06 | $244.00 |

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 22-19361-MBK

BlockFi Inc.                                                                    Chapter 11

　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                   Page 1 of 1
Date Rcvd: Jan 25, 2024                       Form ID: pdf903                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2024:**

**Recip ID              Recipient Name and Address**
db                  +  BlockFi Inc., c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019-5905

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2024                    Signature:        /s/Gustava Winters