UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**VENABLE LLP**
151 W. 42nd Street, 49th Floor
New York, New York 10036
Telephone:   (212) 307-5500
Facsimile:    (212) 307-5598
Attn:  Jeffrey S. Sabin (*pro hac vice*)
        (JSSabin@Venable.com)
        Carol A. Weiner (*pro hac vice*)
        (CWeinerlevy@Venable.com)
        Michael A. Guerra
        (MAGuerra@Venable.com)

   - and -

600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone:   (202) 344-4000
Facsimile:    (202) 344-8300
Attn:    Andrew J. Currie (*pro hac vice*)
        (AJCurrie@Venable.com)

*Counsel to Interested Parties Cipher Mining Inc. and
Cipher Mining Technologies Inc.*

In Re:

BLOCKFI INC., et al.,

                     Debtors.

Case No.: 22-19361-MBK

Chapter: 11

(Jointly Administered)

Judge: Hon. Michael B. Kaplan

## CERTIFICATION OF SERVICE

1.   I, Daniel Smith:

        ☐ represent _____ in this matter.

☒ am the secretary/paralegal for <u>Michael A. Guerra</u>, who represents <u>Cipher Mining Inc.</u>

<u>and Cipher Mining Technologies Inc.</u> in this matter.

☐ am the _____ in this case and am representing myself.

2. On January 25, 2024, I caused copies of the following pleadings and/or documents to be

served upon the parties listed in the chart below:

- Motion for an Order Permitting Termination and Withdrawal of Interested Parties

  Cipher Mining Inc. and Cipher Mining Technologies Inc. and their Counsel, date

  January 25, 2024 (ECF No. 2081)

- Proposed Order Granting Termination and Withdrawal of Interested Parties

  Cipher Mining Inc. and Cipher Mining Technologies Inc. and their Counsel, dated

  January 25, 2024 (ECF No. 2081-1)

3. I certify under penalty of perjury that, to the best of my knowledge, information, and belief,

the above documents were sent using the mode of service indicated.

Date:   January 30, 2024

By: _____
      Daniel Smith

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service[1] |
|---|---|---|
| Akerman LLP<br>Attn: Steven R. Wirth<br>401 East Jackson Street, Suite 1700<br>Tampa, FL 33602<br>813-223-7332<br>813-223-2837<br>steven.wirth@akerman.com | Counsel to John Lymn | By email |
| Andrews Devalerio LLP<br>Attn: Daryl Andrews, Glen DeValerio<br>P.O. Box 67101<br>Chestnut Hill, MA 02467<br>617-999-6473<br>daryl@andrewsdevalerio.com<br>glen@andrewsdevalerio.com | Counsel to Proposed Securities Class Action Lead Plaintiff Cameron Wyatt | By email |
| Ankura Trust Company, LLC, as Trustee for the Indenture Dated as of February 28, 2022<br>Attn: James J. McGinley<br>140 Sherman Street, 4th Floor<br>Fairfield, CT 06824<br>james.mcginley@ankura.com | Indenture Trustee | By email |
| Ansell Grimm & Aaron, P.C.<br>Attn:  Anthony J. D'Artiglio, Joshua S. Bauchner<br>365 Rifle Camp Road<br>Woodland Park, NJ 07424<br>973-925-7357; 973-247-9000<br>ajd@ansellgrimm.com<br>jb@ansellgrimm.com | Counsel to Kyle Klaus | By email |
| BlockFi Inc.<br>Attn: M3 Partners<br>1700 Broadway, 19th Floor<br>New York, NY 10019 | Debtors | By First Class Mail |
| Boyle & Valenti Law, P.C.<br>Attn: Carrie J. Boyle, Esq.<br>1940 Route 70 East<br>Suite 4<br>Cherry Hill, NJ 08003<br>cboyle@b-vlaw.com | Counsel to Ge Song | By email |

[1] Sent by email where available pursuant to the Order Granting Debtors' Motion to Establish Certain Notice, Case Management and Administrative Procedures (Docket No. 54)

| | | |
|---|---|---|
| Bronstein, Gewirtz & Grossman, LLC<br>Attn: Peretz Bronstein<br>60 East 42nd Street<br>Suite 4600<br>New York, NY 10165<br>212-697-6484<br>212-697-7296<br>peretz@bgandg.com | Counsel to Proposed Securities Class Action Lead Plaintiff Cameron Wyatt | By email |
| Brown Rudnick LLP<br>Attn: Robert J. Stark, Esq., Kenneth Aulet, Esq., Bennett S. Silverberg, Esq.<br>7 Times Square<br>New York, NY 10036<br>rstark@brownrudnick.com<br>kaulet@brownrudnick.com<br>bsilverberg@brownrudnick.com | Counsel to the Official Committee of Unsecured Creditors | By email |
| Brown Rudnick LLP<br>Attn: Stephen D. Palley, Esq.<br>601 Thirteenth Street NW<br>Washington, DC 20005<br>spalley@brownrudnick.com | Counsel to the Official Committee of Unsecured Creditors | By email |
| Cole Schotz P.C.<br>Attn: Felice R. Yudkin, Rebecca W. Hollander, Michael D. Sirota<br>25 Main Street<br>Hackensack, NJ 7601<br>FYudkin@coleschotz.com<br>Msirota@coleschotz.com<br>wusatine@coleschotz.com | Counsel to the Debtors | By email |
| Commonwealth of Puerto Rico<br>Attn: Bankruptcy Department<br>Apartado 9020192<br>San Juan, PR 00902-0192 | State Attorney General | By First Class Mail |
| Environmental Protection Agency<br>Attn: Bankruptcy Division<br>290 Broadway<br>New York, NY 10007-1866 | Environmental Protection Agency - Region 2 | By First Class Mail |

| | | |
|---|---|---|
| Environmental Protection Agency<br>Attn: General Counsel<br>Office Of General Counsel 2310A<br>1200 Pennsylvania Ave NW, 2310A<br>Washington, DC 20460 | Environmental Protection Agency | By First Class Mail |
| Genova Burns LLC<br>Attn: Daniel M. Stolz, Esq., Donald W. Clarke, Esq., Gregory S. Kinoian, Esq.<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com | Counsel to the Official Committee of Unsecured Creditors | By email |
| George Brothers Kincaid & Horton, LLP<br>Attn: B.Russell Horton<br>114 W. 7th Street, Suite 1100<br>Austin, TX 78701<br>512-495-1400<br>512-499-0094<br>rhorton@gbkh.com | Counsel to Scratch Services LLC | By email |
| George J. Gerro, Esq.<br>Attn: George J. Gerro<br>530 S. Glenoaks Blvd.<br>Suite 200<br>Burbank, CA 91502<br>george@gerrolaw.com | Interested Party | By email |
| George S. Wynns<br>Attn: George S. Wynns<br>124 Brewster Street<br>San Francisco, CA 94110<br>georgewynns@gmail.com | Interested Party | By email |
| Gibbons P.C.<br>Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly<br>One Gateway Center<br>Newark, NJ 07102<br>rmalone@gibbonslaw.com<br>btheisen@gibbonslaw.com<br>kmcevilly@gibbonslaw.com | Counsel to Ankura Trust Company, LLC as Indenture Trustee | By email |

| | | |
|---|---|---|
| Goldstein & McClintock LLLP<br>Attn: Matthew E. McClintock,<br>Harley Goldstein, Daniel C. Curth<br>111 W Washington Street<br>Suite 1221<br>Chicago, IL 60602<br>312-337-7700<br>312-277-2305<br>mattm@goldmclaw.com<br>harleyg@restructuringshop.com<br>danc@goldmclaw.com | Counsel to<br>PrimeBlock<br>Operations LLC | By email |
| Goodwin Procter LLP<br>Attn: Meredith L. Mitnick<br>620 Eighth Avenue<br>New York, NY 10018<br>917-229-7571<br>917-591-0615<br>mmitnick@goodwinlaw.com | Counsel to Deserve,<br>Inc. | By email |
| Gorski & Knowlton Pc<br>Attn: Carol L. Knowlton, Esquire<br>311 Whitehorse Avenue<br>Suite A<br>Hamilton, NJ 08610<br>cknowlton@gorskiknowlton.com<br>agorski@gorskiknowlton.com | Counsel to Nancy<br>Fout and Estate of<br>Herman Katzenell<br>Gorski & Knowlton<br>Pc | By email |
| Grant & Eisenhofer P.A.<br>Attn: Jason M. Avellino<br>123 Justison Street<br>Wilmington, DE 19801 | Counsel to<br>Undisclosed<br>Creditors having<br>filed Proof of Claim<br>Numbers 1842 and<br>1998 | By First Class Mail |
| Haynes and Boone, LLP<br>Attn: J. Frasher Murphy, Jordan E.<br>Chavez<br>2323 Victory Ave<br>Suite 700<br>Dallas, TX 75219<br>frasher.murphy@haynesboone.com<br>jordan.chavez@haynesboone.com | Co-Counsel to<br>Debtors | By email |

| | | |
|---|---|---|
| Haynes and Boone, LLP<br>Attn: Kenric D. Kattner, Kourtney P. Lyda, Re'Necia Sherald<br>1221 Mckinney Street<br>Suite 4000<br>Houston, TX 77010<br>kenric.kattner@haynesboone.com<br>kourtney.lyda@haynesboone.com<br>renecia.sherald@haynesboone.com | Co-Counsel to Debtors | By email |
| Haynes and Boone, LLP<br>Attn: Richard S. Kanowitz<br>30 Rockefeller Plaza<br>26th Floor<br>New York, NY 10112<br>richard.kanowitz@haynesboone.com | Co-Counsel to Debtors | By email |
| Hogan Lovells US LLP<br>Attn: Christopher R. Donoho III, Christopher R. Bryant,<br>Robert A. Ripin<br>390 Madison Ave<br>New York, NY 10017<br>robert.ripin@hoganlovells.com<br>chris.donoho@hoganlovells.com<br>chris.bryant@hoganlovells.com | Counsel to Ankura Trust Company, LLC as Indenture Trustee | By email |
| Hogan Lovells US LLP<br>Attn: David P. Simonds, Esq., Edward J. McNeilly, Esq.<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com | Counsel to Ankura Trust Company, LLC as Indenture Trustee | By email |
| Holland & Knight LLP<br>Attn: Barbra R. Parlin<br>31 West 52Nd Street<br>New York, NY 10019<br>barbra.parlin@hklaw.com | Counsel to Silvergate Bank | By email |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>1111 Constitution Ave, NW<br>Washington, DC 20224 | Internal Revenue Service | By First Class Mail |

| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service | By First Class Mail |
|---|---|---|
| Jack Shrum, P.A.<br>Attn: J Jackson Shrum<br>919 N. Market St., Suite 1410<br>Wilmington, DE 19801<br>302-543-7551<br>jshrum@jshrumlaw.com | Counsel to John M. Von Pischke | By email |
| Kirkland & Ellis LLP<br>Attn: Christine A. Okike, Francis Petrie, Joshua Sussberg<br>601 Lexington Avenue<br>New York, NY 10022<br>christine.okike@kirkland.com<br>francis.petrie@kirkland.com<br>jsussberg@kirkland.com | Counsel to the Debtors | By email |
| Kroll Restructuring Administration LLC<br>Attn: Jessica Berman<br>55 East 52nd Street<br>17th Floor<br>New York, NY 10055<br>BlockFiTeam@ra.kroll.com<br>Serviceqa@ra.kroll.com | Claims and Noticing Agent | By email |
| Latham & Watkins LLP<br>Attn: Adam S. Ravin, Adam J. Goldberg, Christopher Harris, Brett M. Neve, Nacif Taousse, Marissa Alter-Nelson<br>1271 Avenue of the Americas<br>New York, NY 10020<br>212-906-1200<br>212-751-4864<br>adam.ravin@lw.com<br>adam.goldberg@lw.com<br>christopher.harris@lw.com<br>brett.neve@lw.com<br>nacif.taousse@lw.com<br>marissa.alter-nelson@lw.com | Counsel to the Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | By email |

| | | |
|---|---|---|
| Latham & Watkins LLP<br>Attn: Nima H. Mohebbi, Tiffany M. Ikeda<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>213-485-1234<br>213-891-8763<br>nima.mohebbi@lw.com<br>tiffany.ikeda@lw.com | Counsel to the Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | By email |
| Law Offices of Douglas T. Tabachnik, P.C.<br>Attn: Douglas T. Tabachnik<br>63 West Main Street, Suite C<br>Freehold, NJ 07728-2141<br>732-780-2760<br>732-780-2761<br>dtabachnik@dttlaw.com | Counsel to PrimeBlock Operations LLC | By email |
| Lazare Potter Giacovas & Moyle LLP<br>Attn: Anna Pia D. Felix, Michael T. Conway<br>747 Third Avenue, 16th Floor<br>New York, NY 10017<br>917-242-1597<br>afelix@lpgmlaw.com<br>mconway@lpgmlaw.com | Counsel to Yuri Mushkin | By email |
| Attn: Peter Y. Lee<br>770 River Road<br>P.O. Box 52<br>Edgewater, NJ 07020<br>212-808-0716<br>Peter.Lee@LeeAdvocates.Com | Counsel to Renard Ihlenfeld<br>Lee, LLC | By email |
| Lowenstein Sandler LLP<br>Attn: Michael S. Etkin, Michael Papandrea<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>973-597-2500<br>973-597-2333<br>metkin@lowenstein.com<br>mpapandrea@lowenstein.com | Counsel to Proposed Securities Class Action Lead Plaintiff Cameron Wyatt | By email |

| | | |
|---|---|---|
| McCARTER & ENGLISH, LLP<br>Attn: David J. Adler, Joseph R. Scholz<br>Worldwide Plaza<br>825 Eighth Avenue, 31st Floor<br>New York, NY 10019<br>dadler@mccarter.com<br>jscholz@mccarter.com | Counsel to the Official Committee of Unsecured Creditors | By email |
| McCARTER & ENGLISH, LLP<br>Attn: Lisa S. Bonsall<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>lbonsall@mccarter.com | Counsel to the Official Committee of Unsecured Creditors | By email |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Jeffrey Bernstein<br>570 Broad Street<br>Newark, NJ 07102<br>jbernstein@mdmc-law.com | Counsel to New Jersey Bureau of Securities | By email |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Nicole Leonard<br>225 Liberty Street<br>36th Floor<br>New York, NY 10281<br>nleonard@mdmc-law.com | Counsel to New Jersey Bureau of Securities | By email |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Virginia T. Shea<br>1300 Mt. Kemble Avenue<br>PO Box 2075<br>Morristown, NJ 07962-2075<br>vshea@mdmc-law.com | Counsel to New Jersey Bureau of Securities | By email |
| Middlebrooks Shapiro, P.C.<br>Attn: Joseph M. Shapiro<br>P. O. Box 1630<br>Belmar, NJ 07719-1630<br>973-218-6877<br>973-218-6878<br>jshapiro@middlebrooksshapiro.com | Counsel to John A. Javes | By email |

| | | |
|---|---|---|
| Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C.<br>Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein<br>919 Third Avenue<br>New York, NY 10022<br>KRWalsh@mintz.com<br>TDoherty@mintz.com<br>DBaumstein@mintz.com | Counsel to Marex Capital Markets Inc. formerly known as E D & F Man Capital Markets, Inc. | By email |
| Montgomery McCracken Walker & Rhoads, LLP<br>Attn: Edward L. Schnitzer<br>457 Haddonfield Road, 6th Floor<br>Cherry Hill, NJ 08002 | Counsel to Samuel Bankman-Fried | By First Class Mail |
| Morgan, Lewis & Bockius LLP<br>Attn: John C. Goodchild, III, Matthew C. Ziegler<br>1701 Market Street<br>Philadelphia, PA 19103<br>john.goodchild@morganlewis.com<br>matthew.ziegler@morganlewis.com | Counsel to Emergent Fidelity Technologies Ltd | By email |
| Morgan, Lewis & Bockius LLP<br>Attn: Joshua Dorchak, David K. Shim<br>101 Park Avenue<br>New York, NY 10178<br>joshua.dorchak@morganlewis.com<br>david.shim@morganlewis.com | Counsel to Emergent Fidelity Technologies Ltd | By email |
| National Association of Attorneys General<br>Attn: Karen Cordry<br>1850 M St., NW 12th Floor<br>Washington, DC 20036<br>kcordry@naag.org | National Association of Attorneys General | By email |
| Office of The Attorney General of Texas<br>Attn: Jason B. Binford and Roma N. Desai<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548<br>roma.desai@oag.texas.gov<br>public.information@oag.state.tx.us | Counsel to the State of Texas | By email |

| | | |
|---|---|---|
| Office of The Tennessee Attorney General<br>Attn: Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>consumer.affairs@ag.tn.gov<br>gina.hantel@ag.tn.gov | TN Dept of Commerce and Insurance | By email |
| Office of the United States Trustee<br>Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102<br>Lauren.Bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov<br>USTPRegion03.NE.ECF@usdoj.gov | U.S. Trustee for the District of New Jersey | By email |
| Pashman Stein Walder Hayden, P.C.<br>Attn: John W. Weiss, Joseph C. Barsalona II<br>101 Crawfords Corner Road<br>Suite 4202<br>Holmdel, NJ 07733<br>732-852-2481<br>732-852-2482<br>jweiss@pashmanstein.com<br>jbarsalona@pashmanstein.com | Counsel to Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | By email |
| Pennsylvania Office of The Attorney General<br>Attn: Bankruptcy Department<br>Strawberry Square<br>16th Floor<br>Harrisburg, PA 17120 | State Attorney General | By First Class Mail |
| Pomerantz LLP<br>Attn: Jeremy A. Lieberman, J. Alexander Hood II, Brian Calandra<br>600 Third Avenue<br>New York, NY 10016<br>212-661-1100<br>917-463-1044<br>jalieberman@pomlaw.com<br>ahood@pomlaw.com<br>bcalandra@pomlaw.com | Counsel to Proposed Securities Class Action Lead Plaintiff Cameron Wyatt | By email |

| | | |
|---|---|---|
| Porzio, Bromberg & Newman, P.C.<br>Attn: Robert M. Schechter, Warren J. Martin<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07962<br>973-538-4006<br>973-538-5146<br>rmschechter@pbnlaw.com<br>wjmartin@pbnlaw.com | Counsel to Zachary Lee Prince and Flori Marquez | By email |
| Attn: Kristin B. Mayhew<br>850 Main Street<br>PO Box 7006<br>Bridgeport, CT 06601-7006<br>203-330-2198<br>203-576-8888<br>kmayhew@pullcom.com | Counsel to State of Connecticut, Department of Banking<br>Pullman & Comley, LLC | By email |
| Putnick Legal, LLC<br>Attn: Mary E. Putnick<br>P.O. Box 797<br>Sewell, NJ 08080<br>215-715-4119<br>marybeth@putnicklegal.com | Counsel to Shaoky Taraman and Noah Powell | By email |
| Reed Smith LLP<br>Attn: Kurt F. Gwynne<br>506 Carnegie Center, Suite 300<br>Princeton, NJ 08540<br>302-778-7500<br>302-778-7575<br>kgwynne@reedsmith.com<br>meckard@reedsmith.com | Counsel to The Ad Hoc Group of Actual Wallet Holders;  BCF 2020 Investments, LLC, BMB 2020 Investments, LLC, Brent Pratt, Bryant Foulger, Clayton Foulger, FP Equity Investments, LLC and Scott Foulger | By email |
| Reed Smith LLP<br>Attn: Kurt F. Gwynne, Jason D. Angelo<br>1201 North Market Street<br>Suite 1500<br>Wilmington, DE 19801<br>302-778-7500<br>302-778-7575 | Counsel to Bryant F. Foulger | By email |

| kgwynne@reedsmith.com jangelo@reedsmith.com | | |
|---|---|---|
| Securities & Exchange Commission - NY Office Attn: Bankruptcy Dept Brookfield Place 200 Vesey Street, Ste 400 New York, NY 10281-1022 bankruptcynoticeschr@sec.gov nyrobankruptcy@sec.gov | Securities and Exchange Commission - Regional Office | By email |
| Securities & Exchange Commission - Philadelphia Office Attn: Bankruptcy Dept One Penn Center 1617 JFK Blvd, Ste 520 Philadelphia, PA 19103 secbankruptcy@sec.gov | Securities and Exchange Commission - Regional Office | By email |
| Securities and Exchange Commission Secretary of the Treasury 100 F. Street NE Washington, DC 20549 secbankruptcy@sec.gov | Securities and Exchange Commission - Headquarters | By email |
| Shearman & Sterling LLP Attn: R. Thaddeus Behrens, Daniel H. Gold 2601 Olive St., 17th Floor Dallas, TX 75201 214-271-5777 214-853-5005 thad.behrens@shearman.com dan.gold@shearman.com | Counsel to Zachary Lee Prince | By email |

| | | |
|---|---|---|
| Singer & Levick, P.C.<br>Attn: Larry A. Levick<br>16200 Addison Road<br>Suite 140<br>Addison, TX 75001<br>972-380-5533<br>972-380-5748<br>Levick@singerlevick.com | Counsel to Rui<br>Pedro Vaz dos<br>Santos Teixeira | By email |
| State of Alabama Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | State Attorney<br>General | By First Class Mail |
| State of Alaska Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 110300<br>Juneau, AK 99811-0300<br>attorney.general@alaska.gov | State Attorney<br>General | By email |
| State of Arizona Attorney General<br>Attn: Bankruptcy Department<br>2005 N Central Ave<br>Phoenix, AZ 85004-2926<br>aginfo@azag.gov | State Attorney<br>General | By email |
| State of Arkansas Attorney General<br>Attn: Bankruptcy Department<br>323 Center St.<br>Suite 200<br>Little Rock, AR 72201-2610 | State Attorney<br>General | By First Class Mail |
| State of California Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>bankruptcy@coag.gov | State Attorney<br>General | By email |
| State of Colorado Attorney General<br>Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial<br>Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | State Attorney<br>General | By First Class Mail |

| State of Connecticut Attorney General<br>Attn: Bankruptcy Department<br>165 Capitol Avenue<br>Hartford, CT 06106<br>attorney.general@ct.gov<br>denise.mondell@ct.gov | State Attorney General | By email |
|---|---|---|
| State of Delaware Attorney General<br>Attn: Bankruptcy Department<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington, DE 19801<br>attorney.general@state.de.us | State Attorney General | By email |
| State of Florida Attorney General<br>Attn: Bankruptcy Department<br>The Capitol, Pl 01<br>Tallahassee, FL 32399-1050 | State Attorney General | By First Class Mail |
| State of Georgia Attorney General<br>Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta, GA 30334-1300 | State Attorney General | By First Class Mail |
| State of Hawaii Attorney General<br>Attn: Bankruptcy Department<br>425 Queen St.<br>Honolulu, HI 96813<br>hawaiiag@hawaii.gov | State Attorney General | By email |
| State of Idaho Attorney General<br>Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise, ID 83720-1000 | State Attorney General | By First Class Mail |
| State of Illinois Attorney General<br>Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago, IL 60601<br>webmaster@atg.state.il.us | State Attorney General | By email |
| State of Iowa Attorney General<br>Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines, IA 50319<br>webteam@ag.iowa.gov | State Attorney General | By email |

| State of Kansas Attorney General<br>Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor<br>Topeka, KS 66612-1597 | State Attorney General | By First Class Mail |
|---|---|---|
| State of Kentucky Attorney General<br>Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY 40601 | State Attorney General | By First Class Mail |
| State of Louisiana Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095<br>consumerinfo@ag.state.la.us | State Attorney General | By email |
| State of Maine Attorney General<br>Attn: Bankruptcy Department<br>6 State House Station<br>Augusta, ME 04333 | State Attorney General | By First Class Mail |
| State of Maryland Attorney General<br>Attn: Bankruptcy Department<br>200 St. Paul Place<br>Baltimore, MD 21202-2202<br>oag@oag.state.md.us | State Attorney General | By email |
| State of Massachusetts Attorney General<br>Attn: Bankruptcy Department<br>One Ashburton Place<br>Boston, MA 02108-1698<br>ago@state.ma.us | State Attorney General | By email |
| State of Michigan Attorney General<br>Attn: Bankruptcy Department<br>G. Mennen Williams Building, 7th Floor<br>525 W. Ottawa St., P.O. Box 30212<br>Lansing, MI 48909-0212<br>miag@michigan.gov | State Attorney General | By email |
| State of Minnesota Attorney General<br>Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN 55101-2131 | State Attorney General | By First Class Mail |

| | | |
|---|---|---|
| State of Mississippi Attorney General<br>Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200 P.O. Box 220<br>Jackson, MS 39201 | State Attorney General | By First Class Mail |
| State of Missouri Attorney General<br>Attn: Bankruptcy Department<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City, MO 65102<br>attorney.general@ago.mo.gov | State Attorney General | By email |
| State of Montana Attorney General<br>Attn: Bankruptcy Department<br>215 N Sanders, Third Floor<br>P.O. Box 201401<br>Helena, MT 59620-1401<br>contactdoj@mt.gov | State Attorney General | By email |
| State of Nebraska Attorney General<br>Attn: Bankruptcy Department<br>2115 State Capitol<br>2nd Fl, Rm 2115<br>Lincoln, NE 68509-8920<br>ago.info.help@nebraska.gov | State Attorney General | By email |
| State of Nevada Attorney General<br>Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City, NV 89701<br>aginfo@ag.nv.gov | State Attorney General | By email |
| State of New Hampshire Attorney General<br>Attn: Bankruptcy Department<br>33 Capitol St.<br>Concord, NH 03301<br>attorneygeneral@doj.nh.gov | State Attorney General | By email |
| State of New Jersey Attorney General<br>Attn: Bankruptcy Department<br>Rj Hughes Justice Complex<br>25 Market Street P.O. Box 080<br>Trenton, NJ 08625-0080<br>askconsumeraffairs@lps.state.nj.us | State Attorney General | By email |

| State of New Mexico Attorney General<br>Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | State Attorney General | By First Class Mail |
|---|---|---|
| State of New York Attorney General<br>Attn: Bankruptcy Department<br>The Capitol<br>Albany, NY 12224-0341 | State Attorney General | By First Class Mail |
| State of North Carolina Attorney General<br>Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 | State Attorney General | By First Class Mail |
| State of North Dakota Attorney General<br>Attn: Bankruptcy Department<br>State Capitol<br>600 E Boulevard Ave Dept 125<br>Bismarck, ND 58505-0040<br>ndag@nd.gov | State Attorney General | By email |
| State of Ohio Attorney General<br>Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43215 | State Attorney General | By First Class Mail |
| State of Oklahoma Attorney General<br>Attn: Bankruptcy Department<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | State Attorney General | By First Class Mail |
| State of Oregon Attorney General<br>Attn: Bankruptcy Department<br>1162 Court Street NE<br>Salem, OR 97301<br>consumer.hotline@doj.state.or.us<br>david.hart@doj.state.or.us<br>anitjindal@markowitzherbold.com<br>harrywilson@markowitzherbold.com | State Attorney General | By email |
| State of Rhode Island Attorney General<br>Attn: Bankruptcy Department<br>150 South Main Street<br>Providence, RI 02903 | State Attorney General | By First Class Mail |

| State of South Carolina Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | State Attorney General | By First Class Mail |
| --- | --- | --- |
| State of South Dakota Attorney General<br>Attn: Bankruptcy Department<br>1302 East Highway 14<br>Suite 1<br>Pierre, SD 57501-8501<br>consumerhelp@state.sd.us | State Attorney General | By email |
| State of Utah Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 142320<br>Salt Lake City, UT 84114-2320<br>uag@utah.gov | State Attorney General | By email |
| State of Vermont Attorney General<br>Attn: Bankruptcy Department<br>109 State St.<br>Montpelier, VT 05609-1001<br>ago.bankruptcies@vermont.gov | State Attorney General | By email |
| State of Virginia Attorney General<br>Attn: Bankruptcy Department<br>900 East Main Street<br>Richmond, VA 23219 | State Attorney General | By First Class Mail |
| State of Washington Attorney General<br>Attn: Bankruptcy Department<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | State Attorney General | By First Class Mail |
| State of West Virginia Attorney General<br>Attn: Bankruptcy Department<br>State Capitol Bldg 1 Room E 26<br>Charleston, WV 25305<br>consumer@wvago.gov | State Attorney General | By email |
| State of Wisconsin Attorney General<br>Attn: Bankruptcy Department<br>Wisconsin Department Of Justice<br>State Capitol, Room 114 East P.O. Box 7857<br>Madison, WI 53707-7857 | State Attorney General | By First Class Mail |

| | | |
|---|---|---|
| State of Wyoming Attorney General<br>Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne, WY 82002 | State Attorney General | By First Class Mail |
| Stevens & Lee, P.C.<br>Attn: John C. Kilgannon<br>Princeton Pike Corporate Center<br>100 Lenox Drive, Suite 200<br>Lawrenceville, NJ 08648<br>609-243-9111<br>609-243-9333<br>john.kilgannon@stevenslee.com | Counsel to Towards Equilibrium, LLC d/b/a Equi (Towards Equilibrium) | By email |
| Straffi & Straffi, LLC<br>Attn: Daniel E. Straffi<br>670 Commons Way<br>Toms River, NJ 08755<br>732-341-3800<br>732-341-3548<br>bkclient@straffilaw.com | Counsel to Bruce Gilling, Martin Mikolajczyk, Mitchell Eglar, Brian Graddon, Matthew Hoselton, Michiel Hemminga, Kole Kottmeter, Ashton Rincon, William Warburton, Daniel Gusovsky, Clayton Bargsten, Joseph Borremans, Brendan Pena, Alberto Olivo, Steven Lee, Ellison Bak, Scott Aufenanger, Wayne Akey and Andrew Martinez,  Damon Andersson | By email |

| | | |
|---|---|---|
| Sullivan & Cromwell LLP<br>Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora<br>125 Broad Street<br>New York, NY 10004<br>dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>porporam@sullcrom.com | Counsel to FTX Trading Ltd. | By email |
| Traurig Law LLC<br>Attn: Jeffrey Traurig<br>43 W 43rd Street, Suite 73<br>New York, NY 10036<br>646-974-8650<br>jtraurig@trauriglaw.com | Counsel to the Fee Examiner | By email |
| TROUTMAN PEPPER HAMILTON SANDERS LLP<br>Attn: Deborah Kovsky-Apap<br>875 Third Avenue<br>New York, NY 10022<br>deborah.kovsky@troutman.com | Counsel to the Ad Hoc Committee of Wallet Account Holders | By email |
| U.S. Department of Justice – Civil Division<br>Attn: Jessica L. Cole<br>1100 L Street, NW<br>Room 7110<br>Washington, DC 20005<br>202-353-0438<br>jessica.cole@usdoj.gov | Counsel to The United States Of America | By email |
| U.S. Department of Justice – Civil Division  Commercial Litigation Branch<br>Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro<br>Ben Franklin Station<br>P.O. Box 875<br>Washington, DC 20044-0875<br>seth.shapiro@usdoj.gov | Counsel to United States of America | By email |

| U.S. Department of Justice Civil Division<br>Attn: Seth B. Shapiro<br>1100 L Street, NW<br>7th Floor - Room 7114<br>Washington, DC 20005<br>seth.shapiro@usdoj.gov | Counsel to United States of America | By email |
| --- | --- | --- |
| United States of America Attorney General<br>Attn: Bankruptcy Department<br>Us Dept Of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | State Attorney General | By First Class Mail |
| Attn: Aaron A. Garber<br>2580 W. Main St.<br>Littleton, CO 80120<br>303-296-1999<br>303-296-7600<br>agarber@wgwc-law.com | Counsel to Kristen Vorhees, Wadsworth, Garber, Warner and Conrardy, P.C. | By email |
| Washington DC Attorney General<br>Attn: Bankruptcy Department<br>441 4th Street, NW<br>Washington, DC 20001<br>oag@dc.gov | State Attorney General | By email |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP<br>Attn: Simon Aron<br>11400 West Olympic Blvd<br>9th Floor<br>Los Angeles, CA 90064-1582<br>310-478-4100<br>310-478-6363<br>saron@wrslawyers.com | Counsel to Timothy Price | By email |
| Zuckerman Gore Brandeis & Crossman, LLP<br>Attn: John K. Crossman, Karen S. Park, Jeffrey L. Friesen<br>Eleven Times Square, 15th Floor<br>New York, NY 10036<br>212-223-6700<br>jcrossman@zukermangore.com<br>kpark@zukermangore.com<br>jfriesen@zukermangore.com | Counsel to Flori Marquez | By email |