BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

Grand Central Station, PO Box 4850

New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

850 Third Avenue, Suite 412

Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 5IX2-KGJC-199W-XPYH |
| --- |

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

**Claim Number**

17866

**Claim Name**

███████████

**Claimant Address on File**

████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

███████████████

Street1

███████████████

Street2

City

████████

State

██████████

Zip

███████

Country

██████████

Telephone Number

███████████

Email Address

████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Blockfi Statement.pdf | 25 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

 BlockFi

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022 BlockFi Wallet Statement

| | |
|---|---|
| **Name** | ████████ |
| **Email** | ██████████ |
| **Address** | ███████████ |
| **Account ID** | █████ |
| **Month Ending** | October 31, 2022 |

You earned approximately
**$77.65 \*** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 DOGE** $0.13 | 0 | 0 | **2,024.29149798** $256.88 |
| **1 ETH** $1,572.90 | 0 | 0 | **8.48552049** $13,346.88 |
| **1 GUSD** $1.00 | 0 | **77.65000000** $77.65 | **77.65000000** $77.65 |
| **Total\*** in USD | **$0.00** | **$77.65** | **$13,681.41** |

# October 2022  BlockFi Interest Account Statement

**Flex Selection**         Earn all interest in ETH
**Month Ending**           October 31, 2022

You earned approximately
**$10.02 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 ETH**<br>$1,572.90 | **0.00636769**<br>$10.02 | **2.03332523**<br>$3,198.22 |
| **1 LTC**<br>$55.02 | 0 | **1.09740563**<br>$60.37 |
| **1 USDC**<br>$1.00 | 0 | **252.65884563**<br>$252.66 |
| **Total\*** in USD | **$10.02** | **$3,511.25** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's **terms & conditions.**

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| UY5Y-WLOH-OG1B-NBBM |
| --- |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 2385 |
| --- |

Claim Name

| ██████████ |
| --- |

Claimant Address on File

| ████████████████████████ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ██████████ |
| --- |

Street1

[REDACTED]

Street2

City

[REDACTED]

State

[REDACTED]

Zip

[REDACTED]

Country

[REDACTED]

Telephone Number

[REDACTED]

Email Address

[REDACTED]

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 BlockFi Balance .pdf                                                                                    292 KB

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.



BlockFi    Dashboard    Accounts    Withdraw

Dashboard / Interest Account / Ethereum

# Interest Account

**Assets**

🔵 Overview

🟠 Bitcoin BTC

⚫ Ethereum ETH

🔵 Gemini USD GUSD

◆ Ethereum ETH

Balance
4.62424484



$\times 2,191 = \$10,131.72$

**Recurring Trades**

| Recurring Trade | Buy Amount | Frequency | Scheduled |
|---|---|---|---|

You have not set up any recurring trades.

**Transactions**

Your transaction history has moved. Visit the Dashboard to view Interest Account transactions.

**Go to Dashboard**

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

Grand Central Station, PO Box 4850

New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

850 Third Avenue, Suite 412

Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

UCKO-TOPI-NJUS-0YF8

○ Where can I find my Unique ID?

## Claim Information

Claim Number

5621

Claim Name

██████████

Claimant Address on File

████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| ▨ ████████████ pdf | | 1 MB |

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

United States Bankruptcy Court: District of New Jersey (Trenton)

| If you have one or more Interest-Bearing accounts (i.e. BlockFi Interest Accounts or BlockFi Private Client Fixed or Open Loans), fill in this information to identify the case: | | |
|---|---|---|

**If you are a U.S. client:**

BlockFi Interest Account:     ☐ BlockFi Inc. (Case No. 22-19361)

BlockFi Private Client Fixed or Open Loans:   ☐ BlockFi Lending LLC (Case No. 22-19365)

**If you are a non-U.S. client:**     ☐ BlockFi International Ltd. (Case No. 22-19368)

**Other:**     ☐

(Debtor Name)

(Case Number)

**MMLID: 15517479**
**EPOCID: 221936104421500**
**Account ID: ed78e2a4**

**See Notice of Scheduled Claim(s)**

Received

FEB **2 1** 2023

Kroll Restructuring Administration

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
☒ No Copy Provided

## Modified Official Form 410

# Interest Bearing Account Holder Proof of Claim Form    04/22

**Read the instructions before filling out this form. This form is for making a claim based on assets held in account of the Debtors. Do not** use this form to assert any other pre-petition claims. **Do not** use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed (November 28, 2022).**

| Part 1: | Identify the Claim |
|---|---|

| 1. | Who is the current creditor? | |
|---|---|---|
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor |
| | | Customer Identification Number(s): |
| | | Email Address Used to Sign Up for your BlockFi Account(s): |

| 2. | Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? |
|---|---|---|

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Where should payments to the creditor be sent? (if different)

Name

Number    Street

City     State     ZIP Code

Country (If outside of the US)

Contact phone

Contact email

Contact phone

Contact email



221936104421500

---

**Claim Number: 5621**     Interest Bearing Account Holder Proof of Claim Form     page 1

| 4. | **Does this claim amend one already filed?** | ☒ No | | |
|---|---|---|---|---|
| | | ☐ Yes. Claim number on court claims registry (if known)_____ | Filed on _____ | MM / DD / YYYY |

| 5. | **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No |
|---|---|---|
| | | ☐ Yes. Who made the earlier filing? _____ |

| **Part 2:** | **Give Information About the Claim as of November 28, 2022** |
|---|---|

| 6. Do you have any number you use to identify the debtor? | ☒ No |
|---|---|
| | ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

**7a.** To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022)

**U.S. Clients:**

BlockFi Interest Account (BlockFi Inc.; Case No. 22-19361)   $ 3665.91

BlockFi Private Client Fixed or Open Loans (BlockFi Lending LLC; Case No. 22-19365)   $_____

**Non-U.S. Clients:**

BlockFi Interest Account (BlockFi International Ltd.; Case No. 22-19368)   $_____

BlockFi Private Client Fixed or Open Loans (BlockFi International Ltd.; Case No. 22-19368)   $_____

**7b.** List the number of each type of coin held in Interest Bearing Account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in Interest Bearing Account(s) as of the date the case was filed).

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Interest Bearing Accounts | |
|---|---|---|---|
| | | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Bitcoin (BTC) | $16,206.3000 | | |
| Ethereum (ETH) | $1,167.2400 | | |
| Gemini Dollar (GUSD) | $1.0000 | | |
| USD Coin (USDC) | $1.0000 | | |
| 1inch Network1 (INCH) | $0.5170 | | |
| Aave (AAVE) | $60.1500 | | |
| Algorand (ALGO) | $0.2359 | | |
| Avalanche (AVAX) | $12.4500 | | |
| Axie Infinity (AXS) | $6.5600 | | |
| Basic Attention Token (BAT) | $0.22322 | | |
| Binance Coin (BNB) | $292.7865 | | |
| Bitcoin Cash (BCH) | $109.9100 | | |
| Binance USD (BUSD) | $1.0000 | | |
| Cardano (ADA) | $0.3064 | | |
| Chainlink (LINK) | $7.1940 | | |
| Celo (CELO) | $0.6170 | | |
| Chiliz (CHZ) | $0.1642 | | |
| Compound (COMP) | $37.1600 | | |
| Cosmos (ATOM) | $9.8590 | | |
| Curve DAO Token (CRV) | $0.6450 | | |
| Decentraland (MANA) | $0.3862 | | |
| DogeCoin (DOGE) | $0.09506 | | |
| dYdX (DYDX) | $1.6660 | | |
| Elrond (EGLD) | $42.1390 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Interest Bearing Accounts | |
| | | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Enjin Coin (ENJ) | $0.2960 | | |
| EOS (EOS) | $0.9034 | | |
| Fantom (FTM) | $0.2049 | | |
| Filecoin (FIL) | $4.2530 | | |
| FTX Token (FTT) | $1.2923535 | | |
| Gala (GALA) | $0.02478 | | |
| Hedera Hashgraph (HBAR) | $0.0486 | | |
| Kusama (KSM) | $25.5900 | | |
| Litecoin (LTC) | $73.8500 | | |
| Loopring (LRC) | $0.2368 | | |
| Maker (MKR) | $645.4100 | | |
| Multi Collateral Dai (DAI) | $0.9997 | | |
| Near (NEAR) | $1.5900 | | |
| OMG Network (OMG) | $1.1605 | | |
| One Coin (ONE) | $0.0137 | | |
| PAX Gold (PAXG) | $1,740.6400 | | |
| Paxos Standard Token (PAX) | $1.0000 | | |
| Polkadot (DOT) | $5.1340 | | |
| Polygon (MATIC) | $0.8209 | | |
| Quant (QNT) | $112.4100 | | |
| Render Token (RNDR) | $0.4672 | | |
| Serum (SRM) | $0.2330 | | |
| Solana (SOL) | $13.3200 | | |
| Stellar (XLM) | $0.087183 | | |
| SushiSwap (SUSHI) | $1.3348 | | |
| Synthetix (SNX) | $1.6620 | | |
| Terra 2.0 (LUNA) | $0.0001552 | | |
| Tether (USDT) | $0.9995 | | |
| Tezos (XTZ) | $0.9750 | | |
| The Graph (GRT) | $0.0622 | | |
| The Sandbox (SAND) | $0.5531 | | |
| THORchain (RUNE) | $1.1670 | | |
| Tron (TRX) | $0.052973 | | |
| TrueUSD (TUSD) | $0.9997 | | |
| Uniswap (UNI) | $5.2830 | | |
| Waves (WAVES) | $2.3300 | | |
| Yearn.Finance (YFI) | $6,266.5000 | | |
| Other (Please Specify) _____ | | | |

| 8. What is the basis of the claim? | Examples: Client Account, goods sold, money loaned, lease, services performed, or personal injury/wrongful death. |
|---|---|
| | Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). |
| | Limit disclosing information that is entitled to privacy, such as health care information. |
| | *Client account* |

| 9. Is all or part of the claim secured? | ☒ No |
|---|---|
| | ☐ Yes. The claim is secured by a lien on property. |
| | **Nature of property:** |
| | ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*. |
| | ☐ Motor vehicle |
| | ☐ Other. Describe: _____ |
| | **Basis for perfection:** _____ |
| | Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) |
| | **Value of property:**                    $_____ |
| | **Amount of the claim that is secured:**    $_____ |
| | **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.) |
| | **Amount necessary to cure any default as of the date of the petition:**    $_____ |
| | **Annual Interest Rate** (when case was filed) _____ % |
| | ☐ Fixed |
| | ☐ Variable |

| 10. Is this claim based on a lease? | ☒ No |
|---|---|
| | ☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____ |

| 11. Is this claim subject to a right of setoff? | ☒ No |
|---|---|
| | ☐ Yes. Identify the property: _____ |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, | ☒ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

| Part 3: | Sign Below |
|---------|------------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   02/18/2023 (mm/dd/yyyy)

████████████████████

~~Signature~~

**Name of the person who is completing and signing this claim:**

| Name | ███████████████████████████ | | |
|------|---------------|---------------|---------------|
| | First name | Middle name | Last name |

Title   _____

Company   _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   ████████████████████████████

Contact phone   ████████████████████████

## <u>Notice of Scheduled Claim(s)</u>

Debtor BlockFi Inc. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in the amount of $2,902.19. The basis of this claim is BIA. If you agree with the claim amount and characterization, you do not need to submit this claim form. If you disagree, you must timely file a proof of claim form or be forever barred from further recovery.

Debtor BlockFi Inc. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in the amount of $6.33. The basis of this claim is BIA Interest. If you agree with the claim amount and characterization, you do not need to submit this claim form. If you disagree, you must timely file a proof of claim form or be forever barred from further recovery.

FOREVER / USA

Received

FEB 2 1 2023

Kroll Restructuring Administration

BlockFi Inc. Claims process center
c/o Kroll Restructuring Admin. LLC
Grand Central Station, P.O. Box 4850
New York, N.Y. 10163-4850

10163-485050

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

4M59-VDXW-3AJ9-NJL4

○ Where can I find my Unique ID?

## Claim Information

Claim Number

18239

Claim Name

▮▮▮▮▮▮▮

Claimant Address on File

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 🗎  Dispute - ▮▮▮▮▮▮▮.pdf | 99 KB |
|---|---|

## Signature

Sign Here



Print Name

▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮

☑  I certify that I have completed my E-registraion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Re: BlockFi Inc Bankruptcy

Date: 6 January 2024

To whom this may concern.

I am disputing the two notices I received, highlighting inaccuracies in the balance compared to the BlockFi statement.

Claim Number: 12056
Claimant Name: ▮▮▮▮▮▮▮
Unique ID: IAPG-ASYM-HDDK-8XNR

Claim Number: 18239
Claimant Name: ▮▮▮▮▮▮▮
Link to Your Objection
Unique ID: 4M59-VDXW-3AJ9-NJL4

According to my BlockFi statement I have the following balances owing:

ETH: 2.67599350      (Refer to below snip of statement)
BTC: 0.01462435      (Refer to below snip of statement)

I would appreciate your checking the balances again to ensure accuracy of the settlements.

I can be contacted on ▮▮▮▮▮▮▮▮▮▮▮ for further information or clarification.

Yours sincerely,





BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| MUL3-HIW2-LV9P-N8QM |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 21386 |
|---|

Claim Name

| ▬▬▬▬▬▬ |
|---|

Claimant Address on File

| ▬▬▬▬▬▬▬▬▬▬▬▬ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Claim 21386.pdf | 135 KB |

## Signature

Sign Here



Print Name

████████

Email Address

██████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

This is a response to the Objection filed the *Wind-Down Debtor's Fourtheenth Omnibus Objection to Claims*.


Proof of Claim No.: 21386

Claimant Name: ███████████

Data Filed: 02/17/23

Filed Debtor Entity: BlockFi Inc.

Asserted Claim Amount: $471.59

Basis for Objection: BR (Asserted Claim amount does not match BlockFi's books and records

Surviving Claim No. : 21386

US BIA: 424.55

US BIA Interest: 2.09

Surviving Claim Entity: BlockFi Inc.

Expunge/Modify: Modify.


Modification to claim 21386:


Interest Account for ███████████ has the following:

**331.50 GUSD**

**0.00574156 BTC**

Please refund the amount as shown above.

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| TZO6-8B4H-DPUK-964W |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 16235 |
|---|

Claim Name

| ████████ |
|---|

Claimant Address on File

| ████████████████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ████████ |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fourteenth Omnibus Objection Response Portal

Upload Here

| | | |
|---|---|---|
| 📄 | Claimant 16235 response to 14th Omnibus Objec ion copy.pdf | 71 KB |
| 📄 | claimant 16235 wallet balance.pdf | 81 KB |
| 📄 | Claimant 16235 Account ID.pdf | 98 KB |

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

app.blockfi.com



balances can be found in our FAQ **here.**

Profile ⌄

# Profile

Account ID: ▮▮▮▮▮▮▮

## Personal Information

Legal First Name

▮▮▮▮▮▮

Legal Last Name

▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮▮▮

Phone Number

▮▮▮▮▮▮▮▮▮

Scanned with CamScanner

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY**

**Case No. 22-19361(MBK)**

**BlockFi Inc. et al., Debtors**

January 7, 2024

## CLAIMANT 16235 RESPONSE : WIND-DOWN DEBTORS FOURTEENTH OMNIBUS

## OBJECTION TO CLAIMS

Respondent ███████, hereafter referred to as "CLAIMANT 16235" objects to the request from Wind-Down Debtors for the disallowance, expungement, reclassification, and/or reduction of certain claims.

1) The Wind-Down Debtors argue that they are not liable for certain  disputed claims of the disputed claims.

   a. Claimant 16235 purchased Bitcoin and received interest on said Bitcoin with a final balance of 0.05543791 as of November 11, 2022.

   b. Wind-Down Debtors by assigning a dollar value to the account, thus  under report to the courts the extent of liability they owe to the claimants. If they calculated account values based on commodity units held in each account the sum value of the disputed accounts would invariably rise.

2) The Wind-Down Debtors objection states that the disputed claims do not match their books and records and should therefore be modified to be allowed in the correct amount.

   a. Bitcoin is a volatile commodity that has major price fluctuations and the amount listed by Wind-Down Debtors seeks to minimize the claimants

amount owed by using the US Dollar "USD" value of the Bitcoins  held at the

time the assets were frozen. In the case of Claimant 16235 there was no USD

in claimants account only Bitcoin as seen in exhibit 1. To assign a USD value

to the coin removes liability to the Wind-Down Debtors for any potential

increase of value of the Bitcoin in the future as the bankruptcy proceeds.  At

the time the dispute was filed with Kroll administration,  the Wind-Down

Debtors claimed that Claimant 16235 had an account value of 898.44 and

$2.37. They failed to show the true value of the account which was Bitcoin in

the amount of 0.0554379, which is still true today. Claimant 16235 was never

paid interest in USD and only received Bitcoin during the course of business

with the Wind-Down Debtors.

b.   Claimant 16235 if given the correct value of the Bitcoin held in his account at

the time of Bankruptcy would have an approximate value of $2449.85 as of

January 7, 2024 based on Google Finance data analytics with the price of 1

Bitcoin valued at $44.190.90 USD.   Claimant 16235 requested $1225.81 in

the dispute as that was the value of the Bitcoin held at the time of filing.

c.   If given the opportunity Claimant 16235 would request the courts overrule

this objection on the basis that claimants will continue to dispute the claim the

Wind-Down Debtors put forth on schedule 1, so long as the value is in USD

and not in Bitcoin. The commodity held at the time of bankruptcy should be

the basis for calculating the value of the accounts not USD.

[Last Name] 3

## EXHIBITS

1. Claimant 16235 wallet Balance

2. BlockFi account ID and profile

| Cryptocurr | Amount | Transaction | Exchange R | Confirmed At |
|---|---|---|---|---|
| BTC | 0.055438 | UI Update: Wallet to B | | ######## |
| BTC | 0.055438 | BIA Withdraw | | ######## |
| BTC | 0.000162 | Interest Payment | | ######## |
| BTC | 0.000156 | Interest Payment | | ######## |
| BTC | 0.000161 | Interest Payment | | ######## |
| BTC | 0.00016 | Interest Payment | | ######## |
| BTC | 0.000133 | Interest Payment | | ######## |
| BTC | 0.000137 | Interest Payment | | ######## |
| BTC | 0.000176 | Interest Payment | | ######## |
| BTC | 0.000203 | Interest Payment | | ######## |
| BTC | 0.000183 | Interest Payment | | ######## |
| BTC | 0.000201 | Interest Payment | | ######## |
| BTC | 0.000201 | Interest Payment | | ######## |
| BTC | 0.000193 | Interest Payment | | ######## |
| BTC | 0.000199 | Interest Payment | | ######## |
| BTC | 0.000177 | Interest Payment | | ######## |
| GUSD | -500.08 | Trade | | ######## |
| BTC | 0.011329 | Trade | | ######## |
| BTC | -0.00581 | Trade | | ######## |
| GUSD | 250.04 | Trade | | ######## |
| GUSD | 250 | Ach Deposit | | ######## |
| BTC | 0.000158 | Interest Payment | | ######## |
| GUSD | 0.04 | Bonus Payment | | ######## |
| BTC | 0.000157 | Interest Payment | | ######## |
| BTC | 0.000174 | Interest Payment | | ######## |
| GUSD | -250 | Trade | | ######## |
| BTC | 0.006572 | Trade | | ######## |
| GUSD | 250 | Ach Deposit | | ######## |
| BTC | 0.000166 | Interest Payment | | ######## |
| GUSD | -250 | Trade | | ######## |
| BTC | 0.004779 | Trade | | ######## |
| GUSD | 250 | Ach Deposit | | ######## |
| BTC | 0.000168 | Interest Payment | | ######## |
| BTC | 0.000635 | Bonus Payment | | ######## |
| BTC | 0.000168 | Interest Payment | | ######## |
| BTC | 0.000743 | Crypto Transfer | | ######## |
| BTC | 0.00015 | Interest Payment | | ######## |
| BTC | 2.8E-05 | Interest Payment | | ######## |
| GUSD | -1000 | Trade | | ######## |
| BTC | 0.033584 | Trade | | ######## |
| GUSD | 1000 | Ach Deposit | | ######## |

BlockFi Fourteenth Omnibus Objection Response Portal

---

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

---

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

RBMK-T3AS-ZEOA-UWBI

○ Where can I find my Unique ID?

---

## Claim Information

Claim Number

9300

Claim Name

███████████

Claimant Address on File

███████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

---

Street1

████████████████████

Street2

City

██████

State

██████

Zip

████

Country

████

Telephone Number

████████

Email Address

██████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 blockfy.pdf                                                                          197 KB

## Signature

Sign Here



Print Name

[REDACTED]

Email Address

[REDACTED]

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 9300 | ███████████ | 03/01/23 | BlockFi International Ltd. | $1,285.94 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 9300 | - | - | - | - | - | 975.76 | 2.58 | - | BlockFi International LTD |

| Expunge/Modify |
|---|
| Modify |

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

NWOA-N3L8-H64F-LD9S

○ Where can I find my Unique ID?

## Claim Information

Claim Number

464

Claim Name

███████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 🗎 Response to Objection - 1-5-24.pdf | 35 KB |

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

January 5, 2023


TO:  Block Fi, Inc., c/o Kroll Restructuring Administration, LLC

FROM: ███████, Claimant

RE:  Response to Objection regarding Claim #464 in Case #22-19361 before the US Bankruptcy
Court for the District of New Jersey


In response to the Objection I received via email on January 5, 2023, I do not dispute the
modification contained in that Objection and hereby agree to the scheduled recovery amounts
listed in said Objection – namely, $43,191.92 for my BlockFi Interest Account (BIA) and $69.62 in
BIA Interest.

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| ND1L-WPQZ-AOZD-7R8L |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 1859 |
|---|

Claim Name

| ██████████ |
|---|

Claimant Address on File

| █████████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ████████ |
|---|

Street1

███████████

Street2

City

█████

State

██

Zip

█████

Country

Telephone Number

███████████

Email Address

███████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

██████████

Street1

████████████████

Street2

City

█████

State

██

Zip

█████

Country

███████████

Telephone Number

███████████

Email Address

███████████████

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 BLOCK FI RECLAMO.pdf | 5 MB |
|---|---|
| 📄 BLOCK FI 10-24-23.pdf | 444 KB |

## Signature

Sign Here



Print Name

▬▬▬▬▬▬▬

Email Address

▬▬▬▬▬▬▬

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

*Attorneys for Debtors and Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al*., | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

Order Filed on May 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER (I) AUTHORIZING THE DEBTORS TO (A) HONOR
WITHDRAWALS FROM WALLET ACCOUNTS, (B) UPDATE THE USER
INTERFACE TO PROPERLY REFLECT TRANSACTIONS AND ASSETS
AS OF THE PLATFORM PAUSE, AND (C) CONDUCT ORDINARY COURSE
RECONCILIATION OF ACCOUNTS, AND (II) GRANTING RELATED RELIEF**

**DATED: May 17, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The relief set forth on the following pages, numbered four (4) through seven (7), is

**ORDERED**.

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al.* |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | ORDER (I) AUTHORIZING THE DEBTORS TO (A) HONOR WITHDRAWALS FROM WALLET ACCOUNTS, (B) UPDATE THE USER INTERFACE TO PROPERLY REFLECT TRANSACTIONS AND ASSETS  AS OF THE PLATFORM PAUSE, AND (C) CONDUCT ORDINARY COURSE  RECONCILIATION OF ACCOUNTS, AND (II) GRANTING RELATED RELIEF |

Upon the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor Withdrawals from Wallet Accounts, (B) Update the User Interface to Properly Reflect Transactions and Assets as of the Platform Pause, and (C) Conduct Ordinary Course Reconciliation of Accounts, and (II) Granting Related Relief* (the "Motion"),[1] where the above-captioned debtors and debtors in possession (collectively, the "Debtors"), seek entry of an order (this "Order") (a) authorizing the Debtors to (i) honor client withdrawals solely from the Wallet Accounts as of the Platform Pause Time Stamp, (ii) update the User Interface to properly reflect transactions and assets held in clients' accounts as of the Platform Pause Time Stamp, and (iii) conduct ordinary course reconciliation of client accounts, and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and the declaration filed in support of the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey*, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances

---

[1]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

(Page | 4)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al*. |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | ORDER (I) AUTHORIZING THE DEBTORS TO (A) HONOR WITHDRAWALS FROM WALLET ACCOUNTS, (B) UPDATE THE USER INTERFACE TO PROPERLY REFLECT TRANSACTIONS AND ASSETS  AS OF THE PLATFORM PAUSE, AND (C) CONDUCT ORDINARY COURSE  RECONCILIATION OF ACCOUNTS, AND (II) GRANTING RELATED RELIEF |

and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court on May 8, 2023 (the "Hearing"); and this Court having determined and articulated on the record at a hearing on May 11, 2023, that the legal and factual bases set forth in the Motion, the Stipulated Facts (Dkt. No. 842), the Amended Declaration of Amit Cheela (Dkt. No. 822), and the exhibits to each, establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor **IT IS HEREBY ORDERED THAT**:

1.    The Motion is **GRANTED** as set forth herein.

2.    The digital assets held in the Custodial Omnibus Wallets as of the Platform Pause Time Stamp are not property of the Debtors' estate.

3.    The Debtors are authorized to take any actions to update the User Interface and Company-Facing Interface to accurately reflect the transactions and related balance of digital assets as of the Platform Pause Time Stamp, including those held in the Custodial Omnibus Wallets and represented in the Client Wallet Accounts.  With respect to BlockFi International, the foregoing shall be carried out subject to entry of an order authorizing such relief in the parallel Bermuda JPL Proceedings currently pending in the Supreme Court of Bermuda.

4.    The Debtors are authorized, but not directed, to distribute the digital assets contained in the Custodial Omnibus Wallets and represented in the Client Wallet Accounts as of the Platform Pause Time Stamp, subject to further order of the Court with respect to preference

(Page | 5)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al*. |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | ORDER (I) AUTHORIZING THE DEBTORS TO (A) HONOR WITHDRAWALS FROM WALLET ACCOUNTS, (B) UPDATE THE USER INTERFACE TO PROPERLY REFLECT TRANSACTIONS AND ASSETS  AS OF THE PLATFORM PAUSE, AND (C) CONDUCT ORDINARY COURSE  RECONCILIATION OF ACCOUNTS, AND (II) GRANTING RELATED RELIEF |

claims under chapter 5 of the Bankruptcy Code and any setoff rights; *provided, however,* that distributions of the digital assets contained in the Custodial Omnibus Wallets and represented in the Client Wallet Accounts as of the Platform Pause Time Stamp to BlockFi International clients from the International Vault Wallets shall be honored subject to entry of an order authorizing such withdrawals in the parallel Bermuda JPL Proceedings currently pending in the Supreme Court of Bermuda.

5.      For the avoidance of doubt, all complete or partial withdrawals or distributions from the Client Wallet Accounts shall be subject to the ordinary withdrawal fees provided for under the BlockFi Wallet Terms of Service and the cost of facilitating the withdrawals shall be mitigated insofar as reasonably practicable by the Debtors.

6.      For the avoidance of doubt, nothing contained herein shall be construed (i) as a determination, implication, admission, or waiver of any rights or causes of action with respect to any potential preference or avoidance actions under chapter 5 of the Bankruptcy Code; (ii) to permit withdrawal from any Wallet Account owned or controlled by any (a) employee of the Debtors or (b) "insider" of the Debtors as such term is defined in the Bankruptcy Code, 11 U.S.C. § 101(31); or (iii) pending further order of the Court, to permit withdrawal from (x) any Wallet Account that received transfers from other non-Wallet BlockFi accounts during the ninety (90) days prior to the Petition Date, or (y) any Wallet Account belonging to any person that the Debtors reasonably believe may be subject to any avoidance actions under chapter 5 of the Bankruptcy Code or other rights of setoff belonging to the Debtors' estates.

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al*. |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | ORDER (I) AUTHORIZING THE DEBTORS TO (A) HONOR WITHDRAWALS FROM WALLET ACCOUNTS, (B) UPDATE THE USER INTERFACE TO PROPERLY REFLECT TRANSACTIONS AND ASSETS AS OF THE PLATFORM PAUSE, AND (C) CONDUCT ORDINARY COURSE RECONCILIATION OF ACCOUNTS, AND (II) GRANTING RELATED RELIEF |

7.     The Debtors are authorized to conduct reconciliatory practices in the ordinary course consistent with prepetition practices.  Reconciliatory practices for BlockFi International shall be carried out subject to entry of an order authorizing such relief in the parallel Bermuda JPL Proceedings currently pending in the Supreme Court of Bermuda.

8.     Notwithstanding the actual or threatened suspension or termination of any transmission licenses by any U.S. state or governmental entity, any transfers or disbursements made pursuant to this Order shall not be deemed an implication, admission, or determination that the Debtors are operating with a suspended or terminated license, nor shall the Debtors or their insurance providers be liable for any associated fines or penalties, including, but not limited to, penalties related to the Arch Insurance Company money transmitter bonds or otherwise.

9.     For the avoidance of doubt, the approximately $7,423,926 worth of digital assets that were requested to be transferred from clients' Client Wallet Accounts to their BIAs or to their BlockFi private client accounts during the Platform Pause Period did not include any requests from BlockFi's U.S. clients to transfer digital assets from Client Wallet Accounts to BIAs, which was prohibited on BlockFi's platform as of February 14, 2022 in connection with BlockFi's settlement agreement with the U.S. Securities and Exchange Commission.

10.     Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication

| Debtors: | BLOCKFI INC., *et al*. |
|---|---|
| Case No. | 22-19361 (MBK) |
| Caption of Order: | ORDER (I) AUTHORIZING THE DEBTORS TO (A) HONOR WITHDRAWALS FROM WALLET ACCOUNTS, (B) UPDATE THE USER INTERFACE TO PROPERLY REFLECT TRANSACTIONS AND ASSETS  AS OF THE PLATFORM PAUSE, AND (C) CONDUCT ORDINARY COURSE  RECONCILIATION OF ACCOUNTS, AND (II) GRANTING RELATED RELIEF |

or admission that any particular claim is of a type specified or defined in this Order or the Motion; (e) a determination, implication, or admission as to the status as property of the estate of any assets held in BIA; (f) a request or authorization to assume any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (g) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; or (h) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) satisfied pursuant to the Motion are valid, and the Debtors expressly reserve their rights to contest the extent, validity, or perfection or seek avoidance of all such liens. Any payment made pursuant to this Order is not intended and should not be construed as an admission as the validity of any particular claim or a waiver of the Debtors' rights to subsequently dispute such claim.

11.     The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

12.     The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

13.     Notwithstanding anything to the contrary in the Motion, this Order, or any findings announced at the hearing, nothing in the Motion, this Order, or announced at the hearing constitutes a finding under the federal securities laws as to whether crypto tokens or transactions involving

(Page | 8)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al*. |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | ORDER (I) AUTHORIZING THE DEBTORS TO (A) HONOR WITHDRAWALS FROM WALLET ACCOUNTS, (B) UPDATE THE USER INTERFACE TO PROPERLY REFLECT TRANSACTIONS AND ASSETS  AS OF THE PLATFORM PAUSE, AND (C) CONDUCT ORDINARY COURSE  RECONCILIATION OF ACCOUNTS, AND (II) GRANTING RELATED RELIEF |

crypto tokens are securities, and the right of the United States Securities and Exchange Commission to challenge transactions involving crypto tokens on any basis are expressly reserved.

14.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Redline

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq. (NJ Bar No. 014321986)
Warren A. Usatine, Esq. (NJ Bar No. 025881995)
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christine A. Okike, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
jsussberg@kirkland.com
christine.okike@kirkland.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Kenric D. Kattner, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
kenric.kattner@haynesboone.com

~~Proposed~~ *Attorneys for Debtors and Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al*., | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |
| | ~~Hearing Date and Time:~~ |

## ORDER (I) AUTHORIZING THE DEBTORS TO (A) HONOR WITHDRAWALS FROM WALLET ACCOUNTS, (B) UPDATE THE USER INTERFACE TO PROPERLY REFLECT TRANSACTIONS AND ASSETS AS OF THE PLATFORM PAUSE, AND (C) CONDUCT ORDINARY COURSE RECONCILIATION OF ACCOUNTS, AND (II) GRANTING RELATED RELIEF

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

The relief set forth on the following pages, numbered ~~three~~four (~~3~~4) through ~~six~~seven (~~6~~7),

is **ORDERED**.

Upon the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor Withdrawals from Wallet Accounts, (B) Update the User Interface to Properly Reflect Transactions and Assets as of the Platform Pause, and (C) Conduct Ordinary Course Reconciliation of Accounts, and (II) Granting Related Relief* (the "Motion"),[1] ~~of~~where the above-captioned debtors and debtors in possession (collectively, the "Debtors"), ~~for~~seek entry of an order (this "Order") (a) authorizing the Debtors to (i) honor client withdrawals solely from the Wallet Accounts as of the Platform Pause Time Stamp, (ii) update the User Interface to properly reflect transactions and assets held in clients' accounts as of the Platform Pause Time Stamp, and (iii) conduct ordinary course reconciliation of client accounts, and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and the declaration filed in support of the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey*, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court on May 8, 2023 (the "Hearing"); and this Court having determined and articulated on the record at a hearing on May 11, 2023, that the legal and factual bases set forth in the Motion, the Stipulated Facts (Dkt.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

(Page | 4)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al.* |
| Case No.~~:~~ | 22-19361 (MBK) |
| Caption of Order: | ORDER (I) AUTHORIZING THE DEBTORS TO (A) HONOR WITHDRAWALS FROM WALLET ACCOUNTS, (B) UPDATE THE USER INTERFACE TO PROPERLY REFLECT TRANSACTIONS AND ASSETS  AS OF THE PLATFORM PAUSE, AND (C) CONDUCT ORDINARY COURSE  RECONCILIATION OF ACCOUNTS, AND (II) GRANTING RELATED RELIEF |

No. 842), the Amended Declaration of Amit Cheela (Dkt. No. 822), and the exhibits to each, establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor **IT IS HEREBY ORDERED THAT**:

1.      The Motion is **GRANTED** ~~on a basis~~ as set forth herein.

2.      The digital assets held in the Custodial Omnibus Wallets as of the Platform Pause Time Stamp are not property of the Debtors' estate.

3.      The Debtors are authorized to take any actions to update the User Interface and Company-Facing Interface to accurately reflect the transactions and related balance of digital assets as of the Platform Pause Time Stamp, including those held in the Custodial Omnibus Wallets and represented in the Client Wallet Accounts.  With respect to BlockFi International, the foregoing shall be carried out subject to entry of an order authorizing such relief in the parallel Bermuda JPL Proceedings currently pending in the Supreme Court of Bermuda.

4.      ~~2.~~The Debtors are authorized ~~to honor client withdrawal requests solely from the~~, but not directed, to distribute the digital assets contained in the Custodial Omnibus Wallets and represented in the Client Wallet Accounts as of the Platform Pause Time Stamp ~~in accordance with the BlockFi Wallet Terms of Service~~, subject to further order of the Court with respect to preference claims under chapter 5 of the Bankruptcy Code and any setoff rights; *provided, however,* that ~~the withdrawal requests of the~~distributions of the digital assets contained in the Custodial Omnibus Wallets and represented in the Client Wallet Accounts as of the Platform Pause

(Page | 5)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al*. |
| Case No.~~:~~ | 22-19361 (MBK) |
| Caption of Order: | ORDER (I) AUTHORIZING THE DEBTORS TO (A) HONOR WITHDRAWALS FROM WALLET ACCOUNTS, (B) UPDATE THE USER INTERFACE TO PROPERLY REFLECT TRANSACTIONS AND ASSETS  AS OF THE PLATFORM PAUSE, AND (C) CONDUCT ORDINARY COURSE  RECONCILIATION OF ACCOUNTS, AND (II) GRANTING RELATED RELIEF |

Time Stamp to BlockFi International clients from the International Vault Wallets shall be honored

subject to entry of an order authorizing such withdrawals in the parallel Bermuda JPL Proceedings

currently pending in the Supreme Court of Bermuda.

5. For the avoidance of doubt, all complete or partial withdrawals or distributions from

the Client Wallet Accounts, ~~including Trade Only Assets,~~ shall be subject to the ordinary

withdrawal fees provided for under the BlockFi Wallet Terms of Service and the cost of facilitating

the withdrawals shall be mitigated insofar as reasonably practicable by the Debtors.

6. For the avoidance of doubt, nothing contained herein shall be construed (i) as a

determination, implication, admission, or waiver of any rights or causes of action with respect to

any potential preference or avoidance actions under chapter 5 of the Bankruptcy Code; (ii) to

permit withdrawal from any Wallet Account owned or controlled by any (a) employee of the

Debtors or (b) "insider" of the Debtors as such term is defined in the Bankruptcy Code, 11 U.S.C.

§ 101(31); or (iii) pending further order of the Court, to permit withdrawal from (x) any Wallet

Account that received transfers from other non-Wallet BlockFi accounts during the ninety (90)

days prior to the Petition Date, or (y) any Wallet Account belonging to any person that the Debtors

reasonably believe may be subject to any avoidance actions under chapter 5 of the Bankruptcy

Code or other rights of setoff belonging to the Debtors' estates.

~~3. The Debtors are authorized to dollarize the Trade Only Assets as soon as reasonably~~

~~practicable after a client makes a withdrawal request of such Trade Only Assets.  Withdrawal of~~

(Page | 6)
Debtors:              BLOCKFI INC., *et al.*
Case No.:             22-19361 (MBK)
Caption of Order:     ORDER (I) AUTHORIZING THE DEBTORS TO (A) HONOR
                      WITHDRAWALS FROM WALLET ACCOUNTS, (B) UPDATE THE
                      USER INTERFACE TO PROPERLY REFLECT TRANSACTIONS AND
                      ASSETS   AS OF THE PLATFORM PAUSE, AND (C) CONDUCT
                      ORDINARY COURSE  RECONCILIATION OF ACCOUNTS, AND (II)
                      GRANTING RELATED RELIEF

the Trade-Only Assets of BlockFi International shall be conducted subject to entry of an order

authorizing such withdrawals in the parallel Bermuda JPL Proceedings currently pending in the

Supreme Court of Bermuda.

4. The Debtors are authorized to take any actions reasonably necessary to accurately reflect

that the Attempted Platform Pause Transactions did not actually occur, so that the User Interface

properly reflects the digital assets in the Wallet Accounts as of the Platform Pause Time Stamp.

With respect to Attempted Platform Pause Transactions for BlockFi International, this shall be

carried out subject to entry of an order authorizing such relief in the parallel Bermuda JPL

Proceedings currently pending in the Supreme Court of Bermuda.

7. 5. The Debtors are authorized to conduct reconciliatory practices in the ordinary

course consistent with prepetition practices.  Reconciliatory practices for BlockFi International

shall be carried out subject to entry of an order authorizing such relief in the parallel Bermuda JPL

Proceedings currently pending in the Supreme Court of Bermuda.

8. 6. Notwithstanding the actual or threatened suspension or termination of any

transmission licenses by any U.S. state or governmental entity, any transfers or disbursements

made pursuant to this Order shall not be deemed an implication, admission, or determination that

the Debtors are operating with a suspended or terminated license, nor shall the Debtors or their

insurance providers be liable for any associated fines or penalties, including, but not limited to,

penalties related to the Arch Insurance Company money transmitter bonds or otherwise.

(Page | 7)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al.* |
| Case No.: | 22-19361 (MBK) |
| Caption of Order: | ORDER (I) AUTHORIZING THE DEBTORS TO (A) HONOR WITHDRAWALS FROM WALLET ACCOUNTS, (B) UPDATE THE USER INTERFACE TO PROPERLY REFLECT TRANSACTIONS AND ASSETS  AS OF THE PLATFORM PAUSE, AND (C) CONDUCT ORDINARY COURSE  RECONCILIATION OF ACCOUNTS, AND (II) GRANTING RELATED RELIEF |

9.    For the avoidance of doubt, the approximately $7,423,926 worth of digital assets that were requested to be transferred from clients' Client Wallet Accounts to their BIAs or to their BlockFi private client accounts during the Platform Pause Period did not include any requests from BlockFi's U.S. clients to transfer digital assets from Client Wallet Accounts to BIAs, which was prohibited on BlockFi's platform as of February 14, 2022 in connection with BlockFi's settlement agreement with the U.S. Securities and Exchange Commission.

10.    7.Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any particular claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order or the Motion; (e) a determination, implication, or admission as to the status as property of the estate of any assets held in BIA; (f) a request or authorization to assume any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (fg) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law; or (gh) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) satisfied pursuant to the Motion are valid, and the Debtors expressly reserve their rights to contest the extent, validity, or perfection or seek avoidance of all such liens. Any payment made pursuant to this Order is not intended and should not be construed as an admission as the validity of any particular claim or a waiver of the Debtors' rights to subsequently dispute such claim.

(Page | 8)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al*. |
| Case No.: | 22-19361 (MBK) |
| Caption of Order: | ORDER (I) AUTHORIZING THE DEBTORS TO (A) HONOR WITHDRAWALS FROM WALLET ACCOUNTS, (B) UPDATE THE USER INTERFACE TO PROPERLY REFLECT TRANSACTIONS AND ASSETS  AS OF THE PLATFORM PAUSE, AND (C) CONDUCT ORDINARY COURSE  RECONCILIATION OF ACCOUNTS, AND (II) GRANTING RELATED RELIEF |

11.    8. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

12.    9. The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

13.    Notwithstanding anything to the contrary in the Motion, this Order, or any findings announced at the hearing, nothing in the Motion, this Order, or announced at the hearing constitutes a finding under the federal securities laws as to whether crypto tokens or transactions involving crypto tokens are securities, and the right of the United States Securities and Exchange Commission to challenge transactions involving crypto tokens on any basis are expressly reserved.

14.    10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

| Fill in this information to identify the case (Select only one Debtor per claim form): |
|---|

| ☒ BlockFi Inc.<br>(Case No. 22-19361) | ☐ BlockFi Wallet LLC<br>(Case No. 22-19366) | ☐ BlockFi Investment Products LLC<br>(Case No. 22-19370) |
|---|---|---|
| ☐ BlockFi Trading LLC<br>(Case No. 22-19363) | ☐ BlockFi Ventures LLC<br>(Case No. 22-19367) | ☐ BlockFi Services Inc.<br>(Case No. 22-19371) |
| ☐ BlockFi Lending LLC<br>(Case No. 22-19365) | ☐ BlockFi International Ltd.<br>(Case No. 22-19368) | ☐ BlockFi Lending II LLC<br>(Case No. 22-19374) |

## Modified Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

_____
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Address1: ▇▇▇▇▇▇▇▇ | Address1: |
| Address2: | Address2: |
| Address3: | Address3: |
| Address4: | Address4: |
| City: ▇▇▇ | City: |
| State: ▇ | State: |
| Postal Code: ▇▇ | Postal Code: |
| Country: | Country: |
| Contact phone ▇▇▇ | Contact phone |
| Contact email ▇▇▇▇▇ | Contact email |

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known)_____    Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __9__ __4__ __0__ __5__

**7. How much is the claim?** $ $3,183.92

**Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

I need my money because I borrowed it and now I have problems. Help me please.

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
$_____

☑ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).
$_____$5,000

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).
$_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).
$_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).
$_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(    ) that applies.
$_____

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☐ No

☑ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**
$_____$5,000

---

### Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

██████████        01/26/2023

_____    _____
Electronic Signature                    Date

**Name of the person who is completing and signing this claim**

Name    ████████    ████████    ████████
             First name    Middle name    Last name

Title    _____

Company    _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
████████████

Address    _____
████████
Number    Street
████    ████
City    State    ZIP Code    Country

Contact phone  ████████_____    Email  ████████████

---

**Proof of Claim**                                                    page 3

## Additional Noticing Addresses (if provided):

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

_____

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
 Postal Code:
 Country:

Contact Phone:
Contact Email:

## Additional Supporting Documentation Provided

☐ Yes
☑ No

-------------------------------------------------------------------------------------------------

Attachment Filename:

**KROLL**

Electronic Proof of Claim Confirmation:  3275-1-ZWSUC-433563688

Claim Electronically Submitted on (UTC) :  2023-01-26T19:23:31.605Z

Submitted by:

**KROLL**

BlockFi Fourteenth Omnibus Objection Response Portal
BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

K2I1-4NTZ-04N5-RQLB

○ Where can I find my Unique ID?

## Claim Information

Claim Number

4416

Claim Name

███████████

Claimant Address on File

█████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Ital

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 3119468843803710.pdf                                                      196 KB

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 4416 | ██████████ | 02/13/23 | BlockFi International Ltd. | $1,888.12 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 4416 | - | - | - | - | - | 1,462.29 | 3.91 | - | BlockFi International LTD |

| Expunge/Modify |
|---|
| Modify |

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| RGG7-NXNT-OGUA-728F |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 32624 |
|---|

Claim Name

| ███████████ |
|---|

Claimant Address on File

| ████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 BlockFi Fourteenth Omnibus Objection Response CLAIM NUMBER_21292 and 32624 .pdf          478 KB

## Signature

Sign Here



Print Name

▆▆▆▆▆▆▆▆

Email Address

▆▆▆▆▆▆▆▆▆▆

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies
with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.

**From: Claim Number: 21292**

**and Claim Number: 32624**

Claimant Name: ▉▉▉▉▉▉▉▉▉

Claimant Address : ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Email:  UINIDPSYSTEMS@gmail.com

**To: BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center**

**c/o Kroll Restructuring Administration LLC**
**850 Third Avenue, Suite 412**
**Brooklyn, NY 11232**

Good day, please find my response to objections: From: **Claim Number: 21292  and Claim Number: 32624**

Please note: I am a layperson and unsure if I made any error in self filing any past responses, this serves to correct any errors I may make and clear up any confusion and I am sorry for any errors on my path from trying to navigate this  BlockFi confusing legal requirements and steps it is not intentional, but a human mistake.

I had put all my and my family's trust in BlockFi, and invested my family life savings in the Blockfi interest account: **Account ID:** ▉▉▉▉▉▉▉

As per today here is the balance of my account:



It may not be a lot to you, but it's our entire lifesavings, please correct your records to reflect this latest balance.

Also when possible, let me know when I can withdraw my full balance in the same listed above assets in kind and not any discounted USD amount. I would like to know when my account is unlocked so I can transfer the same cryptocurrency to my cold wallet, please inform me via email: ▉▉▉▉▉▉▉

Thank you

▉▉▉▉▉▉▉

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

XYLX-1J7S-MXET-EWCK

○ Where can I find my Unique ID?

## Claim Information

Claim Number

118

Claim Name

███████

Claimant Address on File

████████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Response to Blockfi claim 118.pdf | 61 KB |

## Signature

Sign Here



Print Name

▆▆▆▆

Email Address

▆▆▆▆▆

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| ZVI8-5NMK-CETH-B2II |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 10993 |
|---|

Claim Name

| ███████████ |
|---|

Claimant Address on File

| ██████████████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 🗎 Claim number_10993.pdf | 71 KB |
|---|---|

## Signature

Sign Here



Print Name

████████████████

Email Address

█████████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

01/08/2024



Dear Representatives,

In response to the 14th Omnibus Objection, I ████████ claimant of claim 118 agreed upon the adjusted amount of 41,531.24.

Sincerely,

With Regard to Claim number 10993, As seen in the document, I received from 14th Omnibus Objection the claimed amount was 2351$.

This document claims the correct International BIA amount is 2513.05$ and also Int BIA interest of 6.61$, therefore I agree to modify the original claimed amount (which was 2351$) to the new amount suggested by BLOCKFI International which is 2513.05$ and interest of 6.61$ which comes to sum of 2,519.66$. All prices mentioned above are in USD.

As of today I see in my BLOCKFI interest account I have 1.57966403 ETH , 0.04129185 BTC and 0.00011731LTC

Unique ID: ZVI8-5NMK-CETH-B2II

██████████████

████████████

Date 5-1-2024

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

372K-2O2E-R0R4-MMTM

○ Where can I find my Unique ID?

## Claim Information

Claim Number

19301

Claim Name

██████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 🗋 Kroll Letter.pdf | 1019 KB |

## Signature

Sign Here



Print Name

[REDACTED]

Email Address

[REDACTED]

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Dear Kroll Representative,

I hope this email finds you well. I am writing in response to the notification regarding the Wind-Down Debtors' Fourteenth Omnibus Objection to Claims, filed by BlockFi on December 21, 2023.

I acknowledge receipt of the objection and related information sent by Kroll Restructuring Administration LLC on or around January 5, 2024. After carefully reviewing the details, I would like to express my objections to the objection filed by BlockFi.

I am keenly interested in gaining clarity on all the investments I made in the BlockFi interest-bearing accounts. While I understand the complexities of the bankruptcy proceedings, I believe it is essential to ensure transparency and fairness for all investors affected by this situation. My primary concern is the retrieval of my original basis invested in BlockFi's interest-bearing accounts.

In addition, I am supportive of any collective efforts for the greater good of all affected individuals who wish to pursue actions against BlockFi or Kroll. I believe in justice and fairness, and I am willing to contribute to the collective efforts aimed at addressing the concerns of the affected investors.

To facilitate this process, I am submitting my response electronically through the provided portal. For your records, please find the necessary details below:

██████████████

I appreciate your attention to this matter and kindly request confirmation of the receipt of my response. If there are any additional steps or information required from my end, please do not hesitate to inform me promptly.

I have worked diligently for my investments, and it is disheartening to see them face such uncertainties. Thank you for your understanding and assistance in resolving this matter.

Sincerely,



BlockFi Fourteenth Omnibus Objection Response Portal

## BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 2AU4-HUWJ-SGEO-9U09 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 1795 |
|---|

Claim Name

| ██████ |
|---|

Claimant Address on File

| ████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ██████ |
|---|

Street1

████████████

Street2

City

██████

State

██

Zip

██████

Country

███████

Telephone Number

██████

Email Address

██████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

██████

Street1

████████████

Street2

City

███████

State

██

Zip

██████

Country

███████

Telephone Number

███████

Email Address

██████████

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fourteenth Omnibus Objection Response Portal

Upload Here

| | | |
|---|---|---|
| 🄯 | BlockFi Statement - 10 31 22████████pdf | 23 KB |
| 🄯 | BlockFi - Response to Claim Objection.pdf | 140 KB |

## Signature

Sign Here



Print Name

████████

Email Address

████████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

To whom it may concern,

My previously submitted BlockFi statement is also attached.  My account was valued $5,359.91 USD as of October 31, 2022 and would be valued at $10,908.25 USD as the present time and date.  This was setup as an initial college fund for my son and would be a devastating blow if my claim was not honored and funds not disbursed back to my family.

Please accept this as my official response to the Fourteenth Omnibus Objection to Claims motioned by BlockFi.

Please let me know if you need any more information from me.

Thank you,



 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

**Name**

**Email**

**Address**

**Account ID**

**Month Ending**          October 31, 2022

You earned approximately
**$0.00 \*** worth of crypto.

# October 2022 BlockFi Interest Account Statement

| Flex Selection | --- |
|---|---|
| **Month Ending** | October 31, 2022 |

You earned approximately
**$11.75 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC** $20,492.00 | 0.00056544 $11.59 | 0.26030247 $5,334.12 |
| **1 GUSD** $1.00 | 0.15790129 $0.16 | 25.78769823 $25.79 |
| **Total\*** in USD | **$11.75** | **$5,359.91** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| UPK4-D2F9-LYB5-DHCN |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 20735 |
|---|

Claim Name

| ██████ |
|---|

Claimant Address on File

| ███████████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ██████ |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 BlockFi.pdf | 196 KB |
|---|---|

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 20735 | ███ | 02/13/23 | BlockFi Inc. | $10,000.00 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 20735 | 6,208.04 | 12.32 | - | - | - | - | - | - | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

> RKJI-SW35-6T1I-Q3FO

○ Where can I find my Unique ID?

## Claim Information

Claim Number

> 119

Claim Name

> ██████

Claimant Address on File

> ████████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

>

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

🗎 Response to Blockfi claim 119.pdf                                                          60 KB

## Signature

Sign Here



Print Name

▉▉▉▉

Email Address

▉▉▉▉▉▉

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

01/08/2024



Dear Representatives,

In response to the 14th Omnibus Objection, I, █████████ agreed to the objection of claim 119 which is replaced by claim 118.

Sincerely,

█████████████████

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| F05G-8US8-XMO1-1OEG |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 17005 |
|---|

Claim Name

| ███████████ |
|---|

Claimant Address on File

| ███████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ███████████ |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 4158369286779820.pdf                                                                    196 KB

## Signature

Sign Here

Print Name

▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 17005 | ████ | 02/21/23 | BlockFi Inc. | $209.63 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 17005 | 182.18 | 0.83 | - | - | - | - | - | - | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| DTTU-PIIQ-DY0Y-JGEI |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 22051 |
|---|

Claim Name

| ███████ |
|---|

Claimant Address on File

| ████████████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |
|---|

Street1

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄  8674802781662850.pdf                                                                                                          197 KB

---

Signature

Sign Here



Print Name

�one-line redacted field

Email Address

▆▆▆▆▆▆▆▆

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc** *et al.*

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| **Proof of Claim No.** | **Claimant Name** | **Date Filed** | **Filed Debtor Entity** | **Asserted Claim Amount** | **Basis for Objection** |
| 22051 | ███████ | 03/09/23 | BlockFi Inc. | $0.00 | IC |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Surviving Claim No.** | **US BIA** | **US BIA Interest** | **US Loan** | **US BPC** | **US BPC Interest** | **Intl BIA/BPC** | **Intl BIA/BPC Interest** | **Intl Loan** | **Surviving Claim Entity** |
| 21339 | - | - | - | - | - | - | - | - | BlockFi International LTD |

| Expunge/Modify |
|---|
| Expunge |

BlockFi Fourteenth Omnibus Objection Response Portal

## BlockFi Fourteenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

Grand Central Station, PO Box 4850

New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

850 Third Avenue, Suite 412

Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

GG6Z-LUWG-0P5M-7EK9

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

5662

Claim Name

██████

Claimant Address on File

███████████████

To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.

Name:

██████

Street1

██████

Street2

City

██████

State

████

Zip

Country

██████

Telephone Number

██████

Email Address

██████

BlockFi Fourteenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| blockfi claim.pdf | 225 KB |

## Signature

Sign Here



Print Name

▌▌▌▌▌▌▌▌

Email Address

▌▌▌▌▌▌▌▌▌

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



Dashboard  >  Loans Overview

Outstanding Balance ⓘ
**$8,650.27**

Total Collateral Value ⓘ
**$12,904.93**

Total Loan Amount ⓘ
**$105,060.00**

New Loan

## Funded Loans ⌃



Loan #b0ebc451
**$105,060.00**

Collateral Amount
**0.80 BTC**

Principal Balance
**$8,650.27**

At Risk (67% LTV)                    Opened Oct 14

## Loan Applications ⌃

## Archive ⌃



Loan #9414027c
**$51,000.00**

Paid In Full                    Opened Apr 18



Loan #e56d248c
**$51,000.00**

Paid In Full                    Opened Feb 23

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| A405-PUEZ-SGTW-HQSM |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 171 |
|---|

Claim Name

| ▮▮▮▮▮ |
|---|

Claimant Address on File

| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |
|---|

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 📄 | ▆▆▆▆▆ BlockFi Objection Response.pdf | 24 KB |
| 📄 | ▆▆▆▆▆ BlockFi Deposit 04.26.2021.png.pdf | 60 KB |
| 📄 | ▆▆▆▆▆ BlockFi Deposit 03.17.2021.png.pdf | 53 KB |

## Signature

Sign Here



Print Name

▆▆▆▆▆

Email Address

▆▆▆▆▆▆▆

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

# Your ACH deposit is confirmed



Your $400 ACH Deposit is confirmed and the funds are now available for use on the platform. These funds have been used to purchase GUSD which has been deposited into your BlockFi Interest Account.

## ACH DEPOSIT

**Name:** ███████████

**Deposit Amount:** $400

**Deposit Source:** ████████

**Transaction Initiated Date:** 03/17/21

**Authorization Agreement:** You authorize BlockFi to debit your bank account in the amount you entered via ACH and, if necessary, to make adjustments for any debits made in error to your bank account. This is a one-time authorization and not revocable.

Your $300 ACH Deposit is confirmed and the funds are now available for use on the platform. These funds have been used to purchase GUSD which has been deposited into your BlockFi Interest Account.

Please keep enough funds in your bank account for 3-4 days to cover this deposit. These funds will not be available to withdraw from BlockFi's platform for 5 business days.

## ACH DEPOSIT

**Name:**

**Deposit Amount:** $300

**Deposit Source**

**Transaction Initiated Date:** 04/26/21

**Authorization Agreement:** You authorize BlockFi to debit your bank account in the amount you entered via ACH and, if necessary, to make adjustments for any debits made in error to your bank account. This is a one-time authorization and not revocable.

Hello,

I do not understand why the $700.00 claim for ███████ was given a "BR" basis for objection
asserting that the claim amount does not match BlockFi's books and records. I have included
the two conformations of deposits for $400.00 and $300.00 on 04/26/2021 and 03/17/2021, and
would greatly appreciate any information surrounding the mismatch in amounts.

Best,
███████

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

Grand Central Station, PO Box 4850

New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

850 Third Avenue, Suite 412

Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

NYBY-J5XG-G3O8-NJ5W

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

BlockFi Fourteenth Omnibus Objection Response Portal

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

22799

Claim Name

██████████

Claimant Address on File

████████████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Fourteenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 1074394130922940.pdf | 196 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc** *et al.*

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 22799 | ███████ | 03/25/23 | BlockFi International Ltd. | $0.97 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 22799 | - | - | - | - | - | 84.90 | 0.30 | - | BlockFi International LTD |

| Expunge/Modify |
|---|
| Modify |

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

9ARL-K8BG-A1MA-0J50

○ Where can I find my Unique ID?

## Claim Information

Claim Number

20401

Claim Name

██████████

Claimant Address on File

██████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 5346600035688800.pdf                                           196 KB

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc *et al.*

**14th Omnibus Objection**

**Legend: Basis for Objection**

BR    Asserted claim amount does not match BlockFi s books and records

IC    Asserted against incorrect debtor entity or improperly assert priority or secured status

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 20401 | ███████ | 02/13/23 | BlockFi International Ltd. | $276.88 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 20401 | - | - | - | - | - | 230.45 | 1.13 | - | BlockFi International LTD |

| Expunge/Modify |
|---|
| Modify |



# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

> JK6L-Y2G0-J7JZ-MIWD

○ Where can I find my Unique ID?

## Claim Information

Claim Number

> 28320

Claim Name

> ███████

Claimant Address on File

> ████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

>

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 blockfi interest 1122.pdf | 241 KB |
| 📄 blockfi wallet 1122.pdf | 183 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



12:33

← **Wallet**

Balance ⓘ

# $1,642.27

Fund    Withdraw

ETH
99.08%

## Balances

◆ Ethereum        $1,627.08  ›
  ETH             1.33440957

◍ Gemini USD      $15.18  ›
  GUSD            15.18

## Transactions

Your transaction history has moved. Visit the
Dashboard to view Wallet Account transactions.

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 0RQI-FIVS-BVBE-8Y1K |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 78 |
|---|

Claim Name

| ██████████ |
|---|

Claimant Address on File

| ██████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ██████████ |
|---|

Street1

[REDACTED]

Street2

City

[REDACTED]

State

[REDACTED]

Zip

[REDACTED]

Country

[REDACTED]

Telephone Number

[REDACTED]

Email Address

[REDACTED]

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄  BlockfiObjection.pdf                                                                                      196 KB

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮▮

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies
with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc *et al.*

**14th Omnibus Objection**

**Legend: Basis for Objection**

BR        Asserted claim amount does not match BlockFi s books and records

IC        Asserted against incorrect debtor entity or improperly assert priority or secured status

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 78 | ███████ | 12/05/22 | BlockFi Inc. | $4,723.95 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 78 | 4,547.65 | 8.79 | - | - | - | - | - | - | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

PRTO-F9FI-QVW5-83AG

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

13688

Claim Name

███████

Claimant Address on File

████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Fourteenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 8778514443665480_encrypted_.pdf | 281 KB |

## Signature

Sign Here



Print Name

███████

Email Address

██████████

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

·

**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

Legend: Basis for Objection

BR    Asserted claim amount does not match BlockFi's books and records

IC    Asserted against incorrect debtor entity or improperly assert priority or secured status

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 13688 | ███████ | 03/15/23 | Multiple Debtors Asserted | $45,275.08<br>No Objection to this amount<br>$45,275.08 | BR IC ███████ Jan 5, 2024 |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 13688 | 45,254.28 | 73.11 | - | - | - | - | - | - | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |



BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 8P6F-O5VW-91BP-2J2F |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 10677 |
|---|

Claim Name

| ▮▮▮▮▮ |
|---|

Claimant Address on File

| ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
|---|

Street1

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 CCE_000251(2).pdf | 116 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Debtors: BlockFi Inc *et al.*
14th Omnibus Objection

Legend: Basis for Objection

BR    Asserted claim amount does not match BlockFi's books and records

IC    Asserted against incorrect debtor entity or improperly assert priority or secured status

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 10677 | | 02/28/23 | BlockFi Inc. | $16,885.21 | BR |

| Schedule Info | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 10677 | 13,353.83 | 22.18 | - | - | - | - | - | - | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

O4DD-PEGH-EXX0-J3W9

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

21664

Claim Name

███████████

Claimant Address on File

███████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Fourteenth Omnibus Objection Response Portal

To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.

Upload Here

| | |
|---|---|
| 📄 BlockFi- CurrentAccount.pdf | 154 KB |
| 📄 BlockFi-reject.pdf | 196 KB |

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 21664 | ██████████ | 03/15/23 | BlockFi Inc. | $498.77 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 21664 | 453.60 | 2.14 | - | - | - | - | - | - | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

 **BlockFi**                                        

---

🛈 **Important Update**
As previously notified, **Wallet withdrawals were suspended on December 31, 2023, at 11:59 PM UTC.** Any remaining wallet balances will be converted to cash and distributed to BlockFi clients in U.S. dollars.

- **Clients that initiated a withdrawal request and need to verify their identity must complete the Identity Verification requests by January 12, 2024, at 11:59 PM UTC.**

More information about withdrawals and balances can be found in our FAQ **here**.

**Dashboard** / **Interest Account**

# Interest Account



🗘 Overview                                                            ⌄

## Your Assets

| Asset | Quantity | |
|-------|----------|---|
| 🌐 Gemini USD<br>GUSD | 323.63 GUSD | ⟩ |
| 🔷 Ethereum<br>ETH | 0.11134695 ETH | ⟩ |

## Recurring Trades

**Recurring Trade**

**Buy Amt Frequency**

You have not set up any recurring trades.

## Transactions

Your transaction history has moved. Visit the Dashboard to view Interest Account transactions.

**Go to Dashboard**

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

U27Q-DHTP-PL48-L926

○ Where can I find my Unique ID?

## Claim Information

Claim Number

22910

Claim Name

███████

Claimant Address on File

████████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

████████

Telephone Number

████████

Email Address

████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 blockfi objec ion pdf | 245 KB |

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



I was told on my phone call at 2:09 pm EST, 1/5/2024, with [REDACTED], that this screenshot would serve as appropriate level of proof. [REDACTED] was not able to tell me anything useful on the call. This screenshot provides the amount of GUSD, BTC, and ETH in my interest account that I expect to receive back. I was not provided any details about why my original submission needs to be modified – the paperwork for the original submission was no very clear, but appeared to indicate that I needed to put the values of my account in USD, not ETH/GUSD/or BTC. That is where I assume the error was made – it has been nearly 9 months since I submitted it and the value of ETH and BTC has changed since then, so the USD value of my claim has also changed. I'm submitting this image of my interest account values so that I may receive the correct amount back.

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

Grand Central Station, PO Box 4850

New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

850 Third Avenue, Suite 412

Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

2XBM-FXGQ-JNH5-LR2R

○ Where can I find my Unique ID?

## Claim Information

Claim Number

1153

Claim Name

██████████

Claimant Address on File

██████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fourteenth Omnibus Objection Response Portal

Upload Here

| | |
|---|---|
| 📄 blockfi.pdf | 683 KB |

## Signature

Sign Here

Print Name

███████

Email Address

███████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc. et al.**

**14th Omnibus Objection**

**Legend: Basis for Objection**

BR    Asserted claim amount does not match BlockFi's books and records.

IC    Asserted against incorrect debtor entity or improperly assert priority or secured status

### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 1153 | ▮ | 01/09/23 | BlockFi Inc. | $13,543.55 | BR |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 1153 | 10,258.30 | 19.50 | - | - | - | - | - | - | BlockFi Inc. |

### Expunge/Modify

Modify

I AGREE TO this Amount BACK

1/5/24

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

NHOR-Y6PP-1CBN-SCKQ

○ Where can I find my Unique ID?

## Claim Information

Claim Number

26571

Claim Name

███████████

Claimant Address on File

███████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 claim_Intetest_acc pdf | 139 KB |

## Signature

Sign Here



Print Name

▭

Email Address

▭

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

TO: THE HONORABLE CHIEF JUDGE MICHAEL B. KAPLAN UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY

Claim number: 26571

Claimant Name: █████████████

Title: Assessment of the value of the Interest account.

I, ███████████, age ██, declare that the documents previously filed to support my application
are, at the best of my knowledge and in good faith correct. That is the amount that is currently
shown in my BlockFi account at present day.

The current value of my 'Interest' account consists of:

- Tether USDT: 86.60
- Ethereum ETH: 0.61774421
- Bitcoin BTC: 0.04587998


████████████

████████████████████


Date
08/01/2024

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| RPA5-S9AD-VKT5-8ZDN |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 18307 |
|---|

Claim Name

| ▬▬▬▬▬▬ |
|---|

Claimant Address on File

| ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ▬▬▬▬▬ |
|---|

Street1

<span style="background:black">████████████</span>

Street2

City

<span style="background:black">████</span>

State

<span style="background:black">██</span>

Zip

<span style="background:black">███</span>

Country

<span style="background:black">████</span>

Telephone Number

<span style="background:black">████</span>

Email Address

<span style="background:black">██████</span>

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 Blockfi petition.pdf                                                                                    81 KB

## Signature

Sign Here

Print Name

▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies
with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.

To whom it may conern,

I Just want to withdraw any money that I can. Any information on this process would be greatly helpful. Please E mail or call with any information that could help.

███████████████████████████████

Thank you,

███████████

🛈 **Important Update**
As previously notified, **Wallet withdrawals were suspended on December 31, 2023, at 11:59 PM UTC.** Any remaining wallet balances will be converted to cash and distributed to BlockFi clients in U.S. dollars.

- **Clients that initiated a withdrawal request and need to verify their identity must**

 **BlockFi**                                                    

**Dashboard** / **Interest Account**

# Interest Account

 Overview                                                         ⌄

## Your Assets

| Asset | Quantity | |
|---|---|---|
| 🌐 Gemini USD<br>GUSD | 291.86 GUSD | › |
| 🔷 Ethereum<br>ETH | 2.74138584 ETH | › |
| ₿ Bitcoin<br>BTC | 0.03044168 BTC | › |
| Ł Litecoin<br>LTC | 0.00016106 LTC | › |

## Recurring Trades

**Recurring Trade**                                                          **Buy Amt Frequency**

You have not set up any recurring trades.

## Transactions

Your transaction history has moved. Visit the Dashboard to view Interest Account transactions.

**Go to Dashboard**

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| SEMI-5Q4H-YAKQ-N0LV |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 21976 |
|---|

Claim Name

| ███████████ |
|---|

Claimant Address on File

| ████████████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Blockfi.pdf | 440 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| LA3F-QDY4-N6XL-K96C |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 21593 |
|---|

Claim Name

| ▇▇▇▇▇▇▇ |
|---|

Claimant Address on File

| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 Docket No. 2010 Claim No. 21593.pdf                                                          106 KB

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

According to Surviving Claim No. 21593, I agreed to the modified amount.



Debtors: BlockFi Inc et al.
14th Omnibus Objection

**Legend: Basis for Objection**

BR — Asserted claim amount does not match BlockFi's books and records

IC — Asserted against incorrect debtor entity or improperly assert priority or secured status

### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 21593 | | 03/20/23 | BlockFi Inc. | $10,324.97 | BR |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 21593 | 8,016.71 | 16.09 | - | - | - | - | - | - | BlockFi Inc. |

### Expunge/Modify

Modify

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| QC7K-IW6E-6OQT-UZI1 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 11184 |
|---|

Claim Name

| ███████████ |
|---|

Claimant Address on File

| ███████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
|---|

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fourteenth Omnibus Objection Response Portal

Upload Here

| 🄫 Block Assets from dashboard 1 5:24.pdf | 146 KB |
| 🄫 Block Fi Objection information 1:5:24 pdf | 81 KB |
| 🄫 Original BlockFi Claim 11184.pdf | 100 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



BlockFi

Dashboard / Interest Account

# Interest Account

## Assets

- Overview
- Bitcoin BTC
- Ethereum ETH
- PAX Gold PAXG

### Your Assets

| Asset | Quantity |
|---|---|
| Gemini USD GUSD | 7,499.76 GUSD |
| PAX Gold PAXG | 5.80672673 PAXG |
| Ethereum ETH | 3.75111984 ETH |
| Bitcoin BTC | 0.24575868 BTC |

More information about withdrawals and balances can be found in our FAQ here.

I am not sure what the objection is all about but attached is my assets in my Blockfi interest account currently for my case11184 which is the correct amount below of coins| I do not know what the value of these are at the time the claim was filed. You can figure the value and pay what it is worth. This is the amount I am claiming

## Your Assets

| Asset | Quantity |
|---|---|
| Gemini USDGUSD | 7,499.76GUSD |
| PAX GoldPAXG | 5.80672673PAXG |
| EthereumETH | 3.75111984ETH |
| BitcoinBTC | 0.24575868BTC |

1/5/24

**Debtors: BlockFi Inc et al.**
**14th Omnibus Objection**

Legend: Basis for Objection

BR    Asserted claim amount does not match BlockFi's books and records

IC    Asserted against incorrect debtor entity or improperly assert priority or secured status

| | | Claim Info | | | | |
|---|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | | Basis for Objection |
| 11184 | ■ | 03/09/23 | BlockFi Inc. | $20,968.47 | | BR |

| | | | Schedule Info | | | | | |
|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 11184 | 25,968.48 | 61.40 | - | - | - | - | - | - | BlockFi Inc. |

BlockFi Fourteenth Omnibus Objection Response Portal

## BlockFi Fourteenth Omnibus Objection Response Portal

---

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

*c/o Kroll Restructuring Administration LLC*
*Grand Central Station, PO Box 4850*
*New York, NY 10163-4850*

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

*c/o Kroll Restructuring Administration LLC*
*850 Third Avenue, Suite 412*
*Brooklyn, NY 11232*

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

---

### Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

C6GN-51UQ-JA3W-PN3A

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

---

BlockFi Fourteenth Omnibus Objection Response Portal

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

19571

Claim Name

███████████

Claimant Address on File

███████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 BlockFi.pdf | 158 KB |

## Signature

Sign Here



Print Name

▆▆▆▆▆▆▆

Email Address

▆▆▆▆▆▆▆▆▆

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

 **BlockFi**



---

🔴 **Important Update**

As previously notified, **Wallet withdrawals were suspended on December 31, 2023, at 11:59 PM UTC.** Any remaining wallet balances will be converted to cash and distributed to BlockFi clients in U.S. dollars.

- **Clients that initiated a withdrawal request and need to verify their identity must complete the Identity Verification requests by January 12, 2024, at 11:59 PM UTC.**

More information about withdrawals and balances can be found in our FAQ **here**.



**Dashboard** / **Interest Account**

# Interest Account



| Overview | ⌄ |
| --- | --- |

## Your Assets

| Asset | Quantity | |
| --- | --- | --- |
| Ethereum ETH | 0.08924863 ETH | ❯ |
| Bitcoin BTC | 0.02011524 BTC | ❯ |
| Gemini USD GUSD | 0.01 GUSD | ❯ |

## Recurring Trades

**Recurring Trade**                                        **Buy Amt Frequency**

You have not set up any recurring trades.

## Transactions

Your transaction history has moved. Visit the Dashboard to view Interest Account transactions.

**Go to Dashboard**

# BlockFi Fourteenth Omnibus Objection Response Portal

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| IAPG-ASYM-HDDK-8XNR |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 12056 |
|---|

Claim Name

| ▮▮▮▮▮▮▮ |
|---|

Claimant Address on File

| ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 Dispute - ▮▮▮▮▮▮▮ .pdf                                                                          99 KB

## Signature

Sign Here



Print Name

▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies
with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Re: BlockFi Inc Bankruptcy

Date: 6 January 2024

To whom this may concern.

I am disputing the two notices I received, highlighting inaccuracies in the balance compared to the BlockFi statement.

Claim Number: 12056
Claimant Name: █████████
Unique ID: IAPG-ASYM-HDDK-8XNR

Claim Number: 18239
Claimant Name: ████████
Link to Your Objection
Unique ID: 4M59-VDXW-3AJ9-NJL4

According to my BlockFi statement I have the following balances owing:

ETH: 2.67599350     (Refer to below snip of statement)
BTC: 0.01462435     (Refer to below snip of statement)

I would appreciate your checking the balances again to ensure accuracy of the settlements.

I can be contacted on  for further information or clarification.

Yours sincerely,





 **BlockFi**    ≡

❗ **Important Update**
As previously notified, **Wallet withdrawals were suspended on December 31, 2023, at 11:59 PM UTC**. Any remaining wallet balances will be converted to cash and distributed to BlockFi clients in U.S. dollars.

- **Clients that initiated a withdrawal request and need to verify their identity must complete the Identity Verification requests by January 12, 2024, at 11:59 PM UTC.**

More information about withdrawals and balances can be found in our FAQ **here**.

**Dashboard** / **Interest Account** / Bitcoin

# Interest Account

 Bitcoin BTC                                                                    ⌄

 **Bitcoin BTC**

Balance
# 0.05366319

**Recurring Trades**

| Recurring Trade | Buy Amt | Frequency |
|---|---|---|

You have not set up any recurring trades.



# BlockFi

## Transactions

Date ⌄    Type ⌄    ⬇

| Date | Description | Type |
|------|-------------|------|
| Jun 22 | ₿ 0.05366319 BTC | UI Update: BIA To Wallet Transfer Request Not Executed ⌄ |
| Jun 22 | ₿ 0.05366319 BTC | UI Update: Wallet To BIA Transfer Request Not Executed ⌄ |
| Nov 11 | ₿ 0.05366319 BTC | Internal Transfer - BIA ⌄ |
| Nov 11 | ₿ 0.05366319 BTC | Internal Transfer - Wallet ⌄ |
| Oct 31 | ₿ 0.00015655 BTC | Interest Payment ⌄ |
| Sep 30 | ₿ 0.00015090 BTC | Interest Payment ⌄ |
| Aug 31 | ₿ 0.00015562 BTC | Interest Payment ⌄ |
| Jul 31 | ₿ 0.00015395 BTC | Interest Payment ⌄ |
| Jul 01 | ₿ 0.01110634 BTC | Internal Transfer - BIA ⌄ |
| Jul 01 | ₿ 0.01110634 BTC | Crypto Transfer ⌄ |

Showing 10 of 29    Show More

| Cryptocurrency | Amount | Transaction Type | Exchange Rate (USD) | Confirmed At |
|---|---|---|---|---|
| BTC | 0.05366319 | UI Update: BIA to Wallet Transfer Request Not Executed | | 2022-11-11 23:59:59 |
| BTC | 0.05366319 | UI Update: Wallet to BIA Transfer Request Not Executed | | 2022-11-11 23:59:59 |
| BTC | 0.05366319 | BIA Deposit | | 2022-11-11 18:16:57 |
| BTC | 0.05366319 | BIA Withdraw | | 2022-11-11 18:14:55 |
| BTC | 0.00015655 | Interest Payment | | 2022-10-31 23:59:59 |
| BTC | 0.00015090 | Interest Payment | | 2022-09-30 23:59:59 |
| BTC | 0.00015562 | Interest Payment | | 2022-08-31 23:59:59 |
| BTC | 0.00015395 | Interest Payment | | 2022-07-31 23:59:59 |
| BTC | 0.01110634 | BIA Deposit | | 2022-07-01 19:35:08 |
| BTC | 0.01110634 | Crypto Transfer | | 2022-07-01 19:04:55 |
| BTC | 0.00010170 | Interest Payment | | 2022-06-30 23:59:59 |
| BTC | 0.00010478 | Interest Payment | | 2022-05-31 23:59:59 |
| BTC | 0.00013410 | Interest Payment | | 2022-04-30 23:59:59 |
| BTC | 0.00015500 | Interest Payment | | 2022-03-31 23:59:59 |
| BTC | 0.00011498 | Interest Payment | | 2022-02-28 23:59:59 |
| BTC | 0.00016518 | BIA Deposit | | 2022-02-09 13:08:35 |
| BTC | 0.00016518 | Crypto Transfer | | 2022-02-09 10:46:29 |
| BTC | 0.02542891 | BIA Deposit | | 2022-02-08 07:13:50 |
| BTC | 0.02048986 | Crypto Transfer | | 2022-02-07 23:38:07 |
| BTC | 0.00493905 | Crypto Transfer | | 2022-02-07 20:09:13 |
| BTC | 0.00005859 | Interest Payment | | 2022-01-31 23:59:59 |
| BTC | 0.00005828 | Interest Payment | | 2021-12-31 23:59:59 |
| BTC | 0.00004016 | Interest Payment | | 2021-11-30 23:59:59 |
| BTC | 0.00459483 | Crypto Transfer | | 2021-11-29 13:33:39 |
| BTC | 0.00004092 | Interest Payment | | 2021-10-31 23:59:59 |
| BTC | 0.00003930 | Interest Payment | | 2021-09-30 23:59:59 |
| BTC | 0.00001404 | Interest Payment | | 2021-08-31 23:59:59 |
| BTC | 0.01063157 | Crypto Transfer | | 2021-08-19 08:25:08 |
| BTC | 0.00025749 | Crypto Transfer | | 2021-08 |

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| CEBO-MX9B-WUVR-Y0W8 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 1302 |
|---|

Claim Name

| ███████████ |
|---|

Claimant Address on File

| ███████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ███████████ |
|---|

Street1

[ ████████ ]

Street2

[ ████████ ]

City

[ ████ ]

State

[ ████ ]

Zip

[ ████ ]

Country

[ ████ ]

Telephone Number

[ ████████ ]

Email Address

[ ████████████ ]

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

[                    ]

Street1

[                    ]

Street2

[                    ]

City

[                    ]

State

[                    ]

Zip

[                    ]

Country

[                    ]

Telephone Number

[                    ]

Email Address

[                    ]

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 🗎 Btc.pdf | 1 MB |

## Signature

Sign Here



Print Name

███████████

Email Address

███████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

BlockFi Fourteenth Omnibus Objection Response Portal

## BlockFi Fourteenth Omnibus Objection Response Portal

---

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

---

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

K34L-MQ5B-5LC6-XYS4

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

---

BlockFi Fourteenth Omnibus Objection Response Portal

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

> 23743

Claim Name

> ████████

Claimant Address on File

> ██████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Fourteenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| ▨ ████████████████████ peg | 123 KB |

## Signature

Sign Here



Print Name

███████

Email Address

███████

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| L5NK-RTDI-BMNL-GYU5 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 18395 |
|---|

Claim Name

| ▇▇▇▇▇▇ |
|---|

Claimant Address on File

| ▇▇▇▇▇▇▇▇▇▇▇ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ▇▇▇▇ |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 1532622146893930.pdf | 197 KB |

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registraion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

Debtors: BlockFi Inc *et al.*

14th Omnibus Objection

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi's books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 23743 | ███████ | 03/29/23 | BlockFi International Ltd. | $146.00 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 23743 | - | - | - | - | - | 92.76 | 0.21 | - | BlockFi International LTD |

| Expunge/Modify |
|---|
| Modify |

**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

**Legend: Basis for Objection**

BR — Asserted claim amount does not match BlockFi s books and records

IC — Asserted against incorrect debtor entity or improperly assert priority or secured status

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 18395 | ■■■■■ | 03/23/23 | BlockFi Inc. | $2,000.00 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 18395 | 1,806.42 | 4.88 | - | - | - | - | - | - | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| E0LQ-5HNM-1VMT-Y0MQ |
| --- |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 2353 |
| --- |

Claim Name

| ███████ |
| --- |

Claimant Address on File

| ████████████████████████ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
| --- |

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄  Blockfi claim - amount change (1).pdf                                                                      144 KB

## Signature

Sign Here



Print Name

▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies
with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.

January 5, 2024

Hello,

I would like to change the claim amount from \$63,923.14 to \$28,024.46 as shown below:

Debtors: BlockFi Inc et al.
14th Omnibus Objection

**Legend: Basis for Objection**

BR   Asserted claim amount does not match BlockFi's books and records

IC   Asserted against incorrect debtor entity or improperly assert priority or secured status

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 2353 | | 01/29/23 | BlockFi Inc. | \$63,923.14 | BR IC |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 2353 | - | - | - | - | - | 28,024.46 | 48.89 | - | BlockFi Internationa l LTD |

| Expunge/Modify |
|---|
| Modify |

Thanks,

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p .m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

Grand Central Station, PO Box 4850

New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

850 Third Avenue, Suite 412

Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

LUOI-VTJD-WMDX-BQ3R

○ Where can I find my Unique ID?

## Claim Information

Claim Number

19157

Claim Name

████████████

Claimant Address on File

████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 Response.pdf | 407 KB |

## Signature

Sign Here



Print Name

▬▬▬▬▬▬

Email Address

▬▬▬▬▬▬

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Jan-8, 2024

To the BlockFi Inc Bankruptcy team

On Jan-5 I received the following email (see page 2).

On that email there is a link to a pdf with a summary of an objection (see page 3).

For what I can read, it looks like the BlockFi Inc Bankruptcy team is confirming that the correct amount I'm owed is $34,143.96 + $53.79

That information looks correct to me as at the moment of the bankruptcy I had a little bit more than 2.1 bitcoin (see page 4) and I understand the price in USD that was locked for each bitcoin was close to $16,200. So the amounts would be correct.

I assume that the mismatch is happening because on 2/15/2023 I submitted additional information because I wasn't being able to access the Kroll website, so I panicked.

**In summary: if the amount I will be receiving is $34,143.96 + $53.79 that looks correct to me.**

Thanks,

███████████



---

**BlockFi Bankruptcy Notice**
1 message

---

**BlockFi Inc Bankruptcy Noticing** <BlockFiBankruptcyNoticing@noticing.ra.kroll.com>    Fri, Jan 5, 2024 at 3:44 PM
Reply-To: blockfiinfo@ra.kroll.com
To:

Please find below links to the following important documents, related to the bankruptcy proceeding of BlockFi Inc., *et al.*, Case No. 22-19361, United States Bankruptcy Court for the District of New Jersey.

**Wind-Down Debtors' Fourteenth Omnibus Objection to Claims** **[Docket No. 2010]**

Responses, if any, to the Objection must be filed with Kroll Restructuring Administra ion LLC, so as to be received no later than **January 30, 2024, at 4:00 p.m. (prevailing Eastern Time)**.  Responses may be filed electronically or by mail.  For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 19157
Claimant Name:
Link to Your Objection Information
Unique ID: LUOI-VTJD-WMDX-BQ3R

BlockFi Inc Bankruptcy Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Unsubscribe - Unsubscribe Preferences

**Debtors: BlockFi Inc *et al*.**

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| **Proof of Claim No.** | **Claimant Name** | **Date Filed** | **Filed Debtor Entity** | **Asserted Claim Amount** | **Basis for Objection** |
| 19157 | ██████ | 02/15/23 | BlockFi Inc. | $59.40 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Surviving Claim No.** | **US BIA** | **US BIA Interest** | **US Loan** | **US BPC** | **US BPC Interest** | **Intl BIA/BPC** | **Intl BIA/BPC Interest** | **Intl Loan** | **Surviving Claim Entity** |
| 19157 | 34,143.96 | 53.79 | - | - | - | - | - | - | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |



# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| N5YI-CTZC-MUBX-4DZ1 |
| --- |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 18745 |
| --- |

Claim Name

| ███████████████ |
| --- |

Claimant Address on File

| ████████████████████████ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
| --- |

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fourteenth Omnibus Objection Response Portal

Upload Here

| | | |
|---|---|---|
| 🗎 | ▬▬▬ BlockFi - 23.03.29 - Screenshot 2024-01-05 at 10.49.14 - $2,851.55.pdf | 1 MB |
| 🗎 | ▬▬▬ BlockFi - Screenshot 2024-01-05 at 10.54 29 - Withdrawal Request.pdf | 1 MB |
| 🗎 | ▬▬▬ BlockFi - Objec ion Letter.pdf | 33 KB |

## Signature

Sign Here



Print Name

▬▬▬▬▬

Email Address

▬▬▬▬▬

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



To Whom It May Concern,

This is ████████████████ writing to inform my objection to my BlockFi claim amount.
I have two documents attached. One is proving the amount that was sitting in my account when
I initially claimed withdrawal back on March 29th, 2023.

There is a discrepancy between the amounts provided by Kroll and what I am showing based on
the screenshot from my phone.

I show a total amount of $2,851.55 and Kroll is claiming that I have a total of $1,835.53.
I am being shorted a total of $1,016.02.

Please ensure that I will be paid the full amount from my photos tot total of $2,851.55.

Thank you kindly.



BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

CYSE-0R0X-NH1J-RBH3

○ Where can I find my Unique ID?

## Claim Information

Claim Number

904

Claim Name

███████████████████

Claimant Address on File

████████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄  BlockFi - Jan 5th.pdf                                                                    122 KB

## Signature

Sign Here



Print Name

███████████████

Email Address

████████████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Screenshot of Assets in BlockFi Interest Account as of January 5th:

Current PRICE of tokens at 9:21 pm EST:

Chainlink: $13.82 x 703.40803962 = **$9,721.09**

Ethereum: $2,252.78 x 11.41949383 = **$25,725.60**

Bitcoin: 49,909.16 x 0.29296299 = $14,621.53

---

Total Value of 3 largest Token holdings in Interest Account: **$50,068.22**

At the time of bankruptcy notice, BlockFi was unsure if they could redeem funds but with recent progress regarding FTX, the amount of **$23, 134.70** is inexcusable



# BlockFi Fourteenth Omnibus Objection Response Portal

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

43JI-0RA5-CZNN-A6PY

○ Where can I find my Unique ID?

## Claim Information

Claim Number

12554

Claim Name

███████████

Claimant Address on File

███████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 4325049641548370.pdf | 194 KB |
|---|---|
| 📄 blockfi pdf.pdf | 104 KB |
| 📄 1908_001.pdf | 2 MB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

# FEDERAL

**CREDIT UNION**

800.877.4444 | oefederal.org

**Account Statement**

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| | 04-30-21 | 18 | 1 of 4 |

E

| | ACCOUNT BALANCES | |
|---|---|---|
| 1 | Shares Regular | $ |
| 2 | Checking | $ |
| 7 | Money Market | $ |
| 141 | NEW VEHICLE | $ |



---

| **Shares Regular #1** | | | | **04-01-21 Thru 04-30-21** |
|---|---|---|---|---|

**Previous Balance:**
**Deposits/Credits:**
**Withdrawals/Debits:**
**New Balance:**

YTD Dividends: $ 17.52

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 04-01 | | | | **Balance Forward** |
| 04-30 | | 0.03 | | DIVIDEND |

ANNUAL PERCENTAGE YIELD EARNED FROM 04-01-21 THRU 04-30-21 WAS 0.03%.

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items | | |
| NSF Returned Items | | |

---

| **Checking #2** | | | | **04-01-21 Thru 04-30-21** |
|---|---|---|---|---|

**Previous Balance:**
**Deposits/Credits:**
**Withdrawals/Debits:**
**New Balance:**

YTD Dividends: $ 1.79

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 04-01 | | | | **Balance Forward** |
| 04-01 | | | | |
| 04-01 | | | | |
| 04-02 | | | | |
| 04-04 | | | | |
| 04-04 | | | | |
| 04-08 | | | | |
| 04-08 | | | | |
| 04-13 | | | | |
| 04-13 | | | | |
| 04-15 | | | | |
| 04-15 | | | | |
| 04-19 | | | | |
| 04-21 | | | | |
| 04-22 | | | | |
| 04-22 | | | | |
| 04-23 | | -5,000.00 | | EFT EFT TRANSACTION    BlockFi Trading PAYMENT   210423 |
| 04-23 | | | | |
| 04-23 | | | | |



**OE FEDERAL** **Account Statement**

CREDIT UNION

800.877.4444 | oefederal.org

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| ██████ | 04-30-21 | 18 | 2 of 4 |



## Checking #2 (continued)

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description | |
|---|---|---|---|---|---|
| 04-23 | | | | | |
| 04-23 | | | | | |
| 04-26 | | -5,000.00 | | EFT EFT TRANSACTION   BlockFI Trading PAYMENT   210426 | |
| 04-26 | | | | | |
| 04-27 | | -5,000.00 | | EFT EFT TRANSACTION   BlockFI Trading PAYMENT   210427 | |
| 04-29 | | | | | |
| 04-29 | | | | | |
| 04-30 | | | | | |
| 04-30 | | | | | |

ANNUAL PERCENTAGE YIELD EARNED FROM 04-01-21 THRU 04-30-21 WAS 0.05%.

### Cleared Check Recap:

| CHECK | DATE | AMOUNT |
|---|---|---|
| 1731 | APR13 | ████ |

### Deposits, Dividends And Other Credits:

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| APR08 | | APR21 | | APR22 | | APR30 | |
| APR15 | | APR22 | | APR23 | | APR30 | |
| Total Dividends | 1 | | 0.47 | | | | |
| Total Deposits And Other Credits | 7 | | | | | | |

### Withdrawals, Fees, And Other Debits:

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| APR01 | | APR08 | | APR23 | | APR27 | |
| APR01 | | APR13 | | APR23 | | APR29 | |
| APR02 | | APR15 | | APR23 | | APR29 | |
| APR04 | | APR19 | | APR26 | | APR30 | |
| APR04 | | APR23 | | APR26 | | | |
| Total Fees | 1 | | -1.00 | | | | |
| Total Withdrawals And Other Debits | 18 | | | | | | |

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items | | |
| NSF Returned Items | | |

## Money Market #7 04-01-21 Thru 04-30-21

| Previous Balance: | | YTD Dividends: $ 31.41 |
|---|---|---|
| Deposits/Credits: | | |
| Withdrawals/Debits: | | |
| New Balance: | | |



| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 04-01 | | | | Balance Forward |
| 04-14 | | | | DEPOSIT |
| | | | | SBI 0414 1013 154242 Mobile Deposit   #146394823 |
| 04-15 | | | | TRANSFER   2 Online Transfer |
| 04-21 | | | | TRANSFER   2 Online Transfer |
| 04-22 | | | | TRANSFER   2 Online Transfer |
| 04-23 | | | | TRANSFER   2 Online Transfer |
| 04-30 | | | | TRANSFER   2 Online Transfer |
| 04-30 | | | | DIVIDEND |

ANNUAL PERCENTAGE YIELD EARNED FROM 04-01-21 THRU 04-30-21 WAS 0.20%.



**Account Statement**

CREDIT UNION

800.877.4444 | oefederal.org

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| | 04-30-21 | 18 | 3 of 4 |



## Money Market #7 (continued)

### Deposits, Dividends And Other Credits:

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| APR14 | | APR30 | |

| Total Dividends | 1 | |
|---|---|---|
| Total Deposits And Other Credits | 1 | |

### Withdrawals, Fees, And Other Debits:

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| APR15 | | APR22 | | APR30 | |
| APR21 | | APR23 | | | |

| Total Fees | 0 | |
|---|---|---|
| Total Withdrawals And Other Debits | 5 | |

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items | | |
| NSF Returned Items | | |

## NEW VEHICLE #141                                           04-01-21 Thru 04-30-21

| Previous Balance: | | | | | Past Due As Of: | n/a |
|---|---|---|---|---|---|---|
| Payments/Credits: | | | | | Payment Due Date: | 05-01-21 |
| Debits: | | | | | Payment Due: | |
| New Balance: | | | | | | |

| Transaction Date | Principal | Amount | Balance | Transaction Description | |
|---|---|---|---|---|---|
| 04-01 | | | | Balance Forward | |
| 04-01 | | | | LOAN PAYMENT-TRANSFER | FROM/TO 2 |

### Interest Rate Detail:

| Effective Dates | Annual Percentage Rate | Balance Subject To Interest Rate |
|---|---|---|
| APR01 - APR30 | | |

THE BALANCE USED TO COMPUTE INTEREST IS THE UNPAID BALANCE EACH DAY AFTER PAYMENTS AND CREDITS TO THAT BALANCE HAVE BEEN SUBTRACTED AND ANY ADDITIONS TO THE BALANCE HAVE BEEN MADE.

### Fees Charged:

| Date | Loan | Amount | Description |
|---|---|---|---|
| | | | TOTAL FEES FOR THIS PERIOD |

### Interest Charged:

| Date | Loan | Amount | Description |
|---|---|---|---|
| APR01 | 141 | | INTEREST CHARGE |
| | | | TOTAL INTEREST FOR THIS PERIOD |

### Totals Year-To-Date:

| TOTAL FEES CHARGED YTD | |
|---|---|
| TOTAL INTEREST CHARGED YTD | |

## Share Sub-Account Summary

| ACCT | Description | Balance | Dividend |
|---|---|---|---|
| 1 | Shares Regular | $ | $ |
| 2 | Checking | $ | $ |
| 7 | Money Market | $ | $ |

## Loan Sub-Account Summary

| ACCT | Description | Balance |
|---|---|---|
| 141 | NEW VEHICLE | |

## YTD Account Summaries

### Deposit Account Totals

YTD Dividends: $

**FEDERAL**

CREDIT UNION

800.877.4444 | oefederal.org

**Account Statement**

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
|  | 04-30-21 | 18 | 4 of 4 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS TO OR FROM YOUR DEPOSIT ACCOUNTS.** If you think your statement or receipt is wrong or if you need more information about a transfer listed on your statement or receipt, please call us toll-free at 800-877-4444 or write to us at OE Federal Credit Union, Attn: Account Services Department, PO Box 5073, Livermore, CA 94551. We must hear from you no later than 60 days after we sent the FIRST statement on which the transfer appeared. Please provide the following information when writing to us: (1) your name and account number; (2) the dollar amount and posting date of the transfer in question; and (3) an explanation of why you believe the transfer is an error or why you need more information. We will investigate your inquiry and correct any error promptly.  If we take more than 10 business days to complete our investigation, we will credit your account for the amount you believe is in error so that you have use of the money during our investigation.





**OE FEDERAL**
CREDIT UNION
800.877.4444 | oefederal.org

**Account Statement**

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| | 05-31-21 | 18 | 1 of 3 |

E



| ACCOUNT BALANCES | | |
|---|---|---|
| 1 Shares Regular | $ | |
| 2 Checking | $ | |
| 7 Money Market | $ | |
| 141 NEW VEHICLE | $ | |

---

| Shares Regular #1 | | | | 05-01-21 Thru 05-31-21 |
|---|---|---|---|---|

Previous Balance:
Deposits/Credits:
Withdrawals/Debits:
New Balance:

YTD Dividends:

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 05-01 | | | | Balance Forward |
| 05-31 | | 0.03 | | DIVIDEND |

ANNUAL PERCENTAGE YIELD EARNED FROM 05-01-21 THRU 05-31-21 WAS 0.03%.

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items | | |
| NSF Returned Items | | |

---

| Checking #2 | | | | 05-01-21 Thru 05-31-21 |
|---|---|---|---|---|

Previous Balance:
Deposits/Credits:
Withdrawals/Debits:
New Balance:

YTD Dividends:



| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 05-01 | | | | Balance Forward |
| 05-02 | | | | |
| 05-03 | | -5,000.00 | | EFT EFT TRANSACTION  BlockFi Trading PAYMENT  210503 |
| 05-04 | | | | |
| 05-06 | | | | |
| 05-11 | | | | |
| 05-11 | | | | |
| 05-13 | | | | |
| 05-14 | | | | |
| 05-18 | | | | |
| 05-20 | | | | |
| 05-21 | | | | |
| 05-24 | | | | |
| 05-26 | | | | |
| 05-31 | | | | |

ANNUAL PERCENTAGE YIELD EARNED FROM 05-01-21 THRU 05-31-21 WAS 0.05%.



# OE FEDERAL
## CREDIT UNION
800.877.4444 | oefederal.org

**Account Statement**

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
|  | 05-31-21 | 18 | 2 of 3 |

---

## Checking #2 (continued)



### Cleared Check Recap:

| CHECK | DATE | AMOUNT |
|---|---|---|
| 1732 | MAY18 |  |

### Deposits, Dividends And Other Credits:

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| MAY06 |  | MAY20 |  | MAY31 |  |

Total Dividends 1
Total Deposits And Other Credits 2

### Withdrawals, Fees, And Other Debits:

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| MAY02 |  | MAY11 |  | MAY14 |  | MAY26 |  |
| MAY03 |  | MAY11 |  | MAY21 |  |  |  |
| MAY04 |  | MAY13 |  | MAY24 |  |  |  |

Total Fees 1
Total Withdrawals And Other Debits 9

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items |  |  |
| NSF Returned Items |  |  |

---

## Money Market #7    05-01-21 Thru 05-31-21

Previous Balance:
Deposits/Credits:
Withdrawals/Debits:
New Balance:

YTD Dividends:

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 05-01 |  |  |  | Balance Forward |
| 05-31 |  |  |  | DIVIDEND |

ANNUAL PERCENTAGE YIELD EARNED FROM 05-01-21 THRU 05-31-21 WAS 0.20%.

---

### Deposits, Dividends And Other Credits:

| DATE | AMOUNT |
|---|---|
| MAY31 |  |

Total Dividends 1
Total Deposits And Other Credits 0

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items |  |  |
| NSF Returned Items |  |  |





**Account Statement**

CREDIT UNION

800.877.4444 | oefederal.org

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| | 05-31-21 | 18 | 3 of 3 |

## NEW VEHICLE #141                                                          05-01-21 Thru 05-31-21

**Previous Balance:**
**Payments/Credits:**
**Debits:**
**New Balance:**

Past Due As Of: n/a
Payment Due Date: 06-01-21
Payment Due:

| Transaction Date | Principal | Amount | Balance | Transaction Description | |
|---|---|---|---|---|---|
| 05-01 | | | | **Balance Forward** | |
| 05-02 | | | | LOAN PAYMENT-TRANSFER | FROM/TO 2 |

### Interest Rate Detail:

| Effective Dates | Annual Percentage Rate | Balance Subject To Interest Rate |
|---|---|---|
| MAY01 - MAY01 | | |
| MAY02 - MAY31 | | |

THE BALANCE USED TO COMPUTE INTEREST IS THE UNPAID BALANCE EACH DAY AFTER PAYMENTS AND CREDITS TO THAT BALANCE HAVE BEEN SUBTRACTED AND ANY ADDITIONS TO THE BALANCE HAVE BEEN MADE.

### Fees Charged:

| Date | Loan | Amount | Description |
|---|---|---|---|
| | | | TOTAL FEES FOR THIS PERIOD |

### Interest Charged:

| Date | Loan | Amount | Description |
|---|---|---|---|
| MAY02 | 141 | | INTEREST CHARGE |
| | | | TOTAL INTEREST FOR THIS PERIOD |

### Totals Year-To-Date:

| | |
|---|---|
| TOTAL FEES CHARGED YTD | |
| TOTAL INTEREST CHARGED YTD | |

## Share Sub-Account Summary                     Loan Sub-Account Summary

| ACCT | Description | Balance | Dividend | | ACCT | Description | Balance |
|---|---|---|---|---|---|---|---|
| 1 | Shares Regular | $ | $ | | | NEW VEHICLE | |
| 2 | Checking | $ | | | | | |
| 7 | Money Market | $ | | | | | |

## YTD Account Summaries

**Deposit Account Totals**

YTD Dividends: $



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS TO OR FROM YOUR DEPOSIT ACCOUNTS.** If you think your statement or receipt is wrong or if you need more information about a transfer listed on your statement or receipt, please call us toll-free at 800-877-4444 or write to us at OE Federal Credit Union, Attn: Account Services Department, PO Box 5073, Livermore, CA 94551. We must hear from you no later than 60 days after we sent the FIRST statement on which the transfer appeared. Please provide the following information when writing to us: (1) your name and account number; (2) the dollar amount and posting date of the transfer in question; and (3) an explanation of why you believe the transfer is an error or why you need more information. We will investigate your inquiry and correct any error promptly. If we take more than 10 business days to complete our investigation, we will credit your account for the amount you believe is in error so that you have use of the money during our investigation.

**oeFEDERAL**
C R E D I T   U N I O N
800.877.4444 | oefederal.org

**Account Statement**





| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| | 06-30-21 | 18 | 1 of 3 |

E

| | ACCOUNT BALANCES | |
|---|---|---|
| 1 | Shares Regular | $ |
| 2 | Checking | $ |
| 7 | Money Market | $ |
| 141 | NEW VEHICLE | $ |

## Shares Regular #1     06-01-21 Thru 06-30-21

Previous Balance:
Deposits/Credits:
Withdrawals/Debits:
New Balance:

YTD Dividends

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 06-01 | | | | Balance Forward |
| 06-30 | | | | DIVIDEND |

ANNUAL PERCENTAGE YIELD EARNED FROM 06-01-21 THRU 06-30-21 WAS 0.03%.

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items | | $0.00 |
| NSF Returned Items | | $0.00 |

## Checking #2     06-01-21 Thru 06-30-21

Previous Balance:
Deposits/Credits:
Withdrawals/Debits:
New Balance:

YTD Dividends

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 06-01 | | | | Balance Forward |
| 06-01 | | | | |
| 06-01 | | | | |
| 06-02 | | | | |
| 06-03 | | | | |
| 06-03 | | | | |
| 06-07 | | | | |
| 06-16 | | | | |
| 06-17 | | | | |
| 06-21 | | | | |
| 06-23 | | | | |
| 06-23 | | | | |
| 06-23 | | | | |
| 06-25 | | -1,500.00 | | EFT EFT TRANSACTION   BlockFi Trading PAYMENT   210625 |
| 06-28 | | | | |
| 06-30 | | | | |
| 06-30 | | | | |

ANNUAL PERCENTAGE YIELD EARNED FROM 06-01-21 THRU 06-30-21 WAS 0.05%.

# OE FEDERAL

### CREDIT UNION

800.877.4444 | oefederal.org

**Account Statement**

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
|  | 06-30-21 | 18 | 2 of 3 |



## Checking #2 (continued)

### Cleared Check Recap:

| CHECK | DATE | AMOUNT |
|---|---|---|
| 1733 | JUN28 |  |

### Deposits, Dividends And Other Credits:

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| JUN03 |  | JUN17 |  | JUN30 |  |

Total Dividends ............ 1
Total Deposits And Other Credits ........ 2

### Withdrawals, Fees, And Other Debits:

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| JUN01 |  | JUN03 |  | JUN21 |  | JUN23 |  |
| JUN01 |  | JUN07 |  | JUN23 |  | JUN25 |  |
| JUN02 |  | JUN16 |  | JUN23 |  | JUN30 |  |

Total Fees ............ 0
Total Withdrawals And Other Debits ........ 12

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items |  |  |
| NSF Returned Items |  |  |



## Money Market #7    06-01-21 Thru 06-30-21

Previous Balance:
Deposits/Credits:
Withdrawals/Debits:
New Balance:

YTD Dividends

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 06-01 |  |  |  | **Balance Forward** |
| 06-03 |  |  |  | TRANSFER    2 Online Transfer |
| 06-21 |  |  |  | TRANSFER    2 Online Transfer |
| 06-30 |  |  |  | DIVIDEND |

ANNUAL PERCENTAGE YIELD EARNED FROM 06-01-21 THRU 06-30-21 WAS 0.20%.

### Deposits, Dividends And Other Credits:

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| JUN03 |  | JUN21 |  | JUN30 |  |

Total Dividends ............ 1
Total Deposits And Other Credits ........ 2

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items |  |  |
| NSF Returned Items |  |  |



**OE FEDERAL**

CREDIT UNION

800.877.4444 | oefederal.org

**Account Statement**

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| | 06-30-21 | 18 | 3 of 3 |



## NEW VEHICLE #141                                06-01-21 Thru 06-30-21

| | | |
|---|---|---|
| **Previous Balance:** | | Past Due As Of: | n/a |
| **Payments/Credits:** | | Payment Due Date: | 07-01-21 |
| **Debits:** | | Payment Due: | |
| **New Balance:** | | | |

**Transaction**

| Date | Principal | Amount | Balance | Transaction Description | |
|---|---|---|---|---|---|
| 06-01 | | | | Balance Forward | |
| 06-01 | | | | LOAN PAYMENT-TRANSFER | FROM/TO 2 |

**Interest Rate Detail:**

| Effective Dates | Annual Percentage Rate | Balance Subject To Interest Rate |
|---|---|---|
| JUN01 - JUN30 | | |

THE BALANCE USED TO COMPUTE INTEREST IS THE UNPAID BALANCE EACH DAY AFTER PAYMENTS AND CREDITS TO THAT BALANCE HAVE BEEN SUBTRACTED AND ANY ADDITIONS TO THE BALANCE HAVE BEEN MADE.

**Fees Charged:**

| Date | Loan | Amount | Description |
|---|---|---|---|
| | | | TOTAL FEES FOR THIS PERIOD |

**Interest Charged:**

| Date | Loan | Amount | Description |
|---|---|---|---|
| JUN01 | 141 | | INTEREST CHARGE |
| | | | TOTAL INTEREST FOR THIS PERIOD |

**Totals Year-To-Date:**

| | |
|---|---|
| TOTAL FEES CHARGED YTD | |
| TOTAL INTEREST CHARGED YTD | |

## Share Sub-Account Summary                    Loan Sub-Account Summary

| ACCT | Description | Balance | Dividend |
|---|---|---|---|
| 1 | Shares Regular | $ | |
| 2 | Checking | $ | |
| 7 | Money Market | $ | |

| ACCT | Description | Balance |
|---|---|---|
| 141 | NEW VEHICLE | |

## YTD Account Summaries

**Deposit Account Totals**

YTD Dividends: $

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS TO OR FROM YOUR DEPOSIT ACCOUNTS.** If you think your statement or receipt is wrong or if you need more information about a transfer listed on your statement or receipt, please call us toll-free at 800-877-4444 or write to us at OE Federal Credit Union, Attn: Account Services Department, PO Box 5073, Livermore, CA 94551. We must hear from you no later than 60 days after we sent the FIRST statement on which the transfer appeared. Please provide the following information when writing to us: (1) your name and account number; (2) the dollar amount and posting date of the transfer in question; and (3) an explanation of why you believe the transfer is an error or why you need more information. We will investigate your inquiry and correct any error promptly. If we take more than 10 business days to complete our investigation, we will credit your account for the amount you believe is in error so that you have use of the money during our investigation.

**Account Statement**



# FEDERAL

C R E D I T   U N I O N

800.877.4444 | oefederal.org

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| | 08-31-21 | 18 | 1 of 3 |

E



| ACCOUNT BALANCES | | |
|---|---|---|
| 1 | Shares Regular | $ |
| 2 | Checking | $ |
| 7 | Money Market | $ |
| 141 | NEW VEHICLE | $ |

## Shares Regular #1                                                08-01-21 Thru 08-31-21

Previous Balance:                                                   YTD Dividends:
Deposits/Credits:
Withdrawals/Debits:
New Balance:

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 08-01 | | | | Balance Forward |
| 08-31 | | | | DIVIDEND |

ANNUAL PERCENTAGE YIELD EARNED FROM 08-01-21 THRU 08-31-21 WAS 0.03%.

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items | | |
| NSF Returned Items | | |

## Checking #2                                                     08-01-21 Thru 08-31-21

Previous Balance:                                                   YTD Dividends:
Deposits/Credits:
Withdrawals/Debits:
New Balance:

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 08-01 | | | | Balance Forward |
| 08-01 | | | | |
| 08-03 | | | | |
| 08-07 | | | | |
| 08-10 | | -1,500.00 | | EFT EFT TRANSACTION    BlockFi Trading PAYMENT   210810 |
| 08-12 | | | | |
| 08-13 | | | | |
| 08-16 | | | | |
| 08-16 | | | | |
| 08-20 | | | | |
| 08-23 | | | | |
| 08-23 | | | | |
| 08-23 | | | | |
| 08-24 | | -1,000.00 | | EFT EFT TRANSACTION    BlockFi Trading PAYMENT   210824 |
| 08-26 | | | | |
| 08-26 | | | | |
| 08-31 | | | | |

ANNUAL PERCENTAGE YIELD EARNED FROM 08-01-21 THRU 08-31-21 WAS 0.05%.



**OE FEDERAL**

CREDIT UNION

800.877.4444 | oefederal.org

**Account Statement**

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| | 08-31-21 | 18 | 2 of 3 |

## Checking #2 (continued)

**Cleared Check Recap:**

| CHECK | DATE | AMOUNT |
|---|---|---|
| 1735 | AUG13 | |



**Deposits, Dividends And Other Credits:**

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| AUG12 | | AUG26 | | AUG31 | |

Total Dividends 1
Total Deposits And Other Credits 2

**Withdrawals, Fees, And Other Debits:**

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| AUG01 | | AUG10 | | AUG20 | | AUG23 | |
| AUG03 | | AUG16 | | AUG23 | | AUG24 | |
| AUG07 | | AUG16 | | AUG23 | | AUG26 | |

Total Fees 0
Total Withdrawals And Other Debits 12

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items | | |
| NSF Returned Items | | |

## Money Market #7 — 08-01-21 Thru 08-31-21

YTD Dividends:

Previous Balance:
Deposits/Credits:
Withdrawals/Debits:
New Balance:



| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 08-01 | | | | Balance Forward |
| 08-07 | | | | TRANSFER    2  Online Transfer |
| 08-31 | | | | DIVIDEND |

ANNUAL PERCENTAGE YIELD EARNED FROM 08-01-21 THRU 08-31-21 WAS 0.20%.

**Deposits, Dividends And Other Credits:**

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| AUG07 | | AUG31 | |

Total Dividends 1
Total Deposits And Other Credits 1

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items | $0.00 | $0.00 |
| NSF Returned Items | $0.00 | $0.00 |



**Account Statement**

CREDIT UNION

800.877.4444 | oefederal.org

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| | 08-31-21 | 18 | 3 of 3 |



## NEW VEHICLE #141                                                08-01-21 Thru 08-31-21

| | |
|---|---|
| **Previous Balance:** | |
| Payments/Credits: | |
| Debits: | |
| **New Balance:** | |

| | |
|---|---|
| Past Due As Of: | n/a |
| Payment Due Date: | 09-01-21 |
| Payment Due: | |

| Transaction Date | Principal | Amount | Balance | Transaction Description | |
|---|---|---|---|---|---|
| 08-01 | | | | **Balance Forward** | |
| 08-01 | | | | LOAN PAYMENT-TRANSFER | FROM/TO 2 |

### Interest Rate Detail:

| Effective Dates | Annual Percentage Rate | Balance Subject To Interest Rate |
|---|---|---|
| AUG01 - AUG31 | 3.240% | |

THE BALANCE USED TO COMPUTE INTEREST IS THE UNPAID BALANCE EACH DAY AFTER PAYMENTS AND CREDITS TO THAT BALANCE HAVE BEEN SUBTRACTED AND ANY ADDITIONS TO THE BALANCE HAVE BEEN MADE.

**Fees Charged:**

| Date | Loan | Amount | Description |
|---|---|---|---|
| | | 0.00 | **TOTAL FEES FOR THIS PERIOD** |

**Interest Charged:**

| Date | Loan | Amount | Description |
|---|---|---|---|
| AUG01 | 141 | | INTEREST CHARGE |
| | | | **TOTAL INTEREST FOR THIS PERIOD** |

### Totals Year-To-Date:

| |
|---|
| TOTAL FEES CHARGED YTD |
| TOTAL INTEREST CHARGED YTD |

## Share Sub-Account Summary

| ACCT | Description | Balance | Dividend |
|---|---|---|---|
| 1 | Shares Regular | $ | $ |
| 2 | Checking | $ | $ |
| 7 | Money Market | $ | $ |

## Loan Sub-Account Summary

| ACCT | Description | Balance |
|---|---|---|
| 141 | NEW VEHICLE | |

## YTD Account Summaries

**Deposit Account Totals**

YTD Dividends: $

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS TO OR FROM YOUR DEPOSIT ACCOUNTS.** If you think your statement or receipt is wrong or if you need more information about a transfer listed on your statement or receipt, please call us toll-free at 800-877-4444 or write to us at OE Federal Credit Union, Attn: Account Services Department, PO Box 5073, Livermore, CA 94551. We must hear from you no later than 60 days after we sent the FIRST statement on which the transfer appeared. Please provide the following information when writing to us: (1) your name and account number; (2) the dollar amount and posting date of the transfer in question; and (3) an explanation of why you believe the transfer is an error or why you need more information. We will investigate your inquiry and correct any error promptly. If we take more than 10 business days to complete our investigation, we will credit your account for the amount you believe is in error so that you have use of the money during our investigation.



**Account Statement**

CREDIT UNION

800.877.4444 | oefederal.org





| | Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|---|
| | | 09-30-21 | 18 | 1 of 3 |

E

### ACCOUNT BALANCES

| | | |
|---|---|---|
| 1 | Shares Regular | $ |
| 2 | Checking | $ |
| 7 | Money Market | $ |
| 141 | NEW VEHICLE | $ |



**Shares Regular #1** — 09-01-21 Thru 09-30-21

Previous Balance:
Deposits/Credits:
Withdrawals/Debits:
New Balance:

YTD Dividends

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 09-01 | | | | Balance Forward |
| 09-30 | | | | DIVIDEND |

ANNUAL PERCENTAGE YIELD EARNED FROM 09-01-21 THRU 09-30-21 WAS 0.03%.

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items | | |
| NSF Returned Items | | |

**Checking #2** — 09-01-21 Thru 09-30-21

Previous Balance:
Deposits/Credits:
Withdrawals/Debits:
New Balance:

YTD Dividends

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 09-01 | | | | Balance Forward |
| 09-08 | | -1,000.00 | | EFT EFT TRANSACTION    BlockFi Trading PAYMENT   210908 |
| 09-14 | | -1,000.00 | | EFT EFT TRANSACTION    BlockFi Trading PAYMENT   210914 |
| 09-22 | | -1,000.00 | | EFT EFT TRANSACTION    BlockFi Trading PAYMENT   210922 |



# OE FEDERAL

## CREDIT UNION

800.877.4444 | oefederal.org

**Account Statement**

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| | 09-30-21 | 18 | 2 of 3 |



## Checking #2 (continued)

ANNUAL PERCENTAGE YIELD EARNED FROM 09-01-21 THRU 09-30-21 WAS 0.05%.

### Cleared Check Recap:

| CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT |
|---|---|---|---|---|---|
| 1736 | SEP09 | | 1737 | SEP14 | |

### Deposits, Dividends And Other Credits:

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| SEP09 | | SEP23 | | SEP30 | |

Total Dividends 1
Total Deposits And Other Credits 2

### Withdrawals, Fees, And Other Debits:

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| SEP01 | | SEP05 | | SEP22 | | SEP24 | |
| SEP01 | | SEP08 | | SEP22 | | SEP24 | |
| SEP02 | | SEP14 | | SEP22 | | | |
| SEP03 | | SEP16 | | SEP22 | | | |

Total Fees 0
Total Withdrawals And Other Debits 14

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items | $0.00 | $0.00 |
| NSF Returned Items | $0.00 | $0.00 |

## Money Market #7 09-01-21 Thru 09-30-21

YTD Dividends:



Previous Balance:
Deposits/Credits:
Withdrawals/Debits:
New Balance:

| Transaction Date | Posting Date | New | Transaction Description |
|---|---|---|---|
| 09-01 | | | Balance Forward |
| 09-05 | | | TRANSFER  2 Online Transfer |
| 09-30 | | | DIVIDEND |

ANNUAL PERCENTAGE YIELD EARNED FROM 09-01-21 THRU 09-30-21 WAS 0.20%.

### Deposits, Dividends And Other Credits:

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| SEP05 | | SEP30 | |

Total Dividends 1
Total Deposits And Other Credits 1

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items | $0.00 | $0.00 |
| NSF Returned Items | $0.00 | $0.00 |



**Account Statement**

CREDIT UNION

800.877.4444 | oefederal.org

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| ▆▆▆ | 09-30-21 | 18 | 3 of 3 |

## NEW VEHICLE #141

09-01-21 Thru 09-30-21

| | |
|---|---|
| Previous Balance: | ▆▆▆ |
| Payments/Credits: | ▆▆▆ |
| Debits: | ▆▆▆ |
| New Balance: | ▆▆▆ |

| | |
|---|---|
| Past Due As Of: | n/a |
| Payment Due Date: | 10-01-21 |
| Payment Due: | ▆▆▆ |

| Transaction Date | Principal | Amount | Balance | Transaction Description | |
|---|---|---|---|---|---|
| 09-01 | | | | Balance Forward | |
| 09-01 | ▆▆▆ | ▆▆▆ | ▆▆▆ | LOAN PAYMENT-TRANSFER | FROM/TO 2 |

### Interest Rate Detail:

| Effective Dates | Annual Percentage Rate | Balance Subject To Interest Rate |
|---|---|---|
| SEP01 - SEP30 | ▆▆▆ | ▆▆▆ |

THE BALANCE USED TO COMPUTE INTEREST IS THE UNPAID BALANCE EACH DAY AFTER PAYMENTS AND CREDITS TO THAT BALANCE HAVE BEEN SUBTRACTED AND ANY ADDITIONS TO THE BALANCE HAVE BEEN MADE.

### Fees Charged:

| Date | Loan | Amount | Description |
|---|---|---|---|
| | | ▆▆▆ | TOTAL FEES FOR THIS PERIOD |

### Interest Charged:

| Date | Loan | Amount | Description |
|---|---|---|---|
| SEP01 | 141 | ▆▆▆ | INTEREST CHARGE |
| | | ▆▆▆ | TOTAL INTEREST FOR THIS PERIOD |

### Totals Year-To-Date:

| | |
|---|---|
| TOTAL FEES CHARGED YTD | ▆▆▆ |
| TOTAL INTEREST CHARGED YTD | ▆▆▆ |

## Share Sub-Account Summary

| ACCT | Description | Balance | Dividend |
|---|---|---|---|
| 1 | Shares Regular | $ ▆▆▆ | ▆▆▆ |
| 2 | Checking | $ ▆▆▆ | ▆▆▆ |
| 7 | Money Market | $ ▆▆▆ | ▆▆▆ |

## Loan Sub-Account Summary

| ACCT | Description | Balance |
|---|---|---|
| 141 | NEW VEHICLE | ▆▆▆ |

## YTD Account Summaries

Deposit Account Totals 

YTD Dividends: $ ▆▆▆

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS TO OR FROM YOUR DEPOSIT ACCOUNTS.** If you think your statement or receipt is wrong or if you need more information about a transfer listed on your statement or receipt, please call us toll-free at 800-877-4444 or write to us at OE Federal Credit Union, Attn: Account Services Department, PO Box 5073, Livermore, CA 94551. We must hear from you no later than 60 days after we sent the FIRST statement on which the transfer appeared. Please provide the following information when writing to us: (1) your name and account number; (2) the dollar amount and posting date of the transfer in question; and (3) an explanation of why you believe the transfer is an error or why you need more information. We will investigate your inquiry and correct any error promptly. If we take more than 10 business days to complete our investigation, we will credit your account for the amount you believe is in error so that you have use of the money during our investigation.

# OE FEDERAL



CREDIT UNION

800.877.4444 | oefederal.org

**Account Statement**

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
|  | 09-30-21 | 18 | 1 of 3 |

E

### ACCOUNT BALANCES

| | | |
|---|---|---|
| 1 | Shares Regular | $ |
| 2 | Checking | $ |
| 7 | Money Market | $ |
| 141 | NEW VEHICLE | $ |

---

**Shares Regular #1**                                    **09-01-21 Thru 09-30-21**

| Previous Balance: | | YTD Dividends: |
|---|---|---|
| Deposits/Credits: | | |
| Withdrawals/Debits: | | |
| New Balance: | | |

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 09-01 | | | | Balance Forward |
| 09-30 | | | | DIVIDEND |

ANNUAL PERCENTAGE YIELD EARNED FROM 09-01-21 THRU 09-30-21 WAS 0.03%.

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items | | |
| NSF Returned Items | | |

---

**Checking #2**                                    **09-01-21 Thru 09-30-21**



| Previous Balance: | | YTD Dividends: |
|---|---|---|
| Deposits/Credits: | | |
| Withdrawals/Debits: | | |
| New Balance: | | |

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 09-01 | | | | Balance Forward |
| 09-01 | | | | |
| 09-01 | | | | |
| 09-02 | | | | |
| 09-03 | | | | |
| 09-05 | | | | |
| 09-08 | | -1,000.00 | | EFT EFT TRANSACTION   BlockFi Trading PAYMENT   210908 |
| 09-09 | | | | |
| 09-09 | | | | |
| 09-14 | | | | |
| 09-14 | | -1,000.00 | | EFT EFT TRANSACTION   BlockFi Trading PAYMENT   210914 |
| 09-16 | | | | |
| 09-22 | | | | |
| 09-22 | | | | |
| 09-22 | | | | |
| 09-22 | | | | |
| 09-23 | | | | |
| 09-24 | | | | |
| 09-24 | | | | |
| 09-30 | | | | |



**OE FEDERAL**

CREDIT UNION

800.877.4444 | oefederal.org

**Account Statement**

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| | 09-30-21 | 18 | 2 of 3 |

## Checking #2 (continued)

ANNUAL PERCENTAGE YIELD EARNED FROM 09-01-21 THRU 09-30-21 WAS 0.05%.



### Cleared Check Recap:

| CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT |
|---|---|---|---|---|---|
| 1736 | SEP09 | | 1737 | SEP14 | |

### Deposits, Dividends And Other Credits:

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| SEP09 | 5,338.20 | SEP23 | | SEP30 | |

Total Dividends 1
Total Deposits And Other Credits 2

### Withdrawals, Fees, And Other Debits:

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| SEP01 | | SEP05 | | SEP22 | | SEP24 | |
| SEP01 | | SEP08 | | SEP22 | | SEP24 | |
| SEP02 | | SEP14 | | SEP22 | | | |
| SEP03 | | SEP16 | | SEP22 | | | |

Total Fees 0
Total Withdrawals And Other Debits 14

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items | | |
| NSF Returned Items | | |

## Money Market #7    09-01-21 Thru 09-30-21

YTD Dividends:

Previous Balance:
Deposits/Credits:
Withdrawals/Debits:
New Balance:

| Transaction Date | Posting Date | Amount | Transaction Description |
|---|---|---|---|
| 09-01 | | | Balance Forward |
| 09-05 | | | TRANSFER   2 Online Transfer |
| 09-30 | | | DIVIDEND |

ANNUAL PERCENTAGE YIELD EARNED FROM 09-01-21 THRU 09-30-21 WAS 0.20%.

### Deposits, Dividends And Other Credits:

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| SEP05 | | SEP30 | |

Total Dividends 1
Total Deposits And Other Credits 1

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items | | |
| NSF Returned Items | | |



**FEDERAL**

CREDIT UNION

800.877.4444 | oefederal.org

**Account Statement**

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| | 09-30-21 | 18 | 3 of 3 |

## NEW VEHICLE #141                                                          09-01-21 Thru 09-30-21

| Previous Balance: | | | Past Due As Of: | n/a |
|---|---|---|---|---|
| Payments/Credits: | | | Payment Due Date: | 10-01-21 |
| Debits: | | | Payment Due: | |
| New Balance: | | | | |

| Transaction Date | Principal | Amount | Balance | Transaction Description |
|---|---|---|---|---|
| 09-01 | | | | Balance Forward |
| 09-01 | | | | LOAN PAYMENT-TRANSFER    FROM/TO 2 |

### Interest Rate Detail:

| Effective Dates | Annual Percentage Rate | Balance Subject To Interest Rate |
|---|---|---|
| SEP01 - SEP30 | 3.240% | |

THE BALANCE USED TO COMPUTE INTEREST IS THE UNPAID BALANCE EACH DAY AFTER PAYMENTS AND CREDITS TO THAT BALANCE HAVE BEEN SUBTRACTED AND ANY ADDITIONS TO THE BALANCE HAVE BEEN MADE.

### Fees Charged:

| Date | Loan | Amount | Description |
|---|---|---|---|
| | | | TOTAL FEES FOR THIS PERIOD |

### Interest Charged:

| Date | Loan | Amount | Description |
|---|---|---|---|
| SEP01 | 141 | | INTEREST CHARGE |
| | | | TOTAL INTEREST FOR THIS PERIOD |

### Totals Year-To-Date:

| TOTAL FEES CHARGED YTD | |
|---|---|
| TOTAL INTEREST CHARGED YTD | |

## Share Sub-Account Summary

| ACCT | Description | Balance | Dividend |
|---|---|---|---|
| 1 | Shares Regular | $ | $ |
| 2 | Checking | $ | $ |
| 7 | Money Market | $ | $ |

## Loan Sub-Account Summary

| ACCT | Description | Balance |
|---|---|---|
| 141 | NEW VEHICLE | |

## YTD Account Summaries

**Deposit Account Totals**

YTD Dividends: $

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS TO OR FROM YOUR DEPOSIT ACCOUNTS.** If you think your statement or receipt is wrong or if you need more information about a transfer listed on your statement or receipt, please call us toll-free at 800-877-4444 or write to us at OE Federal Credit Union, Attn: Account Services Department, PO Box 5073, Livermore, CA 94551. We must hear from you no later than 60 days after we sent the FIRST statement on which the transfer appeared. Please provide the following information when writing to us: (1) your name and account number; (2) the dollar amount and posting date of the transfer in question; and (3) an explanation of why you believe the transfer is an error or why you need more information. We will investigate your inquiry and correct any error promptly. If we take more than 10 business days to complete our investigation, we will credit your account for the amount you believe is in error so that you have use of the money during our investigation.



**Account Statement**

CREDIT UNION

800.877.4444 | oefederal.org

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| | 11-30-21 | 18 | 1 of 3 |

E





### ACCOUNT BALANCES

| | | |
|---|---|---|
| 1 | Shares Regular | $ |
| 2 | Checking | $ |
| 7 | Money Market | $ |
| 141 | NEW VEHICLE | $ |

---

### Shares Regular #1 — 11-01-21 Thru 11-30-21

| Previous Balance: | |
|---|---|
| Deposits/Credits: | |
| Withdrawals/Debits: | |
| New Balance: | |

YTD Dividends:

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 11-01 | | | | Balance Forward |
| 11-30 | | | | DIVIDEND |

ANNUAL PERCENTAGE YIELD EARNED FROM 11-01-21 THRU 11-30-21 WAS 0.03%.

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items | $0.00 | $0.00 |
| NSF Returned Items | $0.00 | $0.00 |

---

### Checking #2 — 11-01-21 Thru 11-30-21

| Previous Balance: | $10,020.88 |
|---|---|
| Deposits/Credits: | $11,544.50 |
| Withdrawals/Debits: | $12,499.41 |
| New Balance: | $9,065.97 |

YTD Dividends:

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 11-01 | | | | Balance Forward |
| 11-01 | | | | |
| 11-01 | | | | |
| 11-02 | | | | |
| 11-02 | | | | |
| 11-04 | | | | |
| 11-04 | | -500.00 | | EFT EFT TRANSACTION BlockFi Trading PAYMENT 211104 |
| 11-04 | | -500.00 | | EFT EFT TRANSACTION BlockFi Trading PAYMENT 211104 |
| 11-06 | | | | |
| 11-08 | | -500.00 | | EFT EFT TRANSACTION BlockFi Trading PAYMENT 211108 |
| 11-08 | | | | |
| 11-12 | | | | |
| 11-15 | | | | |
| 11-15 | | | | |
| 11-18 | | | | |
| 11-18 | | -1,000.00 | | EFT EFT TRANSACTION BlockFi Trading PAYMENT 211118 |
| 11-21 | | | | |
| 11-21 | | | | |
| 11-23 | | | | |
| 11-23 | | | | |
| 11-23 | | | | |



**CREDIT UNION**

800.877.4444 | oefederal.org

**Account Statement**

| Member No | Period Ending | Branch ID | Page |
|---|---|---|---|
|  | 11-30-21 | 18 | 2 of 3 |

## Checking #2  (continued)

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 11-26 |  |  |  |  |
| 11-30 |  |  |  |  |

ANNUAL PERCENTAGE YIELD EARNED FROM 11-01-21 THRU 11-30-21 WAS 0.05%.

### Cleared Check Recap:

| CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT | CHECK | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
|  | NOV08 |  |  | NOV02 |  | 1741 | NOV12 |  |

*\* Indicates check out of sequence.*

### Deposits, Dividends And Other Credits:

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| NOV04 |  | NOV18 |  | NOV30 |  |

| | |
|---|---|
| Total Dividends | 1 |
| Total Deposits And Other Credits | 2 |

### Withdrawals, Fees, And Other Debits:

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| NOV01 |  | NOV04 |  | NOV15 |  | NOV23 |  |
| NOV01 |  | NOV06 |  | NOV18 |  | NOV23 |  |
| NOV02 |  | NOV08 |  | NOV21 |  | NOV23 |  |
| NOV04 |  | NOV15 |  | NOV21 |  | NOV26 |  |

| | |
|---|---|
| Total Fees | 1 |
| Total Withdrawals And Other Debits | 15 |

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items |  |  |
| NSF Returned Items |  |  |

## Money Market #7  11-01-21 Thru 11-30-21

YTD Dividends:

| | |
|---|---|
| Previous Balance: |  |
| Deposits/Credits: |  |
| Withdrawals/Debits: |  |
| New Balance: |  |

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 11-01 |  |  |  | Balance Forward |
| 11-06 |  |  |  | TRANSFER   2  Online Transfer |
| 11-30 |  |  |  | DIVIDEND |

ANNUAL PERCENTAGE YIELD EARNED FROM 11-01-21 THRU 11-30-21 WAS 0.20%.

### Deposits, Dividends And Other Credits:

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| NOV06 |  | NOV30 |  |

| | |
|---|---|
| Total Dividends | 1 |
| Total Deposits And Other Credits | 1 |

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items |  |  |
| NSF Returned Items |  |  |



**Account Statement**

CREDIT UNION

800.877.4444 | oefederal.org

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
|  | 11-30-21 | 18 | 3 of 3 |



## NEW VEHICLE #141 — 11-01-21 Thru 11-30-21

Previous Balance:
Payments/Credits:
Debits:
New Balance:

Past Due As Of:
Payment Due Date:
Payment Due:

| Transaction Date | Principal | Amount | Balance | Transaction Description |
|---|---|---|---|---|
| 11-01 | | | | Balance Forward |
| 11-01 | | | | LOAN PAYMENT-TRANSFER     FROM/TO 2 |

### Interest Rate Detail:

| Effective Dates | Annual Percentage Rate | Balance Subject To Interest Rate |
|---|---|---|
| NOV01 - NOV30 | | |

THE BALANCE USED TO COMPUTE INTEREST IS THE UNPAID BALANCE EACH DAY AFTER PAYMENTS AND CREDITS TO THAT BALANCE HAVE BEEN SUBTRACTED AND ANY ADDITIONS TO THE BALANCE HAVE BEEN MADE.

### Fees Charged:

| Date | Loan | Amount | Description |
|---|---|---|---|
| | | | TOTAL FEES FOR THIS PERIOD |

### Interest Charged:

| Date | Loan | Amount | Description |
|---|---|---|---|
| NOV01 | | | INTEREST CHARGE |
| | | | TOTAL INTEREST FOR THIS PERIOD |

### Totals Year-To-Date:

TOTAL FEES CHARGED YTD
TOTAL INTEREST CHARGED YTD

### Share Sub-Account Summary

| ACCT | Description | Balance | Dividend |
|---|---|---|---|
| 1 | Shares Regular | | |
| 2 | Checking | | |
| 7 | Money Market | | |

### Loan Sub-Account Summary

| ACCT | Description | Balance |
|---|---|---|
| 141 | NEW VEHICLE | |

### YTD Account Summaries

Deposit Account Totals
YTD Dividends

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS TO OR FROM YOUR DEPOSIT ACCOUNTS.** If you think your statement or receipt is wrong or if you need more information about a transfer listed on your statement or receipt, please call us toll-free at 800-877-4444 or write to us at OE Federal Credit Union, Attn: Account Services Department, PO Box 5073, Livermore, CA 94551. We must hear from you no later than 60 days after we sent the FIRST statement on which the transfer appeared. Please provide the following information when writing to us: (1) your name and account number; (2) the dollar amount and posting date of the transfer in question; and (3) an explanation of why you believe the transfer is an error or why you need more information. We will investigate your inquiry and correct any error promptly. If we take more than 10 business days to complete our investigation, we will credit your account for the amount you believe is in error so that you have use of the money during our investigation.



**OE FEDERAL**

C R E D I T · U N I O N

800.877.4444 | oefederal.org

**Account Statement**





| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| | 12-31-21 | 18 | 1 of 3 |

E

| | ACCOUNT BALANCES | |
|---|---|---|
| 1 | Shares Regular | $ |
| 2 | Checking | $ |
| 7 | Money Market | $ |
| 141 | NEW VEHICLE | $ |

## Shares Regular #1 — 12-01-21 Thru 12-31-21

| | |
|---|---|
| Previous Balance: | |
| Deposits/Credits: | |
| Withdrawals/Debits: | |
| New Balance: | |

YTD Dividends

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 12-01 | | | | Balance Forward |
| 12-31 | | | | DIVIDEND |

ANNUAL PERCENTAGE YIELD EARNED FROM 12-01-21 THRU 12-31-21 WAS 0.03%.

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items | | |
| NSF Returned Items | | |

## Checking #2 — 12-01-21 Thru 12-31-21

| | |
|---|---|
| Previous Balance: | |
| Deposits/Credits: | |
| Withdrawals/Debits: | |
| New Balance: | |

YTD Dividends:

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 12-01 | | | | Balance Forward |
| 12-01 | | | | |
| 12-01 | | | | |
| 12-02 | | | | |
| 12-02 | | | | |
| 12-02 | | | | |
| 12-05 | | | | |
| 12-06 | | | | |
| 12-07 | | -1,000.00 | | EFT EFT TRANSACTION    BlockFi Trading PAYMENT   211207 |
| 12-07 | | | | |
| 12-08 | | | | |
| 12-14 | | | | |
| 12-16 | | | | |
| 12-16 | | | | |
| 12-17 | | | | |
| 12-17 | | | | |
| 12-18 | | | | |
| 12-22 | | -1,000.00 | | EFT EFT TRANSACTION    BlockFi Trading PAYMENT   211222 |
| 12-23 | | | | |
| 12-24 | | | | |
| 12-24 | | | | |
| 12-24 | | | | |
| 12-29 | | | | |



**DEFEDERAL**

C R E D I T   U N I O N

800.877.4444 | oefederal.org

**Account Statement**

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| | 12-31-21 | 18 | 2 of 3 |

## Checking #2 (continued)



| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 12-31 | | | | |
| 12-31 | | | | |

ANNUAL PERCENTAGE YIELD EARNED FROM 12-01-21 THRU 12-31-21 WAS 0.05%.

### Deposits, Dividends And Other Credits:

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| DEC02 | | DEC16 | | DEC17 | | DEC31 | |
| DEC05 | | DEC17 | | DEC29 | | | |

| Total Dividends | 1 |
|---|---|
| Total Deposits And Other Credits | 6 |

### Withdrawals, Fees, And Other Debits:

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| DEC01 | | DEC07 | | DEC18 | | DEC24 | |
| DEC01 | | DEC07 | | DEC22 | | DEC31 | |
| DEC02 | | DEC08 | | DEC23 | | | |
| DEC02 | | DEC14 | | DEC24 | | | |
| DEC06 | | DEC16 | | DEC24 | | | |

| Total Fees | 0 |
|---|---|
| Total Withdrawals And Other Debits | 17 |

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items | $ 0.00 | $ 0.00 |
| NSF Returned Items | $ 0.00 | $ 0.00 |

## Money Market #7    12-01-21 Thru 12-31-21



| Previous Balance: | |
|---|---|
| Deposits/Credits: | |
| Withdrawals/Debits: | |
| New Balance: | |

YTD Dividends

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| | | | | Balance Forward |
| 12-01 | | | | |
| 12-05 | | | | TRANSFER        2  Online Transfer |
| 12-07 | | | | DEPOSIT |
| 12-07 | | | | WITHDRAWAL-CASH |
| 12-18 | | | | TRANSFER        2  Online Transfer |
| 12-31 | | | | DIVIDEND |

ANNUAL PERCENTAGE YIELD EARNED FROM 12-01-21 THRU 12-31-21 WAS 0.24%.

### Deposits, Dividends And Other Credits:

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| DEC07 | | DEC18 | | DEC31 | |

| Total Dividends | 1 |
|---|---|
| Total Deposits And Other Credits | 2 |

### Withdrawals, Fees, And Other Debits:

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| DEC05 | | DEC07 | |

| Total Fees | 0 |
|---|---|
| Total Withdrawals And Other Debits | 2 |



**Account Statement**

CREDIT UNION

800.877.4444 | oefederal.org

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| | 12-31-21 | 18 | 3 of 3 |

## Money Market #7 (continued)

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items | | |
| NSF Returned Items | | |

## NEW VEHICLE #141    12-01-21 Thru 12-31-21

| | | |
|---|---|---|
| Previous Balance: | | Past Due As Of: |
| Payments/Credits: | | Payment Due Date: |
| Debits: | | Payment Due: |
| New Balance: | | |

| Transaction Date | Principal | Amount | Balance | Transaction Description | |
|---|---|---|---|---|---|
| 12-01 | | | | Balance Forward | |
| 12-01 | | | | LOAN PAYMENT-TRANSFER | FROM/TO 2 |

### Interest Rate Detail:

| Effective Dates | Annual Percentage Rate | Balance Subject To Interest Rate |
|---|---|---|
| DEC01 - DEC31 | 3.240% | |

THE BALANCE USED TO COMPUTE INTEREST IS THE UNPAID BALANCE EACH DAY AFTER PAYMENTS AND CREDITS TO THAT BALANCE HAVE BEEN SUBTRACTED AND ANY ADDITIONS TO THE BALANCE HAVE BEEN MADE.

**Fees Charged:**

| Date | Loan | Amount | Description |
|---|---|---|---|
| | | | TOTAL FEES FOR THIS PERIOD |

**Interest Charged:**

| Date | Loan | Amount | Description |
|---|---|---|---|
| DEC01 | 141 | | INTEREST CHARGE |
| | | | TOTAL INTEREST FOR THIS PERIOD |

**Totals Year-To-Date:**

TOTAL FEES CHARGED YTD:
TOTAL INTEREST CHARGED YTD:

## Share Sub-Account Summary

| ACCT | Description | Balance | Dividend |
|---|---|---|---|
| 1 | Shares Regular | $ | |
| 2 | Checking | $ | |
| 7 | Money Market | $ | |

## Loan Sub-Account Summary

| ACCT | Description | Balance |
|---|---|---|
| 141 | NEW VEHICLE | |

## YTD Account Summaries

**Deposit Account Totals**

YTD Dividends: $

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS TO OR FROM YOUR DEPOSIT ACCOUNTS.** If you think your statement or receipt is wrong or if you need more information about a transfer listed on your statement or receipt, please call us toll-free at 800-877-4444 or write to us at OE Federal Credit Union, Attn: Account Services Department, PO Box 5073, Livermore CA 94551. We must hear from you no later than 60 days after we sent the FIRST statement on which the transfer appeared. Please provide the following information when writing to us: (1) your name and account number; (2) the dollar amount and posting date of the transfer in question; and (3) an explanation of why you believe the transfer is an error or why you need more information. We will investigate your inquiry and correct any error promptly. If we take more than 10 business days to complete our investigation, we will credit your account for the amount you believe is in error so that you have use of the money during our investigation.

# OE FEDERAL

## CREDIT ● UNION

800.877.4444 | oefederal.org

**Account Statement**

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| | 01-31-22 | 18 | 1 of 3 |

E



| ACCOUNT BALANCES | | |
|---|---|---|
| 1 | Shares Regular | $ |
| 2 | Checking | $ |
| | Please see below for additional accounts | |

| 2021 MEMBER LOYALTY PROGRAM DIVIDENDS | |
|---|---|
| 2021 Depositor Loyalty | |
| 2021 Borrower Loyalty | |
| 2021 Member Loyalty Program Total | |

*** A 2021 Member Loyalty Dividends one-time credit has been
posted to your account on January 31st, 2022. ***

---

### Shares Regular #1                                                01-01-22 Thru 01-31-22

**Previous Balance:**                                               YTD Dividends
**Deposits/Credits:**
**Withdrawals/Debits:**
**New Balance:**

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 01-01 | | | | Balance Forward |
| 01-31 | | | | EXTRAORDINARY DIVIDENDS  DEPOSITOR LOYALTY PROGRAM |
| 01-31 | | | | EXTRAORDINARY DIVIDENDS  BORROWER LOYALTY PROGRAM |
| 01-31 | | | | DIVIDEND |

ANNUAL PERCENTAGE YIELD EARNED FROM 01-01-22 THRU 01-31-22 WAS 0.03%.

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items | | |
| NSF Returned Items | | |

---

### Checking #2                                                     01-01-22 Thru 01-31-22

**Previous Balance:**     12,793.25                                  YTD Dividends
**Deposits/Credits:**
**Withdrawals/Debits:**
**New Balance:**

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 01-01 | | | | Balance Forward |
| 01-01 | | | | |
| 01-04 | | | | |
| 01-11 | | | | |
| 01-11 | | | | |
| 01-13 | | | | |
| 01-13 | | -1,000.00 | | EFT EFT TRANSACTION   BlockFi Trading PAYMENT   220113 |
| 01-13 | | | | |
| 01-14 | | | | |
| 01-16 | | | | |
| 01-19 | | | | |
| 01-21 | | | | |
| 01-24 | | | | |
| 01-24 | | | | |
| 01-24 | | | | |
| 01-25 | | -500.00 | | EFT EFT TRANSACTION   BlockFi Trading PAYMENT   220125 |
| 01-25 | | -1,000.00 | | EFT EFT TRANSACTION   BlockFi Trading PAYMENT   220125 |
| 01-27 | | | | |
| 01-28 | | | | |
| 01-31 | | | | |

**OE FEDERAL**

**CREDIT UNION**

800.877.4444 | oefederal.org

**Account Statement**

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| ▓▓▓▓ | 01-31-22 | 18 | 2 of 3 |



### Checking #2       (continued)

ANNUAL PERCENTAGE YIELD EARNED FROM 01-02-22 THRU 01-31-22 WAS 0.05%.

**Deposits, Dividends And Other Credits:**

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| JAN13 | ▓▓ | JAN16 | ▓▓ | JAN27 | ▓▓ | JAN31 | ▓▓ |

Total Dividends    1
Total Deposits And Other Credits    3

**Withdrawals, Fees, And Other Debits:**

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| JAN01 | ▓▓ | JAN13 | ▓▓ | JAN21 | ▓▓ | JAN25 | ▓▓ |
| JAN04 | | JAN13 | | JAN24 | | JAN25 | |
| JAN11 | | JAN14 | | JAN24 | | JAN28 | |
| JAN11 | | JAN19 | | JAN24 | | | |

Total Fees    1
Total Withdrawals And Other Debits    14

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items | ▓▓ | ▓▓ |
| NSF Returned Items | ▓▓ | ▓▓ |

### Money Market #7        01-01-22 Thru 01-31-22

Previous Balance:    ▓▓
Deposits/Credits:    ▓▓
Withdrawals/Debits:    ▓▓
New Balance:    ▓▓

YTD Dividend ▓▓

| Transaction Date | Posting Date | Amount | New Balance | Transaction Description |
|---|---|---|---|---|
| 01-01 | | | | Balance Forward |
| 01-16 | | ▓▓ | ▓▓ | TRANSFER    2   Online Transfer |
| 01-28 | | ▓▓ | ▓▓ | TRANSFER    2   Online Transfer |
| 01-31 | | ▓▓ | ▓▓ | DIVIDEND |

ANNUAL PERCENTAGE YIELD EARNED FROM 01-02-22 THRU 01-31-22 WAS 0.25%.

**Deposits, Dividends And Other Credits:**

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| JAN28 | ▓▓ | JAN31 | ▓▓ |

Total Dividends    1
Total Deposits And Other Credits    1

**Withdrawals, Fees, And Other Debits:**

| DATE | AMOUNT |
|---|---|
| JAN16 | ▓▓ |

Total Fees    0
Total Withdrawals And Other Debits    1

| Fee Summary | Month-To-Date | Year-To-Date |
|---|---|---|
| NSF Paid Items | $ 0.00 | $ 0.00 |
| NSF Returned Items | $ 0.00 | $ 0.00 |



**Account Statement**

CREDIT UNION

800.877.4444 | oefederal.org

| Member No. | Period Ending | Branch ID | Page |
|---|---|---|---|
| | 01-31-22 | 18 | 3 of 3 |

## NEW VEHICLE #141 | 01-01-22 Thru 01-31-22

| | | | | | Past Due As Of: | n/a |
|---|---|---|---|---|---|---|
| Previous Balance: | | | | | Payment Due Date: | 02-01-22 |
| Payments/Credits: | | | | | Payment Due: | |
| Debits: | | | | | | |
| New Balance: | | | | | | |

| Transaction Date | Principal | Amount | Balance | Transaction Description | |
|---|---|---|---|---|---|
| 01-01 | | | | Balance Forward | |
| 01-01 | | | | LOAN PAYMENT-TRANSFER | FROM/TO 2 |

### Interest Rate Detail:

| Effective Dates | Annual Percentage Rate | Balance Subject To Interest Rate |
|---|---|---|
| JAN01 - JAN31 | | |

THE BALANCE USED TO COMPUTE INTEREST IS THE UNPAID BALANCE EACH DAY AFTER PAYMENTS AND CREDITS TO THAT BALANCE HAVE BEEN SUBTRACTED AND ANY ADDITIONS TO THE BALANCE HAVE BEEN MADE.

### Fees Charged:

| Date | Loan | Amount | Description |
|---|---|---|---|
| | | 0.00 | TOTAL FEES FOR THIS PERIOD |

### Interest Charged:

| Date | Loan | Amount | Description |
|---|---|---|---|
| JAN01 | 141 | | INTEREST CHARGE |
| | | | TOTAL INTEREST FOR THIS PERIOD |

### Totals Year-To-Date:

TOTAL FEES CHARGED YTD
TOTAL INTEREST CHARGED YTD

## Share Sub-Account Summary

## Loan Sub-Account Summary

| ACCT | Description | Balance | Dividend | | ACCT | Description | Balance |
|---|---|---|---|---|---|---|---|
| 1 | Shares Regular | | | | 141 | NEW VEHICLE | |
| 2 | Checking | | | | | | |
| 7 | Money Market | | | | | | |

## YTD Account Summaries

### Deposit Account Totals

YTD Dividends: $

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS TO OR FROM YOUR DEPOSIT ACCOUNTS.** If you think your statement or receipt is wrong or if you need more information about a transfer listed on your statement or receipt, please call us toll-free at 800-877-4444 or write to us at OE Federal Credit Union, Attn: Account Services Department, PO Box 5073, Livermore, CA 94551. We must hear from you no later than 60 days after we sent the FIRST statement on which the transfer appeared. Please provide the following information when writing to us: (1) your name and account number; (2) the dollar amount and posting date of the transfer in question; and (3) an explanation of why you believe the transfer is an error or why you need more information. We will investigate your inquiry and correct any error promptly. If we take more than 10 business days to complete our investigation, we will credit your account for the amount you believe is in error so that you have use of the money during our investigation.

**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 12554 | ███████████ | 03/20/23 | BlockFi Inc. | $30,000.00 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 12554 | 11,301.83 | 21.09 | - | - | - | - | - | - | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

**To: BlockFi Inc. Claims Processing Center**

**c/o: Kroll Restructuring Administration LLC**

**To: Presiding Judge**

       As a wallet holder and Interest Account holder with BlockFi I am disputing the claim amount that BlockFi is wanting to pay out. I want to contest, object, dispute, protest, or whatever, the payout claim that Block-Fi is attempting to get away with.

       How Block-Fi being allowed to pay people back at the extreme rock bottom of the market? How is this legal?  Crypto values are double if not triple now. This is criminal. Not to mention that Block-fi is recovering funds from FTX, this money should be returned to the account holders like me! Please do the right thing. I know I'm the little guy here and don't have a legal team backing me, I just don't want to be ripped off and screwed over. I need this money.

I've invested $34,000.00 in my BlockFi account. I'm requesting that my money is paid back to me in the amount of $34,000.00. My BlockFi account was frozen throughout this process barring me from accessing my money. This subsequently precluded me from cashing out my money or reinvesting into other crypto exchanges. Having my accounts frozen due to events that were total out of my control are not my burden and I should not have to bear the brunt of BlockFi's mismanagement.

I want my money back and want to move on from this. I'm a Firefighter and work hard for my money. I don't make that much money so this is a huge impact to me. So, through no fault of my own BlockFi's claim amount is pennies on the dollar.

I'm asking for the right thing to be done here...Please refund my money>

I've included a ledger of deposits into my BlockFi account. I have also included bank statements that back my claim up.

*-04/23/2021,  $5000.00*

*-04/26/2021,  $5000.00*

*-04/27/2021,  $5000.00*

*-05/03/2021,  $5000.00*

*-06/25/2021,  $1500.00*

*-08/10/2021,  $1500.00*

*-08/24/2021,  $1000.00*

*-09/08/2021,  $1000.00*

*-09/14/2021,  $1000.00*

*-09/22/2021,  $1000.00*

*-11/04/2021,  $500.00*

*-11/04/2021,  $500.00*

*-11/08/2021,  $500.00*

*-11/18/2021,  $l000.00*

*-12/07/2021,  $1000.00*

*-12/22/2021,  $1000.00*

*-01/13/2022,  $1000.00*

*-01/25/2022,  $500.00*

*-01/25/2022,  $1000.00*

*Total $34,000.00*

Please do the right thing here.



Claim# 15699

Thank You

BlockFi Fourteenth Omnibus Objection Response Portal

## BlockFi Fourteenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

00O7-CWO9-1XV3-JXON

○ Where can I find my Unique ID?

### Claim Information

Claim Number

89

Claim Name

█████████

Claimant Address on File

████████████████

████████████████████████ **address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 E hereum and BTC.pdf | 299 KB |

## Signature

Sign Here



Print Name

▉▉▉▉▉▉

Email Address

▉▉▉▉▉▉▉▉▉▉

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

2:20

 BlockFi

 Ethereum ETH  ⌄



# Ethereum ETH

### Balance
## 11.14899193

## Recurring Trades

| Recurring Trade | Buy Amt Frequency |
|---|---|
| | |

You have not set up any recurring trades.

## Transactions

2:20



🔒 app.blockfi.com

 BlockFi



# Interest Account

 Bitcoin BTC ⌄

 **Bitcoin** BTC

Balance
0.84890266

## Recurring Trades

| Recurring Trade | Buy Amt Frequency |
|---|---|
| | |

You have not set up any recurring trades.

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

Grand Central Station, PO Box 4850

New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

850 Third Avenue, Suite 412

Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

DB80-B4TS-8A7I-ROIR

○ Where can I find my Unique ID?

## Claim Information

Claim Number

21292

Claim Name

██████████████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄  BlockFi Fourteenth Omnibus Objection Response CLAIM NUMBER_21292 and 32624 .pdf                                478 KB

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies
with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.

**From: Claim Number: 21292**

**and Claim Number: 32624**

Claimant Name: ████████████

Claimant Address : ████████████████████

Email: ████████████████

**To: BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center**

**c/o Kroll Restructuring Administration LLC**
**850 Third Avenue, Suite 412**
**Brooklyn, NY 11232**

Good day, please find my response to objections: From: **Claim Number: 21292  and Claim Number: 32624**

Please note: I am a layperson and unsure if I made any error in self filing any past responses, this serves to correct any errors I may make and clear up any confusion and I am sorry for any errors on my path from trying to navigate this  BlockFi confusing legal requirements and steps it is not intentional, but a human mistake.

I had put all my and my family's trust in BlockFi, and invested my family life savings in the Blockfi interest account: **Account ID:** ████████████

As per today here is the balance of my account:



It may not be a lot to you, but it's our entire lifesavings, please correct your records to reflect this latest balance.

Also when possible, let me know when I can withdraw my full balance in the same listed above assets in kind and not any discounted USD amount. I would like to know when my account is unlocked so I can transfer the same cryptocurrency to my cold wallet, please inform me via email ████████████████

Thank you

████████████

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 5F3K-CH7X-27UZ-5TYU |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 1074 |
|---|

Claim Name

| ▇▇▇▇▇▇ |
|---|

Claimant Address on File

| ▇▇▇▇▇▇▇▇▇▇ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ▇▇▇▇▇▇ |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.

Upload Here

| | | |
|---|---|---|
| 📄 | Objection.pdf | 196 KB |
| 📷 | blockfiaccount.jpg | 1 MB |
| 📷 | blockfibalance.jpeg | 95 KB |

## Signature

Sign Here



Print Name

▰▰▰

Email Address

▰▰▰

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

# BlockFi Inc. Schedule Information Portal

Claim Information

| EPOC ID(s)* | Scheduled Debtor Name(s) | Schedule Number(s) | Claim Type(s) |
|---|---|---|---|
| 221936104339585 | BlockFi Inc. | 4339585 | BIA Interest |
| 221936104399072 | BlockFi Inc. | 4399072 | BIA |



**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

**Legend: Basis for Objection**

BR       Asserted claim amount does not match BlockFi s books and records

IC       Asserted against incorrect debtor entity or improperly assert priority or secured status

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 1074 | █████████ | 01/05/23 | BlockFi Inc. | $7,418.00 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 1074 | 7,253.75 | 13.22 | - | - | - | - | - | - | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p .m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| HV0H-ENHA-NI6Z-ROXZ |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 18242 |
|---|

Claim Name

| ▮▮▮▮▮▮ |
|---|

Claimant Address on File

| ▮▮▮▮▮▮▮▮▮▮▮▮ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

█████████

Email Address

██████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fourteenth Omnibus Objection Response Portal

Upload Here

| 📄  ▆▆▆▆▆_BlockFi_September 2022.pdf | 25 KB |
|---|---|

## Signature

Sign Here



Print Name

▆▆▆▆▆▆

Email Address

▆▆▆▆▆▆▆

☑ I certify that I have completed my E-registraion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**          October 31, 2022

You earned approximately
**$16.86 \*** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 GUSD**<br>$1.00 | 0 | 16.86000000<br>$16.86 | 16.86000000<br>$16.86 |
| **Total\*** in USD | **$0.00** | **$16.86** | **$16.86** |

# October 2022 BlockFi Interest Account Statement

| **Flex Selection** | --- |
| **Month Ending** | October 31, 2022 |

You earned approximately
## $54.12 * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
| --- | --- | --- |
| **1 BTC**<br>$20,492.00 | **0.00185504**<br>$38.01 | **1.02775974**<br>$21,060.85 |
| **1 ETH**<br>$1,572.90 | **0.00577313**<br>$9.08 | **2.29280684**<br>$3,606.36 |
| **1 GUSD**<br>$1.00 | **0.00033573**<br>$0.00 | **0.05485779**<br>$0.05 |
| **1 LINK**<br>$7.86 | **0.01378136**<br>$0.11 | **16.31471945**<br>$128.18 |
| **1 LTC**<br>$55.02 | **0.00170035**<br>$0.09 | **1.01189285**<br>$55.67 |
| **1 USDC**<br>$1.00 | **6.82702739**<br>$6.83 | **1,114.95794491**<br>$1,114.96 |
| **Total*** in USD | **$54.12** | **$25,966.07** |

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
  Actual balances are denominated in cryptocurrency, not USD.
  Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

O6MO-GJ2S-4V4D-Z3B0

○ Where can I find my Unique ID?

## Claim Information

Claim Number

17136

Claim Name

▮▮▮▮▮▮▮▮

Claimant Address on File

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 Other_Claims_Blockfi.pdf | 94 KB |
|---|---|

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

With Regard to my Claims against Blockfi I agree to **expunge** the claim 17136 and 21018 and only **keep** claim 10993.

Here is summary of my claim 10993:

This document claims the correct International BIA amount is 2513.05$ and also Int BIA interest of 6.61$, therefore I agree to modify the original claimed amount (which was 2351$) to the new amount suggested by BLOCKFI International which is 2513.05$ and interest of 6.61$ which comes to sum of 2,519.66$. All prices mentioned above are in USD.

As of today I see in my BLOCKFI interest account I have 1.57966403 ETH , 0.04129185 BTC and 0.00011731LTC

Unique ID: ZVI8-5NMK-CETH-B2II

███████████████

███████████

Date 5-1-2024

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| TPNT-ACHW-QR4S-3H50 |
| --- |

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

**Claim Number**

20326

**Claim Name**

████████

**Claimant Address on File**

██████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Fourteenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 🗎 ▮▮▮▮▮ Basis for Objection.pdf | | 196 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registraion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 20326 | ███████ | 02/21/23 | BlockFi Inc. | $268.22 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 20326 | 191.41 | 0.49 | - | - | - | - | - | - | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| EPX5-PY3E-I6G2-K1JW |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 21018 |
|---|

Claim Name

| ███████████ |
|---|

Claimant Address on File

| ████████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fourteenth Omnibus Objection Response Portal

Upload Here

| 📄 Other_Claims_Blockfi.pdf | 94 KB |

## Signature

Sign Here



Print Name

██████████████

Email Address

██████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

With Regard to my Claims against Blockfi I agree to **expunge** the claim 17136 and 21018 and only **keep** claim 10993.

Here is summary of my claim 10993:

This document claims the correct International BIA amount is 2513.05$ and also Int BIA interest of 6.61$, therefore I agree to modify the original claimed amount (which was 2351$) to the new amount suggested by BLOCKFI International which is 2513.05$ and interest of 6.61$ which comes to sum of 2,519.66$. All prices mentioned above are in USD.

As of today I see in my BLOCKFI interest account I have 1.57966403 ETH , 0.04129185 BTC and 0.00011731LTC

Unique ID: ZVI8-5NMK-CETH-B2II

Date 5-1-2024

# BlockFi Fourteenth Omnibus Objection Response Portal

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

GLSR-1AEQ-70FP-L2UT

○ Where can I find my Unique ID?

## Claim Information

Claim Number

3446

Claim Name

███████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

███████

Email Address

███████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fourteenth Omnibus Objection Response Portal

Upload Here

| 🅰 BLOCK.pdf | 196 KB |
|---|---|
| 🅰 BLOCK.pdf | 196 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc** *et al.*

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 3446 | ███████ | 02/15/23 | BlockFi Lending LLC | $13,926.71 | BR IC |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 3446 | 11,014.98 | 18.64 | - | - | - | - | - | - | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 3446 | ██████ | 02/15/23 | BlockFi Lending LLC | $13,926.71 | BR IC |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 3446 | 11,014.98 | 18.64 | - | - | - | - | - | - | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

BlockFi Fourteenth Omnibus Objection Response Portal

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

11WF-ODQO-Z29N-XCQL

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

BlockFi Fourteenth Omnibus Objection Response Portal

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

242

Claim Name

██████████

Claimant Address on File

██████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Fourteenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Blockfi Claim Amount01052024_0000.pdf | 3 MB |

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

 **BlockFi**

Dashboard / Interest Account

# Interest Account

 Overview ⌄

---

Updates to your BlockFi Interest Account ✕



Assets in your Interest Account will earn interest. To trade and borrow with these assets, transfer them to your BlockFi Wallet. If assets are transferred out of your Interest Account they cannot be transferred back.

Learn more

---

 Overview

Balance

## $34,246.84

Transfer

Case 22-19361-MBK    Doc 2100    Filed 02/01/24    Entered 02/01/24 14:50:13    Desc
Creditor Response Part 1    Page 312 of 577

## Interest

| Total Interest Paid | Accrued Interest |
|---|---|
| $2,488.95 | $173.14 |

Your interest will be paid in:

Same as asset(s) held

Edit interest preferences

## Your Assets

| Asset | Balance/Qty |
|---|---|
| USD Coin<br>USDC | $32,321.77<br>32,321.77 USDC > |
| Bitcoin<br>BTC | $1,255.74<br>0.07774534 BTC > |
| Ethereum<br>ETH | $647.62<br>0.55350707 ETH > |
| Gemini USD<br>GUSD | $21.70<br>21.70 GUSD > |

## Recurring Trades

Set up Recurring Buy

| Recurring Trade | Buy Amt Frequency |
|---|---|

Fill in this information to identify the case (Select only one Debtor per claim form):

| | |
|---|---|
| Debtor: Block-Fi | **Received** |
| Case Number: 22-19361 | DEC 0 8 2022 |
| | Kroll Restructuring Administration |

## Modified Official Form 410

# Proof of Claim

Claim No. [242]
Initials [AG [MH]

COPY

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:    Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | Name ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br><br>Other names the creditor used with the debtor ▓▓▓▓▓▓▓▓▓▓▓ |
| 2. **Has this claim been acquired from someone else?** | ☒ No<br>☐ Yes. From whom? _____ |
| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>State    ZIP Code | **Where should payments to the creditor be sent? (if different)**<br>Same<br>Name<br><br>Number    Street<br><br>City    State    ZIP Code |
| | Contact phone ▓▓▓▓▓▓▓▓▓▓▓▓▓▓    _____<br>Contact email ▓▓▓▓▓▓▓▓▓▓▓▓▓▓    _____ | |
| 4. **Does this claim amend one already filed?** | ☒ No<br>☐ Yes. Claim number on court claims registry (if known)_____    Filed on ___ / ___ / ____  MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☐ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: **5 2 5 5** |
| **7. How much is the claim?** | $ **34,246.84** . **Does this amount include interest or other charges?**<br>☐ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_Account Balance_ |
| **9. Is all or part of the claim secured?** | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**  $_____<br><br>**Amount of the claim that is secured:**  $_____<br><br>**Amount of the claim that is unsecured:**  $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**  $_____<br><br>**Annual Interest Rate (when case was filed)** _____%<br>☐ Fixed<br>☐ Variable |
| **10. Is this claim based on a lease?** | ☒ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.  $_____ |
| **11. Is this claim subject to a right of setoff?** | ☒ No<br>☐ Yes. Identify the property: _____ |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | | Amount entitled to priority |
|---|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies. | | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | | |

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No | |
|---|---|---|
| | ☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $_____ |

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it.
FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12 / 01 / 2022
                  MM / DD / YYYY

Name of the person who is completing and signing this claim:

| Name | _____ |
|---|---|
| Title | _____ |
| Company | _____ |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | _____ |
| Contact phone | _____ |

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

KSJQ-O35R-RDMF-F8YL

○ Where can I find my Unique ID?

## Claim Information

Claim Number

20387

Claim Name

███████████████

Claimant Address on File

███████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

███████████████

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

███████████

Street2

City

█████

State

██

Zip

█████

Country

███████

Telephone Number

█████████

Email Address

███████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fourteenth Omnibus Objection Response Portal

Upload Here

| | |
|---|---|
| 📄 � ▬▬▬▬▬▬▬▬▬▬▬▬ - Letter of Approval - Objection.pdf | 213 KB |
| 📄 5225988885988250.pdf | 196 KB |

## Signature

Sign Here



Print Name

▬▬▬▬▬▬▬▬▬

Email Address

▬▬▬▬▬▬▬

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 20387 | █████████ | 02/14/23 | BlockFi Inc. | $1,542.03 | IC |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 20387 | - | - | - | - | - | 1,542.04 | 4.07 | - | BlockFi International LTD |

| Expunge/Modify |
|---|
| Modify |

To whom it may concern,

I would like to have my request corrected from the original amount entered to the updated one:

Modify:

Claim No. 20387

Original Value: Asserted Claim Amount - 1542.03

Corrected Amount: Intl BIA/BPC - 1,542.04   /  Intl BIA/BPC Interest - 4.07

I accept the changes.

Best Regards,

██████████████████

BlockFi Fourteenth Omnibus Objection Response Portal

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 6P3N-2KS0-MFOG-PTS1 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 2586 |
|---|

Claim Name

| ▉▉▉▉▉▉▉ |
|---|

Claimant Address on File

| ▉▉▉▉▉▉▉ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ▉▉▉▉▉▉▉ |
|---|

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

███████

Street2

City

██████

State

██

Zip

████

Country

███████

Telephone Number

████████

Email Address

███████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 Claim2586_response doc | 27 KB |
|---|---|

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Date: 1/8/2024

Claim Number: 2586

Dear Sir/Madam,

In response to the Objection:

1. I purchased 8.86312919 tokens of ETH on 01/21/2022 in the amount of $25000. I did not sell these tokens prior to the bankruptcy proceedings and no matter what their current value is now in USD, I would like to receive my tokens back in the same number of 8.86312919 without being converted to USD so that I could transfer them to my personal external wallet.
2. It is not fair to have this process sell the tokens at the lowest price and have us take these losses.

Sincerely,

██████████

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| F5P9-4MZ5-7GOM-SW49 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 3108 |
|---|

Claim Name

| ███████████ |
|---|

Claimant Address on File

| ███████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 Untitled document.pdf                                                                                            24 KB

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

To whom it may concern,

Objection response

I made an error in my blockfi interest account claim. Instead of inputting $3,501.85, $2,996 was entered. Please adjust this claim amount to be recovered.

Thank you,
█████████

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 9KKW-0JYO-TMO2-RZBW |
| --- |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 27750 |
| --- |

Claim Name

| ██████ |
| --- |

Claimant Address on File

| ████████████████████████████ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
| --- |

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 9955330565918860.pdf                                                                                              197 KB

## Signature

Sign Here



Print Name

[ ███████████████ ]

Email Address

[ ███████████ ]

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 27750 | ███████ | 03/25/23 | BlockFi International Ltd. | $0.97 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 22799 | - | - | - | - | - | - | - | - | BlockFi International LTD |

| Expunge/Modify |
|---|
| Expunge |

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| LTGN-RWYB-E941-V635 |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 18500 |

Claim Name

| ▇▇▇▇▇▇ |

Claimant Address on File

| ▇▇▇▇▇▇▇▇▇▇ |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |

Street1

Street2

City

State

Zip

Country

United States

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Kroll Restructuring ▮▮▮▮ pdf | 90 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Kroll Restructuring,

My claim was objected by the 14th omnibus objection. Reason being is that the asserted claim amount does not match BlockFi's records.

This is due to the calculations on my part. I stand by that whatever amount is reflected is on BlockFi's records are correct regarding my amount.

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi's books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 18500 | ███ | 03/19/23 | BlockFi Inc. | $229.46 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 18500 | 144.46 | 0.74 | - | - | - | - | - | - | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

Respectfully,

███

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

> 451Q-UP5S-F3M1-O5FY

○ Where can I find my Unique ID?

## Claim Information

Claim Number

> 14985

Claim Name

> ██████████

Claimant Address on File

> ██████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

>

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Octubre 2022.pdf | 24 KB |
| 📄 Septiembre 2022.pdf | 23 KB |
| 📄 Agosto 2022.pdf | 23 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# August 2022  BlockFi Wallet Statement



**Name**
**Email**
**Address**

**Account ID**
**Month Ending**      August 31, 2022

You earned approximately
**$0.00 \*** worth of crypto.

# August 2022 BlockFi Interest Account Statement

| | |
|---|---|
| **Flex Selection** | --- |
| **Month Ending** | August 31, 2022 |

You earned approximately
**$0.77 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,048.63 | 0.00001829<br>$0.37 | 0.00627182<br>$125.74 |
| **1 ETH**<br>$1,554.55 | 0.00025606<br>$0.40 | 0.08778959<br>$136.47 |
| **Total\*** in USD | **$0.77** | **$262.21** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

 BlockFi

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**



**Account ID**
**Month Ending**          October 31, 2022

You earned approximately
**$0.65 *** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 GUSD**<br>$1.00 | 0 | **0.65000000**<br>$0.65 | **0.65000000**<br>$0.65 |
| **Total\*** in USD | **$0.00** | **$0.65** | **$0.65** |

# October 2022  BlockFi Interest Account Statement

**Flex Selection**                    ---
**Month Ending**                      October 31, 2022

You earned approximately
**$0.77 ***  worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00001829<br>$0.37 | 0.00630781<br>$129.26 |
| **1 ETH**<br>$1,572.90 | 0.00025730<br>$0.40 | 0.08829529<br>$138.88 |
| **Total*** in USD | **$0.77** | **$268.14** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# September 2022 BlockFi Wallet Statement

**Name**

**Email**

**Address**



**Account ID**

**Month Ending**     September 30, 2022

You earned approximately
**$0.00 \*** worth of crypto.

# September 2022 BlockFi Interest Account Statement

**Flex Selection**                        ---
**Month Ending**                          September 30, 2022

You earned approximately
**$0.67 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$19,414.22 | **0.00001770**<br>$0.34 | **0.00628952**<br>$122.11 |
| **1 ETH**<br>$1,328.08 | **0.00024840**<br>$0.33 | **0.08803799**<br>$116.92 |
| **Total\*** in USD | **$0.67** | **$239.03** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| WIWW-S48O-BQVY-4X9Q |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 11163 |
|---|

Claim Name

| ▮▮▮▮▮▮▮▮ |
|---|

Claimant Address on File

| ▮▮▮▮▮▮▮▮▮▮▮ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ▮▮▮▮▮▮▮▮ |
|---|

Street1

[REDACTED]

Street2

[REDACTED]

City

[REDACTED]

State

[REDACTED]

Zip

[REDACTED]

Country

[REDACTED]

Telephone Number

[REDACTED]

Email Address

[REDACTED]

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.

Upload Here

🖻 Screenshot_20240105_182747_OneDrive.jpg                                                             149 KB

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

1984902203513460.pdf



Debtors: BlockFi Inc et al.
14th Omnibus Objection

Legend: Basis for Objection

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 11163 | | 03/13/23 | BlockFi Inc. | $10,000.00 | BR |

Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 11163 | 3,835.08 | 7.92 | - | - | - | - | - | - | BlockFi Inc. |

Excuse/Modify
Modify

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

XUX9-QV14-LXJV-OEHD

Where can I find my Unique ID?

## Claim Information

Claim Number

3195

Claim Name

██████

Claimant Address on File

██████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 🄰 BlockFi.pdf | 196 KB |
|---|---|

## Signature

Sign Here



Print Name

▇▇▇▇▇▇

Email Address

▇▇▇▇▇▇▇▇

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 3195 | ███ | 02/23/23 | BlockFi Inc. | $70.00 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 3195 | 78.60 | 0.15 | - | - | - | - | - | - | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

BlockFi Fourteenth Omnibus Objection Response Portal

## BlockFi Fourteenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

K6AF-6QU0-WKE1-VO6V

Where can I find my Unique ID?

### Claim Information

Claim Number

20987

Claim Name

███████

Claimant Address on File

████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 🅐 | Challenge to Objection.pdf | 34 KB |
| 🅐 | 9951262484921760.pdf | 194 KB |
| 🅐 | BTC Value 1.5.24.pdf | 124 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 20987 | ███████ | 02/16/23 | BlockFi Inc. | $36,000.00 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 20987 | 25,747.49 | 36.06 | - | - | - | - | - | - | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |



Claim Number: 20987
Claimant Name: ████████████
Link to Your Objection Information: ████████████████████████████
████████████████████████████████████
Unique ID: K6AF-6QU0-WKE1-VO6V

Response:

I challenge the objection filed by the Debtor.

Since the March 31, 2023 deadline set by the Court, the assets in question have appreciated significantly, to the point where the value of the assets in my interest account now substantially exceed even the claimed amount I previously submitted in my original challenge (sample BTC value of account holding from January 5, 2024 attached).  Cryptocurrency fair market value is volatile, and I understand the desire of the Court and the Debtor to arrive at as much certainty over the final obligations of the Debtor so that accounts can be settled definitively.  However, surely if the value of the assets in question had depreciated by the same factor over the past year, the Debtor would be appealing to the Court to reduce amounts owed to claimants. Conversely, as the assets have appreciated, there should be a mechanism imposed by the Court that ensures that claimants are made as whole as possible for the entire value of their accounts at the time the Debtor liquidates such accounts and that the Debtor is not otherwise unfairly advantaged because it had the good fortune of freezing the value of the assets, and therefore its repayment obligations, at the time of the market crash that caused its bankruptcy in the first place.  Therefore, any amounts received by Debtor at the time of liquidation of my account in excess of (i) Debtor's proposed settlement amount or (ii) the claimed amount in my February challenge to the settlement amount (attached) should be remitted to me or otherwise held in reserve until such time as the Court can determine the fairest allocation of such excess amounts in respect of myself and similarly situated claimants.

Thank you

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

AL8N-ABX3-Z13R-31HI

Where can I find my Unique ID?

## Claim Information

Claim Number

133

Claim Name

████

Claimant Address on File

████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 🗎 Response to Blocki claim 133 pdf | 59 KB |

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

01/08/2024



Dear Representatives,

In response to the 14th Omnibus Objection, I, Diep Le, agreed to the objection of claim 133 which is replaced by claim 118.

Sincerely,



BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

> 3RUW-8RHF-M5OY-08S7

Where can I find my Unique ID?

## Claim Information

Claim Number

> 19842

Claim Name

> ▓▓▓▓▓▓▓

Claimant Address on File

> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

>

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Blockfi agreement.pdf | 48 KB |

## Signature

Sign Here



Print Name

████████

Email Address

████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

No objection to the amount of $5920.19. Agree to that dollar amount.

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

9TMS-O4AX-1IIO-U2FV

Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

BlockFi Fourteenth Omnibus Objection Response Portal

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

26050

Claim Name

███████████████

Claimant Address on File

██████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

███████████████

Street1

████████████

Street2

██

City

██████

State

███████

Zip

██████

Country

███

Telephone Number

█████████

Email Address

███████████████

BlockFi Fourteenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| ▨ ██████████████ pdf | 150 KB |

BlockFi Fourteenth Omnibus Objection Response Portal

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

BlockFi Inc. Wallet Account Holder Proof of Claim Form

## BlockFi Inc. Wallet Account Holder Proof of Claim Form

### Instructions

**Read the instructions before filling out this form. This form is for making a claim based on assets held in account of the Debtors. <u>Do not</u>** use this form to assert any other pre-petition claims. <u>**Do not**</u> use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is en itled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If  he documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed (November 28, 2022).**

☑ Check here to see further instructions on completing your claim form:

### Debtor Selection

**If you have one or more BlockFi Wallet account(s), fill in this information to identify the case:**

███████████████

☑ BlockFi International Ltd. (Case No. 22-19368)
☐ Other

### Claim Information

**1. Who is the current creditor?**

████████████████

O her names  he creditor used with the debtor

Customer Identification Number(s):

Email Address Used to Sign Up for your BlockFi Account(s):

█████████████████

**2. Has this claim been acquired from someone else?**

No
Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

**Where should notices to the creditor be sent?**
Name:

███████████████████

Address 1 (Street address, "Care of:", or "Attention To:"):

███████████

Address 2:

█████████

Address 3:

**Claim Number: 26050**

BlockFi Inc. Wallet Account Holder Proof of Claim Form

Address 4:

City:

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code | Postal Code:

Is the creditor address outside of the US?

Country (if outside of the US):

Contact phone:

Contact email:

Should payments go to a different address?

No
Yes

**Would you like to add any additional noticing addresses?**

No
Yes

**4. Does this claim amend one already filed?**

No
Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

No
Yes

**6. Do you have any number you use to identify the debtor?**

No
Yes

## Claim Amount

**\* 7a. To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022)**

BlockFi International Ltd.; Case No. 22-19368

1,163.8

**\* 7b. List the number of each type of coin held in your Wallet account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in your Wallet account(s) as of the date the case was filed).**

Please use only numerals and decimals in  he Wallet field, up to a maximum of 21 digits or 20 digits and 1 decimal.

BlockFi Inc. Wallet Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Bitcoin (BTC) | $ 16,206.3000 | 0.01260622 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Ethereum (ETH) | $ 1,167.2400 | 0.37326758 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Gemini Dollar (GUSD) | $ 1.0000 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| USD Coin (USDC) | $ 1.0000 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| 1inch Network1 (INCH) | $ 0.5170 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Aave (AAVE) | $ 60.1500 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Algorand (ALGO) | $ 0.2359 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Avalanche (AVAX) | $ 12.4500 | 2.48860798 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Axie Infinity (AXS) | $ 6.5600 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Basic Attention Token (BAT) | $ 0.22322 | 55.81159397 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Binance Coin (BNB) | $ 292.7865 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Bitcoin Cash (BCH) | $ 109.9100 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Binance USD (BUSD) | $ 1.0000 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Cardano (ADA) | $ 0.3064 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Chainlink (LINK) | $ 7.1940 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Celo (CELO) | $ 0.6170 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Chiliz (CHZ) | $ 0.1642 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Compound (COMP) | $ 37.1600 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Cosmos (ATOM) | $ 9.8590 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Curve DAO Token (CRV) | $ 0.6450 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Decentraland (MANA) | $ 0.3862 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| DogeCoin (DOGE) | $ 0.09506 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| dYdX (DYDX) | $ 1.6660 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Elrond (EGLD) | $ 42.1390 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Enjin Coin (ENJ) | $ 0.2960 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| EOS (EOS) | $ 0.9034 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Fantom (FTM) | $ 0.2049 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Filecoin (FIL) | $ 4.2530 | |

BlockFi Inc. Wallet Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| FTX Token (FTT) | $ 1.2923535 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Gala (GALA) | $ 0.02478 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Hedera Hashgraph (HBAR) | $ 0.0486 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Kusama (KSM) | $ 25 5900 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Litecoin (LTC) | $ 73 8500 | 0.28298492 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Loopring (LRC) | $ 0.2368 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Maker (MKR) | $ 645.4100 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Multi Collateral Dai (DAI) | $ 0.9997 | 25.78414178 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Near (NEAR) | $ 1.5900 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| OMG Network (OMG) | $ 1.1605 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| One Coin (ONE) | $ 0.0137 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| PAX Gold (PAXG) | $ 1,740.6400 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Paxos Standard Token (PAX) | $ 1.0000 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Polkadot (DOT) | $ 5.1340 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Polygon (MATIC) | $ 0.8209 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Quant (QNT) | $ 112.4100 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Render Token (RNDR) | $ 0.4672 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Serum (SRM) | $ 0.2330 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Solana (SOL) | $ 13 3200 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Stellar (XLM) | $ 0.087183 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| SushiSwap (SUSHI) | $ 1.3348 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Synthetix (SNX) | $ 1.6620 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Terra 2.0 (LUNA) | $ 0.0001552 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Tether (USDT) | $ 0.9995 | 22.42286092 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Tezos (XTZ) | $ 0.9750 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| The Graph (GRT) | $ 0.0622 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| The Sandbox (SAND) | $ 0.5531 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| THORchain (RUNE) | $ 1.1670 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Tron (TRX) | $ 0.052973 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| TrueUSD (TUSD) | $ 0.9997 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Uniswap (UNI) | $ 5.2830 | 2.07308791 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Waves (WAVES) | $ 2.3300 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Yearn.Finance (YFI) | $ 6,266.5000 | |

Do you hold additional coins in your account not listed above?

　No

　Yes

## Additional Claim Information

**8. What is the basis of the claim?** (limited to 100 characters)

Client Account

**9. Is all or part of the claim secured?**

　No

　Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.

☐ Motor vehicle

☐ Other.

**Basis for perfection:**

**Value of property (all amounts in US $ dollars):**

**Amount of the claim that is secured (all amounts in US $ dollars):**

**Amount of the claim that is unsecured (all amounts in US $ dollars):**

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars):**

**Interest Rate Type:**

Fixed
Variable

**Annual Interest Rate (when case was filed) %:**

**10. Is this claim based on a lease?**

No
Yes

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars).**

**11. Is this claim subject to a right of setoff?**

No
Yes

Iden ify the property:

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

No
Yes

☐ Domes ic support obligations (including alimony and child support) under 11 U.
S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350 of deposits toward purchase, lease, or rental of property or
services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days
before the bankruptcy petition is filed or the debtor's business ends, whichever is
earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:
I am the creditor.
I am the creditor's attorney or authorized agent.
I am the trustee, or the debtor, or  heir authorized agent. Bankruptcy Rule 3004.
I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

03/26/2023

Signature



I cer ify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree  hat my electronic signature herein complies with  he ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

**Name of the person who is completing and signing this claim:**

First name

| ▬▬▬▬ |

Middle Name

Last name

| ▬▬▬▬ |

Title

Company

Address 1:

| ▬▬▬▬▬ |

Address 2:

| ▬▬▬ |

Address 3:

Address 4:

BlockFi Inc. Wallet Account Holder Proof of Claim Form

City:

███████

State or Province (use 2-letter abbreviation if US or Canada):

███████

Zip Code | Postal Code:

████

████████████████████████

Country (if outside of the US):

████

Contact phone:

+██████████

Contact email:

████████████████

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

I have supporting documentation
I do not have supporting documentation

BlockFi Inc. Wallet Account Holder Proof of Claim Form

## Confirmation of Submission

**Your Form has been successfully submitted...**

DOCUMENT ID

[REDACTED]

Submitted Date Time

2023-03-26T12:53:11.81Z

Status

Submitted

CONFIRMATION ID

[REDACTED]

Submission Email Address

[REDACTED]

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as your Confirmation ID.

Hi, I'm attaching all my trades in BlockFi and a screenshot of my account.
You can see the amount of BTC was 0,31193123.

The current value of BTC in USD is approximately 40500$, and this would be a total value of
13880$. My claim was for 7142,3$, but the current BTC now is higger, and I'm surfing
immense pain with this value.

I really want to get back my Bitcoins, not the dollars, because that is what I invested in. But if
they can only pay me in dollars, I want to receive the current value, not the old one.
Otherwise, I would lose money because of something that was not my fault.

*screenshot*



*transactions*

| Cryptocurrency | Amount | Transaction | Type | Exchange | Rate | Per | Coin | (USD) | Confirmed | At | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BTC | 0.31193123 | UI | Update: | Wallet | to | BIA | Transfer | Request | Not | Executed | 2022-11-15 | 23:59 |
| BTC | 0.31193123 | BIA | Withdraw | | 2022-11-15 | 06:32:20 | | | | | | |
| BTC | 0.00082429 | Interest | Payment | | 2022-10-31 | 23:59:59 | | | | | | |
| BTC | 0.00079588 | Interest | Payment | | 2022-09-30 | 23:59:59 | | | | | | |
| ETH | 2.5E-7 | Interest | Payment | | 2022-09-30 | 23:59:59 | | | | | | |
| BTC | 0.00020489 | BIA | Deposit | | 2022-09-01 | 04:58:27 | | | | | | |
| ETH | -0.0026982 | Trade | | 2022-09-01 | 04:57:59 | | | | | | | |
| BTC | 0.00020489 | Trade | | 2022-09-01 | 04:57:59 | | | | | | | |
| ETH | 0.0026982 | BIA | Withdraw | | 2022-09-01 | 04:55:40 | | | | | | |
| BTC | 0.00059011 | Interest | Payment | | 2022-08-31 | 23:59:59 | | | | | | |
| ETH | 0.0026982 | Interest | Payment | | 2022-08-31 | 23:59:59 | | | | | | |
| BTC | 0.07128391 | BIA | Deposit | | 2022-08-30 | 04:05:43 | | | | | | |

| ETH | -0.953003 | Trade | | 2022-08-30 | 04:05:11 | |
| BTC | 0.07128391 | Trade | | 2022-08-30 | 04:05:11 | |
| ETH | 0.953003 | BIA | Withdraw | 2022-08-30 | 04:03:59 | |
| BTC | 0.00052824 | Interest | Payment | 2022-07-31 | 23:59:59 | |
| ETH | 0.00278008 | Interest | Payment | 2022-07-31 | 23:59:59 | |
| ETH | 0.0023055 | Interest | Payment | 2022-06-30 | 23:59:59 | |
| BTC | 0.00036 | Interest | Payment | 2022-06-30 | 23:59:59 | |
| BTC | 0.00037169 | Interest | Payment | 2022-05-31 | 23:59:59 | |
| ETH | 0.00237646 | Interest | Payment | 2022-05-31 | 23:59:59 | |
| ETH | 0.00395228 | Interest | Payment | 2022-04-30 | 23:59:59 | |
| BTC | 0.00045156 | Interest | Payment | 2022-04-30 | 23:59:59 | |
| ETH | -0.015 | Withdrawal | Fee | 2022-04-12 | 12:12:18 | |
| ETH | -1.985 | Withdrawal | | 2022-04-12 | 12:12:18 | |
| ETH | 2 | BIA | Withdraw | 2022-04-08 | 11:59:32 | |
| BTC | -0.1 | Withdrawal | | 2022-04-05 | 14:16:09 | |

| | | | | | |
|---|---|---|---|---|---|
| ETH | 1.5 | BIA | Deposit | 2022-04-04 | 07:12:50 |
| ETH | 1.5 | BIA | Withdraw | 2022-04-03 | 12:44:37 |
| BTC | 0.1 | BIA | Withdraw | 2022-04-03 | 12:20:16 |
| ETH | 0.0082398 | Interest | Payment | 2022-03-31 | 23:59:59 |
| BTC | 0.00058426 | Interest | Payment | 2022-03-31 | 23:59:59 |
| BTC | 0.0011652 | BIA | Deposit | 2022-03-31 | 22:12:08 |
| BTC | 0.0011652 | Crypto | Transfer | 2022-03-31 | 22:06:32 |
| BTC | 0.00126555 | BIA | Deposit | 2022-03-03 | 07:58:08 |
| BTC | 0.00126555 | Crypto | Transfer | 2022-03-03 | 07:43:01 |
| ETH | 0.007434 | Interest | Payment | 2022-02-28 | 23:59:59 |
| BTC | 0.00052623 | Interest | Payment | 2022-02-28 | 23:59:59 |
| BTC | 0.00044717 | BIA | Deposit | 2022-02-13 | 07:04:12 |
| BTC | 0.00044717 | Bonus | Payment | 2022-02-10 | 20:32:58 |
| BTC | 0.00146103 | BIA | Deposit | 2022-02-01 | 10:39:24 |

| | | | | | |
|---|---|---|---|---|---|
| BTC | 0.0014 6103 | Crypt o | Tran sfer | 2022 -02- 01 | 10:3 1:35 |
| BTC | 0.0005 807 | Inter est | Paym ent | 2022 -01- 31 | 23:5 9:59 |
| ETH | 0.0082 1996 | Inter est | Paym ent | 2022 -01- 31 | 23:5 9:59 |
| BTC | 0.0011 9248 | Crypt o | Tran sfer | 2022 -01- 06 | 16:3 1:05 |
| BTC | 0.0004 399 | Inter est | Paym ent | 2021 -12- 31 | 23:5 9:59 |
| ETH | 0.0047 8008 | Inter est | Paym ent | 2021 -12- 31 | 23:5 9:59 |
| BTC | 0.2236 5946 | Crypt o | Tran sfer | 2021 -12- 21 | 11:2 0:58 |
| ETH | 2.8335 7803 | Crypt o | Tran sfer | 2021 -12- 13 | 10:3 0:28 |
| ETH | 0.0793 3681 | Crypt o | Tran sfer | 2021 -12- 12 | 07:0 2:18 |
| BTC | 0.0951 9868 | Crypt o | Tran sfer | 2021 -12- 01 | 18:5 1:01 |
| BTC | 0.01 | Crypt o | Tran sfer | 2021 -11- 30 | 22:3 5:04 |

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

357V-GX0O-TMCC-TPLC

Where can I find my Unique ID?

## Claim Information

Claim Number

1824

Claim Name

██████████

Claimant Address on File

██████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fourteenth Omnibus Objection Response Portal

Upload Here

| 📄 BlockFi Claim.pdf | 136 KB |
|---|---|

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

R75H-JGN1-0FO1-EPGC

Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

BlockFi Fourteenth Omnibus Objection Response Portal

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

16919

Claim Name

████████████

Claimant Address on File

███████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Fourteenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Response.pdf | 48 KB |

BlockFi Fourteenth Omnibus Objection Response Portal

## Signature

Sign Here



Print Name

█████████████

Email Address

█████████████

☑ I certify that I have completed my E-registraion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

I expect the assets returned from my investment account to be in the form of the
cryptocurrency that was ORIGINALLY invested, or, in USDC with TODAY'S value equivalent.

Thank you

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

B1K7-GX5Y-5J9S-LPXC

Where can I find my Unique ID?

## Claim Information

Claim Number

2848

Claim Name

███████

Claimant Address on File

███████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

███████

Street1

<!-- redacted -->

Street2

City

<!-- redacted -->

State

<!-- redacted -->

Zip

<!-- redacted -->

Country

<!-- redacted -->

Telephone Number

<!-- redacted -->

Email Address

<!-- redacted -->

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 | ▓▓▓▓ BlockFi.pdf | 44 KB |

---

## Signature

Sign Here



Print Name

▓▓▓▓▓

Email Address

▓▓▓▓▓▓

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

My name in the claimant information is incorrect. I don't know how it got to be this way. But my name is spelled █████████, not ███████ I would like this to be corrected so I can receive my claim, whenever that may be.

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| HR2J-RTB1-9HCB-31IL |
| --- |

Where can I find my Unique ID?

## Claim Information

Claim Number

| 17092 |
| --- |

Claim Name

| ██████████ |
| --- |

Claimant Address on File

| ███████████████████████ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |
| --- |

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 🗎 ▮▮▮▮▮▮▮.pdf | 147 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Subject: Dissatisfaction and Request for BTC Refund - Urgent Attention Required

Dear Blockfi Support Team,

I am writing to express my deep dissatisfaction and disapproval regarding the proposed cash reimbursement in the context of Blockfi's bankruptcy plan. Initially, I entrusted my Bitcoin assets to Blockfi under the belief that they would be securely held or that I would have the option to withdraw them at my discretion. My intent was to hold Bitcoin as a long-term investment, relying on Blockfi's platform for safekeeping.

My disappointment stems from Blockfi's inability to safeguard my Bitcoin as promised, compounded by the fact that the proposed cash amount does not align with the true value of my assets.

While I acknowledge Blockfi's financial objectives during the bankruptcy process, I implore you to consider the impact on customers who placed their trust in your platform for investment purposes. I firmly request the complete refund of my BTC to the following BTC address: ██████████████████████████████████

It's crucial to note that I initiated a full BTC withdrawal to the same address on November 15, 2022, as evidenced by the attached screenshot of the corresponding email. Despite this, nearly 14 months have passed, and I am yet to receive my BTC.

I firmly emphasize my preference not to convert my BTC into cash and kindly request prompt action to address this matter.

Your urgent attention to this issue is greatly appreciated.

Sincerely,





BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

3HXK-Q6QW-GFXL-RS2B

Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

1681

Claim Name

██████████████

Claimant Address on File

██████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

███████████

Email Address

███████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 🗎 BlockFi Earnings Statement (Oct'22).pdf | 25 KB |
| 🗎 BlockFi Account Dashboard snapshot_01062024.pdf | 83 KB |
| 🗎 Official Response Letter.pdf | 539 KB |

BlockFi Fourteenth Omnibus Objection Response Portal

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

 **BlockFi**



🛈 **Important Update**
As previously notified, **Wallet withdrawals were suspended on December 31, 2023, at 11:59 PM UTC.** Any remaining wallet balances will be converted to cash and distributed to BlockFi clients in U.S. dollars.

- **Clients that initiated a withdrawal request and need to verify their identity must complete the Identity Verification requests by January 12, 2024, at 11:59 PM UTC.**

More information about withdrawals and balances can be found in our FAQ **here**.

**Dashboard** / **Interest Account**

# Interest Account



| | Overview | ⌄ |
|---|---|---|

## Your Assets

| Asset | Quantity | |
|---|---|---|
| Ethereum ETH | 4.77525248 ETH | › |
| Bitcoin BTC | 0.25099316 BTC | › |
| Gemini USD GUSD | 0.16 GUSD | › |

## Recurring Trades

**Recurring Trade**                                                          **Buy Amt Frequency**

You have not set up any recurring trades.

## Transactions

Your transaction history has moved. Visit the Dashboard to view Interest Account transactions.

**Go to Dashboard**

 BlockFi

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

## October 2022 BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**          October 31, 2022

You earned approximately
**$96.95 *** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$20,492.00 | **0.00301563**<br>$61.80 | 0 | **0.01568982**<br>$321.52 |
| **1 GUSD**<br>$1.00 | 0 | **35.15000000**<br>$35.15 | **35.15000000**<br>$35.15 |
| **Total\*** in USD | **$61.80** | **$35.15** | **$356.67** |

# October 2022  BlockFi Interest Account Statement

**Flex Selection**                    ---
**Month Ending**                    October 31, 2022

You earned approximately
**$26.90 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
| --- | --- | --- |
| **1 BTC**<br>$20,492.00 | **0.00054963**<br>$11.26 | **0.25099316**<br>$5,143.35 |
| **1 ETH**<br>$1,572.90 | **0.00994480**<br>$15.64 | **4.77525248**<br>$7,510.99 |
| **1 GUSD**<br>$1.00 | **0.00099882**<br>$0.00 | **0.16314522**<br>$0.16 |
| **Total\*** in USD | **$26.90** | **$12,654.50** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's **terms & conditions.**

Dear Sir/Madam,

This is the Official Response to your Wind-down Debtors' Fourteenth Omnibus Objection to Claims letter, related to the bankruptcy proceeding of BlockFi Inc., *et al.*, Case No. 22-19361, United States Bankruptcy Court for the District of New Jersey, to provide the additional information of factual and legal bases which should set forth the reasons for the Court **not to sustain the Objection** with respect to Disputed Claim (Number: 1681, Claimant Name: ██████████, Date Filed: 1/22/2023).

**The following modifications should be made to the existing claim, based upon the additional information provided hereunder:**

1. Change the Surviving Claim Amount (US BIA) to **USD 21,821.45** (from USD 9,641.70);
2. Change the Surviving Claim Entity to **BlockFi Inc.** (from BLockFi Lending LLC).

**Supporting materials and rationale:**

1. Upon 11/10/2022, when the BlockFi Online Platforms were put on pause due to potential bankruptcy event, and up till now, the Claimant's Interest Account (ID: 234dfe9f) comprised the following crypto balances (see the details on page 2 of the last downloadable Oct'22 BlockFi Interest Account Statement and Account Dashboard snapshot taken on 01/06/2024 attached to this mail):
   a. Bitcoin (BTC) 0.25099316 (equivalent in USD 5,143.35);
   b. Ethereum (ETH) 4.77525248 (equivalent in USD 7,510.99);
   c. Gemini USD (GUSD) 0.16314522 (equivalent in USD 0.16).

2. Following the conversion of these crypto balances using the exchange rates as of 01/06/2024 (USD/BTC 44,106.29/1 USD/ETH 2,251.38/1, USD/GUCSD 1/1), **the aggregated claim amount would equal to USD 21,821.45** and individual balances look as follows (see the exchange rate as of 01/06/2024 for individual crypto currencies on Gemini exchange: https://www.gemini.com/prices/bitcoin, https://www.gemini.com/prices/ether, https://www.gemini.com/prices/gusd):
   a. Bitcoin (BTC) 0.25099316 (equivalent in USD 11,070.38);
   b. Ethereum (ETH) 4.77525248 (equivalent in USD 10,750.91);
   c. Gemini USD (GUSD) 0.16314522 (equivalent in USD 0.16).

3. BlockFi Inc. is stated as an applicable operator of the Online Platform as mentioned in BlockFi's terms & conditions (see the details on page 1 of the BlockFi's Terms of Service located at https://blockfi.com/terms/).

**For any additional information and/or clarifications please reach out directly to the Claimant, using the below contact information:**

██████████████
████████████████████
██████████████████
████████████████

Best regards,

██████████

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

ZA9P-4M0I-O7ZO-HND4

Where can I find my Unique ID?

## Claim Information

Claim Number

20171

Claim Name

▮▮▮▮▮▮▮▮

Claimant Address on File

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

▮▮▮▮▮▮▮

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

[REDACTED]

Street2

City

[REDACTED]

State

[REDACTED]

Zip

[REDACTED]

Country

[REDACTED]

Telephone Number

[REDACTED]

Email Address

[REDACTED]

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 Blockfi Report trade_report_all.pdf | 75 KB |

## Signature

Sign Here



Print Name

Email Address

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

| Cryptocurrency | Amount | Transaction | Exchange R | Confirmed At |
|---|---|---|---|---|
| BTC | 0.00345712 | Interest Payment | | 31/10/2022 23:59 |
| BTC | 0.003339 | Interest Payment | | 30/09/2022 23:59 |
| BTC | 0.00148062 | Interest Payment | | 31/08/2022 23:59 |
| BTC | 1.52 | BIA Deposit | | 17/08/2022 23:13 |
| BTC | 0.00043715 | Interest Payment | | 31/07/2022 23:59 |
| BTC | -0.00025 | Withdrawal Fee | | 6/07/2022 7:30 |
| BTC | -0.01380311 | Withdrawal | | 6/07/2022 7:30 |
| BTC | 1.53405311 | BIA Withdraw | | 5/07/2022 9:01 |
| BTC | 0.0005511 | Interest Payment | | 30/06/2022 23:59 |
| BTC | 0.00056916 | Interest Payment | | 31/05/2022 23:59 |
| BTC | 0.0006348 | Interest Payment | | 30/04/2022 23:59 |
| BTC | 0.00068653 | Interest Payment | | 31/03/2022 23:59 |
| BTC | 0.531 | BIA Deposit | | 9/03/2022 5:04 |
| BTC | 0.00061152 | Interest Payment | | 28/02/2022 23:59 |
| BTC | -0.00042074 | Withdrawal | | 15/02/2022 19:07 |
| BTC | 0.53142074 | BIA Withdraw | | 14/02/2022 6:25 |
| BTC | 0.00069936 | Interest Payment | | 31/01/2022 23:59 |
| BTC | 0.00069936 | Interest Payment | | 31/12/2021 23:59 |
| BTC | 0.0006768 | Interest Payment | | 30/11/2021 23:59 |
| BTC | 0.00069936 | Interest Payment | | 31/10/2021 23:59 |
| BTC | 0.0006768 | Interest Payment | | 30/09/2021 23:59 |
| BTC | 0.00246853 | Interest Payment | | 31/08/2021 23:59 |
| BTC | 0.00246543 | Interest Payment | | 31/07/2021 23:59 |
| BTC | 0.0037212 | Interest Payment | | 30/06/2021 23:59 |
| BTC | 0.00383904 | Interest Payment | | 31/05/2021 23:59 |
| BTC | 0.005805 | Interest Payment | | 30/04/2021 23:59 |
| BTC | 0.00745209 | Interest Payment | | 31/03/2021 23:59 |
| BTC | 0.006489 | Interest Payment | | 28/02/2021 23:59 |
| BTC | 0.07 | Crypto Transfer | | 19/02/2021 8:12 |
| BTC | 0.00416213 | Interest Payment | | 31/01/2021 23:59 |
| BTC | 0.9998 | Crypto Transfer | | 13/01/2021 5:46 |
| BTC | 0.00000547 | Crypto Transfer | | 12/01/2021 10:16 |
| BTC | 0.399 | Crypto Transfer | | 12/01/2021 10:12 |
| BTC | 0.02276117 | Crypto Transfer | | 12/01/2021 9:15 |

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

LGXY-HEQB-H3HU-XDM2

Where can I find my Unique ID?

## Claim Information

Claim Number

21339

Claim Name

██████████

Claimant Address on File

██████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 🗎 5788093032737130.pdf | 196 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc** *et al.*

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 21339 | ███████ | 02/14/23 | BlockFi Inc. | $544.50 | IC |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 21339 | - | - | - | - | - | 541.12 | 3.38 | - | BlockFi International LTD |

| Expunge/Modify |
|---|
| Modify |

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

DXVK-DBZY-47U8-V8UG

Where can I find my Unique ID?

## Claim Information

Claim Number

357

Claim Name

██████████████

Claimant Address on File

██████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

██████████████

Street1

████████████

Street2

City

██████

State

████

Zip

███

Country

████

Telephone Number

████████

Email Address

████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 Objection███████████████.pdf                                                197 KB

## Signature

Sign Here



Print Name

███████████████

Email Address

███████████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc *et al.*

**14th Omnibus Objection**

**Legend: Basis for Objection**

BR      Asserted claim amount does not match BlockFi s books and records

IC      Asserted against incorrect debtor entity or improperly assert priority or secured status

| Claim Info | | | | | |
|---|---|---|---|---|---|
| **Proof of Claim No.** | **Claimant Name** | **Date Filed** | **Filed Debtor Entity** | **Asserted Claim Amount** | **Basis for Objection** |
| 357 | ███████████ | 12/12/22 | BlockFi Inc. | $1,922.10 | BR IC |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Surviving Claim No.** | **US BIA** | **US BIA Interest** | **US Loan** | **US BPC** | **US BPC Interest** | **Intl BIA/BPC** | **Intl BIA/BPC Interest** | **Intl Loan** | **Surviving Claim Entity** |
| 357 | - | - | - | - | - | - | - | - | No Sch Value |

| Expunge/Modify |
|---|
| Modify |

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

GNUS-5T5I-QJ0W-LSI2

Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

BlockFi Fourteenth Omnibus Objection Response Portal

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

24641

Claim Name

████████

Claimant Address on File

████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

████████████

Street1

████████████

Street2

City

████

State

██

Zip

████

Country

██████

Telephone Number

████████

Email Address

████████████

BlockFi Fourteenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄  BlockFi.pdf | 77 KB |
| 📄  BlockFi trade_report_all.pdf | 76 KB |

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

| Cryptocurr | Amount | Transaction | Exchange R | Confirmed At |
|---|---|---|---|---|
| GUSD | -11 | Withdrawal Fee | | 9/25/2023 12:55 |
| GUSD | -67.1 | Withdrawal | | 9/25/2023 12:55 |
| ETH | -0.006 | Withdrawal Fee | | 9/13/2023 12:27 |
| ETH | -4.77155 | Withdrawal | | 9/13/2023 12:27 |
| GUSD | 148.464 | UI Update: Wallet to B | | 11/15/2022 23:59 |
| USDC | 2.163385 | UI Update: Wallet to B | | 11/15/2022 23:59 |
| USDC | 2.163385 | BIA Withdraw | | 11/15/2022 21:11 |
| GUSD | 148.464 | BIA Withdraw | | 11/15/2022 21:10 |
| ETH | 5.81276 | UI Update: Wallet to B | | 11/13/2022 23:59 |
| BTC | 0.649042 | UI Update: Wallet to B | | 11/13/2022 23:59 |
| ETH | 5.81276 | BIA Withdraw | | 11/13/2022 14:07 |
| BTC | 0.649042 | BIA Withdraw | | 11/13/2022 14:07 |
| GUSD | 0.909064 | Interest Payment | | 10/31/2022 23:59 |
| USDC | 0.013247 | Interest Payment | | 10/31/2022 23:59 |
| ETH | 0.011688 | Interest Payment | | 10/31/2022 23:59 |
| BTC | 0.001219 | Interest Payment | | 10/31/2022 23:59 |
| GUSD | 78.1 | Bonus Payment | | 10/20/2022 23:56 |
| ETH | 0.011293 | Interest Payment | | 9/30/2022 23:59 |
| BTC | 0.001177 | Interest Payment | | 9/30/2022 23:59 |
| USDC | 0.012743 | Interest Payment | | 9/30/2022 23:59 |
| GUSD | 0.874525 | Interest Payment | | 9/30/2022 23:59 |
| ETH | 0.187285 | Crypto Transfer | | 9/13/2022 2:47 |
| ETH | 0.099381 | Crypto Transfer | | 9/5/2022 18:37 |
| ETH | 0.099876 | Crypto Transfer | | 9/1/2022 16:48 |
| ETH | 0.01165 | Interest Payment | | 8/31/2022 23:59 |
| USDC | 0.013087 | Interest Payment | | 8/31/2022 23:59 |
| BTC | 0.001215 | Interest Payment | | 8/31/2022 23:59 |
| GUSD | 0.898143 | Interest Payment | | 8/31/2022 23:59 |
| ETH | 0.099705 | Crypto Transfer | | 8/28/2022 18:26 |
| ETH | 0.100972 | Crypto Transfer | | 8/25/2022 18:12 |
| ETH | 0.101627 | Crypto Transfer | | 8/21/2022 21:01 |
| ETH | 0.101652 | Crypto Transfer | | 8/17/2022 14:45 |
| ETH | 0.100398 | Crypto Transfer | | 8/13/2022 17:52 |
| ETH | 0.100377 | Crypto Transfer | | 8/9/2022 12:01 |
| ETH | 0.100183 | Crypto Transfer | | 8/4/2022 19:27 |
| ETH | 0.01163 | Interest Payment | | 7/31/2022 23:59 |
| GUSD | 0.892643 | Interest Payment | | 7/31/2022 23:59 |
| USDC | 0.013007 | Interest Payment | | 7/31/2022 23:59 |
| BTC | 0.001212 | Interest Payment | | 7/31/2022 23:59 |
| ETH | 0.099933 | Crypto Transfer | | 7/31/2022 20:30 |
| ETH | 0.100409 | Crypto Transfer | | 7/28/2022 8:27 |
| ETH | 0.100179 | Crypto Transfer | | 7/24/2022 8:29 |
| ETH | 0.099789 | Crypto Transfer | | 7/19/2022 17:39 |
| ETH | 0.101019 | Crypto Transfer | | 7/14/2022 2:02 |
| ETH | 0.101155 | Crypto Transfer | | 7/7/2022 7:02 |
| ETH | 0.100606 | Crypto Transfer | | 7/3/2022 22:38 |

| | | | |
|---|---|---|---|
| USDC | 0.011709 | Interest Payment | 6/30/2022 23:59 |
| GUSD | 0.803524 | Interest Payment | 6/30/2022 23:59 |
| ETH | 0.008188 | Interest Payment | 6/30/2022 23:59 |
| BTC | 0.000478 | Interest Payment | 6/30/2022 23:59 |
| ETH | 0.122819 | Crypto Transfer | 6/30/2022 11:32 |
| ETH | 0.105416 | Crypto Transfer | 6/25/2022 3:08 |
| ETH | 0.099645 | Crypto Transfer | 6/21/2022 2:29 |
| ETH | 0.144435 | Crypto Transfer | 6/17/2022 5:03 |
| ETH | 0.102577 | Crypto Transfer | 6/12/2022 5:14 |
| ETH | 0.21032 | Crypto Transfer | 6/7/2022 12:21 |
| USDC | 0.01203 | Interest Payment | 5/31/2022 23:59 |
| ETH | 0.008459 | Interest Payment | 5/31/2022 23:59 |
| BTC | 0.000494 | Interest Payment | 5/31/2022 23:59 |
| GUSD | 0.82555 | Interest Payment | 5/31/2022 23:59 |
| ETH | 0.099699 | Crypto Transfer | 5/28/2022 9:12 |
| ETH | 0.100354 | Crypto Transfer | 5/23/2022 5:38 |
| ETH | 0.100849 | Crypto Transfer | 5/19/2022 2:23 |
| ETH | 0.168891 | Crypto Transfer | 5/14/2022 23:49 |
| ETH | 0.112253 | Crypto Transfer | 5/7/2022 9:24 |
| GUSD | 0.821816 | Interest Payment | 4/30/2022 23:59 |
| ETH | 0.009439 | Interest Payment | 4/30/2022 23:59 |
| USDC | 0.011975 | Interest Payment | 4/30/2022 23:59 |
| BTC | 0.000562 | Interest Payment | 4/30/2022 23:59 |
| ETH | 0.158069 | Crypto Transfer | 4/30/2022 7:58 |
| ETH | 0.12764 | Crypto Transfer | 4/22/2022 13:51 |
| ETH | 0.11332 | Crypto Transfer | 4/15/2022 6:29 |
| ETH | 0.176669 | Crypto Transfer | 4/10/2022 1:46 |
| GUSD | 0.959469 | Interest Payment | 3/31/2022 23:59 |
| ETH | 0.011059 | Interest Payment | 3/31/2022 23:59 |
| BTC | 0.000624 | Interest Payment | 3/31/2022 23:59 |
| USDC | 0.013522 | Interest Payment | 3/31/2022 23:59 |
| ETH | 0.10064 | Crypto Transfer | 3/30/2022 4:40 |
| ETH | 0.099101 | Crypto Transfer | 3/23/2022 8:31 |
| ETH | 0.100235 | Crypto Transfer | 3/17/2022 7:30 |
| USDC | -50 | Withdrawal | 3/15/2022 15:53 |
| ETH | 0.10051 | Crypto Transfer | 3/11/2022 14:31 |
| ETH | 0.099031 | Crypto Transfer | 3/5/2022 9:26 |
| GUSD | -50 | Trade | 3/3/2022 21:41 |
| USDC | 50 | Trade | 3/3/2022 21:41 |
| GUSD | 50 | BIA Withdraw | 3/3/2022 21:40 |
| BTC | 0.000564 | Interest Payment | 2/28/2022 23:59 |
| GUSD | 1.228504 | Interest Payment | 2/28/2022 23:59 |
| USDC | 0.01323 | Interest Payment | 2/28/2022 23:59 |
| ETH | 0.009987 | Interest Payment | 2/28/2022 23:59 |
| ETH | 0.10791 | Crypto Transfer | 2/26/2022 4:13 |
| ETH | 0.117882 | Crypto Transfer | 2/19/2022 8:46 |
| ETH | 0.314739 | Crypto Transfer | 2/11/2022 8:34 |

| | | | |
|---|---|---|---|
| GUSD | 1.387307 | Interest Payment | 1/31/2022 23:59 |
| BTC | 0.000624 | Interest Payment | 1/31/2022 23:59 |
| ETH | 0.011001 | Interest Payment | 1/31/2022 23:59 |
| USDC | 0.01494 | Interest Payment | 1/31/2022 23:59 |
| ETH | 0.250891 | Crypto Transfer | 1/24/2022 7:48 |
| ETH | 0.222938 | Crypto Transfer | 1/8/2022 2:05 |
| ETH | 0.0108 | Interest Payment | 12/31/2021 23:59 |
| BTC | 0.000624 | Interest Payment | 12/31/2021 23:59 |
| USDC | 0.014831 | Interest Payment | 12/31/2021 23:59 |
| GUSD | 1.377191 | Interest Payment | 12/31/2021 23:59 |
| ETH | 0.132192 | Crypto Transfer | 12/26/2021 11:49 |
| ETH | 0.155337 | Crypto Transfer | 12/19/2021 2:31 |
| ETH | 0.235274 | Crypto Transfer | 12/8/2021 22:09 |
| ETH | 0.009765 | Interest Payment | 11/30/2021 23:59 |
| USDC | 0.014251 | Interest Payment | 11/30/2021 23:59 |
| GUSD | 1.323358 | Interest Payment | 11/30/2021 23:59 |
| BTC | 0.000604 | Interest Payment | 11/30/2021 23:59 |
| ETH | 0.096866 | Crypto Transfer | 11/25/2021 9:30 |
| ETH | 0.267303 | Crypto Transfer | 11/19/2021 15:08 |
| ETH | 0.269507 | Crypto Transfer | 11/5/2021 21:46 |
| GUSD | 1.249113 | Interest Payment | 10/31/2021 23:59 |
| ETH | 0.009288 | Interest Payment | 10/31/2021 23:59 |
| USDC | 0.013452 | Interest Payment | 10/31/2021 23:59 |
| BTC | 0.000624 | Interest Payment | 10/31/2021 23:59 |
| ETH | 0.107148 | Crypto Transfer | 10/23/2021 10:17 |
| ETH | 0.339158 | Crypto Transfer | 10/18/2021 6:06 |
| ETH | 0.15488 | Crypto Transfer | 10/2/2021 21:24 |
| BTC | 0.000604 | Interest Payment | 9/30/2021 23:59 |
| USDC | 0.012557 | Interest Payment | 9/30/2021 23:59 |
| GUSD | 1.166038 | Interest Payment | 9/30/2021 23:59 |
| ETH | 0.008287 | Interest Payment | 9/30/2021 23:59 |
| ETH | 0.153092 | Crypto Transfer | 9/25/2021 6:21 |
| ETH | 0.103319 | Crypto Transfer | 9/16/2021 5:51 |
| ETH | 0.099262 | Crypto Transfer | 9/10/2021 5:45 |
| ETH | 0.102204 | Crypto Transfer | 9/10/2021 5:41 |
| ETH | 0.008851 | Interest Payment | 8/31/2021 23:59 |
| GUSD | 1.977816 | Interest Payment | 8/31/2021 23:59 |
| USDC | 0.012116 | Interest Payment | 8/31/2021 23:59 |
| BTC | 0.001344 | Interest Payment | 8/31/2021 23:59 |
| ETH | 0.198917 | Crypto Transfer | 8/31/2021 1:28 |
| ETH | 0.0992 | Crypto Transfer | 8/21/2021 14:02 |
| ETH | 0.105746 | Crypto Transfer | 8/16/2021 22:55 |
| GUSD | 6.38 | Bonus Payment | 8/13/2021 23:59 |
| ETH | 0.098731 | Crypto Transfer | 8/12/2021 7:08 |
| GUSD | -400 | Ach Withdrawal | 8/11/2021 7:07 |
| ETH | 0.101966 | Crypto Transfer | 8/7/2021 19:15 |
| ETH | -0.02 | Withdrawal Fee | 8/6/2021 17:25 |

| | | | |
|---|---|---|---|
| ETH | -0.22 | Withdrawal | 8/6/2021 17:25 |
| ETH | -0.27 | Withdrawal | 8/3/2021 19:08 |
| ETH | 0.10017 | Crypto Transfer | 8/3/2021 14:45 |
| ETH | 0.008461 | Interest Payment | 7/31/2021 23:59 |
| BTC | 0.001343 | Interest Payment | 7/31/2021 23:59 |
| GUSD | 8.036518 | Interest Payment | 7/31/2021 23:59 |
| USDC | 0.853675 | Interest Payment | 7/31/2021 23:59 |
| ETH | 0.100041 | Crypto Transfer | 7/30/2021 22:50 |
| ETH | 0.100137 | Crypto Transfer | 7/27/2021 9:27 |
| USDC | -10 | Withdrawal Fee | 7/26/2021 18:04 |
| USDC | -600 | Withdrawal | 7/26/2021 18:04 |
| ETH | 0.100118 | Crypto Transfer | 7/23/2021 13:02 |
| GUSD | -600 | Trade | 7/23/2021 11:02 |
| USDC | 600 | Trade | 7/23/2021 11:02 |
| ETH | -0.34 | Withdrawal | 7/20/2021 16:33 |
| ETH | 0.100107 | Crypto Transfer | 7/19/2021 21:45 |
| ETH | 0.100176 | Crypto Transfer | 7/16/2021 7:12 |
| ETH | 0.100078 | Crypto Transfer | 7/12/2021 23:01 |
| USDC | -10 | Withdrawal Fee | 7/9/2021 19:21 |
| USDC | -579 | Withdrawal | 7/9/2021 19:21 |
| ETH | 0.100038 | Crypto Transfer | 7/8/2021 23:05 |
| GUSD | -600 | Trade | 7/8/2021 0:16 |
| USDC | 600 | Trade | 7/8/2021 0:16 |
| USDC | -850 | Withdrawal | 7/7/2021 17:31 |
| GUSD | -850 | Trade | 7/5/2021 23:54 |
| USDC | 850 | Trade | 7/5/2021 23:54 |
| ETH | 0.100127 | Crypto Transfer | 7/5/2021 5:34 |
| BTC | 0.002242 | Interest Payment | 6/30/2021 23:59 |
| GUSD | 23.16681 | Interest Payment | 6/30/2021 23:59 |
| USDC | 0.113014 | Interest Payment | 6/30/2021 23:59 |
| ETH | 0.007047 | Interest Payment | 6/30/2021 23:59 |
| ETH | 0.100056 | Crypto Transfer | 6/30/2021 22:11 |
| ETH | 0.100067 | Crypto Transfer | 6/26/2021 18:44 |
| GUSD | -600 | Trade | 6/22/2021 13:46 |
| BTC | 0.020321 | Trade | 6/22/2021 13:46 |
| ETH | 0.100027 | Crypto Transfer | 6/21/2021 21:08 |
| ETH | 0.100047 | Crypto Transfer | 6/16/2021 6:33 |
| ETH | 0.100051 | Crypto Transfer | 6/10/2021 5:57 |
| USDC | -500 | Withdrawal | 6/9/2021 20:04 |
| GUSD | -500 | Trade | 6/8/2021 19:59 |
| USDC | 500 | Trade | 6/8/2021 19:59 |
| GUSD | -330 | Trade | 6/8/2021 3:21 |
| BTC | 0.010012 | Trade | 6/8/2021 3:21 |
| GUSD | -340 | Trade | 6/7/2021 21:16 |
| BTC | 0.010006 | Trade | 6/7/2021 21:16 |
| GUSD | -350 | Trade | 6/7/2021 21:12 |
| BTC | 0.01006 | Trade | 6/7/2021 21:12 |

| | | | |
|---|---|---|---|
| ETH | 0.10005 | Crypto Transfer | 6/4/2021 2:02 |
| BTC | 0.002234 | Interest Payment | 5/31/2021 23:59 |
| GUSD | 32.56608 | Interest Payment | 5/31/2021 23:59 |
| ETH | 0.005117 | Interest Payment | 5/31/2021 23:59 |
| ETH | 0.100065 | Crypto Transfer | 5/28/2021 21:26 |
| GUSD | -350 | Trade | 5/23/2021 14:42 |
| BTC | 0.010039 | Trade | 5/23/2021 14:42 |
| ETH | 0.10005 | Crypto Transfer | 5/23/2021 7:21 |
| ETH | 0.100199 | Crypto Transfer | 5/19/2021 4:59 |
| GUSD | -400 | Trade | 5/19/2021 4:45 |
| BTC | 0.010077 | Trade | 5/19/2021 4:45 |
| GUSD | -475 | Trade | 5/16/2021 20:03 |
| BTC | 0.010325 | Trade | 5/16/2021 20:03 |
| ETH | 0.100172 | Crypto Transfer | 5/14/2021 4:04 |
| ETH | 0.100067 | Crypto Transfer | 5/11/2021 2:06 |
| GUSD | -100 | Ach Withdrawal | 5/7/2021 7:11 |
| ETH | 0.100064 | Crypto Transfer | 5/7/2021 3:53 |
| GUSD | 5000 | Ach Deposit | 5/5/2021 19:24 |
| ETH | 0.002444 | Interest Payment | 4/30/2021 23:59 |
| BTC | 0.002593 | Interest Payment | 4/30/2021 23:59 |
| GUSD | 11.6964 | Interest Payment | 4/30/2021 23:59 |
| ETH | 0.100053 | Crypto Transfer | 4/30/2021 22:12 |
| ETH | 0.100109 | Crypto Transfer | 4/24/2021 2:38 |
| GUSD | -500 | Trade | 4/23/2021 2:31 |
| BTC | 0.009989 | Trade | 4/23/2021 2:31 |
| GUSD | -520 | Ach Withdrawal | 4/20/2021 7:02 |
| ETH | 0.235202 | Crypto Transfer | 4/20/2021 5:28 |
| ETH | 0.657099 | Crypto Transfer | 4/8/2021 12:21 |
| BTC | 0.002588 | Interest Payment | 3/31/2021 23:59 |
| GUSD | 14.02003 | Interest Payment | 3/31/2021 23:59 |
| GUSD | 500 | Ach Deposit | 3/25/2021 15:27 |
| GUSD | -500 | Trade | 3/25/2021 15:24 |
| BTC | 0.009705 | Trade | 3/25/2021 15:24 |
| BTC | 0.176689 | Crypto Transfer | 3/1/2021 14:43 |
| BTC | 0.000446 | Interest Payment | 2/28/2021 23:59 |
| GUSD | 0.90411 | Interest Payment | 2/28/2021 23:59 |
| GUSD | 2000 | Ach Deposit | 2/26/2021 0:54 |
| BTC | 0.348406 | Crypto Transfer | 2/20/2021 16:21 |

 **BlockFi**    Dashboard    Accounts ⌄    Withdraw      

⚠️ **Important Update**

As previously notified, **Wallet withdrawals were suspended on December 31, 2023, at 11:59 PM UTC.** Any remaining wallet balances will be converted to cash and distributed to BlockFi clients in U.S. dollars.

- Clients that initiated a withdrawal request and need to verify their identity must complete the Identity Verification requests by January 12, 2024, at 11:59 PM UTC.

More information about withdrawals and balances can be found in our FAQ **here**.

Dashboard / Interest Account

# Interest Account

## Assets

-  Overview
- 🔶 Bitcoin BTC
- ⚫ Ethereum ETH
- 🔵 USD Coin USDC
- 🔵 Gemini USD GUSD

### Your Assets

| Asset | Quantity | |
|---|---|---|
| 🔵 Gemini USD GUSD | 148.46 GUSD | › |
| ⚫ Ethereum ETH | 5.81275952 ETH | › |
| 🔵 USD Coin USDC | 2.16 USDC | › |
| 🔶 Bitcoin BTC | 0.64904195 BTC | › |

### Recurring Trades

| Recurring Trade | Buy Amount | Frequency | Scheduled |
|---|---|---|---|

You have not set up any recurring trades.

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| YXGM-PQW5-F8TS-GRX9 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 24283 |
|---|

Claim Name

| ███████████ |
|---|

Claimant Address on File

| ███████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 ▇▇▇▇ Brkcy Court Response.pdf | 169 KB |

## Signature

Sign Here



Print Name

▇▇▇▇▇▇▇

Email Address

▇▇▇▇▇

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies
with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**In re BlockFi, Inc., et al, Debtors**

**OMNIBUS RESPONSE OF** ███████████████ **TO ALL PENDING**
**MOTIONS TO CAP, DISALLOW, OR OTHERWISE ABROGATE CLAIM #24283**

Unsecured claimant ███████████████ respectfully submits the

following Omnibus Response ("Response") to all pending motions to cap, disallow, modify, or

otherwise abrogate Claim #24283 ("the Claim").

The Claim is the subject of summary, perfunctory declarations that it inappropriately

states the amount owed from the Bankruptcy Estate of the Debtor(s).  It does not.  The Claim is

does not seek the payment of the balance of ███████ BlockFi Interest Account. Rather, it seeks

to assert a contingent claim for violation of the Massachusetts Uniform Securities Act and G. L.

c. 93A, § 9.[1]  The Act provides for multiple damages plus an award of attorneys fees for

violations thereof.

███████ invested $10,000 in a BlockFi Interest Account on the basis of the Debtors'

unfair and deceptive acts and practices in the Commonwealth of Massachusetts, and their

violations of Federal and State securities laws, as more fully set forth below.  Massachusetts law

provides for an award of multiple damages and attorneys fees which supports the stated amount

of $35,000 for the Claim.

First, BlockFi unlawfully offered unregistered securities to one or more residents of

Massachusetts, including to ███████ at various times including without limitation on February

---

[1] Due to the automatic litigation stay, the claim has not been litigated at this time.  However, BlockFi is estopped
from denying the facts asserted in this Response, insofar as it entered into a settlement with the SEC premised on
those facts.

22, 2021.  These offerings violated 15 U.S.C. § 77e as unregistered offerings of securities, for the

reasons stated in <u>In the Matter of BlockFi Lending, LLC</u>, Admin. Proc. No. 3-20758 (Feb. 14,

2022).  They further violated G. L. 110A, § 301 as unlawful offering and sale of securities in the

Commonwealth of Massachusetts.

Second, BlockFi unlawfully operated an unregistered investment company in violation of

15 U.S.C. § 80a-7, and unlawfully operated and sold securities therein, through its offering and

sale of securities termed a BlockFi Interest Account.  The facts underlying these violations are

likewise set forth in <u>In the Matter of BlockFi Lending, LLC</u>, Admin. Proc. No. 3-20758 (Feb. 14,

2022).

Third, BlockFi engaged in unfair and deceptive business practices in the Commonwealth

of Massachusetts with respect to its BlockFi Interest Account and unregistered offering of

securities.  BlockFi misrepresented the degree of collateralization of certain cryptocurrency loans

and made other misrepresentations regarding the degree of risk involved in the BlockFi Interest

Account.  The facts underlying these violations are also set forth in <u>In the Matter of BlockFi</u>

<u>Lending, LLC</u>, Admin. Proc. No. 3-20758 (Feb. 14, 2022), and otherwise are reflected in

BlockFi's recent efforts to suspend redemptions of cryptocurrency stored on its platform.

Finally, through its violations of laws and regulations intended to protect the public

welfare, including without limitation those outlined above, BlockFi has committed actionable

violations of G. L. c. 93A, § 9.  <u>See</u> 940 C.M.R. 3.16; <u>MacGillivary v. W. Dana Bartlett Ins.</u>

<u>Agency of Lexington, Inc.</u>, 14 Mass. App. Ct. 52, 61 (1982).  At a minimum, the Massachusetts

Uniform Securities Act is a statute enacted for the protection of the public which BlockFi

unambiguously violated.

Consequently, ███████ respectfully requests that all pending motions to cap, modify, disallow, or otherwise abrogate the Claim be denied, and the Claim preserved in its current form and amount.

Respectfully Submitted,

████████████████

██████████████

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

*c/o Kroll Restructuring Administration LLC*
*Grand Central Station, PO Box 4850*
*New York, NY 10163-4850*

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

*c/o Kroll Restructuring Administration LLC*
*850 Third Avenue, Suite 412*
*Brooklyn, NY 11232*

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| YBJ9-168M-MNXJ-QPR1 |
|---|

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

BlockFi Fourteenth Omnibus Objection Response Portal

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

7

Claim Name

██████████

Claimant Address on File

█████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

██████████

Street1

█████████

Street2

City

█████████████

State

██

Zip

████

Country

████████

Telephone Number

██████████

Email Address

████████████████

BlockFi Fourteenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄  xClaim 7 Response to Omnibus Objection.pdf | 3 MB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

> **UNITED STATES BANKRUPTCY COURT**
> **DISTRICT OF NEW JERSEY**
> <u>Caption in Compliance with D.N.J. LBR 9004-1(b)</u>

Proof of Claim No. 7

███████████████████

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br>             Debtors.[1] | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered under a Confirmed Plan[2])<br>**Hearing Date: February 6, 2024 @ 11:00 AM ET**<br>**Response Deadline: January 30, 2024 @ 4:00 p.m. ET**<br>**Oral Argument Waived Unless Response Timely Filed** |

### CLAIMANT'S RESPONSE TO WIND-DOWN DEBTORS'
### FOURTEENTH OMNIBUS OBJECTION TO CLAIMS

TO: THE HONORABLE CHIEF JUDGE MICHAEL B. KAPLAN UNITED STATES
BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

The undersigned claimant, in response to the Wind-Down Debtors' Fourteenth Omnibus

Objection to Claims ("Objection"), states that this honorable Court should not grant the Objection

with respect to Proof of Claim #7 on grounds that: **(1)** the Certification of Amit Cheela (Exhibit A

to the Objection) is a deficient affidavit for want of personal knowledge, competence, failure to

attach the specific documents upon which affiant relied, and inadmissibility, and therefore, must be

stricken; **(2)** the Objection presents only self-serving conclusions with no basis in fact and therefore,

---

[1] The Wind-Down Debtors in these Chapter 11 cases, along with the last four digits of each
Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC
(2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC
(9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi
Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down
Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

lacks merit; **(3)** the Objection otherwise fails to comply with Rule 3007(d) and this Court's Order

(Dkt. 609) for asserting grounds outside the scope thereof and/or for want of applicable supporting

information; and **(4)** the Objection otherwise fails to comply with Rule 3007(e) and this Court's

Order (Dkt. 609) for failing to provide claim exhibits that list grounds for the Objection as to each

claim, failing provide a cross-reference to claim numbers, list claimants by category of claims, state

the grounds of the objection as to each claim, and provide a cross-reference to the pages in the

Objection pertinent to the stated grounds, as well as a cross-reference to the section in the

Objection discussing the subject claim(s), and failing to include (i) the proposed classification of

Claims the Debtors seek to reclassify, (ii) the reduced Claim amount(s) of Claims the Debtors seek

to reduce, or (iii) the surviving Claims, if any, of groups of Claims the Debtors seek to expunge.

I.      THE AFFIDAVIT OF AMIT CHEELA MUST BE STRICKEN AS DEFICIENT
        AND INADMISSIBLE.

A valid and acceptable affidavit must establish a basis for personal knowledge,

admissibility, competency, and provide certified copies of all referenced documents. *See, e.g.,*

FRCP 56(1)(a) and (4).[2]

The Affidavit of Amit Cheela ("Aff. Cheela") is inadmissible and deficient because Cheela

fails to establish a basis for personal knowledge of any asserted fact. Cheela's use of the "and/or"

and "or" connectors is, at best, vague and uncertain. *See,* Doc. 210, p. 21 (Aff. Cheela ¶3). Leaving

open the possibility that Cheela may not have personal knowledge renders his affidavit defective

and void. In other words, Cheela concedes his awareness of purported facts is based upon his

"review of relevant documents, information provided to [him] by the professionals in this case

---

[2] "An affidavit or declaration used to support or oppose a motion must be made on personal
knowledge, set out facts that would be admissible in evidence, and show that the affiant or
declarant is competent to testify on the matters stated."

**and/or** employees working under [his] supervision, **or** [his] opinion based upon [his] experience,

knowledge, and information concerning the Wind-Down Debtors' operations."(emphases added) Id.

Cheela neither asserts expertise nor has he been qualified to serve as an expert witness. Yet,

Cheela states his "opinion based upon [his] experience, knowledge, and information concerning the

Wind-Down Debtors' operations." Id. Unqualified opinions or wondering aloud are far from reliable

fact. Therefore, Cheela is providing a mere opinion which cannot constitute an affidavit of fact.

Claimants have the right to confront all testimonial out-of-court statements unless the

witness is unavailable and the defendant was afforded a prior opportunity for cross-examination.

The Affidavit of Cheela is inadmissible hearsay under Federal Rule of Evidence 801(c), because (1)

reports by unidentified professionals or other employees are out-of-court statements, and (2) given

the three stated grounds for the Objection, the Wind-Down Debtors could only offer Cheela's

affidavit into evidence to prove the truth of the matters it asserts—that the Disputed Claims assert

amounts which do not match the Wind-Down Debtors' books and records, are asserted against the

incorrect debtor entity, and/or improperly assert secured or priority status. Transcontinental Gas

Pipe Line Co., LLC v. Permanent Easement for 2.59 Acres, No. 4:17-CV-00289, 2019 U.S. Dist.

LEXIS 188852, at *4-5 (M.D. Pa. Oct. 31, 2019). Purported facts were told to Cheela by

undisclosed third-parties (e.g., "the professionals in this case") that Claimant is unable to cross-

examine. To the extent said professionals are the attorneys in this case, the arguments of an attorney

are not evidence. *See, e.g.*, Commonwealth v. Chalue, 486 Mass. 847, 879 n.31 (2021)("arguments

of counsel are not evidence").

Given his use of the qualifier "[e]xcept as otherwise indicated herein," Cheela lacks both

competence and personal knowledge because his affidavit *otherwise indicates* that Cheela did not

review the underlying claims and their "supporting information and documentation." *See,* Dkt. 609

(Order, ¶3). Had Cheela reviewed Claim #7, he would have seen the Wind-Down Debtors' own records attached thereto, i.e., an October 2022 Account Statement, thereby making it impossible to legitimately claim that they "do not match the Wind-Down Debtors' books and records." Cheela also demonstrates lack of competence for his inability to interpret the Wind-Down Debtors' accounting records (e.g., determining crypto balances and market values in USD for each claim).

The Affidavit of Cheela fails to attach the vaguely referenced books and records to his affidavit that he purports to rely upon. "[T]he books and records upon which [the affiant] bases his statement are not attached to his affidavit. Thus unless the records come under one of the exceptions to the general prohibition against hearsay, [the affiant's] affidavit is inadmissible . . ." Schaps v. Bally's Park Place, Inc., 58 B.R. 581, 583 (E.D. Pa. 1986), *citing*, FRCP 56(e).[3] Here, Cheela does not proffer any business records and asserts no exception to Rule 801. Therefore, Cheela's affidavit is defective and inadmissible and must be disregarded or stricken.

Affidavit of Cheela restates, verbatim, the conclusory statements made in the Objection without offering any additional support. For example, Cheela restates the conclusion that claims do not match the debtors' books and records, but does not state that any claim says "X" in contradiction to the books and records which say "Y." Moreover, grounds of claims being asserted against the wrong debtor or improper secured or priority status are bald, legal conclusions, not facts. Therefore, in the absence of actual facts in place of generic conclusions or legal conclusions, the Affidavit of Cheela is deficient, inadmissible, and must be stricken.

## II.   THE WIND-DOWN DEBTORS' FOURTEENTH OMNIBUS OBJECTION LACKS MERIT AND IS FALSE.

The Objection sets forth numerous legal authorities for an objection to claims, but then fails

---

[3] Earlier versions of Rule 56(e) were explicit in stating that "[s]worn or certified copies of all papers or parts thereof referred to in an affidavit shall be attached thereto or served therewith."

to present any facts or meritorious argument in compliance with such legal standards. The totality of

the Wind-Down Debtors' Objection is as follows:

> The Disputed Claims assert amounts which do not match the Wind-Down Debtors'
> books and records, are asserted against the incorrect debtor entity, and/or improperly
> assert secured or priority status.

The first argument, that claimed amounts do not match the debtors' records, is simply false.

Like many other claims, Claim #7 is supported by the debtors' own records, i.e., an October 2022

Account Statement. Therefore, the Objection is lacking in merit and false.

The second argument, that claims are asserted against the incorrect debtor entity, is baseless

and false. As with the 34,000 other claims, Claim #7 was asserted using this Court's proof of claim

form, with all claims being directed at the captioned debtors. In this case, with respect to Claim #7,

"BlockFi Inc., et, al." refers to all of the Wind-Down Debtors in the several Chapter 11 cases, who,

along with the last four digits of each Debtor's federal tax identification number, consist of :

BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet

LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment

Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154).

Therefore, the Objection is lacking in merit and false.

The third and last argument, that claims improperly assert secured or priority status, is a false

and baseless conclusion. The proof of claim form asked whether any part of the claim was secured,

and Claimant #7 checked the box next to "No." *See,* Proof of Claim, Part 2, Question 9. The proof of

claim form also asked whether any part of the claim was entitled to priority, and Claimant #7 checked

the box next to "No." *See,* Proof of Claim, Part 2, Question 12.[4] Therefore, the Objection is lacking

in merit and is false.

---

[4] Wind-Down Debtors did not assert that a non-dischargeable claim due to fraud constitutes a priority claim.

In sum, Claimant #7 asserted a non-dischargeable claim due to fraud, and valued its digital assets based on the market value at the time of filing its proof of claim. The fraud perpetrated by the debtors was in representing themselves as "a full reserve exchange and custodian," meaning that all customer funds would be held on a 1:1 ratio and be available for withdrawal at any time. Specifically, the debtors held themselves out as an alternative portal or d/b/a of Gemini Trust Company, LLC (" Gemini") and its staking outlets or protocols. Claimant #7 staked digital assets on the debtor's platform to Claimant's detriment in reasonable reliance upon the documentation disseminated by the debtors that it was affiliated with Gemini and operated under the same "full reserve" principles, such that there was no risk of loss due to exposure or leveraging by debtors with third-party investments or contracts, such as FTX. A true and accurate copy of an email notice by Gemini confirming their full reserve status is attached hereto as **"Exhibit 1."**

To the extent of a modification of Claim #7, same should be increased to reflect current market values, plus cost, interest, legal fees, treble or punitive damages, and incidental and consequential damages.

WHEREFORE, this Court should strike the Affidavit of Cheela or otherwise disregard it as an affidavit, and deny the Wind-Down Debtors' Objection; and permit Claim #7 to be increased to reflect the market value of said claim, or to otherwise accept same as a market-value-determinative claim based on the digital asset list attached to the Proof of Claim as reflected by debtors' account records.

Respectfully submitted,



BlockFi Inc. Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Wind-Down Debtors
c/o M3 Partners
1700 Broadway, 19th Floor
New York, NY 10019

# EXHIBIT 1

**Gemini is Built on Trust, Safety, and Compliance.**

Gemini <hello@news.gemini.com>

Mon 11/14/2022 3:11 PM

To



Hi there,

From day one, Gemini has prioritized the security of our customers' assets. We never have and never will compromise on that point. As the crypto ecosystem emerges from infancy into adolescence we are more confident than ever that ***asking for permission, not for forgiveness*** will continue to be the central pillar of how we run our business.

It has been a tough couple of days for our industry. Our hearts go out to all those impacted by recent events at FTX. We are all working together to build a brighter future and moments like these are painful.

For the avoidance of doubt, **Gemini has no exposure to FTT tokens or Alameda and no material exposure to FTX**.

## Gemini is a Full-Reserve Exchange and Custodian

Gemini is a full-reserve exchange and custodian. This means that **all customer funds held on Gemini are held 1:1 and available for withdrawal at any time**.

Gemini holds customer fiat currency in accounts that are segregated from our business, operating, and reserve bank accounts established specifically for the benefit of Gemini customers. **We do not do anything with your fiat funds unless explicitly authorized and directed to do so by you**.

Gemini holds customer digital assets in accounts that are segregated from our assets. **We do not do anything with your digital assets unless explicitly authorized and directed to do so by you.**

In addition to being a full reserve platform, Gemini Trust Company, LLC is a fiduciary and qualified custodian under New York Banking Law and is licensed by the New York State Department of Financial Services (NYDFS). NYDFS imposes certain excess capital requirements and compliance standards for all assets held on Gemini. **At any given time, Gemini is required to hold capital in excess of customer deposits and must report any material changes in this capital to its regulator**.

## Gemini is Highly Regulated

Since its inception eight years ago, Gemini has worked with regulatory stakeholders and lawmakers to help shape thoughtful regulation that fosters both consumer protection and innovation. We will continue to do this work. We have spent considerable time applying for and becoming licensed and regulated in various jurisdictions across the world. This is not the easier path (it is expensive and time consuming) but we believe it is the right one.

Gemini holds many licenses globally, including a New York trust license, state money transmitter licenses (or the statutory equivalent), an E-Money License from the Financial Conduct Authority in the UK, an E-Money License from the Central Bank of Ireland, and more.

Related to our licenses, Gemini must undergo annual audits of our financial statements and is subject to bank examinations conducted by the New York Department of Financial Services (NYDFS). We are also SOC 1 and SOC 2 compliant.

Ten years ago, we bought our first bitcoin on Mt. Gox. Those Wild West days informed us with regard to what needed to change. We built Gemini to be this change. We look forward to working with everyone in our industry to continue to build trust in this new magical frontier and unlock its ultimate promise.

Onward and Upward.

Cameron and Tyler

Invite friends, get bitcoin. Refer a friend.

Crypto on the go. Download the Gemini mobile app.

  



gemini.com

Twitter

Facebook

LinkedIn

Instagram

Gemini Trust Company, LLC
(d/b/a Gemini Exchange, LLC in AZ, CA, DE, FL, ID, IL, KS, KY, MA, MI, MN, NC, ND, NM, OH, OR, SC, SD,
UT, and VA; d/b/a Gemini Exchange in AK and WA)
600 Third Avenue, 2nd Floor
New York, NY 10016
+1 (866) 240-5113

Unsubscribe from this list

Copyright 2022 Gemini Trust Company, LLC . All rights reserved.

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| XZ0B-L1K8-YCRM-RK8Y |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 8962 |
|---|

Claim Name

| ███████████ |
|---|

Claimant Address on File

| ███████████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ███████████ |
|---|

Street1

Street2

City

Burgas

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 📄 | Objection.pdf | 197 KB |
| 📄 | Block Fi - In response to.doc | 24 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc *et al*.**

**14th Omnibus Objection**

**Legend: Basis for Objection**

BR      Asserted claim amount does not match BlockFi s books and records

IC      Asserted against incorrect debtor entity or improperly assert priority or secured status

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 8962 | ███████ | 02/27/23 | BlockFi Inc. | $0.00 | IC |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 8962 | - | - | - | - | - | 13,273.46 | 29.67 | - | BlockFi International LTD |

| Expunge/Modify |
|---|
| Modify |

In response to:

14th Omnibus Objection related to the bankruptcy proceeding of BlockFi Inc. (Basis
for Objection is „Asserted against incorrect debtor entity or improperly assert priority
or secured status")


As far as I understand, the reason for the above objection is the wrong Debtor Entity
filed (BlockFi Inc). Is the right one BlockFi Internationa l LTD? Is this what I have to
modify or there is another reason for the objection?


Claim Number: 8962
Claimant Name: ███████████
Unique ID: XZ0B-L1K8-YCRM-RK8Y

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

Grand Central Station, PO Box 4850

New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

850 Third Avenue, Suite 412

Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 4PLM-JKK2-CWA7-AIJR |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 4129 |
|---|

Claim Name

| ███████████ |
|---|

Claimant Address on File

| ███████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 📄 | Blockfi Screenshot Balance.pdf | 280 KB |
| 📄 | trade_report_all_blockfi.pdf | 93 KB |

## Signature

Sign Here



Print Name

▬▬▬▬▬▬▬

Email Address

▬▬▬▬▬▬▬▬▬

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

As previously notified, **Wallet withdrawals were suspended on December 31, 2023, at 11:59 PM UTC.** Any remaining wallet balances will be converted to cash and distributed to BlockFi clients in U.S. dollars.

- **Clients that initiated a withdrawal request and need to verify their identity must complete the Identity Verification requests by January 12, 2024, at 11:59 PM UTC.**

More information about withdrawals and balances can be found in our FAQ here.

Dashboard / Interest Account

# Interest Account

## Assets

- Overview
- Bitcoin BTC
- Ethereum ETH
- Gemini USD GUSD

### Your Assets

| Asset | Quantity | |
|---|---|---|
| Gemini USD GUSD | 23.99 GUSD | › |
| Ethereum ETH | 3.66165323 ETH | › |
| Bitcoin BTC | 0.00022051 BTC | › |

### Recurring Trades

| Recurring Trade | Buy Amount | Frequency | Scheduled |
|---|---|---|---|
| You have not set up any recurring trades. | | | |

### Transactions

Your transaction history has moved. Visit the Dashboard to view Interest Account transactions.

**Go to Dashboard**

trade_report_all_blockfi

| Cryptocurrency | Amount | Transaction Type | Exchange Rate Per Coin (USD) | Confirmed At |
|---|---|---|---|---|
| BTC | -0.00010000 | Withdrawal Fee | | 2023-10-19 15:11:22 |
| BTC | -0.02799318 | Withdrawal | | 2023-10-19 15:11:22 |
| BTC | 0.02831369 | UI Update: Wallet to BIA Transfer Request Not Executed | | 2022-11-13 23:59:59 |
| GUSD | 23.99000000 | UI Update: Wallet to BIA Transfer Request Not Executed | | 2022-11-13 23:59:59 |
| ETH | 3.66165323 | UI Update: Wallet to BIA Transfer Request Not Executed | | 2022-11-13 23:59:59 |
| GUSD | 23.99000000 | BIA Withdraw | | 2022-11-13 06:19:43 |
| BTC | 0.02831369 | BIA Withdraw | | 2022-11-13 06:19:24 |
| ETH | 3.66165323 | BIA Withdraw | | 2022-11-13 06:19:13 |
| BTC | 0.02809318 | UI Update: BIA to Wallet Transfer Request Not Executed | | 2022-11-12 23:59:59 |
| BTC | 0.02809318 | BIA Deposit | | 2022-11-12 14:30:05 |
| BTC | 0.02809318 | Crypto Transfer | | 2022-11-12 14:23:23 |
| GUSD | 23.99000000 | BIA Deposit | | 2022-11-05 17:13:59 |
| ETH | 0.40000000 | BIA Deposit | | 2022-11-05 17:13:38 |
| ETH | 0.40000000 | Crypto Transfer | | 2022-11-05 17:07:35 |
| BTC | 6.2E-7 | Interest Payment | | 2022-10-31 23:59:59 |
| ETH | 0.00810991 | Interest Payment | | 2022-10-31 23:59:59 |
| GUSD | 23.99000000 | Bonus Payment | | 2022-10-20 23:59:59 |
| BTC | 6.0E-7 | Interest Payment | | 2022-09-30 23:59:59 |
| ETH | 0.00783240 | Interest Payment | | 2022-09-30 23:59:59 |
| BTC | 6.2E-7 | Interest Payment | | 2022-08-31 23:59:59 |
| ETH | 0.00737459 | Interest Payment | | 2022-08-31 23:59:59 |
| ETH | 0.00736219 | Interest Payment | | 2022-07-31 23:59:59 |
| BTC | 6.2E-7 | Interest Payment | | 2022-07-31 23:59:59 |
| BTC | 3.0E-7 | Interest Payment | | 2022-06-30 23:59:59 |
| ETH | 0.00581070 | Interest Payment | | 2022-06-30 23:59:59 |
| BTC | 3.1E-7 | Interest Payment | | 2022-05-31 23:59:59 |
| ETH | 0.00599695 | Interest Payment | | 2022-05-31 23:59:59 |
| ETH | 0.00704970 | Interest Payment | | 2022-04-30 23:59:59 |
| BTC | 6.0E-7 | Interest Payment | | 2022-04-30 23:59:59 |
| ETH | 0.00858173 | Interest Payment | | 2022-03-31 23:59:59 |
| BTC | 6.2E-7 | Interest Payment | | 2022-03-31 23:59:59 |
| BTC | 5.6E-7 | Interest Payment | | 2022-02-28 23:59:59 |
| ETH | 0.00750470 | Interest Payment | | 2022-02-28 23:59:59 |
| ETH | 0.41630355 | BIA Deposit | | 2022-02-14 16:23:14 |
| ETH | 0.41630355 | Crypto Transfer | | 2022-02-14 15:25:27 |
| BTC | 6.2E-7 | Interest Payment | | 2022-01-31 23:59:59 |
| ETH | 0.00803520 | Interest Payment | | 2022-01-31 23:59:59 |
| BTC | 6.2E-7 | Interest Payment | | 2021-12-31 23:59:59 |
| ETH | 0.00802528 | Interest Payment | | 2021-12-31 23:59:59 |
| ETH | 0.00764611 | Interest Payment | | 2021-11-30 23:59:59 |
| BTC | 6.0E-7 | Interest Payment | | 2021-11-30 23:59:59 |
| ETH | -0.03199305 | Withdrawal | | 2021-11-26 20:28:38 |
| ETH | 0.10109306 | Crypto Transfer | | 2021-11-25 09:17:21 |
| ETH | 0.10173040 | Crypto Transfer | | 2021-11-10 09:08:14 |
| BTC | 6.2E-7 | Interest Payment | | 2021-10-31 23:59:59 |
| ETH | 0.00758427 | Interest Payment | | 2021-10-31 23:59:59 |
| ETH | 0.10225410 | Crypto Transfer | | 2021-10-29 05:11:56 |
| ETH | 0.10335704 | Crypto Transfer | | 2021-10-16 08:54:25 |
| ETH | 0.10388003 | Crypto Transfer | | 2021-10-04 08:52:43 |

1

| | | | | |
|---|---|---|---|---|
| **BTC** | 4.2E-7 | Interest Payment | | 2021-09-30 23:59:59 |
| **ETH** | 0.00701046 | Interest Payment | | 2021-09-30 23:59:59 |
| **ETH** | 0.10823603 | Crypto Transfer | | 2021-09-22 07:55:41 |
| **ETH** | 0.10576691 | Crypto Transfer | | 2021-09-10 08:41:37 |
| **BTC** | 0.00021278 | Referral Bonus | | 2021-09-09 18:05:00 |
| **ETH** | 0.00247988 | Interest Payment | | 2021-08-31 23:59:59 |
| **ETH** | 0.10561146 | Crypto Transfer | | 2021-08-30 07:38:02 |
| **ETH** | 0.34840177 | Crypto Transfer | | 2021-08-20 08:20:40 |
| **ETH** | 0.74477936 | Crypto Transfer | | 2021-08-19 11:47:11 |
| **ETH** | 0.83769749 | Crypto Transfer | | 2021-08-19 11:21:40 |
| **ETH** | 0.00813103 | Crypto Transfer | | 2021-08-17 10:33:11 |

BlockFi Fourteenth Omnibus Objection Response Portal

---

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p .m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

---

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

RVCB-8OYR-1V8L-C24Y

○ Where can I find my Unique ID?

---

## Claim Information

Claim Number

375

Claim Name

██████████

Claimant Address on File

██████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

---

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 🄰 Letter 1.9.24.pdf | 97 KB |
|---|---|

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Below is a screen shot from my blockfi account of my holdings.  These holdings in (1/9/24) todays value are worth $106,759.84 not including interest.  This is greater than the value of the claim that is listed for me.



BlockFi Fourteenth Omnibus Objection Response Portal

---

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

---

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

OZ5E-Z4LV-SPLI-2XY1

○ Where can I find my Unique ID?

---

## Claim Information

Claim Number

3215

Claim Name

███████████

Claimant Address on File

███████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

███████████

---

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| ▨ ████████████ pdf | 6 MB |

## Signature

Sign Here



Print Name

████████████

Email Address

████████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 97KF-SAY1-2T6R-J30N |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 29752 |
|---|

Claim Name

| ███████████ |
|---|

Claimant Address on File

| ████████████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
|---|

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 objection.pdf                                                                                                                191 KB

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

International investors with an interest account have not received any updates on if they will receive their money back or not.

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

P399-3PD9-SJ9D-LHIX

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

BlockFi Fourteenth Omnibus Objection Response Portal

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

19192

Claim Name

████████████

Claimant Address on File

████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Kroll.pdf | 40 KB |

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Dear Sirs,

Can I just be paid my money back please.

Yours

# BlockFi Fourteenth Omnibus Objection Response Portal

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

SB8T-TATN-P29L-Q52A

○ Where can I find my Unique ID?

## Claim Information

Claim Number

660

Claim Name

███████████

Claimant Address on File

███████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

███████████

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

████████████

Street2

City

██████

State

██████

Zip

████

Country

████████

Telephone Number

████████

Email Address

████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Letter pdf | 110 KB |
| 📄 BTC transfer iden ity confirmation Nov 11 2022_3_17PM.pdf | 324 KB |
| 📄 BTC transfer confirmation Nov 11 2022_2_48PM.pdf | 334 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

## BlockFi | Action Required: Identity Verification for Withdrawal Request

From:  **BlockFi Support (support@blockfi.com)**

To:

Date:  Friday, November 11, 2022 at 02:48 PM PST



We'll need you to verify your identity before we can process your withdrawal request. This additional security measure helps us safeguard your account against suspicious activity and protects your crypto assets. Need more info? Check out our <u>Help Center article on identity verification</u>.

Verify your identity here or paste this link into your browser: <u>BlockFi Identity Verification Form</u>

This should only take a couple of minutes, but you should complete the Identity Verification form within **48 hours** to avoid cancellation of your withdrawal request.

**WITHDRAWAL REQUEST**
**Date:** 2022-11-11T22:48:41
**Requested Amount:** 0.79421556

**Currency:** BTC

**Destination Address:** ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

**Fee:** 0.00025

**Amount to Withdraw:** 0.79396556

Thanks,

**The BlockFi Team**

- Withdrawals may be subject to fees. Please see BlockFi's fee page for details.

- By confirming your wallet address above, you are authorizing BlockFi to return the requested collateral amount to the wallet address provided.

- BlockFi is not liable for any typos or mistakes made entering this information. Please double check your wallet address before submitting withdrawal requests.

- Withdrawals may be subject to manual data verification and review to reduce the risk of fraud.

- For more information on withdrawals, please contact our team via http://www.blockfi.com/contact.

    

 

Please do not respond to this email as the inbox is not actively monitored. If you'd like to get in touch, please contact us via our Help Center

2022-11-11T22:48:41© BlockFi. All rights reserved.

201 Montgomery Street, Suite 263

Jersey City, NJ 07302

Disclaimer:

Digital currency is not legal tender, is not backed by the government, and crypto accounts held with BlockFi are not subject to FDIC or SIPC protections. Digital currency values are not static and fluctuate due to market changes. Not all products and services are available in all geographic areas and are subject to applicable terms and conditions. Eligibility for particular products and services is subject to final determination by BlockFi. Rates for BlockFi products are subject to change.

For more information, please see BlockFi's Terms of Service

Privacy Policy | Licenses & Disclosures | Help Center | Our Blog

BlockFi Withdrawal | Identity Verified

From: **BlockFi Support (support@blockfi.com)**

To: █████████████████████

Date: Friday, November 11, 2022 at 03:17 PM PST



# Withdrawal | Identity Verified



Thank you for completing our Identity Verification process. We have reviewed your submission and are able to verify your identity.

Any pending withdrawal requests submitted before 8PM ET will be processed in the next business day. Pending withdrawal requests submitted after 8PM ET will be processed in 2 business days.

If you have any questions, please reach out to http://www.blockfi.com/contact or call us at +1 646-779-9688 during our business hours.

Thank you for being a BlockFi client.

**The BlockFi Team**

- Withdrawals may be subject to fees. Please see BlockFi's fee page for details.

- By confirming your wallet address above, you are authorizing BlockFi to return the requested collateral amount to the wallet address provided.

- BlockFi is not liable for any typos or mistakes made entering this information. Please double check your wallet address before submitting withdrawal requests.

- Most withdrawals are processed within 1 business day. BTC And ETH withdrawals may be subject to up to 7 days of withdrawal processing. GUSD withdrawals may be subject to up to 30 days of withdrawal processing.

- Withdrawals may be subject to manual data verification and review to reduce the risk of fraud.

- For more information on withdrawals, please contact our team via email to

http://www.blockfi.com/contact.

    

 

Please do not respond to this email as the inbox is not actively monitored. If you'd like to get in touch,
please contact us via our Help Center
2022-11-11T22:48:41 © BlockFi. All rights reserved.
201 Montgomery Street, Suite 263
Jersey City, NJ 07302
Disclaimer:
Digital currency is not legal tender, is not backed by the government, and crypto accounts held with
BlockFi are not subject to FDIC or SIPC protections. Digital currency values are not static and fluctuate
due to market changes. Not all products and services are available in all geographic areas and are subject
to applicable terms and conditions. Eligibility for particular products and services is subject to final
determination by BlockFi. Rates for BlockFi products are subject to change.

For more information, please see BlockFi's Terms of Service

Privacy Policy  |  Licenses & Disclosures   |  Help Center  |  Our Blog

To:

BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850


From:
Claim # 660
BlockFi account ████████



Please be advised that I prefer to receive my BlockFi balance as "in-kind" denominated solely in the crypto currency from my account, but not in US dollars.
Please let me know if it's possible.
The crypto currency balance was as of end of October 2022:
1. Bitcoins: 0.79421556 BTC
2. Litecoins: 0.03688290 LTC

Also please be advised that I transferred above crypto currency out of BlockFi on 11/11/2022, but transfer didn't go throw even as it was confirmed, please see attached documents.


Regards,



BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

0MRZ-CWB4-7K7M-VB4M

○ Where can I find my Unique ID?

## Claim Information

Claim Number

25094

Claim Name

██████████████████

Claimant Address on File

██████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 0609867632396126.pdf | 197 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 25094 | ██████████ | 02/13/23 | BlockFi International Ltd. | $1,211.29 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 25094 | - | - | - | - | - | 910.14 | 2.41 | - | BlockFi International LTD |

| Expunge/Modify |
|---|
| Modify |

BlockFi Fourteenth Omnibus Objection Response Portal

## BlockFi Fourteenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

YQIO-UN6M-NV7E-4U4F

○ Where can I find my Unique ID?

### Claim Information

Claim Number

2921

Claim Name

██████████

Claimant Address on File

███████████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

██████████

Street1

[REDACTED]

Street2

City

[REDACTED]

State

[REDACTED]

Zip

[REDACTED]

Country

[REDACTED]

Telephone Number

[REDACTED]

Email Address

[REDACTED]

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

[REDACTED]

Street1

[REDACTED]

Street2

City

[REDACTED]

State

[REDACTED]

Zip

[REDACTED]

Country

[REDACTED]

Telephone Number

[REDACTED]

Email Address

[REDACTED]

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 blockfi USD.JPG                                                                                              103 KB

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



BlockFi Fourteenth Omnibus Objection Response Portal

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

XJWF-FMLY-JMUG-X9ZJ

○ Where can I find my Unique ID?

## Claim Information

Claim Number

2260

Claim Name

██████████████

Claimant Address on File

████████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 🖼 ▆▆▆▆ .jpeg | 98 KB |

## Signature

Sign Here



Print Name

▆▆▆▆▆▆▆▆▆▆▆▆

Email Address

▆▆▆▆▆▆▆▆▆

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| I953-ZYLF-E4RP-1DS3 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 13028 |
|---|

Claim Name

| ▉▉▉▉▉▉▉ |
|---|

Claimant Address on File

| ▉▉▉▉▉▉▉▉▉▉ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ▉▉▉▉▉ |
|---|

Street1

████████████

Street2

City

██████

State

████████

Zip

████

Country

████████

Telephone Number

████████

Email Address

████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fourteenth Omnibus Objection Response Portal

Upload Here

| | |
|---|---|
| 📄 Response to BlockFi Objection.pdf | 68 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

This response is directed towards the United States Bankruptcy Court of the District of New Jersey. The debtor in question is BlockFi Inc. The case number is 22-19361 (MBK). The title of the Objection to which the Response is Directed is Wind-Down Debtors' Fourteenth Omnibus Objection to Claims. The Proof of Claim number related thereto from the Claims Register is 13028.

The court rejected the claim on the basis that the asserted claim amount does not match BlockFi's books and records. However, the asserted claim amount was calculated based on the historical crypto price from the time of the Platform Pause on November 10, 2022, and thus should be accurate with BlockFi's books and records.

The following crypto balances in the claimant's BlockFi Interest Account at the time of the Platform Pause are as followed:

Litecoin- 1.01504097 LTC

Chainlink- 6.05261460 LINK

Ethereum- 0.51240171 ETH

Bitcoin – 0.01020140 BTC

Uniswap- IRRELEVANT (quantity)

Basic Attention Token- IRRELEVANT (quantity)

The following are the adjusted closing crypto in USD prices for November 10th 2022, date of the Platform Pause, per Yahoo Finance.

Litecoin- 60.36

Chainlink- 7.21

Ethereum- 1,299.46

Bitcoin- 17,586.77

Based upon this information, the claimant should be entitled to $950.16, an amount not originally claimed for. The amount originally claimed for was based on both the claimant's BlockFi Interest Account amount and BlockFi Wallet amount. The claimant was mislead into claiming both his BlockFi Interest Account and BlockFi Wallet amounts, however, as the claimant has already been reimbursed for his BlockFi Wallet amount, the claim of $950.16 represents only the amount within his BlockFi Interest Account. As a result, the claimant would like to modify his original claim of $2,372.88. The new claim amount would be $950.16 based upon the above calculations. The claimant believes that this amount accurately represents the amount in his BlockFi Interest Account on the date of the Platform Pause.

The following contact information of the claimant is for the responding party

Name- ██████████

Address- ████████████████████████████

Telephone Number- ███████████

Email Address- ███████████████

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 01NM-JWN1-HHT9-9Z63 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 6092 |
|---|

Claim Name

| ███████████████ |
|---|

Claimant Address on File

| ███████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ███████████ |
|---|

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

████████████████

Street2

City

██████

State

██████

Zip

████

Country

████████

Telephone Number

████████

Email Address

██████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

████████████████

Street1

████████████████

Street2

City

████████

State

██████

Zip

████

Country

██████████

Telephone Number

██████████

Email Address

████████████████

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fourteenth Omnibus Objection Response Portal

Upload Here

| 📄 d930806d-0fb2-4d85-8ee1-175120ad476a (1).pdf | 1 MB |
|---|---|
| 📄 2022952182327650.pdf | 196 KB |

## Signature

Sign Here



Print Name

█████████████████

Email Address

█████████████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc** *et al.*

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 6092 | ████████ | 03/12/23 | BlockFi Lending LLC | $5,100.00 | BR IC |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 6092 | - | - | - | - | - | - | - | - | No Sch Value |

| Expunge/Modify |
|---|
| Modify |

BlockFi Loan No. <u>d930806d</u>

# LOAN AND SECURITY AGREEMENT

This Loan and Security Agreement (this "**Agreement**") is made on <u>9/24/2020</u>, by and between

███████████████████████████████████████████████████████████████,

███████████████████████████████████████████,

███████████████████████████████████████████████████████

("**Borrower**") and BlockFi Lending LLC, with its principal place of business located at **150 Broadway, 19th Floor, New York, NY 10038** ("**Lender**").

      1.    **The Loan.** Upon the terms and subject to the conditions set forth in this Agreement, Lender agrees to make a single loan to Borrower in the principal;

<u>five thousand, one hundred dollars</u>

dollars ($ <u>5100.00</u>) (the "**Loan**") on the date all of the terms and conditions to making such Loan have been satisfied in Lender's sole discretion (the "**Closing Date**"). Upon disbursement of the Loan proceeds, Lender shall collect an origination fee equal to <u>1.96%</u>% of the principal sum of the Loan (the "**Loan Origination Fee**"), which is fully earned by Lender on the date it is collected. Lender shall deduct the Loan Origination Fee from the Loan proceeds and disburse the remaining Loan proceeds to the Borrower on the Closing Date. This is a closed-end loan. Amounts repaid in respect of the Loan may not be reborrowed. The indebtedness of Borrower to Lender on account of the Loan (**"Indebtedness"**) includes the Loan, the Loan Origination Fee, advances, debts, expense reimbursement, fees, liabilities, and obligations (whether or not such amounts are then required or contingent, or are liquidated or determinable) at any time owing by Borrower to Lender, of any kind or nature, present or future, whether or not evidenced by any note, agreement or other instrument including, without limitation, all principal, interest (including interest accruing at the then applicable rate provided herein after the Maturity Date (as defined below) and interest accruing at the then applicable rate provided herein after the filing of any petition in bankruptcy, or the commencement of any insolvency, reorganization or like proceeding, whether or not a claim for post-filing or post-petition interest is allowed in such proceeding), fees, charges, expenses, attorneys' fees and any other sum chargeable to Borrower under any of the Related Documents (as defined below) to the extent permitted by applicable law. Capitalized terms not otherwise defined in this Agreement shall have the meanings provided by the Uniform Commercial Code as in effect in the State of Delaware ("**UCC**") to the extent such terms are defined therein.

      2.    **Related Documents**. This Agreement and such other agreements, certificates, instruments, guaranties, authorizations or other documents executed to further, permit, effect or promote any purpose set forth in this Agreement, as such may be amended, restated, supplemented or otherwise modified from time to time (collectively with this Agreement, the "**Related Documents**"), including, without limitation, any UCC-1 financing statements naming Borrower as debtor and Lender as the secured party (the "**UCC-1 Financing Statement**"), and any other security agreement relating to the Collateral, memorialize the terms and conditions pursuant to which Lender is willing to provide the Loan. Borrower understands and agrees that this Agreement and the other Related Documents shall apply to the Loan and the Indebtedness, including, without limitation, the granting, renewing or extending of the Loan as provided herein.

      3.    **Repayment Terms**. Borrower agrees to repay the Loan in installments as set forth below, provided that any principal balance and any unpaid accrued interest thereon shall be due and payable not later than <u>2021-09-25</u> (the "**Maturity Date**"). All payments of principal and interest and other sums due hereunder shall be made in immediately available funds to the Lender at such account or place as the Lender may specify for such purpose by written notice to Borrower from time to time. Borrower agrees that Lender's internal records shall, absent manifest error, serve for all purposes as conclusive evidence of the outstanding principal balance of loans, as well as the amount of interest, fees and charges that may be owed to Lender at any time. Lender may apply Borrower's payments in any manner permitted by applicable law, but generally shall apply payments first to interest then due, then to any outstanding fees, charges or other expenses, and then to principal.

(a)    **Interest.**  The annual interest rate on the outstanding principal amount of the Loan from the date hereof until payment of the Loan in full shall be 9.75% %.  All interest accrued hereunder shall be calculated on a simple interest basis.  Interest shall be calculated on the basis of a 360-day year consisting of twelve (12) months of thirty (30) days each.  If at any time and for any reason whatsoever, the interest rate payable on the Loan shall exceed the maximum rate of interest permitted to be charged by Lender to Borrower under applicable law, such interest rate shall be reduced automatically to the maximum rate of interest permitted to be charged under applicable law. Any amount added to principal pursuant to this Agreement or any Related Document shall bear interest at the rate specified herein and shall be payable with such interest upon demand by Lender and absent such demand, as otherwise provided herein.[1]

(b)    **Interest Only Payments**. Until the Maturity Date, Borrower agrees to make payments of interest accrued on the outstanding principal balance of the Loan. The first payment will be due one month after the date of this agreement and every month thereafter (for example, if the agreement is signed on January 5th, the first payment will be due on February 5th, and subsequent payments will be due on the 5th of each month).  Borrower's first payment may be higher depending on the actual funding date of the loan, and the amount of interest payable may vary in certain instances such as a payment due date change.[2]

(c)    **Final Maturity Date Payment**. Borrower agrees to pay the entire principal amount (which is inclusive of the Loan Origination Fee) and all accrued and unpaid interest at the rate expressed herein on the Maturity Date, unless earlier accelerated pursuant to the terms and conditions of this Agreement, or the other Related Documents.

(d)    **Prepayments**. Borrower may prepay the outstanding principal and all accrued and unpaid interest thereon at the rate expressed herein without penalty.[3]

(e)    **Late Payments**. To the extent permitted under applicable law, Borrower agrees that if any payment pursuant to Section 3(b) or Section 3(c) is not made within ten (10) days of the due date, (i) Borrower will be charged a late charge of fifteen dollars ($15.00) or five percent 5.00% of the amount of the past due payment, whichever is greater; and (ii) Lender may liquidate a portion of the Collateral in an amount equal to any late payment and corresponding late charge.

4.    **Conditions to Lender's Obligations**.  Lender's obligation to advance funds under this Agreement shall be subject to the satisfaction of all of the conditions set forth in this Agreement and the Related Documents, including, without limitation, the following specific conditions precedent:

(a)    **Related Documents.** Borrower shall electronically execute all Related Documents, in form and substance acceptable to Lender.

(b)    **Representations and Warranties.** The representations and warranties set forth in this Agreement and the other Related Documents are true and correct in all material respects; provided, however, that those representations and warranties expressly referring to another specific date shall be true and correct in all material respects as of such date.

(c)    **No Event of Default.** There shall not exist at the time of the advance, and after giving effect thereto, a condition which would constitute an Event of Default under this Agreement.

---

[1] If you are not a resident of the U.S. or Canada or you have requested a loan with no monthly interest payments, please see, "Appendix A: Bullet Loans" for your interest rate definition.

[2] Unless you are a resident of the state of Illinois, in which case, payments will be fully-amortizing. Please see, "Appendix B: Loan Disclosures," at the end of this agreement for more details. If you are not a resident of the U.S. or Canada or you have requested a loan with no monthly interest payments, please disregard this section.

[3] If you are not a resident of the U.S. or Canada or you have requested a loan with no monthly interest payments, please see, "Appendix A: Bullet Loans" for your Prepayments definition.

DocuSign Envelope ID: A6AEB913-8985-4EE9-99F5-A3A712495231

BlockFi Loan No. <u>d930806d</u>

**Collateral.** Borrower shall have transferred the Collateral into Lender's digital asset depository account at Gemini Trust Company, LLC ("**Gemini**" or such other location as Lender may determine from time to time, the "**Depository**"),                                                                    deposit                                                 address

████████████████████ (such account or any other account at the Depository to which Lender may transfer the Collateral, the "**Depository Account**"). Lender may change the location of the Depository and Depository Account without notice to Borrower. Borrower agrees that Lender may, for its own account, pledge, repledge, hypothecate, rehypothecate, sell, lend or otherwise transfer or use any amount of such cryptocurrency, separately or together with other property, with all attendant rights of ownership from time to time, without notice to the Borrower, either separately or in common with other such cryptocurrency, any or all of the Collateral and that Lender may do so without retaining in its possession or control for delivery, a like amount of similar Collateral. The parties agree that the holding of cryptocurrencies through the Depository constitutes the use of reasonable care with respect to the custody and preservation of the Collateral.

(d)     **Priority.** Lender shall have actual possession of, and a first priority security interest in, the Collateral.

Notwithstanding the above, Borrower's failure to meet any of the conditions set forth in this <u>Section 4</u> shall not provide any basis for Borrower to contest the enforceability of the Loan.

5.     **Grant of Security Interest in Collateral**.  For valuable consideration, the adequacy and receipt of which is hereby acknowledged, Borrower hereby:

(a)     pledges, assigns, transfers and delivers to Lender, and grants to Lender a continuing and unconditional first priority security interest in all of Borrower's present and future rights, title and interest in the following (collectively referred to as the "**Collateral**") as security for the payment and performance of the Indebtedness:

(i)     the Depository Account;

(ii)     all cryptocurrency now or in the future held in, on deposit in or otherwise allocated to the Depository Account (including, without limitation, any cryptocurrency transferred to the Depository Account after the date hereof by the Borrower pursuant to <u>Section 7</u> or otherwise);

(iii)     any other cryptocurrency now or in the future issued with respect to any of the foregoing cryptocurrency as a result of a fork or other event that results in the holders of cryptocurrency receiving additional or replacement cryptocurrency (whether or not such other cryptocurrency is held in, on deposit in or otherwise allocated to the Depository Account);

(iv)     <u>0.960          BTC</u>;

(v)     all rights to receive delivery of or withdraw any of the foregoing cryptocurrency from the Depository and all rights against the Depository with respect to the Depository Account, any of the foregoing cryptocurrency, and the proceeds thereof; and

(vi)     all proceeds of the foregoing.

(b)     agrees that such security interest granted by Borrower to Lender constitutes a valid, first priority security interest in the Collateral, and will constitute a valid, first priority security interest in later-acquired Collateral.  Notwithstanding any termination of this Agreement, Lender's security interest in the Collateral shall remain in effect for so long as any Indebtedness remains outstanding under this Agreement or any of the Related Documents.

(c)    agrees that Lender has the rights stated in this Agreement with respect to the Collateral, in addition to all other rights which Lender may have by law.

(d)    authorizes Lender at any time and from time to time, at Borrower's expense, to file in any jurisdiction any financing statements and amendments that: (i) name the Collateral as collateral thereunder, regardless of whether any particular Collateral falls within the scope of the UCC; (ii) contain any other information required by the UCC for sufficiency or filing office acceptance, including organization identification numbers; and (iii) contain such language as Lender determines helpful in protecting or preserving rights against third parties. Borrower ratifies any such filings made prior to the date hereof.

(e)    acknowledges and agrees that the obligations of Borrower under this Agreement shall be full recourse obligations of Borrower and that Borrower is and shall remain personally liable to Lender for the payment in full of all Indebtedness and performance of all obligations hereunder.

(f)    agrees that in addition to this Agreement, all liens, security interests, assignments, suretyship obligations, stock pledges, rights and remedies granted to Lender in this Agreement and any Related Documents secure all obligations, debts and liabilities, plus interest thereon, of Borrower to Lender and any of its affiliates, as well as the claims by Lender and any of its affiliates against Borrower, whether now existing or hereafter arising (such existing or hereafter arising bilateral relationships between Borrower and Lender or any of Lender's affiliates, a "**Contract**") whether related or unrelated to the purpose of this Agreement, whether voluntary or otherwise, whether due or not due, direct or indirect, absolute or contingent, whether Borrower may be liable individually or jointly with others, and whether recovery upon such amounts may be or hereafter may become barred by any statute of limitations, and whether the obligation to repay such amounts may be or hereafter may become otherwise unenforceable.

6.    **Borrower's Representations, Warranties and Covenants**. To induce Lender to enter into this Agreement and to make the Loan, Borrower hereby makes the following representations, warranties and covenants to Lender:

(a)    With respect to the Collateral, Borrower will, at all times, maintain a loan to value ratio where the outstanding principal balance of the Loan is less than or equal to seventy percent (70.0%) of the market value of the Collateral in the Depository Account calculated as either (i) the last trade price for each unit of the Collateral in the Depository Account that is quoted on the Gemini website, or (ii) the market value determined by Lender in its reasonable discretion (the "**Required Loan to Value Ratio**").

(b)    Except for the security interest in the Collateral granted by Borrower to Lender under this Agreement, Borrower is the sole, legal and equitable owner of the Collateral and no other security agreement, financing statement, or other security instrument covering the Collateral exists.

(c)    Borrower has rights in or the power to transfer the Collateral, and its title to the Collateral is free and clear of liens, adverse claims, and restrictions on transfer or pledge, other than those created by this Agreement or the Related Documents.

(d)    There are no actions, suits, litigation or proceedings, at law or in equity, pending by or against Borrower before any court, administrative agency, or arbitrator.

(e)    Borrower is, and at all times prior to the Maturity Date will be, in compliance with all applicable federal and state laws, regulations and ordinances.

(f)    Borrower will not sell, dispose or otherwise transfer the Collateral or any interest in the Collateral without the prior written consent from Lender.

(g)    Borrower will not create or allow any other security interest or lien on the Collateral, other

than those created by this Agreement or the Related Documents.

(h)    Upon Lender's request, Borrower will execute any financing statement or other document necessary to perfect or otherwise record Lender's security interest in the Collateral.

(i)    Borrower will notify Lender in writing prior to making any change in Borrower's: (i) residence, if such Borrower is an individual or sole proprietorship, (ii) principal place of business, if such Borrower is a business entity that is created without any state filings, or (iii) state of organization, if such Borrower is a business entity that is created by state filings.

(j)    Borrower will promptly pay all taxes and assessments due on the Collateral.

(k)    Borrower is not engaged in the business of extending credit for the purpose of purchasing or carrying margin stock, and no proceeds of the Loan will be used to extend credit to others for the purpose of purchasing or carrying any margin stock.

(l)    Borrower is not, and is not required to be, registered as an "investment company" under the Investment Company Act of 1940, as amended. Borrower is not subject to regulation under any law that limits the ability to incur debt or which may otherwise render all or any portion of the obligations hereunder unenforceable.

(m)    Neither Borrower nor any of its affiliates or officers, directors, brokers or agents of Borrower or its affiliates (i) has violated any anti-terrorism laws, (ii) has engaged in any transaction, investment, undertaking or activity that conceals the identity, source or destination of the proceeds from any category of prohibited offenses designated by the Organization for Economic Co-operation and Development's Financial Action Task Force on Money Laundering, (iii) is publicly identified on the most current list of "Specially Designated Nationals and Blocked Persons" published by the Office of Foreign Assets Control of the U.S. Department of the Treasury ("**OFAC**") or resides, is organized or chartered, or has a place of business in a country or territory subject to OFAC sanctions or embargo programs, (iv) is publicly identified as prohibited from doing business with the United States under the International Emergency Economic Powers Act, the Trading With the Enemy Act, or any other law, (v) conducts any business or engages in making or receiving any contribution of goods, services or money to or for the benefit of any person described in clauses (iii) or (iv) above, (vi) deals in, or otherwise engages in any transaction related to, any property or interests in property blocked pursuant to any anti-terrorism law or (vii) engages in or conspires to engage in any transaction that evades or avoids, or has the purpose of evading or avoiding, or attempts to violate, any of the prohibitions set forth in any anti-terrorism law.

(n)    Borrower will use the proceeds of the Loan solely for lawful purposes and all representations and warranties set forth in Borrower's credit application are true, correct and complete as of the date of such credit application and the date of this Agreement.

Each representation, warranty and covenant shall be made by Borrower as of the date of this Agreement and as of the date of any renewal, extension or modification of the Loan.

7.    **Valuation; Additional Collateral**. At any time, the market value of the Collateral in the Depository Account shall be either (a) the product of amount of Collateral times the last trade price for each unit of the Collateral in the Depository Account that is quoted on the Gemini website, or (b) the market value determined by Lender in its reasonable discretion (the "**Collateral Market Value**").  Borrower agrees that for purposes of calculating the Collateral Market Value Lender may take into account or disregard, at its sole discretion, the value of any new cryptocurrency held in the Depository Account created as the result of a forking or similar event that occurs after the date of this Agreement.

(a)    Upon notice by Lender to Borrower of the occurrence of a Trigger Event (hereinafter defined), Borrower shall promptly, and in no case later than seventy-two (72) hours after notice is provided, deposit additional Collateral into the Depository Account in such an amount as necessary to establish a loan to value ratio

where the total of the outstanding principal balance of the Loan plus all other amounts due is equal to or less than fifty percent (50.0%) of the Collateral Market Value, provided that if at any time, the outstanding principal balance of the Loan is equal to or greater than eighty percent (80.0%) of the Collateral Market Value (the "**Accelerated Maximum Loan to Value Ratio**"), Lender has the right to immediately liquidate Collateral in such an amount as necessary to establish a loan to value ratio where the total of the outstanding principal balance of the Loan plus all other amounts due is equal to or less than seventy percent (70.0%) of the Collateral Market Value. Any Collateral liquidated by Lender is subject to a 3% processing fee. Any additional Collateral posted by Borrower pursuant to this Section 7 must be based in the same kind of cryptocurrency as the original Collateral.

For purposes of this Section 7, (i) a "**Trigger Event**" means an event where Lender becomes aware that Borrower has failed to maintain the Required Loan to Value Ratio and the outstanding principal balance of the Loan is greater than seventy percent (70.0%) of the Collateral Market Value (the "**Maximum Loan to Value Ratio**"), and (ii) "**notice is provided**" at the earliest of (x) the time Lender transmits an electronic communication to the Borrower of such Trigger Event, (y) the following day if sent by UPS, FedEx or other express mail overnight delivery, or (z) four (4) days from the date posted if sent by U.S. Mail, all in accordance with the Notices provisions of Section 25 hereof.

8.    **Default**. Borrower shall be in default under this Agreement upon the occurrence of, and continuation of any of the following events, after giving effect to any applicable cure period (each, an "**Event of Default**"):

(a)    Borrower's failure to timely pay any payment when due, including any payments owed pursuant to Section 3(b) and Section 7(a);

(b)    A Trigger Event occurs and is continuing and Borrower fails to deposit additional Collateral as required pursuant to Section 7;

(c)    The Accelerated Maximum Loan to Value Ratio is then in effect and has not been cured pursuant to Section 7;

(d)    If Borrower is an entity, the dissolution or termination of Borrower's existence as a going business, the insolvency of Borrower, the appointment of a receiver for any part of Borrower's property, any assignment for the benefit of creditors, any type of creditor workout, the commencement of any proceeding under any bankruptcy or insolvency laws by or against Borrower or any levy, garnishment, attachment or similar proceeding is instituted against any property of Borrower held by Lender;

(e)    Commencement of foreclosure or forfeiture proceedings, whether by judicial proceeding, self-help, repossession or any other method, by any creditor of Borrower or by any governmental agency against any Collateral securing the Loan. However, the Event of Default specified in this Section 8(e) shall not apply if there is a good faith dispute by Borrower as to the validity or reasonableness of the claim which is the basis of the creditor or forfeiture proceeding and if Borrower gives Lender written notice of the creditor or forfeiture proceeding and deposits with Lender monies or a surety bond for the creditor or forfeiture proceeding, in an amount determined by Lender, in its sole discretion, as being an adequate reserve or bond for the dispute;

(f)    If Borrower is an individual, Borrower dies or becomes incompetent;

(g)    Borrower fails to comply with or to perform any other term, obligation, covenant or condition contained in this Agreement, any Related Document or any other agreement between Borrower and Lender;

(h)    Any warranty, representation or statement made or furnished to Lender by Borrower, or on Borrower's behalf, under this Agreement or any Related Document is false or misleading in any material respect, either now or at the time made or furnished or becomes false or misleading at any time thereafter;

(i)    A material adverse change occurs in the financial condition of Borrower, or the ability of Borrower to repay the Loan or perform under this Agreement or any other Related Document is impaired;

DocuSign Envelope ID: A5AEF913-8985-4FE9-99F5-A3A712A05231

BlockFi Loan No. <u>d930806d</u>

(j)      A change or material development in applicable law (including case law) or regulation makes the Loan unlawful, unless grandfathered;

(k)      A general suspension in buying, selling or owning Bitcoin or Ethereum by U.S. federal governmental authorities or a suspension in buying, selling or owning digital assets or cryptocurrencies on at least three (3) major exchanges (including Gemini, GDAX / Coinbase, Kraken, or Bitstamp), with such disruption lasting at least five (5) days; or

(l)      Borrower fails to (i) pay any principal or interest in respect of any indebtedness (including any direct, indirect, actual or contingent obligation to guarantee any debt or other obligation payable or performable by another legal person (a "**Guarantee Obligation**")) when due and such failure continues after the applicable grace period, if any, specified in the agreement or instrument relating to such indebtedness, or (ii) fails to perform or observe any other covenant, term, condition or agreement relating to any such indebtedness or contained in any instrument or agreement evidencing or relating thereto, or any other event occurs or condition exists, the effect of which failure or other event or condition is to cause, or permit the holder or beneficiary of such indebtedness to cause, with the giving of notice if required, such indebtedness to become due prior to its stated maturity (or in the case of any Guarantee Obligation to become payable); or any such indebtedness is declared to be due and payable, or required to be prepaid or redeemed (other than by a regularly scheduled required prepayment or redemption or as a mandatory prepayment), purchased or defeased, or an offer to prepay, redeem, purchase or defease such indebtedness shall be required to be made, in each case, prior to the stated maturity thereof.

Borrower agrees to promptly notify Lender in writing upon the occurrence of any of the events described in this <u>Section 8</u>, in no case later than two (2) business days after the occurrence of such event.

9.      **Remedies**.

(a)      Upon an Event of Default and at any time thereafter, Lender may declare all amounts due under this Agreement immediately due and payable and shall have all the rights and remedies of a Lender under the UCC or as otherwise provided under applicable law. Without limiting the generality of the foregoing, Borrower expressly agrees that in any such default Lender may take immediate and exclusive possession of the Collateral and that Lender may liquidate the Collateral in whole or in part, at its sole discretion.

(b)      The proceeds of any sale or disposition of any part of the Collateral shall be distributed by Lender in the following order of priorities:

(i)      to Lender for any reasonable costs, fees, or expenses incurred in connection with the sale or disposition of the Collateral, including any legal, accounting or other fees incurred;

(ii)      to Lender in an amount equal to any outstanding and unpaid Indebtedness under this Agreement and the Related Documents; and

(iii)      any remaining surplus to Borrower, in accordance with the UCC or as a court of competent jurisdiction may direct.

(c)      If an Event of Default shall have occurred and be continuing, Lender is hereby authorized at any time and from time to time, to the fullest extent permitted by law and without prior notice to Borrower, any such notice being expressly waived by Borrower, to set off and appropriate and apply any and all deposits (general or special, time or demand, provisional or final, in whatever currency or cryptocurrency) at any time held and other obligations (in whatever currency or cryptocurrency) at any time owing by Lender to or for the credit or the account of Borrower against any and all of the obligations of Borrower under this Agreement, any Related Document or any Contract to Lender or any of its affiliates, whether direct or indirect, absolute or contingent, matured or unmatured, and irrespective of whether or not Lender or such affiliate shall have made any demand under this Agreement, any

DocuSign Envelope ID: A6AEB813-8D8F-47F9-99F5-A3A712A95231

Related Document or Contract and although such obligations of Borrower are owed to an affiliate of Lender different from the affiliate holding such deposit or obligated on such indebtedness. The rights of Lender and each of its affiliates under this paragraph are in addition to other rights and remedies (including other rights of set-off) that Lender or such affiliate may have. Lender agrees to notify the Borrower promptly after such set off and appropriation and application; provided that the failure to give such notice shall not affect the validity of such set off and appropriation and application. Subject to the limitations and other provisions of this Agreement, the provisions of this Section 9(c) will survive the expiration or termination of this Agreement for a period of 12 months after such expiration or termination.

10.     **Arbitration Provision.** If this contract is made to a business domiciled in the U.S. or Canada, please see Appendix A for the applicable Arbitration Provision.

11.     **Payment Failure**. Borrower agrees that Lender may assess a fee (a "**Payment Failure Fee**") of fifteen dollars (US$15.00) if any attempted payment by Borrower to Lender is not collected by Lender for any reason, including if wire transfers or checks are returned or fail due to insufficient funds in any account from which a payment is to be made to Lender. The amount of any Payment Failure Fee will be added to the balance due and payable on the relevant payment due date. Each business processing day in which a new non-payment occurs shall be deemed an "occurrence," with a maximum of one occurrence per day per deposit account, including single or multiple checks or drafts submitted or wire transfers attempted for payment on any payment due date.

12.     **Lender Appointed Attorney-In-Fact**. Borrower hereby appoints Lender Borrower's attorney-in-fact, with full authority in the place and stead of Borrower and in the name of Borrower or otherwise, from time to time during the continuance of an Event of Default to take any action and to execute any instrument that Lender may deem necessary or advisable to accomplish the purposes of this Agreement (but Lender shall not be obligated to and shall have no liability to Borrower or any third party for failure to do so or take action). This appointment, being coupled with an interest, shall be irrevocable. Borrower hereby ratifies all that said attorney-in-fact shall lawfully do or cause to be done by virtue hereof.

13.     **Security Interest Absolute**. To the extent permitted by law, Borrower hereby waives demand, notice, protest, notice of acceptance of this Agreement, Collateral received or delivered and all other demands and notices of any description. To the extent permitted by law, all rights of Lender and liens and security interests hereunder, and all Indebtedness of Borrower hereunder, shall be absolute and unconditional irrespective of:

            (a)     any illegality or lack of validity or enforceability of any Indebtedness or any related agreement or instrument;

            (b)     any change in the time, place or manner of payment of, or in any other term of, the Indebtedness, or any amendment or other modification of this Agreement or any other agreement, including any increase in the Indebtedness resulting from any extension of additional credit or otherwise;

            (c)     any taking, exchange, substitution, release, impairment or non-perfection of any Collateral or any other collateral, or any taking, release, impairment, amendment, waiver or other modification of any guaranty, for all or any of the Indebtedness;

            (d)     any manner of sale, disposition or application of proceeds of any Collateral or any other collateral or other assets to all or part of the Indebtedness;

            (e)     any default, failure or delay, willful or otherwise, in the payment of the Indebtedness;

            (f)     any defense, set-off or counterclaim (other than a defense of payment or performance) that may at any time be available to, or be asserted by, Borrower against Lender; or

DocuSign Envelope ID: A6AEB813-8285-4FE9-99F5-A3A712495231

BlockFi Loan No. <u>d930806d</u>

    (g)    any other circumstance (including, without limitation, any statute of limitations) or manner of administering the Loan or any existence of or reliance on any representation by Lender that might vary the risk of Borrower or otherwise operate as a defense available to, or a legal or equitable discharge of, Borrower or any guarantor or surety.

    14.    **Survival of Representations and Warranties**. Borrower understands and agrees that in making this Loan, Lender is relying on all representations, warranties and covenants made by Borrower in this Agreement, the Related Documents and in any certificate or other instrument delivered by Borrower to Lender under this Agreement. Such Borrower further agrees that regardless of any investigation made by Lender, all such representations, warranties and covenants will survive the execution of this Agreement and the funding of the advance, shall be continuing in nature, and shall remain in full force and effect until such time as all of Borrower's obligations under this Agreement shall be fully satisfied, or until this Agreement shall be terminated in the manner provided herein, whichever is the last to occur.

    15.    **Account Authorization**. In order to satisfy Borrower's obligations under this Agreement, Borrower expressly authorizes Lender to initiate an electronic funds transfer ("**EFT**") debit from Borrower's designated bank account (including any subsequent designated account identified to Lender by the Borrower) in accordance with the Authorization Agreement for Electronic Funds Transfer (EFT) Payments attached as <u>Exhibit A</u> (the "**EFT Authorization**") for all amounts due and owing by Borrower to Lender under this Agreement, including, without limitation, all payments to be made by Borrower pursuant to <u>Section 3</u> of this Agreement. In connection with such payments, Borrower further agrees to complete the EFT Authorization. Borrower authorizes Lender to resubmit any EFT debit authorized by Borrower that is returned for insufficient or uncollected funds, except as otherwise provided by NACHA – The Electronic Payment Association's EFT rules or applicable law.

    16.    **Cost of Collection**. To the extent permitted by law, Borrower agrees to pay all costs and expenses, including collection expenses, court costs, and reasonable attorneys' fees, incurred by Lender in the collection or enforcement of this Agreement. Borrower also agrees to pay any and all withholding taxes applicable to the Collateral, including any withholding taxes on any amounts so paid and, upon written request by Lender, shall furnish Lender with evidence of payment thereof.

    17.    **Termination**. This Agreement and the security interests created hereby shall automatically terminate upon the payment in full of all Indebtedness and performance of all obligations hereunder. At such time, Lender's sole obligations shall be to, at Borrower's request, (i) direct the Depository to transfer the remaining Collateral in the Depository Account to Borrower, at a wallet address provided by Borrower to Lender, and (ii) to authorize Borrower to terminate any UCC financing statements filed by Lender against Borrower with respect to the Collateral.

    18.    **Binding Effect**. All representations, warranties, covenants and agreements by or on behalf of Borrower contained in this Agreement or any Related Documents shall bind Borrower's successors and assigns and shall inure to the benefit of Lender and its successors and assigns. Borrower shall not have the right to assign Borrower's rights under this Agreement or any interest therein, without the prior written consent of Lender. Any such assignment in violation of this Section 18 shall be null and void.

    19.    **Caption Headings**. Caption headings in this Agreement and the Related Documents are for convenience purposes only and are not to be used to interpret or define the provisions of this Agreement or the Related Documents.

    20.    **Cumulative Rights; Non-Exercise**. Lender's rights under this Agreement are cumulative, and shall not be construed as exclusive of each other unless otherwise required by law. The non-exercise by Lender of any rights or remedies under this Agreement shall not constitute a waiver thereof in that or any subsequent instance.

    21.    **Waiver**. Lender shall not be deemed to have waived any rights under this Agreement unless such waiver is given in writing and signed by Lender. No delay or omission on the part of Lender in exercising any right

DocuSign Envelope ID: A6AEF817-8D8F-4ZF9-99F6-A3A712A95231

BlockFi Loan No. <u>d930806d</u>

shall operate as a waiver of such right or any other right. A waiver by Lender of a provision of this Agreement shall not prejudice or constitute a waiver of Lender's right otherwise to demand strict compliance with that provision or any other provision of this Agreement. No prior waiver by Lender, nor any course of dealing between Lender and Borrower shall constitute a waiver of any of Lender's rights or of the Borrower's obligations as to any future transactions. Whenever the consent of Lender is required under this Agreement, the granting of such consent by Lender in any instance shall not constitute continuing consent to subsequent instances where such consent is required and in all cases such consent may be granted or withheld in the sole discretion of Lender.

22.    **Entire Agreement; Integration**. This Agreement and the other Related Documents constitute the entire agreement among the parties relating to the subject matter hereof and thereof and supersede any and all previous agreements and understandings, oral or written, relating to the subject matter hereof and thereof. Each Related Document, and any exhibit, schedule or similar addition to this Agreement or any Related Document, is hereby incorporated into this Agreement by this reference as though fully set forth herein.

23.    **Severability**. If any part or parts of this Agreement shall be held unenforceable for any reason, the remainder of this Agreement shall continue in full force and effect. If any provision of this Agreement is deemed invalid or unenforceable by any court of competent jurisdiction, and if limiting such provision would make the provision valid, then such provision shall be deemed to be construed as so limited.

24.    **Usury Savings Clause**. Lender and Borrower intend to contract in strict compliance with applicable usury law from time to time in effect. In furtherance thereof, Lender and Borrower stipulate and agree that none of the terms and provisions contained in the Loan Documents shall ever be construed to create a contract to pay for the use, forbearance or detention of money or interest in excess of the maximum amount of interest (including all charges and fees) permitted to be charged by applicable law, from time to time.

25.    **Notices**. Any notice required or otherwise given pursuant to this Agreement shall be in writing and mailed certified return receipt requested, postage prepaid, delivered by overnight delivery service, or via electronic mail, addressed as follows:

<u>If to Lender</u>:

BlockFi Lending LLC
150 Broadway, 19th Floor
New York, NY 10038
support@blockfi.com

<u>If to Borrower</u>:



Either party may change such addresses from time to time by providing notice as set forth above.

26.    **USA Patriot Act Notice**. Lender hereby notifies Borrower that, pursuant to the requirements of the USA Patriot Act (Title III of Pub. L. 107-56 (signed into law October 26, 2001)) (the "**Act**"), it may be required to obtain, verify and record information that identifies Borrower, which information includes the name and address of Borrower and other information that will allow Lender to identify Borrower in accordance with the Act.

27.    **Credit Report and Other Authorizations**. Borrower authorizes Lender, its agents and representatives and any credit reporting agency engaged by Lender, to (a) investigate any references given or any

DocuSign Envelope ID: A3AF7812-8D85-47F0-99F5-A3A734A95231

other statements or data obtained from or about Borrower or any guarantor for the purpose of this Loan Agreement, (b) obtain consumer and business credit reports on Borrower and any guarantor, (c) contact personal and business references provided by Borrower, at any time now or for so long as any Indebtedness remains unpaid, and (d) share information regarding Borrower's performance under this Agreement with affiliates and unaffiliated third parties.

28.    **Counting of Days.** Except where otherwise specifically provided, any reference in this Note to a period of "days" means calendar days and not business days.

29.    **Amendment**. This Agreement and the Related Documents constitute the entire understanding and agreement of the parties as to the matters set forth in this Agreement. No alteration, amendment, modification, termination, discharge or waiver of any provision of this Agreement or any other Related Document, or consent to any departure by either party therefrom, shall be effective unless given in writing and signed by the party or parties sought to be charged or bound by the alteration, amendment, modification, termination, discharge or waiver. Any such alteration, amendment, modification, termination, discharge or waiver shall be effective only for the specific purpose for which given.

30.    **Bankruptcy**. The rights and priorities set forth in this Agreement shall remain binding irrespective of the terms of any plan of reorganization in any proceeding commenced by or against Borrower under any provision of the United States Bankruptcy Code (11 U.S.C. § 101, et seq.), as amended, and any successor statute (the "**Bankruptcy Code**") or under any other federal or state bankruptcy or insolvency law, including assignments for the benefit of creditors, formal or informal moratoria, compositions, extensions generally with its creditors, or proceedings seeking reorganization, arrangement, or other similar relief, and all converted or succeeding cases in respect thereof or other provisions of the Bankruptcy Code or any similar federal or state statute.

31.    **Governing Law; Acceptable Forums; Waiver of Jury Trial**.  EXCEPT        FOR        THE ARBITRATION PROVISION, WHERE APPLICABLE, WHICH SHALL BE GOVERNED BY FEDERAL LAW, THIS AGREEMENT WILL BE GOVERNED BY THE LAWS OF THE STATE OF DELAWARE WITHOUT REGARD TO ITS CONFLICTS OF LAW PROVISIONS. BORROWER UNDERSTANDS THAT BORROWER'S AGREEING TO THE APPLICABILITY OF DELAWARE LAW AND VENUE ARE A MATERIAL FACTOR IN LENDER'S WILLINGNESS TO ENTER INTO THIS AGREEMENT. Any suit, action or proceeding arising hereunder, or the interpretation, performance or breach of this Agreement, shall, if Lender so elects, be instituted in any court sitting in New Castle County, Delaware, (the "**Acceptable Forums**").  Borrower agrees that the Acceptable Forums are convenient to it, and submits to the jurisdiction of the Acceptable Forums and waives any and all objections to jurisdiction or venue. Should such proceeding be initiated in any other forum, Borrower waives any right to oppose any motion or application made by Lender to transfer such proceeding to an Acceptable Forum. Borrower irrevocably and unconditionally waives, to the fullest extent permitted by applicable law, any right it may have to a trial by jury in any legal proceeding directly or indirectly arising out of or relating to this Agreement or any Related Document or the transactions contemplated hereby or thereby (whether based on contract, tort or any other theory).

32.    **Facsimile Acceptance**.  This Agreement may be executed in any number of counterparts and by the different parties on separate counterparts.  Each such counterpart shall be deemed an original, but all such counterparts shall together constitute one and the same agreement.  The exchange of copies of this Agreement and of signature pages by facsimile transmission (whether directly from one facsimile device to another by means of a dial-up connection or whether mediated by the worldwide web), by e-mail in "portable document format" (".pdf") form, or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, or by combination of such means, shall constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. Signatures of the parties transmitted by facsimile shall be deemed to be their original signatures for all purposes.

33.    **Military Lending Act.** The Military Lending Act provides protections for certain members of the Armed Forces and their dependents ("**Covered Borrowers**").  The provisions of this section apply to Covered Borrowers. Federal law provides important protections to members of the Armed Forces and their dependents relating

DocuSign Envelope ID: A6AEB813-8D8F-4FE9-99F5-A3A713A95231

**BlockFi Loan No.** <u>d930806d</u>

to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36%. This rate must include, as applicable to the credit transaction or account: (a) the costs associated with credit insurance premiums; (b) fees for ancillary products sold in connection with the credit transaction; (c) any application fee charged (other than certain application fees for specified credit transactions or accounts); and (d) any participation fee charged (other than certain participation fees for a credit card account). Before signing this Agreement, in order to hear important disclosures and payment information about this Agreement, you may call 1-646-779-9688.

34.   **Transferable Record.** Borrower expressly agrees that this Agreement is a "transferable record" as defined in applicable law relating to electronic transactions and that it may be created, authenticated, stored, transmitted and transferred in a manner consistent with and permitted by such applicable law.

35.   **Loan Transferability**. Borrower expressly agrees and acknowledges that Lender may assign this Agreement and the Related Documents, or any of Lender's rights under this Agreement or the Related Documents, in whole or in part at any time. Borrower further understands, acknowledges and agrees that Lender or another third party may further sell, assign or transfer this Agreement, the Related Documents and all associated documents and information related to this Agreement and the Related Documents without Borrower's consent or notice to Borrower.

**[The remainder of this page intentionally left blank.]**

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed the day and year first written above.

CAUTION - IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

**<u>BORROWER</u>**

By: _____

Name: _____

**<u>LENDER</u>**

BlockFi Lending LLC, a Delaware limited liability company

By: _____

Name: Flori Marquez
Title: VP of Operations

Signature Page to Loan and Security Agreement

**BlockFi Loan No.** <u>d930806d</u>

**Please review and confirm the information below. Pay close attention and ensure the "Funding Currency" is accurate. Note that if funding your loan in Stablecoin, funds must be sent to a wallet that supports the specified currency or funds may be permanently lost. BlockFi will not be responsible for any errors arising from an incorrectly specified Stablecoin currency or Destination Wallet Address.**

## Funding Currency

Your loan will be funded in                    <u>USD Wire</u>
*(If you would like to be funded in Stablecoin, please skip to the "Stablecoin" selection below)*

## Bank Wires

Beneficiary Name                    ███████████████████

Beneficiary Address                    ██████████████

                    ███████████████████████

*(Please ensure the Name and Address match that associated with your Bank, otherwise funds may be delayed)*

## US Bank Information

Bank Account # (USA)                    ██████

Wire Capable Routing # (USA)                    ███████

## Non-US Bank Information

IBAN (only required for Non-USA Wires)

SWIFT / BIC (only required for Non-USA Wires)

## Stablecoin

Destination Wallet Address
*(Please ensure that the Destination Wallet Address and Stablecoin Currency above are correct. Funds sent to an incorrect address may be permanently lost. BlockFi will not be responsible for any errors arising from an incorrectly specified Stablecoin currency or Destination Wallet Address)*



**BlockFi Loan No.** d930806d

**Lender**                                                     **Borrower**

BlockFi Lending LLC
150 Broadway
19th Floor
New York, NY 10038



---

## TRUTH IN LENDING DISCLOSURE STATEMENT

| ANNUAL PERCENTAGE RATE<br><br>The cost of your credit as a yearly rate | FINANCE CHARGE<br><br>The dollar amount the credit will cost you | Amount Financed<br><br>The amount of credit provided to you or on your behalf | Total of Payments<br><br>The amount you will have paid when you have made all scheduled payments |
|---|---|---|---|
| 11.84% | 597.25 | 5000.00 | 5597.28 |

Your payment schedule will be as follows:

| Number of payments | Amount | When payments are due |
|---|---|---|
| 12 | 41.44 | First payment is due on   2020-10-25   , and each subsequent payment is due monthly thereafter on the same day of each month |
| 1 | 5100.00 | Last payment is due on<br><br>2021-09-25 |

**Security**: You are giving a security interest in the following collateral:

| 0.960 | BTC |
|---|---|

**Late charges:** If your payment arrives more than 10 days after the date on it is due, you may be charged a late fee equal to the greater of 5.00% of the past due payment or $15.

**Prepayment policy:**  Borrower may prepay the outstanding principal and all accrued and unpaid interest thereon at the rate expressed herein without penalty.

**See your Loan and Security Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, collateral and termination matters.**

DocuSign Envelope ID: A6AEB813-8D8F-4EE9-99F5-A3A712A95231

**BlockFi Loan No.** d930806d

Itemization of Amount Financed of $ 5100.00

| Amount given to you directly | Amount paid to others on your behalf: |
|---|---|
| 5000.00 | _____ |
| Amount paid on your account | Prepaid finance charge to BlockFi Lending LLC |
| 100.00 | 100.00 |

The payment amounts disclosed in the payment schedule are calculated on the assumption that you will make all payments on the applicable payment due date and assume, for purposes of this disclosure, that all months have 30 days.  Please note that monthly loan payments are made on an "interest-only" basis until the final payment is due. This means that the actual amount of a monthly loan payment may increase when you make a payment after the payment due date or decrease when you make a payment before the payment due date. The payment amount will also vary based on the actual days in any given month.

DocuSign Envelope ID: A5AEB813-8D8F-4F59-99F5-A3A712A95231

BlockFi Loan No. d930806d

## Guaranty of
## Loan and Security Agreement

This Personal Guaranty (as the same may be amended, supplemented, or otherwise modified from time to time, "Guaranty") is provided by the undersigned Guarantor in consideration of the extension of a loan by **BlockFi Lending LLC** ("Lender") to ▮▮▮▮▮▮▮▮▮▮ ("Borrower") and for other good and valuable consideration and is dated and effective as of 9/24/2020 .

**Guaranteed Obligations.** The term "Guaranteed Obligations" means all present and future loans, advances, debts, liabilities, obligations, covenants and duties owing by Borrower to Lender, regardless of the manner in which it was created, of any kind or nature, present or future, whether direct or indirect, absolute or contingent, joint or several, due or to become due, primary or secondary, as principal or guarantor; and any amendments, extensions, renewals and increases of or to any of the foregoing, and all costs and expenses of Lender incurred in the documentation, negotiation, modification, enforcement, collection and otherwise in connection with any of the foregoing, including reasonable attorneys' fees and disbursements, whether made, incurred, or created before or after any entry of order of relief with respect to Borrower in a bankruptcy case and whether recovery is or hereafter becomes barred by any statute of limitations or otherwise becomes unenforceable for any reason whatsoever.

**Unconditional Guaranty.** In order to induce Lender to make, or continue to make, loans, advances, or grant other financial accommodations to Borrower, and in consideration thereof and/or for loans, advances, or financial accommodations already or hereafter granted by Lender to or for the account of Borrower, Guarantor hereby absolutely and unconditionally guarantees, as a primary obligor, and becomes surety for the full and prompt payment to Lender of all Guaranteed Obligations when due, whether by acceleration or otherwise, and the full and prompt performance of all terms, covenants, conditions and agreements related to the Guaranteed Obligations.

**Guaranty of Payment.** This is a guaranty of payment and not collection. In no event shall Lender be obligated to take any action, obtain any judgment, or file any claim prior to enforcing this Guaranty. Upon failure of Borrower punctually to pay the Guaranteed Obligations, Guarantor agrees to pay such amounts, provided that delay by Lender in making a demand for payment shall in no event affect Guarantor's obligations under this Guaranty.

**No Termination.** This is an absolute, unconditional, irrevocable and continuing guaranty and will remain in full force and effect until all the Guaranteed Obligations have been indefeasibly paid in full, and Lender has terminated this Guaranty.

**Enforcement Costs.** To the extent that Lender incurs any costs or expenses in protecting or enforcing its rights under the Guaranteed Obligations or this Guaranty, including reasonable attorneys' fees and the costs and expenses of litigation, such costs and expenses will be due on demand, will be included in the Guaranteed Obligations.

**Waivers.** Guarantor hereby expressly waives: (a) notice of the acceptance by Lender of this Guaranty; (b) notice of the existence or creation or non-payment of all or any of the Guaranteed Obligations; (c) notice of extensions of credit to Borrower from time to time; (d) notice of default, diligence, presentment, demand on Borrower for payment or otherwise, requirement of a prior proceeding against Borrower, dishonor, protest, and all other notices whatsoever; and (e) diligence in collection or protection of or realization upon the Guaranteed Obligations, or any part thereof, any obligation under this Guaranty or any security for or guaranty of any of the foregoing. Guarantor waives any and all claims, counter-claims and defenses that Guarantor may now and in the future have against Lender, Borrower or any other guarantor of the Guaranteed Obligations that may cause Lender to lose any rights against Guarantor or against Guarantor's property or assets, and agrees that the Guaranteed Obligations shall not be discharged except by complete payment thereof, irrespective of: (a) any claim as to the genuineness, validity, regularity, or enforceability of the Guaranteed Obligations or this Guaranty; (b) the lack of authority of Borrower; (c) any modification, supplement, extension, renewal, amendment, or change in the time, manner, or place of payment or performance of any Guaranteed Obligations, or in any other term of or amendment to the documents evidencing the Guaranteed Obligations, all of which may be done without notice to or consent of Guarantor; (d) the order, manner and amount of application of any payments by whomever paid or however realized including any proceeds of any collateral, to any Guaranteed

Obligations as Lender may determine in its sole discretion; (e) any right to require Lender to notify Guarantor of any nonpayment relating to the Guaranteed Obligations; (f) any waiver or consent by Lender with respect to the Guaranteed Obligations or any compromise or release thereof, including the release or discharge of Borrower from the performance or observance of any agreements, covenants, terms or conditions in connection with the Guaranteed Obligations by operation of law or otherwise; (g) the absence of any action to exercise any right, power or remedy, enforce any Guaranteed Obligations, recover any judgment against Borrower, or enforce a judgment against Borrower; (h) the occurrence of any event of default or potential event of default under any document evidencing the Guaranteed Obligations; (i) the existence of any bankruptcy, insolvency, reorganization, or similar proceedings involving Borrower, and Guarantor waives all rights and benefits which might accrue to it by reason of any such proceeding and will be liable to the full extent hereunder, irrespective of any modification, limitation or discharge of the liability of Borrower that may result from any such proceeding; (j) any setoff, counterclaim, recoupment, deduction, or defense of any kind or nature that may be available to or asserted by Guarantor or Borrower against Borrower, Lender or any of their affiliates, except payment or performance of the Guaranteed Obligations; (k) any impairment, taking, furnishing, exchange, or release of or failure to perfect, maintain or obtain protection of any lien or security interest in, any security or other collateral securing the Guaranteed Obligations; (l) any "one-action" or "anti-deficiency" law or other law which may prevent Lender from otherwise bringing an action against Guarantor; (m) any defenses based upon suretyship available to Guarantor; (n) any surrender, exchange, acceptance, settlement, compromise or release by Lender of any party (including, but not limited to Borrower or Guarantor), or any other guaranty or any security held by it for any of the Guaranteed Obligations; (o) by any irregularity, unenforceability or invalidity of any of the Guaranteed Obligations or any part thereof or any security or other guaranty thereof; (p) any defense based upon Lender's failure to comply with the notice requirements under Sections 9-611 and 9-612 of the Uniform Commercial Code as in effect from time to time; (q) any statute of limitations; (r) any change in the laws, rules, or regulations of any jurisdiction; or (s) any other circumstance (other than payment or performance) that might otherwise constitute a legal or equitable discharge or defense of Guarantor generally.

**Representations and Warranties.** Guarantor

represents and warrants to Lender on the date hereof and during the duration of this Guaranty that: (a) Guarantor has the authority to enter into this Guaranty and to guarantee payment of the Guaranteed Obligations; (b) this Guaranty will not cause Guarantor to violate any agreement or order binding on Guarantor or on or against Guarantor's property or assets; (c) Guarantor has agreed to guarantee payment of the Guaranteed Obligations at Borrower's request, rather than Lender's request; (d) Guarantor has or will receive, or continue to receive, adequate consideration for agreeing to this Guaranty; and (e) this Guaranty is a legal, valid, binding obligation of Guarantor.

**Financial Statements.** Guarantor shall provide Lender with financial statements (including, if requested, financial statements certified by an independent certified public accountant) and other financial information, as Lender may request from time to time.

**Subrogation.** Until such time as all Guaranteed Obligations are paid in full and any commitments of Lender to extend further credit to Borrower have been terminated, Guarantor unconditionally waives any rights that Guarantor may now have or hereafter acquire against Borrower that arise from the existence, payment, performance, or enforcement of Guarantor's obligations under or in respect of this Guaranty or any other agreement in connection therewith, including without limitation, any right of subrogation, reimbursement, exoneration, contribution, or indemnification. Any amount paid to Guarantor in violation of the preceding sentence, shall be received and held in trust for the benefit of Lender, shall be segregated from the other property and funds of Guarantor, and shall forthwith be paid or delivered to Lender in the same form as so received (with any necessary endorsement or assignment) to be credited and applied to the Guaranteed Obligations and all other amounts payable under this Guaranty, or to be held as collateral for any Guaranteed Obligations or other amounts payable under this Guaranty.

**Subordination.** Guarantor agrees that following the occurrence and during the continuation of any default or event of default by Borrower pursuant to any document evidencing any Guaranteed Obligation, and until such time as all Guaranteed Obligations are paid in full and any commitments of Lender to extend further credit to Borrower have been terminated: (a) any and all present and future indebtedness of Borrower owing to Guarantor shall be postponed in favor of and subordinated to the payment in full of the Guaranteed Obligations, and (b)

DocuSign Envelope ID: A3AEB813-8285-47F8-99F5-A3A732A95231

BlockFi Loan No. d930806d

no payment of any kind whatsoever shall be made with respect to such indebtedness until the Guaranteed Obligations have been paid in full, and any payment received by Guarantor in respect of such indebtedness shall be held by Guarantor as trustee for Lender and promptly paid over to Lender on account of the Guaranteed Obligations but without reducing or affecting in any manner the liability of Guarantor under the other provisions of this Guaranty. Upon request of Lender, any notes or other instruments now or hereafter evidencing such indebtedness of Borrower to Guarantor, and any security therefor, shall be marked with a legend that the same are subject to this Guaranty or shall be delivered to Lender for safekeeping.

**Indemnity.**  Guarantor agrees to indemnify Lender, each legal entity, if any, who controls, is controlled by or is under common control with Lender and each of their respective directors, officers and employees (the "Indemnified Parties"), and to defend and hold each Indemnified Party harmless from and against, any and all claims, damages, losses, liabilities and expenses (including all fees and charges of legal counsel with whom any Indemnified Party may consult and all expenses of litigation  and preparation therefor) which any Indemnified Party may incur or which may be asserted against any Indemnified Party by any person, entity or governmental authority (including any person or entity claiming derivatively on behalf of Guarantor), in connection with or arising out of or relating to the matters referred to in this Guaranty, whether (a) arising from or incurred in connection with any breach of a representation, warranty or covenant by Guarantor, or (b) arising out of or resulting from any pending or threatened  suit,  action,  claim,  proceeding  or governmental investigation, before any court or governmental authority; provided, however, that the foregoing indemnity agreement shall not apply to any claims, damages, losses, liabilities and expenses solely attributable to an Indemnified Party's gross negligence or willful misconduct.   The indemnity agreement contained in this paragraph shall survive the termination of this Guaranty and assignment of any rights hereunder. Guarantor may participate at its expense in the defense of any such claim.

**Credit Reports**.  By signing below, each Guarantor provides written authorization to Lender or its designee (and any assignee or potential assignee) to periodically obtain credit reports (including consumer credit reports) on such Guarantor and to share such reports with Lender's affiliates.  Such authorization shall extend to obtaining a credit profile in considering this Guaranty

and subsequently for the purposes of update, renewal or extension of any Guaranteed Obligations, for any potential additional credit, and for reviewing or collecting the resulting account.

**Entire Agreement.**  This Guaranty contains the entire agreement of the parties hereto with respect to the subject matter hereof. Any representation, promise, condition or understanding in connection therewith which is not expressed in this Guaranty shall not be binding upon Guarantor or Lender.

**Application of Payments.**  Any amounts received by Lender from any source on account of the Guaranteed Obligations may be applied by Lender toward the payment of such of the Guaranteed Obligations, and in such order of application, as Lender may from time to time elect.

**Notices.**  All notices to Guarantor shall be sent to the address set forth below Guarantor's signature, or such other address as Guarantor may from time to time specify in writing to Lender.  All notices to Lender shall be sent to the following address: BlockFi, 150 Broadway, 19th Floor, New York, NY 10038, Attention: Flori Marquez, or such other address as Lender may specify to Guarantor in writing.  Any notice or other communication to be provided to a party pursuant to this Guaranty shall be in writing and shall be personally delivered or deposited in the United States mail, first class, registered or certified mail, postage prepaid or by a nationally-recognized overnight delivery service, or by another method mutually agreed to by Lender and Guarantor.  All such notices shall be deemed given, in the case of notice by courier service, upon delivery, in the case of appropriate mail, three business days following deposit with the U.S. Postal Service, and by another method, upon actual receipt thereof.

**Governing Law, Venue and Jurisdiction.**   THIS GUARANTY WILL BE GOVERNED BY THE LAWS OF THE STATE OF DELAWARE WITHOUT REGARD TO ITS CONFLICTS OF LAW PROVISIONS.  GUARANTOR UNDERSTANDS THAT GUARANTOR'S AGREEING TO THE APPLICABILITY OF DELAWARE LAW AND VENUE ARE A MATERIAL FACTOR IN LENDER'S WILLINGNESS TO PROVIDE THE LOAN TO BORROWER. Any suit, action or proceeding arising hereunder, or the interpretation, performance or breach of this Agreement, shall, if Lender so elects, be instituted in any court sitting in New York county, (the "Acceptable Forums").   Borrower agrees that the

BlockFi Loan No. d930806d

Acceptable Forums are convenient to it, and submits to the jurisdiction of the Acceptable Forums and waives any and all objections to jurisdiction or venue. Should such proceeding be initiated in any other forum, Guarantor waives any right to oppose any motion or application made by Lender to transfer such proceeding to an Acceptable Forum.  Guarantor irrevocably and unconditionally waives, to the fullest extent permitted by applicable law, any right it may have to a trial by jury in any legal proceeding directly or indirectly arising out of or relating to this Guaranty or the Guaranteed Obligations (whether based on contract, tort or any other theory)..

**Severability.**  Wherever possible, each provision of this Guaranty shall be interpreted in such manner to be effective and valid under applicable law, but if any provision of this Guaranty shall be prohibited by or invalid under such law, the remaining provisions of this Guaranty shall remain in full force and effect.

**Successors and Assigns.**  All guaranties and agreements contained in this Guaranty shall bind the legal representatives, heirs, successors and assigns of Guarantor; provided, however, that Guarantor may not assign this Guaranty in whole or in part without Lender's prior written consent and Lender at any time may assign this Guaranty in whole or in part.

**Rights and Remedies.**  No delays on the part of Lender in exercising any power or right hereunder shall operate as a waiver thereof, nor shall any single or partial exercise of any power or right hereunder or the failure to exercise same in any instance preclude other or further exercise of any other power or right, nor shall Lender be liable for exercising or failing to exercise any such power or right.  The rights, powers, remedies, and privileges provided in this Guaranty are cumulative and not exclusive of any rights, powers, remedies, and privileges provided by any prior guaranty, any other agreement, or by law.

**Modification.**  No modification, amendment, or waiver of, or consent to any departure by Guarantor from, any provision of this Guaranty will be effective unless made in a writing signed by Lender, and then such waiver or consent shall be effective only in the specific instance and for the purpose for which given.  Notwithstanding the foregoing, Lender may modify this Guaranty for the purposes of completing missing content or correcting erroneous content, without the need for a written amendment, provided that Lender shall send a copy of any such modification to Guarantor (which notice may

be given by e-mail).

**No Right to Further Notices.**  No notice to or demand on Guarantor will entitle Guarantor to any other or further notice or demand in the same, similar or other circumstance.

**Severability.**  If for any reason any court of competent jurisdiction finds any provisions of this Guaranty to be void or voidable, the parties agree that the court may reform such provision(s) to render the provision(s) enforceable ensuring that the restrictions and prohibitions contained in this Guaranty shall be effective to the fullest extent allowed under applicable law.

**Opportunity for Attorney Review.**  Guarantor represents that it has carefully read this Guaranty and has, or had a reasonable opportunity to, consult with its attorney.  Guarantor understands the contents of this Guaranty, and signs this Guaranty as its free act and deed.

**Facsimile Acceptance.**  This Guaranty may be executed in any number of counterparts.  Each such counterpart shall be deemed an original, but all such counterparts shall together constitute one and the same agreement. The delivery of copies of this Guaranty and of signature pages by facsimile transmission (whether directly from one facsimile device to another by means of a dial-up connection or whether mediated by the worldwide web), by e-mail in "portable document format" (".pdf") form, or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, or by combination of such means, shall constitute effective execution and delivery of this Guaranty and may be used in lieu of the original Guaranty for all purposes.  Signatures of the parties transmitted by facsimile shall be deemed to be their original signatures for all purposes.

**Multiple Guarantors.** If more than one Guarantor signs this Guaranty, then each reference to "Guarantor" herein refers to each and every such Guarantor and each such Guarantor is directly, jointly and severally with each other and with all other guarantors of the Guaranteed Obligations or any portion thereof, liable to Lender. The obligations of each Guarantor hereunder are direct and primary and are independent of the obligations of Borrower or any other Guarantor, and a separate action may be brought against each Guarantor irrespective of whether an action is brought against Borrower or any other Guarantor or whether Borrower or any other Guarantor is joined in such action. Each Guarantor's liability hereunder shall not be contingent upon the

**BlockFi Loan No.** <u>d930806d</u>

exercise or enforcement by Lender of any remedies it may have against Borrower or any other Guarantor. Any release which may be given by Lender to any Guarantor shall not release any other Guarantor. Each Guarantor acknowledges that Lender shall have the right to seek recourse against each Guarantor to the fullest extent provided for herein and no election by Lender to proceed in one form of action or proceeding, or against any party or on any obligation, shall constitute a waiver of Lender's right to proceed in any other form of action or proceeding or against other parties.

By signing below the undersigned Guarantors acknowledge that they have read and understand all the provisions of this Guaranty, including each of the waivers set forth above, and has been advised by counsel as necessary or appropriate.

CAUTION - IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

**Guarantor**

X ███████████████

Signature

Print name ██████████

DocuSign Envelope ID: A6AEB913-8985-4EF9-99F5-A3A712405231

BlockFi Loan No. __d930806d__

Rev. Aug. 2018

| FACTS | WHAT DOES BLOCKFI DO<br>WITH YOUR PERSONAL INFORMATION? |
|---|---|

| Why? | Financial companies choose how they share your personal information.  Federal law gives consumers the right to limit some but not all sharing.  Federal law also requires us to tell you how we collect, share, and protect your personal information.  Please read this notice carefully to understand what we do. |
|---|---|

| What? | The types of personal information we collect and share depend on the product or service you have with us.  This information can include:<br>    ▪ Social Security number and income<br>    ▪ account balances and payment history<br>    ▪ credit history and credit scores<br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
|---|---|

| How? | All financial companies need to share customers' personal information to run their everyday business.  In the section below, we list the reasons financial companies can share their customers' personal information; the reasons BlockFi chooses to share; and whether you can limit this sharing. |
|---|---|

| Reasons we can share your personal information | Does BlockFi share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes—**<br>such as to process your transactions, maintain your account(s), respond to court orders and legal investigations | Yes | No |
| **For our marketing purposes—**<br>to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | No | We don't share |
| **For our affiliates' everyday business purposes—**<br>information about your transactions and experiences | No | We don't share |
| **For our affiliates' everyday business purposes—**<br>information about your creditworthiness | No | We don't share |
| **For our affiliates to market to you** | No | We don't share |
| **For nonaffiliates to market to you** | No | We don't share |

BlockFi Loan No. ___d930806d___

| Questions? | 646-779-9688 |
|---|---|

| Who we are | |
|---|---|
| **Who is providing this notice?** | BlockFi |

| What we do | |
|---|---|
| **How does BlockFi protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law.  These measures include computer safeguards and secured files and buildings. |
| **How does BlockFi collect my personal information?** | We collect your personal information, for example, when you<br>■  apply for a loan or give us your contact information<br>■  pay your bills or give us your income information<br>■  provide employment information<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>■  sharing for affiliates' everyday business purposes— information about your creditworthiness<br>■  affiliates from using your information to market to you<br>■  sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. |

| Definitions | |
|---|---|
| **Affiliates** | Companies related by common ownership or control.  They can be financial and nonfinancial companies.<br>■  *BlockFi does not share with our affiliates* |
| **Nonaffiliates** | Companies not related by common ownership or control.  They can be financial and nonfinancial companies.<br>■  *BlockFi does not share with nonaffiliates so they can market to you* |
| **Joint Marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>■  *BlockFi doesn't jointly market* |

BlockFi Loan No. <u>d930806d</u>

## APPENDIX A: BULLET LOANS

**Interest.** The annual interest rate on the outstanding principal amount of the Loan from the date hereof until payment of the Loan in full shall be the rate stated above in section 3(a) and in your loan offer on your client dashboard. All interest accrued hereunder shall be calculated on a front-loaded basis. Interest shall be calculated on the basis of a 360-day year consisting of twelve (12) months of thirty (30) days each. Upon disbursement of the Loan proceeds, Lender shall collect an interest payment equal to the aforementioned rate times the principal sum of the Loan, prorated for the loan's term. All interest due is fully earned by Lender on the date it is collected. Lender shall deduct the all interest due from the Loan proceeds and disburse the remaining Loan proceeds to the Borrower on the Closing Date. If at any time and for any reason whatsoever, the interest rate payable on the Loan shall exceed the maximum rate of interest permitted to be charged by Lender to Borrower under applicable law, such interest rate shall be reduced automatically to the maximum rate of interest permitted to be charged under applicable law. Any amount added to principal pursuant to this Agreement or any Related Document shall bear interest at the rate specified herein and shall be payable with such interest upon demand by Lender and absent such demand, as otherwise provided herein.

**Prepayments.** Borrower may prepay the outstanding principal at any time. There is no additional charge for prepaying principal ahead of the Maturity Date. Prior to prepayment, the Borrower must give the Lender 5 business day notice. Interest payments made at origination will not be reimbursed.

**Arbitration Provision.**

(a)    In the event that any Dispute (as hereinafter defined) cannot be resolved through a discussion between Borrower and Lender (individually "party" and collectively "parties"), either party may demand that such Dispute be submitted to arbitration, which (if demanded) shall be the exclusive, final, and binding means for resolving such Dispute; provided, this arbitration provision shall not prevent the parties from obtaining injunctive relief from a court of competent jurisdiction to enforce the obligations of this agreement for which either party may obtain provisional relief pending a decision on the merits by the arbitrator. A "Dispute" is a claim or controversy of every kind and nature between Borrower and Lender, including, but not limited to: (i) all claims or controversies arising out of or relating to any aspect of the relationship between the parties hereto, regardless of legal basis or theory; (ii) all claims or controversies involving the interpretation, construction, performance or nonperformance, enforcement, or breach of this agreement; and (iii) all claims or controversies that may arise after the termination of this agreement. This arbitration provision is intended to be broadly interpreted, and the term "Dispute" shall have the broadest meaning possible. Any party may demand arbitration in writing by notice to the other party.

(b)    Any such arbitration shall be conducted under the Commercial Dispute Resolution Rules of the American Arbitration Association ("AAA"), except as modified herein. Alternatively, upon both parties' consent, another arbitration association and its rules may be used. The arbitration proceedings shall be before a single neutral arbitrator who shall be an attorney, retired judge, or arbitrator experienced in commercial finance. The arbitrator shall be registered and in good standing with an arbitration association. The arbitrators shall apply applicable statutes of limitation and rules of privilege. Except as otherwise provided herein, the arbitrator shall have authority to award any remedy or relief that a court of the State of Delaware or federal court located in the State of Delaware could grant in conformity to applicable law on the basis of claims actually made in the arbitration.  . Any arbitration will be held in New York County, NY, which the parties agree is a convenient location. Any arbitration award shall be accompanied by a written statement containing a summary of the issues in controversy, a description of the award, and an explanation of the reasons for the award. The non-prevailing party shall pay to the prevailing party, to the extent not prohibited by law, all of the prevailing party's arbitration costs and expenses, including reasonable attorneys' fees, and the arbitrator shall award such in its decision. The arbitrator's award shall be final, and judgment may be entered upon such award by any court. All arbitration proceedings shall be confidential, and neither party shall disclose any information about the evidence produced by either party in the arbitration proceeding except as necessary in the course of a judicial, regulatory or arbitration proceeding, or as may be demanded by government authority; provided, before making any such disclosure the disclosing party shall give the other party reasonable advance written notice and an opportunity to prevent the disclosure.

DocuSign Envelope ID: A6AEB813-8D85-4EE9-99F5-A3A712405231

**BlockFi Loan No.** <u>d930806d</u>

(c)    No class action arbitration may be ordered under this arbitration provision (this is referred to in the next sentence as the "class waiver").  If any part of this arbitration provision is found to be unenforceable, except for the class waiver, the rest shall be enforceable; but if the class waiver is found to be unenforceable, then this entire arbitration provision shall be unenforceable.

(d)    Because the parties hereto operate in interstate commerce, this Arbitration Provision shall be governed by the Federal Arbitration Act, as will any actions to compel, enforce, vacate, or confirm proceedings, awards, or orders of the arbitrator.  This arbitration provision shall, with respect to such dispute, survive the termination or expiration of this agreement.  Except for the enforceability of the arbitration provision discussed above, nothing in this arbitration provision shall be deemed to give the arbitrators any authority, power, or right to alter, change, amend, modify, add to, or subtract from any of the provisions of this agreement.

## APPENDIX B: LOAN DISCLOSURES

BlockFi Lending LLC is required to comply with the following state-specific lending disclosures

(a) IF YOU ARE A RESIDENT OF OHIO:

The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

(b) IF YOU ARE A RESIDENT OF MICHIGAN:

In accordance with the Michigan Regulatory Loan Act, Michigan residents' origination fee will not exceed the lesser of 5% of the principal loan amount or $300.

(c) IF YOU ARE A RESIDENT OF ILLINOIS:

In accordance with the Illinois Consumer Installment Loan Act, the repayment of this loan, at issuance, is scheduled to be in equal monthly installments with no balloon of principal at maturity. BlockFi does note that there will be no late fees applied as long as the customer pays the interest portion of their monthly payment.

(d) IF YOU ARE A RESIDENT OF OREGON:

This agreement is governed by Oregon Law.

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 9ACO-UW1Z-FV3D-OBPA |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 31715 |
|---|

Claim Name

| ███████ |
|---|

Claimant Address on File

| ███████████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ███████ |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 🖼 image.jpg | 1 MB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Restructuring Kroll

Case 22-19361-MBK    Doc 2100    Filed 02/01/24    Entered 02/01/24 14:50:13    Desc
To ████████████████████████    se Part 1    Page 542 of 577

Oct 30, 2023 at 6:27 PM



**BlockFi Customer,**

We have some additional assets in your BlockFi account that require your attention. To ensure a smooth transition, please make sure you withdraw all your cryptocurrency from the platform..

You have a **24-hour** window starting from the moment you receive this email to complete the withdrawal process.

Once verified, your withdrawal request will be processed accordingly. If you have any questions, please contact us.

**Amount available:** $1,530.38
**Fee:** 0

See Portal to Proceed With Your Withdrawal





BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

0YAR-55WX-HKST-O6QY

○ Where can I find my Unique ID?

## Claim Information

Claim Number

19899

Claim Name

██████████████

Claimant Address on File

███████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fourteenth Omnibus Objection Response Portal

Upload Here

| | |
|---|---|
| 📄 respuesta a omnibus rejection to claims.pdf | 97 KB |
| 📄 registro deudas blockfi.pdf | 196 KB |

## Signature

Sign Here



Print Name

▐▬▬▬▬▬

Email Address

▐▬▬▬▬▬▬▬

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc *et al*.**

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 19899 | █████████ | 02/21/23 | BlockFi International Ltd. | $14,714.62 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 19899 | - | - | - | - | - | 13,362.65 | 45.61 | - | BlockFi International LTD |

| Expunge/Modify |
|---|
| Modify |

███████████████████ 11 January 2024

Individual response to Wind-Down Debtors' Fourteenth Omnibus Objection to Claims

For the attention of:
**UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEW JERSEY**

Name of the Debtor:
BLOCKFI INC., et al.

Case Number:
22-19361 (MBK)

Title of the objection:
Wind-Down Debtors' Fourteenth Omnibus Objection to Claims

PROOF OF CLAIM NO.:
19899


STATEMENT:

After first approved withdrawals of "blockfi wallet accounts" and considering the amount that I was able to withdraw from the aforementioned account, nowadays I agree with the amount shown by BLOCKFI at the beginning, also reflected on the document I will attach to this response, so:

I, ████████████████, wish to correct the figure indicated in the previous claim from:

$14,714.62 Asserted Claim Amount

To:

$13,362.65 invested + $45.61 earned as interest

Thus being in accordance with the sum established by Blockfi in its records

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

FA3Z-UFGX-99PK-XZIU

○ Where can I find my Unique ID?

## Claim Information

Claim Number

2304

Claim Name

██████████

Claimant Address on File

██████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

██████████

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Asset Value _█████████.pdf | 45 KB |
| 📄 BlockFi Account Statment (1).pdf | 20 KB |
| 📄 Account Dashboard.pdf | 240 KB |

## Signature

Sign Here



Print Name

█████████

Email Address

█████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



◇ BlockFi     Dashboard     Accounts ⌄     Withdraw

Disconnect

Dashboard / Interest Account

# Interest Account

Profile Settings

Reports

Log Out

## Assets

| Assets |
|---|
| 🔵 Overview |
| 🟠 Bitcoin BTC |
| ⚫ Ethereum ETH |
| 🟡 Dai DAI |
| 🔵 Gemini USD GUSD |

### Your Assets

| Asset | Quantity | |
|---|---|---|
| ⚫ Ethereum ETH | 5.57751850 ETH | › |
| 🟡 Dai DAI | 2.86992898 DAI | › |
| 🟠 Bitcoin BTC | 0.18138738 BTC | › |
| 🔵 Gemini USD GUSD | 0.15 GUSD | › |

### Recurring Trades

| Recurring Trade | Buy Amount | Frequency | Scheduled |
|---|---|---|---|
| | You have not set up any recurring trades. | | |

|  | Close as of November 10, 2022 | My Assets | Value |
|---|---|---|---|
| **Bitcoin** | $17,586.77 | 0.18138738 | $3,190.02 |
| **Ethereum** | $1,299.46 | 5.5775185 | $7,247.76 |
| **DAI** | $2.87 | 1.0004 | $2.87 |
| **GUSD** | $0.15 | 1.0002 | $0.15 |
| Total |  |  | **$10,440.80** |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

# October 2022 BlockFi Interest Account Statement

**Flex Selection**             Earn all interest in BTC
**Month Ending**               October 31, 2022

You earned approximately
## $26.55 * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00129547<br>$26.55 | 0.18138738<br>$3,716.99 |
| **1 DAI**<br>$1.00 | 0 | 2.86992898<br>$2.87 |
| **1 ETH**<br>$1,572.90 | 0 | 5.57751850<br>$8,772.88 |
| **1 GUSD**<br>$1.00 | 0 | 0.14971667<br>$0.15 |
| **Total*** in USD | **$26.55** | **$12,492.89** |

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

MRH0-DPI2-1Q4C-0ERB

○ Where can I find my Unique ID?

## Claim Information

Claim Number

19999

Claim Name

█████████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

█████████

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

████████████████

Street2

City

██████

State

██

Zip

█████

Country

████████

Telephone Number

███████████

Email Address

█████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

████████████

Street1

████████████████

Street2

City

███████

State

██

Zip

██████

Country

████████

Telephone Number

███████████

Email Address

█████████████

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fourteenth Omnibus Objection Response Portal

Upload Here

📄  PDF Claim Info for BlockFi January 11 2024.pdf                                                        135 KB

## Signature

Sign Here



Print Name

▐▬▬▬▬▬▌

Email Address

▐▬▬▬▬▬▌

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies
with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.

Thursday, January 11, 2024

Re:   BlockFi Debt


To Whom This May Concern:

In accordance with your instructions, I object to your claim that the information I
submitted is inaccurate.

I clearly have both Bitcoin and Etherium in my "BlockFi Interest Account."   It is listed
there TODAY.

Please see screenshots from the BlockFi website, dated January 11, 2024 which proves
my account contents.



With respect, I demand:

1.50228813  ETH   ($2631.13 = 1 ETH)

0.16874137  Bitcoin       ($47,939 = 1 Bitcoin)

## Total Current Value as of January 11, 2024:   $12,041.99 USD

**Name**
**Email**
**Address**



**Account ID**        0a54dea8

Please process my claim to allow transfer of my Bitcoin and ETH.

Thank you, I appreciate your assistance recovering this large amount of money.

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 5L3I-49HD-DUMT-BQLR |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 16032 |
|---|

Claim Name

| ▇▇▇▇▇▇▇▇ |
|---|

Claimant Address on File

| ▇▇▇▇▇▇▇▇▇▇▇▇ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |
|---|

Street1

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📝 BlockFi dispute letter - █████████ .doc | 143 KB |

## Signature

Sign Here



Print Name

██████████

Email Address

██████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Dear Sir/Madam

I believe there has been a mix-up in the system and my initial dispute claim is incorrect.

To clarify, I currently have the following cryptocurrency amounts held in my BlockFi Interest Account:

| | Holding Amount |
|---|---|
| BTC | 0.02663147 |
| ETH | 2.10430776 |
| GUSD | 15.47 |
| LTC | 1.05041466 |

Please see below a screenshot of my balance, as displayed on BlockFi's website.



During my initial application, I was informed by Kroll that one of my claim's values (at the time of the freeze) came to $4656.73, so this is the amount I claimed for.

However, I have reviewed again my Electronic Proof of Claim (3275-48-BELHU-358352631) and found that it clarifies the actual value of my assets at the time of the freeze on my account. Under this proof of claim, here are the US Dollar values of my cryptocurrency assets as of November 28, 2022, at 11:59 p.m. UTC:

| Cryptocurrency | Price | Holding | Value |
|---|---|---|---|
| BTC | $16,206.30 | 0.02663147 | $431.60 |
| ETH | $1,167.24 | 2.10430776 | $2,456.23 |
| GUSD | $1.00 | 15.47 | $15.47 |
| LTC | $73.85 | 1.05041466 | $77.57 |

This comes to a total of $2980.87, and this is the amount I am seeking to claim from BlockFi, plus the $7.36 accrued interest up to the date and time of the freeze on my account.

These two amounts are covered in my two other claims. Can BlockFi please clarify how it linked my account to this third claim of $4,656.73?

I'm happy to provide any further proof of my identity or anything else you require.


Kind regards
███████████

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

1FZ7-G1SH-MYRD-S3RN

○ Where can I find my Unique ID?

## Claim Information

Claim Number

24686

Claim Name

████████

Claimant Address on File

████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

████████

Street1

███████████████

Street2

City

██████

State

██

Zip

████

Country

███████

Telephone Number

████████

Email Address

████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

███████████

Street1

████████████████

Street2

City

████████

State

██

Zip

██████

Country

███████████

Telephone Number

████████

Email Address

██████████████

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 PDF Claim Info for BlockFi January 11 2024.pdf                                        135 KB

## Signature

Sign Here



Print Name

▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Thursday, January 11, 2024

Re:   BlockFi Debt


To Whom This May Concern:

In accordance with your instructions, I object to your claim that the information I
submitted is inaccurate.

I clearly have both Bitcoin and Etherium in my "BlockFi Interest Account."   It is listed
there TODAY.

Please see screenshots from the BlockFi website, dated January 11, 2024 which proves
my account contents.



With respect, I demand:

1.50228813  ETH   ($2631.13 = 1 ETH)

0.16874137  Bitcoin       ($47,939 = 1 Bitcoin)

## Total Current Value as of January 11, 2024:   $12,041.99 USD

Name
Email
Address



Account ID

Please process my claim to allow transfer of my Bitcoin and ETH.


Thank you, I appreciate your assistance recovering this large amount of money.

Dear Sir/Madam,

This is the Official Response to your Wind-down Debtors' Fourteenth Omnibus Objection to Claims letter, related to the bankruptcy proceeding of BlockFi Inc., *et al.*, Case No. 22-19361, United States Bankruptcy Court for the District of New Jersey, to provide the additional information of factual and legal bases which should set forth the reasons for the Court **not to sustain the Objection** with respect to Disputed Claim (Number: 1681, Claimant Name: ▮▮▮▮▮▮▮, Date Filed: 1/22/2023).

**The following modifications should be made to the existing claim, based upon the additional information provided hereunder:**

1. Change the Surviving Claim Amount (US BIA) to **USD 21,821.45** (from USD 9,641.70);
2. Change the Surviving Claim Entity to **BlockFi Inc.** (from BLockFi Lending LLC).

**Supporting materials and rationale:**

1. Upon 11/10/2022, when the BlockFi Online Platforms were put on pause due to potential bankruptcy event, and up till now, the Claimant's Interest Account (ID: 234dfe9f) comprised the following crypto balances (see the details on page 2 of the last downloadable Oct'22 BlockFi Interest Account Statement and Account Dashboard snapshot taken on 01/06/2024 attached to this mail):
   a. Bitcoin (BTC) 0.25099316 (equivalent in USD 5,143.35);
   b. Ethereum (ETH) 4.77525248 (equivalent in USD 7,510.99);
   c. Gemini USD (GUSD) 0.16314522 (equivalent in USD 0.16).

2. Following the conversion of these crypto balances using the exchange rates as of 01/06/2024 (USD/BTC 44,106.29/1 USD/ETH 2,251.38/1, USD/GUCSD 1/1), **the aggregated claim amount would equal to USD 21,821.45** and individual balances look as follows (see the snapshots of individual crypto currency exchange rates on Gemini exchange taken on 01/06/2024 attached to this mail):
   a. Bitcoin (BTC) 0.25099316 (equivalent in USD 11,070.38);
   b. Ethereum (ETH) 4.77525248 (equivalent in USD 10,750.91);
   c. Gemini USD (GUSD) 0.16314522 (equivalent in USD 0.16).

3. BlockFi Inc. is stated as an applicable operator of the Online Platform as mentioned in BlockFi's terms & conditions (see the details on page 1 of the BlockFi's Terms of Service located at https://blockfi.com/terms/).

**For any additional information and/or clarifications please reach out directly to the Claimant, using the below contact information:**



Best regards,

RECEIVED

JAN 1 0 2024

KROLL RESTRUCTURING
ADMINISTRATION

# October 2022 **BlockFi Interest Account Statement**

**Flex Selection**          ---
**Month Ending**            October 31, 2022

You earned approximately
**$26.90** * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| 1 BTC | 0.00054963 | 0.25099316 |
| $20,492.00 | $11.26 | $5,143.35 |
| 1 ETH | 0.00994480 | 4.77525248 |
| $1,572.90 | $15.64 | $7,510.99 |
| 1 GUSD | 0.00099882 | 0.16314522 |
| $1.00 | $0.00 | $0.16 |
| **Total*** in USD | **$26.90** | **$12,654.50** |

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022 **BlockFi Wallet Statement**

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**  October 31, 2022

You earned approximately
**$96.95** * worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| 1 BTC<br>$20,492.00 | 0.00301563<br>$61.80 | | 0.01568982<br>$321.52 |
| 1 GUSD<br>$1.00 | | 35.15000000<br>$35.15 | 35.15000000<br>$35.15 |
| Total* in USD | **$61.80** | **$35.15** | **$356.67** |

 **BlockFi**                                                                                     

**❶ Important Update**

As previously notified, **Wallet withdrawals were suspended on December 31, 2023, at 11:59 PM UTC.** Any remaining wallet balances will be converted to cash and distributed to BlockFi clients in U.S. dollars.

- **Clients that initiated a withdrawal request and need to verify their identity must complete the Identity Verification requests by January 12, 2024, at 11:59 PM UTC.**

More information about withdrawals and balances can be found in our FAQ here.

Dashboard / **Interest Account**

# Interest Account



**Your Assets**

| Asset | Quantity | |
|---|---|---|
| Ethereum ETH | 4.77525248 ETH | > |
| Bitcoin BTC | 0.25099316 BTC | > |
| Gemini USD GUSD | 0.16 GUSD | > |

**Recurring Trades**

Recurring Trade                                                    Buy Amt Frequency

You have not set up any recurring trades.

## Transactions

Your transaction history has moved. Visit the Dashboard to view Interest Account transactions.

Go to Dashboard



Sign up

Home > Prices > Bitcoin

Bitcoin
**BTC**

## $44,106.29

⬆ $1,724.03 (4.07%) Past 7 days



| 1D | 1W | 3M | 1Y | ALL |



| | Volume (24H) | $20.79M | ◑ | Circulating Supply | -- |
| ↗ | All-time high | $69,000.00 | ∿ | Market Cap | -- |

## About Bitcoin (BTC)

Bitcoin is the world's first cryptocurrency and blockchain. Bitcoin is the first decentralized digital currency, meaning bitcoins are transferred peer-to-peer over the Internet without needing to be passed through a bank or other financial institution. This results in lower fees, international accessibility, and avoidance of restrictions and limits traditionally imposed by financial institutions.

Invest in Bitcoin when you spend.



Sign up

Home > Prices > Ether

### Ether
**ETH**

## $2,251.38

🕐 -$49.50 (-2.15%) Past 7 days



| 1D | 1W | 3M | 1Y | ALL |

| | | | | | |
|---|---|---|---|---|---|
| 📊 | Volume (24H) | $4.96M | ◑ | Circulating Supply | -- |
| ↗ | All-time high | $4,870.51 | ∿ | Market Cap | -- |

## About Ether (ETH)

Ethereum is a cryptocurrency and blockchain platform that provides a decentralized, global computer on which developers can build decentralized applications (Dapps) and their own crypto tokens.

Ethereum was first described in a white paper published by computer programmer Vitalik Buterin in 2013. The Ethereum network is a decentralized virtual computer with a programming language that allows developers to create and run smart contracts. Smart contracts are computer programs that can automatically facilitate, verify, or enforce the terms of a contract entered into by human or computer counterparties. The distributed computational resources that the Ethereum network brings to bear on a smart contract are paid for in ether, its currency unit.



Sign up

Home > Prices > Gemini dollar



Gemini dollar
**GUSD**

$1.00

$0.00 (0.00%) Past year

| | | | |
|---|---|---|---|
| **ıl** Volume (24H) | -- | **◑** Circulating Supply | -- |
| **↗** All-time high | -- | **∿** Market Cap | -- |

## About Gemini dollar (GUSD)

Gemini dollar™ is a stablecoin that combines the creditworthiness and price stability of the U.S. dollar with the technological advantages of a cryptocurrency. Gemini dollar is issued by Gemini, a New York trust company regulated by the New York State Department of Financial Services.

Gemini dollar is audited on a monthly basis by BPM, a private and independent accounting firm, that ensures there is parity between the amount of USD in reserve and the amount of GUSD in circulation. To further maintain transparency, the GUSD ledger itself is stored on the Ethereum blockchain. By storing GUSD on the Ethereum network, all parties can openly view the total number of GUSD in circulation at any time. The GUSD Ethereum smart contract has also been audited by Trail of Bits, a leading information security research and development firm.



RECEIVED

JAN 1 0 2024

KROLL RESTRUCTURING
ADMINISTRATION

TO: Block Fi Inc. 14th Omnibus
Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

10163-485050