# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| I6UJ-ZTN8-86PP-QUTU |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 2574 |
|---|

Claim Name

| ███████████ |
|---|

Claimant Address on File

| ███████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 BlockFi_Objection_Response pdf | 75 KB |

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



Unique ID: I6UJ-ZTN8-86PP-QUTU
Claim 2574

I accept the US BIA schedule amount of $23,736.96, as opposed to the asserted claim amount of $34,600.68.

Respectfully,

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 012E-LQ97-V8BD-YDEP |
| --- |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 201 |
| --- |

Claim Name

| ███████ |
| --- |

Claimant Address on File

| ████████████████ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ███████ |
| --- |

Street1

<div style="border:1px solid #000; height:24px; background:#000; width:80px"></div>

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.

Upload Here

| | |
|---|---|
| 🗎 United States Bankruptcy Court, District of New Jersey (Trenton).pdf | 4 MB |
| 🗎 Block fi.pdf | 20 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies
with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.

To Whom It May Concern,

On December 4, 2022 ("Claim Date"), I filed a proof of claim with BlockFi Inc. Claims Processing Center c/o Kroll Restructuring Administration LLC for the amount of $14,308.43 USD, which is equal to the Total Assets Value (interest account and wallet account) as of the Claim Date from my account summary provided ("Proof of Claim"). This includes $13,859.58 from my interest account and $441.66 from my wallet account.

On October 5, 2023, I received the funds from my wallet account and the outstanding balance from my claim only includes the balance from my interest account.

Per the attachments included in my enclosed copy of my Proof of Claim, the assets in my BlockFi interest account are as follows:
1.   10,836.80 (USDC)
2.   0.14414977 (BTC)
3.   0.43975495 (ETH)

On January 5, 2024, I received notice that my claim was objected to due to "Claims does not match BlockFi's books and records," and "asserted against incorrect debtor entity or improperly assert priority of secured status."

Please provide a detailed summary of the issues, as the entity of amounts listed within my Proof of Claim and included attachments are equal to my account holdings as of the claim date.

I disagree with your finding and I encourage you to further review my records.

If you should ███████████████████ please feel free to contact me by phone at ███████████ or my email at █████████████████.

Regards,

████████████

**United States Bankruptcy Court, District of New Jersey (Trenton)**

Fill in this information to identify the case (Select only one Debtor per claim form):

Debtor: **BlackFi Inc.**

Case Number: **22 - 19361**

Modified Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. **Who is the current creditor?** | ▉▉▉▉▉▉▉▉▉▉▉▉ | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor | |
| 2. **Has this claim been acquired from someone else?** | ☒ No  ☐ Yes. From whom? | |
| 3. **Where should notices and payments to the creditor be sent?** <br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br> ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | **Where should payments to the creditor be sent?** (if different) <br><br> Name <br> Number     Street <br> City          State       ZIP Code <br><br> Contact phone <br> Contact email |
| 4. **Does this claim amend one already filed?** | ☒ No  ☐ Yes. Claim number on court claims registry (if known) | Filed on ___/___/___ <br> MM  / DD  / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No  ☐ Yes. Who made the earlier filing? | |

Proof of Claim

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☒ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

7. How much is the claim?    $ **14,308.43** . Does this amount include interest or other charges?

☐ No

☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

**Unable to withdraw funds on Platform. (See attatched)**

9. Is all or part of the claim secured?

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $_____

**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

10. Is this claim based on a lease?

☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

11. Is this claim subject to a right of setoff?

☒ No

☐ Yes. Identify the property: _____

| | | | Amount entitled to priority |
|---|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No | | |
| | ☐ Yes. *Check one:* | | |
| | | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies. | $_____ |
| | | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☒ No | | |
| | ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | | $_____ |

---

### Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☒  I am the creditor.
☐  I am the creditor's attorney or authorized agent.
☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12/04/2022
                  MM  /  DD  /  YYYY

Name of the person who is completing and signing this claim:

| Name | _____ |
|---|---|
| | First name        Middle name        Last name |
| Title | _____ |
| Company | _____ |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | |
| Contact phone | |

<div align="center">Proof of Claim</div>



Borrow cash while you hold crypto. Mind-blowing rates. Same-day USD loans. No credit check or prepayment penalties.

Borrow now

## Markets

| Assets | Price | 24h Change |
|---|---|---|
| Bitcoin BTC | $17,056.83 | -0.04% |
| Ethereum ETH | $1,263.96 | -0.73% |
| Dogecoin DOGE · No external transfers | $0.11 | -0.81% |
| Litecoin LTC | $81.20 | 5.76% |
| Chainlink LINK | $7.31 | -1.07% |
| Algorand ALGO · No external transfers | $0.24 | -0.43% |
| Bitcoin Cash BCH · No external transfers | $112.38 | 1.57% |
| Uniswap UNI | $6.17 | -0.77% |
| Basic Attention Token BAT | $0.24 | -0.20% |
| Dai DAI | $0.98 | -0.00% |
| PAX Gold PAXG | $1,775.03 | -0.97% |

## Transactions

Date ⌄   Type ⌄



| Date | Description |
|---|---|
| Oct 31 | 0.04745413 ETH Interest Payment |

| Date | Description |
|---|---|
| Oct 20 | 2.50000000 GUSD Bonus Payment |
| Oct 14 | 0.00425556 BTC Credit Card Rewards |
| Sep 30 | 0.05404412 ETH Interest Payment |
| Sep 09 | 0.00145146 BTC Credit Card Rewards |
| Aug 31 | 0.04897536 ETH Interest Payment |
| Aug 12 | 0.00798164 BTC Bonus Payment |
| Aug 12 | 0.00155243 BTC Credit Card Rewards |
| Jul 31 | 0.04485028 ETH Interest Payment |
| Jul 08 | 0.00231939 BTC Credit Card Rewards |

Showing 30 of 62    Show More

**United States Bankruptcy Court, District of New Jersey (Trenton)**

Fill in this information to identify the case (Select only one Debtor per claim form):

Debtor: _____

Case Number: _____

Modified Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name

Number       Street

City                    State              ZIP Code

Contact phone _____

Contact email _____

Where should payments to the creditor be sent? (if different)

Name

Number       Street

City                    State              ZIP Code

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☐ No
☐ Yes. Claim number on court claims registry (if known)_____          Filed on _____
                                                                                    MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☐ Yes. Who made the earlier filing? _____

**Part 2:**   **Give Information About the Claim as of the Date the Case Was Filed**

---

**6. Do you have any number you use to identify the debtor?**

☐ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___  ___  ___  ___

---

**7. How much is the claim?**   $_____.   Does this amount include interest or other charges?

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

---

**9. Is all or part of the claim secured?**

☐ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:   $_____

Amount of the claim that is secured:   $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $_____

Annual Interest Rate (when case was filed) _____%

☐ Fixed

☐ Variable

---

**10. Is this claim based on a lease?**

☐ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

---

**11. Is this claim subject to a right of setoff?**

☐ No

☐ Yes. Identify the property: _____

---



# BlockFi

☰

Dashboard / Wallet Overview

# Wallet

| 💳 Overview | ⌄ |
|---|---|

## 💳 Overview

Balance
## $441.66

| Fund |
|---|

| Withdraw |
|---|

## Your Assets



| Asset | Balance/Qty | |
|---|---|---|
| ₿ Bitcoin<br>BTC | $339.15<br>0.01984223 BTC | › |
| Ⓢ USD Coin<br>USDC | $100.00<br>100.00 USDC | › |
| Ⓖ Gemini USD<br>GUSD | $2.50<br>2.50 GUSD | › |



◆ BlockFi

Dashboard / Interest Account

# Interest Account

Overview ⌄

## Overview

Balance
## $13,859.58

Transfer

## Interest

| Total Interest Paid | Accrued Interest | Your interest will be paid in: |
| --- | --- | --- |
| $952.44 | $0.00 | Ethereum |
| | | Edit interest preferences |

## Your Assets

| Asset | Balance/Qty | |
| --- | --- | --- |
| USD Coin USDC | $10,836.80 10,836.80 USDC | › |
| Bitcoin BTC | $2,464.95 0.14414977 BTC | › |
| Ethereum ETH | $557.81 0.43975495 ETH | › |

| | | | |
|---|---|---|---|
| BTC | 6.20E-07 | Interest Payment | 7/31/2021 23:59 |
| USDC | 54.20807043 | Interest Payment | 6/30/2021 23:59 |
| BTC | 0.00023023 | Interest Payment | 6/30/2021 23:59 |
| ETH | 0.00807444 | Interest Payment | 6/30/2021 23:59 |
| ETH | -3.03769436 | Trade | 6/22/2021 13:54 |
| USDC | 5167.151193 | Trade | 6/22/2021 13:54 |
| BTC | -0.24551305 | Trade | 6/7/2021 18:18 |
| USDC | 8630.105914 | Trade | 6/7/2021 18:18 |
| BTC | 0.00101525 | Interest Payment | 5/31/2021 23:59 |
| ETH | 0.00987714 | Interest Payment | 5/31/2021 23:59 |
| ETH | 3.02781722 | Crypto Transfer | 5/4/2021 6:06 |
| BTC | 0.0011679 | Interest Payment | 4/30/2021 23:59 |
| BTC | 0.00120094 | Interest Payment | 3/31/2021 23:59 |
| BTC | 0.0008583 | Interest Payment | 2/28/2021 23:59 |
| BTC | 0.13685131 | Crypto Transfer | 2/10/2021 19:04 |
| BTC | 0.00221832 | Crypto Transfer | 2/10/2021 18:58 |
| BTC | 0.00001635 | Interest Payment | 1/31/2021 23:59 |
| BTC | 0.10144563 | Crypto Transfer | 1/31/2021 3:10 |
| BTC | 0.00073905 | Crypto Transfer | 1/31/2021 3:10 |

| Cryptocurr Amount | | Transaction Type | Confirmed At |
|---|---|---|---|
| ETH | 0.04745413 | Interest Payment | 10/31/2022 23:59 |
| GUSD | 2.5 | Bonus Payment | 10/20/2022 23:59 |
| BTC | 0.00425556 | Cc Rewards Redemption | 10/14/2022 17:11 |
| ETH | 0.05404412 | Interest Payment | 9/30/2022 23:59 |
| BTC | 0.00145146 | Cc Rewards Redemption | 9/9/2022 18:12 |
| ETH | 0.04897536 | Interest Payment | 8/31/2022 23:59 |
| BTC | 0.00798164 | Bonus Payment | 8/12/2022 15:11 |
| BTC | 0.00155243 | Cc Rewards Redemption | 8/12/2022 14:35 |
| ETH | 0.04485028 | Interest Payment | 7/31/2022 23:59 |
| BTC | 0.00231939 | Cc Rewards Redemption | 7/8/2022 14:59 |
| USDC | 50 | BIA Withdraw | 7/7/2022 18:09 |
| USDC | 50 | BIA Withdraw | 7/7/2022 17:28 |
| ETH | 0.06053856 | Interest Payment | 6/30/2022 23:59 |
| BTC | 0.00067645 | Cc Rewards Redemption | 6/10/2022 15:08 |
| ETH | 0.03621657 | Interest Payment | 5/31/2022 23:59 |
| BTC | 0.0007593 | Cc Rewards Redemption | 5/13/2022 16:45 |
| ETH | 0.0275555 | Interest Payment | 4/30/2022 23:59 |
| BTC | 0.00049621 | Cc Rewards Redemption | 4/8/2022 14:25 |
| ETH | 0.02718204 | Interest Payment | 3/31/2022 23:59 |
| BTC | 0.00020121 | Cc Rewards Redemption | 3/11/2022 18:49 |
| ETH | 0.03238224 | Interest Payment | 2/28/2022 23:59 |
| BTC | 0.00014858 | Cc Rewards Redemption | 2/11/2022 17:39 |
| ETH | 0.04051679 | Interest Payment | 1/31/2022 23:59 |
| USDC | -2000 | Withdrawal | 1/21/2022 13:57 |
| BTC | 0.00108403 | Cc Rewards Redemption | 1/14/2022 20:34 |
| BTC | 0.00242211 | Interest Payment | 12/31/2021 23:59 |
| BTC | 0.00035103 | Cc Rewards Redemption | 12/10/2021 20:46 |
| BTC | 0.00198375 | Interest Payment | 11/30/2021 23:59 |
| BTC | 0.00099277 | Cc Rewards Redemption | 11/12/2021 19:28 |
| BTC | 0.00046733 | Cc Referral Boost | 11/12/2021 17:40 |
| BTC | 0.00015395 | Referral Bonus | 11/11/2021 21:17 |
| BTC | 0.0018182 | Interest Payment | 10/31/2021 23:59 |
| BTC | 0.00093907 | Cc Rewards Redemption | 10/8/2021 17:53 |
| BTC | 0.00000162 | Cc Trading Rebate | 10/8/2021 15:41 |
| BTC | 0.00240724 | Interest Payment | 9/30/2021 23:59 |
| GUSD | -36.48 | Trade | 9/22/2021 17:36 |
| ETH | 0.01193827 | Trade | 9/22/2021 17:36 |
| BTC | 0.00219716 | Cc Rewards Redemption | 9/10/2021 19:12 |
| BTC | 0.00065069 | Cc Referral Boost | 9/10/2021 17:44 |
| USDC | -1000 | Withdrawal | 9/9/2021 22:00 |
| BTC | 0.00021278 | Referral Bonus | 9/9/2021 18:05 |
| BTC | 0.00194912 | Interest Payment | 8/31/2021 23:59 |
| BTC | 0.12628807 | Crypto Transfer | 8/21/2021 6:45 |
| GUSD | 36.48 | Bonus Payment | 8/13/2021 23:59 |
| USDC | 85.33675164 | Interest Payment | 7/31/2021 23:59 |
| ETH | 0.00002666 | Interest Payment | 7/31/2021 23:59 |

11/28/22, 10:05 AM    Kroll Restructuring Administration

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE    ✕

# KROLL

BlockFi Inc.

MENU



## BlockFi Inc.
Case No. 22-19361

case info / **submit a claim**

- Case Navigation

Case Info

Docket

Claims

**Submit a Claim**

- Quick Links

Voluntary Petitions

First Day Motions

Date Highlights   File a Claim Via Mail   Privacy

## Submit a Claim

The Bankruptcy Court has not yet set a deadline for filing proofs of claim. At a later date, creditors may receive notice by mail of the deadline to file a proof of claim. Where applicable, creditors also will receive a customized proof of claim form.

11/28/22, 10:05 AM                    Kroll Restructuring Administration

PRIME CLERK IS NOW KROLL RESTRUCTURING ADMINISTRATION. ALL PRIME CLERK URLS AND EMAIL ADDRESSES ARE    ✕

 **KROLL**                                                    **MENU**

BlockFi Inc.

## DATE HIGHLIGHTS

November
# 28
2022

### Petition Date
 Voluntary Petitions

Deadline to File Claims

# TBD

## FILE A CLAIM VIA MAIL

Completed hard copy proof of claim forms should be sent to the following address:

BlockFi Inc. Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Please click here to download the Proof of Claim form. Please file proof(s) of claim via US Mail or other hand delivery system. Submission of claim forms via email and/or facsimile transmission is not permitted. You must file an originally executed proof of claim. If you would like a copy of your claim returned to you as proof of receipt, please enclose an additional copy and a self-addressed postage-paid envelope.

## Privacy of Information Collected

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

44NE-VJUI-BUDQ-9UQR

○ Where can I find my Unique ID?

## Claim Information

Claim Number

1232

Claim Name

███████████

Claimant Address on File

██████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

[ ]

Street2

[ ]

City

[ ]

State

[ ]

Zip

[ ]

Country

[ ]

Telephone Number

[ ]

Email Address

[ ]

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

[ ]

Street1

[ ]

Street2

[ ]

City

[ ]

State

[ ]

Zip

[ ]

Country

[ ]

Telephone Number

[ ]

Email Address

[ ]

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 20240112 Request claim value modification.pdf                                   162 KB

## Signature

Sign Here



Print Name

████████████

Email Address

███████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.

Debtors: BlockFi Inc et al.
14th Omnibus Objection

Based on the records, I do wish to modify my claim to reflect the total value on my blockfi account as described below:
9838,92+55,72 = 9894,64 USD

**Legend: Basis for Objection**

BR   Asserted claim amount does not match BlockFi's books and records

IC   Asserted against incorrect debtor entity or improperly assert priority or secured status



### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 1232 | | 01/10/23 | BlockFi International Ltd. | $9,500.00 | BR |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 1232 | - | - | - | - | - | 9,839.92 | 55.72 | - | BlockFi Internationa l LTD |

**Expunge/Modify**

Modify

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 594C-TEXL-IBTF-C2WR |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 17013 |
|---|

Claim Name

| ▓▓▓▓▓▓▓▓▓ |
|---|

Claimant Address on File

| ▓▓▓▓▓▓▓▓▓▓▓▓▓ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ▓▓▓▓▓▓ |
|---|

Street1

███████████

Street2

City

██████████

State

████

Zip

████

Country

████

Telephone Number

████████

Email Address

██████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 1103824008247040.pdf                                                                                        196 KB

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 17013 | ████████ | 03/06/23 | Multiple Debtors Asserted | $285.19 | IC |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 17013 | - | - | - | - | - | 274.70 | 1.67 | - | BlockFi International LTD |

| Expunge/Modify |
|---|
| Modify |

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| NZG8-LAQX-2N7L-NXS0 |
|---|

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

BlockFi Fourteenth Omnibus Objection Response Portal

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

25689

Claim Name

██████████████

Claimant Address on File

███████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄  Foto guardada.pdf | 195 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

 **BlockFi** 

# Interest Account

| Overview ⌄ |
| --- |

## Your Assets

| Asset | Quantity | |
| --- | --- | --- |
| Chainlink<br>LINK | 102.74812830 LINK | › |
| Bitcoin<br>BTC | 0.25423943 BTC | › |
| Tether<br>USDT | 0.02 USDT | › |
| Litecoin<br>LTC | 0.00058188 LTC | › |
| Ethereum<br>ETH | 0.00001057 ETH | › |

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| O9CF-5A8M-273Z-BULQ |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 24399 |
|---|

Claim Name

| ██████████ |
|---|

Claimant Address on File

| ██████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ██████████ |
|---|

Street1

▮▮▮▮▮▮▮▮

Street2

City

▮▮▮▮

State

▮

Zip

▮▮▮

Country

▮▮▮▮▮

Telephone Number

▮▮▮▮

Email Address

▮▮▮▮▮▮

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

▮▮▮▮▮▮▮▮▮

Street1

▮▮▮▮▮▮

Street2

City

▮▮▮▮

State

▮

Zip

▮▮▮

Country

▮▮▮▮▮

Telephone Number

▮▮▮▮

Email Address

▮▮▮▮▮▮

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 response to the Objection - BlockFi claim 24399.pdf                                                    152 KB

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Hi,
Here is my BlockFi account interest Account balance as shown below when I login today
(01/15/2024) into my BlockFi account.



# October 2022 **BlockFi Interest Account Statement**

**Flex Selection**          Earn all interest in GUSD
**Month Ending**            October 31, 2022

You earned approximately
**$2.76 *** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| 1 BTC<br>$20,492.00 | 0 | 0.00105551<br>$21.63 |
| 1 ETH<br>$1,572.90 | 0 | 0.01375014<br>$21.63 |
| 1 GUSD<br>$1.00 | 2.75868275<br>$2.76 | 427.43303168<br>$427.43 |
| 1 UNI<br>$6.96 | 0 | 3.87338961<br>$26.96 |
| **Total*** in USD | **$2.76** | **$497.65** |

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| D49L-XOA0-XC51-VCCM |
| --- |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 15031 |
| --- |

Claim Name

| ██████████████ |
| --- |

Claimant Address on File

| ██████████████ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ██████████████ |
| --- |

Street1

███████████

Street2

City

███████

State

██

Zip

████

Country

████████

Telephone Number

████████

Email Address

██████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

██████████████████

Street1

███████████

Street2

City

███████

State

██

Zip

████

Country

█████████

Telephone Number

████████

Email Address

█████████████

## Document Upload

Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.

Upload Here

📄 response to the Objection - BlockFi claim 15031.pdf                                          152 KB

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Hi,

Here is my BlockFi account interest Account balance as shown below when I login today (01/15/2024) into my BlockFi account.



# October 2022 **BlockFi Interest Account Statement**

**Flex Selection**        Earn all interest in GUSD
**Month Ending**          October 31, 2022

You earned approximately
**$2.76 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| 1 BTC<br>$20,492.00 | 0 | 0.00105551<br>$21.63 |
| 1 ETH<br>$1,572.90 | 0 | 0.01375014<br>$21.63 |
| 1 GUSD<br>$1.00 | 2.75868275<br>$2.76 | 427.43303168<br>$427.43 |
| 1 UNI<br>$6.96 | 0 | 3.87338961<br>$26.96 |
| **Total\* in USD** | **$2.76** | **$497.65** |

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

> KA75-E49C-ADKN-GFM5

○ Where can I find my Unique ID?

## Claim Information

Claim Number

> 1369

Claim Name

> ███████████

Claimant Address on File

> ███████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

>

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fourteenth Omnibus Objection Response Portal

Upload Here

| | |
|---|---|
| 📄  Basis for Objection for ▆▆▆▆▆▆▆▆ .pdf | 393 KB |
| 📄  BlockFi October Interest Account Statement for ▆▆▆▆▆▆ .pdf | 88 KB |

## Signature

Sign Here

Print Name

▆▆▆▆▆▆▆▆

Email Address

▆▆▆▆▆▆▆▆

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

## Claim Number: 1369

███████████████████

The basis for objection of my claim is "Asserted claim amount does not match BlockFi books and records".

The amount of $23,655.61 is the final balance for BlockFi's interest account held in my name, so does match BlockFi's records according to their own records.

See attached BlockFi Statement for support of the $23,655.61.

# October 2022 **BlockFi Interest Account Statement**

| **Flex Selection** | Earn all interest in BTC |
|---|---|
| **Month Ending** | October 31, 2022 |

You earned approximately
**$45.32 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00221148<br>$45.32 | 0.96999542<br>$19,877.15 |
| **1 GUSD**<br>$1.00 | 0 | 1,000.00000000<br>$1,000.00 |
| **1 LTC**<br>$55.02 | 0 | 50.50372370<br>$2,778.46 |
| **Total\*** in USD | **$45.32** | **$23,655.61** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

G9I3-88R8-6UPW-9QL2

○ Where can I find my Unique ID?

## Claim Information

Claim Number

1399

Claim Name

███████████

Claimant Address on File

███████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 📄 | Basis for Objection for ▓▓▓▓▓▓▓▓.pdf | 401 KB |
| 📄 | BlockFi October Interest Account Statement for ▓▓▓▓▓▓.pdf | 156 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Claim Number: 1399

████████████████████

The first basis for objection for ████████████████ is "Asserted claim amount does not match BlockFi's books and records".

The originally claimed amount of $25,175.25 erroneously included the Wallet Balance of $17.69.   The correct claimed amount should be $25,157.56, according to BlockFi's Interest Account Statement, see attached supporting document.

The second basis for objection for ████████████████ is "Asserted claim against incorrect debtor entity or improperly assert priority or secured status".

It is assumed that the correct debtor must then be amended to BlockFi Inc. (Case No. 22-19361), instead of the initially stated debtor of BlockFi International Ltd (Case No. 22-19368).

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**     October 31, 2022

You earned approximately
**$17.69 \*** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 GUSD**<br>**$1.00** | 0 | 17.69000000<br>$17.69 | 17.69000000<br>$17.69 |
| **Total\*** in USD | **$0.00** | **$17.69** | **$17.69** |

# October 2022  **BlockFi Interest Account Statement**

**Flex Selection**          Earn all interest in BTC
**Month Ending**           October 31, 2022

You earned approximately
**$59.87 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | **0.00292184**<br>$59.87 | **1.04399103**<br>$21,393.46 |
| **1 ETH**<br>$1,572.90 | 0 | **2.39309677**<br>$3,764.10 |
| **Total\*** in USD | **$59.87** | **$25,157.56** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary based on activity, rates, and compliance with BlockFi's terms & conditions.

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| X0M4-LOPQ-VACR-I8V8 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 13557 |
|---|

Claim Name

| ███████ |
|---|

Claimant Address on File

| ████████████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ███████ |
|---|

Street1

███████

Street2

███████

City

███████

State

███████████

Zip

█████

Country

███████

Telephone Number

███████

Email Address

█████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

███████

Street1

██████

Street2

███████

City

████████

State

█████

Zip

█████

Country

███████

Telephone Number

███████

Email Address

██████████

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 IMG_2240.jpg                                                                    585 KB

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

Grand Central Station, PO Box 4850

New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

850 Third Avenue, Suite 412

Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

TGPJ-I47X-R6YF-BBRC

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

BlockFi Fourteenth Omnibus Objection Response Portal

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

22506

Claim Name

▐▐▐▐▐▐▐▐

Claimant Address on File

▐▐▐▐▐▐▐▐▐▐

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

▐▐▐▐▐▐▐▐▐▐▐▐▐

BlockFi Fourteenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

---

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 🖼 Screenshot_20240117_180438_Acrobat for Samsung.jpg | 152 KB |
| 🖼 Screenshot_20240117_181900_Samsung Notes.jpg | 268 KB |

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Debtors: BlockFi Inc *et al.*
14th Omnibus Objection

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi's books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 22506 | ███████ | 03/09/23 | Multiple Debtors Asserted | $5,047.42 | BR IC |

| Schedule Info | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 22506 | - | - | - | - | - | 3,904.55 | 9.98 | - | BlockFi International LTD |

| Expunge/Modify |
|---|
| Modify |



I object I want my original 5047.42 USD I claimed for

Now crypto is up so I can claim Current rate

Enough I want my money back

BlockFi Fourteenth Omnibus Objection Response Portal

## BlockFi Fourteenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

ACYD-DC52-M6W4-87X7

◯ Where can I find my Unique ID?

### Claim Information

Claim Number

18756

Claim Name

██████████

Claimant Address on File

██████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

██████████

Street1

████████████████

Street2

City

████

State

Zip

████

Country

███

Telephone Number

████████

Email Address

███████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

███████████

Street1

████████████████

Street2

City

████

State

Zip

██████

Country

████

Telephone Number

███████████

Email Address

██████████████

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Re_ Objection to Claim Settlement - BlockFi Inc. Bankruptcy Case.pdf | 61 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



January 17, 2024

Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Re: Objection to Claim Settlement - BlockFi Inc. Bankruptcy Case

To Whom It May Concern,

I am writing to formally object to the proposed settlement of my claim in the bankruptcy case of BlockFi Inc. As a creditor in this case, I have been significantly impacted by the decisions and subsequent actions taken by BlockFi.

In November 2022, when BlockFi filed for bankruptcy, my Ethereum interest wallet, containing 4.15133781 Ethereum, was frozen and liquidated at the then-market value of $4,850.94. The proposed settlement offers to compensate me based on this valuation. However, this approach fails to account for the substantial increase in Ethereum's value since the liquidation date.

As of January 17, 2024, the value of Ethereum is $2,540.42 per unit, which would place the current worth of my initial holdings at approximately $10,546.14. Furthermore, market predictions by MEXC Research suggest a potential increase in Ethereum's value, reaching between $6,000 to $10,000 per unit in 2024. Conservatively estimated, this could value my Ethereum at around $24,908.027.

Given these projections, I had proposed a settlement of $12,000, half the conservative estimated value for this year, which was rejected by BlockFi. My objection is based on the principle that the compensation should reflect the potential value of the asset at present and near future, not its value at the time of BlockFi's bankruptcy filing.

I hereby request a reassessment of my claim, considering the current and anticipated future value of Ethereum. I aim to reach a fair and equitable resolution that acknowledges the significant financial impact caused by the freezing and liquidation of my assets.

Thank you for your attention to this matter. I look forward to a prompt and favorable response.

Sincerely,



BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

XM2M-L7JH-0FEH-JQAL

○ Where can I find my Unique ID?

## Claim Information

Claim Number

6842

Claim Name

████████████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

████████████

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.

Upload Here

📄 Kroll-Block Fi Documents.pdf      7 MB

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

In re: BlockFi Inc., et. al.
Case No. 22-19361 (MBK)
United States Bankruptcy Court for the District of New Jersey (Trenton)

### KROLL RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the BlockFi Inc. jointly administered chapter 11 bankruptcy cases has been received by Kroll Restructuring Administration LLC ("*Kroll*") on Friday, February 10, 2023.

Your claim has been assigned claim number _____ 2973 _____.

Please **do not** discard this letter as you may need to refer to it in the future.


**The processing of your claim by Kroll and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.**

**Fill in this information to identify the case:**

Debtor 1  BLOCKFI INC.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number  22 – 19361



RECEIVED

FEB 1 0 2023

KROLL RESTRUCTURING
ADMINISTRATION

## Official Form 410

# Proof of Claim

Claim No. [2973]
Initials [RR] [MH]

12/15

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1:    Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | �as redacted▮<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? _____ |

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

▮redacted▮

Where should payments to the creditor be sent? (if different)

Name _____

Number    Street _____

City _____    State _____    ZIP Code _____

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | |
|---|---|
| 4. **Does this claim amend one already filed?** | ☑ No<br>☐ Yes.  Claim number on court claims registry (if known) _____     Filed on ___ / ___ / _____ <br>   MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes.  Who made the earlier filing? _____ |

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☒ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debt |

7. **How much is the claim?**  $ _CHANGES DAILY_

ETHEREUM = 5.79738500
BITCOIN = 0.08792545

. **Does this amount include interest or other charges?**
☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

TO RECLAIM MY COINS

9. **Is all or part of the claim secured?**

☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe:    CRYPTO CURRENCY

**Basis for perfection:**    ATTACHED COPY FROM BLOCKFI ACCT
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $ _CHANGES DAILY_
**Amount of the claim that is secured:**    $ _0_

**Amount of the claim that is unsecured:** $ _CHANGES DAILY_ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $ _____

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

10. **Is this claim based on a lease?**

☒ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $ _____

11. **Is this claim subject to a right of setoff?**

☒ No
☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   2/6/2023

Print the name of the person who is completing and signing this claim:

Name

Title

Company

Address

Contact phone

---

| Print | Save As... | Add Attachment | | Reset |
|---|---|---|---|---|

Official Form 410          **Proof of Claim**          page 3

◆ **BlockFi**                                                                          ☰

---

❗ **Important Update**
As previously notified, **Wallet withdrawals were suspended on December 31, 2023, at 11:59 PM
UTC**. Any remaining wallet balances will be converted to cash and distributed to BlockFi clients in
U.S. dollars.

- **Clients that initiated a withdrawal request and need to verify their identity must
  complete the Identity Verification requests by January 12, 2024, at 11:59 PM UTC.**

More information about withdrawals and balances can be found in our FAQ **here**.

**Dashboard** / **Interest Account**

# Interest Account

| ⊘ Overview | ⌄ |
| --- | --- |

## Your Assets

| Asset | Quantity |
| --- | --- |
| Ⓔ Ethereum ETH | 5.79738500 ETH  $14,690.08 (USD) › |
| ₿ Bitcoin BTC | 0.08792545 BTC  $3,745.05 (USD) › |

**Recurring Trades**          TOTAL = $ 18,435.08

**Recurring Trade**

**Buy Amt Frequency**

You have not set up any recurring trades.

## Transactions

Your transaction history has moved. Visit the Dashboard to view Interest Account transactions.

**Go to Dashboard**

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit B: Identifiable Unliquidated Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 2973 | ███ | $0 | $0 | $0 | $8207.96-BlockFi Inc. | Yes |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

**Debtor: BlockFi Inc., et al.**
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit B: Identifiable Unliquidated Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 6842 | ███ | $0 | $0 | $0 | $8207.96-BlockFi Inc. | Yes |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

Save



**PenTeleData**

mail

| | | |
|---|---|---|
| Inb... C | 52 | ... |
| Drafts | 27 | ... |
| Sent | | ... |
| Spam | 11 | ... |
| `Trash | 315 | ... |

∨ **Folders**  +

  Unwanted  ...

∨ **Tags**  +



Messages          Photos          Documents

BlockFi Bankruptcy Notice                    ★

**BlockFi Inc Bankruptcy Noticing**

To                                              0 ✆

Reply To   blockfiinfo
12/22/2023

Please find below links to the following important documents, related to the bankruptcy proceeding of BlockFi Inc., *et al.*, Case No. 22-19361, United States Bankruptcy Court for the District of New Jersey.

<u>Notice of the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for all Claims to Enable the First Interim Distribution</u> **[Docket No. 2006]**

Responses, if any, to the Objection must be filed with Kroll Restructuring Administration LLC, so as to be received no later than **January 9, 2024, at 4:00 p.m. (prevailing Eastern Time)**. Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

**Claim Number: 2973**
**Claimant Name** ███████████████████
**Link to Your Objection Information:** ████████████
████████████████████████████████████████
████████████████████████████████████

Unique ID: 810E-957X-707D-527M

**Claim Number: 6842**
**Claimant Name:** ███████████████
**Link to Your Objection Information:** ████████████
████████████████████████████████████████
████████████████████████████████████

Unique ID: 429Q-485W-676Z-451B

Save



**PenTeleData**

| Messages | Photos | Documents |

## BlockFi Bankruptcy Notice ⭐



mail

| Inb... 🔄 | 52 | ⋯ |
| Drafts | 27 | ⋯ |
| Sent | | ⋯ |
| Spam | 11 | ⋯ |
| Trash | 315 | ⋯ |
| ⌄ Folders | | + |
| Unwanted | | ⋯ |
| ⌄ Tags | | + |

**BlockFi Inc Bankruptcy Noticing**    ↩

To

Reply To    blockfiinfo

12/22/2023

Please find below links to the following important documents, related to the bankruptcy proceeding of BlockFi Inc., *et al.*, Case No. 22-19361, United States Bankruptcy Court for the District of New Jersey.

**Notice of the Plan Administrator's Motion for an Order Capping the Maximum Allowable Amounts and Establishing a Reserve for all Claims to Enable the First Interim Distribution** [Docket No. 2006]

Responses, if any, to the Objection must be filed with Kroll Restructuring Administration LLC, so as to be received no later than **January 9, 2024, at 4:00 p.m. (prevailing Eastern Time)**.  Responses may be filed electronically or by mail.  For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

**Claim Number: 2973**
**Claimant Name:** ███████████████
**Link to Your Objection Information:** ████████████
████████████████████████████████

**Unique ID: 810E-957X-707D-527M**

BlockFi Inc Bankruptcy Noticing
Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY

↩ Reply         ↩↩ Reply to All         ➡ Forward



## PenTeleData.

mail

☐ ☐ ☐

| Inb... | 51 | ... |
| Drafts | 27 | ... |
| Sent | | ... |
| Spam | 11 | ... |
| Trash | 315 | ... |
| ˅ Folders | | + |
| Unwanted | | ... |
| ˅ Tags | | + |

# BlockFi Bankruptcy Notice ★

**BlockFi Inc Bankruptcy Noticing** ↰

To

0 ⌨

Reply To    blockfiinfo

Jan 5

Please find below links to the following important documents, related to the bankruptcy proceeding of BlockFi Inc., *et al.*, Case No. 22-19361, United States Bankruptcy Court for the District of New Jersey.

**Wind-Down Debtors' Fourteenth Omnibus Objection to Claims [Docket No. 2010]**

Responses, if any, to the Objection must be filed with Kroll Restructuring Administration LLC, so as to be received no later than **January 30, 2024, at 4:00 p.m. (prevailing Eastern Time)**. Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 6842

Claimant Name

Link to Your Objection Information:

Unique ID: XM2M-L7JH-0FEH-JQAL

BlockFi Inc Bankruptcy Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York,
NY 10055

↰ Reply          ↞ Reply to All          ➡ Forward

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

Q0S3-KOB6-JXBB-FMJY

○ Where can I find my Unique ID?

## Claim Information

Claim Number

18740

Claim Name

██████████████

Claimant Address on File

██████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 📄 | CP575Notice_1501878271222███████ - ████████ .pdf | 13 KB |
| 📄 | 2018 Form 1099R█████████ -.pdf | 122 KB |

## Signature

Sign Here



Print Name

████████████

Email Address

██████████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice:  08-04-2017

Employer Identification Number:

Form:  SS-4

Number of this notice:  CP 575 E

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

                   WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

     Thank you for applying for an Employer Identification Number (EIN).  We assigned
you EIN ▮▮▮▮▮▮.  This EIN will identify you, your business accounts, tax returns,
and documents, even if you have no employees.  Please keep this notice in your
permanent records.

     When filing tax documents, payments, and related correspondence, it is very
important that you use your EIN and complete name and address exactly as shown above.
Any variation may cause a delay in processing, result in incorrect information in your
account, or even cause you to be assigned more than one EIN.  If the information
is not correct as shown above, please make the correction using the attached tear-off
stub and return it to us.

     When you submitted your application for an EIN, you checked the box indicating
you are a non-profit organization.  Assigning an EIN does not grant tax-exempt status
to non-profit organizations.  Publication 557, Tax-Exempt Status for Your
Organization, has details on the application process, as well as information on
returns you may need to file.  To apply for recognition of tax-exempt status under
Internal Revenue Code Section 501(c)(3), organizations must complete a Form
1023-series application for recognition.  All other entities should file Form 1024 if
they want to request recognition under Section 501(a).

     Nearly all organizations claiming tax-exempt status must file a Form 990-series
annual information return (Form 990, 990-EZ, or 990-PF) or notice (Form 990-N)
beginning with the year they legally form, even if they have not yet applied for or
received recognition of tax-exempt status.

     Unless a filing exception applies to you (search www.irs.gov for Annual Exempt
Organization Return:  Who Must File), you will lose your tax-exempt status if you fail
to file a required return or notice for three consecutive years.  We start calculating
this three-year period from the tax year we assigned the EIN to you.  If that first
tax year isn't a full twelve months, you're still responsible for submitting a return
for that year.  If you didn't legally form in the same tax year in which you obtained
your EIN, contact us at the phone number or address listed at the top of this letter.

     For the most current information on your filing requirements and other important
information, visit www.irs.gov/charities.

(IRS USE ONLY)     575E                 08-04-2017   HUDS   O   9999999999   SS-4

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records.  **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.**  You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

* Provide future officers of your organization with a copy of this notice.

Your name control associated with this EIN is HUDS.  You will need to provide this information, along with your EIN, if you file your returns electronically.

If you have questions about your EIN, you can contact us at the phone number or address listed at the top of this notice.  If you write, please tear off the stub at the bottom of this notice and include it with your letter.  Thank you for your cooperation.

                    Keep this part for your records.          CP 575 E (Rev. 7-2007)

-----------------------------------------------------------------------------------------

   Return this part with any correspondence
   so we may identify your account.  Please                          CP 575 E
   correct any errors in your name or address.
                                                              9999999999

   Your Telephone Number  Best Time to Call  DATE OF THIS NOTICE:  08-04-2017
   (     )      -                            EMPLOYER IDENTIFICATION NUMBER:
   _____  _____  FORM:  SS-4               NOBOD


   INTERNAL REVENUE SERVICE
   CINCINNATI  OH  45999-0023
   |.|..|.|.|.|.|.|.||.|.|.||.||..|..||.|.|.|.|



☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and phone no. | | **1** Gross distribution $ ▮ | OMB No. 1545-0119 **2018** Form **1099-R** | **Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** |
|---|---|---|---|---|
| ▮ | | **2a** Taxable amount $ ▮ | | |
| | | **2b** Taxable amount not determined ☐ | Total distribution ☐ | **Copy B** Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return. |
| **PAYER'S TIN** ▮ | **RECIPIENT'S TIN** ▮ | **3** Capital gain (included in box 2a) $ | **4** Federal income tax withheld $ | |
| **RECIPIENT'S name** ▮ | | **5** Employee contributions /Designated Roth contributions or insurance premiums $ | **6** Net unrealized appreciation in employer's securities $ | |
| **Street address (including apt. no.)** ▮ | | **7** Distribution code(s) G | IRA/ SEP/ SIMPLE ☐ | **8** Other $ % | This information is being furnished to the Internal Revenue Service. |
| **City or town, state or province, country, and ZIP or foreign postal code** ▮ | | **9a** Your percentage of total distribution % | **9b** Total employee contributions $ | |
| **10** Amount allocable to IRR within 5 years $ | **11** 1st year of desig. Roth contrib. | FATCA filing requirement ☐ | **12** State tax withheld $ $ | **13** State/Payer's state no. | **14** State distribution $ $ |
| **Account number (see instructions)** | | Date of payment | **15** Local tax withheld $ $ | **16** Name of locality | **17** Local distribution $ $ |

Form **1099-R**    www.irs.gov/form1099r    Department of the Treasury - Internal Revenue Service

## Instructions for Recipient

Generally, distributions from retirement plans (IRAs, qualified plans, section 403(b) plans, and governmental section 457(b) plans), insurance contracts, etc., are reported to recipients on Form 1099-R.

**Qualified plans and section 403(b) plans.** If your annuity starting date is after 1997, you must use the simplified method to figure your taxable amount if your payer didn't show the taxable amount in box 2a. See the instructions for Form 1040 or 1040NR.

**IRAs.** For distributions from a traditional individual retirement arrangement (IRA), simplified employee pension (SEP), or savings incentive match plan for employees (SIMPLE), generally the payer isn't required to compute the taxable amount. See the Form 1040 or 1040NR instructions to determine the taxable amount. If you are at least age 70½, you must take minimum distributions from your IRA (other than a Roth IRA). If you don't, you are subject to a 50% excise tax on the amount that should've been distributed. See Pub. 590-A and Pub. 590-B for more information on IRAs.

**Roth IRAs.** For distributions from a Roth IRA, generally the payer isn't required to compute the taxable amount. You must compute any taxable amount on Form 8606. An amount shown in box 2a may be taxable earnings on an excess contribution.

**Loans treated as distributions.** If you borrow money from a qualified plan, section 403(b) plan, or governmental section 457(b) plan, you may have to treat the loan as a distribution and include all or part of the amount borrowed in your income. There are exceptions to this rule. If your loan is taxable, code L will be shown in box 7. See Pub. 575.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the payer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account, policy, or other unique number the payer assigned to distinguish your account.

**Date of payment.** Shows the date of payment for reportable death benefits under section 6050Y.

**Box 1.** Shows the total amount you received this year. The amount may have been a direct rollover, a transfer or conversion to a Roth IRA, a recharacterized IRA contribution; or you may have received it as periodic payments, as nonperiodic payments, or as a total distribution. Report the amount on Form 1040 or 1040NR on the line for "IRAs, pensions, and annuities" (or the line for "Taxable amount"), and on Form 8606, as applicable. However, if this is a lump-sum distribution, see Form 4972. If you haven't reached minimum retirement age, report your disability payments on the line for "Wages, salaries, tips, etc." on your tax return. Also report on that line permissible withdrawals from eligible automatic contribution arrangements and corrective distributions of excess deferrals, excess contributions, or excess aggregate contributions except if the distribution is of designated Roth contributions or your after-tax contributions or if you are self-employed.

If a life insurance, annuity, qualified long-term care, or endowment contract was transferred tax free to another trustee or contract issuer, an amount will be shown in this box and code 6 will be shown in box 7. If a charge or payment was made against the cash value of an annuity contract or the cash surrender value of a life insurance contract for the purchase of qualified long-term care insurance, an amount will be shown in this box and code W will be shown in box 7. You need not report these amounts on your tax return. If code C is shown in box 7, the amount shown in box 1 is a receipt of reportable death benefits that is taxable in part.

**Box 2a.** This part of the distribution is generally taxable. If there is no entry in this box, the payer may not have all the facts needed to figure the taxable amount. In that case, the first box in box 2b should be checked. You may want to get one of the free publications from the IRS to help you figure the taxable amount. See *Additional information* on the back of Copy 2. For an IRA distribution, see *IRAs and Roth IRAs* on this page. For a direct rollover, other than from a qualified plan to a Roth IRA, zero should be shown, and you must enter zero (-0-) on the "Taxable amount" line of your tax return. If you roll over a distribution (other than a distribution from a designated Roth account) from a qualified plan (including a governmental section 457(b) plan) or section 403(b) plan to a Roth IRA, you must include on the "Taxable amount" line of your tax return the amount shown in this box plus the amount in box 6, if any.

**Instructions for Recipient** *(continued)*

If this is a total distribution from a qualified plan and you were born before January 2, 1936 (or you're the beneficiary of someone born before January 2, 1936), you may be eligible for the 10-year tax option. See the Form 4972 instructions for more information.

If you're an eligible retired public safety officer who elected to exclude from income distributions from your eligible plan used to pay certain insurance premiums, the amount shown in box 2a hasn't been reduced by the exclusion amount. See the instructions for Form 1040 or 1040NR for more information.

**Box 2b.** If the first box is checked, the payer was unable to determine the taxable amount, and box 2a should be blank, except for an IRA. It's your responsibility to determine the taxable amount. If the second box is checked, the distribution was a total distribution that closed out your account.

**Box 3.** If you received a lump-sum distribution from a qualified plan and were born before January 2, 1936 (or you're the beneficiary of someone born before January 2, 1936), you may be able to elect to treat this amount as a capital gain on Form 4972 (not on Schedule D (Form 1040)). See the Form 4972 instructions. For a charitable gift annuity, report as a long-term capital gain as explained in the Instructions for Form 8949.

**Box 4.** Shows federal income tax withheld. Include this amount on your income tax return as tax withheld, and if box 4 shows an amount (other than zero), attach Copy B to your return. Generally, if you'll receive payments next year that aren't eligible rollover distributions, you can change your withholding or elect not to have income tax withheld by giving the payer Form W-4P.

**Box 5.** Generally, this shows the employee's investment in the contract (after-tax contributions), if any, recovered tax free this year; the portion that's your basis in a designated Roth account; the part of premiums paid on commercial annuities or insurance contracts recovered tax free; the nontaxable part of a charitable gift annuity; or the investment in a life insurance contract reportable under section 6050Y. This box doesn't show any IRA contributions. If the amount shown is your basis in a designated Roth account, the year you first made contributions to that account may be entered in box 11.

**Box 6.** If you received a lump-sum distribution from a qualified plan that includes securities of the employer's company, the net unrealized appreciation (NUA) (any increase in value of such securities while in the trust) is taxed only when you sell the securities unless you choose to include it in your gross income this year. See Pub. 575 and Form 4972. If you roll over the distribution to a Roth IRA, see the instructions for box 2a. If the distribution was a direct rollover, the NUA is included in box 2a. If you didn't receive a lump-sum distribution, the amount shown is the NUA attributable to employee contributions, which isn't taxed until you sell the securities.

**Box 7.** The following codes identify the distribution you received. For more information on these distributions, see the instructions for your tax return. Also, certain distributions may be subject to an additional 10% tax. See the Instructions for Form 5329.

**1**—Early distribution, no known exception (in most cases, under age 59½).
**2**—Early distribution, exception applies (under age 59½).
**3**—Disability.
**4**—Death.
**5**—Prohibited transaction.
**6**—Section 1035 exchange (a tax-free exchange of life insurance, annuity, qualified long-term care insurance, or endowment contracts).
**7**—Normal distribution.
**8**—Excess contributions plus earnings/excess deferrals (and/or earnings) taxable in 2018.
**9**—Cost of current life insurance protection.
**A**—May be eligible for 10-year tax option (see Form 4972).
**B**—Designated Roth account distribution.
  Note: If code B is in box 7 and an amount is reported in box 10, see the Instructions for Form 5329.
**C**—Reportable death benefits under section 6050Y.
**D**—Annuity payments from nonqualified annuities that may be subject to tax under section 1411.
**E**—Distributions under Employee Plans Compliance Resolution System (EPCRS). *(Continued on the back of Copy 2.)*

**F**—Charitable gift annuity.
**G**—Direct rollover of a distribution to a qualified plan, a section 403(b) plan, a governmental section 457(b) plan, or an IRA.
**H**—Direct rollover of a designated Roth account distribution to a Roth IRA.
**J**—Early distribution from a Roth IRA, no known exception (in most cases, under age 59½).
**K**—Distribution of traditional IRA assets not having a readily available FMV.
**L**—Loans treated as distributions.
**M**—Qualified plan loan offset.
**N**—Recharacterized IRA contribution made for 2018 and recharacterized in 2018.
**P**—Excess contributions plus earnings/excess deferrals (and/or earnings) taxable in 2017.
**Q**—Qualified distribution from a Roth IRA.
**R**—Recharacterized IRA contribution made for 2017 and recharacterized in 2018.
**S**—Early distribution from a SIMPLE IRA in first 2 years, no known exception (under age 59½).
**T**—Roth IRA distribution, exception applies.
**U**—Dividend distribution from ESOP under section 404(k).
  Note: This distribution isn't eligible for rollover.
**W**—Charges or payments for purchasing qualified long-term care insurance contracts under combined arrangements.
If the IRA/SEP/SIMPLE box is checked, you've received a traditional IRA, SEP, or SIMPLE distribution.

**Box 8.** If you received an annuity contract as part of a distribution, the value of the contract is shown. It isn't taxable when you receive it and shouldn't be included in boxes 1 and 2a. When you receive periodic payments from the annuity contract, they're taxable at that time. If the distribution is made to more than one person, the percentage of the annuity contract distributed to you is also shown. You'll need this information if you use the 10-year tax option (Form 4972). If charges were made for qualified long-term care insurance contracts under combined arrangements, the amount of the reduction in the investment (but not below zero) in the annuity or life insurance contract is reported here.

**Box 9a.** If a total distribution was made to more than one person, the percentage you received is shown.

**Box 9b.** For a life annuity from a qualified plan or from a section 403(b) plan (with after-tax contributions), an amount may be shown for the employee's total investment in the contract. It is used to compute the taxable part of the distribution. See Pub. 575.

**Box 10.** If an amount is reported in this box, see the Instructions for Form 5329 and Pub. 575.

**Box 11.** The first year you made a contribution to the designated Roth account reported on this form is shown in this box.

**Boxes 12–17.** If state or local income tax was withheld from the distribution, boxes 14 and 17 may show the part of the distribution subject to state and/or local tax.

---

**Additional information.** You may want to see:
**Form W-4P, Form 4972, Form 5329, Form 8606**
**Pub. 525,** Taxable and Nontaxable Income
**Pub. 560,** Retirement Plans for Small Business
**Pub. 571,** Tax-Sheltered Annuity Plans
**Pub. 575,** Pension and Annuity Income
**Pub. 590-A,** Contributions to IRAs
**Pub. 590-B,** Distributions from IRAs
**Pub. 721,** U.S. Civil Service Retirement Benefits
**Pub. 939,** General Rule for Pensions and Annuities
**Pub. 969,** HSAs and Other Tax-Favored Health Plans

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

> JLIU-JKOU-XMCE-2XS3

○ Where can I find my Unique ID?

## Claim Information

Claim Number

> 9917

Claim Name

> ██████████

Claimant Address on File

> ████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

>

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 9917████████.pdf | 97 KB |

## Signature

Sign Here



Print Name

████████

Email Address

████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Claim Number: 9917
Claimant Name: ███████████
Link to Your Objection Information: ██████████████████████
████████████████████████
Unique ID: JLIU-JKOU-XMCE-2XS3

To whom it may concern,

This is ██████████. I am formally writing to clarify my objection.

I filed a claim agains Blockfi as I attempted to retrieve my funds,
7.98650000 ETH, on Nov 11, 04:01:48 UTC, the assets were valued at
$9,605.62 at the time of the attempted withdraw.

This amount, $9,605.62, is the asserted claim amount.

Best Regards,

████████████
████████████

01/17/234

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator,  filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

Z9NJ-4HNF-W53D-0SPI

○ Where can I find my Unique ID?

## Claim Information

Claim Number

13510

Claim Name

██████████

Claimant Address on File

█████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 🗎 blockfi documentation.pdf | 103 KB |
|---|---|

## Signature

Sign Here

Print Name

▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



Block Fi,
amounts
Int, acct = 169.69
wallet- Btc = 62.93

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 6H5A-FJ6M-NWZV-NVV2 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 11069 |
|---|

Claim Name

| ▆▆▆▆▆▆▆▆ |
|---|

Claimant Address on File

| ▆▆▆▆▆▆▆▆▆▆ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ▆▆▆▆▆ |
|---|

Street1

███████████

Street2

City

█████

State

██

Zip

████

Country

███████

Telephone Number

███████

Email Address

████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄  blockfi documentation.pdf                                                                                          103 KB

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies
with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra.kroll.com.



Block Fi,
amounts
Int. acct = 169.69
wallet - Btc = 62.93

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

TYPQ-4K39-WZ1E-52OT

○ Where can I find my Unique ID?

## Claim Information

Claim Number

21092

Claim Name

███████████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

███████████

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

██████████████

Street2

City

█████

State

██

Zip

█████

Country

████████

Telephone Number

████████

Email Address

███████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.

Upload Here

📄 Oct-31-2022 BIA Balances.pdf                                                                                    95 KB

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies
with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.

# October 2022  BlockFi Interest Account Statement

| | |
|---|---|
| **Flex Selection** | Earn all interest in ETH |
| **Month Ending** | October 31, 2022 |

You earned approximately
**$39.07 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0 | **0.50281436**<br>$10,303.67 |
| **1 ETH**<br>$1,572.90 | 0.02484057<br>$39.07 | **0.02484057**<br>$39.07 |
| **1 LTC**<br>$55.02 | 0 | **44.09763786**<br>$2,426.03 |
| **Total\*** in USD | **$39.07** | **$12,768.77** |

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

KPJR-T875-U7HF-DMBK

○ Where can I find my Unique ID?

## Claim Information

Claim Number

10934

Claim Name

██████████

Claimant Address on File

████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 blockfi.jpeg                                                                                                        104 KB

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



# ◆ BlockFi

☰

## Interest Account

| ○ Overview | ⌄ |
|---|---|

## Your Assets

| Asset | Quantity | |
|---|---|---|
| Chainlink LINK | 585.51575058 LINK | › |
| Gemini USD GUSD | 79.53 GUSD | › |
| Bitcoin BTC | 1.08158277 BTC | › |

## Recurring Trades

| Recurring Trade | Buy Amt Frequency |
|---|---|

BlockFi Fourteenth Omnibus Objection Response Portal
BlockFi Fourteenth Omnibus Objection Response Portal

## BlockFi Fourteenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator,  filed  he  *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| K1VU-CXG1-XHPF-99NE |
| --- |

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

BlockFi Fourteenth Omnibus Objection Response Portal

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

703

Claim Name

████████████

Claimant Address on File

██████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Fourteenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄  Block Fi Intrest Account .pdf | 222 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

WKJX-3KXF-WAUD-YFJQ

○ Where can I find my Unique ID?

## Claim Information

Claim Number

892

Claim Name

████████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Claim-892-response-to-fourteenth-omnibus-objection.pdf | 56 KB |
| 📄 claim-892-account-transaction-history.pdf | 53 KB |

## Signature

Sign Here



Print Name

▆▆▆▆▆▆

Email Address

▆▆▆▆▆▆▆▆

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Cryptocurrency,Amount,Transaction Type,Exchange Rate Per Coin (USD),Confirmed At
GUSD,36.00000000,UI Update: Wallet to BIA Transfer Request Not Executed,,2022-11-17
23:59:59
GUSD,36.00000000,BIA Withdraw,,2022-11-17 04:41:41
GUSD,16.75802650,Interest Payment,,2022-10-31 23:59:59
GUSD,16.12132800,Interest Payment,,2022-09-30 23:59:59
GUSD,16.55670196,Interest Payment,,2022-08-31 23:59:59
GUSD,16.45532328,Interest Payment,,2022-07-31 23:59:59
GUSD,14.81246340,Interest Payment,,2022-06-30 23:59:59
GUSD,15.21851442,Interest Payment,,2022-05-31 23:59:59
GUSD,15.14966160,Interest Payment,,2022-04-30 23:59:59
GUSD,17.10611031,Interest Payment,,2022-03-31 23:59:59
GUSD,16.73681464,Interest Payment,,2022-02-28 23:59:59
GUSD,18.90031188,Interest Payment,,2022-01-31 23:59:59
GUSD,18.76249115,Interest Payment,,2021-12-31 23:59:59
GUSD,14.14695286,Interest Payment,,2021-11-30 23:59:59
GUSD,1500.00000000,Ach Deposit,,2021-11-11 22:59:44
GUSD,6.97896490,Interest Payment,,2021-10-31 23:59:59
GUSD,6.51481170,Interest Payment,,2021-09-30 23:59:59
GUSD,6.27664086,Interest Payment,,2021-08-31 23:59:59
GUSD,3.70000000,Bonus Payment,,2021-08-13 23:59:59
GUSD,6.22505327,Interest Payment,,2021-07-31 23:59:59
GUSD,6.80534430,Interest Payment,,2021-06-30 23:59:59
GUSD,3.61643824,Interest Payment,,2021-05-31 23:59:59
GUSD,1000.00000000,Ach Deposit,,2021-05-15 21:40:41

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case 22-19361-MBK

Debtor - BlockFi Inc.

Response to the FOURTEENTH OMNIBUS OBJECTION TO CLAIMS
Claim 892

------------------------------------------------------------------------

Initially I submitted two separate claims, one for $2,700.84 to BlockFi Inc. (claim
892), and another for $36 to BLockFi Wallet funds (claim 891), which were listed in
my online account when I went to collect information to help me submit claims. I
believe the $36 I asserted in claim 891 were from a transaction I made in an attempt
to withdraw funds during the uncertainty about the debtors future, post-news about
the company's collapse. I did not receive a $36 wallet reimbursement and I actually
assume the transaction was never actually valid or included in records for BlockFi
bankruptcy, even though it shows in my transaction history.

I would like to object to the request to modify my claim to my asserted claim. I
would like to instead, modify my asserted claim to be equal to the amounts in the
Schedule Info of $2,736.84 plus the $15.23 BIA Interest (which was not reflected in
my account information online when I made the intial claims) are actually the
correct amount.

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 7CSE-WG9Q-UVFF-0RA7 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 19407 |
|---|

Claim Name

| ███████████ |
|---|

Claimant Address on File

| ████████████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 blockfi.jpeg                                                                        104 KB

## Signature

Sign Here



Print Name

▊▊▊▊▊▊▊

Email Address

▊▊▊▊▊▊

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



## BlockFi

# Interest Account

Overview ⌄

## Your Assets

| Asset | Quantity | |
|-------|----------|---|
| Chainlink LINK | 585.51575058 LINK | › |
| Gemini USD GUSD | 79.53 GUSD | › |
| Bitcoin BTC | 1.08158277 BTC | › |

## Recurring Trades

| Recurring Trade | Buy Amt Frequency |
|-----------------|-------------------|

🔒 app.blockfi.com

BlockFi Fourteenth Omnibus Objection Response Portal

## BlockFi Fourteenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

XEEL-QU00-DYEF-20U5

○ Where can I find my Unique ID?

### Claim Information

Claim Number

24449

Claim Name

██████████████

Claimant Address on File

████████████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 🄰 | response to objection.pdf | 584 KB |
| 🄰 | Calculation of interst.pdf | 387 KB |
| 🄰 | BPY Term Sheet ████████ and BlockFi Inc ).pdf | 242 KB |

## Signature

Sign Here



Print Name

████████████

Email Address

████████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

## EXHIBIT A

### BlockFi Private Client
### Loan Term Sheet

The following Loan Term Sheet dated September 23, 2022 incorporates all of the terms of the Master Digital Currency Loan Agreement entered into by ██████████ and BlockFi International Ltd. on March 21, 2022 and the following specific terms.  If the parties hereto have executed one or more Loan Term Sheets (each, a "Previous Loan Term Sheet") prior to this Loan Term Sheet, in the event of a conflict between this Loan Term Sheet and any Previous Loan Term Sheet, the terms in this Loan Term Sheet shall govern.

| Borrower | BLOCKFI INTERNATIONAL LTD. |
|---|---|
| Lender | ██████████ |
| Lender Address | ██████████ |
| Lender Contact Information | Email: ██████████ |

**Loans:**

| Digital Currency to be Borrowed* | Term or Open Loan* | Borrow Rate - APR (%)* | Borrowed Amount (nominal)* | Loan Start Date | Maturity Date* | Digital Currency for Interest Payments | Early Termination Fee (% of Borrowed Amount)** | BPY ID |
|---|---|---|---|---|---|---|---|---|
| USDC | Term | 9.5% | 2,600,000 | September 23, 2022 | December 23, 2022 | USDC | 1 % per month for any remaining months to maturity date | BPY-A-3757 |

* For all Open Loans of Digital Currencies not otherwise set forth in the tables above, the Borrow Rates shall be the rates displayed at www.blockfi.com/rates.

**Early termination of a Term Loan will result in forfeiture of all accrued interest, and the early termination fee in the table above will be deducted from the Borrowed Amount at the time of

termination. The early termination fee applies on a per month basis for any remaining months to the Term Loan maturity date, including for both full and partial months.

Notwithstanding anything to the contrary in the Master Digital Currency Loan Agreement, the BlockFi Private Client or the BlockFi Wallet Terms of Service, on or within 10 days after the applicable Maturity Date of the Term Loan(s) set forth in this Loan Term Sheet, if the Lender elects to withdraw all or a portion of the Borrowed Amount or interest paid on such Term Loan(s), such withdrawal(s) shall not be subject to the withdrawal limits set forth in blockfi.com/bpc-fees. For the avoidance of doubt, any withdrawals made following an early termination of a Term Loan shall still be subject to withdrawal limits.

BLOCKFI INTERNATIONAL LTD.





| Currency USDC | interest % | start date | date of chapter 11 | # days | Total outstanding interest |
|---|---|---|---|---|---|
| 2,600,000.00 | 9.5% | 23-9-2022 | 28-11-2022 | 66 | 44,663.01 |

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Debtors: BLOCKFI INC., et al., Debtors.1**

**Case No. 22-19361 (MBK)**

**Response of wind-down debtors' fourtheenth omnibus objection to claims**

**Proof of claim number: 24449**

*1 The Wind-Down Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019*

Dear Sir, Madam,

Hereby I object to the dismiss of a part my claim number 24449. The interest of this claim should be added with the amount of USD 44,663.01.

According to the attached BPY term sheet I have a right to interest for the sum I lend to BLOCKFI INTERNATIONAL LTD.

The loan start date was September 23, 2022. Blockfi started with Chapter 11 on November 28,2023

Before Chapter 11 I had a right to this interest (66 days, see attached calculation) for a sum of USD 44,663.01.

Sincerely



Contact info:

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

BNPE-87UM-01UU-3XZI

○ Where can I find my Unique ID?

## Claim Information

Claim Number

1697

Claim Name

███████████

Claimant Address on File

███████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

███████

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 Response to Omnibus Objection ███████████████ .pdf                                   105 KB

---

## Signature

Sign Here

███████████████████████████████████████████████

Print Name

███████████

Email Address

███████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

January 20, 2024

**Claim and and claim proof from creditor** ██████████████ **to BlockFi**

As stated previously **I agree with the claim amount scheduled by the debtor of $20,846.57 for BIA and $60.56** BIA interest as per the current claim schedule.

Should there be any mismatch between the asserted claim amount and BlockFi's books and records (due to different dates of exchange rates), please adjust the claim accordingly to what is stated in the books and records of BlockFi, which is **$20,846.57 for BIA and $60.56** BIA interest.


Thank you and best regards,

██████████████

**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

**Legend: Basis for Objection**

BR    Asserted claim amount does not match BlockFi's books and records

IC    Asserted against incorrect debtor entity or improperly assert priority or secured status

| | Claim Info | | | | | |
|---|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 6329 | █████████ | 03/08/23 | BlockFi Inc. | $2,134.80 | BR IC |

| | Schedule Info | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 6329 | - | - | - | - | - | 1,577.14 | 4.17 | - | BlockFi Internationa l LTD |

ACCEPTED →

| Expunge/Modify |
|---|
| Modify |

I accept the modified amount and
claim entity.

Received
JAN 1 9 2024
Kroll Restructuring Administration



RECEIVED

JAN 19 2024

KROLL RESTRUCTURING
ADMINISTRATION

BlockFi Inc.
th Omnibus Objection Response Processing Center
c/o Kroll Restructing Administration LLC
Grand Central Station, PO Box 4850
New York, New York
10163 - 4850

FLIP OVER

VOIR AU VERSO

40-076-685 (07-05)



CANADA POSTES
POST CANADA

**F** **1** Exprès

Tracked Packet ™ – USA | Paquet repérable ᴹᶜ – É.-U.

From:/De :Tel No. N° de tél.: 7802887593

Postage paid | Port payé
00576875
Date
2024 01 08
Gross Weight | Poids brut
0.009 kg
Postage Rate | Tarif d'affran.
$15.66 CAD
N° de transaction
25

To:/À :

BLOCK FI INC
KROLL RESTRUCTING ADMINISTRATION
PO BOX 4850 GRAND CENTRAL STATION
NEW YORK NY 10163
UNITED STATES

*14th Omnibus Response Center.*

USPS TRACKING ™ #

LM 195 503 034 CA

| Quantity and Description of Contents Quantités et description du contenu | HS Tarif Code Code tarif SH | Country of Origin Pays d'origine | Net Weight (kg) Poids net (kg) | Value CAD Valeur CAD |
|---|---|---|---|---|
| 1 Business letter | | CA | 0.009 | 100.00 |
| | | | Total Value Valeur totale | 100.00 |

Document

Douane: Peut être ouvert d'office.
L'expéditeur atteste que les renseignements
donnés dans cette déclaration sont exacts et
que l'envoi ne contient pas d'objet inadmissible.

déclaration en douane

Date:
SPEC 3597 V3
Étiquette d'expédition

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 4NRQ-TL8M-O2XA-9115 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 6062 |
|---|

Claim Name

| ▆▆▆▆▆▆ |
|---|

Claimant Address on File

| ▆▆▆▆▆▆ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 🖹 | Letter Blockfi.pdf | 18 KB |
| 🖹 | Bank screenshot.pdf | 98 KB |
| 🖹 | Todays Value Bitcoin.pdf | 128 KB |

## Signature

Sign Here

Print Name

Email Address

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



◆ BlockFi

Dashboard   Accounts ∨   Withdraw

Profile Settings
Reports
Log Out

# Interest Account

**Assets**

◆ Overview

₿ Bitcoin BTC

₿ **Bitcoin** BTC

Balance
## 0.51526604

**Recurring Trades**

Recurring Trade | Buy Amount | Frequency | Scheduled

You have not set up any recurring trades.

**Transactions**

1/22/2024

Claim # 6062

To whom it may concern,

I am writing this letter in support of my claim that Blockfi held 0.51526604 Bitcoin in my interest account, Account ID █████████████████████████ at the time of their bankruptcy.

I understand that at the time of the bankruptcy the bitcoin I own was worth $8,350.56. However reimbursing bitcoin in a different currency from a different time is wildly unfair to the customer as that bitcoin today is worth $20,700.00 (see attachment). I would hope that we would be returned our assets in the currency in which they were owned to prevent people like me from loosing a substantial part of their investment.

If I have no choice in the matter of the currency in which I am reimbursed I would still like to claim the $8,350.56 I am owed at that low exchange rate.

Thank you,

██████████████

Market Summary > Bitcoin

**40,242.80** USD

-1,311.20 (3.16%) ↓ today

Jan 22, 8:39 PM UTC · Disclaimer

1D  5D  1M  6M  YTD  1Y  5Y  Max

42,000

41,500

41,000

40,500

40,000

39,500

12:00 AM        8:00 AM        4:00 PM

40,421.20 10:40 AM

0.51526604        BTC ▸        20735.75        USD ▸

More about Bitcoin →        Feedback

CoinDesk
https://www.coindesk.com › calculator ⋮

**Convert BTC to USD: Bitcoin to United States Dollar**

Convert BTC to USD: Bitcoin to United States Dollar. CoinDesk's Cryptocurrency **Calculator**
determines the exchange rates between major fiat currencies and ...



Paxful

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| JMNF-DMTG-VAER-G7H1 |
|---|

◯ Where can I find my Unique ID?

## Claim Information

Claim Number

| 17106 |
|---|

Claim Name

| ███████ |
|---|

Claimant Address on File

| ██████████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ███████ |
|---|

Street1

███████████

Street2

███████████

City

████████

State

███

Zip

████

Country

████████

Telephone Number

████████

Email Address

██████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

████████████

Street1

███████████

Street2

███████████

City

██████████

State

███

Zip

████

Country

████████████

Telephone Number

████████████

Email Address

█████████████

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 0384437954838196 $9775 No Match.pdf | 139 KB |
|---|---|

## Signature

Sign Here



Print Name

████████

Email Address

████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 17106 | ███████ | $0 | $0 | $0 | $9775.09-BlockFi Inc. | No |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| JAKF-SQFE-BDCO-JBW4 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 1862 |
|---|

Claim Name

| ▮▮▮▮▮▮ |
|---|

Claimant Address on File

| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

███████████

Email Address

████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 🄰 Response_to_Objection.pdf | 113 KB |
|---|---|
| 🄰 Exhibit_A_Proof_of_Claim_1862_Screenshot.pdf | 293 KB |

## Signature

Sign Here



Print Name

███████

Email Address

██████████

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



*Pro Se Creditor*

# UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re<br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK) |

## EXHIBIT A

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

Attached to the Response of ███████ to the Debtors' Omnibus Objection to Claim No. 1862.

**Description of Exhibit:**

Screenshot from BlockFi's website evidencing "Total Collateral Value" and loan amounts

relevant to Proof of Claim No. 1862.

**Date of Screenshot:**

January 22, 2024.

**Loan ID:**

███████

*[Remainder of page intentionally left blank]*



Respectfully Submitted,

Dated: January 23, 2024



**JARI TIMONEN**

*Pro Se Creditor*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this exhibit has been served to all interested parties on January 23, 2024.



*Pro Se Creditor*

## UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re<br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK) |

### RESPONSE OF [REDACTED] TO THE DEBTORS' OMNIBUS OBJECTION TO CLAIM NO. 1862

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

## I. INTRODUCTION

1.    I, ███████, an international creditor residing ████████████████ and

holder of Proof of Claim No. 1862, submit this response to provide clarification regarding the

Debtors' Omnibus Objection to my claim as filed.

## II. CLARIFICATION AND BASIS FOR RESPONSE

2.    Entity Reclassification: I acknowledge the transition of my loan contract from "BlockFi

Lending LLC" to "BlockFi International LTD" based on my residency and agree with this

categorization.

3.    Clarification of Financial Amounts:

◦ The figure $26,902.46, labeled as "Intl Loan" in the Objection, accurately represents the "Total

Collateral Value" of 1.66 Bitcoins at the petition date, as evidenced by the data from BlockFi's

website and my own records, not the amount of the loan itself.

◦ The "Total Loan Amount" listed as $11,222.00 and "Outstanding Balance" of $12,624.75 on

BlockFi's website represent the principal and the accrued interest on my loan, respectively. My

calculated claim amount, including interest up to the petition date, is $11,925.30.

◦ For the sake of accuracy, the loan associated with my claim is identified by Loan ID

#a2deab82

4.    Preference for Form of Recovery:  In line with my response titled "███████████

RESPONSE TO THE PLAN ADMINISTRATOR'S MOTION FOR AN ORDER CAPPING THE

MAXIMUM ALLOWABLE AMOUNTS" filed on January 6th, 2024, and considering the classification

of Bitcoin as property/commodity by regulatory authorities, as well as my understanding of BlockFi's over-

collateralization policy at the time of my loan agreement, I reiterate my preference for the return of my

collateral in Bitcoin. This preference is grounded in the terms of my agreement and the reasonable expectations set forth by BlockFi's representations at that time.

### III. DOCUMENTATION

5.      Attached as Exhibit A is a screenshot from BlockFi's website, captured on January 22, 2024, evidencing the "Total Collateral Value" and loan amounts relevant to my claim.

### IV. CONCLUSION

6.      This response serves to clarify the nature of the amounts associated with my Proof of Claim No. 1862. It is not an objection to the overall Omnibus Objection but seeks to ensure the accurate processing of my claim according to the provided evidence and my understanding of the amounts due.

Dated: January 23, 2024

Respectfully Submitted,



**JARI TIMONEN**

*Pro Se Creditor*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served to all interested parties on January 23, 2024.

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| S38M-4BE9-7FHJ-LVK6 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 5441 |
|---|

Claim Name

| ███████ |
|---|

Claimant Address on File

| ███████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ███████ |
|---|

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

████████████

Street2

████████████

City

██████

State

██

Zip

████

Country

████████

Telephone Number

████████

Email Address

██████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

████████████

Street1

████████████

Street2

████████████

City

████████

State

██

Zip

████

Country

████████

Telephone Number

████████

Email Address

██████████████

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 1207461421646380 $6756.33 MATCH.pdf | 139 KB |
| 📄 Did Not Send 9565495411107920 $9775 NoMatch.pdf | 197 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 5441 | ███████ | $0 | $0 | $0 | $6756.33-BlockFi Inc. | Yes |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| **Proof of Claim No.** | **Claimant Name** | **Date Filed** | **Filed Debtor Entity** | **Asserted Claim Amount** | **Basis for Objection** |
| 17106 | ███████ | 02/17/23 | BlockFi Inc. | $9,775.09 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Surviving Claim No.** | **US BIA** | **US BIA Interest** | **US Loan** | **US BPC** | **US BPC Interest** | **Intl BIA/BPC** | **Intl BIA/BPC Interest** | **Intl Loan** | **Surviving Claim Entity** |
| 5441 | - | - | - | - | - | - | - | - | BlockFi Inc. |

| Expunge/Modify |
|---|
| Expunge |

# BlockFi Fourteenth Omnibus Objection Response Portal

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

XBF6-4SAN-P702-RXQC

○ Where can I find my Unique ID?

## Claim Information

Claim Number

3238

Claim Name

████████████████

Claimant Address on File

████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

████████████████

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

████████████

Street2

City

████

State

██

Zip

████

Country

██████

Telephone Number

████████

Email Address

██████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄  IMG_2308.jpeg                                                                                              2 MB

## Signature

Sign Here



Print Name

▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



Claim Number: 21043

Claimant Name █████████████████

Link to Your Objection Information: ██████████████████
████████████████████

Unique ID: 41LP-A6DN-7AI0-HI8M

Received

JAN 2 3 2024

Kroll Restructuring Administration

My response to 14th Omnibus Objection by Blockfi Inc.

My proof of claim (21043) from 2/15/2023 of $30,248.00 is based on the value of my coins at the time of the filing. Blockfi has refused to allow me to transfer my coins since November 2022, which has prevented me from trading and selling those coins for substantial gains. Their incompetence has caused severe hardship in my personal finances.

Today (1/18/2024) the value of my assets held by Blockfi is $31,763.38:

0.5469 Bitcoin @ $42,720 = $23,352.00

287 Chainlink @ $15.24 = $4,373.88

42 Litecoin @ $69 = $2,898

0.3563 Ethereum @ $2,527 = $900

998 Basic Attention Token @ $0.24 = $239.50

If I were allowed to trade these assets when I wanted to, I would have well over $50,000. This means that I am giving Blockfi close to a $20,000.00 discount on my claim.

I will not accept a settlement below $30,000.00.

Here's a novel idea: why not return the actual assets to the owners? Why are we transacting in US Dollars when Blockfi claimed that 95% of the coins were held in "cold storage"?

Sincerely,





18 JAN 2024   PM 6  L

BlackFi Inc. 14th Omnibus Objection Response Processing Center
C/O Kroll Restructuring Administration LLC
Grand Central Station, P.O. Box 4850
New York, NY 10163-4850

**RECEIVED**

JAN 23 2024

KROLL RESTRUCTURING
ADMINISTRATION

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator,  filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

U9CN-CZKW-LBEA-4TD0

○ Where can I find my Unique ID?

## Claim Information

Claim Number

7642

Claim Name

████████████████

Claimant Address on File

████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fourteenth Omnibus Objection Response Portal

Upload Here

| | |
|---|---|
| 📄 BlockFi IBA Statement▮▮▮▮▮ 023fda98 (1).pdf | 28 KB |

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022 BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**     October 31, 2022

---

You earned approximately
**$5.19 \*** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$20,492.00 | **0.00012394**<br>$2.54 | 0 | **0.00813185**<br>$166.64 |
| **1 GUSD**<br>$1.00 | 0 | **2.65000000**<br>$2.65 | **2.65000000**<br>$2.65 |
| **Total\*** in USD | **$2.54** | **$2.65** | **$169.29** |

# October 2022  BlockFi Interest Account Statement

**Flex Selection**          ---
**Month Ending**            October 31, 2022

You earned approximately
**$2.37 *** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00003255<br>$0.67 | 0.01117797<br>$229.06 |
| **1 ETH**<br>$1,572.90 | 0.00105214<br>$1.65 | 0.36064314<br>$567.26 |
| **1 GUSD**<br>$1.00 | 0.00027559<br>$0.00 | 0.04504047<br>$0.05 |
| **1 LTC**<br>$55.02 | 0.00088102<br>$0.05 | 0.52432561<br>$28.85 |
| **1 PAXG**<br>$1,627.28 | 0 | 0.00000708<br>$0.01 |
| **1 USDC**<br>$1.00 | 0.00009331<br>$0.00 | 0.01526610<br>$0.02 |
| **Total*** in USD | **$2.37** | **$825.25** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 13SI-K446-MU97-5S00 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 1902 |
|---|

Claim Name

| ██████████████ |
|---|

Claimant Address on File

| ███████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ████████████ |
|---|

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

███████████

Street2

███████████

City

██████

State

Zip

███████

Country

███████████

Telephone Number

███████████

Email Address

███████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 📄 | ▓▓▓▓ 1902-2.pdf | 35 KB |

## Signature

Sign Here



Print Name

▓▓▓▓▓▓▓▓▓

Email Address

▓▓▓▓▓▓▓

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.

 (Claim Number 1902)

25th January 2024

Kroll Restructuring Administration LLC

55 East 52nd Street 17 Fl
New York NY 10055

Dear Sirs

I am writing in response to your email of 5 January 2024, providing documents in which you set out that the position of BlockFi and its debtor affiliates is that my claim of $19,979.63 does not match your records.

I will agree to modify my claim to the sum of $17,323.62 - that being the total sum including $17,228.26 and $95.36 interest. My original claim is based on my own calculations of the value of my BlockFI account at the time. In the interests of settling my claim quickly and efficiently, I agree to modify it as per the above.

Yours faithfully



BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

PMPK-IQ2X-EONP-MF6F

○ Where can I find my Unique ID?

## Claim Information

Claim Number

16989

Claim Name

██████████

Claimant Address on File

██████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

██████████████

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

United States

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 🅐 New Blockfi objection.pdf | 95 KB |
|---|---|
| 🅐 New Blockfi objection.pdf | 95 KB |

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

January 25, 2024

BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

RE: Case 22-19361-MBK, Claim No. 16989

Dear Kroll Restructuring Administration:

In regards to the documents received today, January 25, 2024, indicating that I must
respond with the objection by debtors if I disagree by January 30, 2024.

I disagree with the objection because I purchased $10,000 of crypto "Pax Gold", PAXG.
I invested based on the fact that the PAXG was to be backed with vaulted real gold
bullions.

Consequently, my gold should be secured in a vault securely backing my PAXG
investment.

If managed responsibly it should still be vaulted. That was the reason I made this
investment.

I am a retiree, this is a major investment for my husband and I.

I don't understand all the legalize submitted. Since I received it so late, I just need to
turnaround this objection today.

Sincerely,

██████████

January 25, 2024

BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

RE: Case 22-19361-MBK, Claim No. 16989

Dear Kroll Restructuring Administration:

In regards to the documents received today, January 25, 2024, indicating that I must respond with the objection by debtors if I disagree by January 30, 2024.

I disagree with the objection because I purchased $10,000 of crypto "Pax Gold", PAXG. I invested based on the fact that the PAXG was to be backed with vaulted real gold bullions.

Consequently, my gold should be secured in a vault securely backing my PAXG investment.

If managed responsibly it should still be vaulted. That was the reason I made this investment.

I am a retiree, this is a major investment for my husband and I.

I don't understand all the legalize submitted. Since I received it so late, I just need to turnaround this objection today.

Sincerely,

███████████

RECEIVED

JAN 2 5 2024

KROLL RESTRUCTURING
ADMINISTRATION

12/30/2023

Kroll Restructuring Administration LLC

Re: Objection to Proposed Cap on Claim in BlockFi Bankruptcy Case

Docket #2006

Claim #**1197**

Dear Kroll Restructuring Administration LLC

I am writing to formally object to the proposed cap on my claim in the BlockFi bankruptcy case. My claim is related to cryptocurrency assets held with BlockFi at the time of the account freeze.

Value Assessment:

> To provide clarity to the court, my cost for acquiring these Bitcoins was approximately $52,000+ per BTC, totaling approximately $700,000 for the crypto in question.

Request:

> Given the substantial appreciation in the value of these assets and my cost basis, I respectfully request the court to consider returning the cryptocurrency assets themselves rather than imposing a cap on my claim. This approach ensures that I receive the fair market value of my assets at the time of the account freeze.

Background:

> At the time when my account with BlockFi was frozen, I had roughly 14 BTC in Private Client Lending and several other cryptos in the Interest accounts. The approximate cash value at the time of the Blockfi account freeze was $250,000.

However, Blockfi froze their accounts at the exact bottom of the market and I would like to bring to the court's attention that the current market value of these crypto assets has appreciated significantly and is well over double the original value - see the below chart where they froze withdraws and accounts at the red circle.



Additionally, our company plan had been to hold the assets as crypto for a long duration to reap the benefits of the assets appreciating over many years.

Fairness and Equitability:

I believe that this request is in line with the principles of fairness and equitability in bankruptcy proceedings. It ensures that creditors are not unfairly disadvantaged due to the appreciation of the assets held by the debtor during the course of the proceedings. And adding a cap to my claim based on Blockfi's evaluation of asset value would put my claim at a disadvantage.

I am open to working with the court, the trustee, or any relevant parties to facilitate the return of the cryptocurrency assets in question promptly and in accordance with the court's decisions.

I kindly request that this objection be taken into consideration during the court's deliberations on the proposed cap. I am available for any further information or discussions that may be necessary to reach a fair resolution.

Thank you for your attention to this matter. I look forward to a just resolution of my claim in the BlockFi bankruptcy case.

Sincerely,





NOVA 220

22 JAN 2024  PM 2  L



**RECEIVED**

JAN 25 2024

KROLL RESTRUCTURING
ADMINISTRATION

BlockFi Inc 14th Omnibus Objection
Response Process Center
c/o Kroll Restructuring Administration LLC
Grand Central Station PO Box 4850
New York, NY 10163-4850

10163-485050

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| W9S2-LTCQ-62VK-V0KD |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 16927 |
|---|

Claim Name

| ▮▮▮▮▮▮ |
|---|

Claimant Address on File

| ▮▮▮▮▮▮▮▮▮▮▮▮ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fourteenth Omnibus Objection Response Portal

Upload Here

| 📄 Blockfi Fourteenth Omnibus- Claim 16927.pdf | 38 KB |
|---|---|

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



28 January, 2024

**REF: Blockfi Fourteenth Omnibus**
**Claim Number: 16927**

Dear Sir/ Madam,

I would like to revise my claim to the amount below.  This is a result of me receiving updated information regarding the amount of funds in my BlockFi interest account.

Amount: $332.47
BIA Interest: $0.88

**TOTAL: $333.35**

Yours Sincerely,

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

68S8-D0FN-Z85N-2HFS

○ Where can I find my Unique ID?

## Claim Information

Claim Number

870

Claim Name

████████████████

Claimant Address on File

████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

████████████████

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

████████

Street2

City

████

State

██

Zip

████

Country

████████

Telephone Number

████████

Email Address

████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

██████████████

Street1

████████

Street2

City

████

State

█

Zip

████

Country

████████

Telephone Number

████████

Email Address

██████████████

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 ███████████ 14th Omnibus Objec ion to Claims- Claim Number 870.pdf          291 KB

## Signature

Sign Here



Print Name

████████████████

Email Address

███████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



To whom it may concern,

I am submitting an objection to my claim number 870 on the basis that the value of the cryptocurrency in my Blockfi interest-bearing account is much higher than the current amount of my claim.

**The amount of my claim is to be corrected to $26,167.97.**

My account still has the following cryptocurrency values (see screenshot of account for evidence):

Ethereum – 4.01126908 coins
Litecoin – 4.00981523 coins
Bitcoin – 0.39878023 coins
Gemini-USD – 0.20 coins



The market value of these coins is the following as of market opening on January 28th, 2024 are the following (also see screenshots for evidence):

**Ethereum** – 4.01126908 coins = **$9098.32** @ $2,268.19 per coin

## ETH-USD – Ethereum USD

| Date | Open | High |
|------|------|------|
| Jan 28, 2024 | 2,268.19 | 2,306.90 |

**Litecoin** – 4.00981523 coins = **$272.98** @ $68.08 per coin

Litecoin (LTC) price per day from October 16, 2020 to January 28, 2024 (in U.S. dollars)

| Characteristic | Price in U.S. dollars |
|------|------|
| Jan 28, 2024 | 68.08 |

**Bitcoin** – 0.39878023 coins = **$16,796.46** @ $42,119.61 per coin

Bitcoin (BTC) price per day from October 16, 2020 to January 28, 2024 (in U.S. dollars)

| Characteristic | Bitcoin price index in U.S. dollars |
|------|------|
| Jan 28, 2024 | 42,119.61 |

Gemini-USD – 0.20 coins = **$0.20** USD

My claim amount should be **$9098.32 + $272.98 + $16,796.46 + $0.20 = $26,167.97**

Best Regards,

████████████████

01/28/2024

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

VY71-9PAT-2HHJ-L0RH

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

25004

Claim Name

▮▮▮▮▮▮▮▮▮▮▮▮

Claimant Address on File

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Fourteenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄  Screenshot 2024-01-30 at 4.46.11 pm.pdf                                                                                            167 KB

BlockFi Fourteenth Omnibus Objection Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



**Dashboard** / **Interest Account** / Bitcoin

# Interest Account

**Assets**

Overview

Bitcoin BTC

## Bitcoin BTC

Balance

# 0.15325862

**Recurring Trades**

| Recurring Trade | Buy Amount | Frequency | Scheduled |
| --- | --- | --- | --- |
| | You have not set up any recurring trades. | | |

**Transactions**

Your transaction history has moved. Visit the Dashboard to view Interest Account transactions.

**Go to Dashboard**

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

MU00-HZ31-3Z72-GOSU

○ Where can I find my Unique ID?

## Claim Information

Claim Number

19718

Claim Name

███████████

Claimant Address on File

███████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 I JUST WANT TO WITHDRAW MY MONEY OUT OF MY ACCOUNT.pdf                                    35 KB

## Signature

Sign Here



Print Name

▓▓▓▓▓▓▓

Email Address

▓▓▓▓▓▓▓

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

I JUST WANT TO WITHDRAW MY MONEY OUT OF MY ACCOUNT, PLEASE.

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

JNP9-STD7-64TT-F4DI

○ Where can I find my Unique ID?

## Claim Information

Claim Number

4299

Claim Name

▮▮▮▮▮▮

Claimant Address on File

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

▮▮▮▮▮▮

Street1

█████████

Street2

City

███████

State

█████████

Zip

███████

Country

███████████

Telephone Number

█████████

Email Address

████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| blockfi.jpg | 150 KB |
| BlockFi Supp Doc.pdf | 91 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

Hello,

These funds are held in crypto currencies not dollars. I am therefore if to be paid dollars, expecting
todays value of that fund. As a gesture of good will, I will accept not being paid the USDC amount.
The longer BlockFi sit on this payment, the further it will likely increase.

BTC = 0.06771758
USD = 2918.01823978

ETH = 0.53339782
USD = 1233.1304161888002

Total Owed in dollars as of 29/01/2024

**USD = $4151.14**


Kind Regards,
██████████



◆ BlockFi      Dashboard      Accounts ⌄      Withdraw

Profile Settings

Reports

Log Out

❗ **Important Update**
As previously notified, **Wallet withdrawals were suspended on December 31, 2023, at 11:59 PM UTC**. Any remaining wallet balances will be converted to cash and dist
clients in U.S. dollars.

- Clients that initiated a withdrawal request and need to verify their identity must complete the Identity Verification requests by January 12, 2024, at 11:59 PM

More information about withdrawals and balances can be found in our FAQ **here**.

Dashboard / Interest Account

# Interest Account



## Assets

- 🅢 Overview
- ₿ Bitcoin BTC
- ◆ Ethereum ETH
- 🅢 USD Coin USDC

**Your Assets**

| Asset | Quantity | |
|-------|----------|---|
| 🅢 USD Coin USDC | 18.81 USDC | › |
| ◆ Ethereum ETH | 0.53339782 ETH | › |
| ₿ Bitcoin BTC | 0.06771758 BTC | › |
| 🔷 Tether USDT | 0.01 USDT | › |

**Recurring Trades**

| Recurring Trade | Buy Amount | Frequency | Scheduled |
|-----------------|------------|-----------|-----------|

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed  he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| MBCK-JEJ5-FTWY-ZBJD |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 15495 |
|---|

Claim Name

| ▮▮▮▮▮▮ |
|---|

Claimant Address on File

| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |
|---|

BlockFi Fourteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fourteenth Omnibus Objection Response Portal

Upload Here

📄 Response to 14th Omnibus Objection for Case-19361-MBK.pdf                                    5 MB

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

# Response to 14th Omnibus Objection for Case-19361-MBK

To whom it may concern,

The 14th Omnibus Objection incorrectly states that the Asserted Claim Amount for claim number 15495 is $0.90 (see both Figure 6.1 and 6.2).
Figure 1 clearly shows that the Interest Bearing Account Holder Proof of Claim Form submitted by ███████ ███ asserted assets totalling $83,934.52 for the BIA account. (Note that there was no field to capture amounts relating to BIA Interest unpaid). This value exactly matches the sum shown in Figure 3 as well as the scheduled amount shown in Figure 6.1 and 6.2.

The asserted claim amount has therefore been incorrectly stated in the 14th Omnibus Objection and should be amended accordingly to match the claim amounts shown in Figure 3 and submitted as per Figure 1.

Supporting information in Figure 4.1 shows that claim number 15495 matched with the scheduled claim with a capped total of $84,416.84. This value includes assets in the BIA account of $83,934.52 plus the BIA Interest of $482.33.

To summarise, the values in the "Surviving claim" information in Figure 6.2 are correct but the "Asserted claim amount" is not. Consequently the statement that "Asserted Claim amount does not match BlockFi's books and records" is also incorrect. I accordingly expect the objection to be rejected in its current form and amended to be truthful.

Sincerely,



# Supporting articles

**Supporting articles**                                                                                 **2**

   Figure 1:  Interest Bearing Account Holder Proof of Claim Form                         2

   Figure 2.1: Asserted Claims for Case 22-19361 (MBK)                                    14

   Figure 2.2: Identifiable Unliquidated Claims for Case 22-19361 (MBK)                   15

   Figure 3: Schedule & Wallet Information                                                15

   Figure 4.1: Page 129 of Schedule A in Case 22-19361-MBK (Motion to Enable First Interim
Distribution)                                                                                           19

   Figure 4.2: Page 20 of Schedule B of Case 22-19361-MBK (Motion to Enable First Interim
Distribution)                                                                                           20

   Figure 5: BlockFi Interest Account balance as of 29th January 2024                    21

   Figure 6.1: Page 104 of Case-22-19361-MBK, Doc 2010, 14th Omnibus Objection          22

   Figure 6.2: 14th Omnibus Objection for Claim 15495                                   23

## Figure 1:  Interest Bearing Account Holder Proof of Claim Form

[see next page]

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

# BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

## Electronic Proof of Claim ID

If you have an EPOC ID please enter it below and select next to proceed with your claim submission.  EPOC IDs can be located on the pre-printed proof of claim forms sent via first-class mail.

EPOC ID

221936805115227

EPOC IDs are not required to submit a claim.  If you cannot locate your EPOC ID or do not have an EPOC ID, please select next to continue with your claim submission.

## Instructions

**Read the instructions before filling out this form. This form is for making a claim based on assets held in account of the Debtors.** **Do not** use this form to assert any other pre-petition claims. **Do not** use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed (November 28, 2022).**

☑ Check here to see further instructions on completing your claim form:

## Debtor Selection

**If you have one or more Interest-Bearing accounts (i.e. BlockFi Interest Accounts or BlockFi Private Client Fixed or Open Loans), fill in this information to identify the case:**

U.S. client
Non-U.S. client

☑ BlockFi International Ltd. (Case No. 22-19368)
☐ Other

## Claim Information

**1. Who is the current creditor?**

Other names the creditor used with the debtor

Customer Identification Number(s):

Email Address Used to Sign Up for your BlockFi Account(s):

**2. Has this claim been acquired from someone else?**

◉ No
○ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

---

**Where should notices to the creditor be sent?**

Name:

[REDACTED]

Address 1 (Street address, "Care of:", or "Attention To:"):

[REDACTED]

Address 2:

[REDACTED]

Address 3:

Address 4:

City:

[REDACTED]

State or Province (use 2-letter abbreviation if US or Canada):

[REDACTED]

Zip Code | Postal Code:

[REDACTED]

Is the creditor address outside of the US?

■ No

Yes

Country (if outside of the US):

[REDACTED]

Contact phone:

[REDACTED]

Contact email:

Should payments go to a different address?

○ No

○ Yes

**Would you like to add any additional noticing addresses?**

◉ No

○ Yes

**4. Does this claim amend one already filed?**

◉ No

○ Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

◉ No

○ Yes

**6. Do you have any number you use to identify the debtor?**

◉ No

○ Yes

## Claim Amount

* **7a. To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022)**

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

BlockFi Interest Account (BlockFi International Ltd.; Case No. 22-19368)

| 83934.51507 |
| --- |

BlockFi Private Client Fixed or Open Loans (BlockFi International Ltd.; Case No. 22-19368)

|  |
| --- |

**\* 7b. List the number of each type of coin held in your Wallet account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in your Wallet account(s) as of the date the case was filed).**

Please use only numerals and decimals in the BlockFi Interest Account(s) and BlockFi Private Client Fixed or Open Loans fields, up to a maximum of 21 digits or 20 digits and 1 decimal.

Interest Bearing Accounts

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| --- | --- | --- | --- |
| Bitcoin (BTC) | $ 16,206.3000 | 0.00301594 | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Ethereum (ETH) | $ 1,167.2400 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Gemini Dollar (GUSD) | $ 1.0000 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| USD Coin (USDC) | $ 1.0000 | 83885.63784 | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| 1inch Network1 (INCH) | $ 0.5170 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Aave (AAVE) | $ 60.1500 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Algorand (ALGO) | $ 0.2359 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Avalanche (AVAX) | $ 12.4500 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Axie Infinity (AXS) | $ 6.5600 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Basic Attention Token (BAT) | $ 0.22322 | | |

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Binance Coin (BNB) | $ 292.7865 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Bitcoin Cash (BCH) | $ 109.9100 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Binance USD (BUSD) | $ 1.0000 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Cardano (ADA) | $ 0.3064 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Chainlink (LINK) | $ 7.1940 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Celo (CELO) | $ 0.6170 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Chiliz (CHZ) | $ 0.1642 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Compound (COMP) | $ 37.1600 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Cosmos (ATOM) | $ 9.8590 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Curve DAO Token (CRV) | $ 0.6450 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Decentraland (MANA) | $ 0.3862 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| DogeCoin (DOGE) | $ 0.09506 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| dYdX (DYDX) | $ 1.6660 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Elrond (EGLD) | $ 42.1390 | | |

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Enjin Coin (ENJ) | $ 0.2960 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| EOS (EOS) | $ 0.9034 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Fantom (FTM) | $ 0.2049 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Filecoin (FIL) | $ 4.2530 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| FTX Token (FTT) | $ 1.2923535 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Gala (GALA) | $ 0.02478 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Hedera Hashgraph (HBAR) | $ 0.0486 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Kusama (KSM) | $ 25.5900 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Litecoin (LTC) | $ 73.8500 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Loopring (LRC) | $ 0.2368 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Maker (MKR) | $ 645.4100 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Multi Collateral Dai (DAI) | $ 0.9997 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Near (NEAR) | $ 1.5900 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| OMG Network (OMG) | $ 1.1605 | | |

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| One Coin (ONE) | $ 0.0137 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| PAX Gold (PAXG) | $ 1,740.6400 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Paxos Standard Token (PAX) | $ 1.0000 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Polkadot (DOT) | $ 5.1340 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Polygon (MATIC) | $ 0.8209 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Quant (QNT) | $ 112.4100 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Render Token (RNDR) | $ 0.4672 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Serum (SRM) | $ 0.2330 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Solana (SOL) | $ 13.3200 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Stellar (XLM) | $ 0.087183 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| SushiSwap (SUSHI) | $ 1.3348 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Synthetix (SNX) | $ 1.6620 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Terra 2.0 (LUNA) | $ 0.0001552 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Tether (USDT) | $ 0.9995 | | |

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Tezos (XTZ) | $ 0.9750 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| The Graph (GRT) | $ 0.0622 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| The Sandbox (SAND) | $ 0.5531 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| THORchain (RUNE) | $ 1.1670 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Tron (TRX) | $ 0.052973 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| TrueUSD (TUSD) | $ 0.9997 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Uniswap (UNI) | $ 5.2830 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Waves (WAVES) | $ 2.3300 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Yearn.Finance (YFI) | $ 6,266.5000 | | |

Do you hold additional coins in your account not listed above?

◉ No
○ Yes

## Additional Claim Information

**8. What is the basis of the claim?** (limited to 100 characters)

Client Account

**9. Is all or part of the claim secured?**

◉ No
○ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.

☐ Motor vehicle

☐ Other.

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

**Basis for perfection:**

**Value of property (all amounts in US $ dollars):**

**Amount of the claim that is secured (all amounts in US $ dollars):**

**Amount of the claim that is unsecured (all amounts in US $ dollars):**

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars):**

**Interest Rate Type:**                    **Annual Interest Rate (when case was filed) %:**

○ Fixed
○ Variable

**10. Is this claim based on a lease?**
◉ No
○ Yes

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars).**

**11. Is this claim subject to a right of setoff?**
◉ No
○ Yes

Identify the property:

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**
◉ No
○ Yes

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

---

Check the appropriate box:

- ◉ I am the creditor.
- ○ I am the creditor's attorney or authorized agent.
- ○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- ○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

| 03/20/2023 |

Signature



I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

**Name of the person who is completing and signing this claim:**

First name

| ▮▮▮▮ |

Middle Name

| ▮▮▮▮ |

Last name

| ▮▮▮ |

Title

| ▮▮▮ |

Company

| |

---

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form          9 / 11

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

Address 1:

█████████████

Address 2:

Address 3:

Address 4:

City:

████

State or Province (use 2-letter abbreviation if US or Canada):

██████

Zip Code | Postal Code:

████████

Is the address outside of the US?

○ No
● Yes

Country (if outside of the US):

████████

Contact phone:

Contact email:

█████████████

Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

○ I have supporting documentation
● I do not have supporting documentation

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

## Confirmation of Submission

**Your Form has been successfully submitted...**

| DOCUMENT ID | Submitted Date Time |
|---|---|
| ███████████████████ | 2023-03-20T21:10:06.476Z |

| Status | CONFIRMATION ID |
|---|---|
| Submitted | 3275-48-TXCGB-810444632 |

Submission Email Address

████████████████

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as your Confirmation ID.

Figure 2.1: Asserted Claims for Case 22-19361 (MBK)

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 15495 | ███ | $0 | $0 | $0 | $84416.84-BlockFi International LTD. | Yes |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

Figure 2.2: Identifiable Unliquidated Claims for Case 22-19361 (MBK)

Debtor: BlockFi Inc., *et al.*
Jointly Administered Case Number: 22-19361 (MBK)
Exhibit B: Identifiable Unliquidated Claims

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 16368 | ▮ | $0 | $0 | $0 | $84416.84-BlockFi International LTD. | Yes |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

Figure 3: Schedule & Wallet Information

# BlockFi Inc. Schedule and Wallet Information Portal

## Schedule and Wallet Information Overview

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, the "Debtors") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). The cases are jointly administered under Case No. 22-19361.

**On January 30, 2023, the Court entered an Order setting March 31, 2023, at 5:00 p.m. (prevailing Eastern time) as the General Claims Bar Date in these cases (the "Bar Date Order").** To view the Bar Date Order, please click here.

Prior to the entry of the Bar Date Order, on January 12, 2023, the Debtors filed their Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("SOFA"). All known creditors of the Debtors, as of the November 28, 2022, petition date, are listed on the Debtors' Schedules. In addition, the Debtors listed certain amounts held in wallet accounts on their SOFAs in response to Question 21. Note that client coin balances reflected in SOFA Question 21 are as of November 10, 2022, at 8:15 p.m. ET (i.e., 1:15 UTC on November 11, 2022) (the "Platform Pause"). Coin values presented in SOFA Question 21 utilize market prices as of 11:59 UTC on November 28, 2022 (the "Petition Date"). Client coin balances are not impacted by the user interface updates that have been approved by the United States Bankruptcy Court for the District of New Jersey pursuant to the Wallet Order [Docket No. 923]. (This portal was updated on June 6, 2023, to reflect updates since the Petition to the wallet balances of certain clients in connection with certain post-Platform Pause deposits, ACH returns, and government seizures.)

To protect the confidentiality of individual clients, the names and addresses of these parties are not detailed on the publicly filed Schedules and Statements. If you are a client whose claim is scheduled by one or more of the Debtors, you were sent an email and/or first-class mail package from Kroll with information on the amount and nature of your scheduled claim.

If you are unable to locate your personalized schedule claim information in your email or mailbox, the Debtors have set up this portal to assist you with locating this information. Please follow the instructions below to obtain information on (i) whether or how the Debtors have scheduled your claim and/or (ii) your wallet balance as of, or after, the November 28, 2022, petition date.

For additional information on these cases or to submit a claim, please go to https://restructuring.ra.kroll.com/blockfi/Home-Index.

## Customer Identification

**Important note: you will need to fill out this form twice. Once to receive a Unique ID and a second time to see your claims. Read and follow the steps carefully.**

Please follow these steps to confirm your identity as a BlockFi client.

**Step 1:** Enter the email address you use to login into your BlockFi account below.

**Step 2:** If this is your first time entering your information, click "No" for the question asking, "Have you already received your Kroll issued Unique ID?" A new field will display to enter your BlockFi Account ID.

**Step 3:** Enter your BlockFi Account ID and click "Submit."

**Step 4:** Check your email. You should receive a 16-digit unique ID issued from Kroll to use in the form.

**Step 5:** Click the first blue link to bring up a refreshed version of the same information portal.

**Step 6:** Enter your email address again.

**Step 7:** Click "Yes" to the question, "Have you already received your Kroll issued Unique ID?"

**Step 8:** A new field will display where you can input your Kroll issued Unique ID from the email.

**Step 9:** Once you input your Unique ID, your Claims and Wallet Account information will automatically display on the screen.

Please note, if you cannot find your account number on this portal, you should check to see if you have a balance in your account on BlockFi.com. Accounts with $0 balances on BlockFi.com will not appear on this portal.

**Email Address on file with BlockFi:**

Have you already received your Kroll issued Unique ID (XXXX-XXXX-XXXX-XXXX) via email to view how you were listed in the Debtors' Schedules and/or Statements?
- ● Yes
- ○ No

To access your scheduled claim and custodial wallet account information, please enter the Unique ID you received via email in the field below.

BlockFi Inc. Schedule and Wallet Information Portal

**Kroll issued Unique ID**

9443-9390-4512-4373

Don't have a Kroll issued Unique ID?  Please click 'No' above, enter your BlockFi Email address, BlockFi Account ID, and click Submit to obtain your Unique ID.

## Claim Information

| EPOC ID(s)* | Scheduled Debtor Name (s) | Schedule Number (s) | Claim Type(s) | Claim Amount | Scheduled as Contingent, Unliquidated, or Disputed (C, U, or D)? | Amount, Nature, and Priority of Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 221936805115227 | BlockFi International Ltd. | 5115227 | BIA | $83,934.52 | | Debtor BlockFi International Ltd. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in the amount of USD $83,934.52. The basis of this claim is BIA. If you agree with the claim amount and characterization, you do not need to submit a claim form. If you disagree, you must timely file a proof of claim form or be forever barred from further recovery. |
| 221936805114717 | BlockFi International Ltd. | 5114717 | BIA Interest | $482.33 | | Debtor BlockFi International Ltd. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in the amount of USD $482.33. The basis of this claim is BIA Interest. If you agree with the claim amount and characterization, you do not need to submit a claim form. If you disagree, you must timely file a proof of claim form or be forever barred from further recovery. |

*Your E-POC ID is your Electronic Proof of Claim ID. Your Electronic Proof of Claim ID is also found on the pre-printed claim form sent to you via first-class mail. If you disagree with the scheduled amount and/or categorization of your claim, please utilize your Electronic Proof of Claim ID to tie your filed claim to your scheduled claim when submitting an electronic proof of claim form at https://restructuring.ra.kroll.com/blockfi/EPOC-Index.

BlockFi Inc. Schedule and Wallet Information Portal

Custodial Wallet Account contents as of, or after, the November 28, 2022, Petition Date

| Wallet Debtor Name | Wallet In-Kind Coin Balance | Wallet Digital Asset Coin | |
|---|---|---|---|
| BlockFi International Ltd. | 0.90057762 | gusd | |

Figure 4.1: Page 129 of Schedule A in Case 22-19361-MBK (Motion to Enable First Interim Distribution)

Case 22-19361-MBK    Doc 2006-1    Filed 12/20/23    Entered 12/20/23 20:22:21    Desc
Schedule A    Page 129 of 299

| Claim# | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s)? |
|---|---|---|---|---|---|---|
| 15330 | -Redacted- | $0 | $0 | $0 | $303.75-BlockFi International LTD. | No |
| 15331 | -Redacted- | $0 | $0 | $0 | $32218.26-BlockFi International LTD. | Yes |
| 15340 | -Redacted- | $0 | $0 | $0 | $2445.1-BlockFi International LTD. | No |
| 15346 | -Redacted- | $0 | $31275-BlockFi Lending LLC | $0 | $240.66-BlockFi Inc. | Yes |
| 15347 | -Redacted- | $0 | $0 | $0 | $1102.99-BlockFi International LTD. | Yes |
| 15363 | -Redacted- | $0 | $0 | $0 | $0-BlockFi Inc. $67863.33-BlockFi Lending LLC | Yes |
| 15366 | -Redacted- | $0 | $0 | $0 | $1311.64-BlockFi Inc. $704.82-BlockFi International LTD. | Yes |
| 15368 | -Redacted- | $0 | $0 | $0 | $8191.45-BlockFi International LTD. | No |
| 15372 | -Redacted- | $0 | $0 | $0 | $0.27-BlockFi Inc. $9337.92-BlockFi Lending LLC | Yes |
| 15385 | -Redacted- | $0 | $0 | $49335.73-BlockFi International LTD. | $43302.91-BlockFi International LTD. | Yes |
| 15391 | -Redacted- | $0 | $0 | $0 | $1324.92-BlockFi Inc. $811.4-BlockFi International LTD. | Yes |
| 15394 | -Redacted- | $0 | $0 | $0 | $16901.96-BlockFi International LTD. | Yes |
| 15397 | -Redacted- | $0 | $0 | $0 | $17926.92-BlockFi Inc. | No |
| 15413 | -Redacted- | $0 | $0 | $0 | $500-BlockFi Inc. | No |
| 15415 | -Redacted- | $0 | $0 | $0 | $2000-BlockFi International LTD. | No |
| 15418 | -Redacted- | $0 | $0 | $0 | $5007.76-BlockFi International LTD. | Yes |
| 15421 | -Redacted- | $0 | $0 | $0 | $34.42-BlockFi International LTD. | No |
| 15428 | -Redacted- | $0 | $0 | $0 | $531.24-BlockFi Inc. | No |
| 15439 | -Redacted- | $0 | $0 | $0 | $5538.65-BlockFi Inc. | No |
| 15452 | -Redacted- | $0 | $0 | $0 | $12000-BlockFi International LTD. | No |
| 15454 | -Redacted- | $0 | $0 | $0 | $87.33-BlockFi International LTD. | Yes |
| 15458 | -Redacted- | $0 | $37723.7-BlockFi International LTD. | $0 | $122.46-BlockFi International LTD. | Yes |
| 15459 | -Redacted- | $0 | $0 | $0 | $383.18-BlockFi International LTD. | No |
| 15460 | -Redacted- | $0 | $0 | $0 | $2332.32-BlockFi Inc. | Yes |
| 15461 | -Redacted- | $0 | $0 | $0 | $1086.19-BlockFi International LTD. | Yes |
| 15463 | -Redacted- | $0 | $0 | $0 | $3053.12-BlockFi International LTD. | No |
| 15469 | -Redacted- | $0 | $0 | $0 | $123.11-BlockFi International LTD. | Yes |
| 15476 | -Redacted- | $0 | $0 | $0 | $1200.3-BlockFi International LTD. | Yes |
| 15479 | -Redacted- | $0 | $0 | $0 | $1012.76-BlockFi International LTD. | Yes |
| 15480 | -Redacted- | $0 | $0 | $0 | $1375-BlockFi International LTD. | No |
| 15483 | -Redacted- | $0 | $0 | $0 | $3333.55-BlockFi International LTD. | Yes |
| 15484 | -Redacted- | $0 | $0 | $0 | $6556-BlockFi International LTD. | No |
| 15485 | -Redacted- | $0 | $0 | $0 | $3973-BlockFi International LTD. | No |
| 15492 | -Redacted- | $0 | $28.41-Multiple Debtors Asserted | $0 | $0.07-BlockFi Inc. $16.25-Multiple Debtors Asserted | Yes |
| 15493 | -Redacted- | $0 | $0 | $0 | $2895-BlockFi International LTD. | No |
| 15494 | -Redacted- | $0 | $0 | $0 | $17565-BlockFi International LTD. | No |
| 15495 | -Redacted- | $0 | $0 | $0 | $84416.84-BlockFi International LTD. | Yes |
| 15496 | -Redacted- | $0 | $0 | $0 | $1913.05-BlockFi International LTD. | Yes |
| 15503 | -Redacted- | $0 | $0 | $0 | $5410.01-BlockFi International LTD. | No |
| 15504 | -Redacted- | $0 | $0 | $2322.1-BlockFi Inc. | $1370.78-BlockFi International LTD. | Yes |
| 15513 | -Redacted- | $0 | $0 | $0 | $13661.8-BlockFi Inc. | No |
| 15518 | -Redacted- | $0 | $0 | $0 | $14080.43-BlockFi International LTD. | Yes |
| 15523 | -Redacted- | $0 | $0 | $0 | $750-BlockFi Inc. | No |
| 15526 | -Redacted- | $0 | $0 | $0 | $65.67-BlockFi Inc. | No |
| 15527 | -Redacted- | $0 | $0 | $0 | $6962.12-BlockFi International LTD. | No |
| 15533 | -Redacted- | $0 | $0 | $0 | $308.5-BlockFi International LTD. | No |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0

Figure 4.2: Page 20 of Schedule B of Case 22-19361-MBK (Motion to Enable First Interim Distribution)

Case 22-19361-MBK    Doc 2006-2    Filed 12/20/23    Entered 12/20/23 20:22:21    Desc
Schedule B    Page 20 of 85

| Claim# | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s)? |
|---|---|---|---|---|---|---|
| 16274 | -Redacted- | $0 | $0 | $0 | $4658.86-BlockFi International LTD. | Yes |
| 16275 | -Redacted- | $0 | $0 | $0 | $237.11-BlockFi Inc. | Yes |
| 16276 | -Redacted- | $0 | $0 | $0 | $0.15-BlockFi Inc. | Yes |
| 16277 | -Redacted- | $0 | $0 | $0 | $118.34-BlockFi Inc. | Yes |
| 16278 | -Redacted- | $0 | $0 | $0 | $48.38-BlockFi Inc. | Yes |
| 16281 | -Redacted- | $0 | $0 | $0 | $48.31-BlockFi Inc. | Yes |
| 16290 | -Redacted- | $0 | $0 | $0 | $3.58-BlockFi International LTD. | Yes |
| 16295 | -Redacted- | $0 | $0 | $0 | $13.04-BlockFi Inc. | Yes |
| 16296 | -Redacted- | $0 | $0 | $0 | $279.17-BlockFi International LTD. | Yes |
| 16298 | -Redacted- | $0 | $0 | $0 | $15592.83-BlockFi Inc. | Yes |
| 16302 | -Redacted- | $0 | $0 | $0 | $2429.54-BlockFi Inc. | Yes |
| 16303 | -Redacted- | $0 | $0 | $0 | $225.04-BlockFi Inc. | Yes |
| 16310 | -Redacted- | $0 | $0 | $0 | $1394.27-BlockFi Inc. | Yes |
| 16313 | -Redacted- | $0 | $0 | $0 | $604.94-BlockFi International LTD. | Yes |
| 16321 | -Redacted- | $0 | $0 | $0 | $1109-BlockFi Inc. | Yes |
| 16327 | -Redacted- | $0 | $0 | $0 | $40.11-BlockFi Inc. | Yes |
| 16332 | -Redacted- | $0 | $0 | $0 | $151.16-BlockFi Inc. | Yes |
| 16334 | -Redacted- | $0 | $0 | $0 | $2774.4-BlockFi Inc. | Yes |
| 16335 | -Redacted- | $0 | $0 | $0 | $185.4-BlockFi International LTD. | Yes |
| 16341 | -Redacted- | $0 | $0 | $0 | $127.84-BlockFi International LTD. | Yes |
| 16344 | -Redacted- | $0 | $0 | $0 | $60-BlockFi Inc. | Yes |
| 16346 | -Redacted- | $0 | $0 | $0 | $28623.12-BlockFi Inc. | Yes |
| 16355 | Deferred 1031, LLC | $0 | $0 | $0 | $3401175.7-BlockFi Lending LLC | Yes |
| 16359 | -Redacted- | $0 | $0 | $0 | $345.55-BlockFi Inc. | Yes |
| 16366 | -Redacted- | $0 | $0 | $0 | $745.58-BlockFi International LTD. | Yes |
| 16368 | -Redacted- | $0 | $0 | $0 | $84416.84-BlockFi International LTD. | Yes |
| 16371 | -Redacted- | $0 | $0 | $0 | $0.01-BlockFi Inc. | Yes |
| 16376 | -Redacted- | $0 | $0 | $0 | $217.73-BlockFi Inc. | Yes |
| 16381 | -Redacted- | $0 | $0 | $0 | $406.74-BlockFi International LTD. | Yes |
| 16385 | -Redacted- | $0 | $0 | $0 | $2646.37-BlockFi Inc. | Yes |
| 16387 | -Redacted- | $0 | $0 | $0 | $701.27-BlockFi Lending LLC | Yes |
| 16390 | -Redacted- | $0 | $0 | $0 | $3033.38-BlockFi International LTD. | Yes |
| 16392 | -Redacted- | $0 | $0 | $0 | $899.69-BlockFi Inc. | Yes |
| 16393 | -Redacted- | $0 | $0 | $0 | $598.46-BlockFi International LTD. | Yes |
| 16395 | -Redacted- | $0 | $0 | $0 | $583.45-BlockFi Inc. | Yes |
| 16397 | -Redacted- | $0 | $0 | $0 | $8934.95-BlockFi Inc. | Yes |
| 16400 | -Redacted- | $0 | $0 | $0 | $11817.54-BlockFi International LTD. | Yes |
| 16401 | -Redacted- | $0 | $0 | $0 | $12.04-BlockFi Inc. | Yes |
| 16402 | -Redacted- | $0 | $0 | $0 | $320.46-BlockFi Inc. | Yes |
| 16403 | -Redacted- | $0 | $0 | $0 | $26337.64-BlockFi Inc. | Yes |
| 16407 | -Redacted- | $0 | $0 | $0 | $24667.99-BlockFi Inc. | Yes |
| 16408 | -Redacted- | $0 | $0 | $0 | $7708.61-BlockFi Inc. | Yes |
| 16411 | -Redacted- | $0 | $0 | $0 | $109.4-BlockFi Inc. | Yes |
| 16415 | -Redacted- | $0 | $0 | $0 | $152.99-BlockFi Inc. | Yes |
| 16417 | -Redacted- | $0 | $0 | $0 | $62252.26-BlockFi Inc. | Yes |
| 16419 | -Redacted- | $0 | $0 | $0 | $3377.9-BlockFi International LTD. | Yes |
| 16424 | -Redacted- | $0 | $0 | $0 | $1870.75-BlockFi Inc. | Yes |
| 16425 | -Redacted- | $0 | $0 | $0 | $8511.3-BlockFi Inc. | Yes |
| 16429 | -Redacted- | $0 | $0 | $0 | $5533.91-BlockFi Inc. | Yes |
| 16431 | -Redacted- | $0 | $0 | $0 | $16455.57-BlockFi Inc. | Yes |
| 16433 | -Redacted- | $0 | $0 | $0 | $8904.97-BlockFi Inc. | Yes |
| 16439 | -Redacted- | $0 | $0 | $0 | $5829.53-BlockFi International LTD. | Yes |
| 16443 | -Redacted- | $0 | $0 | $0 | $1427.54-BlockFi Inc. | Yes |
| 16445 | -Redacted- | $0 | $0 | $0 | $430.57-BlockFi International LTD. | Yes |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0

Figure 5: BlockFi Interest Account balance as of 29th January 2024



Figure 6.1: Page 104 of Case-22-19361-MBK, Doc 2010, 14th Omnibus Objection

Debtor: BlockFi Inc et al.

Case 22-19361-MBK    Doc 2010    Filed 12/21/23    Entered 12/21/23 12:48:05    Desc Main
Document    Page 104 of 157

Legend: Basis for Objection

BR    Asserted claim amount does not match BlockFi's books and records
IC    Asserted against incorrect debtor entity or improperly asserts priority or secured status.

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection | Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA / BPC | Intl BIA / BPC Interest | Intl Loan | Surviving Claim Entity | Expunge / Modify |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25895 | -Redacted- | 3/15/2023 | BlockFi International Ltd. | 153.12 | BR | 25895 | - | - | - | - | - | 99.01 | 0.26 | - | BlockFi International LTD | Modify |
| 4377 | -Redacted- | 2/13/2023 | Multiple Debtors Asserted | 134.50 | BR IC | 4377 | 9.30 | 0.05 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 21274 | -Redacted- | 2/17/2023 | BlockFi Inc. | 261.17 | BR | 21274 | 1.51 | 0.01 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 11263 | -Redacted- | 3/13/2023 | BlockFi Inc. | 4,527.79 | BR | 11263 | 12.34 | 0.03 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 3259 | -Redacted- | 2/13/2023 | BlockFi Inc. | 764.57 | BR | 3259 | 11.98 | 0.07 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 22203 | -Redacted- | 3/16/2023 | Multiple Debtors Asserted | - | IC | 22203 | 895.35 | 2.37 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 6042 | -Redacted- | 2/27/2023 | BlockFi Inc. | 92.64 | BR | 6042 | 14.28 | 0.06 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 26565 | Social Platform Experts Corp | 3/23/2023 | BlockFi International Ltd. | 28,999.45 | BR | 26565 | - | - | - | - | - | 0.17 | 0.00 | - | BlockFi International LTD | Modify |
| 21988 | -Redacted- | 3/6/2023 | BlockFi Inc. | 13.78 | BR | 21988 | 10.21 | 0.03 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 1556 | -Redacted- | 1/11/2023 | BlockFi Inc. | 4,500.00 | BR | 1556 | 2,990.86 | 7.83 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 2503 | -Redacted- | 2/1/2023 | BlockFi Inc. | 8,726.00 | BR | 2503 | 7,273.99 | 25.79 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 93 | -Redacted- | 12/5/2022 | BlockFi Inc. | 1,707.73 | BR | 93 | 1,664.77 | 4.40 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 21503 | -Redacted- | 2/21/2023 | BlockFi Inc. | 6,247.71 | BR | 21503 | 5,764.18 | 27.46 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 20981 | -Redacted- | 2/13/2023 | BlockFi Inc. | 875.81 | BR | 20981 | 673.82 | 1.78 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 32530 | -Redacted- | 6/23/2023 | BlockFi Inc. | 1,035.75 | BR | 20981 | - | - | - | - | - | - | - | - | BlockFi Inc. | Expunge |
| 875 | -Redacted- | 12/29/2022 | BlockFi Inc. | 22,562.28 | BR | 875 | 11,280.38 | 62.76 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 18277 | -Redacted- | 3/6/2023 | BlockFi International Ltd. | 20.28 | BR | 18277 | - | - | - | - | - | 23.30 | 0.10 | - | BlockFi International LTD | Modify |
| 25094 | -Redacted- | 2/13/2023 | BlockFi International Ltd. | 1,211.29 | BR | 25094 | - | - | - | - | - | 910.14 | 2.41 | - | BlockFi International LTD | Modify |
| 23222 | -Redacted- | 3/31/2023 | Multiple Debtors Asserted | - | IC | 23222 | 3,356.28 | 8.87 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 18331 | -Redacted- | 3/11/2023 | BlockFi Inc. | 7.08 | BR | 18331 | 4,777.20 | 10.40 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 12608 | -Redacted- | 3/20/2023 | BlockFi Inc. | 19,024.57 | BR | 12608 | 82,550.64 | 206.35 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 5013 | -Redacted- | 3/7/2023 | BlockFi Inc. | 125.41 | BR | 5013 | 14.90 | 0.04 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 10987 | -Redacted- | 3/7/2023 | BlockFi Inc. | 20.44 | BR | 5013 | - | - | - | - | - | - | - | - | BlockFi Inc. | Expunge |
| 42 | -Redacted- | 12/1/2022 | BlockFi Inc. | 31,176.94 | BR | 42 | 31,319.06 | 52.53 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 9742 | -Redacted- | 3/18/2023 | BlockFi Inc. | 2,795.73 | BR IC | 9742 | - | - | - | - | - | 2,142.59 | 18.59 | - | BlockFi International LTD | Modify |
| 14924 | -Redacted- | 3/18/2023 | BlockFi International Ltd. | 1,281.26 | BR | 9742 | - | - | - | - | - | - | - | - | BlockFi International LTD | Expunge |
| 9702 | -Redacted- | 3/3/2023 | BlockFi Inc. | 242.80 | BR | 9702 | 9.43 | 0.02 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 17716 | -Redacted- | 2/27/2023 | BlockFi International Ltd. | 65.29 | BR | 17716 | - | - | - | - | - | 83.65 | 0.13 | - | BlockFi International LTD | Modify |
| 2374 | -Redacted- | 1/30/2023 | BlockFi Inc. | 73.48 | BR | 2374 | 64.61 | 0.20 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 14447 | -Redacted- | 3/30/2023 | BlockFi Inc. | 114.71 | BR | 14447 | 0.55 | 0.00 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 3220 | -Redacted- | 2/13/2023 | BlockFi Inc. | 4,235.95 | BR | 3220 | 3,259.57 | 8.58 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 23639 | -Redacted- | 3/30/2023 | BlockFi Inc. | 72,326.03 | BR | 23639 | 49,852.56 | 122.11 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 22842 | -Redacted- | 3/27/2023 | BlockFi Inc. | 970.78 | BR | 22842 | 599.16 | 1.50 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 2943 | -Redacted- | 2/12/2023 | BlockFi Inc. | 596.00 | IC | 2943 | - | - | - | - | - | 590.34 | 3.68 | - | BlockFi International LTD | Modify |
| 13614 | -Redacted- | 3/27/2023 | BlockFi Inc. | 1,620.96 | BR | 13614 | 1,172.94 | 3.12 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 16955 | -Redacted- | 3/13/2023 | BlockFi International Ltd. | 2,500.00 | BR | 16955 | - | - | - | - | - | 1,822.24 | 4.81 | - | BlockFi International LTD | Modify |
| 3757 | -Redacted- | 2/28/2023 | BlockFi Inc. | 130.24 | BR | 3757 | 1.13 | 0.01 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 20583 | -Redacted- | 2/15/2023 | BlockFi Inc. | 22,943.11 | BR | 20583 | 22,885.36 | 103.18 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 26748 | -Redacted- | 3/26/2023 | BlockFi International Ltd. | 1,510.00 | BR | 26748 | - | - | - | - | - | 1,359.43 | 3.59 | - | BlockFi International LTD | Modify |
| 1799 | -Redacted- | 1/24/2023 | BlockFi Inc. | 11,560.00 | BR | 1799 | 4,008.09 | 10.00 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 2376 | -Redacted- | 1/30/2023 | BlockFi Inc. | 15,186.00 | BR | 2376 | 14,230.57 | 69.48 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 18037 | -Redacted- | 3/16/2023 | BlockFi Inc. | 5,525.00 | BR | 18037 | 3,756.93 | 9.62 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 20370 | -Redacted- | 2/26/2023 | BlockFi Inc. | 3,882.38 | BR | 20370 | 2,990.84 | 9.72 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 24385 | -Redacted- | 3/16/2023 | BlockFi Inc. | 22,192.00 | BR | 24385 | 2.25 | 0.01 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 19642 | -Redacted- | 2/20/2023 | BlockFi Inc. | 21.82 | BR | 19642 | 14.51 | 0.04 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 11269 | -Redacted- | 3/14/2023 | BlockFi Inc. | 480.39 | BR | 11269 | 349.32 | 0.92 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 16899 | -Redacted- | 3/12/2023 | BlockFi Inc. | 15,847.22 | BR | 16899 | 12,481.61 | 23.04 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 2038 | -Redacted- | 1/17/2023 | BlockFi Inc. | 16,724.67 | BR | 2038 | 12,025.41 | 20.63 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 802 | -Redacted- | 12/27/2022 | BlockFi Inc. | 20,642.00 | BR | 802 | 0.00 | 2.99 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 18235 | -Redacted- | 3/3/2023 | BlockFi International Ltd. | 291.85 | BR | 18235 | - | - | - | - | - | 272.03 | 0.35 | - | BlockFi International LTD | Modify |
| 4348 | -Redacted- | 2/13/2023 | BlockFi International Ltd. | 2,023.41 | BR | 4348 | - | - | - | - | - | 1,932.58 | 5.01 | - | BlockFi International LTD | Modify |
| 27590 | -Redacted- | 3/26/2023 | BlockFi International Ltd. | 235.00 | BR | 27590 | - | - | - | - | - | 164.47 | 0.35 | - | BlockFi International LTD | Modify |
| 16382 | -Redacted- | 3/13/2023 | BlockFi Inc. | 3,350.00 | BR | 16382 | 10,641.26 | 20.08 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 21604 | -Redacted- | 3/10/2023 | BlockFi Inc. | 6.70 | BR | 21604 | 1,975.90 | 4.91 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 2914 | -Redacted- | 2/11/2023 | BlockFi Inc. | 12,563.98 | BR | 2914 | 12,182.54 | 64.46 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 15495 | -Redacted- | 3/20/2023 | BlockFi International Ltd. | 0.90 | BR | 15495 | - | - | - | - | - | 83,934.52 | 482.33 | - | BlockFi International LTD | Modify |
| 4928 | -Redacted- | 2/13/2023 | BlockFi International Ltd. | 11,274.65 | BR | 4928 | - | - | - | - | - | 8,678.49 | 19.56 | - | BlockFi International LTD | Modify |
| 6723 | -Redacted- | 3/2/2023 | BlockFi Inc. | 12,000.00 | BR | 6723 | 6,890.08 | 17.91 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 19484 | -Redacted- | 2/17/2023 | BlockFi Inc. | 243.77 | BR | 19484 | 159.40 | 0.42 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 5260 | -Redacted- | 2/14/2023 | BlockFi International Ltd. | 2,039.15 | BR | 5260 | - | - | - | - | - | 4.64 | 0.01 | - | BlockFi International LTD | Modify |
| 71 | -Redacted- | 12/2/2022 | BlockFi Inc. | 91,492.16 | BR | 71 | 91,203.26 | 477.50 | - | - | - | - | - | - | BlockFi Inc. | Modify |
| 1222 | -Redacted- | 1/9/2023 | BlockFi Inc. | 15,000.00 | BR | 1222 | 16,226.76 | 90.29 | - | - | - | - | - | - | BlockFi Inc. | Modify |

## Figure 6.2: 14th Omnibus Objection for Claim 15495

**Debtors: BlockFi Inc** *et al.*
**14th Omnibus Objection**

**Legend: Basis for Objection**

BR    Asserted claim amount does not match BlockFi's books and records
IC    Asserted against incorrect debtor entity or improperly assert priority or secured status

**Claim Info**

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 15495 | | 03/20/23 | BlockFi International Ltd. | $0.90 | BR |

**Schedule Info**

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 15495 | - | - | - | - | - | 83,934.52 | 482.33 | - | BlockFi International LTD |

**Expunge/Modify**

Modify

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

RS2M-YE61-M53T-PTHG

○ Where can I find my Unique ID?

## Claim Information

Claim Number

25285

Claim Name

███████████

Claimant Address on File

███████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 | IMG_1208.jpeg | 363 KB |

## Signature

Sign Here



Print Name

<!-- redacted -->

Email Address

<!-- redacted -->

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



## Interest Account



### Your Assets

| Asset | Quantity | |
|-------|----------|---|
| Chainlink LINK | 16.20260959 LINK | > |
| Uniswap UNI | 7.31543451 UNI | > |
| Litecoin LTC | 3.20996109 LTC | > |
| Ethereum ETH | 0.52127497 ETH | > |
| Bitcoin BTC | 0.13175294 BTC | > |
| Gemini USD GUSD | 0.05 GUSD | > |

### Recurring Trades

| Recurring Trade | Buy Amount | Frequency | Scheduled |
|-----------------|------------|-----------|-----------|

BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

F3WN-IPDK-C320-EKEZ

○ Where can I find my Unique ID?

## Claim Information

Claim Number

13651

Claim Name

██████████████

Claimant Address on File

████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

██████████████

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 image.jpg                                                                          1 MB

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

# October 2022 BlockFi Interest Account Statement

**Flex Selection**
**Month Ending**

\---

October 31, 2022

You earned approximately
## $165.18 * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00324198<br>$66.43 | 1.85319632<br>$37,975.70 |
| **1 ETH**<br>$1,572.90 | 0.04916166<br>$77.33 | 28.11266561<br>$44,218.41 |
| **1 GUSD**<br>$1.00 | 21.41664543<br>$21.42 | 3,497.66565343<br>$3,497.67 |
| **Total\* in USD** | **$165.18** | **$85,691.78** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.

Actual balances are denominated in cryptocurrency, not USD.

Actual amounts will vary based on activity, rates, and compliance with BlockFi's terms & conditions.

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On December 21, 2023, BlockFi, as supervised by the Plan Administrator, filed he *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 5, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before January 30, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 14<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 5, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 2P16-S1OA-ZVIP-MQVP |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 2701 |
|---|

Claim Name

| ██████████ |
|---|

Claimant Address on File

| ██████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 BlockFi_Response.pdf                                                                                    479 KB

## Signature

Sign Here

Print Name

▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

RE: Claim No. 2701

I am not an attorney, nor can I afford one. For this I can thank BlockFi.

Consequently I must ask the bankruptcy court's forgiveness for framing my objection in layman's terms. I suspect what I am about to say has limited legal value, but still I feel forced to forward the argument on the basis of simple common sense.

As I understand it, BlockFi chose to convert the cryptocurrencies in its interest accounts to US dollars at the time it filed for bankruptcy, for which reason this bankruptcy court has allowed the dollar value of all cryptocurrencies in the interest accounts to be frozen as of the date of filing.

While I can appreciate that opening an interest account with BlockFi carried the risk of loss, I cannot understand how my claim should be dictated by the debtor's actions.

Had I loaned the debtors an ounce of gold, and they had seen themselves forced to sell the gold during an unexpected downturn in the price of this asset, the value of the claim would still be an ounce of gold. If we were asked to place a dollar amount on the claim, I can think of a variety of approaches (the replacement value at the time the claim is filed, average market value over time of the loan, market value at the time the loan was given) that are equally reasonable and yet would not benefit the debtors as much as this court's decision. At the time I filed my claim, I provided BlockFi's own assessment, on that date, of the value of my claim. To argue that my stated value does not agree with their own books and record keeping is disingenuous at best, fraudulent at worst.

The value of my claim is, roughly, 0.1 Bitcoin and 1 ethereum coin. Attached is a screenshot from BlockFi's own web site as of January 29, 2024 showing the exact amount that is in my interest account. I understand BlockFi may only be able to return a fraction of this amount. But while a debtor's fiscal incompetence and poor judgment often limits the amount they can repay, it should not alter the value of the claim against them.



This remains the worst financial decision I  have ever made. Thank you BlockFi.

Sincerely,



From:

███████████████████

**Received**

JAN 2 9 2024

Kroll Restructuring Administration

To whom is may concern,
I tried filing online as well. The Objection is incorrect.
My balance is attached.

Claim Number: 10934
Claimant Name: ████████████
Link to Your Objection Information ████████████████████

Unique ID: KP9R-18/5-U7HF-DMBR

Claim Number: 19407
Claimant Name: ████████████
Link to Your Objection Information: ████████████████████

Unique ID: 7CSE-WG9Q-UVFF-0RA7

Sincerely,

███████████████████



# BlockFi

# Interest Account

Overview

## Your Assets

| Asset | Quantity |
|---|---|
| Chainlink LINK | 585.51575058 LINK |
| Gemini USD GUSD | 79.53 GUSD |
| Bitcoin BTC | 1.08158277 BTC |

## Recurring Trades

| Recurring Trade | Buy Amt Frequency |
|---|---|

🔒 app.blockfi.com

RECEIVED

JAN 29 2024

KROLL RESTRUCTURING
ADMINISTRATION

BlockFi Inc
14th Omnibus Objection
Response Processing Center
C/o Kroll Restructuring Admin LLC
Grand Central Station
PO Box 4850
New York, NY 10163 - 4850

10163-485050