BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

## Claim Information

Claim Number

24890

Claim Name

██████████

Claimant Address on File

████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 📄 | 2918738741413880.pdf | 196 KB |

## Signature

Sign Here



Print Name

Email Address

BlockFi Fourteenth Omnibus Objection Response Portal

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 24890 | ███████ | 03/28/23 | BlockFi Inc. | $117.16 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 24890 | 70.64 | 0.19 | - | - | - | - | - | - | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

BlockFi Fourteenth Omnibus Objection Response Portal

BlockFi Fourteenth Omnibus Objection Response Portal

## BlockFi Fourteenth Omnibus Objection Response Portal

Introduction

## Claim Information

Claim Number

349

Claim Name

██████████

Claimant Address on File

██████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| Untitled document.pdf | 125 KB |

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| **BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800 k<br>aulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617)856-8300<br>taxelrod@brownrudnick.com<br><br>*General Counsel for the Plan Administrator*<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>*Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator*<br><br><br>Pending Claim Number: (349)<br>Scheduled Claim Number: (4381171)<br><br>*Claimant and Creditor* |
| In re:<br>BLOCKFI INC., et al.,<br>Debtors. | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered under a Confirmed Plan)<br>**Hearing Date: February 6, 2024 @ 11:00 AM ET**<br>**Response Deadline: January 30, 2024 @ 4:00 p.m. ET**<br>**Oral Argument Waived Unless Response Timely Filed** |

**RESPONSE TO *NOTICE OF WIND-DOWN DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO CLAIMS***

    PLEASE TAKE NOTICE that on **February 6, 2024 at 11:00 AM (ET)**, or as soon thereafter as counsel may be heard, the above-captioned debtors (collectively, the "Wind-Down Debtors"), as supervised by the Plan Administrator, by and through their undersigned counsel, shall move for disallowance, expungement, reclassification and/or reduction or adjustment of certain claims described herein (the "Objection") before the Honorable Michael B. Kaplan, Chief United States Bankruptcy Judge, in Courtroom #8 of the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), 402 East State Street, Trenton, New Jersey 08608, or such other physical or virtual location as may be determined by the Court, for entry of an order, substantially in the form submitted herewith. The above captioned creditor (the "Claimant"), with the Proof of Claim number(s) related thereto from the Claims Register as described above (collectively, the

"Claim"), as directed by Kroll Restructuring Administration LLC (the "Claims and Noticing Agent"), provides a response (the "Response") to the Objection.

**PLEASE TAKE FURTHER NOTICE** the Response sets forth the relevant factual bases upon which the relief requested should be granted. The Claimant shall rely upon the accompanying facts of law.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Objection shall: (i) be in writing, (ii) state with particularity the basis of the objection; (iii) conform with the Bankruptcy Court's *Order Granting Debtors' Motion to Establish Certain Notice, Case Management, and Administrative Procedures* [Docket No. 54] (the "Case Management Order"); (iv) conform with the Bankruptcy Court's *Order Granting Debtors' Motion for Entry of an Order (A) Approving the (I) Omnibus Claims Objection Procedures and Form of Notice, (II) Omnibus Substantive Claims Objections, and (III) Satisfaction Procedures and Form of Notice, (B) Waiving Bankruptcy Rule 3007(e), and (C) Granting Related Relief* [Docket No. 609] (the "Claims Procedures Order"); and **(v) be filed with Kroll Restructuring Administration LLC (the "Claims and Noticing Agent"), so as to be received no later than 4:00 pm (ET) seven (7) days before the hearing date set forth above.**

**PLEASE TAKE FURTHER NOTICE** that unless responses are timely filed and served, the Objection shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

**RESPONSE TO *WIND-DOWN DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO CLAIMS***

TO: THE HONORABLE CHIEF JUDGE MICHAEL B. KAPLAN UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

The creditor ▮▮▮▮▮▮▮ (the "Claimant"), with the Pending Proof of Claim number 349 and the Scheduled Proof of Claim number 4381171 related thereto from the Claims Register (collectively, the "Claim"), as directed by Kroll Restructuring Administration LLC (the "Claims and Noticing Agent"), provides a response (the "Response") to BlockFi Inc. and its debtor affiliates' (collectively, "BlockFi" or the "Wind-Down Debtors" or referred to in the past tense as the "Debtors"), as managed by the Plan Administrator, in the above-referenced Chapter 11 cases (the "Chapter 11 Cases") *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "Objection").

## Preliminary Statement

1. The purpose of this Response is to provide a concise statement setting forth the reasons why the Court should not sustain the Objection with respect to such Claim.

## Jurisdiction and Venue

2. The United States Bankruptcy Court for the District of New Jersey (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, entered September 18, 2012 (Simandle, C.J.). The Wind-Down Debtors confirm their consent to the Court entering a final order in connection with this Objection to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

3. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The bases for the relief requested herein are sections 105(a) and 502(a) of Bankruptcy Code, Bankruptcy Rule 3007 and Local Rules 3007-1, 3007-2 and 9013-1.

## The Disputed Claims

5. As of the date hereof, over 34,000 Proofs of Claim have been filed against the Debtors. The Wind-Down Debtors, together with their advisors, have commenced the Claims reconciliation process,

reviewed the claims listed on Schedule 1 to the Proposed Order (the "Disputed Claims"), and concluded that each such Disputed Claim should be disallowed and expunged or modified and allowed as detailed on Schedule 1 of the Objection.

## Objection

6. The Disputed Claims assert amounts which do not match the Wind-Down Debtors' books and records, are asserted against the incorrect debtor entity, and/or improperly assert secured or priority status. The Wind-Down Debtors have determined that the Disputed Claims should be modified or disallowed as indicated on Schedule 1.

7. Section 502(a) of the Bankruptcy Code provides, in pertinent part, that "[a] claim or interest, proof of which is filed under section 501 of this title, is deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a).

8. The burden of proof for claims brought in the bankruptcy court under section 502(a) of the Bankruptcy Code rests on different parties at different times. In re Biolitec, Inc., Case No. CIV. 13-5864 FSH, 2013 WL 6795400, at *3 (D.N.J. Dec. 16, 2013) (citing In re Allegheny Int'l Inc., 954 F.2d 167, 173 (3d Cir. 1992)). First, the claimant must allege facts sufficient to support their claim. Id. If the allegations in the filed claim meet this standard, "it is 'prima facie' valid." Id. "In other words, a claim that alleges facts sufficient to support a legal liability to the claimant satisfies the claimant's initial obligation." Id. A properly filed proof of claim is generally considered "prima facie evidence of the validity and the amount of the claim." FED. R. BANKR. P. 3001(f). The burden then shifts to the objector to produce evidence sufficient to negate the prima facie validity of the filed claim. Allegheny, 954 F.2d at 173. In practice, the objector must produce evidence which, if believed, would refute at least one of the allegations that is essential to the claim's legal sufficiency. Id. at 173–74. If the objector meets this burden, the burden reverts to the claimant to prove the validity of the claim by a preponderance of the evidence, and the burden of persuasion is always on the claimant. Id. Section 502(b)(1) "is most naturally understood to provide that, with limited exceptions, any defense to a claim that is available outside of the bankruptcy context is also available in bankruptcy." Travelers Cas. & Sur. Co. of Am. v. Pac. Gas & Elec. Co., 549 U.S. 443, 450 (2007).

9. Notwithstanding the shifting burden of proof, a claimant's failure to allege facts and to provide sufficient support for a claim may deprive the claim of prima facie validity in the first place. See, e.g., In re Jorczak, 314 B.R. 474, 481-82 (Bankr. D. Conn. 2004) (discussing the evidentiary requirements and burden of proof with respect to the allowance of claims). Although the lack of prima facie validity is not necessarily a ground for disallowance, "in certain circumstances claims can be disallowed for failure to support the claim with sufficient evidence, even if this is not a specifically enumerated reason for disallowance under 11 U.S.C. § 502(b) . . . ." In re Mallinckrodt Plc, Case No. 20-12522-JTD, 2022 WL 3545583, at *4 (D. Del. Aug. 18, 2022); see also In re O'Brien, 440 B.R. 654, 667 (Bankr. E.D. Pa. 2010) (finding that lack of prima facie evidence pursuant to Bankruptcy Rule 3001(f) and failure of claimant to provide additional evidence warranted disallowance of claim).

## Responses to this Objection

10. 1122(a) of the Bankruptcy Code, which states that "[e]xcept as provided in subsection (b) of this section, a plan may place a claim or an interest in a particular class only if such claim or interest is substantially similar to the other claims or interests of such class."

According to THIRD AMENDED JOINT CHAPTER 11 PLAN OF BLOCKFI INC. AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE  "Interest" means any equity security (as such term is defined in section 101(16) of the Bankruptcy Code) including all issued, unissued, authorized, or outstanding shares of capital stock and any other common stock, preferred stock, limited liability company interests, and any other equity, ownership, or profit interests of an Entity, including all options, warrants, rights, stock appreciation rights, phantom stock rights, restricted stock units, redemption rights, repurchase rights, convertible, exercisable, or exchangeable securities, or other agreements, arrangements, or commitments of any character relating to, or whose value is related to, any such interest or other ownership interest in an Entity whether or not arising under or in connection with any employment agreement and whether

or not certificated, transferable, preferred, common, voting, or denominated "stock" or a similar security, and including any Claim against the Debtors subject to subordination pursuant to section 510(b) of the Bankruptcy Code arising from or related to the foregoing.

11. 510(b)For the purpose of distribution under this title, a claim arising from rescission of a purchase or sale of a security of the debtor or of an affiliate of the debtor, for damages arising from the purchase or sale of such a security, or for reimbursement or contribution allowed under section 502 on account of such a claim, shall be subordinated to all claims or interests that are senior to or equal the claim or interest represented by such security, except that if such security is common stock, such claim has the same priority as common stock.

12. While the Claim does come from a BIA account, the funds nearly wholly were collateralized through the format of USDC, a Stablecoin, as defined by THIRD AMENDED JOINT CHAPTER 11 PLAN OF BLOCKFI INC. AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE as "Stablecoin" means any Digital Asset designed to reduce price volatility through either (i) pegging the value of the Digital Asset to a reserve asset, such as a fiat currency, exchange-traded commodity, or another Digital Asset, or (ii) regulating the supply of the Digital Asset through an algorithm.

13. According to Circle,"USDC is a digital dollar backed 100% by highly liquid cash and cash-equivalent assets and is always redeemable 1:1 for US dollars. The majority of the USDC reserve is invested in the Circle Reserve Fund (USDXX), an SEC-registered 2a-7 government money market fund. Daily, independent, third-party reporting on the portfolio is publicly available via BlackRock."

14. "Other Priority Claim" means any Claim against a Debtor, other than an Administrative Claim or a Priority Tax Claim, entitled to priority in right of payment under section 507(a) of the Bankruptcy Code.

15. 11 U.S. Code § 507(a)(3)Third, unsecured claims allowed under section 502(f) of this title.

16. 502(f)In an involuntary case, a claim arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee and the order for relief shall be determined as of the date such claim arises, and shall be allowed under subsection (a), (b), or (c) of this section or disallowed under subsection (d) or (e) of this section, the same as if such claim had arisen before the date of the filing of the petition.

17. 502(a)A claim or interest, proof of which is filed under section 501 of this title, is deemed allowed, unless a party in interest, including a creditor of a general partner in a partnership that is a debtor in a case under chapter 7 of this title, objects.

18. As the claim was filed on 12/12/2022 and scheduled there was no objection to the claim, meaning it should be reclassified as Other Priority Claim.

19. As the basis for objection stands as Blockfi's books and records, and not identified as improperly asserts priority or secured status the relief requested of the court as a part of this Response is to reclassify the Claim as "Other Priority Claim" with an amount that matches Blockfi's books and records.

**WHEREFORE**, the Claimant respectfully requests entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Respectuflly Sumbitted,

█████████

1/30/24

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

## Claim Information

Claim Number

17590

Claim Name

███████

Claimant Address on File

████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| blockfi proves of claim .pdf | 107 KB |

## Signature

Sign Here

Print Name

Email Address

BlockFi Fourteenth Omnibus Objection Response Portal

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



CORRECTED
VOID

**Proceeds from Broker and Barter Exchange Transactions**
**COPY B for RECIPIENT**

| **TAX YEAR 2022** | **FORM 1099-B** |
| --- | --- |
| | OMB No. 1545-0715 |

BLOCKFI INC.
115 BROADWAY, 12TH FLOOR
NEW YORK, NY 10006
(646) 779-9688

Account No.
**Recipient's Tax ID -**

**Payer's Tax ID -**

---

**Short-term** transactions for which basis is not reported to the IRS - report on Form 8949 with Box B checked and/or Schedule D, Part 1. Proceeds are reported as gross proceeds unless otherwise indicated (2, 6, 12). The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.

Description of Property, Symbol, CUSIP (1a)  Check if proceeds from collectibles (3) ☐   Check if noncovered security (5) ☐

| Quantity (1a) | Date Acquired (1b) | Date Sold or Disposed (1c) | Proceeds (1d) | Cost or Other Basis | Accrued Market Discount (1f) | Wash Sale Loss Disallowed (1g) | **Federal Income Tax Withheld (4)** | State Tax Withheld (16) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **GEMINI DOLLAR - GUSD** | | | | | Collectible ☐ | | Noncovered Security | X |
| 5000 | 10/23/2021 | 1/3/2022 | 5,000.00 | 5,000.00 | - | - | 0.00 | 0.00 |
| **Sub-Total** | | | **5,000.00** | **5,000.00** | - | - | **0.00** | **0.00** |
| | | | | | | | | |
| **Total Short-term** | | | **5,000.00** | **5,000.00** | - | - | **0.00** | **0.00** |

---

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.



## 1099-B Instructions for Recipient

1099-B Instructions for Recipient Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B  Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure  You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock  If your broker reported this type of transaction to you, the corporation is identified in box 1a

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN))  However, the issuer has reported your complete TIN to the IRS

**Account number.** May show an account or other unique number the payer assigned to distinguish your account

**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number

**Box 1a.** Shows a brief description of the item or service for which amounts are being reported  For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown  For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown  For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other)

**Box 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates  For short sales, the date shown is the date you acquired the security delivered to close the short sale

**Box 1c.** Shows the trade date of the sale or exchange  For short sales, the date shown is the date the security was delivered to close the short sale  For aggregate reporting in boxes 8 through 11, no entry will be present

**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts  May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust  May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation  Losses on forward contracts or nonSection 1256 option contracts are shown in parentheses  This box does not include proceeds from regulated futures contracts or Section 1256 option contracts  Report this amount on Form 8949 or on Schedule D (Form 1040) (whichever is applicable) as explained in the Instructions for Schedule D (Form 1040)

**Box 1e.** Shows the cost or other basis of securities sold  If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium  If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium  If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2  If box 5 is checked, box 1e may be blank  See the Instructions for Form 8949, the Instructions for Schedule D (Form 1040), or Pub  550 for details

**Box 1f.** Shows the amount of accrued market discount  For details on market discount, see the Schedule D (Form 1040) instructions, the Instructions for Form 8949, and Pub  550  If box 5 is checked, box 1f may be blank

**Box 1g.** Shows the amount of nondeductible loss in a wash sale transaction  For details on wash sales, see the Schedule D (Form 1040) instructions, the Instructions for Form 8949, and Pub  550  If box 5 is checked, box 1g may be blank

**Box 2.** The short-term and long-term boxes pertain to short-term gain or loss and long-term gain or loss  If the "Ordinary" box is checked, your security may be subject to special rules  For example, gain on a contingent payment debt instrument subject to the noncontingent bond method is generally treated as ordinary interest income rather than as capital gain  See the Instructions for Form 8949, Pub  550, or Pub  1212 for more details on whether there are any special rules or adjustments that might apply to your security  If box 5 is checked, box 2 may be blank

**Box 3.** If checked, proceeds are from a transaction involving collectibles or from a Qualified Opportunity Fund (QOF)

**Box 4.** Shows backup withholding  Generally, a payer must backup withhold if you did not furnish your TIN to the payer  See Form W-9 for information on backup withholding  Include this amount on your income tax return as tax withheld

**Box 5.** If checked, the securities sold were noncovered securities and boxes 1b, 1e, 1f, 1g, and 2 may be blank  Generally, a noncovered security means: stock purchased before 2011, stock in most mutual funds purchased before 2012, stock purchased in or transferred to a dividend reinvestment plan before 2012, debt acquired before 2014, options granted or acquired before 2014, and securities futures contracts entered into before 2014

**Box 6.** If the exercise of a noncompensatory option resulted in a sale of a security, a checked "Net proceeds" box indicates whether the amount in box 1d was adjusted for option premium

## Regulated Futures Contracts, Foreign Currency Contracts, and Section 1256 Option Contracts (Boxes 8 Through 11)

**Box 8.** Shows the profit or (loss) realized on regulated futures, foreign currency, or Section 1256 option contracts closed during 2022

**Box 9.** Shows any year-end adjustment to the profit or (loss) shown in box 8 due to open contracts on December 31, 2021

**Box 10.** Shows the unrealized profit or (loss) on open contracts held in your account on December 31, 2022  These are considered closed out as of that date  This will become an adjustment reported as unrealized profit or (loss) on open contracts—12/31/2022 in 2023

**Box 11.** Boxes 8, 9, and 10 are all used to figure the aggregate profit or (loss) on regulated futures, foreign currency, or Section 1256 option contracts for the year  Include this amount on your 2022 Form 6781

**Box 12.** If checked, the basis in box 1e has been reported to the IRS and either the short-term or the long-term gain or loss box in box 2 will be checked  If box 12 is checked on Form(s) 1099-B and NO adjustment is required, see the instructions for your Schedule D (Form 1040) as you may be able to report your transaction directly on Schedule D (Form 1040)  If the "Ordinary" box in box 2 is checked, an adjustment may be required

**Boxes 14-16** Show state(s)/local income tax information

**Future developments.** For the latest information about any developments related to Form 1099-B and its instructions, such as legislation enacted after they were published, go to www irs gov/Form1099B

**Free File Program.** Go to www irs gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options

For additional information relating to Form 1099-B and its instructions, go to www irs gov/Form1099B

## Instructions for Completing IRS 8949

Instructions on how to report each transaction on Form 8949 are as follows:

### Transaction with Cost Basis

If Date Acquired and Cost Basis are populated for a given transaction, then you should directly transpose the information for each transaction onto IRS Form 8949 with Box "B" checked for short-term transactions and Box "E" checked for long-term transactions  Alternatively, you can use a different basis method that follows the IRS's specific identification requirements

### Transaction with Missing Cost Basis

If Date Acquired and Cost Basis are missing for a given transaction, then you should transpose the available information for each transaction onto IRS Form 8949 with Box "B" for short-term transactions and Box "E" for long-term transactions  It is your responsibility to fill in your asset acquisition dates and cost basis information on Form 8949 for such transactions

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

Introduction

## Claim Information

Claim Number

23199

Claim Name

███████████

Claimant Address on File

███████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.

Upload Here

| | |
|---|---|
| 📄 BIA_Account_Value_20230328.pdf | 204 KB |

## Signature

Sign Here



Print Name

Email Address

BlockFi Fourteenth Omnibus Objection Response Portal

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies
with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.



BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

## Claim Information

Claim Number

| 1500 |

Claim Name

| ██████████ |

Claimant Address on File

| ████████████████ |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |

Street1

|  |

Street2

|  |

City

|  |

State

|  |

Zip

|  |

Country

|  |

Telephone Number

| ████ |

Email Address

| ██████ |

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

|  |

Street1

|  |

Street2

|  |

City

|  |

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄  240130 Blockfi objection claim 1500.pdf | 164 KB |

## Signature

Sign Here

[signature redacted]

Print Name

[redacted]

Email Address

[redacted]

BlockFi Fourteenth Omnibus Objection Response Portal

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| BLOCKFI., *et al.,* | § | CASE NO. 22-19361 (MBK) |
| Debtors. | § | |
| | § | |
| Claim No. 1500 | § | |

**RESPONSE OF INDIVIDUAL CLAIMANT TO**
**DEBTORS' FOURTEENTH OMNIBUS OBJECTION**

I, ███████████████ , hereby submit this Limited Objection to Wind-Down Debtors'
Fourteenth Omnibus Claims Objections for claim no. 1500 [Docket No. 2010].  We base this
objection on the Debtors' lack of evidence from their objection to our submitted claim.  In
addition, their books and records argument maintained cannot be validated with the
preponderance of bad faith actions by the debtor prior to the Fourteenth Omnibus Claim.

Respectfully Submitted,



BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

Introduction

## Claim Information

Claim Number

26586

Claim Name

████████████

Claimant Address on File

██████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄  20240130_RESPONSE TO WIND-DOWN DEBTORS' FOURTEENTH OMNIBUS OBJEC.pdf                    420 KB

## Signature

Sign Here

Print Name

Email Address

BlockFi Fourteenth Omnibus Objection Response Portal

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies
with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.



*In Pro Per*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>        Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

## RESPONSE TO WIND-DOWN DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO CLAIMS RE CLAIM NUMBER 26586

Creditor ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ hereby submits this response to the Wind-Down Debtors' Fourteenth Omnibus Objection to Claims with respect to Claim Number 26586.

### Factual Background

1.     ▮▮▮▮▮▮ maintained a sizeable cryptocurrency portfolio with Debtors.

---

[1] The Wind-Down Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

2.      Prior to the Debtors filing for bankruptcy, ███████ transferred substantially all of his account balance from a BlockFi Interest Account to his BlockFi Wallet LLC account (the "Wallet Account").

3.      The Debtors filed for bankruptcy on November 28, 2022 (the "Petition Date"). On the Petition Date, ███████ Wallet Account held the following assets: 15.51213807 Bitcoin; 144.75335689 Ethereum; 55,659.36 Gemini USD; and 11.21 USD Coin.

4.      Debtors provided ███████ a Modified Official Form 410 Wallet Account Holder Proof of Claim Form, which ███████ timely completed and filed with the Debtors, listing the assets he held in his Wallet Account as of the Petition Date. Based on the value the Debtors provided for each of the assets ███████ held in his Wallet Account, ███████ estimated his claim to be worth $476,026.83 as of the Petition Date.

5.      ███████ attached to his proof of claim a printout from Debtors' webpage showing that as of February 18, 2023, his Wallet Account still held the following assets: 15.51213807 Bitcoin; 144.75335689 Ethereum; 55,659.36 Gemini USD; and 11.21 USD Coin. At that time, Debtors' webpage reflected that the value of these assets had increased to $683,681.84.

6.      ███████ has repeatedly attempted to transfer the assets from his Wallet Account to an external crypto wallet, but has been unable to do so even with the Debtors' assistance.

7.      As of January 29, 2024, Debtor's website still shows that ███████ has the following assets in his Wallet Account: 15.51213807 Bitcoin; 144.75335689 Ethereum; 55,659.36 Gemini USD; and 11.21 USD Coin.

8.      Based on spot prices for these assets on January 30, 2024, the cumulative value of the assets in ███████ Wallet Account has grown to $1,066,064.

### Argument

9.      A properly filed proof of claim is "prima facie evidence of the validity and amount of the claim." Fed. R. Bank. Proc. 3001(f). ███████ proof of claim was

properly filed and is therefore presumptively valid in the amount listed in his proof of claim. *Id.*

10.    Debtors' object to ▮▮▮▮▮ proof of claim, asserting that it doesn't match Debtor's records. But Debtors have provided no evidence of this. ▮▮▮▮▮ on the other hand has provided evidence not only that Debtors' records actually reflect that his Wallet Account held 15.51213807 Bitcoin; 144.75335689 Ethereum; 55,659.36 Gemini USD; and 11.21 USD Coin as of the Petition Date, but also that Debtors' records still show that his Wallet Account continues to hold the same assets it did on the Petition Date.

11.    The assets in ▮▮▮▮▮ Wallet Account are his assets and not property of the estate. *See* Order (I) Authorizing the Debtors to (A) Honor Withdrawals from Wallet Accounts, (b) Update the User Interface to Properly Reflect Transactions and Assets as of the Platform Pause, and (C) Conduct Ordinary Course Reconciliation of Accounts, and (II) Granting Related Relief ¶ 2 ("The digital assets held in the Custodial Omnibus Wallets as of the Platform Pause Time Stamp are not property of the Debtors' estates.").

12.    Despite this, Debtors have repeatedly refused to permit ▮▮▮▮▮ to withdraw the assets from this Wallet Account.

13.    Because Debtors continue to prevent ▮▮▮▮▮ from withdrawing the assets from his Wallet Account, Debtors are liable to ▮▮▮▮▮ for conversion.

14.    Even if, for the sake of argument, the assets in ▮▮▮▮▮ Wallet Account are property of the estate and not ▮▮▮▮▮ property, then ▮▮▮▮▮ would have a claim against Debtors for the return of those assets.

15.    Either way, until Debtors permit ▮▮▮▮▮ to withdraw the assets from his Wallet Account, ▮▮▮▮▮ has a claim against Debtors for the return of those assets, as reflected in ▮▮▮▮▮ proof of claim.

## Contact Information

16.    Replies, if any, to this Response should be sent to █████████████

████████████████████████████████████████████████████████████████

████████████████████████

17.    ████████████████████████████████████████████████████

████████████████████████████████████████████████████████ has

authority to reconcile, settle, or otherwise resolve the Objection on ███████ behalf.

## Conclusion

18.    For the foregoing reasons, ████████ respectfully requests that this Court

deny the Wind-Down Debtors' Fourteenth Omnibus Objection to Claims with respect to

████████ claim and allow ████████ claim in an amount that corresponds to the

value of the assets held in his Wallet Account as set forth in his proof of claim.

Respectfully Submitted,

Dated: January 30, 2024



# **EXHIBIT A**



*In Pro Per*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATION OF** ███████████████ **IN RESPONSE TO WIND-DOWN DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO CLAIMS RE CLAIM NUMBER 26586**

I, ███████████████, pursuant to 28 U.S.C. § 1746, declare:

1.     My name is ███████████████ I am over the age of 21 and competent in all respects to make this certification (this "Certification").

2.     I submit this Certification in support of my Response to Wind-Down Debtors' Fourteenth Omnibus Objection to Claims RE: Claim Number 26586 (the "Response").

---

[1] The Wind-Down Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

3.      I have personal knowledge concerning the facts stated herein except as to any matters that I specifically indicate I am declaring on information and belief, and as to those matters, I am so informed and so believe.  If called upon to testify, I would competently testify to the facts set forth in this Certification.

4.      At the time Debtors filed for bankruptcy, I maintained a sizeable cryptocurrency portfolio with Debtors.

5.      Prior to the Debtors filing for bankruptcy, I transferred substantially all of my account balance from my BlockFi Interest Account to my BlockFi Wallet LLC account (the "Wallet Account").

6.      When the Debtors filed for bankruptcy on November 28, 2022 (the "Petition Date"), my Wallet Account held the following assets: 15.51213807 Bitcoin; 144.75335689 Ethereum; 55,659.36 Gemini USD; and 11.21 USD Coin.

7.      Debtors provided me a Modified Official Form 410 Wallet Account Holder Proof of Claim Form, which I timely completed and filed with the Debtors.  On the proof of claim form I filed, I listed the assets that I held in my Wallet Account as of the Petition Date.  Based on the value the Debtors provided for each of the assets I held in my Wallet Account, I estimated that my claim was worth $476,026.83 as of the Petition Date.

8.      I attached to my proof of claim a printout from Debtors' webpage showing that as of February 18, 2023, my Wallet Account still held the following assets: 15.51213807 Bitcoin; 144.75335689 Ethereum; 55,659.36 Gemini USD; and 11.21 USD Coin.  At that time, Debtors' webpage reflected that the value of these assets had increased to $683,681.84.

9.      I repeatedly attempted to transfer the assets from my Wallet Account to an external crypto wallet, but I have been unable to do so even with the Debtors' assistance.

10.      As of January 29, 2024, Debtor's website still shows that I have the following assets in my Wallet Account: 15.51213807 Bitcoin; 144.75335689 Ethereum; 55,659.36 Gemini USD; and 11.21 USD Coin.  A true and correct copy of a printout I

2

made from Debtors' website for my Wallet Account showing the assets in my Wallet Account is attached hereto as **Exhibit 1**.

11.    On January 30, 2024, I checked the spot price for the various assets in my Wallet Account and determined that the per unit value of these assets was as follows: $43,533 per Bitcoin; $2,315 per Ethereum; $1 per Gemini USD; and $1 per USD Coin. Based on these respective values, the total value of the assets in my Wallet Account is approximately $1,066,064.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2024          By: ███████████████████████

**EXHIBIT 1**

# ⚙ BlockFi



**ⓘ Important Update**

As previously notified, **Wallet withdrawals were suspended on December 31, 2023, at 11:59 PM UTC.** Any remaining wallet balances will be converted to cash and distributed to BlockFi clients in U.S. dollars.

- Clients that initiated a withdrawal request and need to verify their identity must complete the Identity Verification requests by January 12, 2024, at 11:59 PM UTC.

More information about withdrawals and balances can be found in our FAQ.

 Dashboard / **Wallet Overview**

# Wallet

⚙ Overview                                                                    ⌄

## Your Assets

| Asset | Quantity | |
|-------|----------|---|
| ⚙ Gemini USD<br>GUSD | 55,659.36 GUSD | › |
| ⚫ Ethereum<br>ETH | 144.75335689 ETH | › |
| Bitcoin<br>BTC | 15.51213807 BTC | › |
| ⚙ USD Coin<br>USDC | 11.21 USDC | › |

# Recurring Trades

BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

## Claim Information

Claim Number

21009

Claim Name

█████████████████

Claimant Address on File

████████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Blockfi_BIA_Account.jpg | 148 KB |

## Signature

Sign Here

Print Name

Email Address

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



BlockFi Fourteenth Omnibus Objection Response Portal

# BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

## Claim Information

**Claim Number**

26527

**Claim Name**

██████████

**Claimant Address on File**

██████████████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

██████████

Street1

██████████████████

Street2

████████

City

██████

State

— Make a Selection —

Zip

████

Country

██████

Telephone Number

██████

Email Address

████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

BlockFi Fourteenth Omnibus Objection Response Portal

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 🄟 CY pdf | 3 MB |

## Signature

Sign Here

Print Name

Email Address

BlockFi Fourteenth Omnibus Objection Response Portal

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



**Mastercard SecureCode**

**HSBC**

中文

A Verification Code has been sent to your registered mobile phone number via SMS. Please enter the 6 digits from the Verification Code promptly to proceed with the transaction.

HSBC Verification code is

| | |
|---|---|
| Merchant: | binance.com |
| Amount: | HKD 50,000.00 |
| Date: | 18/03/2021 |
| Card Number: | |
| Verification Code: | |

By clicking Submit, you confirm that you have read and agree to be bound by the Terms and Conditions

Submit    Resend Code    Cancel

Please ensure that your registered mobile phone number for SMS Verification Code is current and valid. For any queries, please refer to our FAQs.

Terms & Conditions | FAQs | Contact Us

📶 3 📶                9:57 PM                🔂 60% 🔋



**Don't be last in line!** Get on the waitlist for the world's first Bitcoin Rewards Credit Card now | Join the waitlist

Total Account Value  ⓘ

# $6,139.43

## Interest Account                               ⟩

Account Balance              Total Interest Paid

**$6,139.43**                **$0.00**

Accrued Interest

**$0.00**

 1 Active Crypto Balance.

# Markets ⓘ                          Trade



BlockFi Fourteenth Omnibus Objection Response Portal

## Introduction

## Claim Information

Claim Number

27403

Claim Name

████████████████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 Documento.pdf                                                                                                              51 KB

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies

with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.

Dear blockfi team, or in case, kroll

I am hereby writing to you in order to remind you of the claim regarding the cryptoassets recognized in my BlockFi account. In particular, I request the preferential return of all these cryptoassets when the time comes for their liquidation.

Is interest, as a creditor of BlockFi, to have the ability to receive the cryptoassets that I has been recognized as a credit in the account on a preferential basis, rather than receiving them in cash (FIAT Currency).

--------------------------------------------------------------------------------------------------------------------

Estimado equipo de blockfi, o en su caso, kroll

Por la presente me dirijo a ustedes con el fin de recordarles la reclamación relativa a los criptoactivos reconocidos en mi cuenta BlockFi. En particular, solicito la devolución preferente de todos estos criptoactivos cuando llegue el momento de su liquidación.

Es mi interés, como acreedor de BlockFi, tener la posibilidad de recibir los criptoactivos que me han sido reconocidos como crédito en la cuenta de forma preferente, en lugar de recibirlos en efectivo (Moneda FIAT).