| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **BROWN RUDNICK LLP** <br> Kenneth J. Aulet, Esq. (admitted *pro hac vice*) <br> Seven Times Square <br> New York, New York 10036 <br> (212) 209-4800 <br> kaulet@brownrudnick.com <br><br> **BROWN RUDNICK LLP** <br> Tristan Axelrod, Esq. (admitted *pro hac vice*) <br> One Financial Center <br> Boston, MA 02111 <br> (617)856-8300 <br> taxelrod@brownrudnick.com <br><br> *General Counsel for the Plan Administrator* <br><br> **GENOVA BURNS LLC** <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> 110 Allen Rd., Suite 304 <br> Basking Ridge, NJ 07920 <br> (973) 230-2095 <br> DStolz@genovaburns.com <br> DClarke@genovaburns.com <br><br> *Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP** <br> Richard S. Kanowitz, Esq. (NJ Bar No. 047911992) <br> Lauren M. Sisson, Esq. (NJ Bar No. 394182022) <br> 30 Rockefeller Plaza, 26th Floor <br> New York, New York 10112 <br> (212) 659-7300 <br> richard.kanowitz@haynesboone.com <br> lauren.sisson@haynesboone.com <br><br> *Attorneys for the Plan Administrator* |
| In re: <br><br> BLOCKFI INC., *et al*., <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 22-19361 (MBK) <br> (Jointly Administered under a Confirmed Plan[2]) |

# WIND-DOWN DEBTORS' OMNIBUS REPLY TO RESPONSES TO FOURTEENTH OMNIBUS OBJECTION TO CLAIMS

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

[2] On October 3, 2023, the Court entered an order confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications) (the "Plan") [Docket No. 1609].

1

TO:    THE HONORABLE CHIEF JUDGE MICHAEL B. KAPLAN
         UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

BlockFi Inc. and its debtor affiliates (collectively, "BlockFi" or the "Wind-Down Debtors"), as managed by the Plan Administrator in the above-referenced Chapter 11 cases (the "Chapter 11 Cases"), hereby file this *Wind-Down Debtors' Omnibus Reply to Responses to Fourteenth Omnibus Objection to Claims Filed* (the "Reply") to responses filed by creditors to the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims* (the "14th Objection") [Docket No. 2010]. In support of the Reply, the Wind-Down Debtors respectfully represent as follows:

## Factual Background

1. On December 21, 2023, the Debtors filed the 14th Objection, seeking to disallow and expunge or modify and allow certain proofs of claim as indicated on Schedule 1. Creditors whose claims were contained on Schedule 1 to the 14th Objection were directed to file any responses with Kroll Restructuring LLC ("Kroll") by 4:00 pm ET on January 30, 2024. Kroll received 151 responses (the "Responses"), some of which were duplicates.

2. Except as noted below, the Responses received fell into four general categories:

   - **Response Type 1:** Responses that indicated that the creditor agreed with the treatment of their claim on Schedule 1.

   - **Response Type 2:** Responses that contained no substantive request or comment to the 14th Objection or contained questions/requests related to distributions. Many Responses simply attached the documents the creditor was served with by Kroll or pre-petition account statements without notation or comment. Counsel reached out to all creditors with questions but as these responses made no substantive argument they are not addressed in this Reply.

   - **Response Type 3:** Responses that disputed the use of petition date coin pricing to determine the dollarized amount of a creditor's claim.

- **Response Type 4:** Responses that took issue with the dollarization of the claim amounts and/or incorrectly assumed that the Wind-Down Debtors would only be making distributions in cash.

3. The chart below contains a short summary of the Responses received.

| Claim # | Response Type | Notes on supporting documentation |
|---|---|---|
| 17866 | 2 | BIA statement with 10/31/22 pricing |
| 2385 | 3 | Screenshot with calculation using unknown pricing |
| 5621 | 2 | Copy of proof of claim |
| 18239 | 3 | Letter requesting balance confirmation - **RESOLVED** |
| 21386 | 4 | Letter requesting return of crypto in-kind |
| 16235 | 3, 4 | Letter disputing dollarization and petition date pricing |
| 9300 | 2 | Copy of claim objection |
| 464 | 1 | Letter indicating agreement with modification |
| 1859 | 2 | Copy of Wallet order and proof of claim |
| 4416 | 2 | Copy of claim objection |
| 32624 | 4 | Letter requesting return of crypto in-kind - **RESOLVED** |
| 118 | 1 | Letter indicating agreement with modification |
| 10993 | 1 | Letter indicating agreement with modification |
| 19301 | 3, 4 | Letter requesting "retrieval of original basis." |
| 1795 | 3 | BIA statement with 10/31/22 pricing and letter requesting current value |
| 20735 | 2 | Copy of claim objection |
| 119 | 1 | Letter indicating agreement with expungement |
| 17005 | 2 | Copy of claim objection |
| 22051 | 2 | Copy of claim objection |
| 5662 | 2 | Screenshot of retail loan collateral account |
| 171 | 3 | Email showing ACH deposits and re-asserting claim amt - **RESOLVED** |
| 22799 | 2 | Copy of claim objection |
| 20401 | 2 | Copy of claim objection |
| 28320 | 2 | Screenshot of Wallet and BIA balances |
| 78 | 2 | Copy of claim objection |
| 13688 | 1 | Note indicating agreement with modification |
| 10677 | 2 | Copy of claim objection |
| 21664 | 2 | Copy of claim objection and screenshot of BIA balances |
| 22910 | 3 | Letter discussing changing value of crypto |
| 1153 | 1 | Note indicating agreement with modification |
| 26571 | 2 | Letter providing current crypto balances - **RESOLVED** |
| 18307 | 2 | Letter asking how funds can be withdrawn |
| 21976 | 2 | Screenshot of BIA balances |
| 21593 | 1 | Letter indicating agreement with modification |
| 11184 | 2 | Letter and screenshot providing coin balances in BIA |
| 19571 | 2 | Screenshot of BIA balances |
| 12056 | 3 | Letter requesting balance confirmation - **RESOLVED** |

3

| | | |
|---|---|---|
| 1302 | 2 | Screenshot of BIA transaction log |
| 23743 | 2 | Copy of claim objection |
| 18395 | 2 | Copy of claim objection |
| 2353 | 1 | Note indicating agreement with modification |
| 19157 | 1 | Letter indicating agreement with modification |
| 18745 | 3 | Screenshot of Wallet and BIA balances and letter disputing valuation date |
| 904 | 3 | Letter disputing petition date valuation |
| 12554 | 3 | Bank account statements and letter disputing valuation date |
| 89 | 2 | Screenshot of BIA balance |
| 21292 | 4 | Letter requesting return of crypto in-kind - **RESOLVED** |
| 1074 | 2 | Screenshot of BIA balance and copy of claim objection |
| 18242 | 2 | Screenshot of Wallet and BIA balances |
| 17136 | 1 | Letter indicating agreement with expungement |
| 20326 | 2 | Copy of claim objection |
| 21018 | 1 | Letter indicating agreement with expungement |
| 3446 | 1 | Note indicating agreement with modification in signature block |
| 242[3] | 2 | Proof of claim and BIA balances – **RESOLVED** |
| 20387 | 1 | Letter indicating agreement with modification |
| 2586 | 3, 4 | Letter disputing dollarization and petition date pricing |
| 3108 | 1 | Letter indicating agreement with modification |
| 27750 | 2 | Copy of claim objection |
| 18500 | 1 | Letter indicating agreement with modification |
| 14985 | 2 | BIA and Wallet statements |
| 11163 | 2 | Copy of claim objection |
| 3195 | 2 | Copy of claim objection |
| 20987 | 3 | Letter disputing petition date pricing |
| 133 | 1 | Letter indicating agreement with expungement |
| 19842 | 1 | Letter indicating agreement with modification |
| 26050 | 2 | Copy of proof of claim |
| 1824 | 3, 4 | Letter disputing dollarization and petition date pricing |
| 16919 | 3, 4 | Letter requesting crypto in full, in-kind |
| 2848 | 1 | Needed assistance correcting spelling of his last name |
| 17092 | 3, 4 | Letter disputing dollarization and petition date pricing |
| 1681 | 3, 4 | Letter disputing dollarization and petition date pricing - **RESOLVED** |
| 20171 | 2 | BIA transaction log |
| 21339 | 2 | Copy of claim objection |
| 357 | 2 | Copy of claim objection |
| 24641 | 2 | BIA screenshot and transaction log |
| 24283[4] | Other | Letter alleging violations of state law |

---

[3] This proof of claim was mistakenly linked to a second account held by this claimant that did not have any funds. The proposed revised order will be corrected to reflect a modification of this claim to the correct scheduled amount of $34,422.66 and the claimant has confirmed in writing to Wind-Down Debtors' counsel that she agrees with this modification.

[4] The objection to this claim will be adjourned to a future hearing date and a separate reply will be filed.

| | | |
|---|---|---|
| 7[5] | Other | Letter alleging that Cheela Cert. and objection are deficient |
| 8962 | 2 | Letter seeking clarification on proposed modification |
| 4129 | 2 | BIA screenshot and transaction log |
| 375 | 3 | Letter asserting valuation at current prices |
| 3215 | 2 | Entire 14th Omni attached |
| 29752 | 2 | Requested update on distributions |
| 19192 | 2 | Letter requesting return of funds |
| 660 | 4 | Letter requesting in-kind distributions |
| 25094 | 2 | Copy of claim objection |
| 2921 | 2 | BIA screenshot |
| 2260 | 2 | BIA and Wallet screenshot |
| 13028 | 3 | Letter calculating claim using 11/10/22 pricing |
| 6092 | 2 | Copy of claim objection and LSA |
| 31715 | 2 | Phishing email |
| 19899 | 1 | Letter indicating agreement with modification |
| 2304 | 3 | BIA screenshot and statement and valuation using 11/10/22 pricing |
| 19999 | 4 | Letter requesting crypto in full, in-kind |
| 16032 | 1 | Letter agreeing with modification, requesting clarification about claims |
| 24686 | 3 | Letter asserting claim valued at 1/11/24 pricing |
| 2574 | 1 | Letter indicating agreement with modification |
| 201[6] | 2 | Letter requesting review of claim - **RESOLVED** |
| 1232 | 1 | Letter indicating agreement with modification |
| 17013 | 2 | Copy of claim objection |
| 25689 | 2 | Screenshot of BIA balances |
| 24399 | 2 | Screenshot of BIA balances and account statement |
| 15031 | 2 | Screenshot of BIA balances and account statement |
| 1369 | 2 | Account statement reflecting 10/31/22 coin prices |
| 1399 | 2 | Account statement reflecting 10/31/22 coin prices |
| 13557 | 2 | Passport photo |
| 22506 | 3 | Note demanding return at current coin values |
| 18756 | 3 | Letter rejecting "settlement" of his claim and citing current prices |
| 6842 | 3 | Proof of claim, calculated claim amounts at current pricing |
| 18740 | 2 | Tax documents |
| 9917 | 3 | Asserting claim for Wallet funds and using 11/11/22 pricing |
| 13510 | 2 | Handwritten note with Wallet and BIA balances |
| 11069 | 2 | Handwritten note with Wallet and BIA balances |
| 21092 | 2 | October 2022 account statement |
| 10934 | 2 | Screenshot of BIA balances |
| 703 | 2 | Screenshot of BIA balances |
| 892 | 1 | Letter indicating agreement with modification |

---

[5] The objection to this claim will be adjourned to a future hearing date and a separate reply will be filed.

[6] This proof of claim was mistakenly linked to a second account held by this claimant that did not have any funds. The proposed revised order will be corrected to reflect a modification of this claim to the correct scheduled amount of $13,753.33 and the claimant has confirmed in writing to Wind-Down Debtors' counsel that he agrees with this modification.

| | | |
|---|---|---|
| 19407 | 2 | Screenshot of BIA balances |
| 24449 | 2 | Loan Term Sheet |
| 1697 | 1 | Letter indicating agreement with modification |
| 6329 | 1 | Letter indicating agreement with modification |
| 6062 | 3, 4 | Letter disputing dollarization and petition date pricing |
| 17106 | 2 | Copy of claim objection |
| 1862 | 3, 4 | Letter disputing dollarization and petition date pricing |
| 5441 | 2 | Copy of claim objection |
| 3238 | 2 | Driver's license |
| 21043 | 3, 4 | Letter disputing dollarization and petition date pricing |
| 7642 | 2 | Wallet and BIA statements |
| 1902 | 1 | Letter indicating agreement with modification |
| 16989 | 2 | Letter discussing type of coins purchased |
| 1197 | N/A | Claim not on Omni 14, response related to capping motion - **RESOLVED** |
| 16927 | 1 | Letter indicating agreement with modification |
| 870 | 3 | Letter valuing claim using 1/28/24 pricing |
| 25004 | 2 | Screenshot of BIA balances |
| 19718 | 2 | Letter requesting ability to withdraw funds |
| 4299 | 3, 4 | Letter disputing dollarization and petition date pricing |
| 15495 | 2 | Disagrees with asserted claim amount on proof of claim he filed but agrees with modification. Attached different proof of claim than the one being objected to. |
| 25285 | 2 | Screenshot of BIA balances |
| 13651 | 2 | BIA account statement |
| 2701 | 3, 4 | Letter disputing dollarization and petition date pricing |
| N/A | N/A | Hard copy of responses to Claim Nos. 10934 and 19407 |
| 24890 | 2 | Copy of claim objection |
| 349 | 2 | Letter response citing to various inapplicable parts of the Bankruptcy Code |
| 17590 | 2 | Tax document |
| 23199 | 2 | Screenshot of BIA balance |
| 1500[7] | Other | Letter stating BlockFi cannot rely on its books and records to object |
| 26586 | N/A | Creditor cannot withdraw Wallet funds because of potential preference claims, working with counsel for creditor on resolution but counsel has indicated claim may be modified as proposed on the order. |
| 21009 | 2 | Screenshot of BIA balance |
| 26527 | 2 | Screenshot of BIA balance |
| 27403 | 4 | Requests in-kind distribution |

---

[7] This creditor asserts, without explanation or support, that BlockFi may not rely on its own books and records because of a "preponderance of bad faith actions" but does not provide any documentation supporting the asserted claim amount. The proof of claim filed attaches documentation showing a wire to BlockFi of $10,000 in January 2021 and a BIA statement from August 2021, over 14 months prior to the petition date.

4. Upon receiving the Responses, counsel for the Wind-Down Debtors attempted to contact all creditors whose Responses posed questions or appeared to contain misunderstandings about accounts or claims that could be clarified. If Wind-Down Debtors' counsel was able to address and clarify the issues raised by the creditor, the resolution of their Response is noted in the chart above.

### Reply

5. The Wind-Down Debtors filed this 14th Objection to move the claims reconciliation process forward in order to make faster distributions to all creditors who filed proofs of claim related to their estate claims. As an initial matter, none of the Responses filed appear to assert a substantive dispute as to the amount or type of cryptocurrency in the creditor's interest account or retail loan collateral account as of the petition date. Rather, the Responses primarily take issue with the dollarization of claims using petition date coin pricing and request that distributions be made in-kind, rather than in USD.

6. In the interest of clarity for all creditors, this Reply will address the two main issues raised by creditors in the Responses: claim dollarization at petition date pricing and the form of distributions to creditors.

**A. The Bankruptcy Code, Confirmed Chapter 11 Plan, and Equity Require the Wind-Down Debtors to Value Claims in USD as of the Petition Date.**

7. Many of the Responses disputed the appropriateness of valuing creditor claims in USD as of the petition date, 11/28/22. Because of the constantly fluctuating prices of cryptocurrency and in order to fairly calculate creditor distributions, scheduled claim amounts have been determined using coin prices as of the petition date. This method of valuation is supported by both the Bankruptcy Code and the confirmed Plan.

7

8. 11 U.S.C. § 502(b) states that "the court, after notice and a hearing, shall determine the amount of such claim in lawful currency of the United States as of the date of the filing of the petition." Additionally, Art.VI.F of the confirmed Plan states:

> As is required by section 502(b) of the Bankruptcy Code, each Account Holder's Claim is determined by the fair market value of the Digital Assets (based in United States dollars pursuant to the Digital Assets Conversion Table) held by the Account Holder at the Debtors as of the Petition Date at 11.59 p.m. UTC. This process is generally referred to as a "dollarization." Dollarization allows the Debtors to put all Account Holders' Claims on equal footing to calculate recoveries in accordance with the requirements of the Bankruptcy Code.

**B. Initial Distributions to Creditors Will Be Made in Cryptocurrency.**

9. On January 31, 2024, the Plan Administrator filed a *Status Report to Creditors* [Doc. No. 2098] to apprise creditors that initial distributions are set to begin on all Allowed Claims this month. Initial distributions on Allowed customer claims[8] against BlockFi Inc, BlockFi Lending LLC, and BlockFi International will be made in cryptocurrency. The Plan Administrator recognizes that the vast majority of customers wish to receive distributions in-kind and is working with the remaining BlockFi employees and the legal and financial professionals toward that goal.

10. Until the proofs of claim filed by customers have been reviewed, adjudicated, and then expunged or Allowed those customers who filed proofs of claim will be delayed in receiving distributions on their scheduled claims.

11. As such, the proofs of claim on Schedule 1 to the 14th Objection should be disallowed and expunged or modified and Allowed as indicated.

**WHEREFORE**, the Wind-Down Debtors respectfully request entry of the Proposed Order on the *Wind-Down Debtors' Fourteenth Omnibus Objection to Claims.*

---

[8] Certain Allowed Convenience Class claims will be paid in USD.

                                               Respectfully submitted,

Dated: February 2, 2023                              /s/ *Daniel M. Stolz*

**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
(973) 230-2095
DStolz@genovaburns.com
DClarke@genovaburns.com

*Local Counsel to the Plan Administrator*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Lauren M. Sisson, Esq. (NJ Bar No. 394182022)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
lauren.sisson@haynesboone.com

*Attorneys for the Plan Administrator*

**BROWN RUDNICK LLP**
Kenneth J. Aulet, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
(212) 209-4800
kaulet@brownrudnick.com

**BROWN RUDNICK LLP**
Tristan Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
(617)856-8300
taxelrod@brownrudnick.com

*General Counsel to the Plan Administrator*