UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                  :        Civil no:        _____
                                                                        :
                                                                        :        Case no.:        _____
                                                                        :
                                                                        :        Chapter:         _____
                                                                        :
Debtor(s)                                                               :        Adv. No.:        _____
_____ :

**CERTIFICATION OF FAILURE TO FILE DESIGNATION OF RECORD**

    I, _____, Deputy Clerk of the United States Bankruptcy Court for the District of New Jersey, do hereby certify that:

    On _____, a Notice of Appeal (copy attached) from the Bankruptcy Court Order or Judgment dated _____, was filed in the above captioned matter.

    Pursuant to Bankruptcy Rule 8009 an appellant has 14 days from the date the notice of appeal becomes effective or an order granting leave to appeal is entered, to file a designation of items to be included in the record on appeal and a statement of the issues to be presented.

    In this case, the Court granted Appellant's request for an extension of time in which to file the Designation of Record (see ECF No. 1935) and afforded him until December 20, 2023 to file same. To date, the Appellant has failed to file such designation or to request an additional extension of time to file same.

    Although a "Designation of Record on Appeal" was docketed (see ECF No. 2003), that document is limited to the Statement of Issues and references only a Notice of Appearance (ECF No. 119). Therefore, it does not adequately designate the items to be included in the record on appeal as required by Bankruptcy Rule 8009. Accordingly, Appellant has failed to properly designate the record on appeal.

    I certify that to the best of my knowledge and belief the above statements are true and correct. I also certify that a copy of this Certification has been served on the Appellant, Appellee(s) and U.S. Trustee.

JEANNE A. NAUGHTON, Clerk

Dated: _____        BY: _____

*rev.1/4/17*