**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Moheen Ahmad, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused the following documents to be served on the dates and by the method set forth below on the following clients of the Debtors, whose names, addresses, and email addresses are undisclosed due to privacy concerns:

- Wind-Down Debtors' Fifteenth Omnibus Objection to Claims (unliquidated, books and records, improper classification) [Docket No. 2070]

- Wind-Down Debtors' Fifteenth Omnibus Objection to Claims (unliquidated, books and records, improper classification), customized to include the claim number, claimant name, date filed, filed debtor entity, basic for objection, surviving claim number, US BIA, US BIA Interest, US Loan, US BPC, US BPC Interest, Intl BIA/BPC, Intl BIA/BPC Interest, Intl Loan, Surviving Claim entity, and the Unique ID for each counterparty, a blank copy of which is attached hereto as **Exhibit A**

| Date of Service | Method of Service | Description of Clients Served | Number of Client(s) Served |
|---|---|---|---|
| January 26, 2024 | Email | Fifteenth Omnibus Objection | 3,789 |
| January 26, 2024 | First Class Mail | | 110 |
| January 29, 2024 | First Class Mail | | 80 |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

Dated: February 5, 2024

/s/ *Moheen Ahmad*
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 5, 2024, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**Exhibit A**

Case 22-19361-MBK    Doc 2119    Filed 02/08/24    Entered 02/08/24 09:10:12    Desc Main
Document      Page 3 of 5

**Exhibit A**

**Wind-Down Debtors: BlockFi Inc *et al.***

**15th Omnibus Objection**

All proofs of claim not listed as the surviving claim number will be expunged. Surviving claims will be modified and allowed against the debtor entity and in the amount(s) shown per BlockFi's books and records.

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi's books and records |
| UL | Claim did not assert a dollarized value in USD |
| IC | Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity |

### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Basis for Objection |
|---|---|---|---|---|
| | | | | |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |



Expunge/Modify

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  You are receiving this notice because you filed a claim against BlockFi, and your claim is affected by the Objection.

If you disagree with the Objection, you are required to respond to the Objection in accordance with the procedures set forth in the Objection.  In order to assist the Court with collecting any responses to the Objection, Kroll Restructuring Administration LLC ("Kroll") is collecting responses at one of the three locations below.  **Please note, for your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

Electronic Submission:
Visit https://restructuring.ra.kroll.com/blockfi/ to access the portal Kroll set up for this purpose.  Access the portal using the Unique ID below.

**Unique ID:**

First Class Mail:
BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

Overnight Mail:
BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

If you have any questions feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.