| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617)856-8300<br>taxelrod@brownrudnick.com<br><br>*General Counsel for the Plan Administrator*<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>*Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator* |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>        Debtors.[1] | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered under a Confirmed Plan[2]) |

# NOTICE OF STIPULATION RESOLVING PROOFS OF CLAIM FILED BY BANDALIER INC.

---

[1] The Wind-Down Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

2 On October 3, 2023, the Court entered an order confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications) (the "Plan") [Docket No. 1609].

1

**PLEASE TAKE NOTICE** that pursuant to their authority under the terms of the confirmed and effective Plan, the Wind-Down Debtors have resolved any future objections to the proofs of claim filed by Bandalier Inc. pursuant to the terms of the *Stipulation Resolving Proofs of Claim filed by Bandalier Inc.* attached hereto.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: February 14, 2024 | /s/ *Daniel M. Stolz* |

**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
(973) 230-2095
DStolz@genovaburns.com
DClarke@genovaburns.com

*Local Counsel to the Plan Administrator*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Lauren M. Sisson, Esq. (NJ Bar No. 394182022)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
lauren.sisson@haynesboone.com

*Attorneys for the Plan Administrator*

**BROWN RUDNICK LLP**
Kenneth J. Aulet, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
(212) 209-4800
kaulet@brownrudnick.com

**BROWN RUDNICK LLP**
Tristan Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
(617)856-8300
taxelrod@brownrudnick.com

*General Counsel to the Plan Administrator*

**STIPULATION RESOLVING PROOFS OF CLAIM FILED BY BANDALIER INC.**

This stipulation (the "Stipulation") is entered into by BlockFi Inc. and its debtor affiliates (collectively, "BlockFi" or the "Wind-Down Debtors," or referred to in the past tense as the "Debtors"),[3] as managed by the Plan Administrator, in the above-referenced Chapter 11 cases (the "Chapter 11 Cases"), and Bandalier Inc. ("Bandalier"). BlockFi and Bandalier are each a "Party" and collectively, the "Parties."

## RECITALS

**WHEREAS**, BlockFi are debtors in the Chapter 11 cases jointly administered under the case styled *In re BlockFi, Inc., et. al*, Case No. 22-19361 (MBK), pending in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court");

**WHEREAS**, Bandalier timely filed Claim Nos. 10540, 12806, and 13638 in the Chapter 11 Cases asserting claims against BlockFi Inc. (the "Bandalier Claims");

**WHEREAS**, the Plan provides that the Wind-Down Debtors have the sole authority to settle or compromise any Disputed Claim[4] without any further notice to or action, order, or approval by the Bankruptcy Court. Plan, Art. VII § B.

**WHEREAS**, the Parties wish to avoid objections to the Bandalier Claims and instead to resolve the Bandalier Claims based on the agreed terms set forth below.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned counsel for the Parties, as follows:

---

[3] The Wind-Down Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

[4] Capitalized terms used herein but not defined shall have the meanings ascribed to them in the Plan.

1. <u>Recitals Incorporated</u>. The recitals and paragraphs set forth above are hereby incorporated in full and made part of this Stipulation.

2. <u>Bandalier Claims</u>. The Bandalier Claims shall be modified and Allowed in Class 4-c as BlockFi Inc General Unsecured Claims, or disallowed and expunged according to the chart below.

| Claim No. | Action  | Final Claim Status | Claim Entity and Amount    |
|-----------|---------|--------------------|----------------------------|
| #13638    | Modify  | Allowed            | BlockFi Inc. $623,888.08   |
| #12806    | Expunge | Expunged           | N/A                        |
| #10540    | Expunge | Expunged           | N/A                        |

3. <u>No Additional Amendments, Modifications, or Objections</u>. Bandalier agrees that they shall not file any additional claims in these Chapter 11 Cases (other than any claims under Section 502(h) of the Bankruptcy Code or as contemplated under Bankruptcy Rule 3002(c)(3)), nor seek leave to amend any of the proofs of claim resolved hereunder. The Wind-Down Debtors agree that they shall not, with or without leave of Court, further modify or expunge any of the Bandalier Claims resolved hereunder after directing Kroll Restructuring Administration, LLC (the "<u>Claims and Servicing Agent</u>") to take the actions necessary to modify or expunge the Bandalier Claims as indicated in the table above.

4. <u>Jurisdiction</u>. The Bankruptcy Court shall retain jurisdiction to hear and determine matters arising from or relating to the implementation, interpretation, and enforcement of this Stipulation. Each Party expressly waives any right to commence any action regarding such matters in any other forum.

5. <u>Entire Agreement</u>. This Stipulation constitutes the entire agreement among the Parties, and may not be changed, modified, or altered in any manner, except in writing, signed by each Party.

6. <u>Authorization</u>. Each person who executes this Stipulation on behalf of a Party

5

hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party.

7. <u>Execution in Counterparts</u>.  This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument. Any signature delivered by a Party electronically shall be deemed an original signature hereto.

[*Signature page follows*]

**STIPULATED AND AGREED TO BY:**

Dated: February 14, 2024

| | |
|---|---|
| /s/ *Susan Adler* | /s/ *Daniel M. Stolz* |
| Susan Adler, Esq.<br>630 Third Avenue<br>New York, NY 10017<br>Telephone: 212-867-9595<br>Email: susannycsa@gmail.com<br><br>*Counsel to Bandalier Inc.* | **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>*Local Counsel to the Plan Administrator*<br><br>**HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator*<br><br>**BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted pro hac vice)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted pro hac vice)<br>One Financial Center<br>Boston, MA 02111<br>(617)856-8300<br>taxelrod@brownrudnick.com<br><br>*General Counsel to the Plan Administrator* |