Rachel Ehrlich Albanese (#027542001)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email:  rachel.albanese@us.dlapiper.com

Stephen C. Matthews (#055801994)
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
Telephone: (973) 520-2550
Facsimile: (973) 520-2551
Email:  stephen.matthews@us.dlapiper.com

Stuart M. Brown (#026641988)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 397-2336
Email:  stuart.brown@us.dlapiper.com

Stacey E. Rufe (*pro hac vice forthcoming*)
**WERNER AHARI MANGEL LLP**
2112 Pennsylvania Ave. NW
Suite 200
Washington, DC 20037
Telephone: (202) 599-1013
Email: srufe@wam.law

*Attorneys for Defendants Arch Insurance Company, Berkley Insurance Company, Berkshire Hathaway Specialty Insurance Company, U.S. Specialty Insurance Company, and XL Specialty Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered under a Confirmed Plan)<br><br>Adv. Proc. No. _____ |

## CORPORATE DISCLOSURE STATEMENT

Defendant Berkley Insurance Company, by its attorneys, provides the following disclosure under Rule 7.1(a) of the Federal Rules of Civil Procedure:

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154).  The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

1. The parent corporation of Berkley Insurance Company and all publicly held corporations owning 10% or more of the stock of Berkley Insurance Company are listed here:

| **Owner** | **% of Shares Owned** |
|---|---|
| **W.R. Berkley Corporation** | **100%** |

Dated: February 15, 2024  
      New York, New York

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Rachel Ehrlich Albanese*
Rachel Ehrlich Albanese (#027542001)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email:	rachel.albanese@us.dlapiper.com

Stephen C. Matthews (#055801994)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
Telephone: (973) 520-2550
Facsimile: (973) 520-2551
Email:	stephen.matthews@us.dlapiper.com

Stuart M. Brown (#026641988)
1201 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 397-2336
Email:	stuart.brown@us.dlapiper.com

- and -

**WERNER AHARI MANGEL LLP**
Stacey E. Rufe (*pro hac vice forthcoming*)
2112 Pennsylvania Ave. NW
Suite 200
Washington, DC 20037
Telephone: (202) 599-1013
Email: srufe@wam.law

*Attorneys for Defendants Arch Insurance Company, Berkley Insurance Company, Berkshire Hathaway Specialty Insurance Company, U.S. Specialty Insurance Company, and XL Specialty Insurance Company*