Rachel Ehrlich Albanese (#027542001)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: rachel.albanese@us.dlapiper.com

Stacey E. Rufe (*pro hac vice forthcoming*)
**WERNER AHARI MANGEL LLP**
2112 Pennsylvania Ave. NW
Suite 200
Washington, DC 20037
Telephone: (202) 599-1013
Email: srufe@wam.law

Stephen C. Matthews (#055801994)
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
Telephone: (973) 520-2550
Facsimile: (973) 520-2551
Email: stephen.matthews@us.dlapiper.com

Stuart M. Brown (#026641988)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 397-2336
Email: stuart.brown@us.dlapiper.com

*Attorneys for Defendants Arch Insurance Company, Berkley Insurance Company, Berkshire Hathaway Specialty Insurance Company, U.S. Specialty Insurance Company, and XL Specialty Insurance Company*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered under a Confirmed Plan) |

**CERTIFICATE OF SERVICE**

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

1607480651.2

I certify that on February 15, 2024, I caused a true and correct copy of the *Notice of Removal Under 28 U.S.C. § 1334(b) and 28 U.S.C. § 1452(a) of Defendant Berkley Insurance Company* [ECF No. 2130] (the "<u>Notice of Removal</u>") to be served via CM/ECF on all those subscribed.

On February 16, 2024, I caused a true and correct copy of the Notice of Removal to be served via first-class mail, postage prepaid, on the following parties:

Blockfi, Inc.
c/o John Gallo Doyle
201 Montgomery Street, Suite 263
Jersey City, NJ 07306

Blockfi, Inc.
c/o Jennifer Borek
Genova Burns LLC
494 Broad Street, Sixth Floor
Newark, NJ 07102

Ace American Insurance Company
436 Walnut Street
Philadelphia, PA 19106

Arch Insurance Company
Harborside 3, Suite 300
210 Hudson
Jersey City, NJ 07311

Berkely Insurance Company
475 Steamboat Road
Greenwich, CT 06830

Axis Insurance Company
10000 Avalon Boulevard, Suite 200
Alpharetta, GA 30009

Endurance American Specialty
a/k/a Endurance American Specialty Insurance Company
4 Manhattanville Road
Purchase, NY 10577

Berkshire Hathaway Specialty Insurance
a/k/a Berkshire Hathaway Specialty Insurance Company
1314 Douglas Street, Suite 1400
Omaha, NE 68102

XI Specialty Ins. Co.
70 Seaview Avenue, Suite 5
Stamford, CT 06902

National Union Fire Ins. Co.
a/k/a National Union Fire Insurance Company of Pittsburgh, PA
175 Water Street, 18th Floor
New York, NY 10038

U.S. Specialty Ins. Co.
13403 Northwest Freeway
Houston, TX 77040

2

1607480651.2

| | |
|---|---|
| Dated: February 16, 2024<br>New York, New York | **DLA PIPER LLP (US)**<br><br>*/s/ Rachel Ehrlich Albanese*<br>Rachel Ehrlich Albanese (#027542001)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: rachel.albanese@us.dlapiper.com<br><br>Stephen C. Matthews (#055801994)<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, New Jersey 07078<br>Telephone: (973) 520-2550<br>Facsimile:  (973) 520-2551<br>Email: stephen.matthews@us.dlapiper.com<br><br>Stuart M. Brown (#026641988)<br>1201 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 397-2336<br>Email: stuart.brown@us.dlapiper.com<br><br>- and -<br><br>**WERNER AHARI MANGEL LLP**<br>Stacey E. Rufe<br>2112 Pennsylvania Avenue, N.W.<br>Suite 200<br>Washington DC 20037<br>Telephone: (202) 599-1013<br>Email:  srufe@wam.law<br><br>*Attorneys for Defendants Arch Insurance Company, Berkley Insurance Company, Berkshire Hathaway Specialty Insurance Company, U.S. Specialty Insurance Company, and XL Specialty Insurance Company* |