Hugh M. McDonald
PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, NY 10019
Telephone: 212.858.1170
Facsimile: 212.858.1500

*Attorneys for Paul Pretlove, David Standish*
*and James Drury, in their capacities as Joint Liquidators*
*of Three Arrows Fund, Ltd (in Liquidation)*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |

**NOTICE OF APPEARANCE OF HUGH M. MCDONALD**

**PLEASE TAKE NOTICE** that the attorney listed below hereby enters his appearance as counsel for Paul Pretlove, David Standish and James Drury, in their capacities as Joint Liquidators of Three Arrows Fund, Ltd (in Liquidation), and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the following address:

　　　　　　Pillsbury Winthrop Shaw Pittman LLP
　　　　　　31 West 52nd Street
　　　　　　New York, New York 10019
　　　　　　Telephone: (212) 858-1170

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the BlockFi Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

Facsimile: (212) 858-1500
Hugh McDonald
E-mail: hugh.mcdonald@pillsburylaw.com

Dated: February 16, 2024
New York, NY

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ Hugh M. McDonald
31 West 52nd Street
New York, New York 10019
Telephone: (212) 858-1170
Facsimile: (212) 858-1500
E-mail: hugh.mcdonald@pillsburylaw.com

*Attorneys for Paul Pretlove, David Standish and James Drury, in their capacities as Joint Liquidators of Three Arrows Fund, Ltd (in Liquidation)*