George S. Wynns
124 Brewster Street
San Francisco, CA 94110-5304
415-279-7397
georgewynns@gmail.com
Secured Creditor, Appellant pro se.

FILED
JEANNE A. NAUGHTON, CLERK

FEB 2 0 2024

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: BLOCKFI, INC., Et al.<br><br>Debtors. | ) Case No. 22-19361 Chapter 11<br>)<br>) **SECURED CREDITOR**<br>) **AND APPELLANT**<br>) **GEORGE WYNNS'S**<br>) **NOTICE DESIGNATING**<br>) **RECORD ON APPEAL AND**<br>) **STATEMENT OF ISSUES;**<br>)<br>)<br>)<br>)<br>) Hon. Michael B. Kaplan, Judge |

NOTICE DESIGNATING RECORD ON APPEAL
AND STATEMENT OF ISSUES

Appellant George S. Wynns, pro se, respectfully designates the following record for the appeal and states the following issues:

## Designation of Record.

1) Notice of Appeal with attachments, Docket 1896, 11/20/2023

2) Order granting extension of time to file Notice Designating Record And Statement of Issues, Docket 1935, 12/04/2023

3) Transcript of 11/06/2023 Hrg, Docket 1858, 11/08/23

4) Order Denying Wynns's motion for return of his 4.22 BTC In Exchange for Repayment of Loans, Docket 1841, 11/06/2023

5) Secured Creditor's Motion for return of his 4.22 BTC In Exchange for Repayment of Loans, Exhibits, Attachments, Docket 1741, 10/16/2023

6) Wynns's Objections to Tenth Omnibus Objections to Certain Claims, With Exhibits, Attachments, Docket `1633, 10/02/2023

7) Notice of No Objections to Wynns's Motion for Return of his 4.22 BTC, with attachment, Docket 1842, 11/06/2023

8) Debtor's Response to Wynns's Objection and Response to Tenth Omnibus Objection to Certain Clams, Docket 1831, 11/02/2023

9) Debtors' Late-Filed Objection to Wynns's Motion for Return Of his 4.22 BTC in Exchange for Repayment of Loans, Exhibits, Docket 1811, Purportedly filed 10/30/2023.

10) Notice of Tenth Omnibus Objection to Certain Claims, with attachments, Docket , 09/01/2023

11) Order granting Omnibus Objections to Claims Procedure, Docket 609 03/13/23.

12. Proof of Claim Docket 1633, 01/10/2023

2

## Statement of Issues on Appeal

A. Did the Bankruptcy Court err in Refusing to Recognize Wynns's Status as a secured creditor?

B. Did the Bankruptcy Court err in Refusing to Grant Wynns's Motion for Return of his 4.22 Bitcoin lodged as Security for his Loans from Debtors?

C. Did the Bankruptcy Court Err in Considering the Debtor's Late-Filed Objections to Wynns's Motion for Return of his 4.22 BTC?

D. Did the Bankruptcy Court Err in Considering the Debtor's Late-Filed Response to Wynns's Response and Objection to the Tenth Omnibus Objection to Certain Claims.

E. Did the Bankruptcy Court's and/or Debtors' Failure to Serve Wynns with All of the Court's Notices and Documents as Requested by Wynns in his Request for Notice (Doc. 119, 12/19/2022) Invalidate Subsequent Orders and Proceedings as to Wynns?

Dated, December 18, 2023

Respectfully submitted,

*George Wynns* /s/

George S. Wynns
Appellant pro se

3

George S. Wynns
124 Brewster Street
San Francisco, CA 94110
415-279-7397
georgewynns@gmail.com

February 17, 2024

Clerk of the Court
U.S. Bankruptcy Court
402 E. State St.
Trenton, NJ 08608-1507
608-858-933

Re No 22-19367 MBK

Dear Clerk of the Court:

Last December I sent to you for filing the enclosed Notice Designating Record for my appeal, that you said you had filed. Owing to some error, you filed only the 1st and 3rd pages of the three-page document, which I didn't know until it recently caused a problem at the District Court. Please refile it for me, including all three pages.

Envelope enclosed for file-stamped copies.

Thank you.

*[signature]*

George Wynns
Secured Creditor and Appellant