| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **PULLMAN & COMLEY, LLC**<br>Kristin B. Mayhew, Esq. (NJ Bar No. 021921995)<br>850 Main Street, 8th Floor<br>PO Box 7006<br>Bridgeport, CT 06601-7006<br>(203) 330-2000<br>kmayhew@pullcom.com<br><br>*Attorneys for State of Connecticut Department of Banking* | |
| In re:<br><br>BLOCKFI INC., *et al*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br>(Jointly Administered) |

### CERTIFICATION OF SERVICE

1. I, Kristin B. Mayhew:

    **X**  represent <u>State of Connecticut, Department of Banking</u> in this matter.

    ☐  am the secretary/paralegal for _____ , who represents _____ in this matter.

    ☐  am the _____ in this case and am representing myself.

2. On <u>February 20, 2024,</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

| |
|---|
| • Response of the State of Connecticut Department of Banking to the Wind-Down Debtors' Objection to Claim; and |
| • Declaration of Stacey L. Serrano in Support Thereof |
| • |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: February 20, 2024      /s/Kristin B. Mayhew
                              Kristin B. Mayhew

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David J. Adler<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry St<br>Newark, NJ 07102<br>(973) 622-4444<br>DAdler@McCarter.com | Official Committee of Unsecured Creditors (Creditor Committee) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jason D. Angelo<br>Reed Smith<br>1201 Market Street<br>Suite 1500<br>Wilmington, DE 19801<br>302-468-5622<br>JAngelo@reedsmith.com | Bryant F. Foulger (Creditor) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Deborah Kovsky Apap<br>Troutman Pepper<br>4000 Town Center, Suite 180<br>Southfield, MI 48075<br>248-359-7331<br>deborah.kovsky@troutman.com | Ad Hoc Committee of Wallet Account Holders (Interested Party) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kenneth Aulet<br>Brown Rudnick LLP<br>7 Times Square<br>New York, NY 10036<br>212-209-4950<br>kaulet@brownrudnick.com | Official Committee of Unsecured Creditors (Creditor Committee) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jason M. Avellino<br>Grant & Eisenhofer PA<br>123 Justison Street<br>Ste 7th Floor<br>Wilmington, DE 19801<br>302-622-7000<br>javellino@gelaw.com | Undisclosed Creditors (Creditor) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joshua S. Bauchner<br>Mandelbaum Barrett PC<br>3 Becker Farm Road, Suite 105<br>Roseland, NJ 07068<br>973-607-1269<br>jbauchner@mblawfirm.com | Kyle Klaus<br>c/o Ansell Grimm & Aaron, P.C.<br>365 Rifle Camp Road<br>Woodland Park, NJ 07424<br>(Creditor) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey Bernstein<br>McElroy, Deutsch, Mulvaney & Carpenter<br>570 Broad St<br>Newark, NJ 07102<br>(973) 622-7711<br>jbernstein@mdmc-law.com<br>*Assigned: 12/14/2022* | New Jersey Bureau of Securities<br>(Creditor) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lauren Bielskie<br>DOJ-Ust<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102<br>973-645-2939<br>lauren.bielskie@usdoj.gov | U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lisa Bonsall<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>(973) 639-2066<br>lbonsall@mccarter.com | Official Committee of Unsecured Creditors<br>(Creditor Committee) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Carrie J. Boyle<br>Boyle & Valenti Law, PC<br>1940 Route 70 East<br>Suite 4<br>Cherry Hill, NJ 08003<br>856-499-3335<br>cboyle@b-vlaw.com | Ge Song<br>1540 Southwest Expy #237<br>San Jose, CA 95126<br>*(Creditor)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| James L Bromley<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>212-558-4923<br>bromleyj@sullcrom.com | FTX Trading Ltd and Affiliated Debtors<br>(Interested Party) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Elisabeth Bruce<br>DOJ-Tax<br>555 4th Street NW<br>Washington, DC 20001<br>202-598-0969<br>elisabeth.m.bruce@usdoj.gov | Internal Revenue Service<br>(Interested Party) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Christopher R Bryant<br>Hogan Lovells US LLP<br>390 Madison Avenue<br>New York, NY 10017<br>(212)918-3000<br>chris.bryant@hoganlovells.com | Ankura Trust Company, LLC<br>(Unknown Role Type) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Donald W Clarke<br>Genova Burns LLC<br>110 Allen Road<br>Ste 304<br>Basking Ridge, NJ 07920<br>973-467-2700<br>dclarke@genovaburns.com | Official Committee of Unsecured Creditors<br>(Creditor Committee) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jessica Cole<br>DOJ-Civ<br>1100 L Street, NW<br>Washington, DC 20001<br>202-353-0438<br>jessica.cole@usdoj.gov | United States of America<br>*(Interested Party)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Anthony J D'Artiglio<br>Ansell Grimm & Aaron, PC<br>365 Rifle Camp Road<br>Woodland Park, NJ 07424<br>973-247-9000<br>973-247-9199 (fax)<br>ADARTIGLIO@ANSELL.LAW | Kyle Klaus<br>*(Creditor)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sam Della Fera, Jr<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, NJ 07068<br>973-530-2076<br>sdellafera@csglaw.com | Vrai Nom Investment Limited<br>*(Creditor)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew G Dietderich<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>dietdericha@sullcrom.com | FTX Trading Ltd and Affiliated Debtors<br>*(Interested Party)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Christopher R Donoho III<br>Hogan Lovells US LLP<br>390 Madison Avenue<br>New York, NY 10017<br>(212)918-3000<br>chris.donoho@hoganlovells.com | Ankura Trust Company, LLC<br>*(Unknown Role Type)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael S. Etkin<br>Lowenstein Sandler<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>973-597-2500<br>973-597-2400 (fax)<br>metkin@lowenstein.com | Proposed Lead Plaintiff in Securities Class Action<br>*(Interested Party)*<br><br>Cameron Wyatt<br>(Interested Party) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Anna Pia Felix<br>Lazare Potter Giacovas & Moyle LLP<br>747 3rd Avenue 16th Floor<br>New York, NY 10017<br>212-758-9300<br>afelix@lpgmlaw.com | Yuri Mushkin<br>(*Creditor*) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Scott Fleischer<br>Barclay Damon LLP<br>1270 Avenue of the Americas<br>Suite 501<br>New York, NY 10020<br>sfleischer@barclaydamon.com | Rui Pedro Vaz dos Santos Teixeira (creditor) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Aaron Garber<br>Wadsworth Garber Warner Conrardy PC<br>2580 West Main Street<br>Littleton, CO 80120<br>agarber@wgwc-law.com | Kristen Vorhees<br>(*Creditor*) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email) (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| George J. Gerro, Esq.<br>530 S. Glenoaks Blvd.<br>Suite 200<br>Burbank, CA 91502<br>George@gerrolaw.com | George J. Gerro | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John D. Giampolo<br>Rosenberg & Estis, P.C.<br>733 Third Avenue<br>Ste 14th Floor<br>New York, NY 10017<br>212-867-6000<br>jgiampolo@rosenbergestis.com | Paperless Inc., d/b/a Paperless Post (Interested Party) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brian D Glueckstein<br>Sullivan & Cromwell LLP<br>125 Broad St<br>New York, NY 10004<br>(212)558-4000<br>gluecksteinb@sullcrom.com | FTX Trading Ltd and Affiliated Debtors<br>*(Interested Party)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John C. Goodchild<br>Morgan, Lewis & Bockius, LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>215-963-5020<br>john.goodchild@morganlewis.com | Emergent Fidelity Technologies Ltd<br>*(Interested Party)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Allen I Gorski<br>Gorski and Knowlton, P.C.<br>311 White Horse Avenue<br>Suite A<br>Hamilton, NJ 08610<br>609-964-4000<br>609-528-0721 (fax)<br>agorski@gorskiknowlton.com | Nancy Fout<br>(creditor)<br><br>Estate of Herman Katzenell<br>(creditor) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael Anthony Guerra<br>Venable LLP<br>151 West 42nd Street<br>49th Floor<br>New York, NY 10036<br>212-808-5670<br>maguerra@venable.com | Cipher Mining Inc.<br>(Interested Party) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kurt F. Gwynne<br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>(302) 778-7500<br>kgwynne@reedsmith.com | Bryant F. Foulger<br>*(Creditor)*<br><br>The Ad Hoc Group of Actual Wallet Holders | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Catherine B. Heitzenrater<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>215-979-7342<br>215-827-5490 (fax)<br>cebeideman@duanemorris.com | Chubb Companies<br>(*Creditor*) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bryan Russell Horton<br>George Brothers Kincaid & Horton LLP<br>114 W 7th St Ste 1100<br>Austin, TX 78701<br>512-495-1400<br>rhorton@gbkh.com | Scratch Services LLC<br>(*Interested Party*) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jonathan Schwalb, ESQ Friedman Vartolo, LLP<br>1325 Franklin Ave Suite 160<br>Garden City, NY 11530 | SN Servicing Corp<br>(*Loss Mitigation*) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Richard Kanowitz<br>Haynes and Boone, LLP<br>30 Rockefeller Plaza<br>26th Floor<br>New York, NY 10112<br>212-918-8971<br>richard.kanowitz@haynesboone.com | BlockFi Inc.<br>(*Debtor*) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John C. Kilgannon<br>Stevens & Lee<br>1818 Market Street<br>29th Floor<br>Philadelphia, PA 19103<br>(215) 751-1943<br>(610) 371-7954 (fax)<br>john.kilgannon@stevenslee.com | Towards Equilibrium, LLC<br>(*Interested Party*)<br>Equi Balanced Fund, LP<br>(*Creditor*) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Gregory S. Kinoian<br>Genova Burns LLC<br>494 Broad Street<br>Newark, NJ 07102<br>973-646-3284<br>973-533-1112 (fax)<br>gkinoian@genovaburns.com | Official Committee of Unsecured Creditors (Creditor Committee) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Carol L. Knowlton<br>Gorski and Knowlton PC<br>311 Whitehorse Avenue<br>Ste A<br>Hamilton, NJ 08610<br>609-964-4000<br>609-528-0721 (fax)<br>cknowlton@gorskiknowlton.com | George J. Gerro *(Creditor)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Peter Y. Lee<br>Lee LLC<br>770 River Road<br>PO Box 52<br>Edgewater, NJ 07020-0052<br>212-808-0716<br>212-808-0719 (fax)<br>peter.lee@leeadvocates.com | Renard Ihlenfeld *(Creditor)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nicole A. Leonard<br>McElroy Deutsch Mulvaney & Carpenter LLP<br>570 Broad Street<br>Newark, NJ 07102<br>973-565-2048<br>nleonard@mdmc-law.com | New Jersey Bureau of Securities *(Creditor)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gaston P. Loomis, II<br>McElroy Deutsch Mulvaney & Carpenter LLP<br>300 Delaware Avenue<br>Ste 1014<br>Wilmington, DE 19801 | New Jersey Bureau of Securities *(Creditor)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Joao Ferreira Magalhaes<br>Connell Foley<br>One Newark Center<br>1085 Raymond Blvd., 19th Floor<br>Newark, NJ 07102<br>973-436-5717<br>jmagalhaes@connellfoley.com | John William Van Tubergen Jr.<br>*(Creditor)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert Malone<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102<br>973-596-4533<br>973-596-0545 (fax)<br>rmalone@gibbonslaw.com | Ankura Trust Company, LLC<br>*(Unknown Role Type)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Andrew Marks<br>Dorf & Nelson LLP<br>The International Corporate Center<br>555 Theodore Fremd Avenue<br>Rye, NY 10580<br>914-381-7600<br>914-381-7608 (fax)<br>jcardenas@dorflaw.com | Matthew Gordon<br>*(Creditor)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Warren J. Martin, Jr.<br>Porzio, Bromberg & Newman<br>100 Southgate Parkway<br>Morristown, NJ 07962-1997<br>(973) 889-4006<br>(973) 538-5146 (fax)<br>wjmartin@pbnlaw.com | Flori Marquez<br>*(Creditor)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alan Stuart Maza<br>Securities and Exchange Commission<br>100 Pearl Street<br>SUITE 20-100<br>New York, NY 10281<br>212-336-0133<br>mazaa@sec.gov | Securities and Exchange Commission<br>*(Creditor)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kyle McEvilly<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102<br>(973)596-4500<br>kmcevilly@gibbonslaw.com | Ankura Trust Company, LLC<br>*(Unknown Role Type)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Douglas J. McGill<br>Webber McGill LLC<br>100 E. Hanover Avenue<br>Suite 401<br>Cedar Knolls, NJ 07927<br>973-739-9559<br>973-739-9575 (fax)<br>dmcgill@webbermcgill.com | Gary Ford<br>*(Creditor)*<br><br>Ad Hoc Committee of Collaterized Loan Account Holders | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Edward J McNeilly<br>Hogan Lovells US LLP<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>(310)785-4600<br>edward.mcneilly@hoganlovells.com | Ankura Trust Company, LLC<br>*(Unknown Role Type)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Meredith Mitnick<br>Goodwin Procter LLP<br>620 Eighth Avenue<br>New York, NY 10018 | Deserve, Inc.<br>*(Creditor)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Karam Nahas, LLC<br>1130 Route 202 South<br>Suite A-7<br>Raritan, NJ 08869 | William Henry Stoll IV<br>*(Creditor)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Stephen D Palley<br>Brown Rudnick LLP<br>601 Thirteenth Street NW<br>Washington, DC 20005 | Official Committee of Unsecured Creditors<br>*(Creditor Committee)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Barbra Rachel Parlin<br>Holland & Knight, LLP<br>31 West 52nd Street<br>New York, NY 10019<br>(212) 513-3200<br>(212) 385-9010 (fax)<br>barbra.parlin@hklaw.com | Silvergate Bank<br>*(Creditor)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John Piskora<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154<br>212-407-4000<br>jpiskora@loeb.com | Deferred 1031 LLC<br>*(Creditor)*<br><br>Deferred 1031 Series 4 LLC<br>(Creditor) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Richard G. Placey<br>Montgomery, McCracken, Walker & Rhoads<br>457 Haddonfield Road<br>6th Floor<br>Cherry Hill, NJ 08002 | Samuel L. Bankman-Fried (stockholder) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Matthew J Porpora<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 | FTX Trading Ltd and Affiliated Debtors<br>*(Interested Party)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Mary E Putnick<br>Putnick Legal LLC<br>P.O. Box 797<br>Sewell, NJ 08080 | Noah Powell<br>*(Creditor)*<br>Shaoky Taraman<br>*(Creditor)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Adam S. Ravin<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020 | The Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation)<br>*(Interested Party)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert M. Schechter<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>Morristown, NJ 07962 | Flori Marquez<br>*(Creditor)*<br>Zachary Lee Prince<br>*(Creditor)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph R. Scholz<br>McCarter English, LLP<br>825 Eighth Avenue<br>31st Floor<br>New York, NY 10019 | Official Committee of Unsecured Creditors<br>*(Creditor Committee)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sydney Schubert<br>Genova Burns<br>494 Broad Street<br>Newark, NJ 07102 | Genova Burns LLC<br>*(Attorney)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joseph M. Shapiro<br>Middlebrooks Shapiro, P.C.<br>841 Mountain Avenue<br>First Floor<br>Springfield, NJ 07081 | John A. Javes<br>*(Creditor)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Seth Brandon Shapiro<br>DOJ-Civ<br>Poc Agostinho, Jean<br>1100 L St., N.W.<br>8142<br>Washington, DC 20530 | United States of America<br>*(Interested Party)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Virginia T. Shea<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>1300 Mount Kemble Avenue<br>Morristown, NJ 07962 | New Jersey Bureau of Securities<br>*(Creditor)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jack Shrum<br>Austria Shrum LLC<br>One Commerce Center<br>1201 N. Orange Street<br>Suite 502<br>Wilmington, DE 19801 | John M. Von Pischke<br>*(Creditor)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bennett S Silverberg<br>Brown Rudnick LLP<br>7 Times Square<br>New York, NY 10036 | Official Committee of Unsecured Creditors<br>*(Creditor Committee)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Wendy M Simkulak<br>Duane Morris LLP<br>240 Princeton Avenue<br>Suite 150<br>Hamilton, NJ 08619-2304 | Chubb Companies<br>(*Creditor*) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David P Simonds<br>Hogan Lovells US LLP<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067 | Ankura Trust Company, LLC<br>(*Unknown Role Type*) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael D. Sirota<br>Cole Schotz P.C.<br>25 Main St.<br>Hackensack, NJ 07601 | BlockFi Inc.<br>(*Debtor*) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| David E. Sklar<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>Morristown, NJ 07962 | Flori Marquez<br>(*Creditor*)<br>Zachary Lee Prince<br>(Creditor) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey M. Sponder<br>Office of U.S. Trustee<br>One Newark Center<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert J Stark<br>Brown Rudnick LLP<br>7 Times Square<br>New York, NY 10036 | Official Committee of Unsecured Creditors<br>*(Creditor Committee)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel Stolz<br>Genova Burns LLC<br>110 Allen Road<br>Suite 304<br>Ste 304<br>Basking Ridge, NJ 07920 | Official Committee of Unsecured Creditors<br>*(Creditor Committee)*<br>Brown Rudnick LLP, Genova Burns LLC, Elementus, Inc., M3 Partners and Plan Administrator | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Bruce Gilling, Martin Mikolajeczyk, Mitchell Eglar, Brian Graddon, Matthew Hoselton, Michiel Hemmina, Koke Kottmeier, Ashton Rincon, William Warburton | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | Clayton Bargsten, Daniel Gusovsky, Joseph Borremaus, Alberto Olivo, Brendan Pena, Steven Lee, Ellison Bak, Scott Aufenanger, Andrew Martinez, Wayne Akey, Damon Anderson | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brett S. Theisen<br>Gibbons PC<br>One Gateway Center<br>Newark, NJ 07102 | Ankura Trust Company, LLC<br>*(Unknown Role Type)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Daniel Thornburgh<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>17 E. Main Street<br>Suite 200<br>Pensacola, FL 32502 | Angel Rodriguez Bobby Strickland, Bryan Dahl, Carlos Rodriguez, Daniel Schroeder, Deborah McWilliams, Dyson Pullins, Eric Masden, Fausto Castillo, John Paul Zable, Matthew Derwinski, Michael Camal, Montgomery Glover, Noah Powell, Oscar Gonzalez, Rachel De Heras, Randall Bacon, Robert Mulack, Robert Prendimano, Ross Furman, Sean Schilder, Stanley Dunavant, Sydney Hamilton, Van Tu, Zachary Michaels<br>(Creditors) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Leslie C. Thorne<br>Haynes and Boone, LLP<br>30 Rockefeller Plaza<br>26th Floor<br>New York, NY 10112 | Haynes and Boone LLP<br>*(Attorney)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey M. Traurig<br>Traurig Law LLC<br>One University Plaza<br>Suite 124<br>Hackensack, NJ 07601 | Elise S. Frejka<br>*(Examiner)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Allen Joseph Underwood, II<br>Lite DePalma Greenberg & Afanador, LLC<br>570 Broad Street<br>Suite 1201<br>Newark, NJ 07102 | Genesis Global Holdco LLC, Genesis Global Capital, LLC and Genesis Asia Pacific Pte. Ltd.<br>(Interested Party) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Warren A. Usatine<br>Cole Schotz P.C.<br>25 Main Street<br>PO Box 800<br>Hackensack, NJ 07602-0800 | BlockFi Inc.<br>(Debtor) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| James C Vandermark<br>White and Williams, LLP<br>1650 Market Street<br>Suite 1800<br>Philadelphia, PA 19103 | Salesforce, Inc.<br>*(Creditor)*<br>Slack Technologies, Inc.<br>*(Creditor)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Frank F. Velocci<br>Faegre Drinker Biddle & Reath LLP<br>600 Campus Drive<br>Florham Park, NJ 07932 | Bermuda Joint Provisional Liquidators of BlockFi International Ltd.<br>*(Interested Party)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kaitlin R. Walsh<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>919 Third Avenue<br>Ste 38th Floor<br>New York, NY 10022 | Marex Capital Markets Inc.<br>*(Creditor)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John W. Weiss<br>Pashman Stein Walder Hayden, P.C.<br>101 Crawfords Corner Road<br>Suite 4202<br>Holmdel, NJ 07733 | The Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation)<br>*(Interested Party)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Paul J. Winterhalter<br>Offit Kurman<br>100 Eagle Rock Avenue<br>Suite 105<br>East Hanover, NJ 07936 | Moneeb Waseem<br>8001 Frye Road<br>Alexandria, VA 22309 | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Steven R. Wirth<br>Akerman Senterfitt<br>401 E. Jackson Street<br>Suite 1700<br>Tampa, FL 33602 | John Lymn<br>*(Creditor)* | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Felice R. Yudkin<br>Cole Schotz P.C.<br>25 Main Street<br>Hackensack, NJ 07602 | BlockFi Inc.<br>(Debtor) | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RR<br>**X** Other (Court Email)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

Active/85095.1/KMAYHEW/15094680v1