# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re: 

| | |
|---|---|
| Chapter: | _____ |
| Case Number: | _____ |
| Civil Number: | _____ |
| Adversary Number: | _____ |
| Bankruptcy Judge: | _____ |

**TRANSMITTAL OF DOCUMENT(S) TO:**
❑ **DISTRICT COURT**     ❑ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

Amended
❑ Notice of Appeal     ❑ Order being Appealed     ❑ Designation of Record on Appeal

❑ Statement of Issues     ❑ Transcript     ❑ Transcript Ordered On: _____

❑ Motion for Leave to Appeal     ❑ Certification of Failure to File Designation     ❑ Motion to Withdraw the Reference

❑ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____.   The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | _____ | Appellee(s): | _____ |
| Attorney: | _____ | Attorney: | _____ |
| Address: | _____ | Address: | _____ |
| | _____ | | _____ |

Title of Order Appealed: _____

Date Entered On Docket: _____

❑   An appeal has not previously been filed in this case.

❑   The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____     Judge assigned: _____

By: _____     Date: _____

*rev. 8/28/17*