Case 22-19361-MBK    Doc 2143-1    Filed 02/22/24    Entered 02/22/24 19:26:56    Desc
Exhibit A- Joint Stipulation and Agreed Order Extending Deadline To Answer Or Ot    Page 1 of 5

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered under a Confirmed Plan) |
| BLOCKFI INC. AS THE WIND DOWN DEBTORS,<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, ARCH INSURANCE COMPANY, AXIS INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, U.S. SPECIALTY INSURANCE COMPANY, XL SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | Adv. Proc. No. 24-01067 (MBK) |

**JOINT STIPULATION AND AGREED ORDER EXTENDING DEADLINE
TO ANSWER OR OTHERWISE RESPOND TO AMENDED
<u>COMPLAINT AND PROVIDING FOR ACCEPTANCE OF SERVICE THEREOF</u>**

The relief requested on the following pages is hereby ORDERED.

1607603028.4

This joint stipulation and agreed order (the "Stipulated Order") is entered into by and among plaintiff BlockFi Inc., as Wind Down Debtors (the "Plaintiff"), and defendants ACE American Insurance Company, Arch Insurance Company, Axis Insurance Company, Berkley Insurance Company, Berkshire Hathaway Specialty Insurance Company, Endurance American Specialty Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, U.S. Specialty Insurance Company, and XL Specialty Insurance Company (collectively, the "Defendants" and, together with the Plaintiff, the "Parties").

WHEREAS, in exchange for the Defendants' counsel accepting service of the amended complaint on behalf of their respective client(s), the Plaintiff has agreed to extend the deadline for the Defendants to answer or otherwise respond to the Amended Complaint [Dkt. No. 1] (the "Response Deadline").

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Plaintiff and the Defendants, through their respective counsel, that:

1. The Response Deadline for each of the Defendants is extended to March 25, 2024, without prejudice to each of the Parties' rights to seek a further extension, subject to approval of the Court.

2. Defendants expressly reserve any and all rights and defenses to the allegations in the Amended Complaint.

3. Counsel to each of the Defendants agrees to accept service of the Amended Complaint on behalf of their respective client(s).

4. This Stipulated Order may be executed in counterparts and each counterpart, when so executed and delivered, shall be deemed an original, and all counterparts, taken together, shall constitute one and the same Stipulated Order.

| | |
|---|---|
| Agreed this 22nd day of February, 2024<br><br> /s/  Rachel Ehrlich Albanese <br>Rachel Ehrlich Albanese (#027542001)<br>**DLA PIPER LLP (US)**<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email:  rachel.albanese@us.dlapiper.com<br><br>Stephen C. Matthews (#055801994)<br>**DLA PIPER LLP (US)**<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, New Jersey 07078<br>Telephone: (973) 520-2550<br>Facsimile: (973) 520-2551<br>Email:  stephen.matthews@us.dlapiper.com<br><br>Stuart M. Brown (#026641988)<br>**DLA PIPER LLP (US)**<br>1201 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 397-2336<br>Email:  stuart.brown@us.dlapiper.com<br><br>- and -<br><br>Stacey E. Rufe (*pro hac vice* forthcoming)<br>**WERNER AHARI MANGEL LLP**<br>2112 Pennsylvania Ave. NW<br>Suite 200<br>Washington, DC 20037<br>Telephone: (202) 599-1013<br>Email: srufe@wam.law<br><br>*Attorneys for Defendants Arch Insurance Company, Berkley Insurance Company, Berkshire Hathaway Specialty Insurance Company, U.S. Specialty Insurance Company, and XL Specialty Insurance Company* | Agreed this 22nd day of February, 2024<br><br> /s/  Stephen P. Palley <br>Stephen D. Palley (pro hac vice forthcoming)<br>Daniel J. Healy (*pro hac vice* forthcoming)<br>John G. Doyle (#045872005)<br>**BROWN RUDNICK LLP**<br>601 Thirteenth Street NW, Suite 600<br>Washington, DC 20005<br>Telephone: (202) 536-1766<br>Facsimile: (617) 289-0766<br>Email:  spalley@brownrudnick.com<br>           dhealy@brownrudnick.com<br>           jdoyle@brownrudnick.com<br><br>Kenneth J. Aulet<br>**BROWN RUDNICK LLP**<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>Email:  kaulet@brownrudnick.com<br><br>Tristan G. Axelrod<br>**BROWN RUDNICK LLP**<br>One Financial Center<br>Boston, Massachusetts 02111<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201<br>Email:  taxelrod@brownrudnick.com<br><br>- and -<br><br>Daniel M. Stolz<br>Jennifer Borek<br>**GENOVA BURNS LLC**<br>494 Broad Street<br>Newark, New Jersey 07102<br>Telephone: (973) 533-0777<br>Facsimile: (973) 535-7107<br>Email:  dstolz@genovaburns.com<br>           jborek@genovaburns.com<br><br>*Attorneys for Plaintiff* |

3

1607603028.4

| | |
|---|---|
| Agreed this 22nd day of February, 2024<br><br>/s/ Seith D. Griep<br>Seth D. Griep<br>**KAUFMAN DOLOWICH, LLP**<br>25 Main Street, Suite 500<br>Hackensack, New Jersey 07601<br>Telephone: (201) 488-6655<br>Facsimile: (201) 488-6652<br>Email: sgriep@kaufmandolowich.com<br><br>*Attorney for Endurance American Specialty Insurance Company* | Agreed this 22nd day of February, 2024<br><br>/s/ Robert A. Benjamin<br>Robert A. Benjamin<br>**KAUFMAN BORGEEST & RYAN LLP**<br>200 Summit Lake Drive<br>Valhalla, New York 10595<br>Telephone: (914) 449-1059<br>Facsimile: (914) 449-1100<br>Email: rbenjamin@kbrlaw.com<br><br>*Attorney for National Union Fire Insurance Company of Pittsburgh, PA* |
| Agreed this 22nd day of February, 2024<br><br>/s/ Jessica E. La Londe<br>Jessica E. La Londe (*pro hac vice* forthcoming)<br>**DUANE MORRIS LLP**<br>One Marke Plaza, Suite 2200<br>San Francisco, California 94105-1127<br>Telephone: (415) 957-3225<br>Facsimile: (415) 520-9395<br>Email: jelalonde@duanemorris.com<br><br>Wendy M. Simkulak<br>**DUANE MORRIS LLP**<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>Facsimile: (215) 689-4951<br>Telephone: (215) 979-1547<br>Email: wmsimkulak@duanemorris.com<br><br>*Attorneys for ACE American Insurance Company* | Agreed this 22nd day of February, 2024<br><br>/s/ Mark D. Sheridan<br>Mark D. Sheridan<br>**SQUIRE PATTON BOGGS (US) LLP**<br>382 Springfield Avenue<br>Summit, New Jersey 07901<br>Telephone: (973) 848-5681<br>Facsimile: (973) 848-5601<br>Email: mark.sheridan@squirepb.com<br><br>*Attorney for Axis Insurance Company* |