| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617)856-8300<br>taxelrod@brownrudnick.com<br><br>*General Counsel for the Plan Administrator*<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>*Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator* |
| In re:<br><br>BLOCKFI INC., *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br>(Jointly Administered under a Confirmed Plan[2]) |

# WIND-DOWN DEBTORS' OMNIBUS REPLY IN SUPPORT OF
# FIFTEENTH OMNIBUS OBJECTION TO CLAIMS

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

[2] On October 3, 2023, the Court entered an order confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications) (the "Plan") [Docket No. 1609].

TO: THE HONORABLE CHIEF JUDGE MICHAEL B. KAPLAN
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

BlockFi Inc. and its debtor affiliates (collectively, "BlockFi" or the "Wind-Down Debtors"), as managed by the Plan Administrator in the above-referenced Chapter 11 cases (the "Chapter 11 Cases"), hereby file this *Wind-Down Debtors' Omnibus Reply in Support of the Fifteenth Omnibus Objection to Claims* (the "Reply") addressing the responses filed by creditors to the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "15th Objection") [Docket No. 2070]. In support of the Reply, the Wind-Down Debtors respectfully represent as follows:

**Factual Background**

1. On January 24, 2024, the Debtors filed the 15th Objection, seeking to disallow and expunge or modify and allow certain proofs of claim as indicated on Schedule 1. Creditors whose claims were contained on Schedule 1 to the 15th Objection were directed to file any responses with Kroll Restructuring LLC ("Kroll") by 4:00 pm ET on February 20, 2024. Kroll received 83 responses (the "Responses"), some of which were duplicates.

2. Except as noted below, the Responses received fell into four general categories:

    - **Response Type 1:** Responses that indicated that the creditor agreed with the treatment of their claim on Schedule 1.

    - **Response Type 2:** Responses that contained no substantive request or comment to the 15th Objection or contained questions/requests related to distributions. Many Responses simply attached the documents the creditor was served with by Kroll or pre-petition account statements without notation or comment. Counsel reached out to all creditors with questions but as these responses made no substantive argument they are not addressed in this Reply.

    - **Response Type 3:** Responses that disputed the use of petition date coin pricing to determine the dollarized amount of a creditor's claim.

- **Response Type 4:** Responses that took issue with the dollarization of the claim amounts and/or incorrectly assumed that the Wind-Down Debtors would only be making distributions in cash.

3. The chart below contains a short summary of the Responses received.

| Claim # | Response Type | Notes on supporting documentation |
|---|---|---|
| 21992 | 2 | BIA screenshot |
| 19730 | 2 | Copy of passport |
| 21548 | 2 | BIA screenshot and transaction history |
| 19150 | 2 | Note requesting conversion of BTC to USD |
| 5542 | 3, 4 | Letter requesting distribution in crypto at market value and BIA statement |
| 23329 | 3 | Letter requesting $300 in damages and March 2023 pricing for claim |
| 24159 | 2 | BIA statement - **RESOLVED** |
| 16059 | 2 | Letter re: documents creditor needs to file and copy of claim objection |
| 21163 | 2 | Schedule info, proof of claim, and BIA statement - **RESOLVED** |
| 33911 | 2 | Copy of claim objection |
| 24347 | 2 | Copy of claim objection |
| 25176 | 2 | BIA statement |
| 19287 | 2 | BIA statement |
| 32336 | 2 | BIA statement |
| 24979 | 3 | Letter rejecting the objection to claim |
| 17762 | 2 | BIA statement and screenshot |
| 27004 | 2 | Question about modification and request to redact name of LLC |
| 12911 | 2 | Copy of claim objection |
| 16510 | 2 | Copy of claim objection - **RESOLVED** |
| 25311 | 2 | Copy of claim objection |
| 24799 | 2 | Tax document, BIA screenshot, and letter requesting clarification |
| 17911 | 2 | Proof of claim and BIA statements - **RESOLVED** |
| 15995 | 2 | Letter |
| 17748 | 2 | Copy of claim objection and letter re: FTX |
| 20666 | 2 | Copy of claim objection |
| 33244 | 2 | Copy of claim objection |
| 33962 | 2 | Letter requesting transfer of BTC |
| 22466 | 2 | Complete copy of 15th Omnibus |
| 24566 | 2 | Letter re: claim amount calculations and transaction info - **RESOLVED** |
| 24419 | 2 | Letter re: claim amount calculations and transaction info - **RESOLVED** |
| 8697 | 2 | BIA Transaction log |
| 20572 | 2 | BIA statement - **RESOLVED** |
| 24553 | 2 | BIA screenshot and statement |
| 12770 | 1 | Letter agreeing to proposed modification |
| 17777 | 2 | Letter asking to be paid, BIA statement, complete copy of 15th Omnibus |
| 16121 | 2 | BIA statement |
| 19428 | 2 | Letter re: valuation, BIA screenshot - **RESOLVED** |

| | | |
|---|---|---|
| 22785 | 1 | Letter agreeing to proposed modification |
| 20543 | 4 | Note requesting BTC/ETH, BIA screenshot |
| 9215 | 4 | Letter requesting crypto distribution |
| 33981 | 3, 4 | Letter re: valuation and BIA screenshot |
| 8180 | 2 | Copy of prior objection to another claim filed by the same creditor |
| 23365 | 3, 4 | Letter requesting payment in kind at current market value |
| 21726 | 3 | Copy of claim objection, letter stating current crypto value |
| 29577 | 2 | BIA statements, letter re: clarification on $0 claim amount - **RESOLVED** |
| 23178 | 2 | BIA statements, letter re: clarification on $0 claim amount - **RESOLVED** |
| 27478 | 2 | BIA screenshot, transaction report - **RESOLVED** |
| 22818 | 4 | Letter requesting distributions in crypto, BIA screenshot |
| 24637 | 4 | Letter requesting distribution in crypto, transaction history - **RESOLVED** |
| 23810 | 2 | BIA screenshot and statement, transaction report - **RESOLVED** |
| 19230 | 2 | Letter objecting to expungement, copy of claim objection, proof of claim |
| 24568 | 2 | BIA statement |
| 17148 | 2 | Letter with claim calculations, BIA screenshot |
| 12387 | 1 | Letter agreeing with proposed modification, copy of claim objection |
| 10268 | 2 | Letter addressing bases of objection not relevant to this claim and prior objections to multiple proofs of claim - **RESOLVED** |
| 28660 | 2 | Copy of claim objection |
| 23115 | 3, 4 | Letter requesting payment in kind at current market value, BIA statement |
| 12224 | 2 | BIA screenshot |
| 19564 | 2 | Letter requesting clarification for scheduled interest amounts |
| 15931 | 2 | Copy of proof of claim |
| 25652 | 4 | BIA statement, claim calculations, proof of claim, request for in-kind distribution |
| 18286 | 2 | BIA statement and screenshot |
| 12726 | 3, 4 | Letter requesting payment in full, in kind. |
| 12348 | 3, 4 | Letter requesting in kind distribution at February 2022 prices, chart of BTC prices, LSA, addendum to proof of claim |
| 21898 | 3 | Chart showing coin prices as of 2/18/24, BIA screenshot |
| 18513 | 3, 4 | Letter requesting assets back in kind at current market value |
| 19567 | 2 | Letter stating objection is without merit, proof of claim, BIA statement |
| 19551 | 2 | Letter requesting procedures to withdraw |
| 18521 | 1 | Letter stating he agrees with scheduled amounts, BIA statement |
| 23062 | 2 | Letter disputing objection, BIA statement |
| 15772 | 3 | Letter proposing distribution scheme and disputing petition date pricing |
| 23006 | 4 | Request for in-kind distribution (same creditor w/ multiple proofs of claim) |
| 27832 | 4 | Request for in kind distribution (same creditor w/ multiple proofs of claim) |
| 25662 | 4 | Request for in kind distribution |
| 23982 | 4 | Request for in kind distribution (same creditor w/ multiple proofs of claim) |
| 16759 | 2 | Letter requesting funds, copy of claim objection, tax document |
| 25521 | 2 | Letter addressing bases for objection, transaction report |
| 28363 | 4 | Request for in kind distribution (same creditor w/ multiple proofs of claim) |

4

| 24500 | 3, 4 | Letter requesting in-kind distribution at current market prices |
| 18808 | 4 | Request for in kind distribution (same creditor w/ multiple proofs of claim) |
| 25406[3] | 3, 4 | Letter requesting in-kind distribution at current market prices |
| 25279 | 3, 4 | BIA screenshot, letter requesting in full, in-kind distribution |
| 19564 | 2 | Hard copy duplicate of portal submission |

4. Upon receiving the Responses, counsel for the Wind-Down Debtors attempted to contact all creditors whose Responses posed questions or appeared to contain misunderstandings about accounts or claims that could be clarified. If Wind-Down Debtors' counsel was able to address and clarify the issues raised by the creditor, the resolution of their Response is noted in the chart above. The Wind-Down Debtors will continue this outreach until the hearing date.

## Reply

5. The Wind-Down Debtors filed this 15th Objection to move the claims reconciliation process forward in order to make faster distributions to all creditors who filed proofs of claim related to their estate claims. As an initial matter, none of the Responses filed appear to assert a substantive dispute as to the amount or type of cryptocurrency in the creditor's interest account or retail loan collateral account as of the petition date. Rather, the vast majority of Responses simply provided documentation in the form of BIA screenshots or copies of the claim objection served on the creditor. Some of the Responses appear to take issue with the dollarization of claims using petition date coin pricing and request that distributions be made in-kind, rather than in USD.

6. In the interest of clarity for all creditors, this Reply will address the substantive issues raised by creditors in some of the Responses: claim dollarization at petition date pricing and the form of distributions to creditors.

---

[3] This Response references an agreement with the Plan Administrator to cap this claim at a higher amount than the scheduled amount per the Wind-Down Debtors' books and records. As the Court is aware, the Plan Administrator agreed to higher caps for creditors who requested same in order to facilitate the distribution process, but explicitly reserved the right to object to the claims at a later time.

A. **The Bankruptcy Code, Confirmed Chapter 11 Plan, and Equity Require the Wind-Down Debtors to Value Claims in USD as of the Petition Date.**

7. Some of the Responses disputed the appropriateness of valuing creditor claims in USD as of the Petition Date, November 28, 2022. Because of the constantly fluctuating prices of cryptocurrency and in order to fairly calculate creditor distributions, scheduled claim amounts have been determined using coin prices as of the petition date. This method of valuation is supported by both the Bankruptcy Code and the confirmed Plan.

8. 11 U.S.C. § 502(b) states that "the court, after notice and a hearing, shall determine the amount of such claim in lawful currency of the United States as of the date of the filing of the petition." Additionally, Art.VI.F of the confirmed Plan states:

> As is required by section 502(b) of the Bankruptcy Code, each Account Holder's Claim is determined by the fair market value of the Digital Assets (based in United States dollars pursuant to the Digital Assets Conversion Table) held by the Account Holder at the Debtors as of the Petition Date at 11.59 p.m. UTC. This process is generally referred to as a "dollarization." Dollarization allows the Debtors to put all Account Holders' Claims on equal footing to calculate recoveries in accordance with the requirements of the Bankruptcy Code.

B. **Initial Distributions to Creditors Will Be Made in Cryptocurrency.**

9. On January 31, 2024, the Plan Administrator filed a *Status Report to Creditors* [Doc. No. 2098] to apprise creditors that initial distributions were set to begin in February. Consistent with the Plan, which provides that certain customers may receive the Digital Assets Allocation as defined therein, initial distributions on certain Allowed customer claims[4] against BlockFi Inc, BlockFi Lending LLC, and BlockFi International will be made in cryptocurrency. The Plan Administrator recognizes that the vast majority of customers wish to receive distributions

---

[4] Certain Allowed Convenience Class claims will be paid in USD. Distributions on these claims began earlier this month.

in-kind and is working with the remaining BlockFi employees and the legal and financial professionals toward that goal.

10. Until the proofs of claim filed by customers have been reviewed, adjudicated, and then expunged or Allowed those customers who filed proofs of claim will be delayed in receiving distributions on their scheduled claims.

11. As such, the proofs of claim on Schedule 1 to the 15th Objection should be disallowed and expunged or modified and Allowed as indicated.

**WHEREFORE**, the Wind-Down Debtors respectfully request entry of the Proposed Order on the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims*.

*[remainder of this page intentionally left blank]*

Respectfully submitted,

Dated: February 23, 2023    /s/ *Daniel M. Stolz*

**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
(973) 230-2095
DStolz@genovaburns.com
DClarke@genovaburns.com

*Local Counsel to the Plan Administrator*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Lauren M. Sisson, Esq. (NJ Bar No. 394182022)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
lauren.sisson@haynesboone.com

*Attorneys for the Plan Administrator*

**BROWN RUDNICK LLP**
Kenneth J. Aulet, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
(212) 209-4800
kaulet@brownrudnick.com

**BROWN RUDNICK LLP**
Tristan Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
(617)856-8300
taxelrod@brownrudnick.com

*General Counsel to the Plan Administrator*