BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

449O-729G-278O-404I

○ Where can I find my Unique ID?

## Claim Information

Claim Number

21992

Claim Name

███████████

Claimant Address on File

███████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 Screenshot_20240125_222025_Samsung Internet.PDF                                114 KB

## Signature

Sign Here



Print Name

████████████

Email Address

████████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

Grand Central Station, PO Box 4850

New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

850 Third Avenue, Suite 412

Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

635E-697M-401O-924Y

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

19730

Claim Name

█████████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

███████████

Street1

████████

Street2

█████

City

████████

State

██

Zip

████

Country

████████

Telephone Number

███████

Email Address

███████████████

BlockFi Fifteenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 IMG_8807.JPG | 2 MB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

276K-223Y-366V-773F

○ Where can I find my Unique ID?

## Claim Information

Claim Number

21548

Claim Name

███████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

███████

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

███████████

Street2

City

███████

State

███

Zip

████

Country

████████

Telephone Number

███████

Email Address

██████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Blockfi_transaction_history.pdf | 139 KB |
| 📄 BlockFi_account_balance.pdf | 65 KB |

## Signature

Sign Here



Print Name

█████████

Email Address

███████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.




**❗ Important Update**
As previously notified, **Wallet withdrawals were suspended on December 31, 2023, at 11:59 PM UTC.** Any remaining wallet balances will be converted to cash and distributed to BlockFi clients in U.S. dollars.

- Clients that initiated a withdrawal request and need to verify their identity must complete the Identity Verification requests by **January 12, 2024, at 11:59 PM UTC.**

More information about withdrawals and balances can be found in our FAQ **here**.

Dashboard / Interest Account

# Interest Account



## Assets

| Overview |
| Bitcoin BTC |
| Ethereum ETH |
| Litecoin LTC |
| Chainlink LINK |
| Gemini USD GUSD |

### Your Assets

| Asset | Quantity | |
|---|---|---|
| Chainlink LINK | 104.25760797 LINK | › |
| Ethereum ETH | 9.87860866 ETH | › |
| Litecoin LTC | 4.33686829 LTC | › |
| Gemini USD GUSD | 2.54 GUSD | › |
| Bitcoin BTC | 0.03102796 BTC | › |

### Recurring Trades

| Recurring Trade | Buy Amount | Frequency | Scheduled |
|---|---|---|---|

You have not set up any recurring trades.

### Transactions

Your transaction history has moved. Visit the Dashboard to view Interest Account transactions.

**Go to Dashboard**

trade_report_all

| Cryptocurrency | Amount | Transaction Type | Exchange Rate Per Coin (USD) | Confirmed At |
|---|---|---|---|---|
| BTC | -0.00010000 | Withdrawal Fee | | 2023-10-12 17:48:29 |
| BTC | -1.18445635 | Withdrawal | | 2023-10-12 17:48:29 |
| GUSD | -11.00000000 | Withdrawal Fee | | 2023-10-10 16:49:04 |
| GUSD | -306.29000000 | Withdrawal | | 2023-10-10 16:49:04 |
| ETH | -0.00600000 | Withdrawal Fee | | 2023-10-10 14:45:32 |
| ETH | -1.92635564 | Withdrawal | | 2023-10-10 14:45:32 |
| ETH | 9.87860866 | UI Update: Wallet to BIA Transfer Request Not Executed | | 2022-11-14 23:59:59 |
| GUSD | 2.54194519 | UI Update: Wallet to BIA Transfer Request Not Executed | | 2022-11-14 23:59:59 |
| LTC | 4.33686829 | UI Update: Wallet to BIA Transfer Request Not Executed | | 2022-11-14 23:59:59 |
| LINK | 104.25760797 | UI Update: Wallet to BIA Transfer Request Not Executed | | 2022-11-14 23:59:59 |
| BTC | 0.03102796 | UI Update: Wallet to BIA Transfer Request Not Executed | | 2022-11-14 23:59:59 |
| GUSD | 2.54194519 | BIA Withdraw | | 2022-11-14 13:56:00 |
| LTC | 4.33686829 | BIA Withdraw | | 2022-11-14 13:55:34 |
| BTC | 0.03102796 | BIA Withdraw | | 2022-11-14 13:55:09 |
| LINK | 104.25760797 | BIA Withdraw | | 2022-11-14 13:54:41 |
| ETH | 9.87860866 | BIA Withdraw | | 2022-11-14 05:18:39 |
| BTC | 0.00155464 | Interest Payment | | 2022-10-31 23:59:59 |
| GUSD | 87.29000000 | Bonus Payment | | 2022-10-20 23:54:37 |
| BTC | 0.00000293 | Bonus Payment | | 2022-10-14 18:02:16 |
| BTC | 0.00134468 | Interest Payment | | 2022-09-30 23:59:59 |
| BTC | 0.00114306 | Cc Trading Rebate | | 2022-09-09 16:59:58 |
| BTC | 0.00153926 | Interest Payment | | 2022-08-31 23:59:59 |
| GUSD | -10200.00000000 | Trade | | 2022-08-29 16:35:29 |
| BTC | 0.49512250 | Trade | | 2022-08-29 16:35:29 |
| BTC | 0.00099770 | Cc Trading Rebate | | 2022-08-12 13:55:22 |
| BTC | 0.00143898 | Interest Payment | | 2022-07-31 23:59:59 |
| BTC | 0.00045577 | Cc Trading Rebate | | 2022-07-08 13:39:25 |
| GUSD | -10000.00000000 | Trade | | 2022-07-01 15:30:32 |
| BTC | 0.50746196 | Trade | | 2022-07-01 15:30:32 |
| GUSD | 20000.00000000 | Ach Deposit | | 2022-07-01 15:29:09 |
| BTC | 0.00059359 | Interest Payment | | 2022-06-30 23:59:59 |
| GUSD | -3500.00000000 | Trade | | 2022-06-21 18:17:50 |
| BTC | 0.16255302 | Trade | | 2022-06-21 18:17:50 |
| BTC | 0.00004155 | Cc Trading Rebate | | 2022-06-10 14:36:29 |
| GUSD | -500.00000000 | Trade | | 2022-06-09 21:56:29 |
| BTC | 0.01636886 | Trade | | 2022-06-09 21:56:29 |
| BTC | 0.00073186 | Interest Payment | | 2022-05-31 23:59:59 |
| BTC | 0.00040900 | Cc Trading Rebate | | 2022-05-13 15:56:39 |
| GUSD | -500.00000000 | Trade | | 2022-05-11 23:22:33 |
| ETH | 0.23879887 | Trade | | 2022-05-11 23:22:33 |
| BTC | 0.00091306 | Interest Payment | | 2022-04-30 23:59:59 |
| GUSD | -1000.00000000 | Trade | | 2022-04-29 20:52:12 |
| ETH | 0.35155022 | Trade | | 2022-04-29 20:52:12 |
| GUSD | -1000.00000000 | Trade | | 2022-04-25 13:42:31 |
| ETH | 0.34185017 | Trade | | 2022-04-25 13:42:31 |

| | | | | |
|---|---|---|---|---|
| **GUSD** | -3070.00000000 | Trade | | 2022-04-11 18:50:23 |
| **ETH** | 1.00015639 | Trade | | 2022-04-11 18:50:23 |
| **GUSD** | 10000.00000000 | Ach Deposit | | 2022-04-08 19:14:24 |
| **BTC** | 0.00104507 | Interest Payment | | 2022-03-31 23:59:59 |
| **BTC** | 0.00091310 | Interest Payment | | 2022-02-28 23:59:59 |
| **BTC** | 0.00102216 | Interest Payment | | 2022-01-31 23:59:59 |
| **BTC** | 0.00157549 | Interest Payment | | 2021-12-31 23:59:59 |
| **BTC** | 0.00149970 | Interest Payment | | 2021-11-30 23:59:59 |
| **BTC** | 0.00143196 | Interest Payment | | 2021-10-31 23:59:59 |
| **BTC** | 0.00138794 | Interest Payment | | 2021-09-30 23:59:59 |
| **BTC** | 0.00181018 | Interest Payment | | 2021-08-31 23:59:59 |
| **GUSD** | 2.54000000 | Bonus Payment | | 2021-08-13 23:59:59 |
| **BTC** | 0.00563911 | Bonus Payment | | 2021-08-12 23:59:59 |
| **BTC** | 0.00155188 | Interest Payment | | 2021-07-31 23:59:59 |
| **BTC** | 0.00242591 | Interest Payment | | 2021-06-30 23:59:59 |
| **BTC** | 0.00260939 | Interest Payment | | 2021-05-31 23:59:59 |
| **GUSD** | -35136.28000000 | Trade | | 2021-05-17 00:26:58 |
| **ETH** | 9.87860867 | Trade | | 2021-05-17 00:26:58 |
| **ETH** | -9.28445142 | Trade | | 2021-05-16 01:02:59 |
| **GUSD** | 34794.53003154 | Trade | | 2021-05-16 01:02:59 |
| **GUSD** | -4000.00000000 | Trade | | 2021-05-13 15:57:01 |
| **ETH** | 1.04974458 | Trade | | 2021-05-13 15:57:01 |
| **BTC** | -0.08779249 | Trade | | 2021-05-13 03:55:28 |
| **GUSD** | 4341.75191365 | Trade | | 2021-05-13 03:55:28 |
| **GUSD** | -34000.00000000 | Trade | | 2021-05-12 16:16:32 |
| **ETH** | 8.12539889 | Trade | | 2021-05-12 16:16:32 |
| **ETH** | -8.31509264 | Trade | | 2021-05-11 22:48:07 |
| **GUSD** | 34000.00000000 | Trade | | 2021-05-11 22:48:07 |
| **GUSD** | -5000.00000000 | Trade | | 2021-05-06 22:35:54 |
| **BTC** | 0.08779249 | Trade | | 2021-05-06 22:35:54 |
| **GUSD** | 5000.00000000 | Ach Deposit | | 2021-05-06 22:35:16 |
| **GUSD** | -5000.00000000 | Trade | | 2021-05-06 21:54:31 |
| **LINK** | 104.25760797 | Trade | | 2021-05-06 21:54:31 |
| **GUSD** | -20000.00000000 | Trade | | 2021-05-06 21:53:51 |
| **ETH** | 5.63764227 | Trade | | 2021-05-06 21:53:51 |
| **GUSD** | -1000.00000000 | Trade | | 2021-05-06 21:50:54 |
| **LTC** | 2.93292938 | Trade | | 2021-05-06 21:50:54 |
| **GUSD** | 26000.00 | Wire Deposit | | 2021-05-06 19:45:20 |
| **GUSD** | -4500.00000000 | Trade | | 2021-05-05 16:35:16 |
| **ETH** | 1.31149892 | Trade | | 2021-05-05 16:35:16 |
| **GUSD** | -500.00000000 | Trade | | 2021-05-05 16:34:18 |
| **LTC** | 1.40393891 | Trade | | 2021-05-05 16:34:18 |
| **GUSD** | 5000.00000000 | Ach Deposit | | 2021-05-05 16:31:26 |
| **GUSD** | -3000.00000000 | Trade | | 2021-05-04 14:14:17 |
| **ETH** | 0.86582950 | Trade | | 2021-05-04 14:14:17 |
| **GUSD** | 3000.00000000 | Ach Deposit | | 2021-05-04 13:26:30 |
| **GUSD** | -1500.00000000 | Trade | | 2021-05-03 18:07:04 |
| **ETH** | 0.44924490 | Trade | | 2021-05-03 18:07:04 |

| | | | | |
|---|---|---|---|---|
| **GUSD** | 1500.00000000 | Ach Deposit | | 2021-05-03 18:06:38 |
| **GUSD** | -500.00000000 | Trade | | 2021-05-03 13:51:27 |
| **ETH** | 0.16018500 | Trade | | 2021-05-03 13:51:27 |
| **GUSD** | 500.00000000 | Ach Deposit | | 2021-05-03 13:33:12 |

BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

525M-978E-876V-136D

○ Where can I find my Unique ID?

## Claim Information

Claim Number

19150

Claim Name

███████████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

████████

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

[REDACTED]

Street2

City

[REDACTED]

State

[REDACTED]

Zip

[REDACTED]

Country

[REDACTED]

Telephone Number

[REDACTED]

Email Address

[REDACTED]

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

[REDACTED]

Street1

[REDACTED]

Street2

City

[REDACTED]

State

[REDACTED]

Zip

[REDACTED]

Country

[REDACTED]

Telephone Number

[REDACTED]

Email Address

[REDACTED]

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fifteenth Omnibus Objection Response Portal

Upload Here

| | |
|---|---|
| 📄 Blockfi.pdf | 8 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

I have .12 bitcoin in my interest account. I need it converted to cash and deposited to my bank account.

BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15ᵗʰ Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15ᵗʰ Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 513P-286S-938G-421I |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 5542 |
|---|

Claim Name

| ▓▓▓▓▓▓▓▓ |
|---|

Claimant Address on File

| ▓▓▓▓▓▓▓▓▓▓▓▓ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |
|---|

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fifteenth Omnibus Objection Response Portal

Upload Here

| | | |
|---|---|---|
| 📄 | ▆▆▆ Wind-Down Debtors' Fifteenth Omnibus Objec ion to Claims .pdf | 67 KB |
| 📄 | Monthly_Statemen ▆▆▆ Oct 22 (1).pdf | 25 KB |

## Signature

Sign Here



Print Name

▆▆▆

Email Address

▆▆▆▆▆▆

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



2/25/24

*Re:*
*Claim Number: 5542*
*Claimant Name:* ███████████
*Link to Your Objection Information:*

██████████████████████████████████████████

*Unique ID: 513P-286S-938G-421I*

Proof of claim received February 24th 2023 includes unliquidated breakdown of digital assets in my account on the platform freeze date of November 28th, 2022. These digital asset totals are clearly listed in my account balances (see attached Oct 2022 statement). Additionally, it is clear in my account history that the balance of BTC, ETH, and LTC remained at these levels or higher for a period of more than a year before the platform freeze.

It was my argument that this claim should be listed and distributed in digital asset value at the time of the platform freeze instead of the listed USD amount calculated on the day of the platform freeze. (1) I was never notified of a liquidation of my digital assets, (2) never consented to a conversion of those assets, and (3) have clear proof that these assets were held in account for an extended period of time.

As of 2/25/24, the value of noted above assets are more than 2x the value listed on the day of the platform freeze.

**In the case the court will not accept a claim not asserted in a dollarized value, the debitor (Blockfi) should identify an appropriate value to the assets based on the current market value. A good faith process would lead to an amicable agreement for both sides.**

Thank you,

████████████



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# January 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**    January 31, 2022

You earned approximately
**$544.42 \*** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$38,483.13 | **0.01028531**<br>$395.81 | **0.00386164**<br>$148.61 | 0 |
| **Total\*** in USD | **$395.81** | **$148.61** | **$0.00** |

# January 2022  BlockFi Interest Account Statement

**Flex Selection**          Earn all interest in USDC
**Month Ending**            January 31, 2022

---

You earned approximately
## $1,500.76 * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$38,483.13 | 0 | **2.00000000**<br>$76,966.26 |
| **1 ETH**<br>$2,688.28 | 0 | **8.00000000**<br>$21,506.24 |
| **1 GUSD**<br>$1.00 | 0 | **0.00161185**<br>$0.00 |
| **1 LINK**<br>$17.24 | 0 | **0.00000000**<br>$0.00 |
| **1 LTC**<br>$109.59 | 0 | **40.00000000**<br>$4,383.60 |
| **1 USDC**<br>$1.00 | 1,500.75524116<br>$1,500.76 | 201,356.04528375<br>$201,356.05 |
| **Total** * in USD | **$1,500.76** | **$304,212.15** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 790I-573F-489X-128M |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 23329 |

Claim Name

| ███████ |

Claimant Address on File

| ██████████████████████ |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 15th Omnibus Response.pdf | 173 KB |
| 📄 Blockfi Account 20230323.pdf | 154 KB |

## Signature

Sign Here



**Print Name**

████████

**Email Address**

████████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

2:04

‹ All iCloud

January 25, 2024 at 2:03 PM

# Blockfi-Fifteenth Omnibus Objection Response

Hello,

I am disputing this amount of $458.98 because I was unable to withdraw the Interest Account. In my Interest Account on March 23, 2023, I had $720.56 in that account with only accruing $71.84 of interest. See picture attached. The amount that I am claiming, with an extra $300 for damages, is my Interest Account without the accrued interest at $648.72. I am not the one who made questionable company decisions, but yet I am the one paying for it with my own personal time. That makes the total I am claiming to be $948.72.

Sincerely,

█████████

8:53

# BlockFi

⚠ **Trading is currently paused**   ✕

Total Assets Value ⓘ

# $1,021.67

| Buy | Sell |
|-----|------|
| Transfer | Fund |

# Wallet  ›

Balance ⓘ
$301.11

 2 Active Crypto Balances

# Interest Account  ›

Balance ⓘ                     Total Interest Paid
$720.56                       $71.84

Accrued Interest
$0.00

 3 Active Crypto Balances

 **Dashboard**         Settings

BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 374B-372R-457W-631F |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 24159 |

Claim Name

| ███████ |

Claimant Address on File

| ███████████████ |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

<!-- redacted -->

Telephone Number

<!-- redacted -->

Email Address

<!-- redacted -->

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 Oct 2022 Blockfi Monthly_Statement.pdf                                                         23 KB

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

## October 2022  BlockFi Wallet Statement

**Name**         █████████

**Email**          ███████████████

**Address**       ███████████████████

**Account ID**    ███████

**Month Ending**   October 31, 2022

You earned approximately
**$0.00 \*** worth of crypto.

# October 2022  BlockFi Interest Account Statement

**Flex Selection**                ---
**Month Ending**                  October 31, 2022

You earned approximately
**$15.09 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00073656<br>$15.09 | 0.36216674<br>$7,421.52 |
| **Total\*** in USD | **$15.09** | **$7,421.52** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

Grand Central Station, PO Box 4850

New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

850 Third Avenue, Suite 412

Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

> 977I-828B-162X-416E

○ Where can I find my Unique ID?

## Claim Information

Claim Number

> 16059

Claim Name

> ██████████

Claimant Address on File

> ██████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

>

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fifteenth Omnibus Objection Response Portal

Upload Here

▣  ████  BLOCK FI CLAIM16059.pdf                                                  476 KB

## Signature

Sign Here

Print Name

████████

Email Address

████████████

☑  I certify that I have completed my E-registraion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

From email of  1/25/2024

I'm not sure which documents I need to file claim against Bloc-Fi for return of my funds. I just received this notice in today's email and did not receive any other emails to notify me of my funds being available.

Please have someone reach out to me and advise what I need to do.

Thank you, ██████████ claim number 16059

Fifteenth Omnibus Objection

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the Wind-Down Debtors' Fifteenth Omnibus Objection to Claims (the "15th Omnibus Objection"). If you filed a claim against BlockFi and your claim is affected by the 15th Omnibus Objection, the 15th Omnibus Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the 15th Omnibus Objection, Kroll is collecting responses electronically or by hard copy at the address below. To submit a response electronically, please click here. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

*Via Portal*



Wind-Down Debtors: BlockFi Inc et al.
18th Omnibus Objection

Legend: Basis for Objection

BR     Asserted claim amount does not match BlockFi's books and records.
UL     Claim did not assert a determined value in USD
IC     Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity

All proofs of claim not listed as the surviving claim number will be expunged. Surviving claims will be modified and allowed against the debtor entity and in the amount(s) shown per BlockFi's books and records.

| Proof of Claim No. | Claimant Name | | Claim Info | | |
|---|---|---|---|---|---|
| | | | Date Filed | Filed Debtor Entity | Basis for Objection |
| 16059 | ▮ | | 03/01/2023 | BlockFi Inc. | UL, BR |

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | Schedule Info | | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | US BPC Interest | | | | | |
| 16059 | $511.37 | $2.23 | | | | | | | | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 632J-579T-295U-594A |
|---|

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

BlockFi Fifteenth Omnibus Objection Response Portal

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

21163

Claim Name

█████████

Claimant Address on File

██████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Fifteenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| Monthly_Statement.pdf | 23 KB |
| 07032023030433Interest Bearing Account Holder Proof of Claim Form v2_2798_20230703153304855.pdf | 272 KB |
| BlockFi-Inc-Schedule-and-Wallet-Information-Portal_previous claim amount.pdf | 1 MB |

## Signature

Sign Here



Print Name

Email Address

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies
with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.

## Schedule and Wallet Information Overview

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, the "Debtors") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). The cases are jointly administered under Case No. 22-19361.

**On January 30, 2023, the Court entered an Order setting March 31, 2023, at 5:00 p.m. (prevailing Eastern time) as the General Claims Bar Date in these cases (the "Bar Date Order").** To view the Bar Date Order, please click here.

Prior to the entry of the Bar Date Order, on January 12, 2023, the Debtors filed their Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("SOFA"). All known creditors of the Debtors, as of the November 28, 2022, petition date, are listed on the Debtors' Schedules. In addition, the Debtors listed certain amounts held in wallet accounts on their SOFAs in response to Question 21. Note that client coin balances reflected in SOFA Question 21 are as of November 10, 2022, at 8:15 p.m. ET (i.e., 1:15 UTC on November 11, 2022) (the "Platform Pause"). Coin values presented in SOFA Question 21 utilize market prices as of 11:59 UTC on November 28, 2022 (the "Petition Date"). Client coin balances are not impacted by the user interface updates that have been approved by the United States Bankruptcy Court for the District of New Jersey pursuant to the Wallet Order [Docket No. 923]. (This portal was updated on June 6, 2023, to reflect updates since the Petition to the wallet balances of certain clients in connection with certain post-Platform Pause deposits, ACH returns, and government seizures.)

To protect the confidentiality of individual clients, the names and addresses of these parties are not detailed on the publicly filed Schedules and Statements. If you are a client whose claim is scheduled by one or more of the Debtors, you were sent an email and/or first-class mail package from Kroll with information on the amount and nature of your scheduled claim.

If you are unable to locate your personalized schedule claim information in your email or mailbox, the Debtors have set up this portal to assist you with locating this information.  Please follow the instructions below to obtain information on (i) whether or how the Debtors have scheduled your claim and/or (ii) your wallet balance as of, or after, the November 28, 2022, petition date.

For additional information on these cases or to submit a claim, please go to https://restructuring.ra.kroll.com/blockfi/Home-Index.

## Customer Identification

**Important note: you will need to fill out this form twice. Once to receive a Unique ID and a second time to see your claims. Read and follow the steps carefully.**

Please follow these steps to confirm your identity as a BlockFi client.

**Step 1:** Enter the email address you use to login into your BlockFi account below.

**Step 2:** If this is your first time entering your information, click "No" for the question asking, "Have you already received your Kroll issued Unique ID?" A new field will display to enter your BlockFi Account ID.

**Step 3:** Enter your BlockFi Account ID and click "Submit."

**Step 4:** Check your email. You should receive a 16-digit unique ID issued from Kroll to use in the form.

**Step 5:** Click the first blue link to bring up a refreshed version of the same information portal.

**Step 6:** Enter your email address again.

**Step 7:** Click "Yes" to the question, "Have you already received your Kroll issued Unique ID?"

**Step 8:** A field will display where you can input your Kroll issued Unique ID from the email.

**Step 9:** Once you input your Unique ID, your Claims and Wallet Account information will automatically display on the screen.

Please note, if you cannot find your account number on this portal, you should check to see if you have a balance in your account on BlockFi.com. Accounts with $0 balances on BlockFi.com will not appear on this portal.

**Email Address on file with BlockFi:**

▮▮▮▮▮▮▮▮▮▮

**Have you already received your Kroll issued Unique ID (XXXX-XXXX-XXXX-XXXX) via email to view how you were listed in the Debtors' Schedules and/or Statements?**

◉ Yes

To access your scheduled claim and custodial wallet account information, please enter the Unique ID you received via email in the field below.

**Kroll issued Unique ID**

▮▮▮▮▮▮▮▮

Don't have a Kroll issued Unique ID?  Please click 'No' above, enter your BlockFi Email address, BlockFi Account ID, and click Submit to obtain your Unique ID.

## Claim Information

| EPOC ID(s)* | Scheduled Debtor Name(s) | Schedule Number(s) | Claim Type(s) | Claim Amount | Scheduled as Contingent, Unliquidated, or Disputed (C, U, or D)? | Amount, Nature, and Priority of Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| ▮▮▮ | BlockFi Inc. | ▮▮▮ | BIA | $15,615.98 | | Debtor BlockFi Inc. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in the amount of USD $15,615.98. The basis of this claim is BIA. If you agree with the claim amount and characterization, you do not need to submit a claim form. If you disagree, you must timely file a proof of claim form or be forever barred from further recovery. |
| ▮▮▮ | BlockFi Inc. | ▮▮▮ | BIA Interest | $26.93 | | Debtor BlockFi Inc. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in the amount of USD $26.93. The basis of this claim is BIA Interest. If you agree with the claim amount and characterization, you do not need to submit a claim form. If you disagree, you must timely file a proof of claim form or be forever barred from further recovery. |

*Your E-POC ID is your Electronic Proof of Claim ID. Your Electronic Proof of Claim ID is also found on the pre-printed claim form sent to you via first-class mail. If you disagree with the scheduled amount and/or categorization of your claim, please utilize your Electronic Proof of Claim ID to tie your filed claim to your scheduled claim when submitting an electronic proof of claim form at https://restructuring.ra.kroll.com/blockfi/EPOC-Index.

## Custodial Wallet Account contents as of, or after, the November 28, 2022, Petition Date

| Wallet Debtor Name | Wallet In-Kind Coin Balance | Wallet Digital Asset Coin |
|---|---|---|
| BlockFi Wallet LLC | 7.42000000 | gusd |

## United States Bankruptcy Court, District of New Jersey (Trenton)

**If you have one or more Interest-Bearing accounts (i.e. BlockFi Interest Accounts or BlockFi Private Client Fixed or Open Loans), fill in this information to identify the case:**

**If you are a U.S. client:**

| | | |
|---|---|---|
| BlockFi Interest Account: | ☒ | BlockFi Inc. (Case No. 22-19361) |
| BlockFi Private Client Fixed or Open Loans: | ☐ | BlockFi Lending LLC (Case No. 22-19365) |

**If you are a non-U.S. client:** ☐ BlockFi International Ltd. (Case No. 22-19368)

**Other:** ☐

_____
(Debtor Name)

_____
(Case Number)

---

## Modified Official Form 410

# Interest Bearing Account Holder Proof of Claim Form    04/22

**Read the instructions before filling out this form. This form is for making a claim based on assets held in account of the Debtors. Do not** use this form to assert any other pre-petition claims. **Do not** use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed (November 28, 2022).**

### Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | ▮▮▮▮▮▮▮ |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |
| | | Customer Identification Number(s): ▮▮▮▮▮▮▮ |
| | | Email Address Used to Sign Up for your BlockFi Account(s): ▮▮▮▮▮▮▮ |
| 2. | Has this claim been acquired from someone else? | ☑ No ☐ Yes. From whom? _____ |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name ▮▮▮▮▮▮▮ | Name _____ |
| Number    Street ▮▮▮▮▮▮▮ | Number    Street _____ |
| City    State    ZIP Code | City    State    ZIP Code |
| Country (If outside of the US) | Country (If outside of the US) |
| Contact phone ▮▮▮▮▮▮▮ | Contact phone _____ |
| Contact email ▮▮▮▮▮▮▮ | Contact email _____ |

| 4. Does this claim amend one already filed? | ☐ No<br>☑ Yes. Claim number on court claims registry (if known) 21163 | Filed on 03/01/2023<br>MM / DD / YYYY |
|---|---|---|
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ | |

**Part 2:    Give Information About the Claim as of November 28, 2022**

| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
|---|---|

| 7a. To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022) | **U.S. Clients:** | |
|---|---|---|
| | BlockFi Interest Account (BlockFi Inc.; Case No. 22-19361) | $ 19,842.90 |
| | BlockFi Private Client Fixed or Open Loans (BlockFi Lending LLC; Case No. 22-19365) | $ _____ |
| | **Non-U.S. Clients:** | |
| | BlockFi Interest Account (BlockFi International Ltd.; Case No. 22-19368) | $ _____ |
| | BlockFi Private Client Fixed or Open Loans (BlockFi International Ltd.; Case No. 22-19368) | $ _____ |

7b.  List the number of each type of coin held in Interest Bearing Account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in Interest Bearing Account(s) as of the date the case was filed).

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Interest Bearing Accounts | |
|---|---|---|---|
| | | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Bitcoin (BTC) | $16,206.3000 | $18,264.48 | |
| Ethereum (ETH) | $1,167.2400 | $1,578.42 | |
| Gemini Dollar (GUSD) | $1.0000 | | |
| USD Coin (USDC) | $1.0000 | | |
| 1inch Network1 (INCH) | $0.5170 | | |
| Aave (AAVE) | $60.1500 | | |
| Algorand (ALGO) | $0.2359 | | |
| Avalanche (AVAX) | $12.4500 | | |
| Axie Infinity (AXS) | $6.5600 | | |
| Basic Attention Token (BAT) | $0.22322 | | |
| Binance Coin (BNB) | $292.7865 | | |
| Bitcoin Cash (BCH) | $109.9100 | | |
| Binance USD (BUSD) | $1.0000 | | |
| Cardano (ADA) | $0.3064 | | |
| Chainlink (LINK) | $7.1940 | | |
| Celo (CELO) | $0.6170 | | |
| Chiliz (CHZ) | $0.1642 | | |
| Compound (COMP) | $37.1600 | | |
| Cosmos (ATOM) | $9.8590 | | |
| Curve DAO Token (CRV) | $0.6450 | | |
| Decentraland (MANA) | $0.3862 | | |
| DogeCoin (DOGE) | $0.09506 | | |
| dYdX (DYDX) | $1.6660 | | |
| Elrond (EGLD) | $42.1390 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Interest Bearing Accounts | |
| | | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Enjin Coin (ENJ) | $0.2960 | | |
| EOS (EOS) | $0.9034 | | |
| Fantom (FTM) | $0.2049 | | |
| Filecoin (FIL) | $4.2530 | | |
| FTX Token (FTT) | $1.2923535 | | |
| Gala (GALA) | $0.02478 | | |
| Hedera Hashgraph (HBAR) | $0.0486 | | |
| Kusama (KSM) | $25.5900 | | |
| Litecoin (LTC) | $73.8500 | | |
| Loopring (LRC) | $0.2368 | | |
| Maker (MKR) | $645.4100 | | |
| Multi Collateral Dai (DAI) | $0.9997 | | |
| Near (NEAR) | $1.5900 | | |
| OMG Network (OMG) | $1.1605 | | |
| One Coin (ONE) | $0.0137 | | |
| PAX Gold (PAXG) | $1,740.6400 | | |
| Paxos Standard Token (PAX) | $1.0000 | | |
| Polkadot (DOT) | $5.1340 | | |
| Polygon (MATIC) | $0.8209 | | |
| Quant (QNT) | $112.4100 | | |
| Render Token (RNDR) | $0.4672 | | |
| Serum (SRM) | $0.2330 | | |
| Solana (SOL) | $13.3200 | | |
| Stellar (XLM) | $0.087183 | | |
| SushiSwap (SUSHI) | $1.3348 | | |
| Synthetix (SNX) | $1.6620 | | |
| Terra 2.0 (LUNA) | $0.0001552 | | |
| Tether (USDT) | $0.9995 | | |
| Tezos (XTZ) | $0.9750 | | |
| The Graph (GRT) | $0.0622 | | |
| The Sandbox (SAND) | $0.5531 | | |
| THORchain (RUNE) | $1.1670 | | |
| Tron (TRX) | $0.052973 | | |
| TrueUSD (TUSD) | $0.9997 | | |
| Uniswap (UNI) | $5.2830 | | |
| Waves (WAVES) | $2.3300 | | |
| Yearn.Finance (YFI) | $6,266.5000 | | |
| Other (Please Specify) | | | |

**8. What is the basis of the claim?**

Examples: Client Account, goods sold, money loaned, lease, services performed, or personal injury/wrongful death.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

---

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

> **Nature of property:**
>
> ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
> ☐ Motor vehicle
> ☐ Other. Describe: _____
>
> **Basis for perfection:**
> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)
>
> **Value of property:** $_____
>
> **Amount of the claim that is secured:** $_____
>
> **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)
>
> **Amount necessary to cure any default as of the date of the petition:** $_____
>
> **Annual Interest Rate** (when case was filed)_____%
> ☐ Fixed
> ☐ Variable

---

**10. Is this claim based on a lease?**

☒ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

---

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

---

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories,

☒ No

☐ Yes. *Check one:*

|  | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies. | $_____ |

> \* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  01/25/2024  (mm/dd/yyyy)

▇▇▇▇▇▇▇▇▇▇▇▇
Signature

Name of the person who is completing and signing this claim:

Name  ▇▇▇▇▇▇▇▇▇▇
         First name          Middle name          Last name

Title

Company
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  ▇▇▇▇▇▇▇▇
         Number      Street

         ▇▇▇▇▇▇▇
         City                            State      ZIP Code

Contact phone  ▇▇▇▇▇▇        Email  ▇▇▇▇▇▇▇▇

# October 2022  BlockFi Interest Account Statement

**Flex Selection**                     Earn all interest in BTC
**Month Ending**                       October 31, 2022

---

You earned approximately
## $37.90 * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00184946<br>$37.90 | 0.89129784<br>$18,264.48 |
| **1 ETH**<br>$1,572.90 | 0 | 1.00351008<br>$1,578.42 |
| **Total*** in USD | **$37.90** | **$19,842.90** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

Grand Central Station, PO Box 4850

New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

850 Third Avenue, Suite 412

Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

694L-531O-723F-232Q

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

BlockFi Fifteenth Omnibus Objection Response Portal

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

33911

Claim Name

██████████

Claimant Address on File

██████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Fifteenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 📄 | 15th Omni Email Merge._Part4019.pdf | 178 KB |

BlockFi Fifteenth Omnibus Objection Response Portal

## Signature

Sign Here



Print Name

Email Address

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Wind-Down Debtors: BlockFi Inc et al.**
**15th Omnibus Objection**

All proofs of claim not listed as the surviving claim number will be expunged. Surviving claims will be modified and allowed against the debtor entity and in the amount(s) shown per BlockFi's books and records.

**Legend: Basis for Objection**

BR    Asserted claim amount does not match BlockFi's books and records
UL    Claim did not assert a dollarized value in USD
IC    Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity

**Claim Info**

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Basis for Objection |
|---|---|---|---|---|
| 33911 |  | 11/22/2023 | BlockFi International Ltd. | UL, BR |

**Schedule Info**

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 33911 | | | | | | $177.03 | $0.31 | | BlockFi International LTD. |

**Expunge/Modify**

Modify

BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 746J-996T-531H-231G |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 24347 |
|---|

Claim Name

| ▬▬▬▬ |
|---|

Claimant Address on File

| ▬▬▬▬▬▬▬ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 15th Omni Email Merge._Part1055.pdf | 178 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Wind-Down Debtors: BlockFi Inc et al.**
**15th Omnibus Objection**

All proofs of claim not listed as the surviving claim number will be expunged. Surviving claims will be modified and allowed against the debtor entity and in the amount(s) shown per BlockFi's books and records.

**Legend: Basis for Objection**

BR    Asserted claim amount does not match BlockFi's books and records
UL    Claim did not assert a dollarized value in USD
IC    Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity

### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Basis for Objection |
|---|---|---|---|---|
| 24347 | ▮ | 02/17/2023 | BlockFi Inc. | UL, BR |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 24347 | $1,561.70 | $3.86 | | | | | | | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

911I-570C-170I-285X

○ Where can I find my Unique ID?

## Claim Information

Claim Number

25176

Claim Name

██████████

Claimant Address on File

█████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

██████████

Street1

████████████

Street2

City

██████

State

██

Zip

████

Country

████████

Telephone Number

████████

Email Address

███████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

████████████

Street1

████████████

Street2

██

City

██████

State

██████████

Zip

████

Country

████████

Telephone Number

████████

Email Address

████████████████

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fifteenth Omnibus Objection Response Portal

Upload Here

| | |
|---|---|
| 🗎 Monthly_Statement_240125_174259.pdf | 23 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement



**Name**
**Email**
**Address**

**Account ID**
**Month Ending**     October 31, 2022

You earned approximately
**$0.00 \*** worth of crypto.

# October 2022  BlockFi Interest Account Statement

| | |
|---|---|
| **Flex Selection** | --- |
| **Month Ending** | October 31, 2022 |

You earned approximately
**$34.01 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 GUSD**<br>$1.00 | **34.01480487**<br>$34.01 | **5,555.13766259**<br>$5,555.14 |
| **Total\*** in USD | **$34.01** | **$5,555.14** |

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 149I-118D-665R-787X |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 19287 |
|---|

Claim Name

| ███████ |
|---|

Claimant Address on File

| ████████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Monthly_Statement.pdf | 24 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

 BlockFi

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**



**Account ID**
**Month Ending**     October 31, 2022

You earned approximately
**$74.06 *** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$20,492.00 | 0 | 0 | **0.00005936**<br>$1.22 |
| **1 GUSD**<br>$1.00 | 0 | **74.06000000**<br>$74.06 | **74.06000000**<br>$74.06 |
| **Total* in USD** | **$0.00** | **$74.06** | **$75.28** |

# October 2022  BlockFi Interest Account Statement

**Flex Selection**          Earn all interest in BTC
**Month Ending**            October 31, 2022

---

You earned approximately
## $29.70 * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00144937<br>$29.70 | 0.00662401<br>$135.74 |
| **1 ETH**<br>$1,572.90 | 0 | 10.02070038<br>$15,761.56 |
| **Total*** in USD | **$29.70** | **$15,897.30** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

BlockFi Fifteenth Omnibus Objection Response Portal

## BlockFi Fifteenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 950G-185X-598G-140C |
| --- |

○ Where can I find my Unique ID?

### Claim Information

Claim Number

| 32336 |
| --- |

Claim Name

| ██████████████ |
| --- |

Claimant Address on File

| ████████████████████████ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
| --- |

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fifteenth Omnibus Objection Response Portal

Upload Here

| ⿴ Monthly_Statement.pdf | 24 KB |
|---|---|

## Signature

Sign Here

Print Name

████████████

Email Address

██████████████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022 BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**          October 31, 2022

You earned approximately
**$7.54 *** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 GUSD**<br>$1.00 | 0 | **7.54000000**<br>$7.54 | **7.54000000**<br>$7.54 |
| **Total*** in USD | **$0.00** | **$7.54** | **$7.54** |

# October 2022 BlockFi Interest Account Statement

| | |
|---|---|
| **Flex Selection** | --- |
| **Month Ending** | October 31, 2022 |

You earned approximately
**$14.01 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | **0.00045384**<br>$9.30 | **0.16416965**<br>$3,364.16 |
| **1 ETH**<br>$1,572.90 | **0.00299150**<br>$4.71 | **1.02542721**<br>$1,612.89 |
| **Total\*** in USD | **$14.01** | **$4,977.05** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 559K-571N-427Y-921O |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 24979 |
|---|

Claim Name

| ███████████████████ |
|---|

Claimant Address on File

| ██████████████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 BLOCKFI 15TH OMNI pdf | 100 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



    All seven assets remain deposited in my Blockfi interest account. Of them, two correspond to stablecoins, so their value does not fluctuate, but the other five assets are cryptocurrencies whose value varies, which is why the current value does not coincide with Blockfi's records from two years ago. Let them verify the amount of the assets, not their value. Regarding its valuation in dollars, I do not know the reason why when accessing the account the valuation in dollars no longer appears, but that is how it was established by the company itself. For all of these reasons, I reject the BR and UL objections raised against my claim.

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

404S-719E-919D-194I

○ Where can I find my Unique ID?

## Claim Information

Claim Number

17762

Claim Name

▮▮▮▮▮▮

Claimant Address on File

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Monthly_Statement.pdf | 24 KB |
| 🖼 Blockfi statement.JPG | 81 KB |

## Signature

Sign Here



Print Name

▬▬▬▬

Email Address

▬▬▬▬▬▬

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**          October 31, 2022

You earned approximately
**$16.75 \*** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 GUSD**<br>$1.00 | 0 | 16.75000000<br>$16.75 | 16.75000000<br>$16.75 |
| **Total\*** in USD | **$0.00** | **$16.75** | **$16.75** |

# October 2022 BlockFi Interest Account Statement

| **Flex Selection** | --- |
|---|---|
| **Month Ending** | October 31, 2022 |

You earned approximately
**$11.49 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | **0.00009610**<br>$1.97 | **0.03301948**<br>$676.64 |
| **1 ETH**<br>$1,572.90 | **0.00605089**<br>$9.52 | **2.27878625**<br>$3,584.30 |
| **Total\*** in USD | **$11.49** | **$4,260.94** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.



BlockFi Fifteenth Omnibus Objection Response Portal

## BlockFi Fifteenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

945K-699Q-314K-207O

○ Where can I find my Unique ID?

### Claim Information

Claim Number

27004

Claim Name

█████████████████

Claimant Address on File

█████████████████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

████████████

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

████████

Street2

City

█████

State

█████

Zip

█████

Country

█████

Telephone Number

████████

Email Address

█████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 Objection.doc                                                                              28 KB

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

I do not have a legal background, and accordingly it is difficult for me to understand the details behind the notice regarding the release of [Wind-Down Debtors' Fifteenth Omnibus Objection to Claims](#) **[Docket No. 2070].**

Having said that, it is clear the filing is attempting to "modify" my submission. How can i get more details on this? If the attempt is to modify the amount below my submitted figure, then I object. I can no longer access my BlockFi account to prove this is a correct amount, so please provide your response as to why my submission needs to be modified.

Furthermore, I was surprised to see that my account was one of the only ones (out of thousands of other accounts) without the account name  being redacted in Schedule 1. How did this occur, and how can I redact it going forward? Thank you

BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 973V-586V-790S-884Q |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 12911 |
|---|

Claim Name

| ██████████ |
|---|

Claimant Address on File

| ████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ██████ |
|---|

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 1532622146893930.pdf                                                                    197 KB

## Signature

Sign Here

Print Name

[redacted]

Email Address

[redacted]

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 18395 | ███████ | 03/23/23 | BlockFi Inc. | $2,000.00 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 18395 | 1,806.42 | 4.88 | - | - | - | - | - | - | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

938R-288X-892A-367Z

○ Where can I find my Unique ID?

## Claim Information

Claim Number

16510

Claim Name

██████████████

Claimant Address on File

████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

███████████

Email Address

█████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄  15th Omni Email Merge._Part3627.pdf                                                                178 KB

## Signature

Sign Here

Print Name

[REDACTED]

Email Address

[REDACTED]

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Wind-Down Debtors: BlockFi Inc et al.**
**15th Omnibus Objection**

All proofs of claim not listed as the surviving claim number will be expunged. Surviving claims will be modified and allowed against the debtor entity and in the amount(s) shown per BlockFi's books and records.

**Legend: Basis for Objection**

BR    Asserted claim amount does not match BlockFi's books and records
UL    Claim did not assert a dollarized value in USD
IC    Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity

### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Basis for Objection |
|---|---|---|---|---|
| 16510 |  | 03/08/2023 | BlockFi Inc. | UL, BR |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 16510 | $12,986.43 | $67.86 | | | | | | | BlockFi Inc. |

**Expunge/Modify**

Modify

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by he Objection, he Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

**BlockFi Inc. 15th Omnibus Objection Response Processing Center**
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

**BlockFi Inc. 15th Omnibus Objection Response Processing Center**
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 143V-732G-406Q-459Q |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 25311 |
|---|

Claim Name

| ███████ |
|---|

Claimant Address on File

| ██████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |
|---|

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fifteenth Omnibus Objection Response Portal

Upload Here

📄 Blockfi Claim - 15th Omni Email Merge._Part794.pdf                                         178 KB

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**Wind-Down Debtors: BlockFi Inc et al.**
**15th Omnibus Objection**

All proofs of claim not listed as the surviving claim number will be expunged. Surviving claims will be modified and allowed against the debtor entity and in the amount(s) shown per BlockFi's books and records.

**Legend: Basis for Objection**

BR    Asserted claim amount does not match BlockFi's books and records
UL    Claim did not assert a dollarized value in USD
IC    Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity

**Claim Info**

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Basis for Objection |
|---|---|---|---|---|
| 25311 | ███████ | 02/24/2023 | BlockFi Inc. | UL, BR |

**Schedule Info**

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 25311 | $4,483.85 | $8.69 | | | | | | | BlockFi Inc. |

**Expunge/Modify**

Modify



BlockFi Fifteenth Omnibus Objection Response Portal

## BlockFi Fifteenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by he Objection, he Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 554D-473H-129R-500T |
|---|

○ Where can I find my Unique ID?

### Claim Information

Claim Number

| 24799 |
|---|

Claim Name

| ██████ |
|---|

Claimant Address on File

| ████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fifteenth Omnibus Objection Response Portal

**Upload Here**

| | |
|---|---|
| 📄 2021 1099-B.pdf | 362 KB |
| 📄 ▮▮▮ Objectification - Google Docs.pdf | 45 KB |
| 📄 BlockFi DashboardScreenshot.pdf | 266 KB |

## Signature

**Sign Here**



**Print Name**

▮▮▮▮

**Email Address**

▮▮▮▮▮

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

# RECIPIENT INFORMATION





**BLOCKFI LENDING LLC**
**201 Montgomery Street, Suite 263**
**Jersey City, NJ 07302**
**(646) 779-9688**

Account No.
**Recipients Tax ID -**

**Payer's Tax ID - 82-2390015**

☒ **Box 5: Check if noncovered security**

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

| Section 1 - Short-Term Capital Gains and Losses - Assets Held One Year or Less (Box 2) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description of Property (1a) | Date Acquired (1b) | Date Disposed (1c) | Proceeds (1d) | Cost Basis (1e) | Wash Sale Loss Disallowed (1g) | Federal Income Tax Withheld (4) | State (14) / State Tax Withheld(16) |
| 0.01672864 BTC | * | 4/13/2021 | 1000.00 | * | 0.00 | 0.00 | |
| 500.00 USDC | * | 4/17/2021 | 500.00 | * | 0.00 | 0.00 | |
| 500.00 USDC | * | 4/18/2021 | 500.00 | * | 0.00 | 0.00 | |
| 500.00 USDC | * | 4/20/2021 | 500.00 | * | 0.00 | 0.00 | |
| 1000.00 USDC | * | 4/22/2021 | 1000.00 | * | 0.00 | 0.00 | |
| 1000.00 USDC | * | 4/22/2021 | 1000.00 | * | 0.00 | 0.00 | |
| 500.00 USDC | * | 4/25/2021 | 500.00 | * | 0.00 | 0.00 | |
| 500.00 USDC | * | 5/15/2021 | 500.00 | * | 0.00 | 0.00 | |
| 500.00 USDC | * | 5/17/2021 | 500.00 | * | 0.00 | 0.00 | |
| **Totals** | | | **$6350.00** | **$31.35** | | | |

\* - Asset was transferred onto exchange. Cost basis obtainment originated off exchange.

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| Section 1 - Short-Term Capital Gains and Losses - Assets Held One Year or Less (Box 2) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description of Property (1a) | Date Acquired (1b) | Date Disposed (1c) | Proceeds (1d) | Cost Basis (1e) | Wash Sale Loss Disallowed (1g) | Federal Income Tax Withheld (4) | State (14) / State Tax Withheld(16) |
| 250.00 USDC | * | 5/26/2021 | 250.00 | * | 0.00 | 0.00 | |
| 4.60467118 USDC | 10/31/2021 | 11/7/2021 | 4.60 | 4.60 | 0.00 | 0.00 | |
| 4.2984264 USDC | 9/30/2021 | 11/7/2021 | 4.30 | 4.30 | 0.00 | 0.00 | |
| 4.14755138 USDC | 8/31/2021 | 11/7/2021 | 4.15 | 4.15 | 0.00 | 0.00 | |
| 4.12215525 USDC | 7/31/2021 | 11/7/2021 | 4.12 | 4.12 | 0.00 | 0.00 | |
| 4.506417 USDC | 6/30/2021 | 11/7/2021 | 4.51 | 4.51 | 0.00 | 0.00 | |
| 9.67445975 USDC | 5/31/2021 | 11/7/2021 | 9.67 | 9.67 | 0.00 | 0.00 | |
| 68.64631904 USDC | * | 11/7/2021 | 68.65 | * | 0.00 | 0.00 | |
| **Totals** | | | **$6350.00** | **$31.35** | | | |

* - Asset was transferred onto exchange. Cost basis obtainment originated off exchange.

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| Section 2 - Long-Term Capital Gains and Losses - Assets Longer than One Year (Box 2) | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Description of Property (1a) | Date Acquired (1b) | Date Disposed (1c) | Proceeds (1d) | Cost Basis (1e) | Wash Sale Loss Disallowed (1g) | Federal Income Tax Withheld (4) | State (14) / State Tax Withheld(16) |
| **Totals** | | | $0.00 | $0.00 | | | |

\* - Asset was transferred onto exchange. Cost basis obtainment originated off exchange.

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

**1099-B Instructions for Recipient**

Form 1099-B reports proceeds from (and in some cases, basis for) the disposition of capital asset transactions. This form is delivered to both you and the IRS.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account Number:** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1a:** Shows a brief description of the asset and quantity for which amounts are being reported. This asset and quantity represent what was being disposed of (sent).

**Box 1b: (Date Acquired).** Shows the date that the asset being disposed of was acquired. This box may be blank if the acquisition originated on another platform. If Date Acquired is blank, the Cost Basis (see below) will also be blank, representing the fact that cost basis and the associated cost basis acquisition date are unknown. An unknown asset acquisition date and cost basis results from assets being transferred onto the platform.

**Box 1c:** Shows the disposal date of the sale or exchange of a capital asset.

**Box 1d:** Shows the USD proceeds, reduced by any commissions or transfer taxes related to the disposition.

**Cost Basis.** Shows the cost basis of the asset being disposed of. If Cost Basis is blank, Date Acquired (see above) will also be blank, representing the fact that cost basis and the associated cost basis acquisition date are unknown. An unknown asset acquisition date and cost basis results from assets being transferred onto the platform.

**Box 1g.** Shows the amount of a wash sale loss that is disallowed.

**Box 2:** The short-term and long-term boxes pertain to short-term gain or loss and long-term gain or loss.

**Box 4.** Shows the amount of backup withholding applied, if any.

**Box 5:** If checked, the property being disposed of were noncovered securities and boxes 1b and 1e may be blank.

**Box 14.** Shows the state of the recipient, if separate State filing is applicable.

**Box 16.** Shows the amount of state taxes withheld, if any.

For additional information relating to Form 1099-B and its instructions, go to www.irs.gov/Form1099B

---

**Instructions for Completing IRS 8949**

As a US citizen or resident that transacted virtual currency ("cryptocurrency"), it is your responsibility to furnish an IRS Form 8949 and include the form with your tax return. Each transaction reported on Form 1099-B is to be reported by you on Form 8949. Instructions on how to report each transaction on Form 8949 are as follows:

Transactions with Cost Basis

If Box 1b, Date Acquired and Box 1e, Cost Basis, are populated for a given transaction, then you should directly transpose the information for each transaction onto IRS Form 8949 with Box "A" checked for short-term transactions and Box "D" checked for long-term transactions.

Transactions with Missing Cost Basis

If Box 1b, Date Acquired, and Box 1e, Cost Basis, are missing for a given transaction, then you should transpose the available information for each transaction onto IRS Form 8949 with Box "B" for short-term transactions and Box "E" for long-term transactions. It is your responsibility to fill in your asset acquisition dates and cost basis information on Form 8949 for such transactions.

Taxpayers may fill in any missing cost basis information themselves or with the help of an accountant. BlockFi has partnered with cryptocurrency tax software and accounting firm TaxBit in order to automatically aggregate a user's transactions across platforms, accurately fill in cost basis information, and produce their completed IRS Form 8949's in a variety of formats compatible with popular tax filing software. BlockFi users can receive a 10% discount, start a free TaxBit trial account, and complete their cryptocurrency tax filings here: https://taxbit.com/invite/blockfi.



◆ BlockFi

Dashboard / Interest Account

# Interest Account

## Assets



| Assets |
| --- |
| Overview |
| Bitcoin BTC |
| Ethereum ETH |
| Litecoin LTC |
| USD Coin USDC |

**Important Update**

As previously notified, Wallet withdrawals were suspended on December 31, 2023, at 11:59 PM UTC. Any remaining wallet balances will be converted to cash and distributed to BlockFi clients in U.S. dollars.

• Clients that initiated a withdrawal request and need to verify their identity must complete the Identity Verification requests by January 12, 2024, at 11:59 PM UTC.

More information about withdrawals and balances can be found in our FAQ **here.**

**Your Assets**

| Asset | Quantity |
| --- | --- |
| USD Coin USDC | 632.81 USDC |
| Litecoin LTC | 2.89039925 LTC |
| Ethereum ETH | 1.56221480 ETH |
| Bitcoin BTC | 0.23268480 BTC |

**Recurring Trades**

| Recurring Trade | Buy Amount | Frequency | Scheduled |
| --- | --- | --- | --- |

In response to the bankruptcy proceeding of BlockFi Inc., *et al.*, Case No. 22-19361, United States
Bankruptcy Court for the District of New Jersey.

Claim Number: 24799
Claimant Name: ▮▮▮▮▮▮▮
Unique ID: 554D-473H-129R-500T

I am writing for confirmation and understanding for the document as well as an objectification to the
expunging of my account. Unless this means that my account will be paid out in an amount similar to
the money lost at the time of BlockFi's bankruptcy. Attached is my 2021 1099 document provided by
BlockFi to show the assets held at the time of their company's bankruptcy and the amount held
within their interest account.

BlockFi Fifteenth Omnibus Objection Response Portal

## BlockFi Fifteenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by he Objection, he Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

950O-619T-179J-278W

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

**Claim Number**

17911

**Claim Name**

▉▉▉▉▉▉▉▉

**Claimant Address on File**

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.

**Name:**

▉▉▉▉▉▉

**Street1**

▉▉▉▉▉▉▉▉

**Street2**

▉▉▉

**City**

▉▉▉▉

**State**

▉

**Zip**

▉▉

**Country**

▉▉▉

**Telephone Number**

▉▉▉▉

**Email Address**

▉▉▉▉▉▉

BlockFi Fifteenth Omnibus Objection Response Portal

To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.

Upload Here

| | | |
|---|---|---|
| 🅐 Monthly_Statement (1).pdf | | 25 KB |
| 🅐 ████████████████ .pdf | | 201 KB |
| 🅐 Monthly_Statement (3).pdf | | 24 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

## BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

### Electronic Proof of Claim ID

If you have an EPOC ID please enter it below and select next to proceed with your claim submission. EPOC IDs can be located on the pre-printed proof of claim forms sent via first-class mail.

EPOC ID

EPOC IDs are not required to submit a claim. If you cannot locate your EPOC ID or do not have an EPOC ID, please select next to continue with your claim submission.

### Instructions

Read the instructions before filling out this form. This form is for making a claim based on assets held in account of the Debtors. **Do not** use this form to assert any other pre-petition claims. **Do not** use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed (November 28, 2022).

☐ Check here to see further instructions on completing your claim form:

### Debtor Selection

If you have one or more Interest-Bearing accounts (i.e. BlockFi Interest Accounts or BlockFi Private Client Fixed or Open Loans), fill in this information to identify the case:

◉ U.S. client
◯ Non-U.S. client

☑ **BlockFi Interest Account**: BlockFi Inc. (Case No. 22-19361)
☐ **BlockFi Private Client Fixed or Open Loans**: BlockFi Lending LLC (Case No. 22-19365)
☐ Other

### Claim Information

**1. Who is the current creditor?**

███████████

Other names the creditor used with the debtor

███████████

Customer Identification Number(s):

Email Address Used to Sign Up for your BlockFi Account(s):

███████████

**2. Has this claim been acquired from someone else?**

◉ No
◯ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

**Claim Number: 17911**

Where should notices to the creditor be sent?

Name:

█████████████

Address 1 (Street address, "Care of:", or "Attention To:"):

███████████████

Address 2:

████

Address 3:

Address 4:

City:

███████

State or Province (use 2-letter abbreviation if US or Canada):

██

Zip Code | Postal Code:

████

Is the creditor address outside of the US?

◉ No
○ Yes

Contact phone:

████████

Contact email:

██████████████

Should payments go to a different address?

◉ No
○ Yes

Would you like to add any additional noticing addresses?

◉ No
○ Yes

4. Does this claim amend one already filed?

◉ No
○ Yes

5. Do you know if anyone else has filed a proof of claim for this claim?

○ No
○ Yes

6. Do you have any number you use to identify the debtor?

○ No
○ Yes

## Claim Amount

* 7a. To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022)

BlockFi Interest Account (BlockFi Inc.; Case No. 22-19361)

████████

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

**\* 7b. List the number of each type of coin held in your Wallet account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in your Wallet account(s) as of the date the case was filed).**

Please use only numerals and decimals in the BlockFi Interest Account(s) and BlockFi Private Client Fixed or Open Loans fields, up to a maximum of 21 digits or 20 digits and 1 decimal.

Interest Bearing Accounts

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Bitcoin (BTC) | $ 16,206.3000 | 0.00479858 | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Ethereum (ETH) | $ 1,167.2400 | 15.06593615 | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Gemini Dollar (GUSD) | $ 1.0000 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| USD Coin (USDC) | $ 1.0000 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| 1inch Network1 (INCH) | $ 0.5170 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Aave (AAVE) | $ 60.1500 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Algorand (ALGO) | $ 0.2359 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Avalanche (AVAX) | $ 12.4500 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Axie Infinity (AXS) | $ 6.5600 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Basic Attention Token (BAT) | $ 0.22322 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Binance Coin (BNB) | $ 292.7865 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Bitcoin Cash (BCH) | $ 109.9100 | | |

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Binance USD (BUSD) | $ 1.0000 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Cardano (ADA) | $ 0.3064 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Chainlink (LINK) | $ 7.1940 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Celo (CELO) | $ 0.6170 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Chiliz (CHZ) | $ 0.1642 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Compound (COMP) | $ 37.1600 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Cosmos (ATOM) | $ 9.8590 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Curve DAO Token (CRV) | $ 0.6450 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Decentraland (MANA) | $ 0.3862 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| DogeCoin (DOGE) | $ 0.09506 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| dYdX (DYDX) | $ 1.6660 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Elrond (EGLD) | $ 42.1390 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Enjin Coin (ENJ) | $ 0.2960 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| EOS (EOS) | $ 0.9034 | | |

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Fantom (FTM) | $ 0.2049 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Filecoin (FIL) | $ 4.2530 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| FTX Token (FTT) | $ 1.2923535 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Gala (GALA) | $ 0.02478 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Hedera Hashgraph (HBAR) | $ 0.0486 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Kusama (KSM) | $ 25 5900 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Litecoin (LTC) | $ 73.8500 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Loopring (LRC) | $ 0.2368 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Maker (MKR) | $ 645.4100 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Multi Collateral Dai (DAI) | $ 0.9997 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Near (NEAR) | $ 1.5900 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| OMG Network (OMG) | $ 1.1605 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| One Coin (ONE) | $ 0.0137 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| PAX Gold (PAXG) | $ 1,740.6400 | | |

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Paxos Standard Token (PAX) | $ 1.0000 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Polkadot (DOT) | $ 5.1340 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Polygon (MATIC) | $ 0.8209 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Quant (QNT) | $ 112.4100 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Render Token (RNDR) | $ 0.4672 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Serum (SRM) | $ 0.2330 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Solana (SOL) | $ 13.3200 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Stellar (XLM) | $ 0.087183 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| SushiSwap (SUSHI) | $ 1.3348 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Synthetix (SNX) | $ 1.6620 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Terra 2.0 (LUNA) | $ 0.0001552 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Tether (USDT) | $ 0.9995 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Tezos (XTZ) | $ 0.9750 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| The Graph (GRT) | $ 0.0622 | | |

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| The Sandbox (SAND) | $ 0.5531 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| THORchain (RUNE) | $ 1.1670 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Tron (TRX) | $ 0.052973 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| TrueUSD (TUSD) | $ 0.9997 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Uniswap (UNI) | $ 5.2830 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Waves (WAVES) | $ 2.3300 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Yearn.Finance (YFI) | $ 6,266.5000 | | |

Do you hold additional coins in your account not listed above?

○ No
○ Yes

## Additional Claim Information

**8. What is the basis of the claim?** (limited to 100 characters)

Client Account

**9. Is all or part of the claim secured?**

◉ No
○ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.

☐ Motor vehicle

☐ Other.

**Basis for perfection:**

**Value of property (all amounts in US $ dollars):**

**Amount of the claim that is secured (all amounts in US $ dollars):**

**Amount of the claim that is unsecured (all amounts in US $ dollars):**

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars):**

**Interest Rate Type:**                                **Annual Interest Rate (when case was filed) %:**

○ Fixed
○ Variable

**10. Is this claim based on a lease?**

◉ No
○ Yes

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars).**

**11. Is this claim subject to a right of setoff?**

◉ No
○ Yes

Identify the property:

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

◉ No
○ Yes

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other

## E-Sign

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

◉ I am the creditor.
○ I am the creditor's attorney or authorized agent.
○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

02/17/2023

Signature



I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

**Name of the person who is completing and signing this claim:**

First name

Middle Name

Last name

Title

Company

Address 1:

Address 2:

███████

Address 3:

Address 4:

City:

███████

State or Province (use 2-letter abbreviation if US or Canada):

██

Zip Code | Postal Code:

████

Is the address outside of the US?

◉ No
◯ Yes

Contact phone:

███████

Contact email:

███████████

## Attachments

Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):

◯ I have supporting documentation
◉ I do not have supporting documentation

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

## Confirmation of Submission

**Your Form has been successfully submitted...**

DOCUMENT ID

█████████████████████

Submitted Date Time

2023-02-17T01:34:13.355Z

Status

Submitted

CONFIRMATION ID

3275-48-HTSAW-344097869

Submission Email Address

█████████████

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as your Confirmation ID.



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

| | |
|---|---|
| **Name** | ███████████ |
| **Email** | ███████████ |
| **Address** | ███████████ |
| **Account ID** | ██████ |
| **Month Ending** | October 31, 2022 |

You earned approximately

## $110.95 * worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 GUSD**<br>$1.00 | 0 | 110.95000000<br>$110.95 | 110.95000000<br>$110.95 |
| **Total\*** in USD | **$0.00** | **$110.95** | **$110.95** |

# October 2022 BlockFi Interest Account Statement

**Flex Selection**          ---
**Month Ending**            October 31, 2022

You earned approximately
**$43.14 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| 1 BTC<br>$20,492.00 | 0.00001395<br>$0.29 | 0.00479858<br>$98.33 |
| 1 ETH<br>$1,572.90 | 0.02723753<br>$42.84 | 15.06593615<br>$23,697.21 |
| 1 GUSD<br>$1.00 | 0.00898721<br>$0.01 | 1.46777233<br>$1.47 |
| **Total\*** in USD | **$43.14** | **$23,797.01** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# January 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**



**Account ID**
**Month Ending**        January 31, 2022

You earned approximately
**$0.00 *** worth of crypto.

# January 2022 BlockFi Interest Account Statement

**Flex Selection**          ---
**Month Ending**            January 31, 2022

You earned approximately
## $35.63 * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| 1 BTC<br>$38,483.13 | 0.00001736<br>$0.67 | 0.00467263<br>$179.82 |
| 1 ETH<br>$2,688.28 | 0.01300171<br>$34.95 | 14.90157331<br>$40,059.60 |
| 1 GUSD<br>$1.00 | 0.01013607<br>$0.01 | 1.39005555<br>$1.39 |
| **Total* in USD** | **$35.63** | **$40,240.81** |

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by  he Objection,  he Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

764R-549K-112U-707V

○ Where can I find my Unique ID?

## Claim Information

Claim Number

15995

Claim Name

████

Claimant Address on File

████████████████

To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.

Name:

████

Street1

███████████████

Street2

City

████████

State

██

Zip

███

Country

████████

Telephone Number

████████

Email Address

██████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

█████████

Street1

█████████████

Street2

City

█████████

State

██

Zip

████

Country

█████████

Telephone Number

████████

Email Address

██████████████

## Document Upload

Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.

BlockFi Fifteenth Omnibus Objection Response Portal

Upload Here

| | |
|---|---|
| 📄 To-who-it-may-concern.pdf | 199 KB |
| 🖼️ pic-blockfi-intrest-account.jpg | 205 KB |

## Signature

Sign Here



Print Name

█████

Email Address

███████████████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

To who it may concern

Blockfi Sam Bankman Fried and democrats benefited by taking are assets and donating to the dem party. Giving us back only 30% of are assets is theft. That is stolen property that should be returned by democratic party. Anyone hi up besides sam bankman should be sued for their assets to pay for the interest accounts. To whom or what judge has this power please make sure they pay back all out assets thank you

Sincerely ███████



◆ BlockFi          Dashboard     Accounts ⌄          Withdraw

❶ **Important Update**
As previously notified, **Wallet withdrawals were suspended on December 31, 2023, at 11:59 PM UTC.** Any remaining wallet balances will be converted to cash and distributed to BlockFi clients in U.S. dollars.

- **Clients that initiated a withdrawal request and need to verify their identity must complete the Identity Verification requests by January 12, 2024, at 11:59 PM UTC.**

More information about withdrawals and balances can be found in our FAQ **here.**

Dashboard / Interest Account

# Interest Account

**Assets**

| | |
|---|---|
| 🔵 Overview | |
| 🟠 Bitcoin BTC | |
| ◆ Ethereum ETH | |
| 🔵 USD Coin USDC | |

**Your Assets**

| Asset | Quantity | |
|---|---|---|
| 🔵 USD Coin USDC | 0.58 USDC | ⌃ |
| ◆ Ethereum ETH | 0.55475472 ETH | ⌃ |
| 🟠 Bitcoin BTC | 0.04585978 BTC | ⌃ |

**Recurring Trades**

| Recurring Trade | Buy Amount | Frequency | Scheduled |
|---|---|---|---|
| | You have not set up any recurring trades. | | |

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by he Objection, he Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

806R-631H-564R-614I

○ Where can I find my Unique ID?

## Claim Information

Claim Number

17748

Claim Name

████████████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 📄 | 15th Omni Email Merge._Part1045.pdf | 178 KB |
| 📄 | KROLL.pdf | 47 KB |

## Signature

Sign Here



Print Name

▐▬▬▬▬▬

Email Address

▐▬▬▬▬▬▬▬▬

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**Wind-Down Debtors: BlockFi Inc et al.**
**15th Omnibus Objection**

All proofs of claim not listed as the surviving claim number will be expunged. Surviving claims will be modified and allowed and allowed against the debtor entity and in the amount(s) shown per BlockFi's books and records.

**Legend: Basis for Objection**

BR    Asserted claim amount does not match BlockFi's books and records
UL    Claim did not assert a disallowed value in USD
IC    Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity

### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Basis for Objection |
|---|---|---|---|---|
| 17748 | ██████ | 02/14/2023 | BlockFi Inc. | UL, BR |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 17748 | $32,783.67 | $51.72 | | | | | | | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

KROLL –

I owned 2.02289680 Bitcoin and kept them in a Blockfi Interest Account as proven by the attached photo. I was not aware that FTX had any access to my assets. My Bitcoin was stolen and should be returned.



The criminal behavior of FTX resulted in my money/BTC being stolen!

Please help!

I would like answers. I am not an attorney and don't know how to handle all this legaleze.

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by he Objection, he Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 296O-215X-496Y-703L |
|---|

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

20666

Claim Name

█████████

Claimant Address on File

████████████████

To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Fifteenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 📄 | 15th Omni Email Merge._Part2393.pdf | 178 KB |

BlockFi Fifteenth Omnibus Objection Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**Wind-Down Debtors: BlockFi Inc et al.**
**15th Omnibus Objection**

All proofs of claim not listed as the surviving claim number will be expunged. Surviving claims will be modified and allowed against the debtor entity and in the amount(s) shown per BlockFi's books and records.

**Legend: Basis for Objection**

BR    Asserted claim amount does not match BlockFi's books and records

UL    Claim did not assert a disfavored value in USD

IC    Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity

### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Basis for Objection |
|---|---|---|---|---|
| 20666 | ███████ | 02/15/2023 | BlockFi Inc. | UL, BR |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 20666 | $362.44 | $0.96 | | | | | | | BlockFi Inc. |



Expunge/Modify

Modify

## BlockFi Fifteenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by  he Objection,  he Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

697D-959R-199H-221L

○ Where can I find my Unique ID?

### Claim Information

Claim Number

33244

Claim Name

████

Claimant Address on File

████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fifteenth Omnibus Objection Response Portal

## Upload Here

| | |
|---|---|
| 📄 15th Omni Email Merge._Part1226.pdf | 178 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

Wind-Down Debtors: BlockFi Inc et al.
15th Omnibus Objection

All proofs of claim not listed as the surviving claim number will be expunged. Surviving claims will be modified and allowed against the debtor entity and in the amount(s) shown per BlockFi's books and records.

**Legend: Basis for Objection**

BR    Asserted claim amount does not match BlockFi's books and records
UL    Claim did not assert a disfavored value in USD
IC    Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity

### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Basis for Objection |
|---|---|---|---|---|
| 33244 | ▮ | 08/20/2023 | BlockFi International Ltd. | UL, BR |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 22799 | | | | | | | | | BlockFi International LTD. |

| Expunge/Modify |
|---|
| Expunge |

BlockFi Fifteenth Omnibus Objection Response Portal

## BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by he Objection, he Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 278O-204W-916H-683T |
| --- |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 33962 |
| --- |

Claim Name

| ▮▮▮▮▮ |
| --- |

Claimant Address on File

| ▮▮▮▮▮ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
| --- |

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 📄 | ██████ BlockfiObjection_Jan28_2024.pdf | 383 KB |

## Signature

Sign Here

██████████████████████████████████

Print Name

████████

Email Address

████████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

1/28/2024

Re:  Objection to Denial of Claim for Blockfi Bitcoin Holdings
Claim Number: 33962
Claimant Name: ████████████
Unique ID: 278O-204W-916H-683T
Link to Your Objection Information: ████████████████████
████████████████████████████████████████████████████

Dear Sir or Madam:

Below please see a screen shot of my Blockfi account as of today, January 28, 2024 showing a balance of .00059589 Bitcoin.  As of today, this equates to approximately $25 USD, but it will vary with the daily price of Bitcoin.  I would like to transfer this amount from my BlockFi account to my cold storage device.  The document in the link above is incorrect.  My balance can be easily checked via Blockfi on their website.



Thank you,

████████████

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by he Objection, he Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

> 559K-399J-479K-333V

○ Where can I find my Unique ID?

## Claim Information

Claim Number

> 22466

Claim Name

> ▇▇▇▇▇▇▇

Claimant Address on File

> ▇▇▇▇▇▇▇

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

>

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 blockfi.pdf | 2 MB |
|---|---|

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

349R-745L-267G-443R

○ Where can I find my Unique ID?

## Claim Information

Claim Number

24566

Claim Name

███████

Claimant Address on File

█████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

███████

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

███████████

Street2

City

████████

State

███

Zip

████████

Country

████████

Telephone Number

███████████

Email Address

███████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 📄 | Response to Objection for Claim 24419 and 24566.pdf | 137 KB |
| 📄 | trade_report_█████████████ | 77 KB |

## Signature

Sign Here



Print Name

████████

Email Address

████████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

The balance posted in the objection claim was the cost of the BTC and LINK at the time of default or when it was understood to provide the cost basis.  Please see highlighted Transaction Data to substantiate the quantity of BTC and LINK that was transferred and accrued interest.  If there is a different costing or formula used to determine the final claim. I would like to understand the final claim calculation.  My preference is to receive my claim in the BTC.

Thank you,

| Cryptocurr | Amount | Transaction | Exchange R | Confirmed At |
|---|---|---|---|---|
| LINK | 0.088698 | Interest Payment | | 10/31/2022 23:59 |
| BTC | 0.001262 | Interest Payment | | 10/31/2022 23:59 |
| LINK | 0.085823 | Interest Payment | | 9/30/2022 23:59 |
| BTC | 0.00122 | Interest Payment | | 9/30/2022 23:59 |
| LINK | 0.088668 | Interest Payment | | 8/31/2022 23:59 |
| BTC | 0.001258 | Interest Payment | | 8/31/2022 23:59 |
| BTC | 0.001256 | Interest Payment | | 7/31/2022 23:59 |
| LINK | 0.088653 | Interest Payment | | 7/31/2022 23:59 |
| LINK | 0.085779 | Interest Payment | | 6/30/2022 23:59 |
| BTC | 0.00048 | Interest Payment | | 6/30/2022 23:59 |
| BTC | 0.000496 | Interest Payment | | 5/31/2022 23:59 |
| LINK | 0.26566 | Interest Payment | | 5/31/2022 23:59 |
| LINK | 0.210721 | Interest Payment | | 4/30/2022 23:59 |
| BTC | 0.000564 | Interest Payment | | 4/30/2022 23:59 |
| BTC | 0.000626 | Interest Payment | | 3/31/2022 23:59 |
| LINK | 0.217708 | Interest Payment | | 3/31/2022 23:59 |
| LINK | 0.19661 | Interest Payment | | 2/28/2022 23:59 |
| BTC | 0.000566 | Interest Payment | | 2/28/2022 23:59 |
| BTC | 0.000626 | Interest Payment | | 1/31/2022 23:59 |
| LINK | 0.217638 | Interest Payment | | 1/31/2022 23:59 |
| BTC | 0.000626 | Interest Payment | | 12/31/2021 23:59 |
| LINK | 0.308682 | Interest Payment | | 12/31/2021 23:59 |
| LINK | 0.298602 | Interest Payment | | 11/30/2021 23:59 |
| BTC | 0.000606 | Interest Payment | | 11/30/2021 23:59 |
| LINK | 0.308425 | Interest Payment | | 10/31/2021 23:59 |
| BTC | 0.000626 | Interest Payment | | 10/31/2021 23:59 |
| BTC | 0.000606 | Interest Payment | | 9/30/2021 23:59 |
| LINK | 0.298354 | Interest Payment | | 9/30/2021 23:59 |
| LINK | 0.296191 | Interest Payment | | 8/31/2021 23:59 |
| BTC | 0.001377 | Interest Payment | | 8/31/2021 23:59 |
| BTC | 0.001375 | Interest Payment | | 7/31/2021 23:59 |
| LINK | 0.295448 | Interest Payment | | 7/31/2021 23:59 |
| LINK | 0.424584 | Interest Payment | | 6/30/2021 23:59 |
| BTC | 0.00232 | Interest Payment | | 6/30/2021 23:59 |
| LINK | 0.4371 | Interest Payment | | 5/31/2021 23:59 |
| BTC | 0.002393 | Interest Payment | | 5/31/2021 23:59 |
| BTC | 0.003137 | Interest Payment | | 4/30/2021 23:59 |
| LINK | 0.512438 | Interest Payment | | 4/30/2021 23:59 |
| LINK | 0.391545 | Interest Payment | | 3/31/2021 23:59 |
| BTC | 0.003226 | Interest Payment | | 3/31/2021 23:59 |
| LINK | 115.7966 | Crypto Transfer | | 3/8/2021 20:18 |
| BTC | 0.002488 | Interest Payment | | 2/28/2021 23:59 |
| BTC | 0.646808 | Crypto Transfer | | 2/4/2021 3:30 |
| BTC | 0.001 | Crypto Transfer | | 2/4/2021 2:54 |

BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

513T-816B-435K-348U

○ Where can I find my Unique ID?

## Claim Information

Claim Number

24419

Claim Name

▮▮▮▮▮▮▮

Claimant Address on File

▮▮▮▮▮▮▮▮▮▮▮

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

▮▮▮▮▮▮

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

████████████████

Street2

City

████████

State

██

Zip

████████

Country

█████████

Telephone Number

████████

Email Address

█████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 trade_report_███████████████████.pdf | 77 KB |
| 📄 Response to Objection for Claim 24419 and 24566.pdf | 137 KB |

## Signature

Sign Here



Print Name

████████

Email Address

████████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

The balance posted in the objection claim was the cost of the BTC and LINK at the time of default or when it was understood to provide the cost basis.  Please see highlighted Transaction Data to substantiate the quantity of BTC and LINK that was transferred and accrued interest.  If there is a different costing or formula used to determine the final claim. I would like to understand the final claim calculation.  My preference is to receive my claim in the BTC.

Thank you,

| Cryptocurr | Amount | Transactior Exchange R | Confirmed At |
|---|---|---|---|
| LINK | 0.088698 | Interest Payment | 10/31/2022 23:59 |
| BTC | 0.001262 | Interest Payment | 10/31/2022 23:59 |
| LINK | 0.085823 | Interest Payment | 9/30/2022 23:59 |
| BTC | 0.00122 | Interest Payment | 9/30/2022 23:59 |
| LINK | 0.088668 | Interest Payment | 8/31/2022 23:59 |
| BTC | 0.001258 | Interest Payment | 8/31/2022 23:59 |
| BTC | 0.001256 | Interest Payment | 7/31/2022 23:59 |
| LINK | 0.088653 | Interest Payment | 7/31/2022 23:59 |
| LINK | 0.085779 | Interest Payment | 6/30/2022 23:59 |
| BTC | 0.00048 | Interest Payment | 6/30/2022 23:59 |
| BTC | 0.000496 | Interest Payment | 5/31/2022 23:59 |
| LINK | 0.26566 | Interest Payment | 5/31/2022 23:59 |
| LINK | 0.210721 | Interest Payment | 4/30/2022 23:59 |
| BTC | 0.000564 | Interest Payment | 4/30/2022 23:59 |
| BTC | 0.000626 | Interest Payment | 3/31/2022 23:59 |
| LINK | 0.217708 | Interest Payment | 3/31/2022 23:59 |
| LINK | 0.19661 | Interest Payment | 2/28/2022 23:59 |
| BTC | 0.000566 | Interest Payment | 2/28/2022 23:59 |
| BTC | 0.000626 | Interest Payment | 1/31/2022 23:59 |
| LINK | 0.217638 | Interest Payment | 1/31/2022 23:59 |
| BTC | 0.000626 | Interest Payment | 12/31/2021 23:59 |
| LINK | 0.308682 | Interest Payment | 12/31/2021 23:59 |
| LINK | 0.298602 | Interest Payment | 11/30/2021 23:59 |
| BTC | 0.000606 | Interest Payment | 11/30/2021 23:59 |
| LINK | 0.308425 | Interest Payment | 10/31/2021 23:59 |
| BTC | 0.000626 | Interest Payment | 10/31/2021 23:59 |
| BTC | 0.000606 | Interest Payment | 9/30/2021 23:59 |
| LINK | 0.298354 | Interest Payment | 9/30/2021 23:59 |
| LINK | 0.296191 | Interest Payment | 8/31/2021 23:59 |
| BTC | 0.001377 | Interest Payment | 8/31/2021 23:59 |
| BTC | 0.001375 | Interest Payment | 7/31/2021 23:59 |
| LINK | 0.295448 | Interest Payment | 7/31/2021 23:59 |
| LINK | 0.424584 | Interest Payment | 6/30/2021 23:59 |
| BTC | 0.00232 | Interest Payment | 6/30/2021 23:59 |
| LINK | 0.4371 | Interest Payment | 5/31/2021 23:59 |
| BTC | 0.002393 | Interest Payment | 5/31/2021 23:59 |
| BTC | 0.003137 | Interest Payment | 4/30/2021 23:59 |
| LINK | 0.512438 | Interest Payment | 4/30/2021 23:59 |
| LINK | 0.391545 | Interest Payment | 3/31/2021 23:59 |
| BTC | 0.003226 | Interest Payment | 3/31/2021 23:59 |
| LINK | 115.7966 | Crypto Transfer | 3/8/2021 20:18 |
| BTC | 0.002488 | Interest Payment | 2/28/2021 23:59 |
| BTC | 0.646808 | Crypto Transfer | 2/4/2021 3:30 |
| BTC | 0.001 | Crypto Transfer | 2/4/2021 2:54 |

BlockFi Fifteenth Omnibus Objection Response Portal

## BlockFi Fifteenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

747Z-454C-513D-356I

○ Where can I find my Unique ID?

### Claim Information

Claim Number

8697

Claim Name

███████████████

Claimant Address on File

███████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

███████████████

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

 IMG_0401.jpeg                                                                643 KB

 IMG_0401.jpeg                                                                643 KB

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

| Oct 31 | ₿ 0.00056606 BTC | Interest Payment ^ |

| | Submitted at | Date | Status |
| | Oct 31, 21:55:12 UTC | Oct 31, 23:59:59 UTC | Confirmed |

| Sep 30 | 🔗 0.16499850 GUSD | Interest Payment ⌄ |

| Sep 30 | ₿ 0.00054690 BTC | Interest Payment ^ |

| | Submitted at | Date | Status |
| | Sep 30, 13:58:21 UTC | Sep 30, 23:59:59 UTC | Confirmed |

| Aug 31 | ₿ 0.00056420 BTC | Interest Payment ⌄ |
| Aug 31 | 🔗 0.16945437 GUSD | Interest Payment ⌄ |
| Jul 31 | ₿ 0.00056327 BTC | Interest Payment ⌄ |
| Jul 31 | 🔗 0.16841680 GUSD | Interest Payment ⌄ |
| Jun 30 | 🔗 0.15160260 GUSD | Interest Payment ⌄ |
| Jun 30 | ₿ 0.00037710 BTC | Interest Payment ⌄ |
| May 31 | ₿ 0.00038905 BTC | Interest Payment ⌄ |
| May 31 | 🔗 0.15575826 GUSD | Interest Payment ⌄ |
| Apr 30 | ₿ 0.00046020 BTC | Interest Payment ⌄ |
| Apr 30 | 🔗 0.15505350 GUSD | Interest Payment ⌄ |
| Mar 31 | 🔗 0.17507746 GUSD | Interest Payment ⌄ |
| Mar 31 | ₿ 0.00051863 BTC | Interest Payment ⌄ |
| Feb 28 | ₿ 0.00046788 BTC | Interest Payment ⌄ |
| Feb 28 | 🔗 0.17129784 GUSD | Interest Payment ⌄ |

| Oct 31 | ₿ 0.00056606 BTC | Interest Payment ^ |
|---|---|---|

| Submitted at | Date | Status |
|---|---|---|
| Oct 31, 21:55:12 UTC | Oct 31, 23:59:59 UTC | Confirmed |

| Sep 30 | 🔗 0.16499850 GUSD | Interest Payment ⌄ |
|---|---|---|

| Sep 30 | ₿ 0.00054690 BTC | Interest Payment ^ |
|---|---|---|

| Submitted at | Date | Status |
|---|---|---|
| Sep 30, 13:58:21 UTC | Sep 30, 23:59:59 UTC | Confirmed |

| Aug 31 | ₿ 0.00056420 BTC | Interest Payment ⌄ |
|---|---|---|
| Aug 31 | 🔗 0.16945437 GUSD | Interest Payment ⌄ |
| Jul 31 | ₿ 0.00056327 BTC | Interest Payment ⌄ |
| Jul 31 | 🔗 0.16841680 GUSD | Interest Payment ⌄ |
| Jun 30 | 🔗 0.15160260 GUSD | Interest Payment ⌄ |
| Jun 30 | ₿ 0.00037710 BTC | Interest Payment ⌄ |
| May 31 | ₿ 0.00038905 BTC | Interest Payment ⌄ |
| May 31 | 🔗 0.15575826 GUSD | Interest Payment ⌄ |
| Apr 30 | ₿ 0.00046020 BTC | Interest Payment ⌄ |
| Apr 30 | 🔗 0.15505350 GUSD | Interest Payment ⌄ |
| Mar 31 | 🔗 0.17507746 GUSD | Interest Payment ⌄ |
| Mar 31 | ₿ 0.00051863 BTC | Interest Payment ⌄ |
| Feb 28 | ₿ 0.00046788 BTC | Interest Payment ⌄ |
| Feb 28 | 🔗 0.17129784 GUSD | Interest Payment ⌄ |

BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

416M-652L-411Q-302X

○ Where can I find my Unique ID?

## Claim Information

Claim Number

20572

Claim Name

██████████████████

Claimant Address on File

██████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

█████████████

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

████████

Street2

City

████████

State

█

Zip

███

Country

████

Telephone Number

████

Email Address

██████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fifteenth Omnibus Objection Response Portal

Upload Here

| 📄 ID 416M-652L-411Q-302X.pdf | 22 KB |
|---|---|
| 📄 2 of 2 ID 416M-652L-411Q-302X.pdf | 17 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**          October 31, 2022

You earned approximately
**$0.00 \*** worth of crypto.

Claim : 20572
Unique ID : 416M-652L-411Q-302X

Page 1 of 2

# October 2022  BlockFi Interest Account Statement

**Flex Selection**                    ---
**Month Ending**                      October 31, 2022

You earned approximately
**$55.62 \*** worth of crypto.

| Crypto Prices\* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00265980<br>$54.50 | 1.50671116<br>$30,875.53 |
| **1 GUSD**<br>$1.00 | 1.11500490<br>$1.12 | 182.09736696<br>$182.10 |
| **Total\*** in USD | **$55.62** | **$31,057.63** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary based on activity, rates, and compliance with BlockFi's terms & conditions.

Claim 20572
Unique ID: 416M-652L-411Q-302X

Page 2 of 2



Wind-Down Debtors: BlockFi Inc et al.
15th Omnibus Objection

All proofs of claim not listed as the surviving claim number will be expunged. Surviving claims will be modified and allowed against the debtor entity and in the amount(s) shown per BlockFi's books and records.

Legend: Basis for Objection

BR    Asserted claim amount does not match BlockFi's books and records
UL    Claim did not assert a obligated value in USD
K     Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity

### Claim Info

| Proof of Claim No. | Claimant Name | Claim Info | | | |
| --- | --- | --- | --- | --- | --- |
| | | Date Filed | Filed Debtor Entity | Basis for Objection | |
| 20572 | | 02/15/2023 | BlockFi Inc. | UL, BR | |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20572 | $24,600.31 | $40.02 | | | | | | | BlockFi Inc. |

$ß 20,875.53    ↗ 54.50

Expunge/Modify

Modify

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

359B-833E-318A-724G

○ Where can I find my Unique ID?

## Claim Information

Claim Number

24553

Claim Name

████

Claimant Address on File

████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

████████

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fifteenth Omnibus Objection Response Portal

Upload Here

| | |
|---|---|
| Monthly_Statement.pdf | 25 KB |
| BIA.pdf | 184 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registraion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

# BlockFi

Dashboard    Accounts  ›    Withdraw

## Assets

Overview

Bitcoin BTC

Ethereum ETH

USD Coin USDC

### Your Assets

| Asset | Quantity | |
|-------|----------|---|
| USD Coin USDC | 42.48 USDC | ⌄ |
| Ethereum ETH | 1.17301074 ETH | ⌄ |
| Bitcoin BTC | 0.08788493 BTC | ⌄ |

### Recurring Trades

| Recurring Trade | Buy Amount | Frequency | Scheduled |
|-----------------|-----------|-----------|-----------|
| | You have not set up any recurring trades. | | |

### Transactions

Your transaction history has moved. Visit the Dashboard to view Interest Account transactions.

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

**Name**

**Email**

**Address**

**Account ID**

**Month Ending**    October 31, 2022

You earned approximately

**$8.62 \*** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 ETH** $1,572.90 | 0 | 0 | 0.00000000 $0.00 |
| **1 GUSD** $1.00 | 0 | 8.62000000 $8.62 | 8.62000000 $8.62 |
| **1 USDC** $1.00 | 0 | 0 | 0.00732114 $0.01 |
| **Total\*** in USD | **$0.00** | **$8.62** | **$8.63** |

# October 2022  BlockFi Interest Account Statement

| | |
|---|---|
| **Flex Selection** | --- |
| **Month Ending** | October 31, 2022 |

You earned approximately
**$10.89 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00025637<br>$5.25 | 0.08788493<br>$1,800.94 |
| **1 ETH**<br>$1,572.90 | 0.00342209<br>$5.38 | 1.17301074<br>$1,845.03 |
| **1 GUSD**<br>$1.00 | 0.00001054<br>$0.00 | 0.00175592<br>$0.00 |
| **1 USDC**<br>$1.00 | 0.26012534<br>$0.26 | 42.48244559<br>$42.48 |
| **Total\*** in USD | **$10.89** | **$3,688.45** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

839O-424V-254A-832N

○ Where can I find my Unique ID?

## Claim Information

Claim Number

12770

Claim Name

███████

Claimant Address on File

████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 15th Omni Email Merge_Part2938.pdf | 178 KB |
|---|---|
| 📄 20240130_BlockFI_15th_Omnibus_Objection_Response.pdf | 28 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Wind-Down Debtors: BlockFi Inc et al.**
**15th Omnibus Objection**

All proofs of claim not listed as the surviving claim number will be expunged. Surviving claims will be modified and allowed against the debtor entity and in the amount(s) shown per BlockFi's books and records.

**Legend: Basis for Objection**

BR    Asserted claim amount does not match BlockFi's books and records
UL    Claim did not assert a dollarized value in USD
IC    Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity

### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Basis for Objection |
|---|---|---|---|---|
| 12770 | ██████ | 03/24/2023 | BlockFi International Ltd. | UL, BR |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 12770 | | | | | | $343,122.23 | $654.36 | | BlockFi International LTD. |



| Expunge/Modify |
|---|
| Modify |

To whom it may concern,

Thank you for your recent correspondence regarding the Wind-Down Debtors' Fifteenth
Omnibus Objection to Claims [Docket No. 2070].

In regard to my Surviving Claim No. 12770, where the basis for the objection is cited as UL
(Claim did not assert a dollarized value in USD) and BR (Asserted claim amount does not
match BlockFi's books and records), I hereby confirm that I concur with the amounts that
have been scheduled for me and which are cited in the Schedule Info (see enclosed),
namely:

- $343,122.23 (Intl BIA/BPC)
- $654.36 (Intl BIA/BPC Interest

Should my claim need to be modified to reflect the dollarized amounts cited above (and
those cited in the schedule) then I have no objection to that modification being carried out.

Yours faithfully,



BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

374R-292D-640F-517C

○ Where can I find my Unique ID?

## Claim Information

Claim Number

17777

Claim Name

██████████

Claimant Address on File

██████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

██████████████

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

███████████

Street2

City

█████

State

█████

Zip

████

Country

██████

Telephone Number

████████

Email Address

███████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 US Bankruptcy Court New Jersey; BlockFi Inc., et al.,.pdf | 2 MB |
| 📄 BlockFi Oct. 2022 statement.pdf | 22 KB |
| 📄 Objection letter Feb. 1, 2024 BlockFi Bankruptcy claim.pdf | 21 KB |

## Signature

Sign Here



Print Name

[redacted]

Email Address

[redacted]

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

## October 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**       October 31, 2022

You earned approximately
**$0.00 \*** worth of crypto.

# October 2022  BlockFi Interest Account Statement

**Flex Selection**                  ---
**Month Ending**                  October 31, 2022

You earned approximately
**$1.37 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00006665<br>$1.37 | 0.02289311<br>$469.13 |
| **Total\*** in USD | **$1.37** | **$469.13** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

February 1, 2024


BlockFi Bankruptcy

Claim # 17777

Claimant Name ██████████████

Unique ID 374R-292D-640F-517C


This is my response to the objection.  I am owed this money and this is my claim to be repaid via this bankruptcy suit.


Thank you,


██████████████

BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

Grand Central Station, PO Box 4850

New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

850 Third Avenue, Suite 412

Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 735W-789B-338N-490U |
| --- |

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

BlockFi Fifteenth Omnibus Objection Response Portal

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

Claim Information

Claim Number

16121

Claim Name

██████████

Claimant Address on File

██████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Monthly_Statement.pdf | 24 KB |

BlockFi Fifteenth Omnibus Objection Response Portal

## Signature

Sign Here



Print Name

███████

Email Address

███████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**          October 31, 2022

You earned approximately
**$38.50 *** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 GUSD**<br>$1.00 | 0 | 38.50000000<br>$38.50 | 38.50000000<br>$38.50 |
| **Total*** in USD | **$0.00** | **$38.50** | **$38.50** |

# October 2022  BlockFi Interest Account Statement

**Flex Selection**         ---
**Month Ending**         October 31, 2022

You earned approximately
## $19.01 * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | **0.00000341**<br>$0.07 | **0.00126310**<br>$25.88 |
| **1 ETH**<br>$1,572.90 | **0.01070895**<br>$16.84 | **5.23004901**<br>$8,226.34 |
| **1 LINK**<br>$7.86 | **0.00229927**<br>$0.02 | **2.72195612**<br>$21.39 |
| **1 LTC**<br>$55.02 | **0.03783829**<br>$2.08 | **24.61093316**<br>$1,353.97 |
| **Total\*** in USD | **$19.01** | **$9,627.58** |

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
  Actual balances are denominated in cryptocurrency, not USD.
  Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 782R-181H-116I-293Q |
| --- |

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

BlockFi Fifteenth Omnibus Objection Response Portal

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

19428

Claim Name

████████

Claimant Address on File

████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| BlockFi Interest Account Balance.pdf | 229 KB |
| Response to the Objection.pdf | 64 KB |

## Signature

Sign Here



Print Name

███████

Email Address

███████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

February 2, 2024

Claim Number: 19428
Unique ID: 782R-181H-116I-293Q

To whom it may concern,

At the time that BlockFi declared Bankruptcy, ████████ had the following currencies in his BlockFi Interest Account.  You will also see this amount confirmed on the current BlockFi website and attached to this Response to the Objection.

**Bitcoin (BTC) = .20931797 ($8,985.37)**
**Ethereum (ETH) = 15.04939201 ($34,539.86)**
**Chainlink (LINK) = 35.08285425 ($599.92)**

On *November 12, 2022*, the day that BlockFi froze all accounts, the currencies were worth the following at market's open:

BTC = $16,873.05 USD
ETH = $1,287.44 USD
LINK = $7.01 USD

Knowing the above information, you can surmise that my BlockFi Interest Account was worth the following on November 12th when all accounts were frozen.

BTC = $3,531.83 USD
ETH = $19,375.19 USD
LINK = $245.93 USD

**Total BlockFi Interest Account on November 12, 2022 = $23,152.95 USD**

On *November 19, 2022*, the day that BlockFi filed for Chapter 11 Bankruptcy, the currencies were worth the following at market's open:

BTC = $16,217.64 USD
ETH = $1,212.22 USD
LINK = $6.19 USD

Knowing the above information, you can surmise that my BlockFi Interest Account was worth the following on November 19th when BlockFi filed for bankruptcy.

BTC = $3,394.64 USD
ETH = $18,243.17 USD
LINK = $217.16 USD

**Total BlockFi Interest Account on November 19, 2022 = $21,854.97 USD**

Before hearing more details about the claim not asserting a dollarized value (USD) or the claim amount not matching BlockFi's books and records.  My sincere hope is that I have undervalued the amount in my BlockFi Interest account by using the date that you claimed Bankruptcy, rather than the date that you froze my account a week earlier when prices were higher.  Maybe by some grace of god, BlockFi understands that my wallet would currently be worth $44,125.15 and they are claiming that I have severely undervalued my account.



**BlockFi**

Dashboard    Accounts ⌄    Withdraw

Profile Settings

Reports

Log Out

🛈 **Important Update**
As previously notified, **Wallet withdrawals were suspended on December 31, 2023, at 11:59 PM UTC.** Any remaining wallet balances will be converted to cash and dist
clients in U.S. dollars.

• Clients that initiated a withdrawal request and need to verify their identity must complete the Identity Verification requests by January 12, 2024, at 11:59 PM

More information about withdrawals and balances can be found in our FAQ **here**.

Dashboard / Interest Account

# Interest Account



**Assets**

| 🔵 Overview |
| 🟠 Bitcoin BTC |
| ⚫ Ethereum ETH |
| 🔵 Chainlink LINK |

**Your Assets**

| Asset | Quantity | |
|---|---|---|
| 🔵 Chainlink LINK | 35.08285425 LINK | › |
| ⚫ Ethereum ETH | 15.04939201 ETH | › |
| 🟠 Bitcoin BTC | 0.20931797 BTC | › |

**Recurring Trades**

| Recurring Trade | Buy Amount | Frequency | Scheduled |
|---|---|---|---|

You have not set up any recurring trades.

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 581G-961P-319U-321P |
|---|

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

22785

Claim Name

███████████

Claimant Address on File

███████████████████████

To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.

Name:

████████████

Street1

███████████████████

Street2

City

████████

State

████

Zip

█████

Country

███████████

Telephone Number

███████████

Email Address

██████████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| ▨ ████████ Claim.pdf | | 29 KB |

BlockFi Fifteenth Omnibus Objection Response Portal

## Signature

Sign Here



Print Name

██████████

Email Address

██████████████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.



Proof of Claim No. 22785

Unique ID: 581G-961P-319U-321P

Please accept this as a correction to the above asserted claim. The correct amount was $4,690.64 for the total value of digital currencies in my BlockFi interest account (IA) as of November 2022.

Please proceed with disbursing the above amount in USD to me through the bankruptcy process.

If you have any questions or need more information to complete my claim, please contact me directly.

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

910A-794A-810T-370O

○ Where can I find my Unique ID?

## Claim Information

Claim Number

20543

Claim Name

███████████████

Claimant Address on File

███████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fifteenth Omnibus Objection Response Portal

Upload Here

| | |
|---|---|
| 🖺 IMG_9307.jpeg | 93 KB |
| 🖺 image.jpg | 3 MB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

I want my BTC and ETH
units I don't care about waiting
I don't agree with what was
offered. Gracias.

 

## Your Assets

| Asset | Quantity | |
|-------|----------|---|
| Ethereum ETH | 2.63011055 ETH | > |
| Bitcoin BTC | 0.71326775 BTC | > |

## Recurring Trades

| Recurring Trade | Buy Amt Frequency |
|-----------------|-------------------|
| | |

You have not set up any recurring trades.

BlockFi Fifteenth Omnibus Objection Response Portal

## BlockFi Fifteenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

830D-162U-465O-378F

○ Where can I find my Unique ID?

### Claim Information

Claim Number

9215

Claim Name

███████████

Claimant Address on File

███████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 🗎 BlockFi-Claim.pdf | 98 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Dear Madam, Sir,

I please want to receive my Assets as digital coins to a wallet of my choice.

Thank you very much and best regards



BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

210K-953K-611Y-283Q

○ Where can I find my Unique ID?

## Claim Information

Claim Number

33981

Claim Name

▉▉▉▉▉▉▉

Claimant Address on File

▉▉▉▉▉▉▉▉▉▉▉▉▉

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

▉▉▉

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

████████████

Street2

City

███████████

State

█████

Zip

████

Country

████

Telephone Number

████████

Email Address

██████████████████

To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.

Upload Here

| 📄 blockfi.pdf | 85 KB |

## Signature

Sign Here



Print Name

▌▌▌

Email Address

▌▌▌▌▌

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Hello, i made a claim, and the file bellow is what i will get, but on my interest account on blockFi i have 0.00746399BTC and 0,49 USDT that amounts have the value of 297,59 euros, so im getting the half of the btc i deposited
That are the deposits:

Date

May 10, 10:33:48 UTC

Transaction Hash

████████████████████████████████

Date

May 10, 10:40:21 UTC

Transaction Hash

████████████████████████████████

Date

May 28, 11:19:00 UTC

Transaction Hash

████████████████████████████████



BlockFi Fifteenth Omnibus Objection Response Portal

## BlockFi Fifteenth Omnibus Objection Response Portal

---

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

### First Class Mail

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

---

## Logon

---

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

> 477G-238V-316T-168H

◯ Where can I find my Unique ID?

---

## Claim Information

---

Claim Number

> 8180

Claim Name

> ███████

Claimant Address on File

> ███████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

> 

---

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fifteenth Omnibus Objection Response Portal

Upload Here

| | |
|---|---|
| 📄 766.pdf | 197 KB |

## Signature

Sign Here



Print Name

█████

Email Address

████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtors: BlockFi Inc *et al.***

**14th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Asserted against incorrect debtor entity or improperly assert priority or secured status |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 677 | ███████ | 12/21/22 | BlockFi Inc. | $0.00 | IC |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 677 | - | - | - | - | - | 10,337.46 | 23.46 | - | BlockFi International LTD |

| Expunge/Modify |
|---|
| Modify |

BlockFi Fifteenth Omnibus Objection Response Portal

## BlockFi Fifteenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

591M-637F-174C-597B

○ Where can I find my Unique ID?

### Claim Information

Claim Number

23365

Claim Name

██████████████

Claimant Address on File

████████████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 Objection.doc | 43 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

I am objecting to the amount on the schedule. My payment should be made "In-kind" for the same
amount that I owned of the BTC, ETH, and LTC coins as follows:

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | **0.00017112**<br>$3.51 | **0.05868641**<br>$1,202.60 |
| **1 ETH**<br>$1,572.90 | **0.00411773**<br>$6.48 | **1.41145506**<br>$2,220.08 |
| **1 LTC**<br>$55.02 | **0.01898378**<br>$1.04 | **11.29704667**<br>$621.51 |

BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

> 688T-988X-801S-892D

○ Where can I find my Unique ID?

## Claim Information

Claim Number

> 21726

Claim Name

> ██████

Claimant Address on File

> ████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

> ██████

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

████████████████

Street2

City

██████

State

██

Zip

████

Country

████████

Telephone Number

███████████

Email Address

███████████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 15th Omni Email Merge._Part2316 copy.pdf                                289 KB

## Signature

Sign Here



Print Name

███████

Email Address

███████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Wind-Down Debtors: BlockFi Inc** *et al.*

**15th Omnibus Objection**

All proofs of claim not listed as the surviving claim number will be expunged. Surviving claims will be modified and allowed against the debtor entity and in the amount(s) shown per BlockFi's books and records.

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi's books and records |
| UL | Claim did not assert a dollarized value in USD |
| IC | Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity |

| Claim Info | | | | |
|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Basis for Objection |
| 21726 | ▆▆▆▆▆ | 03/21/2023 | BlockFi Inc. | UL, BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 21726 | $4,462.22 | $8.66 | | | | | | | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

**Your Assets**

| Asset | Quantity | |
|---|---|---|
| Bitcoin BTC | 0.27532995 BTC | › |
| Gemini USD GUSD | 0.10 GUSD | › |
| USD Coin USDC | 0.03 USDC | › |

BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

505R-973O-181C-876W

○ Where can I find my Unique ID?

## Claim Information

Claim Number

29577

Claim Name

████████

Claimant Address on File

████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

████████

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

███████████████

Street2

██████████

City

███████

State

██████

Zip

█████

Country

████████

Telephone Number

████████

Email Address

████████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 | 2022-10-01.pdf | 23 KB |
| 📄 | 2022-09-01.pdf | 22 KB |
| 📄 | Signed 2024-02-06 Objection to Claim 23178 and 29577 ▮▮▮▮▮▮▮ .pdf | 332 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# September 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**



**Account ID**
**Month Ending**      September 30, 2022

You earned approximately
**$0.00 *** worth of crypto.

# September 2022  BlockFi Interest Account Statement

**Flex Selection**          Earn all interest in BTC
**Month Ending**            September 30, 2022

You earned approximately
**$172.35 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$19,414.22 | **0.00887774**<br>$172.35 | **4.88940227**<br>$94,923.93 |
| **1 ETH**<br>$1,328.08 | 0 | **6.16447726**<br>$8,186.92 |
| **Total\*** in USD | **$172.35** | **$103,110.85** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022 BlockFi Wallet Statement



**Name**
**Email**
**Address**

**Account ID**
**Month Ending**       October 31, 2022

You earned approximately
**$45.56 *** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 GUSD**<br>$1.00 | 0 | **45.56000000**<br>$45.56 | **45.56000000**<br>$45.56 |
| **Total\*** in USD | **$0.00** | **$45.56** | **$45.56** |

# October 2022  BlockFi Interest Account Statement

| | |
|---|---|
| **Flex Selection** | Earn all interest in BTC |
| **Month Ending** | October 31, 2022 |

You earned approximately
**$190.52 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | **0.00929718**<br>$190.52 | **4.89869945**<br>$100,384.15 |
| **1 ETH**<br>$1,572.90 | 0 | **6.16447726**<br>$9,696.11 |
| **Total\*** in USD | **$190.52** | **$110,080.26** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.



Kroll

The current claim value listed on the Creditor Data Details for Claim #23178 and Claim #29577 shows $0. This is incorrect as I have never withdrawn any BTC or ETH from my BIA account after depositing it into my account with BlockFi. The correct claim amount should be:

BTC: 4.89869945 ending balance $100,384.15 USD as of 10/31/2022

ETH: 6.16447726 ending balance $9,696.11 USD as of 10/31/2022

Total USD: $110,080.26


Please see attached BlockFi statement and screenshot from BlockFi site of my current holdings.



Please update the claim amount to the correct value.


Thank you



Claim #23178 and Claim #29577 listed on Kroll Creditor Data Details:



## Creditor Data Details - Claim # 29577

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on file | BlockFi Inc. | 29577 |
| Address on file | **Date Filed** | **Schedule Number** |
| | 04/11/2023 | n/a |
| | | **Confirmation ID** |
| | | n/a |

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | Blank | U | $0.00 | Pending Objection |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | $0.00 | | $0.00 | |



## Creditor Data Details - Claim # 23178

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on file | BlockFi Inc. | 23178 |
| Address on file | **Date Filed** | **Schedule Number** |
| | 03/23/2023 | n/a |
| | | **Confirmation ID** |
| | | 3275-48-PJZHP-719478952 |

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | Blank | U | $0.00 | Pending Objection |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | | $0.00 | | $0.00 | |

BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15<sup>th</sup> Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

540Y-761P-242Q-738B

○ Where can I find my Unique ID?

## Claim Information

Claim Number

23178

Claim Name

<span style="background:black"> </span>

Claimant Address on File

<span style="background:black"> </span>

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 2022-10-01.pdf | 23 KB |
| 📄 Signed 2024-02-06 Objection to Claim 23178 and 29577 ███████ .pdf | 332 KB |
| 📄 2022-09-01.pdf | 22 KB |

## Signature

Sign Here



Print Name

Email Address

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies
with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# September 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**



**Account ID**
**Month Ending**          September 30, 2022

---

You earned approximately
**$0.00 \*** worth of crypto.

# September 2022 BlockFi Interest Account Statement

**Flex Selection**          Earn all interest in BTC
**Month Ending**            September 30, 2022

---

You earned approximately
**$172.35 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$19,414.22 | **0.00887774**<br>$172.35 | **4.88940227**<br>$94,923.93 |
| **1 ETH**<br>$1,328.08 | 0 | **6.16447726**<br>$8,186.92 |
| **Total\*** in USD | **$172.35** | **$103,110.85** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

 BlockFi

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**



**Account ID**
**Month Ending**          October 31, 2022

You earned approximately
**$45.56 *** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
| --- | --- | --- | --- |
| **1 GUSD**<br>$1.00 | 0 | 45.56000000<br>$45.56 | 45.56000000<br>$45.56 |
| **Total\* in USD** | **$0.00** | **$45.56** | **$45.56** |

# October 2022  BlockFi Interest Account Statement

**Flex Selection**            Earn all interest in BTC
**Month Ending**              October 31, 2022

---

You earned approximately
**$190.52 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | **0.00929718**<br>$190.52 | **4.89869945**<br>$100,384.15 |
| **1 ETH**<br>$1,572.90 | 0 | **6.16447726**<br>$9,696.11 |
| **Total\*** in USD | **$190.52** | **$110,080.26** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.



Kroll

The current claim value listed on the Creditor Data Details for Claim #23178 and Claim #29577 shows $0. This is incorrect as I have never withdrawn any BTC or ETH from my BIA account after depositing it into my account with BlockFi. The correct claim amount should be:

BTC: 4.89869945 ending balance $100,384.15 USD as of 10/31/2022

ETH: 6.16447726 ending balance $9,696.11 USD as of 10/31/2022

Total USD: $110,080.26

Please see attached BlockFi statement and screenshot from BlockFi site of my current holdings.



Please update the claim amount to the correct value.

Thank you,



Claim #23178 and Claim #29577 listed on Kroll Creditor Data Details:



## Creditor Data Details - Claim # 29577

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on file | BlockFi Inc. | 29577 |
| Address on file | Date Filed | Schedule Number |
| | 04/11/2023 | n/a |
| | | Confirmation ID |
| | | n/a |

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | Blank | U | $0.00 | Pending Objection |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | $0.00 | | | $0.00 | |

## Creditor Data Details - Claim # 23178

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Name on file | BlockFi Inc. | 23178 |
| Address on file | Date Filed | Schedule Number |
| | 03/23/2023 | n/a |
| | | Confirmation ID |
| | | 3275-48-PJZHP-719478952 |

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | Blank | U | $0.00 | Pending Objection |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | | $0.00 | | | $0.00 | |

BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

> 764J-711Z-437R-985X

○ Where can I find my Unique ID?

## Claim Information

Claim Number

> 27478

Claim Name

> ████████

Claimant Address on File

> ████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

>

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fifteenth Omnibus Objection Response Portal

Upload Here

| | |
|---|---|
| 📄 trade_report_all.pdf | 151 KB |
| 📄 Screenshot 2024-02-07 at 19.06.22.png.pdf | 125 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮

Email Address

▮▮▮▮▮

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.



trade_report_all

| Cryptocurrency | Amount | Transaction Type | Exchange Rate Per Coin (USD) | Confirmed At |
|---|---|---|---|---|
| GUSD | -11.00000000 | Withdrawal Fee | | 2023-10-20 14:11:32 |
| GUSD | -13.38000000 | Withdrawal | | 2023-10-20 14:11:32 |
| GUSD | 1.41311380 | UI Update: Wallet to BIA Transfer Request Not Executed | | 2022-11-14 23:59:59 |
| ETH | 3.42992911 | UI Update: Wallet to BIA Transfer Request Not Executed | | 2022-11-14 23:59:59 |
| BTC | 0.25608333 | UI Update: Wallet to BIA Transfer Request Not Executed | | 2022-11-14 23:59:59 |
| GUSD | 1.41311380 | BIA Withdraw | | 2022-11-14 18:55:51 |
| BTC | 0.25608333 | BIA Withdraw | | 2022-11-14 18:55:35 |
| ETH | 3.42992911 | BIA Withdraw | | 2022-11-14 18:55:16 |
| ETH | 0.01724510 | Interest Payment | | 2022-10-31 23:59:59 |
| GUSD | 24.38000000 | Bonus Payment | | 2022-10-20 23:59:59 |
| ETH | 0.09600056 | BIA Deposit | | 2022-10-02 04:55:24 |
| ETH | 0.09600056 | Crypto Transfer | | 2022-10-01 23:56:59 |
| ETH | 0.01757981 | Interest Payment | | 2022-09-30 23:59:59 |
| BTC | 0.00033062 | BIA Deposit | | 2022-09-25 23:14:30 |
| ETH | 0.01546115 | Interest Payment | | 2022-08-31 23:59:59 |
| ETH | 0.01513654 | Interest Payment | | 2022-07-31 23:59:59 |
| ETH | 0.01264498 | Interest Payment | | 2022-06-30 23:59:59 |
| BTC | 0.00033062 | Referral Bonus | | 2022-06-09 18:57:01 |
| ETH | 0.01212285 | Interest Payment | | 2022-05-31 23:59:59 |
| ETH | 0.01330158 | Interest Payment | | 2022-04-30 23:59:59 |
| ETH | 0.01572560 | Interest Payment | | 2022-03-31 23:59:59 |
| ETH | 0.01441271 | Interest Payment | | 2022-02-28 23:59:59 |
| ETH | 0.01655325 | BIA Deposit | | 2022-02-05 00:02:41 |
| BTC | 0.00143950 | BIA Deposit | | 2022-02-04 23:57:23 |
| ETH | 0.01655325 | Crypto Transfer | | 2022-02-04 23:55:33 |
| BTC | 0.00143950 | Crypto Transfer | | 2022-02-04 23:42:36 |
| ETH | 0.01598818 | Interest Payment | | 2022-01-31 23:59:59 |
| USDT | 0.11406486 | BIA Deposit | | 2022-01-25 17:44:46 |
| GUSD | 1.41311380 | BIA Deposit | | 2022-01-25 17:44:35 |
| ETH | 3.16775680 | BIA Deposit | | 2022-01-25 17:44:18 |
| BTC | 0.25431321 | BIA Deposit | | 2022-01-25 17:43:38 |
| USDT | 0.11406486 | BIA Withdraw | | 2022-01-25 07:11:17 |
| GUSD | 1.41311380 | BIA Withdraw | | 2022-01-25 07:11:01 |
| ETH | 3.16775680 | BIA Withdraw | | 2022-01-25 07:10:31 |
| BTC | 0.25431321 | BIA Withdraw | | 2022-01-25 07:10:20 |
| ETH | 0.01502389 | Interest Payment | | 2021-12-31 23:59:59 |
| ETH | 0.01593138 | Crypto Transfer | | 2021-12-19 00:33:26 |
| LINK | -3.52042414 | Trade | | 2021-12-18 23:53:13 |
| ETH | 0.01695605 | Trade | | 2021-12-18 23:53:13 |
| LINK | 0.00993990 | Interest Payment | | 2021-11-30 23:59:59 |
| USDT | 0.00084750 | Interest Payment | | 2021-11-30 23:59:59 |
| ETH | 0.00819240 | Interest Payment | | 2021-11-30 23:59:59 |
| GUSD | 0.00997410 | Interest Payment | | 2021-11-30 23:59:59 |
| BTC | 0.00049950 | Interest Payment | | 2021-11-30 23:59:59 |
| ETH | 0.00845463 | Interest Payment | | 2021-10-31 23:59:59 |
| LINK | 0.01024116 | Interest Payment | | 2021-10-31 23:59:59 |
| USDT | 0.00075950 | Interest Payment | | 2021-10-31 23:59:59 |
| BTC | 0.00051553 | Interest Payment | | 2021-10-31 23:59:59 |
| GUSD | 0.00941470 | Interest Payment | | 2021-10-31 23:59:59 |
| ETH | 0.00817200 | Interest Payment | | 2021-09-30 23:59:59 |

| BTC | 0.00049851 | Interest Payment | | 2021-09-30 23:59:59 |
|---|---|---|---|---|
| LINK | 0.00988290 | Interest Payment | | 2021-09-30 23:59:59 |
| USDT | 0.00070890 | Interest Payment | | 2021-09-30 23:59:59 |
| GUSD | 0.00878850 | Interest Payment | | 2021-09-30 23:59:59 |
| BTC | 0.00021278 | Referral Bonus | | 2021-09-09 18:05:18 |
| LINK | 0.00874944 | Interest Payment | | 2021-08-31 23:59:59 |
| USDT | 0.00068417 | Interest Payment | | 2021-08-31 23:59:59 |
| BTC | 0.00083955 | Interest Payment | | 2021-08-31 23:59:59 |
| ETH | 0.01027090 | Interest Payment | | 2021-08-31 23:59:59 |
| GUSD | 0.00493650 | Interest Payment | | 2021-08-31 23:59:59 |
| GUSD | 1.38000000 | Bonus Payment | | 2021-08-13 23:59:59 |
| BTC | 0.00022557 | Referral Bonus | | 2021-08-12 23:59:59 |
| ETH | 0.01957948 | Crypto Transfer | | 2021-08-10 05:16:07 |
| BTC | 0.00083638 | Interest Payment | | 2021-07-31 23:59:59 |
| ETH | 0.01019249 | Interest Payment | | 2021-07-31 23:59:59 |
| LINK | 0.00872774 | Interest Payment | | 2021-07-31 23:59:59 |
| USDT | 0.00067983 | Interest Payment | | 2021-07-31 23:59:59 |
| ETH | 0.02640504 | Interest Payment | | 2021-06-30 23:59:59 |
| ETH | 0.27354376 | Crypto Transfer | | 2021-06-29 12:42:44 |
| BTC | 0.00081953 | Crypto Transfer | | 2021-06-15 20:06:18 |
| BTC | 0.00691488 | Crypto Transfer | | 2021-06-15 19:36:40 |
| BTC | 0.00532602 | Crypto Transfer | | 2021-06-02 10:58:20 |
| ETH | 0.01606275 | Interest Payment | | 2021-05-31 23:59:59 |
| BTC | 0.00146578 | Crypto Transfer | | 2021-05-30 17:45:20 |
| ETH | 1.91814051 | Crypto Transfer | | 2021-05-26 11:45:18 |
| BTC | 0.00563890 | Crypto Transfer | | 2021-05-18 18:56:12 |
| ETH | 0.50713389 | Crypto Transfer | | 2021-05-16 08:12:34 |
| ETH | 0.09838300 | Crypto Transfer | | 2021-05-08 10:35:06 |
| ETH | 0.19465552 | Crypto Transfer | | 2021-05-06 23:14:32 |
| BTC | 0.23052029 | Crypto Transfer | | 2021-05-03 13:32:31 |
| LINK | 3.47288300 | Crypto Transfer | | 2021-05-03 13:28:48 |
| ETH | 0.02065912 | Interest Payment | | 2021-04-30 23:59:59 |
| USDC | -12652.647855 | Withdrawal | | 2021-04-26 20:51:23 |
| ETH | -3.17145164 | Trade | | 2021-04-23 16:05:23 |
| USDC | 7362.13788416 | Trade | | 2021-04-23 16:05:23 |
| BTC | -0.10721014 | Trade | | 2021-04-23 15:49:53 |
| USDC | 5290.50997132 | Trade | | 2021-04-23 15:49:53 |
| BTC | 0.00460000 | Crypto Transfer | | 2021-04-19 09:33:23 |
| BTC | 0.00069742 | Interest Payment | | 2021-03-31 23:59:59 |
| USDT | 0.00083080 | Interest Payment | | 2021-03-31 23:59:59 |
| ETH | 0.01621448 | Interest Payment | | 2021-03-31 23:59:59 |
| ETH | -0.02000000 | Withdrawal Fee | | 2021-03-16 00:58:00 |
| ETH | -1.08000000 | Withdrawal | | 2021-03-16 00:58:00 |
| BTC | -0.10000000 | Withdrawal | | 2021-03-12 21:03:34 |
| USDT | 0.10040916 | Interest Payment | | 2021-02-28 23:59:59 |
| BTC | 0.00122287 | Interest Payment | | 2021-02-28 23:59:59 |
| ETH | 0.01300186 | Interest Payment | | 2021-02-28 23:59:59 |
| ETH | -1.10000000 | Withdrawal | | 2021-02-26 18:48:14 |
| BTC | 0.00081353 | Crypto Transfer | | 2021-02-21 21:36:33 |
| BTC | -0.11333746 | Trade | | 2021-02-18 20:43:22 |
| ETH | 3.01693316 | Trade | | 2021-02-18 20:43:22 |
| USDT | -410.16085500 | Trade | | 2021-02-02 23:42:21 |

| | | | | |
|---|---|---|---|---|
| **ETH** | 0.26590950 | Trade | | 2021-02-02 23:42:21 |
| **USDT** | 410.17000000 | Crypto Transfer | | 2021-02-01 23:07:28 |
| **ETH** | 0.00260064 | Interest Payment | | 2021-01-31 23:59:59 |
| **BTC** | 0.00045045 | Interest Payment | | 2021-01-31 23:59:59 |
| **BTC** | 0.31276333 | Crypto Transfer | | 2021-01-22 22:52:04 |
| **ETH** | 2.05679200 | Crypto Transfer | | 2021-01-22 22:43:50 |