# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

649C-820L-343B-521A

○ Where can I find my Unique ID?

## Claim Information

Claim Number

22818

Claim Name

████████████

Claimant Address on File

████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮▮▮▮

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 🖼 ▉▉▉▉▉.jpg | 72 KB |
|---|---|
| 📄 blockfi objec ion pdf | 55 KB |

## Signature

Sign Here



Print Name

▉▉▉▉▉▉

Email Address

▉▉▉▉▉▉▉▉

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



February 7, 2024

To Whom It May Concern,

I am writing in response to an email I recently received regarding the withdrawal of funds from my account. The email indicated that withdrawals will soon be permitted, and I wish to address a specific concern regarding the withdrawal of my funds.

As an account holder with Block Fi, I currently have 1.12391798 bitcoins in my account. Upon reviewing the email, I understand that withdrawals may be processed in cash. However, I request that my Bitcoin funds be withdrawn as Bitcoin and not converted into cash.

I kindly request your assistance in facilitating this request. Please ensure my withdrawal is processed accordingly, allowing me to retain my funds in Bitcoin format.

For your reference, I have included a copy of the email received below:

Please find below links to the following important documents, related to the bankruptcy proceeding of BlockFi Inc., et al., Case No. 22-19361, United States Bankruptcy Court for the District of New Jersey.

Wind-Down Debtors' Fifteenth Omnibus Objection to Claims [Docket No. 2070]

Responses, if any, to the Objection must be filed with Kroll Restructuring Administration LLC, so as to be received no later than February 20, 2024, at 4:00 p.m. (prevailing Eastern Time).

Responses may be filed electronically or by mail.  For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 22818
Claimant Name: ██████████████
Link to Your Objection Information: ███████████████████████████
████████████████████
Unique ID: 649C-820L-343B-521A

Thank you for your attention to this matter. Should you require further information or clarification, please do not hesitate to contact me at █████████████████████████████

Sincerely,

████████████████



# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

> 780Z-116Y-626G-880H

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

24637

Claim Name

███████

Claimant Address on File

███████████████

To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.

Name:

███████

Street1

███████

Street2

City

█████

State

███

Zip

███

Country

████

Telephone Number

██████

Email Address

████████

BlockFi Fifteenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

██████████

Street1

██████████

Street2

City

██████

State

████

Zip

████

Country

████████

Telephone Number

████████

Email Address

██████████

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| Explanation.pdf | 26 KB |
| transaction_history.pdf | 14 KB |

BlockFi Fifteenth Omnibus Objection Response Portal

## Signature

Sign Here

███████████████████████████████████████████████

Print Name

███████

Email Address

███████

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies
with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.

My account,

Account ID: ████████████████

Has a balance of:

0.35088149 BTC withheld in BlockFi's BIA.

I have attached BlockFi's own transaction history of my account to provide detailed transaction records to prove the accuracy of that amount.

BlockFi's own calculations and mine assert that my account is valued at $5,686.49 or more.

Due to the amount of my assets and value, I want either the amount in Bitcoin or USD returned to me.

transaction_history

| Cryptocurrency | Amount | Transaction Type | Exchange Rate Per Coin (USD) | Confirmed At |
|---|---|---|---|---|
| BTC | 0.00071765 | Interest Payment | | 2022-10-31 23:59:59 |
| BTC | 0.0006933 | Interest Payment | | 2022-09-30 23:59:59 |
| BTC | 0.00071517 | Interest Payment | | 2022-08-31 23:59:59 |
| BTC | 0.00071393 | Interest Payment | | 2022-07-31 23:59:59 |
| BTC | 0.00045 | Interest Payment | | 2022-06-30 23:59:59 |
| BTC | 0.00046469 | Interest Payment | | 2022-05-31 23:59:59 |
| BTC | 0.0005334 | Interest Payment | | 2022-04-30 23:59:59 |
| BTC | 0.00059396 | Interest Payment | | 2022-03-31 23:59:59 |
| BTC | -0.00075 | Withdrawal Fee | | 2022-03-11 19:17:58 |
| BTC | -0.02516608 | Withdrawal | | 2022-03-11 19:17:58 |
| BTC | -0.0000274 | Withdrawal | | 2022-03-10 16:55:11 |
| BTC | 0.02594348 | Crypto Transfer | | 2022-03-07 05:20:18 |
| BTC | 0.0005362 | Interest Payment | | 2022-02-28 23:59:59 |
| BTC | 0.00057636 | Interest Payment | | 2022-01-31 23:59:59 |
| BTC | 0.02344231 | Crypto Transfer | | 2022-01-18 21:24:29 |
| BTC | 0.00703175 | Crypto Transfer | | 2022-01-08 22:30:41 |
| BTC | 0.00915414 | Crypto Transfer | | 2022-01-07 00:43:14 |
| BTC | 0.01711916 | Crypto Transfer | | 2022-01-04 19:11:23 |
| BTC | 0.00042379 | Interest Payment | | 2021-12-31 23:59:59 |
| BTC | 0.06307829 | Crypto Transfer | | 2021-12-15 16:23:31 |
| BTC | 0.2244337 | Crypto Transfer | | 2021-12-06 18:06:27 |
| BTC | 0.00020369 | Crypto Transfer | | 2021-12-05 20:24:22 |

BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 261U-440T-960M-818E |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 23810 |

Claim Name

| ███████████ |

Claimant Address on File

| ███████████ |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ███████████ |

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Blockfi Oct 22 Statement.pdf | 25 KB |
| 📄 Block Fi account info and trade info.pdf | 264 KB |

## Signature

Sign Here



Print Name

▬▬▬▬▬▬▬▬

Email Address

▬▬▬▬▬▬

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**◆ BlockFi**   Dashboard   Accounts ⌄   Withdraw    ⌄

---

**❶ Important Update**

As previously notified, **Wallet withdrawals were suspended on December 31, 2023, at 11:59 PM UTC**. Any remaining wallet balances will be converted to cash and distributed to BlockFi clients in U.S. dollars.

- **Clients that initiated a withdrawal request and need to verify their identity must complete the Identity Verification requests by January 12, 2024, at 11:59 PM UTC.**

More information about withdrawals and balances can be found in our FAQ **here**.

Dashboard / Interest Account

# Interest Account

## Assets

**◐ Overview**

**₿ Bitcoin BTC**

**◆ Ethereum ETH**

**⊕ Gemini USD GUSD**

### Your Assets

| Asset | Quantity |
| --- | --- |

| Asset | Quantity | |
|---|---|---|
| Gemini USD GUSD | 287.09 GUSD | > |
| Bitcoin BTC | 2.11056924 BTC | > |
| Ethereum ETH | 0.56609618 ETH | > |

## Recurring Trades

| Recurring Trade | Buy Amt Frequency |
|---|---|

You have not set up any recurring trades.

## Transactions

Your transaction history has moved. Visit the Dashboard to view Interest Account transactions.

**Go to Dashboard**

| Cryptocurrency | Amount | Transaction Type | Exchange Rate Per Coin (USD) | Confirmed At |
|---|---|---|---|---|
| ETH | 0.00165137 | Interest Payment | | 10/31/2022 23:59 |
| BTC | 0.00367443 | Interest Payment | | 10/31/2022 23:59 |
| GUSD | 1.75788259 | Interest Payment | | 10/31/2022 23:59 |
| GUSD | 4.16 | Bonus Payment | | 10/20/2022 23:59 |
| GUSD | 1.6910943 | Interest Payment | | 9/30/2022 23:59 |
| ETH | 0.0015936 | Interest Payment | | 9/30/2022 23:59 |
| BTC | 0.0035502 | Interest Payment | | 9/30/2022 23:59 |
| BTC | 0.00366234 | Interest Payment | | 8/31/2022 23:59 |
| ETH | 0.00164207 | Interest Payment | | 8/31/2022 23:59 |
| GUSD | 1.73676415 | Interest Payment | | 8/31/2022 23:59 |
| ETH | 0.00163711 | Interest Payment | | 7/31/2022 23:59 |
| BTC | 0.00365614 | Interest Payment | | 7/31/2022 23:59 |
| GUSD | 1.7261296 | Interest Payment | | 7/31/2022 23:59 |
| GUSD | 1.5537969 | Interest Payment | | 6/30/2022 23:59 |
| BTC | 0.000597 | Interest Payment | | 6/30/2022 23:59 |
| ETH | 0.0013578 | Interest Payment | | 6/30/2022 23:59 |
| ETH | 0.00139934 | Interest Payment | | 5/31/2022 23:59 |
| GUSD | 1.59639088 | Interest Payment | | 5/31/2022 23:59 |
| BTC | 0.0006169 | Interest Payment | | 5/31/2022 23:59 |
| BTC | 0.000681 | Interest Payment | | 4/30/2022 23:59 |
| ETH | 0.0017919 | Interest Payment | | 4/30/2022 23:59 |
| GUSD | 1.5891684 | Interest Payment | | 4/30/2022 23:59 |
| ETH | 0.00229493 | Interest Payment | | 3/31/2022 23:59 |
| GUSD | 1.79439594 | Interest Payment | | 3/31/2022 23:59 |
| BTC | 0.0007471 | Interest Payment | | 3/31/2022 23:59 |
| BTC | 0.0006748 | Interest Payment | | 2/28/2022 23:59 |
| ETH | 0.002065 | Interest Payment | | 2/28/2022 23:59 |
| GUSD | 1.75565768 | Interest Payment | | 2/28/2022 23:59 |
| BTC | 0.0007471 | Interest Payment | | 1/31/2022 23:59 |
| ETH | 0.00227695 | Interest Payment | | 1/31/2022 23:59 |
| GUSD | 1.98260407 | Interest Payment | | 1/31/2022 23:59 |
| ETH | 0.00226734 | Interest Payment | | 12/31/2021 23:59 |
| GUSD | 1.96814691 | Interest Payment | | 12/31/2021 23:59 |
| BTC | 0.0007471 | Interest Payment | | 12/31/2021 23:59 |
| GUSD | 1.8912144 | Interest Payment | | 11/30/2021 23:59 |
| BTC | 0.000723 | Interest Payment | | 11/30/2021 23:59 |
| ETH | 0.0021855 | Interest Payment | | 11/30/2021 23:59 |
| ETH | 0.00224905 | Interest Payment | | 10/31/2021 23:59 |
| GUSD | 1.78511113 | Interest Payment | | 10/31/2021 23:59 |
| BTC | 0.00074679 | Interest Payment | | 10/31/2021 23:59 |
| GUSD | 68.92110096 | Interest Payment | | 9/30/2021 23:59 |
| ETH | 0.0021678 | Interest Payment | | 9/30/2021 23:59 |
| BTC | 0.00070398 | Interest Payment | | 9/30/2021 23:59 |
| GUSD | -39995.44783 | Trade | | 9/8/2021 18:17 |
| BTC | 0.85454892 | Trade | | 9/8/2021 18:17 |
| ETH | 0.00770285 | Interest Payment | | 8/31/2021 23:59 |
| GUSD | 190.7875068 | Interest Payment | | 8/31/2021 23:59 |
| BTC | 0.00152503 | Interest Payment | | 8/31/2021 23:59 |
| BTC | 0.58518497 | Crypto Transfer | | 8/24/2021 21:21 |
| ETH | -13.12626658 | Trade | | 8/7/2021 17:03 |
| GUSD | 40000 | Trade | | 8/7/2021 17:03 |

| | | | |
|---|---|---|---|
| BTC | 0.00135625 | Interest Payment | 7/31/2021 23:59 |
| ETH | 0.02799455 | Interest Payment | 7/31/2021 23:59 |
| BTC | 0.0022956 | Interest Payment | 6/30/2021 23:59 |
| ETH | 0.0492258 | Interest Payment | 6/30/2021 23:59 |
| ETH | 0.05264488 | Interest Payment | 5/31/2021 23:59 |
| BTC | 0.00219098 | Interest Payment | 5/31/2021 23:59 |
| GUSD | -30000 | Trade | 5/3/2021 14:52 |
| BTC | 0.51309242 | Trade | 5/3/2021 14:52 |
| ETH | -9.58068174 | Trade | 5/3/2021 14:52 |
| GUSD | 30000 | Trade | 5/3/2021 14:52 |
| ETH | 0.0969339 | Interest Payment | 4/30/2021 23:59 |
| BTC | 0.0006156 | Interest Payment | 4/30/2021 23:59 |
| ETH | 0.099789 | Interest Payment | 3/31/2021 23:59 |
| BTC | 0.00063271 | Interest Payment | 3/31/2021 23:59 |
| BTC | 0.00038665 | Interest Payment | 2/28/2021 23:59 |
| ETH | 0.06249781 | Interest Payment | 2/28/2021 23:59 |
| BTC | 0.12721223 | Crypto Transfer | 2/9/2021 19:18 |
| ETH | 21.66044404 | Crypto Transfer | 2/9/2021 19:12 |
| ETH | 0.00201711 | Interest Payment | 1/31/2021 23:59 |
| ETH | 0.81798915 | Crypto Transfer | 1/20/2021 19:59 |
| ETH | 0.17835439 | Crypto Transfer | 1/17/2021 17:09 |
| ETH | 0.19087127 | Crypto Transfer | 1/16/2021 21:59 |

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

| | |
|---|---|
| **Name** | ████████████ |
| **Email** | █████████ |
| **Address** | ████████████ |
| **Account ID** | ██████ |
| **Month Ending** | October 31, 2022 |

You earned approximately
**$4.16 \*** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 GUSD**<br>$1.00 | 0 | **4.16000000**<br>$4.16 | **4.16000000**<br>$4.16 |
| **Total\*** in USD | **$0.00** | **$4.16** | **$4.16** |

# October 2022  BlockFi Interest Account Statement

**Flex Selection**                          ---
**Month Ending**                          October 31, 2022

You earned approximately
**$79.66 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00367443<br>$75.30 | 2.11056924<br>$43,249.78 |
| **1 ETH**<br>$1,572.90 | 0.00165137<br>$2.60 | 0.56609618<br>$890.41 |
| **1 GUSD**<br>$1.00 | 1.75788259<br>$1.76 | 287.08913024<br>$287.09 |
| **Total\*** in USD | **$79.66** | **$44,427.28** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
  Actual balances are denominated in cryptocurrency, not USD.
  Actual amounts will vary  based on activity, rates, and compliance with BlockFi's **terms & conditions.**

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

944V-898X-360R-591S

○ Where can I find my Unique ID?

## Claim Information

Claim Number

19230

Claim Name

████████████

Claimant Address on File

██████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮▮

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 MY OBJECTION FORMAL REQUEST.pdf | 75 KB |
| 📄 15th Omni Email Merge._Part3952.pdf | 178 KB |
| 📄 Electronic Proof of Claim - 3275-48-FWPXF-367662548.pdf | 172 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

# NOTICE OF WIND-DOWN DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS

**Wind-Down Debtors: BlockFi Inc et al. 15th Omnibus Objection
Case 22-19361-MBK Doc 2070 Filed 01/24/24 Entered 01/24/24 14:44:41 Desc
Main**

**Chapter 11 Case No. 22-19361 (MBK) (Jointly Administered under a
Confirmed Plan2 )**

**Objection to Debtor's Claim of Exemptions**

Formal Request Per myself ( ██████████████ ) of MY OBJECTION TO
the decision for my official claim , to be Expunged . Per the additional attached
document received.

Would like to RE- Request the withdrawal amount of what BlockFi / KROLL-
Kroll Restructuring Administration LLC ("Kroll")  has on file per my account on
the books.

<u>Fifteenth Omnibus Objection</u> Wind-Down Debtors' Fifteenth Omnibus Objection
to Claims (the "15th Omnibus Objection").

Claim Number: 19230
Claimant Name: ██████████████
Unique ID: 944V-898X-360R-591S

Thank you ,

██████████████



Signed Saturday February 10th, 2024 - ██████████████

**Wind-Down Debtors: BlockFi Inc et al.**
**15th Omnibus Objection**

All proofs of claim not listed as the surviving claim number will be expunged. Surviving claims will be modified and allowed against the debtor entity and in the amount(s) shown per BlockFi's books and records.

**Legend: Basis for Objection**

BR    Asserted claim amount does not match BlockFi's books and records
UL    Claim did not assert a disfavored value in USD
IC    Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity

### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Basis for Objection |
|---|---|---|---|---|
| 19230 | ███████ | 02/20/2023 | BlockFi Inc. | UL, BR |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 164 | | | | | | | | | BlockFi Inc. |

| Expunge/Modify |
|---|
| Expunge |

# BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

## Electronic Proof of Claim ID

If you have an EPOC ID please enter it below and select next to proceed with your claim submission.  EPOC IDs can be located on the pre-printed proof of claim forms sent via first-class mail.

EPOC ID

EPOC IDs are not required to submit a claim.  If you cannot locate your EPOC ID or do not have an EPOC ID, please select next to continue with your claim submission.

## Instructions

**Read the instructions before filling out this form. This form is for making a claim based on assets held in account of the Debtors. <u>Do not</u>** use this form to assert any other pre-petition claims. <u>**Do not**</u> use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is en itled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If  he documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed (November 28, 2022).**

☑ Check here to see further instructions on completing your claim form:

## Debtor Selection

**If you have one or more Interest-Bearing accounts (i.e. BlockFi Interest Accounts or BlockFi Private Client Fixed or Open Loans), fill in this information to identify the case:**

◉ U.S. client
◯ Non-U.S. client

☑ **BlockFi Interest Account**: BlockFi Inc. (Case No. 22-19361)
☐ **BlockFi Private Client Fixed or Open Loans**: BlockFi Lending LLC (Case No. 22-19365)
☐ Other

## Claim Information

**1. Who is the current creditor?**

███████████

O her names  he creditor used with the debtor

Customer Identification Number(s):

Email Address Used to Sign Up for your BlockFi Account(s):

████████████

**2. Has this claim been acquired from someone else?**

◉ No
◯ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

**Where should notices to the creditor be sent?**

Name:

█████████

Address 1 (Street address, "Care of:", or "Attention To:"):

██████████

Address 2:

Address 3:

Address 4:

City:

████████

State or Province (use 2-letter abbreviation if US or Canada):

██

Zip Code | Postal Code:

████

Is the creditor address outside of the US?

⦿ No
◯ Yes

Contact phone:

████████

Contact email:

██████████████

Should payments go to a different address?

⦿ No
◯ Yes

**Would you like to add any additional noticing addresses?**

⦿ No
◯ Yes

**4. Does this claim amend one already filed?**

⦿ No
◯ Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

⦿ No
◯ Yes

**6. Do you have any number you use to identify the debtor?**

⦿ No
◯ Yes

## Claim Amount

**\* 7a. To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022)**

BlockFi Inc.—Interest Bearing Account Holder Proof of Claim Form

BlockFi Interest Account (BlockFi Inc.; Case No. 22-19361)

**\* 7b. List the number of each type of coin held in your Wallet account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in your Wallet account(s) as of the date the case was filed).**

Please use only numerals and decimals in  he BlockFi Interest Account(s) and BlockFi Private Client Fixed or Open Loans fields, up to a maximum of 21 digits or 20 digits and 1 decimal.

Interest Bearing Accounts

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Bitcoin (BTC) | $ 16,206.3000 | 10911.67 | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Ethereum (ETH) | $ 1,167.2400 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Gemini Dollar (GUSD) | $ 1.0000 | 6.15 | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| USD Coin (USDC) | $ 1.0000 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| 1inch Network1 (INCH) | $ 0.5170 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Aave (AAVE) | $ 60.1500 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Algorand (ALGO) | $ 0.2359 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Avalanche (AVAX) | $ 12.4500 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Axie Infinity (AXS) | $ 6.5600 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Basic Attention Token (BAT) | $ 0.22322 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Binance Coin (BNB) | $ 292.7865 | | |

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Bitcoin Cash (BCH) | $ 109.9100 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Binance USD (BUSD) | $ 1.0000 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Cardano (ADA) | $ 0.3064 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Chainlink (LINK) | $ 7.1940 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Celo (CELO) | $ 0.6170 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Chiliz (CHZ) | $ 0.1642 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Compound (COMP) | $ 37.1600 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Cosmos (ATOM) | $ 9.8590 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Curve DAO Token (CRV) | $ 0.6450 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Decentraland (MANA) | $ 0.3862 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| DogeCoin (DOGE) | $ 0.09506 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| dYdX (DYDX) | $ 1.6660 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Elrond (EGLD) | $ 42.1390 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Enjin Coin (ENJ) | $ 0.2960 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| EOS (EOS) | $ 0.9034 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Fantom (FTM) | $ 0.2049 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Filecoin (FIL) | $ 4.2530 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| FTX Token (FTT) | $ 1.2923535 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Gala (GALA) | $ 0.02478 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Hedera Hashgraph (HBAR) | $ 0.0486 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Kusama (KSM) | $ 25 5900 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Litecoin (LTC) | $ 73 8500 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Loopring (LRC) | $ 0.2368 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Maker (MKR) | $ 645.4100 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Multi Collateral Dai (DAI) | $ 0.9997 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Near (NEAR) | $ 1.5900 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| OMG Network (OMG) | $ 1.1605 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| One Coin (ONE) | $ 0.0137 | | |

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| PAX Gold (PAXG) | $ 1,740.6400 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Paxos Standard Token (PAX) | $ 1.0000 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Polkadot (DOT) | $ 5.1340 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Polygon (MATIC) | $ 0.8209 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Quant (QNT) | $ 112.4100 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Render Token (RNDR) | $ 0.4672 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Serum (SRM) | $ 0.2330 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Solana (SOL) | $ 13 3200 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Stellar (XLM) | $ 0.087183 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| SushiSwap (SUSHI) | $ 1.3348 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Synthetix (SNX) | $ 1.6620 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Terra 2.0 (LUNA) | $ 0.0001552 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Tether (USDT) | $ 0.9995 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Tezos (XTZ) | $ 0.9750 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| The Graph (GRT) | $ 0.0622 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| The Sandbox (SAND) | $ 0.5531 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| THORchain (RUNE) | $ 1.1670 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Tron (TRX) | $ 0.052973 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| TrueUSD (TUSD) | $ 0.9997 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Uniswap (UNI) | $ 5.2830 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Waves (WAVES) | $ 2.3300 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Yearn.Finance (YFI) | $ 6,266.5000 | | |

Do you hold additional coins in your account not listed above?

○ No
○ Yes

## Additional Claim Information

**8. What is the basis of the claim?** (limited to 100 characters)

Client Account

**9. Is all or part of the claim secured?**

◉ No
○ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.

☐ Motor vehicle

☐ Other.

**Basis for perfection:**

**Value of property (all amounts in US $ dollars):**

**Amount of the claim that is secured (all amounts in US $ dollars):**

**Amount of the claim that is unsecured (all amounts in US $ dollars):**

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars):**

**Interest Rate Type:**

○ Fixed
○ Variable

**Annual Interest Rate (when case was filed) %:**

**10. Is this claim based on a lease?**

◉ No
○ Yes

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars).**

**11. Is this claim subject to a right of setoff?**

◉ No
○ Yes

Iden ify the property:

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

◉ No
○ Yes

☐ Domes ic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

◉ I am the creditor.
○ I am the creditor's attorney or authorized agent.
○ I am the trustee, or the debtor, or  heir authorized agent. Bankruptcy Rule 3004.
○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

02/21/2023

Signature

I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree hat my electronic signature herein complies with he ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

**Name of the person who is completing and signing this claim:**

First name

Middle Name

Last name

Title

Company

Address 1:

BlockFi Inc.—Interest Bearing Account Holder Proof of Claim Form

Address 2:

Address 3:

Address 4:

City:

██████

State or Province (use 2-letter abbreviation if US or Canada):

██

Zip Code | Postal Code:

████

Is the address outside of the US?

◉ No
◯ Yes

Contact phone:

██████

Contact email:

███████████████

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

◉ I have supporting documentation
◯ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

| BlockFi Wallet Statement Monthly_Statement.pdf | 24 KB |
|---|---|

**Attachment Filename**

BlockFi Wallet Statement Monthly_Statement.pdf

## Confirmation of Submission

### Your Form has been successfully submitted...

| DOCUMENT ID | Submitted Date Time |
|---|---|
| ████████████████ | 2023-02-21T04:31:58.543Z |

| Status | CONFIRMATION ID |
|---|---|
| Submitted | 3275-48-FWPXF-367662548 |

Submission Email Address

████████████

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as your Confirmation ID.

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 243E-254E-575V-946I |
| --- |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 24568 |
| --- |

Claim Name

| ██████████████ |
| --- |

Claimant Address on File

| ███████████████████████████ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ██████████████ |
| --- |

Street1

████████████████

Street2

████████

City

████████████

State

██

Zip

████

Country

████████

Telephone Number

████████

Email Address

████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

 BlockFi Mon hly Statement- 2022-10.pdf                                                    24 KB

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

 BlockFi

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**



**Account ID**
**Month Ending**    October 31, 2022

You earned approximately
**$3.31 *** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 GUSD**<br>$1.00 | 0 | **3.31000000**<br>$3.31 | **3.31000000**<br>$3.31 |
| **Total\*** in USD | **$0.00** | **$3.31** | **$3.31** |

# October 2022  BlockFi Interest Account Statement

**Flex Selection**                      ---
**Month Ending**                        October 31, 2022

You earned approximately
**$2.87 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | **0.00003906**<br>$0.80 | **0.01341277**<br>$274.85 |
| **1 ETH**<br>$1,572.90 | **0.00131595**<br>$2.07 | **0.45109121**<br>$709.52 |
| **Total\*** in USD | **$2.87** | **$984.37** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
  Actual balances are denominated in cryptocurrency, not USD.
  Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

142Q-600Z-363K-257F

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

BlockFi Fifteenth Omnibus Objection Response Portal

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

---

Claim Information

Claim Number

17148

Claim Name

██████████████

Claimant Address on File

████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| BlockFi.pdf | 193 KB |
| BlockFi Inc Cover Letter.pdf | 63 KB |

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850


I received an objection letter. I provided my account balances as
reported by BlockFi.


Basis for objections:

UL: Claim did not assert a dollarized value in USD

BR: Asserted claim number does not match BlockFi's books and
records.


One thing I tried to do when I first heard of the Sam Bankman-Fried
was to make sure BlockFi wasn't involved. The company basically lied
and said they were going to be ok, then later they started freezing
everything. I tried to move the money to my wallet from the BIA, but
you can see it was cancelled.


I also tried to collect and transfer the digital currency when it was open
earlier this year and every wallet I tried was not compatible. And of
course, you couldn't create a new wallet because the company that is
basically spamming people are now worried about scams with new
wallet creations.

The breakdown:

| Coin | Block Fi Amount | Price | USD Worth |
|------|-----------------|-------|-----------|
| LTC | 0.50248005 | $73.8500 | $37.1081517 |
| BTC | 0.02278749 | $16,206.3000 | $369.300899 |
| ETH | 0.11419793 | $1,167.2400 | $133.296392 |
| Total | | | $539.705443 |

At the time, I figured this was in the US BIA account because I did a transfer, but it was probably all in the US BIA Interest because it looks like the amount failed.

The other $1.38 seems to be a mistake, there was 0.84 GUSD in my wallet.

Correction:

| US BIA | US BIA Interest |
|--------|-----------------|
| $0.85 | $539.71 |

 **Important Update**
As previously notified, **Wallet withdrawals were suspended on December 31, 2023, at 11:59 PM UTC**. Any remaining wallet balances will be converted to cash and distributed to BlockFi clients in U.S. dollars.

- **Clients that initiated a withdrawal request and need to verify their identity must complete the Identity Verification requests by January 12, 2024, at 11:59 PM UTC.**

More information about withdrawals and balances can be found in our FAQ **here**.

## Accounts

**Wallet**



1 Active Crypto Balances

**Interest Account**



 **BlockFi**

≡

| Date | Description | Type |
|------|-------------|------|
| Jun 21 | 0.50248005 LTC | UI Update: Wallet To BIA Transfer Request Not Executed ⌄ |
| Jun 21 | 0.11419793 ETH | UI Update: Wallet To BIA Transfer Request Not Executed ⌄ |
| Jun 21 | 0.02278749 BTC | UI Update: Wallet To BIA Transfer ⌄ |

| Date | | Description | Type |
|------|------|-------------|------|
| | | | Request Not Executed |
| Nov 17 | CANCELED | 0.50148005 LTC | Crypto Transfer Request ⌄ |
| Nov 17 | CANCELED | 0.10069793 ETH | Crypto Transfer Request ⌄ |
| Nov 17 | CANCELED | 0.02253749 BTC | Crypto Transfer Request ⌄ |
| Nov 17 | | 0.50248005 LTC | Internal Transfer - Wallet ⌄ |
| Nov 17 | | 0.11419793 ETH | Internal Transfer - Wallet ⌄ |
| Nov 17 | | 0.02278749 BTC | Internal Transfer - Wallet ⌄ |
| Oct 31 | | 0.00009406 BTC | Interest Payment ⌄ |
| Oct 20 | | 0.84000000 GUSD | Bonus Payment ⌄ |
| Sep 30 | | 0.00008794 BTC | Interest Payment ⌄ |
| Aug 31 | | 0.00009339 BTC | Interest Payment ⌄ |
| Jul 31 | | 0.00009126 BTC | Interest Payment ⌄ |
| Jun 30 | | 0.00007148 BTC | Interest Payment ⌄ |
| May 31 | | 0.00007707 BTC | Interest Payment ⌄ |
| Apr 30 | | 0.00010169 BTC | Interest Payment ⌄ |
| Mar 31 | | 0.00012025 BTC | Interest Payment ⌄ |
| Feb 28 | | 0.00010721 BTC | Interest Payment ⌄ |
| Jan 31 | | 0.00011791 BTC | Interest Payment ⌄ |

Showing 20 of 47    **Show More**

## BlockFi Fifteenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 784A-352F-371H-573Z |
|---|

○ Where can I find my Unique ID?

### Claim Information

Claim Number

| 12387 |
|---|

Claim Name

| ▮▮▮▮▮▮▮ |
|---|

Claimant Address on File

| ▮▮▮▮▮▮▮ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 15th Omni Email Merge._Part1080.pdf | 178 KB |
| 📄 Response to Fifteenth Omnibus Objection Blockfi Debtor Kroll.pdf | 25 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

I accept the Fifteenth Omnibus Objection and agree to the modified and allowed amount as per BlockFi's books and records for my Claim (Proof of Claim No. 12387) against Debtor BlockFi Lending LLC.

I accept that my claim amount be updated to reflect the amount shown on BlockFi Lending's records $22,526.76.

**Wind-Down Debtors: BlockFi Inc et al.**
**15th Omnibus Objection**

All proofs of claim not listed as the surviving claim number will be expunged. Surviving claims will be modified and allowed against the debtor entity and in the amount(s) shown per BlockFi's books and records.

**Legend: Basis for Objection**

BR     Asserted claim amount does not match BlockFi's books and records
UL     Claim did not assert a disfavored value in USD
IC     Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity

### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Basis for Objection |
|---|---|---|---|---|
| 12387 |  | 03/28/2023 | BlockFi Lending LLC | UL, BR |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 12387 | | | $22,526.76 | | | | | | BlockFi Lending LLC |

| Expunge/Modify |
|---|
| Modify |

BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 189C-650W-927E-772R |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 10268 |
|---|

Claim Name

| ██████████ |
|---|

Claimant Address on File

| ████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 1. Kroll Objection ▮▮▮▮▮▮▮▮ Letter.pdf | | 834 KB |
| 2. BlockFi Bankruptcy Notice 26 January 2024 x 3.pdf | | 1 MB |
| 3. BlockFi Balances and Transactions x 2.pdf | | 1 MB |

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



BlockFi Inc Bankruptcy Noticing
Kroll Restructuring Administration LLS
55 East 52nd street
17th Floor
New York  NY  10055


To whom it may concern

**RE:** ▮▮▮▮▮▮▮▮▮▮ **- Kroll Objection – February 9 2024**

Firstly I would like to comment that I had made an error in calculating amounts for the original claims as it was not clear whether to include the calculated interest amount or only the original quantity of coins deposited.

Based on **The 14th Omnibus Objection** for claims **2101, 2286** and **1923** had a modification to which I agree has now been correctly documented.

**The 15th Omnibus Objection** for claim **10268** which incorporated claim **1923** to be expunged based on the following objections on both **14th & 15th Omnibus Objections** I provide correct documentation to revoke those objections.

**BR      Asserted claim does not match BlockFi's books and records**
Response:
All transactions of all Crypto Coins deposited and all interest payments including the totals that have been printed from my BlockFi account which shows matching BlockFi's books and records.
See documents:
- *3.a      BlockFi Deposits Held with Current Quantity and Balance at Close 11/28/*2022
- 3.b      BlockFi *Trade Report of All transactions showing all interest payments by Crypto Coin and my original deposits from March 2021.*

**IC      Asserted against incorrect debtor entity or improperly assert priority or secured status.**
Response:
All transactions of all Crypto Coins deposited and all interest payments including the totals that have been printed from my BlockFi account which shows correct debtor entity and proper asset priority and secured status.
See documents:
- *3.a      BlockFi Deposits Held with Current Quantity and Balance at Close 11/28/*2022
- 3.b      BlockFi *Trade Report of All transactions showing all interest payments by Crypto Coin and my original deposits from March 2021.*

**UL**    **Claim did not assert a dollarized value in USD**
Response:
All transactions are shown in USD which is shown in the documents listed below that have
been printed from my BlockFi account.
See documents:

- *3.a*    *BlockFi Deposits Held with Current Quantity and Balance at Close*
  *11/28/2022*
- *3.b*    BlockFi *Trade Report of All transactions showing all interest payments by*
  *Crypto Coin and my original deposits from March 2021.*

| Original Crypto Coins Deposited – @ March 2021 | | | | |
|---|---|---|---|---|
| **Crypto Coin** | **Transaction** | **Date** | **Quantity** | **Total Deposited** |
| BTC | Deposit | 7/03/2021 0:16 | 0.12101129 | |
| BTC | Deposit | 15/03/2021 11:03 | 0.09847561 | 0.2194869 |
| ETH | Deposit | 8/03/2021 4:33 | 0.773947 | 0.773947 |
| LTC | Deposit | 8/03/2021 4:45 | 4.61744 | |
| LTC | Deposit | 13/03/2021 1:49 | 6.999 | 11.61644 |

| Crypto Coin Quantity & Value including interest as @ 11/28/2022 | | | | |
|---|---|---|---|---|
| Coin | Claim | Quantity @ Original Deposit | BlockFi Quantity Incl. Interest | BlockFi Value Incl. Interest |
| BTC | 1923 | 0.2194869 | 0.23138838 | $5,177.96 |
| ETH | 2101 | 0.773947 | 0.82968151 | $1,295.65 |
| LTC | 2286 | 11.61644 | 12.37308437 | $1,099.84 |

**Documents Attached to show proof of holdings and values:**

1. Kroll Objection 189C-650W927E-772R

2. BlockFi Bankruptcy Notice 26 January 2024 x 3
   a. *Email BlockFi Bankruptcy Notice 26 January 2024 x 1*
   b. *14th Omnibus Objection x 1 - Modify*
   c. *15th Omnibus Objection x 1 - Expunge*

3. BlockFi Balances and Transactions x 2
   a. *BlockFi Deposits Held with Current Quantity and Balance at Close 11/28/2022.*
   b. *BlockFi Trade Report of All transactions showing all interest payments by Crypto Coin and my original deposits from March 2021.*

Based on the documentation provided to revoke the objections I would like to claim *Crypto Coin Quantity & Value including interest as @ 11/28/2022* **for BTC of 0.23138838 - $5,177.96.**

As these documents also provide answers to the objections stated in **The 14th Omnibus Objection** for claims **2101, 2286** I would also like to claim *Crypto Coin Quantity & Value including interest as @ 11/28/2022* **for ETH of 0.82968151 - $1,295.65 and LTC of 12.37308437 - $1,099.84.**

Thank you for your consideration and co-operation in this matter in assisting me in being able to revoke the objections by providing the appropriate proof via documentation from my BlockFi account and to assist in re-instating my assets.

As the Crypto Coins will be made available to withdraw and transfer to another Crypto Coin trading I look forward to transferring to my external account as soon as possible.

Kind regards



 Gmail

# BlockFi Bankruptcy Notice

1 message

**BlockFi Inc Bankruptcy Noticing**                                    26 January 2024
<BlockFiBankruptcyNoticing@noticing.ra.kroll.com>                         at 08:34
Reply-To: blockfiinfo@ra.kroll.com
To:

Please find below links to the following important documents, related to the bankruptcy proceeding of
BlockFi Inc., et al., Case No. 22-19361, United States Bankruptcy Court for the District of New Jersey.

Wind-Down Debtors' Fifteenth Omnibus Objection to Claims [**Docket No. 2070**]

Responses, if any, to the Objection must be filed with Kroll Restructuring Administration LLC, so as to be
received no later than **February 20, 2024, at 4:00 p.m. (prevailing Eastern Time).** Responses may be
filed electronically or by mail. For more information on filing a response, please visit
https://restructuring.ra.kroll.com/blockfi.

Claim Number: 10268
Claimant Name:
Link to Your Objection Information: https:

Unique ID: 189C-650W-927E-772R

BlockFi Inc Bankruptcy Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Unsubscribe - Unsubscribe Preferences

Document 2b

Debtors: BlockFi Inc et al.

14th Omnibus Objection

Legend: Basis for Objection

BR    Asserted claim amount does not match Blockfi's books and records.

IC    Asserted against incorrect debtor entity or improperly assert priority or secured status.

### Claims Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 1923 | ███ | 01/20/23 | BlockFi Inc. | $20,984.00 | BR IC |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 1923 | - | - | - | - | - | 5,632.14 | 13.09 | - | BlockFi International LTD |

### Expunge/Modify

Modify

**Wind-Down Debtors: BlockFi Inc et al.**
**15th Omnibus Objection**

All proofs of claim not listed as the surviving claim number will be expunged. Surviving claims will be modified and allowed against the debtor entity and in the amount(s) shown per BlockFi's books and records.

**Legend: Basis for Objection**

BR  Asserted claim amount does not match BlockFi's books and records
UL  Claim did not assert a dollarized value in USD
IC  Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity

| | Claim Info | | | |
|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Basis for Objection |
| 10268 | ▉ | 03/13/2023 | BlockFi International Ltd. | UL, BR |

| | Schedule Info | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 1923 | | | | | | | | | BlockFi International LTD. |



Expunge / Modify

Expunge



◇ BlockFi

Dashboard    Accounts ∨    Fund    Withdraw    Borrow    Refer a friend

Total Interest Paid
**$420.63**

Accrued Interest
**$0.00**

Your interest will be paid in:
**Same as asset(s) held**

Edit interest preferences

## Your Assets

| Asset | % of Balance | Quantity | Balance | |
|---|---|---|---|---|
| ₿ Bitcoin BTC | 68.37% | 0.23138838 BTC | $5,177.96 | ⟩ |
| ◆ Ethereum ETH | 17.11% | 0.82968151 ETH | $1,295.65 | ⟩ |
| Ł Litecoin LTC | 14.52% | 12.37308437 LTC | $1,099.84 | ⟩ |

## Recurring Trades

| Recurring Trade | Buy Amount | Frequency | Scheduled |
|---|---|---|---|

Set up Recurring Buy

| Cryptocurr | Amount | Transaction Type | Exchange Rate | Confirmed At |
|---|---|---|---|---|
| ETH | 0.00242048 | Interest Payment | | 31/10/2022 23:59 |
| LTC | 0.02079201 | Interest Payment | | 31/10/2022 23:59 |
| BTC | 0.00062248 | Interest Payment | | 31/10/2022 23:59 |
| GUSD | 6.1 | Bonus Payment | | 20/10/2022 23:59 |
| BTC | 0.0006009 | Interest Payment | | 30/09/2022 23:59 |
| ETH | 0.0023358 | Interest Payment | | 30/09/2022 23:59 |
| LTC | 0.0200886 | Interest Payment | | 30/09/2022 23:59 |
| BTC | 0.0005673 | Interest Payment | | 31/08/2022 23:59 |
| LTC | 0.02072319 | Interest Payment | | 31/08/2022 23:59 |
| ETH | 0.00240653 | Interest Payment | | 31/08/2022 23:59 |
| LTC | 0.02068847 | Interest Payment | | 31/07/2022 23:59 |
| ETH | 0.0023994 | Interest Payment | | 31/07/2022 23:59 |
| BTC | 0.00051367 | Interest Payment | | 31/07/2022 23:59 |
| ETH | 0.0019899 | Interest Payment | | 30/06/2022 23:59 |
| LTC | 0.0199884 | Interest Payment | | 30/06/2022 23:59 |
| BTC | 0.0003528 | Interest Payment | | 30/06/2022 23:59 |
| LTC | 0.03579911 | Interest Payment | | 31/05/2022 23:59 |
| ETH | 0.00205096 | Interest Payment | | 31/05/2022 23:59 |
| BTC | 0.00036425 | Interest Payment | | 31/05/2022 23:59 |
| LTC | 0.0345462 | Interest Payment | | 30/04/2022 23:59 |
| ETH | 0.0026265 | Interest Payment | | 30/04/2022 23:59 |
| BTC | 0.0004362 | Interest Payment | | 30/04/2022 23:59 |
| BTC | 0.00049383 | Interest Payment | | 31/03/2022 23:59 |
| LTC | 0.03559358 | Interest Payment | | 31/03/2022 23:59 |
| ETH | 0.0033635 | Interest Payment | | 31/03/2022 23:59 |
| BTC | 0.00044548 | Interest Payment | | 28/02/2022 23:59 |
| ETH | 0.00302652 | Interest Payment | | 28/02/2022 23:59 |
| LTC | 0.03206448 | Interest Payment | | 28/02/2022 23:59 |
| LTC | 0.03539642 | Interest Payment | | 31/01/2022 23:59 |
| ETH | 0.00333715 | Interest Payment | | 31/01/2022 23:59 |
| BTC | 0.0004929 | Interest Payment | | 31/01/2022 23:59 |
| ETH | 0.0033232 | Interest Payment | | 31/12/2021 23:59 |
| LTC | 0.04758438 | Interest Payment | | 31/12/2021 23:59 |
| BTC | 0.00049259 | Interest Payment | | 31/12/2021 23:59 |
| BTC | 0.0004761 | Interest Payment | | 30/11/2021 23:59 |
| ETH | 0.0032031 | Interest Payment | | 30/11/2021 23:59 |
| LTC | 0.0458739 | Interest Payment | | 30/11/2021 23:59 |
| LTC | 0.04721672 | Interest Payment | | 31/10/2021 23:59 |
| ETH | 0.00329623 | Interest Payment | | 31/10/2021 23:59 |
| BTC | 0.00049166 | Interest Payment | | 31/10/2021 23:59 |
| LTC | 0.0455196 | Interest Payment | | 30/09/2021 23:59 |
| BTC | 0.0004755 | Interest Payment | | 30/09/2021 23:59 |
| ETH | 0.0031773 | Interest Payment | | 30/09/2021 23:59 |
| LTC | 0.04444346 | Interest Payment | | 31/08/2021 23:59 |
| ETH | 0.00262942 | Interest Payment | | 31/08/2021 23:59 |
| BTC | 0.00074648 | Interest Payment | | 31/08/2021 23:59 |
| ETH | 0.00262043 | Interest Payment | | 31/07/2021 23:59 |
| LTC | 0.04427761 | Interest Payment | | 31/07/2021 23:59 |
| BTC | 0.000744 | Interest Payment | | 31/07/2021 23:59 |

| | | | | | |
|---|---|---|---|---|---|
| ETH | 0.0028365 | Interest Payment | | 30/06/2021 23:59 | |
| LTC | 0.0519516 | Interest Payment | | 30/06/2021 23:59 | |
| BTC | 0.0008928 | Interest Payment | | 30/06/2021 23:59 | |
| ETH | 0.0029202 | Interest Payment | | 31/05/2021 23:59 | |
| BTC | 0.00091884 | Interest Payment | | 31/05/2021 23:59 | |
| LTC | 0.05343935 | Interest Payment | | 31/05/2021 23:59 | |
| ETH | 0.0032706 | Interest Payment | | 30/04/2021 23:59 | |
| LTC | 0.0604929 | Interest Payment | | 30/04/2021 23:59 | |
| BTC | 0.0010569 | Interest Payment | | 30/04/2021 23:59 | |
| LTC | 0.04016439 | Interest Payment | | 31/03/2021 23:59 | |
| BTC | 0.0007168 | Interest Payment | | 31/03/2021 23:59 | |
| ETH | 0.00250079 | Interest Payment | | 31/03/2021 23:59 | |
| BTC | 0.09847561 | Crypto Transfer | | 15/03/2021 11:03 | |
| BTC | 0.12101129 | Crypto Transfer | 0.2194869 | 7/03/2021 0:16 | |
| ETH | 0.773947 | Crypto Transfer | 0.773947 | 8/03/2021 4:33 | |
| LTC | 6.999 | Crypto Transfer | | 13/03/2021 1:49 | |
| LTC | 4.61744 | Crypto Transfer | 11.61644 | 8/03/2021 4:45 | |

BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

> 778A-636V-939A-665O

○ Where can I find my Unique ID?

## Claim Information

Claim Number

> 28660

Claim Name

> ███████████

Claimant Address on File

> ███████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

>

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

🗎 15th Omni Email Merge._Part881.pdf                                                                        178 KB

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Wind-Down Debtors: BlockFi Inc et al.**
**15th Omnibus Objection**

All proofs of claim not listed as the surviving claim number will be expunged. Surviving claims will be modified and allowed against the debtor entity and in the amount(s) shown per BlockFi's books and records.

**Legend: Basis for Objection**

BR    Asserted claim amount does not match BlockFi's books and records
UL    Claim did not assert a disallowed value in USD
IC    Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity

### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Basis for Objection |
|---|---|---|---|---|
| 28660 | █████████ | 03/30/2023 | BlockFi International Ltd. | UL, BR |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 28660 | | | | | | $18,969.31 | $38.38 | | BlockFi International LTD. |

| Expunge/Modify |
|---|
| Modify |

BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

111P-233C-559O-753L

○ Where can I find my Unique ID?

## Claim Information

Claim Number

23115

Claim Name

████████

Claimant Address on File

████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

████████

Street1

████████████

Street2

City

███████

State

█████

Zip

████

Country

███████

Telephone Number

████████

Email Address

██████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Letter to the Debtor - BlockFI Inc 2.11.24 - 15th Omnibus Objection.pdf | 79 KB |
| 📄 BlockFi BTC Holdings_▇▇▇▇ 2.11 24.JPG | 134 KB |
| 📄 Monthly_Statement_Oct 31, 2022_▇▇▇▇ BlockFi Holdings.pdf | 23 KB |

## Signature

Sign Here



Print Name

▇▇▇▇▇▇

Email Address

▇▇▇▇▇▇▇▇▇

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

February 11, 2024

To Whom It May Concern,

I am writing in regard to my claim against BlockFi Inc (the "Debtor") in Case No. 22-19361 and the 15th Omnibus Objection. My Claim Number is 23115.

At the time of the bankruptcy filing by the Debtor on November 28, 2022, I had 0.53711780 BTC in an interest bearing account at BlockFi. These crypto assets still belong to me and should be returned to me if able to be recovered by the Debtor.

Cryptocurrency has a clear record of ownership through the blockchain ledger. My assets were being held in an interest-bearing account at BlockFi, which allowed the Debtor to lend those assets over the short term in the institutional markets. These assets are exempt from liquidation during a bankruptcy scenario. Nowhere in my agreement with the Debtor does it allow them to take possession of or liquidate those assets; therefore, the assets should still belong to me once returned to the Debtor through the lending agreement.

The bankruptcy plan for the Debtor to satisfy my claim with the dollar value of the assets at the time of the bankruptcy filing on November 28, 2022, is not valid without proof that the Debtor was not able to recover my assets of 0.53711780 BTC. If the assets were recovered or can be recovered, I believe BockFi owes me those specific assets, which are clearly within my rights to own as detailed on the blockchain ledger. It is not within the Debtor's rights or the rights of the bankruptcy trustee to liquidate my assets through this process.

The letter sent to me through the 15th Omnibus Objection asserts that I will be compensated US $8,719.80 (US $8,704.69 for the value of the assets and US $15.11 for the interest earned). This drastically undervalues my assets given the current prices of BTC and I do not agree to this settlement. If the Debtor is not able to recover my assets then I should be compensated based on the fair market value of those assets, which as of today's date, February 11, 2024, would be approximately US $25,864.37 (BTC price at US $48,154)

Along with this letter, I am including a screenshot of my current BTC holdings at BlockFi as shown on its website, and my final BlockFi statement on October 31, 2022 when the Debtor filed for bankruptcy. Please reach out if any other information is required.

Sincerely,

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

**Name** ████████

**Email** ██████████████

**Address** ████████████
████████████

**Account ID** ██████

**Month Ending**      October 31, 2022

You earned approximately
**$0.00 \*** worth of crypto.

# October 2022  BlockFi Interest Account Statement

**Flex Selection**                    ---
**Month Ending**                 October 31, 2022

You earned approximately
**$21.12 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | **0.00103044**<br>$21.12 | **0.53711780**<br>$11,006.62 |
| **Total\*** in USD | **$21.12** | **$11,006.62** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.



## Interest Account



BlockFi Fifteenth Omnibus Objection Response Portal

## BlockFi Fifteenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

232L-612S-184R-860Y

○ Where can I find my Unique ID?

### Claim Information

Claim Number

12224

Claim Name

███████

Claimant Address on File

████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

███████

Street1

███████████

Street2

City

████

State

█████████

Zip

█████

Country

██████

Telephone Number

████████

Email Address

█████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 🖻 Screenshot_20231224_012751_Chrome.jpg | 224 KB |

## Signature

Sign Here



Print Name

██████████

Email Address

████████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

# ◆ BlockFi

≡

## Your Assets

| Asset | Quantity |
|---|---|
| Chainlink LINK | 566.84475505 LINK ﹥ |
| Gemini USD GUSD | 367.79 GUSD ﹥ |
| Binance USD BUSD | 137.95 BUSD ﹥ |
| Tether USDT | 2.61 USDT ﹥ |
| Bitcoin BTC | 1.04624180 BTC ﹥ |
| Ethereum ETH | 0.01299742 ETH ﹥ |
| Litecoin LTC | 0.00072744 LTC ﹥ |

BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 123P-340K-905Y-150A |
| --- |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 19564 |
| --- |

Claim Name

| ▮▮▮▮▮▮▮ |
| --- |

Claimant Address on File

| ▮▮▮▮▮▮▮ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
| --- |

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 🄿 1th Omnibus Objection .pdf | 32 KB |
| --- | --- |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Surviving Claim # 19564
US BIA $6,451.15
US BIA Interest $13.74

I largely agree with this surviving claim – but do have 1 question as it pertains to the BIA interest. If you take a look at screenshot below from November 12th 2022 you will see that total interest paid is $155.00. What is this discrepancy as compared to the BIA amount on the surviving claim for $13.74?

Please call me with any questions



BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

277P-305I-148Q-672L

○ Where can I find my Unique ID?

## Claim Information

Claim Number

15931

Claim Name

████████████

Claimant Address on File

████████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fifteenth Omnibus Objection Response Portal

Upload Here

| 🗎 | ██████████████████████████████-printed.pdf | 343 KB |

## Signature

Sign Here



Print Name

████████

Email Address

██████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

## United States Bankruptcy Court, District of New Jersey (Trenton)

**If you have one or more Interest-Bearing accounts (i.e. BlockFi Interest Accounts or BlockFi Private Client Fixed or Open Loans), fill in this information to identify the case:**

**If you are a U.S. client:**

BlockFi Interest Account: ☐ BlockFi Inc. (Case No. 22-19361)

BlockFi Private Client Fixed or Open Loans: ☐ BlockFi Lending LLC (Case No. 22-19365)

**If you are a non-U.S. client:** ☒ BlockFi International Ltd. (Case No. 22-19368)

**Other:** ☐ _____
(Debtor Name)

_____
(Case Number)

Modified Official Form 410

# Interest Bearing Account Holder Proof of Claim Form        04/22

**Read the instructions before filling out this form.** This form is for making a claim based on assets held in account of the Debtors. **Do not** use this form to assert any other pre-petition claims. **Do not** use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed (November 28, 2022).**

### Part 1:    Identify the Claim

| | | | |
|---|---|---|---|
| 1. | Who is the current creditor? | ████████████ <br> Name of the current creditor (the person or entity to be paid for this claim) | |
| | | Other names the creditor used with the debtor _____ | |
| | | Customer Identification Number(s): ████████ | |
| | | Email Address Used to Sign Up for your BlockFi Account(s): ████████████ | |
| 2. | Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes. From whom? _____ | |

| | | | |
|---|---|---|---|
| 3. | Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) | |
| | | ████████ <br> Name | Name | |
| | | ████████ <br> Number        Street | Number        Street | |
| | | ████████ <br> City                State        ZIP Code | City                State        ZIP Code | |
| | | Country (If outside of the US) | Country (If outside of the US) | |
| | | Contact phone ████████ | Contact phone _____ | |
| | | Contact email ████████ | Contact email _____ | |

**4. Does this claim amend one already filed?**  ☐ No  ☑ Yes.  Claim number on court claims registry (if known) 15931   Filed on 03/28/2023
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**  ☑ No  ☐ Yes. Who made the earlier filing? _____

---

**Part 2:** Give Information About the Claim as of November 28, 2022

**6. Do you have any number you use to identify the debtor?**  ☑ No  ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7a. To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022)**

**U.S. Clients:**

BlockFi Interest Account (BlockFi Inc.; Case No. 22-19361)   $_____

BlockFi Private Client Fixed or Open Loans (BlockFi Lending LLC; Case No. 22-19365)   $_____

**Non-U.S. Clients:**

BlockFi Interest Account (BlockFi International Ltd.; Case No. 22-19368)   $ 319.967290721639

BlockFi Private Client Fixed or Open Loans (BlockFi International Ltd.; Case No. 22-19368)   $ 319.967290721639

**7b.  List the number of each type of coin held in Interest Bearing Account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in Interest Bearing Account(s) as of the date the case was filed).**

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Interest Bearing Accounts | |
| --- | --- | --- | --- |
| | | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Bitcoin (BTC) | $16,206.3000 | 0.01938460 | |
| Ethereum (ETH) | $1,167.2400 | | |
| Gemini Dollar (GUSD) | $1.0000 | 0.01 | |
| USD Coin (USDC) | $1.0000 | | |
| 1inch Network1 (INCH) | $0.5170 | | |
| Aave (AAVE) | $60.1500 | | |
| Algorand (ALGO) | $0.2359 | | |
| Avalanche (AVAX) | $12.4500 | | |
| Axie Infinity (AXS) | $6.5600 | | |
| Basic Attention Token (BAT) | $0.22322 | 0.00395795 | |
| Binance Coin (BNB) | $292.7865 | | |
| Bitcoin Cash (BCH) | $109.9100 | | |
| Binance USD (BUSD) | $1.0000 | | |
| Cardano (ADA) | $0.3064 | | |
| Chainlink (LINK) | $7.1940 | 0.80675066 | |
| Celo (CELO) | $0.6170 | | |
| Chiliz (CHZ) | $0.1642 | | |
| Compound (COMP) | $37.1600 | | |
| Cosmos (ATOM) | $9.8590 | | |
| Curve DAO Token (CRV) | $0.6450 | | |
| Decentraland (MANA) | $0.3862 | | |
| DogeCoin (DOGE) | $0.09506 | | |
| dYdX (DYDX) | $1.6660 | | |
| Elrond (EGLD) | $42.1390 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Interest Bearing Accounts | |
| | | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Enjin Coin (ENJ) | $0.2960 | | |
| EOS (EOS) | $0.9034 | | |
| Fantom (FTM) | $0.2049 | | |
| Filecoin (FIL) | $4.2530 | | |
| FTX Token (FTT) | $1.2923535 | | |
| Gala (GALA) | $0.02478 | | |
| Hedera Hashgraph (HBAR) | $0.0486 | | |
| Kusama (KSM) | $25.5900 | | |
| Litecoin (LTC) | $73.8500 | | |
| Loopring (LRC) | $0.2368 | | |
| Maker (MKR) | $645.4100 | | |
| Multi Collateral Dai (DAI) | $0.9997 | | |
| Near (NEAR) | $1.5900 | | |
| OMG Network (OMG) | $1.1605 | | |
| One Coin (ONE) | $0.0137 | | |
| PAX Gold (PAXG) | $1,740.6400 | | |
| Paxos Standard Token (PAX) | $1.0000 | | |
| Polkadot (DOT) | $5.1340 | | |
| Polygon (MATIC) | $0.8209 | | |
| Quant (QNT) | $112.4100 | | |
| Render Token (RNDR) | $0.4672 | | |
| Serum (SRM) | $0.2330 | | |
| Solana (SOL) | $13.3200 | | |
| Stellar (XLM) | $0.087183 | | |
| SushiSwap (SUSHI) | $1.3348 | | |
| Synthetix (SNX) | $1.6620 | | |
| Terra 2.0 (LUNA) | $0.0001552 | | |
| Tether (USDT) | $0.9995 | | |
| Tezos (XTZ) | $0.9750 | | |
| The Graph (GRT) | $0.0622 | | |
| The Sandbox (SAND) | $0.5531 | | |
| THORchain (RUNE) | $1.1670 | | |
| Tron (TRX) | $0.052973 | | |
| TrueUSD (TUSD) | $0.9997 | | |
| Uniswap (UNI) | $5.2830 | | |
| Waves (WAVES) | $2.3300 | | |
| Yearn.Finance (YFI) | $6,266.5000 | | |
| Other (Please Specify) | | | |

| 8. **What is the basis of the claim?** | Examples: Client Account, goods sold, money loaned, lease, services performed, or personal injury/wrongful death. |
|---|---|
| | Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). |
| | Limit disclosing information that is entitled to privacy, such as health care information. |
| | Client Account |

| 9. **Is all or part of the claim secured?** | ☑ No |
|---|---|
| | ☐ Yes. The claim is secured by a lien on property. |
| | **Nature of property:** |
| | ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.* |
| | ☐ Motor vehicle |
| | ☐ Other. Describe: _____ |
| | **Basis for perfection:** _____ |
| | Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) |
| | **Value of property:** $_____ |
| | **Amount of the claim that is secured:** $_____ |
| | **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.) |
| | **Amount necessary to cure any default as of the date of the petition:** $_____ |
| | **Annual Interest Rate** (when case was filed)_____% |
| | ☐ Fixed |
| | ☐ Variable |

| 10. **Is this claim based on a lease?** | ☑ No |
|---|---|
| | ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____ |

| 11. **Is this claim subject to a right of setoff?** | ☑ No |
|---|---|
| | ☐ Yes. Identify the property: _____ |

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, | ☑ No |  |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, 3571.**

*Check the appropriate box:*

☑  I am the creditor.

☐  I am the creditor's attorney or authorized agent.

☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    02/15/2024    (mm/dd/yyyy)

▬▬▬▬▬▬▬▬▬
Signature

Name of the person who is completing and signing this claim:

| Name | | | |
|---|---|---|---|
| | First name | Middle name | Last name |

Title

Company

Identify the corporate servicer as the company if the authorized agent is a servicer.

| Address | | |
|---|---|---|
| | Number | Street |
| | City | State    ZIP Code |

Contact phone ▬▬▬▬▬    Email ▬▬▬▬▬

BlockFi Fifteenth Omnibus Objection Response Portal

## BlockFi Fifteenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 250Z-799V-422M-247W |
|---|

○ Where can I find my Unique ID?

### Claim Information

Claim Number

| 25652 |
|---|

Claim Name

| ████████████ |
|---|

Claimant Address on File

| ██████████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
|---|

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 2022 October mon hly statement.pdf | 24 KB |
| follow up claim in Response to objection .pdf | 633 KB |
| Calculations for Claim.pdf | 48 KB |

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022 BlockFi Wallet Statement

**Name**
**Email**
**Address**



**Account ID**
**Month Ending**     October 31, 2022

You earned approximately
**$94.80 *** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
| --- | --- | --- | --- |
| **1 BTC**<br>$20,492.00 | 0 | 0 | **0.00953917**<br>$195.48 |
| **1 GUSD**<br>$1.00 | 0 | **94.80000000**<br>$94.80 | **94.80000000**<br>$94.80 |
| **Total*** in USD | **$0.00** | **$94.80** | **$290.28** |

# October 2022 BlockFi Interest Account Statement

**Flex Selection**              ---
**Month Ending**                October 31, 2022

You earned approximately
**$116.38 *** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | **0.00352966**<br>$72.33 | **2.02429319**<br>$41,481.82 |
| **1 ETH**<br>$1,572.90 | **0.02355349**<br>$37.05 | **12.87354020**<br>$20,248.79 |
| **1 LINK**<br>$7.86 | **0.19733949**<br>$1.55 | **1,021.03335080**<br>$8,021.85 |
| **1 LTC**<br>$55.02 | **0.03991808**<br>$2.20 | **27.07317410**<br>$1,489.43 |
| **1 UNI**<br>$6.96 | **0.10310662**<br>$0.72 | **205.83158466**<br>$1,432.59 |
| **1 USDC**<br>$1.00 | **2.52911640**<br>$2.53 | **413.04342023**<br>$413.04 |
| **Total*** in USD | **$116.38** | **$73,087.52** |

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

**Calculations for Claim #25652 in Response to Omnibus 15th Objection**

| Coin | Price as of Nov 28 2022 | BlockFi Interest Acct | Amount of claim in USD |
|------|---|---|---|
| BTC | $ 16,206.3000 | 2.02429319 | $ 32,806.3027251 |
| ETH | $ 1,167.2400 | 12.8735402 | $ 15,026.5110630 |
| Link | $ 7.1940 | 1021.033351 | $ 7,345.3139257 |
| LTC | $ 73.8500 | 27.0731741 | $ 1,999.3539073 |
| UNI | $ 5.2830 | 205.8315847 | $ 1,087.4082618 |
| USDC | $ 1.0000 | 413.0434202 | $ 413.0434202 |
| | | | $ 58,677.9333031 |

\*      The creditor in this Claim, ▮▮▮▮▮▮▮▮ would like to be
        paid in digital assets in kind.

## United States Bankruptcy Court, District of New Jersey (Trenton)

If you have one or more Interest-Bearing accounts (i.e. BlockFi Interest Accounts or BlockFi Private Client Fixed or Open Loans), fill in this information to identify the case:

**If you are a U.S. client:**

BlockFi Interest Account:  ☑ BlockFi Inc. (Case No. 22-19361)

BlockFi Private Client Fixed or Open Loans:  ☐ BlockFi Lending LLC (Case No. 22-19365)

**If you are a non-U.S. client:**  ☐ BlockFi International Ltd. (Case No. 22-19368)

**Other:**  ☐ _____
(Debtor Name)

_____
(Case Number)

Modified Official Form 410

# Interest Bearing Account Holder Proof of Claim Form    04/22

**Read the instructions before filling out this form.** This form is for making a claim based on assets held in account of the Debtors. **Do not** use this form to assert any other pre-petition claims. **Do not** use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed (November 28, 2022).**

### Part 1:    Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | Name of the current creditor (the person or entity to be paid for this claim) ▢ |
| | Other names the creditor used with the debtor |
| | Customer Identification Number(s): |
| | Email Address Used to Sign Up for your BlockFi Account(s): |
| 2. Has this claim been acquired from someone else? | ☑ No  ☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent? | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

City _____ State _____ ZIP Code _____

Name _____

Number    Street

City _____ State _____ ZIP Code _____

Country (If outside of the US)

Country (If outside of the US)

Contact phone

Contact phone _____

Contact email

Contact email _____

| 4. Does this claim amend one already filed? | ☐ No ☑ Yes. Claim number on court claims registry (if known) 25652    Filed on 03 / 23 / 2023 MM / DD / YYYY |
|---|---|
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No ☐ Yes. Who made the earlier filing? _____ |

**Part 2:    Give Information About the Claim as of November 28, 2022**

| 6. Do you have any number you use to identify the debtor? | ☑ No ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
|---|---|

7a. To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022)

**U.S. Clients:**

BlockFi Interest Account (BlockFi Inc.; Case No. 22-19361)    $ 58,677.93

BlockFi Private Client Fixed or Open Loans (BlockFi Lending LLC; Case No. 22-19365)    $ _____

**Non-U.S. Clients:**

BlockFi Interest Account (BlockFi International Ltd.; Case No. 22-19368)    $ _____

BlockFi Private Client Fixed or Open Loans (BlockFi International Ltd.; Case No. 22-19368)    $ _____

7b. List the number of each type of coin held in Interest Bearing Account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in Interest Bearing Account(s) as of the date the case was filed).

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Interest Bearing Accounts | |
|---|---|---|---|
| | | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Bitcoin (BTC) | $16,206.3000 | 2.02429319 | |
| Ethereum (ETH) | $1,167.2400 | 12.87354020 | |
| Gemini Dollar (GUSD) | $1.0000 | | |
| USD Coin (USDC) | $1.0000 | | |
| 1inch Network1 (INCH) | $0.5170 | | |
| Aave (AAVE) | $60.1500 | | |
| Algorand (ALGO) | $0.2359 | | |
| Avalanche (AVAX) | $12.4500 | | |
| Axie Infinity (AXS) | $6.5600 | | |
| Basic Attention Token (BAT) | $0.22322 | | |
| Binance Coin (BNB) | $292.7865 | | |
| Bitcoin Cash (BCH) | $109.9100 | | |
| Binance USD (BUSD) | $1.0000 | | |
| Cardano (ADA) | $0.3064 | | |
| Chainlink (LINK) | $7.1940 | 1021.03335080 | |
| Celo (CELO) | $0.6170 | | |
| Chiliz (CHZ) | $0.1642 | | |
| Compound (COMP) | $37.1600 | | |
| Cosmos (ATOM) | $9.8590 | | |
| Curve DAO Token (CRV) | $0.6450 | | |
| Decentraland (MANA) | $0.3862 | | |
| DogeCoin (DOGE) | $0.09506 | | |
| dYdX (DYDX) | $1.6660 | | |
| Elrond (EGLD) | $42.1390 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Interest Bearing Accounts | |
| --- | --- | --- | --- |
| | | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Enjin Coin (ENJ) | $0.2960 | | |
| EOS (EOS) | $0.9034 | | |
| Fantom (FTM) | $0.2049 | | |
| Filecoin (FIL) | $4.2530 | | |
| FTX Token (FTT) | $1.2923535 | | |
| Gala (GALA) | $0.02478 | | |
| Hedera Hashgraph (HBAR) | $0.0486 | | |
| Kusama (KSM) | $25.5900 | | |
| Litecoin (LTC) | $73.8500 | 27,07317410 | |
| Loopring (LRC) | $0.2368 | | |
| Maker (MKR) | $645.4100 | | |
| Multi Collateral Dai (DAI) | $0.9997 | | |
| Near (NEAR) | $1.5900 | | |
| OMG Network (OMG) | $1.1605 | | |
| One Coin (ONE) | $0.0137 | | |
| PAX Gold (PAXG) | $1,740.6400 | | |
| Paxos Standard Token (PAX) | $1.0000 | | |
| Polkadot (DOT) | $5.1340 | | |
| Polygon (MATIC) | $0.8209 | | |
| Quant (QNT) | $112.4100 | | |
| Render Token (RNDR) | $0.4672 | | |
| Serum (SRM) | $0.2330 | | |
| Solana (SOL) | $13.3200 | | |
| Stellar (XLM) | $0.087183 | | |
| SushiSwap (SUSHI) | $1.3348 | | |
| Synthetix (SNX) | $1.6620 | | |
| Terra 2.0 (LUNA) | $0.0001552 | | |
| Tether (USDT) | $0.9995 | | |
| Tezos (XTZ) | $0.9750 | | |
| The Graph (GRT) | $0.0622 | | |
| The Sandbox (SAND) | $0.5531 | | |
| THORchain (RUNE) | $1.1670 | | |
| Tron (TRX) | $0.052973 | | |
| TrueUSD (TUSD) | $0.9997 | | |
| Uniswap (UNI) | $5.2830 | 205.83158466 | |
| Waves (WAVES) | $2.3300 | | |
| Yearn.Finance (YFI) | $6,266.5000 | | |
| USDC Other (Please Specify) | 1.00 | 413.04342023 | |

| 8. **What is the basis of the claim?** | Examples: Client Account, goods sold, money loaned, lease, services performed, or personal injury/wrongful death.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_Client Account_ |
|---|---|
| 9. **Is all or part of the claim secured?** | ☑ No
☐ Yes. The claim is secured by a lien on property.

    **Nature of property:**

    ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
    ☐ Motor vehicle
    ☐ Other. Describe: _____

    **Basis for perfection:** _____
    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    **Value of property:**      $_____

    **Amount of the claim that is secured:**    $_____

    **Amount of the claim that is unsecured:**   $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

    **Amount necessary to cure any default as of the date of the petition:**    $_____

    **Annual Interest Rate** (when case was filed)_____%
    ☐ Fixed
    ☐ Variable |
| 10. **Is this claim based on a lease?** | ☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____ |
| 11. **Is this claim subject to a right of setoff?** | ☑ No
☐ Yes. Identify the property: _____ |
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, | ☑ No
☐ Yes. *Check one:*            Amount entitled to priority

  ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____

  ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

  ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____

  ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____

  ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____

  ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies.    $_____

    * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/13/2024  (mm/dd/yyyy)

██████████████████████████████

**Name of the person who is completing and signing this claim:**

Name    ██████████████████████████
        First name        Middle name        Last name

Title   _____

Company _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address ██████████████████████████
        Number        Street
        ████████████████████████
        City                        State    ZIP Code

Contact phone  ████████████    Email  ████████████

BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 723G-894R-894K-784K |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 18286 |
|---|

Claim Name

| ▇▇▇▇▇▇ |
|---|

Claimant Address on File

| ▇▇▇▇▇▇▇▇ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ▇▇▇▇▇ |
|---|

Street1

<div style="border:1px solid; height:24px"></div>

Street2

<div style="border:1px solid; height:24px"></div>

City

<div style="border:1px solid; height:24px"></div>

State

<div style="border:1px solid; height:24px"></div>

Zip

<div style="border:1px solid; height:24px"></div>

Country

<div style="border:1px solid; height:24px"></div>

Telephone Number

<div style="border:1px solid; height:24px"></div>

Email Address

<div style="border:1px solid; height:24px"></div>

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

<div style="border:1px solid; height:24px"></div>

Street1

<div style="border:1px solid; height:24px"></div>

Street2

<div style="border:1px solid; height:24px"></div>

City

<div style="border:1px solid; height:24px"></div>

State

<div style="border:1px solid; height:24px"></div>

Zip

<div style="border:1px solid; height:24px"></div>

Country

<div style="border:1px solid; height:24px"></div>

Telephone Number

<div style="border:1px solid; height:24px"></div>

Email Address

<div style="border:1px solid; height:24px"></div>

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fifteenth Omnibus Objection Response Portal

Upload Here

| 📄 Monthly_Statement (3).pdf | 23 KB |
|---|---|
| 🖼 Blockfi Screenshot JPG | 87 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022 BlockFi Wallet Statement

**Name**

**Email**

**Address**

**Account ID**

**Month Ending**       October 31, 2022

You earned approximately
**$0.00 \*** worth of crypto.

# October 2022  BlockFi Interest Account Statement

**Flex Selection**                          ---
**Month Ending**                       October 31, 2022

You earned approximately
**$7.69 ***  worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00037541<br>$7.69 | 0.14728761<br>$3,018.22 |
| **Total*** in USD | **$7.69** | **$3,018.22** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.



BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

324U-144P-688G-274L

○ Where can I find my Unique ID?

## Claim Information

Claim Number

12726

Claim Name

████████████████

Claimant Address on File

████████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 ▮▮▮▮_claim14feb24.pdf                                                                31 KB

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

███████████████

February 14, 2024

I do not accept 7335 USD in exchange for 0.45260148 BTC.
I claim to withdraw my 0.45260148 BTC to my specified address, minus transaction fees.

████████████████████

BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 821A-364D-208Z-315W |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 12348 |

Claim Name

| ███████████ |

Claimant Address on File

| ███████████ |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 📄 | Response to the Wind-Down Debtors' Fifteenth Omnibus Objection to Claims+BTC Price on February 19, 2022.pdf.pdf | 353 KB |
| 📄 | Blockfi loan_⬛⬛⬛⬛.pdf | 509 KB |
| 📄 | ⬛⬛⬛⬛ Addendum_Proof of Claim.pdf | 381 KB |

## Signature

Sign Here



Print Name

⬛⬛⬛⬛

Email Address

⬛⬛⬛⬛

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

| FROM: | TO: Clerk of the Court |
|---|---|
| ██████████<br>███████████<br>████████████<br>██████████████<br>█████████████ | **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |

February 16, 2024

Re: **Wind-Down Debtors' Fifteenth Omnibus Objection to Claims**

**Case No. 22-19361 (MBK) -** ████████████, Claimant (**Claim Number: 12348)**

Dear Clerk of the Court,

I, ████████████, in response to the Wind-Down Debtors' Fifteenth Omnibus Objection to Claims, assert my right to the specific return of my Bitcoin collateral under the terms of my loan agreement with **BlockFi Lending LLC**.

## I. Introduction

I am writing to challenge the objection to my claim, which seeks the return of **2.47964141 BTC**, not a monetary equivalent. The objection overlooks the specific agreement and the nature of Bitcoin as property.

## II. Basis for Response

The objection fails to recognize the Loan Agreement's specific provision for the return of Bitcoin collateral. This agreement reflects a mutual understanding of Bitcoin's property status, not merely its dollarized value.

## III. ALTERNATIVE VALUATION PROPOSAL

Should the court require a dollarized valuation, I respectfully propose that it be based on the Bitcoin price as of the **Loan Agreement date, February 19, 2022**, when the price was **$40,122.16**, thereby **valuing my collateral at $99,488.57 USD**. This valuation method is equitable and closely aligns with the intent and expectations of the contractual agreement between BlockFi Lending LLC and myself.

Valuing the collateral at the loan agreement date acknowledges the economic realities and expectations set forth at the inception of our agreement. It reflects a mutual understanding of the collateral's value when the loan was originated, providing a fair and predictable basis for valuation that both parties had agreed upon implicitly. This approach also mitigates the inherent volatility associated with cryptocurrencies, ensuring that the valuation is grounded in a historical benchmark that is directly linked to our contractual relationship.

Conversely, using the petition date for bankruptcy as the valuation point introduces a degree of arbitrariness that does not reflect the original conditions and expectations under which the loan was secured. The petition date is extrinsic to the terms of our agreement and could result in a valuation that neither party anticipated, potentially disadvantaging the creditor based on market fluctuations unrelated to the contractual basis of the claim.

**Therefore, valuing the Bitcoin collateral based on the loan agreement date is not only a reflection of the contract's original conditions but also a recognition of the equitable interests at stake**. It ensures that the valuation is rooted in a clear, agreed-upon reference point, providing a fair and just basis for resolving this claim.

## IV. Requested Relief

I hereby request the court to enforce the terms of our agreement by ordering the return of my Bitcoin collateral in kind. However, should the court determine that a return in kind is not feasible and a dollarized valuation is required for the resolution of this claim, I explicitly request that the valuation of my claim be set at **$99,488.57 USD**. This figure is derived from the agreed-upon value of the Bitcoin collateral, which amounts to 2.47964141 BTC, valued at the Bitcoin price of $40,122.16 on the date of the Loan Agreement, February 19, 2022.

This explicit valuation recognizes the economic realities at the inception of our contractual relationship and ensures that the resolution of this claim reflects the value of the collateral based on the conditions and expectations under which the loan was originally secured. It is my firm belief that this approach provides a fair and equitable basis for valuation, adhering closely to the principles of justice and the specific terms of our agreement.

Thank you for considering my response. I remain available for any further clarification or information needed.

Sincerely,

**ATTACHMENTS**:

*Loan Agreement between* ████████████ *and BlockFi Lending LLC*

*Addendum to Proof of Claim for the Return of Bitcoin Collateral*

*Evidence of Bitcoin Price on February 19, 2022*

Finance Home      Watchlists      My Portfolio      Markets      Videos      Screeners      Finance      Crypto

# Bitcoin USD (BTC-USD)
CCC - Co nMarketCap Currency  n USD

Follow

Quote Lookup

## 51,908.63  -281.72 (-0.54%)
As of 09 16AM UTC  Market open

Summary    Chart    Conversations    **Historical Data**    Profile

Advert sement

**yahoo!finance**

## NEW: EXPERIENCE OUR BEST CHARTS YET.

Explore new charts

**Time Period:** Feb 19, 2022  Feb 19, 2022 ⌄     **Show:** Historical Prices ⌄

**Frequency:** Daily ⌄                                          Apply

Currency  n USD                                                    ⤓ Download

| Date | Open | H gh | Low | C ose* | Adj C ose** | Vo ume |
|------|------|------|-----|--------|-------------|--------|
| Feb 19, 2022 | 40,026.02 | 40,418.88 | 39,713.06 | 40,122.16 | 40,122.16 | 13,736,557,863 |

*C ose pr ce adjusted for sp ts    **Adjusted c ose pr ce adjusted for sp ts and d v dend and/or cap ta  ga n d str but ons

**People Also Watch**

| Symbo | Last Pr ce | Change | % Change |
|-------|-----------|--------|----------|
| **ETH-USD** Ethereum USD | 2,811.99 | +23.82 | +0.85% |
| **TSLA** Tes a, Inc | 200.45 | +11.74 | +6.22% |
| **DOGE-U...** Dogeco n USD | 0.085400 | -0.000400 | -0.430900% |
| **NFLX** Netf  x, Inc | 593.46 | +14.13 | +2.44% |
| **META** | 484.03 | +10.75 | +2.27% |

2/16/24, 10:48 AM

Case 22-19361-MBK    Doc 2146-1 USD Filed 02/23/24 Entered 02/23/24 15:02:46    Desc
Creditor Responses - Part 2 - Page 123 of 266

Finance Home    Watchlists    My Portfolio    Markets    News    Screeners    Yahoo Finance    Crypto

© 2024 Yahoo. All rights reserved.

BlockFi Loan No. _____ ____

# LOAN AND SECURITY AGREEMENT

This Loan and Security Agreement (this "**Agreement**") is made on _____2/19/2022_____, by and between ████████████████████████████████████████████████████████████████████████████, an individual, residing at_____
████████████████████_____
_____████_____
("**Borrower**") and **BlockFi Lending LLC**, with its principal place of business located at **150 Broadway, 19th Floor, New York, NY 10038** ("**Lender**").

      1.    **The Loan.** Upon the terms and subject to the conditions set forth in this Agreement, Lender agrees to make a single loan to Borrower in the principal amount of _____ ___twenty five thousand dollars___ dollars ($ 25000.00_____) (the "**Loan**") on the date all of the terms and conditions to making such Loan have been satisfied in Lender's sole discretion (the "**Closing Date**").

Upon disbursement of the Loan proceeds, Lender shall collect the fee applicable to the Loan as shown on the Statement of Loan (referred to herein, the "**Fee**"). The Fee is fully earned and nonrefundable by Lender on the date it is collected, except in California when the Loan is less than $10,000, and in Pennsylvania, and Alabama. Lender shall deduct the Fee from the Loan proceeds and disburse the remaining Loan proceeds to the Borrower on the Closing Date. This is a closed-end loan and is secured by the Collateral defined herein. Amounts repaid in respect of the Loan may not be reborrowed. The indebtedness of Borrower to Lender on account of the Loan (**"Indebtedness"**) includes the Loan, the Fee (if applicable), and any other fees due hereunder, and all interest (including interest accruing at the then applicable rate provided herein after the Maturity Date (as defined below) permitted fees under this Agreement, and any other sum chargeable to Borrower under any of the Related Documents (as defined below), but only to the extent permitted by applicable law. Capitalized terms not otherwise defined in this Agreement shall have the meanings provided by the Uniform Commercial Code as in effect in the state identified as the Borrower's residence, above, ("UCC") to the extent such terms are defined therein.

The following applies only to a Loan made to a resident of Ohio:

          This loan is governed by, and made pursuant to, the provisions of the Ohio Consumer Installment
          Loan Act under R.C. 1321.62 - 1321.702**.**

      2.    **Related Documents**. This Agreement and such other agreements, certificates, instruments, guaranties, authorizations or other documents executed to further, permit, effect or promote any purpose set forth in this Agreement, as such may be amended, restated, supplemented or otherwise modified from time to time (collectively with this Agreement, the "**Related Documents**"), including, without limitation, any UCC-1 financing statements naming Borrower as debtor and Lender as the secured party (the "**UCC-1 Financing Statement**"), and any other security agreement relating to the Collateral, memorialize the terms and conditions pursuant to which Lender is willing to provide the Loan. Borrower understands and agrees that this Agreement and the other Related Documents shall apply to the Loan and the Indebtedness, including, without limitation, the granting, renewing or extending of the Loan as provided herein.

      3.    **Repayment Terms**. Borrower agrees to repay the Loan in installments as set forth below, provided that any principal balance and any unpaid accrued interest thereon shall be due and payable not later than ___2023-02-20____ (the "**Maturity Date**"). All payments of principal and interest and other sums due hereunder shall be made in immediately available funds to the Lender at such account or place as the Lender may specify for such purpose by written notice to Borrower from time to time. Borrower agrees that Lender's internal records shall, absent manifest error, serve for all purposes as conclusive evidence of the outstanding principal balance of the Loan, as well

DocuSign Envelope ID: 3D2536A8-3123-4548-A235-CC6345762179

**BlockFi Loan No.** ▆▆▆▆▆▆▆

as the amount of interest, fees and charges that may be owed to Lender at any time. Lender generally shall apply payments first to interest then due, then to any outstanding fees, charges or other expenses, and then to the principal, except as otherwise required by applicable law, provided, however, if the address of the Borrower as shown on the first page of this Agreement is in Ohio or Washington then payments shall be applied first to any unpaid charges, then to interest, and the remainder to the unpaid principal balance of the Loan.

(a) **Interest.** The annual interest rate on the outstanding principal amount of the Loan from the date hereof until payment of the Loan in full shall be ___9.75%___. All interest accrued hereunder shall be calculated on a simple interest basis. Interest shall be calculated on the basis of a 360-day year consisting of twelve (12) months of thirty (30) days each, except if the address of the Borrower as shown on the first page of this Agreement is in Michigan, then interest shall be calculated on an actual day basis. If at any time and for any reason whatsoever, the interest rate payable on the Loan shall exceed the maximum rate of interest permitted to be charged by Lender to Borrower under applicable law, such interest rate shall be reduced automatically to the maximum rate of interest permitted to be charged under applicable law. Except if the address of the Borrower as shown on the first page of this Agreement is in Alabama, Michigan, Ohio, Pennsylvania, or Missouri, any amount added to principal pursuant to this Agreement or any Related Document shall bear interest at the rate specified herein and shall be payable as provided herein.[1]

(b) **Interest Only Payments**. Until the Maturity Date, Borrower agrees to make payments of interest accrued on the outstanding principal balance of the Loan. The first payment will be due one month after the date of this agreement and every month thereafter (for example, if the agreement is signed on January 5th, the first payment will be due on February 5th, and subsequent payments will be due on the 5th of each month). Borrower's first payment may be higher depending on the actual funding date of the loan, and the amount of interest payable may vary in certain instances such as a payment due date change.[2] **This section is not applicable** if the address of the Borrower as shown on the first page of this Agreement is **in Illinois, Kansas, Ohio or Pennsylvania, or if the Loan's amount financed is less than $10,000 in California.** When this Section is not applicable, the Loan shall be payable in equal installments which shall include principal and interest components.

(c) **Final Maturity Date Payment**. Borrower agrees to pay the entire principal amount (which is inclusive of any applicable Fee) and all accrued and unpaid interest at the rate expressed herein on the Maturity Date, unless earlier accelerated pursuant to the terms and conditions of this Agreement, or the other Related Documents, except if Borrower's address as shown on the first page of this Agreement is:

(i) in Illinois or Pennsylvania, then Borrower agrees to pay the unpaid amount due under this Agreement. In Colorado, Kansas, Oklahoma and Utah, if this payment is more than twice as large as the average of all other regularly scheduled payments, Borrower has the right to refinance the amount of the payment at the Lender's prevailing consumer loan rates if Borrower meets Lender's normal credit standards.

(ii) In Alabama, if this payment is more than one and a half times as large as the average of all other regularly scheduled payments, Borrower has the right to refinance the amount of the payment at a rate no less favorable than the terms of this Agreement.

(iii) In California and the Loan's amount financed is under $10,000.

(d) **Prepayments**. Borrower may prepay in whole or in part at any time the outstanding principal and all accrued and unpaid interest thereon at the rate expressed herein without penalty.[3]

---

[1] If you are not a resident of the U.S. or Canada or you have requested a loan with no monthly interest payments, please see, "Appendix A: Bullet Loans" for your interest rate definition.

[2] Please see, "Appendix B: Loan Disclosures," at the end of this Agreement for more details. If you are not a resident of the U.S. or Canada or you have requested a loan with no monthly interest payments, please disregard this section.

[3] If you are not a resident of the U.S. or Canada or you have requested a loan with no monthly interest payments, please see, "Appendix A: Bullet Loans" for your Prepayments definition.

DocuSign Envelope ID: 3D2536A8-2128-4548-A235-CC62457E2179

**BlockFi Loan No.** _____

(e)      **Late Payments**. To the extent permitted under applicable law, Borrower agrees that if any payment pursuant to Section 3(b) or Section 3(c) is not made within ten (10) days of the due date, (i) Borrower will be charged a late charge of fifteen dollars ($15.00) or five percent 5.00% of the amount of the past due payment, whichever is greater; and (ii) subject to compliance with applicable law, Lender may liquidate a portion of the Collateral in an amount equal to any late payment and corresponding late charge; however, if the address of the Borrower shown on the first page of this Agreement is:

(i)      in Alabama, then the late charge fifteen dollars ($15.00) or five percent (5.00%) of the amount of the payment that is past due, whichever is greater, but not more than one hundred dollars ($100.00);

(ii)      in Colorado, and the Loan amount is $75,000 or less, then the late charge is $15;

(iii)      in Illinois, then the late charge is five percent (5.00%) of the payment for payments in excess of $200, or $10 on payments of $200 or less

(iv)      in Kansas, then the late charge is five percent (5.00%) of the unpaid amount of the payment or $25, whichever is less;

(v)      in Minnesota, then the late charge of eight dollars and eighty-four cents ($8.84) or five percent (5.00%) of the amount of the past due payment, whichever is greater;

(vi)      in Missouri if the payment is not made within fifteen (15) days of the due date, then a late charge of fifteen dollars ($15.00) or five percent (5.00%) of the amount of the past due payment, whichever is greater, not to exceed fifty dollars ($50.00);

(vii)      in Pennsylvania, if the payment is not made within fifteen (15) days of the due date, then the late charge is twenty dollars ($20.00) or ten percent (10.00%) of the amount of the past due payment, whichever is greater;

(viii)      In Utah, five percent (5.00%) of the unpaid amount of the payment; and

(ix)      in Washington, ten percent (10.00%) of the amount of the unpaid amount of the payment.

4.      **Conditions to Lender's Obligations**.  Lender's obligation to advance funds under this Agreement shall be subject to the satisfaction of all of the conditions set forth in this Agreement and the Related Documents, including, without limitation, the following specific conditions precedent:

(a)      **Related Documents.** Borrower shall electronically execute all Related Documents, in form and substance acceptable to Lender.

By signing immediately below, Borrower acknowledges and consents to entering into an electronic transaction with Lender.

████████████████ _____
Borrower

(b)      **Representations and Warranties.** The representations and warranties set forth in this Agreement and the other Related Documents are true and correct in all material respects; provided, however, that those representations and warranties expressly referring to another specific date shall be true and correct in all material respects as of such date.

(c)      **No Event of Default.** There shall not exist at the time of the advance, and after giving effect thereto, a condition which would constitute an Event of Default under this Agreement.

(d)      **Collateral.** Borrower shall have transferred the Collateral into Lender's digital asset depository account at Gemini Trust Company, LLC ("**Gemini**" or such other location as Lender may determine from time to time, the "**Depository**"), deposit address _____ ████████████ _____ (such account or any other account at the Depository to which Lender may transfer the Collateral, the "**Depository Account**"). Lender may change the location of the Depository and Depository Account without notice to Borrower.

DocuSign Envelope ID: 3D2536A8-2128-4548-A235-CC6245762179

**BlockFi Loan No.** ▬▬▬▬ ____

Borrower agrees that Lender may, for its own account, pledge, repledge, hypothecate, rehypothecate, sell, lend or otherwise transfer or use any amount of such Collateral, separately or together with other property, with all attendant rights of ownership from time to time, without notice to the Borrower any or all of the Collateral and that Lender may do so without retaining in its possession or control for delivery, a like amount of similar Collateral. The parties agree that the holding of Collateral through the Depository constitutes the use of reasonable care with respect to the custody and preservation of the Collateral.

        (e)    **Priority.** Lender shall have actual or constructive possession of the Collateral, as applicable, and a first priority security interest in the Collateral.

Notwithstanding the above, Borrower's failure to meet any of the conditions set forth in this <u>Section 4</u> shall not provide any basis for Borrower to contest the enforceability of the Loan.

     5.    **Grant of Security Interest in Collateral**. For valuable consideration, the adequacy and receipt of which is hereby acknowledged, Borrower hereby:

        (a)    pledges, assigns, transfers and delivers to Lender, and grants to Lender a continuing and unconditional first priority security interest in all of Borrower's present and future rights, title and interest in the following (collectively referred to as the "**Collateral**") as security for the payment and performance of the Indebtedness:

(i)    the Depository Account;

(ii)    all cryptocurrency now or in the future held in, on deposit in or otherwise allocated to the Depository Account (including, without limitation, any cryptocurrency transferred to the Depository Account after the date hereof by the Borrower pursuant to Section 7 or otherwise);

(iii)    any other cryptocurrency now or in the future issued with respect to any of the foregoing cryptocurrency as a result of a fork or other event that results in the holders of cryptocurrency receiving additional or replacement cryptocurrency (whether or not such other cryptocurrency is held in, on deposit in or otherwise allocated to the Depository Account);

(iv)    <u> 1.250        BTC   </u>;

(v)    all rights to receive delivery of or withdraw any of the foregoing cryptocurrency from the Depository and all rights against the Depository with respect to the Depository Account, any of the foregoing cryptocurrency, and the proceeds thereof; and

(vi)    all proceeds of the foregoing.

        (b)    agrees that such security interest granted by Borrower to Lender constitutes a valid, first priority security interest in the Collateral, and will constitute a valid, first priority security interest in later-acquired Collateral. Notwithstanding any termination of this Agreement, Lender's security interest in the Collateral shall remain in effect for so long as any Indebtedness remains outstanding under this Agreement or any of the Related Documents.

        (c)    agrees that Lender has the rights stated in this Agreement with respect to the Collateral, in addition to all other rights which Lender may have by law.

        (d)    authorizes Lender at any time and from time to time, at Borrower's expense, to file in any jurisdiction any financing statements and amendments that: (i) name the Collateral as collateral thereunder, regardless

DocuSign Envelope ID: 3D2536A8-3122-4548-A235-CC6245762179

**BlockFi Loan No.** _____

of whether any particular Collateral falls within the scope of the UCC; (ii) contain any other information required by the UCC for sufficiency or filing office acceptance, including organization identification numbers; and (iii) contain such language as Lender determines helpful in protecting or preserving rights against third parties. Borrower ratifies any such filings made prior to the date hereof.

(e)     acknowledges and agrees that the obligations of Borrower under this Agreement shall be full recourse obligations of Borrower and that Borrower is and shall remain personally liable to Lender for the payment in full of all Indebtedness and performance of all obligations hereunder.

(f)     agrees that in addition to this Agreement, all liens, security interests, assignments, suretyship obligations, stock pledges, rights and remedies granted to Lender in this Agreement and any Related Documents secure all obligations, debts and liabilities, plus interest thereon, of Borrower to Lender and any of its affiliates, as well as the claims by Lender and any of its affiliates against Borrower, whether now existing or hereafter arising (such existing or hereafter arising bilateral relationships between Borrower and Lender or any of Lender's affiliates, a "**Contract**") whether related or unrelated to the purpose of this Agreement, whether voluntary or otherwise, whether due or not due, direct or indirect, absolute or contingent, and whether Borrower may be liable individually or jointly with others., and whether recovery upon such amounts may be or hereafter may become barred by any statute of limitations, and whether the obligation to repay such amounts may be or hereafter may become otherwise unenforceable.

6.     **Borrower's Representations, Warranties and Covenants**. To induce Lender to enter into this Agreement and to make the Loan, Borrower hereby makes the following representations, warranties and covenants to Lender:

(a)     With respect to the Collateral, Borrower will, at all times, maintain a loan to value ratio where the outstanding principal balance of the Loan is less than or equal to _seventy_ percent (_70%_) of the Collateral Market Value, as defined in Section 7 below (the "**Required Loan to Value Ratio**").

(b)     Except for the security interest in the Collateral granted by Borrower to Lender under this Agreement, Borrower is the sole, legal and equitable owner of the Collateral and no other security agreement, financing statement, or other security instrument covering the Collateral exists.

(c)     Borrower has rights in or the power to transfer the Collateral, and its title to the Collateral is free and clear of liens, adverse claims, and restrictions on transfer or pledge, other than those created by this Agreement or the Related Documents.

(d)     There are no actions, suits, litigation or proceedings, at law or in equity, pending by or against Borrower before any court, administrative agency, or arbitrator.

(e)     Borrower is, and at all times prior to the Maturity Date will be, in compliance with all applicable federal and state laws, regulations and ordinances.

(f)     Borrower will not sell, dispose or otherwise transfer the Collateral or any interest in the Collateral without the prior written consent from Lender.

(g)     Borrower will not create or allow any other security interest or lien on the Collateral, other than those created by this Agreement or the Related Documents.

(h)     Upon Lender's request, Borrower will execute any financing statement or other document necessary to perfect or otherwise record Lender's security interest in the Collateral.

DocuSign Envelope ID: 3D2536A8-2124-4548-A235-CC62457621179

BlockFi Loan No. _____  _____

(i)      Borrower will notify Lender in writing prior to making any change in Borrower's: (i) residence, if such Borrower is an individual or sole proprietorship, (ii) principal place of business, if such Borrower is a business entity that is created without any state filings, or (iii) state of organization, if such Borrower is a business entity that is created by state filings.

(j)      Borrower will promptly pay all taxes and assessments due on the Collateral.

(k)      Borrower is not engaged in the business of extending credit for the purpose of purchasing or carrying margin stock, and no proceeds of the Loan will be used to extend credit to others for the purpose of purchasing or carrying any margin stock.

(l)      Borrower is not, and is not required to be, registered as an "investment company" under the Investment Company Act of 1940, as amended. Borrower is not subject to regulation under any law that limits the ability to incur debt or which may otherwise render all or any portion of the obligations hereunder unenforceable.

(m)      Neither Borrower nor any of its affiliates or officers, directors, brokers or agents of Borrower or its affiliates (i) has violated any anti-terrorism laws, (ii) has engaged in any transaction, investment, undertaking or activity that conceals the identity, source or destination of the proceeds from any category of prohibited offenses designated by the Organization for Economic Co-operation and Development's Financial Action Task Force on Money Laundering, (iii) is publicly identified on the most current list of "Specially Designated Nationals and Blocked Persons" published by the Office of Foreign Assets Control of the U.S. Department of the Treasury ("**OFAC**") or resides, is organized or chartered, or has a place of business in a country or territory subject to OFAC sanctions or embargo programs, (iv) is publicly identified as prohibited from doing business with the United States under the International Emergency Economic Powers Act, the Trading With the Enemy Act, or any other law, (v) conducts any business or engages in making or receiving any contribution of goods, services or money to or for the benefit of any person described in clauses (iii) or (iv) above, (vi) deals in, or otherwise engages in any transaction related to, any property or interests in property blocked pursuant to any anti-terrorism law or (vii) engages in or conspires to engage in any transaction that evades or avoids, or has the purpose of evading or avoiding, or attempts to violate, any of the prohibitions set forth in any anti-terrorism law.

(n)      Borrower will use the proceeds of the Loan solely for lawful purposes and all representations and warranties set forth in Borrower's credit application are true, correct and complete as of the date of such credit application and the date of this Agreement.

Each representation, warranty and covenant shall be made by Borrower as of the date of this Agreement and as of the date of any renewal, extension or modification of the Loan.

7.      **Valuation; Additional Collateral**. At any time, the market value of the Collateral in the Depository Account shall be either (a) the product of amount of Collateral times the last trade price for each unit of the Collateral in the Depository Account that is quoted on the Gemini website, or (b) the market value determined by Lender in its reasonable discretion (the "**Collateral Market Value**"). Borrower agrees that for purposes of calculating the Collateral Market Value Lender may take into account or disregard, at its sole discretion, the value of any new cryptocurrency held in the Depository Account created as the result of a forking or similar event that occurs after the date of this Agreement.

(a)      Upon notice by Lender to Borrower of the occurrence of a Trigger Event (hereinafter defined), Borrower shall promptly, and in no case later than seventy-two (72) hours after notice is provided, deposit additional Collateral into the Depository Account in such an amount as necessary to establish a loan to value ratio where the total of the outstanding principal balance of the Loan plus all other amounts due is equal to or less than fifty_____ percent ( 50%___ ) of the Collateral Market Value, provided that if at any time, the outstanding principal balance of the Loan is equal to or greater than  eighty_____ percent ( 80%___ ) of the Collateral Market

DocuSign Envelope ID: 3D2536A8-2122-4548-A235-CC6245762179

BlockFi Loan No. ██████ _____

Value (the "**Accelerated Maximum Loan to Value Ratio**"), Lender has the right to immediately liquidate Collateral, subject to any required notice, in such an amount as necessary to establish a loan to value ratio where the total of the outstanding principal balance of the Loan plus all other amounts due is equal to or less than _seventy_____ percent (_70%__) of the Collateral Market Value. Any Collateral liquidated by Lender is subject to a three percent (3.00%) processing fee, except if the address of the Borrower shown the first page of this Agreement is Alabama, California, Colorado, Illinois, Kansas, Maryland, Michigan, Minnesota, Missouri, Ohio, Oklahoma, Pennsylvania or Washington in which case there is no processing fee.  Any additional Collateral posted by Borrower pursuant to this Section 7 must be based in the same kind of cryptocurrency as the original Collateral.

For purposes of this Section 7, (i) a "**Trigger Event**" means an event where Lender becomes aware that Borrower has failed to maintain the Required Loan to Value Ratio and the outstanding principal balance of the Loan is greater than _seventy_____ percent (_70%__) of the Collateral Market Value (the "**Maximum Loan to Value Ratio**"), and (ii) "**notice is provided**" at the earliest of (x) the time Lender transmits an electronic communication to the Borrower of such Trigger Event, (y) the following day if sent by UPS, FedEx or other express mail overnight delivery, or (z) four (4) days from the date posted if sent by U.S. Mail, all in accordance with the Notices provisions of Section 25 hereof.

8.     **Default**. Borrower shall be in default under this Agreement, if after giving effect to any applicable cure period, (a) Lender does not receive any payment when due, including any payments owed pursuant to Section 3(b) and Section 7(a); or, except in California, (b) Lender's prospect of payment, performance, or realization of collateral is significantly impaired, which may include the following (each, an "**Event of Default**"):

(a)     Borrower's failure to timely pay any payment when due, including any payments owed pursuant to Section 3(b) and Section 7(a);

(b)     A Trigger Event occurs and is continuing and Borrower fails to deposit additional Collateral as required pursuant to Section 7;

(c)     The Accelerated Maximum Loan to Value Ratio is then in effect;

(d)     If Borrower is an entity, the dissolution or termination of Borrower's existence as a going business, the insolvency of Borrower, the appointment of a receiver for any part of Borrower's property, any assignment for the benefit of creditors, any type of creditor workout, the commencement of any proceeding under any bankruptcy or insolvency laws by or against Borrower or any levy, garnishment, attachment or similar proceeding is instituted against any property of Borrower held by Lender;

(e)     Commencement of foreclosure or forfeiture proceedings, whether by judicial proceeding, self-help, repossession or any other method, by any creditor of Borrower or by any governmental agency against any Collateral securing the Loan. However, the Event of Default specified in this Section 8(e) shall not apply if there is a good faith dispute by Borrower as to the validity or reasonableness of the claim which is the basis of the creditor or forfeiture proceeding and if Borrower gives Lender written notice of the creditor or forfeiture proceeding and deposits with Lender monies or a surety bond for the creditor or forfeiture proceeding, in an amount determined by Lender, in its sole discretion, as being an adequate reserve or bond for the dispute;

(f)     If Borrower is an individual, Borrower dies or becomes incompetent;

(g)     Borrower fails to comply with or to perform any other term, obligation, covenant or condition contained in this Agreement, any Related Document or any other agreement between Borrower and Lender;

(h)     Any warranty, representation or statement made or furnished to Lender by Borrower, or on Borrower's behalf, under this Agreement or any Related Document is false or misleading in any material respect,

DocuSign Envelope ID: 3D2536A8-3123-4548-A235-CC6245762179

**BlockFi Loan No.** ▮▮▮▮▮▮▮ ____

either now or at the time made or furnished or becomes false or misleading at any time thereafter;

(i)      A material adverse change occurs in the financial condition of Borrower, or the ability of Borrower to repay the Loan or perform under this Agreement or any other Related Document is impaired;

(j)      A change or material development in applicable law (including case law) or regulation makes the Loan unlawful, unless grandfathered;

(k)      A general suspension in buying, selling or owning Bitcoin or Ethereum by U.S. federal governmental authorities or a suspension in buying, selling or owning digital assets or cryptocurrencies on at least three (3) major exchanges (including Gemini, GDAX / Coinbase, Kraken, or Bitstamp), with such disruption lasting at least five (5) days; or

(l)      Borrower fails to (i) pay any principal or interest in respect of any indebtedness (including any direct, indirect, actual or contingent obligation to guarantee any debt or other obligation payable or performable by another legal person (a "**Guarantee Obligation**") when due and such failure continues after the applicable grace period, if any, specified in the agreement or instrument relating to such indebtedness, or (ii) perform or observe any other covenant, term, condition or agreement relating to any such indebtedness or contained in any instrument or agreement evidencing or relating thereto, or any other event occurs or condition exists, the effect of which failure or other event or condition is to cause, or permit the holder or beneficiary of such indebtedness to cause, with the giving of notice if required, such indebtedness to become due prior to its stated maturity (or in the case of any Guarantee Obligation to become payable); or any such indebtedness is declared to be due and payable, or required to be prepaid or redeemed (other than by a regularly scheduled required prepayment or redemption or as a mandatory prepayment), purchased or defeased, or an offer to prepay, redeem, purchase or defease such indebtedness shall be required to be made, in each case, prior to the stated maturity thereof.

Borrower agrees to promptly notify Lender in writing upon the occurrence of any of the events described in this Section 8, in no case later than two (2) business days after the occurrence of such event.

Notwithstanding the foregoing, the Events of Default described in paragraphs (b) through (l) above will constitute Events of Default only if the Lender's prospect of payment, performance or ability to realize upon the Collateral is significantly impaired.

Lender bears the burden of establishing significant impairment.

9.      **Remedies**.

(a)      Upon an Event of Default and at any time thereafter, after any required notice and cure period, Lender may declare all amounts due under this Agreement immediately due and payable and shall have all the rights and remedies of a Lender under the UCC or as otherwise provided under applicable law. Without limiting the generality of the foregoing, Borrower expressly agrees that in any such default, subject to any right to cure provided by applicable law, Lender may take immediate and exclusive possession of the Collateral and that Lender may liquidate the Collateral in whole or in part, at its sole discretion. **If Borrower does not meet its obligations under this Agreement, Borrower may lose the Collateral.**

(b)      The proceeds of any sale or disposition of any part of the Collateral shall be distributed by Lender in the following order of priorities:

(i)      to Lender for any reasonable costs, fees, or expenses incurred in connection with the sale or disposition of the Collateral, including any legal, accounting or other fees incurred to the extent permitted by law;

**BlockFi Loan No.** ▮▮▮▮▮▮ _____

(ii)    to Lender in an amount equal to any outstanding and unpaid Indebtedness under this Agreement and the Related Documents; and

(iii)    any remaining surplus to Borrower or other secured party, as applicable, in accordance with the UCC or as a court of competent jurisdiction may direct.

(c)    If an Event of Default shall have occurred and be continuing, after any required notice and cure period, Lender is hereby authorized at any time and from time to time, to the fullest extent permitted by law and without prior notice to Borrower, any such notice being expressly waived by Borrower, to set off and appropriate and apply any and all deposits (general or special, time or demand, provisional or final, in whatever currency or cryptocurrency) at any time held and other obligations (in whatever currency or cryptocurrency) at any time owing by Lender to or for the credit or the account of Borrower against any and all of the obligations of Borrower under this Agreement, any Related Document or any Contract to Lender or any of its affiliates, whether direct or indirect, absolute or contingent, matured or unmatured, and irrespective of whether or not Lender or such affiliate shall have made any demand under this Agreement, any Related Document or Contract and although such obligations of Borrower are owed to an affiliate of Lender different from the affiliate holding such deposit or obligated on such indebtedness. The rights of Lender and each of its affiliates under this paragraph are in addition to other rights and remedies (including other rights of set-off) that Lender or such affiliate may have. Lender agrees to notify the Borrower promptly after such set off and appropriation and application; provided that the failure to give such notice shall not affect the validity of such set off and appropriation and application. Subject to the limitations and other provisions of this Agreement, the provisions of this Section 9(c) will survive the expiration or termination of this Agreement for a period of 12 months after such expiration or termination.

10.    **Arbitration Provision.** If the Loan is made to a Borrower domiciled in the U.S. or Canada, please see Appendix A for the applicable Arbitration Provision.

11.    **Payment Failure**. Except for Borrowers with an address in in the state in Minnesota or Missouri as shown on the first page of this Agreement, Borrower agrees that Lender may assess an insufficient funds fee (a "**Payment Failure Fee**") of fifteen dollars (US$15.00) if any attempted dishonored check, negotiable order of withdrawal or share draft by Borrower to Lender is not collected by Lender for any reason, including if checks are returned after the second presentment or fail due to insufficient funds in any account from which a payment is to be made to Lender. For Borrowers with an address in Maryland as shown on the first page of this Agreement, Borrower agrees that Lender may assess a Payment Failure Fee of fifteen dollars ($15.00) if any check is dishonored after the second presentment. For Borrowers with an address in Missouri as shown on the first page of this Agreement, the Lender may impose charges assessed by any institution for processing a refused instrument plus the Payment Failure Fee. For Borrowers with an address in Pennsylvania as shown on the first page of this Agreement, then the Payment Failure Fee will not exceed the actual fees Lender is charged by a financial institution if any check or other instrument taken in payment is not honored on re-presentment for any reason. For Borrowers with an address in Utah as shown on the first page of this Agreement, if Borrower's check is dishonored on first presentment but later honored, then Borrower will not owe a Payment Failure Fee for that check. Only one Payment Failure Fee will be assessed on any dishonored payment. The amount of any Payment Failure Fee will be added to the balance due and payable on the next payment due date.

12.    **Lender Appointed Attorney-In-Fact**. Except for Borrowers with an address in in the state in Minnesota or Illinois as shown on the first page of this Agreement, Borrower hereby appoints Lender Borrower's attorney-in-fact, with full authority in the place and stead of Borrower and in the name of Borrower or otherwise, from time to time during the continuance of an Event of Default to take any action and to execute any instrument that Lender may deem necessary or advisable to accomplish the purposes of this Agreement, except for a confession of judgment (but Lender shall not be obligated to and shall have no liability to Borrower or any third party for failure to do so or take action). This appointment, being coupled with an interest, shall be irrevocable. Borrower hereby ratifies all that said attorney-in-fact shall lawfully do or cause to be done by virtue hereof.

BlockFi Loan No. _____ _____

13.    **Security Interest Absolute**. To the extent permitted by law, Borrower hereby waives demand, notice, protest, notice of acceptance of this Agreement, Collateral received or delivered and all other demands and notices of any description. To the extent permitted by law, all rights of Lender and liens and security interests hereunder, and all Indebtedness of Borrower hereunder, shall be absolute and unconditional irrespective of:

(a)    Except for Borrowers with a residence in Alabama as shown on the first page of this Agreement, any illegality or lack of validity or enforceability of any Indebtedness or any related agreement or instrument;

(b)    any change in the time, place or manner of payment of, or in any other term of, the Indebtedness, or any amendment or other modification of this Agreement or any other agreement, including any increase in the Indebtedness resulting from any extension of additional credit or otherwise;

(c)    any taking, exchange, substitution, release, impairment or non-perfection of any Collateral or any other collateral, or any taking, release, impairment, amendment, waiver or other modification of any guaranty, for all or any of the Indebtedness;

(d)    any manner of sale, disposition or application of proceeds of any Collateral or any other collateral or other assets to all or part of the Indebtedness;

(e)    any default, failure or delay, willful or otherwise, in the payment of the Indebtedness;

(f)    any defense, set-off or counterclaim (other than a defense of payment or performance) that may at any time be available to, or be asserted by, Borrower against Lender; or

(g)    Except for Borrowers with a residence in in Alabama as shown on the first page of this Agreement, any other circumstance (including, without limitation, any statute of limitations) or manner of administering the Loan or any existence of or reliance on any representation by Lender that might vary the risk of Borrower or otherwise operate as a defense available to, or a legal or equitable discharge of, Borrower or any guarantor or surety.

14.    **Survival of Representations and Warranties**. Borrower understands and agrees that in making this Loan, Lender is relying on all representations, warranties and covenants made by Borrower in this Agreement, the Related Documents and in any certificate or other instrument delivered by Borrower to Lender under this Agreement. Such Borrower further agrees that regardless of any investigation made by Lender, all such representations, warranties and covenants will survive the execution of this Agreement and the funding of the advance, shall be continuing in nature, and shall remain in full force and effect until such time as all of Borrower's obligations under this Agreement shall be fully satisfied, or until this Agreement shall be terminated in the manner provided herein, whichever is the last to occur.

15.    **Account Authorization**. In order to satisfy Borrower's obligations under this Agreement, Borrower expressly authorizes Lender to initiate an electronic funds transfer ("**EFT**") debit from Borrower's designated bank account (including any subsequent designated account identified to Lender by the Borrower) for all amounts due and owing by Borrower to Lender under this Agreement, including, without limitation, all payments to be made by Borrower pursuant to Section 3 of this Agreement. In connection with such payments, Borrower further agrees to complete any documents as may be reasonably requested by Lender to effectuate and/or authorize such EFT. Borrower authorizes Lender to resubmit any EFT debit authorized by Borrower that is returned for insufficient or uncollected funds, except as otherwise provided by NACHA – The Electronic Payment Association's EFT rules or applicable law.

204543107.1                    10

DocuSign Envelope ID: 3D2536A8-2122-4548-A235-CC6245762179

BlockFi Loan No. ████    ____

16.     **Cost of Collection**. To the extent permitted by law, and except for Borrowers with a residence in Minnesota, Colorado, Ohio, Oklahoma, or Utah as shown on the first page of this Agreement,  Borrower agrees to pay all costs and expenses, including collection expenses, and court costs, plus  reasonable attorneys' fees (except that for Borrowers with a residence in Alabama, Colorado, Kansas, Missouri or Oklahoma as shown on the first page of this Agreement, only after default in connection with referral to an attorney who is not a salaried employee of Lender and up to 15% of the unpaid debt and except also that for Borrowers with a residence in Missouri as shown on the first page of this Agreement, only if it is necessary to bring suit), incurred by Lender in the collection or enforcement of this Agreement. For Borrowers with a residence in Utah as shown on the first page of this Agreement, Borrower will pay any collection cost Lender incurs, including reasonable attorney fees and court costs, as the law allows. If Lender hires an attorney or a third-party collection agency to collect what Borrower owes, Borrower will also pay the lesser of: (a) the actual amount Lender is required to pay to the third-party collection agency or the attorney, regardless of whether that amount is a specific dollar amount or a percentage of the amount owed to Lender; or (b) 40% of the amount owed to Lender. Borrower also agrees to pay any and all withholding taxes applicable to the Collateral, including any withholding taxes on any amounts so paid and, upon written request by Lender, shall furnish Lender with evidence of payment thereof.

17.     **Termination**. This Agreement and the security interests created hereby shall automatically terminate upon the payment in full of all Indebtedness and performance of all obligations hereunder. At such time, and except as otherwise required by applicable law, Lender's sole obligations shall be to, at Borrower's request, (i) direct the Depository to transfer the remaining Collateral in the Depository Account to Borrower, at a wallet address provided by Borrower to Lender, and (ii) to authorize Borrower to terminate any UCC financing statements filed by Lender against Borrower with respect to the Collateral.

18.     **Binding Effect**. All representations, warranties, covenants and agreements by or on behalf of Borrower contained in this Agreement or any Related Documents shall bind Borrower's successors and assigns and shall inure to the benefit of Lender and its successors and assigns. Borrower shall not have the right to assign Borrower's rights under this Agreement or any interest therein, without the prior written consent of Lender. Any such assignment in violation of this Section 18 shall be null and void.

19.     **Caption Headings**. Caption headings in this Agreement and the Related Documents are for convenience purposes only and are not to be used to interpret or define the provisions of this Agreement or the Related Documents.

20.     **Cumulative Rights; Non-Exercise**. Lender's rights under this Agreement are cumulative, and shall not be construed as exclusive of each other unless otherwise required by law. The non-exercise by Lender of any rights or remedies under this Agreement shall not constitute a waiver thereof in that or any subsequent instance.

21.     **Waiver**. Lender shall not be deemed to have waived any rights under this Agreement unless such waiver is given in writing and signed by Lender. No delay or omission on the part of Lender in exercising any right shall operate as a waiver of such right or any other right. A waiver by Lender of a provision of this Agreement shall not prejudice or constitute a waiver of Lender's right otherwise to demand strict compliance with that provision or any other provision of this Agreement. No prior waiver by Lender, nor any course of dealing between Lender and Borrower shall constitute a waiver of any of Lender's rights or of the Borrower's obligations as to any future transactions. Whenever the consent of Lender is required under this Agreement, the granting of such consent by Lender in any instance shall not constitute continuing consent to subsequent instances where such consent is required and in all cases such consent may be granted or withheld in the sole discretion of Lender.

22.     **Entire Agreement; Integration**. This Agreement and the other Related Documents constitute the entire agreement among the parties relating to the subject matter hereof and thereof and supersede any and all previous agreements and understandings, oral or written, relating to the subject matter hereof and thereof. Each Related Document, and any exhibit, schedule or similar addition to this Agreement or any Related Document, is hereby

incorporated into this Agreement by this reference as though fully set forth herein.

23.     **Severability**. If any part or parts of this Agreement shall be held unenforceable for any reason, the remainder of this Agreement shall continue in full force and effect. If any provision of this Agreement is deemed invalid or unenforceable by any court of competent jurisdiction, and if limiting such provision would make the provision valid, then such provision shall be deemed to be construed as so limited.

24.     **Usury Savings Clause**. Lender and Borrower intend to contract in strict compliance with applicable usury law from time to time in effect. In furtherance thereof, Lender and Borrower stipulate and agree that none of the terms and provisions contained in the Loan Documents shall ever be construed to create a contract to pay for the use, forbearance or detention of money or interest in excess of the maximum amount of interest (including all charges and fees) permitted to be charged by applicable law, from time to time.

25.     **Notices**. Any notice required or otherwise given pursuant to this Agreement shall be in writing and mailed certified return receipt requested, postage prepaid, delivered by overnight delivery service, or via electronic mail, addressed as follows:

If to Lender:

BlockFi Lending LLC
150 Broadway, 19th Floor
New York, NY 10038
support@blockfi.com

If to Borrower:

██████████████
████████████████
████████████████████████████
██████████████████

Either party may change such addresses from time to time by providing notice as set forth above.

26.     **USA Patriot Act Notice**. Lender hereby notifies Borrower that, pursuant to the requirements of the USA Patriot Act (Title III of Pub. L. 107-56 (signed into law October 26, 2001)) (the "**Act**"), it may be required to obtain, verify and record information that identifies Borrower, which information includes the name and address of Borrower and other information that will allow Lender to identify Borrower in accordance with the Act.

27.     **Credit Report and Other Authorizations**. Borrower authorizes Lender, its agents and representatives and any credit reporting agency engaged by Lender, to (a) investigate any references given or any other statements or data obtained from or about Borrower or any guarantor for the purpose of this Loan Agreement, (b) obtain consumer and business credit reports on Borrower and any guarantor, (c) contact personal and business references provided by Borrower, at any time now or for so long as any Indebtedness remains unpaid, and (d) share information regarding Borrower's performance under this Agreement with affiliates and unaffiliated third parties. As required by Utah law, Borrower is hereby notified that a negative credit report reflecting on Borrower's credit record may be submitted to a credit reporting agency if Borrower fails to fulfill the terms of Borrower's credit obligations.

28.     **Counting of Days.** Except where otherwise specifically provided, any reference in this Note to a period of "days" means calendar days and not business days.

29.     **Amendment**. This Agreement and the Related Documents constitute the entire understanding and

DocuSign Envelope ID: 3D2536A8-2128-4548-A235-CC6245762179

**BlockFi Loan No.** ▮▮▮▮▮▮  _____

agreement of the parties as to the matters set forth in this Agreement. No alteration, amendment, modification, termination, discharge or waiver of any provision of this Agreement or any other Related Document, or consent to any departure by either party therefrom, shall be effective unless given in writing and signed by the party or parties sought to be charged or bound by the alteration, amendment, modification, termination, discharge or waiver. Any such alteration, amendment, modification, termination, discharge or waiver shall be effective only for the specific purpose for which given.

30.   **Bankruptcy**. The rights and priorities set forth in this Agreement shall remain binding irrespective of the terms of any plan of reorganization in any proceeding commenced by or against Borrower under any provision of the United States Bankruptcy Code (11 U.S.C. § 101, et seq.), as amended, and any successor statute (the "**Bankruptcy Code**") or under any other federal or state bankruptcy or insolvency law, including assignments for the benefit of creditors, formal or informal moratoria, compositions, extensions generally with its creditors, or proceedings seeking reorganization, arrangement, or other similar relief, and all converted or succeeding cases in respect thereof or other provisions of the Bankruptcy Code or any similar federal or state statute.

31.   **Governing Law; Acceptable Forums; Waiver of Jury Trial**.   EXCEPT      FOR      THE ARBITRATION PROVISION, WHERE APPLICABLE, WHICH SHALL BE GOVERNED BY FEDERAL LAW, THIS AGREEMENT WILL BE GOVERNED BY THE LAWS OF THE LAWS OF THE STATE OF THE RESIDENCE OF THE BORROWER AS SHOWN ON THE FIRST PAGE OF THIS AGREEMENT WITHOUT REGARD TO ITS CONFLICTS OF LAW PROVISIONS.  Any suit, action or proceeding arising hereunder, or the interpretation, performance or breach of this Agreement, shall, if Lender so elects, be instituted in any court sitting in New Castle County, Delaware, (the "**Acceptable Forums**").  Borrower agrees that the Acceptable Forums are convenient to it, and submits to the jurisdiction of the Acceptable Forums and waives any and all objections to jurisdiction or venue. Should such proceeding be initiated in any other forum, Borrower waives any right to oppose any motion or application made by Lender to transfer such proceeding to an Acceptable Forum.  Borrower irrevocably and unconditionally waives, to the fullest extent permitted by applicable law, any right it may have to a trial by jury in any legal proceeding directly or indirectly arising out of or relating to this Agreement or any Related Document or the transactions contemplated hereby or thereby (whether based on contract, tort or any other theory).  BORROWER UNDERSTANDS THAT BORROWER'S AGREEING TO THE APPLICABILITY OF DELAWARE VENUE ARE A MATERIAL FACTOR IN LENDER'S WILLINGNESS TO ENTER INTO THIS AGREEMENT.

For Borrowers with an address in Ohio as shown on the first page of this Agreement:

**THIS LOAN IS MADE PARTIALLY IN RELIANCE ON THE PROVISIONS OF SECTIONS 1321.62 TO 1321.702 OF THE OHIO REVISED CODE.**

For Borrowers with an address in Maryland as shown on the first page of this Agreement;

**THIS AGREEMNT WILL BE GOVERNED BY THE LAWS OF THE STATE OF MARYLAND, SPECIFICALLY TITLE 12, SUBTITLE 10 OF THE MARYLAND COMMERCIAL LAW ARTICLE.**

32.   **Facsimile Acceptance**.  This Agreement may be executed in any number of counterparts and by the different parties on separate counterparts. Each such counterpart shall be deemed an original, but all such counterparts shall together constitute one and the same agreement. The exchange of copies of this Agreement and of signature pages by facsimile transmission (whether directly from one facsimile device to another by means of a dial-up connection or whether mediated by the worldwide web), by e-mail in "portable document format" (".pdf") form, or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, or by combination of such means, shall constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. Signatures of the parties transmitted by facsimile shall be deemed to be their original signatures for all purposes.

33.    **Military Lending Act.** The Military Lending Act provides protections for certain members of the Armed Forces and their dependents ("**Covered Borrowers**"). The provisions of this section apply to Covered Borrowers. Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36%. This rate must include, as applicable to the credit transaction or account: (a) the costs associated with credit insurance premiums; (b) fees for ancillary products sold in connection with the credit transaction; (c) any application fee charged (other than certain application fees for specified credit transactions or accounts); and (d) any participation fee charged (other than certain participation fees for a credit card account). Before signing this Agreement, in order to hear important disclosures and payment information about this Agreement, you may call 1-646-779-9688.

34.    **Transferable Record.** Borrower expressly agrees that this Agreement is a "transferable record" as defined in applicable law relating to electronic transactions and that it may be created, authenticated, stored, transmitted and transferred in a manner consistent with and permitted by such applicable law.

35.    **Loan Transferability**. Borrower expressly agrees and acknowledges that Lender may assign this Agreement and the Related Documents, or any of Lender's rights under this Agreement or the Related Documents, in whole or in part at any time. Borrower further understands, acknowledges and agrees that Lender or another third party may further sell, assign or transfer this Agreement, the Related Documents and all associated documents and information related to this Agreement and the Related Documents without Borrower's consent or notice to Borrower.

If the proceeds of the Loan will be used for personal, family or household purposes:

**Oral agreements or commitments to loan money, extend credit or to forbear from enforcing repayment of a debt including promises to extend or renew such debt are not enforceable. To protect you (borrower(s)) and us (creditor) from misunderstanding or disappointment, any agreements we reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between us, except as we may later agree in writing to modify it.**

If the proceeds of the Loan will be used for business or commercial purposes:

**Oral or unexecuted agreements or commitments to loan money, extend credit or to forbear from enforcing repayment of a debt including promises to extend or renew such debt are not enforceable, regardless of the legal theory upon which it is based that is in any way related to the credit agreement. To protect you (borrower(s)) and us (creditor) from misunderstanding or disappointment, any agreements we reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between us, except as we may later agree in writing to modify it.**

**[The remainder of this page intentionally left blank.]**

**BlockFi Loan No.** ████████

 

      IN WITNESS WHEREOF, the parties have caused this Agreement to be executed the day and year first written above.

**NOTICE TO CONSUMER: 1. Do not sign this agreement before you read it.  2. You are entitled to a copy of this agreement.  3. You may prepay the unpaid balance at any time without penalty.**

**BORROWER**

CAUTION -- IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT

By: ████████████████████████

Name: ████████████████

**LENDER**

BlockFi Lending LLC, a Delaware limited liability company

By: _____

Name: Flori Marquez

Title: VP of Operations

Signature Page to Loan and Security Agreement

**BlockFi Loan No.** ▮▮▮▮▮▮▮▮▮

**Please review and confirm the information below. Pay close attention and ensure the "Funding Currency" is accurate. Note that if funding your loan in Stablecoin, funds must be sent to a wallet that supports the specified currency or funds may be permanently lost. BlockFi will not be responsible for any errors arising from an incorrectly specified Stablecoin currency or Destination Wallet Address.**

**Funding Currency.  This must be US currency if the Borrower resides in California as shown on the first page of this Agreement.**

Your loan will be funded in                                    <u>USD Wire</u>
*(If you would like to be funded in Stablecoin, please skip to the "Stablecoin" selection below)*

## Bank Wires

Beneficiary Name                           ▮▮▮▮▮▮▮▮▮_____

Beneficiary Address                        ▮▮▮▮▮▮▮▮▮_____

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*(Please ensure the Name and Address match that associated with your Bank, otherwise funds may be delayed)*

## US Bank Information

Bank Account # (USA)                       ▮▮▮▮▮▮▮_____

Wire Capable Routing # (USA)               ▮▮▮▮▮▮_____

## Non-US Bank Information

IBAN (only required for Non-USA Wires)     _____

SWIFT / BIC (only required for Non-USA Wires)  _____

## Stablecoin

Destination Wallet Address                 _____
*(Please ensure that the Destination Wallet Address and Stablecoin Currency above are correct. Funds sent to an incorrect address may be permanently lost. BlockFi will not be responsible for any errors arising from an incorrectly specified Stablecoin currency or Destination Wallet Address)*

**BlockFi Loan No.** _____

## STATEMENT OF LOAN

**Lender**

**Borrower**



BlockFi Lending LLC
150 Broadway
19th Floor
New York, NY 10038

CFL Lic. No.: 60DBO-81955

### TRUTH IN LENDING DISCLOSURE STATEMENT

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid when you have made all scheduled payments |
| 9.75% | 2437.50 | 25000.00 | 27437.56 |

Your payment schedule will be as follows:

| Number of payments | Amount | When payments are due |
|---|---|---|
| 12 | 203.13 | First payment is due on   2022-03-20   ,  and each subsequent payment is due monthly thereafter on the same day of each month |
| 1 | 25000.00 | Last payment Maturity Date is due on   2023-02-20 |

**Security**: You are giving a security interest in the following collateral (the "Collateral"):

| 1.250 | BTC |
|---|---|

**Late charges:** If your payment arrives more than 10 days after the date on it is due, you may be charged a late fee equal to the greater of 5.00% of the past due payment or $15.

**Prepayment policy:**  Borrower may prepay the outstanding principal and all accrued and unpaid interest thereon at the rate expressed herein without penalty.

**See your Loan and Security Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, collateral and termination matters.**

204543107.1                                    17

DocuSign Envelope ID: 3D2536A8-2122-4548-A235-CC624E762179

**BlockFi Loan No.** ███████

Itemization of Amount Financed of $ 25000.00

| Amount given to you directly | Amount paid to others on your behalf: |
|---|---|
| 25000.00 | |
| Amount paid on your account | Prepaid finance charge to BlockFi Lending LLC |
| 0.00 | 0.00 |

The payment amounts disclosed in the payment schedule are calculated on the assumption that you will make all payments on the applicable payment due date and assume, for purposes of this disclosure, that all months have 30 days.  If this Loan is made to a Borrower in California (as shown by the address on the first page of this Agreement), then with respect to loans having a bona fide principal amount of $10,000 or more, please note that monthly loan payments are made on an "interest-only" basis until the final payment is due.  This means that the actual amount of a monthly loan payment may increase when you make a payment after the payment due date or decrease when you make a payment before the payment due date. Except if this Loan is made to a Borrower in California, Illinois or Pennsylvania (as shown by the address on the first page of this Agreement), then the payment amount will also vary based on the actual days in any given month.

If this Loan is made to a Borrower in California (as shown by the address on the first page of this Agreement) then the following applies:

This loan is made pursuant to the California Financing Law, Division 9 (commencing with Section 22000) of the Financial Code.

**FOR INFORMATION, CONTACT THE DEPARTMENT OF BUSINESS OVERSIGHT, STATE OF CALIFORNIA.**

Broker. A broker has not performed any act in connection with the making of this loan unless the following box is checked:

[  ]  Broker has participated.

BlockFi Loan No. ▮▮▮▮▮▮▮ ____

## APPENDIX A: BULLET LOANS

**THIS APPENDIX A DOES NOT APPLY TO BORROWERS WHERE THE ADDRESS SHOWN ON THE FIRST PAGE OF THIS AGREEMENT IS IN ALABAMA OR KANSAS**

**Interest.**  The annual interest rate on the outstanding principal amount of the Loan from the date hereof until payment of the Loan in full shall be the rate stated above in section 3(a) and in your loan offer on your client dashboard. All interest accrued hereunder shall be calculated on a front-loaded basis, except if this Loan is made to a Borrower in Missouri (as shown by the address on the first page of this Agreement). Interest shall be calculated on the basis of a 360-day year consisting of twelve (12) months of thirty (30) days each, except if this Loan is made to a Borrower in Michigan (as shown by the address on the first page of this Agreement) , then the Loan shall be calculated on an actual day basis.  Except if this Loan is made to a Borrower in Michigan, Missouri or Ohio (as shown by the address on the first page of this Agreement), then upon disbursement of the Loan proceeds, Lender shall collect an interest payment equal to the aforementioned rate times the principal sum of the Loan, prorated for the loan's term. All interest due (and for Borrowers with an address in Utah as shown on the first page of this Agreement, not exceeding 5% of the amount financed) is fully earned by Lender on the date it is collected. Except if this Loan is made to a Borrower in Michigan, Missouri or Ohio (as shown by the address on the first page of this Agreement), then Lender shall deduct all interest due from the Loan proceeds and disburse the remaining Loan proceeds to the Borrower on the Closing Date. If at any time and for any reason whatsoever, the interest rate payable on the Loan shall exceed the maximum rate of interest permitted to be charged by Lender to Borrower under applicable law, such interest rate shall be reduced automatically to the maximum rate of interest permitted to be charged under applicable law.  Any amount added to principal pursuant to this Agreement or any Related Document shall bear interest at the rate specified herein and shall be payable with such interest upon demand by Lender and absent such demand, as otherwise provided herein.  In no event will interest be added to the principal if this Loan is made to a Borrower in Missouri (as shown by the address on the first page of this Agreement).

**Prepayments.** Borrower may prepay the outstanding principal, in whole or in part,  at any time. There is no additional charge for prepaying principal ahead of the Maturity Date. Except if the Borrowers' address as shown on the first page of this Agreement is Missouri or Ohio, prior to prepayment, the Borrower must give the Lender 5 business day notice. Interest payments made at origination (and for Borrowers with an address in Utah as shown on the first page of this Agreement, not exceeding 5% of the amount financed) will not be reimbursed.

**Arbitration Provision.**

(a)    In the event that any Dispute (as hereinafter defined) cannot be resolved through a discussion between Borrower and Lender (individually "party" and collectively "parties"), either party may demand that such Dispute be submitted to arbitration, which (if demanded) shall be the exclusive, final, and binding means for resolving such Dispute; provided, this arbitration provision shall not prevent the parties from obtaining injunctive relief from a court of competent jurisdiction to enforce the obligations of this agreement for which either party may obtain provisional relief pending a decision on the merits by the arbitrator. A "Dispute" is a claim or controversy of every kind and nature between Borrower and Lender, including, but not limited to: (i) all claims or controversies arising out of or relating to any aspect of the relationship between the parties hereto, regardless of legal basis or theory; (ii) all claims or controversies involving the interpretation, construction, performance or nonperformance, enforcement, or breach of this agreement; and (iii) all claims or controversies that may arise after the termination of this agreement. This arbitration provision is intended to be broadly interpreted, and the term "Dispute" shall have the broadest meaning possible.  Any party may demand arbitration in writing by notice to the other party.

(b)    Any such arbitration shall be conducted under the Commercial Dispute Resolution Rules of the American Arbitration Association ("AAA"), except as modified herein.  Alternatively, upon both parties' consent, another arbitration association and its rules may be used.  The arbitration proceedings shall be before a single neutral

DocuSign Envelope ID: 3D2536A8-2122-4548-A235-CC6245762179

**BlockFi Loan No.** ▮▮▮▮▮▮▮ _____

arbitrator who shall be an attorney, retired judge, or arbitrator experienced in commercial finance.  The arbitrator shall be registered and in good standing with an arbitration association.  The arbitrators shall apply applicable statutes of limitation and rules of privilege.  Except as otherwise provided herein, the arbitrator shall have authority to award any remedy or relief that a court of the State of Delaware or federal court located in the State of Delaware could grant in conformity to applicable law on the basis of claims actually made in the arbitration.  Any arbitration will be held in New York County, NY, which the parties agree is a convenient location. Any arbitration award shall be accompanied by a written statement containing a summary of the issues in controversy, a description of the award, and an explanation of the reasons for the award.  The non-prevailing party shall pay to the prevailing party, to the extent not prohibited by law, all of the prevailing party's arbitration costs and expenses, including reasonable attorneys' fees, and the arbitrator shall award such in its decision. The arbitrator's award shall be final, and judgment may be entered upon such award by any court.  All arbitration proceedings shall be confidential, and neither party shall disclose any information about the evidence produced by either party in the arbitration proceeding except as necessary in the course of a judicial, regulatory or arbitration proceeding, or as may be demanded by government authority; provided, before making any such disclosure the disclosing party shall give the other party reasonable advance written notice and an opportunity to prevent the disclosure.

      (c)     **NO CLASS ACTION ARBITRATION MAY BE ORDERED UNDER THIS ARBITRATION PROVISION** (this is referred to in the next sentence as the "class waiver").  If any part of this arbitration provision is found to be unenforceable, except for the class waiver, the rest shall be enforceable; but if the class waiver is found to be unenforceable, then this entire arbitration provision shall be unenforceable.

      (d)     Because the parties hereto operate in interstate commerce, this Arbitration Provision shall be governed by the Federal Arbitration Act, as will any actions to compel, enforce, vacate, or confirm proceedings, awards, or orders of the arbitrator.   This arbitration provision shall, with respect to such dispute, survive the termination or expiration of this agreement.  Except for the enforceability of the arbitration provision discussed above, nothing in this arbitration provision shall be deemed to give the arbitrators any authority, power, or right to alter, change, amend, modify, add to, or subtract from any of the provisions of this agreement.

DocuSign Envelope ID: 3D2536A8-2128-4548-A235-CC624E762179

**BlockFi Loan No.** ▆▆▆▆▆ _____

## <u>APPENDIX B: LOAN DISCLOSURES</u>

BlockFi Lending LLC is required to comply with the following state-specific lending disclosures

(a)  IF YOU ARE A RESIDENT OF ILLINOIS OR PENNSYLVANIA:

In accordance with the Illinois Consumer Installment Loan Act and the Pennsylvania Consumer Discount Company Act, as applicable, the repayment of this loan, at issuance, is scheduled to be in equal monthly installments with no balloon of principal at maturity.

(b)  IF YOU ARE A RESIDENT OF OREGON:

This agreement is governed by Oregon Law.

# ADDENDUM TO PROOF OF CLAIM FOR THE RETURN OF BITCOIN COLLATERAL

I, █████████████, hereby file this Addendum to the Proof of Claim filed in connection with the bankruptcy proceedings of **BlockFi Lending LLC** ("BlockFi") in order to specifically **request the return of my collateral in the form of Bitcoin** ("BTC") rather than receiving payment in USD. The relevant information is as follows:

<div align="center">

**Loan Amount: $25,000**

**Remaining Principal: $24,930.71**

**Collateral: 2.47964141 BTC**

</div>

The reasons and rationale for my request to receive my collateral back in BTC are:

1. The United States government, including the Internal Revenue Service (IRS), recognizes Bitcoin as property. As such, it should be treated as any other form of property that may be used as collateral in a loan agreement.

2. The Loan Agreement between myself and BlockFi, specifically Provision 17, states that upon termination of the loan, the collateral will be returned to the borrower at a wallet address provided by the borrower. The provision reads: "[…] *Lender's sole obligations shall be to, at Borrower's request, (i) direct the Depository to transfer the remaining Collateral in the Depository Account to Borrower, at a wallet address provided by Borrower to Lender* […]"

3. At no point did I agree or indicated to receive repayment in USD, and I fully expect to have my property returned to me in its original form, Bitcoin, as per the Loan Agreement. This is analogous to having used a house or other physical property as collateral, wherein I would expect to receive the property back upon fulfillment of the loan terms.

4. In accordance with the Loan Agreement and in return for the release of my Bitcoin collateral, I hereby confirm my commitment to fulfill my obligation by repaying the remaining principal amount of $24,930.71. I understand that the return of my collateral is contingent upon the satisfaction of my outstanding debt in accordance with the terms of the Loan Agreement. And I am committed to fulfilling this obligation once I receive a valid confirmation that my collateral will be returned to me in full.

In accordance with Provision 17 of the Loan Agreement, I am providing my Bitcoin wallet address for the return of my collateral:

BTC Wallet Address: █████████████████████████

I respectfully **request that the court recognize and uphold my right to receive the return of my collateral in the form of Bitcoin**, as specified in the Loan Agreement and consistent with the legal treatment of Bitcoin as property by the United States government. **This Addendum is to be considered an integral part of my Proof of Claim in the bankruptcy proceedings of BlockFi Lending LLC.**

I hereby reserve the right to amend, modify, or supplement this Proof of Claim and Addendum as necessary or appropriate to protect my interests. Nothing in this Proof of Claim or Addendum shall be construed as a waiver or relinquishment of any rights, claims, or defenses I may have under applicable law, the Loan Agreement, or otherwise, nor shall anything herein negatively impact or prejudice my rights in any way.

Sincerely,

█████████████████████

██████████

██████████████████████

████████████████

██████████████████

**Attachments:**

1. Loan Agreement between ████████████████ and BlockFi Lending LLC
2. Screenshot of BlockFi Account showing Bitcoin collateral balance of 2.47964141 BTC

BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

581Q-984Q-676B-306K

○ Where can I find my Unique ID?

## Claim Information

Claim Number

21898

Claim Name

██████████

Claimant Address on File

██████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 BlockFi.pdf | 70 KB |
| 📄 Blockfi Claim Doc doc | 286 KB |
| 📄 Blockfi Claim Doc pdf | 27 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Balance:
USDC - 11,026.65160572
GUSD - 5,677.93860570
ETH - 18.60086197
BTC - 0.00049995

USD Prices as of 2/18/2024 according to https://coinmarketcap.com/currencies/
USDC - $1.00
GUSD - $1.00
ETH - $2,923.76
BTC - $52,371.18

Balance in USD:
USDC - $11,026.65
GUSD - $5,677.94
ETH - $54,384.46
BTC - $26.18

| COIN | AMOUNT | PRICE | USD VALUE |
|------|--------|-------|-----------|
| USDC - | 11,026.65 | $1.00 | $11,026.65 |
| GUSD - | 5,677.94 | $1.00 | $5,677.94 |
| ETH - | 18.60086197 | $2,923.76 | $54,384.46 |
| BTC - | 0.00049995 | $52,371.18 | $26.18 |
| | | | |
| | | Total: | $71,115.23 |



**BlockFi**    Dashboard    Accounts ⌄    Withdraw    ⬛ ⌄

and distributed to BlockFi clients in U.S. dollars.

- **Clients that initiated a withdrawal request and need to verify their identity must complete the Identity Verification requests by January 12, 2024, at 11:59 PM UTC.**

More information about withdrawals and balances can be found in our FAQ **here**.

**Dashboard** / Interest Account

# Interest Account



### Assets

- 🔵 Overvi...
- ₿ Bitcoi...
- ◆ Ethere...
- Ⓢ USD C...
- 🔵 Gemin...

### Your Assets

| Asset | Quantity | |
|-------|----------|---|
| Ⓢ USD Coin USDC | 11,026.65 USDC | › |
| 🔵 Gemini USD GUSD | 5,677.94 GUSD | › |
| ◆ Ethereum ETH | 18.60086197 ETH | › |
| ₿ Bitcoin BTC | 0.00049995 BTC | › |

### Recurring Trades

| Recurring Trade | Buy Amount | Frequency | Scheduled |
|---|---|---|---|

You have not set up any recurring trades.

## Transactions

Your transaction history has moved. Visit the Dashboard to view Interest Account transactions.

**Go to Dashboard**

Balance:
USDC - 11,026.65160572
GUSD - 5,677.93860570
ETH - 18.60086197
BTC - 0.00049995

USD Prices as of 2/18/2024 according to https://coinmarketcap.com/currencies/
USDC - $1.00
GUSD - $1.00
ETH - $2,923.76
BTC - $52,371.18%

Balance in USD:
USDC - $11,026.65
GUSD - $5,677.94
ETH - $54,384.46
BTC - $26.18

| COIN | AMOUNT | PRICE | USD VALUE |
|------|--------|-------|-----------|
| USDC - | 11,026.65 | $1.00 | $11,026.65 |
| GUSD - | 5,677.94 | $1.00 | $5,677.94 |
| ETH - | 18.60086197 | $2,923.76 | $54,384.46 |
| BTC - | 0.00049995 | $52,371.18 | $26.18 |
|  |  |  |  |
|  |  | Total: | $71,115.23 |

BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

987T-642A-574X-893H

○ Where can I find my Unique ID?

## Claim Information

Claim Number

18513

Claim Name

███████████

Claimant Address on File

███████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 🗎 ▇ BlockFi Claim 2 pdf | 522 KB |

## Signature

Sign Here



Print Name

▇▇▇▇▇▇

Email Address

▇▇▇▇▇▇▇

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

## Objection

- I want my assets back in kind (not in USD), valued at $95,653.84



- The info I received (below) states I am owed 35k, but the current value of my assets is $95,653.84 as of today, Feb 18th, 2024.
- The information is conflicting, so I want to confirm I will receive it in-kind.

## Received - BlockFi Notice of In-Kind (Value: 95k)

https://blockfi.com/wallet-withdrawal-faqs/?_ga=2.230198296.562043131.1708296864-1244729693.1708296864



This says I will receive my digital assets to an external wallet.

## Received - Conflicting notice of BIA of 35k:

**Wind-Down Debtors: BlockFi Inc et al.**
**15th Omnibus Objection**

All proofs of claim not listed as the surviving claim number will be expunged. Surviving claims will be modified and allowed against the debtor entity and in the amount(s) shown per BlockFi's books and records.

Legend: Basis for Objection

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi's books and records. |
| UL | Claim did not assert a dollarized value in USD |
| IC | Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity |

| Claim Info | | | | |
|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Basis for Objection |
| 18513 |  | 03/23/2023 | BlockFi Inc. | UL, BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 18513 | $35,817.62 | $58.09 | | | | | | | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

This seems to say that I will receive the dollarized amount, which I do not consent to.

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

957I-249B-947W-353O

○ Where can I find my Unique ID?

## Claim Information

Claim Number

19567

Claim Name

██████████

Claimant Address on File

██████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 Block Fi Objection Response.pdf                                                                500 KB

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

February 16, 2024

BlockFi Wind Down Debters 15th Omnibus objection
Via online submission portal


To Whom it May Concern,

I have received the objection to my claim of wallet funds totaling $489.41.

The objection states that that my claim is porposed to be modified, but does not indicate why or how. The Code UL and BR are given which are identified as follows:

| BR | Asserted claim amount does not match BlockFi's books and records |
|----|------------------------------------------------------------------|
| UL | Claim did not assert a dollarized value in USD |

However, I clearly asserted a dollarized value in US dollars, how else did BlockFi enter the data for my claim of $489.41? I reattach here the proof I submitted to KROLL.

BlockFi's basis for objection is without merit.



 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

**Name**       ███████████

**Email**      ███████████████

**Address**    ████████████████████

**Account ID**   ██████████

**Month Ending**   October 31, 2022

You earned approximately
**$0.00 \*** worth of crypto.

# October 2022  BlockFi Interest Account Statement

| | |
|---|---|
| **Flex Selection** | --- |
| **Month Ending** | October 31, 2022 |

You earned approximately
## $3.00 * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 GUSD**<br>$1.00 | 0.00013423<br>$0.00 | 0.02194132<br>$0.02 |
| **1 USDC**<br>$1.00 | 2.99655703<br>$3.00 | 489.38362475<br>$489.38 |
| **Total\*** in USD | **$3.00** | **$489.40** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

# BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

## Electronic Proof of Claim ID

If you have an EPOC ID please enter it below and select next to proceed with your claim submission.  EPOC IDs can be located on the pre-printed proof of claim forms sent via first-class mail.

EPOC ID

EPOC IDs are not required to submit a claim.  If you cannot locate your EPOC ID or do not have an EPOC ID, please select next to continue with your claim submission.

## Instructions

**Read the instructions before filling out this form. This form is for making a claim based on assets held in account of the Debtors. <u>Do not</u>** use this form to assert any other pre-petition claims. <u>**Do not**</u> use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is en itled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If  he documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed (November 28, 2022).**

☑ Check here to see further instructions on completing your claim form:

## Debtor Selection

**If you have one or more Interest-Bearing accounts (i.e. BlockFi Interest Accounts or BlockFi Private Client Fixed or Open Loans), fill in this information to identify the case:**

◉ U.S. client
○ Non-U.S. client

☑ **BlockFi Interest Account**: BlockFi Inc. (Case No. 22-19361)
☐ **BlockFi Private Client Fixed or Open Loans** : BlockFi Lending LLC (Case No. 22-19365)
☐ Other

## Claim Information

**1. Who is the current creditor?**

O her names  he creditor used with the debtor

Customer Identification Number(s):

Email Address Used to Sign Up for your BlockFi Account(s):

**2. Has this claim been acquired from someone else?**

◉ No
○ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

**Where should notices to the creditor be sent?**

Name:

███████████

Address 1 (Street address, "Care of:", or "Attention To:"):

███████████

Address 2:

Address 3:

Address 4:

City:

███████████

State or Province (use 2-letter abbreviation if US or Canada):

██

Zip Code | Postal Code:

████

Is the creditor address outside of the US?

◉ No
○ Yes

Contact phone:

███████████

Contact email:

███████████████

Should payments go to a different address?

◉ No
○ Yes

**Would you like to add any additional noticing addresses?**

◉ No
○ Yes

**4. Does this claim amend one already filed?**

◉ No
○ Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

◉ No
○ Yes

**6. Do you have any number you use to identify the debtor?**

◉ No
○ Yes

## Claim Amount

**\* 7a. To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022)**

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

BlockFi Interest Account (BlockFi Inc.; Case No. 22-19361)

**\* 7b. List the number of each type of coin held in your Wallet account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in your Wallet account(s) as of the date the case was filed).**

Please use only numerals and decimals in  he BlockFi Interest Account(s) and BlockFi Private Client Fixed or Open Loans fields, up to a maximum of 21 digits or 20 digits and 1 decimal.

Interest Bearing Accounts

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Bitcoin (BTC) | $ 16,206.3000 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Ethereum (ETH) | $ 1,167.2400 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Gemini Dollar (GUSD) | $ 1.0000 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| USD Coin (USDC) | $ 1.0000 | 489.4 | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| 1inch Network1 (INCH) | $ 0.5170 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Aave (AAVE) | $ 60.1500 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Algorand (ALGO) | $ 0.2359 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Avalanche (AVAX) | $ 12.4500 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Axie Infinity (AXS) | $ 6.5600 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Basic Attention Token (BAT) | $ 0.22322 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Binance Coin (BNB) | $ 292.7865 | | |

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Bitcoin Cash (BCH) | $ 109.9100 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Binance USD (BUSD) | $ 1.0000 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Cardano (ADA) | $ 0.3064 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Chainlink (LINK) | $ 7.1940 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Celo (CELO) | $ 0.6170 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Chiliz (CHZ) | $ 0.1642 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Compound (COMP) | $ 37.1600 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Cosmos (ATOM) | $ 9.8590 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Curve DAO Token (CRV) | $ 0.6450 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Decentraland (MANA) | $ 0.3862 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| DogeCoin (DOGE) | $ 0.09506 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| dYdX (DYDX) | $ 1.6660 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Elrond (EGLD) | $ 42.1390 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Enjin Coin (ENJ) | $ 0.2960 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| EOS (EOS) | $ 0.9034 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Fantom (FTM) | $ 0.2049 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Filecoin (FIL) | $ 4.2530 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| FTX Token (FTT) | $ 1.2923535 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Gala (GALA) | $ 0.02478 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Hedera Hashgraph (HBAR) | $ 0.0486 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Kusama (KSM) | $ 25 5900 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Litecoin (LTC) | $ 73 8500 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Loopring (LRC) | $ 0.2368 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Maker (MKR) | $ 645.4100 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Multi Collateral Dai (DAI) | $ 0.9997 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Near (NEAR) | $ 1.5900 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| OMG Network (OMG) | $ 1.1605 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| One Coin (ONE) | $ 0.0137 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| PAX Gold (PAXG) | $ 1,740.6400 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Paxos Standard Token (PAX) | $ 1.0000 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Polkadot (DOT) | $ 5.1340 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Polygon (MATIC) | $ 0.8209 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Quant (QNT) | $ 112.4100 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Render Token (RNDR) | $ 0.4672 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Serum (SRM) | $ 0.2330 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Solana (SOL) | $ 13 3200 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Stellar (XLM) | $ 0.087183 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| SushiSwap (SUSHI) | $ 1.3348 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Synthetix (SNX) | $ 1.6620 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Terra 2.0 (LUNA) | $ 0.0001552 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Tether (USDT) | $ 0.9995 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Tezos (XTZ) | $ 0.9750 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| The Graph (GRT) | $ 0.0622 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| The Sandbox (SAND) | $ 0.5531 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| THORchain (RUNE) | $ 1.1670 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Tron (TRX) | $ 0.052973 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| TrueUSD (TUSD) | $ 0.9997 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Uniswap (UNI) | $ 5.2830 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Waves (WAVES) | $ 2.3300 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Yearn.Finance (YFI) | $ 6,266.5000 | | |

Do you hold additional coins in your account not listed above?

○ No
○ Yes

## Additional Claim Information

**8. What is the basis of the claim?** (limited to 100 characters)

Amouint of money in my interest account

**9. Is all or part of the claim secured?**

◉ No
○ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.

☐ Motor vehicle

☐ Other.

**Basis for perfection:**

**Value of property (all amounts in US $ dollars):**

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

**Amount of the claim that is secured (all amounts in US $ dollars):**

**Amount of the claim that is unsecured (all amounts in US $ dollars):**

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars):**

**Interest Rate Type:**

○ Fixed
○ Variable

**Annual Interest Rate (when case was filed) %:**

**10. Is this claim based on a lease?**

◉ No
○ Yes

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars).**

**11. Is this claim subject to a right of setoff?**

◉ No
○ Yes

Iden ify the property:

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

◉ No
○ Yes

☐ Domes ic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

◉ I am the creditor.
○ I am the creditor's attorney or authorized agent.
○ I am the trustee, or the debtor, or  heir authorized agent. Bankruptcy Rule 3004.
○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

02/14/2023

Signature



I cer ify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree hat my electronic signature herein complies with he ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

**Name of the person who is completing and signing this claim:**

First name

███

Middle Name

Last name

██████

Title

Company

Address 1:

████████████

Address 2:

Address 3:

Address 4:

City:

███████

State or Province (use 2-letter abbreviation if US or Canada):

██

Zip Code | Postal Code:

████

Is the address outside of the US?

◉ No
○ Yes

Contact phone:

Contact email:

█████████████

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

◉ I have supporting documentation
○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

| 📄 Monthly_Statement(7).pdf | 24 KB |

**Attachment Filename**

| Monthly_Statement(7).pdf |

## Confirmation of Submission

### Your Form has been successfully submitted...

| DOCUMENT ID | Submitted Date Time |
|---|---|
| ███████████████████ | 2023-02-14T16:57:50.789Z |

| Status | CONFIRMATION ID |
|---|---|
| Submitted | 3275-48-VPZSG-436762427 |

| Submission Email Address |
|---|
| ████████████ |

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as your Confirmation ID.

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 682P-139J-352L-422J |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 19551 |
|---|

Claim Name

| ████████ |
|---|

Claimant Address on File

| ████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ████████ |
|---|

Block-Fi Fifteenth Omnibus Objection Response Portal

Street1

████████████

Street2

City

███████

State

███████

Zip

████

Country

███████

Telephone Number

███████

Email Address

████████████

To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.

Name:

███████████

Street1

████████████

Street2

City

████████

State

███████

Zip

████

Country

███████

Telephone Number

███████

Email Address

██████████████

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 BlockFI_Objection.doc | 23 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

████████ 2/16/2024

To whom it may concern,

With this letter I wish to reiterate my request to withdraw the assets currently located in my BlockFi BIA account.

Herebelow, you can find the exact list:

GEMINI USD quantity: 10,602.48 GUSD

Litecoin LTC quantity: 81.88117350 LTC

Bitcoin BTC quantity: 0.71467301 BTC

Ethereum ETH quantity 0.22994043 ETH

Claim Number: 19551
Claimant Name: ████████
Account ID: ████████████████████████
Short Account ID: ████████

I kindly request your prompt communication on the procedure to follow for the withdrawal.

Thank you.

Best regards,

████████

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 488A-485Z-269J-514F |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 18521 |
|---|

Claim Name

| ██████████ |
|---|

Claimant Address on File

| ████████████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |
|---|

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 🄰 | Response to Omnibus Objection.pdf | 91 KB |
| 🄰 | Monthly_Statement_October 2022 (first attachment).pdf | 39 KB |
| 🄰 | Email Feb 13 2023.pdf | 166 KB |

## Signature

Sign Here



Print Name

Email Address

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**UNITED STATES BANKRUPTCY COURT**          Chapter 11 Case No. 22-19368 (MBK)
**DISTRICT OF NEW JERSEY**

02-15-2024

In re:
BLOCKFI INC., *et al.*,

Debtors,[1]

**NOTICE OF WIND-DOWN DEBTORS' FIFTEENTH OMNIBUS
OBJECTION TO CLAIMS
(unliquidated, books and records, improper classification)**

Proof of Claim # 3275-48-YDBBG-576325088

██████████████          **RESPONSE TO DEBTORS' OMNIBUS OBJECTION
AND RESERVATION OF RIGHTS TO** ███████████████ **REQUESTS
FOR RELIEF**

---

[1]  The Wind-Down Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax
identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi
Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products
LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down
Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

**RESPONSE**

A mistake was made when completing the Claim of Proof. The amounts entered in the boxes corresponding to Bitcoin and  Gemini Dollar were the amounts of the interest earning boxes from the October statement highlighted in green in the first attachment (0.00008959 & 0.67297838) instead of the amounts of the ending balances boxes highlighted in yellow in the first attachment (0.03071742 & 97.47216609). The Proof of Claim must reflect the following amounts:

Bitcoin (BTC) $497.81 and Gemini Dollar (GUSD) $97.47.

As it has been stated in the email "Important Information Related to BlockFi Inc.'s Proof of Claim Process" of Feb 13th of 2023.

BlockFi International Ltd. General Unsecured; Amount $595.29; Basis: BIA

BlockFi International Ltd.; General Unsecured; Amount $1.93; Basis: BIA Interest

This response serves as acceptance of the incorrectg amount entered on the Proof of Claim and kindly requesting the Wind-Down Debtors to consider the correction described above as a new amount for the ongoing claim.

This response serves as acceptance of the incorrect amount entered on the Proof of Claim and kindly requesting Liquidated Debtors to consider the correction described above as a new amount for the ongoing claim.



# Important Information Related to BlockFi Inc.'s Proof of Claim Process

**BlockFi Inc Bankruptcy Noticing** <BlockFiBankruptcyNoticing@noticing.ra.kroll.com>     Mon, Feb 13, 2023 at 9:30 AM
Reply-To: blockfinoticing@ra.kroll.com
To

Please find below links to the following important documents, related to the bankruptcy proceedings of BlockFi Inc., et al. (the "Debtors"), Case No. 22-19361, United States Bankruptcy Court for the District of New Jersey:

· **Notice of Bar Dates for Submitting Proofs of Claim and Claims Under Section 503(b)(9) of the Bankruptcy Code Against the Debtors. General Bar Date: March 31, 2023, at 5:00 p.m. (prevailing Eastern time).**

· **Guide to Filling out Your Proof of Claim Form(s)**

**To file a proof of claim, to obtain a downloadable proof of claim form, or to obtain additional information on the Debtors' cases free of charge, please visit** https://restructuring.ra.kroll.com/blockfi/EPOC-Index.

PROOFS OF CLAIM MUST BE SUBMITTED BY MAIL, BY HAND, OR THROUGH KROLL RESTRUCTURING ADMINISTRATION LLC'S WEBSITE.  PROOFS OF CLAIM SUBMITTED BY FACSIMILE OR ELECTRONIC MAIL WILL NOT BE ACCEPTED AND WILL NOT BE DEEMED TIMELY SUBMITTED.

All known creditors of the Debtors, as of the November 28, 2022 petition date, are listed on the Debtors' Schedules of Assets and Liabilities ("Schedules"), filed with the Court on January 12, 2023.  In addition, the Debtors listed certain amounts held by clients in BlockFi Wallet Accounts on the Debtors' Statements of Financial Affairs ("Statements").

To protect the confidentiality of individual clients in these cases, the names and addresses of clients are not detailed on the publicly filed Schedules and Statements.  Information relating to your Scheduled Claim(s) and/or your Wallet Account Balance(s) (as of November 10, 2022, at 8:15 pm prevailing Eastern Time (equivalent to November 11, 2022, at 1:15am UTC)) is below.  For additional information please contact Kroll by phone at 888.773.0375 (Toll-free) or 646.440.4371 (International).

The Amount, Nature, and Priority of your Scheduled Claim(s) are set forth below.  If you agree with the nature, amount, and classification of your Claim as listed in the Debtors' Schedules, and if you do not dispute that your Claim is only against the Debtor specified by the Debtors, and if your Claim is not described as "disputed," "contingent," or "unliquidated," **you need not submit a Proof of Claim**.

Otherwise, or if you decide to submit a Proof of Claim, you must do so before March 31, 2023, at 5:00 p.m. (prevailing Eastern time).

BlockFi International Ltd. General Unsecured; Amount $595.29; Basis: BIA
BlockFi International Ltd.; General Unsecured; Amount $1.93; Basis: BIA Interest

Custodial BlockFi Wallet Account contents as listed on Statement of Financial Affairs Question 21 are set forth below.  Clients do not have a Scheduled Claim for the below BlockFi Wallet Account.  (If you are not listed on the Debtors' Statements as having Custodial BlockFi Wallet Account contents, no information will appear below.)

BlockFi Inc Bankruptcy Noticing

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Unsubscribe - Unsubscribe Preferences



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022 BlockFi Wallet Statement

**Name**
**Email**
**Address**



**Account ID**
**Month Ending**             October 31, 2022

You earned approximately
**$0.00 \*** worth of crypto.

# October 2022  BlockFi Interest Account Statement

**Flex Selection**                    ---
**Month Ending**                    October 31, 2022

You earned approximately
**$2.51 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | **0.00008959**<br>$1.84 | **0.03071742**<br>$629.46 |
| **1 GUSD**<br>$1.00 | **0.67297838**<br>$0.67 | **97.47216609**<br>$97.47 |
| **Total\*** in USD | **$2.51** | **$726.93** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

377S-429R-294V-995Q

○ Where can I find my Unique ID?

## Claim Information

Claim Number

23082

Claim Name

███████████

Claimant Address on File

███████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 🄰 Monthly_Statement (1).pdf | 24 KB |
| 🄰 BlockFi.pdf | 113 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

| United States Bankruptcy Court<br>District of New Jersey | |
|---|---|
| BLOCKFI INC., et al.,<br>                    Debtors | Chapter 11<br>Case No. 22-19361 |
| WIND-DOWN DEBTORS' FIFTEETH OMNIBUS<br>OBJECTION TO CLAIMS (unliquidated, books<br>and records, improper classification) | Claim No - 23082 |

The court should not sustain the objection to these claims. The claims filed against the debtor were according to the information and instructions provided by the debtor. Documentation has been provided to support these claims on multiple occasions.



 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

| **Name** |  |
| **Email** | |
| **Address** | |
| | |
| **Account ID** | |
| **Month Ending** | October 31, 2022 |

You earned approximately
**$11.33 *** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 GUSD**<br>$1.00 | 0 | **11.33000000**<br>$11.33 | **11.33000000**<br>$11.33 |
| **Total*** in USD | **$0.00** | **$11.33** | **$11.33** |

# October 2022  BlockFi Interest Account Statement

**Flex Selection**                    ---
**Month Ending**                      October 31, 2022

You earned approximately
**$9.40 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | **0.00011346**<br>$2.33 | **0.03891200**<br>$797.38 |
| **1 ETH**<br>$1,572.90 | **0.00449624**<br>$7.07 | **1.54122199**<br>$2,424.19 |
| **Total\*** in USD | **$9.40** | **$3,221.57** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by he Objection, he Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

889T-600D-922T-804R

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: click here to download
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

15772

Claim Name

▇▇▇▇▇▇

Claimant Address on File

▇▇▇▇▇▇▇▇▇▇▇▇

To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Fifteenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 2024-02-20 Objection to Fifteenth Omnibus Objection.pdf | 239 KB |

BlockFi Fifteenth Omnibus Objection Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.



To:
BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

And:
Office of the United States Trustee for the District of New Jersey
One Newark Center, Suite 2100
Newark, NJ 07102
Attn: Jeffrey Sponder, Esq. and Lauren Bielskie, Esq.

And:
The Honorable Chief Judge Michael B. Kaplan
United States Bankruptcy Court For The District Of New Jersey

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BlOCKFI INC., et al., | Case No. 22-19361 (MBK) |
| Debtors.[1] | Jointly Administered |

### Response to "Wind-Down Debtors' Fifteenth Omnibus Objection To Claims"

February 20th, 2024

I am a BlockFi account holder and filed my Proof of Claim on March 31, 2023, which got assigned the Claim Number 15772.

I write you in response to the "Wind-Down Debtors' Fifteenth Omnibus Objection To Claims" (the "Objection") filed by BlockFi on January 24, 2024 as Docket 2070, and all other documents included in that docket.

---

[1] The Wind-Down Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

The Objection seeks to modify my Claim according to the table below which is an excerpt of Schedule 1 of the Objection, where "BR" means "Asserted claim amount does not match BlockFi's books and records" and "UL" "Claim did not assert a dollarized value in USD":

| Claim Info | | | | | Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Basis for Objection | Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA / BPC | Int BIA / BPC Interest | Intl Loan | Surviving Claim Entity | Expunge / Modify |
| 15772 | Redacted | 3/31/2023 | BlockFi International Ltd | UL, BR | 15772 | | | | | | | | 25,930 08 | BlockFi International LTD | Mod fy |

For the avoidance of doubt, the release from claims against me that came with not opting out of the Plan's Third Party Release remains untouched by this Objection, regardless of the Surviving Claim Entity ("Creditors who do not "opt out" will be deemed to have consensually released their Claims against third parties and will receive a release from the Debtors of all claims other than Retained Preference Claims." [from the "Disclosure Statement to Third Amended Plan" that was part of the Solicitation Package / Plan Voting Materials]).

Notably, BlockFi classifies me as a class 3-c customer of the Plan as is evident from previous communication with me, regardless of the Filed Debtor Entity and Surviving Claim Entity, for example as communicated in the email "BlockFi Inc., et al. – Voting Materials" on August 18 2023 and confirmed in "BlockFi Inc., et al. – Voting Materials" on September 8 2023 (the "Voting Materials Emails"), screenshots of which are provided below:




As the treatment for class 3-c customers defined in the Plan and Disclosure Statement does not include any Payback or Set Off of the principal or interest of the loaned amount (the "Loan"), the Set Off and Loan payback are effectively waived for me as a class 3-c customers that opted for the Third Party release, which remains unchanged by the Objection.

Any later re-classification into a different customer class must be dismissed, as the Third Party Release is based on the classification that was effective at the time of voting and opting-in or opting-out of the Third Party Release.

Additionally, I object to my claim value being estimated on valuations at the Petition Date. While the Capping Motion acknowledged the volatile nature of digital assets, it came to the conclusion that dollarization at a "date selected by the claimant", other than the Petition Date, would be "infeasible and unfair", while in reality dollarization at the Petition Date, which was selected by BlockFi, is unfair as it unilaterally favors BlockFi, not giving the creditors any choice. Much rather, it is infeasible to dollarize amounts at any other time than the actual payout time. Also, there are payout schemes with dollarization on other dates than the Petition Date possible, as described later, which are not infeasible.

Based on the considerations above, I propose the following fair and feasible payout scheme (the "Scheme") for my claim which does not require dollarization in advance:

- For the purpose of defining an initial reserve for an Interim Payout, the reserve can be estimated as the maximum of the Scheduled Amount and the Filed Amount, similar to BlockFi's proposal for Schedule A amounts of the Capping Motion. Just for the purpose of defining an initial reserve for the Interim Payout the Filed Amount can be estimated by dollarization as of the day the reserve is being built, which should not however constitute a cap.

- The Interim Payment in USD can be based on this reserved amount.

- On unlocking of additional funds, for example from BlockFi's debtors like FTX and Alameda, additional payouts can be made, in USD.

- Each such payment, including the Interim Payment, gets deducted from the remaining Filed Amount by individually calculating the in-kind equivalent of the paid-out USD amount based on exchange rates on the day of payout.

- Payments continue until the Filed Amount minus the in-kind equivalents of paid-out amounts calculated on their respective day of payout reaches a value of 0.

This is a fair approach as it does not rely on dollarization on a date chosen by the creditor

(which BlockFi deems unfair), and does serve every creditor fairly according to their claims. This approach is also feasible as payouts happen in USD as the currency of the United States. Notably this scheme works without capping claims, which shows again that capping of my claim is non-mandatory.

In spirit of moving forward with the bankruptcy case and facilitate payouts, I allow my claim being served according to the Scheme, alternatively to the in-kind payment as requested by my Proof of Claim.

Last, I object not getting an immediate payment as part of the First Interim Payout, regardless of whether my claim has been allowed or not yet. My objection to the Capping Motion described in detail why there is no reason to delay such payment.

There is no justification to wait with the Interim Payment until allowance of the claim, as the the Interim Payment can, if not on the reserve described in the Scheme, always at least be based on the Scheduled Amount, which BlockFi's Capping Motion considers a minimum for Schedule A and Schedule B, such that it can safely be considered a minimum for the Interim Payment. I therefore object my Interim Payment being delayed until allowance of my Claim and shall receive a timely fist Interim Payment based on at least the Scheduled Amount as a minimum even before allowance of my Claim.

Additionally, all proof and argumentation set forth in my Proof of Claim, shall also be included as part of this objection.

I reserve and retain all rights, claims and remedies against the Debtor or any other parties, regardless of whether such rights, claims or remedies are known or unknown to me at the time, including, but not limited to, the right to pursue any and all claims for damages, losses, costs, expenses or the relief, arising from or related to the Debtor's actions or omissions or any other parties' actions or omissions, and whether such claims arise before, during or after the pendency of the bankruptcy case.

For privacy reasons, this document does not include my email address and telephone number. Also, personal information has been redacted from the screenshots of the Voting Materials Emails included above. This information and the original screenshot has been submitted separately to the Wind-Down Debtor's counsel, in line with footnote 5 of the Objection.

Kind regards,

██████

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by he Objection, he Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 678G-628Q-784Z-817U |
| --- |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 23006 |
| --- |

Claim Name

| ▆▆▆▆▆▆▆▆ |
| --- |

Claimant Address on File

| ▆▆▆▆▆▆▆▆ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
| --- |

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

███████████

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.

**Upload Here**

| 📄 Dear Blockfi.pdf | 27 KB |
|---|---|

## Signature

**Sign Here**

**Print Name**

**Email Address**

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

Dear blockfi team, or in case, kroll

I am hereby writing to you in order to remind you of the claim regarding the cryptoassets recognized in my BlockFi account. In particular, I request the preferential return of all these cryptoassets when the time comes for their liquidation.

Is interest, as a creditor of BlockFi, to have the ability to receive the cryptoassets that I has been recognized as a credit in the account on a preferential basis, rather than receiving them in cash (FIAT Currency).

---------------------------------------------------------------------------------------------------------------------

Estimado equipo de blockfi, o en su caso, kroll

Por la presente me dirijo a ustedes con el fin de recordarles la reclamación relativa a los criptoactivos reconocidos en mi cuenta BlockFi. En particular, solicito la devolución preferente de todos estos criptoactivos cuando llegue el momento de su liquidación.

Es mi interés, como acreedor de BlockFi, tener la posibilidad de recibir los criptoactivos que me han sido reconocidos como crédito en la cuenta de forma preferente, en lugar de recibirlos en efectivo (Moneda FIAT).

BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 539B-817G-494G-497I |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 27832 |
|---|

Claim Name

| ▆▆▆▆▆▆▆▆▆▆ |
|---|

Claimant Address on File

| ▆▆▆▆▆▆▆▆▆▆ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |
|---|

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

████████

Email Address

██████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fifteenth Omnibus Objection Response Portal

Upload Here

| 🅰 Dear Blockfi.pdf | 27 KB |
|---|---|

## Signature

Sign Here



Print Name

████████████

Email Address

████████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

Dear blockfi team, or in case, kroll

I am hereby writing to you in order to remind you of the claim regarding the cryptoassets recognized in my BlockFi account. In particular, I request the preferential return of all these cryptoassets when the time comes for their liquidation.

Is interest, as a creditor of BlockFi, to have the ability to receive the cryptoassets that I has been recognized as a credit in the account on a preferential basis, rather than receiving them in cash (FIAT Currency).

-----------------------------------------------------------------------------------------------------------------

Estimado equipo de blockfi, o en su caso, kroll

Por la presente me dirijo a ustedes con el fin de recordarles la reclamación relativa a los criptoactivos reconocidos en mi cuenta BlockFi. En particular, solicito la devolución preferente de todos estos criptoactivos cuando llegue el momento de su liquidación.

Es mi interés, como acreedor de BlockFi, tener la posibilidad de recibir los criptoactivos que me han sido reconocidos como crédito en la cuenta de forma preferente, en lugar de recibirlos en efectivo (Moneda FIAT).

BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by he Objection, he Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 779X-454T-566I-483Z |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 25662 |
|---|

Claim Name

| ███████████ |
|---|

Claimant Address on File

| ███████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |
|---|

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fifteenth Omnibus Objection Response Portal

Upload Here

| 📄 Dear Blockfi.pdf | 27 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

Dear blockfi team, or in case, kroll

I am hereby writing to you in order to remind you of the claim regarding the cryptoassets recognized in my BlockFi account. In particular, I request the preferential return of all these cryptoassets when the time comes for their liquidation.

Is interest, as a creditor of BlockFi, to have the ability to receive the cryptoassets that I has been recognized as a credit in the account on a preferential basis, rather than receiving them in cash (FIAT Currency).

---------------------------------------------------------------------------------------------------------------------

Estimado equipo de blockfi, o en su caso, kroll

Por la presente me dirijo a ustedes con el fin de recordarles la reclamación relativa a los criptoactivos reconocidos en mi cuenta BlockFi. En particular, solicito la devolución preferente de todos estos criptoactivos cuando llegue el momento de su liquidación.

Es mi interés, como acreedor de BlockFi, tener la posibilidad de recibir los criptoactivos que me han sido reconocidos como crédito en la cuenta de forma preferente, en lugar de recibirlos en efectivo (Moneda FIAT).

BlockFi Fifteenth Omnibus Objection Response Portal

## BlockFi Fifteenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by he Objection, he Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 786L-918H-966E-254N |
| --- |

○ Where can I find my Unique ID?

### Claim Information

Claim Number

| 23982 |
| --- |

Claim Name

| ███████████ |
| --- |

Claimant Address on File

| ███████████ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |
| --- |

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

████████████

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fifteenth Omnibus Objection Response Portal

**Upload Here**

| 🅐 Dear Blockfi.pdf | 27 KB |
|---|---|

## Signature

**Sign Here**



**Print Name**

███████████

**Email Address**

████████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

Dear blockfi team, or in case, kroll

I am hereby writing to you in order to remind you of the claim regarding the cryptoassets recognized in my BlockFi account. In particular, I request the preferential return of all these cryptoassets when the time comes for their liquidation.

Is interest, as a creditor of BlockFi, to have the ability to receive the cryptoassets that I has been recognized as a credit in the account on a preferential basis, rather than receiving them in cash (FIAT Currency).

---------------------------------------------------------------------------------------------------------------

Estimado equipo de blockfi, o en su caso, kroll

Por la presente me dirijo a ustedes con el fin de recordarles la reclamación relativa a los criptoactivos reconocidos en mi cuenta BlockFi. En particular, solicito la devolución preferente de todos estos criptoactivos cuando llegue el momento de su liquidación.

Es mi interés, como acreedor de BlockFi, tener la posibilidad de recibir los criptoactivos que me han sido reconocidos como crédito en la cuenta de forma preferente, en lugar de recibirlos en efectivo (Moneda FIAT).

BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by he Objection, he Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 679R-202U-541Y-255R |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 16759 |
|---|

Claim Name

| ▮▮▮▮▮▮ |
|---|

Claimant Address on File

| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

|  |
|---|

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 BLockfi request.pdf | 20 KB |
| 📄 2021 1099-B copy.pdf | 349 KB |
| 📄 15th Omni Email Merge._Part2919.pdf | 178 KB |

## Signature

Sign Here



Print Name

█████████

Email Address

███████████████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

Hello,

I have attached two documents from Blockfi showing how much I paid into my account, and how much my claim is apparently for only because this company SCAMMED me. I just want my money back. I understand what's happened I just know it's bogus.

███████████████

**Wind-Down Debtors: BlockFi Inc et al.**
**15th Omnibus Objection**

All proofs of claim not listed as the surviving claim number will be expunged. Surviving claims will be modified and allowed against the debtor entity and in the amount(s) shown per BlockFi's books and records.

**Legend: Basis for Objection**

BR    Asserted claim amount does not match BlockFi's books and records
UL    Claim did not assert a dollarized value in USD
IC    Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity

### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Basis for Objection |
|---|---|---|---|---|
| 16759 | ▮ | 03/01/2023 | BlockFi Inc. | UL, BR |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 16759 | $452.82 | $1.20 | | | | | | | BlockFi Inc. |

| Expunge/Modify |
|---|
| Modify |

# RECIPIENT INFORMATION





**BLOCKFI LENDING LLC**
**201 Montgomery Street, Suite 263**
**Jersey City, NJ 07302**
**(646) 779-9688**

Account No.

**Recipients Tax ID -**

**Payer's Tax ID - 82-2390015**

☒ **Box 5: Check if noncovered security**

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

| Section 1 - Short-Term Capital Gains and Losses - Assets Held One Year or Less (Box 2) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description of Property (1a) | Date Acquired (1b) | Date Disposed (1c) | Proceeds (1d) | Cost Basis (1e) | Wash Sale Loss Disallowed (1g) | Federal Income Tax Withheld (4) | State (14) / State Tax Withheld(16) |
| 500.00 GUSD | 1/7/2021 | 1/8/2021 | 500.00 | 500.00 | 0.00 | 0.00 | |
| 0.0106131 BTC | 1/8/2021 | 1/8/2021 | 400.00 | 409.73 | 0.00 | 0.00 | |
| 400.00 GUSD | 1/8/2021 | 1/8/2021 | 400.00 | 400.00 | 0.00 | 0.00 | |
| 20.00 GUSD | 1/15/2021 | 1/16/2021 | 20.00 | 20.00 | 0.00 | 0.00 | |
| 20.00 GUSD | 1/15/2021 | 1/16/2021 | 20.00 | 20.00 | 0.00 | 0.00 | |
| 40.00 GUSD | 2/19/2021 | 2/21/2021 | 40.00 | 40.00 | 0.00 | 0.00 | |
| 60.00 GUSD | 2/19/2021 | 2/21/2021 | 60.00 | 60.00 | 0.00 | 0.00 | |
| 50.00 GUSD | 3/9/2021 | 3/10/2021 | 50.00 | 50.00 | 0.00 | 0.00 | |
| 500.00 GUSD | 3/18/2021 | 3/20/2021 | 500.00 | 500.00 | 0.00 | 0.00 | |
| 50.00 GUSD | 3/31/2021 | 4/18/2021 | 50.00 | 50.00 | 0.00 | 0.00 | |
| **Totals** | | | **$2040.00** | **$2049.73** | | | |

\* - Asset was transferred onto exchange. Cost basis obtainment originated off exchange.

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| Section 2 - Long-Term Capital Gains and Losses - Assets Longer than One Year (Box 2) | | | | | | |
|---|---|---|---|---|---|---|
| Description of Property (1a) | Date Acquired (1b) | Date Disposed (1c) | Proceeds (1d) | Cost Basis (1e) | Wash Sale Loss Disallowed (1g) | Federal Income Tax Withheld (4) | State (14) / State Tax Withheld(16) |
| **Totals** | | | **$0.00** | **$0.00** | | | |

\* - Asset was transferred onto exchange. Cost basis obtainment originated off exchange.

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

**1099-B Instructions for Recipient**

Form 1099-B reports proceeds from (and in some cases, basis for) the disposition of capital asset transactions. This form is delivered to both you and the IRS.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account Number:** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1a:** Shows a brief description of the asset and quantity for which amounts are being reported. This asset and quantity represent what was being disposed of (sent).

**Box 1b: (Date Acquired).** Shows the date that the asset being disposed of was acquired. This box may be blank if the acquisition originated on another platform. If Date Acquired is blank, the Cost Basis (see below) will also be blank, representing the fact that cost basis and the associated cost basis acquisition date are unknown. An unknown asset acquisition date and cost basis results from assets being transferred onto the platform.

**Box 1c:** Shows the disposal date of the sale or exchange of a capital asset.

**Box 1d:** Shows the USD proceeds, reduced by any commissions or transfer taxes related to the disposition.

**Cost Basis.** Shows the cost basis of the asset being disposed of. If Cost Basis is blank, Date Acquired (see above) will also be blank, representing the fact that cost basis and the associated cost basis acquisition date are unknown. An unknown asset acquisition date and cost basis results from assets being transferred onto the platform.

**Box 1g.** Shows the amount of a wash sale loss that is disallowed.

**Box 2:** The short-term and long-term boxes pertain to short-term gain or loss and long-term gain or loss.

**Box 4.** Shows the amount of backup withholding applied, if any.

**Box 5:** If checked, the property being disposed of were noncovered securities and boxes 1b and 1e may be blank.

**Box 14.** Shows the state of the recipient, if separate State filing is applicable.

**Box 16.** Shows the amount of state taxes withheld, if any.

For additional information relating to Form 1099-B and its instructions, go to www.irs.gov/Form1099B

---

**Instructions for Completing IRS 8949**

As a US citizen or resident that transacted virtual currency ("cryptocurrency"), it is your responsibility to furnish an IRS Form 8949 and include the form with your tax return. Each transaction reported on Form 1099-B is to be reported by you on Form 8949. Instructions on how to report each transaction on Form 8949 are as follows:

Transactions with Cost Basis

If Box 1b, Date Acquired and Box 1e, Cost Basis, are populated for a given transaction, then you should directly transpose the information for each transaction onto IRS Form 8949 with Box "A" checked for short-term transactions and Box "D" checked for long-term transactions.

Transactions with Missing Cost Basis

If Box 1b, Date Acquired, and Box 1e, Cost Basis, are missing for a given transaction, then you should transpose the available information for each transaction onto IRS Form 8949 with Box "B" for short-term transactions and Box "E" for long-term transactions. It is your responsibility to fill in your asset acquisition dates and cost basis information on Form 8949 for such transactions.

Taxpayers may fill in any missing cost basis information themselves or with the help of an accountant. BlockFi has partnered with cryptocurrency tax software and accounting firm TaxBit in order to automatically aggregate a user's transactions across platforms, accurately fill in cost basis information, and produce their completed IRS Form 8949's in a variety of formats compatible with popular tax filing software. BlockFi users can receive a 10% discount, start a free TaxBit trial account, and complete their cryptocurrency tax filings here: https://taxbit.com/invite/blockfi.

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by he Objection, he Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 824A-447D-313P-852U |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 25521 |
|---|

Claim Name

| ███████████ |
|---|

Claimant Address on File

| ████████████████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| ███████████ |
|---|

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

████████████

Street2

████████

City

██████

State

██

Zip

███

Country

██

Telephone Number

█████████

Email Address

██████████████

To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.

Name:

██████████

Street1

████████

Street2

████████

City

██████

State

██

Zip

████

Country

██

Telephone Number

█████████

Email Address

█████████████

## Document Upload

Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.

Upload Here

| | |
|---|---|
| 📄 Trade Report.pdf | 164 KB |
| 📄 Response to Block-Fi.pdf | 230 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

Hi Team,

My name is ███████████████ and I am resident of █████ with my permanent address as ████
███████████████████████ and contact number as ███████████ .

I have BlockFi account with account Id as ██████████████████████ and I am a loyal customer since long time. I trusted BlockFi and saved my crypto assets on the platform and transferred the assets from my wallet account to BIA account in order to earn Interest.

As of February 20th, 2024, my BlockFI BIA account is having multiple crypto assets which I transferred from my BlockFI wallet account prior to BlockFI filed for Bankruptcy. I want to show the current balance of the different crypto assets currently available in my BIA account, hence pasting the screenshot below.



I have deposited 1.2439 ETH from my BlockFI wallet to my BlockFI BIA account on 06/09/2022 14:27 and other Crypto assets on different dates which is available in trade report (attached as second document). Although I had withdrew few assets from my BIA account to my wallet and few of my request for withdrawal were not even executed which were made on 14/11/2022 (can refer trade report). Still I had many Crypto in my BlockFI BIA wallet as on date when BlockFI made pause on its platform and even on today (20/02/2024) (above screenshot).

There are 3 objections raised which are:

1)  BR- (Asserted claim amount does not match BlockFi's books and records)- Please refer my BlockFi account (account ID- ████████████████████ with the BlockFI books and record.

2)  UL- (Claim did not assert a dollarized value in USD)- As per my understanding, the Value of my crypto assets in my BlockFI BIA account at the time when BlockFI stopped the transfer of assets should be US $1,972.84 (US $1,967.61 + US $5.23) . As per my understanding, this amount was duly mentioned at the time of filing claim.

3)  IC- (Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity)- Being a Citizen ██████████████████████████

██████ I am not well verse of the law/rules within the state. Claim if improperly asserted is due to the different interpretation of the Claim form.

I am the rightful owner of my Crypto assets and objections raised should be dealt with the utmost care taking due care about the trust customers had on the BlockFi.

I would sincerely request to consider my claim as appropriate basis the facts mentioned above, please let me know in case any additional information is required from my end.

Looking forward a positive response and getting my Hard Earned blocked money back.

Regards,

██████████████

| Crypto | Amount | Transaction Type | Confirmed At |
|---|---|---|---|
| BTC | -0.000013 | Withdrawal Fee | 14.11.2023 16:37 |
| BTC | -0.000047 | Withdrawal | 14.11.2023 16:37 |
| BTC | 0.03124976 | UI Update: BIA to Wallet Transfer Request Not Executed | 14.11.2022 23:59 |
| BTC | 0.03118976 | UI Update: Wallet to BIA Transfer Request Not Executed | 14.11.2022 23:59 |
| GUSD | 9.19 | UI Update: BIA to Wallet Transfer Request Not Executed | 14.11.2022 23:59 |
| GUSD | 9.19 | UI Update: Wallet to BIA Transfer Request Not Executed | 14.11.2022 23:59 |
| GUSD | 9.19 | BIA Deposit | 14.11.2022 14:28 |
| BTC | 0.03124976 | BIA Deposit | 14.11.2022 14:28 |
| GUSD | 9.19 | BIA Withdraw | 14.11.2022 14:26 |
| BTC | 0.03118976 | BIA Withdraw | 14.11.2022 14:26 |
| BTC | -0.00025 | Withdrawal Fee | 01.11.2022 17:33 |
| BTC | -0.00345 | Withdrawal | 01.11.2022 17:33 |
| BTC | 0.00037913 | Interest Payment | 31.10.2022 23:59 |
| BTC | 0.00088 | BIA Withdraw | 31.10.2022 16:02 |
| BTC | 0.00288 | BIA Withdraw | 31.10.2022 16:02 |
| GUSD | 9.19 | BIA Deposit | 29.10.2022 16:29 |
| GUSD | 9.19 | Bonus Payment | 20.10.2022 23:59 |
| BTC | 0.00033013 | Interest Payment | 30.09.2022 23:59 |
| **BTC** | **0.03388066** | **BIA Deposit** | **06.09.2022 14:27** |
| **ETH** | **1.24393162** | **BIA Deposit** | **06.09.2022 14:27** |
| ETH | -0.41342074 | Trade | 06.09.2022 14:26 |
| BTC | 0.03388066 | Trade | 06.09.2022 14:26 |
| ETH | 1.65735236 | BIA Withdraw | 06.09.2022 14:22 |
| BTC | 0.00035984 | Interest Payment | 31.08.2022 23:59 |
| USDC | 0.0079835 | BIA Deposit | 13.08.2022 05:41 |
| ETH | 0.04393777 | BIA Deposit | 13.08.2022 05:40 |
| LINK | -9.67352438 | Trade | 13.08.2022 05:40 |
| ETH | 0.04393778 | Trade | 13.08.2022 05:40 |
| LINK | 9.67352438 | BIA Withdraw | 13.08.2022 05:39 |
| ETH | 0.03427811 | BIA Deposit | 13.08.2022 05:38 |
| AVAX | -2.35326487 | Trade | 13.08.2022 05:38 |
| ETH | 0.03427811 | Trade | 13.08.2022 05:38 |
| AVAX | 2.35326486 | BIA Withdraw | 13.08.2022 05:37 |
| ETH | 1.20965958 | BIA Deposit | 01.08.2022 02:56 |
| BTC | -0.08918306 | Trade | 01.08.2022 02:55 |
| ETH | 1.20965958 | Trade | 01.08.2022 02:55 |
| BTC | 0.08918306 | BIA Withdraw | 01.08.2022 02:54 |
| BTC | 0.0004531 | Interest Payment | 31.07.2022 23:59 |
| ETH | 0.16701337 | BIA Deposit | 30.07.2022 16:47 |
| USDC | -294.69 | Trade | 30.07.2022 16:46 |
| ETH | 0.16701337 | Trade | 30.07.2022 16:46 |
| USDC | 294.6979835 | BIA Withdraw | 30.07.2022 16:35 |
| BTC | 0.03741051 | BIA Deposit | 29.07.2022 14:04 |
| USDT | -908.660914 | Trade | 29.07.2022 14:04 |
| BTC | 0.03741051 | Trade | 29.07.2022 14:04 |
| USDT | 908.660914 | BIA Withdraw | 29.07.2022 14:02 |

| | | | |
|---|---|---|---|
| BTC | 0.01140768 | BIA Deposit | 27.07.2022 16:00 |
| USDC | -250.004121 | Trade | 27.07.2022 15:59 |
| BTC | 0.01140768 | Trade | 27.07.2022 15:59 |
| USDC | 250 | BIA Withdraw | 27.07.2022 02:53 |
| BTC | 0.01167011 | BIA Deposit | 26.07.2022 02:31 |
| USDC | -250 | Trade | 26.07.2022 02:30 |
| BTC | 0.01167011 | Trade | 26.07.2022 02:30 |
| USDC | 250 | BIA Withdraw | 26.07.2022 02:29 |
| BTC | 0.01122349 | BIA Deposit | 25.07.2022 07:02 |
| USDC | -249.9958791 | Trade | 25.07.2022 07:02 |
| BTC | 0.01122349 | Trade | 25.07.2022 07:02 |
| USDC | 228 | BIA Withdraw | 25.07.2022 07:01 |
| USDC | 22 | BIA Withdraw | 25.07.2022 07:00 |
| USDC | 500 | BIA Deposit | 25.07.2022 06:19 |
| USDC | 500 | BIA Withdraw | 25.07.2022 05:34 |
| USDC | 392.0671793 | BIA Deposit | 20.07.2022 08:30 |
| BTC | -0.01701 | Trade | 20.07.2022 08:29 |
| USDC | 392.0671793 | Trade | 20.07.2022 08:29 |
| BTC | 0.01701 | BIA Withdraw | 20.07.2022 08:28 |
| USDT | 300.817339 | BIA Deposit | 20.07.2022 08:28 |
| ETH | -0.2 | Trade | 20.07.2022 08:27 |
| USDT | 300.817339 | Trade | 20.07.2022 08:27 |
| ETH | 0.2 | BIA Withdraw | 20.07.2022 08:27 |
| LTC | 0.01317854 | BIA Deposit | 19.07.2022 14:02 |
| BTC | 0.0000905 | BIA Deposit | 19.07.2022 14:02 |
| USDT | 607.843575 | BIA Deposit | 19.07.2022 14:01 |
| ETH | -0.4 | Trade | 19.07.2022 14:01 |
| USDT | 607.843575 | Trade | 19.07.2022 14:01 |
| ETH | 0.4 | BIA Withdraw | 19.07.2022 13:59 |
| USDC | 652.6308042 | BIA Deposit | 19.07.2022 01:54 |
| BTC | -0.03 | Trade | 19.07.2022 01:54 |
| USDC | 652.6308042 | Trade | 19.07.2022 01:54 |
| BTC | 0.03 | BIA Withdraw | 19.07.2022 01:51 |
| BTC | 0.00026517 | Interest Payment | 30.06.2022 23:59 |
| ETH | 0.22975218 | BIA Deposit | 21.06.2022 01:52 |
| LTC | -0.15634641 | Trade | 21.06.2022 01:41 |
| ETH | 0.00713419 | Trade | 21.06.2022 01:41 |
| LTC | -4.88115465 | Trade | 21.06.2022 01:40 |
| ETH | 0.22261799 | Trade | 21.06.2022 01:40 |
| LTC | 5.0506796 | BIA Withdraw | 21.06.2022 01:37 |
| BTC | 0.0000905 | Bonus Payment | 09.06.2022 18:28 |
| BTC | 0.00030065 | Interest Payment | 31.05.2022 23:59 |
| AVAX | 2.35326486 | BIA Deposit | 20.05.2022 17:07 |
| BTC | 0.00104096 | BIA Deposit | 20.05.2022 17:06 |
| AVAX | -1.09078716 | Trade | 20.05.2022 17:03 |
| BTC | 0.00104096 | Trade | 20.05.2022 17:03 |
| AVAX | 2.22882171 | BIA Withdraw | 20.05.2022 17:01 |

| | | | |
|------|------|------|------|
| AVAX | 1.21523031 | Bonus Payment | 13.05.2022 16:07 |
| BTC | 0.00039891 | Interest Payment | 30.04.2022 23:59 |
| AVAX | 2.22882171 | BIA Deposit | 08.04.2022 07:59 |
| ETH | -0.06102866 | Trade | 08.04.2022 07:59 |
| AVAX | 2.22882171 | Trade | 08.04.2022 07:59 |
| ETH | 0.06102866 | BIA Withdraw | 08.04.2022 07:58 |
| UNI | 0.00067917 | BIA Deposit | 06.04.2022 09:09 |
| PAXG | 3.00E-08 | BIA Deposit | 06.04.2022 09:09 |
| BTC | 0.00758741 | BIA Deposit | 06.04.2022 09:09 |
| UNI | -29.29515419 | Trade | 06.04.2022 09:08 |
| BTC | 0.00689139 | Trade | 06.04.2022 09:08 |
| UNI | -2.95763023 | Trade | 06.04.2022 09:06 |
| BTC | 0.00069602 | Trade | 06.04.2022 09:06 |
| UNI | 32.25346359 | BIA Withdraw | 06.04.2022 09:05 |
| BTC | 0.01460748 | BIA Deposit | 06.04.2022 09:03 |
| PAXG | -0.3498513 | Trade | 06.04.2022 09:02 |
| BTC | 0.01460748 | Trade | 06.04.2022 09:02 |
| PAXG | 0.34985133 | BIA Withdraw | 06.04.2022 09:01 |
| BTC | 0.03973709 | BIA Deposit | 06.04.2022 08:59 |
| BTC | 0.03973709 | BIA Withdraw | 06.04.2022 08:52 |
| BTC | 0.00031956 | Interest Payment | 31.03.2022 23:59 |
| ETH | 5.00E-08 | BIA Deposit | 22.03.2022 09:24 |
| BTC | 0.03893414 | BIA Deposit | 22.03.2022 09:24 |
| ETH | -0.557825 | Trade | 22.03.2022 09:23 |
| BTC | 0.03893414 | Trade | 22.03.2022 09:23 |
| ETH | 0.55782505 | BIA Withdraw | 22.03.2022 09:22 |
| ETH | 0.84587189 | BIA Deposit | 17.03.2022 16:42 |
| ETH | 0.84587189 | Crypto Transfer | 17.03.2022 16:23 |
| PAXG | 0.34985133 | BIA Deposit | 17.03.2022 03:18 |
| PAXG | 0.34985133 | BIA Withdraw | 17.03.2022 03:10 |
| BTC | 0.00019624 | Interest Payment | 28.02.2022 23:59 |
| BTC | 0.00022588 | Interest Payment | 31.01.2022 23:59 |
| ETH | -0.22960123 | Trade | 21.01.2022 04:34 |
| PAXG | 0.34985134 | Trade | 21.01.2022 04:34 |
| LINK | -6.10187694 | Trade | 14.01.2022 14:50 |
| ETH | 0.04494538 | Trade | 14.01.2022 14:50 |
| BTC | 0.00005871 | Bonus Payment | 13.01.2022 19:47 |
| LINK | -8.78013857 | Trade | 08.01.2022 05:38 |
| ETH | 0.07167208 | Trade | 08.01.2022 05:38 |
| UNI | 0.0028301 | Interest Payment | 31.12.2021 23:59 |
| LTC | 0.00128644 | Interest Payment | 31.12.2021 23:59 |
| LINK | 0.01852712 | Interest Payment | 31.12.2021 23:59 |
| ETH | 0.00079522 | Interest Payment | 31.12.2021 23:59 |
| ETH | -0.1534489 | Trade | 30.12.2021 13:30 |
| UNI | 32.25063349 | Trade | 30.12.2021 13:30 |
| ETH | -0.20001787 | Trade | 29.12.2021 04:24 |
| LTC | 5.04939316 | Trade | 29.12.2021 04:24 |

| | | | |
|---|---|---|---|
| ETH | -0.13385225 | Trade | 23.12.2021 10:28 |
| LINK | 24.53701277 | Trade | 23.12.2021 10:28 |
| ETH | 0.9452 | Crypto Transfer | 23.12.2021 10:08 |
| BTC | 0.00000256 | Interest Payment | 30.11.2021 23:59 |
| BTC | -0.01065775 | Withdrawal | 02.11.2021 16:47 |
| BTC | 0.00005632 | Interest Payment | 31.10.2021 23:59 |
| BTC | -0.01059143 | Withdrawal | 13.10.2021 14:40 |
| ETH | 6.80E-07 | Interest Payment | 30.09.2021 23:59 |
| BTC | 0.00007122 | Interest Payment | 30.09.2021 23:59 |
| ETH | -0.00033144 | Trade | 17.09.2021 17:39 |
| BTC | 0.00002368 | Trade | 17.09.2021 17:39 |
| BTC | 0.00605051 | Crypto Transfer | 07.09.2021 05:26 |
| ETH | 9.30E-07 | Interest Payment | 31.08.2021 23:59 |
| BTC | 0.00004931 | Interest Payment | 31.08.2021 23:59 |
| BTC | 0.00045112 | Bonus Payment | 12.08.2021 23:59 |
| ETH | 9.30E-07 | Interest Payment | 31.07.2021 23:59 |
| BTC | 0.00005897 | Interest Payment | 31.07.2021 23:59 |
| BTC | -0.01448805 | Withdrawal | 07.07.2021 18:39 |
| BTC | 0.0001158 | Interest Payment | 30.06.2021 23:59 |
| ETH | 9.00E-07 | Interest Payment | 30.06.2021 23:59 |
| ETH | 0.00032868 | Interest Payment | 31.05.2021 23:59 |
| BTC | 0.0001155 | Interest Payment | 31.05.2021 23:59 |
| ETH | -0.22673126 | Withdrawal | 13.05.2021 20:46 |
| ETH | 0.22673127 | Crypto Transfer | 01.05.2021 15:00 |
| BTC | 0.0287448 | Crypto Transfer | 01.05.2021 14:49 |

BlockFi Fifteenth Omnibus Objection Response Portal

## BlockFi Fifteenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by he Objection, he Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

533M-514D-189S-874P

○ Where can I find my Unique ID?

### Claim Information

Claim Number

28363

Claim Name

███████████████

Claimant Address on File

███████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

█████████████

Email Address

█████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fifteenth Omnibus Objection Response Portal

Upload Here

| 🅰 Dear Blockfi.pdf | 27 KB |
|---|---|

## Signature

Sign Here



Print Name

████████████████

Email Address

████████████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

Dear blockfi team, or in case, kroll

I am hereby writing to you in order to remind you of the claim regarding the cryptoassets recognized in my BlockFi account. In particular, I request the preferential return of all these cryptoassets when the time comes for their liquidation.

Is interest, as a creditor of BlockFi, to have the ability to receive the cryptoassets that I has been recognized as a credit in the account on a preferential basis, rather than receiving them in cash (FIAT Currency).

-------------------------------------------------------------------------------------------------------------------

Estimado equipo de blockfi, o en su caso, kroll

Por la presente me dirijo a ustedes con el fin de recordarles la reclamación relativa a los criptoactivos reconocidos en mi cuenta BlockFi. En particular, solicito la devolución preferente de todos estos criptoactivos cuando llegue el momento de su liquidación.

Es mi interés, como acreedor de BlockFi, tener la posibilidad de recibir los criptoactivos que me han sido reconocidos como crédito en la cuenta de forma preferente, en lugar de recibirlos en efectivo (Moneda FIAT).

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by he Objection, he Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

972S-937A-291P-407U

○ Where can I find my Unique ID?

## Claim Information

Claim Number

24500

Claim Name

▮▮▮▮▮▮▮

Claimant Address on File

▮▮▮▮▮▮▮▮▮▮▮▮

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fifteenth Omnibus Objection Response Portal

Upload Here

📄 24-02-18 - ███   15th Objections.pdf                                                    41 KB

## Signature

Sign Here



Print Name

███████████

Email Address

███████████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**THE ARCHINACO FIRM, LLC**
**Jason A. Archinaco, Esquire**
**(Pa. Bar No. 76691)**
**(Ca. Bar No. 284396)**
1100 Liberty Ave, Suite C-6
Pittsburgh, PA 15222

Attorneys for Creditor ███████

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re | Case No. 22-19361 (MBK) |
| BLOCKFI INC., *et al*, | Chapter 11 |
| Debtors[1]. | **RESPONSE IN OPPOSITION TO DEBTOR'S FIFTEENTH OMNIBUS OBJECTION TO CLAIMS** |
| | **Hearing**: |
| | **DATE:** **February 17, 2024** |
| | **TIME:** **10:00 a.m. ET** |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019

**TO THE HONORABLE MICHAEL B. KAPLAN, UNITED STATES BANKRUPTCY JUDGE:**

Creditor, █████████ (the "Creditor"), hereby files this *Response in Opposition* ("Response") *to Debtor's Fifteenth Omnibus Objection to Claims*. █████████ provides as follows:

I.    **RESPONSE**

█████████ is a former thoroughbred horse jockey whose career ended as a result of medical negligence, and who is now disabled. █████████ opened Wallet and interest accounts ("BIA") at BlockFi. █████████ believed statements made by BlockFi that his accounts were the "same as opening a bank account," "you can initiate withdrawal at any time", and that "it is essentially a high yield savings account". █████████ believed his accounts were the equivalent of checking and savings accounts. Those statements were not true but █████████ justifiably relied on them and others from BlockFi.

In connection with the bankruptcy, █████████ properly filed a claim form (and submitted it to Kroll) that listed out, <u>as requested by the form itself in question 7b</u>, the total number of coins held in his account BlockFi interest account ("BIA") and his BlockFi Wallet accounts as of the date of the bankruptcy ("i.e., list the IN KIND COIN BALANCE. . .") █████████ properly attached pertinent documentation demonstrating the total number of coins BlockFi held in his accounts on November 28, 2022. █████████ was assigned claim number 24,500.

At claim number 24,500, █████████ claimed the following digital assets that he owned as of the bankruptcy: 0.0002062 Bitcoin and 2.10961726 Litecoin. As of the date of the bankruptcy, █████████ coins were valued at $159.14 ((0.0002062 Bitcoin (@$16,206) and 2.10961726 (@$73.85)).

As of the date of this submission, at the spot price on February 18, 2024, █████████ coins being held in trust by BlockFi are valued at: **$159.98** ((0.0002062 Bitcoin (@$50,800) and 2.10961726 (@$69.21)).

2

BlockFi has attempted to inexplicably cap, object or modify ▮▮▮▮▮▮ claim. ▮▮

▮▮ properly requested the return of his coins on his claim forms as was solicited by

the forms themselves. Given the Internal Revenue Service's classifications of digital

assets, ▮▮▮▮▮ should be provided his coins in kind to avoid the implications of any

negative tax treatment caused by BlockFi's bankruptcy. Federal Rule of Bankruptcy

Procedure 3001(f) provides in relevant part: "A proof of claim executed and filed in

accordance with these rules shall constitute prima facie evidence of the validity of the

amount of the claim."

## II.    **CONCLUSION**

Accordingly, Creditor hereby requests that the Court:

   a.  GRANT the return of all of Creditor's digital assets being held by BlockFi.

   b.  OVERRULE the estate's requests to cap, limit or modify Creditor's claim.

Dated: February 18, 2024

By:   /s/ Jason A. Archinaco
          Jason A. Archinaco
          The Archinaco Firm LLC
          Counsel for creditor, ▮▮▮▮▮▮

BlockFi Fifteenth Omnibus Objection Response Portal

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by he Objection, he Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

763R-553Z-184C-910Y

○ Where can I find my Unique ID?

## Claim Information

Claim Number

18808

Claim Name

███████████████

Claimant Address on File

███████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

███████

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 🗎 Dear Blockfi.pdf | 27 KB |

## Signature

Sign Here



Print Name

▬▬▬▬▬▬▬

Email Address

▬▬▬▬

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

Dear blockfi team, or in case, kroll

I am hereby writing to you in order to remind you of the claim regarding the cryptoassets recognized in my BlockFi account. In particular, I request the preferential return of all these cryptoassets when the time comes for their liquidation.

Is interest, as a creditor of BlockFi, to have the ability to receive the cryptoassets that I has been recognized as a credit in the account on a preferential basis, rather than receiving them in cash (FIAT Currency).

---------------------------------------------------------------------------------------------------------------------

Estimado equipo de blockfi, o en su caso, kroll

Por la presente me dirijo a ustedes con el fin de recordarles la reclamación relativa a los criptoactivos reconocidos en mi cuenta BlockFi. En particular, solicito la devolución preferente de todos estos criptoactivos cuando llegue el momento de su liquidación.

Es mi interés, como acreedor de BlockFi, tener la posibilidad de recibir los criptoactivos que me han sido reconocidos como crédito en la cuenta de forma preferente, en lugar de recibirlos en efectivo (Moneda FIAT).

BlockFi Fifteenth Omnibus Objection Response.pdf

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by he Objection, he Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 604J-987F-929J-609W |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 25406 |

Claim Name

| ██████████ |

Claimant Address on File

| ██████████ |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

| |

BlockFi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fifteenth Omnibus Objection Response Portal

Upload Here

📄 24-02-18 - Jan - 15th Objec ions.pdf                                                        42 KB

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

**THE ARCHINACO FIRM, LLC**
**Jason A. Archinaco, Esquire**
**(Pa. Bar No. 76691)**
**(Ca. Bar No. 284396)**
1100 Liberty Ave, Suite C-6
Pittsburgh, PA 15222

Attorneys for Creditor ███████

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re | Case No. 22-19361 (MBK) |
| BLOCKFI INC., *et al*, | Chapter 11 |
| Debtors[1]. | **RESPONSE IN OPPOSITION TO DEBTOR'S FIFTEENTH OMNIBUS OBJECTION TO CLAIMS** |
| | **Hearing:** |
| | **DATE:    February 17, 2024** |
| | **TIME:     10:00 a.m. ET** |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019

**TO THE HONORABLE MICHAEL B. KAPLAN, UNITED STATES BANKRUPTCY JUDGE:**

Creditor, ███████ (the "Creditor"), hereby files this *Response in Opposition* ("Response") *to Debtor's Fifteenth Omnibus Objection to Claims*. ███████ has previously filed multiple responses to objections, which she incorporates by reference as if more fully set forth at length herein. In further support, ███████ provides as follows:

I.    <u>**RESPONSE**</u>

███████ is a senior citizen and widow who lost retirement money due to BlockFi. ███████ opened Wallet and interest accounts ("BIA"). ███████ believed statements made by BlockFi that her accounts were the "same as opening a bank account," "you can initiate withdrawal at any time", and that "it is essentially a high yield savings account". Those statements were not true but ███████ justifiably relied on them and others from BlockFi. ███████ believed her accounts were the equivalent of checking and savings accounts and also has a video where BlockFi co-founder Flori Marquez asserts the same belief – making those statements.

In connection with the bankruptcy, ███████ properly filed a claim form (and submitted it to Kroll) that listed out, <u>as requested by the form itself in question 7b</u>, the total number of coins held in her account BlockFi interest account ("BIA") and her BlockFi Wallet accounts as of the date of the bankruptcy ("i.e., list the IN KIND COIN BALANCE . . ."). ███████ properly attached pertinent documentation demonstrating the total number of coins BlockFi held in her accounts on November 28, 2022. ███████ was assigned claim number 25,406.[2]

At claim number 25,406, ███████ claimed the following digital assets that she owned as of the bankruptcy: 0.25936592 Bitcoin and 443.7003761 Litecoin. As of the

---

[2] ███████ was also improperly assigned a second claim number (31,327) by Kroll that is being or has been corrected / expunged.

date of the bankruptcy, ███████ coins were valued at $36,970.61 (.25936592 Bitcoin (@$16,206) and 443.7003761 (@$73.85).

BlockFi attempted to inexplicably cap ███████ claim at $35,412.34, despite the fact her assets still being held by BlockFi in trust had risen in value by nearly 17% since the date of the bankruptcy. As of the date of the last objections from BlockFi seeking to cap ███████ claim her coins were worth $42,451.52 (.25936592 Bitcoin (@$47,038) and 443.7003761 (@$68.18). BlockFi agreed to raise the cap on her claim to at least $42,451.52 with a request that a reserve be made of $50,000.

The value of each Bitcoin continues to rise. Currently, at the spot price on February 18, 2024, ███████ coins being held in trust by BlockFi are valued at: **$44,908.86** (0.25936592 Bitcoin (@$52,133) and 443.7003761 (@$70.74)). ███████ properly requested the return of her coins on her claim forms as was solicited by the forms themselves. Given the Internal Revenue Service's classifications of digital assets, ███████ should be provided her coins in kind to avoid the implications of any negative tax treatment caused by BlockFi's bankruptcy. Federal Rule of Bankruptcy Procedure 3001(f) provides in relevant part: "A proof of claim executed and filed in accordance with these rules shall constitute prima facie evidence of the validity of the amount of the claim."

All evidence is believed to already be in the possession of the estate / its counsel.

## II.    <u>CONCLUSION</u>

Accordingly, Creditor hereby requests that the Court:

    a.    GRANT the return of all of Creditor's digital assets being held by BlockFi.

    b.    OVERRULE the estate's requests to cap, limit or modify Creditor's claim.

Dated: February 18, 2024

            By:  <u>/s/ Jason A. Archinaco</u>
                  Jason A. Archinaco
                  The Archinaco Firm LLC
                  Counsel for creditor, ███████

# BlockFi Fifteenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On January 24, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Fifteenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by he Objection, he Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around January 26, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before February 20, 2024 at 4:00 p.m. prevailing Eastern Time.**

**First Class Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 15th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around January 26, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

621U-172L-628S-748F

○ Where can I find my Unique ID?

## Claim Information

Claim Number

25279

Claim Name

███████

Claimant Address on File

███████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Block Fi Fifteenth Omnibus Objection Response Portal

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

BlockFi Fifteenth Omnibus Objection Response Portal

Upload Here

| | |
|---|---|
| 📄 Blockfi Interest Account Balance.pdf | 71 KB |
| 📄 BlockFi Claim Number - 25279.doc | 9 KB |

## Signature

Sign Here

███████████████

Print Name

████████

Email Address

████████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

◆ BlockFi

Dashboard    Accounts ›    Fund    Withdraw    Borrow    Refer a friend

⚠ Transfers are currently paused                                              ✕

### ◉ Overview

Balance
## $85,734.80

Transfer

### Interest

Total Interest Paid          Accrued Interest          Your interest will be paid in:
**$1,806.09**               **$0.00**                 **Same as asset(s) held**
                                                      Edit interest preferences

### Your Assets

| Asset | % of Balance | Quantity | Balance | |
|---|---|---|---|---|
| ◆ Ethereum ETH | 81.73% | 40.83329504 ETH | $70,071.97 | › |
| ₿ Bitcoin BTC | 18.27% | 0.57828141 BTC | $15,662.81 | › |

### Recurring Trades

| Recurring Trade | Buy Amount | Frequency | Scheduled |
|---|---|---|---|

Set up Recurring Buy

21°F  Clear    2:34 PM    3/27/2023

Claim Number: 25279

Claimant Name ████████████

Unique ID: 621U-172L-628S-748F

To whom it may concern,

It appears my claim requires a response because a USD amount was not claimed and/or does not match whatever arbitrary number BlockFi has come up with.  My claim is for what has been stolen from me from the "BlockFi Interest Account" - those values are exactly:

40.83329504 ETH and 0.57828141 BTC.

The USD amount of the stolen ETH and BTC changes constantly, and will never be exactly the same on any given day.  What I am demanding be returned, is the exact amount of ETH and BTC that was in my account prior to BlockFi denying access with no notice.

If a USD amount must be claimed, the court should value these crypto currencies at their highest traded value (which conventional wisdowm says will be broken many many more times throughout history) or even the average price to date would be more reasonable.  NOT the falsely low price from a market that was tanked by horribly missmanaged crypto companies that routinely gave customers false senses of calm if not outright lies leading up to the filing.

BTC Breakdown:

As of 10 Nov 22, the BTC market opened at $17,831.34 (statmuse.com).  That would put my 0.57828141 BTC at a valuation of $10,311.53 as of 10 Nov 22.  For context, exactly 1 year later, it would be $23,614.07 (BTC @ $37,376.38) or as of today, 19 Feb 23, $30,033.86 (BTC @ $51,936.41) or the all time high (to date) would be $37,529.89 (BTC @ $64,899 per Coinbase).  As can very clearly be seen, this investment is in the "coin" BTC, and NOT an investment or claim in USD.  This claim should be payment in kind.

ETH Breakdown:

As of 10 Nov 22, the ETH market opened at $1,297.47 (coindesk.com).  That would put my 40.83329504 ETH at a valuation of $52,979.98 as of 10 Nov 22, or 10 Nov 23 it would be $84,883.44 (ETH @ $2,078.78) or as of today, 19 Feb 23, $121,183.42 (ETH @ $2,967.76) or the current all time high would be $192,776.84 (ETH @ $4721.07 per Coinbase).  As can very clearly be seen, this investment is in the "coin" ETH, and NOT an investment or claim in USD.  This claim should be payment in kind.

To date, nobody from Blockfi, Kroll, or representative has spoken with me about this claim.  When this claim was submitted, I spoke with a representative and was told this filing was to have the coins/cryto returned when asked specifically how/what we are supposed to put for an amount claimed.  I followed that guidance, included all substantiation, and as of today, am not at all sure what more is being requested of me.  The documents (and substantiation I have previously provided and will include with this note here) clearly show the exact amount of coins owned by

me at the time BlockFi removed access from owner accounts.  This is the exact same information/documentation/substantiation BlockFi would have on file with the courts.  If there are any discrepancies between the numbers I provided and what BlockFi has presented to the courts, then BlockFi has provided me with false documentation and lied even further.

To be crystal clear, my claim is for the return of the coins stolen from me 10 Nov 22 - 40.83329504 ETH and 0.57828141 BTC.  Those are the only constant numbers in all of this. USD changes by the minute and USD is NOT what was stolen from me.  If something more is needed from me beyond what has repeatedly been claimed and submitted, please let me know exactly what is needed and I will provide it.

Surviving Claim # 19564
US BIA $6,451.15
US BIA Interest $13.74

I largely agree with this surviving claim – but do have 1 question as it pertains to the BIA interest. If you take a look at screenshot below from November 12th 2022 you will see that total interest paid is $155.00. What is this discrepancy as compared to the BIA amount on the surving claim for $13.74?

Please call me with any questions

Received

FEB 1 9 2024

Kroll Restructuring Administration

Received

FEB 1 9 2024

Kroll Restructuring Administration





SHIP DATE: 15FEB24
ACTWGT: 0.10 LB
CAD: 6992574/SSF02500

BILL CREDIT CARD

TO  **C/O KROLL RESTRUCTING ADMIN**
**BLOCKFI INC. 15TH OMNIBUS OBJECTION**
**850 3RD AVE STE 412**

**BROOKLYN NY 11232**
(000) 000-0000      REF:

FedEx
Express

E

REL#
3785346

TRK# 2710 3711 2995
0201

MON – 19 FEB 5:00P
** 2DAY **

**SE FBTA**

11232
NY-US  EWR