**Exhibit A**

**Connecticut Bond**

Surety Bond Entity

**BlockFi Trading LLC (1873137)**

**Bond Details as of 11/3/2021**

| | |
|---:|:---|
| **Licensee Name:** | BlockFi Trading LLC (1873137) |
| **DBA:** | Not Applicable |
| **License Type:** | Connecticut Money Transmission License |
| **Bond Number:** | 1133052 |
| **Bond Amount:** | $1,000,000 |
| **Bond Effective Date:** | 11/3/2021  (For converted bonds, this is the date the surety signed the bond.) |
| **Bond Status:** | Cancelled |
| **Converted Bond:** | Yes |
| **Delivered to Regulator:** | Yes |
| **Cancellable:** | Yes |
| **Cancellation Effective Date:** | 12/15/2022 |
| **Note:** | UW Request |

**Surety Details**

**Surety/Underwriting Company:** Arch Insurance Company (NAIC 11150)

**Broker Of Record**

**Surety Bond Producer:** James A. Scott & Son, Incorporated (NPN 663012)
**As of:** 11/3/2021

**Converted Bond supersedes and replaces any and all bonds with bond number 1133052 (previously issued outside of NMLS). This electronic bond represents the ongoing bond obligation, inclusive of all riders, as of the Effective Date. The Effective Date reflects the surety signatory date of this electronic bond in NMLS.**

Bond No.: **1133052**
Bond Amount: **$1,000,000**
Effective Date: **November 3, 2021**

## MONEY TRANSMITTER SURETY BOND

**KNOW ALL MEN BY THESE PRESENTS:**

That we, **BlockFi Trading LLC**, including any fictitious name approved pursuant to Section 36a-598(d)(2) of the Connecticut General Statutes, as may be amended, NMLS # **1873137**, as Principal, and **Arch Insurance Company**, NAIC # **11150**, a surety company duly authorized to do business in the state of Connecticut, as Surety, are held and firmly bound unto the Banking Commissioner of the State of Connecticut ("Commissioner") for the use of the people of Connecticut and the Commissioner, as Obligees, in the penal sum of **$1,000,000** for the payment of which penal sum the Principal and Surety do jointly and severally bind themselves, their heirs, executors, administrators, successors and assigns, and each and every of them firmly by these presents.

**Signed, sealed and delivered this 3rd day of November, 2021**.

**THE CONDITION OF THIS OBLIGATION IS SUCH THAT WHEREAS,** the above-named Principal has made application or renewal application to the Commissioner for a license to engage in the business of money transmission, pursuant to Sections 36a-595 to 36a-612, inclusive, of the Connecticut General Statutes, as may be amended, and any regulations adopted thereunder.

**NOW, THEREFORE,** if the said Principal and the Principal's authorized delegates shall faithfully perform all obligations of the Principal with respect to the Principal's money transmission business in Connecticut and conduct such business in Connecticut consistent with the provisions of Sections 36a-595 to 36a-612, inclusive, of the Connecticut General Statutes, as may be amended, and any regulations adopted thereunder, then this obligation shall be null and void; otherwise to remain in full force and effect.

The duration of this bond shall be continuous and shall run concurrently with the period of the license for the main office. The Surety shall have the right to cancel the bond at any time by a written notice to the Principal and Commissioner stating the date the cancellation shall take effect, not less than thirty (30) days prior to the effective date of cancellation, in accordance with Section 36a-602 of the Connecticut General Statutes, as may be amended. Notice of any such cancellation may be provided by the Surety to the Principal and the Commissioner through the Nationwide Multistate Licensing System and Registry.

This bond shall cover claims for damages arising from the Principal's money transmission business in Connecticut not later than two (2) years from the date of the act, error or omission that allegedly caused or resulted in such damages. Any person who may be damaged as a result of the failure by the Principal or the Principal's authorized delegates to perform obligations with respect to the Principal's money transmission business in Connecticut may proceed against this bond to recover damages, as permitted by law, including, but not limited to, Section 38a-290 of the Connecticut General Statutes, as may be amended.

Notwithstanding the above, the Commissioner may proceed on this bond against the Principal or Surety, or both, to collect any civil penalty imposed upon the Principal pursuant to Section 36a-50(a) of the Connecticut General Statutes, as may be amended, any restitution imposed pursuant to Section 36a-50(c) of the Connecticut General Statutes, as may be amended, and any unpaid costs of examination pursuant to Section 36a-65 of the Connecticut General Statutes, as may be amended.

Further, in no event shall the aggregate liability under this bond exceed the penal sum of the bond.

**IN WITNESS WHEREOF,** the said Principal has hereunto set his, her, its hand and seal and the said Surety has caused this instrument to be signed by its duly authorized agent and its corporate seal to be hereunto affixed, the day and year first written.

By:   **David Samuel Spack (L S)**
      Principal

By:   **Joanna M. Carson (L S)**
      Surety

Bond Form Version: CT-11/01/2021