Steven R. Wirth, Esq.
New Jersey Bar No. 040681998
E-Mail: steven.wirth@akerman.com
AKERMAN LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Tel.: (813) 223-7333
Fax: (813) 223-2837

Joanne Gelfand, Esq.
*Admitted Pro Hac Vice*
E-Mail: joanne.gelfand@akerman.com
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL  33131
Direct: (305) 982-5694
Tel.: (305) 374-5600
Fax: (305) 374-5095

*Counsel for John Lymn, Creditor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| BLOCKFI INC., et al.,[1] ) | Case No. 22-19361 (MBK) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**MOTION FOR ORDER PERMITTING THE WITHDRAWAL OF AKERMAN LLP
AND ITS ATTORNEYS, STEVEN R. WIRTH AND JOANNE GELFAND,
<u>AS COUNSEL OF RECORD FOR CREDITOR, JOHN LYMN</u>**

Creditor, John Lymn ("Lymn"), and Akerman LLP and its attorneys, Steven R. Wirth. and

Joanne Gelfand (*admitted pro hac vice*) ("Akerman"), and pursuant to Rule 9010-2 of the Local

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products, LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

74905578;1

Rules of the United States Bankruptcy Court for the District of New Jersey, hereby seek entry of an order permitting Akerman to withdraw as counsel of record on behalf of Lymn from the above captioned bankruptcy proceeding, and in support hereof states as follows:

1. On September 21, 2023, Steven R. Wirth filed a Notice of Appearance in this bankruptcy case (Docket No. 1546).

2. On September 21, 2023, an Application for Admission *Pro Hac Vice* for Joanne Gelfand was filed in this bankruptcy case (Docket No. 1547), and an Order for Admission *Pro Hac Vice* was entered by the Court on September 29, 2023 ("*Pro Hac Vice Order*") permitting Joanne Gelfand to appear *pro hac vice* in this bankruptcy case (Docket No. 1628).

3. Pursuant to the *Pro Hac Vice Order* and in compliance therewith, Akerman made the payment of $239.00 to the New Jersey Lawyers' Fund for Client Protection for the annual fee in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1. In addition, Akerman paid the $150.00 fee to the United States District Court for the District of New Jersey required by D.N.J. L. Civ. R. 101 (c)(3) for the *pro hac vice* admission of Joanne Gelfand to the District Court. Akerman and Ms. Gelfand have complied with the *Pro Hac Vice Order*.

4. Akerman has performed and concluded its engagement with Lymn concerning this bankruptcy case. Akerman no longer requires notice in these matters and seeks entry of an order withdrawing as counsel of record for Lymn.

5. Akerman has advised Lymn of its intention to withdraw as counsel of record on his behalf in this bankruptcy case and of the filing of this withdrawal motion and Lymn consents to the withdrawal of Akerman as counsel of record. A copy of the withdrawal motion will be served on Lymn as indicated on the Certificate of Service of this withdrawal motion upon the filing thereof.

74905578;1

WHEREFORE, Akerman LLP respectfully requests that the Court enter an Order, substantially in the form attached hereto as Exhibit A, permitting the withdrawal from the bankruptcy proceedings captioned above of Akerman LLP and its attorneys. Steven R. Wirth and Joanne Gelfand (*admitted pro hac vice*) as counsel of record for Creditor, John Lymn, and for such other and further relief as the Court may deem just and proper.

Dated: February 26, 2024     Respectfully submitted,

By: /s/ Steve R. Wirth
Steven R. Wirth, Esq.
New Jersey Bar No. 040681998
E-Mail: steven.wirth@akerman.com
AKERMAN LLP
401 East Jackson Street, Suite 1700
Tampa, FL 33602
Tel.: (813) 223-7333
Fax: (813) 223-2837

Joanne Gelfand, Esq.
*Admitted Pro Hac Vice*
E-Mail: joanne.gelfand@akerman.com
AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Direct: (305) 982-5694
Tel.: (305) 374-5600
Fax: (305) 374-5095

74905578;1

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 26, 2024, I electronically filed the foregoing *Motion for Order Permitting the Withdrawal of Akerman LLP and its Attorneys, Steven R. Wirth and Joanne Gelfand (admitted pro hac vice) as Counsel of Record for Creditor, John Lymn* (the "Motion"), with the Clerk of the Court using CM/ECF. I also certify that the Motion is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF on those parties registered to receive electronic notices of filing in this case.

**I FURTHER CERTIFY** that a true and correct copy of the *Motion for Order Permitting the Withdrawal of Akerman LLP and its Attorneys, Steven R. Wirth and Joanne Gelfand (admitted pro hac vice) as Counsel of Record for Creditor, John Lymn*, was served on February 26, 2024 via U.S mail. on John Lymn, 28 Calle Washington Apt. PH-A, Washington Executive Condominium, San Juan, Puerto Rico 00907, and was also served on February 26, 2024 via electronic transmission (email) on Creditor, John Lymn, at his email address at john.lymn@gmail.com.

By: */s/ Steven R. Wirth*
      Steven R. Wirth