| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
|---|---|
| **BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617)856-8300<br>taxelrod@brownrudnick.com<br><br>*General Counsel for the Plan Administrator*<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>*Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator* |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>     Wind-Down Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered under a Confirmed Plan[2]) |

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 27, 2024 AT 10:00 A.M. (ET)

---

[1] The Wind-Down Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691

[2] On October 3, 2023, the Court entered an order [Docket No. 1660] (the "Confirmation Order") confirming the *Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications)* [Docket No. 1609] (as amended and supplemented, the "Plan"). Unless otherwise indicated, capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

1

## I. UNCONTESTED MATTERS GOING FORWARD IN MAIN CASE

1. Wind-Down Debtors' Sixteenth Omnibus Objection to Claims [Docket No. 2084].

    Responses Received: N/A

    Related Documents: N/A

    **Status: This matter is going forward on the papers.**

## II. CONTESTED MATTERS GOING FORWARD IN MAIN CASE

2. Notice of Proposed Compromise or Settlement of Controversy re: Settlement of Adversary Proceeding 23-01175 [Docket No. 2105].

    Responses Received:

    - United States Trustee's Objection to the Wind-Down Debtors' Motion for Authority to Redact and File Certain Information Under Seal in Connection with the Wind-Down Debtors' Motion for Entry of an Order Authorizing and Approving the Wind-Down Debtors' Settlement with Vrai Nom Investment Limited and Granting Related Relief [Docket No. 2139] (*conditionally withdrawn*).

    Related Documents: N/A

    **Status: Objection by US Trustee resolved. Wind-Down Debtors therefore have requested the matter be heard on the papers.**

3. Wind-Down Debtors' Objection to Claim Filed by The Connecticut Department of Banking [Docket No. 1942].

    Responses Received:

    - Response of the State of Connecticut Department of Banking to the Wind-Down Debtors' Objection to Claim [Docket No. 2138].

    Related Documents:

    - Wind-Down Debtors' Reply to Response of the Connecticut Department of Banking to the Wind-Down Debtors' Objection to Claim [Docket No. 2147].
    - Declaration of Amit Cheela in Support of the Wind-Down Debtors' Objection to Claim filed by the Connecticut Department of Banking [Docket No. 2148].

    **Status: This matter is going forward.**

4. Wind-Down Debtors' Fourteenth Omnibus Objection to Claim No. 7 [Docket No. 2010].

<u>Responses Received:</u>

- Creditor Responses [Docket No. 2100].

<u>Related Documents:</u>

- Wind-Down Debtors' Reply in Support of Objection to Claim No. 7 [Docket No. 2144].

**Status: This matter is going forward.**

5. Wind-Down Debtors' Fifteenth Omnibus Objection to Claims [Docket No. 2070].

    <u>Responses Received:</u>

    - Creditor Responses [Docket No. 2146].

    <u>Related Documents:</u>

    - Wind-Down Debtors' Omnibus Reply in Support of Fifteenth Omnibus Objection to Claims [Docket No. 2145].

    **Status: This matter is going forward on the papers.**

*[Remainder of Page Intentionally Left Blank]*

Dated: February 26, 2024  /s/ *Donald W. Clarke*

**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
(973) 230-2095
DStolz@genovaburns.com
DClarke@genovaburns.com

*Local Counsel to the Plan Administrator*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Lauren M. Sisson, Esq. (NJ Bar No. 394182022)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
lauren.sisson@haynesboone.com

*Attorneys for the Plan Administrator*

**BROWN RUDNICK LLP**
Kenneth J. Aulet, Esq. (admitted pro hac vice)
Seven Times Square
New York, New York 10036
(212) 209-4800
kaulet@brownrudnick.com

**BROWN RUDNICK LLP**
Tristan Axelrod, Esq. (admitted pro hac vice)
One Financial Center
Boston, MA 02111
(617)856-8300
taxelrod@brownrudnick.com

*General Counsel to the Plan Administrator*