| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**VENABLE LLP**<br>151 W. 42nd Street, 49th Floor<br>New York, New York 10036<br>Telephone:   (212) 307-5500<br>Facsimile:    (212) 307-5598<br>Attn:  Jeffrey S. Sabin (*pro hac vice*)<br>         (JSSabin@Venable.com)<br>         Carol A. Weiner (*pro hac vice*)<br>         (CWeinerlevy@Venable.com)<br>         Michael A. Guerra<br>         (MAGuerra@Venable.com)<br><br>   - and -<br><br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>Telephone:   (202) 344-4000<br>Facsimile:    (202) 344-8300<br>Attn:   Andrew J. Currie (*pro hac vice*)<br>          (AJCurrie@Venable.com)<br><br>*Counsel to Interested Parties Cipher Mining Inc. and Cipher Mining Technologies Inc.* | <br><br>Order Filed on March 1, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>BLOCKFI INC., et al.,<br><br>                              Debtors. | Case No.: 22-19361-MBK<br><br>Chapter: 11<br><br>(Jointly Administered)<br><br>Judge: Hon. Michael B. Kaplan |

**ORDER GRANTING TERMINATION AND WITHDRAWAL
OF INTERESTED PARTIES CIPHER MINING INC. AND
CIPHER MINING TECHNOLOGIES INC. AND OF THEIR COUNSEL**

The relief set forth on the following pages, numbered two to three, are **ORDERED.**

**DATED: March 1, 2024**

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**THIS MATTER** having been brought before the Court on the Motion of Michael A. Guerra for an Order Permitting Termination and Withdrawal of Interested Parties Cipher Mining Inc. and Cipher Mining Technologies Inc. and of Their Counsel at Venable LLP, including Michael A. Guerra, Jeffrey S. Sabin, Carol A. Weiner, and Andrew J. Curie, filed January 25, 2024 (the "Motion"), in connection with this Chapter 11 case;

And the Court having reviewed the Motion and considered this matter pursuant to its inherent and discretionary authority and Local Bankruptcy Rule 9010-2(b) of the Local Rules of the United States Bankruptcy Court for the District of New Jersey; and for good cause shown; it is hereby:

**ORDERED** that the application for termination and withdrawal of counsel Michael A. Guerra, Jeffrey S. Sabin, Carol A. Weiner, and Andrew J. Currie as counsel to Interested Parties Cipher Mining Inc. and Cipher Mining Technologies Inc. from this bankruptcy case be and is hereby **GRANTED**; and it is further

**ORDERED** that the application for termination and withdrawal of Interested Parties Cipher Mining Inc. and Cipher Mining Technologies Inc. from this bankruptcy case be and is hereby **GRANTED**; and it is further

**ORDERED** that the Clerk's Office shall designate Interested Parties Cipher Mining Inc. and Cipher Mining Technologies Inc. as terminated and withdrawn from this bankruptcy proceeding for this proceeding; and it is further

**ORDERED** that the Clerk's Office shall designate counsel to Interested Parties Cipher Mining Inc. and Cipher Mining Technologies Inc., including Michael A. Guerra, Jeffrey S. Sabin, Carol A. Weiner, and Andrew J. Currie, as having been terminated and withdrawn from this bankruptcy proceeding; and it is further

2

3

**ORDERED** that the Debtors' claims and noticing agent shall remove Interested Parties Cipher Mining Inc. and Cipher Mining Technologies Inc. and its counsel from all services lists for this proceeding; and it is further

**ORDERED** that no further service of this Order is required for it to be effective.

**Dated:** _____

_____
The Honorable Judge Michael B. Kaplan
United States Bankruptcy Judge