# EXHIBIT C

BlockFi

2021-11-15 15:46:590

The following loan term sheet dated **2021-11-15** incorporates all of the terms of the **Master Digital Currency Loan Agreement** entered into by **QED Capital LLC** and **BlockFi Lending LLC** on **2021-01-05**. This loan term sheet incorporates the following specific terms:

TERMS

| | |
|---|---|
| Transaction ID | ad150807-0db9-48d3-ba4e-bf650ed2ef8d |
| Legal Entity ID | 12bc9154-0a56-47c2-bd9d-9bf30ea091aa |
| Borrower | QED Capital LLC |
| Lender | BlockFi Lending LLC |
| Loan Currency | USD |
| Amount | 2,000,000.0000 |
| Interest Rate | 11.000% |
| Interest Payment Currency | USD |
| Maturity Date | 2022-11-08 00:00:00 |
| Callable | No |
| Prepayable | Yes |

COLLATERAL

| | |
|---|---|
| Margin Currency | Not applicable |
| Initial Margin Percentage | Not applicable |
| Margin Requirement Percentage | Not applicable |
| Release Requirement Percentage | Not applicable |

This term sheet is provided by BlockFi as a courtesy. Please carefully review this term sheet for accuracy. BlockFi will consider your failure to immediately dispute any information on this term sheet as your acknowledgment and acceptance of its accuracy. Any errors on this term sheet should be communicated immediately to BlockFi via email to institutions@blockfi.com (mailto:institutions@blockfi.com).

# Thank you.