# EXHIBIT E

2022-11-08 09:32:31

The following loan term sheet dated **2022-11-08** incorporates all of the terms of the **Master Digital Currency Loan Agreement** entered into by **QED Capital LLC** and **BlockFi Lending LLC** on **2021-01-05**. This loan term sheet incorporates the following specific terms:

TERMS

| | |
|---|---|
| Transaction ID | 0b2de793-976f-4723-b464-b431843e63b9 |
| Legal Entity ID | 12bc9154-0a56-47c2-bd9d-9bf30ea091aa |
| Borrower | QED Capital LLC |
| Lender | BlockFi Lending LLC |
| Loan Currency | USD |
| Borrowed Amount | 2,000,000.0000 |
| Borrow Rate | 13.500% |
| Interest Payment Currency | USD |
| Maturity Date | 2023-11-08 |
| Callable Option | No |
| Prepayment Option | Yes |

COLLATERAL

| | |
|---|---|
| Collateral Currency | Not applicable |
| Initial Margin Percentage | Not applicable |
| Margin Requirement Percentage | Not applicable |
| Release Margin Percentage | Not applicable |

Notwithstanding anything to the contrary in the loan agreement related to this Loan Term Sheet, for a Loan of Dollars, any payment of principal or interest due hereunder shall be made in Dollars (or such digital currency as the parties may agree in writing) when such payment is due and, at Borrower's discretion may upon prior notice to Lender, be calculated by Lender as of 4:00 p.m. New York City time on the Business Day immediately before the payment due date, as an amount that is equal to the lesser of (i) the U.S. dollar amount of such payment and (ii) the U.S. dollar amount of such payment multiplied by the Redemption Value of the Stablecoin with the highest Redemption Value. For the purposes of the foregoing, "**Stablecoin**" means any one of the following: Binance USD (BUSD), Gemini Dollar (GUSD), Paxos Dollar (USDP), USD Coin (USDC) and any other stablecoin that is redeemable for U.S. dollars; and "**Redemption Value**" means, for each Stablecoin, the U.S. dollar redemption value for one of such Stablecoin as established by the issuer or sponsor of such Stablecoin on such payment date.

Please carefully review this term sheet for accuracy. If you do not reply disputing information on this term sheet within the timeframes set forth in the loan agreement, it will be deemed as your acknowledgment and acceptance of its accuracy. Any errors on this term sheet should be communicated immediately to BlockFi via email to institutions@blockfi.com.

## Thank you.