# EXHIBIT H

QED Capital LLC
**Regular Interest**

| Trade Reference | Start Date | Maturity Date | Amount | Interest Rate | Days | Basis | October 2023 Interest Amount | | Default Date | Nov Days | Basis | November 2023 Interest Amount | Oct & Nov |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BLOCKFI_4 | 11/8/2022 | 11/8/2023 | 2,000,000 | 13.50% | 31 | 360 | 23,250.00 | | 11/6/2023 | 5 | 360 | 3,750.00 | 27,000.00 |
| BLOCKFI_5 | 1/27/2023 | 1/27/2024 | 3,000,000 | 13.50% | 31 | 360 | 34,875.00 | | 11/6/2023 | 5 | 360 | 5,625.00 | 40,500.00 |
| | | | | | | | 58,125.00 | Invoiced & Unpaid | | | | 9,375.00 | 67,500.00 |

**Default Interest**

| Trade Reference | Start Date | Maturity Date | Amount | Default Interest Rate | Default Date | Current Date | Days | Basis | Default Interest Amount |
|---|---|---|---|---|---|---|---|---|---|
| BLOCKFI_4 | 11/8/2022 | 11/8/2023 | 2,000,000 | 25.00% | 11/6/2023 | 3/5/2024 | 120 | 360 | 166,666.67 |
| Unpaid Interest | | | 27,000 | 25.00% | 11/6/2023 | 3/5/2024 | 120 | 360 | 2,250.00 |
| BLOCKFI_5 | 1/27/2023 | 1/27/2024 | 3,000,000 | 25.00% | 11/6/2023 | 3/5/2024 | 120 | 360 | 250,000.00 |
| Unpaid Interest | | | 40,500 | 25.00% | 11/6/2023 | 3/5/2024 | 120 | 360 | 3,375.00 |
| | | | 5,067,500 | | | | | | 422,291.67 |

| | |
|---|---|
| **Total Interest** | 489,791.67 |
| **Total Principal** | 5,000,000 |
| | **5,489,791.67** |

| BLOCKFI_4 | | |
|---|---|---|
| | Principal | 2,000,000.00 |
| | Regular Int | 27,000.00 |
| | Default Int. | 168,916.67 |
| | **2,195,916.67** | Total Owed |

| BLOCKFI_5 | | |
|---|---|---|
| | Principal | 3,000,000.00 |
| | Regular Int | 40,500.00 |
| | Default Int. | 253,375.00 |
| | **3,293,875.00** | Total Owed |

**5,489,791.67**