**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., et al.,<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-19361 (MBK) |
| BLOCKFI INC. AS THE WIND DOWN DEBTORS,<br><br>    Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, ARCH INSURANCE COMPANY, AXIS INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, U.S. SPECIALTY INSURANCE COMPANY, XL SPECIALTY INSURANCE COMPANY,<br><br>    Defendants. | (Jointly Administered under a Confirmed Plan)<br><br>Adv. Proc. No. 24-01067 (MBK) |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Defendant, Endurance American Specialty Insurance Company</u>. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Address:  Seth D. Griep, Esq.
      Kaufman Dolowich, LLP
      Court Plaza North
      25 Main Street, Suite 500
      Hackensack, New Jersey 07601

Documents:

☒All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒All documents and pleadings of any nature.

Date:   March 7, 2024                              _____
                                                   Seth D. Griep, Esq.