# CERTIFICATION OF SERVICE

I hereby certify that on March 7, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: March 7, 2024

        Respectfully submitted,

        By: */s/ Seth D. Griep*_____
Seth D. Griep, Esq.
Kaufman Dolowich, LLP
Court Plaza North
25 Main Street, Suite 500
Hackensack, NJ 07601
Telephone: (201) 708-8259
E-Mail: sgriep@kaufmandolowich.com
*Attorney for Defendant, Endurance American Specialty Insurance Company*

1