| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617)856-8300<br>taxelrod@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Stephen D. Palley, Esq.,<br>(*pro hac vice forthcoming*)<br>Daniel J. Healy, Esq.,<br>(*pro hac vice forthcoming*)<br>John G. Doyle, Esq.,<br>(Attorney ID No.:045872005)<br>601 Thirteenth Street NW Suite 600<br>Washington, D.C. 20005<br>Telephone: (202) 536-1766<br>Facsimile: (617) 289-0766<br>spalley@brownrudnick.com<br>dhealy@brownrudnick.com<br>jdoyle@brownrudnick.com<br><br>*Counsel for Plaintiff BlockFi, Inc. by and through the Plan Administrator* | **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>*Local Counsel for Counsel for Plaintiff BlockFi, Inc. by and through the Plan Administrator* |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>          Debtors.[1] | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered under a Confirmed Plan[2])<br>**Hearing Date:  April 11, 2024, 10:00 a.m.**<br>**Response Deadline:  April 4, 2024**<br>**Oral Argument Waived Unless Response Timely Filed** |

---

[1]  The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

[2]  On October 3, 2023, the Court entered an order confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications) (the "Plan") [Docket No. 1609].

### NOTICE OF THE WIND-DOWN DEBTOR BLOCKFI, INC.'S MOTION FOR AN ORDER REMANDING STATE COURT ACTION

**PLEASE TAKE NOTICE** that on **Thursday, April 11, 2024 at 10:00 a.m**. or as soon thereafter as counsel may be heard, BlockFi, Inc. as Wind Down Debtor (**"Plaintiff"** or **"BlockFi"**), by and through the undersigned counsel, shall move before the Honorable Michael B. Kaplan, United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Courtroom #8, Trenton, New Jersey 08608, for entry of an Order Remanding State Court Action, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that all objections, if any, must be made in accordance with D.N.J. LBR 9013-2(a)(2), written objections shall be filed with the Clerk of the United States Bankruptcy Court, for the District of New Jersey, 402 East State Street, Trenton, New Jersey 08608, and a copy thereof must simultaneously be served upon GENOVA BURNS, LLC., Attn: Daniel M. Stolz, Esq., 110 Allen Road, Suite 304, Basking Ridge, New Jersey 07920

**PLEASE TAKE FURTHER NOTICE** that in the absence of any objections, the relief requested hereunder may be granted without further notice.

Dated: March 13, 2024

Respectfully Submitted,

By: /s/ Daniel M. Stolz
DANIEL M. STOLZ, ESQ.
**GENOVA BURNS LLC**
494 Broad Street
Newark, New Jersey 07102
Telephone: (973) 533-0777
Facsimile: (973) 535-7107
dstolz@genovaburns.com

*Local Counsel for Plaintiff, Plan Administrator of BlockFi, Inc. et al.*

**BROWN RUDNICK LLP**
STEPHEN D. PALLEY, ESQ.,
(pro hac vice forthcoming)
DANIEL J. HEALY, ESQ.,
(pro hac vice forthcoming)
JOHN G. DOYLE, ESQ.,
Attorney ID No.:045872005
601 Thirteenth Street NW Suite 600
Washington, D.C. 20005
Telephone: (202) 536-1766
Facsimile: (617) 289-0766
spalley@brownrudnick.com
dhealy@brownrudnick.com
jdoyle@brownrudnick.com

KENNETH J. AULET, ESQ.
(pro hac vice forthcoming)
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
kaulet@brownrudnick.com

TRISTAN G. AXELROD, ESQ.
(pro hac vice forthcoming)
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Fax: (617) 856-8201
taxelrod@brownrudnick.com

*Counsel for Plaintiff, Plan Administrator of BlockFi, Inc. et al.*

3