| In re: | Chapter 11 |
|---|---|
|  | Case No. 22-19361 (MBK) |
| BLOCKFI INC., *et al*., | (Jointly Administered under a Confirmed Plan[2]) |
| Debtors.[1] | **Hearing Date:  April 11, 2024, 10:00 a.m.** |
|  | **Response Deadline:  April 4, 2024** |
|  | **Oral Argument Waived Unless Response Timely Filed** |

## ORDER REMANDING STATE COURT ACTION

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

[2] On October 3, 2023, the Court entered an order confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications) (the "Plan") [Docket No. 1609].

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617)856-8300<br>taxelrod@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Stephen D. Palley, Esq.,<br>(*pro hac vice forthcoming*)<br>Daniel J. Healy, Esq.,<br>(*pro hac vice forthcoming*)<br>John G. Doyle, Esq.,<br>(Attorney ID No.:045872005)<br>601 Thirteenth Street NW Suite 600<br>Washington, D.C. 20005<br>Telephone: (202) 536-1766<br>Facsimile: (617) 289-0766<br>spalley@brownrudnick.com<br>dhealy@brownrudnick.com<br>jdoyle@brownrudnick.com<br><br>*Counsel for Plaintiff BlockFi, Inc. by and through the Plan Administrator* | **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>*Local Counsel for Counsel for Plaintiff BlockFi, Inc. by and through the Plan Administrator* |

**THIS MATTER** having been brought before the Court on the motion of Plaintiff, BlockFi Inc. as Wind Down Debtor ("Plaintiff" or "BlockFi" or the "Company"), by and through the undersigned counsel, for an order of the Court Pursuant to 28 U.S.C. § 1334(c)(2), granting Plaintiff's Motion for Remand, and for such other and further relief as the Court deems just and proper; and the Court having considered the papers submitted and the arguments of counsel, if any; and for good cause having been shown;

**IT IS** on this ____ day of _____, 2024, **ORDERED** as follows:

1. Plaintiff's Motion for Remand is hereby **GRANTED** in its entirety.

2. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**IT IS FURTHER ORDERED** that Debtors shall serve a copy of this Order upon all parties within seven (7) days of the entry of this Order.

3