## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BlockFi Inc., *et al.,* | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Andrew Chan, depose and say that I am employed by Kroll Restructuring Administration LLC ("Kroll"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Kroll caused Notices of Defective Transfer of Claim, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Defective Transfer Service List attached hereto as **Exhibit A**.

Dated: March 13, 2024

*/s/ Andrew Chan*
Andrew Chan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 13, 2024, by Andrew Chan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] The Debtors in these chapter 11 cases, and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

**Exhibit A**

Exhibit A
Defective Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 8 | Name on File<br>Address on File | TAF Investments LLC<br>Attn: Michael Abbate<br>185 Riverside Avenue<br>Riverside, CT 06876 | December 15, 2023 |
| 9 | Name on File<br>Address on File | TAF Investments LLC<br>Attn: Michael Abbate<br>185 Riverside Avenue<br>Riverside, CT 06876 | December 15, 2023 |
| 1227 | Name on File<br>Address on File | BFCP IV LLC<br>Attn: Tim Babich<br>800 Miramonte Dr. Suite 380<br>Santa, Barbara, CA 93109 | July 28, 2023 |
| 1553 | Name on File<br>Address on File | Faroe Services, LLC<br>Attn: Jing Zhao<br>PMB 1149<br>224 W 35th St, Ste 500<br>New York, NY 10001 | October 27, 2023 |
| 1805 | Name on File<br>Address on File | TAF Investments LLC<br>Attn: Michael Abbate<br>185 Riverside Avenue<br>Riverside, CT 06876 | December 15, 2023 |

In re: BlockFi., *et al.*
Case No. 22-19361 (MBK)                    Page 1 of 1

Exhibit A

Defective Transfer Service List

Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1812 | Name on File<br>Address on File | TAF Investment LLC<br>Attn: Michael Abbate<br>185 Riverside Avenue<br>Riverside, CT 06876 | December 15, 2023 |