| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Steven R. Wirth<br>New Jersey Bar No. 040681998<br>AKERMAN LLP<br>401 East Jackson Street, Suite 1700<br>Tampa, FL 33602<br>Tel.: (813) 223-7332 / Fax: (813) 223-2837<br>Email: steven.wirth@akerman.com<br><br>Joanne Gelfand, Esq.<br>*Admitted Pro Hac Vice*<br>E-Mail: joanne.gelfand@akerman.com<br>AKERMAN LLP<br>Three Brickell City Centre<br>98 Southeast Seventh Street, Suite 1100<br>Miami, FL  33131<br>Tel.: (305) 374-5600 / Fax: (305) 374-5095<br><br>*Counsel for John Lymn, Creditor* | Order Filed on March 19, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>BLOCKFI INC., et al.[1],<br><br>                Debtors. | Case No.: 22-19361 (MBK)<br>(Jointly Administered)<br>Chapter:   11<br>Judge:   Honorable Michael B. Kaplan |

**ORDER PERMITTING THE WITHDRAWAL OF AKERMAN LLP AND ITS ATTORNEYS, STEVEN R. WIRTH AND JOANNE GELFAND, <u>AS COUNSEL OF RECORD FOR CREDITOR, JOHN LYMN</u>**

    The relief set forth on the following page is **ORDERED**.

**DATED: March 19, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products, LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

74910221;1

**THIS MATTER** having been brought before the Court on the Motion for Order Permitting the Withdrawal of Akerman LLP and its Attorneys, Steven R. Wirth and Joanne Gelfand (*admitted pro hac vice*), as Counsel of Record for Creditor, John Lymn (the "Motion") (Docket No. 2150 ), and the Court having considered the Motion, noting that Mr. Lymn was served with a copy of the Motion and that Mr. Lymn has consented to the withdrawal of Akerman and its attorneys as counsel of record on his behalf, and being otherwise duly advised of the premises, it is hereby

**ORDERED** that the Motion is granted, and it is further

**ORDERED** that Akerman LLP, Steven R. Wirth. and Joanne Gelfand *admitted pro hac vice* are deemed withdrawn as counsel of record for Creditor, John Lymn, in the bankruptcy proceedings captioned above.

**DONE AND ORDERED** this  19th  day of       March            , 2024.

74910221;1