| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Steven R. Wirth<br>New Jersey Bar No. 040681998<br>AKERMAN LLP<br>401 East Jackson Street, Suite 1700<br>Tampa, FL 33602<br>Tel.: (813) 223-7332 / Fax: (813) 223-2837<br>Email:  steven.wirth@akerman.com<br><br>Joanne Gelfand, Esq.<br>*Admitted Pro Hac Vice*<br>E-Mail:  joanne.gelfand@akerman.com<br>AKERMAN LLP<br>Three Brickell City Centre<br>98 Southeast Seventh Street, Suite 1100<br>Miami, FL  33131<br>Tel.: (305) 374-5600 / Fax: (305) 374-5095<br><br>*Counsel for John Lymn, Creditor* | Order Filed on March 19, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>BLOCKFI INC., et al.[1],<br><br>          Debtors. | Case No.: 22-19361 (MBK)<br>(Jointly Administered)<br>Chapter:   11<br>Judge:    Honorable Michael B. Kaplan |

**ORDER PERMITTING THE WITHDRAWAL OF AKERMAN LLP AND ITS ATTORNEYS, STEVEN R. WIRTH AND JOANNE GELFAND, AS COUNSEL OF RECORD FOR CREDITOR, JOHN LYMN**

    The relief set forth on the following page is **ORDERED**.

**DATED: March 19, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products, LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

74910221;1

**THIS MATTER** having been brought before the Court on the Motion for Order Permitting the Withdrawal of Akerman LLP and its Attorneys, Steven R. Wirth and Joanne Gelfand (*admitted pro hac vice*), as Counsel of Record for Creditor, John Lymn (the "Motion") (Docket No. 2150), and the Court having considered the Motion, noting that Mr. Lymn was served with a copy of the Motion and that Mr. Lymn has consented to the withdrawal of Akerman and its attorneys as counsel of record on his behalf, and being otherwise duly advised of the premises, it is hereby

**ORDERED** that the Motion is granted, and it is further

**ORDERED** that Akerman LLP, Steven R. Wirth. and Joanne Gelfand *admitted pro hac vice* are deemed withdrawn as counsel of record for Creditor, John Lymn, in the bankruptcy proceedings captioned above.

**DONE AND ORDERED** this 19th day of March, 2024.

74910221;1

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-19361-MBK
BlockFi Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1
Date Rcvd: Mar 19, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BlockFi Inc., c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019-5905 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2024      Signature:      /s/Gustava Winters