UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on March 22, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BlockFi Inc.

Case No.: 22-19361

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

# ORDER GRANTING THE DEBTORS' MOTION TO AMEND SCHEDULES OF ASSETS AND LIABILITIES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 22, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

### ORDER GRANTING THE DEBTORS' MOTION TO AMEND SCHEDULES OF ASSETS AND LIABILITIES

The relief set forth is hereby **ORDERED**.

Upon consideration of the *Debtors' Motion to Amend Schedules of Assets and Liabilities* (the "Motion"),[3] pursuant to Bankruptcy Rule 1009(a) and Local Rule 1009-1; and notice of the Motion having been given to, among other parties, the Office of the United States Trustee, each of the parties listed on **Exhibit A** attached to the Motion, and all other parties requesting notice pursuant to Bankruptcy Rule 2002; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Court hereby authorizes and approves the additions to the Schedules BlockFi International and BlockFi Lending substantially as reflected in the Accrued Interest Schedules attached to this Order as Schedules 1, and 2, which may be filed in redacted form consistent with the Court's prior order at Docket No. 1757.

3. The Wind-Down Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order, including without limitation by submitting amended schedules otherwise conforming to applicable Local Rules and prior Orders of this Court with respect to redaction of personally identifiable information.

4. Notwithstanding any provision of the General Bar Date Order, the relief granted herein shall not, and shall not be construed to, establish a Supplemental Bar Date, reopen or extend any previous bar date in these Chapter 11 Cases, or otherwise authorize the filing of any

---

[3] Capitalized terms used but not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

new Proof of Claim previously barred by any order of this Court or by operation of the Bankruptcy Code, Bankruptcy Rules, or the Local Rules.  For the avoidance of doubt, no party shall be permitted to file a Claim or amend their Claim as a result or in respect of this Order.

5. This Order is without prejudice to the Wind-Down Debtors' right to further amend the Debtors' Schedules.

6. The requirement pursuant to Local Rule 9013-1 for the Debtors to file a memorandum of law in support of the Motion is hereby waived.

7. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

65281712 v4

## Schedule 1

## BlockFi International

| Creditor Name | Accrued Interest |
|---|---|
| Redacted | $ 4,520.55 |
| Redacted | $ 1,406.87 |
| Redacted | $ 233,043.01 |
| Redacted | $ 1,652.20 |
| Redacted | $ 1,634.50 |
| Redacted | $ 62,865.82 |
| Redacted | $ 4,004.38 |
| Redacted | $ 11,673.95 |
| Redacted | $ 13,276.88 |
| Redacted | $ 8,938.35 |
| Redacted | $ 1,031.40 |
| Redacted | $ 7,057.53 |
| Redacted | $ 18,814.27 |
| Redacted | $ 19,795.88 |
| Redacted | $ 44,663.01 |
| Redacted | $ 5,873.29 |
| Redacted | $ 1,700.67 |
| Redacted | $ 39,920.76 |

## Schedule 2

## BlockFi Lending

| Creditor Name | Accrued Interest |
|---|---|
| Redacted | $3,780.82 |
| Redacted | $2,154.40 |
| Redacted | $2,640.53 |
| Redacted | $2,024.68 |
| Redacted | $3,756.31 |
| Redacted | $2,704.00 |
| Redacted | $138,530.53 |
| Redacted | $42,851.00 |
| Redacted | $96,156.98 |
| Redacted | $11,187.67 |
| Redacted | $52,445.71 |
| Redacted | $7,232.82 |
| Redacted | $432,964.11 |
| Redacted | $35,118.39 |
| Redacted | $5,449.45 |
| Redacted | $524.85 |
| Redacted | $2,723.72 |
| Redacted | $29,999.90 |
| Redacted | $5,253.58 |
| Redacted | $26,040.19 |
| Redacted | $3,663.07 |
| Redacted | $5,544.95 |
| Redacted | $4,142.46 |
| Redacted | $4,520.55 |

| | |
|---|---|
| Redacted | $3,615.07 |
| Redacted | $16,579.45 |
| Redacted | $3,640.00 |
| Redacted | $3,590.14 |
| Redacted | $2,846.66 |
| Redacted | $22,582.47 |
| Redacted | $12,357.27 |
| Redacted | $13,464.29 |
| Redacted | $6,143.86 |
| Redacted | $27,439.70 |
| Redacted | $9,402.74 |
| Redacted | $5,115.12 |
| Redacted | $12,311.61 |
| Redacted | $87,404.10 |
| Redacted | $6,645.99 |
| Redacted | $34,093.15 |
| Redacted | $17,808.22 |
| Redacted | $15,528.77 |
| Redacted | $21,962.33 |
| Redacted | $8,191.78 |
| Redacted | $15,890.41 |
| Redacted | $8,013.70 |
| Redacted | $9,683.01 |
| Redacted | $17,605.48 |
| Redacted | $21,191.78 |
| Redacted | $3,843.83 |
| Redacted | $5,750.00 |
| Redacted | $1,609.64 |
| Redacted | $2,635.37 |

| | |
|---|---|
| Redacted | $2,836.65 |
| Redacted | $1,863.01 |
| Redacted | $2,772.60 |
| Redacted | $8,427.27 |
| Redacted | $2,311.64 |
| Redacted | $4,455.54 |
| Redacted | $20,502.38 |
| Redacted | $9,774.66 |
| Redacted | $5,142.20 |
| Redacted | $12,986.30 |
| Redacted | $3,507.66 |
| Redacted | $15,806.81 |
| Redacted | $3,375.34 |
| Redacted | $4,158.90 |
| Redacted | $16,060.00 |
| Redacted | $12,320.00 |
| Redacted | $11,191.78 |
| Redacted | $11,366.09 |
| Redacted | $15,008.22 |
| Redacted | $7,972.60 |
| Redacted | $14,767.12 |
| Redacted | $2,205.52 |
| Redacted | $9,406.85 |
| Redacted | $17,917.81 |
| Redacted | $10,142.05 |
| Redacted | $3,193.15 |
| Redacted | $1,370.65 |
| Redacted | $1,183.56 |
| Redacted | $65,068.46 |

| | |
|---|---|
| Redacted | $391.28 |
| Redacted | $22,495.89 |
| Redacted | $2,845.95 |
| Redacted | $84,777.38 |
| Redacted | $942.01 |
| Redacted | $7,883.44 |
| Redacted | $9,812.58 |
| Redacted | $7,713.92 |
| Redacted | $3,151.07 |
| Redacted | $1,760.53 |
| Redacted | $6,520.55 |
| Redacted | $3,019.18 |
| Redacted | $1,409.95 |
| Redacted | $5,394.45 |
| Redacted | $87,972.59 |
| Redacted | $2,386.85 |
| Redacted | $7,482.88 |
| Redacted | $15,726.03 |
| Redacted | $2,261.91 |
| Redacted | $2,814.69 |
| Redacted | $8,422.93 |
| Redacted | $7,232.88 |
| Redacted | $12,734.87 |