| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b) ||
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered under a Confirmed Plan[2]) |

**FOURTH AMENDED[3] SCHEDULE OF ASSETS AND LIABILITIES FOR
BLOCKFI INTERNATIONAL LTD. (CASE NO. 22-19368)**

---

[1] The Wind-Down Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

[2] On October 3, 2023, the Court entered an order confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications) (the "Plan") [Docket No. 1609].

[3] This amended filing is in addition to the original and amended Schedules of Assets and Liabilities and Statements of Financial Affairs.

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617)856-8300<br>taxelrod@brownrudnick.com<br><br>*General Counsel for the Plan Administrator*<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>*Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator* |
| In re:<br><br>BLOCKFI INC., *et al.*,<br>                         Debtors.[1] | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered under a Confirmed Plan) |

## SUPPLEMENTAL GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' AMENDED SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

On November 28, 2022 (the "Petition Date"), BlockFi Inc. and the above-captioned debtors and debtors-in-possession (collectively, "BlockFi", the "Debtors" or the "Wind-Down Debtors" as applicable), filed voluntary petitions for relief under Chapter 11 of the Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"). The Chapter 11 cases are jointly administered under Case No. 22-19361 (MBK) (the "Chapter 11 Cases").

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

On January 12, 2023, each Debtor filed its Schedules of Assets and Liabilities (the "Schedules") and the global notes accompanying the Schedules (the "Original Global Notes") [Docket Nos. 242-261]. The Schedules and Original Global Notes were subsequently amended by the Debtors on February 2, 2023, May 10, 2023, September 18, 2023, and November 17, 2023 (collectively the "Amended Schedules"). The Amended Schedules included amended Global Notes (the "Amended Global Notes"). The Amended Schedules and Amended Global Notes are hereby incorporated as if fully set forth herein.

## Global Notes Supplement

On March 1, 2024, the Wind-Down Debtors filed the *Wind-Down Debtors' Motion to Amend Schedules of Assets and Liabilities* [Docket No. 2164], which this Court granted on March 22, 2024 [Docket No. 2195] to allow the Wind-Down Debtors to amend the schedules solely for certain BlockFi Private Client ("BPC") accounts. As a result, the Wind-Down Debtors now file further amended Schedules solely for Wind-Down Debtors BlockFi International LTD (the "Amended International Schedules") and BlockFi Lending LLC (the "Amended Lending Schedules" and together with the Amended International Schedules, the "Amended BPC Schedules") and this supplement to the Amended Global Notes (the "Global Notes Supplement").

This Global Notes Supplement is provided solely to explain the purpose and content of the Amended BPC Schedules filed herewith. Prior to the Petition Date, BlockFi altered how it paid interest to certain BPCs who lent BlockFi BTC or ETH between August 2022 and early November 2022. Specifically, at that time, BlockFi switched from paying interest to BPCs monthly as interest accrued, to paying interest in a lump sum with the principal at the end of the loan term (i.e., from a monthly-payment model to a payment-at-maturity model). The prior Schedules and Amended Schedules failed to account for this change. To account for this BPC interest increase for the BPC loan claims, these Amended BPC schedules include additional interest for 123 BPC accounts in the aggregate amount of $2.4 million, or 3% of the previously scheduled face amount of the claims.

The Amended BPC Schedules and this Global Notes Supplement do not alter any other scheduled claims, nor the methodology for calculating any other scheduled claim as previously described in the Original and Amended Global Notes. The Amended BPC Schedules do not otherwise substantively alter the previously filed Schedules except with respect to the additional accrued interest for these 123 BPC accounts described herein.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BlockFi International Ltd.** |
| United States Bankruptcy Court for the: | **District of New Jersey (Trenton)** |
| Case number (if known) | **22-19368** |

■ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.
☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claim**    If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br><br>See attached for Schedule E/F Part 2<br><br>**Date(s) debt was incurred**<br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Various<br><br>**Is the claim subject to offset?**    ■ No    ☐ Yes | $481,873.32 |

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and**    Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed ? | Last 4 digits of account number, if any |
|---|---|---|

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 1 of 2

Debtor  **BlockFi International Ltd.** _____  Case number (if known) **22-19368** _____
     Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claim**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | $481,873.32 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $481,873.32 |

BlockFi International Ltd.
Case No. 22-19368
Schedule E/F: Part 2 - Creditors With Nonpriority Unsecured Claims

| Creditor Name | Address | Last 4 Digits of Account Number | Date Debt was Incurred | Basis of Claim | Contingent | Unliquidated | Disputed | Claim subject to offset? | Total Claim |
|---|---|---|---|---|---|---|---|---|---|
| Name on File | Address on File | on File | 11/28/2022 | BPC Loan Accrued Interest | | | | | $7,057.53 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Loan Accrued Interest | | | | | $18,814.27 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Loan Accrued Interest | | | | | $13,276.88 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Loan Accrued Interest | | | | | $8,938.35 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Loan Accrued Interest | | | | | $4,004.38 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Loan Accrued Interest | | | | | $1,652.20 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Loan Accrued Interest | | | | | $19,795.88 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Loan Accrued Interest | | | | | $1,406.87 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Loan Accrued Interest | | | | | $62,865.82 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Loan Accrued Interest | | | | | $11,673.95 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Loan Accrued Interest | | | | | $1,700.67 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Loan Accrued Interest | | | | | $5,873.29 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Loan Accrued Interest | | | | | $4,520.55 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Loan Accrued Interest | | | | | $1,031.40 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Loan Accrued Interest | | | | | $233,043.01 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Loan Accrued Interest | | | | | $44,663.01 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Loan Accrued Interest | | | | | $39,920.76 |
| Name on File | Address on File | on File | 11/28/2022 | BPC Loan Accrued Interest | | | | | $1,634.50 |
| | | | | | | | | TOTAL: | $481,873.32 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BlockFi International Ltd.** |
| United States Bankruptcy Court for the: | **District of New Jersey (Trenton)** |
| Case number (if known) | **22-19368** |

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and Signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

■ *Amended Schedule*    **Schedule E/F**

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 22, 2024

/s/ *Mohsin Meghji*
Signature of individual signing on behalf of the debtor

**Mohsin Meghji**
Printed name

**Plan Administrator Under the Third Amended Joint Chapter 11 Plan of BlockFi, Inc.,** *et al.*
Position or relationship to debtor