**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on March 22, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br>BlockFi Inc. | Case No.: 22-19361<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Michael B. Kaplan |

# ORDER GRANTING THE DEBTORS' MOTION TO AMEND SCHEDULES OF ASSETS AND LIABILITIES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 22, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**ORDER GRANTING THE DEBTORS' MOTION TO
AMEND SCHEDULES OF ASSETS AND LIABILITIES**

The relief set forth is hereby **ORDERED**.

Upon consideration of the *Debtors' Motion to Amend Schedules of Assets and Liabilities* (the "Motion"),[3] pursuant to Bankruptcy Rule 1009(a) and Local Rule 1009-1; and notice of the Motion having been given to, among other parties, the Office of the United States Trustee, each of the parties listed on **Exhibit A** attached to the Motion, and all other parties requesting notice pursuant to Bankruptcy Rule 2002; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Court hereby authorizes and approves the additions to the Schedules BlockFi International and BlockFi Lending substantially as reflected in the Accrued Interest Schedules attached to this Order as Schedules 1, and 2, which may be filed in redacted form consistent with the Court's prior order at Docket No. 1757.

3. The Wind-Down Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order, including without limitation by submitting amended schedules otherwise conforming to applicable Local Rules and prior Orders of this Court with respect to redaction of personally identifiable information.

4. Notwithstanding any provision of the General Bar Date Order, the relief granted herein shall not, and shall not be construed to, establish a Supplemental Bar Date, reopen or extend any previous bar date in these Chapter 11 Cases, or otherwise authorize the filing of any

---

[3] Capitalized terms used but not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

2

new Proof of Claim previously barred by any order of this Court or by operation of the Bankruptcy Code, Bankruptcy Rules, or the Local Rules. For the avoidance of doubt, no party shall be permitted to file a Claim or amend their Claim as a result or in respect of this Order.

5. This Order is without prejudice to the Wind-Down Debtors' right to further amend the Debtors' Schedules.

6. The requirement pursuant to Local Rule 9013-1 for the Debtors to file a memorandum of law in support of the Motion is hereby waived.

7. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

65281712 v4

Schedule 1

BlockFi International

| Creditor Name | Accrued Interest |
|---|---|
| Redacted | $ 4,520.55 |
| Redacted | $ 1,406.87 |
| Redacted | $ 233,043.01 |
| Redacted | $ 1,652.20 |
| Redacted | $ 1,634.50 |
| Redacted | $ 62,865.82 |
| Redacted | $ 4,004.38 |
| Redacted | $ 11,673.95 |
| Redacted | $ 13,276.88 |
| Redacted | $ 8,938.35 |
| Redacted | $ 1,031.40 |
| Redacted | $ 7,057.53 |
| Redacted | $ 18,814.27 |
| Redacted | $ 19,795.88 |
| Redacted | $ 44,663.01 |
| Redacted | $ 5,873.29 |
| Redacted | $ 1,700.67 |
| Redacted | $ 39,920.76 |

Schedule 2

BlockFi Lending

| Creditor Name | Accrued Interest |
|---|---|
| Redacted | $3,780.82 |
| Redacted | $2,154.40 |
| Redacted | $2,640.53 |
| Redacted | $2,024.68 |
| Redacted | $3,756.31 |
| Redacted | $2,704.00 |
| Redacted | $138,530.53 |
| Redacted | $42,851.00 |
| Redacted | $96,156.98 |
| Redacted | $11,187.67 |
| Redacted | $52,445.71 |
| Redacted | $7,232.82 |
| Redacted | $432,964.11 |
| Redacted | $35,118.39 |
| Redacted | $5,449.45 |
| Redacted | $524.85 |
| Redacted | $2,723.72 |
| Redacted | $29,999.90 |
| Redacted | $5,253.58 |
| Redacted | $26,040.19 |
| Redacted | $3,663.07 |
| Redacted | $5,544.95 |
| Redacted | $4,142.46 |
| Redacted | $4,520.55 |

| | |
|---|---|
| Redacted | $3,615.07 |
| Redacted | $16,579.45 |
| Redacted | $3,640.00 |
| Redacted | $3,590.14 |
| Redacted | $2,846.66 |
| Redacted | $22,582.47 |
| Redacted | $12,357.27 |
| Redacted | $13,464.29 |
| Redacted | $6,143.86 |
| Redacted | $27,439.70 |
| Redacted | $9,402.74 |
| Redacted | $5,115.12 |
| Redacted | $12,311.61 |
| Redacted | $87,404.10 |
| Redacted | $6,645.99 |
| Redacted | $34,093.15 |
| Redacted | $17,808.22 |
| Redacted | $15,528.77 |
| Redacted | $21,962.33 |
| Redacted | $8,191.78 |
| Redacted | $15,890.41 |
| Redacted | $8,013.70 |
| Redacted | $9,683.01 |
| Redacted | $17,605.48 |
| Redacted | $21,191.78 |
| Redacted | $3,843.83 |
| Redacted | $5,750.00 |
| Redacted | $1,609.64 |
| Redacted | $2,635.37 |

| | |
|---|---|
| Redacted | $2,836.65 |
| Redacted | $1,863.01 |
| Redacted | $2,772.60 |
| Redacted | $8,427.27 |
| Redacted | $2,311.64 |
| Redacted | $4,455.54 |
| Redacted | $20,502.38 |
| Redacted | $9,774.66 |
| Redacted | $5,142.20 |
| Redacted | $12,986.30 |
| Redacted | $3,507.66 |
| Redacted | $15,806.81 |
| Redacted | $3,375.34 |
| Redacted | $4,158.90 |
| Redacted | $16,060.00 |
| Redacted | $12,320.00 |
| Redacted | $11,191.78 |
| Redacted | $11,366.09 |
| Redacted | $15,008.22 |
| Redacted | $7,972.60 |
| Redacted | $14,767.12 |
| Redacted | $2,205.52 |
| Redacted | $9,406.85 |
| Redacted | $17,917.81 |
| Redacted | $10,142.05 |
| Redacted | $3,193.15 |
| Redacted | $1,370.65 |
| Redacted | $1,183.56 |
| Redacted | $65,068.46 |

| | |
|---|---|
| Redacted | $391.28 |
| Redacted | $22,495.89 |
| Redacted | $2,845.95 |
| Redacted | $84,777.38 |
| Redacted | $942.01 |
| Redacted | $7,883.44 |
| Redacted | $9,812.58 |
| Redacted | $7,713.92 |
| Redacted | $3,151.07 |
| Redacted | $1,760.53 |
| Redacted | $6,520.55 |
| Redacted | $3,019.18 |
| Redacted | $1,409.95 |
| Redacted | $5,394.45 |
| Redacted | $87,972.59 |
| Redacted | $2,386.85 |
| Redacted | $7,482.88 |
| Redacted | $15,726.03 |
| Redacted | $2,261.91 |
| Redacted | $2,814.69 |
| Redacted | $8,422.93 |
| Redacted | $7,232.88 |
| Redacted | $12,734.87 |

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19361-MBK |
| BlockFi Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 10 |
| Date Rcvd: Mar 22, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BlockFi Inc., c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019-5905 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 24, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Garber | on behalf of Creditor Kristen Vorhees agarber@wgwc-law.com |
| Adam S. Ravin | on behalf of Interested Party The Foreign Representatives of Three Arrows Capital Ltd. (in liquidation) adam.ravin@lw.com |
| Alan Stuart Maza | on behalf of Creditor Securities and Exchange Commission mazaa@sec.gov mazaa@sec.gov |
| Allen I Gorski | on behalf of Creditor Estate of Herman Katzenell agorski@gorskiknowlton.com |
| Allen I Gorski | on behalf of Creditor Nancy Fout agorski@gorskiknowlton.com |
| Allen Joseph Underwood, II | on behalf of Interested Party Genesis Global Holdco LLC  Genesis Global Capital, LLC and Genesis Asia Pacific Pte. Ltd. |

Case 22-19361-MBK    Doc 2199    Filed 03/24/24    Entered 03/25/24 00:15:20    Desc
Imaged Certificate of Notice    Page 10 of 18

| District/off: 0312-3 | User: admin | Page 2 of 10 |
|---|---|---|
| Date Rcvd: Mar 22, 2024 | Form ID: pdf903 | Total Noticed: 1 |

|  |  |
|---|---|
|  | aunderwood@litedepalma.com, ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Andrew Marks | |
|  | on behalf of Creditor Matthew Gordon jcardenas@dorflaw.com |
| Anna Pia Felix | |
|  | on behalf of Creditor Yuri Mushkin afelix@lpgmlaw.com |
| Anthony J D'Artiglio | |
|  | on behalf of Creditor Kyle Klaus ADARTIGLIO@ANSELL.LAW   courtfilings@ansell.law |
| Barbra Rachel Parlin | |
|  | on behalf of Creditor Silvergate Bank barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Brett S. Theisen | |
|  | on behalf of Unknown Role Type Ankura Trust Company  LLC btheisen@gibbonslaw.com, nmitchell@gibbonslaw.com |
| Bryan Russell Horton | |
|  | on behalf of Interested Party Scratch Services LLC rhorton@gbkh.com |
| Carol L. Knowlton | |
|  | on behalf of Creditor George J. Gerro cknowlton@gorskiknowlton.com |
| Carrie J. Boyle | |
|  | on behalf of Creditor Ge Song cboyle@b-vlaw.com tking@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net;jpryor@b-vlaw.com |
| Catherine B. Heitzenrater | |
|  | on behalf of Creditor Chubb Companies cebeideman@duanemorris.com |
| Daniel Stolz | |
|  | on behalf of Attorney Brown Rudnick LLP dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | |
|  | on behalf of Other Prof. Elementus  Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | |
|  | on behalf of Other Prof. M3 Partners dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | |
|  | on behalf of Creditor Committee Official Committee of Unsecured Creditors dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | |
|  | on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | |
|  | on behalf of Other Prof. Plan Administrator  On Behalf of the Post-Confirmation Debtor dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | |
|  | on behalf of Plaintiff Mohsin Meghji dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | |
|  | on behalf of Creditor Committee Official Committee Of Unsecured Creditors dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | |
|  | on behalf of Other Prof. Plan Administrator  on Behalf of Post-Confirmation Debtor dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | |
|  | on behalf of Plaintiff Official Committee Of Unsecured Creditors dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Thornburgh | |
|  | on behalf of Creditor Robert Prendimano dthornburgh@awkolaw.com |
| Daniel Thornburgh | |
|  | on behalf of Creditor Bobby Strickland dthornburgh@awkolaw.com |
| Daniel Thornburgh | |
|  | on behalf of Creditor Stanley Dunavant dthornburgh@awkolaw.com |
| Daniel Thornburgh | |
|  | on behalf of Creditor John Paul Zable dthornburgh@awkolaw.com |
| Daniel Thornburgh | |
|  | on behalf of Creditor Van Tu dthornburgh@awkolaw.com |
| Daniel Thornburgh | |
|  | on behalf of Creditor Montgomery Glover dthornburgh@awkolaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 10 |
| Date Rcvd: Mar 22, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Daniel Thornburgh
    on behalf of Creditor Rachel De Heras dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Sydney Hamilton dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Eric Masden dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Sean Schilder dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Michael Camal dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Randall Bacon dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Matthew Derwinski dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Daniel Schroeder dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Zachary Michaels dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Angel Rodriguez dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Noah Powell dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Fausto Castillo dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Carlos Rodriguez dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Robert Mulack dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Bryan Dahl dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Dyson Pullins dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Ross Furman dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Oscar Gonzalez dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Deborah McWilliams dthornburgh@awkolaw.com

Daniel E. Straffi
    on behalf of Creditor Ellison Bak bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor Michiel Hemminga bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor Clayton Bargsten bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor Daniel Gusovsky bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor Andrew Martinez bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor Kole Kottmeier bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
    on behalf of Creditor Ashton Rincon bkclient@straffilaw.com

Case 22-19361-MBK    Doc 2199    Filed 03/24/24    Entered 03/25/24 00:15:20    Desc
Imaged Certificate of Notice    Page 12 of 18

| District/off: 0312-3 | User: admin | Page 4 of 10 |
|---|---|---|
| Date Rcvd: Mar 22, 2024 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel E. Straffi | on behalf of Creditor Damon Andersson bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel E. Straffi | on behalf of Creditor Joseph Borremans bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel E. Straffi | on behalf of Creditor Martin Mikolajczyk bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel E. Straffi | on behalf of Creditor Steven Lee bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel E. Straffi | on behalf of Creditor Todd Gantt bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel E. Straffi | on behalf of Creditor Mitchell Eglar bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel E. Straffi | on behalf of Creditor Matthew Hoselton bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel E. Straffi | on behalf of Creditor William Warburton bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel E. Straffi | on behalf of Creditor Brendan Pena bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel E. Straffi | on behalf of Creditor Alberto Olivo bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel E. Straffi | on behalf of Creditor Bruce Gilling bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel E. Straffi | on behalf of Creditor Wayne Akey bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel E. Straffi | on behalf of Creditor Scott Aufenanger bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| David E. Sklar | on behalf of Creditor Zachary Lee Prince desklar@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| David E. Sklar | on behalf of Creditor Flori Marquez desklar@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| David J. Adler | on behalf of Creditor Committee Official Committee of Unsecured Creditors DAdler@McCarter.com |
| David J. Adler | on behalf of Creditor Committee McCarter & English  LLP DAdler@McCarter.com |
| David J. Adler | on behalf of Attorney McCarter & English DAdler@McCarter.com |
| Deborah Kovsky Apap | on behalf of Interested Party Ad Hoc Committee of Wallet Account Holders deborah.kovsky@troutman.com |
| Donald W Clarke | on behalf of Attorney Genova Burns LLC dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Plaintiff Official Committee Of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Attorney Haynes and Boone LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |

Case 22-19361-MBK    Doc 2199    Filed 03/24/24    Entered 03/25/24 00:15:20    Desc
Imaged Certificate of Notice    Page 13 of 18

| District/off: 0312-3 | User: admin | Page 5 of 10 |
|---|---|---|
| Date Rcvd: Mar 22, 2024 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Donald W Clarke | on behalf of Attorney Brown Rudnick LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Creditor Committee Official Committee of Unsecured Creditors dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Creditor Committee Official Committee Of Unsecured Creditors dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Other Prof. Plan Administrator  on Behalf of Post-Confirmation Debtor dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Other Prof. Elementus  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Other Prof. M3 Partners dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Other Prof. Plan Administrator  On Behalf of the Post-Confirmation Debtor dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Douglas J. McGill | on behalf of Creditor Gary Ford dmcgill@webbermcgill.com |
| Douglas J. McGill | on behalf of Creditor Ad Hoc Committee of Collaterized Loan Account Holders dmcgill@webbermcgill.com |
| Douglas T Tabachnik | on behalf of Defendant Primeblock Operations LLC dtabachnik@dttlaw.com  rdalba@dttlaw.com |
| Elisabeth Bruce | on behalf of Interested Party Internal Revenue Service elisabeth.m.bruce@usdoj.gov ari.d.kunofsky@usdoj.gov;eastern.taxcivil@usdoj.gov |
| Felice R. Yudkin | on behalf of Debtor BlockFi Inc. fyudkin@coleschotz.com  fpisano@coleschotz.com |
| Frank F. Velocci | on behalf of Interested Party Bermuda Joint Provisional Liquidators of BlockFi International Ltd. frank.velocci@faegredrinker.com  cathy.greer@faegredrinker.com |
| Gaston P. Loomis, II | on behalf of Creditor New Jersey Bureau of Securities gloomis@mdmc-law.com  scarney@mdmc-law.com |
| Gregory S. Kinoian | on behalf of Plaintiff Official Committee Of Unsecured Creditors gkinoian@genovaburns.com |
| Gregory S. Kinoian | on behalf of Creditor Committee Official Committee of Unsecured Creditors gkinoian@genovaburns.com |
| Gregory S. Kinoian | on behalf of Creditor Committee Official Committee Of Unsecured Creditors gkinoian@genovaburns.com |
| Hugh McDonald | on behalf of Creditor Three Arrows Fund Ltd hugh.mcdonald@pillsburylaw.com  john.murphy@troutman.com |
| Jack Shrum | on behalf of Creditor John M. Von Pischke jshrum@jshrumlaw.com |
| James C Vandermark | on behalf of Creditor Salesforce  Inc. vandermarkj@whiteandwilliams.com, vandermark.jamesr106165@notify.bestcase.com |
| James C Vandermark | on behalf of Creditor Slack Technologies  Inc. vandermarkj@whiteandwilliams.com, vandermark.jamesr106165@notify.bestcase.com |
| James L Bromley | on behalf of Interested Party FTX Trading Ltd and Affiliated Debtors bromleyj@sullcrom.com |
| Jason D. Angelo | on behalf of Creditor Bryant F. Foulger JAngelo@reedsmith.com  sshidner@mdmc-law.com;smullen@mdmc-law.com |
| Jason M. Avellino | on behalf of Creditor Undisclosed Creditors javellino@gelaw.com 7661309420@filings.docketbird.com;gnovod@gelaw.com;cnevers@gelaw.com |
| Jeffrey Bernstein | on behalf of Creditor New Jersey Bureau of Securities jbernstein@mdmc-law.com |

Case 22-19361-MBK    Doc 2199    Filed 03/24/24    Entered 03/25/24 00:15:20    Desc
Imaged Certificate of Notice    Page 14 of 18

| District/off: 0312-3 | User: admin | Page 6 of 10 |
|---|---|---|
| Date Rcvd: Mar 22, 2024 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jeffrey M. Traurig | on behalf of Examiner Elise S. Frejka jtraurig@trauriglaw.com |
| Jeffrey M. Traurig | on behalf of Attorney Traurig Law LLC jtraurig@trauriglaw.com |
| Jessica Cole | on behalf of Interested Party United States of America jessica.cole@usdoj.gov |
| Jessica Cole | on behalf of Defendant United States of America jessica.cole@usdoj.gov |
| Joao Ferreira Magalhaes | on behalf of Creditor John William Van Tubergen Jr. jmagalhaes@connellfoley.com |
| John Piskora | on behalf of Creditor Deferred 1031 LLC jpiskora@loeb.com nydocket@loeb.com,dbesikof@loeb.com |
| John Piskora | on behalf of Creditor Deferred 1031 Series 4 LLC jpiskora@loeb.com nydocket@loeb.com,dbesikof@loeb.com |
| John C. Goodchild | on behalf of Defendant Emergent Fidelity Technologies Ltd. john.goodchild@morganlewis.com |
| John C. Goodchild | on behalf of Interested Party Emergent Fidelity Technologies Ltd john.goodchild@morganlewis.com |
| John C. Goodchild | on behalf of Creditor Emergent Fidelity Technologies Ltd. john.goodchild@morganlewis.com |
| John C. Kilgannon | on behalf of Interested Party Towards Equilibrium LLC john.kilgannon@stevenslee.com |
| John C. Kilgannon | on behalf of Creditor Equi Real Estate Fund LP john.kilgannon@stevenslee.com |
| John C. Kilgannon | on behalf of Creditor Equi Growth Fund LP john.kilgannon@stevenslee.com |
| John C. Kilgannon | on behalf of Creditor Equi Balanced Fund LP john.kilgannon@stevenslee.com |
| John D. Giampolo | on behalf of Interested Party Paperless Inc. d/b/a Paperless Post jgiampolo@rosenbergestis.com |
| John W. Weiss | on behalf of Interested Party The Foreign Representatives of Three Arrows Capital Ltd. (in liquidation) jweiss@pashmanstein.com |
| Jonathan Ohring | on behalf of Defendant QED Capital LLC jonathan@yankwitt.com |
| Jonathan Ohring | on behalf of Defendant Sherry Witter jonathan@yankwitt.com |
| Joseph M. Shapiro | on behalf of Creditor John A. Javes jshapiro@middlebrooksshapiro.com |
| Joseph M. Shapiro | on behalf of Creditor Wilson Cotrim jshapiro@middlebrooksshapiro.com |
| Joshua S. Bauchner | on behalf of Creditor Kyle Klaus jbauchner@mblawfirm.com courtfilings@ansellgrimm.com;ajd@ansellgrimm.com |
| Kaitlin R. Walsh | on behalf of Defendant Marex Capital Markets Inc. f/k/a ED&F Man Capital Markets Inc. krwalsh@mintz.com, docketing@mintz.com |
| Kaitlin R. Walsh | on behalf of Defendant ED&F Man Capital Markets Inc. krwalsh@mintz.com, docketing@mintz.com |
| Kaitlin R. Walsh | on behalf of Creditor Marex Capital Markets Inc. krwalsh@mintz.com docketing@mintz.com |
| Kenneth Aulet | on behalf of Creditor Committee Official Committee of Unsecured Creditors hcohen@brownrudnick.com |
| Kristin Mayhew | on behalf of Creditor State of Connecticut Department of Banking kmayhew@pullcom.com, rmccoy@pullcom.com |

Case 22-19361-MBK    Doc 2199    Filed 03/24/24    Entered 03/25/24 00:15:20    Desc
Imaged Certificate of Notice    Page 15 of 18

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 7 of 10 |
| Date Rcvd: Mar 22, 2024 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Kurt F. Gwynne | on behalf of Interested Party The Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com |
| Kurt F. Gwynne | on behalf of Creditor Bryant F. Foulger kgwynne@reedsmith.com |
| Kurt F. Gwynne | on behalf of Interested Party Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com |
| Kurt F. Gwynne | on behalf of Creditor The Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com |
| Kyle McEvilly | on behalf of Unknown Role Type Ankura Trust Company LLC kmcevilly@gibbonslaw.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Lisa Faucher | lfaucher@cherokeeacq.com |
| Mary E Putnick | on behalf of Creditor Shaoky Taraman marybeth@putnicklegal.com hpenrose@awkolaw.com |
| Mary E Putnick | on behalf of Creditor Noah Powell marybeth@putnicklegal.com hpenrose@awkolaw.com |
| Meredith Mitnick | on behalf of Creditor Deserve Inc. mmitnick@goodwinlaw.com |
| Michael D. Sirota | on behalf of Debtor BlockFi International Ltd. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Services Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Defendant BlockFi Wallet LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Defendant BlockFi Services Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Ventures LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Services Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Wallet LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Defendant BlockFi Trading LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Defendant BlockFi Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Defendant BlockFi Lending LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz |

Case 22-19361-MBK    Doc 2199    Filed 03/24/24    Entered 03/25/24 00:15:20    Desc
Imaged Certificate of Notice    Page 16 of 18

| District/off: 0312-3 | User: admin | Page 8 of 10 |
|---|---|---|
| Date Rcvd: Mar 22, 2024 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | .com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Lending LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Defendant BlockFi Lending II LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Defendant BlockFi Ventures LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Trading  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Investment Products LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Trading LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Defendant BlockFi International Ltd. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi International Ltd. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Investment Products LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Wallet LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Ventures LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Defendant BlockFi Investment Products LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Lending II LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Lending II LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |

Case 22-19361-MBK    Doc 2199    Filed 03/24/24    Entered 03/25/24 00:15:20    Desc
Imaged Certificate of Notice    Page 17 of 18

| District/off: 0312-3 | User: admin | Page 9 of 10 |
|---|---|---|
| Date Rcvd: Mar 22, 2024 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor BlockFi Lending LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael S. Etkin | on behalf of Interested Party Proposed Lead Plaintiff in Securities Class Action metkin@lowenstein.com |
| Michael S. Etkin | on behalf of Interested Party Cameron Wyatt metkin@lowenstein.com |
| Nicole A. Leonard | on behalf of Creditor New Jersey Bureau of Securities nleonard@mdmc-law.com gbressler@mdmc-law.com;dprimack@mdmc-law.com;sshidner@mdmc-law.com |
| Paul J. Winterhalter | on behalf of Creditor Moneeb Waseem pwinterhalter@offitkurman.com cballasy@offitkurman.com |
| Peter Y. Lee | on behalf of Creditor Renard Ihlenfeld peter.lee@leeadvocates.com |
| Rachel Ehrlich Albanese | on behalf of Defendant U.S. Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Defendant Berkley Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Other Prof. Berkshire Hathaway Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Other Prof. XL Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Other Prof. Berkley Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Defendant Berkshire Hathaway Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Other Prof. Arch Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Defendant Arch Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Other Prof. U.S. Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Defendant XL Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Richard Kanowitz | on behalf of Plaintiff BlockFi International Ltd. richard.kanowitz@haynesboone.com |
| Richard Kanowitz | on behalf of Plaintiff BlockFi Lending LLC richard.kanowitz@haynesboone.com |
| Richard Kanowitz | on behalf of Debtor BlockFi Inc. richard.kanowitz@haynesboone.com |
| Richard Kanowitz | on behalf of Plaintiff BlockFi Inc. richard.kanowitz@haynesboone.com |
| Richard G. Placey | on behalf of Stockholder Samuel L. Bankman-Fried rplacey@mmwr.com plorenz@mmwr.com;pat-lorenz-montgomery-mccracken-walker-rhoads-llp-7123@ecf.pacerpro.com |
| Robert Drain | on behalf of Mediator Robert D. Drain robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com |
| Robert Malone | on behalf of Unknown Role Type Ankura Trust Company LLC rmalone@gibbonslaw.com, nmitchell@gibbonslaw.com |
| Robert Aaron Benjamin | on behalf of Defendant National Union Fire Insurance Company of Pittsburgh PA rbenjamin@kbrlaw.com |
| Robert M. Schechter | on behalf of Creditor Flori Marquez rmschechter@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Robert M. Schechter | on behalf of Creditor Zachary Lee Prince rmschechter@pbnlaw.com |

        mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Sam Della Fera, Jr
        on behalf of Defendant Vrai Nom Investment Limited sdellafera@csglaw.com

Sam Della Fera, Jr
        on behalf of Creditor Vrai Nom Investment Limited sdellafera@csglaw.com

Scott Fleischer
        on behalf of Creditor Rui Pedro Vaz dos Santos Teixeira sfleischer@barclaydamon.com

Sean James Mack
        on behalf of Defendant Fiorenzo Manganiello smack@pashmanstein.com
        smack@pashmanstein.com;Jpadilla@pashmanstein.com

Sean James Mack
        on behalf of Defendant Digistar Norway AS smack@pashmanstein.com  smack@pashmanstein.com;Jpadilla@pashmanstein.com

Sean James Mack
        on behalf of Defendant Nessim-Sariel Gaon smack@pashmanstein.com  smack@pashmanstein.com;Jpadilla@pashmanstein.com

Seth Brandon Shapiro
        on behalf of Interested Party United States of America seth.shapiro@usdoj.gov

Seth Brandon Shapiro
        on behalf of Defendant United States of America seth.shapiro@usdoj.gov

Seth David Griep
        on behalf of Other Prof. Endurance American Specialty Insurance Company sgriep@kaufmandolowich.com

Seth David Griep
        on behalf of Defendant Endurance American Insurance Company sgriep@kaufmandolowich.com

Stuart M. Brown
        on behalf of Defendant Arch Insurance Company stuart.brown@us.dlapiper.com
        DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Stuart M. Brown
        on behalf of Defendant U.S. Specialty Insurance Company stuart.brown@us.dlapiper.com
        DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Stuart M. Brown
        on behalf of Defendant XL Specialty Insurance Company stuart.brown@us.dlapiper.com
        DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Stuart M. Brown
        on behalf of Defendant Berkley Insurance Company stuart.brown@us.dlapiper.com
        DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Stuart M. Brown
        on behalf of Defendant Berkshire Hathaway Specialty Insurance Company stuart.brown@us.dlapiper.com
        DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Susan Long
        on behalf of Other Prof. Plan Administrator  on Behalf of Post-Confirmation Debtor slong@genovaburns.com

Susan Long
        on behalf of Other Prof. Plan Administrator  On Behalf of the Post-Confirmation Debtor slong@genovaburns.com

Sydney Schubert
        on behalf of Attorney Genova Burns LLC sschubert@genovaburns.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea
        on behalf of Creditor New Jersey Bureau of Securities vshea@mdmc-law.com  gbressler@mdmc-law.com

Warren A. Usatine
        on behalf of Debtor BlockFi Inc. wusatine@coleschotz.com  fpisano@coleschotz.com

Warren J. Martin, Jr.
        on behalf of Creditor Flori Marquez wjmartin@pbnlaw.com
        mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com

Warren J. Martin, Jr.
        on behalf of Creditor Zachary Lee Prince wjmartin@pbnlaw.com
        mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com

Wendy M Simkulak
        on behalf of Creditor Chubb Companies wmsimkulak@duanemorris.com


TOTAL: 218