## Exhibit A

Proposed Second Stipulated Order

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>　　　　　Debtors.<br><br>BLOCKFI INC. AS THE WIND DOWN DEBTORS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ACE AMERICAN INSURANCE COMPANY, ARCH INSURANCE COMPANY, AXIS INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, U.S. SPECIALTY INSURANCE COMPANY, XL SPECIALTY INSURANCE COMPANY,<br><br>　　　　　Defendants. | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered under a Confirmed Plan)<br><br>Adv. Proc. No. 24-01067 (MBK) |

**SECOND STIPULATED ORDER EXTENDING DEADLINE TO**
**ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT**

The relief requested on the following pages is hereby ORDERED.

1608320308.1

This joint stipulation and agreed order (the "Stipulated Order") is entered into by and among plaintiff BlockFi Inc., as Wind Down Debtors (the "Plaintiff"), and defendants ACE American Insurance Company, Arch Insurance Company, Axis Insurance Company, Berkley Insurance Company, Berkshire Hathaway Specialty Insurance Company, Endurance American Specialty Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, U.S. Specialty Insurance Company, and XL Specialty Insurance Company (collectively, the "Defendants" and, together with the Plaintiff, the "Parties").

WHEREAS, in exchange for the Defendants' counsel accepting service of the amended complaint on behalf of their respective client(s), the Plaintiff agreed to extend the deadline for the Defendants to answer or otherwise respond to the Amended Complaint [Dkt. No. 1] (the "Response Deadline"), and the Parties entered into a stipulation memorializing that agreement, which the Court approved, on March 1, 2024 [Dkt. No. 10].

WHEREAS, the Parties have now agreed to a further extension of the Response Deadline for each of the Defendants.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Plaintiff and the Defendants, through their respective counsel, that:

1. The Response Deadline for each of the Defendants is extended to May 10, 2024, without prejudice to each of the Parties' rights to seek a further extension, subject to approval of the Court.

2. Defendants expressly reserve any and all rights and defenses to the allegations in the Amended Complaint.

1608320308.1

3. This Stipulated Order may be executed in counterparts and each counterpart, when so executed and delivered, shall be deemed an original, and all counterparts, taken together, shall constitute one and the same Stipulated Order.

| | |
|---|---|
| Agreed this 25th day of March, 2024<br><br> /s/ Rachel Ehrlich Albanese<br>Rachel Ehrlich Albanese (#027542001)<br>**DLA PIPER LLP (US)**<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email:  rachel.albanese@us.dlapiper.com<br><br>Stephen C. Matthews (#055801994)<br>**DLA PIPER LLP (US)**<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, New Jersey 07078<br>Telephone: (973) 520-2550<br>Facsimile: (973) 520-2551<br>Email:  stephen.matthews@us.dlapiper.com<br><br>Stuart M. Brown (#026641988)<br>**DLA PIPER LLP (US)**<br>1201 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 397-2336<br>Email:  stuart.brown@us.dlapiper.com<br><br>- and -<br><br>Stacey E. Rufe (*pro hac vice* admission pending)<br>**WERNER AHARI MANGEL LLP**<br>2112 Pennsylvania Ave. NW<br>Suite 200<br>Washington, DC 20037<br>Telephone: (202) 599-1013<br>Email: srufe@wam.law<br><br>*Attorneys for Defendants Arch Insurance Company, Berkley Insurance Company, Berkshire Hathaway Specialty Insurance Company, U.S. Specialty Insurance Company, and XL Specialty Insurance Company* | Agreed this 25th day of March, 2024<br><br> /s/ Stephen D. Palley<br>Stephen D. Palley (pro hac vice forthcoming)<br>Daniel J. Healy (pro hac vice forthcoming)<br>John G. Doyle (#045872005)<br>**BROWN RUDNICK LLP**<br>601 Thirteenth Street NW, Suite 600<br>Washington, DC 20005<br>Telephone: (202) 536-1766<br>Facsimile: (617) 289-0766<br>Email:  spalley@brownrudnick.com<br>            dhealy@brownrudnick.com<br>            jdoyle@brownrudnick.com<br><br>Kenneth J. Aulet<br>**BROWN RUDNICK LLP**<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>Email:  kaulet@brownrudnick.com<br><br>Tristan G. Axelrod<br>**BROWN RUDNICK LLP**<br>One Financial Center<br>Boston, Massachusetts 02111<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201<br>Email:  taxelrod@brownrudnick.com<br><br>- and -<br><br>Daniel M. Stolz<br>Jennifer Borek<br>**GENOVA BURNS LLC**<br>494 Broad Street<br>Newark, New Jersey 07102<br>Telephone: (973) 533-0777<br>Facsimile: (973) 535-7107<br>Email:  dstolz@genovaburns.com<br>            jborek@genovaburns.com<br><br>*Attorneys for Plaintiff* |

| | |
|---|---|
| Agreed this 25th day of March, 2024<br><br> /s/ Seth D. Griep <br>Seth D. Griep<br>**KAUFMAN DOLOWICH, LLP**<br>25 Main Street, Suite 500<br>Hackensack, New Jersey 07601<br>Telephone: (201) 488-6655<br>Facsimile: (201) 488-6652<br>Email:  sgriep@kaufmandolowich.com<br><br>Kevin J. Windels (Admitted Pro Hac Vice)<br>**KAUFMAN DOLOWICH, LLP**<br>40 Exchange Place, 20th Floor<br>New York, NY 10005<br>Telephone: (212) 485-9977<br>Email:  kwindels@kaufmandolowich.com<br><br>*Attorney for Endurance American Specialty Insurance Company* | Agreed this 25th day of March, 2024<br><br> /s/ Robert A. Benjamin <br>Robert A. Benjamin<br>**KAUFMAN BORGEEST & RYAN LLP**<br>200 Summit Lake Drive<br>Valhalla, New York 10595<br>Telephone: (914) 449-1059<br>Facsimile: (914) 449-1100<br>Email:  rbenjamin@kbrlaw.com<br><br>*Attorney for National Union Fire Insurance Company of Pittsburgh, PA* |
| Agreed this 25th day of March, 2024<br><br> /s/  Jessica E. La Londe <br>Jessica E. La Londe (*pro hac vice* forthcoming)<br>**DUANE MORRIS LLP**<br>One Marke Plaza, Suite 2200<br>San Francisco, California 94105-1127<br>Telephone: (415) 957-3225<br>Facsimile: (415) 520-9395<br>Email:  jelalonde@duanemorris.com<br><br>Wendy M. Simkulak<br>**DUANE MORRIS LLP**<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>Facsimile: (215) 689-4951<br>Telephone: (215) 979-1547<br>Email:  WMSimkulak@duanemorris.com<br><br>*Attorneys for ACE American Insurance Company* | Agreed this 25th day of March, 2024<br><br> /s/ Mark D. Sheridan <br>Mark D. Sheridan<br>**SQUIRE PATTON BOGGS (US) LLP**<br>382 Springfield Avenue<br>Summit, New Jersey 07901<br>Telephone: (973) 848-5681<br>Facsimile: (973) 848-5601<br>Email:  mark.sheridan@squirepb.com<br><br>*Attorney for Axis Insurance Company* |