UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GENOVA BURNS LLC
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
(973) 230-2095
DStolz@genovaburns.com
DClarke@genovaburns.com

Local Counsel for Counsel for Plaintiff BlockFi, Inc.

In Re:

BLOCKFI, INC., et al.,

Debtors.

Case No.: 22-19361
Adv. Pro. No.: _____
Chapter: 11
Subchapter V: ☐ Yes ☐ No
Hearing Date: April 11, 2024
Judge: MBK

## ADJOURNMENT REQUEST

1. I, Daniel M. Stolz,

    ☐ am the attorney for: Plan Administrator,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Motion Remanding State Court Action [docket #2181].

    Current hearing date and time: April 11, 2024, 10:00 a.m.

    New date requested: April 25, 2024, 11:30 a.m.

    Reason for adjournment request: The removing parties are requesting additional time to file opposition.

2. Consent to adjournment:

    ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: March 26, 2024

/s/ Daniel M. Stolz
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 4/25/2024 at 11:30 am    ❏ Peremptory

❏ Granted over objection(s)    New hearing date: _____    ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2