UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

CONNELL FOLEY LLP
Joao F. Magalhaes, Esq. (NJ Bar No. 004802008)
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, NJ 07102
973-436-5800
Counsel to Claimant John W. Van Tubergen Jr.,
 Creditor of BlockFi Lending LLC

In Re:

BLOCKFI INC., et al.,

  Debtors.

Case No.: 22-19361

Adv. Pro. No.: _____

Chapter: 11

Subchapter V:  ☐ Yes  ☒ No

Hearing Date: 4/9/24 @11am

Judge: MBK

## ADJOURNMENT REQUEST

1. I, __Joao F. Magalhaes Esq.__,

   ☒ am the attorney for: __claimant John W. Van Tubergen Jr.__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Claimant's Motion for Post-Order Relief, Docket No. 2142

   Current hearing date and time: April 9, 2024, at 11:00 a.m.

   New date requested: April 25, 2024, at 11:30 a.m.

   Reason for adjournment request: The undersigned will be out on family vacation until April 8, and respectfully sought interim time until the original marked date of April 11.

2. Consent to adjournment:

   ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 3/25/2024

/s/ Joao F. Magalhaes Esq.
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 4/25/2024 at 11:30 a.m.    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*