| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>In re:<br><br>BLOCKFI INC., *et al.,*<br><br>            Debtors.[1] | **Order Filed on April 2, 2024**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered under a Confirmed Plan[2]<br>Hearing Date: April 25, 2024 @ 11:30 a.m. ET<br>**Chapter 11** |

## BRIDGE ORDER EXTENDING THE WIND-DOWN DEBTORS' TIME TO FILE AND SERVE OBJECTIONS TO CLAIMS

The relief set forth on the following pages, numbered one (1) through two (2), is hereby ORDERED.

**DATED: April 2, 2024**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

(Page 1)
Debtors: BLOCKFI INC., *et al.*
Case No. 22-19361 (MBK)
Caption of Order: BRIDGE ORDER EXTENDING THE WIND-DOWN DEBTORS' TIME TO FILE AND SERVE OBJECTIONS TO CLAIMS

| | |
|---|---|
| **BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617)856-8300<br>taxelrod@brownrudnick.com<br><br>*Attorneys for the Plan Administrator*<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>*Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator* |

**THIS MATTER** having been brought before the Court on behalf of the Wind-Down Debtors, upon a *Motion for Entry of an Order Extending the Period to File and Service Objections to Claim* (the "Motion");[1] and the current time within which the Wind-Down Debtors may file and serve objections to claims expires on April 21, 2024; and good cause appearing for the entry of this order (the "Bridge Order");

It is **ORDERED** as follows:

---

[1] All capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

(Page 2)
Debtors: BLOCKFI INC., *et al.*
Case No. 22-19361 (MBK)
Caption of Order: BRIDGE ORDER EXTENDING THE WIND-DOWN DEBTORS' TIME TO FILE AND SERVE OBJECTIONS TO CLAIMS

1. The Motion is hereby **GRANTED** on a temporary basis pending final approval of the Motion by this Court.

2. The deadline to file and serve objections to claims is hereby extended through and including the date by which the Court enters a final order with respect to the Motion.

3. This Bridge Order is effective immediately upon entry.

4. The Wind-Down Debtors' counsel shall serve a true copy of this Bridge Order on all interested parties within seven (7) days of the date hereof.

5. All parties in interest reserve any and all of their rights with respect to the final determination on the Motion.

6. This Bridge Order is without prejudice to the Wind-Down Debtors' right to seek further extensions of time within which file and serve objections to claims.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Bridge Order.

8. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Bridge Order.