# EXHIBIT "E"

CLAIM NO.
14127

**United States Bankruptcy Court, District of New Jersey (Trenton)**

| | |
|---|---|
| If you have one or more Interest-Bearing accounts (i.e. BlockFi Interest Accounts or BlockFi Private Client Fixed or Open Loans), fill in this information to identify the case: | |
| **If you are a U.S. client:** | |
| BlockFi Interest Account: | ☐ BlockFi Inc. (Case No. 22-19361) |
| BlockFi Private Client Fixed or Open Loans: | ☐ BlockFi Lending LLC (Case No. 22-19365) |
| **If you are a non-U.S. client:** | ☐ BlockFi International Ltd. (Case No. 22-19368) |
| **Other:** | ☐ _____ (Debtor Name)  _____ (Case Number) |

Modified Official Form 410

# Interest Bearing Account Holder Proof of Claim Form    04/22

**Read the instructions before filling out this form. This form is for making a claim based on assets held in account of the Debtors. Do not** use this form to assert any other pre-petition claims. **Do not** use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed (November 28, 2022).**

### Part 1:  Identify the Claim

| | | |
|---|---|---|
| 1. | **Who is the current creditor?** | Name of the current creditor (the person or entity to be paid for this claim) _____<br><br>Other names the creditor used with the debtor _____<br><br>Customer Identification Number(s): _____<br><br>Email Address Used to Sign Up for your BlockFi Account(s): _____ |
| 2. | **Has this claim been acquired from someone else?** | ☐ No<br>☐ Yes. From whom? _____ |
| 3. | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Name _____<br>Number    Street _____<br>City            State        ZIP Code _____<br>Country (If outside of the US) _____<br>Contact phone _____<br>Contact email _____ | **Where should payments to the creditor be sent?** (if different)<br><br>Name _____<br>Number    Street _____<br>City            State        ZIP Code _____<br>Country (If outside of the US) _____<br>Contact phone _____<br>Contact email _____ |

| 4. | Does this claim amend one already filed? | ☐ No ☐ Yes.  Claim number on court claims registry (if known) _____ | Filed on ___ / ___ / ___ MM / DD / YYYY |
|---|---|---|---|
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☐ No ☐ Yes. Who made the earlier filing? _____ | |

### Part 2: Give Information About the Claim as of November 28, 2022

| 6. Do you have any number you use to identify the debtor? | ☐ No ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
|---|---|

| 7a. To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022) | **U.S. Clients:** BlockFi Interest Account (BlockFi Inc.; Case No. 22-19361) — $ 12,270.64 <br> BlockFi Private Client Fixed or Open Loans (BlockFi Lending LLC; Case No. 22-19365) — $ _____ <br> **Non-U.S. Clients:** <br> BlockFi Interest Account (BlockFi International Ltd.; Case No. 22-19368) — $ _____ <br> BlockFi Private Client Fixed or Open Loans (BlockFi International Ltd.; Case No. 22-19368) — $ _____ |
|---|---|

7b.  List the number of each type of coin held in Interest Bearing Account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in Interest Bearing Account(s) as of the date the case was filed).

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Interest Bearing Accounts | |
|---|---|---|---|
| | | **BlockFi Interest Account(s)** | **BlockFi Private Client Fixed or Open Loans** |
| Bitcoin (BTC) | $16,206.3000 | | |
| Ethereum (ETH) | $1,167.2400 | | |
| Gemini Dollar (GUSD) | $1.0000 | | |
| USD Coin (USDC) | $1.0000 | | |
| 1inch Network1 (INCH) | $0.5170 | | |
| Aave (AAVE) | $60.1500 | | |
| Algorand (ALGO) | $0.2359 | | |
| Avalanche (AVAX) | $12.4500 | | |
| Axie Infinity (AXS) | $6.5600 | | |
| Basic Attention Token (BAT) | $0.22322 | | |
| Binance Coin (BNB) | $292.7865 | | |
| Bitcoin Cash (BCH) | $109.9100 | | |
| Binance USD (BUSD) | $1.0000 | | |
| Cardano (ADA) | $0.3064 | | |
| Chainlink (LINK) | $7.1940 | | |
| Celo (CELO) | $0.6170 | | |
| Chiliz (CHZ) | $0.1642 | | |
| Compound (COMP) | $37.1600 | | |
| Cosmos (ATOM) | $9.8590 | | |
| Curve DAO Token (CRV) | $0.6450 | | |
| Decentraland (MANA) | $0.3862 | | |
| DogeCoin (DOGE) | $0.09506 | | |
| dYdX (DYDX) | $1.6660 | | |
| Elrond (EGLD) | $42.1390 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Interest Bearing Accounts ||
| --- | --- | --- | --- |
| | | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| **Enjin Coin (ENJ)** | $0.2960 | | |
| **EOS (EOS)** | $0.9034 | | |
| **Fantom (FTM)** | $0.2049 | | |
| **Filecoin (FIL)** | $4.2530 | | |
| **FTX Token (FTT)** | $1.2923535 | | |
| **Gala (GALA)** | $0.02478 | | |
| **Hedera Hashgraph (HBAR)** | $0.0486 | | |
| **Kusama (KSM)** | $25.5900 | | |
| **Litecoin (LTC)** | $73.8500 | | |
| **Loopring (LRC)** | $0.2368 | | |
| **Maker (MKR)** | $645.4100 | | |
| **Multi Collateral Dai (DAI)** | $0.9997 | | |
| **Near (NEAR)** | $1.5900 | | |
| **OMG Network (OMG)** | $1.1605 | | |
| **One Coin (ONE)** | $0.0137 | | |
| **PAX Gold (PAXG)** | $1,740.6400 | | |
| **Paxos Standard Token (PAX)** | $1.0000 | | |
| **Polkadot (DOT)** | $5.1340 | | |
| **Polygon (MATIC)** | $0.8209 | | |
| **Quant (QNT)** | $112.4100 | | |
| **Render Token (RNDR)** | $0.4672 | | |
| **Serum (SRM)** | $0.2330 | | |
| **Solana (SOL)** | $13.3200 | | |
| **Stellar (XLM)** | $0.087183 | | |
| **SushiSwap (SUSHI)** | $1.3348 | | |
| **Synthetix (SNX)** | $1.6620 | | |
| **Terra 2.0 (LUNA)** | $0.0001552 | | |
| **Tether (USDT)** | $0.9995 | | |
| **Tezos (XTZ)** | $0.9750 | | |
| **The Graph (GRT)** | $0.0622 | | |
| **The Sandbox (SAND)** | $0.5531 | | |
| **THORchain (RUNE)** | $1.1670 | | |
| **Tron (TRX)** | $0.052973 | | |
| **TrueUSD (TUSD)** | $0.9997 | | |
| **Uniswap (UNI)** | $5.2830 | | |
| **Waves (WAVES)** | $2.3300 | | |
| **Yearn.Finance (YFI)** | $6,266.5000 | | |
| **_____ Other (Please Specify)** | | | |

| | | |
|---|---|---|
| 8. **What is the basis of the claim?** | Examples: Client Account, goods sold, money loaned, lease, services performed, or personal injury/wrongful death. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information. _____ | |
| 9. **Is all or part of the claim secured?** | ❏ No<br>❏ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>❏ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>❏ Motor vehicle<br>❏ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**        $_____<br>**Amount of the claim that is secured:**        $_____<br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**    $_____<br><br>**Annual Interest Rate** (when case was filed) _____%<br>❏ Fixed<br>❏ Variable | |
| 10. **Is this claim based on a lease?** | ❏ No<br>❏ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____ | |
| 11. **Is this claim subject to a right of setoff?** | ❏ No<br>❏ Yes. Identify the property: _____ | |
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br>A claim may be partly priority and partly nonpriority. For example, in some categories, | ❏ No<br>❏ Yes. *Check one:*<br><br>❏ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).<br><br>❏ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).<br><br>❏ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).<br><br>❏ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).<br><br>❏ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).<br><br>❏ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies.<br><br>* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | **Amount entitled to priority**<br><br>$_____<br><br>$_____<br><br>$_____<br><br>$_____<br>$_____<br>$_____ |

**Interest Bearing Account Holder Proof of Claim Form**                                        page 4

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❏ I am the creditor.

❏ I am the creditor's attorney or authorized agent.

❏ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

❏ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____ (mm/dd/yyyy)

_____
Signature

**Name of the person who is completing and signing this claim:**

Name  _____
       First name         Middle name         Last name

Title  _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
        Number    Street

        _____
        City                            State    ZIP Code

Contact phone _____   Email _____

**Interest Bearing Account Holder Proof of Claim Form**                           page 5

EXHIBIT A

# October 2022 BlockFi Interest Account Statement

**Flex Selection** ---
**Month Ending** October 31, 2022

You earned approximately
**$32.09 *** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00111569<br>$22.86 | 0.58782174<br>$12,045.64 |
| **1 ETH**<br>$1,572.90 | 0.00587109<br>$9.23 | 2.35097831<br>$3,697.85 |
| **1 LINK**<br>$7.86 | 0.00000713<br>$0.00 | 0.00878453<br>$0.07 |
| **Total*** in USD | **$32.09** | **$15,743.56** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary based on activity, rates, and compliance with BlockFi's terms & conditions.