UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI, LLC
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Creditor

In Re:

BlockFi, Inc.

Case No.: __22-19361__

Adv. Pro. No.: _____

Chapter: __11__

Subchapter V: ❏ Yes ❏ No

Hearing Date: __4/9/2024__

Judge: __MBK__

## ADJOURNMENT REQUEST

1. I, __Daniel E. Straffi, Jr.__,

   ☒ am the attorney for: __Creditor, Brandon Weiss__,

   ❏ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: __Notice of Wind-Down Debtors' Seventeenth Omnibus Objection to Claims__

   Current hearing date and time: __4/9/24 @ 11:00 am__

   New date requested: __2 week adjournment__

   Reason for adjournment request: __Just recently retained and require additional time to formulate a response.__

2. Consent to adjournment:

   ☒ I have the consent of all parties.  ❏ I do not have the consent of all parties (explain below):

   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: 4/2/2024                                             /s/ Daniel E. Straffi, Jr.
                                                           Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 4/25/2024 at 11:30 a.m. *          ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____           ☐ Peremptory

☐ Denied

**\*  The Seventeenth Omnibus Objection to Claims is adjourned to 4/25/24 at 11:30 a.m. as to Claim No. 15063, 15069, 18939, 18969, 18974, 18993, and 26899 only**

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*