| |
|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Warren J. Martin, Esq. (wjmartin@pbnlaw.com)<br>Robert M. Schechter, Esq. (rmschechter@pbnlaw.com)<br><br>*Attorneys for Zachary Prince and Flori Marquez*<br><br>**SHEARMAN & STERLING LLP**<br>R. Thaddeus Behrens, Esq. (*pro hac vice*)<br>Daniel H. Gold, Esq. (*pro hac vice*)<br>2601 Olive Street, 17th Floor<br>Dallas, TX 75201<br>(214) 271-5812<br>thad.behrens@shearman.com<br>dan.gold@shearman.com<br><br>*Attorneys for Zachary Prince* |

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered)<br><br>**Hearing Date and Time:**<br>**April 25, 2024 at 11:30 a.m. (EST)** |

**CERTIFICATION OF WARREN J. MARTIN JR. IN SUPPORT MOTION OF ZACHARY PRINCE AND FLORI MARQUEZ FOR AN ORDER TO ALLOW INSURED PERSONS TO ACCESS EXCESS DIRECTORS AND OFFICERS <u>INSURANCE POLICY FOR DEFENSE COSTS</u>**

I, Warren J. Martin Jr., Esq., hereby declare as follows:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1. I am a partner with the law firm Porzio, Bromberg & Newman, P.C., counsel to Zachary Prince and Flori Marquez (the "Movants") in the above-captioned action. I make this declaration based upon my personal knowledge and review of the relevant documents.

2. I submit this Certification in support of the *Motion of Zachary Prince and Flori Marquez For An Order To Allow Insured Persons To Access Excess Directors And Officers Insurance Policy For Defense Costs,* pursuant to 11 U.S.C. § 362.

3. Attached hereto as **Exhibit 1** is a true and accurate copy of the Excess Policy.

4. Attached hereto as **Exhibit 2** is a true and accurate copy of the binders for the Excess Policy.

I certify, under penalty of perjury, that the foregoing statements made by me are true.

Dated: April 4, 2024
Morristown, NJ

By: */s/ Warren J. Martin Jr.*
    Warren J. Martin Jr.

7672462