| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b) ||
|---|---|
| **BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617)856-8300<br>taxelrod@brownrudnick.com<br><br>*General Counsel for the Plan Administrator*<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>*Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator* |
| In re:<br><br>BLOCKFI INC., *et al*.,<br><br>Debtors.[1] | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered under a Confirmed Plan[2]) |

# NOTICE OF STIPULATION RESOLVING CLAIM NOS. 13448 AND 34011 FILED BY SLACK TECHNOLOGIES, LLC

---

[1] The Wind-Down Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

[2] On October 3, 2023, the Court entered an order confirming the *Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications)* (the "Plan") [Docket No. 1609].

**PLEASE TAKE NOTICE** that pursuant to their authority under the terms of the confirmed and effective Plan, the Wind-Down Debtors have resolved any future objections to Claim Nos. 13448 and 34011 filed by Slack Technologies, LLC pursuant to the terms of the *Stipulation Resolving Claim Nos. 13448 and 34011 filed by Slack Technologies, LLC* attached hereto.

*[Remainder of page intentionally left blank]*

Dated: April 4, 2024 /s/ *Daniel M. Stolz*

**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
(973) 230-2095
DStolz@genovaburns.com
DClarke@genovaburns.com

*Local Counsel to the Plan Administrator*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Lauren M. Sisson, Esq. (NJ Bar No. 394182022)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
lauren.sisson@haynesboone.com

*Attorneys for the Plan Administrator*

**BROWN RUDNICK LLP**
Kenneth J. Aulet, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
(212) 209-4800
kaulet@brownrudnick.com

**BROWN RUDNICK LLP**
Tristan Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
(617) 856-8300
taxelrod@brownrudnick.com

*General Counsel to the Plan Administrator*

**STIPULATION RESOLVING CLAIM NOS. 13448 AND 34011
FILED BY SLACK TECHNOLOGIES, LLC**

This stipulation (the "Stipulation") is entered into by BlockFi Inc. and its debtor affiliates (collectively, "BlockFi" or the "Wind-Down Debtors," or referred to in the past tense as the "Debtors"),[3] as managed by the Plan Administrator, in the above-referenced Chapter 11 cases (the "Chapter 11 Cases") and Slack Technologies, LLC ("Slack"). BlockFi and Slack are each a "Party" and collectively, the "Parties."

## RECITALS

**WHEREAS,** BlockFi are debtors in the Chapter 11 cases jointly administered under the case styled *In re BlockFi, Inc., et al.*, Case No. 22-19361 (MBK), pending in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

**WHEREAS,** Slack timely filed proof of claim no. 13448 and administrative claim no. 34011 (the "Claims") against BlockFi Inc.

**WHEREAS,** on October 3, 2023, the Court entered its *Revised Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement Relating to the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code on a Final Basis and (II) Confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications)* [Docket No. 1660] (the "Confirmation Order") confirming the Plan, which went effective on October 24, 2023 [Docket No. 1788];

---

[3] The Wind-Down Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

**WHEREAS,** the Plan provides that the Wind-Down Debtors, as managed by the Plan Administrator, have the sole authority to settle or compromise any Disputed Claim[4] without any further notice to or action, order, or approval by the Bankruptcy Court. Plan, Art. VII § B.

**WHEREAS,** the Wind-Down Debtors and the Plan Administrator and their professionals reviewed the Claims to ascertain if and to what extent BlockFi Inc. may be liable for such Claims.

**WHEREAS,** the Parties' respective professionals have engaged in discussions to ascertain the amount BlockFi Inc. is liable for with respect to the Claims.

**WHEREAS,** based on such discussions, the Parties have reached agreement to resolve the Claims, upon the terms set forth below.

**NOW, THEREFORE,** in consideration of the mutual covenants, promises and obligations set forth herein, and other good and valuable consideration, the sufficiency of which is acknowledged, the Parties hereby agree as follows:

**STIPULATION:**

1. <u>Recitals Incorporated</u>. The recitals and paragraphs set forth above are hereby incorporated in full and made part of this Stipulation.

2. <u>Claims</u>. The Claims shall be deemed withdrawn and shall be expunged from the claims register by Kroll Restructuring Administration, LLC (the "<u>Claims and Servicing Agent</u>"), and Slack shall not file nor purport to hold any additional claims against the Wind-Down Debtors. This stipulation shall constitute the full and final settlement of any and all claims that (x) Slack holds against the BlockFi estates in connection with the Claims and (y) the BlockFi estate holds against Slack, if any, in connection with the Claims.

3. <u>No Additional Amendments, Modifications, or Objections</u>. Slack agrees that they

---

[4] Disputed Claim has the meaning ascribed to it in the Plan.

2

shall not file any additional claims in these Chapter 11 Cases nor seek leave to amend any of the proofs of claim resolved hereunder. The Wind-Down Debtors agree that they shall not, with or without leave of Court, further modify the Claims resolved hereunder after directing the Claims and Servicing Agent to take the actions necessary to expunge the Claims as set forth herein.

4. <u>Jurisdiction</u>. The Bankruptcy Court shall retain jurisdiction to hear and determine matters arising from or relating to the implementation, interpretation, and enforcement of this Stipulation. Each Party expressly waives any right to commence any action regarding such matters in another forum.

5. <u>Entire Agreement</u>. This Stipulation constitutes the entire agreement among the Parties, and may not be changed, modified, or altered in any manner, except in writing, signed by each Party.

6. <u>Authorization</u>. Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party.

7. <u>Execution in Counterparts</u>. This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument. Any signature delivered by a Party electronically shall be deemed an original signature hereto.

8. <u>Effectiveness</u>. This Stipulation shall become immediately effective upon execution by each and every Party hereto.

[*Signature page follows*]

**STIPULATED AND AGREED TO BY:**

**Dated: April 4, 2024**

| /s/ *James C. Vandermark* | /s/ *Daniel M. Stolz* |
|---|---|
| **WHITE AND WILLIAMS LLP**<br>James C. Vandermark, Esq.<br>7 Times Square, Suite 2900<br>New York, NY 10036<br>Telephone: (646)837-5791<br>Email: vandermarkj@whiteandwilliams.com<br><br>*Counsel to Slack Technologies, LLC* | **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>*Local Counsel to the Plan Administrator*<br><br>**HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator*<br><br>**BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted pro hac vice)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted pro hac vice)<br>One Financial Center<br>Boston, MA 02111<br>(617)856-8300<br>taxelrod@brownrudnick.com<br><br>*General Counsel to the Plan Administrator* |