| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. BLR 9004-1(b)** | |
| Rachel Ehrlich Albanese (#027542001)<br>**DLA PIPER LLP (US)**<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: rachel.albanese@us.dlapiper.com<br><br>Stephen C. Matthews (#055801994)<br>**DLA PIPER LLP (US)**<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, New Jersey 07078<br>Telephone: (973) 520-2550<br>Facsimile: (973) 520-2551<br>Email: stephen.matthews@us.dlapiper.com<br><br>Stuart M. Brown (#026641988)<br>**DLA PIPER LLP (US)**<br>1201 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 397-2336<br>Email: stuart.brown@us.dlapiper.com<br><br>*Attorneys for Movants Arch Insurance Company, Berkley Insurance Company, Berkshire Hathaway Specialty Insurance Company, U.S. Specialty Insurance Company, and XL Specialty Insurance Company* | Stacey E. Rufe (admitted *pro hac vice*)<br>**WERNER AHARI MANGEL LLP**<br>2112 Pennsylvania Ave. NW<br>Suite 200<br>Washington, DC 20037<br>Telephone: (202) 599-1013<br>Email: srufe@wam.law |
| In re:<br><br>BLOCKFI INC., *et al.,*<br><br>Debtors.[1] | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered under a Confirmed Plan)<br>**Hearing Date: April 25, 2024 at 11:30 a.m. (ET)**<br>**Response Deadline: April 18, 2024 at 4:00 p.m. (ET)** |

## ORDER GRANTING MOTION TO ENFORCE PLAN AND CONFIRMATION ORDER

The relief set forth on the following pages, numbered two (2) and three (3), is **ORDERED**.

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

| | |
|---|---|
| (Page 2) | |
| Debtors: | BLOCKFI INC., *et al.* |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | ORDER GRANTING MOTION TO ENFORCE THE ORDER CONFIRMING THIRD AMENDED JOINT CHAPTER 11 PLAN OF BLOCKFI INC. AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE |

Upon consideration of the motion (the "Motion")[2] of Arch Insurance Company, Berkley Insurance Company, Berkshire Hathaway Specialty Insurance Company, U.S. Specialty Insurance Company, and XL Specialty Insurance Company (collectively, the "Movants") in the chapter 11 cases of the above-captioned debtors and wind-down debtors (collectively, the "Debtors") for entry of an order to enforce the provisions of the *Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [ECF No. 1309] (as amended, the "Plan") and this Court's *Revised Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement Relating to the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code on a Final Basis and (II) Confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications)* [ECF No. 1660] (the "Confirmation Order"); and this Court having jurisdiction to consider the Motion and the relief requested therein under 28 U.S.C. § 1334 and ¶ 146 of the Confirmation Order; and this Court finding that it may enter a final order consistent with article III of the United States Constitution; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor,

---

[2] Capitalized terms used but not defined in this Order are defined as in the Motion.

| | |
|---|---|
| (Page 3) | |
| Debtors: | BLOCKFI INC., *et al.* |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | ORDER GRANTING MOTION TO ENFORCE THE ORDER CONFIRMING THIRD AMENDED JOINT CHAPTER 11 PLAN OF BLOCKFI INC. AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE |

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. In accordance with Plan and Confirmation Order, the Wind Down Debtors are prohibited from pursuing any claim or cause of action against the Movants seeking to (a) avoid and/or recover as a fraudulent transfer or fraudulent conveyance, or under any theory of unjust enrichment, or any similar theory under federal, state, or any other applicable law, any premium or payment made under the Policy, or (b) terminate or reduce coverage under the Policy, or to declare the Policy void *ab initio*. For the avoidance of doubt, the Wind Down Debtors are prohibited from pursuing or maintaining causes of action 1 through 5 asserted in *BlockFi Inc. v. Ace American Insurance Company, et al.*, Adv. Case No. 24-01067 (MBK) and, within three (3) business days after entry of this Order, the Wind Down Debtors shall withdraw such claims with prejudice.

3. The Movants are authorized to take all actions they deem necessary to effectuate the relief granted in this Order.

4. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.