| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Rachel Ehrlich Albanese (#027542001)<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: rachel.albanese@us.dlapiper.com<br><br>In Re:<br>BLOCKFI INC., et al., | Case No.: 22-19361 (MBK)<br>Chapter: 11<br>Adv. No.: _____<br>Hearing Date: 4/25/2024 @ 11:30 am<br>Judge: Michael B. Kaplan |

**CERTIFICATION OF SERVICE**

1. I, _____Clara Oliver_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for ____Rachel Ehrlich Albanese____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____April 4, 2024_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Motion to Enforce Plan and Confirmation Order [ECF No. 2221]

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 4/4/2024                                 /s/ Clara Oliver
                                                          Signature

In re: BlockFi Inc., et al.
Service List
Case No. 22-19361 (MBK)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | Method of Service |
|---|---|---|---|---|---|---|---|---|
| Akerman LLP | Attn: Steven R. Wirth | 401 East Jackson Street | Suite 1700 | Tampa | FL | 33602 | steven.wirth@akerman.com | Email |
| Andrews Devalerio LLP | Attn: Daryl Andrews, Glen DeValerio | P.O. Box 67101 | | Chestnut Hill | MA | 02467 | daryl@andrewsdevalerio.com glen@andrewsdevalerio.com | Email |
| Ankura Trust Company, LLC, as Trustee for the Indenture Dated as of February 28, 2022 | Attn: James J. McGinley | 140 Sherman Street, 4th Floor | | Fairfield | CT | 06824 | james.mcginley@ankura.com | Email |
| Ansell Grimm & Aaron, P.C. | Attn:  Anthony J. D'Artiglio, Joshua S. Bauchner | 365 Rifle Camp Road | | Woodland Park | NJ | 07424 | ajd@ansellgrimm.com jb@ansellgrimm.com | Email |
| Barclay Damon LLP | Attn: Scott L. Fleischer | 1270 Avenue of the Americas | Suite 501 | New York | NY | 10020 | sfleischer@barclaydamon.com | Email |
| BlockFi Inc. | Attn: M3 Partners | 1700 Broadway | 19th Floor | New York | NY | 10019 | | First-Class Mail |
| Boyle & Valenti Law, P.C. | Attn: Carrie J. Boyle, Esq. | 1940 Route 70 East | Suite 4 | Cherry Hill | NJ | 08003 | cboyle@b-vlaw.com | Email |
| Bronstein, Gewirtz & Grossman, LLC | Attn: Peretz Bronstein | 60 East 42nd Street | Suite 4600 | New York | NY | 10165 | peretz@bgandg.com | Email |
| Brown Rudnick LLP | Attn: Robert J. Stark, Kenneth Aulet, Bennett S. Silverberg | 7 Times Square | | New York | NY | 10036 | rstark@brownrudnick.com kaulet@brownrudnick.com bsilverberg@brownrudnick.com | Email |
| Brown Rudnick LLP | Attn: Stephen D. Palley | 601 Thirteenth Street NW | | Washington | DC | 20005 | spalley@brownrudnick.com | Email |
| Cole Schotz P.C. | Attn: Felice R. Yudkin, Michael D. Sirota, Warren A. Usatine | 25 Main Street | | Hackensack | NJ | 07601 | FYudkin@coleschotz.com Msirota@coleschotz.com wusatine@coleschotz.com | Email |
| Commonwealth of Puerto Rico | Attn: Bankruptcy Department | Apartado 9020192 | | San Juan | PR | 00902-0192 | | First-Class Mail |
| Dorf & Nelson LLP | Attn: Andrew P. Marks | The International Corporate Center | 555 Theodore Fremd Avenue | Rye | NY | 10580 | amarks@dorflaw.com | Email |
| Environmental Protection Agency | Attn: Bankruptcy Division | 290 Broadway | | New York | NY | 10007-1866 | | First-Class Mail |
| Environmental Protection Agency | Attn: General Counsel | Office Of General Counsel 2310A | 1200 Pennsylvania Ave NW, 2310A | Washington | DC | 20460 | | First-Class Mail |
| Genova Burns LLC | Attn: Daniel M. Stolz, Donald W. Clarke, Gregory S. Kinoian, Esq. | 110 Allen Road, Suite 304 | | Basking Ridge | NJ | 07920 | dstolz@genovaburns.com dclarke@genovaburns.com | Email |
| George Brothers Kincaid & Horton, LLP | Attn: B.Russell Horton | 114 W. 7th Street | Suite 1100 | Austin | TX | 78701 | rhorton@gbkh.com | Email |
| George S. Wynns | Attn: George S. Wynns | 124 Brewster Street | | San Francisco | CA | 94110 | georgewynns@gmail.com | Email |
| Gerro & Gerro | Attn: George J. Gerro | 530 S. Glenoaks Blvd. | Suite 200 | Burbank | CA | 91502 | george@gerrolaw.com | Email |
| Gibbons P.C. | Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly | One Gateway Center | | Newark | NJ | 07102 | rmalone@gibbonslaw.com btheisen@gibbonslaw.com kmcevilly@gibbonslaw.com | Email |
| Goldstein & McClintock LLLP | Attn: Matthew E. McClintock, Harley Goldstein, Daniel C. Curth | 111 W Washington Street | Suite 1221 | Chicago | IL | 60602 | mattm@goldmclaw.com harleyg@restructuringshop.com danc@goldmclaw.com | Email |
| Goodwin Procter LLP | Attn: Meredith L. Mitnick | 620 Eighth Avenue | | New York | NY | 10018 | mmitnick@goodwinlaw.com | Email |
| Gorski & Knowlton Pc | Attn: Carol L. Knowlton, Allen I. Gorski | 311 Whitehorse Avenue | Suite A | Hamilton | NJ | 08610 | cknowlton@gorskiknowlton.com agorski@gorskiknowlton.com | Email |
| Grant & Eisenhofer P.A. | Attn: Jason M. Avellino | 123 Justison Street | | Wilmington | DE | 19801 | | First-Class Mail |
| Haynes and Boone, LLP | Attn: J. Frasher Murphy, Jordan E. Chavez | 2323 Victory Ave | Suite 700 | Dallas | TX | 75219 | frasher.murphy@haynesboone.com jordan.chavez@haynesboone.com | Email |
| Haynes and Boone, LLP | Attn: Kenric D. Kattner, Kourtney P. Lyda, Re'Necia Sherald | 1221 Mckinney Street | Suite 4000 | Houston | TX | 77010 | kenric.kattner@haynesboone.com kourtney.lyda@haynesboone.com renecia.sherald@haynesboone.com | Email |
| Haynes and Boone, LLP | Attn: Richard S. Kanowitz | 30 Rockefeller Plaza | 26th Floor | New York | NY | 10112 | richard.kanowitz@haynesboone.com | Email |
| Hogan Lovells US LLP | Attn: Christopher R. Donoho III, Christopher R. Bryant | Robert A. Ripin | 390 Madison Ave | New York | NY | 10017 | robert.ripin@hoganlovells.com chris.donoho@hoganlovells.com chris.bryant@hoganlovells.com | Email |
| Hogan Lovells US LLP | Attn: David P. Simonds, Edward J. McNeilly | 1999 Avenue of the Stars, Suite 1400 | | Los Angeles | CA | 90067 | david.simonds@hoganlovells.com edward.mcneilly@hoganlovells.com | Email |
| Holland & Knight LLP | Attn: Barbra R. Parlin | 31 West 52nd Street | | New York | NY | 10019 | barbra.parlin@hklaw.com | Email |
| Internal Revenue Service | Centralized Insolvency Operation | 1111 Constitution Ave, NW | | Washington | DC | 20224 | | First-Class Mail |
| Internal Revenue Service | Centralized Insolvency Operation | 1111 Pennsylvania Ave NW | | Washington | DC | 20004-2541 | | First-Class Mail |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | First-Class Mail |
| Jack Shrum, P.A. | Attn: "J" Jackson Shrum | 919 N. Market St., Suite 1410 | | Wilmington | DE | 19801 | jshrum@jshrumlaw.com | Email |
| Kaufman Dolowich, LLP | Attn: Seth D. Griep | Court Plaza North | 25 Main Street, Suite 500 | Hackensack | NJ | 07601 | | First-Class Mail |
| Kirkland & Ellis LLP | Attn: Christine A. Okike, Francis Petrie, Joshua Sussberg | 601 Lexington Avenue | | New York | NY | 10022 | christine.okike@kirkland.com francis.petrie@kirkland.com jsussberg@kirkland.com | Email |
| Kroll Restructuring Administration LLC | Attn: Jessica Berman | 55 East 52nd Street | 17th Floor | New York | NY | 10055 | BlockFiTeam@ra.kroll.com Serviceqa@ra.kroll.com | Email |

In re: BlockFi Inc., et al.
Service List
Case No. 22-19361 (MBK)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | Method of Service |
|---|---|---|---|---|---|---|---|---|
| Latham & Watkins LLP | Attn: Adam S. Ravin, Adam J. Goldberg, Christopher Harris, Brett M. Neve, Nacif Taousse, Marissa Alter-Nelson | 1271 Avenue of the Americas | | New York | NY | 10020 | adam.ravin@lw.com; adam.goldberg@lw.com; christopher.harris@lw.com; brett.neve@lw.com; nacif.taousse@lw.com; marissa.alter-nelson@lw.com | Email |
| Latham & Watkins LLP | Attn: Nima H. Mohebbi, Tiffany M. Ikeda | 355 South Grand Avenue, Suite 100 | | Los Angeles | CA | 90071 | nima.mohebbi@lw.com; tiffany.ikeda@lw.com | Email |
| Law Offices of Douglas T. Tabachnik, P.C. | Attn: Douglas T. Tabachnik | 63 West Main Street, Suite C | | Freehold | NJ | 07728-2141 | dtabachnik@dttlaw.com | Email |
| Lazare Potter Giacovas & Moyle LLP | Attn: Anna Pia D. Felix, Michael T. Conway | 747 Third Avenue, 16th Floor | | New York | NY | 10017 | afelix@lpgmlaw.com; mconway@lpgmlaw.com | Email |
| Lee, LLC | Attn: Peter Y. Lee | 770 River Road | P.O. Box 52 | Edgewater | NJ | 07020 | Peter.Lee@LeeAdvocates.Com | Email |
| Lowenstein Sandler LLP | Attn: Michael S. Etkin, Michael Papandrea | One Lowenstein Drive | | Roseland | NJ | 07068 | metkin@lowenstein.com; mpapandrea@lowenstein.com | Email |
| McCarter & English, LLP | Attn: David J. Adler, Joseph R. Scholz | Worldwide Plaza | 825 Eighth Avenue, 31st Floor | New York | NY | 10019 | dadler@mccarter.com; jscholz@mccarter.com | Email |
| McCarter & English, LLP | Attn: Lisa S. Bonsall | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102 | lbonsall@mccarter.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gaston P. Loomis | 300 Delaware Ave | Suite 1014 | Wilmington | DE | 19801 | gloomis@mdmc-law.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein | 570 Broad Street | | Newark | NJ | 07102 | jbernstein@mdmc-law.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole Leonard | 225 Liberty Street | 36th Floor | New York | NY | 10281 | nleonard@mdmc-law.com | Email |
| Mcelroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Virginia T. Shea | 1300 Mt. Kemble Avenue | PO Box 2075 | Morristown | NJ | 07962-2075 | vshea@mdmc-law.com | Email |
| Middlebrooks Shapiro, P.C. | Attn: Joseph M. Shapiro | P. O. Box 1630 | | Belmar | NJ | 07719-1630 | jshapiro@middlebrooksshapiro.com | Email |
| Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. | Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein | 919 Third Avenue | | New York | NY | 10022 | KRWalsh@mintz.com; TDoherty@mintz.com; DBaumstein@mintz.com | Email |
| Montgomery McCracken Walker & Rhoads, LLP | Attn: Edward L. Schnitzer | 457 Haddonfield Road | 6th Floor | Cherry Hill | NJ | 08002 | | First-Class Mail |
| Morgan, Lewis & Bockius LLP | Attn: John C. Goodchild, III, Matthew C. Ziegler | 1701 Market Street | | Philadelphia | PA | 19103 | john.goodchild@morganlewis.com; matthew.ziegler@morganlewis.com | Email |
| Morgan, Lewis & Bockius LLP | Attn: Joshua Dorchak, David K. Shim | 101 Park Avenue | | New York | NY | 10178 | joshua.dorchak@morganlewis.com; david.shim@morganlewis.com | Email |
| National Association of Attorneys General | Attn: Karen Cordry | 1850 M St., NW 12th Floor | | Washington | DC | 20036 | kcordry@naag.org | Email |
| Office of The Attorney General of Texas | Attn: Jason B. Binford and Roma N. Desai | Bankruptcy & Collections Division | P. O. Box 12548 | Austin | TX | 78711-2548 | roma.desai@oag.texas.gov; public.information@oag.state.tx.us | Email |
| Office of The Tennessee Attorney General | Attn: Bankruptcy Division | P.O. Box 20207 | | Nashville | TN | 37202-0207 | gina.hantel@ag.tn.gov | Email |
| Office of the United States Trustee | Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq | One Newark Center | 1085 Raymond Boulevard, Suite 2100 | Newark | NJ | 07102 | Lauren.Bielskie@usdoj.gov; jeffrey.m.sponder@usdoj.gov; USTPRegion03.NE.ECF@usdoj.gov | Email |
| Pashman Stein Walder Hayden, P.C. | Attn: John W. Weiss, Joseph C. Barsalona II | 101 Crawfords Corner Road | Suite 4202 | Holmdel | NJ | 07733 | jweiss@pashmanstein.com; jbarsalona@pashmanstein.com | Email |
| Pennsylvania Office of The Attorney General | Attn: Bankruptcy Department | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 | | First-Class Mail |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Hugh M. McDonald | 31 West 52nd Street | | New York | NY | 10019 | hugh.mcdonald@pillsburylaw.com | Email |
| Pomerantz LLP | Attn: Jeremy A. Lieberman, J. Alexander Hood II, Brian Calandra | 600 Third Avenue | | New York | NY | 10016 | jalieberman@pomlaw.com; ahood@pomlaw.com; bcalandra@pomlaw.com | Email |
| Porzio, Bromberg & Newman, P.C. | Attn: Robert M. Schechter, Warren J. Martin | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07962 | rmschechter@pbnlaw.com; wjmartin@pbnlaw.com | Email |
| Pullman & Comley, LLC | Attn: Kristin B. Mayhew | 850 Main Street | PO Box 7006 | Bridgeport | CT | 06601-7006 | kmayhew@pullcom.com | Email |
| Putnick Legal, LLC | Attn: Mary E. Putnick | P.O. Box 797 | | Sewell | NJ | 08080 | marybeth@putnicklegal.com | Email |
| Reed Smith LLP | Attn: Kurt F. Gwynne | 506 Carnegie Center, Suite 300 | | Princeton | NJ | 08540 | kgwynne@reedsmith.com; meckard@reedsmith.com | Email |
| Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo | 1201 North Market Street | Suite 1500 | Wilmington | DE | 19801 | kgwynne@reedsmith.com; jangelo@reedsmith.com | Email |
| Securities & Exchange Commission - NY Office | Attn: Antonia Apps, Regional Director | 100 Pearl St. | Suite 20-100 | New York | NY | 10004-2616 | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov | Email |
| Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept | One Penn Center | 1617 JFK Blvd, Ste 520 | Philadelphia | PA | 19103 | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission | Secretary of the Treasury | 100 F. Street NE | | Washington | DC | 20549 | secbankruptcy@sec.gov | Email |
| Shearman & Sterling LLP | Attn: R. Thaddeus Behrens, Daniel H. Gold | 2601 Olive St., 17th Floor | | Dallas | TX | 75201 | thad.behrens@shearman.com; dan.gold@shearman.com | Email |
| Singer & Levick, P.C. | Attn: Larry A. Levick | 16200 Addison Road | Suite 140 | Addison | TX | 75001 | Levick@singerlevick.com | Email |
| State of Alabama Attorney General | Attn: Bankruptcy Department | P.O. Box 300152 | | Montgomery | AL | 36130-0152 | | First-Class Mail |

In re: BlockFi Inc., et al.
Service List
Case No. 22-19361 (MBK)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | Method of Service |
|---|---|---|---|---|---|---|---|---|
| State of Alaska Attorney General | Attn: Bankruptcy Department | P.O. Box 110300 | | Juneau | AK | 99811-0300 | attorney.general@alaska.gov | Email |
| State of Arizona Attorney General | Attn: Bankruptcy Department | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 | BCEIntake@azag.gov | Email |
| State of Arkansas Attorney General | Attn: Bankruptcy Department | 323 Center St. | Suite 200 | Little Rock | AR | 72201-2610 | | First-Class Mail |
| State of California Attorney General | Attn: Bankruptcy Department | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | bankruptcy@coag.gov | Email |
| State of Colorado Attorney General | Attn: Bankruptcy Department | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 | | First-Class Mail |
| State of Connecticut Attorney General | Attn: Bankruptcy Department | 165 Capitol Avenue | | Hartford | CT | 06106 | attorney.general@ct.gov denise.mondell@ct.gov | Email |
| State of Delaware Attorney General | Attn: Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | Wilmington | DE | 19801 | attorney.general@state.de.us | Email |
| State of Florida Attorney General | Attn: Bankruptcy Department | The Capitol, Pl 01 | | Tallahassee | FL | 32399-1050 | | First-Class Mail |
| State of Georgia Attorney General | Attn: Bankruptcy Department | 40 Capital Square, SW | | Atlanta | GA | 30334-1300 | | First-Class Mail |
| State of Hawaii Attorney General | Attn: Bankruptcy Department | 425 Queen St. | | Honolulu | HI | 96813 | hawaiiag@hawaii.gov | Email |
| State of Idaho Attorney General | Attn: Bankruptcy Department | 700 W. Jefferson Street | P.O. Box 83720 | Boise | ID | 83720-1000 | | First-Class Mail |
| State of Illinois Attorney General | Attn: Bankruptcy Department | 100 West Randolph Street | | Chicago | IL | 60601 | webmaster@atg.state.il.us | Email |
| State of Iowa Attorney General | Attn: Bankruptcy Department | 1305 E. Walnut Street | | Des Moines | IA | 50319 | webteam@ag.iowa.gov | Email |
| State of Kansas Attorney General | Attn: Bankruptcy Department | 120 SW 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 | | First-Class Mail |
| State of Kentucky Attorney General | Attn: Bankruptcy Department | 700 Capitol Avenue, Suite 118 | | Frankfort | KY | 40601 | | First-Class Mail |
| State of Louisiana Attorney General | Attn: Bankruptcy Department | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 | consumerinfo@ag.state.la.us | Email |
| State of Maine Attorney General | Attn: Bankruptcy Department | 6 State House Station | | Augusta | ME | 04333 | | First-Class Mail |
| State of Maryland Attorney General | Attn: Bankruptcy Department | 200 St. Paul Place | | Baltimore | MD | 21202-2202 | oag@oag.state.md.us | Email |
| State of Massachusetts Attorney General | Attn: Bankruptcy Department | One Ashburton Place | | Boston | MA | 02108-1698 | ago@state.ma.us | Email |
| State of Michigan Attorney General | Attn: Bankruptcy Department | G. Mennen Williams Building, 7th Floor | 525 W. Ottawa St., P.O. Box 30212 | Lansing | MI | 48909-0212 | miag@michigan.gov | Email |
| State of Minnesota Attorney General | Attn: Bankruptcy Department | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 | | First-Class Mail |
| State of Mississippi Attorney General | Attn: Bankruptcy Department | Walter Sillers Building | 550 High Street, Suite 1200 P.O. Box 220 | Jackson | MS | 39201 | | First-Class Mail |
| State of Missouri Attorney General | Attn: Bankruptcy Department | Supreme Court Building | 207 W. High St. | Jefferson City | MO | 65102 | attorney.general@ago.mo.gov | Email |
| State of Montana Attorney General | Attn: Bankruptcy Department | 215 N Sanders, Third Floor | P.O. Box 201401 | Helena | MT | 59620-1401 | contactdoj@mt.gov | Email |
| State of Nebraska Attorney General | Attn: Bankruptcy Department | 2115 State Capitol | 2nd Fl, Rm 2115 | Lincoln | NE | 68509-8920 | ago.info.help@nebraska.gov | Email |
| State of Nevada Attorney General | Attn: Bankruptcy Department | 100 North Carson Street | | Carson City | NV | 89701 | aginfo@ag.nv.gov | Email |
| State of New Hampshire Attorney General | Attn: Bankruptcy Department | 33 Capitol St. | | Concord | NH | 03301 | attorneygeneral@doj.nh.gov | Email |
| State of New Jersey Attorney General | Attn: Bankruptcy Department | Rj Hughes Justice Complex | 25 Market Street P.O. Box 080 | Trenton | NJ | 08625-0080 | askconsumeraffairs@lps.state.nj.us | Email |
| State of New Mexico Attorney General | Attn: Bankruptcy Department | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 | | First-Class Mail |
| State of New York Attorney General | Attn: Bankruptcy Department | The Capitol | | Albany | NY | 12224-0341 | | First-Class Mail |
| State of North Carolina Attorney General | Attn: Bankruptcy Department | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 | | First-Class Mail |
| State of North Dakota Attorney General | Attn: Bankruptcy Department | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505-0040 | ndag@nd.gov | Email |
| State of Ohio Attorney General | Attn: Bankruptcy Department | 30 E. Broad St., 14th Floor | | Columbus | OH | 43215 | | First-Class Mail |
| State of Oklahoma Attorney General | Attn: Bankruptcy Department | 313 NE 21st Street | | Oklahoma City | OK | 73105 | | First-Class Mail |
| State of Oregon Attorney General | Attn: Bankruptcy Department | 1162 Court Street NE | | Salem | OR | 97301 | consumer.hotline@doj.state.or.us david.hart@doj.state.or.us | Email |
| State of Rhode Island Attorney General | Attn: Bankruptcy Department | 150 South Main Street | | Providence | RI | 02903 | | First-Class Mail |
| State of South Carolina Attorney General | Attn: Bankruptcy Department | P.O. Box 11549 | | Columbia | SC | 29211-1549 | | First-Class Mail |
| State of South Dakota Attorney General | Attn: Bankruptcy Department | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501-8501 | consumerhelp@state.sd.us | Email |
| State of Utah Attorney General | Attn: Bankruptcy Department | P.O. Box 142320 | | Salt Lake City | UT | 84114-2320 | bankruptcy@agutah.gov | Email |
| State of Vermont Attorney General | Attn: Bankruptcy Department | 109 State St. | | Montpelier | VT | 05609-1001 | ago.bankruptcies@vermont.gov | Email |
| State of Virginia Attorney General | Attn: Bankruptcy Department | General Financial Recovery Section | PO Box 610 | Richmond | VA | 23218-0610 | | First-Class Mail |
| State of Washington Attorney General | Attn: Bankruptcy Department | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 | | First-Class Mail |
| State of West Virginia Attorney General | Attn: Bankruptcy Department | State Capitol Bldg 1 Room E 26 | | Charleston | WV | 25305 | consumer@wvago.gov | Email |
| State of Wisconsin Attorney General | Attn: Bankruptcy Department | Wisconsin Department Of Justice | State Capitol, Room 114 East P.O. Box 7857 | Madison | WI | 53707-7857 | | First-Class Mail |
| State of Wyoming Attorney General | Attn: Bankruptcy Department | 123 Capitol Building | 200 W. 24th Street | Cheyenne | WY | 82002 | | First-Class Mail |
| Stevens & Lee, P.C. | Attn: John C. Kilgannon | Princeton Pike Corporate Center | 100 Lenox Drive, Suite 200 | Lawrenceville | NJ | 08648 | john.kilgannon@stevenslee.com | Email |
| Straffi & Straffi, LLC | Attn: Daniel E. Straffi | 670 Commons Way | | Toms River | NJ | 08755 | bkclient@straffilaw.com | Email |
| Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora | 125 Broad Street | | New York | NY | 10004 | dietdericha@sullcrom.com bromleyj@sullcrom.com gluecksteinb@sullcrom.com porporam@sullcrom.com | Email |
| Traurig Law LLC | Attn: Jeffrey Traurig | 43 W 43rd Street | Suite 73 | New York | NY | 10036 | jtraurig@traurighlaw.com | Email |
| Troutman Pepper Hamilton Sanders LLP | Attn: Deborah Kovsky-Apap | 875 Third Avenue | | New York | NY | 10022 | deborah.kovsky@troutman.com | Email |
| U.S. Department of Justice – Civil Division | Attn: Jessica L. Cole | 1100 L Street, NW | Room 7110 | Washington | DC | 20005 | jessica.cole@usdoj.gov | Email |
| U.S. Department of Justice – Civil Division Commercial Litigation Branch | Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro, | Ben Franklin Station | P.O. Box 875 | Washington | DC | 20044-0875 | seth.shapiro@usdoj.gov | Email |

In re: BlockFi Inc., et al.
Service List
Case No. 22-19361 (MBK)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL | Method of Service |
|---|---|---|---|---|---|---|---|---|
| U.S. Department of Justice Civil Division | Attn: Seth B. Shapiro | 1100 L Street, NW | 7th Floor - Room 7114 | Washington | DC | 20005 | seth.shapiro@usdoj.gov | Email |
| United States of America Attorney General | Attn: Bankruptcy Department | Us Dept Of Justice | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 | | First-Class Mail |
| Venable LLP | Attn: Andrew J. Currie | 600 Massachusetts Avenue NW | | Washington | DC | 20001 | AJCurrie@Venable.com | Email |
| Venable LLP | Attn: Michael A. Guerra, Jeffrey S. Sabin and Carol A. Weiner | 1270 Avenue of the Americas | 24th Floor | New York | NY | 10020 | MAGuerra@Venable.com JSsabin@venable.com CWeinerlevy@venable.com | Email |
| Wadsworth, Garber, Warner and Conrardy, P.C. | Attn: Aaron A. Garber | 2580 W. Main St. | | Littleton | CO | 80120 | agarber@wgwc-law.com | Email |
| Washington DC Attorney General | Attn: Bankruptcy Department | 441 4th Street, NW | | Washington | DC | 20001 | oag@dc.gov | Email |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | 11400 West Olympic Blvd | 9th Floor | Los Angeles | CA | 90064-1582 | saron@wrslawyers.com | Email |
| Zuckerman Gore Brandeis & Crossman, LLP | Attn: John K. Crossman, Karen S. Park, Jeffrey L. Friesen | Eleven Times Square, 15th Floor | | New York | NY | 10036 | jcrossman@zukermangore.com kpark@zukermangore.com jfriesen@zukermangore.com | Email |
| Ace American Insurance Company | | 436 Walnut Street | | Philadelphia | PA | 19106 | | First-Class Mail |
| Ace American Insurance Company | c/o CT Corporation System | 600 N. 2nd Street, Suite 401 | | Harrisburg | PA | 17101-1071 | | First-Class Mail |
| Ace American Insurance Company | c/o Duane Morris LLP | Attn.: Jessica E. La Londe | One Market Plaza, Suite 2200 | San Francisco | CA | 94105-1127 | | First-Class Mail |
| Ace American Insurance Company | c/o Duane Morris LLP | Attn.: Wendy M. Simkulak | 30 South 17th Street | Philadelphia | PA | 19103-4196 | | First-Class Mail |
| Axis Insurance Company | | 10000 Avalon Boulevard, Suite 200 | | Alpharetta | GA | 30009 | | First-Class Mail |
| Axis Insurance Company | c/o Corporation Service Company | 2 Sun Court, Suite 400 | | Peachtree Corners | GA | 30092 | | First-Class Mail |
| Axis Insurance Company | c/o Squire Patton Boggs (US) LLP | Attn. Mark D. Sheridan | 382 Springfield Avenue | Summit | NJ | 07901 | | First-Class Mail |
| Endurance American Specialty Insurance Company | | 3 Manhattanville Road | | Purchase | NY | 10577 | | First-Class Mail |
| Endurance American Specialty Insurance Company | c/o Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 | | First-Class Mail |
| Endurance American Specialty Insurance Company | c/o Kaufman Dolowich, LLP | Attn.: Seth D. Griep | 25 Main Street, Suite 500 | Hackensack | NJ | 70601 | | First-Class Mail |
| National Union Fire Insurance Company of Pittsburgh, PA | | 175 Water Street, 18th Floor | | New York | NY | 10038 | | First-Class Mail |
| National Union Fire Insurance Company of Pittsburgh, PA | Corporation Service Company | 600 N. 2nd Street, Suite 401 | | Harrisburg | PA | 17101-1071 | | First-Class Mail |
| National Union Fire Insurance Company of Pittsburgh, PA | c/o Kaufman Borgeest & Ryan LLP | Attn.: Robert A. Benjamin | 200 Summit Lake Drive | Valhalla | NY | 10595 | | First-Class Mail |