# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by he Objection, he Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| VZQ7-RJWQ-2XNC-XNB6 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 7633 |
|---|

Claim Name

| ▮▮▮▮▮▮ |
|---|

Claimant Address on File

| ▮▮▮▮▮▮▮▮▮▮▮▮ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Electronic Proof of Claim - 3275-50-LAFRI-586501666.pdf | 153 KB |
| 📄 IMG_1172.pdf | 66 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

BlockFi Inc. Wallet Account Holder Proof of Claim Form

## Instructions

**Read the instructions before filling out this form. This form is for making a claim based on assets held in account of the Debtors. Do not** use this form to assert any other pre-petition claims. **Do not** use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is en itled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed (November 28, 2022).**

☑ Check here to see further instructions on completing your claim form:

## Debtor Selection

**If you have one or more BlockFi Wallet account(s), fill in this information to identify the case:**

○ U.S. client
◉ Non-U.S. client

☑ BlockFi International Ltd. (Case No. 22-19368)
☐ Other

## Claim Information

**1. Who is the current creditor?**

▮▮▮▮▮▮▮

O her names he creditor used with the debtor

Customer Identification Number(s):

Email Address Used to Sign Up for your BlockFi Account(s):

▮▮▮▮▮▮▮

**2. Has this claim been acquired from someone else?**

◉ No
○ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

**Where should notices to the creditor be sent?**
Name:

▮▮▮▮▮

Address 1 (Street address, "Care of:", or "Attention To:")

▮▮▮▮▮

Address 2:

▮▮▮▮▮

Address 3:

▮▮▮▮▮

Address 4:

City:

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code | Postal Code:

Is the creditor address outside of the US?

○ No
◉ Yes

Country (if outside of the US):

Contact phone:

Contact email:

Should payments go to a different address?

◉ No
○ Yes

**Would you like to add any additional noticing addresses?**

◉ No
○ Yes

**4. Does this claim amend one already filed?**

◉ No
○ Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

◉ No
○ Yes

**6. Do you have any number you use to identify the debtor?**

◉ No
○ Yes

## Claim Amount

**\* 7a. To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022)**

BlockFi International Ltd.; Case No. 22-19368

**\* 7b. List the number of each type of coin held in your Wallet account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in your Wallet account(s) as of the date the case was filed).**

Please use only numerals and decimals in  he Wallet field, up to a maximum of 21 digits or 20 digits and 1 decimal.

BlockFi Inc. Wallet Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Bitcoin (BTC) | $ 16,206.3000 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Ethereum (ETH) | $ 1,167.2400 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Gemini Dollar (GUSD) | $ 1.0000 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| USD Coin (USDC) | $ 1.0000 | 10296 39 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| 1inch Network1 (INCH) | $ 0.5170 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Aave (AAVE) | $ 60.1500 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Algorand (ALGO) | $ 0.2359 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Avalanche (AVAX) | $ 12.4500 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Axie Infinity (AXS) | $ 6.5600 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Basic Attention Token (BAT) | $ 0.22322 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Binance Coin (BNB) | $ 292.7865 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Bitcoin Cash (BCH) | $ 109.9100 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Binance USD (BUSD) | $ 1.0000 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Cardano (ADA) | $ 0.3064 | 0 |

BlockFi Inc. Wallet Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Chainlink (LINK) | $ 7.1940 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Celo (CELO) | $ 0.6170 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Chiliz (CHZ) | $ 0.1642 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Compound (COMP) | $ 37.1600 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Cosmos (ATOM) | $ 9.8590 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Curve DAO Token (CRV) | $ 0.6450 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Decentraland (MANA) | $ 0.3862 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| DogeCoin (DOGE) | $ 0.09506 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| dYdX (DYDX) | $ 1.6660 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Elrond (EGLD) | $ 42.1390 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Enjin Coin (ENJ) | $ 0.2960 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| EOS (EOS) | $ 0.9034 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Fantom (FTM) | $ 0.2049 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|------|------|
| Filecoin (FIL) | $ 4.2530 | 0 |

BlockFi Inc. Wallet Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| FTX Token (FTT) | $ 1.2923535 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Gala (GALA) | $ 0.02478 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Hedera Hashgraph (HBAR) | $ 0.0486 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Kusama (KSM) | $ 25 5900 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Litecoin (LTC) | $ 73 8500 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Loopring (LRC) | $ 0.2368 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Maker (MKR) | $ 645.4100 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Multi Collateral Dai (DAI) | $ 0.9997 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Near (NEAR) | $ 1.5900 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| OMG Network (OMG) | $ 1.1605 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| One Coin (ONE) | $ 0.0137 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| PAX Gold (PAXG) | $ 1,740.6400 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Paxos Standard Token (PAX) | $ 1.0000 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Polkadot (DOT) | $ 5.1340 | 0 |

BlockFi Inc. Wallet Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|---------------------------------------------------|--------|
| Polygon (MATIC) | $ 0.8209 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|---------------------------------------------------|--------|
| Quant (QNT) | $ 112.4100 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|---------------------------------------------------|--------|
| Render Token (RNDR) | $ 0.4672 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|---------------------------------------------------|--------|
| Serum (SRM) | $ 0.2330 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|---------------------------------------------------|--------|
| Solana (SOL) | $ 13 3200 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|---------------------------------------------------|--------|
| Stellar (XLM) | $ 0.087183 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|---------------------------------------------------|--------|
| SushiSwap (SUSHI) | $ 1.3348 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|---------------------------------------------------|--------|
| Synthetix (SNX) | $ 1.6620 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|---------------------------------------------------|--------|
| Terra 2.0 (LUNA) | $ 0.0001552 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|---------------------------------------------------|--------|
| Tether (USDT) | $ 0.9995 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|---------------------------------------------------|--------|
| Tezos (XTZ) | $ 0.9750 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|---------------------------------------------------|--------|
| The Graph (GRT) | $ 0.0622 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|---------------------------------------------------|--------|
| The Sandbox (SAND) | $ 0.5531 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|---------------------------------------------------|--------|
| THORchain (RUNE) | $ 1.1670 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Tron (TRX) | $ 0.052973 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| TrueUSD (TUSD) | $ 0.9997 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Uniswap (UNI) | $ 5.2830 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Waves (WAVES) | $ 2.3300 | 0 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Yearn.Finance (YFI) | $ 6,266.5000 | 0 |

Do you hold additional coins in your account not listed above?

☉ No
○ Yes

## Additional Claim Information

**8. What is the basis of the claim?** (limited to 100 characters)

Tokens deposited to be held in custody by debtor on my behalf.

**9. Is all or part of the claim secured?**

○ No
☉ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.

☐ Motor vehicle

☑ Other.

Describe.

Tokens hold in custody by debtor

**Basis for perfection:**

See records of debtor, shows correc ly in app as of date.

**Value of property (all amounts in US $ dollars):**

10296.39

**Amount of the claim that is secured (all amounts in US $ dollars):**

10296.39

**Amount of the claim that is unsecured (all amounts in US $ dollars):**

0

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars):**

10296.39

**Interest Rate Type:**                                      **Annual Interest Rate (when case was filed) %:**

○ Fixed
○ Variable

**10. Is this claim based on a lease?**

◉ No
○ Yes

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars).**

**11. Is this claim subject to a right of setoff?**

◉ No
○ Yes

Iden ify the property:

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

◉ No
○ Yes

☐ Domestic support obligations (including alimony and child support) under 11 U.
S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350 of deposits toward purchase, lease, or rental of property or
services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days
before the bankruptcy petition is filed or the debtor's business ends, whichever is
earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

◉ I am the creditor.
○ I am the creditor's attorney or authorized agent.
○ I am the trustee, or the debtor, or  heir authorized agent. Bankruptcy Rule 3004.
○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

02/20/2023

Signature



I cer ify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree hat my electronic signature herein complies with he ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

**Name of the person who is completing and signing this claim:**

First name

Middle Name

Last name

Title

Company

Address 1:

see contact address

Address 2:

Address 3:

Address 4:

City:

see contact address

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code | Postal Code:

Is the address outside of the US?

○ No
◉ Yes

Country (if outside of the US):

see contact address

Contact phone:

Contact email:

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

◉ I have supporting documentation
○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

| 📄 IMG_1172.pdf | 66 KB |

**Attachment Filename**

IMG_1172.pdf

## Confirmation of Submission

### Your Form has been successfully submitted...

| DOCUMENT ID | Submitted Date Time |
|---|---|
| ███████████████████ | 2023-02-20T03:28:38.559Z |

| Status | CONFIRMATION ID |
|---|---|
| Submitted | ███████████████ |

Submission Email Address

██████████████

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as your Confirmation ID.



BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by he Objection, he Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 3PWC-UV5T-7249-TAN3 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 4850 |
|---|

Claim Name

| ▮▮▮▮▮▮ |
|---|

Claimant Address on File

| ▮▮▮▮▮▮▮▮▮ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

BlockFi Seventeenth Omnibus Objection Response Portal

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Seventeenth Omnibus Objection Response Portal

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 ████████████████████.pdf | 3 MB |

## Signature

Sign Here



Print Name

████████

Email Address

████████████

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

Confirmation ID for electronic proof of claim: █████████████ (attached)

This is reference to filed claim numbers **19269** for $249,939.34, and **4850** for about $10,495.32 asserting claims.

claim numbers 19269 for $249,939.34 is against the BIA for █████████████ where she █████████████ alleged and informed me (see attachment) took this money and lost it in the BlockFi BIA. I'm claiming my funds to be directed to my account when disbursed.

My claim includes the following:
    Wallet acct: ██████████ email: ███████████████
    BIA acct: email: █████████████
    BIA acct: email: ████████████████ of which I'm only claiming $250K ($249,939.34)

| Entity and Claim No | Claim Amount | Attachments |
| --- | --- | --- |
| 19269 | $249,939.34 | - 35952.pdf<br>- 20230125-1747hrs-Update for ████████. Email from ███████ stating my funds that that of 13 other accounts were lost in BlockFi.<br>- ████████████ account 2292 belonging to ██████ account statement. 20221018-1517hrs-Exchange Account Statement - ████████ - 2292.pdf<br>- Accounts-Only-███████████-Lost-Funds.pdf |
| 4850 | $10,495.32 | - BlockFi-wallet-█████████-all.pdf<br>- Electronic Proof of Claim - ██████████████.pdf<br>- 08-2022-Monthly_Statement.pdf<br>- 09-2022-Monthly_Statement.pdf<br>- 10-2022-Monthly_Statement.pdf<br>- BlockFi-Interest-Account-█████████pdf |



**9 March 2024**



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

#  BlockFi Wallet Statement

**Name**          ███████████
**Email**          █████████████████
**Address**       ████████████████

**Account ID**   ████████
**Month Ending**  August 31, 2022

You earned approximately
**$0.00 *** worth of crypto.

# August 2022 BlockFi Interest Account Statement

**Flex Selection** --- 
**Month Ending** August 31, 2022

You earned approximately
## $15.62 * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| 1 BTC<br>$20,048.63 | 0.00000155<br>$0.03 | 0.00056757<br>$11.38 |
| 1 ETH<br>$1,554.55 | 0.00924947<br>$14.38 | 4.36148383<br>$6,780.14 |
| 1 LINK<br>$6.63 | 0.12614954<br>$0.84 | 341.63517772<br>$2,265.04 |
| 1 LTC<br>$53.82 | 0.00689781<br>$0.37 | 4.10493017<br>$220.93 |
| **Total* in USD** | **$15.62** | **$9,277.49** |

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
  Actual balances are denominated in cryptocurrency, not USD.
  Actual amounts will vary based on activity, rates, and compliance with BlockFi's terms & conditions.



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# September 2022  BlockFi Wallet Statement

**Name**          ███████
**Email**         ████████████████
**Address**       ████████████████

**Account ID**    ████████
**Month Ending**  September 30, 2022

You earned approximately
**$0.00 \*** worth of crypto.

# September 2022  BlockFi Interest Account Statement

| **Flex Selection** | --- |
| **Month Ending** | September 30, 2022 |

You earned approximately
**$13.22 ***  worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| 1 BTC<br>$19,414.22 | 0.00000150<br>$0.03 | 0.00056907<br>$11.05 |
| 1 ETH<br>$1,328.08 | 0.00896610<br>$11.91 | 4.37044993<br>$5,804.31 |
| 1 LINK<br>$7.56 | 0.12210090<br>$0.92 | 341.75727862<br>$2,583.00 |
| 1 LTC<br>$53.44 | 0.00668670<br>$0.36 | 4.11161687<br>$219.72 |
| **Total* in USD** | **$13.22** | **$8,618.08** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022 BlockFi Wallet Statement

**Name**  ████████
**Email**  ████████████
**Address**  ████████████

**Account ID**  ██████
**Month Ending**  October 31, 2022

You earned approximately
**$32.24 *** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
| --- | --- | --- | --- |
| 1 GUSD<br>$1.00 | 0 | 32.24000000<br>$32.24 | 32.24000000<br>$32.24 |
| **Total* in USD** | **$0.00** | **$32.24** | **$32.24** |

# October 2022  BlockFi Interest Account Statement

| | |
|---|---|
| **Flex Selection** | --- |
| **Month Ending** | October 31, 2022 |

You earned approximately
**$16.00 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| 1 BTC<br>$20,492.00 | 0.00000155<br>$0.03 | 0.00057062<br>$11.69 |
| 1 ETH<br>$1,572.90 | 0.00928016<br>$14.60 | 4.37973009<br>$6,888.88 |
| 1 LINK<br>$7.86 | 0.12619170<br>$0.99 | 341.88347032<br>$2,686.04 |
| 1 LTC<br>$55.02 | 0.00692075<br>$0.38 | 4.11853762<br>$226.58 |
| **Total\* in USD** | **$16.00** | **$9,813.19** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

United States Bankruptcy Court, District of New Jersey (Trenton)

Case 22-19361-MBK    Doc 2226    Filed 04/05/24    Entered 04/05/24 14:53:32    Desc

| Fill in this information to identify the case (Select only one Debtor per claim form): | | |
|---|---|---|
| ☒ BlockFi Inc. (Case No. 22-19361) | ☐ BlockFi Wallet LLC (Case No. 22-19366) | ☐ BlockFi Investment Products LLC (Case No. 22-19370) |
| ☐ BlockFi Trading LLC (Case No. 22-19363) | ☐ BlockFi Ventures LLC (Case No. 22-19367) | ☐ BlockFi Services Inc. (Case No. 22-19371) |
| ☐ BlockFi Lending LLC (Case No. 22-19365) | ☐ BlockFi International Ltd. (Case No. 22-19368) | ☐ BlockFi Lending II LLC (Case No. 22-19374) |

## Modified Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

### Part 1:    Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | ▮▮▮▮▮▮▮▮▮ |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes. From whom? _____ |

| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| | Address1: ▮▮▮▮▮▮▮. | Address1: |
| | Address2: | Address2: |
| | Address3: | Address3: |
| | Address4: | Address4: |
| | City: ▮▮▮▮ | City: |
| | State: ▮ | State: |
| | Postal Code: ▮▮▮ | Postal Code: |
| | Country: | Country: |
| | Contact phone ▮▮▮▮▮▮ | Contact phone _____ |
| | Contact email ▮▮▮▮▮▮▮▮ | Contact email _____ |

| | | |
|---|---|---|
| 4. | Does this claim amend one already filed? | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known)_____    Filed on ____ / ____ / ____ <br> MM / DD / YYYY |
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☐ No <br> ☑ Yes. Who made the earlier filing? ▮▮▮▮▮▮ |

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ $249,939.34

**Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

███████████ acted as intermediary IRS part 1031. These funds were invested by into BlockFi. Funds came from real estate.

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**    $_____

---

**Part 3:    Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

▮▮▮▮▮▮▮▮                    03/03/2023

_____    _____
Electronic Signature                    Date

**Name of the person who is completing and signing this claim**

| Name | ▮▮▮▮▮ | | ▮▮▮▮▮ |
|---|---|---|---|
| | First name | Middle name | Last name |

Title    _____

Company    _____
                        mpany if the authorized agent is a servicer.

Address    _____
                ▮▮▮▮▮▮▮
                Number        Street

                _____
                City            State        ZIP Code    Country

Contact phone    ▮▮▮▮▮▮▮    Email    ▮▮▮▮▮▮▮▮

**Additional Noticing Addresses (if provided):**

**Additional Address 1**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Address 2**
Name:
Address1:
Address2:
Address3:
Address4:
City:
State:
Postal Code:
Country:

Contact Phone:
Contact Email:

**Additional Supporting Documentation Provided**

✓ Yes
☐ No

---

Attachment Filename:

Exchange Agreement - ▮▮▮▮▮▮ - 2292 Combo.pdf

**KROLL**

Electronic Proof of Claim Confirmation:  3275-1-KNHPK-611779208

Claim Electronically Submitted on (UTC) :  2023-03-03T21:21:46.104Z

Submitted by:

**KROLL**



**ACCOUNT STATEMENT**

**Exchanger:**
**Account:**
**Current Balance:** $538,249.91

| Date | Description | Amount |
|------|-------------|--------|
| 9/19/2022 | RQ: real property in Greenville, Texas | $ |
| 9/19/2022 | 1031 Exchange Fee Deposit | $ |
| 9/20/2022 | 1031 Exchange Fee Charge | $ |
| 9/28/2022 | RP1: EMD 3704 Flory Ave El Paso, Texas 79904-5512 | $ |
| 10/17/2022 | RP1: 3704 Flory Ave El Paso, Texas 79904-5512 | $ |

| Net Exchange Balance: | $ | ███████ |

Proof of account balance:



| | Cash for Payout (Available Now) | Claim Amount (In BlockFi) | Percent Available | 180 Day Deadline |
|---|---|---|---|---|
| 22903 | $2,403,579.00 | $1,276,470.07 | $1,127,108.93 | 53.1% | 4/4/23 |
| 2290 | $2,184,054.97 | $1,159,887.32 | $1,024,167.65 | 53.1% | 2/1/23 |
| 2258 | $1,417,236.08 | $752,652.37 | $664,583.71 | 53.1% | 10/26/22 |
| 2247 | $816,343.26 | $433,535.88 | $382,807.38 | 53.1% | 11/7/22 |
| 2271 | $569,355.56 | $302,367.98 | $266,987.58 | 53.1% | 11/16/22 |
| 2292 | $532,999.91 | $283,060.57 | $249,939.34 | 53.1% | 3/18/23 |
| 22902 | $458,500.00 | $243,495.86 | $215,004.14 | 53.1% | 4/4/23 |
| 2289 | $457,245.40 | $242,829.58 | $214,415.82 | 53.1% | 1/8/23 |
| 2284 | $383,500.00 | $203,665.56 | $179,834.44 | 53.1% | 1/7/23 |
| 22907 | $327,323.66 | $173,831.96 | $153,491.70 | 53.1% | 5/9/23 |
| 22905 | $202,186.53 | $107,375.32 | $94,811.21 | 53.1% | 5/7/23 |
| 2275 | $117,724.34 | $62,519.93 | $55,204.41 | 53.1% | 11/28/22 |
| 2276 | $113,038.47 | $60,031.40 | $53,007.07 | 53.1% | 1/3/23 |
| Total | $9,983,087.18 | $5,301,723.80 | $4,681,363.38 | | |

 **BlockFi**

> ⚠ **Important Update**
> Please note, balances displayed on the user interface may not properly reflect underlying balances at the time of the platform pause. Additional information can be found on our blog **here**.

**Dashboard** / Interest Account

# Interest Account

 Overview ⌄

## Updates to your BlockFi Interest Account ✕

Assets in your Interest Account will earn interest. To trade and borrow with these assets, transfer them to your BlockFi Wallet. If assets are transferred out of your Interest Account they cannot be transferred back.



**Learn more**

 **Overview**

Balance
## $10,456.74

Transfer

**Interest**

| Total Interest Paid | Accrued Interest | Your interest will be paid in: |
|---|---|---|
| **$496.13** | **$0.00** | **Same as asset(s) held** |
| | | Edit interest preferences |

## Your Assets

| Asset | Balance/Qty |
|---|---|
| Ethereum <br> ETH | **$7,426.40** <br> 4.37973009 ETH > |
| Chainlink <br> LINK | **$2,602.75** <br> 341.88347032 LINK > |
| Litecoin <br> LTC | **$413.54** <br> 4.11853762 LTC > |
| Bitcoin <br> BTC | **$14.04** <br> 0.00057062 BTC > |

## Recurring Trades

Set up Recurring Buy

| Recurring Trade | Buy Amt Frequency |
|---|---|

You have not set up any recurring trades.

## Transactions

Your transaction history has moved. Visit the Dashboard to view Interest Account transactions.

 **BlockFi**    ☰

**Dashboard**  /  **Wallet Overview**  /  Gemini USD

# Wallet

 Gemini USD GUSD    ⌄

## Introducing the BlockFi Wallet    ✕

The BlockFi Wallet is your new default account where all new assets
are stored. The Wallet is a non-interest bearing account that
safeguards your assets while you buy, sell, and store crypto and
borrow funds.



**Learn more**



### Gemini USD GUSD
100.00% of Wallet assets

Balance
## $32.24
32.24000000 GUSD

**Fund**    **Withdraw**

## Recurring Trades

**Set up Recurring Buy**

**Recurring Trade**    **Buy Amt Frequency**

You have not set up any recurring trades.

 BlockFi

---

**❗ Important Update**
Please note, balances displayed on the user interface may not properly reflect underlying balances at the time of the platform pause. Additional information can be found on our blog **here**.

---

Dashboard / Interest Account

# Interest Account

 Overview ⌄

---

## Updates to your BlockFi Interest Account ✕

Assets in your Interest Account will earn interest. To trade and borrow with these assets, transfer them to your BlockFi Wallet. If assets are transferred out of your Interest Account they cannot be transferred back.



**Learn more**

---

 Overview

Balance
## $10,456.74

**Transfer**

**Interest**

| Total Interest Paid | Accrued Interest | Your interest will be paid in: |
|---|---|---|
| **$496.13** | **$0.00** | **Same as asset(s) held** |
| | | Edit interest preferences |

## Your Assets

| Asset | Balance/Qty |
|---|---|
| Ethereum ETH | $7,426.40 4.37973009 ETH › |
| Chainlink LINK | $2,602.75 341.88347032 LINK › |
| Litecoin LTC | $413.54 4.11853762 LTC › |
| Bitcoin BTC | $14.04 0.00057062 BTC › |

## Recurring Trades

Set up Recurring Buy

| Recurring Trade | Buy Amt Frequency |
|---|---|

You have not set up any recurring trades.

## Transactions

Your transaction history has moved. Visit the Dashboard to view Interest Account transactions.

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

# BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

## Electronic Proof of Claim ID

If you have an EPOC ID please enter it below and select next to proceed with your claim submission.  EPOC IDs can be located on the pre-printed proof of claim forms sent via first-class mail.

EPOC ID

EPOC IDs are not required to submit a claim.  If you cannot locate your EPOC ID or do not have an EPOC ID, please select next to continue with your claim submission.

## Instructions

**Read the instructions before filling out this form. This form is for making a claim based on assets held in account of the Debtors.** <u>**Do not**</u> use this form to assert any other pre-petition claims. <u>**Do not**</u> use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is en itled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed (November 28, 2022).**

☑ Check here to see further instructions on completing your claim form:

## Debtor Selection

**If you have one or more Interest-Bearing accounts (i.e. BlockFi Interest Accounts or BlockFi Private Client Fixed or Open Loans), fill in this information to identify the case:**

◉ U.S. client
○ Non-U.S. client

☑ **BlockFi Interest Account**: BlockFi Inc. (Case No. 22-19361)
☐ **BlockFi Private Client Fixed or Open Loans**: BlockFi Lending LLC (Case No. 22-19365)
☑ Other

　　　　○ BlockFi International Ltd. (Case No. 22-19368)
　　　　○ BlockFi Investment Products LLC (Case No. 22-19370)
　　　　○ BlockFi Lending II LLC (Case No. 22-19374)
　　　　○ BlockFi Services Inc. (Case No. 22-19371)
　　　　○ BlockFi Trading LLC (Case No. 22-19363)
　　　　○ BlockFi Ventures LLC (Case No. 22-19367)
　　　　◉ BlockFi Wallet LLC (Case No. 22-19366)

## Claim Information

**1. Who is the current creditor?**

▮▮▮▮▮▮

O her names  he creditor used with the debtor

Customer Identification Number(s):

▮▮▮▮▮▮▮▮▮▮

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

Email Address Used to Sign Up for your BlockFi Account(s):

███████████

**2. Has this claim been acquired from someone else?**

◉ No
○ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

**Where should notices to the creditor be sent?**

Name:

███████

Address 1 (Street address, "Care of:", or "Attention To:"):

███████████

Address 2:

Address 3:

Address 4:

City:

███

State or Province (use 2-letter abbreviation if US or Canada):

██

Zip Code | Postal Code:

███

Is the creditor address outside of the US?

◉ No
○ Yes

Contact phone:

██████

Contact email:

█████████

Should payments go to a different address?

◉ No
○ Yes

**Would you like to add any additional noticing addresses?**

◉ No
○ Yes

**4. Does this claim amend one already filed?**

◉ No
○ Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

◉ No
○ Yes

**6. Do you have any number you use to identify the debtor?**

◉ No
○ Yes

## Claim Amount

**\* 7a. To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022)**

BlockFi Interest Account (BlockFi Inc.; Case No. 22-19361)

| $10,463 08 |
|---|

O her Debtor Claim Amount

| $32.24 |
|---|

**\* 7b. List the number of each type of coin held in your Wallet account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in your Wallet account(s) as of the date the case was filed).**

Please use only numerals and decimals in he BlockFi Interest Account(s) and BlockFi Private Client Fixed or Open Loans fields, up to a maximum of 21 digits or 20 digits and 1 decimal.

Interest Bearing Accounts

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Bitcoin (BTC) | $ 16,206.3000 | 0.00057062 | |
| Ethereum (ETH) | $ 1,167.2400 | 4.37973009 | |
| Gemini Dollar (GUSD) | $ 1.0000 | | |
| USD Coin (USDC) | $ 1.0000 | | |
| 1inch Network1 (INCH) | $ 0.5170 | | |
| Aave (AAVE) | $ 60.1500 | | |
| Algorand (ALGO) | $ 0.2359 | | |
| Avalanche (AVAX) | $ 12.4500 | | |

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Axie Infinity (AXS) | $ 6.5600 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Basic Attention Token (BAT) | $ 0.22322 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Binance Coin (BNB) | $ 292.7865 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Bitcoin Cash (BCH) | $ 109.9100 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Binance USD (BUSD) | $ 1.0000 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Cardano (ADA) | $ 0.3064 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Chainlink (LINK) | $ 7.1940 | 341.88347032 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Celo (CELO) | $ 0.6170 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Chiliz (CHZ) | $ 0.1642 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Compound (COMP) | $ 37.1600 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Cosmos (ATOM) | $ 9.8590 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Curve DAO Token (CRV) | $ 0.6450 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Decentraland (MANA) | $ 0.3862 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| DogeCoin (DOGE) | $ 0.09506 | | |

Blockfi Inc. Interest Bearing Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| dYdX (DYDX) | $ 1.6660 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Elrond (EGLD) | $ 42.1390 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Enjin Coin (ENJ) | $ 0.2960 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| EOS (EOS) | $ 0.9034 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Fantom (FTM) | $ 0.2049 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Filecoin (FIL) | $ 4.2530 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| FTX Token (FTT) | $ 1.2923535 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Gala (GALA) | $ 0.02478 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Hedera Hashgraph (HBAR) | $ 0.0486 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Kusama (KSM) | $ 25 5900 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Litecoin (LTC) | $ 73 8500 | 4.11853762 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Loopring (LRC) | $ 0.2368 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Maker (MKR) | $ 645.4100 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Multi Collateral Dai (DAI) | $ 0.9997 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Near (NEAR) | $ 1.5900 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| OMG Network (OMG) | $ 1.1605 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| One Coin (ONE) | $ 0.0137 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| PAX Gold (PAXG) | $ 1,740.6400 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Paxos Standard Token (PAX) | $ 1.0000 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Polkadot (DOT) | $ 5.1340 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Polygon (MATIC) | $ 0.8209 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Quant (QNT) | $ 112.4100 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Render Token (RNDR) | $ 0.4672 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Serum (SRM) | $ 0.2330 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Solana (SOL) | $ 13 3200 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Stellar (XLM) | $ 0.087183 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| SushiSwap (SUSHI) | $ 1.3348 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Synthetix (SNX) | $ 1.6620 | | |

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Terra 2.0 (LUNA) | $ 0.0001552 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Tether (USDT) | $ 0.9995 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Tezos (XTZ) | $ 0.9750 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| The Graph (GRT) | $ 0.0622 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| The Sandbox (SAND) | $ 0.5531 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| THORchain (RUNE) | $ 1.1670 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Tron (TRX) | $ 0.052973 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| TrueUSD (TUSD) | $ 0.9997 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Uniswap (UNI) | $ 5.2830 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Waves (WAVES) | $ 2.3300 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|------|------|------|------|
| Yearn.Finance (YFI) | $ 6,266.5000 | | |

Do you hold additional coins in your account not listed above?

◉ No
○ Yes

## Additional Claim Information

**8. What is the basis of the claim?** (limited to 100 characters)

████████

**9. Is all or part of the claim secured?**

◉ No
○ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.

☐ Motor vehicle

☐ Other.

**Basis for perfection:**

[ ]

**Value of property (all amounts in US $ dollars):**

[ ]

**Amount of the claim that is secured (all amounts in US $ dollars):**

[ ]

**Amount of the claim that is unsecured (all amounts in US $ dollars):**

[ ]

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars):**

[ ]

**Interest Rate Type:**

○ Fixed
○ Variable

**Annual Interest Rate (when case was filed) %:**

[ ]

**10. Is this claim based on a lease?**

◉ No
○ Yes

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars).**

[ ]

**11. Is this claim subject to a right of setoff?**

◉ No
○ Yes

Iden ify the property:

[ ]

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

◉ No
○ Yes

☐ Domestic support obligations (including alimony and child support) under 11 U.
S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350 of deposits toward purchase, lease, or rental of property or
services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days
before the bankruptcy petition is filed or the debtor's business ends, whichever is
earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

- ◉ I am the creditor.
- ○ I am the creditor's attorney or authorized agent.
- ○ I am the trustee, or the debtor, or  heir authorized agent. Bankruptcy Rule 3004.
- ○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

| 02/17/2023 |
|---|

Signature



I cer ify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree  hat my electronic signature herein complies with  he ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

**Name of the person who is completing and signing this claim:**

First name



Middle Name

| |
|---|

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

Last name

███████

Title

Company

Address 1:

██████████████

Address 2:

Address 3:

Address 4:

City:

███████

State or Province (use 2-letter abbreviation if US or Canada):

████

Zip Code | Postal Code:

████

Is the address outside of the US?

◉ No
○ Yes

Contact phone:

██████████

Contact email:

████████████████

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

◉ I have supporting documentation
○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

| 🗎 ███████████████l.pdf | 755 KB |
|---|---|

**Attachment Filename**

██████████████████ pdf

## Confirmation of Submission

### Your Form has been successfully submitted...

| DOCUMENT ID | Submitted Date Time |
|---|---|
| ██████████████████████ | 2023-02-17T23:52:47.056Z |

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

**Status**

Submitted

**CONFIRMATION ID**

██████████████

**Submission Email Address**

███████████

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as your Confirmation ID.

BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

### First Class Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

Grand Central Station, PO Box 4850

New York, NY 10163-4850

### Overnight Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

850 Third Avenue, Suite 412

Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| QERA-VZPY-NQHF-MB48 |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 17001 |

Claim Name

| ███████ |

Claimant Address on File

| ████████████ |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

BlockFi Seventeenth Omnibus Objection Response Portal

Name:

███████████

Street1

████████████████

Street2

City

█████████

State

███

Zip

█████

Country

█████████

Telephone Number

███████████

Email Address

█████████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

███████████

Street1

████████████████

Street2

City

█████████

State

███

Zip

█████

Country

█████████

Telephone Number

███████████

Email Address

███████████████████████████

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 merged.pdf | 289 KB |

## Signature

Sign Here



Print Name

███████

Email Address

███████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



What does it mean to modify a claim? I can't get anyone on email or over the phone to speak with me about this. How can I proceed?

| 17001 | -Redacted- | 2/14/2023 | BlockFi Inc. | 52.15 | BR | 17001 | 937.34 | - | - | - | - | - | - | - | BlockFi Inc | Modify |

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

### First Class Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| P3Y5-RCH4-TCM3-MUPF |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 1297 |
|---|

Claim Name

| ██████████ |
|---|

Claimant Address on File

| ███████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

███████

Telephone Number

████████████

Email Address

████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Claimant response.pdf | 15 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

I strongly object to the expungement of my claim, and request immediate direct discussion on how recovery may be initiated.

As I am a travelling pilot by profession I may be difficult to reach by regular means. I request initial contact by e-mail and phone. Please note time difference to ▮▮▮▮▮ for contact.

Kind regards,



# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| B5SK-CN89-SC6F-ADX9 |
| --- |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 33897 |
| --- |

Claim Name

| ███████████ |
| --- |

Claimant Address on File

| ██████████████████ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

BlockFi Seventeenth Omnibus Objection Response Portal

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Btc .pdf | 223 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

### First Class Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

ACHZ-7CNH-8PE3-ZKJM

⦿ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: ▉▉▉▉▉▉▉▉
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

31049

Claim Name

▉▉▉▉▉▉

Claimant Address on File

▉▉▉▉▉▉▉▉▉▉

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

▉▉▉▉▉

Email Address

▉▉▉▉▉▉

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

---

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄  Blockfi claim.pdf | 25 KB |

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Through many sources, it looks like Block FI would be able to recuperate all the assets lost during the FTX debacle. Last time I checked, this account had a balance of .4231 Bitcoin (BTC). BTC has a current value of $66,482.60. This equates to a total value of $28,128.79. What elese is required by me to claim this total value.

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| K2JC-KJKQ-DPNT-4PJQ |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 22946 |
|---|

Claim Name

| ███████████ |
|---|

Claimant Address on File

| ███████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

████████

Street1

████████

Street2

███

City

████████

State

█

Zip

████

Country

████████

Telephone Number

████████

Email Address

██████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.

Upload Here

| | |
|---|---|
| 📄 Block Fi Report 3-8-24.pdf | 143 KB |
| 📄 Kroll Original Email 2-13-23.pdf | 103 KB |
| 📄 Claim Letter BlockFI.pdf | 75 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

| Cryptocurrency | Amount | Transaction Type | Exchange Rate Per Coin (USD) | Confirmed At |
|---|---|---|---|---|
| GUSD | -11 | Withdrawal Fee | | 10/2/2023 12:43 |
| GUSD | -39.08 | Withdrawal | | 10/2/2023 12:43 |
| LINK | 0.049263 | Interest Payment | | 10/31/2022 23:59 |
| BTC | 2.48E-06 | Interest Payment | | 10/31/2022 23:59 |
| LTC | 5.55E-05 | Interest Payment | | 10/31/2022 23:59 |
| ETH | 0.01335 | Interest Payment | | 10/31/2022 23:59 |
| UNI | 2.6E-05 | Interest Payment | | 10/31/2022 23:59 |
| GUSD | 50.08 | Bonus Payment | | 10/20/2022 23:59 |
| LTC | 5.37E-05 | Interest Payment | | 9/30/2022 23:59 |
| BTC | 2.4E-06 | Interest Payment | | 9/30/2022 23:59 |
| ETH | 0.012899 | Interest Payment | | 9/30/2022 23:59 |
| LINK | 0.047635 | Interest Payment | | 9/30/2022 23:59 |
| UNI | 2.52E-05 | Interest Payment | | 9/30/2022 23:59 |
| ETH | 0.013306 | Interest Payment | | 8/31/2022 23:59 |
| BTC | 2.48E-06 | Interest Payment | | 8/31/2022 23:59 |
| LTC | 5.55E-05 | Interest Payment | | 8/31/2022 23:59 |
| UNI | 2.6E-05 | Interest Payment | | 8/31/2022 23:59 |
| LINK | 0.049181 | Interest Payment | | 8/31/2022 23:59 |
| UNI | 2.6E-05 | Interest Payment | | 7/31/2022 23:59 |
| LTC | 5.52E-05 | Interest Payment | | 7/31/2022 23:59 |
| LINK | 0.04914 | Interest Payment | | 7/31/2022 23:59 |
| BTC | 2.48E-06 | Interest Payment | | 7/31/2022 23:59 |
| ETH | 0.013284 | Interest Payment | | 7/31/2022 23:59 |
| UNI | 2.49E-05 | Interest Payment | | 6/30/2022 23:59 |
| LINK | 0.047516 | Interest Payment | | 6/30/2022 23:59 |
| BTC | 2.1E-06 | Interest Payment | | 6/30/2022 23:59 |
| ETH | 0.00839 | Interest Payment | | 6/30/2022 23:59 |
| LTC | 5.34E-05 | Interest Payment | | 6/30/2022 23:59 |
| LINK | 0.14561 | Interest Payment | | 5/31/2022 23:59 |
| UNI | 8.34E-05 | Interest Payment | | 5/31/2022 23:59 |
| BTC | 2.17E-06 | Interest Payment | | 5/31/2022 23:59 |
| LTC | 0.000103 | Interest Payment | | 5/31/2022 23:59 |
| ETH | 0.008668 | Interest Payment | | 5/31/2022 23:59 |
| UNI | 8.04E-05 | Interest Payment | | 4/30/2022 23:59 |
| BTC | 2.7E-06 | Interest Payment | | 4/30/2022 23:59 |
| LINK | 0.117452 | Interest Payment | | 4/30/2022 23:59 |
| LTC | 9.24E-05 | Interest Payment | | 4/30/2022 23:59 |
| ETH | 0.009641 | Interest Payment | | 4/30/2022 23:59 |
| ETH | 0.011267 | Interest Payment | | 3/31/2022 23:59 |
| BTC | 3.41E-06 | Interest Payment | | 3/31/2022 23:59 |
| LINK | 0.121113 | Interest Payment | | 3/31/2022 23:59 |
| UNI | 8.31E-05 | Interest Payment | | 3/31/2022 23:59 |
| LTC | 9.52E-05 | Interest Payment | | 3/31/2022 23:59 |
| ETH | 0.010175 | Interest Payment | | 2/28/2022 23:59 |
| LINK | 0.109185 | Interest Payment | | 2/28/2022 23:59 |
| BTC | 3.08E-06 | Interest Payment | | 2/28/2022 23:59 |

| LTC | 8.57E-05 | Interest Payment | 2/28/2022 23:59 |
|-----|----------|------------------|-----------------|
| UNI | 7.48E-05 | Interest Payment | 2/28/2022 23:59 |
| BTC | 3.41E-06 | Interest Payment | 1/31/2022 23:59 |
| UNI | 8.25E-05 | Interest Payment | 1/31/2022 23:59 |
| LINK | 0.120631 | Interest Payment | 1/31/2022 23:59 |
| LTC | 9.46E-05 | Interest Payment | 1/31/2022 23:59 |
| ETH | 0.011263 | Interest Payment | 1/31/2022 23:59 |
| ETH | 0.012976 | Interest Payment | 12/31/2021 23:59 |
| LINK | 0.167635 | Interest Payment | 12/31/2021 23:59 |
| LTC | 0.000127 | Interest Payment | 12/31/2021 23:59 |
| UNI | 8.22E-05 | Interest Payment | 12/31/2021 23:59 |
| BTC | 3.41E-06 | Interest Payment | 12/31/2021 23:59 |
| LTC | 0.032281 | Interest Payment | 11/30/2021 23:59 |
| BTC | 0.000003 | Interest Payment | 11/30/2021 23:59 |
| ETH | 0.012542 | Interest Payment | 11/30/2021 23:59 |
| UNI | 7.95E-05 | Interest Payment | 11/30/2021 23:59 |
| LINK | 0.16177 | Interest Payment | 11/30/2021 23:59 |
| LTC | -41.7585 | Withdrawal | 11/10/2021 15:38 |
| LINK | 0.166674 | Interest Payment | 10/31/2021 23:59 |
| ETH | 0.012944 | Interest Payment | 10/31/2021 23:59 |
| BTC | 3.1E-06 | Interest Payment | 10/31/2021 23:59 |
| LTC | 0.099987 | Interest Payment | 10/31/2021 23:59 |
| UNI | 8.18E-05 | Interest Payment | 10/31/2021 23:59 |
| ETH | 0.012245 | Interest Payment | 9/30/2021 23:59 |
| LINK | 0.160842 | Interest Payment | 9/30/2021 23:59 |
| LTC | 0.096683 | Interest Payment | 9/30/2021 23:59 |
| UNI | 0.030148 | Interest Payment | 9/30/2021 23:59 |
| BTC | 0.000003 | Interest Payment | 9/30/2021 23:59 |
| ETH | 0.434958 | Crypto Transfer | 9/15/2021 13:29 |
| UNI | -34.3556 | Withdrawal | 9/10/2021 16:57 |
| BTC | 1.71E-06 | Interest Payment | 8/31/2021 23:59 |
| LINK | 0.05061 | Interest Payment | 8/31/2021 23:59 |
| ETH | 0.018575 | Interest Payment | 8/31/2021 23:59 |
| UNI | 0.046284 | Interest Payment | 8/31/2021 23:59 |
| LTC | 0.155078 | Interest Payment | 8/31/2021 23:59 |
| LINK | 56.75391 | Crypto Transfer | 8/20/2021 15:05 |
| BTC | 0.000902 | Bonus Payment | 8/12/2021 23:59 |
| UNI | 0.107102 | Interest Payment | 7/31/2021 23:59 |
| ETH | 0.018552 | Interest Payment | 7/31/2021 23:59 |
| LTC | 0.154499 | Interest Payment | 7/31/2021 23:59 |
| LTC | 0.022208 | Interest Payment | 6/30/2021 23:59 |
| ETH | 0.007442 | Interest Payment | 6/30/2021 23:59 |
| UNI | 33.20221 | Crypto Transfer | 6/30/2021 19:55 |
| UNI | 1 | Crypto Transfer | 6/30/2021 19:52 |
| LTC | 27.60163 | Crypto Transfer | 6/27/2021 21:35 |
| LTC | 13.62845 | Crypto Transfer | 6/25/2021 23:09 |
| ETH | 6.114878 | Crypto Transfer | 6/20/2021 22:53 |

ETH                0.044405  Crypto Transfer                          6/20/2021 22:28

| Row Labels | Sum of Amount |
|---|---|
| BTC | 0.00094318 |
| ETH | 6.80175831 |
| GUSD | 0 |
| LINK | 58.31816463 |
| LTC | 0.03315228 |
| UNI | 0.030924 |
| **Grand Total** | **65.1849424** |



3/8/2024

BlockFi Inc.

Kroll Restructuring Administration LLC, 55 East 52nd Street, 17th Floor, New York, NY 10055

Re: Case No. 22-19361 - Crypto BIA Withdrawals

Unique ID: K2JC-KJKQ-DPNT-4PJQ

To whom it may interest:

I am writing in response to Case No. 22-19361 regarding crypto BIA withdrawals. I have thoroughly reviewed the details of the email sent on 3/8/2024 regarding the amount for Claim Number 22946. Along with this letter, I'm attaching my Original Trade Report exported from Blockfi with current Crypto amounts, as well as initial email sent by Kroll on 2/13/2023 which includes the following amounts:

BlockFi Inc.; General Unsecured; Amount $8,376.49; Basis: BIA
BlockFi Inc.; General Unsecured; Amount $14.46; Basis: BIA Interest

I understand & acknowledge the above amount provided by Blockfi is correct and willing to move forward with withdrawal as suggested.

I'm looking forward to proceeding and please advise if anything else is needed from me.

Thank you for your attention to this matter.

Sincerely,

Important Information Related to BlockFi Inc.'s Proof of Claim Process

on the Debtors' Statements of Financial Affairs ("Statements").

To protect the confidentiality of individual clients in these cases, the names and addresses of clients are not detailed on the publicly filed Schedules and Statements. Information relating to your Scheduled Claim(s) and/or your Wallet Account Balance(s) (as of November 10, 2022, at 8:15 pm prevailing Eastern Time (equivalent to November 11, 2022, at 1:15am UTC)) is below. For additional information please contact Kroll by phone at 888.773.0375 (Toll-free) or 646.440.4371 (International).

The Amount, Nature, and Priority of your Scheduled Claim(s) are set forth below. If you agree with the nature, amount, and classification of your Claim as listed in the Debtors' Schedules, and if you do not dispute that your Claim is only against the Debtor specified by the Debtors, and if your Claim is not described as "disputed," "contingent," or "unliquidated," **you need not submit a Proof of Claim**. Otherwise, or if you decide to submit a Proof of Claim, you must do so before March 31, 2023, at 5:00 p.m. (prevailing Eastern time).

BlockFi Inc.; General Unsecured; Amount $8,376.49; Basis: BIA
BlockFi Inc.; General Unsecured; Amount $14.46; Basis: BIA Interest

Custodial BlockFi Wallet Account contents as listed on Statement of Financial Affairs Question 21 are set forth below. Clients do not have a Scheduled Claim for the below BlockFi Wallet Account. (If you are not listed on the Debtors' Statements as having Custodial BlockFi Wallet Account contents, no information will appear below.)

Debtor: BlockFi Wallet LLC; Currency Code: gusd; Value: 50.08000000

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| XDUJ-EBCE-DFZP-DDWV |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 558 |
|---|

Claim Name

| ▮▮▮▮▮▮▮▮ |
|---|

Claimant Address on File

| ▮▮▮▮▮▮▮▮▮▮ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

█████████████

Street1

████████████

Street2

City

█████

State

██

Zip

████

Country

██████████

Telephone Number

██████████

Email Address

███████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Seventeenth Omnibus Objection Response Portal

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 17th Omni Email Merge_Part204.pdf | 114 KB |
| 📄 Monthly_Statement (3).pdf | 24 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Wind-Down Debtors: BlockFi Inc *et al.*

17th Omnibus Objection

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi's books and records |
| IC | Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity |
| DUP | Claim is duplicative of another proof of claim filed by the same claimant |
| Amended | Claim amended by subsequently filed proof of claim |



### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 558 | ██████████ | 12/19/2022 | BlockFi Inc. | $0.00 | BR |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 10774 | - | - | - | - | - | - | - | - | N/A |



| Action |
|---|
| Expunge |

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**          October 31, 2022

You earned approximately
**$0.00 *** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$20,492.00 | 0 | 0 | **0.00044717**<br>$9.16 |
| **Total*** in USD | **$0.00** | **$0.00** | **$9.16** |

# October 2022  BlockFi Interest Account Statement

**Flex Selection**                    ---
**Month Ending**                    October 31, 2022

You earned approximately
**$11.04 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00053413<br>$10.95 | 0.24183896<br>$4,955.76 |
| **1 ETH**<br>$1,572.90 | 0 | 0.00003771<br>$0.06 |
| **1 LTC**<br>$55.02 | 0.00171802<br>$0.09 | 1.02238139<br>$56.25 |
| **Total\*** in USD | **$11.04** | **$5,012.07** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

Grand Central Station, PO Box 4850

New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

850 Third Avenue, Suite 412

Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 3YNX-YUJ5-HJFU-D728 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 9006 |
|---|

Claim Name

| ███████ |
|---|

Claimant Address on File

| ██████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

BlockFi Seventeenth Omnibus Objection Response Portal

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 trade_report_.pdf | 52 KB |
| 📄 Rejection letter pdf | 15 KB |

## Signature

Sign Here



Print Name

███████████

Email Address

███████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

To whom it may concern,

I object to the result of my case. I have attached the only reports I can now find on the block.com website to prove I had funds in the interest account at the time of bankruptcy.

I believe I had assets:
BTC: 0.0346264
ETH: 0.38515927

Please could this be looked into as I believe I am entitled for a claim.

Kind regards,

███

### trade_report_all-5

| Cryptocurrency | Amount | Transaction Type | Exchange Rate Per Coin (USD) | Confirmed At |
|---|---|---|---|---|
| GUSD | -2.83000000 | Wallet Liquidation To Cash | | 2024-02-26 23:59:59 |
| BTC | 0.00010075 | Interest Payment | | 2022-10-31 23:59:59 |
| ETH | 0.00112344 | Interest Payment | | 2022-10-31 23:59:59 |
| GUSD | 2.83000000 | Bonus Payment | | 2022-10-20 23:59:59 |
| ETH | 0.00108420 | Interest Payment | | 2022-09-30 23:59:59 |
| BTC | 0.00009720 | Interest Payment | | 2022-09-30 23:59:59 |
| BTC | 0.00010044 | Interest Payment | | 2022-08-31 23:59:59 |
| ETH | 0.00111693 | Interest Payment | | 2022-08-31 23:59:59 |
| BTC | 0.00010013 | Interest Payment | | 2022-07-31 23:59:59 |
| ETH | 0.00111383 | Interest Payment | | 2022-07-31 23:59:59 |
| ETH | 0.00092370 | Interest Payment | | 2022-06-30 23:59:59 |
| BTC | 0.00008280 | Interest Payment | | 2022-06-30 23:59:59 |
| BTC | 0.00008556 | Interest Payment | | 2022-05-31 23:59:59 |
| ETH | 0.00095201 | Interest Payment | | 2022-05-31 23:59:59 |
| ETH | 0.00121920 | Interest Payment | | 2022-04-30 23:59:59 |
| BTC | 0.00010950 | Interest Payment | | 2022-04-30 23:59:59 |
| ETH | 0.00156147 | Interest Payment | | 2022-03-31 23:59:59 |
| BTC | 0.00012648 | Interest Payment | | 2022-03-31 23:59:59 |
| BTC | 0.00011396 | Interest Payment | | 2022-02-28 23:59:59 |
| ETH | 0.00140504 | Interest Payment | | 2022-02-28 23:59:59 |
| BTC | 0.00012555 | Interest Payment | | 2022-01-31 23:59:59 |
| ETH | 0.00154907 | Interest Payment | | 2022-01-31 23:59:59 |
| BTC | 0.00012524 | Interest Payment | | 2021-12-31 23:59:59 |
| ETH | 0.00154256 | Interest Payment | | 2021-12-31 23:59:59 |
| BTC | 0.00007657 | Interest Payment | | 2021-11-30 23:59:59 |
| ETH | 0.00094316 | Interest Payment | | 2021-11-30 23:59:59 |
| BTC | 0.03338222 | Crypto Transfer | | 2021-11-11 11:46:45 |
| ETH | 0.37062466 | Crypto Transfer | | 2021-11-11 11:39:37 |

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 6P9A-YWAY-H674-D2ZY |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 16895 |
|---|

Claim Name

| ▓▓▓▓▓▓ |
|---|

Claimant Address on File

| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.   You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 CLAIM.pdf | 138 KB |
|---|---|

## Signature

Sign Here



Print Name

█████████

Email Address

████████████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 10182 | ▉ | $0 | $0 | $0 | $5088.18-BlockFi International LTD. | Yes |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

### First Class Mail

### BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

### BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| QT38-375W-STGH-VGRD |

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: ██████████████
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

25052

Claim Name

████████

Claimant Address on File

████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| Monthly_Statement.pdf | 24 KB |
| trade_report_all blockfi.pdf | 45 KB |
| Objection Response Copy.pdf | 16 KB |

BlockFi Seventeenth Omnibus Objection Response Portal

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022 BlockFi Wallet Statement

**Name**

**Email**

**Address**

**Account ID**

**Month Ending**       October 31, 2022

You earned approximately
**$7.60 \*** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$20,492.00 | **0.00037085**<br>$7.60 | 0 | **0.00118720**<br>$24.33 |
| **Total\*** in USD | **$7.60** | **$0.00** | **$24.33** |

# October 2022  BlockFi Interest Account Statement

**Flex Selection**          Earn all interest in BTC
**Month Ending**            October 31, 2022

You earned approximately
**$28.92 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00141143<br>$28.92 | 0.76389002<br>$15,653.63 |
| **1 ETH**<br>$1,572.90 | 0 | 0.00000000<br>$0.00 |
| **1 USDC**<br>$1.00 | 0 | 0.00313600<br>$0.00 |
| **Total\*** in USD | **$28.92** | **$15,653.63** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's **terms & conditions.**

To whom it may concern,

I am unsure where I erred, but I am seeking the claim of $12,379.83 prescribed by your calculations for proof of claim 25052. I received an objection stating that "BR - Asserted claim amount does not match BlockFi's books and records" with an asserted claim amount of $0.00.

The US BIA column shows the amount to be $12,379.83 as the records, so I am requesting that amount. I am unsure where the mix up was as I successfully claimed my wallet amount prior to this.

Please let me know what else I can do.

Thank you.

```
Cryptocurrency,Amount,Transaction Type,Confirmed At
BTC,0.00141143,Interest Payment,2022-10-31 23:59:59
BTC,0.00037085,Cc Rewards Redemption,2022-10-14 17:09:34
BTC,0.00136380,Interest Payment,2022-09-30 23:59:59
BTC,0.00014030,Cc Rewards Redemption,2022-09-09 18:18:38
BTC,0.00140678,Interest Payment,2022-08-31 23:59:59
BTC,0.00028136,Bonus Payment,2022-08-12 15:31:35
BTC,0.00014008,Cc Rewards Redemption,2022-08-12 14:47:59
BTC,0.00140461,Interest Payment,2022-07-31 23:59:59
BTC,0.00013627,Cc Rewards Redemption,2022-07-08 14:57:33
BTC,0.00048720,Interest Payment,2022-06-30 23:59:59
BTC,0.00011834,Cc Rewards Redemption,2022-06-10 15:01:18
BTC,0.00050344,Interest Payment,2022-05-31 23:59:59
BTC,-0.45497914,Withdrawal,2022-05-23 15:43:03
BTC,0.00009806,Cc Rewards Redemption,2022-05-13 16:44:07
BTC,0.00057120,Interest Payment,2022-04-30 23:59:59
BTC,0.00007613,Cc Rewards Redemption,2022-04-08 14:31:22
BTC,0.00063364,Interest Payment,2022-03-31 23:59:59
BTC,0.00002244,Cc Rewards Redemption,2022-03-11 18:24:54
BTC,0.00057232,Interest Payment,2022-02-28 23:59:59
BTC,0.45469061,Crypto Transfer,2022-02-23 03:54:36
BTC,0.00009190,Cc Rewards Redemption,2022-02-11 17:27:44
BTC,0.00063364,Interest Payment,2022-01-31 23:59:59
BTC,0.00007705,Cc Rewards Redemption,2022-01-14 20:49:23
BTC,0.00063364,Interest Payment,2021-12-31 23:59:59
BTC,0.00008325,Cc Rewards Redemption,2021-12-10 20:29:32
BTC,0.00061308,Interest Payment,2021-11-30 23:59:59
BTC,0.00016917,Cc Rewards Redemption,2021-11-12 20:19:33
BTC,0.00063325,Interest Payment,2021-10-31 23:59:59
BTC,0.00048837,Cc Rewards Redemption,2021-10-08 17:59:56
BTC,0.00320367,Cc Trading Rebate,2021-10-08 15:45:29
BTC,0.00107066,Interest Payment,2021-09-30 23:59:59
USDC,-33000.00000000,Trade,2021-09-13 14:13:51
BTC,0.73572357,Trade,2021-09-13 14:13:51
BTC,0.00115649,Cc Rewards Redemption,2021-09-10 20:45:42
BTC,0.00090858,Cc Trading Rebate,2021-09-10 17:57:29
BTC,-0.73535588,Trade,2021-09-10 17:07:10
USDC,33000.00000000,Trade,2021-09-10 17:07:10
GUSD,-5000.00000000,Trade,2021-09-07 16:21:57
BTC,0.10463558,Trade,2021-09-07 16:21:57
GUSD,5000.00000000,Ach Deposit,2021-09-07 16:21:41
ETH,-0.02000000,Withdrawal Fee,2021-09-01 19:29:35
ETH,-2.87560317,Withdrawal,2021-09-01 19:29:35
BTC,-0.00002800,Withdrawal,2021-09-01 17:59:10
BTC,0.00178740,Interest Payment,2021-08-31 23:59:59
GUSD,-1250.00000000,Trade,2021-08-31 16:49:08
BTC,0.02606936,Trade,2021-08-31 16:49:08
GUSD,1250.00000000,Ach Deposit,2021-08-31 16:48:44
USDC,-506.07000000,Trade,2021-08-23 21:33:17
ETH,0.15055286,Trade,2021-08-23 21:33:17
GUSD,-5000.00000000,Trade,2021-08-21 19:56:03
BTC,0.10121113,Trade,2021-08-21 19:56:03
GUSD,-5000.00000000,Trade,2021-08-21 04:02:16
BTC,0.10144684,Trade,2021-08-21 04:02:16
```

```
GUSD,5000.00000000,Ach Deposit,2021-08-19 15:33:08
GUSD,5000.00000000,Ach Deposit,2021-08-19 01:26:45
GUSD,-5.29000000,Trade,2021-08-18 02:43:28
USDC,5.29000000,Trade,2021-08-18 02:43:28
GUSD,-5000.00000000,Trade,2021-08-17 20:46:28
BTC,0.10987376,Trade,2021-08-17 20:46:28
GUSD,5000.00000000,Ach Deposit,2021-08-17 13:28:49
GUSD,5.29000000,Bonus Payment,2021-08-13 23:59:59
BTC,0.00090225,Bonus Payment,2021-08-12 23:59:59
GUSD,-5000.00000000,Trade,2021-08-03 15:07:44
ETH,1.97422146,Trade,2021-08-03 15:07:44
GUSD,5000.00000000,Ach Deposit,2021-08-03 13:12:42
GUSD,-11500.00000000,Trade,2021-08-02 20:16:24
BTC,0.29289946,Trade,2021-08-02 20:16:24
BTC,-0.28144103,Trade,2021-08-02 13:43:42
GUSD,11000.00000000,Trade,2021-08-02 13:43:42
BTC,0.00059643,Interest Payment,2021-07-31 23:59:59
GUSD,-11000.00000000,Trade,2021-07-29 14:21:59
BTC,0.27456136,Trade,2021-07-29 14:21:59
GUSD,5000.00000000,Ach Deposit,2021-07-28 15:59:07
GUSD,-500.00000000,Trade,2021-07-27 20:59:57
USDC,500.00000000,Trade,2021-07-27 20:59:57
GUSD,5000.00000000,Ach Deposit,2021-07-27 13:51:25
BTC,0.00013548,Interest Payment,2021-06-30 23:59:59
USDC,-448.00000000,Trade,2021-06-28 19:36:59
BTC,0.01284704,Trade,2021-06-28 19:36:59
GUSD,2000.00000000,Ach Deposit,2021-06-25 14:41:40
ETH,0.77082886,Crypto Transfer,2021-06-22 14:57:37
USDC,447.78313600,Crypto Transfer,2021-06-19 21:05:38
USDC,1.00000000,Crypto Transfer,2021-06-19 21:03:24
```

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

HKFV-YM3Q-25AH-ZTR3

○ Where can I find my Unique ID?

## Claim Information

Claim Number

5752

Claim Name

███████

Claimant Address on File

██████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

███████

Street1

██████████

Street2

City

██████

State

█

Zip

█████

Country

███████

Telephone Number

████████

Email Address

████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 🗎 Response to BlockFi Claim [Docket No. 2169] 03082024 .pdf | 129 KB |
| 🗎 CCF11292022.pdf | 2 MB |

## Signature

Sign Here



Print Name

en

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Fill in this information to identify the case (Select only one Debtor per claim form):

**Debtor:** BlockFi Inc.

**Case Number:** No. 22-19361

---

Modified Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

| | |
| --- | --- |
| 1. Who is the current creditor? | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Contact phone<br>Contact email | **Where should payments to the creditor be sent?** (if different)<br><br>Name<br><br>Number        Street<br><br>City            State        ZIP Code<br><br>Contact phone<br>Contact email |
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known)_____            Filed on _____<br>                                                                                             MM / DD  / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

Proof of Claim

page 1

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
| **7. How much is the claim?** | $ _____ 36,648.26 . **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>money loaned |
| **9. Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**   $ _____<br><br>**Amount of the claim that is secured:**   $ _____<br><br>**Amount of the claim that is unsecured:** $ _____ 36,648.26 (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**   $ _____<br><br>**Annual Interest Rate** (when case was filed) __8.00__ %<br>☐ Fixed<br>☑ Variable |
| **10. Is this claim based on a lease?** | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.   $ _____ |
| **11. Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(    ) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No | |
|---|---|---|
| | ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $_____ |

### Part 3:    Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑  I am the creditor.
☐  I am the creditor's attorney or authorized agent.
☐  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ___11/29/2022___
　　　　　　　　　MM / DD / YYYY

_____
Signature

Name of the person who is completing and signing this claim:

Name _____
　　　　First name　　　Middle name　　　Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
　　　　City　　　　　　　State　　ZIP Code

Contact phone _____

Modified Official Form 410

# **Instructions for Proof of Claim**

United States Bankruptcy Court

12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

---

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
18 U.S.C. §§ 152, 157 and 3571.

---

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A Proof of Claim form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.ra.kroll.com/blockfi.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

BlockFi Inc. Claims Processing Center
c/o Kroll Restructuring Administration LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Do not file these instructions with your form**

Statement:

I, ███████, hereby declare that I have assets totaling $36,834.33 USD held with BlockFi for which I have yet to receive compensation. However, I recently discovered that my claim, as represented by Claim Number 79 and Claim Number 5752, has been expunged and is now empty according to the Wind-Down Debtors' Seventeenth Omnibus Objection to Claims [Docket No. 2169] filed on March 4, 2024.

I am deeply concerned about the status of my claim and the apparent expungement of my case from the aforementioned document. I believe there has been a misunderstanding or error in the handling of my claim, resulting in its removal from the records.

I am formally requesting a review and modification of my claim to ensure that it accurately reflects my assets held with BlockFi. Attached are the details of my claim, including Claim Number 79 and Claim Number 5752, as well as my Unique IDs: 135N-942T-596S-471X and HKFV-YM3Q-25AH-ZTR3.

I kindly request prompt attention to this matter and appreciate your assistance in rectifying this issue.

Sincerely,

███████

March 8th, 2024

**Wind-Down Debtors: BlockFi Inc** *et al.*

**17th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity |
| DUP | Claim is duplicative of another proof of claim filed by the same claimant |
| Amended | Claim amended by subsequently filed proof of claim |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 5752 | ███████ | 02/14/2023 | BlockFi Inc. | $36,647.10 | DUP |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 79 | - | - | - | - | - | - | - | - | N/A |

| Action |
|---|
| Expunge |

BlockFi Seventeenth Omnibus Objection Response Portal

## BlockFi Seventeenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 4DU6-CKSH-7MC2-UFSZ |
|---|

○ Where can I find my Unique ID?

### Claim Information

Claim Number

| 18628 |
|---|

Claim Name

| ███████ |
|---|

Claimant Address on File

| ████████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Monthly_Statement.pdf | 25 KB |
| 📄 Gmail - Update_ Insufficient Documentation in Proof of Claim.pdf | 84 KB |
| 📄 Correct BIA and Wallet Amounts.pdf | 95 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



Dear Sir

My claim records do not seem to match; see item 1 and 2 below . I sent an email detailing a revision covering the Claim Numbers 18572 and 18628 . These are  shown in the attached document and as well as a report showing these amounts in my Blockfi Account ( also enclosed).

Please I therefore object to the expunging of these two claims. Can they therefore be rectified and the amounts be changed to the correct amounts below ;

**Item 1**

Proof of Claim Number: 18572

Claim Amount: $12287.52

UNIQUE ID: 2215-4805-9295-1921


**Item 2**

 Proof of Claim Number: 18628

Claim Amount: $42.40

UNIQUE ID: 1363-7600-4264-9539



Yours faithfully

██████████

11 Martch 2024

# Gmail

## Update: Insufficient Documentation in Proof of Claim

15 June 2023 at 12:32

To: "blockfiinfo@ra.kroll.com" <blockfiinfo@ra.kroll.com>

Dear Sir

it seems I may have put the wrong amounts in submittance of the claims below. The portal now seems to be closed that I cannot adjust the info. So please find below the revised claim amount and attached evidence. I am sorry for the confusion as I was also confused about the documentation.

# Revised Claim details

Proof of Claim Number: 18572

BlockFi Debtor Entity: BlockFi International Ltd.

Previous Claim Amount: $9,496.38

**New  Claim Amount: $12287.52**

**UNIQUE ID: 2215-4805-9295-1921**

Proof of Claim Number: 18628

BlockFi Debtor Entity: BlockFi International Ltd.

Previous Claim Amount: $15,384.55

**New Claim Amount: $42.40**

**UNIQUE ID: 1363-7600-4264-9539**

Can My claim and all other records be updated accordingly

Best Regards

**From:** BlockFi Inc Bankruptcy Noticing <BlockFiBankruptcyNoticing@noticing.ra.kroll.com>
**Date:** Tuesday, 13 June 2023 at 22:40

**To:** ███████████████████████████████████████████

**Subject:** Insufficient Documentation in Proof of Claim



**Monthly_Statement.pdf**
26K

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

| Name | ███████████ |
|---|---|
| Email | ███████████████ |
| Address | ███████████████ |
| | |
| Account ID | ██████ |
| Month Ending | October 31, 2022 |

You earned approximately
## $23.61 * worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$20,492.00 | 0 | 0 | **0.00059639**<br>$12.22 |
| **1 DAI**<br>$1.00 | 0 | 0 | **0.43938749**<br>$0.44 |
| **1 ETH**<br>$1,572.90 | 0 | 0 | **0.00389744**<br>$6.13 |
| **1 GUSD**<br>$1.00 | 0 | **23.61000000**<br>$23.61 | **23.61000000**<br>$23.61 |
| **Total\*** in USD | **$0.00** | **$23.61** | **$42.40** |

# October 2022  BlockFi Interest Account Statement

| | |
|---|---|
| **Flex Selection** | Earn all interest in BTC |
| **Month Ending** | October 31, 2022 |

You earned approximately
**$31.57 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00154044<br>$31.57 | 0.35450470<br>$7,264.51 |
| **1 DAI**<br>$1.00 | 0 | 0.00000000<br>$0.00 |
| **1 ETH**<br>$1,572.90 | 0 | 3.19000000<br>$5,017.55 |
| **1 GUSD**<br>$1.00 | 0 | 5.56467288<br>$5.56 |
| **Total\*** in USD | **$31.57** | **$12,287.62** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
  Actual balances are denominated in cryptocurrency, not USD.
  Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

### First Class Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| M536-8AFV-8QXK-4R89 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 15210 |
|---|

Claim Name

| ███████████ |
|---|

Claimant Address on File

| ███████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Japan

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Monthly_Statement.pdf | 24 KB |
| 📄 trade_report_all.doc | 2 KB |

## Signature

Sign Here



Print Name

████████████

Email Address

████████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

| | |
|---|---|
| **Name** | ███████████ |
| **Email** | ████████████ |
| **Address** | ████████████ |
| | |
| **Account ID** | ██████ |
| **Month Ending** | October 31, 2022 |

---

You earned approximately
**$0.00 \*** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$20,492.00 | 0 | 0 | **0.00489841**<br>$100.38 |
| **Total\*** in USD | **$0.00** | **$0.00** | **$100.38** |

# October 2022  BlockFi Interest Account Statement

| | |
|---|---|
| **Flex Selection** | --- |
| **Month Ending** | October 31, 2022 |

You earned approximately
**$1.31 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00006417<br>$1.31 | 0.02205527<br>$451.96 |
| **Total\*** in USD | **$1.31** | **$451.96** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

```
Cryptocurrency,Amount,Transaction Type,Exchange Rate Per Coin
(USD),Confirmed At
BTC,-0.00010000,Withdrawal Fee,,2023-10-19 14:57:07
BTC,-0.00479841,Withdrawal,,2023-10-19 14:57:07
BTC,0.00006417,Interest Payment,,2022-10-31 23:59:59
BTC,0.00006180,Interest Payment,,2022-09-30 23:59:59
BTC,0.00006386,Interest Payment,,2022-08-31 23:59:59
BTC,0.00006355,Interest Payment,,2022-07-31 23:59:59
BTC,0.00005280,Interest Payment,,2022-06-30 23:59:59
BTC,0.00052807,Crypto Transfer,,2022-06-01 13:46:51
BTC,0.00005425,Interest Payment,,2022-05-31 23:59:59
BTC,0.00119879,Crypto Transfer,,2022-05-05 04:51:08
BTC,0.00006960,Interest Payment,,2022-04-30 23:59:59
BTC,0.00008060,Interest Payment,,2022-03-31 23:59:59
BTC,0.00072114,Crypto Transfer,,2022-03-30 04:46:36
BTC,0.00121322,Crypto Transfer,,2022-03-06 05:07:26
BTC,0.00007252,Interest Payment,,2022-02-28 23:59:59
BTC,0.00007998,Interest Payment,,2022-01-31 23:59:59
BTC,0.00123719,Crypto Transfer,,2022-01-30 05:03:49
BTC,0.00007445,Interest Payment,,2021-12-31 23:59:59
BTC,0.00146771,Crypto Transfer,,2021-12-29 21:32:56
BTC,0.00006657,Interest Payment,,2021-11-30 23:59:59
BTC,0.00156012,Crypto Transfer,,2021-11-27 04:27:35
BTC,0.00006209,Interest Payment,,2021-10-31 23:59:59
BTC,0.00163424,Crypto Transfer,,2021-10-29 23:04:39
BTC,0.00005502,Interest Payment,,2021-09-30 23:59:59
BTC,0.00141334,Crypto Transfer,,2021-09-26 00:12:17
BTC,0.00004440,Interest Payment,,2021-08-31 23:59:59
BTC,0.00174677,Crypto Transfer,,2021-08-29 08:47:29
BTC,0.00003904,Interest Payment,,2021-07-31 23:59:59
BTC,0.00152900,Crypto Transfer,,2021-07-28 23:09:34
BTC,0.00107574,Crypto Transfer,,2021-07-02 12:18:58
BTC,0.00004050,Interest Payment,,2021-06-30 23:59:59
BTC,0.00116284,Crypto Transfer,,2021-06-12 23:37:30
BTC,0.00003217,Interest Payment,,2021-05-31 23:59:59
BTC,0.00096239,Crypto Transfer,,2021-05-26 06:14:19
BTC,0.00129375,Crypto Transfer,,2021-05-15 06:40:51
BTC,0.00098042,Crypto Transfer,,2021-05-05 04:53:50
BTC,0.00002604,Interest Payment,,2021-04-30 23:59:59
BTC,0.00095782,Crypto Transfer,,2021-04-19 15:17:11
BTC,0.00102604,Crypto Transfer,,2021-04-02 22:47:38
BTC,0.00001755,Interest Payment,,2021-03-31 23:59:59
BTC,0.00103700,Crypto Transfer,,2021-03-14 22:52:26
BTC,2E-8,Bonus Payment,,2021-03-12 23:59:59
BTC,0.00017410,Referral Bonus,,2021-03-12 23:59:59
BTC,0.00000943,Interest Payment,,2021-02-28 23:59:59
BTC,0.00095722,Crypto Transfer,,2021-02-23 06:00:59
BTC,0.00000310,Interest Payment,,2021-01-31 23:59:59
BTC,0.00194326,Crypto Transfer,,2021-01-21 18:12:17
```

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| RRW2-K3U7-ZN2N-3N6C |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 31591 |
|---|

Claim Name

| ███████████ |
|---|

Claimant Address on File

| ███████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

██████████

Street1

██████████

Street2

City

██████

State

██

Zip

██████

Country

██████████

Telephone Number

██████████

Email Address

█████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Objection - Block Fi_Kroll.doc | 29 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Dear Sirs and Ladies'

My objection is that BlockFi nor Kroll ever provided calculations tools for differentiating between Loan Repayment vs Set Back options for individuals to make an informed decision on which approach to move forward with.  This left many Creditors without the ability to make solid decisions on what approach to take.

Instead, only high level examples with no mention of Locked in values to use for said calculation for BTC and or other cyptos were found in a FAQs which does not allow an individual to estimated the amount of Crypto to received vs USD.

https://blockfi.com/optional-loan-repayment-program-faqs/

The whole level of communication and the large gaps between notifications of any sort by the actors on this Bankruptcy has been one of smokescreens and veiled appearances.  The lot of you should be thrown in jail.

The recovery rates are abyssal.  I understand the current outcome and am completely frustrated as a result.  The value of my collateral vs the USD value differs greatly and it appears it will only be the attorneys once again who will benefit from this entire episode.

One final note is to date, I have yet been contacted with instruction on how to retrieve any assemblance of my collateral.

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| SXCX-F7S6-GKSV-7GYK |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 239 |
|---|

Claim Name

| ▇▇▇▇▇ |
|---|

Claimant Address on File

| ▇▇▇▇▇▇▇▇▇▇▇ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 BlockFi Letter - 17th Omni -███████ - 3.8.24.pdf | 57 KB |
| 📄 Amended Claim 1392 - BlockFi Lending LLC -██████r.pdf | 1 MB |
| 📄 17th Omni -███████ Claim 239 ameneded to 1392.pdf | 114 KB |

---

## Signature

Sign Here



Print Name

███████

Email Address

██████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Wind-Down Debtors: BlockFi Inc *et al.*

17th Omnibus Objection

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi's books and records |
| IC | Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity |
| DUP | Claim is duplicative of another proof of claim filed by the same claimant |
| Amended | Claim amended by subsequently filed proof of claim |

### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 239 | ███████ | 12/08/2022 | BlockFi Inc. | $25,000.00 | Amended |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 1392 | - | - | - | - | - | - | - | - | N/A |

| Action |
|---|
| Expunge |

Fill in this information to identify the case (Select only one Debtor per claim form).

| | | |
|---|---|---|
| ☐ BlockFi Inc. (Case No. 22-19361) | ☐ BlockFi Wallet LLC (Case No. 22-19366) | ☐ BlockFi Investment Products LLC (Case No. 22-19370) |
| ☐ BlockFi Trading LLC (Case No. 22-19363) | ☐ BlockFi Ventures LLC (Case No. 22-19367) | ☐ BlockFi Services Inc. (Case No. 22-19371) |
| ☒ BlockFi Lending LLC (Case No. 22-19365) | ☐ BlockFi International Ltd. (Case No. 22-19368) | ☐ BlockFi Lending II LLC (Case No. 22-19374) |

**RECEIVED**

JAN 1 8 2023

KROLL RESTRUCTURING
ADMINISTRATION

Modified Official Form 410    **COPY**    Claim No. _1392_
Initials _R.R, MH_

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:    Identify the Claim

1. **Who is the current creditor?**

   _____
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**

   ☒ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?

   ▮▮▮▮▮▮▮▮▮▮▮

   City          State          ZIP Code

   Country (If outside of the US)

   Contact phone ▮▮▮▮▮▮▮

   Contact email ▮▮▮▮▮▮▮

   Where should payments to the creditor be sent? (if different)

   Name _____

   Number    Street

   City          State          ZIP Code

   Country (If outside of the US)

   Contact phone _____

   Contact email _____

4. **Does this claim amend one already filed?**

   ☐ No
   ☒ Yes. Claim number on court claims registry (if known) _239_

   Filed on _12/08/2022_
            MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**

   ☒ No
   ☐ Yes. Who made the earlier filing? _____

**Part 2:     Give Information About the Claim as of the Date the Case Was Filed**

**Creditor Responses- Part 1**

6. **Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

7. **How much is the claim?** $ _____ 25000.00 . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Money Loaned

9. **Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____

**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

10. **Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

11. **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

                                                **Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).       $_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).       $_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).       $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).       $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).       $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.       $_____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

☑ No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.       $_____

---

**Part 3:    Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   01/11/2023
             MM / DD / YYYY

Name of the person who is completing and signing this claim:

Name    _____
       First name      Middle name      Last name

Title    _____

Company   _____
      Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   _____
      Number    Street
      _____
      City          State    ZIP Code

Contact phone  _____

SAGE 3275 SRF 66849 PackID: 274 ADRID: 10586265 SVC: Batch 0002

In re: BlockFi Inc., et. al.
Case No. 22-19361 (MBK)
United States Bankruptcy Court for the District of New Jersey (Trenton)

### KROLL RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the BlockFi Inc. jointly administered chapter 11 bankruptcy cases has been received by Kroll (formerly known as Prime Clerk) on Wednesday, January 18, 2023.

Your claim has been assigned claim number _____1392_____.

Please **do not** discard this letter as you may need to refer to it in the future.


**The processing of your claim by Kroll and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.**

March 8, 2024

**<u>RE: BlockFi Bankruptcy Proceedings / 17th Omnibus Objection to Claims</u>**

To Whom It May Concern,

In response to the Wind-Down Debtors' Seventeenth Omnibus Objection to Claims document, my Initial Claim (#239) of $25,000 with BlockFi Inc, dated as received on December 8, 2022, has been included in Schedule 1, listed as "amended" in regards to my Amended Claim (#1392) of $25,000 with BlockFi Lending LLC, dated as received on January 18, 2023.

The recommended action is to expunge Claim #239, presumably due to it since being amended claim from Claim Entity BlockFi Inc to Claim Entity BlockFi Lending LLC after more entities were provided to claimants. I am amendable to having Claim #239 expunged <u>provided that Claim #1392 is a Surviving Claim as listed</u>, however there are no additional details listed in the surviving claim information document provided to me, such as the amount under US BIA ($25,000), the date received (January 18, 2023), or the Surviving Entity (BlockFi Lending LLC). Therefore, I please need confirmation that my Claim #1392 remains active, with the necessary information on file to proceed with the claim.

I have included a scan of the copy of the Amended Claim #1392 returned to me in my self-addressed stamped envelope as proof of claim. This document reflects the information needed to substantiate my Amended Claim which is to remain in effect as the repayment process is finalized and initiated. I have also included the document provided to me which does not bear the information the court should have on file in regards to Claim #1392.

Please confirm prior to April 2, 2024 that my Claim #1392 is on record with the Knoll and the court with the proper and necessary information listed in the Amended Claim document.

Best,



I

BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| B836-4ZXG-BRUE-8NVX |
|---|

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information:
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

2643

Claim Name

Claimant Address on File

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄  BF loan Agreement .pdf | 512 KB |

## Signature

Sign Here

Print Name

Email Address

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

BlockFi Loan No. _____

# LOAN AND SECURITY AGREEMENT

This Loan and Security Agreement (this "**Agreement**") is made on <u>  12/7/2021  </u>, by and between ████████████████████████████████████████████████████████████████████████, an individual, residing at _____

("**Borrower**") and **BlockFi Lending LLC**, with its principal place of business located at **150 Broadway, 19ᵗʰ Floor, New York, NY 10038** ("**Lender**").

     1.    **The Loan.** Upon the terms and subject to the conditions set forth in this Agreement, Lender agrees to make a single loan to Borrower in the principal amount of _____
<u>seventy five thousand, six hundred and eighty four dollars</u>
dollars ($ 75684.00      ) (the "**Loan**") on the date all of the terms and conditions to making such Loan have been satisfied in Lender's sole discretion (the "**Closing Date**").

Upon disbursement of the Loan proceeds, Lender shall collect the fee applicable to the Loan as shown on the Statement of Loan (referred to herein, the "**Fee**"). The Fee is fully earned and nonrefundable by Lender on the date it is collected, except in California when the Loan is less than $10,000, and in Pennsylvania, and Alabama. Lender shall deduct the Fee from the Loan proceeds and disburse the remaining Loan proceeds to the Borrower on the Closing Date. This is a closed-end loan and is secured by the Collateral defined herein. Amounts repaid in respect of the Loan may not be reborrowed. The indebtedness of Borrower to Lender on account of the Loan (**"Indebtedness"**) includes the Loan, the Fee (if applicable), and any other fees due hereunder, and all interest (including interest accruing at the then applicable rate provided herein after the Maturity Date (as defined below) permitted fees under this Agreement, and any other sum chargeable to Borrower under any of the Related Documents (as defined below), but only to the extent permitted by applicable law. Capitalized terms not otherwise defined in this Agreement shall have the meanings provided by the Uniform Commercial Code as in effect in the state identified as the Borrower's residence, above, ("UCC") to the extent such terms are defined therein.

The following applies only to a Loan made to a resident of Ohio:

        This loan is governed by, and made pursuant to, the provisions of the Ohio Consumer Installment Loan Act under R.C. 1321.62 - 1321.702.

     2.    **Related Documents**. This Agreement and such other agreements, certificates, instruments, guaranties, authorizations or other documents executed to further, permit, effect or promote any purpose set forth in this Agreement, as such may be amended, restated, supplemented or otherwise modified from time to time (collectively with this Agreement, the "**Related Documents**"), including, without limitation, any UCC-1 financing statements naming Borrower as debtor and Lender as the secured party (the "**UCC-1 Financing Statement**"), and any other security agreement relating to the Collateral, memorialize the terms and conditions pursuant to which Lender is willing to provide the Loan. Borrower understands and agrees that this Agreement and the other Related Documents shall apply to the Loan and the Indebtedness, including, without limitation, the granting, renewing or extending of the Loan as provided herein.

     3.    **Repayment Terms**. Borrower agrees to repay the Loan in installments as set forth below, provided that any principal balance and any unpaid accrued interest thereon shall be due and payable not later than <u>2022-12-09</u> (the "**Maturity Date**"). All payments of principal and interest and other sums due hereunder shall be made in immediately available funds to the Lender at such account or place as the Lender may specify for such purpose by written notice to Borrower from time to time. Borrower agrees that Lender's internal records shall, absent manifest error, serve for all purposes as conclusive evidence of the outstanding principal balance of the Loan, as well

BlockFi Loan No. ███████████

as the amount of interest, fees and charges that may be owed to Lender at any time.  Lender generally shall apply payments first to interest then due, then to any outstanding fees, charges or other expenses, and then to the principal, except as otherwise required  by applicable law, provided, however, if the address of the Borrower as shown on the first page of this Agreement is in Ohio or Washington then payments shall be applied first to any unpaid charges, then to interest, and the remainder to the unpaid principal balance of the Loan.

(a)    **Interest.**  The annual interest rate on the outstanding principal amount of the Loan from the date hereof until payment of the Loan in full shall be __9.75%__.  All interest accrued hereunder shall be calculated on a simple interest basis.  Interest shall be calculated on the basis of a 360-day year consisting of twelve (12) months of thirty (30) days each, except if the address of the Borrower as shown on the first page of this Agreement is in Michigan, then interest shall be calculated on an actual day basis.  If at any time and for any reason whatsoever, the interest rate payable on the Loan shall exceed the maximum rate of interest permitted to be charged by Lender to Borrower under applicable law, such interest rate shall be reduced automatically to the maximum rate of interest permitted to be charged under applicable law. Except if the address of the Borrower as shown on the first page of this Agreement is in Alabama, Michigan, Ohio, Pennsylvania, or Missouri, any amount added to principal pursuant to this Agreement or any Related Document shall bear interest at the rate specified herein and shall be payable as provided herein.[1]

(b)    **Interest Only Payments**. Until the Maturity Date, Borrower agrees to make payments of interest accrued on the outstanding principal balance of the Loan. The first payment will be due one month after the date of this agreement and every month thereafter (for example, if the agreement is signed on January 5th, the first payment will be due on February 5th, and subsequent payments will be due on the 5th of each month).  Borrower's first payment may be higher depending on the actual funding date of the loan, and the amount of interest payable may vary in certain instances such as a payment due date change.[2]  **This section is not applicable** if the address of the Borrower as shown on the first page of this Agreement is **in Illinois, Kansas, Ohio or Pennsylvania, or if the Loan's amount financed is less than $10,000 in California.**  When this Section is not applicable, the Loan shall be payable in equal installments which shall include principal and interest components.

(c)    **Final Maturity Date Payment**. Borrower agrees to pay the entire principal amount (which is inclusive of any applicable Fee) and all accrued and unpaid interest at the rate expressed herein on the Maturity Date, unless earlier accelerated pursuant to the terms and conditions of this Agreement, or the other Related Documents, except if Borrower's address as shown on the first page of this Agreement is:

(i)    in Illinois or Pennsylvania, then Borrower agrees to pay the unpaid amount due under this Agreement. In Colorado, Kansas, Oklahoma and Utah, if this payment is more than twice as large as the average of all other regularly scheduled payments, Borrower has the right to refinance the amount of the payment at the Lender's prevailing consumer loan rates if Borrower meets Lender's normal credit standards.
(ii)   In Alabama, if this payment is more than one and a half times as large as the average of all other regularly scheduled payments, Borrower has the right to refinance the amount of the payment at a rate no less favorable than the terms of this Agreement.
(iii)  In California and the Loan's amount financed is under $10,000.

(d)    **Prepayments**. Borrower may prepay in whole or in part at any time the outstanding principal and all accrued and unpaid interest thereon at the rate expressed herein without penalty.[3]

---

[1] If you are not a resident of the U.S. or Canada or you have requested a loan with no monthly interest payments, please see, "Appendix A: Bullet Loans" for your interest rate definition.
[2] Please see, "Appendix B: Loan Disclosures," at the end of this Agreement for more details. If you are not a resident of the U.S. or Canada or you have requested a loan with no monthly interest payments, please disregard this section.
[3] If you are not a resident of the U.S. or Canada or you have requested a loan with no monthly interest payments, please see, "Appendix A: Bullet Loans" for your Prepayments definition.

**BlockFi Loan No.** ▬▬▬▬

(e)    **Late Payments**. To the extent permitted under applicable law, Borrower agrees that if any payment pursuant to Section 3(b) or Section 3(c) is not made within ten (10) days of the due date, (i) Borrower will be charged a late charge of fifteen dollars ($15.00) or five percent 5.00% of the amount of the past due payment, whichever is greater; and (ii) subject to compliance with applicable law, Lender may liquidate a portion of the Collateral in an amount equal to any late payment and corresponding late charge; however, if the address of the Borrower shown on the first page of this Agreement is:

(i)    in Alabama, then the late charge fifteen dollars ($15.00) or five percent (5.00%) of the amount of the payment that is past due, whichever is greater, but not more than one hundred dollars ($100.00);

(ii)    in Colorado, and the Loan amount is $75,000 or less, then the late charge is $15;

(iii)    in Illinois, then the late charge is five percent (5.00%) of the payment for payments in excess of $200, or $10 on payments of $200 or less

(iv)    in Kansas, then the late charge is five percent (5.00%) of the unpaid amount of the payment or $25, whichever is less;

(v)    in Minnesota, then the late charge of eight dollars and eighty-four cents ($8.84) or five percent (5.00%) of the amount of the past due payment, whichever is greater;

(vi)    in Missouri if the payment is not made within fifteen (15) days of the due date, then a late charge of fifteen dollars ($15.00) or five percent (5.00%) of the amount of the past due payment, whichever is greater, not to exceed fifty dollars ($50.00);

(vii)    in Pennsylvania, if the payment is not made within fifteen (15) days of the due date, then the late charge is twenty dollars ($20.00) or ten percent (10.00%) of the amount of the past due payment, whichever is greater;

(viii)    In Utah, five percent (5.00%) of the unpaid amount of the payment; and

(ix)    in Washington, then ten percent (10.00%) of the amount of the unpaid amount of the payment.

4.    **Conditions to Lender's Obligations**.  Lender's obligation to advance funds under this Agreement shall be subject to the satisfaction of all of the conditions set forth in this Agreement and the Related Documents, including, without limitation, the following specific conditions precedent:

(a)    **Related Documents.** Borrower shall electronically execute all Related Documents, in form and substance acceptable to Lender.

By signing immediately below, Borrower acknowledges and consents to entering ▬▬▬▬ nsaction with Lender.



(b)    **Representations and Warranties.** The representations and warranties set forth in this Agreement and the other Related Documents are true and correct in all material respects; provided, however, that those representations and warranties expressly referring to another specific date shall be true and correct in all material respects as of such date.

(c)    **No Event of Default.** There shall not exist at the time of the advance, and after giving effect thereto, a condition which would constitute an Event of Default under this Agreement.

(d)    **Collateral.** Borrower shall have transferred the Collateral into Lender's digital asset depository account at Gemini Trust Company, LLC ("**Gemini**" or such other location as Lender may determine from time to time, the "**Depository**"), deposit address _____ (such ▬▬▬▬ account or any other account at the Depository to which Lender may transfer the Collateral, the "**Depository Account**"). Lender may change the location of the Depository and Depository Account without notice to Borrower.

Borrower agrees that Lender may, for its own account, pledge, repledge, hypothecate, rehypothecate, sell, lend or otherwise transfer or use any amount of such Collateral, separately or together with other property, with all attendant rights of ownership from time to time, without notice to the Borrower any or all of the Collateral and that Lender may do so without retaining in its possession or control for delivery, a like amount of similar Collateral. The parties agree that the holding of Collateral through the Depository constitutes the use of reasonable care with respect to the custody and preservation of the Collateral.

(e) **Priority.** Lender shall have actual or constructive possession of the Collateral, as applicable, and a first priority security interest in the Collateral.

Notwithstanding the above, Borrower's failure to meet any of the conditions set forth in this <u>Section 4</u> shall not provide any basis for Borrower to contest the enforceability of the Loan.

5. **Grant of Security Interest in Collateral**. For valuable consideration, the adequacy and receipt of which is hereby acknowledged, Borrower hereby:

(a) pledges, assigns, transfers and delivers to Lender, and grants to Lender a continuing and unconditional first priority security interest in all of Borrower's present and future rights, title and interest in the following (collectively referred to as the "**Collateral**") as security for the payment and performance of the Indebtedness:

(i) the Depository Account;

(ii) all cryptocurrency now or in the future held in, on deposit in or otherwise allocated to the Depository Account (including, without limitation, any cryptocurrency transferred to the Depository Account after the date hereof by the Borrower pursuant to Section 7 or otherwise);

(iii) any other cryptocurrency now or in the future issued with respect to any of the foregoing cryptocurrency as a result of a fork or other event that results in the holders of cryptocurrency receiving additional or replacement cryptocurrency (whether or not such other cryptocurrency is held in, on deposit or otherwise allocated to the Depository Account);

(iv) <u>  3.000       BTC  </u>;

(v) all rights to receive delivery of or withdraw any of the foregoing cryptocurrency from the Depository and all rights against the Depository with respect to the Depository Account, any of the foregoing cryptocurrency, and the proceeds thereof; and

(vi) all proceeds of the foregoing.

(b) agrees that such security interest granted by Borrower to Lender constitutes a valid, first priority security interest in the Collateral, and will constitute a valid, first priority security interest in later-acquired Collateral. Notwithstanding any termination of this Agreement, Lender's security interest in the Collateral shall remain in effect for so long as any Indebtedness remains outstanding under this Agreement or any of the Related Documents.

(c) agrees that Lender has the rights stated in this Agreement with respect to the Collateral, in addition to all other rights which Lender may have by law.

(d) authorizes Lender at any time and from time to time, at Borrower's expense, to file in any jurisdiction any financing statements and amendments that: (i) name the Collateral as collateral thereunder, regardless

**BlockFi Loan No.** ████████

of whether any particular Collateral falls within the scope of the UCC; (ii) contain any other information required by the UCC for sufficiency or filing office acceptance, including organization identification numbers; and (iii) contain such language as Lender determines helpful in protecting or preserving rights against third parties. Borrower ratifies any such filings made prior to the date hereof.

(e)    acknowledges and agrees that the obligations of Borrower under this Agreement shall be full recourse obligations of Borrower and that Borrower is and shall remain personally liable to Lender for the payment in full of all Indebtedness and performance of all obligations hereunder.

(f)    agrees that in addition to this Agreement, all liens, security interests, assignments, suretyship obligations, stock pledges, rights and remedies granted to Lender in this Agreement and any Related Documents secure all obligations, debts and liabilities, plus interest thereon, of Borrower to Lender and any of its affiliates, as well as the claims by Lender and any of its affiliates against Borrower, whether now existing or hereafter arising (such existing or hereafter arising bilateral relationships between Borrower and Lender or any of Lender's affiliates, a "**Contract**") whether related or unrelated to the purpose of this Agreement, whether voluntary or otherwise, whether due or not due, direct or indirect, absolute or contingent, and whether Borrower may be liable individually or jointly with others., and whether recovery upon such amounts may be or hereafter may become barred by any statute of limitations, and whether the obligation to repay such amounts may be or hereafter may become otherwise unenforceable.

6.    **Borrower's Representations, Warranties and Covenants**. To induce Lender to enter into this Agreement and to make the Loan, Borrower hereby makes the following representations, warranties and covenants to Lender:

(a)    With respect to the Collateral, Borrower will, at all times, maintain a loan to value ratio where the outstanding principal balance of the Loan is less than or equal to  seventy  percent ( 70% ) of the Collateral Market Value, as defined in Section 7 below (the "**Required Loan to Value Ratio**").

(b)    Except for the security interest in the Collateral granted by Borrower to Lender under this Agreement, Borrower is the sole, legal and equitable owner of the Collateral and no other security agreement, financing statement, or other security instrument covering the Collateral exists.

(c)    Borrower has rights in or the power to transfer the Collateral, and its title to the Collateral is free and clear of liens, adverse claims, and restrictions on transfer or pledge, other than those created by this Agreement or the Related Documents.

(d)    There are no actions, suits, litigation or proceedings, at law or in equity, pending by or against Borrower before any court, administrative agency, or arbitrator.

(e)    Borrower is, and at all times prior to the Maturity Date will be, in compliance with all applicable federal and state laws, regulations and ordinances.

(f)    Borrower will not sell, dispose or otherwise transfer the Collateral or any interest in the Collateral without the prior written consent from Lender.

(g)    Borrower will not create or allow any other security interest or lien on the Collateral, other than those created by this Agreement or the Related Documents.

(h)    Upon Lender's request, Borrower will execute any financing statement or other document necessary to perfect or otherwise record Lender's security interest in the Collateral.

BlockFi Loan No. ▮▮▮▮▮▮

(i)      Borrower will notify Lender in writing prior to making any change in Borrower's: (i) residence, if such Borrower is an individual or sole proprietorship, (ii) principal place of business, if such Borrower is a business entity that is created without any state filings, or (iii) state of organization, if such Borrower is a business entity that is created by state filings.

(j)      Borrower will promptly pay all taxes and assessments due on the Collateral.

(k)      Borrower is not engaged in the business of extending credit for the purpose of purchasing or carrying margin stock, and no proceeds of the Loan will be used to extend credit to others for the purpose of purchasing or carrying any margin stock.

(l)      Borrower is not, and is not required to be, registered as an "investment company" under the Investment Company Act of 1940, as amended. Borrower is not subject to regulation under any law that limits the ability to incur debt or which may otherwise render all or any portion of the obligations hereunder unenforceable.

(m)      Neither Borrower nor any of its affiliates or officers, directors, brokers or agents of Borrower or its affiliates (i) has violated any anti-terrorism laws, (ii) has engaged in any transaction, investment, undertaking or activity that conceals the identity, source or destination of the proceeds from any category of prohibited offenses designated by the Organization for Economic Co-operation and Development's Financial Action Task Force on Money Laundering, (iii) is publicly identified on the most current list of "Specially Designated Nationals and Blocked Persons" published by the Office of Foreign Assets Control of the U.S. Department of the Treasury ("**OFAC**") or resides, is organized or chartered, or has a place of business in a country or territory subject to OFAC sanctions or embargo programs, (iv) is publicly identified as prohibited from doing business with the United States under the International Emergency Economic Powers Act, the Trading With the Enemy Act, or any other law, (v) conducts any business or engages in making or receiving any contribution of goods, services or money to or for the benefit of any person described in clauses (iii) or (iv) above, (vi) deals in, or otherwise engages in any transaction related to, any property or interests in property blocked pursuant to any anti-terrorism law or (vii) engages in or conspires to engage in any transaction that evades or avoids, or has the purpose of evading or avoiding, or attempts to violate, any of the prohibitions set forth in any anti-terrorism law.

(n)      Borrower will use the proceeds of the Loan solely for lawful purposes and all representations and warranties set forth in Borrower's credit application are true, correct and complete as of the date of such credit application and the date of this Agreement.

Each representation, warranty and covenant shall be made by Borrower as of the date of this Agreement and as of the date of any renewal, extension or modification of the Loan.

7.      **Valuation; Additional Collateral**. At any time, the market value of the Collateral in the Depository Account shall be either (a) the product of amount of Collateral times the last trade price for each unit of the Collateral in the Depository Account that is quoted on the Gemini website, or (b) the market value determined by Lender in its reasonable discretion (the "**Collateral Market Value**"). Borrower agrees that for purposes of calculating the Collateral Market Value Lender may take into account or disregard, at its sole discretion, the value of any new cryptocurrency held in the Depository Account created as the result of a forking or similar event that occurs after the date of this Agreement.

(a)      Upon notice by Lender to Borrower of the occurrence of a Trigger Event (hereinafter defined), Borrower shall promptly, and in no case later than seventy-two (72) hours after notice is provided, deposit additional Collateral into the Depository Account in such an amount as necessary to establish a loan to value ratio where the total of the outstanding principal balance of the Loan plus all other amounts due is equal to or less than fifty percent ( 50% ) of the Collateral Market Value, provided that if at any time, the outstanding principal balance of the Loan is equal to or greater than eighty percent ( 80% ) of the Collateral Market

          6

DocuSign Envelope ID:

BlockFi Loan No.

Value (the "**Accelerated Maximum Loan to Value Ratio**"), Lender has the right to immediately liquidate Collateral, subject to any required notice, in such an amount as necessary to establish a loan to value ratio where the total of the outstanding principal balance of the Loan plus all other amounts due is equal to or less than seventy percent ( 70% ) of the Collateral Market Value. Any Collateral liquidated by Lender is subject to a three percent (3.00%) processing fee, except if the address of the Borrower shown the first page of this Agreement is Alabama, California, Colorado, Illinois, Kansas, Maryland, Michigan, Minnesota, Missouri, Ohio, Oklahoma, Pennsylvania or Washington in which case there is no processing fee.  Any additional Collateral posted by Borrower pursuant to this Section 7 must be based in the same kind of cryptocurrency as the original Collateral.

For purposes of this Section 7, (i) a "**Trigger Event**" means an event where Lender becomes aware that Borrower has failed to maintain the Required Loan to Value Ratio and the outstanding principal balance of the Loan is greater than seventy percent ( 70% ) of the Collateral Market Value (the "**Maximum Loan to Value Ratio**"), and (ii) "**notice is provided**" at the earliest of (x) the time Lender transmits an electronic communication to the Borrower of such Trigger Event, (y) the following day if sent by UPS, FedEx or other express mail overnight delivery, or (z) four (4) days from the date posted if sent by U.S. Mail, all in accordance with the Notices provisions of Section 25 hereof.

8.    **Default**. Borrower shall be in default under this Agreement, if after giving effect to any applicable cure period, (a) Lender does not receive any payment when due, including any payments owed pursuant to Section 3(b) and Section 7(a); or, except in California, (b) Lender's prospect of payment, performance, or realization of collateral is significantly impaired, which may include the following (each, an "**Event of Default**"):

(a)    Borrower's failure to timely pay any payment when due, including any payments owed pursuant to Section 3(b) and Section 7(a);

(b)    A Trigger Event occurs and is continuing and Borrower fails to deposit additional Collateral as required pursuant to Section 7;

(c)    The Accelerated Maximum Loan to Value Ratio is then in effect;

(d)    If Borrower is an entity, the dissolution or termination of Borrower's existence as a going business, the insolvency of Borrower, the appointment of a receiver for any part of Borrower's property, any assignment for the benefit of creditors, any type of creditor workout, the commencement of any proceeding under any bankruptcy or insolvency laws by or against Borrower or any levy, garnishment, attachment or similar proceeding is instituted against any property of Borrower held by Lender;

(e)    Commencement of foreclosure or forfeiture proceedings, whether by judicial proceeding, self-help, repossession or any other method, by any creditor of Borrower or by any governmental agency against any Collateral securing the Loan. However, the Event of Default specified in this Section 8(e) shall not apply if there is a good faith dispute by Borrower as to the validity or reasonableness of the claim which is the basis of the creditor or forfeiture proceeding and if Borrower gives Lender written notice of the creditor or forfeiture proceeding and deposits with Lender monies or a surety bond for the creditor or forfeiture proceeding, in an amount determined by Lender, in its sole discretion, as being an adequate reserve or bond for the dispute;

(f)    If Borrower is an individual, Borrower dies or becomes incompetent;

(g)    Borrower fails to comply with or to perform any other term, obligation, covenant or condition contained in this Agreement, any Related Document or any other agreement between Borrower and Lender;

(h)    Any warranty, representation or statement made or furnished to Lender by Borrower, or on Borrower's behalf, under this Agreement or any Related Document is false or misleading in any material respect,

either now or at the time made or furnished or becomes false or misleading at any time thereafter;

(i)     A material adverse change occurs in the financial condition of Borrower, or the ability of Borrower to repay the Loan or perform under this Agreement or any other Related Document is impaired;

(j)     A change or material development in applicable law (including case law) or regulation makes the Loan unlawful, unless grandfathered;

(k)     A general suspension in buying, selling or owning Bitcoin or Ethereum by U.S. federal governmental authorities or a suspension in buying, selling or owning digital assets or cryptocurrencies on at least three (3) major exchanges (including Gemini, GDAX / Coinbase, Kraken, or Bitstamp), with such disruption lasting at least five (5) days; or

(l)     Borrower fails to (i) pay any principal or interest in respect of any indebtedness (including any direct, indirect, actual or contingent obligation to guarantee any debt or other obligation payable or performable by another legal person (a "**Guarantee Obligation**") when due and such failure continues after the applicable grace period, if any, specified in the agreement or instrument relating to such indebtedness, or (ii) perform or observe any other covenant, term, condition or agreement relating to any such indebtedness or contained in any instrument or agreement evidencing or relating thereto, or any other event occurs or condition exists, the effect of which failure or other event or condition is to cause, or permit the holder or beneficiary of such indebtedness to cause, with the giving of notice if required, such indebtedness to become due prior to its stated maturity (or in the case of any Guarantee Obligation to become payable); or any such indebtedness is declared to be due and payable, or required to be prepaid or redeemed (other than by a regularly scheduled required prepayment or redemption or as a mandatory prepayment), purchased or defeased, or an offer to prepay, redeem, purchase or defease such indebtedness shall be required to be made, in each case, prior to the stated maturity thereof.

Borrower agrees to promptly notify Lender in writing upon the occurrence of any of the events described in this Section 8, in no case later than two (2) business days after the occurrence of such event.

Notwithstanding the foregoing, the Events of Default described in paragraphs (b) through (l) above will constitute Events of Default only if the Lender's prospect of payment, performance or ability to realize upon the Collateral is significantly impaired.

Lender bears the burden of establishing significant impairment.

9.     **Remedies**.

(a)     Upon an Event of Default and at any time thereafter, after any required notice and cure period, Lender may declare all amounts due under this Agreement immediately due and payable and shall have all the rights and remedies of a Lender under the UCC or as otherwise provided under applicable law. Without limiting the generality of the foregoing, Borrower expressly agrees that in any such default, subject to any right to cure provided by applicable law, Lender may take immediate and exclusive possession of the Collateral and that Lender may liquidate the Collateral in whole or in part, at its sole discretion. **If Borrower does not meet its obligations under this Agreement, Borrower may lose the Collateral.**

(b)     The proceeds of any sale or disposition of any part of the Collateral shall be distributed by Lender in the following order of priorities:

(i)     to Lender for any reasonable costs, fees, or expenses incurred in connection with the sale or disposition of the Collateral, including any legal, accounting or other fees incurred to the extent permitted by law;

DocuSign Envelope ID: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

**BlockFi Loan No.** ▉▉▉▉▉▉▉

(ii)    to Lender in an amount equal to any outstanding and unpaid Indebtedness under this Agreement and the Related Documents; and

(iii)    any remaining surplus to Borrower or other secured party, as applicable, in accordance with the UCC or as a court of competent jurisdiction may direct.

(c)    If an Event of Default shall have occurred and be continuing, after any required notice and cure period, Lender is hereby authorized at any time and from time to time, to the fullest extent permitted by law and without prior notice to Borrower, any such notice being expressly waived by Borrower, to set off and appropriate and apply any and all deposits (general or special, time or demand, provisional or final, in whatever currency or cryptocurrency) at any time held and other obligations (in whatever currency or cryptocurrency) at any time owing by Lender to or for the credit or the account of Borrower against any and all of the obligations of Borrower under this Agreement, any Related Document or any Contract to Lender or any of its affiliates, whether direct or indirect, absolute or contingent, matured or unmatured, and irrespective of whether or not Lender or such affiliate shall have made any demand under this Agreement, any Related Document or Contract and although such obligations of Borrower are owed to an affiliate of Lender different from the affiliate holding such deposit or obligated on such indebtedness. The rights of Lender and each of its affiliates under this paragraph are in addition to other rights and remedies (including other rights of set-off) that Lender or such affiliate may have. Lender agrees to notify the Borrower promptly after such set off and appropriation and application; provided that the failure to give such notice shall not affect the validity of such set off and appropriation and application. Subject to the limitations and other provisions of this Agreement, the provisions of this Section 9(c) will survive the expiration or termination of this Agreement for a period of 12 months after such expiration or termination.

10.    **Arbitration Provision.** If the Loan is made to a Borrower domiciled in the U.S. or Canada, please see Appendix A for the applicable Arbitration Provision.

11.    **Payment Failure**. Except for Borrowers with an address in in the state in Minnesota or Missouri as shown on the first page of this Agreement, Borrower agrees that Lender may assess an insufficient funds fee (a "**Payment Failure Fee**") of fifteen dollars (US$15.00) if any attempted dishonored check, negotiable order of withdrawal or share draft by Borrower to Lender is not collected by Lender for any reason, including if checks are returned after the second presentment or fail due to insufficient funds in any account from which a payment is to be made to Lender. For Borrowers with an address in Maryland as shown on the first page of this Agreement, Borrower agrees that Lender may assess a Payment Failure Fee of fifteen dollars ($15.00) if any check is dishonored after the second presentment. For Borrowers with an address in Missouri as shown on the first page of this Agreement, the Lender may impose charges assessed by any institution for processing a refused instrument plus the Payment Failure Fee. For Borrowers with an address in Pennsylvania as shown on the first page of this Agreement, then the Payment Failure Fee will not exceed the actual fees Lender is charged by a financial institution if any check or other instrument taken in payment is not honored on re-presentment for any reason. For Borrowers with an address in Utah as shown on the first page of this Agreement, if Borrower's check is dishonored on first presentment but later honored, then Borrower will not owe a Payment Failure Fee for that check. Only one Payment Failure Fee will be assessed on any dishonored payment. The amount of any Payment Failure Fee will be added to the balance due and payable on the next payment due date.

12.    **Lender Appointed Attorney-In-Fact**. Except for Borrowers with an address in in the state in Minnesota or Illinois as shown on the first page of this Agreement, Borrower hereby appoints Lender Borrower's attorney-in-fact, with full authority in the place and stead of Borrower and in the name of Borrower or otherwise, from time to time during the continuance of an Event of Default to take any action and to execute any instrument that Lender may deem necessary or advisable to accomplish the purposes of this Agreement, except for a confession of judgment (but Lender shall not be obligated to and shall have no liability to Borrower or any third party for failure to do so or take action). This appointment, being coupled with an interest, shall be irrevocable. Borrower hereby ratifies all that said attorney-in-fact shall lawfully do or cause to be done by virtue hereof.

DocuSign Envelope ID:

BlockFi Loan No.

13.     **Security Interest Absolute**. To the extent permitted by law, Borrower hereby waives demand, notice, protest, notice of acceptance of this Agreement, Collateral received or delivered and all other demands and notices of any description. To the extent permitted by law, all rights of Lender and liens and security interests hereunder, and all Indebtedness of Borrower hereunder, shall be absolute and unconditional irrespective of:

(a)     Except for Borrowers with a residence in Alabama as shown on the first page of this Agreement, any illegality or lack of validity or enforceability of any Indebtedness or any related agreement or instrument;

(b)     any change in the time, place or manner of payment of, or in any other term of, the Indebtedness, or any amendment or other modification of this Agreement or any other agreement, including any increase in the Indebtedness resulting from any extension of additional credit or otherwise;

(c)     any taking, exchange, substitution, release, impairment or non-perfection of any Collateral or any other collateral, or any taking, release, impairment, amendment, waiver or other modification of any guaranty, for all or any of the Indebtedness;

(d)     any manner of sale, disposition or application of proceeds of any Collateral or any other collateral or other assets to all or part of the Indebtedness;

(e)     any default, failure or delay, willful or otherwise, in the payment of the Indebtedness;

(f)     any defense, set-off or counterclaim (other than a defense of payment or performance) that may at any time be available to, or be asserted by, Borrower against Lender; or

(g)     Except for Borrowers with a residence in in Alabama as shown on the first page of this Agreement, any other circumstance (including, without limitation, any statute of limitations) or manner of administering the Loan or any existence of or reliance on any representation by Lender that might vary the risk of Borrower or otherwise operate as a defense available to, or a legal or equitable discharge of, Borrower or any guarantor or surety.

14.     **Survival of Representations and Warranties**. Borrower understands and agrees that in making this Loan, Lender is relying on all representations, warranties and covenants made by Borrower in this Agreement, the Related Documents and in any certificate or other instrument delivered by Borrower to Lender under this Agreement. Such Borrower further agrees that regardless of any investigation made by Lender, all such representations, warranties and covenants will survive the execution of this Agreement and the funding of the advance, shall be continuing in nature, and shall remain in full force and effect until such time as all of Borrower's obligations under this Agreement shall be fully satisfied, or until this Agreement shall be terminated in the manner provided herein, whichever is the last to occur.

15.     **Account Authorization**. In order to satisfy Borrower's obligations under this Agreement, Borrower expressly authorizes Lender to initiate an electronic funds transfer ("**EFT**") debit from Borrower's designated bank account (including any subsequent designated account identified to Lender by the Borrower) for all amounts due and owing by Borrower to Lender under this Agreement, including, without limitation, all payments to be made by Borrower pursuant to Section 3 of this Agreement. In connection with such payments, Borrower further agrees to complete any documents as may be reasonably requested by Lender to effectuate and/or authorize such EFT. Borrower authorizes Lender to resubmit any EFT debit authorized by Borrower that is returned for insufficient or uncollected funds, except as otherwise provided by NACHA – The Electronic Payment Association's EFT rules or applicable law.

16.     **Cost of Collection**. To the extent permitted by law, and except for Borrowers with a residence in Minnesota, Colorado, Ohio, Oklahoma, or Utah as shown on the first page of this Agreement,  Borrower agrees to pay all costs and expenses, including collection expenses, and court costs, plus  reasonable attorneys' fees (except that for Borrowers with a residence in Alabama, Colorado, Kansas, Missouri or Oklahoma as shown on the first page of this Agreement, only after default in connection with referral to an attorney who is not a salaried employee of Lender and up to 15% of the unpaid debt and except also that for Borrowers with a residence in Missouri as shown on the first page of this Agreement, only if it is necessary to bring suit), incurred by Lender in the collection or enforcement of this Agreement. For Borrowers with a residence in Utah as shown on the first page of this Agreement, Borrower will pay any collection cost Lender incurs, including reasonable attorney fees and court costs, as the law allows. If Lender hires an attorney or a third-party collection agency to collect what Borrower owes, Borrower will also pay the lesser of: (a) the actual amount Lender is required to pay to the third-party collection agency or the attorney, regardless of whether that amount is a specific dollar amount or a percentage of the amount owed to Lender; or (b) 40% of the amount owed to Lender. Borrower also agrees to pay any and all withholding taxes applicable to the Collateral, including any withholding taxes on any amounts so paid and, upon written request by Lender, shall furnish Lender with evidence of payment thereof.

17.     **Termination**. This Agreement and the security interests created hereby shall automatically terminate upon the payment in full of all Indebtedness and performance of all obligations hereunder. At such time, and except as otherwise required by applicable law, Lender's sole obligations shall be to, at Borrower's request, (i) direct the Depository to transfer the remaining Collateral in the Depository Account to Borrower, at a wallet address provided by Borrower to Lender, and (ii) to authorize Borrower to terminate any UCC financing statements filed by Lender against Borrower with respect to the Collateral.

18.     **Binding Effect**. All representations, warranties, covenants and agreements by or on behalf of Borrower contained in this Agreement or any Related Documents shall bind Borrower's successors and assigns and shall inure to the benefit of Lender and its successors and assigns. Borrower shall not have the right to assign Borrower's rights under this Agreement or any interest therein, without the prior written consent of Lender. Any such assignment in violation of this Section 18 shall be null and void.

19.     **Caption Headings**. Caption headings in this Agreement and the Related Documents are for convenience purposes only and are not to be used to interpret or define the provisions of this Agreement or the Related Documents.

20.     **Cumulative Rights; Non-Exercise**. Lender's rights under this Agreement are cumulative, and shall not be construed as exclusive of each other unless otherwise required by law. The non-exercise by Lender of any rights or remedies under this Agreement shall not constitute a waiver thereof in that or any subsequent instance.

21.     **Waiver**. Lender shall not be deemed to have waived any rights under this Agreement unless such waiver is given in writing and signed by Lender. No delay or omission on the part of Lender in exercising any right shall operate as a waiver of such right or any other right. A waiver by Lender of a provision of this Agreement shall not prejudice or constitute a waiver of Lender's right otherwise to demand strict compliance with that provision or any other provision of this Agreement. No prior waiver by Lender, nor any course of dealing between Lender and Borrower shall constitute a waiver of any of Lender's rights or of the Borrower's obligations as to any future transactions. Whenever the consent of Lender is required under this Agreement, the granting of such consent by Lender in any instance shall not constitute continuing consent to subsequent instances where such consent is required and in all cases such consent may be granted or withheld in the sole discretion of Lender.

22.     **Entire Agreement; Integration**. This Agreement and the other Related Documents constitute the entire agreement among the parties relating to the subject matter hereof and thereof and supersede any and all previous agreements and understandings, oral or written, relating to the subject matter hereof and thereof. Each Related Document, and any exhibit, schedule or similar addition to this Agreement or any Related Document, is hereby

DocuSign Envelope ID: ████████████████████████

**BlockFi Loan No.** ███████████

incorporated into this Agreement by this reference as though fully set forth herein.

     23.    **Severability**. If any part or parts of this Agreement shall be held unenforceable for any reason, the remainder of this Agreement shall continue in full force and effect. If any provision of this Agreement is deemed invalid or unenforceable by any court of competent jurisdiction, and if limiting such provision would make the provision valid, then such provision shall be deemed to be construed as so limited.

     24.    **Usury Savings Clause**. Lender and Borrower intend to contract in strict compliance with applicable usury law from time to time in effect. In furtherance thereof, Lender and Borrower stipulate and agree that none of the terms and provisions contained in the Loan Documents shall ever be construed to create a contract to pay for the use, forbearance or detention of money or interest in excess of the maximum amount of interest (including all charges and fees) permitted to be charged by applicable law, from time to time.

     25.    **Notices**. Any notice required or otherwise given pursuant to this Agreement shall be in writing and mailed certified return receipt requested, postage prepaid, delivered by overnight delivery service, or via electronic mail, addressed as follows:

    <u>If to Lender</u>:

    BlockFi Lending LLC
    150 Broadway, 19th Floor
    New York, NY 10038
    support@blockfi.com

    <u>If to Borrower</u>:

    ███████████████
    ██████████████
    █████████████████████████
    ███████████████

Either party may change such addresses from time to time by providing notice as set forth above.

     26.    **USA Patriot Act Notice**. Lender hereby notifies Borrower that, pursuant to the requirements of the USA Patriot Act (Title III of Pub. L. 107-56 (signed into law October 26, 2001)) (the "**Act**"), it may be required to obtain, verify and record information that identifies Borrower, which information includes the name and address of Borrower and other information that will allow Lender to identify Borrower in accordance with the Act.

     27.    **Credit Report and Other Authorizations**. Borrower authorizes Lender, its agents and representatives and any credit reporting agency engaged by Lender, to (a) investigate any references given or any other statements or data obtained from or about Borrower or any guarantor for the purpose of this Loan Agreement, (b) obtain consumer and business credit reports on Borrower and any guarantor, (c) contact personal and business references provided by Borrower, at any time now or for so long as any Indebtedness remains unpaid, and (d) share information regarding Borrower's performance under this Agreement with affiliates and unaffiliated third parties. As required by Utah law, Borrower is hereby notified that a negative credit report reflecting on Borrower's credit record may be submitted to a credit reporting agency if Borrower fails to fulfill the terms of Borrower's credit obligations.

     28.    **Counting of Days.** Except where otherwise specifically provided, any reference in this Note to a period of "days" means calendar days and not business days.

     29.    **Amendment**. This Agreement and the Related Documents constitute the entire understanding and

agreement of the parties as to the matters set forth in this Agreement. No alteration, amendment, modification, termination, discharge or waiver of any provision of this Agreement or any other Related Document, or consent to any departure by either party therefrom, shall be effective unless given in writing and signed by the party or parties sought to be charged or bound by the alteration, amendment, modification, termination, discharge or waiver. Any such alteration, amendment, modification, termination, discharge or waiver shall be effective only for the specific purpose for which given.

30.    **Bankruptcy**. The rights and priorities set forth in this Agreement shall remain binding irrespective of the terms of any plan of reorganization in any proceeding commenced by or against Borrower under any provision of the United States Bankruptcy Code (11 U.S.C. § 101, et seq.), as amended, and any successor statute (the "**Bankruptcy Code**") or under any other federal or state bankruptcy or insolvency law, including assignments for the benefit of creditors, formal or informal moratoria, compositions, extensions generally with its creditors, or proceedings seeking reorganization, arrangement, or other similar relief, and all converted or succeeding cases in respect thereof or other provisions of the Bankruptcy Code or any similar federal or state statute.

31.    **Governing Law; Acceptable Forums; Waiver of Jury Trial**. EXCEPT    FOR    THE ARBITRATION PROVISION, WHERE APPLICABLE, WHICH SHALL BE GOVERNED BY FEDERAL LAW, THIS AGREEMENT WILL BE GOVERNED BY THE LAWS OF THE LAWS OF THE STATE OF THE RESIDENCE OF THE BORROWER AS SHOWN ON THE FIRST PAGE OF THIS AGREEMENT WITHOUT REGARD TO ITS CONFLICTS OF LAW PROVISIONS.  Any suit, action or proceeding arising hereunder, or the interpretation, performance or breach of this Agreement, shall, if Lender so elects, be instituted in any court sitting in New Castle County, Delaware, (the "**Acceptable Forums**").  Borrower agrees that the Acceptable Forums are convenient to it, and submits to the jurisdiction of the Acceptable Forums and waives any and all objections to jurisdiction or venue. Should such proceeding be initiated in any other forum, Borrower waives any right to oppose any motion or application made by Lender to transfer such proceeding to an Acceptable Forum.  Borrower irrevocably and unconditionally waives, to the fullest extent permitted by applicable law, any right it may have to a trial by jury in any legal proceeding directly or indirectly arising out of or relating to this Agreement or any Related Document or the transactions contemplated hereby or thereby (whether based on contract, tort or any other theory).  BORROWER UNDERSTANDS THAT BORROWER'S AGREEING TO THE APPLICABILITY OF DELAWARE VENUE ARE A MATERIAL FACTOR IN LENDER'S WILLINGNESS TO ENTER INTO THIS AGREEMENT.

For Borrowers with an address in Ohio as shown on the first page of this Agreement:

**THIS LOAN IS MADE PARTIALLY IN RELIANCE ON THE PROVISIONS OF SECTIONS 1321.62 TO 1321.702 OF THE OHIO REVISED CODE.**

For Borrowers with an address in Maryland as shown on the first page of this Agreement;

**THIS AGREEMNT WILL BE GOVERNED BY THE LAWS OF THE STATE OF MARYLAND, SPECIFICALLY TITLE 12, SUBTITLE 10 OF THE MARYLAND COMMERCIAL LAW ARTICLE.**

32.    **Facsimile Acceptance**.  This Agreement may be executed in any number of counterparts and by the different parties on separate counterparts. Each such counterpart shall be deemed an original, but all such counterparts shall together constitute one and the same agreement. The exchange of copies of this Agreement and of signature pages by facsimile transmission (whether directly from one facsimile device to another by means of a dial-up connection or whether mediated by the worldwide web), by e-mail in "portable document format" (".pdf") form, or by any other electronic means intended to preserve the original graphic and pictorial appearance of a document, or by combination of such means, shall constitute effective execution and delivery of this Agreement as to the parties and may be used in lieu of the original Agreement for all purposes. Signatures of the parties transmitted by facsimile shall be deemed to be their original signatures for all purposes.

DocuSign Envelope ID:

**BlockFi Loan No.**

33.     **Military Lending Act.** The Military Lending Act provides protections for certain members of the Armed Forces and their dependents ("**Covered Borrowers**"). The provisions of this section apply to Covered Borrowers. Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an annual percentage rate of 36%. This rate must include, as applicable to the credit transaction or account: (a) the costs associated with credit insurance premiums; (b) fees for ancillary products sold in connection with the credit transaction; (c) any application fee charged (other than certain application fees for specified credit transactions or accounts); and (d) any participation fee charged (other than certain participation fees for a credit card account). Before signing this Agreement, in order to hear important disclosures and payment information about this Agreement, you may call 1-646-779-9688.

34.     **Transferable Record.** Borrower expressly agrees that this Agreement is a "transferable record" as defined in applicable law relating to electronic transactions and that it may be created, authenticated, stored, transmitted and transferred in a manner consistent with and permitted by such applicable law.

35.     **Loan Transferability**. Borrower expressly agrees and acknowledges that Lender may assign this Agreement and the Related Documents, or any of Lender's rights under this Agreement or the Related Documents, in whole or in part at any time. Borrower further understands, acknowledges and agrees that Lender or another third party may further sell, assign or transfer this Agreement, the Related Documents and all associated documents and information related to this Agreement and the Related Documents without Borrower's consent or notice to Borrower.

If the proceeds of the Loan will be used for personal, family or household purposes:

**Oral agreements or commitments to loan money, extend credit or to forbear from enforcing repayment of a debt including promises to extend or renew such debt are not enforceable. To protect you (borrower(s)) and us (creditor) from misunderstanding or disappointment, any agreements we reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between us, except as we may later agree in writing to modify it.**

If the proceeds of the Loan will be used for business or commercial purposes:

**Oral or unexecuted agreements or commitments to loan money, extend credit or to forbear from enforcing repayment of a debt including promises to extend or renew such debt are not enforceable, regardless of the legal theory upon which it is based that is in any way related to the credit agreement. To protect you (borrower(s)) and us (creditor) from misunderstanding or disappointment, any agreements we reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between us, except as we may later agree in writing to modify it.**

**[The remainder of this page intentionally left blank.]**

DocuSign Envelope ID: ███████████████████

**BlockFi Loan No.** ███████

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed the day and year first written above.

**NOTICE TO CONSUMER: 1. Do not sign this agreement before you read it.  2. You are entitled to a copy of this agreement.  3. You may prepay the unpaid balance at any time without penalty.**

**BORROWER**

CAUTION -- IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT

Name: ███████████

**LENDER**

BlockFi Lending LLC, a Delaware limited liability company

By: _____
Name: Flori Marquez
Title: VP of Operations

Signature Page to Loan and Security Agreement

**BlockFi Loan No.** ████████

**Please review and confirm the information below. Pay close attention and ensure the "Funding Currency" is accurate. Note that if funding your loan in Stablecoin, funds must be sent to a wallet that supports the specified currency or funds may be permanently lost. BlockFi will not be responsible for any errors arising from an incorrectly specified Stablecoin currency or Destination Wallet Address.**

**Funding Currency.  This must be US currency if the Borrower resides in California as shown on the first page of this Agreement.**

Your loan will be funded in                                     **USDC**
*(If you would like to be funded in Stablecoin, please skip to the "Stablecoin" selection below)*

## Bank Wires

Beneficiary Name                        ████████████

Beneficiary Address                   ████████████████████
                                                  ████████████████████

*(Please ensure the Name and Address match that associated with your Bank, otherwise funds may be delayed)*

## US Bank Information

Bank Account # (USA)                   _____

Wire Capable Routing # (USA)        _____

## Non-US Bank Information

IBAN (only required for Non-USA Wires)       _____

SWIFT / BIC (only required for Non-USA Wires)   _____

## Stablecoin

Destination Wallet Address            ████████████████████
*(Please ensure that the Destination Wallet Address and Stablecoin Currency above are correct. Funds sent to an incorrect address may be permanently lost. BlockFi will not be responsible for any errors arising from an incorrectly specified Stablecoin currency or Destination Wallet Address)*


BlockFi Loan No. ████████

## STATEMENT OF LOAN

**Lender**

BlockFi Lending LLC
150 Broadway
19th Floor
New York, NY 10038

CFL Lic. No.: 60DBO-81955

**Borrower**



---

### TRUTH IN LENDING DISCLOSURE STATEMENT

| ANNUAL PERCENTAGE RATE<br><br>The cost of your credit as a yearly rate | FINANCE CHARGE<br><br>The dollar amount the credit will cost you | Amount Financed<br><br>The amount of credit provided to you or on your behalf | Total of Payments<br><br>The amount you will have paid when you have made all scheduled payments |
|---|---|---|---|
| 11.84% | 8863.19 | 74200.00 | 83063.16 |

Your payment schedule will be as follows:

| Number of payments | Amount | When payments are due |
|---|---|---|
| 12 | 614.93 | First payment is due on 2022-01-09 , and each subsequent payment is due monthly thereafter on the same day of each month |
| 1 | 75684.00 | Last payment Maturity Date is due on 2022-12-09 |

**Security**: You are giving a security interest in the following collateral (the "Collateral"):

| 3.000 | BTC |
|---|---|

**Late charges:** If your payment arrives more than 10 days after the date on it is due, you may be charged a late fee equal to the greater of 5.00% of the past due payment or $15.

**Prepayment policy:** Borrower may prepay the outstanding principal and all accrued and unpaid interest thereon at the rate expressed herein without penalty.

**See your Loan and Security Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, collateral and termination matters.**

**BlockFi Loan No.** ██████████

Itemization of Amount Financed of $ 75684.00

| Amount given to you directly | Amount paid to others on your behalf: |
|---|---|
| 74200.00 | |
| Amount paid on your account | Prepaid finance charge to BlockFi Lending LLC |
| 1484.00 | 1484.00 |

The payment amounts disclosed in the payment schedule are calculated on the assumption that you will make all payments on the applicable payment due date and assume, for purposes of this disclosure, that all months have 30 days.  If this Loan is made to a Borrower in California (as shown by the address on the first page of this Agreement), then with respect to loans having a bona fide principal amount of $10,000 or more, please note that monthly loan payments are made on an "interest-only" basis until the final payment is due.  This means that the actual amount of a monthly loan payment may increase when you make a payment after the payment due date or decrease when you make a payment before the payment due date. Except if this Loan is made to a Borrower in California, Illinois or Pennsylvania (as shown by the address on the first page of this Agreement), then the payment amount will also vary based on the actual days in any given month.

If this Loan is made to a Borrower in California (as shown by the address on the first page of this Agreement) then the following applies:

This loan is made pursuant to the California Financing Law, Division 9 (commencing with Section 22000) of the Financial Code.

**FOR INFORMATION, CONTACT THE DEPARTMENT OF BUSINESS OVERSIGHT, STATE OF CALIFORNIA.**

Broker. A broker has not performed any act in connection with the making of this loan unless the following box is checked:

[  ] Broker has participated.

## APPENDIX A: BULLET LOANS

**THIS APPENDIX A DOES NOT APPLY TO BORROWERS WHERE THE ADDRESS SHOWN ON THE FIRST PAGE OF THIS AGREEMENT IS IN ALABAMA OR KANSAS**

**Interest.** The annual interest rate on the outstanding principal amount of the Loan from the date hereof until payment of the Loan in full shall be the rate stated above in section 3(a) and in your loan offer on your client dashboard. All interest accrued hereunder shall be calculated on a front-loaded basis, except if this Loan is made to a Borrower in Missouri (as shown by the address on the first page of this Agreement). Interest shall be calculated on the basis of a 360-day year consisting of twelve (12) months of thirty (30) days each, except if this Loan is made to a Borrower in Michigan (as shown by the address on the first page of this Agreement) , then the Loan shall be calculated on an actual day basis.  Except if this Loan is made to a Borrower in Michigan, Missouri or Ohio (as shown by the address on the first page of this Agreement), then upon disbursement of the Loan proceeds, Lender shall collect an interest payment equal to the aforementioned rate times the principal sum of the Loan, prorated for the loan's term. All interest due (and for Borrowers with an address in Utah as shown on the first page of this Agreement, not exceeding 5% of the amount financed) is fully earned by Lender on the date it is collected. Except if this Loan is made to a Borrower in Michigan, Missouri or Ohio (as shown by the address on the first page of this Agreement), then Lender shall deduct all interest due from the Loan proceeds and disburse the remaining Loan proceeds to the Borrower on the Closing Date. If at any time and for any reason whatsoever, the interest rate payable on the Loan shall exceed the maximum rate of interest permitted to be charged by Lender to Borrower under applicable law, such interest rate shall be reduced automatically to the maximum rate of interest permitted to be charged under applicable law. Any amount added to principal pursuant to this Agreement or any Related Document shall bear interest at the rate specified herein and shall be payable with such interest upon demand by Lender and absent such demand, as otherwise provided herein.  In no event will interest be added to the principal if this Loan is made to a Borrower in Missouri (as shown by the address on the first page of this Agreement).

**Prepayments.** Borrower may prepay the outstanding principal, in whole or in part,  at any time. There is no additional charge for prepaying principal ahead of the Maturity Date. Except if the Borrowers' address as shown on the first page of this Agreement is Missouri or Ohio, prior to prepayment, the Borrower must give the Lender 5 business day notice. Interest payments made at origination (and for Borrowers with an address in Utah as shown on the first page of this Agreement, not exceeding 5% of the amount financed) will not be reimbursed.

**Arbitration Provision.**

(a)    In the event that any Dispute (as hereinafter defined) cannot be resolved through a discussion between Borrower and Lender (individually "party" and collectively "parties"), either party may demand that such Dispute be submitted to arbitration, which (if demanded) shall be the exclusive, final, and binding means for resolving such Dispute; provided, this arbitration provision shall not prevent the parties from obtaining injunctive relief from a court of competent jurisdiction to enforce the obligations of this agreement for which either party may obtain provisional relief pending a decision on the merits by the arbitrator. A "Dispute" is a claim or controversy of every kind and nature between Borrower and Lender, including, but not limited to: (i) all claims or controversies arising out of or relating to any aspect of the relationship between the parties hereto, regardless of legal basis or theory; (ii) all claims or controversies involving the interpretation, construction, performance or nonperformance, enforcement, or breach of this agreement; and (iii) all claims or controversies that may arise after the termination of this agreement. This arbitration provision is intended to be broadly interpreted, and the term "Dispute" shall have the broadest meaning possible.  Any party may demand arbitration in writing by notice to the other party.

(b)    Any such arbitration shall be conducted under the Commercial Dispute Resolution Rules of the American Arbitration Association ("AAA"), except as modified herein.  Alternatively, upon both parties' consent, another arbitration association and its rules may be used.  The arbitration proceedings shall be before a single neutral

arbitrator who shall be an attorney, retired judge, or arbitrator experienced in commercial finance. The arbitrator shall be registered and in good standing with an arbitration association. The arbitrators shall apply applicable statutes of limitation and rules of privilege. Except as otherwise provided herein, the arbitrator shall have authority to award any remedy or relief that a court of the State of Delaware or federal court located in the State of Delaware could grant in conformity to applicable law on the basis of claims actually made in the arbitration. Any arbitration will be held in New York County, NY, which the parties agree is a convenient location. Any arbitration award shall be accompanied by a written statement containing a summary of the issues in controversy, a description of the award, and an explanation of the reasons for the award. The non-prevailing party shall pay to the prevailing party, to the extent not prohibited by law, all of the prevailing party's arbitration costs and expenses, including reasonable attorneys' fees, and the arbitrator shall award such in its decision. The arbitrator's award shall be final, and judgment may be entered upon such award by any court. All arbitration proceedings shall be confidential, and neither party shall disclose any information about the evidence produced by either party in the arbitration proceeding except as necessary in the course of a judicial, regulatory or arbitration proceeding, or as may be demanded by government authority; provided, before making any such disclosure the disclosing party shall give the other party reasonable advance written notice and an opportunity to prevent the disclosure.

(c)    **NO CLASS ACTION ARBITRATION MAY BE ORDERED UNDER THIS ARBITRATION PROVISION** (this is referred to in the next sentence as the "class waiver"). If any part of this arbitration provision is found to be unenforceable, except for the class waiver, the rest shall be enforceable; but if the class waiver is found to be unenforceable, then this entire arbitration provision shall be unenforceable.

(d)    Because the parties hereto operate in interstate commerce, this Arbitration Provision shall be governed by the Federal Arbitration Act, as will any actions to compel, enforce, vacate, or confirm proceedings, awards, or orders of the arbitrator. This arbitration provision shall, with respect to such dispute, survive the termination or expiration of this agreement. Except for the enforceability of the arbitration provision discussed above, nothing in this arbitration provision shall be deemed to give the arbitrators any authority, power, or right to alter, change, amend, modify, add to, or subtract from any of the provisions of this agreement.

**BlockFi Loan No.** [redacted]

## APPENDIX B: LOAN DISCLOSURES

BlockFi Lending LLC is required to comply with the following state-specific lending disclosures

(a) IF YOU ARE A RESIDENT OF ILLINOIS OR PENNSYLVANIA:

In accordance with the Illinois Consumer Installment Loan Act and the Pennsylvania Consumer Discount Company Act, as applicable, the repayment of this loan, at issuance, is scheduled to be in equal monthly installments with no balloon of principal at maturity.

(b) IF YOU ARE A RESIDENT OF OREGON:

This agreement is governed by Oregon Law.

BlockFi Seventeenth Omnibus Objection Response Portal

## BlockFi Seventeenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| ARAR-W629-9ENA-T8Z3 |
|---|

○ Where can I find my Unique ID?

### Claim Information

Claim Number

| 22026 |
|---|

Claim Name

| ▮▮▮▮▮▮▮ |
|---|

Claimant Address on File

| ▮▮▮▮▮▮▮▮▮▮ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 response to objection.pdf | 57 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

March 8, 2024

Response to 17th Omnibus Objection for BlockFi et al claims:

Regarding the objection to claim number 22026 by ███████████████, in the amount of $3,393.89, the objection alleges this is a duplicate claim and aims to have it expunged. The objection lists 17708 as the surviving claim, but provides no evidence or further information to substantiate this claim as duplicative. Unfortunately, due to egregious technical and organizational deficiencies with the implementation of the restructuring process, there is no way for ███████████ to review the allegation of duplicative claims. Details of the surviving claim are not provided in the objection documentation or elsewhere. And due to the aforementioned deficiencies, it is not possible for ███████████ to review the details of either claim. The objection fails to adequately substantiate the allegation of a duplicate claim. As a result, we assert that neither of the two claims should be expunged. Furthermore, ███████████ would like to express her frustration with what appear to be ongoing and cynical efforts by the restructuring administrators (Kroll) to deny her the restitution she is rightfully owed as a victim of BlockFi's conduct.

To elaborate further: After navigating an unreasonably arduous process to file a claim for each of ███████████ accounts–which included, per the instructions provided at that time by the restructuring administrators 1) filing separate claims for each account held by ███████████ with BlockFi 2) providing detailed proof for each claim 3) providing complete contact information–the restructuring administrators sent notice to ███████████ that her claims would need to be re-filed or amended due to insufficient proof of claim. The insufficient proof was alleged to be a lack of contact information. It is unknown whether these issues result from malice or negligence, but they illustrate a clear pattern of the aforementioned "egregious deficiencies" in the implementation of the restructuring process by the restructuring administrator. Indeed, not only did ███████████ provide complete contact information in her initial filing, it would have been impossible for her not to do so, as the electronic form required all fields to be completed in order to submit the claim. Furthermore, throughout this process–from the initial filing until now–the restructuring administrators are clearly well aware of ███████ ███████████ contact information, as they have continued to reach her with communications to her correct email and correct mailing address (which is, of course, how ███████████ has become aware of each cynical attempt to exclude her from her rightful remedies). Moreover, these communications make clear that the restructuring administrators are aware of the connection between ███████████, her contact information, and each of her claims. And yet the restructuring process, incredibly, attempted to disqualify ███████████ claims on the alleged basis of not providing contact information in association with her claims.

This brings us to the current issue. Any attempt by ███████████ to retrieve or look up her claims is met by errors from the restructuring portal. These errors claim to be the result of an inability to associate varying combinations of ███████████ "Kroll issued Unique ID", her email address, and her BlockFi account number. These technical errors, again, represent a deficiency in the implementation of the restructuring process, as we know that all of these

quantities do match, and that the restructuring administrators know they match and have this linkage available in their own records. The restructuring administrators are aware of the clearly and repeatedly documented linkage between █████████, her contact information, each of her claims, and Kroll's own records and communications. Providing a claim management site that prevents valid claimants from looking up such rigorously documented claims–due to an alleged inability to validate the information–is egregious. **As █████████ is of the belief that both extant claims are valid (there are likely two claims because █████████ had two accounts), and there is no way for her to determine otherwise, and information has not been provided in the objection to substantiate the reason of "duplicate", both claims (17708 and 22026) should be allowed to proceed and neither should be expunged.**

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

ZSJE-6F4M-6WUS-FEJQ

○ Where can I find my Unique ID?

## Claim Information

Claim Number

122

Claim Name

████████████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 17th Omni Email Merge_Part1145.pdf | 180 KB |

---

## Signature

Sign Here

---

Print Name

Email Address

☑ I certify that I have completed my E-registraion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Wind-Down Debtors: BlockFi Inc et al.

17th Omnibus Objection

**Legend: Basis for Objection**

BR — Asserted claim amount does not match BlockFi's books and records
IC — Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity
DUP — Claim is duplicative of another proof of claim filed by the same claimant
Amended — Claim amended by subsequently filed proof of claim

### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 122 | ███████ | 12/05/2022 | BlockFi Inc. | $28,282.79 | IC |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 122 | $28,266.22 | - | - | - | - | - | - | - | BlockFi Inc |

| Action |
|---|
| Modify |

AGREE WITH MODIFICATION. PLEASE UPDATE MY CLAIM #122 TO THE MODIFIED CLAIM AMOUNT.

March 10th, 2024

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| DEBE-FT3C-EFPF-FK9J |
| --- |

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: ███████████████████
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

1333

Claim Name

███████████

Claimant Address on File

███████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

███████████

Street1

███████████.

Street2

█████

City

████████

State

█

Zip

████

Country

████████

Telephone Number

█████████

Email Address

█████████████

BlockFi Seventeenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

████████████

Street1

██████████████

Street2

██████

City

████████

State

██

Zip

████

Country

██████████

Telephone Number

███████████

Email Address

██████████████████

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 Formal Objection to Kroll Expungement.pdf                                              9 KB

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

Subject: Objection to Expungement of Amended Claim No. 1333

Dear Kroll,

I am writing to formally object to the expungement of amended claim no. 1333 from the records. While the claim has been amended, the value remains accurate at $6,645.63. Therefore, I believe there is no justification for its removal from the records.

Here are the reasons for my objection:

1. Accuracy of Amended Claim: Although claim no. 1333 has been amended, the value of $6,645.63 remains accurate. The amendment likely reflects minor adjustments or corrections to the initial submission but does not invalidate the claim itself. As such, expunging the claim solely on the basis of being amended would be unwarranted.

2. Continuity and Transparency: Removing amended claim no. 1333 would disrupt the continuity and transparency of the records. Each amendment serves to refine and improve the accuracy of the information provided. By retaining the amended claim, we ensure that the records reflect the most up-to-date and accurate representation of the transactions or incidents in question.

3. Auditing and Accountability: Amending a claim does not negate the need for accountability and auditing. The amended claim still represents a financial transaction or occurrence that requires documentation and scrutiny. Expunging claim no. 1333 would hinder the ability to conduct thorough audits and assessments, potentially compromising accountability and compliance with regulatory requirements.

4. Precedent and Consistency: Allowing the expungement of amended claims without valid reasons could set a precedent for similar requests in the future. It is crucial to maintain consistency in our approach to record-keeping and data management. By retaining amended claim no. 1333, we uphold the integrity of our records management system and avoid creating confusion or inconsistencies.

5. Legal and Regulatory Compliance: Expunging an amended claim should be done in compliance with legal and regulatory requirements. Without a clear basis for expungement, there may be legal implications or regulatory scrutiny. It is

essential to ensure that our actions align with applicable laws, regulations, and internal policies governing record-keeping and data management.

In light of these objections, I respectfully request that you reconsider the decision to expunge amended claim no. 1333. Retaining this claim is essential for maintaining accuracy, continuity, and transparency in our records.

Thank you for your attention to this matter. If you require any further information or clarification, please do not hesitate to contact me.

Sincerely,

███████████

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

### First Class Mail

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| RF34-Z7YW-9Z5C-YC4A |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 21145 |
|---|

Claim Name

| ███████████ |
|---|

Claimant Address on File

| ██████████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

BlockFi Seventeenth Omnibus Objection Response Portal

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄  I do not agree wi h the amount BlockFi is offering in my claim of.pdf | 61 KB |

## Signature

Sign Here



Print Name

▉▉▉▉▉▉

Email Address

▉▉▉▉▉▉

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

I do not agree with the amount BlockFi is offering in my claim of $9,808.18. I
have .44 BTC in my wallet and I would like to either:

1. keep it as BTC and transfer it to another digital wallet
2. Or be compensated for the total amount of the current value of my .44 BTC
   which is roughly $30,030

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

### First Class Mail

### BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

### BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

AXW8-VF4Z-DK3Z-MT7R

○ Where can I find my Unique ID?

## Claim Information

Claim Number

29325

Claim Name

██████████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

██████

Telephone Number

███████████

Email Address

████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 Blockfi Objection Claim.pdf | 3 MB |
| --- | --- |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



Claim id: Unique ID: AXW8 VF4Z DK3Z MT7R
Claim Number: 29325





BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| QCVZ-P8MN-7DMH-4CM7 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 22291 |
|---|

Claim Name

| ████████████ |
|---|

Claimant Address on File

| ███████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

BlockFi Seventeenth Omnibus Objection Response Portal

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 🅰 BlockFi Additional Claim Info.pdf | 24 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

BlockFi & Kroll,

I have 0.42432262 BTC in my BlockFi account, which equals approximately $28,547.15

I owe BlockFi a principle balance of $4,524.48 for my loan.

Therefore, based on the value of 0.42432262 BTC ($28,547.15), minus what I owe BlockFi for my remaining loan balance ($4,524.48 or 0.06725 BTC), BlockFi owes me approximately $24,023 worth of BTC (0.357 BTC).

Basically, the equivalent to about 0.357 BTC is what BlockFi owes me of MY money (at current market rate).


My Collateral: 0.42432262 BTC

BlockFi Principle Balance owed to BlockFi: $4,524 or 0.06725 BTC (at current BTC price).

Claim amount owed to ██████████: $24,023 or 0.357 BTC (at current BTC price).

*Please understand that ALL amounts of BTC are subject to change with market conditions. Whatever is the equivalent of the principle balance owed to BlockFi ($4,524.48 or 0.06725 BTC) is the amount that needs to be deducted from my collateral balance. It should ALL be based on current market value of BTC at time of settling the debt.

As of today, March 8th, 2024 I'm owed approx. $24,023 or 0.357 BTC from BlockFi, but that is subject to change due to market conditions, which means that the amount of BTC owed to me could increase.


Thanks,

██████████

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

Grand Central Station, PO Box 4850

New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

850 Third Avenue, Suite 412

Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| QPMF-VUFK-KKMR-FZ23 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 24713 |
|---|

Claim Name

| ▮▮▮▮▮ |
|---|

Claimant Address on File

| ▮▮▮▮▮▮▮▮▮▮ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 17th Omni Email Merge_Part1122 (1).pdf | 107 KB |

## Signature

Sign Here



Print Name

▆▆▆▆▆▆

Email Address

▆▆▆▆▆▆▆▆▆▆▆

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Wind-Down Debtors: BlockFi Inc *et al.***

**17th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity |
| DUP | Claim is duplicative of another proof of claim filed by the same claimant |
| Amended | Claim amended by subsequently filed proof of claim |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 24713 | ███████ | 03/25/2023 | BlockFi Inc. | ~~$0.00~~ <br> $1,939 59 (?) | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 24713 | $1,939.59 | - | - | - | - | - | - | - | BlockFi Inc |

Is this the amount that will be refunded to me?
If so, I agree with this.

| Action |
|---|
| Modify |

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

Grand Central Station, PO Box 4850

New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

850 Third Avenue, Suite 412

Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

B8SU-SQ4J-A4NS-KDFE

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: ███████████████
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

14642

Claim Name

████████

Claimant Address on File

████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Seventeenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 17th Omni Email Merge_Part1322.pdf | 114 KB |

## Signature

Sign Here



Print Name

███████

Email Address

███████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Wind-Down Debtors: BlockFi Inc et al.

17th Omnibus Objection

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi's books and records |
| IC | Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity |
| D&P | Claim is duplicative of another proof of claim filed by the same claimant |
| Amended | Claim amended by subsequently-filed proof of claim |

### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 14642 | █████ | 03/27/2023 | BlockFi Inc. | $0.00 | BR |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 13805 | - | - | - | - | - | - | - | - | N/A |

| Action |
|---|
| Expunge |

