# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

> QQXA-KHM7-A2J2-AF36

○ Where can I find my Unique ID?

## Claim Information

Claim Number

> 27266

Claim Name

> ██████████

Claimant Address on File

> ██████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

▮▮▮▮▮▮▮▮▮▮

Street1

▮▮▮▮▮▮

Street2

City

▮▮▮

State

Zip

▮▮▮▮

Country

▮▮▮▮

Telephone Number

▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 claim 27266.pdf | 294 KB |

## Signature

Sign Here



Print Name

███████████

Email Address

███████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Hello,

Claim number 27266

The plaintiff's name is █████████████

Unique ID: QQXA-KHM7-A2J2-AF36


I do not agree with the payment amount. Please transfer funds in crypto as it is.

Polkadot

872.78323155 DOT

████████████████████████████████   at this address

Chainlink

202.18542596 LINK

███████████████████████████   at this address

thank you

████████

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| GDEV-8P3D-CU23-5F4K |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 20183 |
|---|

Claim Name

| ███████ |
|---|

Claimant Address on File

| ██████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 🅰 Blockfi claim.pdf | 25 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Through many sources, it looks like Block FI would be able to recuperate all the assets lost during the FTX debacle. Last time I checked, this account had a balance of .4231 Bitcoin (BTC). BTC has a current value of $66,482.60. This equates to a total value of $28,128.79. What elese is required by me to claim this total value.

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

XFXS-PYHH-SPAD-3TCG

○ Where can I find my Unique ID?

## Claim Information

Claim Number

564

Claim Name

████████████

Claimant Address on File

███████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

BlockFi Seventeenth Omnibus Objection Response Portal

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 BlockFi Inc. Schedule and Wallet Information Portal Claim 564.pdf | 232 KB |
| 📄 Proof of Claim BlockFi pdf | 200 KB |
| 📄 BlockFi Bankruptcy Objection to Claim.pdf | 36 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**BlockFi Bankruptcy Objection to Claim**

I, ███████████, am submitting these forms to amend my claim and object to being
expunged. I am amebding my claim amount from the original claim of $11,646.49 to the
accurate claim amount of $10,121.14 and BIA Interest amount of $17.42.

## Schedule and Wallet Information Overview

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, the "Debtors") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). The cases are jointly administered under Case No. 22-19361.

**On January 30, 2023, the Court entered an Order setting March 31, 2023, at 5:00 p.m. (prevailing Eastern time) as the General Claims Bar Date in these cases (the "Bar Date Order").** To view the Bar Date Order, please click here.

Prior to the entry of the Bar Date Order, on January 12, 2023, the Debtors filed their Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("SOFA"). All known creditors of the Debtors, as of the November 28, 2022, petition date, are listed on the Debtors' Schedules. In addition, the Debtors listed certain amounts held in wallet accounts on their SOFAs in response to Question 21. Note that client coin balances reflected in SOFA Question 21 are as of November 10, 2022, at 8:15 p.m. ET (i.e., 1:15 UTC on November 11, 2022) (the "Platform Pause"). Coin values presented in SOFA Question 21 utilize market prices as of 11:59 UTC on November 28, 2022 (the "Petition Date"). Client coin balances are not impacted by the user interface updates that have been approved by the United States Bankruptcy Court for the District of New Jersey pursuant to the Wallet Order [Docket No. 923]. (This portal was updated on June 6, 2023, to reflect updates since the Petition to the wallet balances of certain clients in connection with certain post-Platform Pause deposits, ACH returns, and government seizures.)

To protect the confidentiality of individual clients, the names and addresses of these parties are not detailed on the publicly filed Schedules and Statements. If you are a client whose claim is scheduled by one or more of the Debtors, you were sent an email and/or first-class mail package from Kroll with information on the amount and nature of your scheduled claim.

If you are unable to locate your personalized schedule claim information in your email or mailbox, the Debtors have set up this portal to assist you with locating this information. Please follow the instructions below to obtain information on (i) whether or how the Debtors have scheduled your claim and/or (ii) your wallet balance as of, or after, the November 28, 2022, petition date.

For additional information on these cases or to submit a claim, please go to https://restructuring.ra.kroll.com/blockfi/Home-Index.

## Customer Identification

**Important note: you will need to fill out this form twice. Once to receive a Unique ID and a second time to see your claims. Read and follow the steps carefully.**

Please follow these steps to confirm your identity as a BlockFi client.

**Step 1:** Enter the email address you use to login into your BlockFi account below.

**Step 2:** If this is your first time entering your information, click "No" for the question asking, "Have you already received your Kroll issued Unique ID?" A new field will display to enter your BlockFi Account ID.

**Step 3:** Enter your BlockFi Account ID and click "Submit."

**Step 4:** Check your email. You should receive a 16-digit unique ID issued from Kroll to use in the form.

**Step 5:** Click the first blue link to bring up a refreshed version of the same information portal.

**Step 6:** Enter your email address again.

**Step 7:** Click "Yes" to the question, "Have you already received your Kroll issued Unique ID?"

**Step 8:** A new field will display where you can input your Kroll issued Unique ID from the email.

**Step 9:** Once you input your Unique ID, your Claims and Wallet Account information will automatically display on the screen.

Case 22-19361-MBK    Doc 2226-1    Filed 04/05/24    Entered 04/05/24 14:53:32    Desc
Creditor Responses- Part 2    Page 14 of 211

Please note, if you cannot find your account number on this portal, you should check to see if you have a balance in your account on BlockFi.com. Accounts with $0 balances on BlockFi.com will not appear on this portal.

**Email Address on file with BlockFi:**

████████████████

**Have you already received your Kroll issued Unique ID (XXXX-XXXX-XXXX-XXXX) via email to view how you were listed in the Debtors' Schedules and/or Statements?**

Yes

No

To access your scheduled claim and custodial wallet account information, please enter the Unique ID you received via email in the field below.

**Kroll issued Unique ID**

2315-2236-4497-7075

Don't have a Kroll issued Unique ID?  Please click 'No' above, enter your BlockFi Email address, BlockFi Account ID, and click Submit to obtain your Unique ID.

## Claim Information

| EPOC ID(s)* | Scheduled Debtor Name(s) | Schedule Number(s) | Claim Type(s) | Claim Amount | Scheduled as Contingent, Unliquidated, or Disputed (C, U, or D)? | Amount, Nature, and Priority of Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| | | | | | | |

BlockFi Inc. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in the amount of USD $17.42. The basis of this claim is BIA Interest. If you agree with the claim amount and characterization, you do not need to submit a claim form. If you disagree, you must timely file a proof of claim form or be forever barred from further recovery.

Desc BlockFi Inc. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in the amount of USD $10,121.14. The basis of this claim is BIA. If you agree with the claim amount and characterization, you do not need to submit a claim form. If you disagree, you must timely file a proof of claim form or be forever barred from further recovery.

*Your E-POC ID is your Electronic Proof of Claim ID. Your Electronic Proof of Claim ID is also found on the pre-printed claim form sent to you via first-class mail. If you disagree with the scheduled amount and/or categorization of your claim, please utilize your Electronic Proof of Claim ID to tie your filed claim to your scheduled claim when submitting an electronic proof of claim form at https://restructuring.ra.kroll.com/blockfi/EPOC-Index.

## Custodial Wallet Account contents as of, or after, the November 28, 2022, Petition Date

| Wallet Debtor Name | Wallet In-Kind Coin Balance | Wallet Digital Asset Coin | |
|---|---|---|---|
| BlockFi Wallet LLC | 63.85000000 | gusd | |

**BLOCKFI INC. — GUIDE TO FILLING OUT YOUR PROOF OF CLAIM FORM(S)**

Dear BlockFi Client:

You are receiving this package because you are a client of BlockFi who BlockFi believes is a creditor in our Chapter 11 cases.

As part of the Chapter 11 process, BlockFi filed Schedules of Assets and Liabilities with the Court (the "Schedules"). The Schedules include Schedule F, which lists all of the unsecured claims that BlockFi believes clients, vendors, and other interested parties have against the estate.

You can check how BlockFi has listed your claim(s) in the Schedules in this package. Additionally, you can check how BlockFi has listed your claim(s) in the Schedules, as well as your BlockFi Wallet account balances, by visiting the website of our claims agent, Kroll, at the following link: https://restructuring.ra.kroll.com/blockfi/EPOC-Index. Please be advised that the Schedule amounts will be listed in U.S. dollars based on coin values as of November 28, 2022, the day BlockFi filed chapter 11.

**If your scheduled claim information and Wallet account balance(s) are correct, then you do not need to file a claim and no further action is required at this time.**

**If you believe that your scheduled claim information and/or Wallet account balance information is incorrect or incomplete, or if you believe that you have a claim or claims against one or more Debtors separate and apart from you scheduled claim information, you must file a proof of claim.**

> **THIS LETTER SHOULD NOT BE CONSTRUED AS PROVIDING LEGAL ADVICE AND WAS NOT INTENDED OR WRITTEN TO BE USED FOR THE PURPOSE OF OFFERING LEGAL ADVICE TO THE PARTIES ADDRESSED HEREIN. INDIVIDUALS OR ENTITIES IN RECEIPT OF THIS LETTER SHOULD CONSULT WITH THEIR OWN INDEPENDENT LEGAL COUNSEL FOR THE PURPOSE OF OBTAINING LEGAL ADVICE.**

<u>**When Must I Submit My Proof of Claim Forms?**</u>

The bar date, or deadline for you to submit your proof of claim form(s), is **5:00 P.M. (prevailing Eastern Time) on March 31, 2023**.

<u>**What Did I Receive in this Package?**</u>

This package contains (a) one or more customized Proof of Claim Form(s); and (b) the Court-approved Bar Date Notice. This package also contains information about your scheduled claim(s). You should review your scheduled claim information to determine whether you need to file a claim.

<u>**Which Customized Proof of Claim Form(s) Did I Receive?**</u>

- **If you have one or more BlockFi Wallet account(s)**, then you should have received a *Wallet Account Holder Proof of Claim Form*.
- **If you have one or more Interest-Bearing Account(s) and/or BlockFi Private Client Fixed or Open Loan(s)**, then you should have received an *Interest Bearing Account Holder Proof of Claim Form*.
- **If you have posted Collateral for a Loan with BlockFi**, then you should have received a *Loan Account Holder Proof of Claim Form*.

If you believe you should have received a Proof of Claim Form for one of the above listed products and have not, you may download the applicable form from the Kroll website at the following link: https://restructuring.ra.kroll.com/blockfi/EPOC-Index.

**How Do I Check My Scheduled Claim Amount?**

In addition to the information contained in this package, you should have received an email from Kroll with your scheduled claim information. You should review your scheduled claim information to determine whether you need to file a claim.    This Guide can also be found online via the Kroll website at the following link: https://restructuring.ra.kroll.com/blockfi/EPOC-Index.

Clients can also view their scheduled claim information and account balances electronically via the Kroll website at the following link: https://restructuring.ra.kroll.com/blockfi/EPOC-Index.

For security purposes to protect your account information, you will need your BlockFi Account ID as well as the email address(es) associated with your account to access this information. Please see the section titled "***How Do I Locate My Account ID?***" for instructions on how to locate your BlockFi Account ID. Upon entering this information, Kroll will email you an access code that can be used to access your scheduled claim information and BlockFi account balance.

**How Do I Locate My Account ID?**

1.   Login to your BlockFi account: ██████    ████████████
2.   Go to the top right corner, click the arrow, and select "Reports."
3.   Your Account ID can be found under the Reports header.

**Why Weren't Wallet Account Balances Included in the Schedules and How Can I Check My Wallet Account Balance?**

It is our belief that clients unambiguously own the digital assets in their BlockFi Wallet accounts. Accordingly, BlockFi did not include Wallet account balances on the Schedules.

You can access your Wallet account balance(s) as of the platform pause on November 10, 2022 at 8:15pm (prevailing Eastern Time) (equivalent to *November 11, 2022 at 1:15am UTC*) (the "**Platform Pause**") by visiting Kroll's website at the following link: ████████████████████████████

If you believe that your Wallet account balance information is incorrect or incomplete, you can file a proof of claim. Instructions on how to file your *Wallet Account Proof of Claim Form* can be found below in the section titled:  "***How Do I File My Proof of Claim Form?***"

**How Do I Understand My Scheduled Claim Amount for Item 7a of the Customized Proof of Claim Form?**

Please use the following instructions to understand your scheduled claim amount for Item 7a of the Customized Proof of Claim Form(s).

***Interest-Bearing Accounts***

If you have not attempted any transactions after the Platform Pause, do the following:

1.   Login to your BlockFi account.
2.   Go to the Accounts drop down and select Interest Account.
3.   Scroll down to the 'Your Assets' section to note the **quantity** of each digital asset. This is your **in-kind coin balance**

that you will use to fill in the table in part 7b of the Proof of Claim Form.

4.  Multiply the in-kind coin balance by the price listed in the column titled "Price as of November 28, 2022, at 11:59 p.m. UTC" in Item 7b of the Proof of Claim Form. This will convert the in-kind value to U.S. dollars at the time of filing on November 28, 2022.

5.  Fill in Item 7a in the spaces provided. This aggregate U.S. dollar amount by product replicates the process BlockFi used to determine your scheduled claim information enclosed in this packet.

If you attempted any transactions after the Platform Pause, do the following:

*If you did attempt to execute a transaction or trade after November 11, 2022 at 1:15am UTC (equivalent to November 10, 2022 at 8:15pm ET), your account balances as displayed on the user interface may not properly reflect underlying balances at the time of the Platform Pause, which serve as the basis of the claim BlockFi filed in Schedule F. You may use the timestamps in the transaction history section of your BlockFi app to determine your in-kind coin amounts at the time of the Platform Pause, which BlockFi used to calculate your scheduled claim.*

1.  Login to your BlockFi account.

2.  Go to the Accounts drop down and select Interest Account.

3.  Scroll down to the 'Your Assets' section to note the **quantity** of each digital asset. Note this quantity.

4.  Return to the Dashboard and scroll down to the 'Transactions' section.

5.  Review any transactions on or after November 11, 2022. You will need to click each transaction to see the timestamp, which is denoted in Coordinated Universal Time (UTC). Any transaction in the user interface after November 11, 2022, at 1:15am UTC (equivalent to November 10, 2022 at 8:15pm ET of the Platform Pause) was considered by BlockFi to be after the Platform Pause.

6.  Add the values in the Description column under the 'Transactions' section that are after this timestamp to the quantities by currency noted in step 3. This should now be your **in-kind coin balance** that BlockFi used to schedule your claim.

7.  Multiply the quantity of **in-kind coin balance** amounts by the price listed in the column titled "Price as of November 28, 2022, at 11:59 p.m. UTC" in Item 7b of the Proof of Claim Form. This will convert the in-kind value to U.S. dollars at the time of filing on November 28, 2022.

8.  Fill in Item 7a in the spaces provided. This aggregate U.S. dollar amount by product replicates the process BlockFi used to determine your scheduled claim information enclosed in this packet.

### *Retail Crypto-Backed Loans*

1.  Login to your BlockFi account

2.  Go to the Accounts drop down and select Loans

3.  Scroll down to the 'Funded Loans' section to note the **collateral amount by currency** for each open loan.

4.  Add the collateral amount for all the same currency. This is your in-kind coin balance to use in section 7b of the Proof of Claim Form in the Loan Collateral column.

5.  Multiply the **in-kind coin balance** amounts by the price listed in the column titled "Price as of November 28, 2022, at 11:59 p.m. UTC" in Item 7b of the Proof of Claim Form. This will convert the in-kind value to U.S. dollars at the time of filing on November 28, 2022.

6.  Fill in Item 7a in the spaces provided. This aggregate U.S. dollar amount by product replicates the process BlockFi used to determine your scheduled claim information enclosed in this packet.

### *Wallet*

BlockFi Wallet balances are not included as a scheduled claim amount. However, if you believe amounts are incorrect or incomplete, you may file a Wallet Account Holder Proof of Claim Form.

If you have not attempted any transactions after the Platform Pause, do the following:

1. Login to your BlockFi account
2. Go to the Accounts drop down and select Wallet
3. Scroll down to the 'Your Assets' section to note the quantity of each digital asset. This is your in-kind coin balance that you will use to fill in the table in part 7b of the Proof of Claim Form.
4. Multiply the **in-kind coin balance** by the price listed in the column titled "Price as of November 28, 2022, at 11:59 p.m. UTC" in Item 7b of the Proof of Claim Form. This will convert the in-kind value to U.S. dollars at the time of filing on November 28, 2022.
5. Fill in Item 7a in the spaces provided.

If you attempted any transactions after the Platform Pause, do the following:

1. Login to your BlockFi account.
2. Go to the Accounts drop down and select Wallet.
3. Scroll down to the 'Your Assets' section to note the quantity of each digital asset. Note this quantity.
4. Return to the Dashboard and scroll down to the 'Transactions' section.
5. Review any transactions on or after November 11, 2022. You will need to click each transaction to see the timestamp, which is denoted in Coordinated Universal Time (UTC). Any transaction in the user interface after November 11, 2022, at 1:15am UTC (equivalent to November 10, 2022 at 8:15pm ET of the Platform Pause) was considered by BlockFi to be after the Platform Pause.
6. Subtract the values in the Description column under the 'Transactions' section that are after this timestamp from the quantities by currency noted in step 3. This should now be your in-kind coin balance that BlockFi included on the Schedule of Financial Affairs, Question 21.
7. Multiply the quantity of **in-kind coin balance** amounts by the price listed in the column titled "Price as of November 28, 2022, at 11:59 p.m. UTC" in Item 7b of the Proof of Claim Form. This will convert the in-kind value to U.S. dollars at the time of filing on November 28, 2022.
8. Fill in Item 7a in the spaces provided.

### Why am I receiving this information if I am not a Retail client of BlockFi?

Institutional loan clients can use a similar methodology to the above using their contracts with BlockFi. All other parties can use the standard, non-customer proof of claim form, which can be downloaded from via Kroll's website or submitted electronically by visiting the following link: https://restructuring.ra.kroll.com/blockfi/EPOC-Index.

### How Do I File My Proof of Claim Form?

**To file a proof of claim electronically**, please go to https://restructuring.ra.kroll.com/blockfi/EPOC-Index. If submitted electronically using the Online Claim Filing Portal, additional hard-copy submission is not necessary. Please note that submission of claim forms via email and/or facsimile is not permitted.

**To file a claim by mail**, completed hard copy proof of claim forms can be sent to the following address:

| If by first class mail:<br>    BlockFi Inc. Claims Processing Center<br>    c/o Kroll Restructuring Administration LLC<br>    Grand Central Station, PO Box 4850<br>    New York, NY 10163-4850 | If by hand delivery, or overnight courier:<br>    BlockFi Inc. Claims Processing Center<br>    c/o Kroll Restructuring Administration LLC<br>    850 3rd Avenue, Suite 412<br>    Brooklyn, NY 11232 |
|---|---|

We understand that you may have questions during this process. Additional information regarding BlockFi's chapter 11 case, including the proof of claim process, can be found by visiting Kroll's website at: https://restructuring.ra.kroll.com/blockfi. Clients may contact Kroll at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or email blockfiinfo@ra.kroll.com.

*Please find below a table of cryptocurrency prices as of 11:59PM UTC on November 28, 2022, that were used to convert your in-kind cryptocurrency into U.S. dollars.*

| Coin | Price | Coin | Price | Coin | Price |
|---|---|---|---|---|---|
| Bitcoin (BTC) | $16,206.3000 | DogeCoin (DOGE) | $0.09506 | Polkadot (DOT) | $5.1340 |
| Ethereum (ETH) | $1,167.2400 | dYdX (DYDX) | $1.6660 | Polygon (MATIC) | $0.8209 |
| Gemini Dollar (GUSD) | $1.0000 | Elrond (EGLD) | $42.1390 | Quant (QNT) | $112.4100 |
| USD Coin (USDC) | $1.0000 | Enjin Coin (ENJ) | $0.2960 | Render Token (RNDR) | $0.4672 |
| 1inch Network1 (INCH) | $0.5170 | EOS (EOS) | $0.9034 | Serum (SRM) | $0.2330 |
| Aave (AAVE) | $60.1500 | Fantom (FTM) | $0.2049 | Solana (SOL) | $13.3200 |
| Algorand (ALGO) | $0.2359 | Filecoin (FIL) | $4.2530 | Stellar (XLM) | $0.087183 |
| Avalanche (AVAX) | $12.4500 | FTX Token (FTT) | $1.2923535 | SushiSwap (SUSHI) | $1.3348 |
| Axie Infinity (AXS) | $6.5600 | Gala (GALA) | $0.02478 | Synthetix (SNX) | $1.6620 |
| Basic Attention Token (BAT) | $0.22322 | Hedera Hashgraph (HBAR) | $0.0486 | Terra 2.0 (LUNA) | $0.0001552 |
| Binance Coin (BNB) | $292.7865 | Kusama (KSM) | $25.5900 | Tether (USDT) | $0.9995 |
| Bitcoin Cash (BCH) | $109.9100 | Litecoin (LTC) | $73.8500 | Tezos (XTZ) | $0.9750 |
| Binance USD (BUSD) | $1.0000 | Loopring (LRC) | $0.2368 | The Graph (GRT) | $0.0622 |
| Cardano (ADA) | $0.3064 | Maker (MKR) | $645.4100 | The Sandbox (SAND) | $0.5531 |
| Chainlink (LINK) | $7.1940 | Multi Collateral Dai (DAI) | $0.9997 | THORchain (RUNE) | $1.1670 |
| Celo (CELO) | $0.6170 | Near (NEAR) | $1.5900 | Tron (TRX) | $0.052973 |
| Chiliz (CHZ) | $0.1642 | OMG Network (OMG) | $1.1605 | TrueUSD (TUSD) | $0.9997 |
| Compound (COMP) | $37.1600 | One Coin (ONE) | $0.0137 | Uniswap (UNI) | $5.2830 |
| Cosmos (ATOM) | $9.8590 | PAX Gold (PAXG) | $1,740.640 | Waves (WAVES) | $2.3300 |
| Curve DAO Token (CRV) | $0.6450 | Paxos Standard Token (PAX) | $1.0000 | Yearn Finance (YFI) | $6,266.5000 |
| Decentraland (MANA) | $0.3862 | | | | |

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| PWU9-D2EM-QXVH-PMNV |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 775 |
|---|

Claim Name

| ███████ |
|---|

Claimant Address on File

| ████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

BlockFi Seventeenth Omnibus Objection Response Portal

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 1988042187056600 - CLAIM MATCHED.pdf | 138 KB |
| 📄 Response Letter.pdf | 180 KB |

## Signature

Sign Here



Print Name

█████████

Email Address

█████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies
with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.

**Debtor: BlockFi Inc., *et al.***
**Jointly Administered Case Number: 22-19361 (MBK)**
**Exhibit A: Asserted Claims**

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 775 | ███████ | $0 | $0 | $0 | $1070.34-BlockFi Inc. | Yes |

For the avoidance of doubt, where no Capped Amount is listed for a specified claim type for a debtor, the Capped Amount for that claim type against that debtor shall be $0.



Date: 3.12.2024

To,
Kroll Restructuring Administration LLC

**Re: Objection to Expungement of Claim - Claim Number: 775**
Debtor: BlockFi Inc., et al.
Case No. 22-19361 (MBK)
Unique ID: PWU9-D2EM-QXVH-PMNV

To Whom It May Concern,

I am writing to object to the proposed expungement of my claim against BlockFi Inc. (Claim Number: 775), as outlined in the Wind-Down Debtors' Seventeenth Omnibus Objection to Claims [Docket No. 2169]. I assert that there is no legitimate basis for the expungement of my claim, especially considering the clear and easily verifiable electronic records associated with my interest account with BlockFi.

1. **Electronic Verification**: All transactions, interest accruals, and communications regarding my account are electronically logged and easily verifiable through BlockFi's own systems. This includes the amount of $1064.42, representing the rightful claim I have filed. The electronic nature of these records ensures accuracy and transparency, negating any reason for objection to my claim based on inaccuracies or misinterpretations.

2. **Lack of Basis for Objection**: The provided notice provides a false reason of 'amended' for the proposed expungement of my claim. Given the clear electronic records supporting my claim, I question the grounds upon which this objection is based. The entire process is supposed to be streamline for consumers to provide the electronically verifiable statements. This is not the era of mailings and manual errors to base on.

3. **Unjust Burden**: It is unjust to place the burden of proof on me when all necessary information to verify my claim exists within BlockFi's electronic systems. The responsibility to accurately assess and validate claims should not unfairly shift to claimants with expectation to make errors in filing and then label as 'amended'.

   My interactions with BlockFi were conducted in good faith, with the expectation of fairness and professionalism. The proposal to expunge my valid claim without a clear and substantiated basis is concerning. I trust that a reevaluation will recognize the merit of my claim based on the electronically verifiable evidence provided.

   Thank you. This reponse letter is written with hope that it is being received by someone with righteous intention.



# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| PQHT-NZH8-WX6R-SUSA |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 2483 |
|---|

Claim Name

| ████████ |
|---|

Claimant Address on File

| ████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

BlockFi Seventeenth Omnibus Objection Response Portal

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Seventeenth Omnibus Objection Response Portal

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 📄 | BlockFi ▇▇▇▇ .pdf | 157 KB |
| 📄 | BlockFi ▇▇▇▇ .doc | 136 KB |
| 📄 | BlockFi ▇▇▇▇ G | 138 KB |

## Signature

Sign Here



Print Name

▇▇▇▇

Email Address

▇▇▇▇

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



Chemnitz, 15.3.24

## Objection to cancellation of my claim

Hello,

I hereby file an objection against the deletion of my claim.

I have not received an email with possible withdrawal information – not before December 31st, 2023. Why is that?
I have an interest account with 0.84896586 BTC at blockfi – see screenshot. Unfortunately, i can no longer see any of this on the website – it has been completely rebuilt. However, I have attached a screenshot from before. Unfortunately I still cannot pay out this balance.



Of course, it may be that the amount of the objection is not correct, ideally I don't want a payout in dollars, etc. but would like to have my 0.84896586 BTC transferred. I have already entered the payout address as you recommended and am waiting for the payout to be possible. When can this be expected? What else do I have to do to finally get my 0.84896586 BTC back?

I also submitted a claim at the beginning with claim number 500. This was also deleted. Alternatively, you can also file an objection to this claim number 500.

Please release the withdrawal of my 0.84896586 BTC, then everything will be fine.

Best Regards



Chemnitz, 15.3.24

## Objection to cancellation of my claim

Hello,

I hereby file an objection against the deletion of my claim.

I have not received an email with possible withdrawal information - not
before December 31st, 2023. Why is that?
I have an interest account with 0.84896586 BTC at blockfi - see screenshot.
Unfortunately, i can no longer see any of this on the website - it has been
completely rebuilt. However, I have attached a screenshot from before.
Unfortunately I still cannot pay out this balance.



Of course, it may be that the amount of the objection is not correct, ideally I don't want a payout in
dollars, etc. but would like to have my 0.84896586 BTC transferred. I have already entered the
payout address as you recommended and am waiting for the payout to be possible. When can this be
expected? What else do I have to do to finally get my 0.84896586 BTC back?

I also submitted a claim at the beginning with claim number 500. This was also deleted. Alternatively,
you can also file an objection to this claim number 500.

Please release the withdrawal of my 0.84896586 BTC, then everything will be fine.

Best Regards



BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| AAUF-PB86-TQ7A-GNNE |
| --- |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 34162 |
| --- |

Claim Name

| ▉▉▉▉▉▉ |
| --- |

Claimant Address on File

| ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

BlockFi Seventeenth Omnibus Objection Response Portal

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 🗎 | Electronic Proof of Claim - ███████████ pdf | 225 KB |
| 🗎 | 17th Omni Email Merge_Part1184.pdf | 114 KB |

## Signature

Sign Here



Print Name

Email Address

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies
with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.

**Wind-Down Debtors: BlockFi Inc et al.**

**17th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi's books and records |
| IC | Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity |
| DUP | Claim is duplicative of another proof of claim filed by the same claimant |
| Amended | Claim amended by subsequently filed proof of claim |

**Claim Info**

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 34162 | █████ | 12/22/2023 | BlockFi Inc. | $0.00 | BR |

**Schedule Info**

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|---|
| 34162 | - | - | - | - | - | $19,782.46 | - | - | - | BlockFi International LTD. |

**Action**

Modify



BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

## Electronic Proof of Claim ID

If you have an EPOC ID please enter it below and select next to proceed with your claim submission.  EPOC IDs can be located on the pre-printed proof of claim forms sent via first-class mail.

EPOC ID

If EPOC IDs are not required to submit a claim.  If you cannot locate your EPOC ID or do not have an EPOC ID, please select next to continue with your claim submission.

## Instructions

**Read the instructions before filling out this form. This form is for making a claim based on assets held in account of the Debtors. Do not** use this form to assert any other pre-petition claims. **Do not** use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this or any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed (November 28, 2022).**

☑ Check here to see further instructions on completing your claim form:

## Debtor Selection

**If you have one or more Interest-Bearing accounts (i.e. BlockFi Interest Accounts or BlockFi Private Client Fixed or Open Loans), fill in this information to identify the case:**

○ U.S. client
◉ Non-U.S. client

☑ BlockFi International Ltd. (Case No. 22-19368)
☐ Other

## Claim Information

**1. Who is the current creditor?**

▮▮▮▮▮

Other names the creditor used with the debtor

Customer Identification Number(s):

▮▮▮▮▮▮▮▮▮
▮▮▮▮▮

Email Address Used to Sign Up for your BlockFi Account(s):

▮▮▮▮▮▮

**2. Has this claim been acquired from someone else?**

◉ No
○ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

BlockFi Inc.- Interest Bearing Account Holder Proof of Claim Form

**Where should notices to the creditor be sent?**

Name:

███████

Address 1 (Street address, "Care of:", or "Attention To:"):

████████████

Address 2:

Address 3:

Address 4:

City:

██████

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code | Postal Code:

█████

Is the creditor address outside of the US?

◉ No
○ Yes

Contact phone:

███████

Contact email:

█████████████

Should payments go to a different address?

◉ No
○ Yes

**Would you like to add any additional noticing addresses?**

◉ No
○ Yes

**4. Does this claim amend one already filed?**

◉ No
○ Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

◉ No
○ Yes

**6. Do you have any number you use to identify the debtor?**

◉ No
○ Yes

## Claim Amount

**\* 7a. To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022)**

BlockFi Interest Account (BlockFi International Ltd.; Case No. 22-19368)

BlockFi Private Client Fixed or Open Loans (BlockFi International Ltd.; Case No. 22-19368)

**\* 7b. List the number of each type of coin held in your Wallet account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in your Wallet account(s) as of the date the case was filed).**

Please use only numerals and decimals in the BlockFi Interest Account(s) and BlockFi Private Client Fixed or Open Loans fields, up to a maximum of 21 digits or 20 digits and 1 decimal.

Interest Bearing Accounts

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Bitcoin (BTC) | $ 16,206.3000 | 0.53554522 | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Ethereum (ETH) | $ 1,167.2400 | 6.69144015 | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Gemini Dollar (GUSD) | $ 1.0000 | 144.86 | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| USD Coin (USDC) | $ 1.0000 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| 1inch Network1 (INCH) | $ 0.5170 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Aave (AAVE) | $ 60.1500 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Algorand (ALGO) | $ 0.2359 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Avalanche (AVAX) | $ 12.4500 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Axie Infinity (AXS) | $ 6.5600 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Basic Attention Token (BAT) | $ 0.22322 | | |
| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Binance Coin (BNB) | $ 292.7865 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Bitcoin Cash (BCH) | $ 109.9100 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Binance USD (BUSD) | $ 1.0000 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Cardano (ADA) | $ 0.3064 | 4576.24008812 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Chainlink (LINK) | $ 7.1940 | 0.25200441 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Celo (CELO) | $ 0.6170 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Chiliz (CHZ) | $ 0.1642 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Compound (COMP) | $ 37.1600 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Cosmos (ATOM) | $ 9.8590 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Curve DAO Token (CRV) | $ 0.6450 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Decentraland (MANA) | $ 0.3862 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| DogeCoin (DOGE) | $ 0.09506 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| dYdX (DYDX) | $ 1.6660 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Elrond (EGLD) | $ 42.1390 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Enjin Coin (ENJ) | $ 0.2960 | | |

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| EOS (EOS) | $ 0.9034 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Fantom (FTM) | $ 0.2049 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Filecoin (FIL) | $ 4.2530 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| FTX Token (FTT) | $ 1.2923535 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Gala (GALA) | $ 0.02478 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Hedera Hashgraph (HBAR) | $ 0.0486 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Kusama (KSM) | $ 25 5900 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Litecoin (LTC) | $ 73.8500 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Loopring (LRC) | $ 0.2368 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Maker (MKR) | $ 645.4100 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Multi Collateral Dai (DAI) | $ 0.9997 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Near (NEAR) | $ 1.5900 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| OMG Network (OMG) | $ 1.1605 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| One Coin (ONE) | $ 0.0137 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| PAX Gold (PAXG) | $ 1,740.6400 | 0.00174712 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Paxos Standard Token (PAX) | $ 1.0000 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Polkadot (DOT) | $ 5.1340 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Polygon (MATIC) | $ 0.8209 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Quant (QNT) | $ 112.4100 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Render Token (RNDR) | $ 0.4672 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Serum (SRM) | $ 0.2330 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Solana (SOL) | $ 13.3200 | 129.45752642 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Stellar (XLM) | $ 0.087183 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| SushiSwap (SUSHI) | $ 1.3348 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Synthetix (SNX) | $ 1.6620 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Terra 2.0 (LUNA) | $ 0.0001552 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Tether (USDT) | $ 0.9995 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Tezos (XTZ) | $ 0.9750 | | |

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| The Graph (GRT) | $ 0.0622 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| The Sandbox (SAND) | $ 0.5531 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| THORchain (RUNE) | $ 1.1670 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Tron (TRX) | $ 0.052973 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| TrueUSD (TUSD) | $ 0.9997 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Uniswap (UNI) | $ 5.2830 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Waves (WAVES) | $ 2.3300 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Yearn.Finance (YFI) | $ 6,266.5000 | | |

Do you hold additional coins in your account not listed above?

◉ No
○ Yes

## Additional Claim Information

**8. What is the basis of the claim?** (limited to 100 characters)

Claim to returned as asset in lieu of dallor amount

**9. Is all or part of the claim secured?**

◉ No
○ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.

☐ Motor vehicle

☐ Other.

**Basis for perfection:**

**Value of property (all amounts in US $ dollars):**

**Amount of the claim that is secured (all amounts in US $ dollars):**

**Amount of the claim that is unsecured (all amounts in US $ dollars):**

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars):**

**Interest Rate Type:**                            Annual Interest Rate (when case was filed) %:

○ Fixed
○ Variable

**10. Is this claim based on a lease?**

◉ No
○ Yes

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars).**

**11. Is this claim subject to a right of setoff?**

◉ No
○ Yes

Identify the property:

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

◉ No
○ Yes

☐ Domestic support obligations (including alimony and child support) under 11 U.
S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350 of deposits toward purchase, lease, or rental of property or
services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days
before the bankruptcy petition is filed or the debtor's business ends, whichever is
earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

◉ I am the creditor.
○ I am the creditor's attorney or authorized agent.
○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

| 11/25/2023 |

Signature



I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

**Name of the person who is completing and signing this claim:**

First name

| ▮▮▮▮ |

Middle Name

| |

Last name

| ▮ |

Title

| |

Company

| |

Address 1:

| ▮▮▮▮▮▮ |

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

Address 2:

Address 3:

Address 4:

City:

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code | Postal Code:

Is the address outside of the US?
- ● No
- ○ Yes

Contact phone:

Contact email:

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**
- ○ I have supporting documentation
- ● I do not have supporting documentation

Confirmation of Submission

**Your Form has been successfully submitted...**

DOCUMENT ID

███████████████

Status

Submitted

Submission Email Address

████████████

Submitted Date Time

2023-11-25T16:06:51.085Z

CONFIRMATION ID

███████████████

Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as your Confirmation ID.

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

### First Class Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| C83N-RHUZ-DTB5-M6QE |
|---|

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: █████████████████
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

34020

Claim Name

████████████

Claimant Address on File

████████████ 0

To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄  17th Omni Email Merge_Part1206.pdf | 114 KB |
| 📄  Blockfi Claim Modification.pdf | 39 KB |

BlockFi Seventeenth Omnibus Objection Response Portal

## Signature

Sign Here

Print Name

[REDACTED]

Email Address

[REDACTED]

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Wind-Down Debtors: BlockFi Inc et al.**

**17th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi's books and records |
| IC | Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity |
| DUP | Claim is duplicative of another proof of claim filed by the same claimant |
| Amended | Claim amended by subsequently filed proof of claim |

**Claim Info**

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 34020 | ███████ | 12/05/2023 | BlockFi Inc. | $16,012.51 | IC |

**Schedule Info**

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 34020 | $12,601.63 | - | - | - | - | - | - | - | BlockFi Inc |

**Action**



Modify

March 18, 2024

To whom it may concern:


Please allow the modification of my claim amount to match the scheduled amount of $12,601.63 on the attached.


Thank you,

██████████

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

Grand Central Station, PO Box 4850

New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

850 Third Avenue, Suite 412

Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 62BQ-4BQZ-V72C-ZEBS |
| --- |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 34102 |
| --- |

Claim Name

| ▉▉▉▉▉▉▉ |
| --- |

Claimant Address on File

| ▉▉▉▉▉▉▉▉▉▉▉ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

BlockFi Seventeenth Omnibus Objection Response Portal

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 🅐 CASE 22-19361.MBK.pdf | 325 KB |

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

CASE 22-19361.MBK         OBJECTION              3/16/2024

THE NUMBERS THAT THE BLOCKFI ACCOUNT SAYS I HAVE, ARE NOT THE
NUMBERS I HAVE PROOF OF PURCHASE FOR, WHICH WAS BOUGHT
THROUGH THE BLOCKFI ACCOUNT. AL DOCUMENTATION OF RECIEPTS
OBTAINED ON THE BLOCKFI ACCOUNT AND BANK STATEMENTS HAVE
ALREADY BEEN SUBMITTED.

| | | |
|---|---|---|
| *12/04/21 | 10000 | GUSD |
| *12/06/21 | 10000 | GUSD |
| *12/22/21 - | 0.24273615 | ETH |
| | 0.01994192 | BTC |
| *2/23/22 | 0.37643264 | ETH |
| | 0.02633725 | BTC |

CONSEQUENTLY, I'M ASSUMING MY WITHDRAWAL AND TRANSFER OF
THE BLOCKFI ACCOUNT WERE CANCELLED AND LIQUIDATED WHICH
RESULTED IN EVEN FURTHER LOSS.



BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

### First Class Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| EK9G-HDP2-4M5A-HKDD |
| --- |

◯ Where can I find my Unique ID?

## Claim Information

Claim Number

| 712 |
| --- |

Claim Name

| ███████████ |
| --- |

Claimant Address on File

| ████████████████████ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

BlockFi Seventeenth Omnibus Objection Response Portal

Name:

███████

Street1

███████

Street2

City

██████

State

Zip

██████

Country

██████

Telephone Number

██████

Email Address

█████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

███████

Street1

██████

Street2

City

███████

State

Zip

████

Country

██████

Telephone Number

██████

Email Address

█████████

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Signed Revised proof of claim Kroll Blockfi.pdf | 5 MB |
| 📄 Email Response concerning claim 712 - ▇▇▇▇▇ - Outlook.pdf | 62 KB |

## Signature

Sign Here



Print Name

▇▇▇▇▇▇▇▇▇

Email Address

▇▇▇▇▇▇▇▇

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

## Response concerning claim 712



Fri 15-Mar-24 3:09 PM

To:lauren.sisson@haynesboone.com <lauren.sisson@haynesboone.com>;Chavez, Jordan <Jordan.Chavez@haynesboone.com>

📎 1 attachments (6 MB)
Signed Revised proof of claim Kroll Blockfi.pdf;

**Grounds for objection to Expungement of Claim 712:**

The original proof of claim was for $44,531 not $89,062.  The original proof of claim form was very confusing and was recently modified by Kroll.  I filled out the revised proof of claim form and signed it in an attachment.  The new amount of my claim is$34,059.74 based on the new instructions provided by Kroll.  Please note the $113.88 in Gemini Dollar (GUSD) has been paid to me.  The remaining balance of my claim is $33,946.86.

Request that the expungement for Claim 712 be removed and Claim 712 be revised to $33,946.86.

Sincerely,



Customer ID:

## United States Bankruptcy Court, District of New Jersey (Trenton)

| If you have one or more Interest-Bearing accounts (i.e. BlockFi Interest Accounts or BlockFi Private Client Fixed or Open Loans), fill in this information to identify the case: | |
|---|---|
| **If you are a U.S. client:** | |
| BlockFi Interest Account: | ☒ BlockFi Inc. (Case No. 22-19361) |
| BlockFi Private Client Fixed or Open Loans: | ☐ BlockFi Lending LLC (Case No. 22-19365) |
| **If you are a non-U.S. client:** | ☐ BlockFi International Ltd. (Case No. 22-19368) |
| **Other:** | ☐ _____ (Debtor Name) _____ (Case Number) |

## Modified Official Form 410

# Interest Bearing Account Holder Proof of Claim Form      04/22

**Read the instructions before filling out this form. This form is for making a claim based on assets held in account of the Debtors. <u>Do not</u>** use this form to assert any other pre-petition claims. **<u>Do not</u>** use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed **(November 28, 2022).**

| **Part 1:** | **Identify the Claim** |
|---|---|

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim) ▓▓▓▓▓

Other names the creditor used with the debtor _____

Customer Identification Number(s ▓▓▓▓▓

Email Address Used to Sign Up for your BlockFi Account(s): ▓▓▓▓▓

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

▓▓▓▓▓

| City | State | ZIP Code |
|---|---|---|

Country (If outside of the US)

Contact phone ▓▓▓▓▓

Contact email ▓▓▓▓▓

Where should payments to the creditor be sent? (if different)

Name _____

Number   Street _____

| City | State | ZIP Code |
|---|---|---|

Country (If outside of the US)

Contact phone ▓▓▓▓▓

Contact email ▓▓▓▓▓

| 4. Does this claim amend one already filed? | ☐ No ☑ Yes.  Claim number on court claims registry (if known) 712 | | Filed on 12/21/2022 MM / DD / YYYY |
|---|---|---|---|

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No ☐ Yes. Who made the earlier filing? |
|---|---|

---

**Part 2:**   Give Information About the Claim as of November 28, 2022

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:

**7a. To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022)**

**U.S. Clients:**

BlockFi Interest Account (BlockFi Inc.; Case No. 22-19361)   $ _____

BlockFi Private Client Fixed or Open Loans
(BlockFi Lending LLC; Case No. 22-19365)   $ 34,059.74

**Non-U.S. Clients:**

BlockFi Interest Account
(BlockFi International Ltd.; Case No. 22-19368)   $ _____

BlockFi Private Client Fixed or Open Loans
(BlockFi International Ltd.; Case No. 22-19368)   $ _____

7b.  **List the number of each type of coin held in Interest Bearing Account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in Interest Bearing Account(s) as of the date the case was filed).**

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Interest Bearing Accounts | |
|---|---|---|---|
| | | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
| Bitcoin (BTC) | $16,206.3000 | 15,961.12 | |
| Ethereum (ETH) | $1,167.2400 | 17,984.74 | |
| Gemini Dollar (GUSD) | $1.0000 | 113.88 | |
| USD Coin (USDC) | $1.0000 | | |
| 1inch Network1 (INCH) | $0.5170 | | |
| Aave (AAVE) | $60.1500 | | |
| Algorand (ALGO) | $0.2359 | | |
| Avalanche (AVAX) | $12.4500 | | |
| Axie Infinity (AXS) | $6.5600 | | |
| Basic Attention Token (BAT) | $0.22322 | | |
| Binance Coin (BNB) | $292.7865 | | |
| Bitcoin Cash (BCH) | $109.9100 | | |
| Binance USD (BUSD) | $1.0000 | | |
| Cardano (ADA) | $0.3064 | | |
| Chainlink (LINK) | $7.1940 | | |
| Celo (CELO) | $0.6170 | | |
| Chiliz (CHZ) | $0.1642 | | |
| Compound (COMP) | $37.1600 | | |
| Cosmos (ATOM) | $9.8590 | | |
| Curve DAO Token (CRV) | $0.6450 | | |
| Decentraland (MANA) | $0.3862 | | |
| DogeCoin (DOGE) | $0.09506 | | |
| dYdX (DYDX) | $1.6660 | | |
| Elrond (EGLD) | $42.1390 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Interest Bearing Accounts | |
| | | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Enjin Coin (ENJ) | $0.2960 | | |
| EOS (EOS) | $0.9034 | | |
| Fantom (FTM) | $0.2049 | | |
| Filecoin (FIL) | $4.2530 | | |
| FTX Token (FTT) | $1.2923535 | | |
| Gala (GALA) | $0.02478 | | |
| Hedera Hashgraph (HBAR) | $0.0486 | | |
| Kusama (KSM) | $25.5900 | | |
| Litecoin (LTC) | $73.8500 | | |
| Loopring (LRC) | $0.2368 | | |
| Maker (MKR) | $645.4100 | | |
| Multi Collateral Dai (DAI) | $0.9997 | | |
| Near (NEAR) | $1.5900 | | |
| OMG Network (OMG) | $1.1605 | | |
| One Coin (ONE) | $0.0137 | | |
| PAX Gold (PAXG) | $1,740.6400 | | |
| Paxos Standard Token (PAX) | $1.0000 | | |
| Polkadot (DOT) | $5.1340 | | |
| Polygon (MATIC) | $0.8209 | | |
| Quant (QNT) | $112.4100 | | |
| Render Token (RNDR) | $0.4672 | | |
| Serum (SRM) | $0.2330 | | |
| Solana (SOL) | $13.3200 | | |
| Stellar (XLM) | $0.087183 | | |
| SushiSwap (SUSHI) | $1.3348 | | |
| Synthetix (SNX) | $1.6620 | | |
| Terra 2.0 (LUNA) | $0.0001552 | | |
| Tether (USDT) | $0.9995 | | |
| Tezos (XTZ) | $0.9750 | | |
| The Graph (GRT) | $0.0622 | | |
| The Sandbox (SAND) | $0.5531 | | |
| THORchain (RUNE) | $1.1670 | | |
| Tron (TRX) | $0.052973 | | |
| TrueUSD (TUSD) | $0.9997 | | |
| Uniswap (UNI) | $5.2830 | | |
| Waves (WAVES) | $2.3300 | | |
| Yearn.Finance (YFI) | $6,266.5000 | | |
| Other (Please Specify) | | | |

| 8. What is the basis of the claim? | Examples: Client Account, goods sold, money loaned, lease, services performed, or personal injury/wrongful death. |
|---|---|

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Client Account see attached pages 2.1 and 2.2

---

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed

☐ Variable

---

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

---

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories,

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies. | $_____ |

*Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

| Part 3: | Sign Below |
| --- | --- |

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ___03/15/2024___ (mm/dd/yyyy)

**Name of the person who is completing and signing this claim:**

| | |
| --- | --- |
| Name | |
| Title | |
| Company | |
| Address | |
| Contact phone | |

*Copy*

# October 2022  BlockFi Interest Account Statement

**Flex Selection**
**Month Ending**

Earn all interest in BTC
October 31, 2022

You earned approximately
**$80.04** * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00390615<br>$80.04 | 0.98487151<br>~~$20,181.99~~ $16,206.3 = $15,961.12 |
| **1 ETH**<br>$1,572.90 | | 15.40792572<br>~~$24,235.13~~ 1,167.24 = $17,984.74 |
| Total* in USD | **$80.04** | **$44,417.12** |

113.88  GUSD from page 2.2

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary based on activity, rates, and compliance with BlockFi's terms & conditions.

$44,531.00

$34,059.74

Page 2.1

Page 2.1


**BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022 **BlockFi Wallet Statement**

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**          October 31, 2022

You earned approximately
**$113.88 \*** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| 1 GUSD<br>$1.00 | | 113.88000000<br>$113.88 | 113.88000000<br>$113.88 |
| Total* in USD | **$0.00** | **$113.88** | **$113.88** |

Page 2.2
Page 2.2

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

### First Class Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 2BBR-N7XN-CXGE-APTY |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 416 |
|---|

Claim Name

| ▮▮▮▮▮▮▮ |
|---|

Claimant Address on File

| ▮▮▮▮▮▮▮▮▮▮▮▮ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 🗎  Blockfi Last Report.pdf | 24 KB |
| 🗎  Response to the Objection.pdf | 64 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮▮▮

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

 BlockFi

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement

**Name** ████████
**Email** ██████████████████
**Address** ████████████████

**Account ID** ██████████
**Month Ending** October 31, 2022

You earned approximately
**$5.40 *** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
| --- | --- | --- | --- |
| **1 GUSD**<br>$1.00 | 0 | **5.40000000**<br>$5.40 | **5.40000000**<br>$5.40 |
| **Total\* in USD** | **$0.00** | **$5.40** | **$5.40** |

# October 2022 BlockFi Interest Account Statement

**Flex Selection**          Earn all interest in USDC
**Month Ending**            October 31, 2022

You earned approximately
**$143.86 *** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0 | **0.14788230**<br>$3,030.40 |
| **1 ETH**<br>$1,572.90 | 0 | **0.73084962**<br>$1,149.55 |
| **1 USDC**<br>$1.00 | 143.86100692<br>$143.86 | 21,742.71704813<br>$21,742.72 |
| **Total*** in USD | **$143.86** | **$25,922.67** |

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's **terms & conditions.**

The amount of the modified claim is incorrect. My claim amount is **$30,285.53**. When withdrawals were stopped my account balance was at the following:

**USD Coin $21,742.71704813**
**Bitcoin .14788230**
**ETH .73084963**

Using the conversion rates that were outlined in bankruptcy documents:

| Currency | Conversion Price |
|----------|------------------|
| BTC | $45,824.58 |
| ETH | $2,436.80 |
| GUSD | $1.00000 |
| USDC | $0.99932 |
| USDT | $0.99820 |

**My claim amount should is** ($21,727.932 USDC + $6,776.644 + $1,780.934) = **$30,285.53**

|  | Account Balance |  | Conversion Price | Total |
|------|------------------|---|------------------|-------|
| USDC | $21,742.71704813 | x | .99932 | $21,727.932 |
| BTC | .14788230 | x | $45,824.58 | $6,776.644 |
| ETH | .73084963 | x | $2,436.80 | $1,780.934 |

# October 2022 **BlockFi Interest Account Statement**

**Flex Selection**                      ---
**Month Ending**                        October 31, 2022

You earned approximately
**$69.72 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC** $20,492.00 | 0.00001426 $0.29 | 0.00498523 $102.16 |
| **1 ETH** $1,572.90 | 0.04413873 $69.43 | 25.12353436 $39,516.81 |
| **1 GUSD** $1.00 | 0.00055924 $0.00 | 0.09135509 $0.09 |
| **1 PAXG** $1,627.28 | 0.00000217 $0.00 | 0.00275702 $4.49 |
| Total* in USD | **$69.72** | **$39,623.55** |

*I was only able to initiate withdrawal of approximately 3 ETH on 3/8/24. How do i file a claim for the full 25 ETH*

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary based on activity, rates, and compliance with BlockFi's terms & conditions.



Received

MAR 1 8 2024

Kroll Restructuring Administration

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  **BlockFi Wallet Statement**

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**       October 31, 2022

You earned approximately
## $196.85 * worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00057629<br>$11.81 | 0 | 0.01410286<br>$289.00 |
| **1 GUSD**<br>$1.00 | 0 | 185.04000000<br>$185.04 | 185.04000000<br>$185.04 |
| Total* in USD | **$11.81** | **$185.04** | **$474.04** |





DENVER CO  802

13 MAR 2024 PM 8  L

Blockfi Inc 17th Omnibus Objection Response
Processing Center c/o
Kroll Restructuring Administration LLC

**RECEIVED**

**MAR 1 8 2024**

KROLL RESTRUCTURING
ADMINISTRATION
Grand Central Station Po Box 4850
New York, NY 10163-4850

10163-485050

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| HHY8-WQGC-PJW2-74X2 |
| --- |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 12352 |
| --- |

Claim Name

| ███████████ |
| --- |

Claimant Address on File

| ████████████████████ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

██████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Seventeenth Omnibus Objection Response Portal

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 🗎  BlockFi Set Off Notice 2024.03.07.pdf | 427 KB |
| 🗎  BlockFi Lending, LLC Claim Objection 2024.03.19.pdf | 114 KB |
| 🗎  Claim Objection Response 2024.03.19.pdf | 148 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies
with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.

Wind-Down Debtors: BlockFi Inc *et al.*

17th Omnibus Objection

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi's books and records |
| IC | Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity |
| DUP | Claim is duplicative of another proof of claim filed by the same claimant |
| Amended | Claim amended by subsequently filed proof of claim |

**Claim Info**

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 12352 | ███████ | 03/26/2023 | BlockFi Lending LLC | $371,431.97 | IC |

**Schedule Info**

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 12352 | - | - | $371,431.97 | - | - | - | - | - | BlockFi Lending LLC |

| Action |
|---|
| Modify |





---

## BlockFi – Notice of Set Off of Outstanding Loan Balance

**BlockFi** <blockfi@e.blockfi.com>
Reply-To: blockfi@blockfi.com
To:
Thu, Mar 7, 2024 at 4:58 PM



Dear

Per the terms of the Confirmed Plan the Wind-Down Debtors are required (unless the claimant chose to participate in the Loan Payoff Program, which is now closed) to set off any outstanding loan balances against scheduled claim amounts* prior to making distributions. Please see below for information regarding your scheduled retail loan collateral claim and your outstanding loan balance. You will receive pro-rata distribution(s) based on any remaining amounts after your outstanding loan balance is subtracted from the dollarized amount of your retail loan collateral claim. If the amount remaining is $3,000 or less you will receive a one-time distribution of 50% of your remaining claim amount in USD.

- Scheduled dollarized value as of the petition date of retail loan collateral: $371,431.97

- Outstanding loan balance: $237,428.97

- Remaining amount of claim: $134,003.00

Please contact LoanCreditorInquiries@haynesboone.com with any questions

*If you filed a proof of claim that has not yet been reconciled and Allowed by the Wind-Down Debtors the set off of your outstanding loan balance will take place after the Wind-Down Debtors either (i) review and Allow your claim, or (ii) object to your claim and the Court enters an order fixing the claim amount.*

BlockFi

**BlockFi**

Please note that BlockFi is not responsible or liable for any claims, costs, losses, harms, or damages, including the permanent loss of cryptocurrency resulting from any user error, third-party error, or other unforeseeable operational or technical difficulties that may arise in the withdrawal process, including, without limitation, if any digital assets

become irretrievable or unrecoverable due to, among other things, (a) subject to applicable law, users' accounts and/or passwords being hacked or compromised, (b) users providing BlockFi with incorrect or invalid external wallet addresses and/or blockchain network, or (c) events that are beyond BlockFi's reasonable control, including the acts or omissions of third parties, natural disaster, emergency conditions, disease epidemics/pandemics such as Covid-19, government action, equipment or communications malfunction.

Privacy Policy | Licenses & Disclosures | Unsubscribe

Help Center | Our Blog

███████████████████████
███████████
█████████████████████

March 19, 2024

BlockFi Inc. Claims Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

To Whom it May Concern:

I'm writing in response to the objection of claim 12352 of the Debtors filed during the 17th Omnibus Objection.

The Debtors notified me of the loan set off on March 7th with following details:

- o   Scheduled dollarized value as of the petition date of retail loan collateral $371,431.97
- o   Outstanding loan balance $237,328.97
- o   Remaining amount of claim $134,003.00
- o   *"If you filed a proof of claim that has not yet been reconciled and Allowed by the Wind-Down Debtors the set off of your outstanding loan balance will take place after the Wind-Down Debtors either (i) review and allow your claim, or (ii) object to your claim and the Court enters and order fixing the claim amount.*

Going forward, it is my intention to not delay the reconciliation process any further and am using the correspondence to establish that I agree to modify my claim on the condition that the proposed terms outlined above are honored.

To reiterate, this letter serves as documentation that I will modify claim 12352 to General Unsecured Claim on the condition that the Debtors simultaneously honor my set off outlined in the Plan of Reorganization and the Disclosure Statement.

The surviving claim amount following these modifications results in a General Unsecured Claim of $134,003.00 entitling me to pro-rata distribution(s) based on any remaining amounts after my outstanding loan balance is subtracted from the dollarized amount of your retail loan collateral claim.

Let me know if I can provide any further information or clarification.

Respectfully,

███████████████

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| MDQG-RFWY-VGVZ-WNVK |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 16026 |
|---|

Claim Name

| ███████ |
|---|

Claimant Address on File

| ██████████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 📄 | ▮▮▮▮2023_payroll.pdf | 6 KB |
| 📄 | ▮▮▮▮2022_payroll.pdf | 10 KB |
| 📄 | Responses to Objec ion Statement doc | 164 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

## Payroll Journal with Taxable Wages

All Bank Accounts
December 30, 2022

| Pay Description | Rate | Hours | Amount | Withholding Taxes | Taxable Wages | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|
| **Work Location: Taxing Address** | | | | | | | | |
| **Department:** | | | | | | | | |
| 01 | | ▆ | | | | Check # 134 | | 12/30/22 |
| Officer Salary | ▆ | ▆ | ▆ | FICA-SS | ▆ | ▆ | 401(k) Employee | ▆ |
| 2% Shareholder Health | ▆ | ▆ | ▆ | Deferred FICA-SS | ▆ | 0 | After tax 401 K | ▆ |
| | | | | FICA-MED | ▆ | | | |
| | | | | FIT | ▆ | | | |
| | | | | California SIT | ▆ | 00.00 | | |
| | | | | California SDI | ▆ | | | |
| Totals | | ▆ | ▆ | | ▆ | ▆ | | ▆ |
| | | | | | | | Net Check | ▆ |
| | | | | | | | Net Pay | ▆ |

Company Expenses
ERFUTA: 63.00   ERFICA-SS: 9114.00   ERFICA-MED: 2900.00   California SUI: 210.00   401(k) Employer: 12000.00

Check count = 1

## Payroll Journal with Taxable Wages

### All Bank Accounts
### January 1, 2023 - December 31, 2023

| Pay Description | Rate | Hours | Amount | Withholding Taxes | Taxable Wages | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|---|
| **Work Location: Taxing Address** | | | | | | | | |
| **Department:** | | | | | | | | |
| 01 | | Lei, Lei | | | | Check # 139 | | 12/29/23 |
| Officer Salary | ▄ | ▄ | ▄ | FICA-SS | ▄ | ▄ | 401(k) Employee | ▄ |
| 2% Shareholder Health | ▄ | ▄ | ▄ | Deferred FICA-SS | ▄ | ▄ | After tax 401 K | ▄ |
| | | | | FICA-MED | ▄ | ▄ | | |
| | | | | FIT | ▄ | ▄ | | |
| | | | | California SIT | ▄ | ▄ | | |
| Totals | | ▄ | ▄ | California SDI | ▄ | | | ▄ |
| | | | | | | ▄ | | |
| | | | | | | | Net Pay | ▄ |

Company Expenses
ERFUTA: 84.00   ERFICA-SS: 9932.40   ERFICA-MED: 2900.00   California SUI: 147.00   401(k) Employer: 0.00

Check count = 1

Responses to Objection Statement:

As a small-business owner I rely on incomes and savings to cover expenses and taxes, as shown in the 2022 and 2023 payroll submitted.

Failure to withdraw savings from Blockfi account forced me to take loans, as shown in 2023 tax doc excerpts below:



I therefore disagree with the proposed modification of the Disputed Claim and ask the Court to not sustain the Objection.



March 19, 2024

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| EYWP-SK2D-8772-STYS |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 3405 |
|---|

Claim Name

| ████████ |
|---|

Claimant Address on File

| ██████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

BlockFi Seventeenth Omnibus Objection Response Portal

Name:

████████████

Street1

███████████

Street2

City

████

State

██████

Zip

█████

Country

███████████

Telephone Number

███████████

Email Address

████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Seventeenth Omnibus Objection Response Portal

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 3.8 24 BlockFi #1278 $123,203.11.pdf | 111 KB |
| 📄 3.8 24 BlockFi #3405 $116,367 34.pdf | 111 KB |
| 📄 DKC BLOCKFI LETTER 3.15.24.pdf | 60 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Wind-Down Debtors: BlockFi Inc et al.**

**17th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity |
| DUP | Claim is duplicative of another proof of claim filed by the same claimant |
| Amended | Claim amended by subsequently filed proof of claim |

### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 1278 |  | 01/10/2023 | BlockFi Inc. | $123,203.11 | BR |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 19677 | - | - | - | - | - | - | - | - | N/A |

| Action |
|---|
| Expunge |

Wind-Down Debtors: BlockFi Inc et al.

17th Omnibus Objection

**Legend: Basis for Objection**

BR — Asserted claim amount does not match BlockFi's books and records
IC — Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity
DUP — Claim is duplicative of another proof of claim filed by the same claimant
Amended — Claim amended by subsequently filed proof of claim

### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 3405 |  | 02/22/2023 | BlockFi Wallet LLC | $116,367.34 | BR |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 19677 | - | - | - | - | - | - | - | - | N/A |

### Action

Expunge

March 19, 2024

To:  BlockFi

Thank you for your diligent restructuring and wind-down on the bankruptcy case.

I would kindly like to request the following:
Claim 1278        $116,367.34
Claim 3405        $123,203.11

For both Claim 1278 & 3405, I would like my 6.57781240 BTC (Bitcoin) in coins and not cash value to avoid a tax payment.  My long-term plan is to hold my Bitcoin asset for 20+ years.  Currently, the price of Bitcoin is $72,357.13 and total BTC Holding is $475,951.63.

I only care about my Bitcoin holding and fine with cash on my other coins (i.e. Etherium, PAX Gold, Litecoin, Chainlink).



I would like your consideration on my request.


Sincerely yours,


.com
(714-403-6764)

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

### First Class Mail

### BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

### BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| REFH-ESAW-ARMR-6CW4 |
| --- |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 32378 |
| --- |

Claim Name

| ████████████ |
| --- |

Claimant Address on File

| ████████████████████████ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 📄 | Original claim made number 16539 for.doc | 224 KB |
| 📄 | Electronic Proof of Claim - ▮▮▮▮▮▮▮▮ .pdf | 185 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

BlockFi Inc. Wallet Account Holder Proof of Claim Form

# BlockFi Inc. Wallet Account Holder Proof of Claim Form

## Instructions

**Read the instructions before filling out this form. This form is for making a claim based on assets held in account of the Debtors. Do not** use this form to assert any other pre-petition claims. **Do not** use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed (November 28, 2022).**

☐ Check here to see further instructions on completing your claim form:

## Debtor Selection

**If you have one or more BlockFi Wallet account(s), fill in this information to identify the case:**

○ U.S. client
◉ Non-U.S. client

☑ BlockFi International Ltd. (Case No. 22-19368)
☐ Other

## Claim Information

**1. Who is the current creditor?**

███████

Other names the creditor used with the debtor

Customer Identification Number(s):

Email Address Used to Sign Up for your BlockFi Account(s):

██████████

**2. Has this claim been acquired from someone else?**

◉ No
○ Yes

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

**Where should notices to the creditor be sent?**
Name:

███████

Address 1 (Street address, "Care of:", or "Attention To:"):

███████

Address 2:

██████

Address 3:

Address 4:

City:

State or Province (use 2-letter abbreviation if US or Canada):

Zip Code | Postal Code:

Is the creditor address outside of the US?

○ No
◉ Yes

Country (if outside of the US):

Contact phone:

Contact email:

Should payments go to a different address?

◉ No
○ Yes

**Would you like to add any additional noticing addresses?**

◉ No
○ Yes

**4. Does this claim amend one already filed?**

○ No
◉ Yes

Claim number on court claims registry (if known)

3275-50-CQNBC-877971273

Filed on:

2/13/2023

02/13/2023

**5. Do you know if anyone else has filed a proof of claim for this claim?**

◉ No
○ Yes

**6. Do you have any number you use to identify the debtor?**

◉ No
○ Yes

## Claim Amount

**\* 7a. To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022)**

BlockFi International Ltd.; Case No. 22-19368

BlockFi Inc. Wallet Account Holder Proof of Claim Form

**\* 7b. List the number of each type of coin held in your Wallet account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in your Wallet account(s) as of the date the case was filed).**

Please use only numerals and decimals in the Wallet field, up to a maximum of 21 digits or 20 digits and 1 decimal.

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Bitcoin (BTC) | $ 16,206.3000 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Ethereum (ETH) | $ 1,167.2400 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Gemini Dollar (GUSD) | $ 1.0000 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| USD Coin (USDC) | $ 1.0000 | 1097.54 |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| 1inch Network1 (INCH) | $ 0.5170 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Aave (AAVE) | $ 60.1500 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Algorand (ALGO) | $ 0.2359 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Avalanche (AVAX) | $ 12.4500 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Axie Infinity (AXS) | $ 6.5600 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Basic Attention Token (BAT) | $ 0.22322 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Binance Coin (BNB) | $ 292.7865 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Bitcoin Cash (BCH) | $ 109.9100 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Binance USD (BUSD) | $ 1.0000 | |

BlockFi Inc. Wallet Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Cardano (ADA) | $ 0.3064 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Chainlink (LINK) | $ 7.1940 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Celo (CELO) | $ 0.6170 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Chiliz (CHZ) | $ 0.1642 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Compound (COMP) | $ 37.1600 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Cosmos (ATOM) | $ 9.8590 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Curve DAO Token (CRV) | $ 0.6450 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Decentraland (MANA) | $ 0.3862 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| DogeCoin (DOGE) | $ 0.09506 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| dYdX (DYDX) | $ 1.6660 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Elrond (EGLD) | $ 42.1390 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Enjin Coin (ENJ) | $ 0.2960 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| EOS (EOS) | $ 0.9034 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Fantom (FTM) | $ 0.2049 | |

BlockFi Inc. Wallet Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Filecoin (FIL) | $ 4.2530 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| FTX Token (FTT) | $ 1.2923535 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Gala (GALA) | $ 0.02478 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Hedera Hashgraph (HBAR) | $ 0.0486 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Kusama (KSM) | $ 25 5900 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Litecoin (LTC) | $ 73.8500 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Loopring (LRC) | $ 0.2368 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Maker (MKR) | $ 645.4100 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Multi Collateral Dai (DAI) | $ 0.9997 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Near (NEAR) | $ 1.5900 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| OMG Network (OMG) | $ 1.1605 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| One Coin (ONE) | $ 0.0137 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| PAX Gold (PAXG) | $ 1,740.6400 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Paxos Standard Token (PAX) | $ 1.0000 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Polkadot (DOT) | $ 5.1340 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Polygon (MATIC) | $ 0.8209 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Quant (QNT) | $ 112.4100 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Render Token (RNDR) | $ 0.4672 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Serum (SRM) | $ 0.2330 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Solana (SOL) | $ 13.3200 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Stellar (XLM) | $ 0.087183 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| SushiSwap (SUSHI) | $ 1.3348 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Synthetix (SNX) | $ 1.6620 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Terra 2.0 (LUNA) | $ 0.0001552 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Tether (USDT) | $ 0.9995 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| Tezos (XTZ) | $ 0.9750 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| The Graph (GRT) | $ 0.0622 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|------|--------------------------------------------------|--------|
| The Sandbox (SAND) | $ 0.5531 | |

BlockFi Inc. Wallet Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| THORchain (RUNE) | $ 1.1670 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Tron (TRX) | $ 0.052973 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| TrueUSD (TUSD) | $ 0.9997 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Uniswap (UNI) | $ 5.2830 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Waves (WAVES) | $ 2.3300 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Wallet |
|---|---|---|
| Yearn.Finance (YFI) | $ 6,266.5000 | |

Do you hold additional coins in your account not listed above?
○ No
○ Yes

## Additional Claim Information

**8. What is the basis of the claim?** (limited to 100 characters)

Client Account

**9. Is all or part of the claim secured?**
◉ No
○ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.

☐ Motor vehicle

☐ Other.

**Basis for perfection:**

**Value of property (all amounts in US $ dollars):**

**Amount of the claim that is secured (all amounts in US $ dollars):**

**Amount of the claim that is unsecured (all amounts in US $ dollars):**

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars):**

_____

**Interest Rate Type:**

   ○ Fixed
   ○ Variable

**Annual Interest Rate (when case was filed) %:**

_____

**10. Is this claim based on a lease?**

   ○ No
   ○ Yes

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars).**

_____

**11. Is this claim subject to a right of setoff?**

   ○ No
   ○ Yes

Identify the property:

_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

   ◉ No
   ○ Yes

   ☐ Domestic support obligations (including alimony and child support) under 11 U. S.C. § 507(a)(1)(A) or (a)(1)(B).

   ☐ Up to $3,350 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

   ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

   ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

   ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

   ☐ Other

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

   ◉ I am the creditor.
   ○ I am the creditor's attorney or authorized agent.
   ○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
   ○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

06/16/2023

Signature



I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

**Name of the person who is completing and signing this claim:**

First name

█████

Middle Name

Last name

█████

Title

█

Company

Address 1:

███████████

Address 2:

████████

Address 3:

Address 4:

City:

████

State or Province (use 2-letter abbreviation if US or Canada):

██

Zip Code | Postal Code:

████

Is the address outside of the US?

○ No
◉ Yes

Country (if outside of the US):

██████

Contact phone:

██████

Contact email:

██████

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

◉ I have supporting documentation
○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

| 📄 Kroll.pdf | 393 KB |

**Attachment Filename**

| [Kroll pdf](Kroll.pdf) |

BlockFi Inc. Wallet Account Holder Proof of Claim Form

Confirmation of Submission

**Your Form has been successfully submitted...**

DOCUMENT ID

███████████████████

Status

Submitted

Submission Email Address

████████████

Submitted Date Time

2023-06-16T13:46:23.687Z

CONFIRMATION ID

3275-50-BXPJQ-105757938

Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as your Confirmation ID.

Attached are screen shots of documents you have to highlight where an issue with my claim may have come from.

Original claim made number 16539 for $1109.96. This was updated due to confusion with the interest accrued and wallet/BIA account. This update was in claim 32378 to $1,097.54 which is void of interest the account originally said it had, as shown in the account screenshot below, and the amount I claimed for.



However, I received this document (below) which said it was 'matched with scheduled claim' for $1109.95. I assumed this was because the interest accrued had been added from the records of my account. This is $0.01 different to the original amount I had claimed for which was rejected (perhaps an error or rounding issue).

| Claim Number | Claimant | Capped Admin | Capped Secured | Capped Priority | Capped Unsecured | Matched with Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 32378 | ███████ | $0 | $0 | $0 | $1109.95-BlockFi International LTD. | Yes |

I have just received this suggesting the claim does not match the records, and it will be expunged. I am confused why the claim amount has been changed and now rejected.

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 32378 | ███████ | 06/16/2023 | BlockFi International Ltd. | $0.00 | BR |

This is incredibly difficult to navigate and please can you sort it out for whatever claim amount- if there is issues with $0.01 then write that off of course. I am clearly claiming for what is shown in my account and now I am not receiving my funds and this is taking a disproportionate amount of my time.

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

### First Class Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

> JCNX-Y4HQ-UQKB-E2G5

○ Where can I find my Unique ID?

## Claim Information

Claim Number

> 9819

Claim Name

> ▮▮▮▮▮▮▮▮

Claimant Address on File

> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

BlockFi Seventeenth Omnibus Objection Response Portal

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 🖹 screenshots.pdf | 368 KB |
| 🖹 blockfi_all_trade_report_all pdf | 145 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

## Your Assets

| Asset | % of Balance | Quantity | Balance | |
|-------|--------------|----------|---------|---|
| Bitcoin BTC | 0.00% | 0.10881125 BTC | $2,432.38 | > |
| Ethereum ETH | 0.00% | 0.46432304 ETH | $728.30 | > |
| Litecoin LTC | 0.00% | 0.56495813 LTC | $50.93 | > |
| Gemini USD GUSD | 100.00% | 3.41 GUSD | $3.41 | > |



blockfi_all_trade_report_all

| Cryptocurrency | Amount | Transaction Type | Exchange Rate Per Coin (USD) | Confirmed At |
|---|---|---|---|---|
| ETH | 0.46432304 | UI Update: Wallet to BIA Transfer Request Not Executed | | 2022-11-11 23:59:59 |
| BTC | 0.10881125 | UI Update: Wallet to BIA Transfer Request Not Executed | | 2022-11-11 23:59:59 |
| LTC | 0.56495813 | UI Update: Wallet to BIA Transfer Request Not Executed | | 2022-11-11 23:59:59 |
| LTC | 0.56495813 | BIA Withdraw | | 2022-11-11 20:32:19 |
| ETH | 0.46432304 | BIA Withdraw | | 2022-11-11 20:32:09 |
| BTC | 0.10881125 | BIA Withdraw | | 2022-11-11 20:28:35 |
| ETH | 0.00135439 | Interest Payment | | 2022-10-31 23:59:59 |
| BTC | 0.00031527 | Interest Payment | | 2022-10-31 23:59:59 |
| LTC | 0.00094922 | Interest Payment | | 2022-10-31 23:59:59 |
| GUSD | 3.41000000 | Bonus Payment | | 2022-10-20 23:59:59 |
| BTC | 0.00030420 | Interest Payment | | 2022-09-30 23:59:59 |
| LTC | 0.00091710 | Interest Payment | | 2022-09-30 23:59:59 |
| ETH | 0.00130710 | Interest Payment | | 2022-09-30 23:59:59 |
| BTC | 0.00031155 | Interest Payment | | 2022-08-31 23:59:59 |
| ETH | 0.00134664 | Interest Payment | | 2022-08-31 23:59:59 |
| LTC | 0.00094612 | Interest Payment | | 2022-08-31 23:59:59 |
| ETH | 0.00134292 | Interest Payment | | 2022-07-31 23:59:59 |
| LTC | 0.00094457 | Interest Payment | | 2022-07-31 23:59:59 |
| BTC | 0.00030907 | Interest Payment | | 2022-07-31 23:59:59 |
| LTC | 0.00091260 | Interest Payment | | 2022-06-30 23:59:59 |
| BTC | 0.00025350 | Interest Payment | | 2022-06-30 23:59:59 |
| ETH | 0.00111360 | Interest Payment | | 2022-06-30 23:59:59 |
| BTC | 0.00026164 | Interest Payment | | 2022-05-31 23:59:59 |
| ETH | 0.00114793 | Interest Payment | | 2022-05-31 23:59:59 |
| LTC | 0.00163432 | Interest Payment | | 2022-05-31 23:59:59 |
| BTC | 0.00033720 | Interest Payment | | 2022-04-30 23:59:59 |
| ETH | 0.00146970 | Interest Payment | | 2022-04-30 23:59:59 |
| LTC | 0.00157740 | Interest Payment | | 2022-04-30 23:59:59 |
| LTC | 0.00162502 | Interest Payment | | 2022-03-31 23:59:59 |
| ETH | 0.00188232 | Interest Payment | | 2022-03-31 23:59:59 |
| BTC | 0.00039122 | Interest Payment | | 2022-03-31 23:59:59 |
| BTC | 0.00035308 | Interest Payment | | 2022-02-28 23:59:59 |
| LTC | 0.00146384 | Interest Payment | | 2022-02-28 23:59:59 |
| ETH | 0.00169372 | Interest Payment | | 2022-02-28 23:59:59 |
| BTC | 0.00039060 | Interest Payment | | 2022-01-31 23:59:59 |
| ETH | 0.00186744 | Interest Payment | | 2022-01-31 23:59:59 |
| LTC | 0.00161603 | Interest Payment | | 2022-01-31 23:59:59 |
| ETH | 0.00185969 | Interest Payment | | 2021-12-31 23:59:59 |
| BTC | 0.00039029 | Interest Payment | | 2021-12-31 23:59:59 |
| LTC | 0.00217248 | Interest Payment | | 2021-12-31 23:59:59 |
| LTC | 0.00209460 | Interest Payment | | 2021-11-30 23:59:59 |
| ETH | 0.00179250 | Interest Payment | | 2021-11-30 23:59:59 |
| BTC | 0.00037740 | Interest Payment | | 2021-11-30 23:59:59 |
| ETH | 0.00176842 | Interest Payment | | 2021-10-31 23:59:59 |
| BTC | 0.00038037 | Interest Payment | | 2021-10-31 23:59:59 |
| LTC | 0.00215574 | Interest Payment | | 2021-10-31 23:59:59 |
| BTC | 0.00807465 | Crypto Transfer | | 2021-10-10 06:17:52 |
| ETH | 0.05725719 | Crypto Transfer | | 2021-10-10 06:09:14 |
| ETH | 0.00154920 | Interest Payment | | 2021-09-30 23:59:59 |

1

| | | | | |
|---|---|---|---|---|
| BTC | 0.00034770 | Interest Payment | | 2021-09-30 23:59:59 |
| LTC | 0.00207840 | Interest Payment | | 2021-09-30 23:59:59 |
| LTC | 0.00202926 | Interest Payment | | 2021-08-31 23:59:59 |
| BTC | 0.00031899 | Interest Payment | | 2021-08-31 23:59:59 |
| ETH | 0.00128185 | Interest Payment | | 2021-08-31 23:59:59 |
| LTC | 0.00202151 | Interest Payment | | 2021-07-31 23:59:59 |
| BTC | 0.00031806 | Interest Payment | | 2021-07-31 23:59:59 |
| ETH | 0.00127782 | Interest Payment | | 2021-07-31 23:59:59 |
| LTC | 0.00237210 | Interest Payment | | 2021-06-30 23:59:59 |
| ETH | 0.00138300 | Interest Payment | | 2021-06-30 23:59:59 |
| BTC | 0.00038160 | Interest Payment | | 2021-06-30 23:59:59 |
| LTC | 0.00244001 | Interest Payment | | 2021-05-31 23:59:59 |
| BTC | 0.00037485 | Interest Payment | | 2021-05-31 23:59:59 |
| ETH | 0.00142383 | Interest Payment | | 2021-05-31 23:59:59 |
| BTC | 0.00471896 | Crypto Transfer | | 2021-05-14 19:29:43 |
| BTC | 0.00485916 | Crypto Transfer | | 2021-05-14 19:29:43 |
| LTC | 0.00276210 | Interest Payment | | 2021-04-30 23:59:59 |
| BTC | 0.00040335 | Interest Payment | | 2021-04-30 23:59:59 |
| ETH | 0.00155658 | Interest Payment | | 2021-04-30 23:59:59 |
| BTC | 0.00095968 | Crypto Transfer | | 2021-04-19 17:06:17 |
| ETH | 0.04541000 | Crypto Transfer | | 2021-04-06 06:14:32 |
| LTC | 0.00283898 | Interest Payment | | 2021-03-31 23:59:59 |
| BTC | 0.00039992 | Interest Payment | | 2021-03-31 23:59:59 |
| ETH | 0.00136794 | Interest Payment | | 2021-03-31 23:59:59 |
| BTC | 0.00408703 | Crypto Transfer | | 2021-03-20 09:42:21 |
| ETH | 0.06873030 | Crypto Transfer | | 2021-03-08 17:25:55 |
| BTC | 0.00033492 | Interest Payment | | 2021-02-28 23:59:59 |
| LTC | 0.00255164 | Interest Payment | | 2021-02-28 23:59:59 |
| ETH | 0.00042941 | Interest Payment | | 2021-02-28 23:59:59 |
| ETH | 0.05918876 | Crypto Transfer | | 2021-02-28 15:52:28 |
| BTC | 0.00100447 | Crypto Transfer | | 2021-02-28 15:49:04 |
| BTC | 0.00281970 | Crypto Transfer | | 2021-02-21 19:22:00 |
| ETH | 0.07891300 | Crypto Transfer | | 2021-02-21 19:04:25 |
| BTC | 0.00119600 | Crypto Transfer | | 2021-02-17 11:06:53 |
| ETH | 0.02892910 | Crypto Transfer | | 2021-02-17 11:02:03 |
| BTC | 0.00060731 | Crypto Transfer | | 2021-02-10 06:42:00 |
| ETH | 0.04922285 | Crypto Transfer | | 2021-02-10 06:35:50 |
| ETH | 0.00002608 | Interest Payment | | 2021-01-31 23:59:59 |
| LTC | 0.00217899 | Interest Payment | | 2021-01-31 23:59:59 |
| BTC | 0.00035055 | Interest Payment | | 2021-01-31 23:59:59 |
| BTC | 0.00000547 | Crypto Transfer | | 2021-01-27 06:23:07 |
| BTC | 0.00180540 | Crypto Transfer | | 2021-01-27 05:39:35 |
| ETH | 0.04642982 | Crypto Transfer | | 2021-01-27 05:14:31 |
| BTC | 0.00176589 | Crypto Transfer | | 2021-01-11 14:57:03 |
| LTC | 0.00216411 | Interest Payment | | 2020-12-31 23:59:59 |
| BTC | 0.00031832 | Interest Payment | | 2020-12-31 23:59:59 |
| BTC | 0.00210653 | Crypto Transfer | | 2020-12-30 11:30:05 |
| BTC | 0.00296430 | Crypto Transfer | | 2020-12-16 15:18:18 |
| BTC | 0.00319547 | Crypto Transfer | | 2020-12-10 21:02:01 |
| BTC | 0.00008262 | Interest Payment | | 2020-12-01 04:59:59 |
| LTC | 0.00062748 | Interest Payment | | 2020-12-01 04:59:59 |

| BTC | 0.00309617 | Crypto Transfer | | 2020-11-30 18:29:31 |
|-----|------------|-----------------|--|---------------------|
| LTC | 0.52188451 | Crypto Transfer | | 2020-11-21 15:51:21 |
| BTC | 0.05753879 | Crypto Transfer | | 2020-11-21 15:33:33 |

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| AYK3-5M55-3VDJ-UK5E |
| --- |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 1278 |
| --- |

Claim Name

| ███████████ |
| --- |

Claimant Address on File

| ██████████████ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Seventeenth Omnibus Objection Response Portal

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 3.8 24 BlockFi #1278 $123,203.11.pdf | 111 KB |
| 📄 3.8 24 BlockFi #3405 $116,367 34.pdf | 111 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Wind-Down Debtors: BlockFi Inc *et al.*

17th Omnibus Objection

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi's books and records |
| IC | Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity |
| DUP | Claim is duplicative of another proof of claim filed by the same claimant |
| Amended | Claim amended by subsequently filed proof of claim |

### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 1278 |  | 01/10/2023 | BlockFi Inc. | $123,203.11 | BR |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 19677 | - | - | - | - | - | - | - | - | N/A |

| Action |
|---|
| Expunge |

**Wind-Down Debtors: BlockFi Inc et al.**

**17th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi's books and records |
| IC | Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity |
| DUP | Claim is duplicative of another proof of claim filed by the same claimant |
| Amended | Claim amended by subsequently filed proof of claim |

### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 3405 | ███████ | 02/22/2023 | BlockFi Wallet LLC | $116,367.34 | BR |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 19677 | - | - | - | - | - | - | - | - | N/A |

| Action |
|---|
| Expunge |



RECEIVED

MAR 19 2024

KROLL RESTRUCTURING
ADMINISTRATION

## RE: BLOCKFI BANKRUPTCY Claim # 30753 a

*Hello we have previously requested the return of BTC collateral held by Blockfi via proof of claim case # 30753 and case # 32562*

Currently 1.83 BTC is being held as collateral on an outstanding loan balance of $22,959.12. In your email below you mention something about a "Loan Pay off Program" and then mention that it is now closed. At what time was this offer made to claimants and in what manner of notice ?

**▇▇▇▇▇ has never received notice of this program or the details of this program. Can you tell me when we were notified and in what manner and proof of this. Also, the details of this offer? Also, please inform we as to why this is a time sensitive issue.**

We do not agree with the math shown below. At todays price of approx. $62,000 per BTC the math should be:

| | |
|---|---|
| Current value of BTC | $113,460 |
| Outstanding Loan Balance | $22,959 |
| **Claim amount** | **$90,501** |

We do not accept the claim amount above of $6,687. If the current value of the 1.83 BTC is not going to us as the owner of this collateral then who is it going to? Who is profiting off of this huge difference in value minus payoff?

To conclude we strongly object to the terms above. We do agree with the terms. We request that our BTC currently being held as collateral be valued according to todays price.

Please see the attached which is a letter sent Kroll previously outlining our position.

**We will be requesting an opportunity to present our argument before the court on these matters.**

Contact information:



To:

In re: BlockFi Inc., et. al.
Case No. 22-19361 (MBK)
United States Bankruptcy Court for the District of New Jersey (Trenton)

### KROLL RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the
BlockFi Inc. jointly administered chapter 11 bankruptcy cases has been received by Kroll
Restructuring Administration LLC ("**Kroll**") on Monday, May 1, 2023.

Your claim has been assigned claim number ___30753___.

Please **do not** discard this letter as you may need to refer to it in the future.


**The processing of your claim by Kroll and your receipt of this letter is not an acknowledgement of
the validity, nature or amount of your claim.**

MMLID: 13121344
EPOCID: 221936504108139
Account ID: ▮▮▮▮

| If you have one or more Loan Collateral accounts, fill in this information to identify the case: | |
|---|---|
| If you are a U.S. client: | ☒ BlockFi Lending LLC (Case No. 22-19365) |
| If you are a non-U.S. client: | ☒ BlockFi International Ltd. (Case No. 22-19368) |
| Other: | ☐ (Debtor Name) _____ |
| | (Case Number) _____ |

**See Notice of Scheduled Claim(s)**

**RECEIVED**

FEB 2 7 2023

KROLL RESTRUCTURING
ADMINISTRATION

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[☒] No Copy Provided

## Modified Official Form 410

# Loan Account Holder Proof of Claim Form

04/22

Read the instructions before filling out this form. This form is for making a claim based on assets held in account of the Debtors. **Do not** use this form to assert any other pre-petition claims. **Do not** use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed (November 28, 2022).**

---

**Part 1:    Identify the Claim**

**1. Who is the current creditor?**
▮▮▮▮▮
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ▮▮▮▮▮▮▮▮

Customer Identification Number(s): ▮▮▮▮▮▮

Email Address Used to Sign Up for your BlockFi Account(s) ▮▮▮▮▮▮▮

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
▮▮▮▮▮▮▮▮▮

Contact phone _____
Contact email _____

Where should payments to the creditor be sent? (if different)

Name _____
Number      Street _____
City _____    State ____    ZIP Code ____
Country (if outside of the US) _____
Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____
Filed on ____ / ____ / ____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

---

Loan Account Holder Proof of Claim Form



221936504108139

**Claim Number: 3915**

| Part 2: | Give Information About the Claim as of November 28, 2022 |
|---|---|

6. Do you have any number you use to identify the debtor?

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

▇▇▇▇▇▇▇▇▇▇▇▇

7a. To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022)

$ _____29,641⁵²_____

7b. List the number of each type of coin held in your Loan account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in your Loan account(s) as of the date the case was filed).

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Loan Collateral |
|---|---|---|
| Bitcoin (BTC) | $16,206.3000 | 1.829        1.829 BITCOIN. |
| Ethereum (ETH) | $1,167.2400 | |
| Binance Coin (BNB) | $292.7865 | |
| Binance USD (BUSD) | $1.0000 | |
| Litecoin (LTC) | $73.8500 | |
| Multi Collateral Dai (DAI) | $0.9997 | |
| PAX Gold (PAXG) | $1,740.6400 | |
| Polkadot (DOT) | $5.1340 | |
| US Dollar Fiat (USD) | N/A | |
| Other (Please Specify) | | |
| Other (Please Specify) | | |
| Other (Please Specify) | | |
| Other (Please Specify) | | |
| Other (Please Specify) | | |
| Other (Please Specify) | | |
| Other (Please Specify) | | |
| Other (Please Specify) | | |
| Other (Please Specify) | | |
| Other (Please Specify) | | |

| 8. What is the basis of the claim? | Examples: Client Account, goods sold, money loaned, lease, services performed, or personal injury/wrongful death. |
|---|---|

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

BITCOIN HELD AS COLLATERAL ON LOAN# ███████

| 9. Is all or part of the claim secured? | ☑ No |
|---|---|

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                                    $_____

**Amount of the claim that is secured:**        $_____

**Amount of the claim that is unsecured:**  $_____(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**     $_____

**Annual Interest Rate** (when case was filed)_____%
☐ Fixed
☐ Variable

| 10. Is this claim based on a lease? | ☑ No |
|---|---|

☐ Yes. Amount necessary to cure any default as of the date of the petition.     $_____

| 11. Is this claim subject to a right of setoff? | ☑ No |
|---|---|

☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No |
|---|---|

☐ Yes. *Check one:*                                                                    **Amount entitled to priority**

A claim may be partly priority and partly nonpriority. For example, in some categories,

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).        $_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).        $_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).        $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).        $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).        $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies.        $_____

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  02/21/23  (mm/dd/yyyy)

Sig█████████

**Name of** ████████ **ting and signing this claim:**

Name  _____

| First name | Middle name | Last name |

Title

Company

Address

Contact phone



Wind-Down Debtors: BlockFi Inc *et al.*

17th Omnibus Objection

Legend: Basis for Objection

BR — Asserted claim amount does not match BlockFi's books and records

IC — Claim incorrectly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity

DUP — Claim is duplicative of another proof of claim filed by the same claimant

Amended — Claim amended by subsequently filed proof of claim

| Proof of Claim No. | Claimant Name | Claim Info | | | Basis for Objection |
| --- | --- | --- | --- | --- | --- |
| | | Date Filed | Filed Debtor Entity | Asserted Claim Amount | |
| 30753 | | 05/01/2023 | BlockFi Lending LLC | $29,646.55 | DUP |

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 32562 | - | - | - | - | - | - | - | - | N/A |

Schedule Info

Action

Expunge

https://app.blockfi.com/loan

5/1/2023, 4:02 PM

Dashboard > Loans Overview > Loan #b4e27433

Total Loan Amount ⓘ

# $51,000.00

LTV Health
**Healthy**

Status
**Funded**

Start Date
**October 29, 2021**

## Collateral and LTV

Starting Collateral
**1.64000000000000000000 BTC**

Starting LTV
**50.00%**

₿ Current Collateral
**1.82932262000000000000 BTC**

Current LTV ⓘ
**44.80%**

Add Collateral

Your loan is in good health. However, if the price of BTC falls to $17,929.45 margin call will be triggered and your collateral could be sold if the price of BTC falls to $15,688.27.

## Loan Details

Principal Balance
**$22,959.12**

Monthly Payment ⓘ
**$414.38**
Scratch Payments (US Customers only)

Time Left

Interest Rate        Maturity Date

View Loan Agreement

Pay off Loan

BlockFi

2 of 3



MAY 1, 2023

*SenT prior on MAY 1, 2023.*

RE:    **Blockfi Lending LLC Bankruptcy Proceedings**
       **BLockfi Loan**
       **Kroll issued Unique ID 3752-1353-6725-4847**
       **EPOC ID 221936504108139**

To whom it may concern,

I am writing in regard to the information I received in regards to the Blockfi Lending LLC bankruptcy hearing.

I am concerned that the information submitted on my behalf by Blockfi Lending LLC is incorrect.

The amount submitted on my behalf and is denominated in US Dollars. This is incorrect. The correct denomination should be shown in Bitcoin units.

The statement I received shows a dollar amount held in trust by Blockfi of *$29,645.55*. The true amount held in trust is *1.83 Bitcoins.*

I have included here for your reference the schedule supplied by Kroll, the signed loan agreement between Siteline Contractor Surveys and Blockfi as well as a recent screenshot from Blockfi's lending website.

Warm regards,



*Retail*

U.S. POSTAGE PAID
FCM LG ENV
WOODINVILLE, WA 98072
MAR 08, 2024

10163    **$9.92**

**RDC 99**    R2305E124223-10

BLOCKFI INC. 17th Omnibus Objection Response Center
c/o KROLL RESTRUCTURING ADMIN.
GRAND Central Station
PO BOX 4850
NEW YORK, NY
10163- 4850.

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7020 3160 0001 1811 0375

RECEIVED

MAR 1 9 2024

KROLL RESTRUCTURING
ADMINISTRATION

BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| SW4B-888C-J63D-8DPS |
|---|

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: █████████████████████
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

1317

Claim Name

████████████████

Claimant Address on File

██████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

███████████████

Street1

██████████████

Street2

City

██████████

State

██

Zip

████

Country

██████

Telephone Number

██████████

Email Address

██████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

▮▮▮▮▮▮▮▮▮▮▮

Street1

▮▮▮▮▮▮▮

Street2

City

▮▮▮▮▮▮

State

▮▮

Zip

▮▮▮

Country

▮▮▮▮▮

Telephone Number

▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 032124 - Objection to Claim ▮▮▮▮▮▮▮ ).pdf | 231 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



03-21-2024

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| **BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617)856-8300<br>taxelrod@brownrudnick.com<br><br>*General Counsel for the Plan Administrator*<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>*Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator* |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>               Debtors.[1] | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered under a Confirmed Plan[2])<br>**Hearing Date: April 9, 2024 @ 11:00 AM ET**<br>**Response Deadline: April 2, 2024 @ 4:00 p.m. ET**<br>**Oral Argument Waived Unless Response Timely Filed** |

Claim Number: 1317
Claimant Name: ███████████████

Unique ID: SW4B-888C-J63D-8DPS

I am writing to formally object to the asserted claim amount of $28,922.47 (or 22.9 ETH)

Dated 01/11/2023. Upon review, I find that the claim amount are inaccurate and do not reflect the facts accurately. My objections are as follows.:

1.  The weighted average transaction price of 1 ETH is $2,436.80.
2.   Total asserted claim amount should be $55802.72 (or 22.5 ETH)
3.  See Exhibit 1 for loan payoff amount in USD from www.blockfi.com
4.  Would like the loan paid off and request remaining funds returned in ETH.

I request that this claim be corrected to accurately represent the situation. Furthermore, I am open to discussing these objections further and finding an amicable resolution to this matter. Please contact me at your earliest convenience to arrange a meeting or further correspondence.

Thank you for your attention to this matter.

Sincerely,

██████████

Wind-Down Debtors  BlockFi Inc et al.

17th Omnibus Objection

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi's books and records |
| IC | Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity |
| DUP | Claim is duplicative of another proof of claim filed by the same claimant |
| Amended | Claim amended by subsequently filed proof of claim |

**Claim Info**

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 1317 |  | 01/11/2023 | BlockFi Lending LLC | $28,922.47 | BR |

**Schedule Info**

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 1317 | - | - | $26,729.80 | - | - | - | - | - | BlockFi Lending LLC |

| Action |
|---|
| Modify |

Exhibit 1

## Funded Loans ⌃



Loan #cf3e6356

**$10,200.00**

Collateral Amount
**22.90 ETH**

Principal Balance
**$9,214.44**

Healthy (32% LTV)                    Opened Oct 15

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 6BZ3-CYJQ-RHYP-ZTVY |
| --- |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 5671 |
| --- |

Claim Name

| ███████ |
| --- |

Claimant Address on File

| ████████████ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

BlockFi Seventeenth Omnibus Objection Response Portal

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

 17th Omni Email Merge_Part1203.pdf                                                                                          114 KB

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies
with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at
blockfiinfo@ra kroll.com.

**Wind-Down Debtors: BlockFi Inc et al.**

**17th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi's books and records |
| IC | Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity |
| DUP | Claim is duplicative of another proof of claim filed by the same claimant |
| Amended | Claim amended by subsequently filed proof of claim |

**Claim Info**

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 5671 |  | 02/17/2023 | BlockFi Lending LLC | $2,280.04 | IC |

**Schedule Info**

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 20802 | - | - | - | - | - | - | - | - | N/A |

**Action**

Expunge

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| QGC2-ZEKZ-Y7Y2-ZMDM |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 12503 |
|---|

Claim Name

| ▇▇▇▇▇▇ |
|---|

Claimant Address on File

| ▇▇▇▇▇▇▇▇▇▇ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 17th Omni Email Merge_Part1092.pdf | 114 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Wind-Down Debtors: BlockFi Inc et al.**

**17th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi's books and records |
| IC | Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity |
| DUP | Claim is duplicative of another proof of claim filed by the same claimant |
| Amended | Claim amended by subsequently-filed proof of claim |

### Claim Info

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 12503 |  | 03/20/2023 | BlockFi International Ltd. | $2,051.69 | BR |

### Schedule Info

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 12503 | - | - | - | - | - | $1,591.26 | - | - | BlockFi International LTD. |

### Action

Modify

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

> N4H6-VP8F-D9T8-PEK8

○ Where can I find my Unique ID?

## Claim Information

Claim Number

> 21404

Claim Name

> ████████████

Claimant Address on File

> ██████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

███████████

Street1

███████████████

Street2

City

███████

State

██

Zip

████████

Country

████████

Telephone Number

████████

Email Address

███████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Seventeenth Omnibus Objection Response Portal

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

📄 Blockfi Claim Response.doc                                                                           10 KB

## Signature

Sign Here



Print Name

███████

Email Address

███████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

My claim properly asserts secured admin priority status. My claim is asserted against the correct debtor entity.

I have  over $4,285.65 owed (1.54764738 ETH +0.10999737 BTC).

Please send me my money back

Sincerely

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

WKA7-4JGW-3V9G-ES2E

○ Where can I find my Unique ID?

## Claim Information

Claim Number

2414

Claim Name

███████████

Claimant Address on File

█████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

█████████

Telephone Number

█████████

Email Address

████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

███████

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Seventeenth Omnibus Objection Response Portal

## Document Upload

**Please upload your response to the Objection in the box below. You may upload up to 3 documents in either .PDF or .DOC format. Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---:|
| 📄 Estate Withdrawals FAQs – BlockFi.pdf | 156 KB |
| 📄 OCT 2022 Statement, BLOCKFI pdf | 25 KB |
| 📄 ENTIRE TRADE REPORT, fo████████, with BIA account on BLOCKFI.com.pdf | 108 KB |

## Signature

Sign Here



Print Name

████████

Email Address

████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

| Cryptocurrency | Amount | Transaction Type |
|---|---|---|
| GUSD | -11 | Withdrawal Fee |
| GUSD | -8.5 | Withdrawal |
| LINK | 0.00783494 | Interest Payment |
| UNI | 0.01283927 | Interest Payment |
| ETH | 0.00637422 | Interest Payment |
| GUSD | 0.00006448 | Interest Payment |
| BAT | 0.22336058 | Interest Payment |
| BTC | 0.00077686 | Interest Payment |
| GUSD | 19.5 | Bonus Payment |
| UNI | 0.0124149 | Interest Payment |
| LINK | 0.0075762 | Interest Payment |
| ETH | 0.0061587 | Interest Payment |
| BAT | 0.2159787 | Interest Payment |
| GUSD | 0.0000621 | Interest Payment |
| BTC | 0.0007506 | Interest Payment |
| ETH | 0.00635314 | Interest Payment |
| LINK | 0.00782192 | Interest Payment |
| BTC | 0.00077407 | Interest Payment |
| BAT | 0.2229892 | Interest Payment |
| UNI | 0.01281788 | Interest Payment |
| GUSD | 0.00006386 | Interest Payment |
| UNI | 0.01280703 | Interest Payment |
| BAT | 0.22280103 | Interest Payment |
| GUSD | 0.00006355 | Interest Payment |
| ETH | 0.0063426 | Interest Payment |
| LINK | 0.00781541 | Interest Payment |
| BTC | 0.00077283 | Interest Payment |
| UNI | 0.0123837 | Interest Payment |
| BAT | 0.2154375 | Interest Payment |
| GUSD | 0.000057 | Interest Payment |
| BTC | 0.0004563 | Interest Payment |
| ETH | 0.00507 | Interest Payment |
| LINK | 0.007557 | Interest Payment |
| UNI | 0.04105826 | Interest Payment |
| LINK | 0.02315886 | Interest Payment |
| GUSD | 0.00005859 | Interest Payment |
| BAT | 0.22243089 | Interest Payment |
| ETH | 0.00523249 | Interest Payment |
| BTC | 0.00047151 | Interest Payment |
| BTC | 0.0005403 | Interest Payment |
| ETH | 0.0063108 | Interest Payment |
| UNI | 0.0396294 | Interest Payment |
| GUSD | 0.0000585 | Interest Payment |
| BAT | 0.2150796 | Interest Payment |
| LINK | 0.0186804 | Interest Payment |
| UNI | 0.04084467 | Interest Payment |

| | | |
|---|---|---|
| GUSD | 0.00006603 | Interest Payment |
| ETH | 0.00781913 | Interest Payment |
| LINK | 0.01926247 | Interest Payment |
| BTC | 0.00060202 | Interest Payment |
| BAT | 0.22206106 | Interest Payment |
| LINK | 0.0173656 | Interest Payment |
| GUSD | 0.00006468 | Interest Payment |
| ETH | 0.00705432 | Interest Payment |
| BTC | 0.00054348 | Interest Payment |
| BAT | 0.2004184 | Interest Payment |
| UNI | 0.03680152 | Interest Payment |
| UNI | 0.01050736 | Interest Payment |
| GUSD | 0.00001888 | Interest Payment |
| BAT | 0.05724992 | Interest Payment |
| BTC | 0.00054697 | Interest Payment |
| ETH | 0.00686927 | Interest Payment |
| LINK | 0.00495888 | Interest Payment |
| GUSD | -149.99 | Trade |
| LINK | 9.15328652 | Trade |
| GUSD | -175 | Trade |
| UNI | 14.96722776 | Trade |
| GUSD | -200 | Trade |
| BAT | 262.396737 | Trade |
| GUSD | -2475 | Trade |
| ETH | 0.99290897 | Trade |
| GUSD | -4000 | Trade |
| BTC | 0.11212136 | Trade |
| GUSD | 7000 | Ach Deposit |
| ETH | 0.00653697 | Interest Payment |
| BTC | 0.00052731 | Interest Payment |
| ETH | 0.0063183 | Interest Payment |
| BTC | 0.00051 | Interest Payment |
| BTC | 0.00052638 | Interest Payment |
| ETH | 0.00652054 | Interest Payment |
| BTC | 0.0005091 | Interest Payment |
| ETH | 0.0063018 | Interest Payment |
| BTC | 0.00087358 | Interest Payment |
| ETH | 0.00521482 | Interest Payment |
| BTC | 0.00087234 | Interest Payment |
| ETH | 0.00519777 | Interest Payment |
| ETH | 0.0056262 | Interest Payment |
| BTC | 0.0010566 | Interest Payment |
| BTC | 0.00108717 | Interest Payment |
| ETH | 0.00579204 | Interest Payment |
| BTC | 0.0012507 | Interest Payment |
| ETH | 0.0064866 | Interest Payment |
| ETH | 0.00667771 | Interest Payment |

| | | |
|---|---|---|
| BTC | 0.00128489 | Interest Payment |
| BTC | 0.0008 | Crypto Transfer |
| ETH | 0.00600796 | Interest Payment |
| BTC | 0.00114842 | Interest Payment |
| BTC | 0.0026 | Crypto Transfer |
| ETH | 0.00021454 | Interest Payment |
| BTC | 0.00004504 | Interest Payment |
| BTC | 0.12476419 | Crypto Transfer |
| BTC | 0.03142792 | Crypto Transfer |
| BTC | 0.07167702 | Crypto Transfer |
| ETH | 1.52707439 | Crypto Transfer |
| BTC | 0.02682358 | Crypto Transfer |

| Exchange Rate Per Coin (USD) | Confirmed At |
|---|---|
| | 10/12/2023 18:12 |
| | 10/12/2023 18:12 |
| | 10/31/2022 23:59 |
| | 10/31/2022 23:59 |
| | 10/31/2022 23:59 |
| | 10/31/2022 23:59 |
| | 10/31/2022 23:59 |
| | 10/31/2022 23:59 |
| | 10/20/2022 23:59 |
| | 9/30/2022 23:59 |
| | 9/30/2022 23:59 |
| | 9/30/2022 23:59 |
| | 9/30/2022 23:59 |
| | 9/30/2022 23:59 |
| | 9/30/2022 23:59 |
| | 8/31/2022 23:59 |
| | 8/31/2022 23:59 |
| | 8/31/2022 23:59 |
| | 8/31/2022 23:59 |
| | 8/31/2022 23:59 |
| | 8/31/2022 23:59 |
| | 7/31/2022 23:59 |
| | 7/31/2022 23:59 |
| | 7/31/2022 23:59 |
| | 7/31/2022 23:59 |
| | 7/31/2022 23:59 |
| | 7/31/2022 23:59 |
| | 6/30/2022 23:59 |
| | 6/30/2022 23:59 |
| | 6/30/2022 23:59 |
| | 6/30/2022 23:59 |
| | 6/30/2022 23:59 |
| | 6/30/2022 23:59 |
| | 5/31/2022 23:59 |
| | 5/31/2022 23:59 |
| | 5/31/2022 23:59 |
| | 5/31/2022 23:59 |
| | 5/31/2022 23:59 |
| | 5/31/2022 23:59 |
| | 4/30/2022 23:59 |
| | 4/30/2022 23:59 |
| | 4/30/2022 23:59 |
| | 4/30/2022 23:59 |
| | 4/30/2022 23:59 |
| | 4/30/2022 23:59 |
| | 3/31/2022 23:59 |

3/31/2022 23:59
3/31/2022 23:59
3/31/2022 23:59
3/31/2022 23:59
3/31/2022 23:59
2/28/2022 23:59
2/28/2022 23:59
2/28/2022 23:59
2/28/2022 23:59
2/28/2022 23:59
2/28/2022 23:59
1/31/2022 23:59
1/31/2022 23:59
1/31/2022 23:59
1/31/2022 23:59
1/31/2022 23:59
1/31/2022 23:59
1/23/2022 6:50
1/23/2022 6:50
1/23/2022 6:49
1/23/2022 6:49
1/23/2022 6:48
1/23/2022 6:48
1/23/2022 6:44
1/23/2022 6:44
1/23/2022 6:44
1/23/2022 6:44
1/23/2022 6:35
12/31/2021 23:59
12/31/2021 23:59
11/30/2021 23:59
11/30/2021 23:59
10/31/2021 23:59
10/31/2021 23:59
9/30/2021 23:59
9/30/2021 23:59
8/31/2021 23:59
8/31/2021 23:59
7/31/2021 23:59
7/31/2021 23:59
6/30/2021 23:59
6/30/2021 23:59
5/31/2021 23:59
5/31/2021 23:59
4/30/2021 23:59
4/30/2021 23:59
3/31/2021 23:59

3/31/2021 23:59
3/10/2021 19:29
2/28/2021 23:59
2/28/2021 23:59
2/11/2021 0:23
1/31/2021 23:59
1/31/2021 23:59
1/30/2021 19:37
1/30/2021 19:37
1/30/2021 19:37
1/30/2021 18:36
1/29/2021 18:07



Home    Updates    Help Center    Kroll    Login

HELP CENTER, NEWS

# Estate Withdrawals FAQs

PUBLISHED BY BLOCKFI 229 ON MARCH 1, 2024

## General

**Which BlockFi Products are included as part of the Estate?**

- BlockFi Interest Account (BIA), BlockFi Private Client (BPC), BlockFi Retail Loans.

**What authorization did the Court provide BlockFi with respect to Estate distributions?**

- On January 17, 2024, the United States Bankruptcy Court for the District of New Jersey (the "Court") granted relief necessary for BlockFi to commence interim distributions. **Beginning in February**, clients in BlockFi's remaining products including BlockFi Interest Account (BIA), loans clients and private clients, may be able to initiate withdrawal requests. **TO BE ELIGIBLE FOR A DISTRIBUTION**

**CLAIMANTS MUST HAVE AN ALLOWED CLAIM. CLAIMANTS WHO HAVE FILED A CLAIM THAT HAS NOT BEEN RECONCILED AND ALLOWED WILL BE ELIGIBLE FOLLOWING THE RECONCILIATION OF THEIR CLAIM.**

**How can I view my claim details within the BlockFi Web App?**

Once you login to your BlockFi account and navigate to the dashboard, the following details will be available as it relates to your claim.

- **BIA + Interest Claim:** The USD value of your BIA/BPC funds & any applicable accrued interest for these funds as of the date BlockFi declared bankruptcy.
  - **Total Claims:** Total USD value of your BIA/BPC funds & any applicable accrued interest for these funds as of the date BlockFi declared bankruptcy.
  - **Current Recoverable Claims:** Current total amount authorized for distribution on your BlockFi claims. Note that this value will increase based on any future distributions announced.
- **Loan Less Offset Claim:** The USD value of any outstanding retail loan collateral as of the date BlockFi declared bankruptcy minus any outstanding loan principal owed back to BlockFi.
  - **Total Claims:** Total USD value of your outstanding retail loan collateral as of the date BlockFi declared bankruptcy minus any outstanding loan principal owed back to BlockFi.
  - **Current Recoverable Claims:** Current total amount authorized for distribution on your BlockFi claims. Note that this value will increase based on any future distributions announced.
- **Withdrawable Balances:** The amount of unwithdrawn current recoverable claim funds, per balance type, at this time.

**Which digital assets are available for withdrawal for eligible clients?**

- BTC, ETH, GUSD, USDC and USDT will be available to eligible clients for withdrawal as applicable.
- The amount of digital assets made available for eligible client withdrawals was determined based on the following prices:

| Currency | Conversion Price |
|----------|------------------|
| BTC | $45,824.58 |
| ETH | $2,436.80 |
| GUSD | $1.00000 |
| USDC | $0.99932 |
| USDT | $0.99820 |

**Why do I see** *"This account is not currently open for distributions. The Plan Administrator continues to open distributions on Allowed Claims, and further accounts will be open in the near future. Please monitor communications from BlockFi for more detail. If you have questions please contact blockfiinfo@ra.kroll.com"* **next to my** *Total Claim Amount* **and / or** *Current Recoverable Claims* **under my dashboard within the BlockFi Web App?**

- This would indicate that:
  - Your claim has not yet been released for distribution – OR –
  - You filed a claim that does not match the company's books and records. If this is the case, funds cannot be released until the court determines the amount that is owed to the claimant.

**Why do I see "Cash Distribution" under the Transactions section of my Account Dashboard?**

If you held currencies other than BTC, ETH, GUSD, USDC, or USDT in any of the estate products (BIA, BPC, BlockFi Retail Loans), your withdrawable

balance may consist of a USD cash distribution.

If there is such a cash distribution, you will be able to see it under the Transactions section of your Account Dashboard labeled as "Cash Distribution". Further instructions on how to process your cash withdrawal will be emailed to you by Kroll and Digital Disbursements.

**Where can I access my historical loans data?**

- All historical loan transaction data can be found by navigating to the "Reports" page from the drop-down menu on the upper right hand corner of the Dashboard screen.
  On the Reports page, you may access your entire transaction history, including all loan transactions, by navigating to the "Download All" button under the "All Transactions" section.

**What if I have questions or need help?**

- Additional information regarding BlockFi's chapter 11 cases can be found by visiting Kroll's website at
  [https://restructuring.ra.kroll.com/blockfi](https://restructuring.ra.kroll.com/blockfi).

## Eligibility

**Who's eligible to withdraw?**

- Convenience Class clients
  - Clients who opted to receive digital assets will have the option to withdraw digital assets via the BlockFi Web App.
  - Clients who opted to receive cash will receive cash USD through Kroll.
- All non-preference clients in the US and Internationally, with the exception of clients with preferences, AML, KYC or other blocked account issues, who have an allowed claim.

**How do I know if I'm eligible to withdraw?**

- Estate withdrawals will be conducted in batches and you will receive an email with further instructions when you are eligible to begin withdrawals.

## Timeline

**When does the withdrawal process begin?**

- First batch of withdrawals available to withdraw starting March 1, 2024
- BlockFi will release new waves of eligible withdrawals through March 2024.

**How long will eligible clients have to submit a withdrawal?**

- You will be eligible to initiate the withdrawal of estate funds through **March 31, 2024 at 11:59 PM UTC.** We recommend initiating the withdrawal process immediately, as the personal identity verification process may take some time.
- Identity Verification information requests must be received by **April 10, 2024 at 11:59 PM UTC**.

**How long will it take BlockFi to process my withdrawal?**

- Please note, that due to the high volume of requests, withdrawals may take 90 days or more to process once submitted. BlockFi will process withdrawals as quickly as possible while maintaining security protocols.

**What happens if I do not complete my Estate withdrawal request and process before the deadline?**

- Crypto withdrawals will only be available for a limited period of time. Unwithdrawn crypto may be liquidated and made available for distribution via cash.  ALL CLAIMANTS ARE URGED TO SUBMIT A WITHDRAWAL REQUEST AS SOON AS THEIR ACCOUNTS ARE ELIGIBLE FOR A DISTRIBUTION.

**What happens if I don't want to withdraw my digital assets?**

- Digital assets that are not withdrawn during the withdrawal period may be liquidated and made available for withdrawal in USD through a partner.

**Where do I see the status of my withdrawal request?**

- You can check the status of your withdrawal request in the Transaction History on the dashboard page of your BlockFi account. From there, you will be able to locate the specific withdrawal request transaction. The status of your withdrawal request can be viewed by clicking into the transaction details of the withdrawal request on the web app. Your withdrawal request will have one of the following statuses at any given time: Pending, Completed, Canceled.

# Withdrawal Process

**What steps do clients need to take to facilitate a withdrawal?**

BlockFi customers will need to take the following steps in order to facilitate a withdrawal to their external wallet:

- *Create an External Wallet:* Clients who are eligible and choose to withdraw assets in digital assets, will be able to make withdrawals to a third-party external digital asset wallet provider of their choice. BlockFi cannot recommend clients use a specific platform, and we

encourage clients to perform their own diligence to ensure that their
assets are transferred safely and securely.

- *Identity Verification Process:*Clients will need to complete an Identity
  Verification Process for their withdrawal to be processed. The
  information to complete this process will be emailed to clients once a
  withdrawal request has been submitted. You can find additional
  information about this process here.

**Will I be able to withdraw cash instead of digital assets from my BlockFi
account?**

- Clients who are eligible to receive cash distributions will be able to
  access a link after logging in to the BlockFi platform in the dashboard
  banner that redirects to our partner, Kroll (Digital Disbursements).
  Further instructions on how to process your withdrawal will be
  provided on the Digital Disbursements platform.

# Identity Verification and Account
# Security

**What steps does BlockFi recommend for clients to protect their accounts?**

To ensure your account remains protected, we encourage clients to take the
following steps:

- **Two-Factor Authentication**: Ensure your two-factor authentication,
  or 2FA, is enabled on your BlockFi account. To turn on 2FA, please
  log in to your BlockFi account through the web app and visit the
  Security page within your Profile Settings. Under 'Two-Factor
  Authentication,' click 'Enable 2FA' and follow the instructions to set
  up your 2FA via the Google Authenticator app. For instructions on
  how to reset your 2FA, click here.
- **Turn on Allowlisting for BlockFi**: Allowlisting is a security feature
  which, when enabled, only allows you to withdraw from your BlockFi

account to addresses that have been saved in your Wallet Address Book. We recommend all clients take this action as it significantly reduces the risk of impact to your account by a bad actor. Instructions on how to turn on Allowlisting are available [here](). Once you have Allowlisting enabled, please visit the "Crypto Addresses" page within your Profile Settings on the BlockFi website to add an external wallet address to your BlockFi account.

Please note that when a new wallet address is added to Allowlisting, there will be a **seven-day waiting period before a withdrawal request can be submitted.**

**Why do I need to verify my identity?**

BlockFi will occasionally ask you to verify your identity to ensure no one but yourself requests withdrawals or makes account-related changes, including 2FA reset requests and email change requests.

We VERY much encourage all of our clients to enable two-factor authentication (2FA) and withdrawal address allowlisting. This combination removes a significant amount of risk, but even when used together, is not a "silver bullet".

Behind the scenes we run analytics based on a number of factors to determine the risk of any client transaction, especially withdrawals. Occasionally, a withdrawal may trigger a PII verification—even with 2FA and allowlisting enabled.

Identity verification has less to do with AML and KYC and more to do with us wanting to be sure you are in fact you and the withdrawal is valid. This verification decision is fed by numerous variables, which can include amount, velocity of transactions, and geographic location.

When prompted to verify your identity, all documents must be verified through the Persona link emailed to you. Please note: we will never send you this link via SMS. If you have any questions about if a communication from

BlockFi is legitimate, please contact Kroll at blockfiinfo@ra.kroll.com. When you contact Kroll, please be sure to provide the email address associated with your BlockFi account to avoid delays in response to your inquiry.

Here are some tips and best practices to make the verification process as painless as possible:

- Do not use a scanned image or copy of your ID. Please ensure you upload live images of your ID.
- Use a smartphone instead of a webcam as it typically produces the clearest photo.
- If you must use a webcam, try setting the ID flat down and move the webcam instead of moving the ID.
- Avoid lighting that may cause glare (natural light typically works best).
- Rest your ID on a solid, dark or contrasting surface.
- Don't hold the ID in your hands as your fingers may confuse the lens focus.
- For the "selfie" portion of the verification, ensure you face the camera directly and at eye-level.
- Pose in front of a plain wall or background.
- Do not wear sunglasses or a hat.
- Ensure camera permissions are enabled for Persona on your device.

Acceptable Identity Documents  United States

- State-issue IDs (Driver License or Identification Card)
- US Passport

Outside of US

- Government issued photo ID
- National Identity Card
- Passport

Unacceptable Identity Documents

- Expired IDs
- School IDs
- Medical IDs
- Temporary (paper) IDs
- Residence Permit
- Public Services Card
- Military IDs

Currently, BlockFi only has the ability to process Identity Documents that are written in a Latin alphabet. We understand that this is frustrating and we are working to expand our capabilities. In the interim, if your documents are written in a non-Latin alphabet, we must ask that you have them translated by a reputable 3rd party translator such as a law firm or certified translator before submitting them to us.

# Fees

**Why is BlockFi charging transaction fees for withdrawals?**

- As a blockchain transaction, withdrawals are subject to any applicable third-party transaction fees and/or withdrawal fees from the blockchain network.

**How much are fees for each transaction?**

- Fees are calculated based on transaction processing costs and may be adjusted from time to time based on market conditions, as set forth in our Terms of Service. Please see [here](here) for the BlockFi Fee Schedule for various digital currencies.

**How will fees impact my withdrawal?**

- All withdrawals shall be subject to any applicable third-party transaction fees and/or withdrawal fees. To the extent applicable fees are greater than eligible withdrawal  balances, eligible balances are not available to withdraw.

Previous Post
[Wallet Withdrawal Closing FAQs](#)

Next Post
[Resolution of Litigation Between BlockFi and FTX](#)

BlockFi

BlockFi

**Legal**

Terms
Licenses

Resources

Fees
Rates
Contact Us

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022 BlockFi Wallet Statement

| | |
|---|---|
| **Name** |  |
| **Email** | |
| **Address** | |
| **Account ID** | |
| **Month Ending** | October 31, 2022 |

You earned approximately
**$19.50 \*** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 GUSD**<br>**$1.00** | 0 | 19.50000000<br>$19.50 | 19.50000000<br>$19.50 |
| **Total\* in USD** | **$0.00** | **$19.50** | **$19.50** |

# October 2022  BlockFi Interest Account Statement

**Flex Selection**          ---
**Month Ending**            October 31, 2022

You earned approximately
## $26.17 * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BAT**<br>$0.30 | **0.22336058**<br>$0.07 | **264.41454392**<br>$78.40 |
| **1 BTC**<br>$20,492.00 | **0.00077686**<br>$15.92 | **0.38614054**<br>$7,912.79 |
| **1 ETH**<br>$1,572.90 | **0.00637422**<br>$10.03 | **2.65046327**<br>$4,168.91 |
| **1 GUSD**<br>$1.00 | **0.00006448**<br>$0.00 | **0.01057767**<br>$0.01 |
| **1 LINK**<br>$7.86 | **0.00783494**<br>$0.06 | **9.27531819**<br>$72.87 |
| **1 UNI**<br>$6.96 | **0.01283927**<br>$0.09 | **15.19933174**<br>$105.79 |
| **Total\* in USD** | **$26.17** | **$12,338.77** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| W7YD-B23C-7RYK-2ESZ |
| --- |

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 28683 |
| --- |

Claim Name

| ▇▇▇▇▇▇▇ |
| --- |

Claimant Address on File

| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

BlockFi Seventeenth Omnibus Objection Response Portal

Name:

████████

Street1

████████

Street2

City

█████

State

██

Zip

████

Country

██████

Telephone Number

███████

Email Address

███████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| ▨ ████████ Opposition to 17th Omnibus Objections.pdf | 5 MB |

## Signature

Sign Here

Print Name

████████

Email Address

████████

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

1   Rissa A. Stuart # 166459
    Richard C. Conway - # 81679
    KAHN, SOARES & CONWAY, LLP
2   Attorneys at Law
    219 North Douty Street
3   Hanford, California 93230
    Telephone: (559) 584-3337
4   Facsimile: (559) 584-3348

5   Attorneys for Claimant, ███████████

6

7

8               UNITED STATES BANKRUPTCY COURT
9                   DISTRICT OF NEW JERSEY

10
    In re:                                          Chapter 11
11
    BLOCKFI INC., *et al.,*                         Case No.  22-19361 (MBK)
12
                                                    **CLAIMANT, ███████████**
13              Debtors.                            **PROOF OF CLAIM NO. 28683,**
                                                    **RESPONSE AND OPPOSITION TO**
14                                                  **THE NOTICE OF WIND-DOWN**
                                                    **DEBTORS' SEVENTEENTH OMNIBUS**
15                                                  **OBJECTIONS TO CLAIMS**

16
                                                    Date: April 9, 2024
17                                                  Time: 11:00 a.m. ET

18

19          Claimant, ███████████  Proof of Claim No. 28683, responds to the further

20  objection to claim and the request for an order of expungement, on the grounds it is an erroneous

21  request by Debtor.

22          The ███████████  Proof of Claim No. 28683, was identified previously in the Notice

23  of Debtors Amended Eleventh Omnibus Objection to Certain Claims. In response thereto, the

24  undersigned, on behalf of ███████  submitted a response agreeing to the surviving claim

25

26  as set forth in the Eleventh Omnibus Objection, a true and correct copy of which is attached

27  hereto and incorporated herein by this reference as **Exhibit "1."** Specifically, Surviving Claim

28                                          1

No. 28683 was no longer classified as a secured claim, and the Surviving Claim was in the

amount of $30,830.51, with the debtor entity BlockFi Wallet, LLC.

In Debtor's Eleventh Omnibus Objection, the basis for objection was Code "BR-B"

(Inconsistent with Books and Records-Incorrect Dollar Amount, Correct Crypto Amount) and

Code "IC" (Claims are classified incorrectly or improperly). ████████ was authorized a

Surviving Claim by Debtor and submitted documentation indicating that ████████ agreed

to the Surviving Claim as set forth in the Eleventh Omnibus Objection and resulting orders.

Now, Debtor seeks to expunge said claim for the same reason, "IC," or claim is classified

incorrectly or improperly, without a factual or legal basis for the same. This is unacceptable,

contrary to law, and contrary to the Amended Eleventh Omnibus Objection and ultimate orders

thereafter, in that claimant agreed to the "Surviving Claim," as set forth in **Exhibit "1"** hereto.

Debtor has offered no facts to support the reason for expungement of Proof of Claim No. 28683,

given the approval of the Surviving Claim in October 2023.

For all of these reasons, this court should deny the action and proposed order sought, as

related to Claimant, ████████ Proof of Claim No. 28683, as set forth herein.

DATED: March 20, 2024                    KAHN, SOARES & CONWAY, LLP

By: _____
        Rissa A. Stuart, Attorneys for Claimant,
        ████████

2

# EXHIBIT "1"

Rissa A. Stuart # 166459
Richard C. Conway - # 81679
KAHN, SOARES & CONWAY, LLP
Attorneys at Law
219 North Douty Street
Hanford, California 93230
Telephone: (559) 584-3337
Facsimile: (559) 584-3348

Attorneys for Claimant ███████

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

BLOCKFI INC., *et al.*,

                        Debtors.

Chapter 11

Case No.  22-19361 (MBK)

RESPONSE TO NOTICE OF DEBTORS'
AMENDED ELEVENTH OMNIBUS
OBJECTION TO CERTAIN CLAIMS

Date: October 10, 2023
Time: 11:00 a.m. ET

    Claimant ███████ Proof of Claim No. 28683, hereby agrees to the Surviving

Claim set forth in the Eleventh Omnibus Objection, a copy of which is attached hereto and

incorporated herein by this reference as **Exhibit "A."**

DATED: October 2, 2023                 KAHN, SOARES & CONWAY, LLP

                                     By: _____
                                     Rissa A. Stuart, Attorneys for Claimant,
                                     ███████

1

# EXHIBIT "A"

**Debtor: BlockFi Inc. et al.**

Relevant Case Numbers: BlockFi Inc. 22-19361; BlockFi Lending LLC 22-19365; BlockFi Wallet LLC 22-19366; BlockFi International Ltd. 22-19368

**Eleventh Omnibus Objection**

**Legend Basis for Objection**

| | |
|---|---|
| BR-RI | Claimant is not identifiable as a customer or counterparty of BlockFi |
| BR - A | Inconsistent with Books and Records- Incorrect Crypto Amount, Correct Dollar Amount |
| BR - B | Inconsistent with Books and Records- Incorrect Dollar Amount, Correct Crypto Amount |
| BR - C | Inconsistent with Books and Records- Incorrect Dollar and Crypto Amount |
| I/L | Claims Fail to specify the asserted claim amount or list 'unliquidated' |
| AMD | Claim amended by subsequently filed proof of claim |
| DUP | Duplicative claim |

| | |
|---|---|
| TOU | Claim includes amounts in violation of Terms of Use, including fraud or disabled account |
| IC | Claims are classified incorrectly or improperly |
| ID | Claims fail to specify the basis for claim or provide sufficient documentation |
| NL | Seeks recovery for amounts for which the Debtors are not liable |
| NOT | Non-debtor has satisfied the claim in full |
| L | Line Item claim after bar date |
| O | Other: see Notes for more information |

**Filed Claim**

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection | Action |
|---|---|---|---|---|---|---|
| 28683 | ███████ | 03/30/23 | BlockFi Wallet LLC | $26,652.99 | BR-B, IC | Modify |

**Surviving Claim**

| Surviving Claim No. | Estate - Debtor Entity | Estate - Surviving Claim Amount | Wallet - Debtor Entity | Wallet Coins - Surviving Claim Amount [1] |
|---|---|---|---|---|
| 28683 | BlockFi Inc. | $30,830.51 | BlockFi Wallet LLC | View balances at https://restructuring.ra.kroll.com/blockfi/EPOC-Index |

| Notes |
|---|
| |

[1] Claims that did not assert Wallet as part of their proof of claim may still have Wallet balances but may be listed as "N/A" to this particular claim.

[2] Claims that the Debtors are seeking to modify are subject to future objection.

**PROOF OF SERVICE**

I am employed in the County of Kings, State of California. I am over the age of 18 and not a party to the within action. My business address is: 219 N. Douty St., Hanford, CA 93230.

On October 2, 2023, I served the foregoing document described as **RESPONSE TO NOTICE OF DEBTORS' AMENDED ELEVENTH OMNIBUS OBJECTION TO CERTAIN CLAIMS** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com | *Attorneys for Debtors and Debtors in Possession* |
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Christine A. Okike, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>jsussberg@kirkland.com<br>christine.okike@kirkland.com | |
| **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq.<br>Kenric D. Kattner, Esq. (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>richard.kanowitz@haynesboone.com<br>kenric.kattner@haynesboone.com | |

☒ **(BY FIRST CLASS MAIL)** on the following party(s) in said action, in accordance with Code of Civil Procedure § 1013a, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth above or on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepared at Hanford, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I

caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on October 2, 2023, in Hanford, California.

☒ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Maria Cabrera*
MARIA CABRERA

2

**PROOF OF SERVICE**

I am employed in the County of Kings, State of California. I am over the age of 18 and not a party to the within action. My business address is: 219 N. Douty St., Hanford, CA 93230 and my email address is mcabrera@kschanford.com .

On March 21, 2024, I served the foregoing document described as **CLAIMANT,** ██████████ **PROOF OF CLAIM NO. 28683, RESPONSE AND OPPOSITION TO THE NOTICE OF WIND-DOWN DEBTORS' SEVENTEENTH OMNIBUS OBJECTIONS TO CLAIMS** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com | *Attorneys for Debtors and Debtors in Possession* |
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Christine A. Okike, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>jsussberg@kirkland.com<br>christine.okike@kirkland.com | |
| **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq.<br>Kenric D. Kattner, Esq. (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>richard.kanowitz@haynesboone.com<br>kenric.kattner@haynesboone.com | |

☒ (**BY FIRST CLASS MAIL**) on the following party(s) in said action, in accordance with Code of Civil Procedure § 1013a, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth above or on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepared at Hanford, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1

☒  (**BY E-MAIL OR ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on March 21, 2024, in Hanford, California.

☐  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

MARIA CABRERA

2

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

HJ3H-A92Y-NJ6Z-NYWJ

○ Where can I find my Unique ID?

## Claim Information

Claim Number

588

Claim Name

███████████

Claimant Address on File

████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

BlockFi Seventeenth Omnibus Objection Response Portal

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 ▆▆▆Mortgage_Proff.pdf | 1 MB |
| 📄 ▆▆▆ar_Loan_proff.pdf | 1 MB |
| 📄 eStmt_2024-01-04.pdf | 321 KB |

## Signature

Sign Here



Print Name

▆▆▆▆▆▆▆▆

Email Address

▆▆▆▆▆▆▆▆

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.


**BANK OF AMERICA**

P.O. BOX 15284
WILMINGTON, DE  19850

**Customer Service Information:**
www.bankofamerica.com
1.800.421.2110
**Mail billing inquiries to:**
Bank of America
P.O. Box 672050
Dallas TX  75267-2050
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

**Visa Signature®**
Account#
December 5 - January 4, 2024

## Account Summary/Payment Information

| | |
|---|---|
| Previous Balance | |
| Payments and Other Credits | $ |
| Purchases and Adjustments | |
| Balance Transfers | |
| **Fees Charged** | |
| **Interest Charged** | |
| New Balance Total | |
| Total Credit Line | |
| Total Credit Available | |
| Cash Credit Line | |
| Portion of Credit Available for Cash | |
| Statement Closing Date | 01/04/2024 |
| Days in Billing Cycle | 31 |

New Balance Total
Current Payment Due

Total Minimum Payment Due
Payment Due Date                                   02/01/2024

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%.**
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 23 years | |
| | 36 months | |

**If you would like information about credit counseling services, call 866.300.5238.**

04

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

Account Number:

| | |
|---|---|
| Payment Due Date | 02/01/2024 |
| New Balance Total | |
| Total Minimum Payment Due | |

Enter payment amount    $ _____

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
**Mail this coupon along with your check payable to: Bank of America**

⑆ 5 2 4 0 2 2 2 5 0 ⑈



004 - 000 - 000 - G

## IMPORTANT INFORMATION ABOUT THIS ACCOUNT

**PAYING INTEREST -** We will not charge interest on Purchases on the next statement if you pay the New Balance Total in full by the Payment Due Date, and you had paid in full by the previous Payment Due Date. We will begin charging interest on Balance Transfers and Cash Advances on the transaction date.

**TOTAL INTEREST CHARGE COMPUTATION -** Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges, we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result is multiplied by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS -** Payments are allocated to posted balances. If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

**IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE -** When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**YOUR CREDIT LINES -** The Total Credit Line is the amount of credit available for the account; however, only a portion of that is available for Bank Cash Advances. The Cash Credit Line is that amount you have available for Bank Cash Advances. Generally, Bank Cash Advances consist of ATM Cash Advances, Over the Counter (OTC) Cash Advances, Same-Day Online Cash Advances, Overdraft Protection Cash Advances, Cash Equivalents, and applicable transaction fees.

**MISCELLANEOUS -** Promotional Rate End Date: This date is based on a future statement closing date. If you change your payment due date, this date could change. The New Balance Total which appears on this statement is not a payoff amount and may be subject to additional interest charges when you pay in full after your statement closing date. Virtual cards are the digital form of your eligible physical credit cards stored within a digital wallet.

© 2024 Bank of America Corporation

## CALCULATION OF BALANCES SUBJECT TO INTEREST RATE

Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to an Interest Rate for Purchases and for each Introductory or Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Purchases, new Account Fees, and new Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

Average Balance Method (including new Balance Transfers and new Cash Advances): We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Introductory or Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Balance Transfers, new Cash Advances and Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance: (1) we take the beginning balance attributable solely to Pre-Cycle balance (which will be zero on the transaction date of the first Pre-Cycle balance); (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add and only the applicable Pre-Cycle balances and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

For the complete terms and conditions of your account, consult your Credit Card Agreement. This account is issued and administered by Bank of America. Bank of America is a registered trademark of Bank of America Corporation.

**PAYMENTS -** We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the remittance portion of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m. Central. Credit for any other payments may be delayed up to five days. Cash payments made with our tellers will only be accepted with a valid identification (ID).

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

**Change of Address/Phone number: Online at www.bankofamerica.com**

**Please do not add any written communication in this space.**

AB

████████████    ████████████    | ████████  |  December 5 - January 4, 2024

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| ██ | ██ | ████████████████████████ | ██ | ███ | ██▶ | ███ |
| | | **Purchases and Adjustments** | | | | |
| ██ | ██ | ████████████████████ | ██ | ███ | ███ | ███ |
| | | **Balance Transfers** | | | | |
| ██ | ██ | ██████████████████████ | ██ | ███ | ██ | ███ |
| | | **Fees** | | | | |
| ██ | ██ | █████████████████ | ██ | ███ | ███ | ███ |
| | | **Interest Charged** | | | | |
| █ | █ | ████████████████ | | | █ | |
| █ | █ | ██████████████ | | | | ███ |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | ████ |
| Total interest charged in 2024 | ███ |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| **Purchases** | 25.24%V | | | | $ | ██ ██ ███ |
| **Balance Transfers** | 25.24%V | | | | $ | ██ ██ ███ |
| Promotional APR | 0.00% | BT | LN00-25280 | 02/04/2025 | $ ██ | ██ ███ |
| **Direct Deposit and Check Cash Advances** | 28.24%V | | | | $ | ██ ██ ███ |
| **Bank Cash Advances** | 29.99%V | | | | $ | ██ ██ ████ |

APR Type Definitions  Promotional Transaction Types: BT = Balance Transfer; Daily Interest Rate Type: V= Variable Rate (rate may vary); APR Type: Promotional APR (APR for limited time on eligible transactions)

| December 5 - January 4, 2024

## Important Messages

You can request a copy of this statement in either Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

### Your Reward Summary

| | |
|---|---|
| .01 | Base Cash Back Earned |
| 7.53 | Total Cash Back Available |

**Make the most of your rewards program today!**

## Shop. Apply. Drive.

Try our Digital Car Shopping experience.

**bankofamerica.com/carshopping**

To start shopping



scan this code

When you use the QRC feature certain information is collected from your mobile device for business purposes.

Vehicle financing provided by Bank of America. Credit and collateral are subject to approval. Terms and conditions apply. Automobile shopping content provided by automobile dealerships through a website provided by a third party not affiliated with Bank of America and is not available in all states. Bank of America is not responsible for any automobile content, products or services.

Bank of America N.A. Member FDIC. © 2023 Bank of America Corporation.

SSM-03-23-0686.C | 5529518

| DEALER NAME | SAG KENOSHA LLC DBA HONDA OF KENOSHA | | VEH. STOCK NO. OR ORDER NO. | MILEAGE AT SIGNING | ORDER NO. |
|---|---|---|---|---|---|
| ADDRESS | 12180 77TH STREET PO BOX 190 | | RE049002 | 04 | 12/07/2023 |
| CITY, STATE, ZIP | BRISTOL WI 53104 | | SALESPERSON'S NAME | ALCHAAR,ABDULGHANI | |
| TELEPHONE NO. | (262) 891-6300 | | SALESPERSON'S LICENSE NUMBER | | |

DEAL# 40354

PROSPECTIVE PURCHASER ("YOU")
NAME(S)

PROSPECTIVE PURCHASER
STREET ADDRESS          CITY          STATE          ZIP

RESIDENCE PHONE   CELL PHONE   BUSINESS PHONE   RESIDENCE COUNTY   RESIDENCE TOWNSHIP/CITY/VILLAGE   E MAIL ADDRESS

PLEASE ENTER MY ORDER FOR THE
FOLLOWING DESCRIBED VEHICLE   XX ☑ NEW  ☐ USED  ☐ DEMO/EXEC   TITLE AS ☐ CAR  ☐ TRUCK  ☑ MOTORCYCLE  ☐ OTHER       LICENSE NO

| | MODEL YEAR | MAKE – TRADE NAME | MODEL | BODY TYPE | IDENTIFICATION NO |
|---|---|---|---|---|---|
| PURCHASED VEHICLE | 2024 | HONDA | CR-V | SUV | 7FARS6H92RE049002 |
| OWNED OR LEASE/TRADE IN | N/A | | | | |

Dealer is not a party to any manufacturer warranties. Terms may be
negotiable. Terms agreed to on the purchase contract are final

**WARRANTY & SERVICE CONTRACT INFORMATION**
Refer to separate document for coverages and exclusions. Dealer disclaims implied
warranties of merchantability and fitness for a particular purpose
**AS IS – NO WARRANTY.** Unless "Dealership" is checked under Limited Extended
Warranty, this vehicle is sold AS IS and the dealer assumes no responsibility for any
repairs regardless of any oral statements about the vehicle.
**IMPORTANT:** Ask for all promises in writing. Spoken promises are difficult to
enforce. Warranty terms may be negotiable. Terms agreed to on the purchase
contract are final
**Original Manufacturer Warranty Information**
Dealer is not a party to any manufacturer warranty
☐ Original Manufacturer Warranty (either new or remaining)
   Expiration _____ (date)
   Deductible _____ (miles), whichever comes first
☐ Original Manufacturer Warranty EXPIRED or NOT KNOWN
☐ Original Manufacturer Warranty CANCELLED due to history

**LIMITED EXTENDED WARRANTY/SERVICE CONTRACT**
provided by: ☐ Manufacturer  ☐ Warranty company  ☐ Dealership
ration: _____ (months) _____ (miles), whichever comes first.
eductible: _____  Transfer fee: _____
ercentage of repair costs to be paid by you: _____
arranty term begins on: _____

HER CONDITIONS OF SALE

Auto Butler          995.00

**ANTICIPATED DELIVERY DATE:** December 7 , 20 23
*Regardless of reason, if the vehicle ordered by the purchaser is not
available for delivery within 15 calendar days after the anticipated
delivery date, the purchaser may cancel this order and shall,
within one business day, receive a full refund of any down
payment, and return of trade-in allowance, or title for trade-in
vehicle, or both. If the trade-in is not available, the purchaser shall
receive the trade-in allowance. Unless delivery date is otherwise
qualified on the purchase contract by the purchaser, if the ordered
vehicle becomes available for delivery prior to the stated
anticipated delivery date, the dealer licensee may require
acceptance not less than 21 calendar days after having notified the
purchaser of availability of delivery, in which case no penalty shall
be assessed for nonacceptance of delivery prior to the stated
anticipated delivery date.*

A service fee is not required by law, but may be charged to motor vehicle
purchasers or lessees for services related to compliance with state and
federal laws, verifications and public safety, and must be reasonable.

☑ **This is a Finance Transaction.** (Check A. or B.).
Closing scheduled at dealer's office on specified delivery date or as mutually
agreed. You are obligated to purchase, subject to availability of financing through
dealer, on terms
   A. ☐ In attached disclosure. These terms do not extend beyond the closing
      date if dealer is willing and able to deliver vehicle on these terms.
   B. ☐ Acceptable to You.

☐ This transaction is subject to financing being arranged through creditor of Your
choice. You must obtain acceptable financing and dealer must receive written
notice by (date) _____ or this contract is void.

☐ This is a cash transaction. You are obligated to pay the balance due on delivery.

THE APPRAISAL OF THE TRADE-IN IS BASED ON AN ODOMETER READING OF UP TO _____ MILES/KILOMETERS, AND THE
TRADE-IN MAY BE REAPPRAISED IF IT EXCEEDS THIS LIMIT.

**USED:     PRICE INFORMATION**

| NEW: | | | |
|---|---|---|---|
| ☐ MSRP detail provided on window label | | | See Total |
| ☐ MSRP detail provided on attachment | | | MSRP Below |
| BASE MSRP (Manufacturer Suggested Retail Price) | | $ | |
| Dealer Markup | | | |
| Dealer installed options — Has a warranty if ☑ at left | | | |
| S-SECURE ETCH THEFT PROTECTION | | | |
| S-MATS | | | |
| DIAMOND FUSION & AUTO BUTLER | | | |
| Total Dealer Installed Options | | | |

PRICE OF THE VEHICLE
a. Dealer Retail Price          43,818.00
b. Services Fee
c. Discount                     398.00
                                1,000.00
1. Cash Price (a + b – c) .................................. 1.

**TRADE ALLOWANCE**
(See reverse side for lease equity calculation. If net lease equity is negative, add in line g and j)
2. Owned Trade-in Allowance or Net Lease Equity) .... 2.
d. Trade Difference (1-2)        43,216.00

**TAXABLE ITEMS PURCHASED WITH THE VEHICLE**
e. Other .......................................... N/A
f. Service Contract ................................ N/A
3. Total of Taxable items (e + f) ...................... 3.

**SALES TAX CALCULATION**
g. Amount Subject to Sales Tax (1 – 2 + 3)   43,216.00
h. State Tax (g x .05) ....................    3,025.12
i. County Tax (g x .005) ..................        N/A
j. Local/Stadium Tax (g x .001) ..........        N/A
4. Total of Taxes (h + i + j) ......................... 4.

**NON-TAXABLE ITEMS PURCHASED WITH THE VEHICLE**
k. Fees to appear on MV11 .................    335.50
l. Other ..................................        N/A
5. Total of Non-Taxable Items (k + l) ................. 5.

**OWNED VEHICLE PAYOFF**
Due to _____
6. Estimated Payoff Amount on Owned Trade-in ......... 6.

**CASH & CASH EQUIVALENTS**
m. Cash Down Payment on Order .............  15,000.00

| n. REBATES | | CASH BACK | ASSIGNED | |
|---|---|---|---|---|
| N/A | | ☐ | ☐ | N/A |
| N/A | | ☐ | ☐ | N/A |
| N/A | | ☐ | ☐ | N/A |

o. Additional Cash Due (Date/Amount) _____
7. Total Cash and Rebates (m + n [if assigned] + o) .... 7.
8. Due on Delivery or Balance to Finance
   (1 – 2 + 3 + 4 + 5 + 6 – 7) ........................ 8.

☐ **THE ORDERED VEHICLE MUST BE LOCATED**
If the motor vehicle dealer and purchaser enter into a purchase contract for a new
motor vehicle not available at the dealer's lot, the dealer and purchaser agree
that the vehicle mileage upon delivery will not exceed _____ miles.
Before vehicle delivery, purchaser has the right to cancel the purchase contract if
the mileage of the vehicle exceeds that amount. The option to cancel ends at
acceptance of delivery.

☐ ORDER OUT VEHICLE NOT PRICE PROTECTED (See Back of Contract for Details)

**BUYER'S REPRESENTATIONS:** This transaction is voidable at the option of the dealer at any time prior to delivery of the purchased vehicle if any of the following representations are untrue. The
option to void this transaction in no way limits or restricts the election of other remedies available to the dealer prior to or after the closing of this transaction and these representations survive the
closing of this transaction as to other remedies. You must read and answer these questions. I represent and warrant:

| | | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|---|
| 1. | That I am 18 years of age or older | ☐ | ☐ | 8. That the engine and transmission of the trade-in have not been changed from manufacturer's original equipment specifications. | | ☐ | ☐ |
| 2. | That I have full power, right and lawful authority to dispose of the trade-in | ☐ | ☐ | 9. That while I have owned or leased the trade-in its odometer has not been replaced, tampered with or otherwise altered in any way and I believe that the trade-in vehicle's current odometer reading of _____ miles/kilometers does reflect its actual mileage. | | ☐ | ☐ |
| 3. | That, notwithstanding the payoff amount that dealer agrees to make as indicated in the components of price of the Purchase contract or in Other Conditions of Sale, I will ensure that any and all liens or encumbrances on the trade-in are satisfied and released before or immediately upon delivery of the trade-in to the dealer | ☐ | ☐ | 10. That while I have owned or leased the trade-in its restraining devices (including airbags and belts) have not been replaced, tampered with, or otherwise altered in any way | | ☐ | ☐ |
| 4. | That the only holder(s) of a security interest or lien in the trade-in (Lienholders) (are) shown below | ☐ | ☐ | 11. That the trade-in has not previously been a salvage vehicle, manufacturer buyback, or subject to any other title brand. | | ☐ | ☐ |
| 5. | That the trade-in is not subject to a child support lien | ☐ | ☐ | 12. That the trade-in has not previously been flood or water damaged. | | ☐ | ☐ |
| 6. | That the trade-in does not have a cracked or defective head, block, powertrain, or frame (including supportive portion of unibody) | ☐ | ☐ | 13. That the trade-in does not have any corrective welds or other evidence of repair to the strut tower, floor pan, frame or other structural portion of the unibody | | ☐ | ☐ |
| 7. | That all parts of the trade-in emission control system are as originally installed by the manufacturer or have comparable and tested replacement equipment. | ☐ | ☐ | | | | |

Lienholder(s): _____
Explain All "NO" Answers: _____

No oral representations are binding unless written on this form. The document (including the items printed on the Reverse Side) is the entire agreement between You and Dealer, and supersedes any prior agreements and
representations, regarding the transactions described above. No modification or waiver of this agreement is enforceable against either party unless agreed to in writing by that party. You will receive a copy of this order

As a deterrent to purchaser failing to take delivery on the vehicle as herein provided, you agree that if you do not accept delivery, you shall, at dealer's option, forfeit to dealer,
as a penalty, 5 % (not to exceed 5%) of the cash price of the vehicle as authorized by Section 218.0141 Wisconsin Statutes. Dealer retains the right to bring action
for actual damages caused by breach of this contract, in lieu of the above penalty.

| | DATE | TIME | |
|---|---|---|---|
| YOUR SIGNATURE(S) | SIGNED 12/07/2023 | SIGNED 14:42 | A.M. P.M. |
| ACCEPTED BY DEALER AUTHORIZED SIGNATU | SIGNED 12/07/2023 | SIGNED 14:42 | A.M. P.M. |

© 2021 WI Auto & Truck Dealers Assn., Inc.
#1 Rev.
® WATDASI Forms 800-236-7672 www.watdasi.com

## RETAIL INSTALLMENT SALE CONTRACT - SIMPLE FINANCE CHARGE
### (WITH ARBITRATION PROVISION)

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) N/A | Seller-Creditor (Name and Address) HONDA OF KENOSHA 12180 77TH ST. BRISTOL, WI 53104- |
|---|---|---|
| ▪ | | |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased Personal, family, or household unless otherwise indicated below |
|---|---|---|---|---|
| NEW | 2024 | Honda CR-V Hybrid | 7FARS6H92RE049002 | ☐ business  ☐ agricultural  ☐ N/A |

### TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of |
|---|---|---|---|---|
| ▪ | ▪ | ▪ | ▪ | ▪ |
| | | | | (e) means an estimate |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| ▪ | ▪ | Monthly beginning 01/21/2024 |
| One Final Payment Of | $ N/A | On N/A |
| N/A | | |

**Late Charge.** If payment is not received in full within ___10___ days after it is due, you will pay a late charge of ___5___ % of the part of the payment that is late. The charge will not exceed $ ___10___ if you bought the vehicle for personal, family or household use and the amount financed is $25,000 or less.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, and security interest.

### WARRANTIES SELLER DISCLAIMS
**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

### SERVICING AND COLLECTION CONTACTS
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

### APPLICABLE LAW
Federal law and the law of the state of Wisconsin apply to this contract.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X ▪                    Co-Buyer Signs X N/A

American Land Title Association

ALTA Settlement Statement - Combined
Adopted 05-01-2015

| | |
|---|---|
| File No./Escrow No.: | 2210024-00103 |
| Print Date & Time: | 02/29/2024  8:15 AM |
| Officer/Escrow Officer: | Karri A. Webber |
| Settlement Location: | 4192 IL Route 83 Ste. F Long Grove, IL 60047 |

Burnet Title
ALTA ID : 1068894
One Parkview Plaza, Suite 750 Oakbrook
Terrace, IL 60181



| | |
|---|---|
| Property Address: | |
| Buyer: | |
| Seller: | |
| Lender: | Rocket Mortgage, LLC, ISAOA |
| | 1050 Woodward Ave, Detroit, MI 48226-1906 |
| Settlement Date: | 03/04/2024 |
| Disbursement Date: | 03/04/2024 |

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | | Contract Sales Price | | |
| | | Deposit or earnest money | | |
| | | Principal Loan Amount from Rocket Mortgage, LLC, ISAOA | | |
| | | Seller Paid Closing Costs | | |
| | | Lender Credits from Rocket Mortgage, LLC, ISAOA | | |
| | | Realtor credit from Coldwell Banker Realty | | |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | | HOA credit | | |
| | | Prorated 2023 taxes 1/1/23-12/31/23 | | |
| | | Prorated 2024 taxes 1/1/24-3/4/24 | | |
| | | | | |
| | | **Loan Charges to Rocket Mortgage, LLC, ISAOA** | | |
| | | Underwriting Fee to Rocket Mortgage, LLC, ISAOA | | |
| | | | | |
| | | **Other Loan Charges** | | |

Copyright American Land Title Association. All rights reserved.

Initials KW

Printed on 02/29/2024 at  8:15 AM

| | | | | |
|---|---|---|---|---|
| | | Aggregate Accounting Adjustment to Rocket Mortgage, LLC, ISAOA | | |
| | | Appraisal Fee to Amrock, LLC POC $555.00 | | |
| | | Broker Compensation | | |
| | | County Property Taxes 10 Month(s) @ 690.09 per Month(s) Rocket Mortgage, LLC, ISAOA | | |
| | | Credit report to Credco | | |
| | | Daily interest charges from 3/4/2024 to 4/1/2024 @ 57.24/day Rocket Mortgage, LLC, ISAOA(28 days) | | |
| | | Flood Cert. Fee to CoreLogic Flood Services | | |
| | | Flood Life of Loan Coverage to CoreLogic Flood Services | | |
| | | Homeowner's Insurance Homesite POC $1,097.00 | | |
| | | Life of Loan Tax Service to CoreLogic Tax Services | | |
| | | MERS Registration Fee to MERS | | |
| | | Other Loan Fee to Amrock, LLC | | |
| | | | | |
| | | **Impounds/Escrows** | | |
| | | Hazard Ins. Reserve 3 Month(s) @ 91.42 per Month(s) Rocket Mortgage, LLC, ISAOA | | |
| | | | | |
| | | **Title Charges & Escrow / Settlement Charges** | | |
| | | ALTA Endorsement 4-06 (Condominium - Loan Policy) to Burnet Title | | |
| | | ALTA Endorsement 8.1-06 (Environmental Protection Lien) to Burnet Title | | |
| | | Attorney Fee Seller to AJP Law Firm, LLC | | |
| | | Chain of Title to Burnet Title | | |
| | | Commitment Update/Later Date Fee - Seller to Burnet Title | | |
| | | Electronic Delivery & Handling Fee to Burnet Title | | |
| | | Insured Closing Protection Letter to Burnet Title | | |
| | | Lender's Coverage ($344,000.00) to Burnet Title - AJP Law Firm LLC | | |
| | | Owner's Coverage ($430,000.00) to Burnet Title - AJP Law Firm LLC | | |
| | | Policy Update/Later Date Fee - Buyer to Burnet Title | | |
| | | Processing & Overnight Delivery Fee to Burnet Title | | |
| | | Search Package Fee to Burnet Title | | |
| | | Settlement/Closing Fee Buyer to Burnet Title | | |
| | | State of Illinois Policy Fee to Burnet Title | | |
| | | Wire Processing Fee to Burnet Title | | |
| | | | | |
| | | **Commission** | | |
| | | Listing Commission to Coldwell Banker Realty | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees for Deed to Lake County Recorder Of Deeds | | |
| | | Recording Fees for Mortgage to Lake County Recorder Of Deeds | | |
| | | Transfer Tax - County to Lake County Recorder Of Deeds | | |

Copyright 2015 American Land Title Association. All rights reserved.

Initials KN

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Transfer Tax - State to Lake County Recorder Of Deeds | | | | |
| | | | | | | | |
| | | | **Payoff(s)** | | | | |
| | | | Lender: Mr Cooper | | | | |
| | | | Payoff First Mortgage to Mr Cooper | | | | |
| | | | | | | | |
| | | | **Miscellaneous** | | | | |
| | | | HOA Dues to Foster Premium | | | ███ | |
| | | | HOA fees to Georgetown Square Condominium Association | | | | |
| | | | HOA resale packet reimbursement to AJP Law Firm, LLC | | | | |

| Seller | | | | Borrower/Buyer | |
|---|---|---|---|---|---|
| **Debit** | **Credit** | | | **Debit** | **Credit** |
| | | SubTotals | | | |
| | | Due From Borrower | | | |
| | | Due To Seller | | | |
| | | Totals | | | |

### Acknowledgement

If you have any questions about the settlement charges and loan terms listed on this form, please contact your settlement agent. Settlement agent is not responsible for content of lender's assessments on this Settlement Statement.

The seller's and borrower's signatures hereon acknowledge their approval and signify their understanding that tax and insurance prorations and reserves are based on figures for the preceding year or supplied by others or estimated for the current year, and in the event of any change for the current year, all necessary adjustments will be made between borrower and seller directly. Any deficit delinquent taxes or mortgage payoffs will be promptly reimbursed to the settlement agent by the seller.

I have carefully reviewed this Settlement Statement and to the best of my knowledge and belief, it is true and accurate statement of all receipts and disbursements. I further certify that I have received a copy of this Settlement Statement.



Copyright 2015 American Land Title Association. All rights reserved

Initials

Printed on 02/29/2024 at  8:15 AM



Received

MAR 2 1 2024

Kroll Restructuring Administration

March 18, 2024



Received

MAR 1 8 2024

Kroll Restructuring Administration

Dear Kroll Restructuring Administration LLC,

My name is ▇▇▇▇▇▇ I am writing for clarification on the letter to the proposed settlement related to the bankruptcy proceeding of BlockFi Inc., et al., Case 22-19361 (Docket No. 2169)

Claim Number: 24613

Claimant Name: Jordan, Jodi

Unique ID: E3Y3-HDRG-SJXF-T9FS

Please see the enclosed documentation: Kroll Received Your Proof of Claim letter(s) (Claim number 24613 and Claim number 24123), Wind-Down Debtors: BlockFi INC et al. 17th Omnibus Objection letter, Claimant Objection Letter.

It is my understanding the 17th Omnibus Objection letter is to advise me of a duplicate proof of claim number for the same claimant, ▇▇▇▇▇▇ The duplication of Proof of Claim Numbers 24123 and 24613 means the expungement of the Proof of Claim Number 24613 only and the Proof of Claim Number 24123 is still valid.  If this correct, no objection of the expungement of Proof of Claim Number 24613 is necessary.  However, if this is not correct and I no longer have a valid Proof of Claim Number, please see enclosed objection letter.


Thank you,

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇ Proof of Claim No. 24613 and Proof of Claim No. 24123)

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

To: ▮▮▮▮▮▮▮▮

In re: BlockFi Inc., et. al.
Case No. 22-19361 (MBK)
United States Bankruptcy Court for the District of New Jersey (Trenton)

### KROLL RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the
BlockFi Inc. jointly administered chapter 11 bankruptcy cases has been received by Kroll
Restructuring Administration LLC ("*Kroll*") on Wednesday, March 29, 2023.

Your claim has been assigned claim number ____24613____.

Please **do not** discard this letter as you may need to refer to it in the future.


**The processing of your claim by Kroll and your receipt of this letter is not an acknowledgement of
the validity, nature or amount of your claim.**

To: █████████

In re: BlockFi Inc., et. al.
Case No. 22-19361 (MBK)
United States Bankruptcy Court for the District of New Jersey (Trenton)

### KROLL RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the BlockFi Inc. jointly administered chapter 11 bankruptcy cases has been received by Kroll Restructuring Administration LLC ("*Kroll*") on Wednesday, March 29, 2023.

Your claim has been assigned claim number _____24123_____.

Please **do not** discard this letter as you may need to refer to it in the future.


**The processing of your claim by Kroll and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.**

**Wind-Down Debtors: BlockFi Inc et al.**

**17th Omnibus Objection**

Legend: Basis for Objection

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi's books and records |
| IC | Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity |
| DUP | Claim is duplicative of another proof of claim filed by the same claimant |
| Amended | Claim amended by subsequently filed proof of claim |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 24613 | ███████ | 03/29/2023 | BlockFi Inc. | $28,460.12 | DUP |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 24123 | - | - | - | - | - | - | - | - | N/A |

| Action |
|---|
| Expunge |



March 18, 2024

Dear Kroll Restructuring Administration LLC,

My name is ▇▇▇▇▇▇ am writing to object to the proposed settlement related to the
bankruptcy proceeding of BlockFi Inc., et al., Case 22-19361 (Docket No. 2169)

Claim Number: 24613

Claimant Name: Jordan, Jodi

Unique ID: E3Y3-HDRG-SJXF-T9FS

Please see the enclosed documentation: Kroll Received Your Proof of Claim letter(s) (Claim
number 24613 and Claim number 24123), Wind-Down Debtors: BlockFi INC et al. 17th Omnibus
Objection letter, and Claimant Clarification Letter.

I hereby object to the expungement of my BlockFi bitcoin account in the amount of $28,460.12.
In good faith I bought my Bitcoin for a total of $40,000.00 and placed it in BlockFi's care. Due to
BlockFi's mismanagement and deceptive practices, they declared bankruptcy. These actions
resulted in the loss of my bitcoin. I respectively ask Kroll Restructuring Administration to hold
BlockFi accountable as they are FTX, 3AC, and other companies and their bankruptcy estates. I
believe BlockFi's accountability to me is the return of my bitcoin or at a minimum the value of
my account at the time of bankruptcy of $28,460.12.

Once more, I do not agree with having my account expunged. Please feel free to contact me
with any questions or concerns.

Sincerely,



BlockFi Inc 17th Omnibus Objection Response
Processing Center

C/o Kroll Restructuring Administration LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

Received

MAR 2 1 2024



US POSTAGE AND FEES PAID
GROUND ADVANTAGE
Mar 18 2024
Mailed from ZIP 32163
4 OZ GROUND ADVANTAGE RATE
ZONE 5
18189943
Commercial Plus Pricing

06280001442216

**USPS GROUND ADVANTAGE**

B097

Shipped using PostalMate
Pkg:107244



SHIP TO:

BLOCK FI INC. 17TH OMNIBUS OBJ RESPONS
C/O KROLL RESTRUCTURING ADMIN
PO BOX 4850
GRAND CENTRAL STATION
NEW YORK NY 10163—4850

**USPS TRACKING #**



9400 1112 0621 0309 1490 63

RECEIVED

MAR 2 1 2024

KROLL RESTRUCTURING
ADMINISTRATION