# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.  **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

Grand Central Station, PO Box 4850

New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC

850 Third Avenue, Suite 412

Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

HFPE-KQPQ-RBCE-TKMD

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

BlockFi Seventeenth Omnibus Objection Response Portal

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: ██████████████
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

6685

Claim Name

██████████

Claimant Address on File

██████████████

To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Dokument█████████-2.pdf | 1 MB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

1.My unique code does not seem to work

2. I only receive 5 dollars according to your mail, but my claim is 27803, us dollars.
according to your information  I was to supposed to receive 20-40% af othe claim in the first
pay out round





March 19, 2024

To: BlockFi

Thank you for your diligent restructuring and wind-down on the bankruptcy case.

I would kindly like to request the following:
Claim 1278      $116,367.34
Claim 3405      $123,203.11

For both Claim 1278 & 3405, I would like my 6.57781240 BTC (Bitcoin) in coins and not cash value to avoid a tax payment. My long-term plan is to hold my Bitcoin asset for 20+ years. Currently, the price of Bitcoin is $72,357.13 and total BTC Holding is $475,951.63.

I only care about my Bitcoin holding and fine with cash on my other coins (i.e. Etherium, PAX Gold, Litecoin, Chainlink).



I would like your consideration on my request.



Received

MAR 2 2 2024

Kroll Restructuring Administration

Wind-Down Debtors: BlockFi Inc *et al.*

17th Omnibus Objection

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi's books and records |
| IC | Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity |
| DUP | Claim is duplicative of another proof of claim filed by the same claimant |
| Amended | Claim amended by subsequently filed proof of claim |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 1278 | ███████ | 01/10/2023 | BlockFi Inc. | $123,203.11 | BR |

| Schedule Info | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 19677 | - | - | - | - | - | - | - | - | N/A |

| Action |
|---|
| Expunge |

# ◢◤ Gmail

---

## BlockFi Bankruptcy Notice

4 messages

---

**BlockFi Inc Bankruptcy Noticing** <BlockFiBankruptcyNoticing@noticing.ra.kroll.com>     Fri, Mar 8, 2024 at 7:32 AM
Reply-To: blockfiinfo@ra.kroll.com
To:

Please find below links to the following important documents, related to the bankruptcy proceeding of
BlockFi Inc., *et al.*, Case No. 22-19361, United States Bankruptcy Court for the District of New Jersey.

- **Wind-Down Debtors' Seventeenth Omnibus Objection to Claims [Docket No. 2169]**

Responses, if any, to the Objection must be filed with Kroll Restructuring Administration LLC, so as to be
received no later than **April 2, 2024, at 4:00 p.m. (ET) (prevailing Eastern Time)**. Responses may be
filed electronically or by mail. For more information on filing a response, please visit
https://restructuring.ra.kroll.com/blockfi. **PLEASE NOTE THAT YOU DO NOT NEED TO FILE A
RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR
CLAIM.**

Claim Number: 1278
Claimant Name:
Link to Your Objection Information:

Unique ID: AYK3-5M55-3VDJ-UK5E

Claim Number: 3405
Claimant Name:
Link to Your Objection Information:

Unique ID: EYWP-SK2D-8772-STYS

Wind-Down Debtors: BlockFi Inc *et al.*

17th Omnibus Objection

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi's books and records |
| IC | Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity |
| DUP | Claim is duplicative of another proof of claim filed by the same claimant |
| Amended | Claim amended by subsequently filed proof of claim |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 3405 | ███████████ | 02/22/2023 | BlockFi Wallet LLC | $116,367.34 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 19677 | - | - | - | - | - | - | - | - | N/A |

| Action |
|---|
| Expunge |

 Gmail

---

## Electronic Proof of Claim_ ███████████████████████████████ **between** Kroll and ████████████████ **is Signed and Filed! Your confirmation ID is** ████████

2 messages

---

**noreply.efiling@ra.kroll.com** <noreply.efiling@ra.kroll.com>                Fri, Feb 17, 2023 at 1:03 PM
To ████████████████

You have completed your submission of Electronic Proof of Claim ████████████████. Please see the attached for your completed proof of claim form and submitted supporting documentation.

Thank you for your electronic submission. Please do not send a duplicate of this submission by any other method of return.

*Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC. All emails sent by Kroll Restructuring Administration LLC will now have the domain @Kroll.com. We recommend that you update your email permissions for "@Kroll.com" to continue receiving messages from us. Emails sent to the domain @primeclerk.com will continue to be received. Please be assured that your information remains secure and is only being used by Kroll Restructuring Administration LLC in connection with the purpose for which it is held.

---

**2 attachments**

📄 **Electronic Proof of Claim -** ████████████████ **.pdf**
173K

📄 **YEAR 2022 BLOCKFI STMTS.pdf**
434K

---

████████████████████████████                                Fri, Feb 17, 2023 at 1:07 PM

To: ████████████████

Begin forwarded message:

> **From:** noreply.efiling@ra.kroll.com
> **Date:** February 17, 2023 at 1:03:20 PM PST
> **To:** ████████████████
> **Subject: Electronic Proof of Claim** ███████████████████████ **between Kroll**
> **and** ████████████████ **is Signed and Filed! Your confirmation ID is** ████████
>
> You have completed your submission of Electronic Proof of Claim ███████████████████ Please
> see the attached for your completed proof of claim form and submitted supporting documentation.
> [Quoted text hidden]

---

**2 attachments**

.pdf
173K

YEAR 2022 BLOCKFI STMTS.pdf
434K

## BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

### Electronic Proof of Claim ID

If you have an EPOC ID please enter it below and select next to proceed with your claim submission. EPOC IDs can be located on the pre-printed proof of claim forms sent via first-class mail.

EPOC ID

221936104373889

EPOC IDs are not required to submit a claim. If you cannot locate your EPOC ID or do not have an EPOC ID, please select next to continue with your claim submission.

### Instructions

**Read the instructions before filling out this form. This form is for making a claim based on assets held in account of the Debtors. Do not** use this form to assert any other pre-petition claims. **Do not** use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed (November 28, 2022).**

☐ Check here to see further instructions on completing your claim form:

### Debtor Selection

**If you have one or more Interest-Bearing accounts (i.e. BlockFi Interest Accounts or BlockFi Private Client Fixed or Open Loans), fill in this information to identify the case:**

◉ U.S. client
○ Non-U.S. client

☑ **BlockFi Interest Account**: BlockFi Inc. (Case No. 22-19361)
☐ **BlockFi Private Client Fixed or Open Loans**: BlockFi Lending LLC (Case No. 22-19365)
☐ Other

### Claim Information

**1. Who is the current creditor?**

███████████

Other names the creditor used with the debtor

███████████

Customer Identification Number(s):

███████████

Email Address Used to Sign Up for your BlockFi Account(s):

███████████

**2. Has this claim been acquired from someone else?**

◉ No
○ Yes

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

**3. Where should notices and payments to the creditor be sent?**
[Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)]

**Where should notices to the creditor be sent?**

Name:

███████████

Address 1 (Street address, "Care of:", or "Attention To:"):

███████

Address 2:

Address 3:

Address 4:

City:

██

State or Province (use 2-letter abbreviation if US or Canada):

███████

Zip Code | Postal Code:

███

Is the creditor address outside of the US?

◉ No
○ Yes

Contact phone:

███████

Contact email:

████████

Should payments go to a different address?

◉ No
○ Yes

**Would you like to add any additional noticing addresses?**

◉ No
○ Yes

**4. Does this claim amend one already filed?**

◉ No
○ Yes

**5. Do you know if anyone else has filed a proof of claim for this claim?**

◉ No
○ Yes

**6. Do you have any number you use to identify the debtor?**

◉ No
○ Yes

## Claim Amount

**\* 7a. To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022)**

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

BlockFi Interest Account (BlockFi Inc.; Case No. 22-19361)

**\* 7b. List the number of each type of coin held in your Wallet account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in your Wallet account(s) as of the date the case was filed).**

Please use only numerals and decimals in the BlockFi Interest Account(s) and BlockFi Private Client Fixed or Open Loans fields, up to a maximum of 21 digits or 20 digits and 1 decimal.

Interest Bearing Accounts

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Bitcoin (BTC) | $ 16,206.3000 | 6.55915735 | |
| Ethereum (ETH) | $ 1,167.2400 | 4.80080592 | |
| Gemini Dollar (GUSD) | $ 1.0000 | 139.18 | |
| USD Coin (USDC) | $ 1.0000 | | |
| 1inch Network1 (INCH) | $ 0.5170 | | |
| Aave (AAVE) | $ 60.1500 | | |
| Algorand (ALGO) | $ 0.2359 | | |
| Avalanche (AVAX) | $ 12.4500 | | |
| Axie Infinity (AXS) | $ 6.5600 | | |
| Basic Attention Token (BAT) | $ 0.22322 | | |
| Binance Coin (BNB) | $ 292.7865 | | |

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Bitcoin Cash (BCH) | $ 109.9100 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Binance USD (BUSD) | $ 1.0000 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Cardano (ADA) | $ 0.3064 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Chainlink (LINK) | $ 7.1940 | 26.40354692 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Celo (CELO) | $ 0.6170 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Chiliz (CHZ) | $ 0.1642 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Compound (COMP) | $ 37.1600 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Cosmos (ATOM) | $ 9.8590 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Curve DAO Token (CRV) | $ 0.6450 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Decentraland (MANA) | $ 0.3862 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| DogeCoin (DOGE) | $ 0.09506 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| dYdX (DYDX) | $ 1.6660 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Elrond (EGLD) | $ 42.1390 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Enjin Coin (ENJ) | $ 0.2960 | | |

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| EOS (EOS) | $ 0.9034 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Fantom (FTM) | $ 0.2049 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Filecoin (FIL) | $ 4.2530 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| FTX Token (FTT) | $ 1.2923535 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Gala (GALA) | $ 0.02478 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Hedera Hashgraph (HBAR) | $ 0.0486 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Kusama (KSM) | $ 25.5900 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Litecoin (LTC) | $ 73.8500 | 12.78388736 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Loopring (LRC) | $ 0.2368 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Maker (MKR) | $ 645.4100 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Multi Collateral Dai (DAI) | $ 0.9997 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Near (NEAR) | $ 1.5900 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| OMG Network (OMG) | $ 1.1605 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| One Coin (ONE) | $ 0.0137 | | |

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| PAX Gold (PAXG) | $ 1,740.6400 | 2.31782776 | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Paxos Standard Token (PAX) | $ 1.0000 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Polkadot (DOT) | $ 5.1340 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Polygon (MATIC) | $ 0.8209 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Quant (QNT) | $ 112.4100 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Render Token (RNDR) | $ 0.4672 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Serum (SRM) | $ 0.2330 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Solana (SOL) | $ 13.3200 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Stellar (XLM) | $ 0.087183 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| SushiSwap (SUSHI) | $ 1.3348 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Synthetix (SNX) | $ 1.6620 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Terra 2.0 (LUNA) | $ 0.0001552 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Tether (USDT) | $ 0.9995 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Tezos (XTZ) | $ 0.9750 | | |

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| The Graph (GRT) | $ 0.0622 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| The Sandbox (SAND) | $ 0.5531 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| THORchain (RUNE) | $ 1.1670 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Tron (TRX) | $ 0.052973 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| TrueUSD (TUSD) | $ 0.9997 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Uniswap (UNI) | $ 5.2830 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Waves (WAVES) | $ 2.3300 | | |

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | BlockFi Interest Account(s) | BlockFi Private Client Fixed or Open Loans |
|---|---|---|---|
| Yearn.Finance (YFI) | $ 6,266.5000 | | |

Do you hold additional coins in your account not listed above?

◉ No
○ Yes

## Additional Claim Information

**8. What is the basis of the claim?** (limited to 100 characters)

THIS WAS MY BLOCKFIINTEREST ACCOUNT

**9. Is all or part of the claim secured?**

◉ No
○ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.

☐ Motor vehicle

☐ Other.

**Basis for perfection:**

**Value of property (all amounts in US $ dollars):**

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

---

**Amount of the claim that is secured (all amounts in US $ dollars):**

**Amount of the claim that is unsecured (all amounts in US $ dollars):**

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars):**

**Interest Rate Type:**

○ Fixed
○ Variable

**Annual Interest Rate (when case was filed) %:**

**10. Is this claim based on a lease?**

◉ No
○ Yes

**Amount necessary to cure any default as of the date of the petition (all amounts in US $ dollars).**

**11. Is this claim subject to a right of setoff?**

◉ No
○ Yes

Identify the property:

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

◉ No
○ Yes

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other

## E-Sign

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

◉ I am the creditor.
○ I am the creditor's attorney or authorized agent.
○ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
○ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

---

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date (Calculated in UTC)

02/17/2023

Signature



I certify that I have completed my Proof of Claim form on the Kroll Restructuring Administration Portal. I hereby agree that my electronic signature herein complies with the ESIGN Act, and accordingly shall have the same legal effect as my original signature.

☑ I agree

**Name of the person who is completing and signing this claim:**

First name

Middle Name

Last name

Title

Company

Address 1:

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

Address 2:

Address 3:

Address 4:

City:

█████

State or Province (use 2-letter abbreviation if US or Canada):

██

Zip Code | Postal Code:

████

Is the address outside of the US?

◉ No
○ Yes

Contact phone:

████████

Contact email:

████████████████

## Attachments

**Attach Support Documentation (limited to a single PDF attachment that is less than 5 megabytes in size):**

◉ I have supporting documentation
○ I do not have supporting documentation

**Attach a single PDF attachment that is less than 5 megabytes in size**

| 🗎 YEAR 2022 BLOCKFI STMTS.pdf | 433 KB |
|---|---|

**Attachment Filename**

YEAR 2022 BLOCKFI STMTS.pdf

## Confirmation of Submission

### Your Form has been successfully submitted...

| DOCUMENT ID | Submitted Date Time |
|---|---|
| ██████████████████ | 2023-02-17T21:03:15.218Z |

| Status | CONFIRMATION ID |
|---|---|
| Submitted | ████████████ |

Submission Email Address

████████

## Submission Information

When you press "Submit" you will receive an email from "noreply.efiling@ra.kroll.com." Please add this email to your allowed senders list. This email will have a PDF copy of your claim filing (with your supporting documents as a separate attachment), as well as your Confirmation ID.

BlockFi Inc. Interest Bearing Account Holder Proof of Claim Form

2/17/23

 **BlockFi**                                                                 ≡

**❶ Important Update**
Please note, balances displayed on the user interface may not properly reflect underlying
balances at the time of the platform pause. Additional information can be found on our blog **here**.

Dashboard / **Wallet Overview**

# Wallet

|  Overview | ⌄ |
| --- | --- |

---

**Introducing the BlockFi Wallet**                                                           ✕



The BlockFi Wallet is your new default account where all new assets are stored. The
Wallet is a non-interest bearing account that safeguards your assets while you buy, sell,
and store crypto and borrow funds.

| Learn more |
| --- |

 **Overview**

Balance
# $177,811.45

| Fund |
| --- |

| Withdraw |
| --- |

## Your Assets

| Asset | Balance/Qty |
| --- | --- |
| Bitcoin BTC | $163,691.49 6.57781240 BTC > |
| Ethereum ETH | $8,229.68 4.80080592 ETH > |
| PAX Gold PAXG | $4,224.95 2.31782776 PAXG > |
| Litecoin LTC | $1,292.57 12.78388736 LTC > |
| Chainlink LINK | $198.21 26.40354692 LINK > |
| Gemini USD GUSD | $174.52 174.52 GUSD > |

## Recurring Trades

| Set up Recurring Buy |
| --- |

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# January 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**        January 31, 2022

You earned approximately
## $58.44 * worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$38,483.13 | **0.00149915**<br>$57.69 | **0.00001957**<br>$0.75 | |
| **Total\* in USD** | **$57.69** | **$0.75** | **$0.00** |

# January 2022  BlockFi Interest Account Statement

**Flex Selection**              ---
**Month Ending**                January 31, 2022

You earned approximately
**$85.09** * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$38,483.13 | **0.00112206**<br>$43.18 | **6.50989499**<br>$250,521.14 |
| **1 ETH**<br>$2,688.28 | **0.01048327**<br>$28.18 | **4.71675938**<br>$12,679.97 |
| **1 GUSD**<br>$1.00 | **0.96117763**<br>$0.96 | **131.81277440**<br>$131.81 |
| **1 LINK**<br>$17.24 | **0.05461549**<br>$0.94 | **26.07027971**<br>$449.45 |
| **1 LTC**<br>$109.59 | **0.03656419**<br>$4.01 | **12.53305719**<br>$1,373.50 |
| **1 PAXG**<br>$1,806.45 | **0.00432760**<br>$7.82 | **2.29408280**<br>$4,144.15 |
| **Total* in USD** | **$85.09** | **$269,300.02** |

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary based on activity, rates, and compliance with BlockFi's terms & conditions.

# February 2022  BlockFi Interest Account Statement

**Flex Selection**          ---
**Month Ending**            February 28, 2022

You earned approximately
**$84.24** * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$43,193.23 | **0.00101360**<br>$43.78 | **6.51090859**<br>$281,227.17 |
| **1 ETH**<br>$2,919.20 | **0.00948052**<br>$27.68 | **4.72623990**<br>$13,796.84 |
| **1 GUSD**<br>$1.00 | **0.85115268**<br>$0.85 | **132.66392708**<br>$132.66 |
| **1 LINK**<br>$15.12 | **0.04943372**<br>$0.75 | **26.11971343**<br>$394.93 |
| **1 LTC**<br>$113.47 | **0.03312232**<br>$3.76 | **12.56617951**<br>$1,425.88 |
| **1 PAXG**<br>$1,896.83 | **0.00390964**<br>$7.42 | **2.29799244**<br>$4,358.90 |
| **Total*** in USD | **$84.24** | **$301,336.38** |

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary based on activity, rates, and compliance with BlockFi's terms & conditions.

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# February 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**             February 28, 2022

You earned approximately

**$36.25 \*** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$43,193.23 | **0.00083930**<br>$36.25 | | **0.00083930**<br>$36.25 |
| **Total\* in USD** | **$36.25** | **$0.00** | **$36.25** |

# March 2022 BlockFi Interest Account Statement

**Flex Selection**  ---
**Month Ending**  March 31, 2022

You earned approximately
## $100.30 * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$45,538.68 | 0.00112220<br>$51.10 | 6.51203079<br>$296,549.29 |
| **1 ETH**<br>$3,281.64 | 0.01050838<br>$34.48 | 4.73674828<br>$15,544.30 |
| **1 GUSD**<br>$1.00 | 0.86993316<br>$0.87 | 133.53386024<br>$133.53 |
| **1 LINK**<br>$16.91 | 0.05483404<br>$0.93 | 26.17454747<br>$442.61 |
| **1 LTC**<br>$123.72 | 0.03676786<br>$4.55 | 12.60294737<br>$1,559.24 |
| **1 PAXG**<br>$1,934.36 | 0.00432915<br>$8.37 | 2.30232159<br>$4,453.52 |
| **Total\*** in USD | **$100.30** | **$318,682.49** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary based on activity, rates, and compliance with BlockFi's terms & conditions.

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# March 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**        March 31, 2022

You earned approximately
**$83.43 \*** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$45,538.68 | **0.00183209**<br>$83.43 | | **0.00267139**<br>$121.65 |
| **Total* in USD** | **$83.43** | **$0.00** | **$121.65** |

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# April 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**          April 30, 2022

You earned approximately
**$47.45 *** worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$37,714.88 | **0.00125820**<br>$47.45 | | **0.00392959**<br>$148.20 |
| **Total*** in USD | **$47.45** | **$0.00** | **$148.20** |

# April 2022  BlockFi Interest Account Statement

**Flex Selection**          ---
**Month Ending**            April 30, 2022

You earned approximately
**$76.46 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$37,714.88 | **0.00104400**<br>$39.37 | **6.51307479**<br>$245,639.83 |
| **1 ETH**<br>$2,730.19 | **0.00891660**<br>$24.34 | **4.74566488**<br>$12,956.57 |
| **1 GUSD**<br>$1.00 | **0.77043780**<br>$0.77 | **134.30429804**<br>$134.30 |
| **1 LINK**<br>$11.00 | **0.05317650**<br>$0.58 | **26.22772397**<br>$288.50 |
| **1 LTC**<br>$96.17 | **0.03568590**<br>$3.43 | **12.63863327**<br>$1,215.46 |
| **1 PAXG**<br>$1,901.60 | **0.00419010**<br>$7.97 | **2.30651169**<br>$4,386.06 |
| **Total\* in USD** | **$76.46** | **$264,620.72** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.


**BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# May 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**    May 31, 2022

You earned approximately
## $33.24 * worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC** <br> $31,792.31 | **0.00104541** <br> $33.24 | | **0.00497500** <br> $158.17 |
| **Total*** in USD | **$33.24** | **$0.00** | **$158.17** |

# May 2022  BlockFi Interest Account Statement

**Flex Selection**       ---
**Month Ending**         May 31, 2022

You earned approximately
**$58.88** * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC** | **0.00099200** | **6.51406679** |
| $31,792.31 | $31.54 | $207,097.23 |
| **1 ETH** | **0.00792825** | **4.75359313** |
| $1,942.33 | $15.40 | $9,233.05 |
| **1 GUSD** | **0.77393918** | **135.07823722** |
| $1.00 | $0.77 | $135.08 |
| **1 LINK** | **0.06592491** | **26.29364888** |
| $7.59 | $0.50 | $199.57 |
| **1 LTC** | **0.03957739** | **12.67821066** |
| $68.41 | $2.71 | $867.32 |
| **1 PAXG** | **0.00433039** | **2.31084208** |
| $1,838.11 | $7.96 | $4,247.58 |
| **Total* in USD** | **$58.88** | **$221,779.83** |

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
  Actual balances are denominated in cryptocurrency, not USD.
  Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# June 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**          June 30, 2022

You earned approximately
## $35.05 * worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$19,953.40 | **0.00175643**<br>$35.05 | | **0.00673143**<br>$134.31 |
| **Total\* in USD** | **$35.05** | **$0.00** | **$134.31** |

# June 2022 BlockFi Interest Account Statement

**Flex Selection**          ---
**Month Ending**            June 30, 2022

You earned approximately
## $31.87 * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC** | **0.00096000** | **6.51502679** |
| $19,953.40 | $19.16 | $129,996.94 |
| **1 ETH** | **0.00768240** | **4.76127553** |
| $1,070.51 | $8.22 | $5,096.99 |
| **1 GUSD** | **0.75328950** | **135.83152672** |
| $1.00 | $0.75 | $135.83 |
| **1 LINK** | **0.02151270** | **26.31516158** |
| $6.28 | $0.14 | $165.16 |
| **1 LTC** | **0.02065200** | **12.69886266** |
| $53.83 | $1.11 | $683.58 |
| **1 PAXG** | **0.00136920** | **2.31221128** |
| $1,817.40 | $2.49 | $4,202.20 |
| **Total* in USD** | **$31.87** | **$140,280.70** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
  Actual balances are denominated in cryptocurrency, not USD.
  Actual amounts will vary based on activity, rates, and compliance with BlockFi's terms & conditions.

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# July 2022 BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**        July 31, 2022

You earned approximately
**$62.68** * worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$23,311.21 | 0.00268902<br>$62.68 | | 0.00942045<br>$219.60 |
| **Total\* in USD** | **$62.68** | **$0.00** | **$219.60** |

# July 2022  BlockFi Interest Account Statement

**Flex Selection**                      ---
**Month Ending**                      July 31, 2022

You earned approximately
**$280.12** * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC** | **0.01109459** | **6.52612138** |
| $23,311.21 | $258.63 | $152,131.79 |
| **1 ETH** | **0.00993798** | **4.77121351** |
| $1,680.29 | $16.70 | $8,017.02 |
| **1 GUSD** | **0.83683725** | **136.66836397** |
| $1.00 | $0.84 | $136.67 |
| **1 LINK** | **0.02224808** | **26.33740966** |
| $7.66 | $0.17 | $201.74 |
| **1 LTC** | **0.02137543** | **12.72023809** |
| $59.80 | $1.28 | $760.67 |
| **1 PAXG** | **0.00141515** | **2.31362643** |
| $1,764.14 | $2.50 | $4,081.56 |
| **Total* in USD** | **$280.12** | **$165,329.45** |

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# August 2022 BlockFi Wallet Statement

**Name**
**Email**
**Address**



**Account ID**
**Month Ending**          August 31, 2022

You earned approximately
## $36.91 * worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$20,048.63 | **0.00184096**<br>$36.91 | | **0.01126141**<br>$225.78 |
| **Total\* in USD** | **$36.91** | **$0.00** | **$225.78** |

# August 2022 BlockFi Interest Account Statement

**Flex Selection**          ---
**Month Ending**          August 31, 2022

You earned approximately
## $242.83 * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,048.63 | **0.01111319**<br>$222.80 | **6.53723457**<br>$131,062.60 |
| **1 ETH**<br>$1,554.55 | **0.00995472**<br>$15.48 | **4.78116823**<br>$7,432.57 |
| **1 GUSD**<br>$1.00 | **0.84199317**<br>$0.84 | **137.51035714**<br>$137.51 |
| **1 LINK**<br>$6.63 | **0.02226668**<br>$0.15 | **26.35967634**<br>$174.76 |
| **1 LTC**<br>$53.82 | **0.02141139**<br>$1.15 | **12.74164948**<br>$685.76 |
| **1 PAXG**<br>$1,702.15 | **0.00141546**<br>$2.41 | **2.31504189**<br>$3,940.55 |
| **Total\* in USD** | **$242.83** | **$143,433.75** |

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

 **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# September 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**       September 30, 2022

You earned approximately
## $69.73 * worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$19,414.22 | **0.00359189**<br>$69.73 | | **0.01485330**<br>$288.37 |
| **Total\* in USD** | **$69.73** | **$0.00** | **$288.37** |

# September 2022  BlockFi Interest Account Statement

**Flex Selection**              ---
**Month Ending**                September 30, 2022

You earned approximately
**$226.32 *** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC** | **0.01077270** | **6.54800727** |
| $19,414.22 | $209.14 | $127,124.45 |
| **1 ETH** | **0.00964980** | **4.79081803** |
| $1,328.08 | $12.82 | $6,362.59 |
| **1 GUSD** | **0.81985200** | **138.33020914** |
| $1.00 | $0.82 | $138.33 |
| **1 LINK** | **0.02156670** | **26.38124304** |
| $7.56 | $0.16 | $199.39 |
| **1 LTC** | **0.02075550** | **12.76240498** |
| $53.44 | $1.11 | $682.02 |
| **1 PAXG** | **0.00137010** | **2.31641199** |
| $1,655.64 | $2.27 | $3,835.13 |
| **Total* in USD** | **$226.32** | **$138,341.91** |

* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.


**BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022 BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**        October 31, 2022

You earned approximately
## $113.25 * worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| **1 BTC**<br>$20,492.00 | **0.00380175**<br>$77.91 | | **0.01865505**<br>$382.28 |
| **1 GUSD**<br>$1.00 | | **35.34000000**<br>$35.34 | **35.34000000**<br>$35.34 |
| **Total\* in USD** | **$77.91** | **$35.34** | **$417.62** |

# October 2022  BlockFi Interest Account Statement

**Flex Selection**           ---
**Month Ending**            October 31, 2022

You earned approximately
**$248.71 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | **0.01115008**<br>$228.49 | **6.55915735**<br>$134,410.25 |
| **1 ETH**<br>$1,572.90 | **0.00998789**<br>$15.71 | **4.80080592**<br>$7,551.19 |
| **1 GUSD**<br>$1.00 | **0.85223154**<br>$0.85 | **139.18244068**<br>$139.18 |
| **1 LINK**<br>$7.86 | **0.02230388**<br>$0.18 | **26.40354692**<br>$207.44 |
| **1 LTC**<br>$55.02 | **0.02148238**<br>$1.18 | **12.78388736**<br>$703.31 |
| **1 PAXG**<br>$1,627.28 | **0.00141577**<br>$2.30 | **2.31782776**<br>$3,771.75 |
| **Total\*** in USD | **$248.71** | **$146,783.12** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary based on activity, rates, and compliance with BlockFi's terms & conditions.

ORIGIN ID:TWHA    (949) 521-7119

SHIP DATE: 19MAR24
ACTWGT: 1.00 LB
CAD: 114278683/INET4535

BILL SENDER

TO  **BLOCKFI PROCESSING**
**KROLL RESTRUCTURE**
**850 THIRD AVENUE, SUITE 412**

**BROOKLYN NY 11232**
(888) 773-0375          REF:
INV:
PO:                          DEPT:

RECEIVED

MAR 22 2024

KROLL RESTRUCTURING
ADMINISTRATION





FedEx.
Express

**THU - 21 MAR 5:00P**
** 2DAY **

TRK#
0201    **7756 1013 0386**

**SE FBTA**

**11232**
NY-US  **EWR**



After printing this label
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

### First Class Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| HCD3-TVW4-A94X-VXM6 |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 2186 |
|---|

Claim Name

| ██████████ |
|---|

Claimant Address on File

| ████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 PROOF BLOCKFI.pdf | 1 MB |
| 📄 BLOCKFI 2174.pdf | 1 MB |
| 📄 BLOCKFI LETTER.pdf | 67 KB |

## Signature

Sign Here



Print Name

███████

Email Address

███████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

# Wind-Down Debtors: BlockFi Inc et al.
## 17th Omnibus Objection

**Legend: Basis for Objection**

BR — Asserted claim amount does not match BlockFi's books and records
IC — Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity
DUP — Claim is duplicative of another proof of claim filed by the same claimant
Amended — Claim amended by subsequently filed proof of claim

| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
|---|---|---|---|---|---|
| 2186 | ██████████ | 01/23/2023 | BlockFi Inc. | $79,566.68 | DUP |

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Schedule Info | | | | | |
| 2174 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |

| Action |
|---|
| Expunge |

To whom it may concern,                                                    3/25/2024.

I ███████████████████████████████, have one interest account with Blockfi totaling 79,566.68. When prompted to submit claims I did so, and duplicate claims were not intentional.

 I had a wallet account as well.

I would like the remaining balance of the interest account which is the 79,566.68 released.

I am unaware of which forms are needed to be submitted.


Please reach out with questions ████████████████████

██████████

# Wind-Down Debtors: BlockFi Inc et al.
## 17th Omnibus Objection

**Legend: Basis for Objection**

BR — Asserted claim amount does not match BlockFi's books and records

IC — Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity

DUP — Claim is duplicative of another proof of claim filed by the same claimant

Amended — Claim amended by subsequently filed proof of claim

| Proof of Claim No. | Claimant Name | | Date Filed | Claim Info Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
|---|---|---|---|---|---|---|
| 2186 | ███████ | | 01/23/2023 | BlockFi Inc. | $79,566.68 | DUP |

| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
|---|---|---|---|---|---|---|---|---|---|
| 2174 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | N/A |

| Action |
|---|
| Expunge |

BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 5JC5-SH4D-UDSS-CDWZ |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 1200 |
|---|

Claim Name

| ███████████ |
|---|

Claimant Address on File

| ████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

BlockFi Seventeenth Omnibus Objection Response Portal

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 📄 | ▮▮▮▮▮_Claim 1200_Record of transferring.pdf | 223 KB |
| 📄 | ▮▮▮▮▮_claim 1200.pdf | 13 MB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Wind-Down Debtors: BlockFi Inc** *et al.*

**17th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi's books and records |
| IC | Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity |
| DUP | Claim is duplicative of another proof of claim filed by the same claimant |
| Amended | Claim amended by subsequently filed proof of claim |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 1200 | ███████ | 01/09/2023 | BlockFi Inc. | $8,868.01 | BR |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 1200 | $8,850.04 ✱ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | BlockFi Inc |

✱ This is the amount in dashboard upon submitting the claim. The dashboard no longer shows an amount of money.

I have uploaded a transaction from November 10, 2022 which was unsuccessful because of the bankruptcy. ███████

| Action |
|---|
| Modify |



BlockFi Support <support@blockfi.com>
to me ▾

Thu, Nov 10, 2022, 6:29 PM





Your assets have been successfully transferred from your BlockFi
Interest Account into your BlockFi Wallet. Please see the transaction
details below.

If you did not initiate this request, please contact us or call us at 646-
779-9688 during business hours (Monday - Friday 9:30am - 5pm ET).
To learn more about BlockFi Wallet click here.

**INTERNAL TRANSFER**
Date: 2022-11-11
Currency: GUSD
Amount: 8067.66208913
Origin: BlockFi Interest Account
Destination: BlockFi Wallet

Thanks,
The BlockFi Team

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| TWFF-EMWP-VFSQ-YXZG |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 3069 |
|---|

Claim Name

| ██████████ |
|---|

Claimant Address on File

| ███████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

United States

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

███████████

Street1

███████████

Street2

City

██████

State

██

Zip

████

Country

███████

Telephone Number

███████

Email Address

█████████████

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 BlockFi Inc. Schedule Information Portal - ████████ .pdf | 49 KB |

## Signature

Sign Here



Print Name

████████

Email Address

████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

# BlockFi Inc. Schedule Information Portal

## Schedule Information Portal Overview

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, the "Debtors") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). The cases are jointly administered under Case No. 22-19361.

On January 30, 2023, the Court entered an Order setting March 31, 2023, at 5:00 p.m. (prevailing Eastern ime) as the General Claims Bar Date in these cases (the "Bar Date Order").  Except as provided in the Bar Date Order, **all persons and entities that assert a claim against the Debtors that arose before the Petition Date must submit a written proof of claim so that it is received by Kroll Restructuring Administration LLC on or before March 31, 2023, at 5:00 p.m. (prevailing Eastern time).**  To view the Bar Date Order, please click here.

Prior to the entry of the Bar Date Order, on January 12, 2023, the Debtors filed their Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") in these cases.  All known creditors of the Debtors, as of  he November 28, 2022 petition date, are listed on the Debtors' Schedules.  In addi ion, the Debtors listed certain amounts held in wallet accounts on their Statements.

To protect the confidentiality of individual clients in these cases, the names and addresses of these par ies are not detailed on the publicly filed Schedules and Statements. If you are a client whose claim is scheduled by one or more of the Debtors, you will receive an email and/or first class mail package from Kroll with information on the amount and nature of your scheduled claim.

If you are unable to locate your personalized schedule claim information in your email or mailbox, the Debtors have set up this portal to assist you with locating this information.  Please follow the instructions below to obtain information on whether or how the Debtors have scheduled your claim or wallet account information.

For additional information on these cases or to submit a claim, please go to https://restructuring ra kroll.com/blockfi/Home-Index.

## Customer Identification

**Important note: you will need to fill out this form twice. Once to receive a Unique ID and a second time to see your claims. Read and follow the steps carefully.**

Please follow these steps to confirm your identity as a BlockFi client.

**Step 1:** Enter the email address you use to login into your BlockFi account below.

**Step 2:** If this is your first time entering your information, click "No" for  he question asking, "Have you already received your Kroll issued Unique ID?" A new field will display to enter your BlockFi Account ID.

**Step 3:** Enter your BlockFi Account ID and click "Submit."

**Step 4:** Check your email. You should receive a 16-digit unique ID issued from Kroll to use in the form.

**Step 5:** Click  he first blue link to bring up a refreshed version of the same informa ion portal.

**Step 6:** Enter your email address again.

**Step 7:** Click "Yes" to the question, "Have you already received your Kroll issued Unique ID?"

**Step 8:** A new field will display where you can input your Kroll issued Unique ID from the email.

**Step 9:** Once you input your Unique ID, your Claims and Wallet Account information will automatically display on the screen.

**Email Address on file with BlockFi:**

███████████████

**Have you already received your Kroll issued Unique ID (XXXX-XXXX-XXXX-XXXX) via email to view how you were listed in the Debtors' Schedules and/or Statements?**

◉ Yes
○ No

To access your scheduled claim and custodial wallet account information, please enter the Unique ID you received via email in the field below.

BlockFi Inc. Schedule Information Portal

**Kroll issued Unique ID**

4236-7199-4342-5537

Don't have a Kroll issued Unique ID?  Please click 'No' above, enter your BlockFi Email address, BlockFi Account ID, and click Submit to obtain your Unique ID.

## Claim Information

| EPOC ID(s)* | Scheduled Debtor Name (s) | Schedule Number (s) | Claim Type(s) | Claim Amount | Scheduled as Contingent, Unliquidated, or Disputed (C, U, or D)? | Amount, Nature, and Priority of Scheduled Claim(s) |
|---|---|---|---|---|---|---|
| 221936104256146 | BlockFi Inc. | 4256146 | BIA | $0.52 | | Debtor BlockFi Inc. has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in the amount of USD $0.52. The basis of this claim is BIA. If you agree with the claim amount and characterization, you do not need to submit a claim form. If you disagree, you must timely file a proof of claim form or be forever barred from further recovery. |
| 221936504105613 | BlockFi Lending LLC | 4105613 | Retail Crypto-Backed Loan | $23,191.47 | | Debtor BlockFi Lending LLC has listed your claim on Schedule E/F, Part 2 as a General Unsecured claim in the amount of USD $23,191.47. The basis of this claim is Retail Crypto-Backed Loan. If you agree with the claim amount and characterization, you do not need to submit a claim form. If you disagree, you must timely file a proof of claim form or be forever barred from further recovery. |

*Your E-POC ID is your Electronic Proof of Claim ID. Your Electronic Proof of Claim ID is also found on the pre-printed claim form sent to you via first-class mail. If you disagree with the scheduled amount and/or categorization of your claim, please utilize your Electronic Proof of Claim ID to tie your filed claim to your scheduled claim when submitting an electronic proof of claim form at https://restructuring.ra. kroll.com/blockfi/EPOC-Index.

Custodial Wallet Account contents as listed on Statement of Financial Affairs Question 21

Wallet Account Balance(s) are as of November 10, 2022 at 8:15 pm prevailing
Eastern Time.

| Wallet Debtor Name | Wallet In-Kind Coin Balance | Wallet Digital Asset Coin |
|---|---|---|
| BlockFi Wallet LLC | 0.00221561 | gusd |

BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 9GM7-YCSB-XGS9-2ZQM |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 22116 |
|---|

Claim Name

| ███████ |
|---|

Claimant Address on File

| ████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

BlockFi Seventeenth Omnibus Objection Response Portal

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Block fi .pdf | 23 KB |
| 📄 Blockfi write up .pdf | 24 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

## October 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**     October 31, 2022

You earned approximately
**$0.00 *** worth of crypto.

# October 2022 BlockFi Interest Account Statement

**Flex Selection**                                    ---
**Month Ending**                              October 31, 2022

You earned approximately
**$359.73 *** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 BTC**<br>$20,492.00 | 0.00000279<br>$0.06 | 0.00095953<br>$19.66 |
| **1 GUSD**<br>$1.00 | 359.67016497<br>$359.67 | 65,536.61047101<br>$65,536.61 |
| **Total*** in USD | **$359.73** | **$65,556.27** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

To whom it may concern,

I'm writing to submit my proposed modification to my claim based on the latest (last account balance report). Please update to match records showing account had $65,556.27 on October 21, 2022 prior to bankruptcy filing in November of 2022.

I've since had 2 baby boys and really need this money. Please help me and release my money back.

Thank you,

███████████

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

RVNW-97RV-ZGBM-RMG7

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

BlockFi Seventeenth Omnibus Objection Response Portal

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: ██████████████████
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

**Claim Number**

15057

**Claim Name**

██████████

**Claimant Address on File**

████████████████████

To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.

**Name:**

██████████

**Street1**

██████████

**Street2**

█████

**City**

██████

**State**

██

**Zip**

████

**Country**

████████

**Telephone Number**

████████

**Email Address**

██████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 NOTICE OF WIND-DOWN DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS.pdf | 380 KB |
| 📄 ███████ response to Blockfi and Kroll pdf | 320 KB |
| 📄 Blockfi Email.pdf | 150 KB |

BlockFi Seventeenth Omnibus Objection Response Portal

## Signature

Sign Here



Print Name

▇▇▇▇▇▇

Email Address

▇▇▇▇▇▇

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**BlockFi – Notice of Set Off of Outstanding Loan Balance**

BlockFi <blockfi@e.blockfi.com>
Thu 3/7/2024 1:58 PM
To: ███████████████████████



Dear ████████

Per the terms of the Confirmed Plan the Wind-Down

Debtors are required (unless the claimant chose to

participate in the Loan Payoff Program, which is now closed)

to set off any outstanding loan balances against scheduled

claim amounts* prior to making distributions. Please see

below for information regarding your scheduled retail loan

collateral claim and your outstanding loan balance. You will

receive pro-rata distribution(s) based on any remaining

amounts after your outstanding loan balance is subtracted

from the dollarized amount of your retail loan collateral

claim. If the amount remaining is $3,000 or less you will

receive a one-time distribution of 50% of your remaining

claim amount in USD.

• Scheduled dollarized value as of the petition date of retail

loan collateral: $24,767.19

- Outstanding loan balance: $15,428.93

- Remaining amount of claim: $9,338.26

Please contact LoanCreditorInquiries@haynesboone.com

with any questions

*If you filed a proof of claim that has not yet been reconciled and Allowed by the Wind-Down Debtors the set off of your outstanding loan balance will take place after the Wind-Down Debtors either (i) review and Allow your claim, or (ii) object to your claim and the Court enters an order fixing the claim amount.*

BlockFi



Please note that BlockFi is not responsible or liable for any claims, costs, losses, harms, or damages, including the permanent loss of cryptocurrency resulting from any user error, third-party error, or other unforeseeable operational or technical difficulties that may arise in the withdrawal process, including, without limitation, if any digital assets become irretrievable or unrecoverable due to, among other things, (a) subject to applicable law, users' accounts and/or passwords being

hacked or compromised, (b) users providing BlockFi with incorrect or invalid external wallet addresses and/or blockchain network, or (c) events that are beyond BlockFi's reasonable control, including the acts or omissions of third parties, natural disaster, emergency conditions, disease epidemics/pandemics such as Covid-19, government action, equipment or communications malfunction.

Privacy Policy | Licenses & Disclosures | Unsubscribe

Help Center | Our Blog

| Claim # | Name | Date | Debtor | Amount | Basis | Claim # | | | | | | | | Surviving Entity | Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22591 | -Redacted- | 3/21/2023 | BlockFi Inc. and BlockFi Lending | 17,887.46 | IC | 22591 | - | - | 380.17 | - | - | - | - | BlockFi Lending LLC | Modify |
| 26249 | -Redacted- | 3/31/2023 | BlockFi Wallet LLC | 59.48 | Amended | 26170 | - | - | - | - | - | - | - | N/A | Expunge |
| 28675 | -Redacted- | 3/28/2023 | BlockFi International Ltd. | - | BR | 17483 | - | - | - | - | - | - | - | N/A | Expunge |
| 17651 | -Redacted- | 2/13/2023 | BlockFi Inc. | 3,498.79 | BR | 17651 | 3,487.86 | - | - | - | - | - | - | BlockFi Inc | Modify |
| 12502 | -Redacted- | 3/20/2023 | BlockFi Inc. | 28,645.45 | IC | 12502 | 28,600.45 | - | - | - | - | - | - | BlockFi Inc | Modify |
| 12972 | -Redacted- | 3/18/2023 | BlockFi International Ltd. | 0.51 | BR | 24895 | - | - | - | - | - | - | - | N/A | Expunge |
| 16423 | -Redacted- | 2/13/2023 | BlockFi International Ltd. | 8,366.63 | BR | 16423 | - | - | - | - | 8,379.83 | - | - | BlockFi International LTD. | Modify |
| 732 | -Redacted- | 12/23/2022 | BlockFi Inc. | 55,226.26 | IC | 1737 | - | - | - | - | - | - | - | N/A | Expunge |
| 1737 | -Redacted- | 1/22/2023 | BlockFi Inc. | 27,613.13 | IC | 1737 | 27,613.13 | - | - | - | - | - | - | BlockFi Inc | Modify |
| 24138 | -Redacted- | 2/22/2023 | BlockFi Inc. | - | BR | 24138 | 108.41 | - | - | - | - | - | - | BlockFi Inc | Modify |
| 15493 | -Redacted- | 3/20/2023 | BlockFi International Ltd. | 2,895.00 | Amended | 22795 | - | - | - | - | - | - | - | N/A | Expunge |
| 22046 | -Redacted- | 3/20/2023 | BlockFi International Ltd. | 2,899.00 | Amended | 22795 | - | - | - | - | - | - | - | N/A | Expunge |
| 13566 | -Redacted- | 3/24/2023 | BlockFi International Ltd. | 2.97 | BR | 25734 | - | - | - | - | - | - | - | N/A | Expunge |
| 2208 | -Redacted- | 1/24/2023 | BlockFi Inc. | 15,141.17 | BR, IC | 2208 | - | 9,447.73 | - | - | - | - | - | BlockFi Lending LLC | Modify |
| 9664 | -Redacted- | 3/15/2023 | BlockFi International Ltd. | 2,159.26 | Amended | 32455 | - | - | - | - | - | - | - | N/A | Expunge |
| 25241 | -Redacted- | 2/13/2023 | BlockFi Inc. | 619.00 | IC | 25241 | 609.46 | - | - | - | - | - | - | BlockFi Inc | Modify |
| 14332 | -Redacted- | 3/27/2023 | BlockFi Inc. | 3,051.04 | BR | 18294 | - | - | - | - | - | - | - | N/A | Expunge |
| 18128 | -Redacted- | 3/14/2023 | BlockFi Inc. | 1,455.89 | IC | 18128 | 1,455.89 | - | - | - | - | - | - | BlockFi Inc | Modify |
| 16381 | -Redacted- | 3/13/2023 | BlockFi International Ltd. | - | BR | 16381 | - | - | - | - | 405.68 | - | - | BlockFi International LTD. | Modify |
| 10014 | -Redacted- | 3/11/2023 | BlockFi International Ltd. | 1,861.05 | BR | 10014 | - | - | - | - | 1,845.37 | - | - | BlockFi International LTD. | Modify |
| 4572 | -Redacted- | 2/13/2023 | BlockFi International Ltd. | 8,800.70 | BR | 4572 | - | - | - | - | 8,770.19 | - | - | BlockFi International LTD. | Modify |
| 6029 | -Redacted- | 3/8/2023 | BlockFi Lending LLC | 56,386.07 | BR | 6029 | - | 56,021.25 | - | - | - | - | - | BlockFi Lending LLC | Modify |
| 22648 | -Redacted- | 3/24/2023 | BlockFi Inc. | 313.77 | BR | 22648 | 297.34 | - | - | - | - | - | - | BlockFi Inc | Modify |
| 34046 | -Redacted- | 12/7/2023 | Multiple Debtors Asserted | 2,971.17 | BR | 7281 | - | - | - | - | - | - | - | N/A | Expunge |
| 34048 | -Redacted- | 12/7/2023 | BlockFi Inc. | 1,485.59 | BR | 7281 | - | - | - | - | - | - | - | N/A | Expunge |
| 5786 | -Redacted- | 3/9/2023 | BlockFi Lending LLC | 17,024.42 | BR | 5786 | - | 39,424.42 | - | - | - | - | - | BlockFi Lending LLC | Modify |
| 22187 | -Redacted- | 3/10/2023 | BlockFi Inc. | 1,175.81 | BR | 22187 | 1,150.21 | - | - | - | - | - | - | BlockFi Inc | Modify |
| 15057 | -Redacted- | 3/30/2023 | BlockFi Lending LLC | - | BR | 15057 | - | - | 24,767.19 | - | - | - | - | BlockFi Lending LLC | Modify |
| 19697 | -Redacted- | 2/28/2023 | BlockFi Inc. | - | Amended | 21388 | - | - | - | - | - | - | - | N/A | Expunge |
| 19350 | -Redacted- | 3/1/2023 | BlockFi International Ltd. | 3,212.46 | BR | 19350 | - | - | - | - | 3,199.74 | - | - | BlockFi International LTD. | Modify |

| Claim # | Name | Date | Debtor | Amount | Basis | Claim # | | | | | | | | Surviving Entity | Action |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24901 | -Redacted- | 2/13/2023 | BlockFi International Ltd. | - | Amended | 34181 | - | - | - | - | - | - | - | N/A | Expunge |
| 34181 | -Redacted- | 12/26/2023 | BlockFi International Ltd. | 20,695.41 | BR | 34181 | - | - | - | - | 16,367.17 | - | - | BlockFi International LTD. | Modify |
| 15864 | -Redacted- | 3/6/2023 | BlockFi Inc. | 98.32 | DUP | 11054 | - | - | - | - | - | - | - | N/A | Expunge |
| 7753 | -Redacted- | 2/22/2023 | BlockFi International Ltd. | 46,171.00 | BR | 30703 | - | - | - | - | - | - | - | N/A | Expunge |

Claimant Name: ████████
Unique ID: RVNW-97RV-ZGBM-RMG7
Claim Number: 15057
Date: 3/27/24

I am writing this letter as a response to the emails Blockfi sent me on 03/07/24 and 03/08/24. I would like clarification on my case, status and claim amount. On 03/07/24 I received an email, which I will attach to this response, stating the following regarding my dollarized value as of the petition date of retail loan collateral, outstanding loan balance and remaining amount of claim.

- Scheduled dollarized value as of the petition date of retail loan collateral: $24,767.19
- Outstanding loan balance: $15,428.93
- Remaining amount of claim: $9,338.26

As stated above, my claim amount is currently $9,338.26. I received an email on 03/08/24, with an attached pdf titled "NOTICE OF WIND-DOWN DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (books and records, improper classification, amended, duplicates)". The attachment shows my claim number, 15057, with no claim amount.

When I login into my Blockfi account, I do not have any withdrawal available. I expected to see a withdrawal amount of $9,338.26 per the email I received on 03/07/24, but there is nothing. If I am receiving the stated claim amount at another time or in a different method, please confirm that. If however, Blockfi and/or Kroll is stating that I am not receiving the stated claim amount, I would like to dispute that.

I understand the importance of complying with all procedural requirements and deadlines, and I submit this claim in accordance with the bankruptcy court's guidelines. Should any further information or documentation be required to process my claim, please do not hesitate to contact me at ████████████████████████ Thank you for your attention to this matter. I look forward to your confirmation of receipt and confirmation on the status and amount of my claim.

I would like to ensure that regardless of the 03/31/24 deadline to withdraw funds, that if I do not get a response for this letter by then, that I am still entitled to the claim amount.

Sincerely,



# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

### First Class Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

K9RU-CAD4-ADAM-A66E

○ Where can I find my Unique ID?

## Claim Information

Claim Number

1793

Claim Name

███████

Claimant Address on File

████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

BlockFi Seventeenth Omnibus Objection Response Portal

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Seventeenth Omnibus Objection Response Portal

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Blockfi acct pdf.pdf | 277 KB |
| 📄 Blockfi account pdf.pdf | 179 KB |
| 📄 Blockfi acct. balance proof.pdf | 237 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

• Verizon 🛜    20:28    66% 🔋

← **Interest: GUSD**

Balance ⓘ

# $31,358.09

31,358.09632997

| Total Interest Paid ⓘ | Accrued Interest ⓘ |
| --- | --- |
| **$3,107.29** | **$116.91** |
| 3,107.29446927 | 116.90856900 |

**Transfer**

Annual Percentage Yield (APY)

# 7.5%

Rates may vary

## Recurring Buys

Recurring buys are currently paused

13:39



BlockFi

(!) **Features within the BlockFi Interest Account have changed.**    ✕

Total Assets Value ⓘ

# $31,358.10

| Buy | Sell |
|---|---|
| Transfer | Fund |

## Wallet    ›

Balance ⓘ
$0.00

0 Active Crypto Balances

## Interest Account    ›

Balance ⓘ                Total Interest Paid
$31,358.10               $3,128.37

Accrued Interest
$0.00

◈ 1 Active Crypto Balance

◆
Dashboard

🧑 Settings

13:40

# Interest Account

Balance ⓘ

## $31,358.10

Total Interest Paid ⓘ          Accrued Interest ⓘ
$3,128.39                          $0.00

**Transfer**

## Balances

|  Gemini USD GUSD | $31,358.09 31,358.09632997 > |
|---|---|
| Chainlink LINK | $0.00 0.00020954 > |
| Litecoin LTC | $0.00 0.00002880 > |

## Transactions

Your transaction history has moved. Visit the
Dashboard to view Interest Account transactions.

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

### First Class Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| FCC6-VVBD-VCRF-HRXG |
| --- |

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: ███████████
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

**Claim Number**

13281

**Claim Name**

███████████

**Claimant Address on File**

███████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Seventeenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| Objection ███████ Unique ID FCC6-VVBD-VCRF-HRXG.doc | 15 KB |

BlockFi Seventeenth Omnibus Objection Response Portal

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

Claim Number: **13281**
Claimant Name: ███████
Unique ID: **FCC6-VVBD-VCRF-HRXG**

Address: ███████
███████
███

Good morning,


My objection aims to underline that since BlockFi has fully resolved its main creditor "FTX" and has completely exited the Chapter 11 bankruptcy proceeding, I would like to receive back my COINs instead of their equivalent value in USD.


I have also correctly set the whitelist address in my BlockFi app to withdraw both my BTC and ETH.


The corresponding number of COINs that I expect to receive is as follows:

- BTC    →    **0.95656503**
- ETH    →    **2.5783657**


Thank you, and I look forward to your feedback.


███

███████

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

ET8N-YR7N-2CQE-X9SH

○ Where can I find my Unique ID?

## Claim Information

Claim Number

32618

Claim Name

██████████

Claimant Address on File

███████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Seventeenth Omnibus Objection Response Portal

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 🗎 Blockfi acct. balance proof.pdf | 237 KB |
| 🗎 Blockfi Monthly_Statement September .pdf | 24 KB |
| 🗎 BlockFi letter 3:29:2024.pdf | 56 KB |

## Signature

Sign Here



Print Name

██████████

Email Address

██████████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

13:40

Interest Account

Balance ⓘ
# $31,358.10

Total Interest Paid ⓘ          Accrued Interest ⓘ
$3,128.39                        $0.00

**Transfer**

## Balances



| | Gemini USD<br>GUSD | $31,358.09<br>31,358.09632997 > |
| Chainlink<br>LINK | | $0.00<br>0.00020954 > |
| Litecoin<br>LTC | | $0.00<br>0.00002880 > |

## Transactions

Your transaction history has moved. Visit the
Dashboard to view Interest Account transactions.

I am writing to formally object to the expungement of my claim, as outlined in the notification I received from Blockfi. The notification cited two reasons for the expungement: firstly, that the claim improperly asserts secured, admin, or priority status and/or is asserted against the incorrect debtor entity, and secondly, that the claim is duplicative of another proof of claim filed by the same claimant.

Regarding the second reason cited, I understand that I inadvertently filed two claims. However, I firmly my claim is valid. I wish to proceed with the objection process to ensure that my rights as a claimant are upheld.

I am writing this letter in accordance with the instructions provided by a Blockfi customer service representative whom I spoke with at 888-773-0375. During our conversation, I was informed to submit a formal letter of objection, and I was assigned the ticket number ███████ for record-keeping purposes.

Unfortunately, when attempting to resubmit my objection through the provided online portal, I encountered a technical issue regarding the Unique ID. I was informed that the Unique ID I attempted to use had been previously used and that I must provide a valid Unique ID to proceed with my submission.

Upon further reflection and consultation with Blockfi customer service representatives, I realized that the Unique ID associated with the objection process may differ from the Unique ID provided for the original claim. Therefore, I am utilizing the Unique ID from the notification specifying the reason for the claim expungement: "Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity" to facilitate my objection.

I am enclosing this letter as a formal statement of my objection, along with the necessary documentation to support my claim. I kindly request that you consider this objection in conjunction

with the provided Unique ID and reevaluate my claim
accordingly.

I appreciate your attention to this matter and look forward to a
prompt resolution. Please do not hesitate to contact me if any
further information or clarification is required.

Regards,

██████████



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  BlockFi Wallet Statement



**Name**

**Email**

**Address**

**Account ID**

**Month Ending**        October 31, 2022

You earned approximately
**$0.00 \*** worth of crypto.

# October 2022  BlockFi Interest Account Statement

**Flex Selection**                   ---
**Month Ending**                    October 31, 2022

You earned approximately
**$180.31 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 GUSD**<br>$1.00 | 180.31376331<br>$180.31 | 31,358.09632997<br>$31,358.10 |
| **1 LINK**<br>$7.86 | 0 | 0.00020954<br>$0.00 |
| **1 LTC**<br>$55.02 | 0 | 0.00002880<br>$0.00 |
| **Total\*** in USD | **$180.31** | **$31,358.10** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's **terms & conditions.**

BlockFi Seventeenth Omnibus Objection Response Portal

## BlockFi Seventeenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| YKP3-JDQK-A4GR-649H |
| --- |

○ Where can I find my Unique ID?

### Claim Information

Claim Number

| 18933 |
| --- |

Claim Name

| ███████████ |
| --- |

Claimant Address on File

| ██████████████████████ |
| --- |

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

███████████

Street1

█████████

Street2

City

███████████

State

Zip

██████

Country

█████████

Telephone Number

█████████

Email Address

████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

███████████

Street1

█████████

Street2

City

███████████

State

███████

Zip

██████

Country

█████████

Telephone Number

█████████

Email Address

████████████

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| 📄 BlockFi objection to expungement ███████ .pdf | 107 KB |

## Signature

Sign Here



Print Name

██████████

Email Address

██████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**Objection to the Proposed Expungement of Claim in the Matter of BlockFi, Case No. 22-19361 (MBK)**

Dear Clerk of the Court,

I, ████████████████, hereby formally object to the proposed expungement of my claim in the Chapter 11 bankruptcy case of BlockFi, Inc. et al., pertaining to BlockFi International Ltd., as documented under claim number 18933.

The basis for the proposed expungement erroneously focuses on an alleged incorrect representation of the dollar amount of my claim, where it is incorrectly stated as 0 USD. This is a misrepresentation of my actual claim, which is not denominated in United States dollars (USD) but in Bitcoin (BTC), specifically 4.9895274 BTC. My decision to file the claim in BTC rather than USD was deliberate, based on the representations made to me by the Debtor regarding the amount of BTC held as collateral for my loan according to their administration.

It is my suspicion that Kroll's administration system for the BlockFi claims inadequately accommodates claims denominated in cryptocurrencies, resulting in my claim being erroneously recorded as 0 USD. This misrepresentation forms the unjust basis upon which the Debtor seeks to expunge my claim, ignoring its legitimacy and the Debtor's own previous representations to me with regard to the amount of BTC held.

Moreover, the Debtor has not substantively addressed the arguments I put forth in my objection to their motion filed on 9 January 2024 (added as appendix below). This failure to engage meaningfully with my objection calls into question the fairness and thoroughness of the claim review process, particularly for claims denominated in non-traditional currencies like BTC.

Therefore, I assert that the basis for the proposed expungement mischaracterizes the nature of my claim, incorrectly representing it as a claim for 0 USD. I am not claiming any amount in USD, contrary to the basis for expungement as proposed.

In conclusion, I request that my objection be given full consideration, and that my claim of 4.9895274 BTC be recognized and maintained in its original form. The move to expunge my claim based on an incorrect representation of its value in USD is unfounded and does not reflect the actual circumstances of my claim.

Thank you for your attention to this important matter.

Sincerely,



Appendix:

**Objection to Motion Filed in the Chapter 11 Case of BlockFi**

To: The Honorable Judge Michael B. Kaplan of the United States Bankruptcy Court for the
District of New Jersey

Re: Case No. 22-19361 (MBK) - Objection to Plan Administrator's Motion

**Introduction**

This objection is filed in response to the recent motion by BlockFi's Plan Administrator,
proposing to cap claims and establish a reserve for all claims for interim distribution (filed on
20 December 2023 as Doc 2006 in the BlockFi case docket). I, ███████████████,
strongly object to the proposed capping and valuation methodology as applied to
cryptocurrency holdings. This is a matter of principle objection, both for myself and for other
creditors holding crypto assets with BlockFi.

**Argument Points**

1. **Unique Nature of Cryptocurrency Assets:** Unlike traditional assets,
   cryptocurrencies like Bitcoin represent a new paradigm in asset valuation and
   security. My investments in Bitcoin were not merely financial but also ideological,
   reflecting a lack of faith in traditional fiat currencies. This unique nature of
   cryptocurrency and cryptocurrency investors should be recognized distinctly in
   bankruptcy proceedings. It would be ironic to dollarize the assets of customers who
   expressly chose to flee away from fiat currencies like the US dollar. For this reason, I
   hold that cryptocurrencies should not be dollarized at all, as they are a new form of
   currency, distinct from fiat currencies like the U.S. dollar. Customer claims should
   simply reflect the amount of each cryptocurrency that was held with the company.

2. **Unfair Valuation Method:** Given the volatile nature of cryptocurrencies and the
   unique circumstances of BlockFi's failure, a standard dollarization approach for claim
   valuation is especially inappropriate and fails to recognize the distinct qualities of
   assets like Bitcoin. A dollarization date as long ago as the petition filing date in 2022
   leads to a disproportional reduction of the value of BlockFi customers' claims. Even
   more so for creditors with a claim for loan collateral, because the loan amount is

subtracted from the reduced valuation, after which not much may be left.

3. **Disproportionate Impact of Dollarization Method:** Employing the customary
   dollarization method at the petition filing date for a cryptocurrency business like
   BlockFi, can cause disproportionate harm to regular customers who invested in
   digital assets. This approach fails to consider the dynamic nature of cryptocurrency
   markets and the significant fluctuations in value that can occur. This method of claim
   valuation has far-reaching implications, affecting the future plans of many investors.
   For individuals like myself, who had plans to support families, start businesses, or
   contribute to charitable causes by establishing foundations, the impact is particularly
   devastating. The reduction in claim value directly translates to a loss of potential for
   these future endeavors.

4. **Global Nature of Cryptocurrency Investments:** Many creditors, including myself,
   are not U.S. nationals and have chosen to invest in Bitcoin due to its global and
   decentralized nature. The proceedings should respect the international diversity of
   the creditor base and their reasons for choosing cryptocurrency investments. The
   U.S. dollar is less relevant to international customers, who are not U.S. nationals and
   do not have U.S. bank accounts.

5. **Misrepresentation of Risk:** The situation is made worse in light of a report by the
   Official Committee of Unsecured Creditors ("Why Did BlockFi Fail?", filed on 14 July
   2023 as Doc 1202 in the BlockFi case docket), which highlights significant
   misrepresentations by BlockFi to customers regarding its risk management practices
   and financial situation (the latter especially after the 3 Arrows collapse), made on
   their website and in social media (some of which were the subject of charges brough
   against BlockFi by the SEC). This misleading information has given me and other
   customers a false sense of security. In this sense, I feel I and others have been
   misled. This has also resulted in the unjust situation where such creditors are now
   being asked to accept reduced claims, as a result of BlockFi executives apparently
   ignoring the warnings of their own risk management team.

6. **Unclear What Went Wrong**: Before accepting a haircut as proposed by this Motion, I
   would like, as a creditor who has become a victim of BlockFi's collapse, to have more
   clarity as to what actually went wrong that caused this unfotunate outcome. It seems
   like mistakes were made when it comes to risk management, again according to the
   "Why Did BlockFi Fail?" report, which so far to my knowledge have not properly been

discussed in this case. Creditors are now expected to bear the brunt of the damages arising from these apparent mistakes, as if they were somehow responsible for making them in the first place. Before proceeding with a settlement which disadvantages regular customers, it should be investigated what exactly went wrong. In particular, I am surprised how much risk seems to have been taken with loan collateral, which was supposed to serve to mitigate BlockFi's risk as a lender.

**Conclusion**

I request the court to reconsider the proposed methodology for valuing cryptocurrency claims and acknowledge the unique, volatile nature of such assets. As a consequence of the unique and new nature of cryptocurrencies, a new paradigm in bankruptcy proceedings for cryptocurrency businesses should be considered. My objections are not just for personal gain but are raised on the principle of fair and equitable treatment of all creditors. I feel creditors who held cryptocurrency with BlockFi should be returned as much of their cryptocurrency as possible, without first having to reduce their claim to a dollarized value as of the petition filing date. I understand it will be hard to return all assets, but reducing the claims to this extent beforehand seems unjust. Especially as it is not yet clear how large recoveries will ultimately be.

Respectfully submitted,



# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

### First Class Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

### Overnight Mail

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| FARK-CBT5-76JG-KKNF |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 13420 |
|---|

Claim Name

| ██████████ |
|---|

Claimant Address on File

| ████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Seventeenth Omnibus Objection Response Portal

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---:|
| 📄   ████████-response to WindDownDebtors-supporting doc.pdf | 794 KB |

## Signature

Sign Here



Print Name

████████

Email Address

████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



**Acct ID:**
**Unique ID: FARK-CBT5-76JG-KKNF**

March 27, 2024

BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

Re:    **Response to the Wind-Down Debtors: BlockFi Inc et al. 17th Omnibus Objection**,
        Bankruptcy proceeding of BlockFi Inc., *et al.*, Case No. 22-19361.

To Kroll Restructuring Administration, LLC:

My name is ▓▓▓▓▓▓▓ and I want to thank you for communicating with us BlockFi
clients again earlier this month, on March 8, regarding the "Wind-Down Debtors,17th
Omnibus Objection." Although I appreciate the communications, I am writing to strongly
contend the decision to "expunge" the rest of my claim – everything from my Interest
account – from the "Wind-Down Debtors: BlockFi Inc et al. 17th Omnibus Objection" on
March 4. In short, I was expecting to receive at least some, if not most of the
approximately $12,900 to $14,400 left in my BlockFi Interest Account (BIA). Thus, I am
quite disappointed, if not upset, at the sudden decision to withhold my funds as if there
was nothing left in my interest account.

Before I further explain my justification and reasoning for **my response** to the 17th Omnibus
Objection, the following are my claim and unique ID numbers below:

**Claim No.:** 13420
**Surviving Claim No.:** 32038
**Unique ID:** FARK-CBT5-76JG-KKNF

As can be seen in the attached **Document 1** to my response which follows, when BlockFi
closed due to bankruptcy in November 2022, I had several coin amounts in my Interest
Account, including $11,605.10 in stable USDC, as well as 0.04399769 in BTC and
0.30101129 in ETH. **Document 1, or my October 2022 BIA statement**, shows the entirety
of my Interest Account balance at the end of October of that year – a coin balance that has
maintained the same through this month of March 2024.

Similarly, my attached **Document 2** is a snapshot of my overall accounts in BlockFi from a computer screenshot on July 24, 2023. As can be seen, my Interest Account was up to $13,445.75 at this time (due to fluctuations in coin-to-$ equivalencies, of course), but I still had at least $11,605.10 in USDC, which I was expecting to be returned. Moreover, in this screenshot – which I tried to further verify the date taken with **Document 3** – shows the separation between my Wallet and Interest amounts. Here, my Wallet account amount was $19,066.72 at this time. Again, my **Interest account balance** – in terms of amounts of coins owned and number of USDC – has *not* changed since the bankruptcy filing in early November 2022.

As a creditor to BlockFi, after much distress and uncertainty for myself and my family, I am glad to have received much of my Wallet account amount, as indicated by my Proof of Claim No. 13420. However, even then, given the set currency amounts by Kroll, BlockFi and the courts, I only received approximately **$20,400** total in my claim. As can be seen in attached **Document 4**, that is still more than $3000 short of my Asserted Wallet Claim Amount of **$23,725.51.** So, now, the Wind-Down Debtors' Seventeenth Omnibus Objection to Claims is asserting that I have no right or claim to my $12,900 to $14,400 from my Interest Account. This seems rather unjust.

To be precise about the amounts, given the stated conversion prices listed in the "Estate Withdrawal FAQs," published on BlockFi website on March 1, 2024, the following are the dollar amounts that should be owed to my family and myself from my Interest Account:

BTC = 0.04399769 * $45,824.58 = $2,016.18
ETH = 0.30101129 * $2,436.80 = $733.50
GUSD = 0.60340498 * $1.00 = $0.60
USDC = 11,605.1053397 * $0.99932 = $11,597.2139

TOTAL (in US dollar amount) for **Interest** Account = **$14,347.49**

[As it appears Link coin and Litecoin balances are no longer available for withdrawal]

I have attached these most current conversion prices, according to BlockFi website and Kroll, as **Document 5** with this response, for your reference.

**$14,347.49** is a rather large sum of money to just disappear for a middle to low-income earning family such as mine. Of course, we understand far better now the risks of doing anything involving cryptocurrency, but this judgment to "expunge" my entire account seems rather severe, punitive, and simply unfair. Additionally, my family and were counting on receiving at least most of these funds to support a move we have to make during the coming summer months.

I thank those at Kroll Restructuring Administration for your time in reading and understanding my full response explained here, as well as in the attached documents. I

dearly hope in the near future my account can be open again for fair and just distributions of what was in my Interest Account balance.

Thank you.



**Acct ID:**
**Unique ID: FARK-CBT5-76JG-KKNF**

# October 2022  BlockFi Interest Account Statement

**Flex Selection**          Earn all interest in ETH
**Month Ending**            October 31, 2022

You earned approximately
## $109.00 * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| 1 BTC<br>$20,492.00 | 0 | 0.04399769<br>$901.60 |
| 1 ETH<br>$1,572.90 | 0.06930133<br>$109.00 | 0.30101129<br>$473.46 |
| 1 GUSD<br>$1.00 | 0 | 0.60340498<br>$0.60 |
| 1 LINK<br>$7.86 | 0 | 0.02288085<br>$0.18 |
| 1 LTC<br>$55.02 | 0 | 0.00540608<br>$0.30 |
| 1 UNI<br>$6.96 | 0 | 0.00000000<br>$0.00 |
| 1 USDC<br>$1.00 | 0 | 11,605.10533965<br>$11,605.11 |
| **Total\*** i███ | ██████ | ████████ |

██████ in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.





## Current Digital Coin amount in account

PDF document - 195 KB

### Information                    Show Less

| Created | July 24, 2023 at 2:27 PM |
| Modified | Today, 10:54 AM |
| Last opened | Today, 10:54 AM |
| Title | Screen Shot 2023-07-24 at 2.26.23 PM |
| Version | 1.3 |
| Pages | 1 |
| Resolution | 612×792 |
| Security | None |
| Content Creator | Preview |

**Wind-Down Debtors: BlockFi Inc *et al.***

**17th Omnibus Objection**

**Legend: Basis for Objection**

| | |
|---|---|
| BR | Asserted claim amount does not match BlockFi s books and records |
| IC | Claim improperly asserts secured, admin, or priority status and/or claim is asserted against the incorrect debtor entity |
| DUP | Claim is duplicative of another proof of claim filed by the same claimant |
| Amended | Claim amended by subsequently filed proof of claim |

| Claim Info | | | | | |
|---|---|---|---|---|---|
| Proof of Claim No. | Claimant Name | Date Filed | Filed Debtor Entity | Asserted Claim Amount | Basis for Objection |
| 13420 | ███████ | 03/14/2023 | BlockFi Inc. | $23,725.51 | Amended |

| Schedule Info | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Surviving Claim No. | US BIA | US BIA Interest | US Loan | US BPC | US BPC Interest | Intl BIA/BPC | Intl BIA/BPC Interest | Intl Loan | Surviving Claim Entity |
| 32038 | - | - | - | - | - | - | - | - | N/A |

| Action |
|---|
| Expunge |



Home    Updates    Help Center    Kroll    Login

HELP CENTER, NEWS

# Estate Withdrawals FAQs

PUBLISHED BY BLOCKFI 229 ON MARCH 1, 2024

## General

**Which BlockFi Products are included as part of the Estate?**

- BlockFi Interest Account (BIA), BlockFi Private Client (BPC), BlockFi Retail Loans.

**What authorization did the Court provide BlockFi with respect to Estate distributions?**

- On January 17, 2024, the United States Bankruptcy Court for the District of New Jersey (the "Court") granted relief necessary for BlockFi to commence interim distributions. **Beginning in February**, clients in BlockFi's remaining products including BlockFi Interest Account (BIA), loans clients and private clients, may be able to initiate withdrawal requests. **TO BE ELIGIBLE FOR A DISTRIBUTION CLAIMANTS MUST HAVE AN ALLOWED CLAIM. CLAIMANTS WHO HAVE FILED A CLAIM THAT HAS NOT BEEN RECONCILED AND ALLOWED WILL BE ELIGIBLE FOLLOWING THE RECONCILIATION OF THEIR CLAIM.**

**How can I view my claim details within the BlockFi Web App?**

Once you login to your BlockFi account and navigate to the dashboard, the following
details will be available as it relates to your claim.

- **BIA + Interest Claim:** The USD value of your BIA/BPC funds & any applicable
  accrued interest for these funds as of the date BlockFi declared bankruptcy.
    - **Total Claims:** Total USD value of your BIA/BPC funds & any applicable
      accrued interest for these funds as of the date BlockFi declared bankruptcy.
    - **Current Recoverable Claims:** Current total amount authorized for
      distribution on your BlockFi claims. Note that this value will increase based
      on any future distributions announced.
- **Loan Less Offset Claim:** The USD value of any outstanding retail loan collateral as
  of the date BlockFi declared bankruptcy minus any outstanding loan principal
  owed back to BlockFi.
    - **Total Claims:** Total USD value of your outstanding retail loan collateral as of
      the date BlockFi declared bankruptcy minus any outstanding loan principal
      owed back to BlockFi.
    - **Current Recoverable Claims:** Current total amount authorized for
      distribution on your BlockFi claims. Note that this value will increase based
      on any future distributions announced.
- **Withdrawable Balances:** The amount of unwithdrawn current recoverable claim
  funds, per balance type, at this time.

**Which digital assets are available for withdrawal for eligible clients?**

- BTC, ETH, GUSD, USDC and USDT will be available to eligible clients for
  withdrawal as applicable.
- The amount of digital assets made available for eligible client withdrawals was
  determined based on the following prices:

| Currency | Conversion Price |
|----------|------------------|
| BTC | $45,824.58 |
| ETH | $2,436.80 |
| GUSD | $1.00000 |
| USDC | $0.99932 |
| USDT | $0.99820 |

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

478Z-D6ZB-5DUE-MPTF

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

BlockFi Seventeenth Omnibus Objection Response Portal

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information ███████████████████████
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

> 21247

Claim Name

> ███████████

Claimant Address on File

> ████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Seventeent Onmnibus Objection.pdf | 42 KB |

BlockFi Seventeenth Omnibus Objection Response Portal

## Signature

Sign Here

███████████████████████████████████████

Print Name

███████████

Email Address

██████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

March 29, 2024
Seventeenth Omnibus Objection
Regarding account for ██████████████████
████████████████

Please note that there appears to be two proof of claim numbers. The claim with the money owed (14099). of $44,170.102 is not appearing on my Blockfi account and I am unable to access. The claim with zero dollars (21247) is the only one appearing. This appears to be a mistake. This is a request to reimburse me for the $44,170.102 owed,

Dear BlockFi Claimant,

This correspondence is regarding the proof of claim(s) that you filed in one or more of the jointly administered chapter 11 cases of BlockFi Inc., *et al.*, (the "Debtors") Case No. 22-19361, currently pending in the United States Bankruptcy Court for the District of New Jersey. Your proof of claim(s) information can be found below.

Your filed claim(s) do not contain sufficient documentation to support the amount asserted. Therefore, the Debtors plan to object to your claim(s) unless you provide sufficient additional supporting documentation to support your claim(s). You can submit additional documentation in the portal Kroll Restructuring Administration LLC set up for this purpose by going to [www.blockfidocumentation.com](http://www.blockfidocumentation.com). **The deadline to submit additional information is seven (7) days from today on June 20, 2023.**

The Debtors reserve the right to object to the claim after receipt and review of additional documentation that is submitted by the claimant. To the extent the Debtors object to your claim, you will be notified.

*Please note*: proofs of claim are filed under penalty of perjury and there are severe penalties for filing fraudulent proofs of claim pursuant to title 18 of the U.S. Code, sections 152, 157 and 3571, as indicated on the claim form(s) that you signed.

Thank you.

**Information About Your Proof of Claim**

Proof of Claim Number: 14099

BlockFi Debtor Entity: BlockFi Inc.

Claim Amount: $44,170.12

Claim Image

**UNIQUE ID: 9359-7477-4424-7096**

Proof of Claim Number: 21247

BlockFi Debtor Entity: BlockFi Inc.

Claim Amount: Blank

Claim Image

**UNIQUE ID: 8083-5822-1099-2999**

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below.
**For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| XBR2-YQ8V-GRSQ-Y4KS |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 15082 |
|---|

Claim Name

| ██████████ |
|---|

Claimant Address on File

| ████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

███████

Telephone Number

███████

Email Address

█████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Response to the Objection;.pdf | 486 KB |
| 📄  - Loan Account Proof of Claim.pdf | 319 KB |

## Signature

Sign Here

Print Name

Email Address

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## United States Bankruptcy Court, District of New Jersey (Trenton)

| If you have one or more Loan Collateral accounts, fill in this information to identify the case: | | |
|---|---|---|
| If you are a U.S. client: | ☒ | BlockFi Lending LLC (Case No. 22-19365) |
| If you are a non-U.S. client: | ☐ | BlockFi International Ltd. (Case No. 22-19368) |
| Other: | ☐ | _____ (Debtor Name) _____ (Case Number) |

Modified Official Form 410

# Loan Account Holder Proof of Claim Form

04/22

Read the instructions before filling out this form. This form is for making a claim based on assets held in account of the Debtors. **Do not** use this form to assert any other pre-petition claims. **Do not** use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed (November 28, 2022).

### Part 1:    Identify the Claim

**1. Who is the current creditor?**

▇▇▇▇▇▇▇▇▇

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

Customer Identification Number(s): ▇▇▇▇▇▇▇

Email Address Used to Sign Up for your BlockFi Account(s): ▇▇▇▇▇▇

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor b** Federal R Bankruptc (FRBP) 20

**Where should notices to the creditor be sent?**

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Contact email _____

**Where should payments to the creditor be sent?** (if different)

Name _____

Number        Street _____

City                State        ZIP Code

Country (If outside of the US)

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____    Filed on ____ / ____ / _____  MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of November 28, 2022 |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ▮▮▮▮▮▮

**7a. To the extent that you assert a claim that is denominated in US Dollars, list the value of the claim in US Dollars as of the date the case was filed (November 28, 2022)**

$ 2.61856908 BTC ($74,374.20)

**7b. List the number of each type of coin held in your Loan account(s) as of the date the case was filed (November 28, 2022) (i.e., list the IN KIND COIN BALANCE in your Loan account(s) as of the date the case was filed).**

| Coin | Price as of November 28, 2022, at 11:59 p.m. UTC | Loan Collateral |
|---|---|---|
| Bitcoin (BTC) | $16,206.3000 | 2.61856908 BTC |
| Ethereum (ETH) | $1,167.2400 | |
| Binance Coin (BNB) | $292.7865 | |
| Binance USD (BUSD) | $1.0000 | |
| Litecoin (LTC) | $73.8500 | |
| Multi Collateral Dai (DAI) | $0.9997 | |
| PAX Gold (PAXG) | $1,740.6400 | |
| Polkadot (DOT) | $5.1340 | |
| US Dollar Fiat (USD) | N/A | |
| Other (Please Specify) | | |
| Other (Please Specify) | | |
| Other (Please Specify) | | |
| Other (Please Specify) | | |
| Other (Please Specify) | | |
| Other (Please Specify) | | |
| Other (Please Specify) | | |
| Other (Please Specify) | | |
| Other (Please Specify) | | |

| | |
|---|---|
| **8. What is the basis of the claim?** | Examples: Client Account, goods sold, money loaned, lease, services performed, or personal injury/wrongful death.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Loan Collateral/Purchase and Return of BTC Currency-Rejection of In-Kind |
| **9. Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>    **Nature of property:**<br>    ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>    ☐ Motor vehicle<br>    ☐ Other. Describe: _____<br><br>    **Basis for perfection:** _____<br>    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>    **Value of property:**        $_____<br><br>    **Amount of the claim that is secured:**   $_____<br><br>    **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>    **Amount necessary to cure any default as of the date of the petition:** $_____<br><br>    **Annual Interest Rate** (when case was filed) _____%<br>    ☐ Fixed<br>    ☐ Variable |
| **10. Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____ |
| **11. Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, | ☑ No<br>☐ Yes. *Check one:*                                **Amount entitled to priority**<br><br>    ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____<br><br>    ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____<br><br>    ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____<br><br>    ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____<br><br>    ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____<br><br>    ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(  ) that applies.    $_____<br><br>    * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. |

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03/28/2023  (mm/dd/yyyy)

_____
Signature

Name of the pe

Name

Title

Company

Address

Contact phone

Nov 09                         🔵 -0.50000000 BTC                                                    Loan Collateral    ^

| Transaction Type | Loan ID | Amount | Date |
|---|---|---|---|
| Internal Transfer | ███████████████ | -0.50000000 BTC | Nov 09, 21:17:57 UTC |

**From:** ███████████
**Sent:** Tuesday, March 21, 2023 2:20 PM
**To:** ███████
**Cc:** ███████
**Subject:** Re:██████████
**Attachments:** rear_cover_page.PDF; front_cover_page.PDF; claim_page4.PDF; claim_page3.PDF; signed_contract.PDF; claim_page1.PDF; claim_page2.PDF; April_11_2022_collateral.png; May_9_2022_collateral.png; May_10_2022_collateral.png; November_9_2022 _collateral.png; June_13_2022_collateral.png; Loan_account detail.png

**Categories:** LEAP

Attached are the following documents:
Signed contract
Scanned claim paperwork received from Kroll (6)
Screenshot from Blockfi website of loan account
Screenshots of additional funds added to loan collateral (5)

Blockfi account # ████████████
Loan ██████████████
Original loan amount: $25,100
Total Collateral (bitcoin): 2.61856908 BTC

The original collateral amount for this loan at origination was 1.15 BTC. Additional bitcoin was deposited on five separate occasions to keep the collateral within the LTV required by Blockfi to avoid any liquidation of the existing bitcoin collateral.

April 11, 2022   0.1 BTC
May 9, 2022   0.01520519 BTC
May 10, 2022   0.30497694 BTC
June 13, 2022   0.54838695 BTC
November 9, 2022   0.5 BTC

Claim paperwork received from Kroll does not state the amount of bitcoin held in collateral, only a US dollar valuation based on the exchange rate from November 28, 2022 ($42,437.32) which is essentially the market bottom for USD/BTC. I have no interest in liquidating my bitcoin collateral for US dollars which was the original reason for using the Blockfi loan product. I had the understanding that my collateral was being held by a third party custodian (Gemini) and would only be liquidated in the event of a margin call due to loan LTV exceeding a specific threshold. I kept my loan in good standing during a massive selloff in the crypto markets with additional funds deposited when required to avoid the sale of any collateral. If the bitcoin collateral must be paid back in US dollars it would seem that the exchange rate should be based on the date those funds are returned

## Response to the Objection;

**Proof of Claim No. 15082 filed March 30, 2023 asserts an amount of 2.61856908 BTC (digital asset) or $74,374.20 (fair market value on March 30, 2023). The loan collateral for this claim is a digital asset (property) and if recovered in United States currency should represent current fair market value.**





BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| TNFB-6JC2-7KEE-XNKS |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 23702 |
|---|

Claim Name

| ████████ |
|---|

Claimant Address on File

| ██████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 BlockFI Claim-3.31.23.pdf | 167 KB |
| 📄 BlockFI Inc_Objection_3.29.24 - Google Docs.pdf | 31 KB |

## Signature

Sign Here



Print Name

██████████

Email Address

███████████████

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



3.29.2024

BlockFi Inc.

Re: Wind-Down Debtors' 17th Omnibus Objection to Claims

To whom it may concern,

I object to the expungement of my BlockFi claim amount. Please find attached the current and active claim amount.

An aside, I'm appalled by the antics of both BlockFi and Kroll in misleading BlockFi Interest Account (BIA) holders that withdrawals would (finally) be available soon to then, in parallel, proceed with expungement of claims. Clearly, the calculation here was that account holders (me included) wouldn't comprehend the legal language or the implications of this filing and therefore wouldn't be aware that an objection was even necessary. Disgusting.

██████████

Signature provided electronically

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 8DM9-HJYE-3TQB-DHSZ |
|---|

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

BlockFi Seventeenth Omnibus Objection Response Portal

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: ███████████████
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

34048

Claim Name

████████

Claimant Address on File

████████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | | |
|---|---|---|
| 📄 | Objection based on Evidence.doc | 817 KB |

BlockFi Seventeenth Omnibus Objection Response Portal

## Signature

Sign Here

Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

I have submitted the following screenshots over several proof of claims that ETH was still in my BlockFi's wallet account.  Please refer 1st 2 screenshots taken on 29 Nov 2022 after BlockFi entered into bankruptcy court proceedings.  The last screenshot shows that ETH was not in my BlockFi's BIA or interest bearing account.

After submitting all these screenshots as proof, BlockFi went on to move my ETH into my BlockFi's BIA account.  As a result, it doesn't matches your records and my claim was classified as "expunge" .  As such, I have to resubmit again to reassert my claim that ETH was in my BlockFi's wallet and should be allowed to withdraw.

Thanks for looking into this..







BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| NZYR-SFCG-BERE-UUAS |
|---|

○ Where can I find my Unique ID?

## Claim Information

Claim Number

| 19070 |
|---|

Claim Name

| ██████████ |
|---|

Claimant Address on File

| ███████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

████████████

Street1

█████████████

Street2

City

██████

State

██

Zip

██████

Country

██████████

Telephone Number

█████████

Email Address

████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

████████████

Street1

█████████████

Street2

City

██████

State

██

Zip

██████

Country

██████████

Telephone Number

█████████

Email Address

█████████████████

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 🖻  image.jpg | 3 MB |
| 🖻  image.jpg | 3 MB |
| 🖻  image.jpg | 4 MB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

# October 2022 BlockFi Interest Account Statement

**Flex Selection**                     ---
**Month Ending**                    October 31, 2022

You earned approximately
## $78.20 * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| 1 BTC<br>$20,492.00 | 0.00381610<br>$78.20 | 2.19486341<br>$44,977.14 |
| **Total*** in USD | **$78.20** | **$44,977.14** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary based on activity, rates, and compliance with BlockFi's terms & conditions.

◆ **BlockFi**

201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

## October 2022  BlockFi Wallet Statement

**Name**
**Email**
**Address**

**Account ID**
**Month Ending**                October 31, 2022

You earned approximately
**$0.00** * worth of crypto.

| Crypto Prices* | Credit Card Rewards Earned | Referral/Bonus Earned | Ending Balance |
|---|---|---|---|
| 1 BTC<br>$20,492.00 | 0 | 0 | 1.10338500<br>$22,610.57 |
| **Total\* in USD** | **$0.00** | **$0.00** | **$22,610.57** |

4/1/24

To whom It May Concern:

I originally filed 2 claims. One for my Wallet Account and one for my BIA Account. My Wallet Account had 1.1682 BTC ($18,932.20 equivalent at time at time account was freeze) and my BIA account had 2.19486341 BTC ($35,570.61 equivalent in value at time account freeze). I since had received my 1.1682 BTC in my Wallet Account in August 2023. However, I haven't yet to receive the bitcoin in my BIA account. the amount still owed to me in bitcoin is 2.19486341. The two accounts are 2 separate account I had on Blockfi Phtform and I just want to make sure they are not duplicate of each other. Attached are the 2 statements showing what I had in each account at the time of Blockfi Freezing all access. As for the 2 claims 19070 and 14353 mentioned on the "Seventeenth Omnibus Objection" in the email I received on 3/8/24. It looks like these 2 are. indeed duplicate of each other. If it is duplicate one can be removed, but I need to be paid for one of them. As of today 4/1/24 I have not received the 2.19486341 Bitcoin that is still owed to me. Please advise how and when I will be able to access this money/bitcoin.

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

> TRE3-VR73-PH8F-3MGH

○ Where can I find my Unique ID?

## Claim Information

Claim Number

> 5647

Claim Name

> ███████

Claimant Address on File

> ██████████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Seventeenth Omnibus Objection Response Portal

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 🗎   Response to Objection To Claims ▮▮▮▮▮▮pdf | 87 KB |

## Signature

Sign Here



Print Name

▮▮▮▮▮▮

Email Address

▮▮▮▮▮▮▮

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| ██████████ | |
| In re:<br><br>BLOCKFI INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 22-19361 (MBK)<br><br>**Hearing Date: April 9, 2024, 11:00 am ET**<br>**Response Deadline: April 2, 2024** |

**RESPONSE OF ██████ TO WIND-DOWN DEBTOR'S SEVENTEENTH OMNIBUS**
**OBJECTION TO CLAIMS**

Now comes ██████████ and for his response to the Wind-Down Debtors

Seventeenth Omnibus Objection to Claims (Docket 2169) respectfully states as follows:

1. ████ timely filed his proof of claim and is listed on the Seventeenth Omnibus Objection

   to Claims as Claim No. 5647.

2. By filing the claim, ████ introduced prima facie evidence that the claim is valid and

   accurate. A debtor cannot shift the burden of proving the claim's validity without

   providing evidence that the claim is not accurate. *In re Anthony*, 453 B.R. 782, 785

   (Bankr. D.N.J. 2011). Without such evidence ████ claim must prevail.

3. ████ claim involves 1.33 Bitcoin he owns and tendered as collateral for a loan from the

   Debtor. As discussed below, the Bitcoin is owned by ████, not the debtor and therefore

   is not property of the estate. ████ claim is not for cryptocurrency purchased on the

   Debtor's exchange. The claim is for collateral securing a loan for which he timely paid

and was not in default when the Debtor filed bankruptcy. Therefore Debtor has no claim to the collateral.

4. Permitting the Debtor to liquidate ███ collateral as part of the estate is akin to an insolvent bank paying its creditors by seizing its customers' homes used as collateral for mortgages.

5. The Loan and Security Agreement, drafted by Debtor, and entered into between ███ and the Debtor on March 18, 2022[1] clearly acknowledges that ███ is "the sole, legal and equitable owner of the collateral."

6. Specifically, Paragraph 6(b) plainly states that "[e]xcept for the security interest in the Collateral granted by Borrower to Lender under this Agreement, **Borrower is the sole, legal and equitable owner of the Collateral** . . . ." (Emphasis added).


WHEREFORE, ███ respectfully requests that the Wind-Down Debtors' Objection be overruled and that it sustain ███ claim for 1.33 Bitcoin together with such other and further relief that is proper and just.


Respectfully Submitted,



Dated April 1, 2024

---

[1] It is assumed Debtor possesses or has access to the agreement, but ███ is happy to provide a copy upon request.

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

| 8A4W-C2JZ-MCGU-BQKU |
|---|

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

BlockFi Seventeenth Omnibus Objection Response Portal

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: ███████████████████
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

23443

Claim Name

███████████

Claimant Address on File

███████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Seventeenth Omnibus Objection Response Portal

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄   BIA Affirma ive Asser ion pdf | 26 KB |

## Signature

Sign Here



Print Name

▉▉▉▉▉▉

Email Address

▉▉▉▉▉▉

☑  I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

# Affirmative Assertion

Surviving Claim #:  23443

Type: BIA Account

Claimant: ██████████████

Remaining Amount of Claim:  $25,846.83

In reference to the objection filed claim number # 23442, I hereby agree to the proposed
modified and scheduled claim amount of $25,846.83, and further affirm that the claimed amount
IS NOT $0.00, as listed under the column "Asserted Claim Amount" in the 17th Omnibus
Objection document.

BlockFi Seventeenth Omnibus Objection Response Portal

## BlockFi Seventeenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").  Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to  imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection").  If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist  he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

### BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to  he Objection.  If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection.  This email or mail package contains a 16-digit Unique ID number.  Please enter the Unique ID number in the field below to enter this portal.  *Make one submission per Unique ID number.  Each Unique ID may be used only once.*

Please enter your Unique ID here

| 9BB6-GUD9-ZEGG-8H25 |
|---|

○ Where can I find my Unique ID?

### Claim Information

Claim Number

| 2613 |
|---|

Claim Name

| ██████████ |
|---|

Claimant Address on File

| ████████████████ |
|---|

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

████████████

Street1

████████████████

Street2

City

██████████

State

██

Zip

██████

Country

██████████

Telephone Number

████████

Email Address

██████████████████

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

BlockFi Seventeenth Omnibus Objection Response Portal

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 🗎 Account Screenshot.pdf | 84 KB |
| 🗎 BLOCKFI Write-Up.pdf | 66 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.



**BLOCK-FI Claim Submission Summary**

The documentation I have is a screenshot of my BTC value of my account. I do not agree with any amount, be it greater than or less than, the amount of BTC that my account reflected at the time my funds were frozen and/or seized. If I cannot receive my 1.17550180 BTC, then the dollar amount I wish to settle on would be that of the current market value for BTC, which at this current time is $68,607.70.

BlockFi Seventeenth Omnibus Objection Response Portal

## BlockFi Seventeenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary pe ition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to imely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist he Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

#### First Class Mail

### BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

#### Overnight Mail

### BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to he Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

ETNQ-ZH8S-6PEW-WP52

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: ██████████████
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

26913

Claim Name

██████████

Claimant Address on File

██████████████

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

**Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.**

Upload Here

| | |
|---|---|
| 📄 Loan Affirmative Assertion.pdf | 27 KB |

BlockFi Seventeenth Omnibus Objection Response Portal

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

# Affirmative Assertion

Surviving Claim #:  26913
Type: Loan Account
Claimant: ████████████
Loan Collateral Amount USD:  $210,513.07
Remaining Amount of Claim:  $137,874.82

In reference to the objection filed claim number # 26913, I hereby agree to the proposed
modified and scheduled claim amount of $137,874.82, and further affirm that the claimed
amount IS NOT $0.00, as listed under the column "Asserted Claim Amount" in the 17th
Omnibus Objection document.

BlockFi Seventeenth Omnibus Objection Response Portal

# BlockFi Seventeenth Omnibus Objection Response Portal

## Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

## BlockFi Inc. 17th Omnibus Objection Response Processing Center

c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

## Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

XMAU-6B3Q-46RP-UN5J

◉ Where can I find my Unique ID?

Please review the bottom left side of the correspondence you received from Kroll to locate your 16 digit Unique ID.

Responses may be filed electronically or by mail. For more information on filing a response, please visit https://restructuring.ra.kroll.com/blockfi.

Claim Number: 1234
Claimant Name: Smith, John Q.
Link to Your Objection Information: ▮▮▮▮▮▮▮▮▮▮▮
Unique ID: XXXX-XXXX-XXXX-XXXX

This document download token is single use, and will only be valid for 1 hour. If you need to generate a new secure document download token, you can do so at any time by returning to the this email and requesting a new document download link.

## Claim Information

Claim Number

18790

Claim Name

▮▮▮▮▮▮▮

Claimant Address on File

▮▮▮▮▮▮▮▮▮▮

**To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.

Upload Here

| | |
|---|---|
| BlockFi Supporting Documentation - ████9_11_2023_1244.pdf | 348 KB |
| BlockFi Seventeenth Omnibus Disagreement - ████████.pdf | 76 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registra ion form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have  he same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra kroll.com.

To Whom it May Concern,


I disagree with the expungement of my claim detailed in the Seventeenth Omnibus. My supporting documentation shows that I held $23,116.405439836 USDC and 2.09216201 ETH in a BIA. My original proof of claim (Confirmation ID: 3275-48-ZPKQI-931590443) did not have my USDC amount listed. I filed an amended claim (Unique ID: 8409-5718-5085-7412) with the inclusion of the above USDC amount. Under the 'BlockFi - Disclosure Statement (Standalone) _KE Draft 5.12.2023_(92372744.87).docx' my account should fall into the Class 3-e providing me a recovery amount between 36.2% and 94.4%.

My claim should be expunged based on the provided documentation.



BlockFi

## Markets ⓘ

View All

| | | |
|---|---|---|
| ₿ | **Bitcoin** BTC | **$26,025.65** +1.38% › |
| ♦ | **Ethereum** ETH | **$1,638.49** +0.49% › |
| Ð | **Dogecoin** DOGE | **$0.07** -0.05% › |
| Ł | **Litecoin** LTC | **$63.11** +1.01% › |

## Transactions

View All

| | | |
|---|---|---|
| $ | ⇄ **23,116.40539836 USDC** UI Update: Wallet to BIA Transfer Request Not Executed | Nov 14 › |
| $ | ⇄ **23,116.40539836 USDC** Transfer | Nov 14 › |
| $ | + **139.62938067 USDC** Interest Payment | Oct 31 › |
| ₿ | + **0.00000062 BTC** Interest Payment | Oct 31 › |
| 🜋 | + **0.00069099 GUSD** Interest Payment | Oct 31 › |

◆
**Dashboard**

⬤
Settings

← **Interest Account**



| | | | |
|---|---|---|---|
| USDC | ETH | BTC | GUSD |

| | | |
|---|---|---|
| USD Coin <br> USDC | 23,116.40539836 | › |
| Ethereum <br> ETH | 2.09216201 | › |
| Bitcoin <br> BTC | 0.00023385 | › |
| Gemini USD <br> GUSD | 0.11289070 | › |

## Transactions

Your transaction history has moved. Visit the Dashboard
to view Interest Account transactions.

# BlockFi Seventeenth Omnibus Objection Response Portal

### Introduction

On November 28, 2022, BlockFi Inc. and 8 affiliated debtors (collectively, "BlockFi") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Thereafter, the Bankruptcy Court set March 31, 2023, at 5:00 p.m., as the deadline for all persons and entities that assert a claim against BlockFi, arising prior to November 28, 2022, to timely file a proof of claim.

On March 4, 2024, BlockFi, as supervised by the Plan Administrator, filed the *Wind-Down Debtors' Seventeenth Omnibus Objection to Claims* (the "Objection"). If you filed a claim against BlockFi and your claim is affected by the Objection, the Objection and information pertaining to your claim was sent to you by Kroll Restructuring Administration LLC ("Kroll") by email or first class mail on or around March 8, 2024.

In order to assist the Court with collecting responses to the Objection, Kroll is collecting responses electronically through this portal or by hard copy at the address below. **For your response to be timely, it must be received by Kroll on or before April 2, 2024 at 4:00 p.m. prevailing Eastern Time. PLEASE NOTE THAT YOU DO NOT NEED TO FILE A RESPONSE IF YOU AGREE WITH THE PROPOSED MODIFICATION OR EXPUNGEMENT OF YOUR CLAIM.**

**First Class Mail**

BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
Grand Central Station, PO Box 4850
New York, NY 10163-4850

**Overnight Mail**

BlockFi Inc. 17th Omnibus Objection Response Processing Center
c/o Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Please follow the steps below to logon to this portal and to submit your response to the Objection. If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

### Logon

On or around March 8, 2024, Kroll sent you an email or mail package regarding BlockFi's Objection. This email or mail package contains a 16-digit Unique ID number. Please enter the Unique ID number in the field below to enter this portal. *Make one submission per Unique ID number. Each Unique ID may be used only once.*

Please enter your Unique ID here

K9RU-CAD4-ADAM-A66E

○ Where can I find my Unique ID?

### Claim Information

Claim Number

1793

Claim Name

███████████

Claimant Address on File

███████████

To the extent different from the pre-populated address above, please provide your or your attorney's name, address, telephone number, and email address where the attorneys for the Debtors should serve a reply to the Response you are submitting on this portal.

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

**To the extent different from the pre-populated address above, the name, address, telephone number, and email address of the party with authority to reconcile, settle, or otherwise resolve the Motion on your behalf.**

Name:

Street1

Street2

City

State

Zip

Country

Telephone Number

Email Address

## Document Upload

Please upload your response to the Objection in the box below.  You may upload up to 3 documents in either .PDF or .DOC format.  Each document may be up to 20 MBs or 30 MBs across all documents.

Upload Here

| | |
|---|---|
| 📄 Blockfi acct pdf.pdf | 277 KB |
| 📄 Blockfi account pdf.pdf | 179 KB |
| 📄 Blockfi acct. balance proof.pdf | 237 KB |

## Signature

Sign Here



Print Name

Email Address

☑ I certify that I have completed my E-registration form on the Kroll Restructuring Administration Forms Portal. I hereby agree that my electronic signature herein complies with the U.S. federal ESIGN Act of 2000, and accordingly shall have the same legal effect as my original signature.

If you have any questions on this portal please feel free to reach out to Kroll by phone at (888) 773-0375 (Toll Free) or (646) 440-4371 (International), or by email at blockfiinfo@ra.kroll.com.

March 29, 2024

I am writing to formally object to the expungement of my claim, as outlined in the notification I received from Blockfi. The notification cited two reasons for the expungement: firstly, that the claim improperly asserts secured, admin, or priority status and/or is asserted against the incorrect debtor entity, and secondly, that the claim is duplicative of another proof of claim filed by the same claimant.

Regarding the second reason cited, I understand that I inadvertently filed two claims, and I sincerely apologize for any confusion this may have caused. However, I firmly believe that both claims are valid and distinct, and as such, I wish to proceed with the objection process to ensure that my rights as a claimant are upheld.

I am writing this letter in accordance with the instructions provided by a Blockfi customer service representative whom I spoke with at 888-773-0375. During our conversation, I was informed to submit a formal letter of objection, and I was assigned the ticket number ███████ for record-keeping purposes.

Unfortunately, when attempting to resubmit my objection through the provided online portal, I encountered a technical issue regarding the Unique ID. I was informed that the Unique ID I attempted to use had been previously used and that I must provide a valid Unique ID to proceed with my submission.

Upon further reflection and consultation with Blockfi customer service representatives, I realized that the Unique ID associated with the objection process may differ from the Unique ID provided for the original claim. Therefore, I am submitting this letter to facilitate my objection.

Please be advised that the submission has been assigned the below Confirmation Number:
███████ for the Blockfi Seventeenth Omnibus Objection Response Portal Submission Confirmation.

I am enclosing this letter as a formal statement of my objection, along with the necessary documentation to support my claim. I kindly request that you consider this objection in conjunction with the Unique ID ███████ and reevaluate my claim accordingly.

I appreciate your attention to this matter and look forward to a prompt resolution. Please do not hesitate to contact me if any further information or clarification is required.



Received

APR 0 1 2024

Kroll Restructuring Administration



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# September 2022 BlockFi Wallet Statement

**Name**
**Email**
**Address**



**Account ID**
**Month Ending**     September 30, 2022

You earned approximately
**$0.00 *** worth of crypto.

# September 2022  BlockFi Interest Account Statement

**Flex Selection**            ---
**Month Ending**            September 30, 2022

You earned approximately
## $177.75 * worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 GUSD**<br>$1.00 | 177.75049874<br>$177.75 | 31,177.78256666<br>$31,177.78 |
| **1 LINK**<br>$7.56 | 0 | 0.00020954<br>$0.00 |
| **1 LTC**<br>$53.44 | 0 | 0.00002880<br>$0.00 |
| **Total\*** in USD | **$177.75** | **$31,177.78** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
Actual balances are denominated in cryptocurrency, not USD.
Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.



201 Montgomery St, 2nd Floor, Suite 263
Jersey City, NJ 07302 USA

# October 2022  **BlockFi Wallet Statement**

**Name**
**Email**
**Address**



**Account ID**
**Month Ending**          October 31, 2022

You earned approximately
**$0.00 *** worth of crypto.

# October 2022  BlockFi Interest Account Statement

**Flex Selection**                     ---
**Month Ending**                       October 31, 2022

You earned approximately
**$180.31 \*** worth of crypto.

| Crypto Prices* | Interest Earned | Ending Balance |
|---|---|---|
| **1 GUSD**<br>$1.00 | 180.31376331<br>$180.31 | 31,358.09632997<br>$31,358.10 |
| **1 LINK**<br>$7.86 | | 0.00020954<br>$0.00 |
| **1 LTC**<br>$55.02 | | 0.00002880<br>$0.00 |
| **Total\*** in USD | **$180.31** | **$31,358.10** |

\* Amounts in USD are based on the closing price per CoinMarketCap and are for information purposes only.
 Actual balances are denominated in cryptocurrency, not USD.
 Actual amounts will vary  based on activity, rates, and compliance with BlockFi's terms & conditions.

Verizon    20:28    66%

# Interest: GUSD

Balance ⓘ

# $31,358.09

31,358.09632997

| Total Interest Paid ⓘ | Accrued Interest ⓘ |
|---|---|
| $3,107.29 | $116.91 |
| 3,107.29446927 | 116.90856900 |

**Transfer**

Annual Percentage Yield (APY)

# 7.5%

Rates may vary

## Recurring Buys

Recurring buys are currently paused



Received

APR 0 1 2024

Kroll Restructuring Administration



**ReadyPost**

Document Mailer

To: BlockFi Inc 17th Omnibus
Objection Response Processing
Center c/o Kroll
Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232



# PRIORITY MAIL

PRESS FIRMLY TO SEAL

PORT ST LUCIE, FL 34952
MAR 29, 2024
11232

**$30.45**

R2304E107210-14

RDC 07

VISIT US AT USPS.COM®
Label 106A, Nov 2018

---

## FOR DOMESTIC AND INTERNATIONAL USE

### UNITED STATES POSTAL SERVICE®
### PRIORITY MAIL EXPRESS®

EI 950 799 676 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE (239) 603-9340

PAYMENT BY ACCOUNT (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑1-Day ☐2-Day ☐Military ☐DPO

PO ZIP Code: 34952
Scheduled Delivery Date (MM/DD/YY): 3/30/24
Postage: $30.45

Date Accepted (MM/DD/YY): 3/29/2024
Scheduled Delivery Time: ☐6:00 PM
Insurance Fee: $
COD Fee:

Time Accepted: 2:51 ☐AM ☐PM
Return Receipt Fee: $
Live Animal Transportation Fee:

**TO:** (PLEASE PRINT) PHONE (   )
BlockFi Inc 17th Omnibus
Objection Response Processing
Center c/o Kroll Restructuring
Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY
ZIP + 4®: 1 1 2 3 2

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $

Weight: 3.20 lbs ☑Flat Rate
Acceptance Employee Initials: EC

Total Postage & Fees: $30.45

**DELIVERY (POSTAL SERVICE USE ONLY)**
RECEIVED
APR 01 2024
KROLL RESTRUCTURING ADMINISTRATION

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**PEEL FROM THIS CORNER**

 

EP13F July 2022
OD: 12 1/2 x 9 1/2