| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Warren J. Martin, Esq. (wjmartin@pbnlaw.com)<br>Robert M. Schechter, Esq. (rmschechter@pbnlaw.com)<br><br>*Attorneys for Zachary Prince and Flori Marquez*<br><br>**SHEARMAN & STERLING LLP**<br>R. Thaddeus Behrens, Esq. (*pro hac vice*)<br>Daniel H. Gold, Esq. (*pro hac vice*)<br>2601 Olive Street, 17th Floor<br>Dallas, TX 75201<br>(214) 271-5812<br>thad.behrens@shearman.com<br>dan.gold@shearman.com<br><br>*Attorneys for Zachary Prince* | |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered)<br>**Hearing Date and Time:**<br>**April 25, 2024 at 11:30 a.m. (EST)** |

## CERTIFICATE OF SERVICE

I, Maria P. Dermatis, of full age, hereby certifies as follows:

1. I am employed by Porzio, Bromberg & Newman, P.C., counsel to Zachary Prince and Flori Marquez in the above matter.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

7674529

2. On April 4, 2024, in addition to service via the Court's CM/ECF system, I caused a true and correct copy of the *Motion of Zachary Prince and Flori Marquez for an Order to Allow Insured Persons To Access Excess Directors And Officers Insurance Policy For Defense Costs* [ECF No. 2219] to be served via regular mail on those parties listed on the annexed Exhibit A.

I certify under penalty of perjury that the foregoing statements made by me are true.

Dated:  April 8, 2024            By:    */s/ Maria P. Dermatis*
                                                       Maria P. Dermatis

7674529

# **<u>EXHIBIT A</u>**

7674529

GENOVA BURNS LLC
DANIEL M. STOLZ, ESQ.
DONALD W. CLARKE, ESQ.
110 ALLEN RD., SUITE 304
BASKING RIDGE, NJ 07920

UNITED STATES DEPARTMENT OF JUSTICE, OFFICE OF THE UNITED STATES TRUSTEE, ANDREW R. VARA UNITED STATES TRUSTEE, REGIONS 3 & 9
JEFFREY M. SPONDER, ESQ.
LAUREN E. BIELSKIE, ESQ.
ONE NEWARK CENTER, SUITE 2100
NEWARK, NJ 07102 GIBBONS P.C.
ATTN: ROBERT K. MALONE, BRETT S. THEISEN, KYLE P. MCEVILLY
ONE GATEWAY CENTER
NEWARK, NJ 07102

HOGAN LOVELLS US LLP
ATTN: CHRISTOPHER R. DONOHO III, CHRISTOPHER R. BRYANT
ROBERT A. RIPIN
390 MADISON AVE
NEW YORK, NY 10017

HOGAN LOVELLS US LLP
ATTN: DAVID P. SIMONDS, EDWARD J. MCNEILLY
1999 AVENUE OF THE STARS, SUITE 1400
LOS ANGELES, CA 90067

STRAFFI & STRAFFI, LLC
ATTN: DANIEL E. STRAFFI
670 COMMONS WAY
TOMS RIVER, NJ 08755

REED SMITH LLP
ATTN: KURT F. GWYNNE, JASON D. ANGELO
1201 NORTH MARKET STREET
SUITE 1500
WILMINGTON, DE 19801

VENABLE LLP
ATTN: ANDREW J. CURRIE
600 MASSACHUSETTS AVENUE NW
WASHINGTON, DC 20001

VENABLE LLP
ATTN: MICHAEL A. GUERRA, JEFFREY S. SABIN AND CAROL A. WEINER
1270 AVENUE OF THE AMERICAS
24TH FLOOR
NEW YORK, NY 10020

GOODWIN PROCTER LLP
ATTN: MEREDITH L. MITNICK
620 EIGHTH AVENUE
NEW YORK, NY 10018

MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOHN C. GOODCHILD, III, MATTHEW C. ZIEGLER
1701 MARKET STREET
PHILADELPHIA, PA 19103

MORGAN, LEWIS & BOCKIUS LLP
ATTN: JOSHUA DORCHAK, DAVID K. SHIM
101 PARK AVENUE
NEW YORK, NY 10178

KAUFMAN DOLOWICH, LLP
ATTN: SETH D. GRIEP
COURT PLAZA NORTH
25 MAIN STREET, SUITE 500
HACKENSACK, NJ 07601

PASHMAN STEIN WALDER HAYDEN, P.C.
ATTN: JOHN W. WEISS, JOSEPH C. BARSALONA II
101 CRAWFORDS CORNER ROAD
SUITE 4202
HOLMDEL, NJ 07733

SULLIVAN & CROMWELL LLP
ATTN: ANDREW G. DIETDERICH, JAMES L. BROMLEY, BRIAN D. GLUECKSTEIN, MATTHEW J. PORPORA
125 BROAD STREET
NEW YORK, NY 10004

BOYLE & VALENTI LAW, P.C.
ATTN: CARRIE J. BOYLE, ESQ.
1940 ROUTE 70 EAST, SUITE 4
CHERRY HILL, NJ 08003

GERRO & GERRO
ATTN: GEORGE J. GERRO
530 S. GLENOAKS BLVD.
SUITE 200
BURBANK, CA 91502

MIDDLEBROOKS SHAPIRO, P.C.
ATTN: JOSEPH M. SHAPIRO
P. O. BOX 1630
BELMAR, NJ 07719-1630

AKERMAN LLP
ATTN: STEVEN R. WIRTH
401 EAST JACKSON STREET
SUITE 1700
TAMPA, FL 33602

JACK SHRUM, P.A.
ATTN: "J" JACKSON SHRUM
919 N. MARKET ST., SUITE 1410
WILMINGTON, DE 19801

WADSWORTH, GARBER, WARNER AND CONRARDY, P.C.
ATTN: AARON A. GARBER
2580 W. MAIN ST.
LITTLETON, CO 80120

ANSELL GRIMM & AARON, P.C.
ATTN: ANTHONY J. D'ARTIGLIO, JOSHUA S. BAUCHNER
365 RIFLE CAMP ROAD
WOODLAND PARK, NJ 07424

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, & POPEO, P.C.
ATTN: KAITLIN R. WALSH, THERESE M. DOHERTY, DOUGLAS P. BAUMSTEIN
919 THIRD AVENUE
NEW YORK, NY 10022

DORF & NELSON LLP
ATTN: ANDREW P. MARKS
THE INTERNATIONAL CORPORATE CENTER
555 THEODORE FREMD AVENUE
RYE, NY 10580

GORSKI & KNOWLTON PC
ATTN: CAROL L. KNOWLTON, ALLEN I. GORSKI
311 WHITEHORSE AVENUE
SUITE A
HAMILTON, NJ 08610

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: GASTON P. LOOMIS
300 DELAWARE AVE
SUITE 1014
WILMINGTON, DE 19801

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: JEFFREY BERNSTEIN
570 BROAD STREET
NEWARK, NJ 07102

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: NICOLE LEONARD
225 LIBERTY STREET
36TH FLOOR
NEW YORK, NY 10281

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ATTN: VIRGINIA T. SHEA
1300 MT. KEMBLE AVENUE
PO BOX 2075
MORRISTOWN, NJ 07962-2075

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: HUGH M. MCDONALD
31 WEST 52ND STREET
NEW YORK, NY 10019

GOLDSTEIN & MCCLINTOCK LLLP
ATTN: MATTHEW E. MCCLINTOCK, HARLEY GOLDSTEIN, DANIEL C. CURTH
111 W WASHINGTON STREET
SUITE 1221
CHICAGO, IL 60602

LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.
ATTN: DOUGLAS T. TABACHNIK
63 WEST MAIN STREET, SUITE C
FREEHOLD, NJ 07728-2141

ANDREWS DEVALERIO LLP
ATTN: DARYL ANDREWS, GLEN DEVALERIO
P.O. BOX 67101
CHESTNUT HILL, MA 02467

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
ATTN: PERETZ BRONSTEIN
60 EAST 42ND STREET
SUITE 4600
NEW YORK, NY 10165

LOWENSTEIN SANDLER LLP
ATTN: MICHAEL S. ETKIN, MICHAEL PAPANDREA
ONE LOWENSTEIN DRIVE
ROSELAND, NJ 07068

POMERANTZ LLP
ATTN: JEREMY A. LIEBERMAN, J. ALEXANDER HOOD II, BRIAN CALANDRA
600 THIRD AVENUE
NEW YORK, NY 10016

LEE, LLC
ATTN: PETER Y. LEE
770 RIVER ROAD
P.O. BOX 52
EDGEWATER, NJ 07020

BARCLAY DAMON LLP
ATTN: SCOTT L. FLEISCHER
1270 AVENUE OF THE AMERICAS
SUITE 501
NEW YORK, NY 10020

SINGER & LEVICK, P.C.
ATTN: LARRY A. LEVICK
16200 ADDISON ROAD
SUITE 140
ADDISON, TX 75001

MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP
ATTN: EDWARD L. SCHNITZER
457 HADDONFIELD ROAD
6TH FLOOR
CHERRY HILL, NJ 08002

GEORGE BROTHERS KINCAID & HORTON, LLP
ATTN: B.RUSSELL HORTON
114 W. 7TH STREET
SUITE 1100
AUSTIN, TX 78701

PUTNICK LEGAL, LLC
ATTN: MARY E. PUTNICK
P.O. BOX 797
SEWELL, NJ 08080

| | |
|---|---|
| HOLLAND & KNIGHT LLP<br>ATTN: BARBRA R. PARLIN<br>31 WEST 52ND STREET<br>NEW YORK, NY 10019 | BANKRUPTCY & COLLECTIONS<br>DIVISION<br>P. O. BOX 12548<br>AUSTIN, TX 78711-2548 |
| PULLMAN & COMLEY, LLC<br>ATTN: KRISTIN B. MAYHEW<br>850 MAIN STREET<br>PO BOX 7006<br>BRIDGEPORT, CT 06601-7006 | U.S. DEPARTMENT OF JUSTICE –<br>CIVIL DIVISION<br>ATTN: JESSICA L. COLE<br>1100 L STREET, NW<br>ROOM 7110<br>WASHINGTON, DC 20005 |
| TROUTMAN PEPPER HAMILTON<br>SANDERS LLP<br>ATTN: DEBORAH KOVSKY-APAP<br>875 THIRD AVENUE<br>NEW YORK, NY 10022 | WOLF, RIFKIN, SHAPIRO, SCHULMAN<br>& RABKIN, LLP<br>ATTN: SIMON ARON<br>11400 WEST OLYMPIC BLVD<br>9TH FLOOR<br>LOS ANGELES, CA 90064-1582 |
| REED SMITH LLP<br>ATTN: KURT F. GWYNNE<br>506 CARNEGIE CENTER, SUITE 300<br>PRINCETON, NJ 08540 | STEVENS & LEE, P.C.<br>ATTN: JOHN C. KILGANNON<br>PRINCETON PIKE CORPORATE<br>CENTER<br>100 LENOX DRIVE, SUITE 200<br>LAWRENCEVILLE, NJ 08648 |
| TRAURIG LAW LLC<br>ATTN: JEFFREY TRAURIG<br>43 W 43RD STREET<br>SUITE 73<br>NEW YORK, NY 10036 | GRANT & EISENHOFER P.A.<br>ATTN: JASON M. AVELLINO<br>123 JUSTISON STREET<br>WILMINGTON, DE 19801 |
| LATHAM & WATKINS LLP<br>ATTN: ADAM S. RAVIN, ADAM J.<br>GOLDBERG, CHRISTOPHER HARRIS,<br>BRETT M. NEVE, NACIF TAOUSSE,<br>MARISSA ALTER-NELSON<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | U.S. DEPARTMENT OF JUSTICE –<br>CIVIL DIVISION  COMMERCIAL<br>LITIGATION BRANCH<br>ATTN: RUTH A. HARVEY, MARGARET<br>M. NEWELL, SETH B. SHAPIRO,<br>BEN FRANKLIN STATION<br>P.O. BOX 875<br>WASHINGTON, DC 20044-0875 |
| LATHAM & WATKINS LLP<br>ATTN: NIMA H. MOHEBBI, TIFFANY<br>M. IKEDA<br>355 SOUTH GRAND AVENUE, STE 100<br>LOS ANGELES, CA 90071 | U.S. DEPARTMENT OF JUSTICE CIVIL<br>DIVISION<br>ATTN: SETH B. SHAPIRO<br>1100 L STREET, NW<br>7TH FLOOR - ROOM 7114<br>WASHINGTON, DC 20005 |
| OFFICE OF THE ATTORNEY GENERAL<br>OF TEXAS<br>ATTN: JASON B. BINFORD<br>AND ROMA N. DESAI | |

LAZARE POTTER GIACOVAS &
MOYLE LLP
ATTN: ANNA PIA D. FELIX, MICHAEL
T. CONWAY
747 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10017