UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI, LLC
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Creditor

In Re:

BlockFi, Inc.

Case No.: 22-19361
Adv. Pro. No.: _____
Chapter: 11
Subchapter V:  ☐ Yes  ☐ No
Hearing Date: 4/9/2024
Judge: MBK

## ADJOURNMENT REQUEST

1. I, Daniel E. Straffi, Jr.,

   ☒ am the attorney for: Creditor, Katsiaryna Matusevich 24213 and 26945,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Notice of Wind-Down Debtors' Seventeenth Omnibus Objection to Claims

   Current hearing date and time: 4/9/24 @ 11:00 am

   New date requested: 2 week adjournment

   Reason for adjournment request: Just recently retained and require additional time to formulate a response.

2. Consent to adjournment:

   ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: 4/8/24

/s/ Daniel E. Straffi, Jr.
Signature

**COURT USE ONLY:**

The request for adjournment is:       *

☒  Granted            New hearing date: 4/25/2024 at 11:30 a.m.        ❑ Peremptory

❑  Granted over objection(s)   New hearing date: _____        ❑ Peremptory

❑  Denied

**\*** The Seventeenth Omnibus Objection to Claims is adjourned to 4/25/24 at 11:30 a.m. as to Claim No. 24213 and 26945 only.

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*