Barbra R. Parlin
HOLLAND & KNIGHT LLP
787 Seventh Avenue, 31st Floor
New York, NY 10019
(212) 513-3200
*Attorneys for Silvergate Bank.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

In re BlockFi Inc., et al.　　　　　　　　Case No. 22-19361 (MBK)

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE,** that effective April 8, 2024, the law firm of Holland & Knight LLP has moved:

FROM:　　　HOLLAND & KNIGHT LLP
　　　　　　31 West 52nd Street
　　　　　　New York, NY 10019

TO:　　　　HOLLAND & KNIGHT LLP
　　　　　　787 Seventh Avenue, 31st Floor
　　　　　　New York, NY 10019

**PLEASE TAKE FURTHER NOTICE,** that the undersigned respectfully request that all notices and copies of pleadings, papers and other materials relevant to this action be directed and served upon the undersigned.

Dated:　　New York, New York
　　　　　April 10, 2024　　　　　　　　　　HOLLAND & KNIGHT LLP

　　　　　　　　　　　　　　　　　　　　　By: *Barbra R. Parlin*
　　　　　　　　　　　　　　　　　　　　　Barbra R. Parlin
　　　　　　　　　　　　　　　　　　　　　787 Seventh Avenue, 31st Floor
　　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　　Tel: (212) 513-3200
　　　　　　　　　　　　　　　　　　　　　Email: barbra.parlin@hklaw.com