| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617)856-8300<br>taxelrod@brownrudnick.com<br><br>*General Counsel for the Plan Administrator*<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>*Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator* |
| In re:<br><br>BLOCKFI INC., *et al*.,<br><br>    Wind-Down Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered under a Confirmed Plan) |

# THIRD NOTICE OF ALLOWED CLAIMS PURSUANT TO THE CONFIRMED THIRD AMENDED JOINT CHAPTER 11 PLAN OF BLOCKFI INC. AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE (ADDITIONAL TECHNICAL MODIFICATIONS)

    **PLEASE TAKE NOTICE** that on October 3, 2023, the Bankruptcy Court entered an order

[Docket No. 1660] (the "Confirmation Order") confirming the *Third Amended Joint Chapter 11*

*Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (in liquidation) (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners LP, 1700 Broadway, 19th Floor, New York, NY 10019.

*(Additional Technical Modifications)* [Docket No. 1609] (as amended and supplemented, the "Plan"). Unless otherwise defined in this notice, capitalized terms used in this notice shall have the same meanings as the capitalized terms of the Plan and Confirmation Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that the effective date of the Plan occurred on October 24, 2023 [Docket No. 1788] (the "Effective Date").

**PLEASE TAKE FURTHER NOTICE** that attached to this notice as **Exhibit A** is a list of proofs of claim that have been objected to and modified by Wind-Down Debtors and determined to be Allowed Claims as that term is defined in Art. I of the Plan. Also contained in Exhibit A are claims that did not require any objection by the Wind-Down Debtors and have been reviewed and designated as Allowed Claims.

**PLEASE TAKE FURTHER NOTICE** that distributions on the Allowed Claims will be made in accordance with the terms of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Wind-Down Debtors shall supplement the list of Allowed Claims as additional claims become Allowed Claims under the terms of the Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases, including without limitation the Plan, the Confirmation Order, and this notice, may be obtained free of charge by visiting the website of Kroll Restructuring Administration, LLC at https://restructuring.ra.kroll.com/blockfi. You may also obtain copies of any pleadings by visiting the Court's website at https://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page intentionally left blank.]*

| | |
|---|---|
| Dated: April 15, 2024 | */s/ Daniel M. Stolz*<br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>*Local Counsel to the Plan Administrator*<br><br>**HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator*<br><br>**BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617) 856-8300<br>taxelrod@brownrudnick.com<br><br>*General Counsel to the Plan Administrator* |

3

# EXHIBIT A

## SCHEDULE OF ALLOWED CLAIMS

Claim Nos. 16 through 12276

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 16 | 752 | 1391 | 2476 | 3921 | 5618 | 6188 | 9340 | 10924 | 11300 |
| 32 | 757 | 1392 | 2479 | 3924 | 5638 | 6256 | 9426 | 10925 | 11314 |
| 54 | 758 | 1400 | 2484 | 3928 | 5640 | 6308 | 9459 | 10930 | 11318 |
| 57 | 763 | 1437 | 2520 | 3932 | 5641 | 6316 | 9655 | 10940 | 11319 |
| 63 | 772 | 1452 | 2527 | 3934 | 5647 | 6347 | 9669 | 10950 | 11345 |
| 69 | 798 | 1464 | 2556 | 3937 | 5649 | 6377 | 9682 | 11008 | 11406 |
| 70 | 811 | 1494 | 2588 | 3938 | 5652 | 6414 | 9723 | 11015 | 11456 |
| 79 | 822 | 1509 | 2606 | 3940 | 5656 | 6425 | 9728 | 11025 | 11459 |
| 91 | 855 | 1538 | 2623 | 3945 | 5667 | 6434 | 9746 | 11027 | 11497 |
| 99 | 872 | 1610 | 2626 | 4034 | 5677 | 6466 | 9790 | 11048 | 11571 |
| 122 | 881 | 1673 | 2627 | 4078 | 5679 | 6470 | 10006 | 11051 | 11592 |
| 134 | 882 | 1718 | 2633 | 4082 | 5685 | 6473 | 10014 | 11052 | 11636 |
| 151 | 893 | 1727 | 2643 | 4084 | 5689 | 6509 | 10112 | 11054 | 11811 |
| 152 | 935 | 1729 | 2648 | 4119 | 5710 | 6512 | 10147 | 11058 | 11813 |
| 183 | 938 | 1737 | 2688 | 4224 | 5713 | 6528 | 10172 | 11067 | 11819 |
| 202 | 998 | 1747 | 2689 | 4572 | 5715 | 6564 | 10182 | 11072 | 11832 |
| 236 | 1000 | 1750 | 2704 | 4621 | 5720 | 6614 | 10376 | 11088 | 11852 |
| 250 | 1002 | 1758 | 2718 | 4763 | 5786 | 6615 | 10391 | 11089 | 11856 |
| 267 | 1008 | 1764 | 2752 | 5113 | 5800 | 6628 | 10446 | 11094 | 11870 |
| 300 | 1027 | 1807 | 2791 | 5199 | 5811 | 6685 | 10497 | 11095 | 11877 |
| 324 | 1044 | 1819 | 2837 | 5254 | 5847 | 6715 | 10503 | 11097 | 11878 |
| 393 | 1052 | 1839 | 2872 | 5367 | 5854 | 6722 | 10523 | 11107 | 11883 |
| 398 | 1086 | 1863 | 2922 | 5391 | 5872 | 6779 | 10538 | 11134 | 11884 |
| 414 | 1092 | 1897 | 2932 | 5404 | 5879 | 6852 | 10626 | 11138 | 11896 |
| 416 | 1099 | 1907 | 2971 | 5422 | 5896 | 6857 | 10633 | 11142 | 11897 |
| 435 | 1102 | 1936 | 2982 | 5424 | 5911 | 6938 | 10675 | 11146 | 11904 |
| 444 | 1111 | 1985 | 3047 | 5425 | 5937 | 7120 | 10704 | 11161 | 11907 |
| 447 | 1124 | 1990 | 3069 | 5427 | 5953 | 7208 | 10709 | 11169 | 11920 |
| 452 | 1133 | 2076 | 3101 | 5428 | 5983 | 7215 | 10731 | 11181 | 11927 |
| 469 | 1161 | 2127 | 3125 | 5430 | 6004 | 7216 | 10741 | 11182 | 11940 |
| 481 | 1168 | 2155 | 3130 | 5431 | 6012 | 7225 | 10749 | 11185 | 11944 |
| 495 | 1175 | 2174 | 3138 | 5435 | 6024 | 7229 | 10760 | 11188 | 11953 |
| 509 | 1200 | 2181 | 3146 | 5437 | 6029 | 7244 | 10766 | 11209 | 11965 |
| 518 | 1202 | 2194 | 3164 | 5446 | 6051 | 7250 | 10772 | 11214 | 11967 |
| 588 | 1203 | 2208 | 3211 | 5447 | 6067 | 7633 | 10774 | 11217 | 11968 |
| 591 | 1210 | 2279 | 3213 | 5467 | 6073 | 7812 | 10794 | 11237 | 11991 |
| 647 | 1212 | 2282 | 3251 | 5498 | 6078 | 7823 | 10803 | 11243 | 12095 |
| 672 | 1215 | 2297 | 3272 | 5508 | 6082 | 8353 | 10841 | 11248 | 12105 |
| 683 | 1240 | 2307 | 3300 | 5545 | 6134 | 8369 | 10843 | 11249 | 12149 |
| 692 | 1269 | 2325 | 3369 | 5546 | 6145 | 8412 | 10868 | 11252 | 12198 |
| 718 | 1289 | 2361 | 3445 | 5554 | 6154 | 8444 | 10871 | 11255 | 12215 |
| 722 | 1315 | 2414 | 3543 | 5559 | 6159 | 8651 | 10893 | 11260 | 12220 |
| 725 | 1317 | 2424 | 3857 | 5565 | 6160 | 9130 | 10898 | 11280 | 12238 |
| 745 | 1325 | 2458 | 3918 | 5587 | 6164 | 9330 | 10914 | 11284 | 12276 |

Claim Nos. 12280 through 19210

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12280 | 12498 | 13248 | 13964 | 14857 | 15739 | 16174 | 16918 | 17661 | 18336 |
| 12285 | 12502 | 13267 | 14077 | 14896 | 15742 | 16190 | 16940 | 17676 | 18346 |
| 12291 | 12503 | 13269 | 14099 | 14897 | 15746 | 16203 | 16949 | 17708 | 18365 |
| 12292 | 12512 | 13281 | 14118 | 14923 | 15748 | 16206 | 16958 | 17720 | 18439 |
| 12301 | 12524 | 13303 | 14123 | 14934 | 15750 | 16246 | 16959 | 17724 | 18445 |
| 12302 | 12528 | 13319 | 14124 | 14943 | 15753 | 16255 | 16964 | 17738 | 18449 |
| 12307 | 12529 | 13340 | 14127 | 14950 | 15758 | 16263 | 16993 | 17749 | 18465 |
| 12310 | 12530 | 13346 | 14176 | 14951 | 15765 | 16320 | 17001 | 17796 | 18466 |
| 12314 | 12547 | 13358 | 14187 | 14970 | 15769 | 16338 | 17007 | 17808 | 18491 |
| 12316 | 12548 | 13399 | 14188 | 14976 | 15777 | 16339 | 17020 | 17832 | 18504 |
| 12325 | 12549 | 13404 | 14224 | 14990 | 15778 | 16356 | 17043 | 17833 | 18523 |
| 12327 | 12552 | 13423 | 14228 | 15016 | 15780 | 16357 | 17108 | 17858 | 18529 |
| 12329 | 12560 | 13500 | 14232 | 15019 | 15790 | 16381 | 17119 | 17881 | 18530 |
| 12335 | 12566 | 13516 | 14257 | 15020 | 15796 | 16423 | 17150 | 17888 | 18572 |
| 12345 | 12601 | 13536 | 14265 | 15023 | 15800 | 16442 | 17270 | 17907 | 18607 |
| 12346 | 12652 | 13551 | 14274 | 15024 | 15802 | 16448 | 17272 | 17931 | 18637 |
| 12350 | 12658 | 13552 | 14303 | 15025 | 15856 | 16487 | 17276 | 18000 | 18651 |
| 12352 | 12668 | 13553 | 14329 | 15026 | 15863 | 16520 | 17278 | 18019 | 18652 |
| 12353 | 12680 | 13574 | 14339 | 15030 | 15866 | 16529 | 17286 | 18024 | 18657 |
| 12355 | 12687 | 13583 | 14343 | 15034 | 15888 | 16538 | 17295 | 18025 | 18690 |
| 12356 | 12753 | 13584 | 14348 | 15037 | 15903 | 16559 | 17328 | 18026 | 18691 |
| 12368 | 12763 | 13586 | 14353 | 15042 | 15909 | 16572 | 17329 | 18071 | 18711 |
| 12369 | 12791 | 13627 | 14369 | 15046 | 15920 | 16578 | 17342 | 18092 | 18717 |
| 12372 | 12800 | 13640 | 14373 | 15052 | 15924 | 16605 | 17354 | 18106 | 18733 |
| 12378 | 12807 | 13673 | 14385 | 15057 | 15927 | 16632 | 17369 | 18111 | 18793 |
| 12380 | 12830 | 13682 | 14417 | 15073 | 15941 | 16639 | 17415 | 18119 | 18799 |
| 12384 | 12853 | 13708 | 14438 | 15074 | 15944 | 16640 | 17450 | 18123 | 18835 |
| 12385 | 12866 | 13730 | 14448 | 15082 | 15957 | 16643 | 17459 | 18128 | 18843 |
| 12388 | 12882 | 13750 | 14459 | 15083 | 15973 | 16655 | 17462 | 18144 | 18854 |
| 12390 | 12924 | 13755 | 14542 | 15166 | 15984 | 16684 | 17473 | 18147 | 18857 |
| 12394 | 12926 | 13793 | 14586 | 15195 | 15985 | 16685 | 17477 | 18162 | 18861 |
| 12396 | 12929 | 13805 | 14626 | 15219 | 15987 | 16691 | 17483 | 18186 | 18924 |
| 12401 | 12996 | 13809 | 14630 | 15228 | 16026 | 16700 | 17499 | 18191 | 18954 |
| 12406 | 13000 | 13815 | 14645 | 15265 | 16073 | 16711 | 17513 | 18201 | 18963 |
| 12407 | 13009 | 13818 | 14660 | 15331 | 16077 | 16717 | 17520 | 18222 | 18981 |
| 12431 | 13016 | 13834 | 14664 | 15347 | 16090 | 16735 | 17522 | 18247 | 18989 |
| 12441 | 13032 | 13841 | 14668 | 15363 | 16101 | 16764 | 17531 | 18252 | 19049 |
| 12458 | 13037 | 13863 | 14696 | 15437 | 16106 | 16778 | 17535 | 18255 | 19064 |
| 12463 | 13045 | 13901 | 14763 | 15439 | 16117 | 16804 | 17552 | 18257 | 19072 |
| 12465 | 13050 | 13903 | 14766 | 15460 | 16128 | 16805 | 17556 | 18282 | 19100 |
| 12471 | 13099 | 13908 | 14768 | 15469 | 16148 | 16815 | 17569 | 18283 | 19115 |
| 12482 | 13120 | 13910 | 14828 | 15479 | 16151 | 16824 | 17619 | 18294 | 19118 |
| 12485 | 13136 | 13913 | 14831 | 15584 | 16156 | 16853 | 17627 | 18295 | 19153 |
| 12489 | 13238 | 13952 | 14840 | 15736 | 16167 | 16858 | 17651 | 18301 | 19210 |

Claim Nos. 19220 through 30135

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 19220 | 20198 | 21064 | 21803 | 22308 | 22965 | 23811 | 24551 | 25228 | 26763 |
| 19223 | 20212 | 21065 | 21822 | 22327 | 22996 | 23822 | 24585 | 25237 | 26780 |
| 19252 | 20258 | 21129 | 21834 | 22356 | 23014 | 23842 | 24587 | 25241 | 26816 |
| 19286 | 20259 | 21137 | 21837 | 22371 | 23016 | 23865 | 24625 | 25274 | 26865 |
| 19347 | 20263 | 21145 | 21841 | 22376 | 23020 | 23898 | 24669 | 25312 | 26869 |
| 19350 | 20265 | 21150 | 21843 | 22378 | 23032 | 23904 | 24693 | 25315 | 26874 |
| 19351 | 20274 | 21172 | 21851 | 22395 | 23084 | 23922 | 24701 | 25317 | 26881 |
| 19375 | 20302 | 21180 | 21861 | 22403 | 23129 | 23939 | 24711 | 25319 | 26904 |
| 19401 | 20324 | 21186 | 21881 | 22407 | 23156 | 23955 | 24713 | 25335 | 26909 |
| 19450 | 20342 | 21187 | 21887 | 22426 | 23162 | 23962 | 24736 | 25347 | 26913 |
| 19478 | 20344 | 21198 | 21905 | 22436 | 23169 | 23977 | 24747 | 25350 | 26917 |
| 19504 | 20346 | 21206 | 21906 | 22444 | 23195 | 23993 | 24757 | 25374 | 26963 |
| 19540 | 20354 | 21224 | 21930 | 22459 | 23230 | 23999 | 24762 | 25384 | 27028 |
| 19566 | 20365 | 21250 | 21951 | 22535 | 23300 | 24011 | 24776 | 25400 | 27234 |
| 19608 | 20372 | 21260 | 21974 | 22556 | 23302 | 24025 | 24781 | 25417 | 27246 |
| 19615 | 20375 | 21278 | 21985 | 22567 | 23305 | 24027 | 24834 | 25429 | 27291 |
| 19619 | 20390 | 21279 | 21998 | 22568 | 23332 | 24044 | 24842 | 25440 | 27397 |
| 19650 | 20442 | 21307 | 22036 | 22580 | 23368 | 24067 | 24854 | 25468 | 27400 |
| 19671 | 20465 | 21325 | 22056 | 22589 | 23379 | 24077 | 24855 | 25525 | 27423 |
| 19712 | 20483 | 21346 | 22085 | 22591 | 23387 | 24078 | 24882 | 25531 | 27471 |
| 19716 | 20523 | 21352 | 22089 | 22615 | 23393 | 24086 | 24889 | 25579 | 27569 |
| 19735 | 20533 | 21374 | 22092 | 22622 | 23427 | 24089 | 24895 | 25616 | 27982 |
| 19740 | 20615 | 21378 | 22108 | 22648 | 23443 | 24123 | 24902 | 25638 | 28316 |
| 19746 | 20616 | 21388 | 22116 | 22652 | 23464 | 24138 | 24923 | 25649 | 28332 |
| 19758 | 20628 | 21404 | 22117 | 22668 | 23466 | 24140 | 24925 | 25688 | 28715 |
| 19794 | 20634 | 21406 | 22126 | 22678 | 23511 | 24177 | 24963 | 25734 | 28774 |
| 19796 | 20646 | 21458 | 22131 | 22681 | 23514 | 24193 | 24964 | 25781 | 29037 |
| 19799 | 20677 | 21461 | 22136 | 22698 | 23517 | 24205 | 24971 | 25855 | 29119 |
| 19805 | 20684 | 21478 | 22144 | 22710 | 23531 | 24217 | 24972 | 25955 | 29169 |
| 19806 | 20710 | 21490 | 22146 | 22723 | 23539 | 24227 | 24985 | 25983 | 29196 |
| 19810 | 20742 | 21525 | 22187 | 22731 | 23561 | 24234 | 25001 | 26031 | 29226 |
| 19816 | 20751 | 21541 | 22200 | 22777 | 23565 | 24241 | 25017 | 26032 | 29281 |
| 19825 | 20771 | 21554 | 22227 | 22778 | 23574 | 24252 | 25024 | 26044 | 29284 |
| 19861 | 20777 | 21586 | 22237 | 22789 | 23600 | 24282 | 25025 | 26085 | 29312 |
| 19872 | 20795 | 21597 | 22240 | 22795 | 23606 | 24284 | 25038 | 26138 | 29314 |
| 19938 | 20802 | 21601 | 22259 | 22804 | 23607 | 24373 | 25047 | 26140 | 29326 |
| 19952 | 20834 | 21642 | 22265 | 22807 | 23680 | 24384 | 25052 | 26231 | 29340 |
| 20004 | 20854 | 21656 | 22267 | 22828 | 23690 | 24408 | 25060 | 26378 | 29428 |
| 20016 | 20877 | 21667 | 22278 | 22832 | 23696 | 24413 | 25074 | 26440 | 29642 |
| 20067 | 20898 | 21701 | 22279 | 22852 | 23732 | 24477 | 25081 | 26458 | 29693 |
| 20076 | 20934 | 21706 | 22287 | 22857 | 23745 | 24502 | 25099 | 26461 | 29757 |
| 20122 | 20962 | 21713 | 22291 | 22889 | 23746 | 24513 | 25101 | 26544 | 29766 |
| 20148 | 20976 | 21763 | 22294 | 22896 | 23771 | 24527 | 25131 | 26619 | 29947 |
| 20164 | 21040 | 21783 | 22298 | 22924 | 23784 | 24546 | 25146 | 26679 | 30135 |

Claim Nos. 30237 through 34264

| | |
|---|---|
| 30237 | 32989 |
| 30451 | 33007 |
| 30589 | 33042 |
| 30607 | 33106 |
| 30651 | 33288 |
| 30703 | 33397 |
| 30721 | 33467 |
| 30881 | 33495 |
| 31049 | 33507 |
| 31191 | 33557 |
| 31209 | 33610 |
| 31214 | 33672 |
| 31224 | 33796 |
| 31384 | 33897 |
| 31550 | 33953 |
| 31569 | 33992 |
| 31591 | 34017 |
| 31701 | 34020 |
| 31910 | 34049 |
| 32023 | 34078 |
| 32038 | 34108 |
| 32106 | 34111 |
| 32159 | 34120 |
| 32242 | 34130 |
| 32300 | 34141 |
| 32323 | 34162 |
| 32329 | 34181 |
| 32386 | 34207 |
| 32389 | 34264 |
| 32408 | |
| 32416 | |
| 32429 | |
| 32436 | |
| 32448 | |
| 32450 | |
| 32453 | |
| 32455 | |
| 32458 | |
| 32460 | |
| 32506 | |
| 32562 | |
| 32727 | |
| 32921 | |
| 32927 | |