DECLARATION OF SERVICE

STATE OF NEW YORK            )
                             )    s.s.:
COUNTY OF WESTCHESTER        )

1.     ROBERT A. BENJAMIN, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am a partner with the firm Kaufman Borgeest & Ryan LLP.

2.     On April 15, 2024, I caused to be served a true and correct copy of the following document via ECF email notification on all parties appearing in Adv. Proc. No. 24-01067 (MBK):

- National Union Fire Insurance Company of Pittsburgh, Pa. Opposition to Wind-Down Debtor BlockFi's Motion for an Order Remanding to State Court.

Dated: Valhalla, New York
       April 15, 2024

_____
ROBERT A. BENJAMIN

KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Drive
Valhalla, New York 10595
(914) 449.1059 (Telephone)
(914) 449-1000 (Facsimile)
rbenjamin@kbrlaw.com

10107136