**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. BLR 9004-1(b)**

| | |
|---|---|
| Rachel Ehrlich Albanese (#027542001)<br>**DLA PIPER LLP (US)**<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: rachel.albanese@us.dlapiper.com<br><br>Stephen C. Matthews (#055801994)<br>**DLA PIPER LLP (US)**<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, New Jersey 07078<br>Telephone: (973) 520-2550<br>Facsimile: (973) 520-2551<br>Email: stephen.matthews@us.dlapiper.com<br><br>Stuart M. Brown (#026641988)<br>**DLA PIPER LLP (US)**<br>1201 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 397-2336<br>Email: stuart.brown@us.dlapiper.com<br><br>*Attorneys for Arch Insurance Company, Berkley Insurance Company, Berkshire Hathaway Specialty Insurance Company, U.S. Specialty Insurance Company, and XL Specialty Insurance Company* | Stacey E. Rufe (admitted *pro hac vice*)<br>**WERNER AHARI MANGEL LLP**<br>2112 Pennsylvania Ave. NW<br>Suite 200<br>Washington, DC 20037<br>Telephone: (202) 599-1013<br>Email: srufe@wam.law |
| In re:<br><br>BLOCKFI INC., *et al.,*<br><br>Debtors.[1] | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered under a Confirmed Plan)<br>**Hearing Date: April 25, 2024, at 11:30 (ET)**<br>**Response Deadline: April 15, 2024, at 4:00 p.m. (ET)** |

# JOINDER TO THE OPPOSITION OF NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA TO WIND-DOWN DEBTOR BLOCKFI, INC.'S MOTION FOR ORDER REMANDING TO STATE COURT

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

ACE American Insurance Company, Arch Insurance Company, Axis Insurance Company, Berkley Insurance Company, Berkshire Hathaway Specialty Insurance Company, Endurance American Specialty Insurance Company, U.S. Specialty Insurance Company, and XL Specialty Insurance Company (collectively, the "Insurers") by and through undersigned counsel, hereby file this joinder (the "Joinder") to the *National Union Fire Insurance Company of Pittsburgh, PA Opposition to Wind-Down Debtor BlockFi Inc.'s Motion for an Order Remanding to State Court* [ECF No. 2239] (the "Opposition"). In support of this Joinder, the Insurers state as follows:

1. The Insurers incorporate by reference and hereby join in all arguments set forth in the Opposition.

2. The Insurers respectfully request that the Court deny *The Wind-Down Debtor BlockFi, Inc.'s Motion for an Order Remanding State Court Action* [ECF No. 2181-1].

[*Remainder of this page intentionally left blank*]

Dated: April 15, 2024
New York, New York

Respectfully submitted,

| | |
|---|---|
| **DLA PIPER LLP (US)** | **DUANE MORRIS LLP** |

/s/ Rachel Ehrlich Albanese
Rachel Ehrlich Albanese (#027542001)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: rachel.albanese@us.dlapiper.com

Stephen C. Matthews (#055801994)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
Telephone: (973) 520-2550
Facsimile: (973) 520-2551
Email: stephen.matthews@us.dlapiper.com

Stuart M. Brown (#026641988)
1201 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 397-2336
Email: stuart.brown@us.dlapiper.com

- and -

**WERNER AHARI MANGEL LLP**
Stacey E. Rufe (admitted *pro hac vice*)
2112 Pennsylvania Ave. NW
Suite 200
Washington, DC 20037
Telephone: (202) 599-1013
Email: srufe@wam.law

*Attorneys for Arch Insurance Company, Berkley Insurance Company, Berkshire Hathaway Specialty Insurance Company, U.S. Specialty Insurance Company, and XL Specialty Insurance Company*

/s/ Wendy M. Simkulak
Wendy M. Simkulak
Catherine B. Heitzenrater
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
wmsimkulak@duanemorris.com
cheitzenrater@duanemorris.com

Jessica E. La Londe (*admitted pro hac vice*)
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3225
jelalonde@duanemorris.com

Jessica Priselac (*admitted pro hac vice*)
625 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222-3112
Telephone: (412) 497-1046
jpriselac@duanemorris.com

*Attorneys for ACE American Insurance Company*

3

| | |
|---|---|
| **SQUIRE PATTON BOGGS (US) LLP** | **KAUFMAN DOLOWICH, LLP** |
| | |
| _/s/ Mark D. Sheridan_ | _/s/ Seth D. Griep_ |
| Mark D. Sheridan, Esq. | Seth D. Griep |
| 382 Springfield Avenue, Suite 300 | Court Plaza North |
| Summit, NJ  07401 | 25 Main Street, Suite 500 |
| Tel: 973-848-5600 | Hackensack, NJ 07601 |
| Fax: 973-848-5601 | Telephone: (201) 708-8224 |
| Email: mark.sheridan@squirepb.com | E-Mail: sgriep@kaufmandolowich.com |
| | |
| _Attorneys for Axis Insurance Company_ | -and- |
| | |
| | Kevin J. Windels (_Admitted Pro Hac Vice_) |
| | **KAUFMAN DOLOWICH, LLP** |
| | 40 Exchange Place, 20th Floor |
| | New York, NY 10005 |
| | Telephone: (212) 485-9977 |
| | E-Mail: kwindels@kaufmandolowich.com |
| | |
| | _Attorneys for Endurance American Specialty Insurance Company_ |