| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Rachel Ehrlich Albanese (#027542001)<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: rachel.albanese@us.dlapiper.com<br><br>In Re:<br>BLOCKFI INC., et al., | Case No.:   22-19361 (MBK)<br><br>Chapter:   11<br><br>Adv. No.:   _____<br><br>Hearing Date:   4/25/2024 @ 11:30 am<br><br>Judge:   Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, _____Clara Oliver_____ :

    · represent _____ in this matter.

    ☒ am the secretary/paralegal for ___Rachel Ehrlich Albanese___, who represents _certain D&O insurers_ in this matter.

    · am the _____ in this case and am representing myself.

2. On _____April 16, 2024_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Joinder to the Opposition of National Union Fire Insurance Company of Pittsburgh, PA to Wind-Down Debtor BlockFi Inc.'s Motion for an Order Remanding to State Court [ECF No. 2240]

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   4/16/2024                    /s/ Clara Oliver
                                                    Signature

Service List
First Class Mail

| DESCRIPTION | NAME AND ADDRESS | Method |
|---|---|---|
| Debtors | BlockFi Inc.<br>Attn: M3 Partners<br>1700 Broadway, 19th Floor<br>New York, NY 10019 | First Class Mail |
| State Attorney General | Commonwealth of Puerto Rico<br>Attn: Bankruptcy Department<br>Apartado 9020192<br>San Juan, PR 00902-0192 | First Class Mail |
| Environmental Protection Agency - Region 2 | Environmental Protection Agency<br>Attn: Bankruptcy Division<br>290 Broadway<br>New York, NY10007-1866 | First Class Mail |
| Environmental Protection Agency | Environmental Protection Agency<br>Attn: General Counsel<br>Office Of General Counsel 2310A<br>1200 Pennsylvania Ave NW, 2310A<br>Washington DC 20460 | First Class Mail |
| Counsel to Undisclosed Creditors having filed Proof of Claim Numbers 1842 and 1998 | Grant & Eisenhofer P.A.<br>Attn: Jason M. Avellino<br>123 Justison Street<br>Wilmington, DE 19801 | First Class Mail |
| Internal Revenue Service | Internal Revenue Service<br>Centralized Insolvency Operation<br>1111 Constitution Ave, NW<br>Washington, DC 20224 | First Class Mail |
| Internal Revenue Service | Internal Revenue Service<br>Centralized Insolvency Operation<br>1111 Pennsylvania Ave NW<br>Washington, DC 20004-2541 | First Class Mail |
| Internal Revenue Service | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | First Class Mail |
| Counsel to Endurance American Specialty Insurance Company | Kaufman Dolowich, LLP<br>Attn: Seth D. Griep<br>Court Plaza North<br>25 Main Street, Suite 500<br>Hackensack, NJ 07601 | First Class Mail |
| Counsel to Samuel Bankman-Fried | Montgomery McCracken Walker & Rhoads, LLP<br>Attn: Edward L. Schnitzer<br>457 Haddonfield Road<br>6th Floor<br>Cherry Hill, NJ 08002 | First Class Mail |
| State Attorney General | Pennsylvania Office of The Attorney General<br>Attn: Bankruptcy Department<br>Strawberry Square<br>16th Floor<br>Harrisburg, PA 17120 | First Class Mail |

**Service List**

**First Class Mail**

| DESCRIPTION | NAME AND ADDRESS | Method |
|---|---|---|
| State Attorney General | State of Alabama Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery AL 36130-0152 | First Class Mail |
| State Attorney General | State of Arkansas Attorney General<br>Attn: Bankruptcy Department<br>323 Center St.<br>Suite 200<br>Little Rock AR 72201-2610 | First Class Mail |
| State Attorney General | State of Colorado Attorney General<br>Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | First Class Mail |
| State Attorney General | State of Florida Attorney General<br>Attn: Bankruptcy Department<br>The Capitol, Pl 01<br>Tallahassee FL 32399-1050 | First Class Mail |
| State Attorney General | State of Georgia Attorney General<br>Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta GA 30334-1300 | First Class Mail |
| State Attorney General | State of Idaho Attorney General<br>Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise, ID 83720-1000 | First Class Mail |
| State Attorney General | State of Kansas Attorney General<br>Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor<br>Topeka, KS 66612-1597 | First Class Mail |
| State Attorney General | State of Kentucky Attorney General<br>Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY 40601 | First Class Mail |
| State Attorney General | State of Maine Attorney General<br>Attn: Bankruptcy Department<br>6 State House Station<br>Augusta, ME 04333 | First Class Mail |
| State Attorney General | State of Minnesota Attorney General<br>Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN 55101-2131 | First Class Mail |

**Service List**

**First Class Mail**

| DESCRIPTION | NAME AND ADDRESS | Method |
|---|---|---|
| State Attorney General | State of Mississippi Attorney General<br>Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200 P.O. Box 220<br>Jackson, MS 39201 | First Class Mail |
| State Attorney General | State of New Mexico Attorney General<br>Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | First Class Mail |
| State Attorney General | State of New York Attorney General<br>Attn: Bankruptcy Department<br>The Capitol<br>Albany, NY 12224-0341 | First Class Mail |
| State Attorney General | State of North Carolina Attorney General<br>Attn: Bankruptcy Department<br>9001 Mail Service Center<br>Raleigh NC 27699-9001 | First Class Mail |
| State Attorney General | State of Ohio Attorney General<br>Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43215 | First Class Mail |
| State Attorney General | State of Oklahoma Attorney General<br>Attn: Bankruptcy Department<br>313 NE 21st Street<br>Oklahoma City<br>OK<br>73105 | First Class Mail |
| State Attorney General | State of Rhode Island Attorney General<br>Attn: Bankruptcy Department<br>150 South Main Street<br>Providence, RI 02903 | First Class Mail |
| State Attorney General | State of South Carolina Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | First Class Mail |
| State Attorney General | State of Virginia Attorney General<br>Attn: Bankruptcy Department<br>General Financial Recovery Section<br>PO Box 610<br>Richmond, VA 23218-0610 | First Class Mail |
| State Attorney General | State of Washington Attorney General<br>Attn: Bankruptcy Department<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | First Class Mail |

| DESCRIPTION | NAME AND ADDRESS | Method |
|---|---|---|
| State Attorney General | State of Wisconsin Attorney General<br>Attn: Bankruptcy Department<br>Wisconsin Department Of Justice<br>State Capitol, Room 114 East P.O. Box 7857<br>Madison, WI 53707-7857 | First Class Mail |
| State Attorney General | State of Wyoming Attorney General<br>Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne, WY 82002 | First Class Mail |
| State Attorney General | United States of America Attorney General<br>Attn: Bankruptcy Department<br>Us Dept Of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | First Class Mail |

# Service List
## Email

| DESCRIPTION | NAME | EMAIL | Method |
|---|---|---|---|
| Counsel to John Lymn | Akerman LLP<br>Attn: Steven R. Wirth | steven.wirth@akerman.com | Email |
| Counsel to Proposed Securities Class Action Lead Plaintiff Cameron Wyatt | Andrews Devalerio LLP<br>Attn: Daryl Andrews, Glen DeValerio | daryl@andrewsdevalerio.com<br>glen@andrewsdevalerio.com | Email |
| Indenture Trustee | Ankura Trust Company, LLC, as Trustee for the Indenture Dated as of February 28, 2022<br>Attn: James J. McGinley | james.mcginley@ankura.com | Email |
| Counsel to Kyle Klaus | Ansell Grimm & Aaron, P.C.<br>Attn: Anthony J. D'Artiglio, Joshua S. Bauchner | ajd@ansellgrimm.com<br>jb@ansellgrimm.com | Email |
| Counsel to Rui Pedro Vaz dos Santos Teixeira | Barclay Damon LLP<br>Attn: Scott L. Fleischer | sfleischer@barclaydamon.com | Email |
| Counsel to Ge Song | Boyle & Valenti Law, P.C.<br>Attn: Carrie J. Boyle, Esq. | cboyle@b-vlaw.com | Email |
| Counsel to Proposed Securities Class Action Lead Plaintiff Cameron Wyatt | Bronstein, Gewirtz & Grossman, LLC<br>Attn: Peretz Bronstein | peretz@bgandg.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP<br>Attn: Robert J. Stark, Kenneth Aulet, Bennett S. Silverberg | rstark@brownrudnick.com<br>kaulet@brownrudnick.com<br>bsilverberg@brownrudnick.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Brown Rudnick LLP<br>Attn: Stephen D. Palley | spalley@brownrudnick.com | Email |
| Counsel to the Debtors | Cole Schotz P.C.<br>Attn: Felice R. Yudkin, Michael D. Sirota, Warren A. Usatine | FYudkin@coleschotz.com<br>Msirota@coleschotz.com<br>wusatine@coleschotz.com | Email |
| Counsel to Matthew Gordon | Dorf & Nelson LLP<br>Attn: Andrew P. Marks | amarks@dorflaw.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Genova Burns LLC<br>Attn: Daniel M. Stolz, Donald W. Clarke, Gregory S. Kinoian, Esq. | dstolz@genovaburns.com<br>dclarke@genovaburns.com | Email |
| Counsel to Scratch Services LLC | George Brothers Kincaid & Horton, LLP<br>Attn: B.Russell Horton | rhorton@gbkh.com | Email |
| Interested Party | George S. Wynns<br>Attn: George S. Wynns | georgewynns@gmail.com | Email |
| Counsel to George J. Gerro | Gerro & Gerro<br>Attn: George J. Gerro | george@gerrolaw.com | Email |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Gibbons P.C.<br>Attn: Robert K. Malone, Brett S. Theisen, Kyle P. McEvilly | rmalone@gibbonslaw.com<br>btheisen@gibbonslaw.com<br>kmcevilly@gibbonslaw.com | Email |
| Counsel to PrimeBlock Operations LLC | Goldstein & McClintock LLLP<br>Attn: Matthew E. McClintock, Harley Goldstein, Daniel C. Curth | mattm@goldmclaw.com<br>harleyg@restructuringshop.com<br>danc@goldmclaw.com | Email |
| Counsel to Deserve, Inc. | Goodwin Procter LLP<br>Attn: Meredith L. Mitnick | mmitnick@goodwinlaw.com | Email |
| Counsel to Nancy Fout and Estate of Herman Katzenell | Gorski & Knowlton Pc<br>Attn: Carol L. Knowlton, Allen I. Gorski | cknowlton@gorskiknowlton.com<br>agorski@gorskiknowlton.com | Email |
| Counsel to the Debtors | Haynes and Boone, LLP<br>Attn: J. Frasher Murphy, Jordan E. Chavez | frasher.murphy@haynesboone.com<br>jordan.chavez@haynesboone.com | Email |
| Counsel to the Debtors | Haynes and Boone, LLP<br>Attn: Kenric D. Kattner, Kourtney P. Lyda, Re'Necia Sherald | kenric.kattner@haynesboone.com<br>kourtney.lyda@haynesboone.com<br>renecia.sherald@haynesboone.com | Email |
| Counsel to the Debtors | Haynes and Boone, LLP<br>Attn: Richard S. Kanowitz | richard.kanowitz@haynesboone.com | Email |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP<br>Attn: Christopher R. Donoho III, Christopher R. Bryant | robert.ripin@hoganlovells.com<br>chris.donoho@hoganlovells.com<br>chris.bryant@hoganlovells.com | Email |
| Counsel to Ankura Trust Company, LLC as Indenture Trustee | Hogan Lovells US LLP<br>Attn: David P. Simonds, Edward J. McNeilly | david.simonds@hoganlovells.com<br>edward.mcneilly@hoganlovells.com | Email |
| Counsel to Silvergate Bank | Holland & Knight LLP<br>Attn: Barbra R. Parlin | barbra.parlin@hklaw.com | Email |
| Counsel to John M. Von Pischke | Jack Shrum, P.A.<br>Attn: "J" Jackson Shrum | jshrum@jshrumlaw.com | Email |
| Counsel to the Debtors | Kirkland & Ellis LLP<br>Attn: Christine A. Okike, Francis Petrie, Joshua Sussberg | christine.okike@kirkland.com<br>francis.petrie@kirkland.com<br>jsussberg@kirkland.com | Email |

Service List
Email

| DESCRIPTION | NAME | EMAIL | Method |
|---|---|---|---|
| Claims and Noticing Agent | Kroll Restructuring Administration LLC<br>Attn: Jessica Berman | BlockFiTeam@ra.kroll.com<br>Serviceqa@ra.kroll.com | Email |
| Counsel to the Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP<br>Attn: Adam S. Ravin, Adam J. Goldberg, Christopher Harris, Brett M. Neve, Nacif Taousse, Marissa Alter-Nelson | adam.ravin@lw.com<br>adam.goldberg@lw.com<br>christopher.harris@lw.com | Email |
| Counsel to the Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Latham & Watkins LLP<br>Attn: Nima H. Mohebbi, Tiffany M. Ikeda | nima.mohebbi@lw.com<br>tiffany.ikeda@lw.com | Email |
| Counsel to PrimeBlock Operations LLC | Law Offices of Douglas T. Tabachnik, P.C.<br>Attn: Douglas T. Tabachnik | dtabachnik@dttlaw.com | Email |
| Counsel to Yuri Mushkin | Lazare Potter Giacovas & Moyle LLP<br>Attn: Anna Pia D. Felix, Michael T. Conway | afelix@lpgmlaw.com<br>mconway@lpgmlaw.com | Email |
| Counsel to Renard Ihlenfeld | Lee, LLC<br>Attn: Peter Y. Lee | Peter.Lee@LeeAdvocates.Com | Email |
| Counsel to Proposed Securities Class Action Lead Plaintiff Cameron Wyatt | Lowenstein Sandler LLP<br>Attn: Michael S. Etkin, Michael Papandrea | metkin@lowenstein.com<br>mpapandrea@lowenstein.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | McCarter & English, LLP<br>Attn: David J. Adler, Joseph R. Scholz | dadler@mccarter.com<br>jscholz@mccarter.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | McCarter & English, LLP<br>Attn: Lisa S. Bonsall | lbonsall@mccarter.com | Email |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Gaston P. Loomis | gloomis@mdmc-law.com | Email |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Jeffrey Bernstein | jbernstein@mdmc-law.com | Email |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Nicole Leonard | nleonard@mdmc-law.com | Email |
| Counsel to New Jersey Bureau of Securities | Mcelroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Virginia T. Shea | vshea@mdmc-law.com | Email |
| Counsel to John A. Javes | Middlebrooks Shapiro, P.C.<br>Attn: Joseph M. Shapiro | jshapiro@middlebrooksshapiro.com | Email |
| Counsel to Marex Capital Markets Inc. formerly known as E D & F Man Capital Markets, Inc. | Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C.<br>Attn: Kaitlin R. Walsh, Therese M. Doherty, Douglas P. Baumstein | KRWalsh@mintz.com<br>TDoherty@mintz.com<br>DBaumstein@mintz.com | Email |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP<br>Attn: John C. Goodchild, III, Matthew C. Ziegler | john.goodchild@morganlewis.com<br>matthew.ziegler@morganlewis.com | Email |
| Counsel to Emergent Fidelity Technologies Ltd | Morgan, Lewis & Bockius LLP<br>Attn: Joshua Dorchak, David K. Shim | joshua.dorchak@morganlewis.com<br>david.shim@morganlewis.com | Email |
| National Association of Attorneys General | National Association of Attorneys General<br>Attn: Karen Cordry | kcordry@naag.org | Email |
| Counsel to the State of Texas | Office of The Attorney General of Texas<br>Attn: Jason B. Binford and Roma N. Desai | roma.desai@oag.texas.gov<br>public.information@oag.state.tx.us | Email |
| TN Dept of Commerce and Insurance | Office of The Tennessee Attorney General<br>Attn: Bankruptcy Division | gina.hantel@ag.tn.gov | Email |
| U.S. Trustee for the District of New Jersey | Office of the United States Trustee<br>Attn: Lauren Bielskie, Esq., Jeffrey M. Sponder, Esq | Lauren.Bielskie@usdoj.gov<br>jeffrey.m.sponder@usdoj.gov<br>USTPRegion03.NE.ECF@usdoj.gov | Email |
| Counsel to Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation) | Pashman Stein Walder Hayden, P.C.<br>Attn: John W. Weiss, Joseph C. Barsalona II | jweiss@pashmanstein.com<br>jbarsalona@pashmanstein.com | Email |
| Counsel to Paul Pretlove, David Standish and James Drury, in their capacities as Joint Liquidators of Three Arrows Fund, Ltd (in Liquidation) | Pillsbury Winthrop Shaw Pittman LLP<br>Attn: Hugh M. McDonald | hugh.mcdonald@pillsburylaw.com | Email |
| Counsel to Proposed Securities Class Action Lead Plaintiff Cameron Wyatt | Pomerantz LLP<br>Attn: Jeremy A. Lieberman, J. Alexander Hood II, Brian Calandra | jalieberman@pomlaw.com<br>ahood@pomlaw.com<br>bcalandra@pomlaw.com | Email |
| Counsel to Zachary Lee Prince and Flori Marquez | Porzio, Bromberg & Newman, P.C.<br>Attn: Robert M. Schechter, Warren J. Martin | rmschechter@pbnlaw.com<br>wjmartin@pbnlaw.com | Email |
| Counsel to State of Connecticut, Department of Banking | Pullman & Comley, LLC<br>Attn: Kristin B. Mayhew | kmayhew@pullcom.com | Email |
| Counsel to Shaoky Taraman and Noah Powell | Putnick Legal, LLC<br>Attn: Mary E. Putnick | marybeth@putnicklegal.com | Email |

**Service List**
**Email**

| DESCRIPTION | NAME | EMAIL | Method |
|---|---|---|---|
| Counsel to The Ad Hoc Group of Actual Wallet Holders; BCF 2020 Investments, LLC, BMB 2020 Investments, LLC, Brent Pratt, Bryant Foulger, Clayton Foulger, FP Equity Investments, LLC and Scott Foulger | Reed Smith LLP<br>Attn: Kurt F. Gwynne | kgwynne@reedsmith.com<br>meckard@reedsmith.com | Email |
| Counsel to Bryant F. Foulger | Reed Smith LLP<br>Attn: Kurt F. Gwynne, Jason D. Angelo | kgwynne@reedsmith.com<br>jangelo@reedsmith.com | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office<br>Attn: Antonia Apps, Regional Director | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office<br>Attn: Bankruptcy Dept | secbankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Headquarters | Securities and Exchange Commission<br>Secretary of the Treasury | secbankruptcy@sec.gov | Email |
| Counsel to Zachary Lee Prince | Shearman & Sterling LLP<br>Attn: R. Thaddeus Behrens, Daniel H. Gold | thad.behrens@shearman.com<br>dan.gold@shearman.com | Email |
| Counsel to Rui Pedro Vaz dos Santos Teixeira | Singer & Levick, P.C.<br>Attn: Larry A. Levick | Levick@singerlevick.com | Email |
| State Attorney General | State of Alaska Attorney General<br>Attn: Bankruptcy Department | attorney.general@alaska.gov | Email |
| State Attorney General | State of Arizona Attorney General<br>Attn: Bankruptcy Department | BCEIntake@azag.gov | Email |
| State Attorney General | State of California Attorney General<br>Attn: Bankruptcy Department | bankruptcy@coag.gov | Email |
| State Attorney General | State of Connecticut Attorney General<br>Attn: Bankruptcy Department | attorney.general@ct.gov<br>denise.mondell@ct.gov | Email |
| State Attorney General | State of Delaware Attorney General<br>Attn: Bankruptcy Department | attorney.general@state.de.us | Email |
| State Attorney General | State of Hawaii Attorney General<br>Attn: Bankruptcy Department | hawaiiag@hawaii.gov | Email |
| State Attorney General | State of Illinois Attorney General<br>Attn: Bankruptcy Department | webmaster@atg.state.il.us | Email |
| State Attorney General | State of Iowa Attorney General<br>Attn: Bankruptcy Department | webteam@ag.iowa.gov | Email |
| State Attorney General | State of Louisiana Attorney General<br>Attn: Bankruptcy Department | consumerinfo@ag.state.la.us | Email |
| State Attorney General | State of Maryland Attorney General<br>Attn: Bankruptcy Department | oag@oag.state.md.us | Email |
| State Attorney General | State of Massachusetts Attorney General<br>Attn: Bankruptcy Department | ago@state.ma.us | Email |
| State Attorney General | State of Michigan Attorney General<br>Attn: Bankruptcy Department | miag@michigan.gov | Email |
| State Attorney General | State of Missouri Attorney General<br>Attn: Bankruptcy Department | attorney.general@ago.mo.gov | Email |
| State Attorney General | State of Montana Attorney General<br>Attn: Bankruptcy Department | contactdoj@mt.gov | Email |
| State Attorney General | State of Nebraska Attorney General<br>Attn: Bankruptcy Department | ago.info.help@nebraska.gov | Email |
| State Attorney General | State of Nevada Attorney General<br>Attn: Bankruptcy Department | aginfo@ag.nv.gov | Email |
| State Attorney General | State of New Hampshire Attorney General<br>Attn: Bankruptcy Department | attorneygeneral@doj.nh.gov | Email |
| State Attorney General | State of New Jersey Attorney General<br>Attn: Bankruptcy Department | askconsumeraffairs@lps.state.nj.us | Email |
| State Attorney General | State of North Dakota Attorney General<br>Attn: Bankruptcy Department | ndag@nd.gov | Email |
| State Attorney General | State of Oregon Attorney General<br>Attn: Bankruptcy Department | consumer.hotline@doj.state.or.us<br>david.hart@doj.state.or.us | Email |
| State Attorney General | State of South Dakota Attorney General<br>Attn: Bankruptcy Department | consumerhelp@state.sd.us | Email |
| State Attorney General | State of Utah Attorney General<br>Attn: Bankruptcy Department | bankruptcy@agutah.gov | Email |

Service List
Email

| DESCRIPTION | NAME | EMAIL | Method |
|---|---|---|---|
| State Attorney General | State of Vermont Attorney General<br>Attn: Bankruptcy Department | ago.bankruptcies@vermont.gov | Email |
| State Attorney General | State of West Virginia Attorney General<br>Attn: Bankruptcy Department | consumer@wvago.gov | Email |
| Counsel to Towards Equilibrium, LLC d/b/a Equi ("Towards Equilibrium") | Stevens & Lee, P.C.<br>Attn: John C. Kilgannon | john.kilgannon@stevenslee.com | Email |
| Counsel to Bruce Gilling, Martin Mikolajczyk, Mitchell Eglar, Brian Graddon, Matthew Hoselton, Michiel Hemminga, Kole Kottmeter, Ashton Rincon, William Warburton, Daniel Gusovsky, Clayton | Straffi & Straffi, LLC<br>Attn: Daniel E. Straffi | bkclient@straffilaw.com | Email |
| Counsel to FTX Trading Ltd. | Sullivan & Cromwell LLP<br>Attn: Andrew G. Dietderich, James L. Bromley, Brian D. Glueckstein, Matthew J. Porpora | dietdericha@sullcrom.com<br>bromleyj@sullcrom.com<br>gluecksteinb@sullcrom.com<br>porporam@sullcrom.com | Email |
| Counsel to the Fee Examiner | Traurig Law LLC<br>Attn: Jeffrey Traurig | jtraurig@trauriglaw.com | Email |
| Counsel to the Ad Hoc Committee of Wallet Account Holders | Troutman Pepper Hamilton Sanders LLP<br>Attn: Deborah Kovsky-Apap | deborah.kovsky@troutman.com | Email |
| Counsel to The United States Of America | U.S. Department of Justice – Civil Division<br>Attn: Jessica L. Cole | jessica.cole@usdoj.gov | Email |
| Counsel to United States of America | U.S. Department of Justice – Civil Division  Commercial Litigation Branch<br>Attn: Ruth A. Harvey, Margaret M. Newell, Seth B. Shapiro, | seth.shapiro@usdoj.gov | Email |
| Counsel to United States of America | U.S. Department of Justice Civil Division<br>Attn: Seth B. Shapiro | seth.shapiro@usdoj.gov | Email |
| Counsel to Cipher Mining Inc. and Cipher Mining Technologies Inc. | Venable LLP<br>Attn: Andrew J. Currie | AJCurrie@Venable.com | Email |
| Counsel to Cipher Mining Inc. and Cipher Mining Technologies Inc. | Venable LLP<br>Attn: Michael A. Guerra, Jeffrey S. Sabin and Carol A. Weiner | MAGuerra@Venable.com<br>JSsabin@venable.com<br>CWeinerlevy@venable.com | Email |
| Counsel to Kristen Vorhees | Wadsworth, Garber, Warner and Conrardy, P.C.<br>Attn: Aaron A. Garber | agarber@wgwc-law.com | Email |
| State Attorney General | Washington DC Attorney General<br>Attn: Bankruptcy Department | oag@dc.gov | Email |
| Counsel to Timothy Price | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP<br>Attn: Simon Aron | saron@wrslawyers.com | Email |
| Counsel to Flori Marquez | Zuckerman Gore Brandeis & Crossman, LLP<br>Attn: John K. Crossman, Karen S. Park, Jeffrey L. Friesen | jcrossman@zukermangore.com<br>kpark@zukermangore.com<br>jfriesen@zukermangore.com | Email |