# UNITED STATES BANKRUPTCY COURT

DISTRICT OF ___NEW JERSEY___

_____

| | | |
|---|---|---|
| In re: BLOCKFI INC., et al., | § | Case No. __22-19361__ |
| | § | |
| | § | Lead Case No. __22-19361__ |
| _____ | § | |
| Debtor(s) | § | ☒ Jointly Administered |

## Post-confirmation Report

Chapter 11

Quarter Ending Date: __12/31/2023__                    Petition Date: __11/28/2022__

Plan Confirmed Date: __10/03/2023__                    Plan Effective Date: __10/24/2023__

This Post-confirmation Report relates to: ⦿ Reorganized Debtor

◯ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Mohsin Y. Meghji                                   Mohsin Y. Meghji, as Plan Administrator
Signature of Responsible Party                         Printed Name of Responsible Party

04/19/2024
Date

                                                       1700 Broadway, New York, NY 10019
                                                       Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name BLOCKFI INC., et al.,                                              Case No.  22-19361

## Part 1: Summary of Post-confirmation Transfers

|  | Current  Quarter | Total Since Effective  Date |
|---|---|---|
| a. Total cash disbursements | $25,727,829 | $25,727,829 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $25,727,829 | $25,727,829 |

## Part 2: Preconfirmation Professional Fees and Expenses

|  |  |  |  | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $9,963,505 | $90,578,214 | $13,611,140 | $94,055,395 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| i | | BRG | Financial Professional | $1,845,289 | $14,998,639 | $2,007,504 | $15,160,853 |
| ii | | Brown Rudnick LLP | Co-Counsel | $433,750 | $10,255,026 | $1,590,272 | $11,411,549 |
| iii | | Cole Schotz P.C. | Local Counsel | $77,012 | $978,928 | $119,744 | $920,166 |
| iv | | Deloitte Tax LLP | Financial Professional | $680,293 | $947,900 | $680,293 | $878,940 |
| v | | Genova Burns | Local Counsel | $19,147 | $884,742 | $154,140 | $1,019,734 |
| vi | | Haynes and Boone, LLP | Co-Counsel | $3,127,277 | $12,853,260 | $3,449,319 | $13,175,303 |
| vii | | Miller Nash, LP | Special Counsel | $6,500 | $6,500 | $6,500 | $6,500 |
| viii | | Kirkland & Ellis LLP | Lead Counsel | $3,286,758 | $17,918,791 | $3,221,318 | $17,853,350 |
| ix | | Kroll Restructuring Administrat | Other | $0 | $13,611,284 | $0 | $13,611,284 |
| x | | M3 Advisory Partners, LP | Financial Professional | $312,740 | $4,984,859 | $1,472,354 | $6,144,473 |
| xi | | McCarter & English | Special Counsel | $99,173 | $2,228,649 | $161,227 | $2,290,703 |
| xii | | Moelis & Company, LLC | Financial Professional | $0 | $8,691,566 | $697,018 | $9,388,585 |
| xiii | | Walkers | Local Counsel | $33,950 | $33,950 | $33,950 | $33,950 |
| xiv | | US Trustee | Other | $17,500 | $861,984 | $17,500 | $861,984 |
| xv | | Elementus | Other | $24,116 | $1,322,137 | $0 | $1,298,021 |
| xvi | | | | | | | |
| xvii | | | | | | | |
| xviii | | | | | | | |
| xix | | | | | | | |
| xx | | | | | | | |
| xxi | | | | | | | |
| xxii | | | | | | | |
| xxiii | | | | | | | |
| xxiv | | | | | | | |
| xxv | | | | | | | |
| xxvi | | | | | | | |
| xxvii | | | | | | | |
| xxviii | | | | | | | |
| xxix | | | | | | | |

UST Form 11-PCR (12/01/2021)

Debtor's Name BLOCKFI INC., et al.,                                                                                    Case No.  22-19361

| | | | | | |
|---|---|---|---|---|---|
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |

UST Form 11-PCR (12/01/2021)                               3

Debtor's Name BLOCKFI INC., et al.,                                                                                    Case No.  22-19361

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | $23,085 | $801,163 | $23,085 | $776,163 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | CohnReznick LLP | Financial Professional | $17,500 | $24,500 | $17,500 | $24,500 |
| ii | Maitland | Special Counsel | $19,682 | $45,699 | $19,682 | $45,699 |
| iii | Covington & Burling LLP | Special Counsel | $0 | $263,631 | $0 | $263,631 |
| iv | Hodgson Russ | Special Counsel | $1,400 | $19,619 | $1,400 | $19,619 |
| v | Morris, Nichols, Arsht and Tunn | Special Counsel | $-15,497 | $217,055 | $-15,497 | $192,055 |
| vi | Schjodt | Special Counsel | $0 | $124,368 | $0 | $124,368 |

UST Form 11-PCR (12/01/2021)                          4

Debtor's Name BLOCKFI INC., et al.,                                                    Case No.  22-19361

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| vii | Johnson Gardiner | Special Counsel | | $0 | $106,291 | $0 | $106,291 |
| viii | | | | | | | |
| ix | | | | | | | |
| x | | | | | | | |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |
| xv | | | | | | | |
| xvi | | | | | | | |
| xvii | | | | | | | |
| xviii | | | | | | | |
| xix | | | | | | | |
| xx | | | | | | | |
| xxi | | | | | | | |
| xxii | | | | | | | |
| xxiii | | | | | | | |
| xxiv | | | | | | | |
| xxv | | | | | | | |
| xxvi | | | | | | | |
| xxvii | | | | | | | |
| xxviii | | | | | | | |
| xxix | | | | | | | |
| xxx | | | | | | | |
| xxxi | | | | | | | |
| xxxii | | | | | | | |
| xxxiii | | | | | | | |
| xxxiv | | | | | | | |
| xxxv | | | | | | | |
| xxxvi | | | | | | | |
| xxxvii | | | | | | | |
| xxxvii | | | | | | | |
| xxxix | | | | | | | |
| xl | | | | | | | |
| xli | | | | | | | |
| xlii | | | | | | | |
| xliii | | | | | | | |
| xliv | | | | | | | |
| xlv | | | | | | | |
| xlvi | | | | | | | |
| xlvii | | | | | | | |
| xlviii | | | | | | | |

UST Form 11-PCR (12/01/2021)

Debtor's Name BLOCKFI INC., et al.,                                                    Case No.  22-19361

| | | | | | |
|---|---|---|---|---|---|
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |

UST Form 11-PCR (12/01/2021)                              6

Debtor's Name BLOCKFI INC., et al.,                                    Case No.  22-19361

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $9,986,590 | $91,379,377 | $13,634,224 | $94,831,558 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid  Current Quarter | Paid  Cumulative | Allowed  Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $145 | $145 | $145 | 100% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?                                             Yes ◯    No ◉

    If yes, give date Final Decree was entered:  _____

    If no, give date when the application for Final Decree is anticipated:  _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?      Yes ◉    No ◯

Debtor's Name BLOCKFI INC., et al.,                                                    Case No.  22-19361

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/ rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Mohsin Y. Meghji                                        Mohsin Y. Meghji, as Plan Administrator
Signature of Responsible Party                              Printed Name of Responsible Party

Plan Administrator for the Estate of BlockFi, INC., et      04/19/2024
Title                                                       Date

UST Form 11-PCR (12/01/2021)                    8

Debtor's Name BLOCKFI INC., et al.,                                                          Case No.  22-19361



Page 1



Other Page 1



Page 2 Minus Tables

Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                                    9

Debtor's Name BLOCKFI INC., et al.,                                                                                    Case No.  22-19361



Bankruptcy Table 51-100



Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page