UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GRANT & EISENHOFER P.A.**
Jason M. Avellino, Esq.
123 Justison Street, 7th Floor
Wilmington, DE 19801
Telephone: (302)-622-7000

-and-

**GRANT & EISENHOFER P.A.**
Gordon Z. Novod, Esq. (admitted *pro hac vice*)
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8523

*Counsel to Undisclosed Creditors/Parties in Interest*

| | |
|---|---|
| In Re:<br><br>BLOCKFI INC., et al.,<br><br>Debtors | Case No. 22-19361-MBK<br>Chapter 11<br><br>(Jointly Administered)<br><br>Judge: Hon. Michael B. Kaplan |

**MOTION FOR AN ORDER PERMITTING TERMINATION AND WITHDRAWAL OF UNDISCLOSED CREDITORS/PARTIES IN INTEREST AND THEIR COUNSEL**

The undersigned hereby respectfully requests an Order granting the withdrawal and termination from this bankruptcy case of (1) Undisclosed Creditors/Parties in Interest and (2) their attorneys at Grant & Eisenhofer P.A., including Jason Avellino and Gordon Z. Novod, the latter who was admitted *pro hac vice*.

In support of its Motion, Undisclosed Creditors/Parties in Interest states as follow:

The totality of Undisclosed Creditors/Parties in Interest appearances in this case include: On June 2, 2023, Jason Avellino, of the law firm Grant & Eisenhofer P.A. entered an appearance in the bankruptcy proceeding captioned above on behalf of Undisclosed Creditors/Parties in Interest. ECF Doc. No. 1032 . Subsequently, on behalf of Undisclosed Creditors/Parties in Interest, Mr. Avellino filed a motion on June 2, 2023, seeking the *pro hac vice* admission of Grant & Eisenhofer attorney Gordon Z. Novod, Esq. ECF Doc. No. 1034. This Court granted the motion on June 12, 2023. ECF Doc. No. 1054.

The Debtors have confirmed their chapter 11 plan, and as a result, Grant & Eisenhofer's representation of Undisclosed Creditors/Parties in Interest has concluded.

Undisclosed Creditors Having filed Proofs of Claim numbers 1842 and 1998 have consented to this Motion and the relief sought herein.

This Motion is submitted pursuant to Local Bankruptcy Rule 9010-2(b) of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (as of August 1, 2023) ("Unless another attorney is substituted, an attorney may not withdraw an appearance except by permission of court."), and the Court's inherent and discretionary power to manage its dockets and the cases before it, *see, e.g.*, *Rios v. Shafer (In re Shafer)*, Civil Nos. 093575; 09-4254 (JBS), 2009 WL 3334877 (D.N.J. Oct. 14, 2009). A proposed form of Order granting the relief requested is submitted with this Motion as **Exhibit A**.

**WHEREFORE**, Undisclosed Creditors/Parties in Interest  requests that the Court enter an Order, substantially in conformity with the enclosed form Order (Ex. A), granting the termination and withdrawal from the bankruptcy proceedings captioned above of (1) Undisclosed

Creditors/Parties in Interest (2) Undisclosed Creditors/Parties in Interest undersigned counsel at

Grant & Eisenhofer P.A., and such other and further relief as the Court may deem just and proper.

Dated:     April 21, 2024
           Wilmington, Delaware

**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000

Attorneys for certain undisclosed creditors having filed Proofs of Claim numbers 1842 and 1998

By: /s/ *Jason M. Avellino*
      Jason M. Avellino, Esq.