| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617)856-8300<br>taxelrod@brownrudnick.com<br><br>*General Counsel for the Plan Administrator*<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Susan S. Long, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br>SLong@genovaburns.com<br><br>*Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator* |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>    Wind-Down Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered under a Confirmed Plan[2]) |

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 25, 2024 AT 11:30 A.M. (ET)

---

[1] The Wind-Down Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691

[2] On October 3, 2023, the Court entered an order [Docket No. 1660] (the "Confirmation Order") confirming the *Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications)* [Docket No. 1609] (as amended and supplemented, the "Plan"). Unless otherwise indicated, capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

1

**I.**     **UNCONTESTED MATTERS GOING FORWARD IN MAIN CASE**

1. Debtors' Eighteenth Omnibus Objection to Claims [Docket No. 2203].

    Responses Received:

    - N/A

    Related Documents:

    - N/A

    **Status:  This matter is going forward.**

2. Debtors' Nineteenth Omnibus Objection to Claims [Docket No. 2201].

    Responses Received:

    - N/A

    Related Documents:

    - N/A

    **Status:  This matter is going forward.**

3. Wind-Down Debtor's Motion for Entry of an Order Extending the Period to File and Serve Objections to Claims [Docket No. 2210].

    Responses Received:

    - N/A

    Related Documents:

    - Bridge Order Extending Time to File and Serve Objections to Claims [Docket No. 2212]

    **Status:  This matter is going forward.**

## II.   CONTESTED MATTERS GOING FORWARD IN MAIN CASE

1. Claimant John W. Van Tubergen Jr.'s (I) Motion Pursuant to Fed. R. Bankr. P. 3008, 8002(B), 8007(A), 9023 and 9024 to (A) Alter and Amend the Decision and Order Sustaining the Wind-Down Debtors' Objection to Claim No. 7233; and (B) Alternatively, Seek Other Relief from Such Order; and (II) Invocation of Tolling of Time to Appeal Pursuant to Fed. R. Bankr. P. 8002(B) [Docket No. 2142].

    Responses Received:

    - Response filed by Claimant [Docket No. 2262]
    - Response filed by Debtor [Docket No. 2247]

    Related Documents:

    - Debtors' Seventh Omnibus Objection to Certain Claims [Docket No. 1311].
    - Claimant's Response to Debtors' Seventh Omnibus Objection to Certain Claims [Docket No. 1496].
    - Opinion Sustaining BlockFi's Claim Objection [Docket No. 2120].

    **Status:  This matter is going forward.**

2. Debtors' Seventeenth Omnibus Objection to Certain Claims 15063, 15069, 18939, 18969, 18974, 18993, and 26899 [Docket No. 2169].

    Responses Received:

    - Opposition filed by Creditor Brandon Weiss [Docket No. 2266]

    Related Documents:

    - N/A

    **Status:  This matter will be decided on the papers. Debtor has one week to reply to Opposition.**

3. Wind-Down Debtor BlockFi, Inc.'s Motion for an Order Remanding State Court Action [Docket No. 2181].

    Responses Received:

    - Opposition to Debtor's Motion filed by National Union Fire Insurance Company [Docket No. 2239]

3

- Response to Opposition to Debtor's Motion filed by Arch Insurance Company [Docket No. 2240]
- Response to National Union Fire Insurance Company's Opposition to Debtor's Motion filed by Debtor [Docket No. 2257]

Related Documents:

- N/A

**Status: This matter is going forward.**

4. Motion for Relief from Stay filed by Flori Marquez and Zachary Lee Prince [Docket No. 2219].

   Responses Received:

   - Response filed by Flori Marquez and Zachary Lee Prince [Docket No. 2260]
   - Limited Objection and Reservations of Rights filed by Debtors [Docket No. 2243]

   Related Documents:

   - N/A

   **Status: This matter is going forward.**

5. Motion to Enforce Plan and Confirmation Order filed by Arch Insurance Company [Docket No. 2221].

   Responses Received:

   - Reply filed by Arch Insurance Company [Docket No. 2263]
   - Response filed by Debtors [Docket No. 2244].

   Related Documents:

   - Joinder of Ace American Insurance Company [Docket No. 2228].

   **Status: This matter is going forward.**

*[Remainder of Page Intentionally Left Blank]*

4

Dated: April 24, 2024 　　　　　　　　　　　　　　/s/ *Susan S. Long*

**GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
Susan S. Long, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
(973) 230-2095
DStolz@genovaburns.com
DClarke@genovaburns.com
SLong@genovaburns.com

*Local Counsel to the Plan Administrator*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Lauren M. Sisson, Esq. (NJ Bar No. 394182022)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
lauren.sisson@haynesboone.com

*Attorneys for the Plan Administrator*

**BROWN RUDNICK LLP**
Kenneth J. Aulet, Esq. (admitted pro hac vice)
Seven Times Square
New York, New York 10036
(212) 209-4800
kaulet@brownrudnick.com

**BROWN RUDNICK LLP**
Tristan Axelrod, Esq. (admitted pro hac vice)
One Financial Center
Boston, MA 02111
(617) 856-8300
taxelrod@brownrudnick.com

**BROWN RUDNICK LLP**
Stephen D. Palley, Esq. (admitted pro hac vice)
Daniel J. Healy, Esq. (admitted pro hac vice)
601 13th St. NW Suite 600
Washington, D.C. 20005
(202) 536-1766
spalley@brownrudnick.com
dhealy@brownrudnick.com

*General Counsel to the Plan Administrator*