**UNITED STATES BANKRUPTCY COURT**

District of New Jersey

| | | |
|---|---|---|
| In re: | Chapter: | 11 |
| BlockFi Inc. | Case Number: | 22-19361 |
| | Civil Number: | |
| | Adversary Number: | |
| | Bankruptcy Judge: | Michael B. Kaplan |

**AMENDED**
**TRANSMITTAL OF DOCUMENT(S) TO:**
☒ **DISTRICT COURT**    ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☐ Notice of Appeal    ☒ Order being Appealed    ☐ Designation of Record on Appeal
☐ Statement of Issues    ☐ Transcript    ☐ Transcript Ordered On: _____
☐ Motion for Leave to Appeal    ☐ Certification of Failure to File Designation    ☐ Motion to Withdraw the Reference
☐ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on 4/24/2024. The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | Chad Main | Appellee(s): | BlockFi Inc. |
| Attorney: | Prose | Attorney: | Michael D. Sirota Cole Schotz P.C. |
| Address: | 642 N Madison | Address: | 25 Main St. |
| | Bloomington, IN 47404 | | Hackensack, NJ 07601 |

Title of Order Appealed: Order Granting Wind-Down Debtors Seventeenth Omnibus Objection To Claims
Date Entered On Docket: 04/10/2024

☐ An appeal has not previously been filed in this case.

☐ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____
By: _____    Date: _____

*rev. 8/28/17*