| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b) | **Order Filed on April 26, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>BlockFi Inc. | Case No.:  22-19361-MBK<br>Chapter:  11<br>Hearing Date:  _____<br>Judge:  Kaplan |

# ORDER

## GRANTING TERMINATION AND WITHDRAWAL OF UNDISCLOSED CREDITORS/PARTIES HAVING FILED PROOFS OF CLAIM NUMBERS 1842 AND 1998 AND THEIR COUNSEL

The relief set forth on the following pages, numbered two (2) through  4 , is **ORDERED**.

**DATED: April 26, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GRANT & EISENHOFER P.A.**
Jason M. Avellino, Esq.
123 Justison Street, 7th Floor
Wilmington, DE 19801
Telephone: (302)-622-7000

-and-

**GRANT & EISENHOFER P.A.**
Gordon Z. Novod, Esq. (*pro hac vice*)
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500

*Counsel to Undisclosed Creditors/Parties in Interest*

In Re:

BLOCKFI INC., et al.,

        Debtors

Case No. 22-19361-MBK
Chapter 11

(Jointly Administered)

Judge: Hon. Michael B. Kaplan

**ORDER GRANTING TERMINATION AND WITHDRAWAL
OF UNDISCLOSED CREDITORS/PARTIES HAVING FILED PROOFS OF CLAIM
NUMBERS 1842 AND 1998 AND OF THEIR COUNSEL**

    The relief set forth on the following pages, numbered two to three, are **ORDERED.**

    **THIS MATTER** having been brought before the Court on the Motion of Michael A. Guerra for an Order Permitting Termination and Withdrawal of Undisclosed Creditors/Parties Creditors Having filed Proofs of Claim numbers 1842 and 1998 and of Their Counsel at Grant

& Eisenhofer P.A., including Jason Avellino, Gordon Z. Novod, filed April 22, 2024 (the "Motion"), in connection with this Chapter 11 case;

And the Court having reviewed the Motion and considered this matter pursuant to its inherent and discretionary **authority** and Local Bankruptcy Rule 9010-2(b) of the Local Rules of the United States Bankruptcy Court for the District of New Jersey; and for good cause shown; it is hereby:

**ORDERED** that the application for termination and withdrawal of counsel Jason Avellino, and Gordon Z. Novod, as counsel to Undisclosed Creditors/Parties Creditors Having filed Proofs of Claim numbers 1842 and 1998 from this bankruptcy case be and is hereby **GRANTED**; and it is further

**ORDERED** that the application for termination and withdrawal of Undisclosed Creditors/Parties Creditors Having filed Proofs of Claim numbers 1842 and 1998 from this bankruptcy case be and is hereby **GRANTED**; and it is further

**ORDERED** that the Clerk's Office shall designate Undisclosed Creditors/Parties Creditors Having filed Proofs of Claim numbers 1842 and 1998 as terminated and withdrawn from this bankruptcy proceeding for this proceeding; and it is further

**ORDERED** that the Clerk's Office shall designate counsel to Undisclosed Creditors/Parties Creditors Having filed Proofs of Claim numbers 1842 and 1998 including Jason Avellino, and Gordon Z. Novod, as having been terminated and withdrawn from this bankruptcy proceeding; and it is further

**ORDERED** that the Debtors' claims and noticing agent shall Undisclosed Creditors/Parties Creditors Having filed Proofs of Claim numbers 1842 and 1998 and its counsel from all services lists for this proceeding; and it is further

**ORDERED** that no further service of this Order is required for it to be effective.

_____