| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |

Order Filed on April 26, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BlockFi Inc.

| | |
|---|---|
| Case No.: | 22-19361-MBK |
| Chapter: | 11 |
| Hearing Date: | |
| Judge: | Kaplan |

# ORDER

## GRANTING TERMINATION AND WITHDRAWAL OF UNDISCLOSED CREDITORS/PARTIES HAVING FILED PROOFS OF CLAIM NUMBERS 1842 AND 1998 AND THEIR COUNSEL

The relief set forth on the following pages, numbered two (2) through ____4____, is **ORDERED**.

**DATED: April 26, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GRANT & EISENHOFER P.A.**
Jason M. Avellino, Esq.
123 Justison Street, 7th Floor
Wilmington, DE 19801
Telephone: (302)-622-7000

-and-

**GRANT & EISENHOFER P.A.**
Gordon Z. Novod, Esq. (*pro hac vice*)
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500

*Counsel to Undisclosed Creditors/Parties in Interest*

In Re:

BLOCKFI INC., et al.,

        Debtors

Case No. 22-19361-MBK
Chapter 11

(Jointly Administered)

Judge: Hon. Michael B. Kaplan

**ORDER GRANTING TERMINATION AND WITHDRAWAL
OF UNDISCLOSED CREDITORS/PARTIES HAVING FILED PROOFS OF CLAIM
NUMBERS 1842 AND 1998 AND OF THEIR COUNSEL**

The relief set forth on the following pages, numbered two to three, are **ORDERED.**

**THIS MATTER** having been brought before the Court on the Motion of Michael A. Guerra for an Order Permitting Termination and Withdrawal of Undisclosed Creditors/Parties Creditors Having filed Proofs of Claim numbers 1842 and 1998 and of Their Counsel at Grant

2

& Eisenhofer P.A., including Jason Avellino, Gordon Z. Novod, filed April 22, 2024 (the "Motion"), in connection with this Chapter 11 case;

And the Court having reviewed the Motion and considered this matter pursuant to its inherent and discretionary **authority** and Local Bankruptcy Rule 9010-2(b) of the Local Rules of the United States Bankruptcy Court for the District of New Jersey; and for good cause shown; it is hereby:

**ORDERED** that the application for termination and withdrawal of counsel Jason Avellino, and Gordon Z. Novod, as counsel to Undisclosed Creditors/Parties Creditors Having filed Proofs of Claim numbers 1842 and 1998 from this bankruptcy case be and is hereby **GRANTED**; and it is further

**ORDERED** that the application for termination and withdrawal of Undisclosed Creditors/Parties Creditors Having filed Proofs of Claim numbers 1842 and 1998 from this bankruptcy case be and is hereby **GRANTED**; and it is further

**ORDERED** that the Clerk's Office shall designate Undisclosed Creditors/Parties Creditors Having filed Proofs of Claim numbers 1842 and 1998 as terminated and withdrawn from this bankruptcy proceeding for this proceeding; and it is further

**ORDERED** that the Clerk's Office shall designate counsel to Undisclosed Creditors/Parties Creditors Having filed Proofs of Claim numbers 1842 and 1998 including Jason Avellino, and Gordon Z. Novod, as having been terminated and withdrawn from this bankruptcy proceeding; and it is further

**ORDERED** that the Debtors' claims and noticing agent shall Undisclosed Creditors/Parties Creditors Having filed Proofs of Claim numbers 1842 and 1998 and its counsel from all services lists for this proceeding; and it is further

**ORDERED** that no further service of this Order is required for it to be effective.

_____

4

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19361-MBK |
| BlockFi Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 26, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + BlockFi Inc., c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019-5905 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2024                Signature:        /s/Gustava Winters