**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| **BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617)856-8300<br>taxelrod@brownrudnick.com<br><br>*Attorneys for the Plan Administrator*<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>*Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>*Jointly Administered under a Confirmed Plan*[2] |

## ADJOURNMENT REQUEST

---

[1]    The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154).  The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ  08691.

[2]    On October 3, 2023, the Court entered an order confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications). [Docket No. 1609]

1.      I, <u>Susan S. Long, Esq.</u>

   ☒      am the attorney for:  <u>Local Counsel for Plan Administrator                    </u>,

   ☐      am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

   1.  Wind-Down Debtors' Objection to Claim Filed by the Connecticut Dept. of Banking [Docket No. 1942].

   **Current hearing date and time**:  <u>May 1, 2024 at 10:00 a.m.</u>

   **New date requested**:  <u>May 23, 2024 at 11:30 a.m.</u>

   **Reason for adjournment request**:  The Debtors and Connecticut Dept. of Banking are working towards resolution of the objection to Connecticut Dept. of Banking's claim.

2.      Consent to adjournment:

☒  I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

   Date:<u> April 30, 2024              </u>      <u>/s/  Susan S. Long                    </u>
                                        Signature

**COURT USE ONLY:**
_____

The request for adjournment is:               May 23, 2024 at 11:30 am

☒      Granted          New hearing date: _____      ☐      Peremptory

☐      Granted over objection(s)  New hearing date: _____      ☐      Peremptory

☐      Denied


**IMPORTANT: If your request is granted, you must notify interested
parties who are not electronic filers of the new hearing date.**

17530579v1 (25400.002)