**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BlockFi Inc., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Eladio Perez, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 22, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- The Wind-Down Debtor Blockfi, Inc.'s Reply in Support of Motion for an Order Remanding State Court Action [Docket No. 2257]

Dated: April 30, 2024

                                                                      */s/ Eladio Perez*
                                                                          Eladio Perez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 30, 2024, by Eladio Perez, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

**<u>Exhibit A</u>**

Exhibit A

Notice Parties Service List

Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| DLA PIPER LLP (US) | Rachel Ehrlich Albanese, Esq. | 1251 Avenue of the Americas | New York | NY | 10020 |
| DLA PIPER LLP (US) | Stephen C. Matthews, Esq. | 51 John F. Kennedy Parkway, Suite 120 | Short Hills | NJ | 07078 |
| DLA PIPER LLP (US) | Stuart M. Brown, Esq. | 1201 North Market Street, Suite 1200 | Wilmington | DE | 19801 |
| DUANE MORRIS LLP | Jessica E. La Londe, Esq. | One Marke Plaza, Suite 2200 | San Francisco | CA | 94105-1127 |
| DUANE MORRIS LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | Philadelphia | PA | 19103-4196 |
| KAUFMAN BORGEEST & RYAN LLP | Robert A. Benjamin, Esq. | 200 Summit Lake Drive | Valhalla | NY | 10595 |
| KAUFMAN DOLOWICH, LLP | Seth D. Griep, Esq. | 25 Main Street, Suite 500 | Hackensack | NJ | 07601 |
| SQUIRE PATTON BOGGS (US) LLP | Mark D. Sheridan, Esq. | 382 Springfield Avenue | Summit | NJ | 07901 |
| WERNER AHARI MANGEL LLP | Stacey E. Rufe, Esq. | 2112 Pennsylvania Ave. NW, Suite 200 | Washington | DC | 20037 |