**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
(973) 538-4006
(973) 538-5146 Facsimile
Warren J. Martin, Esq. (wjmartin@pbnlaw.com)
Robert M. Schechter, Esq. (rmschechter@pbnlaw.com)

*Attorneys for Zachary Prince*

**ALLEN OVERY SHEARMAN STERLING US LLP**
R. Thaddeus Behrens, Esq. (*pro hac vice*)
Daniel H. Gold, Esq. (*pro hac vice*)
2601 Olive Street, 17th Floor
Dallas, TX 75201
(214) 271-5812
thad.behrens@aoshearman.com
dan.gold@aoshearman.com

*Attorneys for Zachary Prince*

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

## NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

PLEASE TAKE NOTICE that, as a result of the combination of Shearman & Sterling LLP and Allen & Overy LLP, effective May 1, 2024, the name of one of the firms representing the undersigned parties is Allen Overy Shearman Sterling US LLP. The new email addresses of counsel are:

thad.behrens@aoshearman.com

dan.gold@aoshearman.com

The mailing addresses, telephone numbers, and facsimile numbers remain unchanged.

| | |
|---|---|
| Dated: May 6, 2024 | /s/ *Warren J. Martin Jr.*<br>**PORZIO, BROMBERG & NEWMAN, P.C.**<br>Warren J. Martin Jr., Esq.<br>Robert M. Schechter, Esq.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>wjmartin@pbnlaw.com<br>rmschechter@pbhlaw.com<br><br>*Attorneys for Zachary Prince*<br><br>- and –<br><br>**ALLEN OVERY SHEARMAN STERLING US LLP**<br>R. Thaddeus Behrens, Esq. (*pro hac vice*)<br>Daniel H. Gold, Esq. (*pro hac vice*)<br>2601 Olive Street, 17th Floor<br>Dallas, TX 75201<br>(214) 271-5812<br>thad.behrens@aoshearman.com<br>dan.gold@aoshearman.com<br><br>*Attorneys for Zachary Prince* |