| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| **PORZIO, BROMBERG & NEWMAN, P.C.**<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, New Jersey 07962<br>(973) 538-4006<br>(973) 538-5146 Facsimile<br>Warren J. Martin, Esq. (wjmartin@pbnlaw.com)<br>Robert M. Schechter, Esq. (rmschechter@pbnlaw.com)<br><br>*Attorneys for Zachary Prince and Flori Marquez*<br><br>**ALLEN OVERY SHEARMAN STERLING US LLP**<br>R. Thaddeus Behrens, Esq. (*pro hac vice*)<br>Daniel H. Gold, Esq. (*pro hac vice*)<br>2601 Olive Street, 17th Floor<br>Dallas, TX 75201<br>(214) 271-5812<br>thad.behrens@aoshearman.com<br>dan.gold@aoshearman.com<br><br>*Attorneys for Zachary Prince* |

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

**PLEASE TAKE NOTICE** that Flori Marquez, by and through the undersigned counsel, hereby withdraws the *Notice of Change of Firm Name and Email Addresses* [ECF No. 2291].

| | |
|---|---|
| Dated: May 7, 2024 | /s/ *Warren J. Martin Jr.* <br> **PORZIO, BROMBERG & NEWMAN, P.C.** <br> Warren J. Martin Jr., Esq. <br> Robert M. Schechter, Esq. <br> 100 Southgate Parkway <br> P.O. Box 1997 <br> Morristown, New Jersey 07962 <br> (973) 538-4006 <br> (973) 538-5146 Facsimile <br> wjmartin@pbnlaw.com <br> rmschechter@pbhlaw.com <br><br> *Attorneys for Zachary Prince and Flori Marquez* <br><br> - and – <br><br> **ALLEN OVERY SHEARMAN STERLING US LLP** <br> R. Thaddeus Behrens, Esq. (*pro hac vice*) <br> Daniel H. Gold, Esq. (*pro hac vice*) <br> 2601 Olive Street, 17th Floor <br> Dallas, TX 75201 <br> (214) 271-5812 <br> thad.behrens@aoshearman.com <br> dan.gold@aoshearman.com <br><br> *Attorneys for Zachary Prince* |