### CERTIFICATE OF SERVICE

I, Warren J. Martin Jr., hereby certify that on May 7, 2024, I caused a copy of the foregoing

*Notice of Change of Firm Name and Email Addresses* to be served on all parties who are scheduled

to receive notice through the Court's ECF system and will be served by electronic means through

the CM/ECF system to the parties listed below and to all registered CM/ECF participants.

Morristown, New Jersey
Date: May 7, 2024

/s/ *Warren J. Martin Jr.*
Warren J. Martin Jr.
**PORZIO, BROMBERG & NEWMAN, P.C.**
Warren J. Martin Jr., Esq.
Robert M. Schechter, Esq.
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
(973) 538-4006
(973) 538-5146 Facsimile
wjmartin@pbnlaw.com
rmschechter@pbhlaw.com