| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
|---|---|
| Chad Main<br>642 N Madison<br>Bloomington, IN 47404<br>(312)636-4106<br>chadmain@gmail.com | |
| In re:<br><br>BLOCKFI INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 22-19361 (MBK) |

## APPELLANT CHAD MAIN'S DESIGNATION OF RECORD ON APPEAL

Creditor Chad Main respectfully submits this designation of items to be included in the record on appeal pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(2). The designation is made in support of the appeal he filed from the Order Granting Wind-Down Debtors' Seventeenth Omnibus Objection to Claims entered by the United States Bankruptcy Court for the District of New Jersey, April 10, 2024 [Docket No. 2232], in the above-captioned matter.

## DESIGNATIONS:

The following items are to be included in the record on appeal:

| Docket No. | Description | Date Filed |
|---|---|---|
|  | Creditor Chad Main's Claim No. 5647 | March 12, 2023 |
| 2169 | Wind-Down Debtors' Seventeenth Omnibus Objection to Claims | March 4, 2024 |
| 2232 | Order Granting Wind-Down Debtors' Seventeenth Omnibus Objection to Claims | April 10, 2024 |

## RESERVATION

The Appellant reserves the right to amend, modify, and/or supplement the foregoing Designation.

Respectfully Submitted,

Chad Main, pro se
642 N Madison
Bloomington IN 47404
chadmain@gmail.com
312-636-4106

Dated May 6, 2024

May 6, 2024

Please file in the captioned case.

Thanks you–

Chad Main
312-636-4106
chadmain@gmail.com

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2024 MAY -7 A 11: 33

JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK