UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GENOVA BURNS LLC
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
(973) 230-2095
DStolz@genovaburns.com
DClarke@genovaburns.com
Local Counsel for Counsel for Plaintiff BlockFi, Inc.
by and through the Plan Administrator

In Re:

BLOCKFI, INC., et al.,

Debtors.

Case No.: 22-19361
Adv. Pro. No.: _____
Chapter: 11
Subchapter V: ☐ Yes ☐ No
Hearing Date: May 23, 2024
Judge: MBK

## ADJOURNMENT REQUEST

1. I, __Daniel M. Stolz__,

   ☐ am the attorney for: __Plan Administrator__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Twentieth Omnibus Objection to Claim #15490 only [docket #2259].

   Current hearing date and time: May 23, 2024, 11:30 a.m.

   New date requested: June 17, 2024, 11:30 a.m.

   Reason for adjournment request: Counsel has requested additional time to review with its client.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: May 10, 2024

/s/ Daniel M. Stolz
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 6/17/2024 at 11:30 am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2