| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |

Order Filed on May 13, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BlockFi, Inc.

Case No.: 22-19361 (MBK)

Chapter: 11

Hearing Date: April 25, 2024

Judge: Michael B. Kaplan

### ORDER GRANTING IN PART THE MOTION TO ENFORCE; and
### GRANTING THE MOTION FOR REMAND

The relief set forth on the following pages, numbered two (2) through ___2___ is **ORDERED**.

**DATED: May 13, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter comes before the Court on two motions: a Motion for an Order Remanding to State Court (ECF No. 2181) filed by Wind-Down Debtors; and a Motion to Enforce the Plan and Confirmation Order (ECF No. 2221) filed by Arch Insurance Company, Berkley Insurance Company, Berkshire Hathaway Specialty Insurance Company, U.S. Specialty Insurance Company, and XL Specialty Insurance Company (collectively, the "Insurers").  For the reasons set forth in the accompanying Opinion it is hereby

ORDERED that the Insurers' Motion to Enforce (ECF No. 2221) is GRANTED IN PART and DENIED IN PART.  The Wind-Down Debtors are directed to strike the first and fifth causes of action of the Amended Complaint in the State Court Action; and it is further

ORDERED that the Wind-Down Debtors' Motion for an Order Remanding to State Court (ECF No. 2181) is GRANTED.   The matter is remanded to the State Court for consideration of the remaining causes of action.