UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on May 16, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

BlockFi, Inc.,
        Debtors

Case No.: 22-19361

Chapter: 11

Judge: Michael B. Kaplan

### ORDER DENYING VAN TUBERGEN'S MOTION FOR RECONSIDERATION

The relief set forth on the following pages is **ORDERED**.

**DATED: May 16, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

For the reasons set forth in the accompanying Opinion, it is hereby,

ORDERED that Van Tubergen's Motion for Reconsideration (ECF No. 2142) is DENIED.