| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| **BROWN RUDNICK LLP** <br> Kenneth J. Aulet, Esq. (admitted *pro hac vice*) <br> Seven Times Square <br> New York, New York 10036 <br> (212) 209-4800 <br> kaulet@brownrudnick.com <br><br> **BROWN RUDNICK LLP** <br> Tristan Axelrod, Esq. (admitted *pro hac vice*) <br> One Financial Center <br> Boston, MA 02111 <br> (617)856-8300 <br> taxelrod@brownrudnick.com <br><br> *General Counsel for the Plan Administrator* <br><br> **GENOVA BURNS LLC** <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> 110 Allen Rd., Suite 304 <br> Basking Ridge, NJ 07920 <br> (973) 230-2095 <br> DStolz@genovaburns.com <br> DClarke@genovaburns.com <br><br> *Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP** <br> Richard S. Kanowitz, Esq. (NJ Bar No. 047911992) <br> Lauren M. Sisson, Esq. (NJ Bar No. 394182022) <br> 30 Rockefeller Plaza, 26th Floor <br> New York, New York 10112 <br> (212) 659-7300 <br> richard.kanowitz@haynesboone.com <br> lauren.sisson@haynesboone.com <br><br> *Attorneys for the Plan Administrator* |
| In re: <br><br> BLOCKFI INC., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 22-19361 (MBK) <br><br> *Jointly Administered under a Confirmed Plan*[2] |

**APPELLEE/WIND-DOWN DEBTORS' COUNTER-DESIGNATION
OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

[2] On October 3, 2023, the Court entered an order confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications). [Docket No. 1609]

In accordance with Fed. R. Bankr. P. 8009(a)(2), Appellee BlockFi, Inc. ("Appellee") respectfully submits the following counter-designation of additional items to be included on the record on appeal. Appellant Chad Main ("Appellant") appeals from the April 10, 2024 Order of the U.S. Bankruptcy Court for the District of New Jersey (Hon. Michael B. Kaplan, U.S.B.J.) [ECF No. 2232] granting the Wind-Down Debtors' Seventeenth Omnibus Objection to Claims, which has been docketed as *Main et al. v. BlockFi, Inc.*, No. 3:24-cv-05592-ZNQ, in the U.S. District Court for the District of New Jersey [ECF No. 2267].

On May 7, 2024, Appellant filed a document titled "Appellant Chad Main's Designation of Record on Appeal" [ECF No. 2297].

## DESIGNATION OF ADDITIONAL ITEMS
## TO BE INCLUDED IN RECORD ON APPEAL

Appellee cross-designates the following items to be included in the record on appeal, including the relevant transcripts that have already been ordered and filed on the record of the Bankruptcy Court, as noted below:

| ECF No. | Filing Date | Description |
|---|---|---|
| 17 | 11/28/22 | Declaration Of Mark A. Renzi In Support Of Debtors' Chapter 11 Petitions And First-Day Motions |
| 121 | 12/19/22 | Debtors' Motion For Entry Of An Order (I) Authorizing The Debtors To (A) Honor Withdrawals From Wallet Accounts, (B) Update The User Interface To Properly Reflect Transactions And Assets As Of The Platform Pause, And (C) Conduct Ordinary Course Reconciliation Of Accounts, And (II) Granting Related Relief |
| 609 | 3/13/23 | Order Granting Debtors' Motion For Entry Of An Order (A) Approving The (I) Omnibus Claims Objection Procedures And Form Of Notice, (II) Omnibus Substantive Claims Objections, And (III) Satisfaction Procedures And Form Of Notice, (B) Waiving Bankruptcy Rule 3007(E), And (C) Granting Related Relief |
| 822 | 5/2/23 | Amended Declaration Of Amit Cheela, Chief Financial Officer Of BlockFi Inc., In Support Of The Debtors' Motion For Entry Of An Order (I) Authorizing The Debtors To (A) Honor Withdrawals From Wallet Accounts, (B) Update The User Interface To Properly Reflect Transactions And Assets As Of The Platform Pause, And (C) |

2

| ECF No. | Filing Date | Description |
|---|---|---|
| | | Conduct Ordinary Course Reconciliation Of Accounts, And (II) Granting Related Relief |
| 842 | 5/7/23 | Stipulated Facts As To Wallet Motion |
| 853 | 5/9/23 | Transcript Of Hearing Held 5/8/23 |
| 871 | 5/12/23 | Transcript Of Hearing Held 5/11/23 |
| 923 | 5/27/23 | Order (I) Authorizing The Debtors To (A) Honor Withdrawals From Wallet Accounts, (B) Update The User Interface To Properly Reflect Transactions And Assets As Of The Platform Pause, And (C) Conduct Ordinary Course Reconciliation Of Accounts, And (II) Granting Related Relief |
| 1306 | 8/2/23 | Order (I) Conditionally Approving The Adequacy Of The Disclosure Statement, (II) Approving The Solicitation And Notice Procedures, (III) Approving The Forms Of Ballots And Notices In Connection Therewith, And (IV) Scheduling Certain Dates With Respect Thereto |
| 1309 | 8/3/23 | Third Amended Joint Chapter 11 Plan Of BlockFi Inc. And Its Debtor Affiliates Pursuant To Chapter 11 Of The Bankruptcy Code |
| 1310 | 8/3/23 | Disclosure Statement Relating to the Third Amended Joint Chapter 11 Plan Of BlockFi Inc. And Its Debtor Affiliates Pursuant To Chapter 11 Of The Bankruptcy Code |
| 1333 | 8/9/23 | Proof Of Publication |
| 1573 | 9/22/23 | Affidavit Of Service Of Solicitation Materials |
| 1607 | 9/25/23 | Declaration Of James Daloia Of Kroll Restructuring Administration LLC Regarding The Solicitation And Tabulation Of Votes On The Third Amended Joint Chapter 11 Plan Of BlockFi Inc. And Its Debtor Affiliates Pursuant To Chapter 11 Of The Bankruptcy Code |
| 1609 | 9/25/23 | Notice Of Filing Of Additional Technical Modifications To Third Amended Joint Chapter 11 Plan Of BlockFi Inc. And Its Debtor Affiliates Pursuant to Chapter 11 Of The Bankruptcy Code |
| 1621 | 9/28/23 | Transcript Of Hearing Held 9/26/23 |
| 1660 | 10/3/23 | Revised Finding Of Fact, Conclusions Of Law, And Order (I) Approving The Disclosure Statement Relating To The Third Amended Joint Chapter 11 Plan Of BlockFi Inc. And Its Debtor Affiliates Pursuant To Chapter 11 Of The Bankruptcy Code On A Final Basis And (II) Confirming The Third Amended Joint Chapter 11 Plan Of BlockFi Inc. And Its Debtor Affiliates Pursuant To Chapter 11 Of The Bankruptcy Code (Additional Technical Modifications) |
| 1788 | 10/24/23 | Notice Of (I) Entry Of The Order (A) Approving The Disclosure Statement On A Final Basis And (B) Confirming The Third Amended Joint Chapter 11 Plan Of BlockFi Inc. And Its Debtor Affiliates Pursuant To Chapter 11 Of The Bankruptcy Code (Additional Technical Modifications) And (II) Occurrence Of The Effective Date |

| ECF No. | Filing Date | Description |
|---|---|---|
| 2216 | 4/3/24 | Affidavit Of Service |
| 2226 | 4/5/24 | Seventeenth Omnibus Objection to Claims – Creditor Responses |
| 2227 | 4/5/24 | Wind-Down Debtors' Omnibus Reply In Support Of Seventeenth Omnibus Objection To Claims |
| 2242 | 4/17/24 | Affidavit Of Service |
| 2267 | 4/24/24 | Notice Of Appeal To District Court |

## **RESERVATION**

Appellee reserves the right to amend, modify, and/or supplement the foregoing Counter-Designation.

Dated: May 21, 2024        Respectfully submitted,

**GENOVA BURNS LLC**

By:  /s/ Daniel M. Stolz
     Daniel M. Stolz, Esq.
     Donald W. Clarke, Esq.
     Lawrence Bluestone, Esq.
     110 Allen Rd., Suite 304
     Basking Ridge, NJ 07920
     (973) 230-2095
     DStolz@genovaburns.com
     DClarke@genovaburns.com
     LBluestone@genovaburns.com

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq.
Lauren M. Sisson, Esq.
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
lauren.sisson@haynesboone.com

17358851v1 (25400.002)

4