| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. BLR 9004-1(b)** | |
| Rachel Ehrlich Albanese (#027542001)<br>**DLA PIPER LLP (US)**<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: rachel.albanese@us.dlapiper.com<br><br>Stephen C. Matthews (#055801994)<br>**DLA PIPER LLP (US)**<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, New Jersey 07078<br>Telephone: (973) 520-2550<br>Facsimile: (973) 520-2551<br>Email:  stephen.matthews@us.dlapiper.com<br><br>Stuart M. Brown (#026641988)<br>**DLA PIPER LLP (US)**<br>1201 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 397-2336<br>Email:  stuart.brown@us.dlapiper.com<br><br>*Attorneys for Appellants Arch Insurance Company, Berkley Insurance Company, Berkshire Hathaway Specialty Insurance Company, U.S. Specialty Insurance Company, and XL Specialty Insurance Company* | Stacey E. Rufe (admitted *pro hac vice*)<br>**WERNER AHARI MANGEL LLP**<br>2112 Pennsylvania Ave. NW<br>Suite 200<br>Washington, DC 20037<br>Telephone: (202) 599-1013<br>Email: srufe@wam.law |
| In re:<br><br>BLOCKFI INC., *et al.,*<br><br>                      Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered under a Confirmed Plan) |

---

[1]  The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965); and BlockFi Lending II LLC (0154).  The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

1609987950.4

| | |
|---|---|
| BLOCKFI INC. AS THE WIND DOWN DEBTORS,<br><br>     Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, ARCH INSURANCE COMPANY, AXIS INSURANCE COMPANY, BERKLEY INSURANCE COMPANY, BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, U.S. SPECIALTY INSURANCE COMPANY, XL SPECIALTY INSURANCE COMPANY,<br><br>     Defendants. | Adv. Proc. No. 24-01067 (MBK) |

## JOINT NOTICE OF APPEAL

  Arch Insurance Company, Berkley Insurance Company, Berkshire Hathaway Specialty Insurance Company, U.S. Specialty Insurance Company, XL Specialty Insurance Company, Endurance American Specialty Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., ACE American Insurance Company, and Axis Insurance Company (collectively, the "<u>Appellants</u>"), by and through their undersigned counsel, hereby submit this joint notice of appeal and respectfully state as follows:

**Part 1: Identify the appellants:**

  1. The names of the Appellants are: Arch Insurance Company, Berkley Insurance Company, Berkshire Hathaway Specialty Insurance Company, U.S. Specialty Insurance Company, XL Specialty Insurance Company, Endurance American Specialty Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., ACE American Insurance Company, and Axis Insurance Company.

2

2. All of the Appellants appeal the Opinion (defined below) and Order (defined below) insofar as they pertain to a ruling on *The Wind-Down Debtor BlockFi, Inc.'s Motion for an Order Remanding State Court Action* [ECF No. 2181-1]. Arch Insurance Company, Berkley Insurance Company, Berkshire Hathaway Specialty Insurance Company, U.S. Specialty Insurance Company, XL Specialty Insurance Company and ACE American Insurance Company also appeal the Opinion and Order insofar as they pertain to a ruling on the *Motion to Enforce Plan and Confirmation Order* [ECF No. 2221-1].

3. The Appellants are parties in interest in the above-captioned bankruptcy cases.

**Part 2: Identify the subject of this appeal:**

4. This appeal is from the *Memorandum Decision* [ECF No. 2303; Adv. Proc. No. 24-01067 Doc. 48] (the "Opinion") and *Order Granting in Part the Motion to Enforce; and Granting the Motion for Remand* [ECF No. 2302; Adv. Proc. No. 24-01067 Doc. 49] (the "Order") entered on May 13, 2024 in the main bankruptcy case (22-19361) and on May 21, 2024 in *BlockFi Inc. v. Arch Insurance Company et al.*, Adv. Proc. No. 24-01067 by the United States Bankruptcy Court for the District of New Jersey. A copy of the Order is attached as **Exhibit A** and a copy of the Opinion is attached as **Exhibit B**.

**Part 3: Identify the other parties to this appeal:**

5. The parties to the Opinion and Order from which this appeal is taken are:

| **Party:** | **Attorneys:** |
|---|---|
| **BlockFi Inc. as the Wind-Down Debtors** | **BROWN RUDNICK LLP**<br>Stephen D. Palley (admitted *pro hac vice*)<br>Daniel J. Healy (admitted *pro hac vice*)<br>John G. Doyle (#045872005)<br>601 Thirteenth Street NW, Suite 600<br>Washington, DC 20005<br>Telephone: (202) 536-1766<br>Facsimile: (617) 289-0766<br>Email:  spalley@brownrudnick.com |

1609987950.4

>dhealy@brownrudnick.com
>jdoyle@brownrudnick.com
>
>Kenneth J. Aulet
>Seven Times Square
>New York, New York 10036
>Telephone: (212) 209-4800
>Facsimile: (212) 209-4801
>Email:  kaulet@brownrudnick.com
>
>Tristan G. Axelrod
>One Financial Center
>Boston, Massachusetts 02111
>Telephone: (617) 856-8200
>Facsimile: (617) 856-8201
>Email:  taxelrod@brownrudnick.com
>
>**GENOVA BURNS LLC**
>Daniel M. Stolz
>Jennifer Borek
>494 Broad Street
>Newark, New Jersey 07102
>Telephone: (973) 533-0777
>Facsimile: (973) 535-7107
>Email:  dstolz@genovaburns.com
>           jborek@genovaburns.com

| **Party:** | **Attorney:** |
|---|---|
| **Office of the United States Trustee** | Jeffrey M. Sponder, Esq.<br>Lauren Bielskie, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>E-mail: jeffrey.m.sponder@usdoj.gov<br>E-mail: lauren.bielskie@usdoj.gov |

[*Remainder of page intentionally left blank*]

Signed this 21st day of May, 2024

/s/ Rachel Ehrlich Albanese
Rachel Ehrlich Albanese (#027542001)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: rachel.albanese@us.dlapiper.com

Stephen C. Matthews (#055801994)
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
Telephone: (973) 520-2550
Facsimile: (973) 520-2551
Email: stephen.matthews@us.dlapiper.com

Stuart M. Brown (#026641988)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 397-2336
Email: stuart.brown@us.dlapiper.com

- and –

Stacey E. Rufe
**WERNER AHARI MANGEL LLP**
2112 Pennsylvania Ave. NW
Suite 200
Washington, DC 20037
Telephone: (202) 599-1013
Email: srufe@wam.law

*Attorneys for Arch Insurance Company, Berkley Insurance Company, Berkshire Hathaway Specialty Insurance Company, U.S. Specialty Insurance Company, and XL Specialty Insurance Company*

Signed this 21st day of May, 2024

/s/ Robert A. Benjamin
Robert A. Benjamin
**KAUFMAN BORGEEST & RYAN LLP**
200 Summit Lake Drive
Valhalla, New York 10595
Telephone: (914) 449-1059
Facsimile: (914) 449-1100
Email: rbenjamin@kbrlaw.com

*Attorney for National Union Fire Insurance Company of Pittsburgh, Pa.*

Signed this 21st day of May, 2024

/s/ Mark D. Sheridan
Mark D. Sheridan
**SQUIRE PATTON BOGGS (US) LLP**
382 Springfield Avenue
Summit, New Jersey 07901
Telephone: (973) 848-5681
Facsimile: (973) 848-5601
Email: mark.sheridan@squirepb.com

*Attorney for Axis Insurance Company*

Signed this 21st day of May, 2024

/s/ Seth D. Griep
Seth D. Griep
**KAUFMAN DOLOWICH, LLP**
25 Main Street, Suite 500
Hackensack, New Jersey 07601
Telephone: (201) 488-6655
Facsimile: (201) 488-6652
Email: sgriep@kaufmandolowich.com

Kevin J. Windels (admitted *pro hac vice*)
**KAUFMAN DOLOWICH, LLP**
40 Exchange Place, 20th Floor
New York, NY 10005
Telephone: (212) 485-9977
Email: kwindels@kaufmandolowich.com

*Attorney for Endurance American Specialty Insurance Company*

5

Signed this 21st day of May, 2024

*/s/ Jessica E. La Londe*
Jessica E. La Londe (*pro hac vice* forthcoming)

**DUANE MORRIS LLP**
One Marke Plaza, Suite 2200
San Francisco, California 94105-1127
Telephone: (415) 957-3225
Facsimile: (415) 520-9395
Email: jelalonde@duanemorris.com

Wendy M. Simkulak
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Facsimile: (215) 689-4951
Telephone: (215) 979-1547
Email: WMSimkulak@duanemorris.com

*Attorneys for ACE American Insurance Company*

1609987950.4