UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rachel Ehrlich Albanese (#027542001)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: rachel.albanese@us.dlapiper.com

In Re:

BLOCKFI INC., et al.,

| | |
|---|---|
| Case No.: | 22-19361 (MBK) |
| Chapter: | 11 |
| Adv. No.: | N/A |
| Hearing Date: | N/A |
| Judge: | Michael B. Kaplan |

# CERTIFICATION OF SERVICE

1. I, _____Gregory M. Juell_____ :

    ☒ represent _____certain of the defendants_____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____May 21, 2024_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Joint Notice of Appeal [Dkt. No. 2311]

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __5/22/2024_____    /s/ Gregory M. Juell_____
                                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brown Rudnick LLP<br>Attn: Stephen D. Palley, Daniel J. Healy, and John G. Doyle<br>Email: spalley@brownrudnick.com<br>dhealy@brownrudnick.com<br>jdoyle@brownrudnick.com | Counsel to BlockFi Inc. as the Wind-Down Debtors | ¨ Hand-delivered<br>¨ Regular mail<br>¨ Certified mail/RR<br>☒ Other Email (FRBP 8003)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brown Rudnick LLP<br>Attn: Kenneth J. Aulet and Tristan G. Axelrod<br>Email: kaulet@brownrudnick.com<br>taxelrod@brownrudnick.com | Counsel to BlockFi Inc. as the Wind-Down Debtors | ¨ Hand-delivered<br>¨ Regular mail<br>¨ Certified mail/RR<br>☒ Other Email (FRBP 8003)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Genova Burns LLC<br>Attn: Daniel M. Stolz and Jennifer Borek<br>Email: dstolz@genovaburns.com<br>jborek@genovaburns.com | Counsel to BlockFi Inc. as the Wind-Down Debtors | ¨ Hand-delivered<br>¨ Regular mail<br>¨ Certified mail/RR<br>☒ Other Email (FRBP 8003)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee<br>Attn: Jeffrey M. Sponder and Lauren Bielskie<br>Email: effrey.m.sponder@usdoj.gov<br>lauren.bielskie@usdoj.go | United States Trustee | ¨ Hand-delivered<br>¨ Regular mail<br>¨ Certified mail/RR<br>☒ Other Email (FRBP 8003)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kaufman Borgeest & Ryan LLP<br>Attn: Robert A. Benjamin<br>Email: rbenjamin@kbrlaw.com | Attorney for National Union Fire Insurance Company of Pittsburgh, Pa. | ¨ Hand-delivered<br>¨ Regular mail<br>¨ Certified mail/RR<br>☒ Other Email (FRBP 8003)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Squire Patton Boggs (US) LLP<br>Attn: Mark D. Sheridan<br>Email: mark.sheridan@squirepb.com | Attorney for Axis Insurance Company | " Hand-delivered<br>" Regular mail<br>" Certified mail/RR<br>✗ Other Email (FRBP 8003)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kaufman Dolowich, LLP<br>Attn: Seth D. Griep and Kevin J. Windels<br>Email: sgriep@kaufmandolowich.com<br>kwindels@kaufmandolowich.com | Attorney for Endurance American Specialty Insurance Company | " Hand-delivered<br>" Regular mail<br>" Certified mail/RR<br>✗ Other Email (FRBP 8003)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Duane Morris LLP<br>Attn: Jessica E. La Londe and Wendy M. Simkulak<br>Email: jelalonde@duanemorris.com<br>WMSimkulak@duanemorris.com | Attorneys for ACE American Insurance Company | " Hand-delivered<br>" Regular mail<br>" Certified mail/RR<br>✗ Other Email (FRBP 8003)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | " Hand-delivered<br>" Regular mail<br>" Certified mail/RR<br>" Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | " Hand-delivered<br>" Regular mail<br>" Certified mail/RR<br>" Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*