UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: 22-19361
:
BlockFi Inc : Chapter: 11
:
Debtor(s) : Adv. Pro. No.: _____
:

## CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL

I  Wendy Quiles , Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On  May 21, 2024  a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated  5/13/2024  was filed.

A copy of the appeal was served on the following parties on  May 23, 2024 .

| Name of Party (relationship to appeal) | Address of Party | Method of Service |
|---|---|---|
| United States Trustee (UST) |  | Notice of Electronic Filing (NEF) |
| Brown Rudnick, LLP attorney for BlockFi Inc. as the Wind-Down Debtors | 601 Thirteenth Street NW, Suite 600 Washington, DC 20005 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| Kenneth J. Aulet ,attorney for BlockFi Inc. as the Wind-Down Debtors | Seven Times Square New York, New York 10036 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| GENOVA BURNS LLC attorney for BlockFi Inc. as the Wind-Down Debtors | 494 Broad Street Newark, New Jersey 07102 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| Rachel Ehrlich AlbaneseAttorneys for Arch Insurance Company, Berkley Insurance Company, et al | 1251 Avenue of the Americas New York, New York 10020 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: May 23, 2024     By: Wendy Quiles
                              Deputy Clerk

*rev. 1/13/17*

| Name of Party Served | Address of Party | Method of Service |
|---|---|---|
| KAUFMAN BORGEEST & RYAN LLP Attorney for National Union Fire Insurance Company of Pittsburgh, Pa. | 200 Summit Lake Drive Valhalla, New York 10595 | Notice of Electronic Filing |
| Mark D. Sheridan SQUIRE PATTON BOGGS (US) LLP, Attorney for Axis Insurance Company | 382 Springfield Avenue Summit, New Jersey 07901 | Notice of Electronic Filing |
| Seth D. Griep KAUFMAN DOLOWICH, LLP, Attorney for Endurance American Specialty Insurance Company | 25 Main Street, Suite 500 Hackensack, New Jersey 07601 | Notice of Electronic Filing |