# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | | |
|---|---|---|
| In re: | Chapter: | 11 |
| BlockFi Inc. | Case Number: | 22-19361-MBK |
| | Civil Number: | |
| | Adversary Number: | N/A |
| | Bankruptcy Judge: | Michael B. Kaplan |

## TRANSMITTAL OF DOCUMENT(S) TO:
☒ **DISTRICT COURT** ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal   ☒ Order being Appealed   ☐ Designation of Record on Appeal
☐ Statement of Issues   ☐ Transcript   ☐ Transcript Ordered On: _____
☐ Motion for Leave to Appeal   ☐ Certification of Failure to File Designation   ☐ Motion to Withdraw the Reference
☒ Other  #2181 Motion re: of Wind-Down Debtor BlockFi Inc. for an Order Remanding State Court Action, #2221 Motion to Enforce #2302 Order Granting in Part the Motion to Enforce and Granting the Motion for Remand #2303 Opinion

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on  5/21/2024 .  The parties to the appeal are:

Appellant(s): Arch Insurance Co, Berkley Insurance, et al.
Attorney: Rachel Ehrlich Albanese, Esq.
Address: 1251 Avenue of the Americas
New York, New York 10020

Appellee(s): BlockFi Inc.
Attorney: Michael D. Sirota Cole Schotz P.C.
Address: 25 Main St.
Hackensack, NJ 07601

Title of Order Appealed: #2181 Motion re: of Wind-Down Debtor BlockFi Inc. for an Order Remanding State Court Action, #2221 Motion to Enforce, #2302 Order Granting In Part the Motion to Enforce, and Granting the Motion for Remand #2303 Opinion
Date Entered On Docket: 3/13/2024, 4/4/2024, 5/13/2024 and 5/13/2024

☐ An appeal has not previously been filed in this case.

☒ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| 23-CV-21306-ZNQ | Judge Zahid N. Quraishi | 10/20/23 |
| 23-CV-23282-ZNQ | Judge Zahid N. Quraishi | 11/20/2023 |
| 24-CV-05592-ZNQ | Judge Zahid N. Quraishi | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____   Judge assigned: _____
By: _____   Date: _____