**CONNELL FOLEY LLP**
Joao F. Magalhaes, Esq. (NJ Bar No. 004802008)
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, NJ 07102
973-436-5800
*Counsel to Appellant John W. Van Tubergen Jr.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 158(a) and Rule 8003(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), John W. Van Tubergen Jr. ("Mr. Van Tubergen" or "Appellant"), holder of claim number 7233 and creditor of the bankruptcy estate of BlockFi Lending LLC, Bankr. D.N.J. Case No. 22-19365, by and through his undersigned counsel, hereby respectfully appeals to the United States District Court for the District of New Jersey from the (I) *Order Granting Wind-Down Debtors' Seventh Omnibus Objection to Claim No. 7233 Filed by John W. Van Tubergen Jr.,*[1] dated February 8, 2024, and annexed as Exhibit A, together with the findings of fact and conclusions of law set forth in the accompanying *Memorandum Decision,*[2] also of February 8, 2024, which is annexed as Exhibit B; as well as the (II) *Order Denying Van Tubergen's Motion for Reconsideration,*[3] dated May 16, 2024, and annexed as Exhibit C, together with the findings of fact and conclusions of

---

[1] Case No. 22-19361, Docket No. 2122.
[2] Docket No. 2120.
[3] Docket No. 2305.

14828420-1

law set forth in the accompanying *Memorandum Decision,*[4] also of May 16, 2024, which is annexed as Exhibit D.  This Notice to Appeal is timely pursuant to Bankruptcy Rule 8002.

In accordance with Official Form 417A (12/23), the names of the parties to the aforementioned Orders from which the appeal is taken, together with the names, addresses and telephone numbers of their respective attorneys, are as follows:

*For Appellant John W. Van Tubergen Jr.:*

**CONNELL FOLEY LLP**
Joao F. Magalhaes, Esq.
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, NJ 07102
Tel. No.: 973-436-5800
E-mail: jmagalhaes@connellfoley.com

*For Appellees BlockFi Inc., et. al., as jointly administered debtors under Chapter 11 of the United States Code, and later, as the "Wind-Down Debtors":*[5]

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Michael D. Sirota, Esq. | **KIRKLAND & ELLIS** |
| Warren A. Usatine, Esq. | **INTERNATIONAL LLP** |
| Court Plaza North, 25 Main Street | Joshua A. Sussberg, P.C. |
| Hackensack, New Jersey 07601 | Christine A. Okike, P.C. |
| Tel. No.: (201) 489-3000 | 601 Lexington Avenue |
| E-mail: msirota@coleschotz.com | New York, New York 10022 |
| E-mail: wusatine@coleschotz.com | Tel. No.: (212) 446-4800 |
| *Attorneys for Debtors and Debtors-in-Possession* | E-mail: jsussberg@kirkland.com |
| | E-mail: christine.okike@kirkland.com |
| | *Attorneys for Debtors and Debtors-in-Possession* |

---

[4] Docket No. 2306.
[5] The Wind-Down Debtors in these Chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are as folows: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154).

14828420-1

| | |
|---|---|
| **BROWN RUDNICK LLP** | **GENOVA BURNS LLC** |
| Kenneth J. Aulet, Esq. | Daniel M. Stolz, Esq. |
| Seven Times Square | Donald W. Clarke, Esq. |
| New York, New York 10036 | 110 Allen Rd., Suite 304 |
| Tel. No.: (212) 209-4800 | Basking Ridge, NJ 07920 |
| E-mail: kaulet@brownrudnick.com | Tel. No.: (973) 230-2095 |
| *General Counsel for the Plan Administrator* | E-mail: DStolz@genovaburns.com |
| | E-mail: DClarke@genovaburns.com |
| | *Local Counsel for the Plan Administrator* |
| | |
| **BROWN RUDNICK LLP** | **HAYNES AND BOONE, LLP** |
| Tristan Axelrod, Esq. | Richard S. Kanowitz, Esq. |
| One Financial Center | Lauren M. Sisson, Esq. |
| Boston, MA 02111 | 30 Rockefeller Plaza, 26th Floor |
| Tel. No.: (617) 856-8300 | New York, New York 10112 |
| E-mail: taxelrod@brownrudnick.com | Tel. No.: (212) 659-7300 |
| *General Counsel for the Plan Administrator* | E-mail: richard.kanowitz@haynesboone.com |
| | E-mail: lauren.sisson@haynesboone.com |
| | *Attorneys for the Plan Administrator* |

\* \* \* \* \* \* \*

        Respectfully submitted,

        **CONNELL FOLEY LLP**
        One Newark Center
        1085 Raymond Boulevard, 19th Floor
        Newark, NJ 07102
        973-436-5800
        *Counsel to Appellant John W. Van Tubergen Jr.,*

Dated: May 23, 2024        By:   */s/ Joao F. Magalhaes*
                                  Joao F. Magalhaes

14828420-1