# **EXHIBIT C**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>In Re:<br><br>BlockFi, Inc.,<br>           Debtors | Order Filed on May 16, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:    22-19361<br>Chapter:         11<br>Judge:     Michael B. Kaplan |

**ORDER DENYING VAN TUBERGEN'S MOTION FOR RECONSIDERATION**

The relief set forth on the following pages is **ORDERED**.

**DATED: May 16, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

For the reasons set forth in the accompanying Opinion, it is hereby,

ORDERED that Van Tubergen's Motion for Reconsideration (ECF No. 2142) is DENIED.