UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                          :        Case no.:        _____
                                                :
                                                :        Chapter:         _____
                                                :
           Debtor(s)                            :        Adv. Pro. No.: _____
_____:


**CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL**

    I _____, Deputy Clerk, hereby certify under penalty of perjury that the following is true.

    On _____ a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated _____ was filed.

    A copy of the appeal was served on the following parties on _____.

| Name of Party (relationship to appeal) | Address of Party | Method of Service |
|---|---|---|
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| | | ❏ Notice of Electronic Filing (NEF) <br> ❏ U. S. Mail |
| | | ❏ Notice of Electronic Filing (NEF) <br> ❏ U. S. Mail |
| | | ❏ Notice of Electronic Filing (NEF) <br> ❏ U. S. Mail |
| | | ❏ Notice of Electronic Filing (NEF) <br> ❏ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: _____       By: _____
                                                      Deputy Clerk

*rev. 1/13/17*

| Name of Party Served | Cf f t guu'qh'Rct v{ | Mgvj qf  of Service |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |