# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re:

| | |
|---|---|
| Chapter: | _____ |
| Case Number: | _____ |
| Civil Number: | _____ |
| Adversary Number: | _____ |
| Bankruptcy Judge: | _____ |

**TRANSMITTAL OF DOCUMENT(S) TO:**
❑ **DISTRICT COURT**   ❑ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

❑ Notice of Appeal   ❑ Order being Appealed   ❑ Designation of Record on Appeal

❑ Statement of Issues   ❑ Transcript   ❑ Transcript Ordered On: _____

❑ Motion for Leave to Appeal   ❑ Certification of Failure to File Designation   ❑ Motion to Withdraw the Reference

❑ Other
_____

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____.   The parties to the appeal are:

Appellant(s): _____   Appellee(s): _____
Attorney: _____   Attorney: _____
Address: _____   Address: _____
       _____          _____

Title of Order Appealed: _____
#2305 Order Denying Van Tubergen's Motion for Reconsideration, #2306 Opinion
Date Entered On Docket: _____

❑   An appeal has not previously been filed in this case.

❑   The following list contains information regarding all appeals previously filed in this case:

| **District Court Case Number** | **District Court Judge Assigned** | **Date of Transmission of Record to District Court** |
|---|---|---|
| | | |
| | | |
| 24-CV-06362-ZNQ | Judge Zahid N. Quraishi | 5/23/2024 |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____   Judge assigned: _____
By: _____   Date: _____

*rev. 8/28/17*