| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>Daniel B. Besikof, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br><br>*Counsel for Deferred 1031 LLC and Deferred 1031 LLC – Series 4* | |
| In re:<br><br>BlockFi Inc., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 22-19361 (MBK) |

### NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND CONTACT INFORMATION

**PLEASE TAKE NOTICE** that Daniel B. Besikof ("Mr. Besikof"), counsel to Deferred 1031 LLC and Deferred 1031 LLC – Series 4, formerly of Loeb & Loeb LLP, hereby advises the Court and all interested parties of his change of law firm affiliation and contact information.

**PLEASE TAKE FURTHER NOTICE** that, effective immediately, Mr. Besikof's law firm affiliation and contact information is as follows:

**LOWENSTEIN SANDLER LLP**
Daniel B. Besikof, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
E-mail: dbesikof@lowenstein.com

Dated: May 24, 2024                      **LOWENSTEIN SANDLER LLP**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 100 Horizon Center Blvd., 1st and 2nd Floors, Hamilton, NJ 08691.

-2-

By: /s/ Eric S. Chafetz
Eric S. Chafetz, Esq.
Daniel B. Besikof, Esq.
One Lowenstein Drive
Roseland, NJ 07068
E-mail: echafetz@lowenstein.com
dbesikof@lowenstein.com

-and –

1251 Avenue of the Americas
New York, NY 10020

*Counsel for Deferred 1031 LLC and Deferred 1031 LLC – Series 4*