## UNITED STATES BANKRUPTCY COURT
### District of New Jersey

| | | |
|---|---|---|
| In re: | Chapter: | 11 |
| BlockFi Inc. | Case Number: | 22-19361-MBK |
| | Civil Number: | |
| | Adversary Number: | N/A |
| | Bankruptcy Judge: | Michael B. Kaplan |

### TRANSMITTAL OF DOCUMENT(S) TO:
☒ **DISTRICT COURT**   ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal   ☒ Order being Appealed   ☐ Designation of Record on Appeal

☐ Statement of Issues   ☐ Transcript   ☐ Transcript Ordered On: _____

☐ Motion for Leave to Appeal   ☐ Certification of Failure to File Designation   ☐ Motion to Withdraw the Reference

☒ Other  #2120 Opinion and #2306 Opinion

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on 5/23/2024.   The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | John W. Van Tubergen Jr. | Appellee(s): | BlockFi Inc. |
| Attorney: | Joao F. Magalhaes, Esq. | Attorney: | Michael D. Sirota Cole Schotz P.C. |
| Address: | 1085 Raymond Boulevard, 19th Floor | Address: | 25 Main St. |
| | Newark, NJ 07102 | | Hackensack, NJ 07601 |

Title of Order Appealed:  #2122 Order Granting Wind-Down Debtors Seventh Omnibus Objection to Claim No.: 7233, #2120 Opinion #2305 Order Denying Van Tubergen's Motion for Reconsideration, #2306 Opinion

Date Entered On Docket:  2/8/2024, 2/8/2024, 5/16/2024, 5/16/2024

☐ An appeal has not previously been filed in this case.

☒ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| 23-CV-21306-ZNQ | Judge Zahid N. Quraishi | 10/20/23 |
| 23-CV-23282-ZNQ | Judge Zahid N. Quraishi | 11/20/2023 |
| 24-CV-05592-ZNQ | Judge Zahid N. Quraishi | 4/24/2024 |
| 24-CV-06362-ZNQ | Judge Zahid N.. Quraishi | 5/23/2024 |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____   Judge assigned: _____

By: _____   Date: _____