# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 16, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the (ADRID: 12649677), whose name and address is being redacted in the interest of privacy:

- Notice of Expungement of Late-Filed Claims [Docket No. 2023]

- Notice of Expungement of Late-Filed Claims, customized to include the claim number, claimant name, and the date filed for each counterparty, a blank copy of which is attached hereto as **Exhibit A**

Dated: May 28, 2024

/s/ *Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 28, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

**Exhibit A**

# BLOCKFI INC., *ET AL* CHAPTER 11 WIND-DOWN DEBTORS

TO:  CREDITORS WHO FILED PROOFS OF CLAIMS AFTER THE MARCH 31, 2023 CLAIMS BAR DATE

RE:  THE EXPUNGEMENT OF LATE-FILED PROOFS OF CLAIM FROM THE CLAIMS REGISTER

BlockFi Inc. and its debtor affiliates (collectively, "**BlockFi**" or the "**Wind-Down Debtors**"), as managed by the Plan Administrator, pursuant to their confirmed Chapter 11 Plan of Reorganization (the "Plan"),[1] hereby notify you of the expungement of one or more of the Proofs of Claim you filed.

On January 30, 2023, the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") entered the *Order (I) Setting Bar Dates for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, (III) Approving Notice Thereof, and (IV) Granting Related Relief* (the "Bar Date Order") [Docket No. 440].

The Bar Date Order established March 31, 2023 at 5:00 p.m. (prevailing Eastern Time) as the last date and time for certain creditors other than governmental units to file Proofs of Claim based on prepetition Claims against any Debtor (the "Claims Bar Date").

Per the terms of the confirmed Plan "any and all Proofs of Claim Filed after the Bar Date shall be deemed Disallowed and expunged as of the Effective Date without any further notice to, or action, order, or approval of, the Bankruptcy Court, and Holders of such Claims may not receive any Distributions on account of such Claims, unless such late Proof of Claim has been deemed timely Filed by a Final Order." Plan, Art. VII.H.

The Wind-Down Debtors have reviewed certain Proofs of Claim, determined that they were filed after the Claims Bar Date, and directed Kroll Restructuring Administration LLC (the "Claims, Noticing, and Solicitation Agent") to expunge those Proofs of Claim from the Claims Register.

If you are receiving this letter, one or more of the Proofs of Claim you filed after the Bar Date has been expunged. **The expungement of your late-filed Proof(s) of Claim does not affect your ability to receive a distribution on any Claim for which you were scheduled by BlockFi. All customers were scheduled for the dollarized value of the funds held in their BlockFi account(s) as of the petition date.**

If you have questions about this letter, please navigate to https://blockfi.com/proof-of-claim-faqs/ for additional information about proofs of claim, and to https://restructuring.ra.kroll.com/blockfi/Home-DocketInfo to access all documents filed in these Chapter 11 Cases.

Sincerely,

*BlockFi, Inc. et al.,*

*Chapter 11 Wind-Down Debtors*

Claim Number:

Date Filed:

---

[1] On October 3, 2023, the Court entered an order confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications) [Docket No. 1609].