# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re: _____

| | |
|---|---|
| Chapter: | _____ |
| Case Number: | _____ |
| Civil Number: | _____ |
| Adversary Number: | _____ |
| Bankruptcy Judge: | _____ |

## TRANSMITTAL OF DOCUMENT(S) TO:
❏ **DISTRICT COURT**    ❏ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

❏ Notice of Appeal    ❏ Order being Appealed    ❏ Joint Designation of Record on Appeal

❏ Statement of Issues    ❏ Transcript    ❏ Transcript Ordered On: _____

❏ Motion for Leave to Appeal    ❏ Certification of Failure to File Designation    ❏ Motion to Withdraw the Reference

❏ Other _____
#2302 Order Granting in Part the Motion to Enforce and Granting the Motion for Remand #2303 Opinion

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____. The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | _____ | Appellee(s): | _____ |
| Attorney: | _____ | Attorney: | _____ |
| Address: | _____ | Address: | _____ |
| | _____ | | _____ |

Title of Order Appealed: _____
Motion to Enforce, #2302 Order Granting In Part the Motion to Enforce, and Granting the Motion for Remand #2303 Opinion
Date Entered On Docket: _____

❏    An appeal has not previously been filed in this case.

❏    The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____
By: _____    Date: _____

*rev. 8/28/17*