UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rachel Ehrlich Albanese (#027542001)
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: rachel.albanese@us.dlapiper.com

In Re:

BLOCKFI INC., et al.,

| | |
|---|---|
| Case No.: | 22-19361 (MBK) |
| Chapter: | 11 |
| Adv. No.: | N/A |
| Hearing Date: | N/A |
| Judge: | Michael B. Kaplan |

# CERTIFICATION OF SERVICE

1. I, _____Gregory M. Juell_____ :

   ☒ represent _____certain of the appellants_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____June 4, 2024_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Appellants' Joint Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal [Docket No. 2329]

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____6/5/2024_____                    /s/ Gregory M. Juell
                                             Signature

Service List

| Relationship of Party to the Case | Name and Address of Party Served | Email Address | Mode of Service |
|---|---|---|---|
| Appellee | BlockFi Inc. as the Wind Down Debtors<br>c/o Brown Rudnick LLP<br>Attn.: Stephen D. Palley, Daniel J. Healy, and John G. Doyle<br>601 Thirteenth Street NW, Suite 600<br>Washington, DC 20005 | spalley@brownrudnick.com<br>dhealy@brownrudnick.com<br>jdoyle@brownrudnick.com | First-Class Mail and Email |
| Appellee | BlockFi Inc. as the Wind Down Debtors<br>c/o Brown Rudnick LLP<br>Attn.: Kenneth J. Aulet<br>Seven Times Square<br>New York, NY 10036 | kaulet@brownrudnick.com | First-Class Mail and Email |
| Appellee | BlockFi Inc. as the Wind Down Debtors<br>c/o Brown Rudnick LLP<br>Attn.: Tristan G. Axelrod<br>One Financial Center<br>Boston, MA 02111 | taxelrod@brownrudnick.com | First-Class Mail and Email |
| Appellee | BlockFi Inc. as the Wind Down Debtors<br>c/o Genova Burns LLC<br>Attn.: Daniel M. Stolz and Jennifer Borek<br>494 Broad Street<br>Newark, NJ 07102 | dstolz@genovaburns.com<br>jborek@genovaburns.com | First-Class Mail and Email |
| United States Trustee | Office of the United States Trustee<br>Attn: Jeffrey M. Sponder and Lauren Bielskie | effrey.m.sponder@usdoj.gov<br>lauren.bielskie@usdoj.go | Email (FRBP 8009) |
| Appellant | ACE American Insurance Company<br>c/o Duane Morris LLP<br>Attn.: Jessica E. La Londe, Wendy M. Simkulak and Catherine Beideman | jelalonde@duanemorris.com<br>WMSimkulak@duanemorris.com<br>CHeitzenrater@duanemorris.com | Email (FRBP 8009) |
| Appellant | Axis Insurance Company<br>c/o Squire Patton Boggs (US) LLP<br>Attn.: Mark D. Sheridan and Mark C. Errico | mark.sheridan@squirepb.com<br>mark.errico@squirepb.com | Email (FRBP 8009) |

1

<u>Service List</u>

| Relationship of Party to the Case | Name and Address of Party Served | Email Address | Mode of Service |
|---|---|---|---|
| Appellant | Endurance American Specialty Insurance Company<br>c/o Kaufman Dolowich, LLP<br>Attn: Seth D. Griep and Kevin J. Windels | sgriep@kaufmandolowich.com<br>kwindels@kaufmandolowich.com | Email (FRBP 8009) |
| Appellant | National Union Fire Insurance Company of Pittsburgh, PA<br>c/o Kaufman Borgeest & Ryan LLP<br>Attn.: Robert A. Benjamin | rbenjamin@kbrlaw.com | Email (FRBP 8009) |