**CONNELL FOLEY LLP**
Joao F. Magalhaes, Esq. (NJ Bar No. 004802008)
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, NJ 07102
973-436-5800
*Counsel to Appellant John W. Van Tubergen Jr.,*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BLOCKFI INC., *et al.*,[1] | Case No. 22-19361 (MBK) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF SERVICE**

JOAO F. MAGALHAES, ESQ., of full age, upon personal knowledge, hereby certifies as follows:

1. I am an attorney and counsel at the firm of Connell Foley LLP, which serves as attorneys for appellant John W. Van Tubergen Jr. ("Mr. Van Tubergen" or "Appellant") in this matter. I am fully familiar with the facts and circumstances set forth herein.

2. On May 23, 2024, I electronically filed Appellant's *Notice of Appeal*[2] in this matter, such filing being timely under Rule 8002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").[3] Upon information and belief, the following attorneys-of-record,

---

[1] The Wind-Down Debtors in these Chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154).
[2] Case No. 22-19361 (MBK), Docket No. 2318.
[3] The *Order Granting Wind-Down Debtors' Seventh Omnibus Objection to Claim No. 7233 Filed by John W. Van Tubergen Jr.* was entered on February 8, 2024. Docket No. 2122. Pursuant to Bankruptcy Rule

among other parties entitled to notice in this matter, were provided with contemporaneous electronic notice of such filing:

| | |
|---|---|
| **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Tel. No.: (201) 489-3000<br>E-mail: msirota@coleschotz.com<br>E-mail: wusatine@coleschotz.com<br>*Former Attorneys for Debtors and Debtors-in-Possession* | **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Christine A. Okike, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Tel. No.: (212) 446-4800<br>E-mail: jsussberg@kirkland.com<br>E-mail: christine.okike@kirkland.com<br>*Former Attorneys for Debtors and Debtors-in-Possession* |
| **BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq.<br>Seven Times Square<br>New York, New York 10036<br>Tel. No.: (212) 209-4800<br>E-mail: kaulet@brownrudnick.com<br>*General Counsel for the Plan Administrator* | **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>Tel. No.: (973) 230-2095<br>E-mail: DStolz@genovaburns.com<br>E-mail: DClarke@genovaburns.com<br>*Local Counsel for the Plan Administrator* |
| **BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq.<br>One Financial Center<br>Boston, MA 02111<br>Tel. No.: (617) 856-8300<br>E-mail: taxelrod@brownrudnick.com<br>*General Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq.<br>Lauren M. Sisson, Esq.<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>Tel. No.: (212) 659-7300<br>E-mail: richard.kanowitz@haynesboone.com<br>E-mail: lauren.sisson@haynesboone.com<br>*Attorneys for the Plan Administrator* |

Such attorneys were also provided with separate notice via email on May 30, 2024.

---

8002(b), a motion for certain post-judgment relief which is filed within fourteen (14) days of such ruling tolls the time for appeal until fourteen (14) days following the entry of an order disposing of such motion. Fed. R. Bankr. P. 8002(b)(1). Therefore, for tolling purposes the deadline under Bankruptcy Rule 8002(b) to file a post-judgment relief motion was February 22, 2024. Here, Appellant's *Motion Pursuant to Fed. R. Bankr. P. 3008, 8002(b), 8007(a), 9023 and 9024 to (A) Alter and Amend the Decision and Order Sustaining the Wind-Down Debtors' Objection to Claim No. 7233; and (B) Alternatively, Seek Relief From Such Order* was so timely filed on February 21, 2024. Docket No. 2142-1. By way of the *Notice* to such motion, Appellant expressly invoked tolling under Bankruptcy Rule 8002(b). Docket No. 2142. Such motion was denied by the *Order Denying Van Tubergen's Motion for Reconsideration,* which was entered on May 16, 2024. Docket No. 2305. Accordingly, by operation of Bankruptcy Rule 8002(b), the deadline for the filing of the *Notice to Appeal* was May 30, 2024.

14828425-1

3. On June 4, 2024, I electronically filed Appellant's *Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal*[4] in this matter, such filing being timely under Bankruptcy Rule 8009.[5] Upon information and belief, the attorneys-of-record identified immediately above, among other parties entitled to notice in this matter, were provided with contemporaneous electronic notice of such filing. Such attorneys were also provided with separate notice via email on June 5, 2024.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 6, 2024        By:    */s/ Joao F. Magalhaes*
                                         Joao F. Magalhaes

---

[4] Docket No. 2330.
[5] Pursuant to Bankruptcy Rule 8009(a)(1)(B), given the filing of the *Notice of Appeal* on May 23, 2024, the *Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal* was due by June 6, 2024.

14828425-1