UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re:                                            Chapter: _____

                                                        Case Number: _____

                                                        Civil Number: _____

                                                        Adversary Number: _____

                                                        Bankruptcy Judge: _____

**TRANSMITTAL OF DOCUMENT(S) TO:**
❏ **DISTRICT COURT**     ❏ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

❏ Notice of Appeal     ❏ Order being Appealed     ❏ Appellee's Designation of Record on Appeal

❏ Statement of Issues     ❏ Transcript     ❏ Transcript Ordered On: _____

❏ Motion for Leave to Appeal     ❏ Certification of Failure to File Designation     ❏ Motion to Withdraw the Reference

❏ Other

_____

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____. The parties to the appeal are:

Appellant(s): _____      Appellee(s): _____

Attorney: _____      Attorney: _____

Address: _____      Address: _____

             _____              _____

Title of Order Appealed: _____

#2305 Order Denying Van Tubergen's Motion for Reconsideration, #2306 Opinion

Date Entered On Docket: _____

❏ An appeal has not previously been filed in this case.

❏ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| 24-CV-06362-ZNQ | Judge Zahid N.. Quraishi | 5/23/2024 |

Court Clerk: Please complete the information below and return a copy of this form to _____within 3 days.

Your Court's Case Number: _____      Judge assigned: _____

By: _____      Date: _____

*rev. 8/28/17*