## FW: BlockFi-Bitgo Matter

**Rosenblat, Heath D.** <hrosenblat@morrisoncohen.com>
05/23/2024 at 12:08 PM

| | |
|---|---|
| **From:** | **Rosenblat, Heath D.** <hrosenblat@morrisoncohen.com> |
| **Sent:** | 05/23/2024 at 12:08 PM |
| **To:** | **'Krishna Juvvadi'** <krishnajuvvadi@bitgo.com> |
| **Cc:** | **Moldovan, Joseph T.** <jmoldovan@morrisoncohen.com>, **Mix, Michael** <mmix@morrisoncohen.com> |

📎 1 Attachment(s) Total 435.7 KB   View ⌃

📄 Dk-2290-- Griffin Stip and Order.pdf (435.7 KB)

Krishna,

We wanted to follow-up on the below. Your silence since our initial call, during which you indicated your assistance would be forthcoming, is puzzling. We hope that your offer to assist remains.

In light of the silence and repeated attempts to address with you (BitGo), we reserve and preserve all claims, causes of action, rights, and remedies under the attached Stipulation, at law, in equity, or otherwise.

Have a nice Memorial Day Weekend.

Be well,

Heath

**Heath D. Rosenblat**
Partner

*he/him/his*

**D** 212.735.8757 | **M** 917.972.4255

hrosenblat@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP

909 Third Avenue, 27th Floor, New York, NY 10022-4784

212.735.8600 | morrisoncohen.com

**From:** Rosenblat, Heath D.
**Sent:** Wednesday, May 15, 2024 5:33 PM
**To:** 'Krishna Juvvadi' <krishnajuvvadi@bitgo.com>
**Cc:** Gottlieb, Jason <jgottlieb@morrisoncohen.com>; Moldovan, Joseph T. <jmoldovan@morrisoncohen.com>; Mix, Michael <mmix@morrisoncohen.com>
**Subject:** RE: BlockFi-Bitgo Matter

Krishna,

Please see the attached Court-approved Stipulation and Order ("Stipulation") in the BlockFi matter.  Pursuant to paragraph 3 and further to below, we ask that Bitgo reissue the Griffin USDC Funds (defined in the Stipulation) as more fully set out in the attached Stipulation.

We look forward working with you to resolve this matter and your timely response.

Be well,

Heath

> **Heath D. Rosenblat**
> Partner
>
> *he/him/his*
>
> **D** 212.735.8757  |  **M** 917.972.4255
>
> hrosenblat@morrisoncohen.com
>
> vCard  |  Bio  |  LinkedIn
>
> Morrison Cohen LLP
>
> 909 Third Avenue, 27th Floor, New York, NY 10022-4784
>
> 212.735.8600  |  morrisoncohen.com

**From:** Rosenblat, Heath D.
**Sent:** Wednesday, April 3, 2024 1:49 PM
**To:** Krishna Juvvadi <krishnajuvvadi@bitgo.com>
**Cc:** Gottlieb, Jason <jgottlieb@morrisoncohen.com>; Moldovan, Joseph T. <jmoldovan@morrisoncohen.com>; Mix, Michael <mmix@morrisoncohen.com>
**Subject:** RE: BlockFi-Bitgo Matter

Krishna,

We appreciated you speaking with us before on the below issue.  It would appear you no longer wish to assist on this matter so we will move forward with the BlockFi Administrator and his counsel.

In light of the current situation, we hereby reserve and preserve all claims, causes of action, defenses, rights, and remedies at law, in equity, or otherwise.

Be well,
Heath

**Heath D. Rosenblat**
Partner

*he/him/his*

**D** 212.735.8757 | **M** 917.972.4255

hrosenblat@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP

909 Third Avenue, 27th Floor, New York, NY 10022-4784

212.735.8600 | morrisoncohen.com

---

**From:** Gottlieb, Jason <jgottlieb@morrisoncohen.com>
**Sent:** Tuesday, March 26, 2024 11:53 AM
**To:** Rosenblat, Heath D. <hrosenblat@morrisoncohen.com>; Krishna Juvvadi <krishnajuvvadi@bitgo.com>
**Cc:** Moldovan, Joseph T. <jmoldovan@morrisoncohen.com>; Mix, Michael <mmix@morrisoncohen.com>
**Subject:** RE: BlockFi-Bitgo Matter

Krishna, please help us out with this? Very much appreciated, thanks.

**Jason Gottlieb**
Partner & Chair, Digital Assets; Chair, White Collar and Regulatory Enforcement

**D** 212.735.8837

jgottlieb@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP

909 Third Avenue, 27th Floor, New York, NY 10022-4784

212.735.8600 | morrisoncohen.com

**From:** Rosenblat, Heath D. <hrosenblat@morrisoncohen.com>
**Sent:** Tuesday, March 26, 2024 11:46 AM
**To:** Krishna Juvvadi <krishnajuvvadi@bitgo.com>
**Cc:** Gottlieb, Jason <jgottlieb@morrisoncohen.com>; Moldovan, Joseph T. <jmoldovan@morrisoncohen.com>; Mix, Michael <mmix@morrisoncohen.com>
**Subject:** FW: BlockFi-Bitgo Matter

Krishna,

We just wanted to follow-up on the below/attached.  Please advise.

Be well,

Heath

**Heath D. Rosenblat**
Partner

*he/him/his*

**D** 212.735.8757  |  **M** 917.972.4255

hrosenblat@morrisoncohen.com

vCard  |  Bio  |  LinkedIn

Morrison Cohen LLP

909 Third Avenue, 27th Floor, New York, NY 10022-4784

212.735.8600  |  morrisoncohen.com

---

**From:** Rosenblat, Heath D.
**Sent:** Thursday, March 14, 2024 2:13 PM
**To:** Krishna Juvvadi <krishnajuvvadi@bitgo.com>
**Cc:** Gottlieb, Jason <jgottlieb@morrisoncohen.com>; Moldovan, Joseph T. <jmoldovan@morrisoncohen.com>; Mix, Michael <mmix@morrisoncohen.com>
**Subject:** RE: BlockFi-Bitgo Matter

Hi Krishna – checking in.  Thanks in advance. Please advise.  Be well, Heath

**Heath D. Rosenblat**
Partner

*he/him/his*

**D** 212.735.8757  |  **M** 917.972.4255

hrosenblat@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP

909 Third Avenue, 27th Floor, New York, NY 10022-4784

212.735.8600 | morrisoncohen.com

---

**From:** Rosenblat, Heath D.
**Sent:** Monday, March 11, 2024 10:14 AM
**To:** Krishna Juvvadi <krishnajuvvadi@bitgo.com>
**Cc:** Gottlieb, Jason <jgottlieb@morrisoncohen.com>; Moldovan, Joseph T. <jmoldovan@morrisoncohen.com>; Mix, Michael <mmix@morrisoncohen.com>
**Subject:** FW: BlockFi-Bitgo Matter

Krishna,

Thank you again for your time last week.  We wanted to check-in and see if there were any updates on the matters set out below and discussed during our call.

Thank you again for your time on this matter.

Be well,

Heath

**Heath D. Rosenblat**
Partner

*he/him/his*

**D** 212.735.8757 | **M** 917.972.4255

hrosenblat@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP

909 Third Avenue, 27th Floor, New York, NY 10022-4784

212.735.8600 | morrisoncohen.com

---

**From:** Rosenblat, Heath D.
**Sent:** Monday, March 4, 2024 10:39 AM
**To:** 'Krishna Juvvadi' <krishnajuvvadi@bitgo.com>

**Cc:** Gottlieb, Jason <jgottlieb@morrisoncohen.com>; Moldovan, Joseph T. <jmoldovan@morrisoncohen.com>; Mix, Michael <mmix@morrisoncohen.com>
**Subject:** BlockFi-Bitgo Matter

Krishna,

In advance of our call and to facilitate a fulsome discussion I thought some preliminary information would be helpful. We are working to track down and reverse a transfer that our client, Joseph Griffin, errantly sent. Mr. Griffin sent USDC tokens totaling approximately $950k to BlockFi on May 12, 2022 (see attached BscScan and wire pdf). Repeated attempts were made prior to the BlockFi Chapter 11 to have this unwounded and returned to Mr. Griffin, but they were unsuccessful.

We spoke with counsel to the BlockFi Plan Administrator ("PA Counsel") on Friday after explaining that it is our understanding (as attorneys not as engineers) that BlockFi or its agents have the private keys necessary to access and return the USDC in question (despite the response Mr. Griffin received as part of his efforts to have the funds returned), because the same private keys to access the relevant wallet address on Ethereum could be used to access the wallet on the Binance Smart Chain. We also explained that because BlockFi has the private keys to the address, BlockFi can access the USDC in question through a BSC-supported wallet.

In response, PA Counsel explained that BlockFi had a "gatekeeper" arrangement with Bitgo and that their (BlockFi) technical research indicated that it never "errantly" made its way to BlockFi and was held up at Bitgo.

Talk soon.

Be well,

Heath

**Heath D. Rosenblat**
Partner

*he/him/his*

**D** 212.735.8757 | **M** 917.972.4255

hrosenblat@morrisoncohen.com

vCard | Bio | LinkedIn

Morrison Cohen LLP

909 Third Avenue, 27th Floor, New York, NY 10022-4784

212.735.8600 | morrisoncohen.com

This transmittal and/or attachment (s) may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this transmittal

and/or attachment(s) in error, please notify us immediately by reply or by telephone (call us collect at 212-735-8600) and immediately delete this message and all of its attachments. Thank you. We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.