| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| **BROWN RUDNICK LLP** <br> Kenneth J. Aulet, Esq. (admitted *pro hac vice*) <br> Seven Times Square <br> New York, New York 10036 <br> (212) 209-4800 <br> kaulet@brownrudnick.com <br><br> **BROWN RUDNICK LLP** <br> Tristan Axelrod, Esq. (admitted *pro hac vice*) <br> One Financial Center <br> Boston, MA 02111 <br> (617)856-8300 <br> taxelrod@brownrudnick.com <br><br> *General Counsel for the Plan Administrator* <br><br> **GENOVA BURNS LLC** <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> 110 Allen Rd., Suite 304 <br> Basking Ridge, NJ 07920 <br> (973) 230-2095 <br> dstolz@genovaburns.com <br> dclarke@genovaburns.com <br><br> *Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP** <br> Richard S. Kanowitz, Esq. (NJ Bar No. 047911992) <br> Lauren M. Sisson, Esq. (NJ Bar No. 394182022) <br> 30 Rockefeller Plaza, 26th Floor <br> New York, New York 10112 <br> (212) 659-7300 <br> richard.kanowitz@haynesboone.com <br> lauren.sisson@haynesboone.com <br><br> *Attorneys for the Plan Administrator* |
| In re: <br><br> BLOCKFI INC., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 22-19361 (MBK) <br><br> (Jointly Administered under a Confirmed Plan[2]) <br><br> Docket No. 2349 <br><br> Hearing Date: August 27, 2024 at 11:30 a.m. ET |

# NOTICE OF WIND-DOWN DEBTORS' SUPPLEMENTAL SCHEDULE OF KYC/AML ACCOUNTS SUBJECT TO MOTION TO APPROVE KYC/AML PROTOCOLS FOR US-BASED ACCOUNTS

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

[2] On October 3, 2023, the Court entered an order confirming the *Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications)* (the "Plan") [Docket No. 1609]. Capitalized terms not otherwise defined herein shall have the meanings contained in the Plan.

**PLEASE TAKE NOTICE** that on June 28, 2024, the estates of BlockFi Inc. and its debtor affiliates (collectively, "BlockFi" or the "Wind-Down Debtors"), by and through its undersigned counsel, moved before the Honorable Michael B. Kaplan, Chief United States Bankruptcy Judge for the United States Bankruptcy Court for the District of New Jersey, Trenton Vicinage, pursuant to 11 U.S.C. § 107(b), Fed. R. Bankr. P. 9018 and D.N.J. LBR 9018-1 for entry of an order substantially in the form submitted therewith as Exhibit A granting the *Wind-Down Debtors' Motion to Approve KYC/ALM Protocols for US-Based Accounts* (the "Motion to Approve Protocols") [Docket No. 2349].

**PLEASE TAKE FURTHER NOTICE** that the Wind-Down Debtors attached to Exhibit A of the Motion to Approve Protocols a schedule ("Original Schedule 1") of approximately 1700 accounts held by domestic account holders (i) which were flagged for possible KYC or AML issues, and (ii) on account of which claimants would have a claim in excess of the $10.00 De Minimis Claim Threshold as defined in the Plan.

**PLEASE TAKE FURTHER NOTICE** that following the filing of the Motion to Approve Protocols, the Wind-Down Debtors continued to review their books and records and determined that Original Schedule 1 included certain parties and omitted other parties erroneously.[3]

**PLEASE TAKE FURTHER NOTICE** that the Wind-Down Debtors submit, attached hereto as Schedule 1, a revised schedule (the "Revised Schedule 1") which reflects the parties subject to the Motion to Approve Protocols following the Wind-Down Debtors continued review.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion to Approve Protocols was scheduled to be held on August 15, 2024 at 11:30a.m. ET before Judge Kaplan at the Clarkson

---

[3] Notwithstanding diligent efforts on the part of BlockFi's employees (which is comparatively lean due to budgetary and other cost savings measures), the Wind-Down Debtors determined that Original Schedule 1 included certain accounts and omitted other accounts in error, caused principally by data aggregation issues and disparate record keeping practices identified following further review.

2

S. Fisher U.S. Courthouse, located at 402 East State Street, Trenton, New Jersey 08608, in Courtroom No. 8.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion to Approve Protocols will be rescheduled for **August 27, 2024 at 11:30a.m. ET**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with D.N.J. LBR 9013-2(a)(2), any objections must be filed with the Clerk of the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3A, Newark, New Jersey 07102, and served upon Genova Burns, LLC, Attn: Daniel M. Stolz, Esq., 110 Allen Road, Ste. 304, Basking Ridge, New Jersey so they are received no later than **August 20, 2024**.

**PLEASE TAKE FURTHER NOTICE** that in the absence of any objections, the relief requested in the Motion to Seal may be granted without further notice.

                                                                      Respectfully Submitted,

Dated: July 29, 2024                           /s/ *Daniel M. Stolz*

                                                            GENOVA BURNS LLC
                                                            Daniel M. Stolz, Esq.
                                                            Donald W. Clarke, Esq.
                                                            110 Allen Rd., Suite 304
                                                            Basking Ridge, NJ 07920
                                                            (973) 230-2095
                                                            dsolz@genovaburns.com
                                                            dclarke@genovaburns.com

                                                            *Local Counsel to the Plan Administrator*

**Revised Schedule 1**

REDACTED