| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| BROWN RUDNICK LLP<br>Kenneth J. Aulet, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Fax: (212) 209-4801<br>Email: kaulet@brownrudnick.com<br><br>BROWN RUDNICK LLP<br>Sharon I. Dwoskin, Esq.<br>Tristan G. Axelrod, Esq.<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>Fax: (617) 856-8201<br>Email: sdwoskin@brownrudnick.com<br>            taxelrod@brownrudnick.com<br><br>*Counsel for the Plan Administrator* | GENOVA BURNS LLC.<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>Susan S. Long, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>Telephone: (973) 230-2095<br>Fax: (973) 533-1112<br>Email: DStolz@genovaburns.com<br>            DClarke@genovaburns.com<br>            SLong@genovaburns.com<br>*Local Counsel for the Plan Administrator* |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br>          Jointly Administered<br><br>Hearing Date: August 15, 2024, 11:30 a.m. |

## ADJOURNMENT REQUEST

1. I, __Daniel M. Stolz__ ,

X am the attorney for: __Plan Administrator/Plaintiff__ ,

☐ am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter:  Motion to Approve KYC/AML Protocols for US-Based Accounts [**docket #2349**].

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

1

Current hearing date and time:  August 15, 2024, 11:30 a.m.

New date requested:  August 27, 2024, 11:30 a.m.

Reason for adjournment request:  Original service was not effectuated to a large number of recipients.  Notice of Supplemental Schedule of KYC/AML accounts need be served to all parties.

2. Consent to adjournment:

☐ I have the consent of all parties.  X  I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date:  July 29, 2024                                            /s/    Daniel M. Stolz

**COURT USE ONLY:**

The request for adjournment is:

X  Granted            New hearing date: 8/27/2024 at 11:30 a.m.    ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2