| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b) ||
|---|---|
| **BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617)856-8300<br>taxelrod@brownrudnick.com<br><br>*General Counsel for the Plan Administrator*<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>*Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator* |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br>Case No. 22-19361 (MBK)<br>(Jointly Administered under a Confirmed Plan) |

## NOTICE OF DISPUTED CLAIMS RESERVE

**PLEASE TAKE NOTICE** that on October 3, 2023, the Bankruptcy Court entered an order [Docket No. 1660] (the "Confirmation Order") confirming the *Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the*

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

*Bankruptcy Code (Additional Technical Modifications)* [Docket No. 1609] (as amended and supplemented, the "Plan"). Unless otherwise defined in this notice, capitalized terms used in this notice shall have the same meanings as the capitalized terms of the Plan and Confirmation Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that the effective date of the Plan occurred on October 24, 2023 [Docket No. 1788] (the "Effective Date").

**PLEASE TAKE FURTHER NOTICE** that on July 22, 2024, the Plan Administrator filed the *Third Status Report to Creditors and Announcement of Planned 100% Distribution on Customer Claims* (the "Status Report") [Docket No. 2357] notifying creditors of the sale of the FTX Claims and setting August 23, 2024 as the earliest date to commence the Final Customer Distribution.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Confirmation Order at ¶ 114, the Wind-Down Debtors hereby file this Notice of Disputed Claims Reserve[2] (the "Notice"), setting forth the amounts to be held in reserve pending the resolution of the Disputed Claims on Schedule 1 attached hereto.

**PLEASE TAKE FURTHER NOTICE** that objections to this Notice must be filed with the Court by **August 16, 2024 at 4:00 p.m.** (prevailing Eastern Time) (the "Objection Deadline").

---

[2] "Disputed Claims Reserve" means an appropriate reserve in an amount to be determined by the Wind-Down Debtors for Distributions on account of Disputed Claims that are subsequently Allowed after the Effective Date. Plan, Art. I.A.108. "Disputed" means a Claim or an Interest or any portion thereof: (a) that is not Allowed; (b) that is not disallowed under the Plan, the Bankruptcy Code, or a Final Order; and (c) with respect to which a party in interest has Filed a Proof of Claim, a Proof of Interest, or otherwise made a written request to a Debtor for payment. Plan, Art. I.A.107.

**PLEASE TAKE FURTHER NOTICE** that failure to file an objection prior to the Objection Deadline will result in the establishment of the Disputed Claims Reserve at the amounts shown on Schedule 1 without further notice or hearing.

| | |
|---|---|
| Dated: August 9, 2024 | /s/ *Daniel M. Stolz* |

                                      **GENOVA BURNS LLC**
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
(973) 230-2095
DStolz@genovaburns.com
DClarke@genovaburns.com

*Local Counsel to the Plan Administrator*

**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Lauren M. Sisson, Esq. (NJ Bar No. 394182022)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
lauren.sisson@haynesboone.com

*Attorneys for the Plan Administrator*

**BROWN RUDNICK LLP**
Kenneth J. Aulet, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
(212) 209-4800
kaulet@brownrudnick.com

**BROWN RUDNICK LLP**
Tristan Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
(617)856-8300
taxelrod@brownrudnick.com

*General Counsel to the Plan Administrator*

**Schedule 1**

| Claimant Name | Claim Number | Reserve Amount | Debtor Entity |
|---|---|---|---|
| Chubb Insurance Company of New Jersey | 14314 | $0 | BlockFi Investment Products LLC |
| Chubb Insurance Company of New Jersey | 13635 | $0 | BlockFi Lending LLC |
| Chubb Insurance Company of New Jersey | 14068 | $0 | BlockFi Services, Inc. |
| Chubb Insurance Company of New Jersey | 12945 | $0 | BlockFi Inc. |
| Chubb Insurance Company of New Jersey | 12942 | $0 | BlockFi Trading LLC |
| Chubb Insurance Company of New Jersey | 14312 | $0 | BlockFi Wallet LLC |
| Chubb Insurance Company of New Jersey | 14534 | $0 | BlockFi International Ltd. |
| Chubb Insurance Company of New Jersey | 14499 | $0 | BlockFi Ventures LLC |
| Chubb Insurance Company of New Jersey | 14920 | $0 | BlockFi Lending II LLC |
| ACE American Insurance Company | 13138 | $0 | BlockFi Investment Products LLC |
| ACE American Insurance Company | 13435 | $0 | BlockFi Lending LLC |
| ACE American Insurance Company | 13440 | $0 | BlockFi Services, Inc. |
| ACE American Insurance Company | 13591 | $0 | BlockFi Inc. |
| ACE American Insurance Company | 13592 | $0 | BlockFi Trading LLC |
| ACE American Insurance Company | 13605 | $0 | BlockFi Wallet LLC |
| ACE American Insurance Company | 13613 | $0 | BlockFi International Ltd. |
| ACE American Insurance Company | 14305 | $0 | BlockFi Ventures LLC |
| ACE American Insurance Company | 14306 | $0 | BlockFi Lending II LLC |
| Illinois Union Insurance Company | 14316 | $0 | BlockFi Investment Products LLC |
| Illinois Union Insurance Company | 14932 | $0 | BlockFi Lending LLC |
| Illinois Union Insurance Company | 14954 | $0 | BlockFi Services, Inc. |
| Illinois Union Insurance Company | 14480 | $0 | BlockFi Inc. |
| Illinois Union Insurance Company | 14315 | $0 | BlockFi Trading LLC |
| Illinois Union Insurance Company | 14940 | $0 | BlockFi Wallet LLC |
| Illinois Union Insurance Company | 13532 | $0 | BlockFi International Ltd. |
| Illinois Union Insurance Company | 14946 | $0 | BlockFi Ventures LLC |
| Illinois Union Insurance Company | 13432 | $0 | BlockFi Lending II LLC |
| Westchester Surplus Lines Insurance Company | 14711 | $0 | BlockFi Investment Products LLC |
| Westchester Surplus Lines Insurance Company | 14975 | $0 | BlockFi Lending LLC |
| Westchester Surplus Lines Insurance Company | 13844 | $0 | BlockFi Services, Inc. |

| Claimant Name | Claim Number | Reserve Amount | Debtor Entity |
|---|---|---|---|
| Westchester Surplus Lines Insurance Company | 14963 | $0 | BlockFi Inc. |
| Westchester Surplus Lines Insurance Company | 14972 | $0 | BlockFi Trading LLC |
| Westchester Surplus Lines Insurance Company | 14524 | $0 | BlockFi Wallet LLC |
| Westchester Surplus Lines Insurance Company | 14830 | $0 | BlockFi International Ltd. |
| Westchester Surplus Lines Insurance Company | 15099 | $0 | BlockFi Ventures LLC |
| Westchester Surplus Lines Insurance Company | 14295 | $0 | BlockFi Lending II LLC |
| AIG Property Casualty, Inc. | 26961 | $0 | BlockFi Inc. |
| Swiss Re Corporate Solutions America Insurance Company f/k/a North American Specialty Insurance Company | 25864 | $405,000 | BlockFi Inc. |
| Swiss Re Corporate Solutions America Insurance Company f/k/a North American Specialty Insurance Company | 25929 | $405,000 | BlockFi Lending LLC |
| ▮▮▮▮ | 13639 | N/A* | BlockFi Inc. |
| ▮▮▮▮ | 14172 | N/A* | BlockFi Inc. |
| ▮▮▮▮ | 14288 | N/A* | BlockFi Inc. |
| ▮▮▮▮ | 14296 | N/A* | BlockFi Inc. |
| ▮▮▮▮ | 13560 | N/A[i] | BlockFi Lending LLC |
| ▮▮▮▮ | 14733 | N/A* | BlockFi Inc. |
| ▮▮▮▮ | 13747 | N/A* | BlockFi Inc. |
| ▮▮▮▮ | 14102 | N/A* | BlockFi Inc. |
| PA Department of Banking and Securities | 2197 | N/A* | BlockFi Lending LLC |
| D.C. Department of Insurance, Securities and Banking | 30778 | N/A* | BlockFi Lending LLC |
| D.C. Department of Insurance, Securities and Banking | 31739 | N/A* | BlockFi Inc. |
| Illinois Secretary of State | 30928 | N/A* | BlockFi Lending LLC |
| North Carolina Department of the Secretary of State | 31560 | N/A* | BlockFi Inc. |
| North Carolina Department of the Secretary of State | 31570 | N/A* | BlockFi Lending LLC |
| Alabama Securities Commission | 31594 | N/A* | BlockFi Lending LLC |

| Claimant Name | Claim Number | Reserve Amount | Debtor Entity |
|---|---|---|---|
| State of Hawaii, Department of Commerce and Consumer Affairs, Securities Enforcement Branch | 31639 | N/A* | BlockFi Inc. |
| State of Hawaii, Department of Commerce and Consumer Affairs, Securities Enforcement Branch | 31640 | N/A* | BlockFi Lending LLC |
| State of New York | 31652 | N/A* | BlockFi Lending LLC |
| Virginia State Corporation Commission | 31734 | N/A* | BlockFi Lending LLC |
| Indiana Secretary of State Securities Division | 31745 | N/A* | BlockFi Inc. |
| Indiana Secretary of State Securities Division | 31764 | N/A* | BlockFi Lending LLC |
| State of Connecticut Dept. of Banking, Securities and Business Investments Division | 31747 | N/A* | BlockFi Lending LLC |
| West Virginia State Auditor - Securities Commission | 33432 | N/A* | BlockFi Lending LLC |
| Ankura Trust Company, LLC | 15892 | $560,066.25[ii] | BlockFi Inc. |
| George Gerro | 15248 | $0 | BlockFi Lending |
| George Wynns | 3052 | $26,152.78[iii] | BlockFi Lending |
| John VanTubergen | 7233 | $19.07 | BlockFi Inc. |
| Chad Main | 5647 | $11,335.33[iv] | BlockFi Lending |
| Sergei Potapenko | 15754 | N/A[v] | BlockFi International |
| Sergei Potapenko | 17531 | N/A[vi] | BlockFi International |

\* Claims denoted with an asterisk, to the extent they are determined to be valid, are classified as subordinated to customer claims for one or more of the debtor entities and therefore no reserve is being held as to these claims for the purposes of the Plan Administrator's Final Customer Distribution on non-subordinated claims.

[i] This claim is waived per the Plan but has not yet been objected to by the Plan Administrator.

[ii] The reserve for this claim is related to the Indenture Trustee's post-petition fees and expenses and does not supersede, modify, abrogate or in any way affect the rights of the Indenture Trustee under the Plan and Confirmation Order including, without limitation, ¶ 127 of the Confirmation Order.

[iii] The reserve for this claim the total Allowed claim amount after set-off of the creditor's outstanding loan balance.

[iv] The reserve for this claim the total Allowed claim amount after set-off of the creditor's outstanding loan balance.

[v] The reserve for this claim has been set pursuant to a stipulation with the Department of Justice (the "DOJ"). The inclusion of this claim on Schedule 1 is for informational purposes only. The Plan Administrator does not seek a ruling as to this claim or the reserve, and nothing contained herein shall be construed to have any effect on the adversary proceeding related to these claims or to the DOJ's rights therein.

---

[vi] The reserve for this claim has been set pursuant to a stipulation with the DOJ. The inclusion of this claim on Schedule 1 is for informational purposes only. The Plan Administrator does not seek a ruling as to this claim or the reserve, and nothing contained herein shall be construed to have any effect on the adversary proceeding related to these claims or to the DOJ's rights therein.