**United States Bankruptcy Court for the District of New Jersey**

Fill in this information to identify the debtor

- X BlockFi Inc. (Case No. 22-19361)
- XBlockFi Trading LLC (Case No. 22-19363)
- X BlockFi Lending LLC (Case No. 22-19365)
- XBlockFi Wallet LLC (Case No. 22-19366)
- BlockFi Ventures LLC (Case No. 22-19367)
- BlockFi International Ltd. (Case No. 22-19368)
- BlockFi Investment Products LLC (Case No. 22-19370)
- BlockFi Services Inc. (Case No. 22-19371)
- BlockFi Lending II LLC (Case No. 22-19374)

FILED
NEWARK, NJ
2024 AUG 12 P 3:10
JEANNE A. NAUGHTON
BY [signature]
DEPUTY CLERK

## Claim Withdrawal Form

**Part 1:   Identify the Claim**

Creditor Name and Address:

Name: Beatriz Gonzalez

Beatriz Gonzalez
15555 Main St Hesperia Ca 92345

Contact Phone: 760-880-0893 or 760-402-0516

Contact Email: Garibaybetriz6@gmail.com

Claim Number (if known): 33376

Date Claim Filed: 08-26-2024 (mm/dd/yyyy)

Total Amount of Claim Filed: $ 74,423926.00

**Part 2:   Sign Below**

The person completing this form must sign and date it.

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Executed on date: 04-29-2024 (mm/dd/yyyy)

Signature: [signed] Beatriz Gonzalez

Print Name: Beatriz Gonzalez   Beatriz Gonzalez

Title (if applicable): _____ or any other wallet _____

**DEFINITIONS**

**Debtor:** The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.
**Creditor:** A creditor is any person, corporation, or other entity to which the debtor owed a debt.
**Proof of Claim:** A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

# United States Bankruptcy Court for the District of New Jersey

**Fill in this information to identify the debtor**

BlockFi Inc. (Case No. 22-19361)
BlockFi Trading LLC (Case No. 22-19363)
BlockFi Lending LLC (Case No. 22-19365)
BlockFi Wallet LLC (Case No. 22-19366)
BlockFi Ventures LLC (Case No. 22-19367)

BlockFi International Ltd. (Case No. 22-19368)
BlockFi Investment Products LLC (Case No. 22-19370)
BlockFi Services Inc. (Case No. 22-19371)
BlockFi Lending II LLC (Case No. 22-19374)

## Claim Withdrawal Form

### Part 1: Identify the Claim

**Creditor Name and Address:**

Name: _Beatriz Gonzalez_     Name: A

City            State           Zip Code

Contact Phone: ___760-880-0893 or 760-402--0516___

Contact Email: ___Garibaybetriz6@gmail.com___

**Claim Number (if known):** ___33376___

**Date Claim Filed:** ___08-26·___ (mm/dd/yyyy)

**Total Amount of Claim Filed:** $___74.,423926.00___

### Part 2: Sign Below

The person completing this form must sign and date it.

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the abo

Executed on date ___04-29-2024___ (mm/dd/yyyy)

___Beatriz _Gonzalez___
Signature

___Beatriz Gonzalez___
Print Name

___or any other wallet___
Title (if applicable)

## DEFINITIONS

**Debtor:** The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.
**Creditor:** A creditor is any person, corporation, or other entity to which the debtor owed a debt.
**Proof of Claim:** A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

Completed claim withdrawal forms can be sent to the following address:

BlockFi Inc. Claims Processing Center c/o
Kroll Restructuring Administration LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232 Or by
email to:
blockfiinfo@ra.kroll.com