| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**  **DISTRICT OF NEW JERSEY**  Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| **BROWN RUDNICK LLP**  Kenneth J. Aulet, Esq. (admitted *pro hac vice*)  Seven Times Square  New York, New York 10036  (212) 209-4800  kaulet@brownrudnick.com  **BROWN RUDNICK LLP**  Tristan Axelrod, Esq. (admitted *pro hac vice*)  One Financial Center  Boston, MA 02111  (617)856-8300  taxelrod@brownrudnick.com  *General Counsel for the Plan Administrator*  **GENOVA BURNS LLC**  Daniel M. Stolz, Esq.  Donald W. Clarke, Esq.  110 Allen Rd., Suite 304  Basking Ridge, NJ 07920  (973) 230-2095  dstolz@genovaburns.com  dclarke@genovaburns.com  *Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP**  Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)  Lauren M. Sisson, Esq. (NJ Bar No. 394182022)  30 Rockefeller Plaza, 26th Floor  New York, New York 10112  (212) 659-7300  richard.kanowitz@haynesboone.com  lauren.sisson@haynesboone.com  *Attorneys for the Plan Administrator* |
| In re:  BLOCKFI INC., *et al.*,  Debtors.[1] | Chapter 11  Case No. 22-19361 (MBK)  (Jointly Administered under a Confirmed Plan[2])  Docket No. 2364 |

# NOTICE OF HEARING ON
# NOTICE OF DISPUTED CLAIMS RESERVE

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

[2] On October 3, 2023, the Court entered an order confirming the *Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications)* (the "Plan") [Docket No. 1609]. Capitalized terms not otherwise defined herein shall have the meanings contained in the Plan.

**PLEASE TAKE NOTICE** that a hearing will be held on the Notice of Disputed Claims Reserve [Docket No. 2364] on **August 27, 2024 at 11:30 a.m. ET** before the Honorable Michael B. Kaplan, United States Bankruptcy Judge for the District of New Jersey. The Hearing will be conducted virtually using Zoom for Government. To the extent parties wish to present their argument at the hearing, a request for "Presenter Status" must be submitted to the Court prior to the hearing by emailing Chambers (chambers_of_mbk@njb.uscourts.gov) and providing the following information: (a) name of Presenter, (b) email address of Presenter, (c) Presenter's affiliation with the case and/or (d) what party or interest the Presenter represents. If the request is approved, the Presenter will receive appropriate Zoom credentials and further instructions via email.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with D.N.J. LBR 9013-2(a)(3), any reply to objections timely filed must be submitted no later than **August 23, 2024**.

|  |  |
|---|---|
| Dated: August 19, 2024 | Respectfully Submitted, |
|  | /s/ *Daniel M. Stolz* |
|  | GENOVA BURNS LLC |
|  | Daniel M. Stolz, Esq. |
|  | Donald W. Clarke, Esq. |
|  | 110 Allen Rd., Suite 304 |
|  | Basking Ridge, NJ 07920 |
|  | (973) 230-2095 |
|  | dsolz@genovaburns.com |
|  | dclarke@genovaburns.com |
|  |  |
|  | *Local Counsel to the Plan Administrator* |

2