Andrew P. Marks, Esq.
Dorf Nelson & Zauderer LLP
555 Theodore Fremd Avenue
Rye, NY 10580
Tel.: (914) 381-7600
Email: amarks@dorflaw.com

Aaron Weissberg, Esq. (*admitted pro hac vice*)
Dorf Nelson & Zauderer LLP
555 Theodore Fremd Avenue
Rye, NY 10580
Tel.: (914) 381-7600
Email: aweissberg@dorflaw.com

*Attorneys for Matthew Gordon*

ORAL ARGUMENT REQUESTED

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------x
In Re:

BLOCKFI INC., *et al.*,



                                        Debtors.
-------------------------------------------------------x

Case No. 22-19361-MBK

Chapter 11

**NOTICE OF CROSS-MOTION**

(Jointly Administered under a Confirmed Plan)

**Hearing Date: August 27, 2024 at 11:30 a.m.**

PLEASE TAKE NOTICE, that upon the within application, including the Affirmation of Andrew Marks, Esq. and exhibits thereto, the bankruptcy court's docket, and all pleadings and proceedings heretofore filed and had herein, the creditor Matthew Gordon (the "Cross-Movant"), by his attorneys Dorf Nelson & Zauderer LLP, will cross-move this court, **Via Zoom**, before the Honorable Michael B. Kaplan, United States Bankruptcy Judge in the United States Bankruptcy Court for the District of New Jersey at the Clarkson S. Fisher U.S. Courthouse, located at 402 East State Street, Trenton, New Jersey 08608, in Courtroom No. 8, on **August 27, 2024 at 11:30 a.m. ET,** (the "Hearing Date") or as soon thereafter as counsel may be heard for an Order, directing BlockFi Inc. and its debtor affiliates (collectively, "BlockFi" or the "Wind-Down Debtors"), to immediately pay Matthew Gordon the amounts owed under his approved claims pursuant to the Amended Chapter 11 Plan and Confirmation Order dated October 3, 2023; and

1

granting Matthew Gordon such additional and further relief as this court deems just, proper and equitable.

PLEASE TAKE FURTHER NOTICE, that Matthew Gordon will be relying on this cross-motion including the affirmation of Andrew Marks, Esq., and that no brief is being filed since the legal basis upon which the relief should be granted is set forth in the motion.

PLEASE TAKE FURTHER NOTICE, that in accordance with D.N.J. LBR 9013-(a)(3) any objections or opposition must be filed with the Clerk of the United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Courtroom 3A, Newark, New Jersey 07102, and served upon **Dorf Nelson & Zauderer LLP, Attn: Andrew Marks, Esq., 555 Theodore Fremd Avenue, Rye, New York 10580, so they are received no later than four (4) days before the Hearing Date set forth above.**

PLEASE TAKE FURTHER NOTICE, that in the absence of any objections, the relief requested in the Cross-Motion may be granted without further notice.

Dated: Rye, New York
      August 20, 2024

                                DORF NELSON & ZAUDERER LLP

                    By: _____
                                Andrew P. Marks, Esq.
                                555 Theodore Fremd Avenue
                                Rye, New York 10580
                                Tel.: (914) 381-7600
                                Email: amarks@dorflaw.com
                                *Attorneys for Matthew Gordon*

To:    GENOVA BURNS LLC
        Daniel M. Stolz, Esq.
        Donald W. Clarke, Esq.
        110 Allen Rd., Suite 304
        Basking Ridge, NJ 07920
        (973) 230-2095
        DStolz@genovaburns.com
        DClarke@genovaburns.com
        *Local Counsel to the Plan Administrator*

2

BROWN RUDNICK LLP
Kenneth J. Aulet, Esq. (admitted pro hac vice)
Seven Times Square
New York, New York 10036
(212) 209-4800
kaulet@brownrudnick.com

BROWN RUDNICK LLP
Tristan Axelrod, Esq. (admitted pro hac vice)
One Financial Center
Boston, MA 02111
(617)856-8300
taxelrod@brownrudnick.com
*General Counsel for the Plan Administrator*

HAYNES AND BOONE, LLP
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
Lauren M. Sisson, Esq. (NJ Bar No. 394182022)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com
lauren.sisson@haynesboone.com
*Attorneys for the Plan Administrator*