Andrew P. Marks, Esq.
Dorf & Nelson LLP
555 Theodore Fremd Avenue
Rye, NY 10580
Tel.: (914) 381-7600
Fax: (914) 381-7608
Email: amarks@dorflaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------x

In Re:

BlockFi Inc., et. al.,

                        Debtors.

-----------------------------------------------------------x

Case No. 22-19361-MBK

Chapter 11

(Jointly Administered under a Confirmed Plan)

Hearing Date: August 27, 2024 at 11:30 a.m. ET

**STATE OF NEW YORK**

**COUNTY OF WESTCHESTER**   ss.:

      Andrew P. Marks, Esq., an attorney admitted to the practice of law before the various Courts of the State of New York, hereby affirms, pursuant to the F.R.C.P., under penalty of perjury, the following to be true:

      I hereby certify that on August 20, 2024, the following documents were filed electronically with the Clerk of Court using CM/ECF system:

1) **Matthew Gordon's Objection in Opposition to the Wind-Down Debtors' Motion to Approve KYC/AML Protocols for US-Based Accounts and in Support of Matthew Gordon's Cross-Motion Directing the Wind-Down Debtors to Immediately Pay Matthew Gordon the Amounts Owed Under His Approved Claims with supporting exhibits;**
2) **Notice of Cross-Motion; and**
3) **Certificate of Service.**

Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

DATED:    Rye, New York
                August 20, 2024

                                                                 _____
                                                                      Andrew P. Marks