**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| BlockFi Inc., *et al.*, | Case No. 22-19361 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 12, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First Class Mail on the (ADRID: 11831182), whose name and address is being redacted in the interest of privacy:

- Wind-down Debtors' Motion to Approve KYC/AML Protocols for US-Based Accounts [Docket No. 2349] (The "***Motion to Approve Protocols***")

- Notice of Wind-Down Debtors' Motion for Authority to Redact and File Certain Information Under Seal in Connection With the Wind-Down Debtors' Motion to Approve KYC/ALM Protocols for US-Based Accounts [Docket No. 2350] (The "***Motion to Seal***")

On August 13, 2024, at my direction and under my supervision, employees of Kroll caused the Motion to Approve Protocols and Motion to Seal to be served via First Class Mail on the Supplemental Notice Parties Service List attached hereto as **Exhibit A**:

[*Remainder of the page intentionally left blank*]

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

Dated: August 22, 2024

                                                       */s/ Paul Pullo*
                                                       Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 22, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 81431 & 81483

**Exhibit A**

## Exhibit A

Supplemental Notice Parties Service List

Served via First Class Mail

| ADRID | NAME | ADDRESS |
|---|---|---|
| 11571165 | Name on File | Address on File |
| 11655736 | Name on File | Address on File |
| 12088354 | Name on File | Address on File |