Andrew P. Marks, Esq.
Dorf & Nelson LLP
555 Theodore Fremd Avenue
Rye, NY 10580
Tel.: (914) 381-7600
Fax: (914) 381-7608
Email: amarks@dorflaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------x

In Re:

BlockFi Inc., et. al.,

         Debtors.

-----------------------------------------------------------x

Case No. 22-19361-MBK

Chapter 11

(Jointly Administered under a Confirmed Plan)

Hearing Date: August 27, 2024 at 11:30 a.m. ET

**STATE OF NEW YORK**
          ss.:
**COUNTY OF WESTCHESTER**

  Andrew P. Marks, Esq., an attorney admitted to the practice of law before the various Courts of the State of New York, hereby affirms, pursuant to the F.R.C.P., under penalty of perjury, the following to be true:

  I hereby certify that on August 30, 2024, the following documents were filed electronically with the Clerk of Court using CM/ECF system:

1) **Matthew Gordon's Reply to the Response by the Wind-Down Debtors' to his Cross-Motion Directing Immediate Payment of His Approved Claims; and**
2) **Certificate of Service.**

Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

DATED:  Rye, New York
      August 30, 2024

                          _____
                             Andrew P. Marks