| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) | **Order Filed on September 9, 2024** <br> **by Clerk** <br> **U.S. Bankruptcy Court** <br> **District of New Jersey** |
| In re: <br><br> BLOCKFI INC., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 22-19361 (MBK) <br><br> (Jointly Administered under a Confirmed Plan[2]) <br><br> Hearing Date: September 4, 2024 at 10:00 a.m. ET |

**ORDER GRANTING IN PART AND DENYING IN PART
MATTHEW GORDON'S CROSS-MOTION TO DISBURSE THE
<u>AMOUNTS OWED UNDER THE APPROVED CLAIMS</u>**

The relief requested on the following pages is hereby ORDERED.

**DATED: September 9, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page | 2)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al.* |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | ORDER GRANTING IN PART AND DENYING IN PART MATTHEW GORDON'S CROSS-MOTION TO DISBURSE THE AMOUNTS OWED UNDER THE APPROVED CLAIMS |

| | |
|---|---|
| **BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617) 856-8300<br>taxelrod@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Matthew A. Sawyer, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617) 856-8300<br>msawyer@brownrudnick.com<br><br>*General Counsel for the Plan Administrator*<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>*Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator* |

Upon consideration of the *Matthew Gordon's Objection in Opposition to the Wind-Down Debtors Motion to Approve KYC/AML Protocols for US-Based Accounts and in Support of Matthew Gordon's Cross-Motion Directing the Wind-Down Debtors to Immediately Pay Matthew Gordon the Amounts Owed Under His Approved Claims* (the "Cross-Motion")[3] for entry of an order denying the Wind-Down Debtors' Motion to Approve KYC/AML Protocols for US-Based

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(Page | 3)
Debtors:         BLOCKFI INC., *et al.*
Case No.         22-19361 (MBK)
Caption of Order: ORDER GRANTING IN PART AND DENYING IN PART MATTHEW GORDON'S CROSS-MOTION TO DISBURSE THE AMOUNTS OWED UNDER THE APPROVED CLAIMS

---

Accounts [Docket No. 2349] and the Supplemental Schedule of KYC/AML Accounts Subject to Motion to Approve KYC/AML Protocols for US-Based Accounts [Docket No. 2359] and that the Wind-Down Debtors be ordered to immediately pay Matthew Gordon his approved claims pursuant to the Amended Chapter 11 Plan, and for further relief as the Court deems just, proper, and equitable, it is thereby **ORDERED:**

The Cross-Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

The Wind Down Debtors are directed to make a distribution to Matthew Gordon of all funds to which he is entitled to under his allowed claims, i.e. $852,641.79 other than the less than or equal to $5,112.85 of the allowed claims flagged by the Wind-Down Debtors as described in the Wind-Down Debtors' Response [Docket No. 2378] in paragraph 15 and 16 (the "Disputed Funds"), at the next point in time where the Wind Down Debtors make distributions to other similarly situated claimants. For the avoidance of doubt, nothing in this Order constitutes a finding or ruling regarding the Disputed Funds in any respect and is without prejudice to Matthew Gordon moving to release the Disputed Funds at a later time.