| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | **Order Filed on September 9, 2024**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered under a Confirmed Plan[2])<br><br>Hearing Date: September 4, 2024 at 10:00 a.m. ET |

**ORDER GRANTING IN PART AND DENYING IN PART
MATTHEW GORDON'S CROSS-MOTION TO DISBURSE THE
<u>AMOUNTS OWED UNDER THE APPROVED CLAIMS</u>**

The relief requested on the following pages is hereby ORDERED.

**DATED: September 9, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page | 2)

Debtors: BLOCKFI INC., *et al.*
Case No. 22-19361 (MBK)
Caption of Order: ORDER GRANTING IN PART AND DENYING IN PART MATTHEW GORDON'S CROSS-MOTION TO DISBURSE THE AMOUNTS OWED UNDER THE APPROVED CLAIMS

| | |
|---|---|
| **BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617) 856-8300<br>taxelrod@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Matthew A. Sawyer, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617) 856-8300<br>msawyer@brownrudnick.com<br><br>*General Counsel for the Plan Administrator*<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>*Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator* |

Upon consideration of the *Matthew Gordon's Objection in Opposition to the Wind-Down Debtors Motion to Approve KYC/AML Protocols for US-Based Accounts and in Support of Matthew Gordon's Cross-Motion Directing the Wind-Down Debtors to Immediately Pay Matthew Gordon the Amounts Owed Under His Approved Claims* (the "Cross-Motion")[3] for entry of an order denying the Wind-Down Debtors' Motion to Approve KYC/AML Protocols for US-Based

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(Page | 3)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al*. |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | ORDER GRANTING IN PART AND DENYING IN PART MATTHEW GORDON'S CROSS-MOTION TO DISBURSE THE AMOUNTS OWED UNDER THE APPROVED CLAIMS |

---

Accounts [Docket No. 2349] and the Supplemental Schedule of KYC/AML Accounts Subject to Motion to Approve KYC/AML Protocols for US-Based Accounts [Docket No. 2359] and that the Wind-Down Debtors be ordered to immediately pay Matthew Gordon his approved claims pursuant to the Amended Chapter 11 Plan, and for further relief as the Court deems just, proper, and equitable, it is thereby **ORDERED:**

The Cross-Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

The Wind Down Debtors are directed to make a distribution to Matthew Gordon of all funds to which he is entitled to under his allowed claims, i.e. $852,641.79 other than the less than or equal to $5,112.85 of the allowed claims flagged by the Wind-Down Debtors as described in the Wind-Down Debtors' Response [Docket No. 2378] in paragraph 15 and 16 (the "Disputed Funds"), at the next point in time where the Wind Down Debtors make distributions to other similarly situated claimants. For the avoidance of doubt, nothing in this Order constitutes a finding or ruling regarding the Disputed Funds in any respect and is without prejudice to Matthew Gordon moving to release the Disputed Funds at a later time.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19361-MBK |
| BlockFi Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 11 |
| Date Rcvd: Sep 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BlockFi Inc., c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019-5905 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Garber | on behalf of Creditor Kristen Vorhees agarber@wgwc-law.com |
| Adam S. Ravin | on behalf of Interested Party The Foreign Representatives of Three Arrows Capital  Ltd. (in liquidation) adam.ravin@lw.com |
| Alan Stuart Maza | on behalf of Creditor Securities and Exchange Commission mazaa@sec.gov  mazaa@sec.gov |
| Allen I Gorski | on behalf of Creditor Estate of Herman Katzenell agorski@gorskiknowlton.com |
| Allen I Gorski | on behalf of Creditor Nancy Fout agorski@gorskiknowlton.com |
| Allen Joseph Underwood, II | on behalf of Interested Party Genesis Global Holdco LLC  Genesis Global Capital, LLC and Genesis Asia Pacific Pte. Ltd. |

Case 22-19361-MBK    Doc 2392    Filed 09/11/24    Entered 09/12/24 00:13:28    Desc
Imaged Certificate of Notice    Page 5 of 14

| District/off: 0312-3 | User: admin | Page 2 of 11 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

aunderwood@litedepalma.com, ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Alvin Chien-Chih Lin
    on behalf of Interested Party Joseph Griffin alin@morrisoncohen.com

Andrew Marks
    on behalf of Creditor Matthew Gordon jcardenas@dorflaw.com

Anna Pia Felix
    on behalf of Creditor Yuri Mushkin afelix@lpgmlaw.com

Anthony J D'Artiglio
    on behalf of Creditor Kyle Klaus ADARTIGLIO@ANSELL.LAW courtfilings@ansellgrimm.com

Barbra Rachel Parlin
    on behalf of Creditor Silvergate Bank barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Brett S. Theisen
    on behalf of Unknown Role Type Ankura Trust Company LLC btheisen@gibbonslaw.com, nmitchell@gibbonslaw.com

Bryan Russell Horton
    on behalf of Interested Party Scratch Services LLC rhorton@gbkh.com

Carol L. Knowlton
    on behalf of Creditor George J. Gerro cknowlton@gorskiknowlton.com

Carrie J. Boyle
    on behalf of Creditor Ge Song cboyle@b-vlaw.com
    tking@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net;jpryor@b-vlaw.com

Catherine B. Heitzenrater
    on behalf of Defendant ACE American Insurance Company cebeideman@duanemorris.com

Catherine B. Heitzenrater
    on behalf of Creditor Chubb Companies cebeideman@duanemorris.com

Chad Main
    chadmain@gmail.com

Daniel Stolz
    on behalf of Attorney Brown Rudnick LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Other Prof. Elementus Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Other Prof. M3 Partners dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Committee Official Committee of Unsecured Creditors dstolz@genovaburns.com
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Other Prof. Plan Administrator On Behalf of the Post-Confirmation Debtor dstolz@genovaburns.com,
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Plaintiff Mohsin Meghji dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors dstolz@genovaburns.com
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Other Prof. Plan Administrator on Behalf of Post-Confirmation Debtor dstolz@genovaburns.com,
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Plaintiff Official Committee Of Unsecured Creditors dstolz@genovaburns.com
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Thornburgh
    on behalf of Creditor Robert Prendimano dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Bobby Strickland dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Brian McWilliams dthornburgh@awkolaw.com

| | |
|---|---|
| Daniel Thornburgh | on behalf of Creditor Stanley Dunavant dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor John Paul Zable dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Van Tu dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Montgomery Glover dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Rachel De Heras dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Sydney Hamilton dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Eric Masden dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Sean Schilder dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Michael Camal dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Randall Bacon dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Vladimir Arutunian dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Matthew Derwinski dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Daniel Schroeder dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Zachary Michaels dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Angel Rodriguez dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor James Switzer dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Noah Powell dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Fausto Castillo dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Carlos Rodriguez dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Robert Mulack dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Ezequiel Nieves dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Bryan Dahl dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Dyson Pullins dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Cory Roth dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Ross Furman dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Oscar Gonzalez dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Deborah McWilliams dthornburgh@awkolaw.com |
| Daniel E. Straffi | on behalf of Creditor Ellison Bak bkclient@straffilaw.com |

Case 22-19361-MBK    Doc 2392    Filed 09/11/24    Entered 09/12/24 00:13:28    Desc
Imaged Certificate of Notice    Page 7 of 14

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 11 |
| Date Rcvd: Sep 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Michiel Hemminga bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Clayton Bargsten bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Brandon Weiss bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Damon Andersson bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Daniel Gusovsky bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Andrew Martinez bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Kole Kottmeier bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Ashton Rincon bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Joseph Borremans bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Martin Mikolajczyk bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Steven Lee bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Mitchell Eglar bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Todd Gantt bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Matthew Hoselton bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor William Warburton bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Brendan Pena bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Alberto Olivo bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Bruce Gilling bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Scott Aufenanger bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi

on behalf of Creditor Wayne Akey bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

David E. Sklar

Case 22-19361-MBK    Doc 2392    Filed 09/11/24    Entered 09/12/24 00:13:28    Desc
Imaged Certificate of Notice    Page 8 of 14

| District/off: 0312-3 | User: admin | Page 5 of 11 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Zachary Lee Prince desklar@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| David E. Sklar | on behalf of Creditor Flori Marquez desklar@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| David J. Adler | on behalf of Creditor Committee Official Committee of Unsecured Creditors DAdler@McCarter.com |
| David J. Adler | on behalf of Creditor Committee McCarter & English  LLP DAdler@McCarter.com |
| David J. Adler | on behalf of Attorney McCarter & English DAdler@McCarter.com |
| Deborah Kovsky Apap | on behalf of Interested Party Ad Hoc Committee of Wallet Account Holders deborah.kovsky@troutman.com susan.henry@troutman.com |
| Donald W Clarke | on behalf of Attorney Genova Burns LLC dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Plaintiff Official Committee Of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Attorney Haynes and Boone LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Attorney Brown Rudnick LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Creditor Committee Official Committee of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Creditor Committee Official Committee Of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Other Prof. Plan Administrator  on Behalf of Post-Confirmation Debtor dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Other Prof. Elementus  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Other Prof. M3 Partners dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | on behalf of Other Prof. Plan Administrator  On Behalf of the Post-Confirmation Debtor dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Douglas J. McGill | on behalf of Creditor Gary Ford dmcgill@webbermcgill.com |
| Douglas J. McGill | on behalf of Creditor Ad Hoc Committee of Collaterized Loan Account Holders dmcgill@webbermcgill.com |
| Douglas T Tabachnik | on behalf of Defendant Primeblock Operations LLC dtabachnik@dttlaw.com  rdalba@dttlaw.com |
| Elisabeth Bruce | on behalf of Interested Party Internal Revenue Service elisabeth.m.bruce@usdoj.gov ari.d.kunofsky@usdoj.gov;eastern.taxcivil@usdoj.gov |
| Felice R. Yudkin | on behalf of Debtor BlockFi Inc. fyudkin@coleschotz.com  fpisano@coleschotz.com |
| Frank F. Velocci | on behalf of Interested Party Bermuda Joint Provisional Liquidators of BlockFi International Ltd. frank.velocci@faegredrinker.com  cathy.greer@faegredrinker.com |
| Gaston P. Loomis, II | on behalf of Creditor New Jersey Bureau of Securities gloomis@mdmc-law.com  scarney@mdmc-law.com |
| Gregory S. Kinoian | on behalf of Plaintiff Official Committee Of Unsecured Creditors gkinoian@genovaburns.com |
| Gregory S. Kinoian | on behalf of Creditor Committee Official Committee of Unsecured Creditors gkinoian@genovaburns.com |

Case 22-19361-MBK    Doc 2392    Filed 09/11/24    Entered 09/12/24 00:13:28    Desc
Imaged Certificate of Notice    Page 9 of 14

| District/off: 0312-3 | User: admin | Page 6 of 11 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Gregory S. Kinoian | on behalf of Creditor Committee Official Committee Of Unsecured Creditors gkinoian@genovaburns.com |
| Hugh McDonald | on behalf of Creditor Three Arrows Fund Ltd hugh.mcdonald@pillsburylaw.com john.murphy@troutman.com |
| Jack Shrum | on behalf of Creditor John M. Von Pischke jshrum@jshrumlaw.com |
| James C Vandermark | on behalf of Creditor Salesforce  Inc. vandermarkj@whiteandwilliams.com, vandermark.jamesr106165@notify.bestcase.com |
| James C Vandermark | on behalf of Creditor Slack Technologies  Inc. vandermarkj@whiteandwilliams.com, vandermark.jamesr106165@notify.bestcase.com |
| James L Bromley | on behalf of Interested Party FTX Trading Ltd and Affiliated Debtors bromleyj@sullcrom.com |
| Jason D. Angelo | on behalf of Creditor Bryant F. Foulger JAngelo@reedsmith.com sshidner@mdmc-law.com;smullen@mdmc-law.com |
| Jeffrey Bernstein | on behalf of Creditor New Jersey Bureau of Securities jbernstein@mdmc-law.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jeffrey M. Traurig | on behalf of Examiner Elise S. Frejka jtraurig@trauriglaw.com |
| Jeffrey M. Traurig | on behalf of Attorney Traurig Law LLC jtraurig@trauriglaw.com |
| Jessica Cole | on behalf of Interested Party United States of America jessica.cole@usdoj.gov |
| Jessica Cole | on behalf of Defendant United States of America jessica.cole@usdoj.gov |
| Joao Ferreira Magalhaes | on behalf of Creditor John William Van Tubergen Jr. jmagalhaes@connellfoley.com |
| John Piskora | on behalf of Creditor Deferred 1031 LLC jpiskora@loeb.com nydocket@loeb.com,dbesikof@loeb.com |
| John Piskora | on behalf of Creditor Deferred 1031 Series 4 LLC jpiskora@loeb.com nydocket@loeb.com,dbesikof@loeb.com |
| John C. Goodchild | on behalf of Defendant Emergent Fidelity Technologies Ltd. john.goodchild@morganlewis.com |
| John C. Goodchild | on behalf of Interested Party Emergent Fidelity Technologies Ltd john.goodchild@morganlewis.com |
| John C. Goodchild | on behalf of Creditor Emergent Fidelity Technologies Ltd. john.goodchild@morganlewis.com |
| John C. Kilgannon | on behalf of Interested Party Towards Equilibrium  LLC john.kilgannon@stevenslee.com |
| John C. Kilgannon | on behalf of Creditor Equi Real Estate Fund  LP john.kilgannon@stevenslee.com |
| John C. Kilgannon | on behalf of Creditor Equi Growth Fund  LP john.kilgannon@stevenslee.com |
| John C. Kilgannon | on behalf of Creditor Equi Balanced Fund  LP john.kilgannon@stevenslee.com |
| John D. Giampolo | on behalf of Interested Party Paperless Inc.  d/b/a Paperless Post jgiampolo@rosenbergestis.com |
| John W. Weiss | on behalf of Interested Party The Foreign Representatives of Three Arrows Capital  Ltd. (in liquidation) jweiss@pashmanstein.com |
| Jonathan Ohring | on behalf of Defendant QED Capital LLC jonathan@yankwitt.com docketing@yankwitt.com |
| Jonathan Ohring | on behalf of Defendant Sherry Witter jonathan@yankwitt.com docketing@yankwitt.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 7 of 11 |
| Date Rcvd: Sep 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Joseph M. Shapiro
    on behalf of Creditor John A. Javes jshapiro@middlebrooksshapiro.com

Joseph M. Shapiro
    on behalf of Creditor Wilson Cotrim jshapiro@middlebrooksshapiro.com

Joshua S. Bauchner
    on behalf of Creditor Kyle Klaus jbauchner@mblawfirm.com courtfilings@ansellgrimm.com;ajd@ansellgrimm.com

Kaitlin R. Walsh
    on behalf of Defendant Marex Capital Markets Inc. f/k/a ED&F Man Capital Markets Inc. krwalsh@mintz.com, docketing@mintz.com

Kaitlin R. Walsh
    on behalf of Defendant ED&F Man Capital Markets Inc. krwalsh@mintz.com, docketing@mintz.com

Kaitlin R. Walsh
    on behalf of Creditor Marex Capital Markets Inc. krwalsh@mintz.com docketing@mintz.com

Kenneth Aulet
    on behalf of Creditor Committee Official Committee of Unsecured Creditors hcohen@brownrudnick.com

Kristin Mayhew
    on behalf of Creditor State of Connecticut Department of Banking kmayhew@pullcom.com, rmccoy@pullcom.com

Kurt F. Gwynne
    on behalf of Creditor The Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com

Kurt F. Gwynne
    on behalf of Interested Party The Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com

Kurt F. Gwynne
    on behalf of Creditor Bryant F. Foulger kgwynne@reedsmith.com

Kurt F. Gwynne
    on behalf of Interested Party Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com

Kyle McEvilly
    on behalf of Unknown Role Type Ankura Trust Company LLC kmcevilly@gibbonslaw.com

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Lisa Faucher
    lfaucher@cherokeeacq.com

Mark Sheridan
    on behalf of Defendant Axis Insurance Company mark.sheridan@squirepb.com maria.delpinho@squirepb.com,rudy.green@squirepb.com,mark-sheridan-6048@ecf.pacerpro.com,rudy-green-3307@ecf.pacerpro.com

Mark Christopher Errico
    on behalf of Defendant Axis Insurance Company mark.errico@squirepb.com maria.depinho@squirepb.com;mark-c-errico-7862@ecf.pacerpro.com;rudy.green@squirepb.com;rudy-green-3307@ecf.pacerpro.com

Mary E Putnick
    on behalf of Creditor Shaoky Taraman marybeth@putnicklegal.com hpenrose@awkolaw.com

Mary E Putnick
    on behalf of Creditor Noah Powell marybeth@putnicklegal.com hpenrose@awkolaw.com

Meredith Mitnick
    on behalf of Creditor Deserve Inc. mmitnick@goodwinlaw.com

Michael D. Sirota
    on behalf of Debtor BlockFi International Ltd. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Plaintiff BlockFi Services Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Defendant BlockFi Wallet LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor BlockFi Services Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 8 of 11 |
| Date Rcvd: Sep 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

.com

Michael D. Sirota

on behalf of Defendant BlockFi Services  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BlockFi Ventures LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BlockFi Wallet LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Defendant BlockFi Trading LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Defendant BlockFi Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BlockFi Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Defendant BlockFi Lending LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Plaintiff BlockFi Lending LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Defendant BlockFi Lending II LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Defendant BlockFi Ventures LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Plaintiff BlockFi Trading  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BlockFi Investment Products LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Plaintiff BlockFi Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BlockFi Trading LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Defendant BlockFi International Ltd. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

Case 22-19361-MBK    Doc 2392    Filed 09/11/24    Entered 09/12/24 00:13:28    Desc
Imaged Certificate of Notice    Page 12 of 14

| District/off: 0312-3 | User: admin | Page 9 of 11 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff BlockFi International Ltd. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Plaintiff BlockFi Investment Products LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Plaintiff BlockFi Wallet LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Plaintiff BlockFi Ventures LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Defendant BlockFi Investment Products LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Plaintiff BlockFi Lending II LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor BlockFi Lending II LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor BlockFi Lending LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael S. Etkin | |
| | on behalf of Interested Party Proposed Lead Plaintiff in Securities Class Action metkin@lowenstein.com |
| Michael S. Etkin | |
| | on behalf of Interested Party Cameron Wyatt metkin@lowenstein.com |
| Nicole A. Leonard | |
| | on behalf of Creditor New Jersey Bureau of Securities nleonard@mdmc-law.com gbressler@mdmc-law.com |
| Paul J. Winterhalter | |
| | on behalf of Creditor Moneeb Waseem pwinterhalter@offitkurman.com cballasy@offitkurman.com |
| Peter Y. Lee | |
| | on behalf of Creditor Renard Ihlenfeld peter.lee@leeadvocates.com |
| Rachel Ehrlich Albanese | |
| | on behalf of Defendant U.S. Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | |
| | on behalf of Defendant Berkley Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | |
| | on behalf of Other Prof. Berkshire Hathaway Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | |
| | on behalf of Other Prof. XL Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | |
| | on behalf of Other Prof. Berkley Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | |
| | on behalf of Defendant Berkshire Hathaway Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | |
| | on behalf of Other Prof. Arch Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | |
| | on behalf of Defendant Arch Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | |
| | on behalf of Other Prof. U.S. Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |

Case 22-19361-MBK    Doc 2392    Filed 09/11/24    Entered 09/12/24 00:13:28    Desc
Imaged Certificate of Notice    Page 13 of 14

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 10 of 11 |
| Date Rcvd: Sep 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Rachel Ehrlich Albanese
    on behalf of Defendant XL Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com

Richard Kanowitz
    on behalf of Plaintiff BlockFi International Ltd. richard.kanowitz@haynesboone.com

Richard Kanowitz
    on behalf of Plaintiff BlockFi Lending LLC richard.kanowitz@haynesboone.com

Richard Kanowitz
    on behalf of Debtor BlockFi Inc. richard.kanowitz@haynesboone.com

Richard Kanowitz
    on behalf of Plaintiff BlockFi Inc. richard.kanowitz@haynesboone.com

Richard G. Placey
    on behalf of Stockholder Samuel L. Bankman-Fried rplacey@mmwr.com
    plorenz@mmwr.com;pat-lorenz-montgomery-mccracken-walker-rhoads-llp-7123@ecf.pacerpro.com

Robert Drain
    on behalf of Mediator Robert D. Drain robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com

Robert Malone
    on behalf of Unknown Role Type Ankura Trust Company LLC rmalone@gibbonslaw.com, nmitchell@gibbonslaw.com

Robert Aaron Benjamin
    on behalf of Creditor National Union Fire Insurance Company of Pittsburgh Pa. rbenjamin@kbrlaw.com

Robert Aaron Benjamin
    on behalf of Defendant National Union Fire Insurance Company of Pittsburgh PA rbenjamin@kbrlaw.com

Robert M. Schechter
    on behalf of Creditor Flori Marquez rmschechter@pbnlaw.com
    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Robert M. Schechter
    on behalf of Creditor Zachary Lee Prince rmschechter@pbnlaw.com
    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

Russell Marc Yankwitt
    on behalf of Defendant Sherry Witter russell@yankwitt.com docketing@yankwitt.com

Russell Marc Yankwitt
    on behalf of Defendant QED Capital LLC russell@yankwitt.com docketing@yankwitt.com

Sam Della Fera, Jr
    on behalf of Defendant Vrai Nom Investment Limited sdellafera@csglaw.com

Sam Della Fera, Jr
    on behalf of Creditor Vrai Nom Investment Limited sdellafera@csglaw.com

Scott Fleischer
    on behalf of Creditor Rui Pedro Vaz dos Santos Teixeira sfleischer@barclaydamon.com scott-fleischer-2734@ecf.pacerpro.com

Sean James Mack
    on behalf of Defendant Fiorenzo Manganiello smack@pashmanstein.com
    smack@pashmanstein.com;Jpadilla@pashmanstein.com

Sean James Mack
    on behalf of Defendant Digistar Norway AS smack@pashmanstein.com smack@pashmanstein.com;Jpadilla@pashmanstein.com

Sean James Mack
    on behalf of Defendant Nessim-Sariel Gaon smack@pashmanstein.com smack@pashmanstein.com;Jpadilla@pashmanstein.com

Seth Brandon Shapiro
    on behalf of Interested Party United States of America seth.shapiro@usdoj.gov

Seth Brandon Shapiro
    on behalf of Defendant United States of America seth.shapiro@usdoj.gov

Seth David Griep
    on behalf of Other Prof. Endurance American Specialty Insurance Company sgriep@kaufmandolowich.com
    slegros@kaufmandolowich.com

Seth David Griep
    on behalf of Defendant Endurance American Insurance Company sgriep@kaufmandolowich.com
    slegros@kaufmandolowich.com

Stuart M. Brown
    on behalf of Defendant Arch Insurance Company stuart.brown@us.dlapiper.com
    DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Stuart M. Brown

Case 22-19361-MBK    Doc 2392    Filed 09/11/24    Entered 09/12/24 00:13:28    Desc
Imaged Certificate of Notice    Page 14 of 14

| District/off: 0312-3 | User: admin | Page 11 of 11 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant U.S. Specialty Insurance Company stuart.brown@us.dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Stuart M. Brown | on behalf of Defendant XL Specialty Insurance Company stuart.brown@us.dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Stuart M. Brown | on behalf of Defendant Berkley Insurance Company stuart.brown@us.dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Stuart M. Brown | on behalf of Defendant Berkshire Hathaway Specialty Insurance Company stuart.brown@us.dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Susan Long | on behalf of Other Prof. Plan Administrator on Behalf of Post-Confirmation Debtor slong@genovaburns.com |
| Susan Long | on behalf of Other Prof. Plan Administrator On Behalf of the Post-Confirmation Debtor slong@genovaburns.com |
| Sydney Schubert | on behalf of Attorney Genova Burns LLC sschubert@genovaburns.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia T. Shea | on behalf of Creditor New Jersey Bureau of Securities vshea@mdmc-law.com  gbressler@mdmc-law.com |
| Warren A. Usatine | on behalf of Debtor BlockFi Inc. wusatine@coleschotz.com  fpisano@coleschotz.com |
| Warren J. Martin, Jr. | on behalf of Creditor Flori Marquez wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com |
| Warren J. Martin, Jr. | on behalf of Creditor Zachary Lee Prince wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com |
| Wendy M Simkulak | on behalf of Other Prof. ACE American Insurance Company wmsimkulak@duanemorris.com |
| Wendy M Simkulak | on behalf of Creditor Chubb Companies wmsimkulak@duanemorris.com |
| Wendy M Simkulak | on behalf of Defendant ACE American Insurance Company wmsimkulak@duanemorris.com |

TOTAL: 233