FILED
JEANNE A. NAUGHTON, CLERK
SEP 16 2024
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

PAID
$298.00
R# 60000691

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| George J. Gerro, Esq.<br>530 S. Glenoaks Blvd., Suite 200<br>Burbank, CA 91502<br>Tel: (818) 840-0000<br>George@GerroLaw.com<br><br>*Pro Se Creditor and Appellant* | |
| In Re:<br><br>BLOCKFI INC., *et al.*,[1]<br><br>Debtors. | Case No.: 22-19361 (MBK)<br>(Jointly Administered)<br><br>Chapter 11<br><br>Honorable Michael B. Kaplan |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION OF CREDITOR GEORGE J. GERRO

**Part 1: Identify the Appellant(s)**

1. **Name(s) of appellant(s):** George J. Gerro.

2. **Position of appellant(s) in the bankruptcy case that is the subject of this appeal:** Appellant is a disallowed claimant with respect to Proof of Claim No. 12386.

**Part 2: Identify the subject of this appeal**

1. **Describe the judgment, order, or decree appealed from:** Appellant, pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure rule 8001(a), hereby gives notice

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

1

of appeal to the United States District Court for the District of New Jersey from the part of the *Order Overruling Objections of George J. Gerro and John W. Van Tubergen and Approving Notice of Disputed Claims Reserve* [Docket No. 1431] (the "Order", annexed hereto as Exhibit "A") entered on September 10, 2024 by the United States Bankruptcy Court for the District of New Jersey, to the extent that it authorizes a Zero ($0) disputed claim reserve for the claim of Appellant George J. Gerro and overrules *George J. Gerro's Objection to Debtor BlockFi Lending LLC's Request to Hold Zero Dollars ($0) in Reserve for Gerro's Claim Currently Pending Appeal Before the United States Federal Court for the District of New Jersey, Entitled In re BlockFi (Gerro v. BlockFi Lending LLC) CASE NO. 23-CV-18750* [Docket No. 2367].

2. **State the date on which the judgment, order, or decree was entered:** The Order was entered on September 10, 2024.

**Part 3: Identify the other parties to the appeal:**

**List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:**

| Party | Attorneys |
|---|---|
| Objector and Appellant:<br>George J. Gerro | George J. Gerro, Esq.<br>530 S. Glenoaks Blvd., Suite 200<br>Burbank, CA 91502<br>(818) 845-3030<br>George@GerroLaw.com |
| Appellee, Debtor, and Plan Administrator: BlockFi Lending LLC | BROWN RUDNICK LLP<br>Kenneth J. Aulet, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>BROWN RUDNICK LLP<br>Tristan Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111 |

|  | (617) 856-8300<br>taxelrod@brownrudnick.com<br><br>BROWN RUDNICK LLP<br>Matthew A. Sawyer, Esq. (admitted pro hac vice)<br>One Financial Center<br>Boston, MA 02111<br>(617) 856-8300<br>msawyer@brownrudnick.com<br><br>GENOVA BURNS LLC<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>HAYNES AND BOONE, LLP<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>lauren.sisson@haynesboone.com |
|---|---|

**Part 4: Not Applicable (No BAP in this District).**

**Part 5: Signature.**

Dated: September 13, 2024

/s/ George J. Gerro
George J. Gerro, Esq.
530 S. Glenoaks Blvd., Suite 200
Burbank, California 91502
Phone: (818) 845-3030
Email: George@GerroLaw.com

*Pro Se Creditor and Appellant*

3




