# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re: : Case no.: _____
:
: Chapter: _____
:
Debtor(s) : Adv. Pro. No.: _____
_____:

## CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL

I _____, Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On _____ a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated _____ was filed.

A copy of the appeal was served on the following parties on _____.

| Name of Party (relationship to appeal) | Address of Party | Method of Service |
|---|---|---|
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| | | ❏ Notice of Electronic Filing (NEF) <br> ❏ U. S. Mail |
| | | ❏ Notice of Electronic Filing (NEF) <br> ❏ U. S. Mail |
| | | ❏ Notice of Electronic Filing (NEF) <br> ❏ U. S. Mail |
| | | ❏ Notice of Electronic Filing (NEF) <br> ❏ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: _____  By: _____
Deputy Clerk

*rev. 1/13/17*

| Name of Party Served | Cf f t guu'qh'Rct v{ | Mgyj qf  of Service |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |