UNITED STATES BANKRUPTCY COURT

District of New Jersey

| | | |
|---|---|---|
| In re: | Chapter: | 22-19361-MBK |
| BlockFi Inc. | Case Number: | |
| | Civil Number: | |
| | Adversary Number: | |
| | Bankruptcy Judge: | Gravelle |

## TRANSMITTAL OF DOCUMENT(S) TO:
☒ **DISTRICT COURT**   ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal    ☒ Order being Appealed    ☐ Designation of Record on Appeal
☐ Statement of Issues    ☐ Transcript    ☐ Transcript Ordered On: _____
☐ Motion for Leave to Appeal    ☐ Certification of Failure to File Designation    ☐ Motion to Withdraw the Reference
☐ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on 9/16/24. The parties to the appeal are:
Additional Appellee(s) on page 2

| | | | |
|---|---|---|---|
| Appellant(s): | George J. Gerr, creditor | Appellee(s): | Kenneth J. Aulet, Esq. |
| Attorney: | George J. Gerro, Esq | Attorney: | (admitted pro hac vice) |
| Address: | 530 S. Glenoaks Blvd. Suite 200 | Address: | Seven Times Square |
| | Burbank, CA 91502 | | New York, New York 10036 |

Title of Order Appealed:    ORDER OVERRULING OBJECTIONS OF GEORGE J. GERRO AND JOHN W. VAN TUBERGEN AND APPROVING NOTICE OF DISPUTED CLAIMS RESERVE

Date Entered On Docket:    9/10/24

☐    An appeal has not previously been filed in this case.

☒    The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| 23-CV-18740-ZNQ. | Judge Zahid N. Quraishi | 9/8/23 |
| 23-CV-21306-ZNQ. | Judge Zahid N. Quraishi | 10/9/23 |
| 23-CV-23282-ZNQ. | Judge Zahid N. Quraishi | 11/21/23 |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____
By: _____    Date: _____

Appellee(s): BROWN RUDNICK LLP

Attorney: Tristan Axelrod, Esq.  (admitted pro hac vice)

Address: One Financial Center

Boston, MA 02111

Appellee(s): BROWN RUDNICK LLP

Attorney: Matthew A. Sawyer, Esq. (admitted pro hac vice)

Address: One Financial Center

Boston, MA 02111

Appellee(s): HAYNES AND BOONE, LLP

Attorney: Richard S. Kanowitz, Esq.  Lauren M. Sisson, Esq.

Address: 30 Rockefeller Plaza, 26th Floor New York, New York 10112

Appellee(s): GENOVA BURNS LLC

Attorney: Daniel M. Stolz, Esq. Donald W. Clarke, Esq

Address: 110 Allen Rd., Suite 304 Basking Ridge, NJ 07920