**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BlockFi Inc., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 10, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via First Class Mail on the Supplemental Affected Claimants Service List attached hereto as **Exhibit A**:

- Notice of Wind-down Debtors' Supplemental Schedule of KYC/AML Accounts Subject to Motion to Approve KYC/AML Protocols for US-Based Accounts [Docket No. 2359] (the "***Supplemental Schedule of KYC/AML Accounts***")

On September 11, 2024, at my direction and under my supervision, employees of Kroll caused the Supplemental Schedule of KYC/AML Accounts and the following documents to be served via First Class Mail on the Supplemental Affected Claimants Service List attached hereto as **Exhibit B**:

- Notice of Wind-Down Debtors' Motion to Approve KYC/AML Protocols for US-Based Accounts [Docket No. 2349] (the "***Motion to Approve Protocols***")

- Notice of Wind-Down Debtors' Motion for Authority to Redact and File Certain Information Under Seal in Connection With the Wind-down Debtors' Motion to Approve KYC/ALM Protocols for US-Based Accounts [Docket No. 2350] (the "***NOM Motion to Seal KYC AML***")

On September 16, 2024, at my direction and under my supervision, employees of Kroll caused the Supplemental Schedule of KYC/AML Accounts, Motion to Approve Protocols, and NOM Motion to Seal KYC AML to be served via First Class Mail on the Supplemental Affected Claimants Service List attached hereto as **Exhibit C**.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

On September 16, 2024, at my direction and under my supervision, employees of Kroll caused the Supplemental Schedule of KYC/AML Accounts to be served via First Class Mail on the Affected Claimants Service List attached hereto as **Exhibit D**.

On September 17, 2024, at my direction and under my supervision, employees of Kroll caused the Supplemental Schedule of KYC/AML Accounts, Motion to Approve Protocols, and NOM Motion to Seal KYC AML to be served via First Class Mail on the (ADRID: 11578184), whose name and address has been redacted in the interest of privacy.

Dated: September 18, 2024

                                                            /s/ *Paul Pullo*
                                                            Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 18, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

**<u>Exhibit A</u>**

Exhibit A

Supplemental Affected Claimants Service List

Served as First Class Mail

| ADDRESS ID | NAME | ADDRESS |
|---|---|---|
| 11833119 | Name on file | Address on file |
| 11646469 | Name on file | Address on file |
| 11818845 | Name on file | Address on file |

In re: BlockFi Inc., *et al.*
Case No. 22-19361 (MBK)

Page 1 of 1

**<u>Exhibit B</u>**

Exhibit B

Supplemental Affected Claimants Service List

Served via First Class Mail

| AddressID | Name | Address1 |
|---|---|---|
| 11598321 | Name on file | Address on file |
| 10595360 | Name on file | Address on file |

In re: BlockFi Inc., *et al.*
Case No. 22-19361 (MBK)

Page 1 of 1

**Exhibit C**

Exhibit C

Supplemental Affected Claimants Service List

Served via First Class Mail

| ADDRESS ID | NAME | ADDRESS |
| --- | --- | --- |
| 11807220 | Name on file | Address on file |
| 11804746 | Name on file | Address on file |
| 11762946 | Name on file | Address on file |

**<u>Exhibit D</u>**

Exhibit D

Supplemental Affected Claimants Service List

Served via First Class Mail

| ADDRESS ID | NAME | ADDRESS |
| --- | --- | --- |
| 11576089 | Name on file | Address on file |
| 11571165 | Name on file | Address on file |
| 11753313 | Name on file | Address on file |
| 11800193 | Name on file | Address on file |
| 11658448 | Name on file | Address on file |
| 11831182 | Name on file | Address on file |
| 11837318 | Name on file | Address on file |