UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re:                                                     Chapter: _____

                                                               Case Number: _____

                                                               Civil Number: _____

                                                      Adversary Number: _____

                                                       Bankruptcy Judge: _____

**TRANSMITTAL OF DOCUMENT(S) TO:**
❑ **DISTRICT COURT**    ❑ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:
                                                            Appellant

❑ Notice of Appeal       ❑ Order being Appealed       ❑ Designation of Record on Appeal

❑ Statement of Issues       ❑ Transcript       ❑ Transcript Ordered On: _____

❑ Motion for Leave to Appeal    ❑ Certification of Failure to File Designation    ❑ Motion to Withdraw the Reference

❑ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____. The parties to the appeal are:
                                                                                                                 Additional Appellee(s) on page 2

Appellant(s): _____      Appellee(s): _____

Attorney: _____      Attorney: _____

Address: _____      Address: _____

          _____                  _____

Title of Order Appealed: _____

Date Entered On Docket: _____

❑    An appeal has not previously been filed in this case.

❑    The following list contains information regarding all appeals previously filed in this case:

| **District Court Case Number** | **District Court Judge Assigned** | **Date of Transmission of Record to District Court** |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

---

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____      Judge assigned: _____

By: _____      Date: _____

*rev. 8/28/17*

Appellee(s): BROWN RUDNICK LLP

Attorney: Tristan Axelrod, Esq.   (admitted pro hac vice)

Address: One Financial Center

Boston, MA 02111

Appellee(s): BROWN RUDNICK LLP

Attorney: Matthew A. Sawyer, Esq. (admitted pro hac vice)

Address: One Financial Center

Boston, MA 02111

Appellee(s): HAYNES AND BOONE, LLP

Attorney: Richard S. Kanowitz, Esq.  Lauren M. Sisson, Esq.

Address: 30 Rockefeller Plaza, 26th Floor New York, New York 10112

Appellee(s): GENOVA BURNS LLC

Attorney: Daniel M. Stolz, Esq. Donald W. Clarke, Esq

Address: 110 Allen Rd., Suite 304 Basking Ridge, NJ 07920