UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re: 

| | |
|---|---|
| Chapter: | _____ |
| Case Number: | _____ |
| Civil Number: | _____ |
| Adversary Number: | _____ |
| Bankruptcy Judge: | _____ |

**TRANSMITTAL OF DOCUMENT(S) TO:**
❑ **DISTRICT COURT**   ❑ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted: Appellee

❑ Notice of Appeal    ❑ Order being Appealed    ❑ Designation of Record on Appeal

❑ Statement of Issues    ❑ Transcript    ❑ Transcript Ordered On: _____

❑ Motion for Leave to Appeal    ❑ Certification of Failure to File Designation    ❑ Motion to Withdraw the Reference

❑ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____. The parties to the appeal are:
Additional Appellee(s) on page 2

Appellant(s): _____    Appellee(s): _____

Attorney: _____    Attorney: _____

Address: _____    Address: _____

_____    _____

Title of Order Appealed: _____

Date Entered On Docket: _____

❑ An appeal has not previously been filed in this case.

❑ The following list contains information regarding all appeals previously filed in this case:

| **District Court Case Number** | **District Court Judge Assigned** | **Date of Transmission of Record to District Court** |
|---|---|---|
| | | |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____

By: _____    Date: _____

*rev. 8/28/17*

Appellee(s): BROWN RUDNICK LLP

Attorney: Tristan Axelrod, Esq.   (admitted pro hac vice)

Address: One Financial Center

Boston, MA 02111


Appellee(s): BROWN RUDNICK LLP

Attorney: Matthew A. Sawyer, Esq. (admitted pro hac vice)

Address: One Financial Center

Boston, MA 02111


Appellee(s): HAYNES AND BOONE, LLP

Attorney: Richard S. Kanowitz, Esq.  Lauren M. Sisson, Esq.

Address: 30 Rockefeller Plaza, 26th Floor New York, New York 10112


Appellee(s): GENOVA BURNS LLC

Attorney: Daniel M. Stolz, Esq. Donald W. Clarke, Esq

Address: 110 Allen Rd., Suite 304 Basking Ridge, NJ 07920