# EXHIBIT A

# (PROPOSED ORDER)