# EXHIBIT E-2

CIV-110

| | | |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY**<br>NAME: George J. Gerro<br>FIRM NAME: in pro per<br>STREET ADDRESS: 530 S. Glenoaks Blvd., Suite 201<br>CITY: Burbank   STATE: CA   ZIP CODE: 91502<br>TELEPHONE NO.: (818) 845-3030   FAX NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (name): George J. Gerro | STATE BAR NUMBER: 325168 | **FOR COURT USE ONLY**<br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br>**08/19/2024**<br>David W. Slayton, Executive Officer / Clerk of Court<br>By: _D. Carroll_ Deputy |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: 300 E. Olive Ave.
MAILING ADDRESS: 300 E. Olive Ave.
CITY AND ZIP CODE: Burbank, CA 91502
BRANCH NAME: Burbank Courthouse

PLAINTIFF/PETITIONER: George J. Gerro
DEFENDANT/RESPONDENT: BlockFi Lending LLC, et al.

**REQUEST FOR DISMISSAL**

CASE NUMBER: 20BBCV00308

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice   (2) ☒ Without prejudice
   b. (1) ☐ Complaint   (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name): _____ on (date): _____
      (4) ☐ Cross-complaint filed by (name): _____ on (date): _____
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☒ Other (specify):* Defendant BlockFi Lending LLC

2. (Complete in all cases except family law cases.)
   The court ☐ did   ☒ did not   waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).

Date: August 19, 2024

George J. Gerro
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☒ PARTY WITHOUT ATTORNEY)

▶ _George Gerro_ (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed

Attorney or party without attorney for:
☒ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross-Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**
Date: _____

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

▶ _____ (SIGNATURE)

** If a cross-complaint - or Response (Family Law) seeking affirmative relief - is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner   ☐ Defendant/Respondent
☐ Cross-Complainant

4. ☒ Dismissal entered as requested on (date): 08/19/2024
5. ☒ Dismissal entered on (date): 08/19/2024 as to only (name): •^^Æa[ ç^Æ̀aD
6. ☐ Dismissal **not entered** as requested for the following reasons (specify):

7. a. ☐ Attorney or party without attorney notified on (date):
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed   ☐ means to return conformed copy

Date: 08/19/2024   Clerk, by _D. Carroll_, Deputy

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. January 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

Electronically Received 08/19/2024 04:04 PM

|  | **CIV-110** |
|---|---|
| PLAINTIFF/PETITIONER: George J. Gerro<br>DEFENDANT/RESPONDENT: BlockFi Lending LLC, et al. | CASE NUMBER:<br>20BBCV00308 |

> **COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**
>
> If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name):* N/A

2. The person named in item 1 is *(check one below):*
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. All court fees and court costs that were waived in this action have been paid to the court *(check one):* ☐ Yes ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: August 19, 2024

George J. Gerro                                                          ▶ *George Gerro*
(TYPE OR PRINT NAME OF ☐ ATTORNEY  ☒ PARTY MAKING DECLARATION)                    (SIGNATURE)