# EXHIBIT G-2

George J. Gerro (SBN 325168)
530 S. Glenoaks Blvd., Suite 200
Burbank, CA 91502
(818) 845-3030

*Self-Represented*

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES, BURBANK COURTHOUSE**

| | |
|---|---|
| GEORGE GERRO, an individual, | **CASE NO.: 20BBCV00308** |
| Plaintiff, | |
| | **ASSIGNED FOR ALL PURPOSES TO:** |
| vs. | **Honorable Frank M. Tavelman** |
| | **Department A** |
| BLOCKFI LENDING LLC, a Delaware limited liability company; SCRATCH SERVICES, LLC, a Delaware limited liability company; and DOES 1 through 100, | **STIPULATION TO DISMISS DEFENDANTS BLOCKFI LENDING, LLC; BLOCKFI, INC.; [PROPOSED] ORDER THEREON** |
| Defendants. | |

**STIPULATION TO DISMISS DEFENDANTS**

WHEREAS, this action was stayed due to the bankruptcy of Defendant BlockFi Lending LLC ("BlockFi");

WHEREAS, on August 19, 2024, Plaintiff George Gerro ("Gerro") filed a request for dismissal without prejudice of Defendant BlockFi Lending LLC ("BlockFi"), the only BlockFi affiliated entity named in said action;

WHEREAS, on August 19, 2024, the above-entitled court entered dismissal of BlockFi;

WHEREAS, BlockFi requests that Gerro dismiss BlockFi with prejudice;

WHEREAS, the subject matter of the above-entitled action is still pending before the United States Federal Court of Appeals for the Third Circuit, so dismissal with prejudice is not intended to constitute *res judicata* of the claims contained herein;

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. BlockFi is dismissed with prejudice, but such dismissal shall not be claim preclusive.

2. BlockFi represents that BlockFi will not argue in any forum or tribunal that its dismissal necessitates claim preclusion, and Gerro reasonably relies upon BlockFi's representation.

3. No third-parties or privies of BlockFi may rely upon this dismissal as being claim preclusive.

4. This stipulation shall not in any manner undermine the power, jurisdiction, or ability of the United States Bankruptcy Court for the District of New Jersey, the United States District Court of New Jersey, or the United States Court of Appeals for the Third Circuit to render appropriate relief upon Gerro's claims which are currently pending, or may be pending in the future, before those courts.  Said courts shall retain the power to abstain, defer, or otherwise allow this Court to decide any remaining issues between the parties.

DATED: September ___, 2024                    HAYNES AND BOONE, LLP

                                              By:_____
                                              Mark Erickson
                                              Attorneys for Defendant BLOCKFI
                                              LENDING, LLC

**STIPULATION TO DISMISS DEFENDANTS**

DATED: September \_\_\_\_, 2024

By:_____
   George J. Gerro
   Self-Represented

**GOOD CAUSE APPEARING THEREFOR,**

**IT IS SO ORDERED.**

DATED: _____    _____
HON. FRANK M. TAVELMAN
JUDGE OF THE SUPERIOR COURT

2

**STIPULATION TO DISMISS DEFENDANTS**