Order Filed on October 9, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BROWN RUDNICK LLP
Kenneth J. Aulet, Esq.
Seven Times Square
New York, NY  10036
Telephone: (212) 209-4800
Fax: (212) 209-4801
Email: kaulet@brownrudnick.com

BROWN RUDNICK LLP
Sharon I. Dwoskin, Esq.
Tristan G. Axelrod, Esq.
One Financial Center
Boston, MA  02111
Telephone: (617) 856-8200
Fax:  (617) 856-8201
Email: sdwoskin@brownrudnick.com
       taxelrod@brownrudnick.com

*Counsel for the Plan Administrator*

| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |
|---|---|

# FINAL DECREE CLOSING CERTAIN
# CHAPTER 11 CASES AND GRANTING RELIEF

The relief requested on the following passed is hereby **ORDERED**.

**DATED: October 9, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

[1]

Upon the *Wind-Down Debtors' Motion for Final Decree Closing Certain Chapter 11 Cases and Granting Related Relief* (the "Motion") for entry of this "Order" pursuant to Sections 105(a) and 350(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 3022-1 of the of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), as well as contemplated by the *Revised Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement Relating to the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code on a Final Basis and (II) Confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications)* [Docket No. 1660 in Lead Case No. 22-19361] (the "Confirmation Order") and Article IV.M of the *Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications)* (attached as Exhibit A to the Confirmation Order, the "Plan"), (a) issuing a final decree and closing the Fully Administered Cases as set forth on Schedule 1 attached hereto, (b) authorizing the Wind-Down Debtors to amend the schedule of Fully Administered Cases by submitting a proposed form of order to the Court, and without further notice or hearing, and (c) granting such related relief as this Court deems just and proper, all as more fully set forth in the Motion; and the Court having determined just cause exists for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. The Fully Administered Cases listed on Schedule 1 annexed hereto are hereby closed.

3. Notwithstanding the possible application of Bankruptcy Rules 6004(g), 7062, 9014, or otherwise, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

4. In lieu of filing individual closing reports in each of the Fully Administered Cases, a consolidated closing report with respect to all of the Chapter 11 Cases shall be filed in the case of BLOCKFI INC., Case No. 22-19361 (MBK) (the "Lead Case").

5. Within thirty (30) days of the entry of this Order, the Wind-Down Debtors and/or the Plan Administrator shall file with the Court the first quarter, second quarter, third quarter and fourth quarter 2024 Post-Confirmation Quarterly Reports (UST Form 11-PCR) for the Fully Administered Cases and provide copies to the Office of the United States Trustee (the "Quarterly Fee Statements").

6. The Wind-Down Debtors and/or the Plan Administrator shall timely pay any and all statutory fees due to the United States Trustee pursuant to 28 U.S.C. §1930(a)(6) including, but not limited to the third and fourth quarters of 2024 for the Fully Administered Cases (as well as any other outstanding statutory fees and costs as of the date of this Order) within ten (10) days of filing of the Quarterly Fee Statements.

7. Should the Wind-Down Debtors and/or the Plan Administrator fail to file any and all outstanding Quarterly Fee Statements, provide disbursement information or pay statutory fees within the time-frame set forth above, or otherwise comply with this Order, the Fully Administered Cases will be reopened, *nunc pro tunc*, to the date this Order is entered, upon submission of a Certification of Default by the United States Trustee, by and through counsel, on five (5) days'

notice to the Wind-Down Debtors/Plan Administrator and counsel to the Wind-Down Debtors/Plan Administrator, without the need for filing a separate motion, to reopen the cases. The Wind-Down Debtors consent to the reopening of these cases pursuant to the procedures as set forth herein.

8. To the extent the Wind-Down Debtors seek to close any other cases or amend the list of Fully Administered Cases, the Wind-Down Debtors shall provide appropriate notice and schedule a hearing.

9. Entry of this Final Decree is without prejudice to the rights of any party in interest to seek to reopen any of the Fully Administered Cases for cause shown.

10. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Final Decree, or as further described in the Plan.

11. The Wind-Down Debtors are authorized to take all actions necessary to effectuate the relief granted in this Final Decree.

10. The Clerk of Court shall enter a copy of this Final Decree in each of the Fully Administered Cases.

Case 22-19361-MBK    Doc 2451    Filed 10/09/24    Entered 10/09/24 23:35:24    Desc Main
Document    Page 5 of 5

Case 22-19361-MBK    Doc 2445-1    Filed 10/08/24    Entered 10/08/24 13:48:05    Desc
Application for Final Decree and Closing Certain Chapter 11 Cases and Granting R    Page 14 of 14

## SCHEDULE 1

**Fully Administered Cases**

| Case Number | Debtor |
| --- | --- |
| 22-19370-MBK | BlockFi Investment Products LLC |
| 22-19374-MBK | BlockFi Lending II LLC |