UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| BROWN RUDNICK LLP<br>Kenneth J. Aulet, Esq.<br>Seven Times Square<br>New York, NY  10036<br>Telephone: (212) 209-4800<br>Fax: (212) 209-4801<br>Email: kaulet@brownrudnick.com<br><br>BROWN RUDNICK LLP<br>Sharon I. Dwoskin, Esq.<br>Tristan G. Axelrod, Esq.<br>One Financial Center<br>Boston, MA  02111<br>Telephone: (617) 856-8200<br>Fax:  (617) 856-8201<br>Email: sdwoskin@brownrudnick.com<br>            taxelrod@brownrudnick.com<br><br>*Counsel for the Plan Administrator* | **Order Filed on October 9, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>                      Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br><br>Jointly Administered |

# FINAL DECREE CLOSING CERTAIN
# CHAPTER 11 CASES AND GRANTING RELATED RELIEF

The relief requested on the following passed is hereby **ORDERED**.

**DATED: October 9, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

[1]

Upon the *Wind-Down Debtors' Motion for Final Decree Closing Certain Chapter 11 Cases and Granting Related Relief* (the "Motion") for entry of this "Order" pursuant to Sections 105(a) and 350(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 3022-1 of the of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), as well as contemplated by the *Revised Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement Relating to the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code on a Final Basis and (II) Confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications)* [Docket No. 1660 in Lead Case No. 22-19361] (the "Confirmation Order") and Article IV.M of the *Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications)* (attached as Exhibit A to the Confirmation Order, the "Plan"), (a) issuing a final decree and closing the Fully Administered Cases as set forth on Schedule 1 attached hereto, (b) authorizing the Wind-Down Debtors to amend the schedule of Fully Administered Cases by submitting a proposed form of order to the Court, and without further notice or hearing, and (c) granting such related relief as this Court deems just and proper, all as more fully set forth in the Motion; and the Court having determined just cause exists for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. The Fully Administered Cases listed on Schedule 1 annexed hereto are hereby closed.

3. Notwithstanding the possible application of Bankruptcy Rules 6004(g), 7062, 9014, or otherwise, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

4. In lieu of filing individual closing reports in each of the Fully Administered Cases, a consolidated closing report with respect to all of the Chapter 11 Cases shall be filed in the case of BLOCKFI INC., Case No. 22-19361 (MBK) (the "Lead Case").

5. Within thirty (30) days of the entry of this Order, the Wind-Down Debtors and/or the Plan Administrator shall file with the Court the first quarter, second quarter, third quarter and fourth quarter 2024 Post-Confirmation Quarterly Reports (UST Form 11-PCR) for the Fully Administered Cases and provide copies to the Office of the United States Trustee (the "Quarterly Fee Statements").

6. The Wind-Down Debtors and/or the Plan Administrator shall timely pay any and all statutory fees due to the United States Trustee pursuant to 28 U.S.C. §1930(a)(6) including, but not limited to the third and fourth quarters of 2024 for the Fully Administered Cases (as well as any other outstanding statutory fees and costs as of the date of this Order) within ten (10) days of filing of the Quarterly Fee Statements.

7. Should the Wind-Down Debtors and/or the Plan Administrator fail to file any and all outstanding Quarterly Fee Statements, provide disbursement information or pay statutory fees within the time-frame set forth above, or otherwise comply with this Order, the Fully Administered Cases will be reopened, *nunc pro tunc*, to the date this Order is entered, upon submission of a Certification of Default by the United States Trustee, by and through counsel, on five (5) days'

notice to the Wind-Down Debtors/Plan Administrator and counsel to the Wind-Down Debtors/Plan Administrator, without the need for filing a separate motion, to reopen the cases. The Wind-Down Debtors consent to the reopening of these cases pursuant to the procedures as set forth herein.

8. To the extent the Wind-Down Debtors seek to close any other cases or amend the list of Fully Administered Cases, the Wind-Down Debtors shall provide appropriate notice and schedule a hearing.

9. Entry of this Final Decree is without prejudice to the rights of any party in interest to seek to reopen any of the Fully Administered Cases for cause shown.

10. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Final Decree, or as further described in the Plan.

11. The Wind-Down Debtors are authorized to take all actions necessary to effectuate the relief granted in this Final Decree.

10. The Clerk of Court shall enter a copy of this Final Decree in each of the Fully Administered Cases.

Case 22-19361-MBK    Doc 2419    Filed 09/18/24    Entered 09/18/24 00:18:24    Desc
Application for Final Decree and Closing Certain Chapter 11 Cases and Granting R    Page 14 of 14
Case 22-19361-MBK    Doc 2402-1    Filed 09/11/24    Entered 09/11/24 00:08:24    Desc
Imaged Certificate of Notice    Page 5 of 16

# SCHEDULE 1

## Fully Administered Cases

| Case Number | Debtor |
| --- | --- |
| 22-19370-MBK | BlockFi Investment Products LLC |
| 22-19374-MBK | BlockFi Lending II LLC |

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19361-MBK |
| BlockFi Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 11 |
| Date Rcvd: Oct 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BlockFi Inc., c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019-5905 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2024              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Garber | on behalf of Creditor Kristen Vorhees agarber@wgwc-law.com |
| Adam S. Ravin | on behalf of Interested Party The Foreign Representatives of Three Arrows Capital Ltd. (in liquidation) adam.ravin@lw.com |
| Alan Stuart Maza | on behalf of Creditor Securities and Exchange Commission mazaa@sec.gov mazaa@sec.gov |
| Allen I Gorski | on behalf of Creditor Estate of Herman Katzenell agorski@gorskiknowlton.com |
| Allen I Gorski | on behalf of Creditor Nancy Fout agorski@gorskiknowlton.com |
| Allen Joseph Underwood, II | on behalf of Interested Party Genesis Global Holdco LLC  Genesis Global Capital, LLC and Genesis Asia Pacific Pte. Ltd. |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 11 |
| Date Rcvd: Oct 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

aunderwood@litedepalma.com, ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Alvin Chien-Chih Lin
    on behalf of Interested Party Joseph Griffin alin@morrisoncohen.com

Andrew Marks
    on behalf of Creditor Matthew Gordon jcardenas@dorflaw.com

Anna Pia Felix
    on behalf of Creditor Yuri Mushkin afelix@lpgmlaw.com

Anthony J D'Artiglio
    on behalf of Creditor Kyle Klaus ADARTIGLIO@ANSELL.LAW courtfilings@ansellgrimm.com

Barbra Rachel Parlin
    on behalf of Creditor Silvergate Bank barbra.parlin@hklaw.com
    elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com

Brett S. Theisen
    on behalf of Unknown Role Type Ankura Trust Company LLC btheisen@gibbonslaw.com, nmitchell@gibbonslaw.com

Bryan Russell Horton
    on behalf of Interested Party Scratch Services LLC rhorton@gbkh.com

Carol L. Knowlton
    on behalf of Creditor George J. Gerro cknowlton@gorskiknowlton.com

Carrie J. Boyle
    on behalf of Creditor Ge Song cboyle@b-vlaw.com
    tking@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net;jpryor@b-vlaw.com

Catherine B. Heitzenrater
    on behalf of Defendant ACE American Insurance Company cebeideman@duanemorris.com

Catherine B. Heitzenrater
    on behalf of Creditor Chubb Companies cebeideman@duanemorris.com

Chad Main
    chadmain@gmail.com

Daniel Stolz
    on behalf of Attorney Brown Rudnick LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Other Prof. Elementus Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Other Prof. M3 Partners dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Committee Official Committee of Unsecured Creditors dstolz@genovaburns.com
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Other Prof. Plan Administrator On Behalf of the Post-Confirmation Debtor dstolz@genovaburns.com,
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Plaintiff Mohsin Meghji dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors dstolz@genovaburns.com
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Other Prof. Plan Administrator on Behalf of Post-Confirmation Debtor dstolz@genovaburns.com,
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Stolz
    on behalf of Plaintiff Official Committee Of Unsecured Creditors dstolz@genovaburns.com
    dstolz@ecf.inforuptcy.com;msousa@genovaburns.com

Daniel Thornburgh
    on behalf of Creditor Robert Prendimano dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Bobby Strickland dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Brian McWilliams dthornburgh@awkolaw.com

Case 22-19361-MBK    Doc 2419    Filed 10/11/24    Entered 10/12/24 00:18:24    Desc
Imaged Certificate of Notice    Page 8 of 16

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 11 |
| Date Rcvd: Oct 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Daniel Thornburgh
    on behalf of Creditor Stanley Dunavant dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor John Paul Zable dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Van Tu dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Montgomery Glover dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Rachel De Heras dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Sydney Hamilton dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Eric Masden dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Sean Schilder dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Michael Camal dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Randall Bacon dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Vladimir Arutunian dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Matthew Derwinski dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Daniel Schroeder dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Zachary Michaels dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Angel Rodriguez dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor James Switzer dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Noah Powell dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Fausto Castillo dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Carlos Rodriguez dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Robert Mulack dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Ezequiel Nieves dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Bryan Dahl dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Dyson Pullins dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Cory Roth dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Ross Furman dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Oscar Gonzalez dthornburgh@awkolaw.com

Daniel Thornburgh
    on behalf of Creditor Deborah McWilliams dthornburgh@awkolaw.com

Daniel E. Straffi
    on behalf of Creditor Ellison Bak bkclient@straffilaw.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 11 |
| Date Rcvd: Oct 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
  on behalf of Creditor Michiel Hemminga bkclient@straffilaw.com
  g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
  on behalf of Creditor Clayton Bargsten bkclient@straffilaw.com
  g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
  on behalf of Creditor Brandon Weiss bkclient@straffilaw.com
  g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
  on behalf of Creditor Damon Andersson bkclient@straffilaw.com
  g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
  on behalf of Creditor Daniel Gusovsky bkclient@straffilaw.com
  g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
  on behalf of Creditor Andrew Martinez bkclient@straffilaw.com
  g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
  on behalf of Creditor Kole Kottmeier bkclient@straffilaw.com
  g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
  on behalf of Creditor Ashton Rincon bkclient@straffilaw.com
  g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
  on behalf of Creditor Joseph Borremans bkclient@straffilaw.com
  g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
  on behalf of Creditor Martin Mikolajczyk bkclient@straffilaw.com
  g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
  on behalf of Creditor Steven Lee bkclient@straffilaw.com
  g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
  on behalf of Creditor Mitchell Eglar bkclient@straffilaw.com
  g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
  on behalf of Creditor Todd Gantt bkclient@straffilaw.com
  g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
  on behalf of Creditor Matthew Hoselton bkclient@straffilaw.com
  g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
  on behalf of Creditor William Warburton bkclient@straffilaw.com
  g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
  on behalf of Creditor Brendan Pena bkclient@straffilaw.com
  g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
  on behalf of Creditor Alberto Olivo bkclient@straffilaw.com
  g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
  on behalf of Creditor Bruce Gilling bkclient@straffilaw.com
  g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
  on behalf of Creditor Scott Aufenanger bkclient@straffilaw.com
  g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
  on behalf of Creditor Wayne Akey bkclient@straffilaw.com
  g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

David E. Sklar

|   |   |
|---|---|
| | on behalf of Creditor Zachary Lee Prince dsklar@pashmanstein.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| David E. Sklar | |
| | on behalf of Creditor Flori Marquez dsklar@pashmanstein.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| David J. Adler | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors DAdler@McCarter.com |
| David J. Adler | |
| | on behalf of Creditor Committee McCarter & English LLP DAdler@McCarter.com |
| David J. Adler | |
| | on behalf of Attorney McCarter & English DAdler@McCarter.com |
| Deborah Kovsky Apap | |
| | on behalf of Interested Party Ad Hoc Committee of Wallet Account Holders deborah.kovsky@troutman.com susan.henry@troutman.com |
| Donald W Clarke | |
| | on behalf of Attorney Genova Burns LLC dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Plaintiff Official Committee Of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Attorney Haynes and Boone LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Attorney Brown Rudnick LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Creditor Committee Official Committee Of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Other Prof. Plan Administrator on Behalf of Post-Confirmation Debtor dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Other Prof. Elementus Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Other Prof. M3 Partners dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Other Prof. Plan Administrator On Behalf of the Post-Confirmation Debtor dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Douglas J. McGill | |
| | on behalf of Creditor Gary Ford dmcgill@webbermcgill.com |
| Douglas J. McGill | |
| | on behalf of Creditor Ad Hoc Committee of Collaterized Loan Account Holders dmcgill@webbermcgill.com |
| Douglas T Tabachnik | |
| | on behalf of Defendant Primeblock Operations LLC dtabachnik@dttlaw.com rdalba@dttlaw.com |
| Elisabeth Bruce | |
| | on behalf of Interested Party Internal Revenue Service elisabeth.m.bruce@usdoj.gov ari.d.kunofsky@usdoj.gov;eastern.taxcivil@usdoj.gov;jennifer.d.auchterlonie@usdoj.gov |
| Felice R. Yudkin | |
| | on behalf of Debtor BlockFi Inc. fyudkin@coleschotz.com fpisano@coleschotz.com |
| Frank F. Velocci | |
| | on behalf of Interested Party Bermuda Joint Provisional Liquidators of BlockFi International Ltd. frank.velocci@faegredrinker.com cathy.greer@faegredrinker.com |
| Gaston P. Loomis, II | |
| | on behalf of Creditor New Jersey Bureau of Securities gloomis@mdmc-law.com scarney@mdmc-law.com |
| Gregory S. Kinoian | |
| | on behalf of Plaintiff Official Committee Of Unsecured Creditors gkinoian@genovaburns.com |
| Gregory S. Kinoian | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors gkinoian@genovaburns.com |

| | |
|---|---|
| Gregory S. Kinoian | on behalf of Creditor Committee Official Committee Of Unsecured Creditors gkinoian@genovaburns.com |
| Hugh McDonald | on behalf of Creditor Three Arrows Fund Ltd hugh.mcdonald@pillsburylaw.com john.murphy@troutman.com |
| Jack Shrum | on behalf of Creditor John M. Von Pischke jshrum@jshrumlaw.com |
| James C Vandermark | on behalf of Creditor Salesforce Inc. vandermarkj@whiteandwilliams.com, vandermark.jamesr106165@notify.bestcase.com |
| James C Vandermark | on behalf of Creditor Slack Technologies Inc. vandermarkj@whiteandwilliams.com, vandermark.jamesr106165@notify.bestcase.com |
| James L Bromley | on behalf of Interested Party FTX Trading Ltd and Affiliated Debtors bromleyj@sullcrom.com |
| Jason D. Angelo | on behalf of Creditor Bryant F. Foulger JAngelo@reedsmith.com sshidner@mdmc-law.com;smullen@mdmc-law.com |
| Jeffrey Bernstein | on behalf of Creditor New Jersey Bureau of Securities jbernstein@mdmc-law.com eberman@mdmc-law.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jeffrey M. Traurig | on behalf of Examiner Elise S. Frejka jtraurig@trauriglaw.com |
| Jeffrey M. Traurig | on behalf of Attorney Traurig Law LLC jtraurig@trauriglaw.com |
| Jessica Cole | on behalf of Interested Party United States of America jessica.cole@usdoj.gov |
| Jessica Cole | on behalf of Defendant United States of America jessica.cole@usdoj.gov |
| Joao Ferreira Magalhaes | on behalf of Creditor John William Van Tubergen Jr. jmagalhaes@connellfoley.com |
| John Piskora | on behalf of Creditor Deferred 1031 LLC jpiskora@loeb.com nydocket@loeb.com,dbesikof@loeb.com |
| John Piskora | on behalf of Creditor Deferred 1031 Series 4 LLC jpiskora@loeb.com nydocket@loeb.com,dbesikof@loeb.com |
| John C. Goodchild | on behalf of Defendant Emergent Fidelity Technologies Ltd. john.goodchild@morganlewis.com |
| John C. Goodchild | on behalf of Interested Party Emergent Fidelity Technologies Ltd john.goodchild@morganlewis.com |
| John C. Goodchild | on behalf of Creditor Emergent Fidelity Technologies Ltd. john.goodchild@morganlewis.com |
| John C. Kilgannon | on behalf of Interested Party Towards Equilibrium LLC john.kilgannon@stevenslee.com |
| John C. Kilgannon | on behalf of Creditor Equi Real Estate Fund LP john.kilgannon@stevenslee.com |
| John C. Kilgannon | on behalf of Creditor Equi Growth Fund LP john.kilgannon@stevenslee.com |
| John C. Kilgannon | on behalf of Creditor Equi Balanced Fund LP john.kilgannon@stevenslee.com |
| John D. Giampolo | on behalf of Interested Party Paperless Inc. d/b/a Paperless Post jgiampolo@rosenbergestis.com |
| John W. Weiss | on behalf of Interested Party The Foreign Representatives of Three Arrows Capital Ltd. (in liquidation) jweiss@pashmanstein.com |
| Jonathan Ohring | on behalf of Defendant QED Capital LLC jonathan@yankwitt.com docketing@yankwitt.com |
| Jonathan Ohring | on behalf of Defendant Sherry Witter jonathan@yankwitt.com docketing@yankwitt.com |

Case 22-19361-MBK    Doc 2419    Filed 10/11/24    Entered 10/12/24 00:18:24    Desc
Imaged Certificate of Notice    Page 12 of 16

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 7 of 11 |
| Date Rcvd: Oct 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Joseph M. Shapiro
    on behalf of Creditor John A. Javes jshapiro@middlebrooksshapiro.com

Joseph M. Shapiro
    on behalf of Creditor Wilson Cotrim jshapiro@middlebrooksshapiro.com

Joshua S. Bauchner
    on behalf of Creditor Kyle Klaus hneumann@mblawfirm.com

Kaitlin R. Walsh
    on behalf of Defendant Marex Capital Markets Inc. f/k/a ED&F Man Capital Markets  Inc. krwalsh@mintz.com, docketing@mintz.com

Kaitlin R. Walsh
    on behalf of Defendant ED&F Man Capital Markets  Inc. krwalsh@mintz.com, docketing@mintz.com

Kaitlin R. Walsh
    on behalf of Creditor Marex Capital Markets Inc. krwalsh@mintz.com  docketing@mintz.com

Kenneth Aulet
    on behalf of Creditor Committee Official Committee of Unsecured Creditors hcohen@brownrudnick.com

Kristin Mayhew
    on behalf of Creditor State of Connecticut  Department of Banking kmayhew@pullcom.com, rmccoy@pullcom.com

Kurt F. Gwynne
    on behalf of Creditor The Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com

Kurt F. Gwynne
    on behalf of Interested Party The Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com

Kurt F. Gwynne
    on behalf of Creditor Bryant F. Foulger kgwynne@reedsmith.com

Kurt F. Gwynne
    on behalf of Interested Party Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com

Kyle McEvilly
    on behalf of Unknown Role Type Ankura Trust Company  LLC kmcevilly@gibbonslaw.com

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Lisa Faucher
    lfaucher@cherokeeacq.com

Mark Sheridan
    on behalf of Defendant Axis Insurance Company mark.sheridan@squirepb.com maria.delpinho@squirepb.com,rudy.green@squirepb.com,mark-sheridan-6048@ecf.pacerpro.com,rudy-green-3307@ecf.pacerpro.com

Mark Christopher Errico
    on behalf of Defendant Axis Insurance Company mark.errico@squirepb.com maria.depinho@squirepb.com;mark-c-errico-7862@ecf.pacerpro.com;rudy.green@squirepb.com;rudy-green-3307@ecf.pacerpro.com

Mary E Putnick
    on behalf of Creditor Shaoky Taraman marybeth@putnicklegal.com  hpenrose@awkolaw.com

Mary E Putnick
    on behalf of Creditor Noah Powell marybeth@putnicklegal.com  hpenrose@awkolaw.com

Meredith Mitnick
    on behalf of Creditor Deserve  Inc. mmitnick@goodwinlaw.com

Michael D. Sirota
    on behalf of Debtor BlockFi International Ltd. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Plaintiff BlockFi Services  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Defendant BlockFi Wallet LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor BlockFi Services  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz

Case 22-19361-MBK    Doc 2419    Filed 10/11/24    Entered 10/12/24 00:18:24    Desc
Imaged Certificate of Notice    Page 13 of 16

| District/off: 0312-3 | User: admin | Page 8 of 11 |
|---|---|---|
| Date Rcvd: Oct 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

.com

Michael D. Sirota

on behalf of Defendant BlockFi Services Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BlockFi Ventures LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BlockFi Wallet LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Defendant BlockFi Trading LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Defendant BlockFi Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BlockFi Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Defendant BlockFi Lending LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Plaintiff BlockFi Lending LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Defendant BlockFi Lending II LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Defendant BlockFi Ventures LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Plaintiff BlockFi Trading LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BlockFi Investment Products LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Plaintiff BlockFi Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BlockFi Trading LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Defendant BlockFi International Ltd. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

Case 22-19361-MBK    Doc 2419    Filed 10/11/24    Entered 10/12/24 00:18:24    Desc
Imaged Certificate of Notice    Page 14 of 16

| District/off: 0312-3 | User: admin | Page 9 of 11 |
|---|---|---|
| Date Rcvd: Oct 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff BlockFi International Ltd. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Investment Products LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Wallet LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Ventures LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Defendant BlockFi Investment Products LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Lending II LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Lending II LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Lending LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael S. Etkin | on behalf of Interested Party Proposed Lead Plaintiff in Securities Class Action metkin@lowenstein.com |
| Michael S. Etkin | on behalf of Interested Party Cameron Wyatt metkin@lowenstein.com |
| Nicole A. Leonard | on behalf of Creditor New Jersey Bureau of Securities nleonard@mdmc-law.com gbressler@mdmc-law.com |
| Paul J. Winterhalter | on behalf of Creditor Moneeb Waseem pwinterhalter@offitkurman.com cballasy@offitkurman.com |
| Peter Y. Lee | on behalf of Creditor Renard Ihlenfeld peter.lee@leeadvocates.com |
| Rachel Ehrlich Albanese | on behalf of Defendant U.S. Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Defendant Berkley Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Other Prof. Berkshire Hathaway Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Other Prof. XL Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Other Prof. Berkley Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Defendant Berkshire Hathaway Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Other Prof. Arch Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Defendant Arch Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Other Prof. U.S. Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |

Case 22-19361-MBK    Doc 2419    Filed 10/11/24    Entered 10/12/24 00:18:24    Desc
Imaged Certificate of Notice    Page 15 of 16

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 10 of 11 |
| Date Rcvd: Oct 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Rachel Ehrlich Albanese | on behalf of Defendant XL Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Richard Kanowitz | on behalf of Plaintiff BlockFi International Ltd. richard.kanowitz@haynesboone.com |
| Richard Kanowitz | on behalf of Plaintiff BlockFi Lending LLC richard.kanowitz@haynesboone.com |
| Richard Kanowitz | on behalf of Debtor BlockFi Inc. richard.kanowitz@haynesboone.com |
| Richard Kanowitz | on behalf of Plaintiff BlockFi Inc. richard.kanowitz@haynesboone.com |
| Richard G. Placey | on behalf of Stockholder Samuel L. Bankman-Fried rplacey@mmwr.com plorenz@mmwr.com;pat-lorenz-montgomery-mccracken-walker-rhoads-llp-7123@ecf.pacerpro.com |
| Robert Drain | on behalf of Mediator Robert D. Drain robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com |
| Robert Malone | on behalf of Unknown Role Type Ankura Trust Company LLC rmalone@gibbonslaw.com, nmitchell@gibbonslaw.com |
| Robert Aaron Benjamin | on behalf of Creditor National Union Fire Insurance Company of Pittsburgh Pa. rbenjamin@kbrlaw.com |
| Robert Aaron Benjamin | on behalf of Defendant National Union Fire Insurance Company of Pittsburgh PA rbenjamin@kbrlaw.com |
| Robert M. Schechter | on behalf of Creditor Flori Marquez rmschechter@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Robert M. Schechter | on behalf of Creditor Zachary Lee Prince rmschechter@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Russell Marc Yankwitt | on behalf of Defendant Sherry Witter russell@yankwitt.com docketing@yankwitt.com |
| Russell Marc Yankwitt | on behalf of Defendant QED Capital LLC russell@yankwitt.com docketing@yankwitt.com |
| Sam Della Fera, Jr | on behalf of Defendant Vrai Nom Investment Limited sdellafera@csglaw.com |
| Sam Della Fera, Jr | on behalf of Creditor Vrai Nom Investment Limited sdellafera@csglaw.com |
| Scott Fleischer | on behalf of Creditor Rui Pedro Vaz dos Santos Teixeira sfleischer@barclaydamon.com scott-fleischer-2734@ecf.pacerpro.com |
| Sean James Mack | on behalf of Defendant Fiorenzo Manganiello smack@pashmanstein.com smack@pashmanstein.com;Jpadilla@pashmanstein.com |
| Sean James Mack | on behalf of Defendant Digistar Norway AS smack@pashmanstein.com smack@pashmanstein.com;Jpadilla@pashmanstein.com |
| Sean James Mack | on behalf of Defendant Nessim-Sariel Gaon smack@pashmanstein.com smack@pashmanstein.com;Jpadilla@pashmanstein.com |
| Seth Brandon Shapiro | on behalf of Interested Party United States of America seth.shapiro@usdoj.gov |
| Seth Brandon Shapiro | on behalf of Defendant United States of America seth.shapiro@usdoj.gov |
| Seth David Griep | on behalf of Other Prof. Endurance American Specialty Insurance Company sgriep@kaufmandolowich.com slegros@kaufmandolowich.com |
| Seth David Griep | on behalf of Defendant Endurance American Insurance Company sgriep@kaufmandolowich.com slegros@kaufmandolowich.com |
| Stuart M. Brown | on behalf of Defendant Arch Insurance Company stuart.brown@us.dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Stuart M. Brown | |

Case 22-19361-MBK    Doc 2419    Filed 10/11/24    Entered 10/12/24 00:18:24    Desc
Imaged Certificate of Notice    Page 16 of 16

| District/off: 0312-3 | User: admin | Page 11 of 11 |
|---|---|---|
| Date Rcvd: Oct 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Stuart M. Brown
  on behalf of Defendant U.S. Specialty Insurance Company stuart.brown@us.dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Stuart M. Brown
  on behalf of Defendant XL Specialty Insurance Company stuart.brown@us.dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Stuart M. Brown
  on behalf of Defendant Berkley Insurance Company stuart.brown@us.dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Stuart M. Brown
  on behalf of Defendant Berkshire Hathaway Specialty Insurance Company stuart.brown@us.dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Susan Long
  on behalf of Other Prof. Plan Administrator  on Behalf of Post-Confirmation Debtor slong@genovaburns.com

Susan Long
  on behalf of Other Prof. Plan Administrator  On Behalf of the Post-Confirmation Debtor slong@genovaburns.com

Sydney Schubert
  on behalf of Attorney Genova Burns LLC sschubert@genovaburns.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea
  on behalf of Creditor New Jersey Bureau of Securities vshea@mdmc-law.com  gbressler@mdmc-law.com

Warren A. Usatine
  on behalf of Debtor BlockFi Inc. wusatine@coleschotz.com  fpisano@coleschotz.com

Warren J. Martin, Jr.
  on behalf of Creditor Flori Marquez wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com

Warren J. Martin, Jr.
  on behalf of Creditor Zachary Lee Prince wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com

Wendy M Simkulak
  on behalf of Other Prof. ACE American Insurance Company wmsimkulak@duanemorris.com

Wendy M Simkulak
  on behalf of Creditor Chubb Companies wmsimkulak@duanemorris.com

Wendy M Simkulak
  on behalf of Defendant ACE American Insurance Company wmsimkulak@duanemorris.com

TOTAL: 233