| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| BROWN RUDNICK LLP<br>Kenneth J. Aulet, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Fax: (212) 209-4801<br>Email: kaulet@brownrudnick.com<br><br>BROWN RUDNICK LLP<br>Tristan G. Axelrod, Esq.<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>Fax: (617) 856-8201<br>Email: sdwoskin@brownrudnick.com<br>　　　　taxelrod@brownrudnick.com<br><br>*Counsel for the Plan Administrator*<br><br>GENOVA BURNS LLC.<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>Telephone: (973) 230-2095<br>Fax: (973) 533-1112<br>Email: DStolz@genovaburns.com<br>　　　　DClarke@genovaburns.com<br>　　　　GKinoian@genovaburns.com<br>*Local Counsel for the Plan Administrator* | HAYNES AND BOONE, LLP<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112<br>(212) 659-7300<br>Richard.kanowitz@haynesboone.com<br>Lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator* |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>　　　　Debtors.[1] | Case No. 22-19361 (MBK)<br>　(Jointly Administered)<br><br>Chapter 11<br><br>Hearing Date: November 7, 2024<br><br>Judge: Michael B. Kaplan |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

☐ Settled    ☒ Withdrawn

Matter:  <u>Fifth Notice of Satisfaction of Claims [**Docket #2417**],</u>

Date: November 5, 2024                           <u>*/s/  Daniel M. Stolz*           </u>
                                                                              Signature