| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| George J. Gerro, Esq.<br>530 S. Glenoaks Blvd., Suite 200<br>Burbank, CA 91502<br>(818) 845-3030<br><br>*Self-Represented* | |
| In Re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors. | Case No.: 22-19361 (MBK)<br>(Jointly Administered)<br><br>Chapter 11<br><br>Hearing Date: Nov. 7, 2024, 11:30 a.m. E.T.<br><br>Judge: The Honorable Michael B. Kaplan |

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2024 NOV -7  A 10: 37

JEANNE A. HAUGHTON

BY: /s/
DEPUTY CLERK

## GEORGE J. GERRO'S DEMAND FOR A JURY TRIAL

George J. Gerro respectfully demands a jury trial on all triable issues in connection with Wind Down Debtors'[1] *Notice of Wind-Down Debtors' Motion For Entry Of An Order To Show Cause Why George Gerro Should Not Be Found In Contempt And For Sanctions And In The Alternative, Motion To Enforce The Confirmation Order* [Docket No. 2412] ("Motion").

Burbank, California
Dated: October 31, 2024

/s/ George J. Gerro

George J. Gerro, Esq.
530 S. Glenoaks Blvd., Suite 200
Burbank, CA 91502
Phone: (818) 845-3030
*Self-Represented*

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

1