|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **BROWN RUDNICK LLP** <br> Kenneth J. Aulet, Esq. (admitted *pro hac vice*) <br> Seven Times Square <br> New York, New York 10036 <br> (212) 209-4800 <br> kaulet@brownrudnick.com <br><br> **BROWN RUDNICK LLP** <br> Tristan Axelrod, Esq. (admitted *pro hac vice*) <br> One Financial Center <br> Boston, MA 02111 <br> (617)856-8300 <br> taxelrod@brownrudnick.com <br><br> *General Counsel for the Plan Administrator* <br><br> **GENOVA BURNS LLC** <br> Daniel M. Stolz, Esq. <br> Donald W. Clarke, Esq. <br> 110 Allen Rd., Suite 304 <br> Basking Ridge, NJ 07920 <br> (973) 230-2095 <br> dstolz@genovaburns.com <br> dclarke@genovaburns.com <br><br> *Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP** <br> Richard S. Kanowitz, Esq. (NJ Bar No. 047911992) <br> Lauren M. Sisson (NJ Bar No. 394182022) <br> 30 Rockefeller Plaza, 26th Floor <br> New York, New York 10112 <br> (212) 659-7300 <br> richard.kanowitz@haynesboone.com <br> lauren.sisson@haynesboone.com <br><br> *Attorneys for the Plan Administrator* |
| In re: <br><br> BLOCKFI INC., *et al.*, <br><br>     Wind-Down Debtors.[1] | Chapter 11 <br><br> Case No. 22-19361 (MBK) <br><br> (Jointly Administered under a Confirmed Plan) |

## NOTICE OF FORM OF IDENTITY VERIFICATION AND KYC REFRESH

On October 3, 2023, the Bankruptcy Court entered an order [Docket No. 1660] (the "Confirmation Order") confirming the *Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical*

---

[1] The Wind-Down Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (in liquidation) (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners LP, 1700 Broadway, 19th Floor, New York, NY 10019.

*Modifications)* [Docket No. 1609] (as amended and supplemented, the "Plan").[2] The effective date of the Plan occurred on October 24, 2023 [Docket No. 1788] (the "Effective Date").

Pursuant to the Plan, on July 22, 2024, the Plan Administrator announced the commencement of final 100% customer and general creditor distribution (the "Final Distribution") but noted that customers of BlockFi International may be required to provide certain information or documents to fulfil regulatory requirements.  *See* Docket No. 2357, the "Third Status Report". To provide a way to verify such requests, the Plan Administrator committed to file a public notice regarding the form such requests would take.

**International customers will receive an email from no-reply@frompersona.com. International customers should carefully review the sender of any email purporting to be seeking identity documents and verify it comes from that email address.**

**This email will contain a link to our Identity Verification provider "Persona".  The Wind-Down Debtors generally advise against clicking links in emails, so customers must verify that the email comes from the email address no-reply@frompersona.com.**

**Alternatively, you can access this Persona link directly by following these steps:**

1. **Navigate to https://blockfi.com/**
2. **Click the "Remediate" button on the top menu**
3. **Enter the unique key from the email mentioned above**
4. **Follow the instructions on the Persona portal to complete the process**

---

[2] Unless otherwise defined in this notice, capitalized terms used in this notice shall have the same meanings as the capitalized terms of the Plan and Confirmation Order, as applicable.

The email will contain a full list of requirements, which will include uploading certain identification documents and a completed W-8 form. Once we have reviewed your submission through Persona, we may contact you for any further information needed to complete the process. Once you have successfully completed the Persona process, you will receive additional instructions regarding your outstanding estate distribution.

| | |
|---|---|
| Dated: November 7, 2024 | */s/ Daniel M. Stolz* |
| | **GENOVA BURNS LLC** |
| | Daniel M. Stolz, Esq. |
| | Donald W. Clarke, Esq. |
| | 110 Allen Rd., Suite 304 |
| | Basking Ridge, NJ 07920 |
| | (973) 230-2095 |
| | dstolz@genovaburns.com |
| | dclarke@genovaburns.com |

*Local Counsel to the Plan Administrator*

**BROWN RUDNICK LLP**
Kenneth J. Aulet, Esq. (admitted *pro hac vice*)
Seven Times Square
New York, New York 10036
(212) 209-4800
kaulet@brownrudnick.com

**BROWN RUDNICK LLP**
Tristan Axelrod, Esq. (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
(617) 856-8300
taxelrod@brownrudnick.com

*General Counsel to the Plan Administrator*