| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| BROWN RUDNICK LLP<br>Kenneth J. Aulet, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Fax: (212) 209-4801<br>Email: kaulet@brownrudnick.com<br><br>BROWN RUDNICK LLP<br>Tristan G. Axelrod, Esq.<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>Fax: (617) 856-8201<br>Email: taxelrod@brownrudnick.com<br><br>*Counsel for the Plan Administrator*<br><br>GENOVA BURNS LLC.<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>Telephone: (973) 230-2095<br>Fax: (973) 533-1112<br>Email: DStolz@genovaburns.com<br>         DClarke@genovaburns.com<br><br>*Local Counsel for the Plan Administrator* | HAYNES AND BOONE, LLP<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, NY 10112<br>(212) 659-7300<br>Richard.kanowitz@haynesboone.com<br>Lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator* |
| In re:<br><br>BLOCKFI INC., *et al.*,<br><br>Debtors.[1] | Case No. 22-19361 (MBK)<br>  (Jointly Administered)<br><br>Chapter 11<br><br>Hearing Date:<br><br>Judge: Michael B. Kaplan |

**NOTICE OF WITHDRAWAL OF COUNSEL**

**PLEASE TAKE NOTICE** that attorney Michael B. Slade, Esq. of Kirkland and Ellis LLP, hereby withdraws his appearance as *pro hac vice* counsel in this matter [**docket #26 and #80**] Attorney Slade

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

requests that his name be removed from the Court's mailing matrix and service list for this Chapter 11 case, as he will no longer be affiliated with the firm of Kirland & Ellis LLP.

Date: November 18, 2024 /s/ Donald W. Clarke
Signature