Caption in Compliance with D.N.J. LBR 9004-1(b)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:

BLOCKFI INC., *et al.*,

                Debtors'. [1]

**Order Filed on November 26, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Chapter 11

Case No. 22-19361 (Jointly Administered)

Judge: Michael B. Kaplan

### ORDER GRANTING IN PART AND DENYING IN PART THE WIND-DOWN DEBTORS' MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE ON WHY GEORGE GERRO SHOULD NOT BE FOUND IN CONTEMPT AND FOR SANCTIONS AND IN THE ALTERNATIVE, MOTION TO ENFORCE THE CONFIRMATION ORDER

The relief set forth on the following pages is **ORDERED.**

**DATED: November 26, 2024**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

---

[1] The Wind-Down Debtors in these Chapter 11 Cases, along with the identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

| | |
|---|---|
| Debtor (s): | BLOCKFI INC., *et al.*, |
| Case No. | 22-19361 (Jointly Administered) |
| Caption of Order: | Order Granting In Part and Denying In Part The Wind-Down Debtors' Motion for Entry Of An Order To Show Cause On Why George Gerro Should Not Be Found In Contempt And For Sanctions And In the Alternative, Motion To Enforce The Confirmation Order |

This matter comes before the Court on a Motion for Entry of an Order to Show Cause Why George Gerro Should Not Be Found in Contempt and for Sanctions and in the Alternative, Motion to Enforce the Confirmation Order ("Motion", ECF No. 2412) filed by the Wind-Down Debtor, BlockFi Inc., *et al.,* ("Wind-Down Debtor"). George Gerro responds ultimately opposing the Motion (ECF No. 2421). The Court has read all the submissions and has considered the arguments made during the hearing on November 7, 2024. For the reasons set forth on the record in the November 7, 2024, hearing, the Wind-Down Debtor's Motion for Entry of an Order to Show Cause Why George Gerro Should Not Be Found in Contempt and for Sanctions and in the Alternative, Motion to Enforce the Confirmation Order is Granted in Part and Denied in Part.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED IN PART and DENIED IN PART.

2. George J. Gerro shall dismiss Case No. 20BBCV00308 and Case No. 20STCV31493 pending in the Superior Court of the State of California, County of Los Angeles, Burbank Courthouse (the "Prepetition Litigation") without prejudice or, alternatively, the parties shall negotiate and enter into a stipulation regarding the Prepetition Litigation that resolves the Motion in its entirety.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the interpretation or enforcement of this Order.