

Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| In re: <br><br> BLOCKFI INC., *et al.*, <br><br> Debtors'. [1] | Order Filed on November 26, 2024 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey <br><br> Chapter 11 <br><br> Case No. 22-19361 (Jointly Administered) <br><br> Judge: Michael B. Kaplan |

**ORDER GRANTING IN PART AND DENYING IN PART THE WIND-DOWN DEBTORS' MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE ON WHY GEORGE GERRO SHOULD NOT BE FOUND IN CONTEMPT AND FOR SANCTIONS AND IN THE ALTERNATIVE, MOTION TO ENFORCE THE CONFIRMATION ORDER**

The relief set forth on the following pages is **ORDERED.**

**DATED: November 26, 2024**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Wind-Down Debtors in these Chapter 11 Cases, along with the identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

| | |
|---|---|
| Debtor (s): | BLOCKFI INC., *et al.,* |
| Case No. | 22-19361 (Jointly Administered) |
| Caption of Order: | Order Granting In Part and Denying In Part The Wind-Down Debtors' Motion for Entry Of An Order To Show Cause On Why George Gerro Should Not Be Found In Contempt And For Sanctions And In the Alternative, Motion To Enforce The Confirmation Order |

This matter comes before the Court on a Motion for Entry of an Order to Show Cause Why George Gerro Should Not Be Found in Contempt and for Sanctions and in the Alternative, Motion to Enforce the Confirmation Order ("Motion", ECF No. 2412) filed by the Wind-Down Debtor, BlockFi Inc., *et al.,* ("Wind-Down Debtor"). George Gerro responds ultimately opposing the Motion (ECF No. 2421). The Court has read all the submissions and has considered the arguments made during the hearing on November 7, 2024. For the reasons set forth on the record in the November 7, 2024, hearing, the Wind-Down Debtor's Motion for Entry of an Order to Show Cause Why George Gerro Should Not Be Found in Contempt and for Sanctions and in the Alternative, Motion to Enforce the Confirmation Order is Granted in Part and Denied in Part.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED IN PART and DENIED IN PART.

2. George J. Gerro shall dismiss Case No. 20BBCV00308 and Case No. 20STCV31493 pending in the Superior Court of the State of California, County of Los Angeles, Burbank Courthouse (the "Prepetition Litigation") without prejudice or, alternatively, the parties shall negotiate and enter into a stipulation regarding the Prepetition Litigation that resolves the Motion in its entirety.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the interpretation or enforcement of this Order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19361-MBK |
| BlockFi Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 11 |
| Date Rcvd: Nov 26, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + BlockFi Inc., c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019-5905 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2024              Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Garber | on behalf of Creditor Kristen Vorhees agarber@wgwc-law.com |
| Adam S. Ravin | on behalf of Interested Party The Foreign Representatives of Three Arrows Capital Ltd. (in liquidation) adam.ravin@lw.com |
| Alan Stuart Maza | on behalf of Creditor Securities and Exchange Commission mazaa@sec.gov mazaa@sec.gov |
| Allen I Gorski | on behalf of Creditor Estate of Herman Katzenell agorski@gorskiknowlton.com |
| Allen I Gorski | on behalf of Creditor Nancy Fout agorski@gorskiknowlton.com |
| Allen Joseph Underwood, II | on behalf of Interested Party Genesis Global Holdco LLC  Genesis Global Capital, LLC and Genesis Asia Pacific Pte. Ltd. |

District/off: 0312-3    User: admin    Page 2 of 11
Date Rcvd: Nov 26, 2024    Form ID: pdf903    Total Noticed: 1

| | |
|---|---|
| | aunderwood@litedepalma.com, ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Alvin Chien-Chih Lin | on behalf of Interested Party Joseph Griffin alin@morrisoncohen.com |
| Andrew Marks | on behalf of Creditor Matthew Gordon jcardenas@dorflaw.com |
| Anna Pia Felix | on behalf of Creditor Yuri Mushkin afelix@lpgmlaw.com |
| Anthony J D'Artiglio | on behalf of Creditor Kyle Klaus ADARTIGLIO@ANSELL.LAW courtfilings@ansellgrimm.com |
| Barbra Rachel Parlin | on behalf of Creditor Silvergate Bank barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Brett S. Theisen | on behalf of Unknown Role Type Ankura Trust Company LLC btheisen@gibbonslaw.com, nmitchell@gibbonslaw.com |
| Bryan Russell Horton | on behalf of Interested Party Scratch Services LLC rhorton@gbkh.com |
| Carol L. Knowlton | on behalf of Creditor George J. Gerro cknowlton@gorskiknowlton.com |
| Carrie J. Boyle | on behalf of Creditor Ge Song cboyle@b-vlaw.com tking@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net;jpryor@b-vlaw.com |
| Catherine B. Heitzenrater | on behalf of Defendant ACE American Insurance Company cebeideman@duanemorris.com |
| Catherine B. Heitzenrater | on behalf of Creditor Chubb Companies cebeideman@duanemorris.com |
| Chad Main | chadmain@gmail.com |
| Daniel Stolz | on behalf of Attorney Brown Rudnick LLP dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Other Prof. Elementus Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Other Prof. M3 Partners dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Unsecured Creditors dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Other Prof. Plan Administrator On Behalf of the Post-Confirmation Debtor dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Plaintiff Mohsin Meghji dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee Of Unsecured Creditors dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Other Prof. Plan Administrator on Behalf of Post-Confirmation Debtor dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Plaintiff Official Committee Of Unsecured Creditors dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Thornburgh | on behalf of Creditor Robert Prendimano dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Bobby Strickland dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Brian McWilliams dthornburgh@awkolaw.com |

| | |
|---|---|
| Daniel Thornburgh | on behalf of Creditor Stanley Dunavant dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor John Paul Zable dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Van Tu dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Montgomery Glover dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Rachel De Heras dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Sydney Hamilton dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Eric Masden dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Sean Schilder dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Michael Camal dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Randall Bacon dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Vladimir Arutunian dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Matthew Derwinski dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Daniel Schroeder dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Zachary Michaels dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Angel Rodriguez dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor James Switzer dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Noah Powell dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Fausto Castillo dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Carlos Rodriguez dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Robert Mulack dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Ezequiel Nieves dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Bryan Dahl dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Dyson Pullins dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Cory Roth dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Ross Furman dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Oscar Gonzalez dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Deborah McWilliams dthornburgh@awkolaw.com |
| Daniel E. Straffi | on behalf of Creditor Ellison Bak bkclient@straffilaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 11 |
| Date Rcvd: Nov 26, 2024 | Form ID: pdf903 | Total Noticed: 1 |

g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Michiel Hemminga bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Clayton Bargsten bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Brandon Weiss bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Damon Andersson bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Daniel Gusovsky bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Andrew Martinez bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Kole Kottmeier bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Ashton Rincon bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Joseph Borremans bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Martin Mikolajczyk bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Steven Lee bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Mitchell Eglar bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Todd Gantt bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Matthew Hoselton bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor William Warburton bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Brendan Pena bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Alberto Olivo bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Bruce Gilling bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Scott Aufenanger bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Wayne Akey bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

David E. Sklar

Case 22-19361-MBK    Doc 2457    Filed 11/28/24    Entered 11/29/24 00:13:35    Desc
Imaged Certificate of Notice    Page 7 of 13

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 11 |
| Date Rcvd: Nov 26, 2024 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Zachary Lee Prince dsklar@pashmanstein.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| David E. Sklar | |
| | on behalf of Creditor Flori Marquez dsklar@pashmanstein.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| David J. Adler | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors DAdler@McCarter.com |
| David J. Adler | |
| | on behalf of Creditor Committee McCarter & English  LLP DAdler@McCarter.com |
| David J. Adler | |
| | on behalf of Attorney McCarter & English DAdler@McCarter.com |
| Deborah Kovsky Apap | |
| | on behalf of Interested Party Ad Hoc Committee of Wallet Account Holders deborah.kovsky@troutman.com susan.henry@troutman.com |
| Donald W Clarke | |
| | on behalf of Attorney Genova Burns LLC dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Plaintiff Official Committee Of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Attorney Haynes and Boone LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Attorney Brown Rudnick LLP dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Creditor Committee Official Committee Of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Other Prof. Plan Administrator  on Behalf of Post-Confirmation Debtor dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Other Prof. Elementus  Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Other Prof. M3 Partners dclarke@genovaburns.com  dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Other Prof. Plan Administrator  On Behalf of the Post-Confirmation Debtor dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Douglas J. McGill | |
| | on behalf of Creditor Gary Ford dmcgill@webbermcgill.com |
| Douglas J. McGill | |
| | on behalf of Creditor Ad Hoc Committee of Collaterized Loan Account Holders dmcgill@webbermcgill.com |
| Douglas T Tabachnik | |
| | on behalf of Defendant Primeblock Operations LLC dtabachnik@dttlaw.com  rdalba@dttlaw.com |
| Elisabeth Bruce | |
| | on behalf of Interested Party Internal Revenue Service elisabeth.m.bruce@usdoj.gov ari.d.kunofsky@usdoj.gov;eastern.taxcivil@usdoj.gov;jennifer.d.auchterlonie@usdoj.gov |
| Felice R. Yudkin | |
| | on behalf of Debtor BlockFi Inc. fyudkin@coleschotz.com  fpisano@coleschotz.com |
| Frank F. Velocci | |
| | on behalf of Interested Party Bermuda Joint Provisional Liquidators of BlockFi International Ltd. frank.velocci@faegredrinker.com  cathy.greer@faegredrinker.com |
| Gaston P. Loomis, II | |
| | on behalf of Creditor New Jersey Bureau of Securities gloomis@mdmc-law.com  scarney@mdmc-law.com |
| Gregory S. Kinoian | |
| | on behalf of Plaintiff Official Committee Of Unsecured Creditors gkinoian@genovaburns.com |
| Gregory S. Kinoian | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors gkinoian@genovaburns.com |

| | |
|---|---|
| Gregory S. Kinoian | on behalf of Creditor Committee Official Committee Of Unsecured Creditors gkinoian@genovaburns.com |
| Hugh McDonald | on behalf of Creditor Three Arrows Fund Ltd hugh.mcdonald@pillsburylaw.com john.murphy@troutman.com |
| Jack Shrum | on behalf of Creditor John M. Von Pischke jshrum@jshrumlaw.com |
| James C Vandermark | on behalf of Creditor Salesforce Inc. vandermarkj@whiteandwilliams.com, vandermark.jamesr106165@notify.bestcase.com |
| James C Vandermark | on behalf of Creditor Slack Technologies Inc. vandermarkj@whiteandwilliams.com, vandermark.jamesr106165@notify.bestcase.com |
| James L Bromley | on behalf of Interested Party FTX Trading Ltd and Affiliated Debtors bromleyj@sullcrom.com |
| Jason D. Angelo | on behalf of Creditor Bryant F. Foulger JAngelo@reedsmith.com sshidner@mdmc-law.com;smullen@mdmc-law.com |
| Jeffrey Bernstein | on behalf of Creditor New Jersey Bureau of Securities jbernstein@mdmc-law.com eberman@mdmc-law.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jeffrey M. Traurig | on behalf of Examiner Elise S. Frejka jtraurig@trauriglaw.com |
| Jeffrey M. Traurig | on behalf of Attorney Traurig Law LLC jtraurig@trauriglaw.com |
| Jessica Cole | on behalf of Interested Party United States of America jessica.cole@usdoj.gov |
| Jessica Cole | on behalf of Defendant United States of America jessica.cole@usdoj.gov |
| Joao Ferreira Magalhaes | on behalf of Creditor John William Van Tubergen Jr. jmagalhaes@connellfoley.com |
| John Piskora | on behalf of Creditor Deferred 1031 LLC jpiskora@loeb.com nydocket@loeb.com,dbesikof@loeb.com |
| John Piskora | on behalf of Creditor Deferred 1031 Series 4 LLC jpiskora@loeb.com nydocket@loeb.com,dbesikof@loeb.com |
| John C. Goodchild | on behalf of Defendant Emergent Fidelity Technologies Ltd. john.goodchild@morganlewis.com |
| John C. Goodchild | on behalf of Interested Party Emergent Fidelity Technologies Ltd john.goodchild@morganlewis.com |
| John C. Goodchild | on behalf of Creditor Emergent Fidelity Technologies Ltd. john.goodchild@morganlewis.com |
| John C. Kilgannon | on behalf of Interested Party Towards Equilibrium LLC john.kilgannon@stevenslee.com |
| John C. Kilgannon | on behalf of Creditor Equi Real Estate Fund LP john.kilgannon@stevenslee.com |
| John C. Kilgannon | on behalf of Creditor Equi Growth Fund LP john.kilgannon@stevenslee.com |
| John C. Kilgannon | on behalf of Creditor Equi Balanced Fund LP john.kilgannon@stevenslee.com |
| John D. Giampolo | on behalf of Interested Party Paperless Inc. d/b/a Paperless Post jgiampolo@rosenbergestis.com |
| John W. Weiss | on behalf of Interested Party The Foreign Representatives of Three Arrows Capital Ltd. (in liquidation) jweiss@pashmanstein.com |
| Jonathan Ohring | on behalf of Defendant QED Capital LLC jonathan@yankwitt.com docketing@yankwitt.com |
| Jonathan Ohring | on behalf of Defendant Sherry Witter jonathan@yankwitt.com docketing@yankwitt.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 7 of 11 |
| Date Rcvd: Nov 26, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Joseph M. Shapiro
    on behalf of Creditor John A. Javes jshapiro@middlebrooksshapiro.com

Joseph M. Shapiro
    on behalf of Creditor Wilson Cotrim jshapiro@middlebrooksshapiro.com

Joshua S. Bauchner
    on behalf of Creditor Kyle Klaus hneumann@mblawfirm.com

Kaitlin R. Walsh
    on behalf of Defendant Marex Capital Markets Inc. f/k/a ED&F Man Capital Markets  Inc. krwalsh@mintz.com, docketing@mintz.com

Kaitlin R. Walsh
    on behalf of Defendant ED&F Man Capital Markets  Inc. krwalsh@mintz.com, docketing@mintz.com

Kaitlin R. Walsh
    on behalf of Creditor Marex Capital Markets Inc. krwalsh@mintz.com  docketing@mintz.com

Kenneth Aulet
    on behalf of Creditor Committee Official Committee of Unsecured Creditors hcohen@brownrudnick.com

Kristin Mayhew
    on behalf of Creditor State of Connecticut  Department of Banking kmayhew@pullcom.com, rmccoy@pullcom.com

Kurt F. Gwynne
    on behalf of Creditor The Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com

Kurt F. Gwynne
    on behalf of Interested Party The Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com

Kurt F. Gwynne
    on behalf of Creditor Bryant F. Foulger kgwynne@reedsmith.com

Kurt F. Gwynne
    on behalf of Interested Party Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com

Kyle McEvilly
    on behalf of Unknown Role Type Ankura Trust Company  LLC kmcevilly@gibbonslaw.com

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Lisa Faucher
    lfaucher@cherokeeacq.com

Mark Sheridan
    on behalf of Defendant Axis Insurance Company mark.sheridan@squirepb.com
    maria.delpinho@squirepb.com,rudy.green@squirepb.com,mark-sheridan-6048@ecf.pacerpro.com,rudy-green-3307@ecf.pacerpro.com

Mark Christopher Errico
    on behalf of Defendant Axis Insurance Company mark.errico@squirepb.com
    maria.depinho@squirepb.com;mark-c-errico-7862@ecf.pacerpro.com;rudy.green@squirepb.com;rudy-green-3307@ecf.pacerpro.com

Mary E Putnick
    on behalf of Creditor Shaoky Taraman marybeth@putnicklegal.com  hpenrose@awkolaw.com

Mary E Putnick
    on behalf of Creditor Noah Powell marybeth@putnicklegal.com  hpenrose@awkolaw.com

Meredith Mitnick
    on behalf of Creditor Deserve  Inc. mmitnick@goodwinlaw.com

Michael D. Sirota
    on behalf of Debtor BlockFi International Ltd. msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Plaintiff BlockFi Services  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Defendant BlockFi Wallet LLC msirota@coleschotz.com
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor BlockFi Services  Inc. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz

Case 22-19361-MBK    Doc 2457    Filed 11/28/24    Entered 11/29/24 00:13:35    Desc
Imaged Certificate of Notice    Page 10 of 13

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 8 of 11 |
| Date Rcvd: Nov 26, 2024 | Form ID: pdf903 | Total Noticed: 1 |

.com

Michael D. Sirota

on behalf of Defendant BlockFi Services  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BlockFi Ventures LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BlockFi Wallet LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Defendant BlockFi Trading LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Defendant BlockFi Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BlockFi Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Defendant BlockFi Lending LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Plaintiff BlockFi Lending LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Defendant BlockFi Lending II LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Defendant BlockFi Ventures LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Plaintiff BlockFi Trading  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BlockFi Investment Products LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Plaintiff BlockFi Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BlockFi Trading LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Defendant BlockFi International Ltd. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

Case 22-19361-MBK    Doc 2457    Filed 11/28/24    Entered 11/29/24 00:13:35    Desc
Imaged Certificate of Notice    Page 11 of 13

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 9 of 11 |
| Date Rcvd: Nov 26, 2024 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff BlockFi International Ltd. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Investment Products LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Wallet LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Ventures LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Defendant BlockFi Investment Products LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Lending II LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Lending II LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Lending LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael S. Etkin | on behalf of Interested Party Proposed Lead Plaintiff in Securities Class Action metkin@lowenstein.com |
| Michael S. Etkin | on behalf of Interested Party Cameron Wyatt metkin@lowenstein.com |
| Nicole A. Leonard | on behalf of Creditor New Jersey Bureau of Securities nleonard@mdmc-law.com gbressler@mdmc-law.com |
| Paul J. Winterhalter | on behalf of Creditor Moneeb Waseem pwinterhalter@offitkurman.com cballasy@offitkurman.com |
| Peter Y. Lee | on behalf of Creditor Renard Ihlenfeld peter.lee@leeadvocates.com |
| Rachel Ehrlich Albanese | on behalf of Defendant U.S. Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Defendant Berkley Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Other Prof. Berkshire Hathaway Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Other Prof. XL Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Other Prof. Berkley Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Defendant Berkshire Hathaway Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Other Prof. Arch Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Defendant Arch Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Other Prof. U.S. Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |

Case 22-19361-MBK    Doc 2457    Filed 11/28/24    Entered 11/29/24 00:13:35    Desc
Imaged Certificate of Notice    Page 12 of 13

| District/off: 0312-3 | User: admin | Page 10 of 11 |
|---|---|---|
| Date Rcvd: Nov 26, 2024 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Rachel Ehrlich Albanese | on behalf of Defendant XL Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Richard Kanowitz | on behalf of Plaintiff BlockFi International Ltd. richard.kanowitz@haynesboone.com |
| Richard Kanowitz | on behalf of Plaintiff BlockFi Lending LLC richard.kanowitz@haynesboone.com |
| Richard Kanowitz | on behalf of Debtor BlockFi Inc. richard.kanowitz@haynesboone.com |
| Richard Kanowitz | on behalf of Plaintiff BlockFi Inc. richard.kanowitz@haynesboone.com |
| Richard G. Placey | on behalf of Stockholder Samuel L. Bankman-Fried rplacey@mmwr.com plorenz@mmwr.com;pat-lorenz-montgomery-mccracken-walker-rhoads-llp-7123@ecf.pacerpro.com |
| Robert Drain | on behalf of Mediator Robert D. Drain robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com |
| Robert Malone | on behalf of Unknown Role Type Ankura Trust Company LLC rmalone@gibbonslaw.com, nmitchell@gibbonslaw.com |
| Robert Aaron Benjamin | on behalf of Creditor National Union Fire Insurance Company of Pittsburgh Pa. rbenjamin@kbrlaw.com |
| Robert Aaron Benjamin | on behalf of Defendant National Union Fire Insurance Company of Pittsburgh PA rbenjamin@kbrlaw.com |
| Robert M. Schechter | on behalf of Creditor Flori Marquez rmschechter@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Robert M. Schechter | on behalf of Creditor Zachary Lee Prince rmschechter@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Russell Marc Yankwitt | on behalf of Defendant Sherry Witter russell@yankwitt.com docketing@yankwitt.com |
| Russell Marc Yankwitt | on behalf of Defendant QED Capital LLC russell@yankwitt.com docketing@yankwitt.com |
| Sam Della Fera, Jr | on behalf of Defendant Vrai Nom Investment Limited sdellafera@csglaw.com |
| Sam Della Fera, Jr | on behalf of Creditor Vrai Nom Investment Limited sdellafera@csglaw.com |
| Scott Fleischer | on behalf of Creditor Rui Pedro Vaz dos Santos Teixeira sfleischer@barclaydamon.com scott-fleischer-2734@ecf.pacerpro.com |
| Sean James Mack | on behalf of Defendant Fiorenzo Manganiello smack@pashmanstein.com smack@pashmanstein.com;Jpadilla@pashmanstein.com |
| Sean James Mack | on behalf of Defendant Digistar Norway AS smack@pashmanstein.com smack@pashmanstein.com;Jpadilla@pashmanstein.com |
| Sean James Mack | on behalf of Defendant Nessim-Sariel Gaon smack@pashmanstein.com smack@pashmanstein.com;Jpadilla@pashmanstein.com |
| Seth Brandon Shapiro | on behalf of Interested Party United States of America seth.shapiro@usdoj.gov |
| Seth Brandon Shapiro | on behalf of Defendant United States of America seth.shapiro@usdoj.gov |
| Seth David Griep | on behalf of Other Prof. Endurance American Specialty Insurance Company sgriep@kaufmandolowich.com slegros@kaufmandolowich.com |
| Seth David Griep | on behalf of Defendant Endurance American Insurance Company sgriep@kaufmandolowich.com slegros@kaufmandolowich.com |
| Stuart M. Brown | on behalf of Defendant Arch Insurance Company stuart.brown@us.dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Stuart M. Brown | |

Case 22-19361-MBK    Doc 2457    Filed 11/28/24    Entered 11/29/24 00:13:35    Desc
Imaged Certificate of Notice    Page 13 of 13

| District/off: 0312-3 | User: admin | Page 11 of 11 |
|---|---|---|
| Date Rcvd: Nov 26, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Stuart M. Brown
    on behalf of Defendant U.S. Specialty Insurance Company stuart.brown@us.dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Stuart M. Brown
    on behalf of Defendant XL Specialty Insurance Company stuart.brown@us.dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Stuart M. Brown
    on behalf of Defendant Berkley Insurance Company stuart.brown@us.dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Stuart M. Brown
    on behalf of Defendant Berkshire Hathaway Specialty Insurance Company stuart.brown@us.dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Susan Long
    on behalf of Other Prof. Plan Administrator on Behalf of Post-Confirmation Debtor slong@genovaburns.com

Susan Long
    on behalf of Other Prof. Plan Administrator On Behalf of the Post-Confirmation Debtor slong@genovaburns.com

Sydney Schubert
    on behalf of Attorney Genova Burns LLC sschubert@genovaburns.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea
    on behalf of Creditor New Jersey Bureau of Securities vshea@mdmc-law.com gbressler@mdmc-law.com

Warren A. Usatine
    on behalf of Debtor BlockFi Inc. wusatine@coleschotz.com fpisano@coleschotz.com

Warren J. Martin, Jr.
    on behalf of Creditor Flori Marquez wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com

Warren J. Martin, Jr.
    on behalf of Creditor Zachary Lee Prince wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com

Wendy M Simkulak
    on behalf of Other Prof. ACE American Insurance Company wmsimkulak@duanemorris.com

Wendy M Simkulak
    on behalf of Creditor Chubb Companies wmsimkulak@duanemorris.com

Wendy M Simkulak
    on behalf of Defendant ACE American Insurance Company wmsimkulak@duanemorris.com

TOTAL: 233