| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br><br>DEC - 9 2024<br><br>U.S. BANKRUPTCY COURT<br>TRENTON, NJ<br>BY_____DEPUTY |
| George J. Gerro, Esq.<br>530 S. Glenoaks Blvd., Suite 200<br>Burbank, CA 91502<br>(818) 845-3030<br><br>*Self-Represented* | |
| In Re:<br><br>BLOCKFI INC., *et al.*,[1]<br><br>Debtors. | Case No.: 22-19361 (MBK)<br>(Jointly Administered)<br><br>Chapter 11<br><br>Hearing Date: Nov. 7, 2024, 11:30 a.m. E.T.<br><br>Judge: The Honorable Michael B. Kaplan |

## GEORGE J. GERRO'S OBJECTION TO FORM OF ORDER ENTERED ON NOVEMBER 26, 2024

George J. Gerro respectfully objects to the *ORDER GRANTING IN PART AND DENYING IN PART THE WIND-DOWN DEBTORS' MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE ON WHY GEORGE GERRO SHOULD NOT BE FOUND IN CONTEMPT AND FOR SANCTIONS AND IN THE ALTERNATIVE, MOTION TO ENFORCE THE CONFIRMATION ORDER* [ECF No. 2456] ("Order") on each of the following grounds:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

1

1. The Order does not appear to comply with the requirements of D.N.J. LBR 9013-4, since the Order was neither approved by Gerro, submitted to Gerro for his review, nor held for the seven (7) days objection period.

2. Debtors did not file or serve any Certification Concerning Proposed Order (D.N.J. Bankr. Ct., local mandatory form) with respect to the Order.

3. The Order does not strictly conform to the Court's oral ruling during the November 7, 2024 hearing. *See* Transcript regarding Hearing Held 11/07/24, filed with this Court on November 13, 2024, ECF No. 2451.

Burbank, California
Dated: November 27, 2024

/s/ *George Gerro*

George J. Gerro, Esq.
530 S. Glenoaks Blvd., Suite 200
Burbank, CA 91502
Phone: (818) 845-3030
*Self-Represented*




George J. Gerro
Glenoaks Blvd., Suite 200
Burbank, CA 91502



U.S. Bankruptcy Court Clerk
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608