**GIBBONS P.C.**
Robert K. Malone, Esq.
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

-and-

**HOGAN LOVELLS US LLP**
David P. Simonds, Esq.
Edward J. McNeilly, Esq.
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
(310) 785-4600

Christopher R. Bryant, Esq.
390 Madison Avenue
New York, New York 10017
(212) 918-3000

*Co-Counsel for Ankura Trust Company, LLC,
as Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| In re: | (Hon. Michael B. Kaplan) |
|---|---|
| | Chapter 11 |
| **BLOCKFI INC.,** *et al.*,[1] | Case No. 22-19361 (MBK) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCES**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

3180692.1 117641-108291

**PLEASE TAKE NOTICE** that the attorneys listed below hereby withdraw their appearances *pro hac vice*, in the above-captioned cases, as co-counsel to Ankura Trust Company, LLC, as indenture trustee. Each of the below listed attorneys request their names be removed from the Court's mailing matrix and service list for these chapter 11 cases.

| Name of Attorney/Firm | *Pro Hac Vice* Application Docket Number | *Pro Hac Vice* Order Docket Number |
|---|---|---|
| David P. Simonds<br>Hogan Lovells US LLP | 191 | 272 |
| Edward J. McNeilly<br>Hogan Lovells US LLP | 192 | 273 |
| Christopher R. Bryant<br>Hogan Lovells US LLP | 274 | 354 |

Dated:  December 18, 2024
         Newark, New Jersey

**GIBBONS P.C.**

*/s/ Robert K. Malone*
Robert K. Malone, Esq.
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

-and-

**HOGAN LOVELLS US LLP**
David P. Simonds, Esq.
Edward J. McNeilly, Esq.
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
(310) 785-4600

Christopher R. Bryant, Esq.
390 Madison Avenue
New York, New York 10017
(212) 918-3000

*Co-Counsel for Ankura Trust Company, LLC,
as Indenture Trustee*