Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−19361−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   BlockFi Inc.
   c/o M3 Partners
   1700 Broadway, 19th Floor
   New York, NY 10019

Social Security No.:

Employer's Tax I.D. No.:
   82−2390015

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/23/25 at 10:00 AM

to consider and act upon the following:

*2470* − Motion re: To Reconsider And Revise Voting Status Filed by Yan Trach. (dmi)

Dated: 12/30/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court