Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 22−19361−MBK
                              Chapter: 11
                              Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   BlockFi Inc.
   c/o M3 Partners
   1700 Broadway, 19th Floor
   New York, NY 10019

Social Security No.:

Employer's Tax I.D. No.:
   82−2390015

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/23/25 at 10:00 AM

to consider and act upon the following:

*2470* − Motion re: To Reconsider And Revise Voting Status Filed by Yan Trach. (dmi)

Dated: 12/30/24

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-19361-MBK

BlockFi Inc.  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 11
Date Rcvd: Dec 30, 2024  Form ID: ntchrgbk  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Yan Trach, 6008 Kauttman Ave., Temple City, CA 91780-1771 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2025  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Garber | on behalf of Creditor Kristen Vorhees agarber@wgwc-law.com |
| Adam S. Ravin | on behalf of Interested Party The Foreign Representatives of Three Arrows Capital Ltd. (in liquidation) adam.ravin@lw.com |
| Alan Stuart Maza | on behalf of Creditor Securities and Exchange Commission mazaa@sec.gov  mazaa@sec.gov |
| Allen I Gorski | on behalf of Creditor Estate of Herman Katzenell agorski@gorskiknowlton.com |
| Allen I Gorski | on behalf of Creditor Nancy Fout agorski@gorskiknowlton.com |
| Allen Joseph Underwood, II | on behalf of Interested Party Genesis Global Holdco LLC  Genesis Global Capital, LLC and Genesis Asia Pacific Pte. Ltd. |

Case 22-19361-MBK    Doc 2472    Filed 01/01/25    Entered 01/02/25 00:12:07    Desc
Imaged Certificate of Notice    Page 3 of 12

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 11 |
| Date Rcvd: Dec 30, 2024 | Form ID: ntchrgbk | Total Noticed: 1 |

| | |
|---|---|
| | aunderwood@litedepalma.com, ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Alvin Chien-Chih Lin | on behalf of Interested Party Joseph Griffin alin@morrisoncohen.com |
| Andrew Marks | on behalf of Creditor Matthew Gordon jcardenas@dorflaw.com |
| Anna Pia Felix | on behalf of Creditor Yuri Mushkin afelix@lpgmlaw.com |
| Anthony J D'Artiglio | on behalf of Creditor Kyle Klaus ADARTIGLIO@ANSELL.LAW  courtfilings@ansellgrimm.com |
| Barbra Rachel Parlin | on behalf of Creditor Silvergate Bank barbra.parlin@hklaw.com elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com,HAPI@HKLAW.COM;hapi@hklaw.com;jjalemany@hklaw.com |
| Brett S. Theisen | on behalf of Unknown Role Type Ankura Trust Company  LLC btheisen@gibbonslaw.com, nmitchell@gibbonslaw.com |
| Bryan Russell Horton | on behalf of Interested Party Scratch Services LLC rhorton@gbkh.com |
| Carol L. Knowlton | on behalf of Creditor George J. Gerro cknowlton@gorskiknowlton.com |
| Carrie J. Boyle | on behalf of Creditor Ge Song cboyle@b-vlaw.com tking@b-vlaw.com;lgrigley@b-vlaw.com;carrie.boyle@comcast.net;jpryor@b-vlaw.com |
| Catherine B. Heitzenrater | on behalf of Defendant ACE American Insurance Company cebeideman@duanemorris.com |
| Catherine B. Heitzenrater | on behalf of Creditor Chubb Companies cebeideman@duanemorris.com |
| Chad Main | chadmain@gmail.com |
| Daniel Stolz | on behalf of Attorney Brown Rudnick LLP dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Other Prof. Elementus  Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Other Prof. M3 Partners dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee of Unsecured Creditors dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Attorney Genova Burns LLC dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Other Prof. Plan Administrator  On Behalf of the Post-Confirmation Debtor dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Plaintiff Mohsin Meghji dstolz@genovaburns.com  dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Creditor Committee Official Committee Of Unsecured Creditors dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Other Prof. Plan Administrator  on Behalf of Post-Confirmation Debtor dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Stolz | on behalf of Plaintiff Official Committee Of Unsecured Creditors dstolz@genovaburns.com dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| Daniel Thornburgh | on behalf of Creditor Robert Prendimano dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Bobby Strickland dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Brian McWilliams dthornburgh@awkolaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 11 |
| Date Rcvd: Dec 30, 2024 | Form ID: ntchrgbk | Total Noticed: 1 |

| | |
|---|---|
| Daniel Thornburgh | on behalf of Creditor Stanley Dunavant dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor John Paul Zable dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Van Tu dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Montgomery Glover dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Rachel De Heras dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Sydney Hamilton dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Eric Masden dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Sean Schilder dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Michael Camal dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Randall Bacon dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Vladimir Arutunian dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Matthew Derwinski dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Daniel Schroeder dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Zachary Michaels dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Angel Rodriguez dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor James Switzer dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Noah Powell dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Fausto Castillo dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Carlos Rodriguez dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Robert Mulack dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Ezequiel Nieves dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Bryan Dahl dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Dyson Pullins dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Cory Roth dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Ross Furman dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Oscar Gonzalez dthornburgh@awkolaw.com |
| Daniel Thornburgh | on behalf of Creditor Deborah McWilliams dthornburgh@awkolaw.com |
| Daniel E. Straffi | on behalf of Creditor Ellison Bak bkclient@straffilaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 11 |
| Date Rcvd: Dec 30, 2024 | Form ID: ntchrgbk | Total Noticed: 1 |

g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Michiel Hemminga bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Clayton Bargsten bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Brandon Weiss bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Damon Andersson bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Daniel Gusovsky bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Andrew Martinez bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Kole Kottmeier bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Ashton Rincon bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Joseph Borremans bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Martin Mikolajczyk bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Steven Lee bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Mitchell Eglar bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Todd Gantt bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Matthew Hoselton bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor William Warburton bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Brendan Pena bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Alberto Olivo bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Bruce Gilling bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Scott Aufenanger bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Creditor Wayne Akey bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

David E. Sklar

| | |
|---|---|
| | on behalf of Creditor Zachary Lee Prince dsklar@pashmanstein.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| David E. Sklar | |
| | on behalf of Creditor Flori Marquez dsklar@pashmanstein.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| David J. Adler | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors DAdler@McCarter.com |
| David J. Adler | |
| | on behalf of Creditor Committee McCarter & English LLP DAdler@McCarter.com |
| David J. Adler | |
| | on behalf of Attorney McCarter & English DAdler@McCarter.com |
| Deborah Kovsky Apap | |
| | on behalf of Interested Party Ad Hoc Committee of Wallet Account Holders deborah.kovsky@troutman.com susan.henry@troutman.com |
| Donald W Clarke | |
| | on behalf of Attorney Genova Burns LLC dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Plaintiff Official Committee Of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Attorney Haynes and Boone LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Attorney Brown Rudnick LLP dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Creditor Committee Official Committee Of Unsecured Creditors dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Other Prof. Plan Administrator on Behalf of Post-Confirmation Debtor dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Other Prof. Elementus Inc. dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Other Prof. M3 Partners dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Donald W Clarke | |
| | on behalf of Other Prof. Plan Administrator On Behalf of the Post-Confirmation Debtor dclarke@genovaburns.com, dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |
| Douglas J. McGill | |
| | on behalf of Creditor Gary Ford dmcgill@webbermcgill.com |
| Douglas J. McGill | |
| | on behalf of Creditor Ad Hoc Committee of Collaterized Loan Account Holders dmcgill@webbermcgill.com |
| Douglas T Tabachnik | |
| | on behalf of Defendant Primeblock Operations LLC dtabachnik@dttlaw.com rdalba@dttlaw.com |
| Elisabeth Bruce | |
| | on behalf of Interested Party Internal Revenue Service elisabeth.m.bruce@usdoj.gov ari.d.kunofsky@usdoj.gov;eastern.taxcivil@usdoj.gov;jennifer.d.auchterlonie@usdoj.gov |
| Felice R. Yudkin | |
| | on behalf of Debtor BlockFi Inc. fyudkin@coleschotz.com fpisano@coleschotz.com |
| Frank F. Velocci | |
| | on behalf of Interested Party Bermuda Joint Provisional Liquidators of BlockFi International Ltd. frank.velocci@faegredrinker.com cathy.greer@faegredrinker.com |
| Gaston P. Loomis, II | |
| | on behalf of Creditor New Jersey Bureau of Securities gloomis@mdmc-law.com csentman@mdmc-law.com |
| Gregory S. Kinoian | |
| | on behalf of Plaintiff Official Committee Of Unsecured Creditors gkinoian@genovaburns.com |
| Gregory S. Kinoian | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors gkinoian@genovaburns.com |

Gregory S. Kinoian
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors gkinoian@genovaburns.com

Hugh McDonald
    on behalf of Creditor Three Arrows Fund Ltd hugh.mcdonald@pillsburylaw.com john.murphy@troutman.com

Jack Shrum
    on behalf of Creditor John M. Von Pischke jshrum@jshrumlaw.com

James C Vandermark
    on behalf of Creditor Salesforce Inc. vandermarkj@whiteandwilliams.com, vandermark.jamesr106165@notify.bestcase.com

James C Vandermark
    on behalf of Creditor Slack Technologies Inc. vandermarkj@whiteandwilliams.com, vandermark.jamesr106165@notify.bestcase.com

James L Bromley
    on behalf of Interested Party FTX Trading Ltd and Affiliated Debtors bromleyj@sullcrom.com

Jason D. Angelo
    on behalf of Creditor Bryant F. Foulger JAngelo@reedsmith.com sshidner@mdmc-law.com;smullen@mdmc-law.com

Jeffrey Bernstein
    on behalf of Creditor New Jersey Bureau of Securities jbernstein@mdmc-law.com eberman@mdmc-law.com;csentman@mdmc-law.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jeffrey M. Traurig
    on behalf of Examiner Elise S. Frejka jtraurig@trauriglaw.com

Jeffrey M. Traurig
    on behalf of Attorney Traurig Law LLC jtraurig@trauriglaw.com

Jessica Cole
    on behalf of Interested Party United States of America jessica.cole@usdoj.gov

Jessica Cole
    on behalf of Defendant United States of America jessica.cole@usdoj.gov

Joao Ferreira Magalhaes
    on behalf of Creditor John William Van Tubergen Jr. jmagalhaes@connellfoley.com

John Piskora
    on behalf of Creditor Deferred 1031 LLC jpiskora@loeb.com nydocket@loeb.com,dbesikof@loeb.com

John Piskora
    on behalf of Creditor Deferred 1031 Series 4 LLC jpiskora@loeb.com nydocket@loeb.com,dbesikof@loeb.com

John C. Goodchild
    on behalf of Defendant Emergent Fidelity Technologies Ltd. john.goodchild@morganlewis.com

John C. Goodchild
    on behalf of Interested Party Emergent Fidelity Technologies Ltd john.goodchild@morganlewis.com

John C. Goodchild
    on behalf of Creditor Emergent Fidelity Technologies Ltd. john.goodchild@morganlewis.com

John C. Kilgannon
    on behalf of Interested Party Towards Equilibrium LLC john.kilgannon@stevenslee.com

John C. Kilgannon
    on behalf of Creditor Equi Real Estate Fund LP john.kilgannon@stevenslee.com

John C. Kilgannon
    on behalf of Creditor Equi Growth Fund LP john.kilgannon@stevenslee.com

John C. Kilgannon
    on behalf of Creditor Equi Balanced Fund LP john.kilgannon@stevenslee.com

John D. Giampolo
    on behalf of Interested Party Paperless Inc. d/b/a Paperless Post jgiampolo@rosenbergestis.com

John W. Weiss
    on behalf of Interested Party The Foreign Representatives of Three Arrows Capital Ltd. (in liquidation) jweiss@pashmanstein.com

Jonathan Ohring
    on behalf of Defendant QED Capital LLC jonathan@yankwitt.com docketing@yankwitt.com

Jonathan Ohring
    on behalf of Defendant Sherry Witter jonathan@yankwitt.com docketing@yankwitt.com

Case 22-19361-MBK    Doc 2472    Filed 01/01/25    Entered 01/02/25 00:12:07    Desc
Imaged Certificate of Notice    Page 8 of 12

| District/off: 0312-3 | User: admin | Page 7 of 11 |
|---|---|---|
| Date Rcvd: Dec 30, 2024 | Form ID: ntchrgbk | Total Noticed: 1 |

Joseph M. Shapiro
    on behalf of Creditor John A. Javes jshapiro@middlebrooksshapiro.com

Joseph M. Shapiro
    on behalf of Creditor Wilson Cotrim jshapiro@middlebrooksshapiro.com

Joshua S. Bauchner
    on behalf of Creditor Kyle Klaus hneumann@mblawfirm.com

Kaitlin R. Walsh
    on behalf of Defendant Marex Capital Markets Inc. f/k/a ED&F Man Capital Markets  Inc. krwalsh@mintz.com, docketing@mintz.com

Kaitlin R. Walsh
    on behalf of Defendant ED&F Man Capital Markets  Inc. krwalsh@mintz.com, docketing@mintz.com

Kaitlin R. Walsh
    on behalf of Creditor Marex Capital Markets Inc. krwalsh@mintz.com  docketing@mintz.com

Kenneth Aulet
    on behalf of Creditor Committee Official Committee of Unsecured Creditors hcohen@brownrudnick.com

Kristin Mayhew
    on behalf of Creditor State of Connecticut  Department of Banking kmayhew@pullcom.com, rmccoy@pullcom.com

Kurt F. Gwynne
    on behalf of Creditor The Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com

Kurt F. Gwynne
    on behalf of Interested Party The Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com

Kurt F. Gwynne
    on behalf of Creditor Bryant F. Foulger kgwynne@reedsmith.com

Kurt F. Gwynne
    on behalf of Interested Party Ad Hoc Group of Actual Wallet Holders kgwynne@reedsmith.com

Kyle McEvilly
    on behalf of Unknown Role Type Ankura Trust Company  LLC kmcevilly@gibbonslaw.com

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Lisa Faucher
    lfaucher@cherokeeacq.com

Mark Sheridan
    on behalf of Defendant Axis Insurance Company mark.sheridan@squirepb.com maria.delpinho@squirepb.com,rudy.green@squirepb.com,mark-sheridan-6048@ecf.pacerpro.com,rudy-green-3307@ecf.pacerpro.com

Mark Christopher Errico
    on behalf of Defendant Axis Insurance Company mark.errico@squirepb.com maria.depinho@squirepb.com;mark-c-errico-7862@ecf.pacerpro.com;rudy.green@squirepb.com;rudy-green-3307@ecf.pacerpro.com

Mary E Putnick
    on behalf of Creditor Shaoky Taraman marybeth@putnicklegal.com  hpenrose@awkolaw.com

Mary E Putnick
    on behalf of Creditor Noah Powell marybeth@putnicklegal.com  hpenrose@awkolaw.com

Meredith Mitnick
    on behalf of Creditor Deserve  Inc. mmitnick@goodwinlaw.com

Michael D. Sirota
    on behalf of Debtor BlockFi International Ltd. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Plaintiff BlockFi Services  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Defendant BlockFi Wallet LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor BlockFi Services  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz

Case 22-19361-MBK    Doc 2472    Filed 01/01/25    Entered 01/02/25 00:12:07    Desc
Imaged Certificate of Notice    Page 9 of 12

| District/off: 0312-3 | User: admin | Page 8 of 11 |
|---|---|---|
| Date Rcvd: Dec 30, 2024 | Form ID: ntchrgbk | Total Noticed: 1 |

| | |
|---|---|
| | .com |
| Michael D. Sirota | on behalf of Defendant BlockFi Services Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Ventures LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Wallet LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Defendant BlockFi Trading LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Defendant BlockFi Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Defendant BlockFi Lending LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Lending LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Defendant BlockFi Lending II LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Defendant BlockFi Ventures LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Trading LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Investment Products LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Attorney Cole Schotz P.C. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Trading LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Defendant BlockFi International Ltd. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |

Case 22-19361-MBK    Doc 2472    Filed 01/01/25    Entered 01/02/25 00:12:07    Desc
Imaged Certificate of Notice    Page 10 of 12

| District/off: 0312-3 | User: admin | Page 9 of 11 |
|---|---|---|
| Date Rcvd: Dec 30, 2024 | Form ID: ntchrgbk | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff BlockFi International Ltd. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Investment Products LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Wallet LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Ventures LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Defendant BlockFi Investment Products LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Plaintiff BlockFi Lending II LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Lending II LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor BlockFi Lending LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael S. Etkin | on behalf of Interested Party Proposed Lead Plaintiff in Securities Class Action metkin@lowenstein.com |
| Michael S. Etkin | on behalf of Interested Party Cameron Wyatt metkin@lowenstein.com |
| Nicole A. Leonard | on behalf of Creditor New Jersey Bureau of Securities nleonard@mdmc-law.com  gbressler@mdmc-law.com |
| Paul J. Winterhalter | on behalf of Creditor Moneeb Waseem pwinterhalter@offitkurman.com  cballasy@offitkurman.com |
| Peter Y. Lee | on behalf of Creditor Renard Ihlenfeld peter.lee@leeadvocates.com |
| Rachel Ehrlich Albanese | on behalf of Defendant U.S. Specialty Insurance Company rachel.albanese@us.dlapiper.com  DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Defendant Berkley Insurance Company rachel.albanese@us.dlapiper.com  DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Other Prof. Berkshire Hathaway Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Other Prof. XL Specialty Insurance Company rachel.albanese@us.dlapiper.com  DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Other Prof. Berkley Insurance Company rachel.albanese@us.dlapiper.com  DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Defendant Berkshire Hathaway Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Other Prof. Arch Insurance Company rachel.albanese@us.dlapiper.com  DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Defendant Arch Insurance Company rachel.albanese@us.dlapiper.com  DLAPiper@ecfxmail.com |
| Rachel Ehrlich Albanese | on behalf of Other Prof. U.S. Specialty Insurance Company rachel.albanese@us.dlapiper.com  DLAPiper@ecfxmail.com |

| | |
|---|---|
| Rachel Ehrlich Albanese | on behalf of Defendant XL Specialty Insurance Company rachel.albanese@us.dlapiper.com DLAPiper@ecfxmail.com |
| Richard Kanowitz | on behalf of Plaintiff BlockFi International Ltd. richard.kanowitz@haynesboone.com |
| Richard Kanowitz | on behalf of Plaintiff BlockFi Lending LLC richard.kanowitz@haynesboone.com |
| Richard Kanowitz | on behalf of Debtor BlockFi Inc. richard.kanowitz@haynesboone.com |
| Richard Kanowitz | on behalf of Plaintiff BlockFi Inc. richard.kanowitz@haynesboone.com |
| Richard G. Placey | on behalf of Stockholder Samuel L. Bankman-Fried rplacey@mmwr.com plorenz@mmwr.com;pat-lorenz-montgomery-mccracken-walker-rhoads-llp-7123@ecf.pacerpro.com |
| Robert Drain | on behalf of Mediator Robert D. Drain robert.drain@skadden.com robert-drain-8056@ecf.pacerpro.com |
| Robert Malone | on behalf of Unknown Role Type Ankura Trust Company LLC rmalone@gibbonslaw.com, nmitchell@gibbonslaw.com |
| Robert Aaron Benjamin | on behalf of Creditor National Union Fire Insurance Company of Pittsburgh Pa. rbenjamin@kbrlaw.com |
| Robert Aaron Benjamin | on behalf of Defendant National Union Fire Insurance Company of Pittsburgh PA rbenjamin@kbrlaw.com |
| Robert M. Schechter | on behalf of Creditor Flori Marquez rmschechter@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Robert M. Schechter | on behalf of Creditor Zachary Lee Prince rmschechter@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Russell Marc Yankwitt | on behalf of Defendant Sherry Witter russell@yankwitt.com docketing@yankwitt.com |
| Russell Marc Yankwitt | on behalf of Defendant QED Capital LLC russell@yankwitt.com docketing@yankwitt.com |
| Sam Della Fera, Jr | on behalf of Defendant Vrai Nom Investment Limited sdellafera@csglaw.com |
| Sam Della Fera, Jr | on behalf of Creditor Vrai Nom Investment Limited sdellafera@csglaw.com |
| Scott Fleischer | on behalf of Creditor Rui Pedro Vaz dos Santos Teixeira sfleischer@barclaydamon.com scott-fleischer-2734@ecf.pacerpro.com |
| Sean James Mack | on behalf of Defendant Fiorenzo Manganiello smack@pashmanstein.com smack@pashmanstein.com;Jpadilla@pashmanstein.com |
| Sean James Mack | on behalf of Defendant Digistar Norway AS smack@pashmanstein.com smack@pashmanstein.com;Jpadilla@pashmanstein.com |
| Sean James Mack | on behalf of Defendant Nessim-Sariel Gaon smack@pashmanstein.com smack@pashmanstein.com;Jpadilla@pashmanstein.com |
| Seth Brandon Shapiro | on behalf of Interested Party United States of America seth.shapiro@usdoj.gov |
| Seth Brandon Shapiro | on behalf of Defendant United States of America seth.shapiro@usdoj.gov |
| Seth David Griep | on behalf of Other Prof. Endurance American Specialty Insurance Company sgriep@kaufmandolowich.com slegros@kaufmandolowich.com |
| Seth David Griep | on behalf of Defendant Endurance American Insurance Company sgriep@kaufmandolowich.com slegros@kaufmandolowich.com |
| Stuart M. Brown | on behalf of Defendant Arch Insurance Company stuart.brown@us.dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Stuart M. Brown | |

Case 22-19361-MBK    Doc 2472    Filed 01/01/25    Entered 01/02/25 00:12:07    Desc
Imaged Certificate of Notice    Page 12 of 12

| District/off: 0312-3 | User: admin | Page 11 of 11 |
|---|---|---|
| Date Rcvd: Dec 30, 2024 | Form ID: ntchrgbk | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant U.S. Specialty Insurance Company stuart.brown@us.dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Stuart M. Brown | |
| | on behalf of Defendant XL Specialty Insurance Company stuart.brown@us.dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Stuart M. Brown | |
| | on behalf of Defendant Berkley Insurance Company stuart.brown@us.dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Stuart M. Brown | |
| | on behalf of Defendant Berkshire Hathaway Specialty Insurance Company stuart.brown@us.dlapiper.com DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com |
| Susan Long | |
| | on behalf of Other Prof. Plan Administrator on Behalf of Post-Confirmation Debtor slong@genovaburns.com |
| Susan Long | |
| | on behalf of Other Prof. Plan Administrator On Behalf of the Post-Confirmation Debtor slong@genovaburns.com |
| Sydney Schubert | |
| | on behalf of Attorney Genova Burns LLC sschubert@genovaburns.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia T. Shea | |
| | on behalf of Creditor New Jersey Bureau of Securities vshea@mdmc-law.com gbressler@mdmc-law.com |
| Warren A. Usatine | |
| | on behalf of Debtor BlockFi Inc. wusatine@coleschotz.com fpisano@coleschotz.com |
| Warren J. Martin, Jr. | |
| | on behalf of Creditor Flori Marquez wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com |
| Warren J. Martin, Jr. | |
| | on behalf of Creditor Zachary Lee Prince wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com |
| Wendy M Simkulak | |
| | on behalf of Other Prof. ACE American Insurance Company wmsimkulak@duanemorris.com |
| Wendy M Simkulak | |
| | on behalf of Creditor Chubb Companies wmsimkulak@duanemorris.com |
| Wendy M Simkulak | |
| | on behalf of Defendant ACE American Insurance Company wmsimkulak@duanemorris.com |

TOTAL: 233