**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., *et al.,*<br><br>               Debtors.[1] | Chapter 11<br><br>Case No. 22-19361 (MBK)<br>(Jointly Administered under a Confirmed Plan[2])<br><br>**Hearing Date: February 6, 2025 @ 10:00 a.m. ET** |

Order Filed on January 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**BRIDGE ORDER EXTENDING THE WIND-DOWN DEBTORS' TIME TO FILE
AND SERVE OBJECTIONS TO CLAIMS**

The relief set forth on the following pages, numbered one (1) through two (2), is hereby

ORDERED.

**DATED: January 10, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Wind-Down Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC. (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

[2] On October 3, 2023, the Court entered an order confirming the Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications) (the "Plan") [Docket No. 1609].

(Page 1)

Debtors:            BLOCKFI INC., *et al.*

Case No.            22-19361 (MBK)

Caption of Order:   BRIDGE ORDER EXTENDING THE WIND-DOWN DEBTORS' TIME
                    TO FILE AND SERVE OBJECTIONS TO CLAIMS

---

| | |
|---|---|
| **BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted *pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted *pro hac vice*)<br>One Financial Center<br>Boston, MA 02111<br>(617)856-8300<br>taxelrod@brownrudnick.com<br><br>*Attorneys for the Plan Administrator*<br><br>**GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>(973) 230-2095<br>DStolz@genovaburns.com<br>DClarke@genovaburns.com<br><br>*Local Counsel for the Plan Administrator* | **HAYNES AND BOONE, LLP**<br>Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Lauren M. Sisson, Esq. (NJ Bar No. 394182022)<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>lauren.sisson@haynesboone.com<br><br>*Attorneys for the Plan Administrator* |

**THIS MATTER** having been brought before the Court on behalf of the Wind-Down

Debtors, upon a *Motion for Entry of an Order Extending the Period to File and Service Objections

to Claim* (the "Motion");[1] and the current time within which the Wind-Down Debtors may file and

serve objections to claims expires on January 16, 2025; and good cause appearing for the entry of

this order (the "Bridge Order");

---

[1]      All capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them
in the Motion.

(Page 2)

| | |
|---|---|
| Debtors: | BLOCKFI INC., *et al.* |
| Case No. | 22-19361 (MBK) |
| Caption of Order: | BRIDGE ORDER EXTENDING THE WIND-DOWN DEBTORS' TIME TO FILE AND SERVE OBJECTIONS TO CLAIMS |

It is **ORDERED** as follows:

1.      The Motion is hereby **GRANTED** on a temporary basis pending final approval of the Motion by this Court.

2.      The deadline to file and serve objections to claims is hereby extended through and including the date by which the Court enters a final order with respect to the Motion.

3.      This Bridge Order is effective immediately upon entry.

4.      The Wind-Down Debtors' counsel shall serve a true copy of this Bridge Order on all interested parties within seven (7) days of the date hereof.

5.      All parties in interest reserve any and all of their rights with respect to the final determination on the Motion.

6.      This Bridge Order is without prejudice to the Wind-Down Debtors' right to seek further extensions of time within which file and serve objections to claims.

7.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Bridge Order.

8.      This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Bridge Order.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 22-19361-MBK

BlockFi Inc.                                                                                Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                     Page 1 of 1

Date Rcvd: Jan 10, 2025                       Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2025:**

**Recip ID                    Recipient Name and Address**
db                    +   BlockFi Inc., c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019-5905

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2025                    Signature:        /s/Gustava Winters