| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (TRENTON)** <br><br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Adam S. Ravin (No. 047591995) <br> Adam J. Goldberg (*admitted pro hac vice*) <br> Christopher Harris (*admitted pro hac vice*) <br> Nacif Taousse (*admitted pro hac vice*) <br> **LATHAM & WATKINS LLP** <br> 1271 Avenue of the Americas <br> New York, NY 10020 <br> Telephone: (212) 906-1200 <br> Facsimile: (212) 751-4864 <br> Email:  adam.ravin@lw.com <br>     adam.goldberg@lw.com <br>     christopher.harris@lw.com <br>     nacif.taousse@lw.com <br><br> *Counsel to the Joint Liquidators of Three Arrows Capital, Ltd. (in liquidation)* | Tiffany M. Ikeda (*admitted pro hac vice*) <br> **LATHAM & WATKINS LLP** <br> 355 South Grand Avenue, Suite 100 <br> Los Angeles, CA 90071 <br> Telephone: (213) 485-1234 <br> Facsimile: (213) 891-8763 <br> Email:  tiffany.ikeda@lw.com |
| In re: <br><br> BLOCKFI INC., *et al*.,[1] <br><br>     Debtors. | Chapter 11 <br><br> Case No. 22-19361 (MBK) <br><br> (Jointly Administered) <br><br> Judge: Honorable Michael B. Kaplan |

## NOTICE OF WITHDRAWAL OF APPEARANCES

**PLEASE TAKE NOTICE** that the attorneys listed below hereby withdraw their appearances pro hac vice, in the above-captioned cases, as counsel to Russell Crumpler and Christopher Farmer, in their capacities as the joint liquidators (collectively, the "Joint Liquidators") appointed in the British Virgin Islands ("BVI") liquidation of Three Arrows Capital,

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.2.

Ltd. (in liquidation) ("3AC") and foreign representatives of 3AC, as recognized pursuant to chapter 15 of the Bankruptcy Code in the case captioned *In re Three Arrows Capital, Ltd.*, Case No. 22-10920 (MG) (Bankr. S.D.N.Y. 2022). Each of the below listed attorneys request their names be removed from the Court's mailing matrix and service list for these chapter 11 cases.

| Name of Attorney/Firm | *Pro Hac Vice* Application Docket Number | *Pro Hac Vice* Order Docket Number |
|---|---|---|
| Nima H. Mohebbi | 1284 | 1317 |
| Brett M. Neve | 1285 | 1318 |

Dated: January 16, 2025  
      Newark, New Jersey

**Latham & Watkins LLP**

/s/ *Adam S. Ravin*
Adam S. Ravin (No. 047591995)
Adam J. Goldberg
Christopher Harris
Nacif Taousse
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020-1401
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: adam.ravin@lw.com
      adam.goldberg@lw.com
      christopher.harris@lw.com
      nacif.taousse@lw.com

-and-

Tiffany M. Ikeda
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: tiffany.ikeda@lw.com

*Counsel to the Foreign Representatives of Three Arrows Capital, Ltd. (in liquidation)*