UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-2637
_____

In Re: BLOCKFI INC., et al.,
Debtors


George J. Gerro,
Appellant
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3:23-cv-18740)
District Judge: Honorable Zahid N. Quraishi
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
September 9, 2025

Before: HARDIMAN, KRAUSE, and CHUNG, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on September 9, 2025. On consideration whereof, it is now hereby

**ORDERED** and **ADJUDGED** by this Court that the judgment of the District Court entered August 30, 2024, affirming the Bankruptcy Court's order and dismissing the appeal is hereby modified to affirm the Bankruptcy Court's order and, as modified, is **AFFIRMED**. All in accordance with the Opinion of this Court.

Costs shall be taxed against Appellant.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 9, 2025