UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

In re:

BLOCKFI INC., *et al.*,    Debtors.[1]

Chapter 11

Case No. 22-19361 (MBK)
(Jointly Administered under a Confirmed Plan[2])

Hearing Date: September 11, 2025

Order Filed on September 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## REVISED ORDER GRANTING WIND-DOWN DEBTORS' MOTION FOR AN ORDER APPROVING ALLOCATION AND DISTRIBUTION OF ASSETS

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: September 15, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Wind-Down Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Wind-Down Debtors' service address is c/o M3 Partners, 1700 Broadway, 19th Floor, New York, NY 10019.

[2] On October 3, 2023, the Court entered an order confirming the *Third Amended Joint Chapter 11 Plan of BlockFi Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Additional Technical Modifications)* (the "Plan") [Docket No. 1609].

| | |
|---|---|
| **BROWN RUDNICK LLP**<br>Kenneth J. Aulet, Esq. (admitted pro hac vice)<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br>kaulet@brownrudnick.com<br><br>and<br><br>**BROWN RUDNICK LLP**<br>Tristan Axelrod, Esq. (admitted pro hac vice)<br>Matthew Sawyer, Esq. (admitted pro hac vice)<br>One Financial Center<br>Boston, MA 02111<br>(617) 856-8300<br>taxelrod@brownrudnick.com<br>msawyer@brownrudnick.com<br><br>*General Counsel for the Plan Administrator* | **GENOVA BURNS LLC**<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920 (973) 230-2095<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com<br><br>*Local Counsel for the Plan Administrator* |

Upon consideration of the *Wind-Down Debtors' Motion for an Order Approving Allocation and Distribution of Assets* (the "Motion")[3] and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 157 and Standing Order 12-1 (Simandle, C.J.), Standing Order of Reference to the Bankruptcy Court Under Title 11, dated September 18, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having held a hearing to consider the relief requested in the Motion (the "Hearing"); and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and the Court having found and determined that the relief sought in the Motion demonstrates sufficient cause pursuant to 11 U.S.C.

---

[3] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

Page 3
Debtors:        BLOCKFI INC., et al.
Case No.        22-19361 (MBK)
Caption of Order:    REVISED ORDER GRANTING WIND-DOWN DEBTORS' MOTION FOR AN ORDER APPROVING ALLOCATION AND DISTRIBUTION OF ASSETS

_____

§§ 105(a), 363(b) and the Plan and Confirmation Order, and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon the record of the Hearing, and all the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor and after due deliberation and sufficient cause appearing therefor,

   **IT IS HEREBY ORDERED THAT:**

   1.    The Motion is GRANTED on a final basis as set forth herein.

   2.    The Distribution Scheme attached as **Exhibit B** to the Motion and the allocation and proposed distribution of the Wind-Down Debtors' assets contemplated therein are approved. The Plan Administrator is authorized to make such distributions without further notice or approval of any party.

   3.    The form of Distribution Notice attached as **Exhibit C** to the Motion is approved. The Wind-Down Debtors' service of such Distribution Notice has satisfied the Wind-Down Debtors' obligations to the Final Disputed Claimants in connection with the Claims Reserve Order.

   4.    Except as set forth below or otherwise resolved by agreement or final order, the Final Disputed Claims are estimated for all purposes, consistent with the Plan and Section 502(c) and prior orders of the Court, at the higher of $0 and the amount set forth in the Claims Reserve Notice. No motions to alter this estimation pursuant to Section VII.C of the Plan will be considered. The Final Disputed Claims are satisfied on a final basis by virtue of their having been estimated pursuant to this paragraph and upon receipt of Distribution of any portion of such Claims Allowed pursuant hereto.

Page 4
Debtors:        BLOCKFI INC., et al.
Case No.        22-19361 (MBK)
Caption of Order:   REVISED ORDER GRANTING WIND-DOWN DEBTORS' MOTION FOR AN ORDER APPROVING ALLOCATION AND DISTRIBUTION OF ASSETS

_____

5. Notwithstanding anything to the contrary herein, pursuant to Section VII.C of the Plan, the Wind-Down Debtors shall establish a reserve in the amount of $7.5 million on account of Mr. Van Tubergen Jr.'s claim (the "VT Reserve"). The VT Reserve shall be subject to a dollar-for-dollar reduction on account of any and all costs and expenses incurred in connection with Mr. Van Tubergen's claim after the date of this Order. The Wind-Down Debtors (or their successors) shall respond to reasonable requests from Mr. Van Tubergen Jr. as to the state and remaining amount of the VT Reserve. This order is without prejudice to the right of the Wind-Down Debtors, their successors-in-interest, and/or Mr. Van Tubergen Jr. to seek an order modifying the VT Reserve, which shall be made upon notice to the Wind-Down Debtors (or their successors) and Mr. Van Tubergen Jr.

6. The Reserves set forth in the Distribution Scheme are necessary and appropriate for the administration of the Wind-Down Trust's remaining post-closing obligations and are approved in the amounts and for the purposes specified in the Motion and exhibits thereto.

7. The Wind-Down Debtors and their Professionals are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. This Court shall retain sole and exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.